# NOTICE OF LODGING