James B. Zouras
STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, IL 60601

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LIT.<br><br>v.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>2:15-ML-02668-BRO-JEM<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
|---|---|

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Zouras, James B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 233-1550                   (312) 233-1560
*Telephone Number*              *Fax Number*

jzouras@stephanzouras.com
*E-Mail Address*

of

STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, IL 60601

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Plaintiff, D.J.'s Sports Bar, Inc.

*Name(s) of Party(ies) Represented*        ☒ Plaintiff    ☐ Defendant    ☐ Other: _____

and designating as Local Counsel

WAIVED FOR MDL 2668
*Designee's Name (Last Name, First Name & Middle Initial)*

of

_____
*Designee's Cal. Bar Number*        *Telephone Number*

*Fax Number*

*Firm Name & Address*

*E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated _____

U.S. District Judge/U.S. Magistrate Judge