Ryan F. Stephan
STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, IL 60601

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LIT.<br><br>v.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:15-ML-02668-BRO-JEM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Stephan, Ryan F.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 233-1550
*Telephone Number*

(312) 233-1560
*Fax Number*

rstephan@stephanzouras.com
*E-Mail Address*

of

STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, IL 60601

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Plaintiff, D.J.'s Sports Bar, Inc.

*Name(s) of Party(ies) Represented*     ☒ Plaintiff   ☐ Defendant   ☐ Other: _____

and designating as Local Counsel

WAIVED FOR MDL 2668
*Designee's Name (Last Name, First Name & Middle Initial)*

_____
*Designee's Cal. Bar Number*

_____
*Telephone Number*

_____
*Fax Number*

of

_____
*Firm Name & Address*

_____
*E-Mail Address*

hereby ORDERS the Application be:

☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated _____

U.S. District Judge/U.S. Magistrate Judge