James B. Zouras
STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, IL 60601

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LIT.<br><br>v.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:15-ML-02668-BRO-JEM<br><br>[PROPOSED] ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Zouras, James B.     of     STEPHAN ZOURAS, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     205 N. Michigan Avenue, Suite 2560
     Chicago, IL 60601

(312) 233-1550     (312) 233-1560
*Telephone Number*     *Fax Number*

jzouras@stephanzouras.com     *Firm Name & Address*
*E-Mail Address*

for permission to appear and participate in this case on behalf of

Plaintiff, D.J.'s Sports Bar, Inc.

*Name(s) of Party(ies) Represented*     ☒ Plaintiff   ☐ Defendant   ☐ Other: _____

and designating as Local Counsel

WAIVED FOR MDL 2668     of
*Designee's Name (Last Name, First Name & Middle Initial)*

*Designee's Cal. Bar Number*     *Telephone Number*

     *Fax Number*
     *Firm Name & Address*

     *E-Mail Address*

hereby ORDERS the Application be:

☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated December 22, 2015

U.S. District Judge/~~U.S. Magistrate Judge~~