Ryan F. Stephan
STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, IL 60601

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LIT.<br><br>v.<br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>2:15-ML-02668-BRO-JEM<br><br>[PROPOSED] ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
|---|---|

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Stephan, Ryan F.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 233-1550
*Telephone Number*

(312) 233-1560
*Fax Number*

of STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, IL 60601
*Firm Name & Address*

rstephan@stephanzouras.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

Plaintiff, D.J.'s Sports Bar, Inc.

*Name(s) of Party(ies) Represented*

☒ Plaintiff   ☐ Defendant   ☐ Other: ____

and designating as Local Counsel

WAIVED FOR MDL 2668
*Designee's Name (Last Name, First Name & Middle Initial)*

of

*Designee's Cal. Bar Number*   *Telephone Number*

*Fax Number*

*Firm Name & Address*

*E-Mail Address*

hereby ORDERS the Application be:

☒ **GRANTED.**
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED,** for failure to pay the required fee.

Dated December 22, 2015

*[signature]*

U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (06/13)   [PROPOSED] ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1