MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

WILLIAM C. CARMODY
bcarmody@susmangodfrey.com
ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
SETH D. ARD
sard@susmangodfrey.com
IAN M. GORE
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone: (212) 336-8330
Fax: (212) 336-8340

Attorneys for Plaintiffs 8812 Tavern Corp., d/b/a Bench Sports Bar, Christina Malerba and Nicholas Racklin

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668 BRO (JEMx)<br><br>***BENCH SPORTS* PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

4043276v1/014918

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the plaintiffs in *8812 Tavern Corp., d/b/a Bench Sports Bar, et al. v. National Football League, Inc., et al.*, Case No. 2:15-cv-09529 BRO (JEMx) ("*Bench Sports*") respectfully request the Court to schedule a status conference to set a briefing schedule regarding a motion to consolidate the related cases pending before the Court and a motion for appointment of interim class counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

All of the cases described below arise out of the same alleged violation of the antitrust laws based on the exclusive dealing arrangement between the National Football League, its member football teams and DirecTV with respect to the NFL Sunday Ticket broadcast offering.

On December 8, 2015, pursuant to 28 U.S.C. § 1407, the Judicial Panel on Multidistrict Litigation ("JPML") entered a Transfer Order to centralize this litigation before this Court. *See* Doc. No. 1 (verified copy filed with this Court Dec. 10, 2015).

On December 14, 2015, the JPML issued a Conditional Transfer Order to transfer five additional tag-along actions to this Court. *See* Doc. No. 114, Case No. 2:15-ml-2668 (J.P.M.L.). The JPML finalized that Conditional Transfer Order on December 22, 2015. *See* Doc. No. 117, Case No. 2:15-ml-2668 (J.P.M.L.).

As a result of the Transfer Order and the Conditional Transfer Order, including the other related cases pending before the Court[1], this multidistrict litigation is currently comprised of the following 22 cases:

1) *Abrahamian v. Nat'l Football League, Inc. et al.*, Case No. 2:15-cv-04606-BRO (JEMx);

---

[1] The *Infirmary*, *Jammers*, *DNW Foods*, *Pizza Pie & Wing Co.*, *Ambrose BD*, *Holinko*, *Village Pub*, *NYN*, *P.J. Hafiz Club Management*, *Two Pauls*, and *Duck Duck* cases were filed in this Court between the filing of the motion before the JPML and the issuance of the JMPL's Transfer Order. As a result, they are not listed on the Schedule of Actions in the Transfer Order or the Conditional Transfer Order.

2) *Ninth Inning, Inc. v. Nat'l Football League, Inc. et al.*, Case No. 2:15-cv-05261-BRO (JEMx);

3) *Rookies Sports Café, LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-05813-BRO (JEMx);

4) *1465 3rd Ave. Rest. Corp. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-06145-BRO (JEMx);

5) *Main Street America Ltd. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-06402-BRO (JEMx);

6) *8812 Tavern Corp. d/b/a Bench Sports Bar, et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-09529-BRO (JEMx);

7) *Lippincott v. DirecTV, Inc. et al.*, Case No. 3:15-cv-05096-MMC (N.D. Cal.) (transfer to C.D. Cal. pending);

8) *Trilogy Holding, LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 1:15-cv-08188-JPO (S.D.N.Y.) (transfer to C.D. Cal. pending);

9) *Dassa v. Nat'l Football League, Inc., et al.*, Case No. 1:15-cv-08982-UA (S.D.N.Y.) (transfer to C.D. Cal. pending);

10) *D.J.'s Sports Bar, Inc. v. DirecTV Holdings LLC, et al.*, Case No. 1:15-cv-09050-UA (transfer to C.D. Cal. pending);

11) *T-3 Restaurants, Inc. v. NFL Enterprises LLC, et al.*, Case No. 1:15-cv-09443-JPO (transfer to C.D. Cal. pending);

12) *The Infirmary LLC v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-06729-BRO (JEMx);

13) *Jammers, Inc. d/b/a Flight Restaurants/Flights Beer Bar v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-06959-BRO (JEMx);

14) *DNW Foods, Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-07095-BRO (JEMx);

3

4043276v1/014918

15) *Pizza Pie & Wing Co. LLC v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-07305-BRO (JEMx);

16) *Ambrose BD, LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-07556-BRO (JEMx);

17) *Holinko v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-07665-BRO (JEMx);

18) *Village Pub, LLC v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-08241-BRO (JEMx);

19) *NYN, Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-08961-BRO (JEMx);

20) *P.J. Hafiz Club Management, Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-09175-BRO (JEMx);

21) *Two Pauls, Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-09180-BRO (JEMx); and

22) *Duck Duck LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-09366-BRO (JEMx).

All 22 cases share a similar procedural posture. Defendants have neither answered nor moved to dismiss any of the complaints. In most of the cases, the Court has extended the time for the defendants to answer until after an operative complaint is filed in a consolidated proceeding.

To facilitate the case coordination process, the *Bench Sports* plaintiffs respectfully request that the Court schedule a status conference to:

1. Set a briefing schedule on a motion to consolidate the cases; and

2. Set a briefing schedule for the appointment of interim class counsel.

Once the cases are consolidated and interim class counsel are appointed, the Court will be in a position to set a schedule for the filing of consolidated pleadings.

4

4043276v1/014918

| | | |
|---|---|---|
| Dated: January 6, 2016 | | SUSMAN GODFREY L.L.P. |

By: */s/ Marc M. Seltzer*
    Marc M. Seltzer
    William C. Carmody
    Arun Subramanian
    Seth D. Ard
    Ian M. Gore

*Attorneys for Plaintiffs*
*8812 Tavern Corp., d/b/a Bench Sports Bar, Christina Malerba and Nicholas Racklin*

# CERTIFICATE OF SERVICE

I, Marc M. Seltzer, declare I am over the age of eighteen (18) and not a party to the entitled action. I am a partner in the law firm Susman Godfrey L.L.P., and my office is located at 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067.

On January 6, 2016, I caused to be filed the following:

**BENCH SPORTS PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE**

with the Clerk of the Court of the United States District Court for the Central District of California, Western District, using the official Court Electronic Filing System and served copies on the following parties in the following manner:

| VIA ECF ||
|---|---|
| Todd M Friedman<br>LAW OFFICES OF TODD M FRIEDMAN PC<br>324 S Beverly Drive No. 725<br>Beverly Hills, CA 90212<br>877-206-4741<br>866-633-0228 (fax)<br>tfriedman@attorneysforconsumers.com<br><br>Seyed Abbas Kazerounian<br>KAZEROUNI LAW GROUP APC<br>245 Fischer Avenue Suite D1<br>Costa Mesa, CA 92626<br>800-400-6808<br>800-520-5523 (fax)<br>ak@kazlg.com<br><br>Sara F Khosroabadi<br>HYDE AND SWIGART<br>2221 Camino Del Rio South Suite 101<br>San Diego, CA 92108<br>619-233-7770<br>619-297-1022 (fax)<br>sara@westcoastlitigation.com | Michael P. Lehmann (SBN 77152)<br>Bonny E. Sweeney (SBN 176174)<br>Christopher L. Lebsock (SBN 184546)<br>HAUSFELD LLP<br>600 Montgomery St., Suite 3200<br>San Francisco, CA 94111<br>Tel: (415) 633-1908<br>Fax: (415) 358-4980<br>mlehmann@hausfeld.com<br>bsweeney@hausfeld.com<br>clebsock@hausfeld.com<br><br>Michael D. Hausfeld<br>HAUSFELD LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>Tel: (202) 540-7200<br>Fax: (202)540-7201<br>mhausfeld@hausfeld.com |

4043276v1/014918

| | |
|---|---|
| Gouya Askari Ranekouhi<br>KAZEROUNI LAW GROUP APC<br>245 Fischer Avenue Suite D1<br>Costa Mesa, CA 92626<br>800-400-6808<br>800-520-5523 (fax)<br>gouya@kazlg.com<br><br>Joshua B Swigart<br>HYDE AND SWIGART APC<br>2221 Camino Del Rio South Suite 101<br>San Diego, CA 92108<br>619-233-7770<br>619-297-1022 (fax)<br>josh@westcoastlitigation.com<br><br>*Counsel for Plaintiff Thomas Abrahamian*<br>C.D. Cal., Case No. 2:15-cv-04606 | Irving Scher<br>Scott A. Martin<br>HAUSFELD LLP<br>165 Broadway, Suite 2301<br>New York, NY 10006<br>Tel: (646) 357-1100<br>Fax: (212) 202-4322<br>ischer@hausfeld.com<br>smartin@hausfeld.com<br><br>Lee Albert<br>Brian Murray<br>GLANCY PRONGAY & MURRAY LLP<br>122 East 42nd Street, Suite 2920<br>New York, NY 10168<br>Tel: (212) 682-5340<br>Fax: (212) 884-0988<br>lalbert@glancylaw.com<br>bmurray@glancylaw.com<br><br>Lionel Z. Glancy<br>GLANCY PRONGAY & MURRAY LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Tel: (310) 201-9150<br>Fax: (310) 432-1495<br>lglancy@glancylaw.com<br><br>*Counsel for Plaintiff Ninth Inning Inc. dba The Mucky Duck*<br>C.D. Cal., Case No. 2:15-cv-05261 |
| Ramzi Abadou<br>KAHN SWICK AND FOTI LLP<br>912 Cole Street Suite 251<br>San Francisco, CA 94117<br>504-455-1400<br>504-455-1498 (fax)<br>ramzi.abadou@ksfcounsel.com<br><br>Melinda A Nicholson<br>KAHN SWICK AND FOTI LLC<br>206 Covington Street<br>Madisonville, LA 70447<br>504-455-1400<br>504-455-1498 (fax)<br>melinda.nicholson@ksfcounsel.com<br><br>*Counsel for Plaintiffs Rookies Sports Cafe,L.L.C., Maple Street ntertainment, L.L.C. dba Repp's Uptilly Tavern, and Martinis of NewOrleans, Inc. dba Hurricanes Sports Bar* | Roman M. Silberfeld, Bar No. 62783<br>David Martinez, Bar No. 193183<br>ROBINS KAPLAN LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067<br>Telephone: (310) 552-0130<br>Fax: (310) 229-5800<br>RSilberfeld@RobinsKaplan.com<br>DMartinez@RobinsKaplan.com<br><br>Hollis Salzman<br>Kellie Lerner<br>Michelle C. Zolnoski<br>ROBINS KAPLAN LLP<br>601 Lexington Avenue<br>Suite 3400<br>New York, NY 10022<br>Telephone: (212) 980-7400<br>Fax: (212) 980-7499<br>HSalzman@RobinsKaplan.com<br>KLerner@RobinsKaplan.com |

7

4043276v1/014918

Case 2:15-ml-02668-PSG-SK   Document 7   Filed 01/06/16   Page 8 of 15   Page ID #:24

| | |
|---|---|
| C.D. Cal., Case No. 2:15-cv-05813 | MZolnoski@RobinsKaplan.com<br><br>John Radice<br>Kenneth Pickle<br>RADICE LAW FIRM<br>34 Sunset Boulevard<br>Long Beach, NJ 08008<br>Telephone: (646) 245-8502<br>Fax: (609) 385-0745<br>JRadice@radicelawfirm.com<br>KPickle@radicelawfirm.com<br><br>*Counsel for 1465 3RD Ave. Rest. Corp. d/b/a Gael Pub*<br>C.D. Cal., No. 2:15-cv-06145 |
| Lionel Zevi Glancy<br>GLANCY PRONGAY AND MURRAY LLP<br>1925 Century Park East Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150<br>310-201-9160 (fax)<br>lglancy@glancylaw.com<br><br>Eugene A. Spector<br>William G. Caldes<br>Jonathan M. Jagher<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN KODROFF & WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Tel: (215) 496-0300<br>Fax: (215) 496-6611<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com<br><br>David P. McLafferty<br>LAW OFFICES OF DAVID P. MCLAFFERTY & ASSOCIATES, P.C.<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Tel: (610) 940-4000<br>Fax: (610) 940-4007<br>Email: dmclafferty@mclaffertylaw.com<br><br>*Counsel for Plaintiff Main Street America, Ltd.*<br>C.D. Cal., Case No. 2:15-cv-06402 | Gregg H Levy<br>COVINGTON AND BURLING LLP<br>850 Tenth Street NW One City Center<br>Washington, DC 20001-4956<br>202-662-5292<br>202-662-6804 (fax)<br>glevy@cov.com<br><br>Derek Ludwin<br>COVINGTON AND BURLING LLP<br>850 Tenth Street NW One City Center<br>Washington, DC 20001-4956<br>202-662-5429<br>202-778-5429 (fax)<br>dludwin@cov.com<br><br>Neema Trivedi Sahni<br>COVINGTON AND BURLING LLP<br>2029 Century Park East Suite 3100<br>Los Angeles, CA 90067<br>424-332-4800<br>424-332-4782 (fax)<br>nsahni@cov.com<br><br>*Counsel for Defendants National Football League, Inc. and NFL Enterprises LLC in all actions*<br><br>*Counsel for Arizona Cardinals Holdings, Inc., Atlanta Falcons Football Club LLC, Baltimore Ravens Limited Partnership, Buffalo Bills, LLC, Panthers Football LLC, Chicago Bears Football Club, Inc., Cincinnati Bengals, Inc., Cleveland Browns Football Company, LLC, Dallas Cowboys Football Club, Ltd., PDB Sports, Ltd. d/b/a Denver Broncos Football Club, Detroit Lions, Inc., Green Bay Packers,* |

8

4043276v1/014918

| | |
|---|---|
| | *Inc., Houston NFL Holdings LP, Indianapolis Colts, Inc., Jacksonville Jaguars LLC, Kansas City Chiefs Football Club, Inc., Miami Dolphins, Ltd., Minnesota Vikings Football Club LLC, New England Patriots, LP, New Orleans Louisiana Saints LLC, New York Football Giants, Inc., New York Jets LLC, Oakland Raiders LP, Philadelphia Eagles Football Club, Inc., Pittsburgh Steelers Sports, Inc., Chargers Football Co., LLC, San Francisco Forty Niners II, LLC, Football Northwest LLC, The Rams Football Company LLC, Buccaneers Limited Partnership, Tennessee Football, Inc., Washington Football, Inc.* |
| Robyn Eileen Bladow<br>Melissa D Ingalls<br>KIRKLAND AND ELLIS LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>213-680-8400<br>213-680-8500 (fax)<br>robyn.bladow@kirkland.com<br>melissa.ingalls@kirkland.com<br><br>*Counsel for Defendants DirecTV LLC and DirecTV Holdings LLC* | |

**VIA EMAIL – CASES SUBJECT TO CONDITIONAL TRANSFER ORDER**

| | |
|---|---|
| Caleb Marker<br>Hannah Belknap<br>Zimmerman Reed, LLP<br>555 E. Ocean Blvd., Suite 500<br>Long Beach, California 90802<br>Telephone: (877) 500-8780<br>caleb.marker@zimmreed.com<br>hannah.belknap@zimmreed.com<br><br>Brian C. Gudmundson<br>brian.gudmundson@zimmreed.com<br>Wm Dane DeKrey<br>dane.dekrey@zimmreed.com<br>Jason R. Lee<br>E-mail: jason.lee@zimmreed.com<br>ZIMMERMAN REED, LLP<br>1100 IDS Center, 80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 341-0400 | Daniel Brett Rehns<br>Cohen Milstein Sellers & Toll P.L.L.C.<br>88 Pine Street<br>14th, Floor<br>New York, NY 10005<br>(212) 838-7797<br>Fax: (212) 838-7745<br>drehns@cohenmilstein.com<br><br>Jeffrey Benjamin Dubner<br>Cohen Milstein Sellers & Toll<br>1100 New York Ave., Nw, Ste. 500<br>Washington, DC 20005<br>(202) 408-4600<br>Fax: (202) 408-4699<br>jdubner@cohenmilstein.com<br><br>Howard Langer<br>Edward Diver<br>Peter Leckman |

4043276v1/014918

| | |
|---|---|
| Arthur M. Murray<br>amurray@murray-lawfirm.com<br>MURRAY LAW FIRM<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>Telephone: (504) 525-8100<br><br>*Counsel for Plaintiffs Robert Gary Lippincott, Jr.* And on behalf of all others similarly situated<br>N.D. Cal., Case No. 3:15-cv-05096 | LANGER, GROGAN & DIVER, P.C.<br>1717 Arch Street, Suite 4130<br>Philadelphia, PA 19103<br>Telephone: (215) 320-5660<br>Facsimile: (215) 320-5703<br>hlanger@langergrogan.com<br>ndiver@langergrogan.com<br>pleckman@langergrogan.com<br><br>*Attorneys for Trilogy Holding, LLC d/b/a Bounce Sporting Club; New Lounge 4324, LLC d/b/a Bounce Sporting Club; Pedal Haus Brewery, LLC; Whiskey Rocks Tempe, LLC d/b/a Gringo Star Street Bar; and Jonathan Frantz*<br>S.D.N.Y., Case No. 1:15-cv-08188 |
| Jayne Arnold Goldstein<br>Pomerantz LLP<br>600 Third Ave, 20th Floor<br>New York, NY 10016<br>(212) 661-1100<br>Fax: (212) 661-8665<br>jagoldstein@pomlaw.com<br><br>Marc Ian Gross<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>(212)661-1100<br>Fax: (212) 661-8665<br>migross@pomlaw.com<br><br>*Counsel for Plaintiff Steven Dassa*<br>S.D.N.Y., Case No. 1:15-cv-08982 | Amanda Marjorie Steiner<br>Girard Gibbs LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415)-981-4800<br>Fax: (415)-981-4846<br>as@girardgibbs.com<br><br>*Counsel for Plaintiff, D.J.'s Sports Bar, Inc.*<br>S.D.N.Y., Case No. 1:15-cv-09050 |
| Robert J. Larocca<br>Kohn, Swift & Graf, P.C.<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107<br>(215) 238-1700<br>Fax: (215) 238-1968<br>rlarocca@kohnswift.com<br><br>*Counsel for Plaintiff T-3 Restaurants, Inc.*<br>S.D.N.Y., Case No. 1:15-cv-09443 | Yehudah L. Buchweitz<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8000 – Telephone<br>(212) 310-8007 – Facsimile<br>Yehudah.buchweitz@weil.com<br><br>*Counsel for Defendant CBS Corporation* |
| John E. Schmidtlein<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, NW | Arthur J. Burke<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue |

4043276v1/014918

| | |
|---|---|
| Washington, DC 20005<br>(202) 434-5901 – Telephone<br>(202) 434-5029 – Facsimile<br>jschmidtlein@wm.com<br><br>*Counsel for Defendant Fox Broadcasting Company* | New York, NY 10017<br>(212) 450-4352 – Telephone<br>(212) 701-5352 – Facsimile<br>arthur.burke@davispolk.com<br><br>*Counsel for Defendant NBC Universal Media, LLC* |
| Glenn D. Pomerantz<br>Steven M. Perry<br>Nathan M. Rehn<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>Glenn.pomerantz@mto.com<br>Steven.perry@mto.com<br>Thane.rehn@mto.com<br><br>*Counsel for Defendant ESPN Inc.* | |

### VIA EMAIL – RELATED CASES PENDING IN THIS COURT

| | |
|---|---|
| Bryan Matthew Thomas<br>Amid T Bahadori<br>Bahadori and Thomas LLP<br>2 Park Plaza Suite 450<br>Irvine, CA 92614<br>949-954-8164<br>Fax: 949-954-8163<br>bryanthomasjd@gmail.com<br>atb@bahadorilaw.com<br><br>Lesley E Weaver<br>Block and Leviton LLP<br>520 Third Street Suite 108<br>Oakland, CA 94607<br>415-968-8999<br>Fax: 617-507-6020<br>lweaver@blockesq.com<br><br>Roger A Sachar , Jr<br>Morgan and Morgan PC<br>28 West 44th Street Suite 2001<br>New York, NY 10036<br>646-863-5704<br>Fax: 212-564-1807<br>rsachar@morgansecuritieslaw.com<br><br>Bahadori and Thomas LLP<br>2 Park Plaza Suite 450 | Caleb Marker<br>Christopher P Ridout<br>Zimmerman Reed LLP<br>555 East Ocean Boulevard Suite 500<br>Long Beach, CA 90802<br>877-500-8780<br>Fax: 877-500-8781<br>Caleb.Marker@zimmreed.com<br>Christopher.Ridout@zimmreed.com<br><br>Brian C Gudmundson<br>Jason R Lee<br>Zimmerman Reed PLLP<br>80 South Eighth Street 1100 IDS Center<br>Minneapolis, MN 55402<br>612-341-0400<br>Fax: 612-341-0844<br>brian.gudmundson@zimmreed.com<br>jason.lee@zimmreed.com<br><br>*Counsel for Plaintiff Jammers, Inc. d/b/a Flight's Restaurant / Flight's Beer Bar*<br>C.D. Cal., Case No. 2:15-cv-06959 |

4043276v1/014918

| | |
|---|---|
| Irvine, CA 92614<br>949-954-8164<br>Fax: 949-954-8163<br><br>*Counsel for Plaintiff The Infirmary LLC*<br>C.D. Cal., Case No. 2:15-cv-06729 | |
| Gregory E. Woodard<br>LARSEN WOODARD LLP<br>100 Bayview Circle, Suite 4500<br>Newport Beach, CA 92660<br>Telephone: 612-596-4097<br>Fax: 612-339-0981<br>gwoodard@larsenwoodard.com<br><br>Karen Hanson Riebel<br>Richard A. Lockridge<br>Heidi M. Silton<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: 612-596-4097<br>Fax: 612-339-0981<br>khriebel@locklaw.com<br>ralockridge@locklaw.com<br>hmsilton@locklaw.com<br><br>Gary F. Lynch<br>CARLSON LYNCH SWEET & KILPELA<br>1133 Penn Avenue<br>5th Floor<br>Pittsburgh, PA 15222<br>Telephone: 412-322-9243<br>Fax: 412-231-0246<br>glynch@carlsonlynch.com<br><br>Jayne A. Goldstein<br>POMERANTZ LLP<br>1792 Bell Tower Lane, Suite 203<br>Weston, Florida 33326<br>Telephone: 954-315-3454<br>Fax: 954-315-3455<br>jagoldstein@pomlaw.com<br><br>*Counsel for Plaintiff Pizza Pie & Wing Co. LLC*<br>C.D. Cal., Case No. 2:15-cv-06959 | Samuel M Ward<br>Barrack Rodos and Bacine<br>600 West Broadway Suite 900<br>San Diego, CA 92101<br>619-230-0800<br>Fax: 619-230-1874<br>sward@barrack.com<br><br>Jeffrey B Gittleman<br>Barrack Rodos and Bacine<br>3200 Two Commerce Square<br>2001 Market Street Suite 3300<br>Philadelphia, PA 19103<br>215-963-0600<br>Fax: 215-963-0838<br>jgittleman@barrack.com<br><br>Lionel Zevi Glancy<br>Glancy Prongay and Murray LLP<br>1925 Century Park East Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150<br>Fax: 310-201-9160<br>lglancy@glancylaw.com<br><br>Stephen R Basser<br>Barrack Rodos and Bacine<br>600 West Broadway Suite 900<br>San Diego, CA 92101<br>619-230-0800<br>Fax: 619-230-1874<br>sbasser@barrack.com<br><br>*Counsel for Plaintiff DNW Foods Inc.*<br>C.D. Cal., Case No. 2:15-cv-07095 |
| Lionel Zevi Glancy<br>Glancy Prongay and Murray LLP<br>1925 Century Park East Suite 2100 | Alexander M Schack<br>Law Offices of Alexander M Schack<br>16870 W Bernardo Court Suite 400 |

12

4043276v1/014918

| | |
|---|---|
| Los Angeles, CA 90067<br>310-201-9150<br>Fax: 310-432-1495<br>lglancy@glancylaw.com<br><br>Christian A Jenkins<br>James D Ludwig<br>Minnillo and Jenkins Co LPA<br>2712 Observatory Avenue<br>Cincinnati, OH 45208<br>513-723-1600<br>Fax: 513-723-1620<br>cjenkins@minnillojenkins.com<br>jludwig@minnillojenkins.com<br><br>Jeffrey Scott Goldenberg<br>Goldenberg Schneider LPA<br>One West Fourth Street 18th Floor<br>Cincinnati, OH 45202<br>513-345-8291<br>Fax: 513-345-8294<br>jgoldenberg@gs-legal.com<br><br>Jeffrey L Spector<br>William G Caldes<br>Spector Roseman Kodroff and Willis PC<br>1818 Market Street Suite 2500<br>Philadelphia, PA 19103<br>215-496-0300<br>Fax: 215-496-6611<br>jspector@srkw-law.com<br>Bcaldes@srkw-law.com<br><br>Lee Albert<br>Glancy Prongay and Murray LLP<br>122 East 42nd Street Suite 2920<br>New York, NY 10168<br>212-682-5340<br>Fax: 212-884-0988<br>lalbert@glancylaw.com<br><br>*Counsel for Plaintiffs*<br>*Ambrose BD, LLC, Ambrose BD 2, LLC,*<br>*Keystone University Square, LLC*<br>C.D. Cal., Case No. 2:15-cv-07556 | San Diego, CA 92127<br>858-485-6535<br>Fax: 858-485-0608<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br><br>Natasha Azadeh Naraghi<br>Law Offices of Alexander M Schack<br>16870 West Bernardo Drive Suite 400<br>San Diego, CA 92127<br>858-485-6535<br>Fax: 858-485-0608<br>Email:<br>natashanaraghi@amslawoffice.com<br><br>*Counsel for Plaintiff Michael Holinko*<br>C.D. Cal., Case No. 2:15-cv-07665 |
| Garrett D Blanchfield , Jr<br>Reinhardt Wendorf and Blanchfield<br>E1250 First National Bank Building<br>332 Minnesota Street<br>St Paul, MN 55101<br>651-287-2100<br>Fax: 651-287-2103<br>g.blanchfield@rwblawfirm.com | David H Weinstein<br>Weinstein Kitchenoff and Asher LLC<br>100 South Broad Street Suite 705<br>Philadelphia, PA 19110<br>215-545-7200<br>Fax: 215-545-6535<br>Email: weinstein@wka-law.com |

13

4043276v1/014918

| | |
|---|---|
| Lionel Zevi Glancy<br>Glancy Prongay and Murray LLP<br>1925 Century Park East Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150<br>Fax: 310-432-1495<br>lglancy@glancylaw.com<br><br>Christopher L Lebsock<br>Hausfeld LLP<br>600 Montgomery Street Suite 3200<br>San Francisco, CA 94111<br>415-633-1949<br>Fax: 415-693-0770<br>clebsock@hausfeldllp.com<br><br>*Counsel for Plaintiff Village Pub, LLC*<br>C.D. Cal., Case No. 2:15-cv-08241 | *Counsel for Plaintiff NYN, Inc.*<br>C.D. Cal., Case No. 2:15-cv-08961 |
| Caleb Marker<br>Zimmerman Reed LLP<br>555 East Ocean Boulevard Suite 500<br>Long Beach, CA 90802<br>877-500-8780<br>Fax: 877-500-8781<br>Caleb.Marker@zimmreed.com<br><br>Bryan L Bleichner<br>Chestnut Cambronne PA<br>17 Washington Avenue North Suite 300<br>Minneapolis, MN 55401<br>612-339-7300<br>Fax: 612-336-2940<br>bbleichner@chestnutcambronne.com<br><br>*Counsel for Plaintiff P.J. Hafiz ClubManagement Inc.*<br>C.D. Cal., Case No. 2:15-cv-09175 | Caleb Marker<br>Zimmerman Reed LLP<br>555 East Ocean Boulevard Suite 500<br>Long Beach, CA 90802<br>877-500-8780<br>Fax: 877-500-8781<br>Caleb.Marker@zimmreed.com<br><br>*Counsel for Plaintiff Two Pauls, Inc.*<br>C.D. Cal., Case No. 2:15-cv-09180 |
| Rosemary M Rivas<br>Finkelstein Thompson LLP<br>One California Street Suite 900<br>San Francisco, CA 94111<br>415-398-8700<br>Fax: 415-398-8704<br>rrivas@finkelsteinthompson.com<br><br>*Counsel for Plaintiffs Duck Duck LLC, Dude N Brah Inc, Longliners Café LLC, All in HB LLC, First Class Perks LLC, Crestview Helen Back LLC, Will Call Sports LLC* | |

4043276v1/014918

| | |
|---|---|
| C.D. Cal., Case No. 2:15-cv-09366 | |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of January 2016.

/s/ Marc M. Seltzer

15

4043276v1/014918