MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone:  (310) 789-3100
Fax:  (310) 789-3150

WILLIAM C. CARMODY
bcarmody@susmangodfrey.com
ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
SETH D. ARD
sard@susmangodfrey.com
IAN M. GORE
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone:  (212) 336-8330
Fax:  (212) 336-8340

Attorneys for Plaintiffs 8812 Tavern
Corp., d/b/a Bench Sports Bar, Christina
Malerba and Nicholas Racklin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668 BRO (JEMx) |

## AMENDED CERTIFICATE OF SERVICE

I, Marc M. Seltzer, declare I am over the age of eighteen (18) and not a party to the entitled action.  I am a partner in the law firm Susman Godfrey L.L.P., and

my office is located at 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067.

On January 6, 2016, I caused to be filed the following:

**BENCH SPORTS PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE**

with the Clerk of the Court of the United States District Court for the Central District of California, Western District, using the official Court Electronic Filing System and served copies on the following parties on January 7, 2016 in the following manner:

| VIA EMAIL – CASES IN THE MDL | |
| --- | --- |
| Todd M Friedman<br>LAW OFFICES OF TODD M FRIEDMAN PC<br>324 S Beverly Drive No. 725<br>Beverly Hills, CA 90212<br>877-206-4741<br>866-633-0228 (fax)<br>tfriedman@attorneysforconsumers.com<br><br>Seyed Abbas Kazerounian<br>KAZEROUNI LAW GROUP APC<br>245 Fischer Avenue Suite D1<br>Costa Mesa, CA 92626<br>800-400-6808<br>800-520-5523 (fax)<br>ak@kazlg.com<br><br>Sara F Khosroabadi<br>HYDE AND SWIGART<br>2221 Camino Del Rio South Suite 101<br>San Diego, CA 92108<br>619-233-7770<br>619-297-1022 (fax)<br>sara@westcoastlitigation.com<br><br>Gouya Askari Ranekouhi<br>KAZEROUNI LAW GROUP APC<br>245 Fischer Avenue Suite D1<br>Costa Mesa, CA 92626<br>800-400-6808<br>800-520-5523 (fax)<br>gouya@kazlg.com | Michael P. Lehmann (SBN 77152)<br>Bonny E. Sweeney (SBN 176174)<br>Christopher L. Lebsock (SBN 184546)<br>HAUSFELD LLP<br>600 Montgomery St., Suite 3200<br>San Francisco, CA 94111<br>Tel: (415) 633-1908<br>Fax: (415) 358-4980<br>mlehmann@hausfeld.com<br>bsweeney@hausfeld.com<br>clebsock@hausfeld.com<br><br>Michael D. Hausfeld<br>HAUSFELD LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>Tel: (202) 540-7200<br>Fax: (202)540-7201<br>mhausfeld@hausfeld.com<br><br>Irving Scher<br>Scott A. Martin<br>HAUSFELD LLP<br>165 Broadway, Suite 2301<br>New York, NY 10006<br>Tel: (646) 357-1100<br>Fax: (212) 202-4322<br>ischer@hausfeld.com<br>smartin@hausfeld.com |

2

| | |
|---|---|
| Joshua B Swigart<br>HYDE AND SWIGART APC<br>2221 Camino Del Rio South Suite 101<br>San Diego, CA 92108<br>619-233-7770<br>619-297-1022 (fax)<br>josh@westcoastlitigation.com<br><br>*Counsel for Plaintiff Thomas Abrahamian*<br>C.D. Cal., Case No. 2:15-cv-04606 | Lee Albert<br>Brian Murray<br>GLANCY PRONGAY & MURRAY LLP<br>122 East 42nd Street, Suite 2920<br>New York, NY 10168<br>Tel: (212) 682-5340<br>Fax: (212) 884-0988<br>lalbert@glancylaw.com<br>bmurray@glancylaw.com<br><br>Lionel Z. Glancy<br>GLANCY PRONGAY & MURRAY LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Tel: (310) 201-9150<br>Fax: (310) 432-1495<br>lglancy@glancylaw.com<br><br>*Counsel for Plaintiff Ninth Inning Inc. dba The Mucky Duck*<br>C.D. Cal., Case No. 2:15-cv-05261 |
| Ramzi Abadou<br>KAHN SWICK AND FOTI LLP<br>912 Cole Street Suite 251<br>San Francisco, CA 94117<br>504-455-1400<br>504-455-1498 (fax)<br>ramzi.abadou@ksfcounsel.com<br><br>Melinda A Nicholson<br>KAHN SWICK AND FOTI LLC<br>206 Covington Street<br>Madisonville, LA 70447<br>504-455-1400<br>504-455-1498 (fax)<br>melinda.nicholson@ksfcounsel.com<br><br>*Counsel for Plaintiffs Rookies Sports Cafe,L.L.C., Maple Street ntertainment, L.L.C. dba Repp's Uptilly Tavern, and Martinis of NewOrleans, Inc. dba Hurricanes Sports Bar*<br>C.D. Cal., Case No. 2:15-cv-05813 | Roman M. Silberfeld, Bar No. 62783<br>David Martinez, Bar No. 193183<br>ROBINS KAPLAN LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067<br>Telephone: (310) 552-0130<br>Fax: (310) 229-5800<br>RSilberfeld@RobinsKaplan.com<br>DMartinez@RobinsKaplan.com<br><br>Hollis Salzman<br>Kellie Lerner<br>Michelle C. Zolnoski<br>ROBINS KAPLAN LLP<br>601 Lexington Avenue<br>Suite 3400<br>New York, NY 10022<br>Telephone: (212) 980-7400<br>Fax: (212) 980-7499<br>HSalzman@RobinsKaplan.com<br>KLerner@RobinsKaplan.com<br>MZolnoski@RobinsKaplan.com<br><br>John Radice<br>Kenneth Pickle<br>RADICE LAW FIRM<br>34 Sunset Boulevard<br>Long Beach, NJ 08008<br>Telephone: (646) 245-8502 |

3

4051559v1/014918

| | |
|---|---|
| 1 | Fax: (609) 385-0745<br>JRadice@radicelawfirm.com<br>KPickle@radicelawfirm.com |
| 2 | |
| 3 | *Counsel for 1465 3RD Ave. Rest. Corp.*<br>*d/b/a Gael Pub*<br>C.D. Cal., No. 2:15-cv-06145 |
| 4 | |

| | | |
|---|---|---|
| 5 | Lionel Zevi Glancy<br>GLANCY PRONGAY AND MURRAY LLP<br>1925 Century Park East Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150<br>310-201-9160 (fax)<br>lglancy@glancylaw.com | Gregg H Levy<br>COVINGTON AND BURLING LLP<br>850 Tenth Street NW One City Center<br>Washington, DC 20001-4956<br>202-662-5292<br>202-662-6804 (fax)<br>glevy@cov.com |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Eugene A. Spector<br>William G. Caldes<br>Jonathan M. Jagher<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN KODROFF<br>& WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Tel: (215) 496-0300<br>Fax: (215) 496-6611<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com | Derek Ludwin<br>COVINGTON AND BURLING LLP<br>850 Tenth Street NW One City Center<br>Washington, DC 20001-4956<br>202-662-5429<br>202-778-5429 (fax)<br>dludwin@cov.com |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | Neema Trivedi Sahni<br>COVINGTON AND BURLING LLP<br>2029 Century Park East Suite 3100<br>Los Angeles, CA 90067<br>424-332-4800<br>424-332-4782 (fax)<br>nsahni@cov.com |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | David P. McLafferty<br>LAW OFFICES OF DAVID P.<br>MCLAFFERTY & ASSOCIATES, P.C.<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Tel: (610) 940-4000<br>Fax: (610) 940-4007<br>dmclafferty@mclaffertylaw.com | *Counsel for Defendants National*<br>*Football League, Inc. and NFL*<br>*Enterprises LLC in all actions* |
| 18 | | |
| 19 | | *Counsel for Arizona Cardinals* |
| 20 | | *Holdings, Inc., Atlanta Falcons Football*<br>*Club LLC, Baltimore Ravens Limited*<br>*Partnership, Buffalo Bills, LLC,* |
| 21 | *Counsel for Plaintiff Main Street*<br>*America, Ltd.*<br>C.D. Cal., Case No. 2:15-cv-06402 | *Panthers Football LLC, Chicago Bears*<br>*Football Club, Inc., Cincinnati Bengals,*<br>*Inc., Cleveland Browns Football* |
| 22 | | *Company, LLC, Dallas Cowboys*<br>*Football Club, Ltd., PDB Sports, Ltd.*<br>*d/b/a Denver Broncos Football Club,* |
| 23 | | *Detroit Lions, Inc., Green Bay Packers,*<br>*Inc., Houston NFL Holdings LP,* |
| 24 | | *Indianapolis Colts, Inc., Jacksonville*<br>*Jaguars LLC, Kansas City Chiefs* |
| 25 | | *Football Club, Inc., Miami*<br>*Dolphins, Ltd., Minnesota Vikings* |
| 26 | | *Football Club LLC, New England*<br>*Patriots, LP, New Orleans Louisiana*<br>*Saints LLC, New York Football Giants,* |
| 27 | | |
| 28 | | |

4051559v1/014918

| | |
|---|---|
| | *Inc., New York Jets LLC, Oakland Raiders LP, Philadelphia Eagles Football Club, Inc., Pittsburgh Steelers Sports, Inc., Chargers Football Co., LLC, San Francisco Forty Niners II, LLC, Football Northwest LLC, The Rams Football Company LLC, Buccaneers Limited Partnership, Tennessee Football, Inc., Washington Football, Inc.* |
| Robyn Eileen Bladow<br>Melissa D Ingalls<br>KIRKLAND AND ELLIS LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>213-680-8400<br>213-680-8500 (fax)<br>robyn.bladow@kirkland.com<br>melissa.ingalls@kirkland.com<br><br>*Counsel for Defendants DirecTV LLC and DirecTV Holdings LLC* | |

**VIA EMAIL – CASES SUBJECT TO CONDITIONAL TRANSFER ORDER**

| | |
|---|---|
| Caleb Marker<br>Hannah Belknap<br>Zimmerman Reed, LLP<br>555 E. Ocean Blvd., Suite 500<br>Long Beach, California 90802<br>Telephone: (877) 500-8780<br>caleb.marker@zimmreed.com<br>hannah.belknap@zimmreed.com<br><br>Brian C. Gudmundson<br>brian.gudmundson@zimmreed.com<br>Wm Dane DeKrey<br>dane.dekrey@zimmreed.com<br>Jason R. Lee<br>E-mail: jason.lee@zimmreed.com<br>ZIMMERMAN REED, LLP<br>1100 IDS Center, 80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 341-0400<br><br>Arthur M. Murray<br>amurray@murray-lawfirm.com<br>MURRAY LAW FIRM<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>Telephone:  (504) 525-8100 | Daniel Brett Rehns<br>Cohen Milstein Sellers & Toll P.L.L.C.<br>88 Pine Street<br>14th, Floor<br>New York, NY 10005<br>(212) 838-7797<br>Fax: (212) 838-7745<br>drehns@cohenmilstein.com<br><br>Jeffrey Benjamin Dubner<br>Cohen Milstein Sellers & Toll<br>1100 New York Ave., NW, Ste. 500<br>Washington, DC 20005<br>(202) 408-4600<br>Fax: (202) 408-4699<br>jdubner@cohenmilstein.com<br><br>Howard Langer<br>Edward Diver<br>Peter Leckman<br>LANGER, GROGAN & DIVER, P.C.<br>1717 Arch Street, Suite 4130<br>Philadelphia, PA 19103<br>Telephone: (215) 320-5660<br>Facsimile: (215) 320-5703<br>hlanger@langergrogan.com<br>ndiver@langergrogan.com<br>pleckman@langergrogan.com |

4051559v1/014918

| | |
|---|---|
| *Counsel for Plaintiffs Robert Gary Lippincott, Jr.And on behalf of all others similarly situated*<br>N.D. Cal., Case No. 3:15-cv-05096 | *Attorneys for Trilogy Holding, LLC d/b/a Bounce Sporting Club; New Lounge 4324, LLC d/b/a Bounce Sporting Club; Pedal Haus Brewery, LLC; Whiskey Rocks Tempe, LLC d/b/a Gringo Star Street Bar; and Jonathan Frantz*<br>S.D.N.Y., Case No. 1:15-cv-08188 |
| Jayne Arnold Goldstein<br>Pomerantz LLP<br>600 Third Ave, 20th Floor<br>New York, NY 10016<br>(212) 661-1100<br>Fax: (212) 661-8665<br>jagoldstein@pomlaw.com<br><br>Marc Ian Gross<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>(212)661-1100<br>Fax: (212) 661-8665<br>migross@pomlaw.com<br><br>*Counsel for Plaintiff Steven Dassa*<br>S.D.N.Y., Case No. 1:15-cv-08982 | Amanda Marjorie Steiner<br>Girard Gibbs LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415)-981-4800<br>Fax: (415)-981-4846<br>as@girardgibbs.com<br><br>*Counsel for Plaintiff, D.J.'s Sports Bar, Inc.*<br>S.D.N.Y., Case No. 1:15-cv-09050 |
| Robert J. Larocca<br>Kohn, Swift & Graf, P.C.<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107<br>(215) 238-1700<br>Fax: (215) 238-1968<br>rlarocca@kohnswift.com<br><br>*Counsel for Plaintiff T-3 Restaurants, Inc.*<br>S.D.N.Y., Case No. 1:15-cv-09443 | Yehudah L. Buchweitz<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>(212) 310-8000 – Telephone<br>(212) 310-8007 – Facsimile<br>Yehudah.buchweitz@weil.com<br><br>*Counsel for Defendant CBS Corporation* |
| John E. Schmidtlein<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, NW<br>Washington, DC  20005<br>(202) 434-5901 – Telephone<br>(202) 434-5029 – Facsimile<br>jschmidtlein@wm.com<br><br>*Counsel for Defendant Fox Broadcasting Company* | Arthur J. Burke<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>(212) 450-4352 – Telephone<br>(212) 701-5352 – Facsimile<br>arthur.burke@davispolk.com<br><br>*Counsel for Defendant NBC Universal Media, LLC* |

6

4051559v1/014918

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | Glenn D. Pomerantz<br>Steven M. Perry<br>Nathan M. Rehn<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>Glenn.pomerantz@mto.com<br>Steven.perry@mto.com<br>Thane.rehn@mto.com<br><br>*Counsel for Defendant ESPN Inc.* | |

**VIA EMAIL – RELATED CASES PENDING IN THIS COURT**

| | |
|---|---|
| Bryan Matthew Thomas<br>Amid T Bahadori<br>Bahadori and Thomas LLP<br>2 Park Plaza Suite 450<br>Irvine, CA 92614<br>949-954-8164<br>Fax: 949-954-8163<br>bryanthomasjd@gmail.com<br>atb@bahadorilaw.com<br><br>Lesley E Weaver<br>Block and Leviton LLP<br>520 Third Street Suite 108<br>Oakland, CA 94607<br>415-968-8999<br>Fax: 617-507-6020<br>lweaver@blockesq.com<br><br>Roger A Sachar , Jr<br>Morgan and Morgan PC<br>28 West 44th Street Suite 2001<br>New York, NY 10036<br>646-863-5704<br>Fax: 212-564-1807<br>rsachar@morgansecuritieslaw.com<br><br>Bahadori and Thomas LLP<br>2 Park Plaza Suite 450<br>Irvine, CA 92614<br>949-954-8164<br>Fax: 949-954-8163<br><br>*Counsel for Plaintiff The Infirmary LLC*<br>C.D. Cal., Case No. 2:15-cv-06729 | Caleb Marker<br>Christopher P Ridout<br>Zimmerman Reed LLP<br>555 East Ocean Boulevard Suite 500<br>Long Beach, CA 90802<br>877-500-8780<br>Fax: 877-500-8781<br>Caleb.Marker@zimmreed.com<br>Christopher.Ridout@zimmreed.com<br><br>Brian C Gudmundson<br>Jason R Lee<br>Zimmerman Reed PLLP<br>80 South Eighth Street 1100 IDS Center<br>Minneapolis, MN 55402<br>612-341-0400<br>Fax: 612-341-0844<br>brian.gudmundson@zimmreed.com<br>jason.lee@zimmreed.com<br><br>*Counsel for Plaintiff Jammers, Inc. d/b/a*<br>*Flight's Restaurant / Flight's Beer Bar*<br>C.D. Cal., Case No. 2:15-cv-06959 |

4051559v1/014918

| | |
|---|---|
| Gregory E. Woodard<br>LARSEN WOODARD LLP<br>100 Bayview Circle, Suite 4500<br>Newport Beach, CA 92660<br>Telephone: 612-596-4097<br>Fax: 612-339-0981<br>gwoodard@larsenwoodard.com | Samuel M Ward<br>Barrack Rodos and Bacine<br>600 West Broadway Suite 900<br>San Diego, CA 92101<br>619-230-0800<br>Fax: 619-230-1874<br>sward@barrack.com |
| Karen Hanson Riebel<br>Richard A. Lockridge<br>Heidi M. Silton<br>LOCKRIDGE GRINDAL NAUEN<br>P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: 612-596-4097<br>Fax: 612-339-0981<br>khriebel@locklaw.com<br>ralockridge@locklaw.com<br>hmsilton@locklaw.com | Jeffrey B Gittleman<br>Barrack Rodos and Bacine<br>3200 Two Commerce Square<br>2001 Market Street Suite 3300<br>Philadelphia, PA 19103<br>215-963-0600<br>Fax: 215-963-0838<br>jgittleman@barrack.com |
| Gary F. Lynch<br>CARLSON LYNCH SWEET &<br>KILPELA<br>1133 Penn Avenue<br>5th Floor<br>Pittsburgh, PA 15222<br>Telephone: 412-322-9243<br>Fax: 412-231-0246<br>glynch@carlsonlynch.com | Lionel Zevi Glancy<br>Glancy Prongay and Murray LLP<br>1925 Century Park East Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150<br>Fax: 310-201-9160<br>lglancy@glancylaw.com |
| Jayne A. Goldstein<br>POMERANTZ LLP<br>1792 Bell Tower Lane, Suite 203<br>Weston, Florida 33326<br>Telephone: 954-315-3454<br>Fax: 954-315-3455<br>jagoldstein@pomlaw.com | Stephen R Basser<br>Barrack Rodos and Bacine<br>600 West Broadway Suite 900<br>San Diego, CA 92101<br>619-230-0800<br>Fax: 619-230-1874<br>sbasser@barrack.com |
| *Counsel for Plaintiff Pizza Pie & Wing Co. LLC*<br>C.D. Cal., Case No. 2:15-cv-06959 | *Counsel for Plaintiff DNW Foods Inc.*<br>C.D. Cal., Case No. 2:15-cv-07095 |
| Lionel Zevi Glancy<br>Glancy Prongay and Murray LLP<br>1925 Century Park East Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150<br>Fax: 310-432-1495<br>lglancy@glancylaw.com | Alexander M Schack<br>Law Offices of Alexander M Schack<br>16870 W Bernardo Court Suite 400<br>San Diego, CA 92127<br>858-485-6535<br>Fax: 858-485-0608<br>alexschack@amslawoffice.com |

4051559v1/014918

| | |
|---|---|
| Christian A Jenkins<br>James D Ludwig<br>Minnillo and Jenkins Co LPA<br>2712 Observatory Avenue<br>Cincinnati, OH 45208<br>513-723-1600<br>Fax: 513-723-1620<br>cjenkins@minnillojenkins.com<br>jludwig@minnillojenkins.com<br><br>Jeffrey Scott Goldenberg<br>Goldenberg Schneider LPA<br>One West Fourth Street 18th Floor<br>Cincinnati, OH 45202<br>513-345-8291<br>Fax: 513-345-8294<br>jgoldenberg@gs-legal.com<br><br>Jeffrey L Spector<br>William G Caldes<br>Spector Roseman Kodroff and Willis PC<br>1818 Market Street Suite 2500<br>Philadelphia, PA 19103<br>215-496-0300<br>Fax: 215-496-6611<br>jspector@srkw-law.com<br>Bcaldes@srkw-law.com<br><br>Lee Albert<br>Glancy Prongay and Murray LLP<br>122 East 42nd Street Suite 2920<br>New York, NY 10168<br>212-682-5340<br>Fax: 212-884-0988<br>lalbert@glancylaw.com<br><br>*Counsel for Plaintiffs*<br>*Ambrose BD, LLC, Ambrose BD 2, LLC,*<br>*Keystone University Square, LLC*<br>C.D. Cal., Case No. 2:15-cv-07556 | Natasha Azadeh Naraghi<br>Law Offices of Alexander M Schack<br>16870 West Bernardo Drive Suite 400<br>San Diego, CA 92127<br>858-485-6535<br>Fax: 858-485-0608<br>Email:<br>natashanaraghi@amslawoffice.com<br><br>*Counsel for Plaintiff Michael Holinko*<br>C.D. Cal., Case No. 2:15-cv-07665 |
| Garrett D Blanchfield , Jr<br>Reinhardt Wendorf and Blanchfield<br>E1250 First National Bank Building<br>332 Minnesota Street<br>St Paul, MN 55101<br>651-287-2100<br>Fax: 651-287-2103<br>g.blanchfield@rwblawfirm.com<br><br><br>Lionel Zevi Glancy<br>Glancy Prongay and Murray LLP<br>1925 Century Park East Suite 2100 | David H Weinstein<br>Weinstein Kitchenoff and Asher LLC<br>100 South Broad Street Suite 705<br>Philadelphia, PA 19110<br>215-545-7200<br>Fax: 215-545-6535<br>Email: weinstein@wka-law.com<br><br>*Counsel for Plaintiff NYN, Inc.*<br>C.D. Cal., Case No. 2:15-cv-08961 |

9

4051559v1/014918

| | | |
|---|---|---|
| 1 | Los Angeles, CA 90067<br>310-201-9150<br>Fax: 310-432-1495<br>lglancy@glancylaw.com<br><br>Christopher L Lebsock<br>Hausfeld LLP<br>600 Montgomery Street Suite 3200<br>San Francisco, CA 94111<br>415-633-1949<br>Fax: 415-693-0770<br>clebsock@hausfeldllp.com<br><br>*Counsel for Plaintiff Village Pub, LLC*<br>C.D. Cal., Case No. 2:15-cv-08241 | |
| 9 | Caleb Marker<br>Zimmerman Reed LLP<br>555 East Ocean Boulevard Suite 500<br>Long Beach, CA 90802<br>877-500-8780<br>Fax: 877-500-8781<br>Caleb.Marker@zimmreed.com<br><br>Bryan L Bleichner<br>Chestnut Cambronne PA<br>17 Washington Avenue North Suite 300<br>Minneapolis, MN 55401<br>612-339-7300<br>Fax: 612-336-2940<br>bbleichner@chestnutcambronne.com<br><br>*Counsel for Plaintiff P.J. Hafiz*<br>*ClubManagement Inc.*<br>C.D. Cal., Case No. 2:15-cv-09175 | Caleb Marker<br>Zimmerman Reed LLP<br>555 East Ocean Boulevard Suite 500<br>Long Beach, CA 90802<br>877-500-8780<br>Fax: 877-500-8781<br>Caleb.Marker@zimmreed.com<br><br>*Counsel for Plaintiff Two Pauls, Inc.*<br>C.D. Cal., Case No. 2:15-cv-09180 |
| 19 | Rosemary M Rivas<br>Finkelstein Thompson LLP<br>One California Street Suite 900<br>San Francisco, CA 94111<br>415-398-8700<br>Fax: 415-398-8704<br>rrivas@finkelsteinthompson.com<br><br>*Counsel for Plaintiffs Duck Duck LLC,*<br>*Dude N Brah Inc, Longliners Café LLC,*<br>*All in HB LLC, First Class Perks LLC,*<br>*Crestview Helen Back LLC, Will Call*<br>*Sports LLC*<br>C.D. Cal., Case No. 2:15-cv-09366 | |

4051559v1/014918

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of January 2016.

/s/ Marc M. Seltzer

4051559v1/014918