MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone:  (310) 789-3100
Fax:  (310) 789-3150

WILLIAM C. CARMODY
bcarmody@susmangodfrey.com
ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
SETH D. ARD
sard@susmangodfrey.com
IAN M. GORE
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone:  (212) 336-8330
Fax:  (212) 336-8340

Attorneys for Plaintiffs 8812 Tavern Corp.,
d/b/a Bench Sports Bar, Christina Malerba and
Nicholas Racklin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668 BRO (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## NOTICE OF ERRATA TO AMENDED CERTIFICATE OF SERVICE

4054935v1

1       **PLEASE TAKE NOTICE** of an error in the filing of docket number 9.  During the filing

2   process, plaintiffs inadvertently selected the wrong filer party, National Football Leagues Sunday

3   Ticket Antitrust Litigation.  The filing parties should be 8812 Tavern Corp., d/b/a Bench Sports

4   Bar, Christina Malerba and Nicholas Racklin.

5

6   Dated:  January 7, 2016                MARC M. SELTZER
                                   WILLIAM C. CARMODY

7                                      ARUN SUBRAMANIAN
                                   SETH D. ARD

8                                      IAN M. GORE
                                   SUSMAN GODFREY L.L.P.

9

10                               By:   */s/ Marc M. Seltzer*
                                   Marc M. Seltzer

11                                      *Attorneys for Plaintiffs 8812 Tavern Corp.*
                                   *d/b/a Bench Sports Bar, Christina Malerba,*

12                                      *and Nicholas Racklin*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4054935v1                                  2

**PROOF OF SERVICE**

1

2        I, the undersigned, declare:

3        I am employed in the County of Los Angeles, State of California.  I am over the age of

4   18 and not a party to the within action; my business address is 1880 Century Park East, Suite 950,

5   Los Angeles, California 90067-1606.

6        On January 7, 2016, I caused to be filed the following:

7        **NOTICE OF ERRATA TO AMENDED CERTIFICATE OF SERVICE**

8   with the Clerk of the Court of the United States District Court for the Central District of

9   California, Western District, using the official Court Electronic Filing System and served copies

10  on the following parties on January 7, 2016 in the following manner:

11

12                    **VIA EMAIL – CASES IN THE MDL**

13  Todd M Friedman                               Michael P. Lehmann (SBN 77152)
    LAW OFFICES OF TODD M FRIEDMAN PC             Bonny E. Sweeney (SBN 176174)
14  324 S Beverly Drive No. 725                   Christopher L. Lebsock (SBN 184546)
    Beverly Hills, CA 90212                       HAUSFELD LLP
15  877-206-4741                                  600 Montgomery St., Suite 3200
    866-633-0228 (fax)                            San Francisco, CA 94111
16  tfriedman@attorneysforconsumers.com           Tel: (415) 633-1908
                                                  Fax: (415) 358-4980
17                                                mlehmann@hausfeld.com
    Seyed Abbas Kazerounian                       bsweeney@hausfeld.com
18  KAZEROUNI LAW GROUP APC                       clebsock@hausfeld.com
    245 Fischer Avenue Suite D1
19  Costa Mesa, CA 92626
    800-400-6808                                  Michael D. Hausfeld
20  800-520-5523 (fax)                            HAUSFELD LLP
    ak@kazlg.com                                  1700 K Street NW, Suite 650
21                                                Washington, DC 20006
    Sara F Khosroabadi                            Tel: (202) 540-7200
22  HYDE AND SWIGART                              Fax: (202)540-7201
    2221 Camino Del Rio South Suite 101           mhausfeld@hausfeld.com
23  San Diego, CA 92108
    619-233-7770
24  619-297-1022 (fax)                            Irving Scher
    sara@westcoastlitigation.com                  Scott A. Martin
25                                                HAUSFELD LLP
                                                  165 Broadway, Suite 2301
26  Gouya Askari Ranekouhi                        New York, NY 10006
    KAZEROUNI LAW GROUP APC                       Tel: (646) 357-1100
27  245 Fischer Avenue Suite D1                   Fax: (212) 202-4322
    Costa Mesa, CA 92626                          ischer@hausfeld.com
28  800-400-6808                                  smartin@hausfeld.com
    800-520-5523 (fax)

4054935v1

gouya@kazlg.com

Joshua B Swigart
HYDE AND SWIGART APC
2221 Camino Del Rio South Suite 101
San Diego, CA 92108
619-233-7770
619-297-1022 (fax)
josh@westcoastlitigation.com

*Counsel for Plaintiff Thomas Abrahamian*
C.D. Cal., Case No. 2:15-cv-04606

Lee Albert
Brian Murray
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Tel: (212) 682-5340
Fax: (212) 884-0988
lalbert@glancylaw.com
bmurray@glancylaw.com

Lionel Z. Glancy
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 432-1495
lglancy@glancylaw.com

*Counsel for Plaintiff Ninth Inning Inc. dba The Mucky Duck*
C.D. Cal., Case No. 2:15-cv-05261

Ramzi Abadou
KAHN SWICK AND FOTI LLP
912 Cole Street Suite 251
San Francisco, CA 94117
504-455-1400
504-455-1498 (fax)
ramzi.abadou@ksfcounsel.com

Melinda A Nicholson
KAHN SWICK AND FOTI LLC
206 Covington Street
Madisonville, LA 70447
504-455-1400
504-455-1498 (fax)
melinda.nicholson@ksfcounsel.com

*Counsel for Plaintiffs Rookies Sports Cafe,L.L.C., Maple Street ntertainment, L.L.C. dba Repp's Uptilly Tavern, and Martinis of NewOrleans, Inc. dba Hurricanes Sports Bar*
C.D. Cal., Case No. 2:15-cv-05813

Roman M. Silberfeld, Bar No. 62783
David Martinez, Bar No. 193183
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Fax: (310) 229-5800
RSilberfeld@RobinsKaplan.com
DMartinez@RobinsKaplan.com

Hollis Salzman
Kellie Lerner
Michelle C. Zolnoski
ROBINS KAPLAN LLP
601 Lexington Avenue
Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Fax: (212) 980-7499
HSalzman@RobinsKaplan.com
KLerner@RobinsKaplan.com
MZolnoski@RobinsKaplan.com

John Radice
Kenneth Pickle
RADICE LAW FIRM
34 Sunset Boulevard
Long Beach, NJ 08008
Telephone: (646) 245-8502
Fax: (609) 385-0745

4054935v1

2

| | |
|---|---|
| | JRadice@radicelawfirm.com<br>KPickle@radicelawfirm.com<br><br>*Counsel for 1465 3RD Ave. Rest. Corp. d/b/a Gael Pub*<br>C.D. Cal., No. 2:15-cv-06145 |
| Lionel Zevi Glancy<br>GLANCY PRONGAY AND MURRAY LLP<br>1925 Century Park East Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150<br>310-201-9160 (fax)<br>lglancy@glancylaw.com<br><br>Eugene A. Spector<br>William G. Caldes<br>Jonathan M. Jagher<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN KODROFF<br>& WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Tel: (215) 496-0300<br>Fax: (215) 496-6611<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com<br><br>David P. McLafferty<br>LAW OFFICES OF DAVID P. MCLAFFERTY<br>& ASSOCIATES, P.C.<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Tel: (610) 940-4000<br>Fax: (610) 940-4007<br>dmclafferty@mclaffertylaw.com<br><br>*Counsel for Plaintiff Main Street America, Ltd.*<br>C.D. Cal., Case No. 2:15-cv-06402 | Gregg H Levy<br>COVINGTON AND BURLING LLP<br>850 Tenth Street NW One City Center<br>Washington, DC 20001-4956<br>202-662-5292<br>202-662-6804 (fax)<br>glevy@cov.com<br><br>Derek Ludwin<br>COVINGTON AND BURLING LLP<br>850 Tenth Street NW One City Center<br>Washington, DC 20001-4956<br>202-662-5429<br>202-778-5429 (fax)<br>dludwin@cov.com<br><br>Neema Trivedi Sahni<br>COVINGTON AND BURLING LLP<br>2029 Century Park East Suite 3100<br>Los Angeles, CA 90067<br>424-332-4800<br>424-332-4782 (fax)<br>nsahni@cov.com<br><br>*Counsel for Defendants National Football League, Inc. and NFL Enterprises LLC in all actions*<br><br>*Counsel for Arizona Cardinals Holdings, Inc., Atlanta Falcons Football Club LLC, Baltimore Ravens Limited Partnership, Buffalo Bills, LLC, Panthers Football LLC, Chicago Bears Football Club, Inc., Cincinnati Bengals, Inc., Cleveland Browns Football Company, LLC, Dallas Cowboys Football Club, Ltd., PDB Sports, Ltd. d/b/a Denver Broncos Football Club, Detroit Lions, Inc., Green Bay Packers, Inc., Houston NFL Holdings LP, Indianapolis Colts, Inc., Jacksonville Jaguars LLC, Kansas City Chiefs Football Club, Inc., Miami Dolphins, Ltd., Minnesota Vikings Football Club LLC, New England Patriots, LP, New Orleans Louisiana Saints LLC, New York Football Giants, Inc., New York Jets LLC, Oakland Raiders LP, Philadelphia Eagles Football Club, Inc., Pittsburgh Steelers Sports, Inc., Chargers Football Co., LLC, San Francisco Forty Niners II, LLC, Football* |

4054935v1                     3

| | |
|---|---|
| | *Northwest LLC, The Rams Football Company LLC, Buccaneers Limited Partnership, Tennessee Football, Inc., Washington Football, Inc.* |
| Robyn Eileen Bladow<br>Melissa D Ingalls<br>KIRKLAND AND ELLIS LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>213-680-8400<br>213-680-8500 (fax)<br>robyn.bladow@kirkland.com<br>melissa.ingalls@kirkland.com<br><br>*Counsel for Defendants DirecTV LLC and DirecTV Holdings LLC* | |

**VIA EMAIL – CASES SUBJECT TO CONDITIONAL TRANSFER ORDER**

| | |
|---|---|
| Caleb Marker<br>Hannah Belknap<br>Zimmerman Reed, LLP<br>555 E. Ocean Blvd., Suite 500<br>Long Beach, California 90802<br>Telephone: (877) 500-8780<br>caleb.marker@zimmreed.com<br>hannah.belknap@zimmreed.com<br><br>Brian C. Gudmundson<br>brian.gudmundson@zimmreed.com<br>Wm Dane DeKrey<br>dane.dekrey@zimmreed.com<br>Jason R. Lee<br>E-mail: jason.lee@zimmreed.com<br>ZIMMERMAN REED, LLP<br>1100 IDS Center, 80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 341-0400<br><br>Arthur M. Murray<br>amurray@murray-lawfirm.com<br>MURRAY LAW FIRM<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>Telephone:  (504) 525-8100<br><br><br>*Counsel for Plaintiffs Robert Gary Lippincott, Jr.And on behalf of all others similarly situated N.D. Cal., Case No. 3:15-cv-05096* | Daniel Brett Rehns<br>Cohen Milstein Sellers & Toll P.L.L.C.<br>88 Pine Street<br>14th, Floor<br>New York, NY 10005<br>(212) 838-7797<br>Fax: (212) 838-7745<br>drehns@cohenmilstein.com<br><br>Jeffrey Benjamin Dubner<br>Cohen Milstein Sellers & Toll<br>1100 New York Ave., NW, Ste. 500<br>Washington, DC 20005<br>(202) 408-4600<br>Fax: (202) 408-4699<br>jdubner@cohenmilstein.com<br><br>Howard Langer<br>Edward Diver<br>Peter Leckman<br>LANGER, GROGAN & DIVER, P.C.<br>1717 Arch Street, Suite 4130<br>Philadelphia, PA 19103<br>Telephone: (215) 320-5660<br>Facsimile: (215) 320-5703<br>hlanger@langergrogan.com<br>ndiver@langergrogan.com<br>pleckman@langergrogan.com<br>*Attorneys for Trilogy Holding, LLC d/b/a Bounce Sporting Club; New Lounge 4324, LLC d/b/a Bounce Sporting Club; Pedal Haus Brewery, LLC; Whiskey Rocks Tempe, LLC d/b/a Gringo Star Street Bar; and Jonathan Frantz* |

| | |
|---|---|
| | S.D.N.Y., Case No. 1:15-cv-08188 |
| Jayne Arnold Goldstein<br>Pomerantz LLP<br>600 Third Ave, 20th Floor<br>New York, NY 10016<br>(212) 661-1100<br>Fax: (212) 661-8665<br>jagoldstein@pomlaw.com<br><br>Marc Ian Gross<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>(212)661-1100<br>Fax: (212) 661-8665<br>migross@pomlaw.com<br><br>*Counsel for Plaintiff Steven Dassa*<br>S.D.N.Y., Case No. 1:15-cv-08982 | Amanda Marjorie Steiner<br>Girard Gibbs LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415)-981-4800<br>Fax: (415)-981-4846<br>as@girardgibbs.com<br><br>*Counsel for Plaintiff, D.J.'s Sports Bar, Inc.*<br>S.D.N.Y., Case No. 1:15-cv-09050 |
| Robert J. Larocca<br>Kohn, Swift & Graf, P.C.<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107<br>(215) 238-1700<br>Fax: (215) 238-1968<br>rlarocca@kohnswift.com<br><br>*Counsel for Plaintiff T-3 Restaurants, Inc.*<br>S.D.N.Y., Case No. 1:15-cv-09443 | Yehudah L. Buchweitz<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>(212) 310-8000 – Telephone<br>(212) 310-8007 – Facsimile<br>Yehudah.buchweitz@weil.com<br><br>*Counsel for Defendant CBS Corporation* |
| John E. Schmidtlein<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, NW<br>Washington, DC  20005<br>(202) 434-5901 – Telephone<br>(202) 434-5029 – Facsimile<br>jschmidtlein@wm.com<br><br>*Counsel for Defendant Fox Broadcasting Company* | Arthur J. Burke<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>(212) 450-4352 – Telephone<br>(212) 701-5352 – Facsimile<br>arthur.burke@davispolk.com<br><br>*Counsel for Defendant NBC Universal Media, LLC* |
| Glenn D. Pomerantz<br>Steven M. Perry<br>Nathan M. Rehn<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560 | |

4054935v1                                    5

| | | |
|---|---|---|
| 1 | Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>Glenn.pomerantz@mto.com<br>Steven.perry@mto.com<br>Thane.rehn@mto.com<br><br>*Counsel for Defendant ESPN Inc.* | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | **VIA EMAIL – RELATED CASES PENDING IN THIS COURT** | |
| 6 | Bryan Matthew Thomas<br>Amid T Bahadori | Caleb Marker<br>Christopher P Ridout |
| 7 | Bahadori and Thomas LLP<br>2 Park Plaza Suite 450 | Zimmerman Reed LLP<br>555 East Ocean Boulevard Suite 500 |
| 8 | Irvine, CA 92614<br>949-954-8164 | Long Beach, CA 90802<br>877-500-8780 |
| 9 | Fax: 949-954-8163<br>bryanthomasjd@gmail.com | Fax: 877-500-8781<br>Caleb.Marker@zimmreed.com |
| 10 | atb@bahadorilaw.com | Christopher.Ridout@zimmreed.com |
| 11 | Lesley E Weaver | Brian C Gudmundson |
| 12 | Block and Leviton LLP<br>520 Third Street Suite 108 | Jason R Lee<br>Zimmerman Reed PLLP |
| 13 | Oakland, CA 94607<br>415-968-8999 | 80 South Eighth Street 1100 IDS Center<br>Minneapolis, MN 55402 |
| 14 | Fax: 617-507-6020<br>lweaver@blockesq.com | 612-341-0400<br>Fax: 612-341-0844<br>brian.gudmundson@zimmreed.com |
| 15 | Roger A Sachar , Jr | jason.lee@zimmreed.com |
| 16 | Morgan and Morgan PC<br>28 West 44th Street Suite 2001 | *Counsel for Plaintiff Jammers, Inc. d/b/a* |
| 17 | New York, NY 10036<br>646-863-5704 | *Flight's Restaurant / Flight's Beer Bar*<br>C.D. Cal., Case No. 2:15-cv-06959 |
| 18 | Fax: 212-564-1807<br>rsachar@morgansecuritieslaw.com | |
| 19 | Bahadori and Thomas LLP | |
| 20 | 2 Park Plaza Suite 450<br>Irvine, CA 92614 | |
| 21 | 949-954-8164<br>Fax: 949-954-8163 | |
| 22 | *Counsel for Plaintiff The Infirmary LLC* C.D. | |
| 23 | Cal., Case No. 2:15-cv-06729 | |
| 24 | | |
| 25 | Gregory E. Woodard<br>LARSEN WOODARD LLP | Samuel M Ward<br>Barrack Rodos and Bacine |
| 26 | 100 Bayview Circle, Suite 4500<br>Newport Beach, CA 92660 | 600 West Broadway Suite 900<br>San Diego, CA 92101 |
| 27 | Telephone: 612-596-4097<br>Fax: 612-339-0981 | 619-230-0800<br>Fax: 619-230-1874 |
| 28 | gwoodard@larsenwoodard.com | sward@barrack.com |

4054935v1                                                         6

| | |
|---|---|
| Karen Hanson Riebel<br>Richard A. Lockridge<br>Heidi M. Silton<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: 612-596-4097<br>Fax: 612-339-0981<br>khriebel@locklaw.com<br>ralockridge@locklaw.com<br>hmsilton@locklaw.com<br><br>Gary F. Lynch<br>CARLSON LYNCH SWEET & KILPELA<br>1133 Penn Avenue<br>5th Floor<br>Pittsburgh, PA 15222<br>Telephone: 412-322-9243<br>Fax: 412-231-0246<br>glynch@carlsonlynch.com<br><br>Jayne A. Goldstein<br>POMERANTZ LLP<br>1792 Bell Tower Lane, Suite 203<br>Weston, Florida 33326<br>Telephone: 954-315-3454<br>Fax: 954-315-3455<br>jagoldstein@pomlaw.com<br><br>*Counsel for Plaintiff Pizza Pie & Wing Co.*<br>*LLC*<br>C.D. Cal., Case No. 2:15-cv-06959 | Jeffrey B Gittleman<br>Barrack Rodos and Bacine<br>3200 Two Commerce Square<br>2001 Market Street Suite 3300<br>Philadelphia, PA 19103<br>215-963-0600<br>Fax: 215-963-0838<br>jgittleman@barrack.com<br><br>Lionel Zevi Glancy<br>Glancy Prongay and Murray LLP<br>1925 Century Park East Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150<br>Fax: 310-201-9160<br>lglancy@glancylaw.com<br><br>Stephen R Basser<br>Barrack Rodos and Bacine<br>600 West Broadway Suite 900<br>San Diego, CA 92101<br>619-230-0800<br>Fax: 619-230-1874<br>sbasser@barrack.com<br><br>*Counsel for Plaintiff DNW Foods Inc.* C.D.<br>Cal., Case No. 2:15-cv-07095 |
| Lionel Zevi Glancy<br>Glancy Prongay and Murray LLP<br>1925 Century Park East Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150<br>Fax: 310-432-1495<br>lglancy@glancylaw.com<br><br><br>Christian A Jenkins<br>James D Ludwig<br>Minnillo and Jenkins Co LPA<br>2712 Observatory Avenue<br>Cincinnati, OH 45208<br>513-723-1600<br>Fax: 513-723-1620<br>cjenkins@minnillojenkins.com<br>jludwig@minnillojenkins.com<br><br>Jeffrey Scott Goldenberg | Alexander M Schack<br>Law Offices of Alexander M Schack<br>16870 W Bernardo Court Suite 400<br>San Diego, CA 92127<br>858-485-6535<br>Fax: 858-485-0608<br>alexschack@amslawoffice.com<br><br><br>Natasha Azadeh Naraghi<br>Law Offices of Alexander M Schack<br>16870 West Bernardo Drive Suite 400<br>San Diego, CA 92127<br>858-485-6535<br>Fax: 858-485-0608<br>Email: natashanaraghi@amslawoffice.com<br><br>*Counsel for Plaintiff Michael Holinko*<br>C.D. Cal., Case No. 2:15-cv-07665 |

4054935v1          7

| | | |
|---|---|---|
| 1 | Goldenberg Schneider LPA<br>One West Fourth Street 18th Floor<br>Cincinnati, OH 45202<br>513-345-8291<br>Fax: 513-345-8294<br>jgoldenberg@gs-legal.com<br><br>Jeffrey L Spector<br>William G Caldes<br>Spector Roseman Kodroff and Willis PC<br>1818 Market Street Suite 2500<br>Philadelphia, PA 19103<br>215-496-0300<br>Fax: 215-496-6611<br>jspector@srkw-law.com<br>Bcaldes@srkw-law.com<br><br>Lee Albert<br>Glancy Prongay and Murray LLP<br>122 East 42nd Street Suite 2920<br>New York, NY 10168<br>212-682-5340<br>Fax: 212-884-0988<br>lalbert@glancylaw.com<br><br>*Counsel for Plaintiffs*<br>*Ambrose BD, LLC, Ambrose BD 2, LLC,*<br>*Keystone University Square, LLC*<br>C.D. Cal., Case No. 2:15-cv-07556 | |

| | | |
|---|---|---|
| 16 | Garrett D Blanchfield , Jr<br>Reinhardt Wendorf and Blanchfield<br>E1250 First National Bank Building<br>332 Minnesota Street<br>St Paul, MN 55101<br>651-287-2100<br>Fax: 651-287-2103<br>g.blanchfield@rwblawfirm.com<br><br><br>Lionel Zevi Glancy<br>Glancy Prongay and Murray LLP<br>1925 Century Park East Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150<br>Fax: 310-432-1495<br>lglancy@glancylaw.com<br><br>Christopher L Lebsock<br>Hausfeld LLP<br>600 Montgomery Street Suite 3200<br>San Francisco, CA 94111<br>415-633-1949<br>Fax: 415-693-0770 | David H Weinstein<br>Weinstein Kitchenoff and Asher LLC<br>100 South Broad Street Suite 705<br>Philadelphia, PA 19110<br>215-545-7200<br>Fax: 215-545-6535<br>Email: weinstein@wka-law.com<br><br>*Counsel for Plaintiff NYN, Inc.*<br>C.D. Cal., Case No. 2:15-cv-08961 |

4054935v1                                    8

| | |
|---|---|
| clebsock@hausfeldllp.com<br><br>*Counsel for Plaintiff Village Pub, LLC*<br>C.D. Cal., Case No. 2:15-cv-08241 | |
| Caleb Marker<br>Zimmerman Reed LLP<br>555 East Ocean Boulevard Suite 500<br>Long Beach, CA 90802<br>877-500-8780<br>Fax: 877-500-8781<br>Caleb.Marker@zimmreed.com<br><br>Bryan L Bleichner<br>Chestnut Cambronne PA<br>17 Washington Avenue North Suite 300<br>Minneapolis, MN 55401<br>612-339-7300<br>Fax: 612-336-2940<br>bbleichner@chestnutcambronne.com<br><br>*Counsel for Plaintiff P.J. Hafiz*<br>*ClubManagement Inc.*<br>C.D. Cal., Case No. 2:15-cv-09175 | Caleb Marker<br>Zimmerman Reed LLP<br>555 East Ocean Boulevard Suite 500<br>Long Beach, CA 90802<br>877-500-8780<br>Fax: 877-500-8781<br>Caleb.Marker@zimmreed.com<br><br>*Counsel for Plaintiff Two Pauls, Inc.*<br>C.D. Cal., Case No. 2:15-cv-09180 |
| Rosemary M Rivas<br>Finkelstein Thompson LLP<br>One California Street Suite 900<br>San Francisco, CA 94111<br>415-398-8700<br>Fax: 415-398-8704<br>rrivas@finkelsteinthompson.com<br><br>*Counsel for Plaintiffs Duck Duck LLC, Dude N*<br>*Brah Inc, Longliners Café LLC, All in HB LLC,*<br>*First Class Perks LLC, Crestview Helen Back*<br>*LLC, Will Call Sports LLC*<br>C.D. Cal., Case No. 2:15-cv-09366 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of January 2016.

/s/ Marc M. Seltzer

4054935v1                                    9