LEE ALBERT (admitted *Pro Hac Vice*)
lalbert@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, New York 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988

*Attorneys for Plaintiff Ninth Inning Inc.*
*dba The Mucky Duck*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668 BRO (JEMx) |

CERTIFICATE OF SERVICE

I, Lee Albert, declare that I am over the age of eighteen (18) and not a party to this action. I am a partner in the law firm of Glancy Prongay & Murray LLP and my office is located at 122 East 42nd Street, Suite 2920, New York, New York 10168.

On January 8, 2016, I served a copy of NOTICE OF APPEARANCE via ECF to all counsel of record and via e-mail to counsel for all parties on Attachment A.

1 I declare under penalty of perjury that the foregoing is true and correct.

2 Executed this 8th day of January 2016.

3

4

5                                                          /s/ Lee Albert

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

<u>Attachment A</u>

| Counsel | Party/Parties Represented |
| --- | --- |
| William C. Carmody<br>Arun Subramanian<br>Seth D. Ard<br>Ian M. Gore<br>SUSMAN GODFREY L.L.P.<br>560 Lexington Avenue, 15th Floor<br>New York, NY 10022<br>bcarmody@susmangodfrey.com<br>asubramanian@susmangodfrey.com<br>sard@susmangodfrey.com<br>igore@susmangodfrey.com | Plaintiffs 8812 Tavern Corp., d/b/a Bench Sports Bar, Christina Malerba, and Nicholas Racklin<br>Case No. 2:15-cv-09529 (C.D. Cal.) |
| | |
| Todd M. Friedman<br>LAW OFFICES OF TODD M. FRIEDMAN PC<br>324 S Beverly Drive No. 725<br>Beverly Hills, CA 90212<br>tfriedman@attorneysforconsumers.com<br><br>Seyed Abbas Kazerounian<br>KAZEROUNI LAW GROUP APC<br>245 Fischer Avenue Suite D1<br>Costa Mesa, CA 92626<br>ak@kazlg.com<br><br>Sara F. Khosroabadi<br>HYDE & SWIGART<br>2221 Camino Del Rio South Suite 101<br>San Diego, CA 92108<br>sara@westcoastlitigation.com<br><br>Gouya Askari Ranekouhi<br>KAZEROUNI LAW GROUP APC<br>245 Fischer Avenue Suite D1<br>Costa Mesa, CA 92626<br>gouya@kazlg.com | Plaintiff Thomas Abrahamian<br>Case No. 2:15-cv-04606 (C.D. Cal.) |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Joshua B. Swigart | |
| 2 | HYDE & SWIGART APC | |
| | 2221 Camino Del Rio South Suite 101 | |
| 3 | San Diego, CA 92108 | |
| 4 | josh@westcoastlitigation.com | |
| 5 | | |
| 6 | Ramzi Abadou | Plaintiffs Rookies Sports Cafe, L.L.C., |
| | KAHN SWICK & FOTI LLP | Maple Street Entertainment, L.L.C. dba |
| 7 | 912 Cole Street Suite 251 | Repp's Uptilly Tavern, and Martinis of |
| 8 | San Francisco, CA 94117 | New Orleans, Inc. dba Hurricanes |
| | ramzi.abadou@ksfcounsel.com | Sports Bar |
| 9 | | Case No. 2:15-cv-05813 (C.D. Cal.) |
| 10 | Melinda A. Nicholson | |
| | KAHN SWICK & FOTI LLP | |
| 11 | 206 Covington Street | |
| 12 | Madisonville, LA 70447 | |
| 13 | melinda.nicholson@ksfcounsel.com | |
| 14 | | |
| 15 | Roman M. Silberfeld | 1465 3rd Ave. Rest. Corp. d/b/a Gael |
| | David Martinez | Pub |
| 16 | ROBINS KAPLAN LLP | Case No. 2:15-cv-06145 (C.D. Cal.) |
| 17 | 2049 Century Park East, Suite 3400 | |
| | Los Angeles, CA 90067 | |
| 18 | RSilberfeld@RobinsKaplan.com | |
| 19 | DMartinez@RobinsKaplan.com | |
| 20 | | |
| | Hollis Salzman | |
| 21 | Kellie Lerner | |
| 22 | Michelle C. Zolnoski | |
| | ROBINS KAPLAN LLP | |
| 23 | 601 Lexington Avenue | |
| 24 | Suite 3400 | |
| | New York, NY 10022 | |
| 25 | HSalzman@RobinsKaplan.com | |
| 26 | KLerner@RobinsKaplan.com | |
| | MZolnoski@RobinsKaplan.com | |
| 27 | | |
| 28 | John Radice | |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Kenneth Pickle<br>RADICE LAW FIRM<br>34 Sunset Boulevard<br>Long Beach, NJ 08008<br>JRadice@radicelawfirm.com<br>KPickle@radicelawfirm.com | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | Eugene A. Spector<br>William G. Caldes<br>Jonathan M. Jagher<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN KODROFF<br>& WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com<br><br>David P. McLafferty<br>LAW OFFICES OF DAVID P.<br>MCLAFFERTY & ASSOCIATES,<br>P.C.<br>923 Fayette Street<br>Conshohocken, PA 19428<br>dmclafferty@mclaffertylaw.com | Plaintiff Main Street America, Ltd.<br>Case No. 2:15-cv-06402 (C.D. Cal.) |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Caleb Marker<br>Hannah Belknap<br>ZIMMERMAN REED, LLP<br>555 E. Ocean Blvd., Suite 500<br>Long Beach, California 90802<br>caleb.marker@zimmreed.com<br>hannah.belknap@zimmreed.com<br><br>Brian C. Gudmundson<br>Wm Dane DeKrey | Plaintiff Robert Gary Lippincott, Jr.<br>Case No. 3:15-cv-05096 (N.D. Cal.) |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Jason R. Lee | |
| 2 | ZIMMERMAN REED, LLP | |
| | 1100 IDS Center, 80 South 8th Street | |
| 3 | Minneapolis, MN 55402 | |
| 4 | brian.gudmundson@zimmreed.com | |
| | dane.dekrey@zimmreed.com | |
| 5 | jason.lee@zimmreed.com | |
| 6 | | |
| | Arthur M. Murray | |
| 7 | MURRAY LAW FIRM | |
| 8 | 650 Poydras Street, Suite 2150 | |
| | New Orleans, LA 70130 | |
| 9 | amurray@murray-lawfirm.com | |
| 10 | | |
| 11 | Daniel Brett Rehns | Plaintiffs Trilogy Holding, LLC d/b/a |
| 12 | COHEN MILSTEIN SELLERS & | Bounce Sporting Club; New Lounge |
| | TOLL P.L.L.C. | 4324, LLC d/b/a Bounce Sporting Club; |
| 13 | 88 Pine Street | Pedal Haus Brewery, LLC; Whiskey |
| 14 | 14th Floor | Rocks Tempe, LLC d/b/a Gringo Star |
| 15 | New York, NY 10005 | Street Bar; and Jonathan Frantz |
| | drehns@cohenmilstein.com | Case No. 1:15-cv-08188 (S.D.N.Y.) |
| 16 | | |
| 17 | Jeffrey Benjamin Dubner | |
| 18 | COHEN MILSTEIN SELLERS & | |
| | TOLL P.L.L.C. | |
| 19 | 1100 New York Ave., NW, Ste. 500 | |
| 20 | Washington, DC 20005 | |
| | jdubner@cohenmilstein.com | |
| 21 | | |
| 22 | Howard Langer | |
| | Edward Diver | |
| 23 | Peter Leckman | |
| 24 | LANGER, GROGAN & DIVER, P.C. | |
| 25 | 1717 Arch Street, Suite 4130 | |
| | Philadelphia, PA 19103 | |
| 26 | hlanger@langergrogan.com | |
| 27 | ndiver@langergrogan.com | |
| | pleckman@langergrogan.com | |
| 28 | | |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Jayne Arnold Goldstein<br>POMERANTZ LLP<br>600 Third Ave, 20th Floor<br>New York, NY 10016<br>jagoldstein@pomlaw.com<br><br>Marc Ian Gross<br>POMERANTZ LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>migross@pomlaw.com | Plaintiff Steven Dassa<br>Case No. 1:15-cv-08982 (S.D.N.Y.) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Amanda Marjorie Steiner<br>GIRARD GIBBS LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>as@girardgibbs.com | Plaintiff D.J.'s Sports Bar, Inc.<br>Case No. 1:15-cv-09050 (S.D.N.Y.) |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | Robert J. Larocca<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107<br>rlarocca@kohnswift.com | Plaintiff T-3 Restaurants, Inc.<br>Case No. 1:15-cv-09443 (S.D.N.Y.) |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Bryan Matthew Thomas<br>Amid T. Bahadori<br>BAHADORI & THOMAS LLP<br>2 Park Plaza Suite 450<br>Irvine, CA 92614<br>bryanthomasjd@gmail.com<br>atb@bahadorilaw.com<br><br>Lesley E. Weaver<br>BLOCK & LEVITON LLP<br>520 Third Street Suite 108<br>Oakland, CA 94607 | Plaintiff The Infirmary LLC<br>Case No. 2:15-cv-06729 (C.D. Cal.) |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | lweaver@blockesq.com | |
| 2 | | |
| 3 | Roger A. Sachar, Jr<br>MORGAN & MORGAN PC | |
| 4 | 28 West 44th Street Suite 2001<br>New York, NY 10036 | |
| 5 | rsachar@morgansecuritieslaw.com | |
| 6 | | |
| 7 | Caleb Marker | Plaintiff Jammers, Inc. d/b/a |
| 8 | Christopher P. Ridout<br>ZIMMERMAN REED, LLP | Flight's Restaurant / Flight's Beer Bar<br>Case No. 2:15-cv-06959 (C.D. Cal.) |
| 9 | 555 East Ocean Boulevard Suite 500 | |
| 10 | Long Beach, CA 90802 | |
| 11 | Caleb.Marker@zimmreed.com<br>Christopher.Ridout@zimmreed.com | |
| 12 | | |
| 13 | Brian C. Gudmundson<br>Jason R. Lee | |
| 14 | ZIMMERMAN REED, LLP | |
| 15 | 80 South Eighth Street 1100 IDS Center<br>Minneapolis, MN 55402 | |
| 16 | brian.gudmundson@zimmreed.com | |
| 17 | jason.lee@zimmreed.com | |
| 18 | | |
| 19 | Gregory E. Woodard | Plaintiff Pizza Pie & Wing Co. LLC |
| 20 | LARSEN WOODARD LLP<br>100 Bayview Circle, Suite 4500 | Case No. 2:15-cv-06959 (C.D. Cal.) |
| 21 | Newport Beach, CA 92660 | |
| 22 | gwoodard@larsenwoodard.com | |
| 23 | | |
| 24 | Karen Hanson Riebel<br>Richard A. Lockridge | |
| 25 | Heidi M. Silton<br>LOCKRIDGE GRINDAL NAUEN | |
| 26 | P.L.L.P. | |
| 27 | 100 Washington Avenue South, Suite 2200 | |
| 28 | Minneapolis, MN 55401 | |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | khriebel@locklaw.com <br> ralockridge@locklaw.com <br> hmsilton@locklaw.com <br><br> Gary F. Lynch <br> CARLSON LYNCH SWEET & KILPELA <br> 1133 Penn Avenue <br> 5th Floor <br> Pittsburgh, PA 15222 <br> glynch@carlsonlynch.com <br><br> Jayne A. Goldstein <br> POMERANTZ LLP <br> 1792 Bell Tower Lane, Suite 203 <br> Weston, Florida 33326 <br> jagoldstein@pomlaw.com | |
| | Samuel M. Ward <br> BARRACK RODOS & BACINE <br> 600 West Broadway Suite 900 <br> San Diego, CA 92101 <br> sward@barrack.com <br><br> Jeffrey B. Gittleman <br> BARRACK RODOS & BACINE <br> 3200 Two Commerce Square <br> 2001 Market Street Suite 3300 <br> Philadelphia, PA 19103 <br> jgittleman@barrack.com <br><br> Stephen R. Basser <br> BARRACK RODOS & BACINE <br> 600 West Broadway Suite 900 <br> San Diego, CA 92101 <br> sbasser@barrack.com | Plaintiff DNW Foods Inc. <br> Case No. 2:15-cv-07095 (C.D. Cal.) |
| | Christian A. Jenkins | Plaintiffs Ambrose BD, LLC, Ambrose |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | James D. Ludwig<br>MINNILLO & JENKINS CO LPA<br>2712 Observatory Avenue<br>Cincinnati, OH 45208<br>cjenkins@minnillojenkins.com<br>jludwig@minnillojenkins.com<br><br>Jeffrey Scott Goldenberg<br>GOLDENBERG SCHNEIDER LPA<br>One West Fourth Street 18th Floor<br>Cincinnati, OH 45202<br>jgoldenberg@gs-legal.com<br><br>Jeffrey L. Spector<br>William G. Caldes<br>SPECTOR ROSEMAN KODROFF & WILLIS PC<br>1818 Market Street Suite 2500<br>Philadelphia, PA 19103<br>jspector@srkw-law.com<br>Bcaldes@srkw-law.com | BD 2, LLC, Keystone University Square, LLC<br>Case No. 2:15-cv-07556 (C.D. Cal.) |
| | Alexander M. Schack<br>Natasha Azadeh Naraghi<br>LAW OFFICES OF ALEXANDER M. SCHACK<br>16870 W Bernardo Court Suite 400<br>San Diego, CA 92127<br>alexschack@amslawoffice.com<br>natashanaraghi@amslawoffice.com | Plaintiff Michael Holinko<br>Case No. 2:15-cv-07665 (C.D. Cal.) |
| | Garrett D. Blanchfield, Jr.<br>REINHARDT WENDORF & BLANCHFIELD<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St Paul, MN 55101<br>g.blanchfield@rwblawfirm.com | Plaintiff Village Pub, LLC<br>Case No. 2:15-cv-08241 (C.D. Cal.) |

CERTIFICATE OF SERVICE

| | |
|---|---|
| Christopher L. Lebsock<br>HAUSFELD LLP<br>600 Montgomery Street Suite 3200<br>San Francisco, CA 94111<br>clebsock@hausfeldllp.com | |
| David H. Weinstein<br>WEINSTEIN KITCHENOFF &<br>ASHER LLC<br>100 South Broad Street Suite 705<br>Philadelphia, PA 19110<br>weinstein@wka-law.com | Plaintiff NYN, Inc.<br>Case No. 2:15-cv-08961 (C.D. Cal.) |
| Caleb Marker<br>ZIMMERMAN REED, LLP<br>555 East Ocean Boulevard Suite 500<br>Long Beach, CA 90802<br>Caleb.Marker@zimmreed.com<br><br>Bryan L. Bleichner<br>CHESTNUT CAMBRONNE PA<br>17 Washington Avenue North Suite 300<br>Minneapolis, MN 55401<br>bbleichner@chestnutcambronne.com | Plaintiff P.J. Hafiz ClubManagement Inc.<br>Case No. 2:15-cv-09175 (C.D. Cal.) |
| Caleb Marker<br>ZIMMERMAN REED, LLP<br>555 East Ocean Boulevard Suite 500<br>Long Beach, CA 90802<br>Caleb.Marker@zimmreed.com | Plaintiff Two Pauls, Inc.<br>Case No. 2:15-cv-09180 (C.D. Cal.) |
| Rosemary M. Rivas<br>FINKELSTEIN THOMPSON LLP<br>One California Street Suite 900<br>San Francisco, CA 94111 | Plaintiffs Duck Duck LLC, Dude N Brah Inc, Longliners Café LLC, All in HB LLC, First Class Perks LLC, Crestview Helen Back LLC, Will Call |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | rrivas@finkelsteinthompson.com | Sports LLC<br>Case No. 2:15-cv-09366 (C.D. Cal.) |
| 2 | | |
| 3 | | |
| 4 | Gregg H. Levy<br>COVINGTON & BURLING LLP<br>850 Tenth Street NW One City Center<br>Washington, DC 20001-4956<br>glevy@cov.com<br><br>Derek Ludwin<br>COVINGTON & BURLING LLP<br>850 Tenth Street NW One City Center<br>Washington, DC 20001-4956<br>dludwin@cov.com<br><br>Neema Trivedi Sahni<br>COVINGTON & BURLING LLP<br>2029 Century Park East Suite 3100<br>Los Angeles, CA 90067<br>nsahni@cov.com | Defendants National Football League, Inc. and NFL Enterprises LLC, Arizona Cardinals Holdings, Inc., Atlanta Falcons Football Club LLC, Baltimore Ravens Limited Partnership, Buffalo Bills, LLC, Panthers Football LLC, Chicago Bears Football Club, Inc., Cincinnati Bengals, Inc., Cleveland Browns Football Company, LLC, Dallas Cowboys Football Club, Ltd., PDB Sports, Ltd. d/b/a Denver Broncos Football Club, Detroit Lions, Inc., Green Bay Packers, Inc., Houston NFL Holdings LP, Indianapolis Colts, Inc., Jacksonville Jaguars LLC, Kansas City Chiefs Football Club, Inc., Miami Dolphins, Ltd., Minnesota Vikings Football Club LLC, New England Patriots, LP, New Orleans Louisiana Saints LLC, New York Football Giants, Inc., New York Jets LLC, Oakland Raiders LP, Philadelphia Eagles Football Club, Inc., Pittsburgh Steelers Sports, Inc., Chargers Football Co., LLC, San Francisco Forty Niners II, LLC, Football Northwest LLC, The Rams Football Company LLC, Buccaneers Limited Partnership, Tennessee Football, Inc., and Washington Football, Inc. |
| 25 | | |
| 26 | Robyn Eileen Bladow<br>Melissa D. Ingalls<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street | Defendants DirecTV LLC and DirecTV Holdings LLC |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Los Angeles, CA 90071<br>robyn.bladow@kirkland.com<br>melissa.ingalls@kirkland.com | |
| 2 | | |
| 3 | | |
| 4 | Yehudah L. Buchweitz<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Yehudah.buchweitz@weil.com | Defendant CBS Corporation |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | John E. Schmidtlein<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>jschmidtlein@wm.com | Defendant Fox Broadcasting Company |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Arthur J. Burke<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>arthur.burke@davispolk.com | Defendant NBC Universal Media, LLC |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Glenn D. Pomerantz<br>Steven M. Perry<br>Nathan M. Rehn<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Glenn.pomerantz@mto.com<br>Steven.perry@mto.com<br>Thane.rehn@mto.com | Defendant ESPN Inc. |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE