Name and address:
Robyn E. Bladow (State Bar No. 205189)
robyn.bladow@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re National Football Leagues Sunday Ticket Antitrust Litigation<br><br>v.<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>2:15-ml-02668-BRO-JEM<br><br>**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance of Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Robyn E. Bladow    CA Bar Number: 205189

Firm or agency: KIRKLAND & ELLIS LLP

Address: 333 South Hope Street, Los Angeles, California 90071

Telephone Number: (213) 680-8400    Fax Number: (213) 680-8500

Email: robyn.bladow@kirkland.com

Counsel of record for the following party or parties:

DIRECTV, LLC, DIRECTV Sports Networks, LLC and DIRECTV Holdings LLC

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____.

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.

*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____.

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: January 11, 2016

Signature: s/ Robyn E. Bladow

Name: Robyn E. Bladow

# CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the attorneys of record who are registered CM/ECF users.

Furthermore, the document was served on the parties, listed on the attached Service List, who are not ECF participants by U.S. First Class Mail.

DATED: January 11, 2016                    KIRKLAND & ELLIS LLP

                                           */s/ Robyn E. Bladow*
                                           Robyne E. Bladow

                                           Counsel for Defendants DIRECTV, LLC, DIRECTV Sports Networks, LLC and DIRECTV Holdings LLC

# SERVICE LIST

Todd M Friedman
Law Offices of Todd M. Friedman PC
324 S Beverly Drive, No. 725
Beverly Hills, CA 90212
877-206-4741
866-633-0228 (fax)
tfriedman@attorneysforconsumers.com

Seyed Abbas Kazerounian
Kazerouni Law Group APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
800-400-6808
800-520-5523 (fax)
ak@kazlg.com

Sara F Khosroabadi
Hyde and Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
619-233-7770
619-297-1022 (fax)
sara@westcoastlitigation.com

Gouya Askari Ranekouhi
Kazerouni Law Group APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
800-400-6808
800-520-5523 (fax)
gouya@kazlg.com

Joshua B Swigart
Hyde and Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
619-233-7770
619-297-1022 (fax)
josh@westcoastlitigation.com

*Counsel for Plaintiff Thomas Abrahamian*
C.D. Cal., Case No. 2:15-cv-04606

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
Hausfeld LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
415-633-1908
415-358-4980 (fax)
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

Michael D. Hausfeld
Hausfeld LLP
1700 K Street NW, Suite 650
Washington, DC 20006
202-540-7200
202-540-7201 (fax)
mhausfeld@hausfeld.com

Irving Scher Scott A. Martin
Hausfeld LLP
165 Broadway, Suite 2301
New York, NY 10006
646-357-1100
212-202-4322 (fax)
ischer@hausfeld.com
smartin@hausfeld.com

Lee Albert Brian Murray
Glancy Prongay & Murray LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
212-682-5340
212-884-0988 (fax)
lalbert@glancylaw.com
bmurray@glancylaw.com

Lionel Z. Glancy
GLANCY PRONGAY & MURRAY LLP 1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310-201-9150
310-432-1495 (fax)
lglancy@glancylaw.com

*Counsel for Plaintiff Ninth Inning Inc. dba The Mucky Duck*
C.D. Cal., Case No. 2:15-cv-05261

2

| | | |
|---|---|---|
| 1 | Ramzi Abadou<br>Kahn Swick and Foti LLC | Roman M. Silberfeld<br>David Martinez |
| 2 | 912 Cole Street, Suite 251<br>San Francisco, CA 94117 | Robins Kaplan LLP<br>2049 Century Park East, Suite 3400 |
| 3 | 504-455-1400<br>504-455-1498 (fax) | Los Angeles, CA 90067<br>310-552-0130 |
| 4 | ramzi.abadou@ksfcounsel.com | 310-229-5800 (fax)<br>RSilberfeld@RobinsKaplan.com |
| 5 | Melinda A Nicholson<br>Kahn Swick and Foti LLC | DMartinez@RobinsKaplan.com |
| 6 | 206 Covington Street<br>Madisonville, LA 70447 | Hollis Salzman<br>Kellie Lerner |
| 7 | 504-455-1400<br>504-455-1498 (fax) | Michelle C. Zolnoski<br>Robins Kaplan LLP |
| 8 | melinda.nicholson@ksfcounsel.com | 601 Lexington Avenue, Suite 3400<br>New York, NY 10022 |
| 9 | *Counsel for Plaintiffs Rookies Sports*<br>*Cafe, L.L.C., Maple Street Entertainment,* | 212-980-7400<br>212-980-7499 (fax) |
| 10 | *L.L.C. dba Repp's Uptilly Tavern, and*<br>*Martinis of New Orleans, Inc. dba* | HSalzman@RobinsKaplan.com<br>KLerner@RobinsKaplan.com |
| 11 | *Hurricanes Sports Bar*<br>C.D. Cal., Case No. 2:15-cv-05813 | MZolnoski@RobinsKaplan.com |
| 12 | Lionel Zevi Glancy | John Radice Kenneth Pickle<br>Radice Law Firm |
| 13 | Glancy Prongay and Murray LLP<br>1925 Century Park East, Suite 2100 | 34 Sunset Boulevard<br>Long Beach, NJ 08008 |
| 14 | Los Angeles, CA 90067<br>310-201-9150 | 646-245-8502<br>609-385-0745 (fax) |
| 15 | 310-201-9160 (fax)<br>lglancy@glancylaw.com | jradice@radicelawfirm.com<br>kpickle@radicelawfirm.com |
| 16 | Eugene A. Spector | |
| 17 | William G. Caldes<br>Jonathan M. Jagher | *Counsel for 1465 3RD Ave. Rest. Corp.* |
| 18 | Jeffrey L. Spector<br>Spector Roseman Kodroff & Willis, P.C. | *d/b/a Gael Pub*<br>C.D. Cal., No. 2:15-cv-06145 |
| 19 | 1818 Market Street, Suite 2500<br>Philadelphia, PA 19103 | Gregg H Levy |
| 20 | 215-496-0300<br>215-496-6611 (fax) | Derek Ludwin<br>Covington And Burling LLP |
| 21 | espector@srkw-law.com<br>bcaldes@srkw-law.com | 850 Tenth Street<br>NW One City Center |
| 22 | jjagher@srkw-law.com<br>jspector@srkw-law.com | Washington, DC 20001-4956<br>202-662-5292 |
| 23 | | 202-662-6804 (fax)<br>glevy@cov.com |
| 24 | | dludwin@cov.com |

| | |
|---|---|
| David P. McLafferty<br>Law Offices Of David P. Mclafferty & Associates, P.C.<br>923 Fayette Street<br>Conshohocken, PA 19428<br>610-940-4000<br>610-940-4007 (fax)<br>dmclafferty@mclaffertylaw.com<br><br>*Counsel for Plaintiff Main Street America, Ltd.*<br>C.D. Cal., Case No. 2:15-cv-06402<br><br>Caleb Marker<br>Hannah Belknap<br>Zimmerman Reed, LLP<br>555 E. Ocean Blvd., Suite 500<br>Long Beach, CA 90802<br>877-500-8780<br>caleb.marker@zimmreed.com<br>hannah.belknap@zimmreed.com<br><br>Brian C. Gudmundson<br>Wm Dane DeKrey<br>Jason R. Lee<br>Zimmerman Reed, LLP<br>1100 IDS Center, 80 South 8th Street<br>Minneapolis, MN 55402<br>612-341-0400<br>jason.lee@zimmreed.com<br>brian.gudmundson@zimmreed.com<br>dane.dekrey@zimmreed.com<br><br>Arthur M. Murray<br>MURRAY LAW FIRM<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>504-525-8100<br>amurray@murray-lawfirm.com<br><br>*Counsel for Plaintiffs Robert Gary Lippincott, Jr. And on behalf of all others similarly situated*<br>C.D. Cal., Case No. 2:15-cv-09996<br><br>Jayne Arnold<br>Goldstein Pomerantz LLP<br>600 Third Ave, 20th Floor<br>New York, NY 10016<br>212-661-1100<br>212-661-8665 (fax)<br>jagoldstein@pomlaw.com | Neema Trivedi Sahni<br>Covington And Burling LLP<br>2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067<br>424-332-4800<br>424-332-4782 (fax)<br>nsahni@cov.com<br><br>*Counsel for Defendants National Football League, Inc. and NFL Enterprises LLC in all actions and*<br>*Counsel for Arizona Cardinals Holdings, Inc., Atlanta Falcons Football Club LLC, Baltimore Ravens Limited Partnership, Buffalo Bills, LLC, Panthers Football LLC, Chicago Bears Football Club, Inc., Cincinnati Bengals, Inc., Cleveland Browns Football Company, LLC, Dallas Cowboys Football Club, Ltd., PDB Sports, Ltd. d/b/a Denver Broncos Football Club, Detroit Lions, Inc., Green Bay Packers, Inc., Houston NFL Holdings LP, Indianapolis Colts, Inc., Jacksonville Jaguars LLC, Kansas City Chiefs Football Club, Inc., Miami Dolphins, Ltd., Minnesota Vikings Football Club LLC, New England Patriots, LP, New Orleans Louisiana Saints LLC, New York Football Giants, Inc., New York Jets LLC, Oakland Raiders LP, Philadelphia Eagles Football Club, Inc., Pittsburgh Steelers Sports, Inc., Chargers Football Co., LLC, San Francisco Forty Niners II, LLC, Football, Northwest LLC, The Rams Football Company LLC, Buccaneers Limited Partnership, Tennessee Football, Inc., Washington Football, Inc.*<br><br>Daniel Brett Rehns<br>Cohen Milstein Sellers & Toll P.L.L.C.<br>88 Pine Street 14th, Floor<br>New York, NY 10005<br>212-838-7797<br>212-838-7745 (fax)<br>drehns@cohenmilstein.com |

| | | |
|---|---|---|
| 1 | Marc Ian Gross Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>212-661-1100<br>212-661-8665 (fax)<br>migross@pomlaw.com | Jeffrey Benjamin Dubner<br>Cohen Milstein Sellers & Toll<br>1100 New York Ave., NW, Ste. 500<br>Washington, D.C. 20005<br>202-408-6400<br>202-408-4699(fax)<br>jdubner@cohenmilstein.com |

*Counsel for Plaintiff Steven Dassa*
C.D. Cal., Case No. 2:15-cv-10002

Robert J. Larocca Kohn, Swift & Graf, P.C. One South Broad Street
Suite 2100
Philadelphia, PA 19107
215-238-1700
215-238-1968 (fax)
rlarocca@kohnswift.com

*Counsel for Plaintiff T-3 Restaurants, Inc.*
C.D. Cal., Case No. 2:16-cv-00029

John E. Schmidtlein
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
202-434-5901
202-434-5029 (fax)
jschmidtlein@wm.com

*Counsel for Defendant Fox Broadcasting Company*

Glenn D. Pomerantz Steven M. Perry
Nathan M. Rehn
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Fl.
Los Angeles, CA 90071-1560
213-683-9100
213-687-3702 (fax)
Glenn.pomerantz@mto.com
Steven.perry@mto.com
Thane.rehn@mto.com

*Counsel for Defendant ESPN Inc.*

Howard Langer
Edward Diver
Peter Leckman
Langer, Grogan & Diver, PC.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
215-320-5660
215-320-5703 (fax)
hlanger@langergrogan.com
ndiver@langergrogan.com
pleckman@langergrogan.com

*Attorneys for Trilogy Holding, LLC d/b/a Bounce Sporting Club; New Lounge 4324, LLC d/b/a Bounce Sporting Club; Pedal Haus Brewery, LLC; Whiskey Rocks Tempe, LLC d/b/a Gringo Star Street Bar; and Jonathan Frantz*
C.D. Cal., Case No. 2:15-cv-10000

Amanda Marjorie Steiner
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108
415-981-4800
415-981-4846 (fax)
as@girardgibbs.com

*Counsel for Plaintiff, D.J.'s Sports Bar, Inc.*
S.D.N.Y., Case No. 1:15-cv-09050

Yehudah L. Buchweitz
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000
212-310-8007 (fax)
Yehudah.buchweitz@weil.com

*Counsel for Defendant CBS Corporation*

| | | |
|---|---|---|
| 1 | Bryan Matthew<br>Thomas Amid | Arthur J. Burke<br>Davis Polk & Wardwell LLP |
| 2 | Bahadori Bahadori and Thomas LLP<br>2 Park Plaza, Suite 450 | 450 Lexington Avenue<br>New York, NY 10017 |
| 3 | Irvine, CA 92614<br>949-954-8164 | 212-450-4352<br>212-701-5352 (fax) |
| 4 | 949-954-8163 (fax)<br>bryanthomasjd@gmail.com | arthur.burke@davispolk.com |
| 5 | atb@bahadorilaw.com | *Counsel for Defendant NBC Universal Media, LLC* |
| 6 | Lesley E Weaver<br>Block and Leviton LLP | |
| 7 | 520 Third Street, Suite 108<br>Oakland, CA 94607 | Caleb Marker<br>Christopher P Ridout<br>Zimmerman Reed LLP |
| 8 | 415-968-8999<br>617-507-6020 (fax) | 555 East Ocean Boulevard, Suite 500<br>Long Beach, CA 90802 |
| 9 | lweaver@blockesq.com | 877-500-8780<br>877-500-8781 (fax) |
| 10 | Roger A Sachar, Jr | Caleb.Marker@zimmreed.com<br>Christopher.Ridout@zimmreed.com |
| 11 | Morgan and Morgan PC<br>28 West 44th Street, Suite 2001 | Brian C Gudmundson |
| 12 | New York, NY 10036<br>646-863-5704 | Jason R Lee<br>Zimmerman Reed PLLP |
| 13 | 212-564-1807 (fax)<br>rsachar@morgansecuritieslaw.com | 80 South Eighth Street<br>1100 IDS Center |
| 14 | | Minneapolis, MN 55402<br>612-341-0400 |
| 15 | Bahadori and Thomas LLP<br>2 Park Plaza, Suite 450 | 612-341-0844 (fax)<br>brian.gudmundson@zimmreed.com |
| 16 | Irvine, CA 92614<br>949-954-8164 | jason.lee@zimmreed.com |
| 17 | 949-954-8163 (fax) | *Counsel for Plaintiff Jammers, Inc. d/b/a Flight's Restaurant / Flight's Beer Bar* |
| 18 | *Counsel for Plaintiff The Infirmary LLC*<br>C.D. Cal., Case No. 2:15-cv-06729 | C.D. Cal., Case No. 2:15-cv-06959 |
| 19 | Gregory E. Woodard | Samuel M Ward |
| 20 | Larsen Woodard LLP<br>100 Bayview Circle, Suite 4500 | Barrack Rodos and Bacine<br>600 West Broadway, Suite 900 |
| 21 | Newport Beach, CA 92660<br>612-596-4097 | San Diego, CA 92101<br>619-230-0800 |
| 22 | 612-339-0981 (fax)<br>gwoodard@larsenwoodard.com | 619-230-1874 (fax)<br>sward@barrack.com |
| 23 | Karen Hanson Riebel | Jeffrey B Gittleman |
| 24 | Richard A. Lockridge<br>Heidi M. Silton | Barrack Rodos and Bacine<br>3200 Two Commerce Square |
| 25 | Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue S., Suite 2200 | 2001 Market Street, Suite 3300<br>Philadelphia, PA 19103 |
| 26 | Minneapolis, MN 55401<br>612-596-4097 | 215-963-0600<br>215-963-0838 (fax) |
| 27 | 612-339-0981 (fax)<br>khriebel@locklaw.com | jgittleman@barrack.com |
| 28 | ralockridge@locklaw.com<br>hmsilton@locklaw.com | |

6

| | | |
|---|---|---|
| 1 | Gary F. Lynch<br>Carlson Lynch Sweet & Kilpela<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>412-322-9243<br>412-231-0246 (fax)<br>glynch@carlsonlynch.com | Lionel Zevi Glancy<br>Glancy Prongay and Murray LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150<br>310-201-9160 (fax)<br>lglancy@glancylaw.com |

Gary F. Lynch
Carlson Lynch Sweet & Kilpela
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
412-231-0246 (fax)
glynch@carlsonlynch.com

Jayne A. Goldstein
Pomerantz LLP
1792 Bell Tower Lane, Suite 203
Weston, Florida 33326
954-315-3454
954-315-3455 (fax)
jagoldstein@pomlaw.com

*Counsel for Plaintiff Pizza Pie & Wing Co. LLC*
C.D. Cal., Case No. 2:15-cv-06959

Lionel Zevi Glancy
Glancy Prongay and Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310-201-9150
310-432-1495 (fax)
lglancy@glancylaw.com

Christian A Jenkins
James D Ludwig
Minnillo and Jenkins Co LPA
2712 Observatory Avenue
Cincinnati, OH 45208
513-723-1600
513-723-1620 (fax)
cjenkins@minnillojenkins.com
jludwig@minnillojenkins.com

Jeffrey Scott Goldenberg
Goldenberg Schneider LPA
One West Fourth Street, 18th Floor
Cincinnati, OH 45202
513-345-8291
513-345-8294 (fax)
jgoldenberg@gs-legal.com

Jeffrey L Spector  William G Caldes
Spector Roseman Kodroff and Willis PC
1818 Market Street, Suite 2500
Philadelphia, PA 19103
215-496-0300
215-496-6611 (fax)
jspector@srkw-law.com
Bcaldes@srkw-law.com

Lionel Zevi Glancy
Glancy Prongay and Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310-201-9150
310-201-9160 (fax)
lglancy@glancylaw.com

Stephen R Basser
Barrack Rodos and Bacine
600 West Broadway, Suite 900
San Diego, CA 92101
619-230-0800
619-230-1874 (fax)
sbasser@barrack.com

*Counsel for Plaintiff DNW Foods Inc.*
C.D. Cal., Case No. 2:15-cv-07095

Alexander M Schack Law
Offices of Alexander M Schack
16870 W. Bernardo Ct., Ste. 400
San Diego, CA 92127
858-485-6535
858-485-0608 (fax)
alexschack@amslawoffice.com

Natasha Azadeh Naraghi
Law Offices of Alexander M Schack
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
858-485-6535
858-485-0608 (fax)
natashanaraghi@am slawoffi ce.com

*Counsel for Plaintiff Michael Holinko*
C.D. Cal., Case No. 2:15-cv-07665

David H Weinstein
Weinstein Kitchenoff and Asher LLC
100 South Broad Street, Suite 705
Philadelphia, PA 19110
215-545-7200
215-545-6535 (fax)
weinstein@wka-law.com

*Counsel for Plaintiff NYN, Inc.*
C.D. Cal., Case No. 2:15-cv-08961

| | | |
|---|---|---|
| 1 | Lee Albert<br>Glancy Prongay and Murray LLP<br>122 East 42nd Street, Suite 2920<br>New York, NY 10168<br>212-682-5340<br>212-884-0988 (fax)<br>lalbert@glancylaw.com | Marc M. Seltzer<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067-6029<br>310-789-3100<br>310-789-3150 (fax)<br>mseltzer@susmangodfrey.com |

Lee Albert
Glancy Prongay and Murray LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
212-682-5340
212-884-0988 (fax)
lalbert@glancylaw.com

*Counsel for Plaintiffs Ambrose BD, LLC, Ambrose BD 2, LLC, Keystone University Square, LLC*
C.D. Cal., Case No. 2:15-cv-07556

Garrett D Blanchfield , Jr.
Reinhardt Wendorf and Blanchfield
E1250 First National Bank Building
332 Minnesota Street
St Paul, MN 55101
651-287-2100
651-287-2103 (fax)
g.blanchfield@rwblawfirm.com

Lionel Zevi Glancy
Glancy Prongay and Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310-201-9150
310-432-1495 (fax)
lglancy@glancylaw.com

Christopher L Lebsock
Hausfeld LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
415-633-1949
415-693-0770 (fax)
clebsock@hausfeldllp.com

*Counsel for Plaintiff Village Pub, LLC*
C.D. Cal., Case No. 2:15-cv-08241

Rosemary M. Rivas
Finkelstein Thompson LLP
One California Street, Suite 900
San Francisco, CA 94111
415-398-8700
415-398-8701 (fax)
rrivas@finkelsteinthompson.com

*Counsel for Plaintiffs Duck Duck LLC, Dude N Brah Inc., Longliners Café LLC, All in HB LLC, First Class Perks LLC, Crestview Helen Back LLC, Will Call Sports LLC*
C.D. Cal., Case No. 2:15-cv-09366

Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
310-789-3100
310-789-3150 (fax)
mseltzer@susmangodfrey.com

William C. Carmody
Arun Subramanian
Seth D. Ard
Ian M. Gore
Susman Godfrey L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
212-336-8330
212-336-8340 (fax)
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
sard@susmangodfrey.com
igore@susmangodfrey.com

*Counsel for Plaintiffs
8812 Tavern Corp., d/b/a Bench Sports Bar, Christina Malerba and Nicholas Racklin*
C.D. Cal., Case No. 2:15-cv-09529

Caleb Marker
Zimmerman Reed LLP
555 East Ocean Boulevard, Suite 500
Long Beach, CA 90802
877-500-8780
877-500-8781 (fax)
Caleb.Marker@zimmreed.com

Bryan L. Bleichner
Chestnut Cambronne PA
17 Washington Avenue North, Ste. 300
Minneapolis, MN 55401
612-339-7300
612-336-2940 (fax)

*Counsel for Plaintiff P.J. Hafiz Club Management Inc.*
C.D. Cal., Case No. 2:15-cv-09175

8