Robins Kaplan LLP
David Martinez, Bar No. 193183
Roman M. Silberfeld, Bar No. 62783
2049 Century Park East
Suite 3400
Los Angeles, CA 90067
Telephone: 310 552 0130
Facsimile: 310 229 5800
RSilberfeld@RobinsKaplan.com
DMartinez@RobinsKaplan.com

*Attorneys for Plaintiff*
*1465 3rd Ave. Rest. Corp. d/b/a Gael Pub*

(Additional Counsel listed on signature page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

Case No. 2:15-ml-02668-BRO-JEM

Assigned to Hon. Beverly Reid O'Connell, Courtroom 14

**COMMERCIAL SUBSCRIBER PLAINTIFFS' JOINT RESPONSE TO *BENCH SPORTS* PLAINTIFF'S REQUEST FOR A STATUS CONFERENCE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned Commercial Subscriber Plaintiffs[1] respectfully submit this response to plaintiff *Bench Sports'* Request for a Status Conference (ECF No. 7).[2] Commercial Subscriber Plaintiffs agree that a status conference addressing the organization of the commercial and residential subscriber actions and the appointment of interim class counsel will be appropriate. However, Commercial Subscriber Plaintiffs respectfully request that this Court set a briefing schedule on such issues *before* the conference so that the Court may more fully address these issues at the status conference. Moreover, if the Court were to

---

[1] The Commercial Subscriber Plaintiffs in the following actions support this response: *Ninth Inning, Inc. v. Nat'l Football League, Inc. et al.*, Case No. 2:15-cv-05261-BRO (JEMx); *Rookies Sports Café, LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-05813-BRO (JEMx); *1465 3rd Ave. Rest. Corp. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-06145-BRO (JEMx); *Main Street America Ltd. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-06402-BRO (JEMx); *The Infirmary LLC v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-06729-BRO (JEMx); *Jammers, Inc. d/b/a Flight Restaurants/Flights Beer Bar v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-06959-BRO (JEMx); *DNW Foods, Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-07095-BRO (JEMx); *Pizza Pie & Wing Co. LLC v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-07305-BRO (JEMx); *Ambrose BD, LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-07556-BRO (JEMx); *Village Pub, LLC v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-08241-BRO (JEMx); *NYN, Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-08961-BRO (JEMx); *P.J. Hafiz Club Management, Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-09175-BRO (JEMx); *Two Pauls, Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-09180-BRO (JEMx); *Duck Duck LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-09366-BRO (JEMx); *Jon2 LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-09655-BRO(JEMx); *JS Entertainment, Inc., et al.* v. *Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-09794; and *Seifert Holdings, Inc. (d/b/a Third Base) v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-9944 (hereinafter, "Commercial Subscriber Plaintiffs").

[2] We regret the need for an additional submission on this issue. Although counsel for Bench Sports participated in a conference call concerning this litigation with counsel for the Commercial Subscriber Plaintiffs hours before filing its request for a status conference, it never mentioned its imminent filing during that call.

set a briefing schedule before the status conference, it would maximize judicial efficiency by allowing the parties to present their positions in advance and avoid the potential need for a second in-person hearing on those same issues.

Commercial Subscriber Plaintiffs will also be prepared to discuss a schedule for the filing of consolidated pleadings in the commercial subscriber actions, and a mechanism for coordination with the residential subscriber actions, at the initial status conference.

This response is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 12, 2016.

Dated: January 19, 2016

By: /s/ David Martinez

David Martinez, Bar No. 193183
Roman M. Silberfeld, Bar No. 62783
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Fax: (310) 229-5800
RSilberfeld@RobinsKaplan.com
DMartinez@RobinsKaplan.com

Hollis Salzman (admitted *pro hac vice*)
Kellie Lerner (admitted *pro hac vice*)
Michelle C. Zolnoski (admitted *pro hac vice*)
ROBINS KAPLAN LLP
601 Lexington Avenue
Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Fax: (212) 980-7499
HSalzman@RobinsKaplan.com
KLerner@RobinsKaplan.com
MZolnoski@RobinsKaplan.com

John Radice (admitted *pro hac vice*)
Kenneth Pickle (admitted *pro hac vice*)

RADICE LAW FIRM
34 Sunset Boulevard
Long Beach, NJ 08008
Telephone: (646) 245-8502
Fax: (609) 385-0745
JRadice@radicelawfirm.com
KPickle@radicelawfirm.com
*Counsel for1 465 3rd Ave. Rest. Corp. d/b/a Gael Pub*

Gregory E. Woodard (*pro hac vice* pending)
LARSEN WOODWARD LLP
100 Bayview Circle, Suite 4500
Newport Beach, CA 92660
Telephone: 949-769-6602
Facsimile: 949-769-6603
gwoodard@larsenwoodard.com

Karen Hanson Riebel (admitted *pro hac vice*)
Richard A. Lockridge (*pro hac vice* pending)
Heidi M. Silton (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, Minnesota 55401-2159
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
khriebel@locklaw.com
ralockridge@locklaw.com
hmsilton@locklaw.com

Gary F. Lynch (*pro hac vice* pending)
CARLSON LYNCH SWEET AND KILPELA
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
glynch@carlsonlynch.com
*Counsel for Pizza Pie & Wing Co. LLC*

Michael D. Hausfeld (*pro hac vice* pending)
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)540-7201
Email: mhausfeld@hausfeld.com

Irving Scher (*pro hac vice* pending)
Scott A. Martin (*pro hac vice* pending)
HAUSFELD LLP
33 Whitehall Street
14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
Email: ischer@hausfeld.com
Email: smartin@hausfeld.com

Lee Albert (*pro hac vice* pending)
Brian Murray (*pro hac vice* pending)
GLANCY PONGRAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Tel: (212) 682-5340
Fax: (212) 884-0988
Email: lablert@glancylaw.com
Email: bmurray@glancylaw.com

Michael P. Lehmann, Bar No. 77152
Bonny E. Sweeney, Bar No. 176174
Christopher L. Lebsock, Bar No. 184546
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
Email: mlehmann@hausfeld.com
Email: bsweeney@hausfeld.com
Email: clebsock@hausfeld.com

Lionel Z. Glancy
GLANCY PONGRAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 432-1495
Email: lglancy@glancylaw.com
*Counsel for Plaintiff Ninth Inning Inc. d/b/a The Mucky Duck*

Ramzi Abadou, Bar No. 222567
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

Melinda A. Nicholson (*pro hac vice* pending)
KAHN SWICK & FOTI, LLC
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
melinda.nicholson@ksfcounsel.com
*Counsel for Plaintiffs Rookies Sports Cafe, L.L.C., Maple Street Entertainment, L.L.C. d/b/a Repp's Uptilly Tavern, and Martinis of New Orleans, Inc. d/b/a Hurricanes Sports Bar*

Lionel Z. Glancy, Bar No. 134180
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Email: lglancy@glancylaw.com

Lee Albert (*pro hac vice* pending)
Brian Murray (*pro hac vice* pending)
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Tel: (212) 682-5340
Fax: (212) 884-0988
Email: lalbert@glancylaw.com
Email: bmurray@glancylaw.com

Eugene A. Spector (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
Jonathan M. Jagher (admitted *pro hac vice*)
Jeffrey L. Spector (admitted *pro hac vice*)
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
Email: espector@srkw-law.com
Email: bcaldes@srkw-law.com
Email: jjagher@srkw-law.com
Email: jspector@srkw-law.com

David P. McLafferty (*pro hac vice* pending)
LAW OFFICES OF DAVID P.
MCLAFFERTY
& ASSOCIATES, P.C.
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 940-4000
Fax: (610) 940-4007
Email: dmclafferty@mclaffertylaw.com
*Counsel for Plaintiff Main Street America Limited T/A The Great American Pub*

Bryan M. Thomas, State Bar No. 238409
BAHADORI & THOMAS, LLP
2 Park Plaza, Suite 450
Irvine, CA 92614
Oakland, CA 94607
Telephone: (949) 954-8164
Facsimile: (949) 954-8163
bmt@bahadorilaw.com

Peter Safirstein (*pro hac vice* pending)
Roger A. Sachar Jr. (admitted *pro hac vice*)
MORGAN & MORGAN
28 West 44th Street
Suite 2001
New York, NY 10036
Telephone: (212) 564-1637
Facsimile: (212) 564-1656
PSafirstein@MorganSecuritiesLaw.com
RSachar@MorganSecuritiesLaw.com

Lesley E. Weaver, State Bar No. 191305
BLOCK & LEVITON LLP
520 3rd Street, Suite 108
Oakland, CA 94607
Telephone: (415) 968-8999
Facsimile: (617) 507-6020
lweaver@blockesq.com
*Counsel for Plaintiffs the Infirmary, LLC And Davenport's Family Restaurant, Inc.*

Caleb Marker, Bar No. 269721
ZIMMERMAN REED, LLP
555 E. Ocean Blvd., Suite 500
Long Beach, CA 90802
(877) 500-8780 - Telephone
(877) 500-8781 – Facsimile
Email: caleb.marker@zimmreed.com

Brian C. Gudmundson (admitted *pro hac vice*)
Jason R. Lee (admitted *pro hac vice*)
ZIMMERMAN REED, LLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
(612) 341-0400 - Telephone
(612) 341-0844 – Facsimile
Email: brian.gudmundson@zimmreed.com
Email: Jason.lee@zimmreed.com

Arthur M. Murray (admitted *pro hac vice*)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
(504) 525-8100 - Telephone
(504) 584-5249 – Facsimile
Email: amurray@murray-lawfirm.com
*Counsel for Plaintiff Jammers, Inc. d/b/a Flight's Restaurant / Flight's Beer Bar*

Stephen R. Basser, Bar No. 121590
Samuel M. Ward, Bar No. 216562
BARRACK, RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Phone: (619) 230–0800
Fax: (619) 230–1874
sbasser@barrack.com
sward@barrack.com

Gerald J. Rodos (*pro hac vice* pending)
Jeffrey B. Gittleman (*pro hac vice* pending)
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
Phone: (215) 963–0600
Fax: (215) 963–0838
grodos@barrack.com
jgittleman@barrack.com
*Counsel for DNW Foods Inc. and the Proposed Class*

Lionel Z. Glancy, Bar No. 134180
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 432-1495
Email: lglancy@glancylaw.com

David P. McLafferty (*pro hac vice* pending)
LAW OFFICES OF DAVID P. MCLAFFERTY & ASSOCIATES, P.C.
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 940-4000
Fax: (610) 940-4007
Email: dmclafferty@mclaffertylaw.com

Lee Albert (*pro hac vice* pending)
Brian Murray (*pro hac vice* pending)
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Tel: (212) 682-5340
Fax: (212) 884-0988
Email: lablert@glancylaw.com
Email: bmurray@glancylaw.com

Eugene A. Spector (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
Jonathan M. Jagher (admitted *pro hac vice*)
Jeffrey L. Spector (admitted *pro hac vice*)
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
Email: espector@srkw-law.com
Email: bcaldes@srkw-law.com
Email: jjagher@srkw-law.com
Email: jspector@srkw-law.com

Jeffrey S. Goldenberg (admitted *pro hac vice*)
GOLDENBERG SCHNEIDER, LPA
One West 4th Street, 18th Floor
Cincinnati, Ohio 45202
Tel: (513) 345-8291
Fax: (513) 345-8294
Email: jgoldenberg@gs-legal.com

Christian A. Jenkins (admitted *pro hac vice*)
James D. Ludwig (admitted *pro hac vice*)
MINNILLO & JENKINS, CO., LPA
2712 Observatory Avenue
Cincinnati, Ohio 45208
Tel: (513) 723-1600
Fax: (513) 723-1620
Email: cjenkins@minnillojenkins.com
Email: jludwig@minnillojenkins.com
*Counsel for Plaintiffs Ambrose BD, LLC, Ambrose BD 2, LLC, and Keystone University Square, LLC*

Christopher L. Lebsock, Bar No. 184546
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: 415-633-1908
Fax: 415-358-4980
clebsock@hausfeld.com

Mark A. Wendorf, Bar No. 173484
Garrett D. Blanchfield, Bar No. 209855
Roberta A. Yard, Bar No. 322295
REINHARDT, WENDORF & BLANCHFIELD
E 1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Phone: (651) 287-2100
Fax: (651) 287-2103
m.wendorf@rwblawfirm.com
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com
*Counsel for Plaintiff Village Pub, LLC*

David H. Weinstein, Bar No. 43167
Robert S. Kitchenoff, (*pro hac vice* pending)
WEINSTEIN KITCHENOFF & ASHER LLC
100 South Broad Street, Suite 705
Philadelphia, PA 19110-1061
Telephone: (215) 545-7200
Fax: (215) 545-6535
weinstein@wka-law.com
kitchenoff@wka-law.com

M. Stephen Dampier (*pro hac vice* pending)
THE DAMPIER LAW FIRM P.C.
55 N. Section Street
P.O. Box 161 (36533)
Fairhope, AL 36532
Telephone: (251) 929-0900
Facsimile: (251) 929-0800

stevedampier@dampierlaw.com
*Counsel for Plaintiff NYN, Inc. d/b/a/ New York Nick's*

Caleb Marker, Bar No. 269721
ZIMMERMAN REED, LLP
555 E. Ocean Blvd., Suite 500
Long Beach, CA 90802
Tel: (877) 500-8780
Fax: (877) 500-8781
caleb.marker@zimmreed.com

Brian C. Gudmundson (admitted *pro hac vice*)
Jason R. Lee (admitted *pro hac vice*)
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 341-0400 Telephone
(612) 341-0844 Facsimile
brian.gudmundson@zimmreed.com
jason.lee@zimmreed.com

Bryan L. Bleichner (*pro hac vice* pending)
Francis J. Rondoni (*pro hac vice* pending)
Jeffrey D. Bores (*pro hac vice* pending)
CHESTNUT CAMBRONNE PA
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401
(612) 339-7300 Telephone
(612) 336-2940 Facsimile
bbleichner@chestnutcambronne.com
frondoni@chestnutcambronne.com
jbores@chestnutcambronne.com
*Counsel for Plaintiff P.J. Hafiz Club Management, Inc. d/b/a Sneaky Pete's*

Caleb Marker, Bar No. 269721
ZIMMERMAN REED, LLP
555 E. Ocean Blvd., Suite 500
Long Beach, CA 90802
Tel: (877) 500-8780
Fax: (877) 500-8781
caleb.marker@zimmreed.com

Brian C. Gudmundson (admitted *pro hac vice*)
Jason R. Lee (admitted *pro hac vice*)
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 341-0400 Telephone
(612) 341-0844 Facsimile
brian.gudmundson@zimmreed.com
jason.lee@zimmreed.com

Mark S. Goldman (*pro hac vice* pending)
Paul J. Scarlato (*pro hac vice* pending)
Brian D. Penny (*pro hac vice* pending)
GOLDMAN SCARLATO & PENNY, P.C.
Eight Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA 19428
Tel: (484)342-0700
goldman@lawgsp.com
scarlato@lawgsp.com
penny@lawgsp.com

Marc H. Edelson (*pro hac vice* pending)
EDELSON & ASSOCIATES, LLC
3 Terry Drive, Suite 205
Newtown, PA 18940
(215) 867-2200 Telephone
(267) 685-0676 Facsimile
medelson@edelson-law.com
*Counsel for Plaintiff Two Pauls, Inc.*

Rosemary M. Rivas, Bar No. 209147
rrivas@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Tracy D. Rezvani (*pro hac vice* pending)
Richard M. Volin (*pro hac vice* pending)
REZVANI VOLIN, P.C.
1050 Connecticut Ave, N.W.,
Suite 500
Washington, D.C. 20036
Tel: (202) 350-4270
Fax: (202) 351-0544
trezvani@rezvanivolin.com
rvolin@rezvanivolin.com

M. Stephen Dampier (*pro hac vice* pending)
THE DAMPIER LAW FIRM P.C.
55 N. Section Street
P.O. Box 161 (36533)
Fairhope, AL 36532
Tel: (251) 929-0900
Fax: (251) 929-0800
stevedampier@dampierlaw.com
*Counsel for Plaintiff Duck Duck LLC, Dude-N Brah, Inc., Longliners Cafe, LLC., All In H.B., LLC, First Class Perks, LLC, Helen Back Again Crestview LLC, and Will Call Sports, LLC*

Caleb Marker, Bar No. 269721
ZIMMERMAN REED, LLP
555 E. Ocean Blvd., Suite 500
Long Beach, CA 90802
(877) 500-8780 - Telephone
(877) 500-8781 – Facsimile
Email: caleb.marker@zimmreed.com

Brian C. Gudmundson (admitted *pro hac vice*)
Jason R. Lee (admitted *pro hac vice*)
ZIMMERMAN REED, LLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
(612) 341-0400 - Telephone
(612) 341-0844 – Facsimile
Email: brian.gudmundson@zimmreed.com
Email: Jason.lee@zimmreed.com

Renae D. Steiner (*pro hac vice* pending)
Vincent J. Esades (*pro hac vice* pending)
James W. Anderson (*pro hac vice* pending)
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Tel: (612) 338-4605
Fax: (612) 338-4692
rsteiner@heinsmills.com
vesades@heinsmills.com
janderson@heinsmills.com

Patrick R. Burns (*pro hac vice* pending)
BURNS LAW FIRM PLLC
1624 Harmon Place, Suite 300
Minneapolis, MN 55403
Tel: (612) 877-6400
patrick@burns-law.mn
*Counsel for Plaintiffs JS Entertainment, Inc., MJ Ventures, Inc., Our Ventures Inc., SD Billy Frogs, Inc. and Triple J Entertainment, Inc.*

Betsy C. Manifold, Bar No. 182450
Rachelle R, Rickert, Bar No. 190634
Marisa C. Livesay, Bar No. 223247
Brittany N. DeJong, Bar No. 258766
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
rickert@whafh.com
livesay@whafh.com
dejong@whafh.com

Fred Taylor Isquith (*pro hac vice* pending)
Thomas H. Burt (*pro hac vice* pending)
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653
isquith@whafh.com
burt@whafh.com

Theodore B. Bell (*pro hac vice* pending)
Carl Malmstrom (*pro hac vice* pending)
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
One South Dearborn St., Suite 2122
Chicago, IL 60603
Telephone: 312/984-0000
Facsimile: 312/212-4401
tbell@whafh.com
malmstrom@whafh.com
*Counsel for Plaintiffs Jon2 LLC*

Mike Arias, Bar No. 115385
Alfredo Torrijos, Bar No. 222458
Arnold C. Wang, Bar No. 204431
ARIAS SANGUINETTI STAHLE & TORRIJOS, LLP
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168
mike@asstlawyers.com
alfredo@asstlawyers.com
arnold@asstlawyers.com

Daniel R. Karon (admitted *pro hac vice*)
Beau D. Hollowell (*pro hac vice* pending)
KARON LLC
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Telephone: (216) 622-1851
Facsimile: (216) 241-8175
dkaron@karonllc.com
bhollowell@karonllc.com
*Counsel for Plaintiff Seifert Holdings, Inc (d/b/a Third Base)*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2016, I electronically filed COMMERCIAL SUBSCRIBER PLAINTIFFS' JOINT RESPONSE TO BENCH SPORTS PLAINTIFF'S REQUEST FOR A STATUS CONFERENCE with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the attorneys of record who are registered CM/ECF users.

Executed on January 19, 2016, at Los Angeles, California.

Respectfully submitted,

/s/ David Martinez

David Martinez
Robins Kaplan LLP
2049 Century Park East
Suite 3400
Los Angeles, CA 90067
Telephone: 310 552 0130
Facsimile: 310 229 5800
DMartinez@RobinsKaplan.com