Caleb LH Marker (SBN 269721)
 E-mail:  caleb.marker@zimmreed.com
**ZIMMERMAN REED, LLP**
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
Telephone:  (877) 500-8780
Facsimile:  (888) 490-775

*Attorneys for Plaintiffs*

*(Additional Counsel Listed Below)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.  2:15-ml-02668-BRO-JEM<br><br>*Assigned to the Honorable Beverly Reid O'Connell*<br><br>**NOTICE OF MOTION AND MOTION TO REMAND CASE TO THE SONOMA COUNTY SUPERIOR COURT** |
| THIS DOCUMENT RELATES TO:<br><br>*LIPPINCOTT, ET AL. v. DIRECTV, INC., ET AL.*<br>Case No. CV 15-09996 BRO (JEMx) | Date:       March 21, 2016<br>Time:       1:30 p.m.<br>Courtroom:  14 |

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REMAND

# NOTICE OF MOTION

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that at 1:30 p.m. on March 21, 2016, or as soon thereafter as the matter can be heard, in Courtroom 14, located at 312 N. Spring Street, Los Angeles, California 90012, Plaintiff Robert Lippincott, Jr. on behalf of himself and all others similarly situated, pursuant to 28 U.S. Code § 1447, will respectfully move for an order remanding this action to the Sonoma County Superior Court. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on November 9, 2015, November 12, 2015, and November 16, 2015. Counsel also conferred about motion timing issues on January 26, 2016 and January 27, 2016.

Plaintiff's motion is based on this notice, the accompanying memorandum of points and authorities, the accompanying declaration of Caleb LH Marker in support of Plaintiff's motion, the proposed order and any additional argument and evidence the Court may consider.

ZIMMERMAN REED, LLP

Dated: January 29, 2016 by:   /s/ Caleb Marker
Caleb LH Marker (California Bar No. 269721)
**ZIMMERMAN REED, LLP**
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
Telephone:  (877) 500-8780
Facsimile:  (888) 490-7750
E-mail:  caleb.marker@zimmreed.com

Brian C. Gudmundson, MN Bar No. 336695
Jason R. Lee, MN Bar No. 396847
**ZIMMERMAN REED, LLP**
1100 IDS Center, 80 South 8th Street

Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
E-mail: brian.gudmundson@zimmreed.com
E-mail: jason.lee@zimmreed.com

*Attorneys for Plaintiff*