1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION,<br><br>THIS DOCUMENT RELATES TO<br>Gary Lippincott, Jr.<br>Case No. CV 15-09996-BRO-JEM | Case No. 2:15-ml-02668-BRO-JEM<br><br>**[PROPOSED] ORDER REMANDING ACTION TO THE SONOMA COUNTY SUPERIOR COURT** |

The motion of Plaintiff Robert Gary Lippincott, Jr. in the above-entitled action for an Order remanding the action, 15-09996-BRO-JEM, to the Superior Court of California, from which it was removed, came on for hearing on March 21, 2016. The Court has read and considered all papers filed by the parties in connection with Plaintiff's Motion to Remand.

Plaintiff's Motion to Remand is GRANTED.

IT IS SO ORDERED.


Dated: _____

_____
JUDGE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE