Caleb LH Marker (SBN 269721)
  E-mail:  caleb.marker@zimmreed.com
**ZIMMERMAN REED, LLP**
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
Telephone:  (877) 500-8780
Facsimile:  (888) 490-775

*Attorneys for Plaintiffs*

*(Additional Counsel Listed Below)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.  2:15-ml-02668-BRO-JEM<br><br>*Assigned to the Honorable Beverly Reid O'Connell*<br><br>**DECLARATION OF CALEB MARKER IN SUPPORT OF NOTICE OF MOTION AND MOTION TO REMAND CASE TO THE SONOMA COUNTY SUPERIOR COURT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEROF** |
| THIS DOCUMENT RELATES TO:<br><br>*LIPPINCOTT, ET AL. v. DIRECTV, INC., ET AL.*<br>Case No. CV 15-09996 BRO (JEMx) | Date:      March 21, 2016<br>Time:      1:30 p.m.<br>Courtroom:  14 |

DECLARATION OF CALEB MARKER

I, Caleb Marker, hereby declare as follows:

1. I am an attorney at law admitted to practice law before this Court and am one of the counsel of record representing Plaintiff and the Class in this matter bearing Case No. 2:15-ml-02668-BRO-JEM.

2. The following facts are within my personal knowledge, and if called as a witness, I could and would competently testify thereto.

3. I am of counsel at Zimmerman Reed, LLP in Long Beach, California, which I joined in 2010.

4. Prior to joining Zimmerman Reed, LLP, I practiced substantially similar areas of law at Consumer Law Center, PLLC in East Lansing, Michigan since my admission to the Bar. I am a graduate of Michigan State University and Michigan State University's College of Law in East Lansing, Michigan. I have been a member in good standing of the State Bar of Michigan since 2007, the District of Columbia Bar Associations since 2009 (inactive), and the State Bar of California since 2010. I am also admitted to practice before the following courts: U.S. District Court for the Central District of California, U.S. District Court for the Southern District of California, U.S. District Court for the Northern District of California, U.S. District Court for the Western District of Michigan, U.S. District Court for the Eastern District of Michigan, U.S. District Court for the Northern District of Illinois, and the U.S. District Court for the Western District of Texas.

5. Attached as Exhibit A, is a true and correct copy of Plaintiffs' original Complaint filed in the Superior Court of the State of California in the County of Sonoma Case No. SCV-257854, which was attached as Exhibit 1 to Docket No.1 in the Notice of Removal filed by Defendants in the United States Federal Court for the Northern District of California, Case No. 3:15-cv-05096, ECF No. 1-1.

6. Attached as Exhibit B, is a true and correct copy of Defendants' Notice of Removal of Plaintiffs' original Complaint filed in the Superior Court of the State of California in the County of Sonoma Case No. SCV-257854, which Defendants

filed in the United States Federal Court for the Northern District of California in Case No. 3:15-cv-05096.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of January, 2016 at Manhattan Beach, California.

By: /s/ Caleb Marker
Caleb Marker