Name and address:
Fred T. Isquith
270 Madison Avenue
New York, NY 10016
Tel: 212-545-4690
Facsimile: 212-545-4653
isquith@whafh.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S SUNDAY TICKET ANTITRUST LITIGATION  v.   PLAINTIFF(S)  DEFENDANT(S) | CASE NUMBER: 2:15-ML-02668-BRO (JEMx)  NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL |
|---|---|

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

### SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Fred T. Isquith                                CA Bar Number: _____

Firm or agency: Wolf Haldenstein Adler Freeman & Herz LLP

Address: 270 Madison Avenue, New York, NY 10016

Telephone Number: 212-545-4690          Fax Number: 212-545-4653

Email: isquith@whafh.com

Counsel of record for the following party or parties: Jon2 LLC, Adam Matschullat

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____.

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☒ By order of the court dated **February 1, 2016** in case number **2:15-ml-02668-BRO-JEM** (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO   ☐ FPDO   ☐ CJA Appointment   ☐ Pro Bono   ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____.

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: **February 8, 2016**

Signature: *[signature]*

Name: **Fred T. Isquith, Esq.**

# CERTIFICATE OF SERVICE

I, Windy Loritsch, the undersigned, declare:

    1.    That declarant is and was, at all times herein mentioned a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

    2.    That on February 9, 2016, declarant served the following document(s) via the CM/ECF System to the parties who are registered participants of the CM/ECF System and via U.S. Mail those parties as indicated on the attached service list who are not registered participants of the CM/ECF System:

**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL**

    3.    That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of February 2016, at San Diego, California.

*/s/ Windy Loritsch*
WINDY LORITSCH

NFL: 22691

# Mailing Information for a Case 2:15-ml-02668-BRO-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,dawn.hartman@ksfcounsel.com

- **Lee Albert**
  lalbert@glancylaw.com

- **Seth Ard**
  sard@susmangodfrey.com,ecf-cb051334f073@ecf.pacerpro.com,mritter@susmangodfrey.com,ecf-7bb0ee8b6051@ecf.pacerpro.com

- **Mike M Arias**
  mike@asstlawyers.com,maricela@asstlawyers.com,stephanie@asstlawyers.com,jessica@asstlawyers.com,ladonna@asstlawyers.com

- **Amid T Bahadori**
  atb@bahadorilaw.com

- **Robyn Eileen Bladow**
  robyn.bladow@kirkland.com,jelani.solper@kirkland.com,laura.bay@kirkland.com

- **Garrett D Blanchfield , Jr**
  g.blanchfield@rwblawfirm.com

- **Bryan L Bleichner**
  bbleichner@chestnutcambronne.com,dproulx@chestnutcambronne.com

- **Bradley Christopher Buhrow**
  brad.buhrow@zimmreed.com,sabine.king@zimmreed.com

- **William G Caldes**
  Bcaldes@srkw-law.com

- **William Christopher Carmody**
  bcarmody@susmangodfrey.com,mchristie@susmangodfrey.com

- **Matthew C De Re**
  matt@attorneyzim.com

- **Brittany DeJong**
  dejong@whafh.com

- **Jeffrey Benjamin Dubner**
  jdubner@cohenmilstein.com

- **Daniel C Girard**
  dcg@girardgibbs.com,mce@girardgibbs.com,amv@girardgibbs.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Jeffrey Scott Goldenberg**
  jgoldenberg@gs-legal.com,cpence@gs-legal.com

- **Jayne Arnold Goldstein**
  jagoldstein@pomlaw.com

- **Ian M Gore**
  igore@susmangodfrey.com,ecf-67c2cc05d65a@ecf.pacerpro.com,lnand@susmangodfrey.com,ecf-62cbb7ccef36@ecf.pacerpro.com

- **Marc I Gross**
  migross@pomlaw.com

- **Scott M Grzenczyk**
  smg@girardgibbs.com,amv@girardgibbs.com

- **Brian C Gudmundson**
  brian.gudmundson@zimmreed.com

- **Melissa D Ingalls**
  melissa.ingalls@kirkland.com,sbenson@kirkland.com,laura.bay@kirkland.com

- **Jonathan M Jagher**
  jjagher@srkw-law.com

- **Christian A Jenkins**
  cjenkins@minnillojenkins.com

- **Daniel R Karon**
  dkaron@karonllc.com,cgood@karonllc.com,bhollowell@karonllc.com

- **Eliot F Krieger**
  ekrieger@sullivankrieger.com,ltom@sullivankrieger.com

- **Robert J Larocca**
  rlarocca@kohnswift.com

- **Shawn M Larsen**
  slarsen@larsenwoodard.com,mmorelli@kbylaw.com,mperciavalle@kbylaw.com

- **Christopher L Lebsock**
  clebsock@hausfeldllp.com

- **Jason R Lee**
  jason.lee@zimmreed.com

- **Kellie C Lerner**
  klerner@robinskaplan.com

- **Gregg H Levy**
  glevy@cov.com

- **Marisa C Livesay**
  livesay@whafh.com,davanzo@whafh.com,boyles@whafh.com

- **James D Ludwig**
  jludwig@minnillojenkins.com

- **Derek Ludwin**
  dludwin@cov.com

- **Betsy C Manifold**
  manifold@whafh.com,cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com

- **Caleb Marker**
  Caleb.Marker@zimmreed.com,sabine.king@zimmreed.com,judy.carter@zimmreed.com

- **David Martinez**
  dmartinez@robinskaplan.com,lcastiglioni@robinskaplan.com,dfiskio@robinskaplan.com

- **Arthur M Murray**
  amurray@murray-lawfirm.com

- **Natasha Azadeh Naraghi**
  natashanaraghi@amslawoffice.com,joanbennett@amslawoffice.com

- **Kenneth B Pickle**
  KPickle@radicelawfirm.com

- **John D Radice**
  jradice@radicelawfirm.com

- **Daniel B Rehns**
  drehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Rachele R Rickert**
  rickert@whafh.com,cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com,cothran@whafh.com

- **Christopher P Ridout**
  Christopher.Ridout@zimmreed.com,sabine.king@zimmreed.com,Hannah.Belknap@zimmreed.com,judy.carter@zimmreed.com

- **Karen Hanson Riebel**
  khriebel@locklaw.com,crjohnson@locklaw.com,arpederson@locklaw.com

- **Rosemary M Rivas**
  rrivas@finkelsteinthompson.com,adang@finkelsteinthompson.com,arivas@finkelsteinthompson.com,twarren@finkelsteinthompson.com,cterril@finkelsteinthompson.com

- **Roger A Sachar , Jr**
  rsachar@morgansecuritieslaw.com

- **Neema Trivedi Sahni**
  nsahni@cov.com,mdarrah@cov.com,SLahrPastor@cov.com,jplayforth@cov.com,achristian@cov.com

- **Hollis L Salzman**
  hsalzman@robinskaplan.com

- **Marc M Seltzer**
  mseltzer@susmangodfrey.com,ecf-4d2b1f772250@ecf.pacerpro.com,hdanielson@susmangodfrey.com,ecf-67366a65900c@ecf.pacerpro.com

- **Roman M Silberfeld**
  rmsilberfeld@rkmc.com,reirajpanah@rkmc.com

- **Heidi M Silton**
  hmsilton@locklaw.com,arpederson@locklaw.com,sljuell@locklaw.com

- **Charles T Spagnola**
  Cspagnola@Sullivankrieger.com,ltom@sullivankrieger.com

- **Eugene A Spector**
  espector@srkw-law.com

- **Jeffrey L Spector**
  jspector@srkw-law.com

- **Amanda M Steiner**
  as@girardgibbs.com,chc@girardgibbs.com,rlr@girardgibbs.com

- **Ryan F Stephan**
  rstephan@stephanzouras.com,ehalverson@stephanzouras.com,kbowers@stephanzouras.com

- **Arun S Subramanian**
  asubramanian@susmangodfrey.com,ecf-aa83a63bc6d9@ecf.pacerpro.com,ecf-329b86a28024@ecf.pacerpro.com

- **Adam M Tamburelli**
  atamburelli@sullivankrieger.com,ltom@sullivankrieger.com

- **Bryan Matthew Thomas**
  bryanthomasjd@gmail.com

- **Alfredo Torrijos**
  alfredo@asstlawyers.com

- **Tammy Ann Tsoumas**
  tammy.tsoumas@kirkland.com,jonathan.faria@kirkland.com

- **Arnold C Wang**
  arnold@asstlawyers.com,maricela@asstlawyers.com,jessica@asstlawyers.com,ladonna@asstlawyers.com

- **Lesley E Weaver**
  lweaver@blockesq.com

- **David H Weinstein**
  weinstein@wka-law.com

- **Gregory E Woodard**
  gwoodard@larsenwoodard.com

- **Thomas A Zimmerman , Jr**
  tom@attorneyzim.com,celi@attorneyzim.com

- **Michelle C Zolnoski**
  MZolnoski@RobinsKaplan.com

- **James B Zouras**
  jzouras@stephanzouras.com,ehalverson@stephanzouras.com,kbowers@stephanzouras.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Alexander          M Schack
Alexander M Schack Law Offices
16880 W Bernardo Court, Suite 300
San Diego, CA 92127
```