Neema T. Sahni
SBN 274240
Covington & Burling LLP
2029 Century Park East, Suite 3100
Los Angeles, CA 90067-3044
nsahni@cov.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: National Football League's "Sunday Ticket"<br>Plaintiff(s)<br><br>v.<br><br><br>Defendant(s). | CASE NUMBER<br><br>Case No. 2:15-ml-02668-BRO (JEMx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Wilkinson, Beth A.
*Applicant=s Name (Last Name, First Name & Middle Initial)*

202-867-4000     202-867-4005
*Telephone Number     Fax Number*

bwilkinson@wilkinsonwalsh.com
*E-Mail Address*

Wilkinson Walsh + Eskovitz PLLC
1900 M Street NW
Suite 800
Washington, D.C., 20036

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

National Football League

NFL Enterprises LLC

*Name(s) of Party(ies) Represented*    Plaintiff    X   Defendant    Other:_____

**and designating as Local Counsel**

Sahni, Neema T                of
*Designee's Name (Last Name, First Name & Middle Initial)*

274240            424-332-4757
*Designee's Cal. Bar Number     Telephone Number*

              424-332-4782
              *Fax Number*

Covington & Burling LLP
2029 Century Park East
Suite 3100
Los Angeles, CA 90067-3044

*Firm Name & Address*

nsahni@cov.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ GRANTED.
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required fee.

**Dated** _____

**U.S. District Judge/U.S. Magistrate Judge**