Neema T. Sahni
SBN 274240
Covington & Burling LLP
2029 Century Park East, Suite 3100
Los Angeles, CA 90067-3044
nsahni@cov.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re: National Football League's "Sunday Ticket"

Plaintiff(s)

v.

Defendant(s).

CASE NUMBER

Case No. 2:15-ml-02668-BRO (JEMx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE***

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kelley, Jonathan D.
*Applicant=s Name (Last Name, First Name & Middle Initial)*

202-867-4009         202-867-4005
*Telephone Number     Fax Number*

jkelley@wilkinsonwalsh.com
*E-Mail Address*

Wilkinson Walsh + Eskovitz PLLC
1900 M Street NW
Suite 800
Washington, D.C., 20036

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

National Football League

NFL Enterprises LLC

*Name(s) of Party(ies) Represented*     Plaintiff     X Defendant     Other: _____

**and designating as Local Counsel**

Sahni, Neema T                                of
*Designee's Name (Last Name, First Name & Middle Initial)*

274240                  424-332-4757
*Designee's Cal. Bar Number    Telephone Number*

                        424-332-4782
                        *Fax Number*

Covington & Burling LLP
2029 Century Park East
Suite 3100
Los Angeles, CA 90067-3044

*Firm Name & Address*

nsahni@cov.com
*E-Mail Address*

**hereby ORDERS the Application be:**

 **GRANTED**.
 **DENIED.  Fee shall be returned by the Clerk.**
 **DENIED.  For failure to pay the required fee.**

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge