UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) |

**NOTICE OF APPEARANCE OF MARC H. EDELSON, ESQ ON BEHALF OF PLAINTIFF TWO PAULS, INC.**

The parties are hereby notified that Marc H. Edelson, of the law firm of Edelson & Associates, LLC., hereby enters his appearance as counsel for plaintiff, Two Pauls, Inc. in the above captioned matter.

Dated this 10th day of February 2016

Respectfully submitted

EDELSON & ASSOCIATES, LLC

By: _____
Marc H. Edelson, Esq.
3 Terry Drive, Suite 205
Newtown, Pennsylvania 18940
Tel (215) 867-2200
Fax (267) 685-0676
medelson@edelson-law.com