Name and address:
Beth A. Wilkinson (D.C. Bar No. 462561)
WILKINSON WALSH + ESKOVITZ PLLC
1900 M Street NW, Suite 800
Washington, D.C. 20036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re: National Football League's "Sunday Ticket" | CASE NUMBER: |
|---|---|
| v.  PLAINTIFF(S) | Case No. 2:15-ml-02668-BRO (JEMx) |
| DEFENDANT(S) | **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance.  To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case.  (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations:  (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing.  For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:**  In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court.  In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123).  See Form G-01 for further information.

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number")*:

Name: Beth A. Wilkinson                         CA Bar Number: PHV

Firm or agency:  WILKINSON WALSH + ESKOVITZ PLLC

Address:  1900 M Street NW, Suite 800, Washington, D.C. 20036

Telephone Number: (202) 847-4000              Fax Number:  (202) 867-4005

Email:  bwilkinson@wilkinsonwalsh.com

Counsel of record for the following party or parties:  Defendants National Football League and NFL Enterprises LLC

**SECTION II - TO ADD AN ATTORNEY TO THE DOCKET**

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____ .

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☒ By order of the court dated __02/01/2016__ in case number __15-ml-02668__ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO   ☐ FPDO   ☐ CJA Appointment   ☐ Pro Bono   ☐ Retained

**SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET**

*Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____.

**SECTION IV - SIGNATURE**

I request that the Clerk update the docket as indicated above.

Date: __02/10/2016__   Signature: __/s/ Beth A. Wilkinson__

Name: __Beth A. Wilkinson__

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the attorneys of record who are registered CM/ECF users.

Furthermore, the document was served on the parties, listed on the attached Service List, who are not ECF participants by U.S. First Class Mail.

DATED:  February 10, 2016        Respectfully submitted,

                                                   /s/ Beth A. Wilkinson
Beth A. Wilkinson
**WILKINSON WALSH + ESKOVITZ PLLC**
1900 M Street NW, Suite 800
Washington, D.C. 20036
Telephone:  (202) 847-4000
Facsimile:   (202) 867-4005
bwilkinson@wilkinsonwalsh.com

*Attorneys for Defendants National Football League and NFL Enterprises LLC*

# **SERVICE LIST**

| | |
|---|---|
| Todd M Friedman<br>Law Offices of Todd M. Friedman PC<br>324 S Beverly Drive, No. 725<br>Beverly Hills, CA 90212<br>877-206-4741<br>866-633-0228 (fax)<br>tfriedman@attorneysforconsumers.com | Joshua B Swigart<br>Hyde and Swigart<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>619-233-7770<br>619-297-1022 (fax)<br>josh@westcoastlitigation.com |
| Seyed Abbas Kazerounian<br>Kazerouni Law Group APC<br>245 Fischer Avenue, Suite D1<br>Costa Mesa, CA 92626<br>800-400-6808<br>800-520-5523 (fax)<br>ak@kazlg.com | *Counsel for Plaintiff Thomas Abrahamian*<br>C.D. Cal., Case No. 2:15-cv-04606<br><br>Michael P. Lehmann<br>Bonny E. Sweeney<br>Christopher L. Lebsock<br>Hausfeld LLP<br>600 Montgomery St., Suite 3200<br>San Francisco, CA 94111<br>415-633-1908<br>415-358-4980 (fax)<br>mlehmann@hausfeld.com<br>bsweeney@hausfeld.com<br>clebsock@hausfeld.com |
| Sara F Khosroabadi<br>Hyde and Swigart<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>619-233-7770<br>619-297-1022 (fax)<br>sara@westcoastlitigation.com | |
| Gouya Askari Ranekouhi<br>Kazerouni Law Group APC<br>245 Fischer Avenue, Suite D1<br>Costa Mesa, CA 92626<br>800-400-6808<br>800-520-5523 (fax)<br>gouya@kazlg.com | Michael D. Hausfeld<br>Hausfeld LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>202-540-7200<br>202-540-7201 (fax)<br>mhausfeld@hausfeld.com |

| | | |
|---|---|---|
| 1 | Irving Scher Scott A. Martin | Melinda A Nicholson |
| 2 | Hausfeld LLP | Kahn Swick and Foti LLC |
|   | 165 Broadway, Suite 2301 | 206 Covington Street |
| 3 | New York, NY 10006 | Madisonville, LA 70447 |
| 4 | 646-357-1100 | 504-455-1400 |
|   | 212-202-4322 (fax) | 504-455-1498 (fax) |
| 5 | ischer@hausfeld.com | melinda.nicholson@ksfcounsel.com |
| 6 | smartin@hausfeld.com | |

*Counsel for Plaintiffs Rookies Sports Cafe, L.L.C., Maple Street Entertainment, L.L.C. dba Repp's Uptilly Tavern, and Martinis of New Orleans, Inc. dba Hurricanes Sports Bar*

Lee Albert Brian Murray
Glancy Prongay & Murray LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
212-682-5340
212-884-0988 (fax)
lalbert@glancylaw.com
bmurray@glancylaw.com

C.D. Cal., Case No. 2:15-cv-05813

Lionel Z. Glancy
GLANCY PRONGAY & MURRAY LLP 1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310-201-9150
310-432-1495 (fax)
lglancy@glancylaw.com

Lionel Zevi Glancy
Glancy Prongay and Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310-201-9150
310-201-9160 (fax)
lglancy@glancylaw.com

*Counsel for Plaintiff Ninth Inning Inc. dba The Mucky Duck*
C.D. Cal., Case No. 2:15-cv-05261

Ramzi Abadou
Kahn Swick and Foti LLC
912 Cole Street, Suite 251
San Francisco, CA 94117
504-455-1400
504-455-1498 (fax)
ramzi.abadou@ksfcounsel.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
Spector Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
215-496-0300
215-496-6611 (fax)
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

3

| | |
|---|---|
| Roman M. Silberfeld<br>David Martinez<br>Robins Kaplan LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067<br>310-552-0130<br>310-229-5800 (fax)<br>RSilberfeld@RobinsKaplan.com<br>DMartinez@RobinsKaplan.com<br><br>Hollis Salzman<br>Kellie Lerner<br>Michelle C. Zolnoski<br>Robins Kaplan LLP<br>601 Lexington Avenue, Suite 3400<br>New York, NY 10022<br>212-980-7400<br>212-980-7499 (fax)<br>HSalzman@RobinsKaplan.com<br>KLerner@RobinsKaplan.com<br>MZolnoski@RobinsKaplan.com<br><br>John Radice Kenneth Pickle<br>Radice Law Firm<br>34 Sunset Boulevard<br>Long Beach, NJ 08008<br>646-245-8502<br>609-385-0745 (fax)<br>jradice@radicelawfirm.com<br>kpickle@radicelawfirm.com<br><br>*Counsel for 1465 3RD Ave. Rest. Corp.*<br>*d/b/a Gael Pub*<br>C.D. Cal., No. 2:15-cv-06145 | Gregg H Levy<br>Derek Ludwin<br>Covington And Burling LLP<br>850 Tenth Street<br>NW One City Center<br>Washington, DC 20001-4956<br>202-662-5292<br>202-662-6804 (fax)<br>glevy@cov.com<br>dludwin@cov.com<br><br>David P. McLafferty<br>Law Offices Of David P. Mclafferty &<br>Associates, P.C.<br>923 Fayette Street<br>Conshohocken, PA 19428<br>610-940-4000<br>610-940-4007 (fax)<br>dmclafferty@mclaffertylaw.com<br><br>*Counsel for Plaintiff Main Street*<br>*America, Ltd.*<br>C.D. Cal., Case No. 2:15-cv-06402<br><br>Caleb Marker<br>Hannah Belknap<br>Zimmerman Reed, LLP<br>555 E. Ocean Blvd., Suite 500<br>Long Beach, CA 90802<br>877-500-8780<br>caleb.marker@zimmreed.com<br>hannah.belknap@zimmreed.com |

4

| | | |
|---|---|---|
| 1 | Brian C. Gudmundson | *League, Inc. and NFL Enterprises LLC* |
| 2 | Wm Dane DeKrey | *in all actions and Counsel for Arizona* |
| | Jason R. Lee | *Cardinals Holdings, Inc., Atlanta* |
| 3 | Zimmerman Reed, LLP | *Falcons Football Club LLC, Baltimore* |
| 4 | 1100 IDS Center, 80 South 8th Street | *Ravens Limited Partnership, Buffalo* |
| | Minneapolis, MN 55402 | *Bills, LLC, Panthers Football LLC,* |
| 5 | 612-341-0400 | *Chicago Bears Football Club, Inc.,* |
| 6 | jason.lee@zimmreed.com | *Cincinnati Bengals, Inc., Cleveland* |
| | brian.gudmundson@zimmreed.com | *Browns Football Company, LLC,* |
| 7 | dane.dekrey@zimmreed.com | *Dallas Cowboys Football Club, Ltd.,* |
| 8 | | *PDB Sports, Ltd. d/b/a Denver Broncos* |
| | Arthur M. Murray | *Football Club, Detroit Lions, Inc.,* |
| 9 | MURRAY LAW FIRM | *Green Bay Packers, Inc., Houston NFL* |
| 10 | 650 Poydras Street, Suite 2150 | *Holdings LP, Indianapolis Colts, Inc.,* |
| | New Orleans, LA 70130 | *Jacksonville Jaguars LLC, Kansas City* |
| 11 | 504-525-8100 | *Chiefs Football Club, Inc., Miami* |
| 12 | amurray@murray-lawfirm.com | *Dolphins, Ltd., Minnesota Vikings* |
| | | *Football Club LLC, New England* |
| 13 | *Counsel for Plaintiffs Robert Gary* | *Patriots, LP, New Orleans Louisiana* |
| 14 | *Lippincott, Jr. And on behalf of all* | *Saints LLC, New York Football Giants,* |
| | *others similarly situated* | *Inc., New York Jets LLC, Oakland* |
| 15 | C.D. Cal., Case No. 2:15-cv-09996 | *Raiders LP, Philadelphia Eagles* |
| 16 | | *Football Club, Inc., Pittsburgh Steelers* |
| 17 | Jayne Arnold | *Sports, Inc., Chargers Football Co.,* |
| | Goldstein Pomerantz LLP | *LLC, San Francisco Forty Niners II,* |
| 18 | 600 Third Ave, 20th Floor | *LLC, Football, Northwest LLC, The* |
| 19 | New York, NY 10016 | *Rams Football Company LLC,* |
| | 212-661-1100 | *Buccaneers Limited Partnership,* |
| 20 | 212-661-8665 (fax) | *Tennessee Football, Inc., Washington* |
| 21 | jagoldstein@pomlaw.com | *Football, Inc.* |
| 22 | Neema Trivedi Sahni | Daniel Brett Rehns |
| 23 | Covington And Burling LLP | Cohen Milstein Sellers & Toll P.L.L.C. |
| | 2029 Century Park East, Suite 3100 | 88 Pine Street 14th, Floor |
| 24 | Los Angeles, CA 90067 | New York, NY 10005 |
| 25 | 424-332-4800 | 212-838-7797 |
| | 424-332-4782 (fax) | 212-838-7745 (fax) |
| 26 | nsahni@cov.com | drehns@cohenmilstein.com |
| 27 | | |
| 28 | *Counsel for Defendants National Football* | |

5

| | | |
|---|---|---|
| 1 | Marc Ian Gross Pomerantz LLP | Glenn D. Pomerantz Steven M. Perry |
| 2 | 600 Third Avenue, 20th Floor | Nathan M. Rehn |
|   | New York, NY 10016 | Munger, Tolles & Olson LLP |
| 3 | 212-661-1100 | 355 South Grand Avenue, 35th Fl. |
| 4 | 212-661-8665 (fax) | Los Angeles, CA 90071-1560 |
|   | migross@pomlaw.com | 213-683-9100 |
| 5 |   | 213-687-3702 (fax) |
| 6 | *Counsel for Plaintiff Steven Dassa* | Glenn.pomerantz@mto.com |
|   | C.D. Cal., Case No. 2:15-cv-10002 | Steven.perry@mto.com |
| 7 |   | Thane.rehn@mto.com |
| 8 | Robert J. Larocca Kohn, Swift & Graf, |   |
|   | P.C. One South Broad Street | *Counsel for Defendant ESPN Inc.* |
| 9 | Suite 2100 |   |
| 10 | Philadelphia, PA 19107 | Jeffrey Benjamin Dubner |
|    | 215-238-1700 | Cohen Milstein Sellers & Toll |
| 11 | 215-238-1968 (fax) | 1100 New York Ave., NW, Ste. 500 |
| 12 | rlarocca@kohnswift.com | Washington, D.C. 20005 |
|    |   | 202-408-6400 |
| 13 | *Counsel for Plaintiff T-3 Restaurants,* | 202-408-4699(fax) |
| 14 | *Inc.* | jdubner@cohenmilstein.com |
|    | C.D. Cal., Case No. 2:16-cv-00029 |   |
| 15 |   | Howard Langer |
| 16 | John E. Schmidtlein | Edward Diver |
|    | Williams & Connolly LLP | Peter Leckman |
| 17 | 725 Twelfth Street, NW | Langer, Grogan & Diver, PC. |
| 18 | Washington, DC 20005 | 1717 Arch Street, Suite 4130 |
|    | 202-434-5901 | Philadelphia, PA 19103 |
| 19 | 202-434-5029 (fax) | 215-320-5660 |
| 20 | jschmidtlein@wm.com | 215-320-5703 (fax) |
|    |   | hlanger@langergrogan.com |
| 21 | *Counsel for Defendant Fox* | ndiver@langergrogan.com |
| 22 | *Broadcasting Company* | pleckman@langergrogan.com |
| 23 |   |   |
|    |   | *Attorneys for Trilogy Holding, LLC* |
| 24 |   | *d/b/a Bounce Sporting Club; New* |
| 25 |   | *Lounge 4324, LLC d/b/a Bounce* |
|    |   | *Sporting Club; Pedal Haus Brewery,* |
| 26 |   | *LLC; Whiskey Rocks Tempe, LLC d/b/a* |
| 27 |   | *Gringo Star Street Bar; and Jonathan* |
|    |   | *Frantz* |
| 28 |   | C.D. Cal., Case No. 2:15-cv-10000 |

6

| | | |
|---|---|---|
| 1 | Amanda Marjorie Steiner | Roger A Sachar, Jr |
| 2 | Girard Gibbs LLP | Morgan and Morgan PC |
| 3 | 601 California Street, Suite 1400 | 28 West 44th Street, Suite 2001 |
|   | San Francisco, CA 94108 | New York, NY 10036 |
| 4 | 415-981-4800 | 646-863-5704 |
| 5 | 415-981-4846 (fax) | 212-564-1807 (fax) |
|   | as@girardgibbs.com | rsachar@morgansecuritieslaw.com |
| 6 | | |
| 7 | *Counsel for Plaintiff, D.J.'s Sports Bar, Inc.* | Bahadori and Thomas LLP |
|   | | 2 Park Plaza, Suite 450 |
| 8 | S.D.N.Y., Case No. 1:15-cv-09050 | Irvine, CA 92614 |
|   | | 949-954-8164 |
| 9 | Yehudah L. Buchweitz | 949-954-8163 (fax) |
| 10 | Weil, Gotshal & Manges LLP | |
|    | 767 Fifth Avenue | *Counsel for Plaintiff The Infirmary LLC* |
| 11 | New York, NY 10153 | |
| 12 | 212-310-8000 | C.D. Cal., Case No. 2:15-cv-06729 |
|    | 212-310-8007 (fax) | |
| 13 | Yehudah.buchweitz@weil.com | Gregory E. Woodard |
| 14 | | Larsen Woodard LLP |
|    | *Counsel for Defendant CBS Corporation* | 100 Bayview Circle, Suite 4500 |
| 15 | | Newport Beach, CA 92660 |
| 16 | | 612-596-4097 |
|    | Bryan Matthew | 612-339-0981 (fax) |
| 17 | Thomas Amid | gwoodard@larsenwoodard.com |
| 18 | Bahadori and Thomas LLP | |
|    | 2 Park Plaza, Suite 450 | Karen Hanson Riebel |
| 19 | Irvine, CA 92614 | Richard A. Lockridge |
| 20 | 949-954-8164 | Heidi M. Silton |
|    | 949-954-8163 (fax) | Lockridge Grindal Nauen P.L.L.P. |
| 21 | bryanthomasjd@gmail.com | 100 Washington Avenue S., Suite 2200 |
| 22 | atb@bahadorilaw.com | Minneapolis, MN 55401 |
|    | | 612-596-4097 |
| 23 | Lesley E Weaver | 612-339-0981 (fax) |
| 24 | Block and Leviton LLP | khriebel@locklaw.com |
|    | 520 Third Street, Suite 108 | ralockridge@locklaw.com |
| 25 | Oakland, CA 94607 | hmsilton@locklaw.com |
| 26 | 415-968-8999 | |
|    | 617-507-6020 (fax) | |
| 27 | lweaver@blockesq.com | |
| 28 | | |

| | |
|---|---|
| Arthur J. Burke<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-4352<br>212-701-5352 (fax)<br>arthur.burke@davispolk.com<br><br>*Counsel for Defendant NBC Universal Media, LLC*<br><br>Caleb Marker<br>Christopher P Ridout<br>Zimmerman Reed LLP<br>555 East Ocean Boulevard, Suite 500<br>Long Beach, CA 90802<br>877-500-8780<br>877-500-8781 (fax)<br>Caleb.Marker@zimmreed.com<br>Christopher.Ridout@zimmreed.com<br><br>Brian C Gudmundson<br>Jason R Lee<br>Zimmerman Reed PLLP<br>80 South Eighth Street<br>1100 IDS Center<br>Minneapolis, MN 55402<br>612-341-0400<br>612-341-0844 (fax)<br>brian.gudmundson@zimmreed.com<br>jason.lee@zimmreed.com<br><br>*Counsel for Plaintiff Jammers, Inc. d/b/a Flight's Restaurant / Flight's Beer Bar*<br>C.D. Cal., Case No. 2:15-cv-06959 | Samuel M Ward<br>Barrack Rodos and Bacine<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>619-230-0800<br>619-230-1874 (fax)<br>sward@barrack.com<br><br>Jeffrey B Gittleman<br>Barrack Rodos and Bacine<br>3200 Two Commerce Square<br>2001 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>215-963-0600<br>215-963-0838 (fax)<br>jgittleman@barrack.com<br><br>Gary F. Lynch<br>Carlson Lynch Sweet & Kilpela<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>412-322-9243<br>412-231-0246 (fax)<br>glynch@carlsonlynch.com<br><br>Jayne A. Goldstein<br>Pomerantz LLP<br>1792 Bell Tower Lane, Suite 203<br>Weston, Florida 33326<br>954-315-3454<br>954-315-3455 (fax)<br>jagoldstein@pomlaw.com<br><br>*Counsel for Plaintiff Pizza Pie & Wing Co. LLC*<br>C.D. Cal., Case No. 2:15-cv-06959 |

| | | |
|---|---|---|
| 1 | Lionel Zevi Glancy | Lionel Zevi Glancy |
| 2 | Glancy Prongay and Murray LLP | Glancy Prongay and Murray LLP |
|   | 1925 Century Park East, Suite 2100 | 1925 Century Park East, Suite 2100 |
| 3 | Los Angeles, CA 90067 | Los Angeles, CA 90067 |
| 4 | 310-201-9150 | 310-201-9150 |
|   | 310-432-1495 (fax) | 310-201-9160 (fax) |
| 5 | lglancy@glancylaw.com | lglancy@glancylaw.com |

1  Lionel Zevi Glancy
2  Glancy Prongay and Murray LLP
   1925 Century Park East, Suite 2100
3  Los Angeles, CA 90067
4  310-201-9150
   310-432-1495 (fax)
5  lglancy@glancylaw.com
6
7  Christian A Jenkins
   James D Ludwig
8  Minnillo and Jenkins Co LPA
   2712 Observatory Avenue
9  Cincinnati, OH 45208
10 513-723-1600
   513-723-1620 (fax)
11 cjenkins@minnillojenkins.com
12 jludwig@minnillojenkins.com

13 Jeffrey Scott Goldenberg
14 Goldenberg Schneider LPA
   One West Fourth Street, 18th Floor
15 Cincinnati, OH 45202
16 513-345-8291
   513-345-8294 (fax)
17 jgoldenberg@gs-legal.com
18
19 Jeffrey L Spector  William G Caldes
   Spector Roseman Kodroff and Willis
20 PC
   1818 Market Street, Suite 2500
21 Philadelphia, PA 19103
22 215-496-0300
   215-496-6611 (fax)
23 jspector@srkw-law.com
24 Bcaldes@srkw-law.com

   Lionel Zevi Glancy
   Glancy Prongay and Murray LLP
   1925 Century Park East, Suite 2100
   Los Angeles, CA 90067
   310-201-9150
   310-201-9160 (fax)
   lglancy@glancylaw.com

   Stephen R Basser
   Barrack Rodos and Bacine
   600 West Broadway, Suite 900
   San Diego, CA 92101
   619-230-0800
   619-230-1874 (fax)
   sbasser@barrack.com

   *Counsel for Plaintiff DNW Foods Inc.*
   C.D. Cal., Case No. 2:15-cv-07095

   Alexander M Schack Law
   Offices of Alexander M Schack
   16870 W. Bernardo Ct., Ste. 400
   San Diego, CA 92127
   858-485-6535
   858-485-0608 (fax)
   alexschack@amslawoffice.com

   Natasha Azadeh Naraghi
   Law Offices of Alexander M Schack
   16870 West Bernardo Drive, Suite 400
   San Diego, CA 92127
   858-485-6535
   858-485-0608 (fax)
   natashanaraghi@amslawoffice.com

   *Counsel for Plaintiff Michael Holinko*
   C.D. Cal., Case No. 2:15-cv-07665

25
26
27
28

David H Weinstein
Weinstein Kitchenoff and Asher LLC
100 South Broad Street, Suite 705
Philadelphia, PA 19110
215-545-7200
215-545-6535 (fax)
weinstein@wka-law.com

*Counsel for Plaintiff NYN, Inc.*
C.D. Cal., Case No. 2:15-cv-08961

Lee Albert
Glancy Prongay and Murray LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
212-682-5340
212-884-0988 (fax)
lalbert@glancylaw.com

*Counsel for Plaintiffs Ambrose BD, LLC, Ambrose BD 2, LLC, Keystone University Square, LLC*
C.D. Cal., Case No. 2:15-cv-07556

Garrett D Blanchfield, Jr.
Reinhardt Wendorf and Blanchfield
E1250 First National Bank Building
332 Minnesota Street
St Paul, MN 55101
651-287-2100
651-287-2103 (fax)
g.blanchfield@rwblawfirm.com

Lionel Zevi Glancy
Glancy Prongay and Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310-201-9150
310-432-1495 (fax)
lglancy@glancylaw.com

Christopher L Lebsock
Hausfeld LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
415-633-1949
415-693-0770 (fax)
clebsock@hausfeldllp.com

*Counsel for Plaintiff Village Pub, LLC*
C.D. Cal., Case No. 2:15-cv-08241

Rosemary M. Rivas
Finkelstein Thompson LLP
One California Street, Suite 900
San Francisco, CA 94111
415-398-8700
415-398-8701 (fax)
rrivas@finkelsteinthompson.com

*Counsel for Plaintiffs Duck Duck LLC, Dude N Brah Inc., Longliners Café LLC, All in HB LLC, First Class Perks LLC, Crestview Helen Back LLC, Will Call Sports LLC*
C.D. Cal., Case No. 2:15-cv-09366

Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
310-789-3100
310-789-3150 (fax)
mseltzer@susmangodfrey.com

William C. Carmody
Arun Subramanian
Seth D. Ard
Ian M. Gore
Susman Godfrey L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
212-336-8330
212-336-8340 (fax)
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
sard@susmangodfrey.com
igore@susmangodfrey.com

*Counsel for Plaintiffs 8812 Tavern Corp., d/b/a Bench Sports Bar, Christina Malerba and Nicholas Racklin*
C.D. Cal., Case No. 2:15-cv-09529

Caleb Marker
Zimmerman Reed LLP
555 East Ocean Boulevard, Suite 500
Long Beach, CA 90802
877-500-8780
877-500-8781 (fax)
Caleb.Marker@zimmreed.com

Bryan L. Bleichner
Chestnut Cambronne PA
17 Washington Avenue North, Ste. 300
Minneapolis, MN 55401
612-339-7300
612-336-2940 (fax)

*Counsel for Plaintiff P.J. Hafiz Club Management Inc.*
C.D. Cal., Case No. 2:15-cv-09175