Neema T. Sahni
SBN 274240
Covington & Burling LLP
2029 Century Park East, Suite 3100
Los Angeles, CA 90067-3044
nsahni@cov.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re: National Football League's "Sunday Ticket"
Plaintiff(s)

v.

Defendant(s).

CASE NUMBER

Case No. 2:15-ml-02668-BRO (JEMx)

### ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Wilkinson, Beth A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-867-4000        202-867-4005
*Telephone Number*     *Fax Number*
bwilkinson@wilkinsonwalsh.com
*E-Mail Address*

Wilkinson Walsh + Eskovitz PLLC
1900 M Street NW
Suite 800
Washington, D.C., 20036
*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

National Football League

NFL Enterprises LLC

*Name(s) of Party(ies) Represented*    Plaintiff   X  Defendant   Other: _____

**and designating as Local Counsel**

Sahni, Neema T                of
*Designee's Name (Last Name, First Name & Middle Initial)*

274240              424-332-4757
*Designee's Cal. Bar Number*   *Telephone Number*

                    424-332-4782
                    *Fax Number*

Covington & Burling LLP
2029 Century Park East
Suite 3100
Los Angeles, CA 90067-3044
*Firm Name & Address*

nsahni@cov.com
*E-Mail Address*

**hereby ORDERS the Application be:**

■ **GRANTED**.
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED.** For failure to pay the required fee.

**Dated  February 11, 2016**



**U.S. District Judge**