Neema T. Sahni
SBN 274240
Covington & Burling LLP
2029 Century Park East, Suite 3100
Los Angeles, CA 90067-3044
nsahni@cov.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: National Football League's "Sunday Ticket" <br><br> Plaintiff(s) <br><br> v. <br><br><br> Defendant(s). | **CASE NUMBER** <br><br> Case No. 2:15-ml-02668-BRO (JEMx) <br><br> **ORDER ON APPLICATION <br> OF NON-RESIDENT ATTORNEY TO APPEAR <br> IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kelley, Jonathan D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-867-4009          202-867-4005
*Telephone Number          Fax Number*
jkelley@wilkinsonwalsh.com
         *E-Mail Address*

Wilkinson Walsh + Eskovitz PLLC
1900 M Street NW
Suite 800
Washington, D.C., 20036

         *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

National Football League

NFL Enterprises LLC

*Name(s) of Party(ies) Represented*          Plaintiff          X *Defendant*          Other:_____

**and designating as Local Counsel**

Sahni, Neema T                          of
*Designee's Name (Last Name, First Name & Middle Initial)*

274240                    424-332-4757
*Designee's Cal. Bar Number     Telephone Number*

                    424-332-4782
                    *Fax Number*

Covington & Burling LLP
2029 Century Park East
Suite 3100
Los Angeles, CA 90067-3044

    *Firm Name & Address*

nsahni@cov.com
         *E-Mail Address*

**hereby ORDERS the Application be:**

■ **GRANTED**.
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED.** For failure to pay the required fee.

**Dated  February 11, 2016**



                    **U.S. District Judge**