Name and address:
Jonathan D. Kelley (D.C. Bar No. 1024949)
WILKINSON WALSH + ESKOVITZ PLLC
1900 M Street NW, Suite 800
Washington, D.C. 20036

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: National Football League's "Sunday Ticket"

PLAINTIFF(S)

v.

DEFENDANT(S)

CASE NUMBER:

Case No. 2:15-ml-02668-BRO (JEMx)

**NOTICE OF APPEARANCE OR
WITHDRAWAL OF COUNSEL**

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance.  To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case.  (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations:  (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing.  For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:**  *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court.  In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123).  See Form G-01 for further information.*

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name:  Jonathan D. Kelley                        CA Bar Number: PHV

Firm or agency:   WILKINSON WALSH + ESKOVITZ PLLC

Address:   1900 M Street NW, Suite 800, Washington, D.C. 20036

Telephone Number:  (202) 847-4000          Fax Number:  (202) 867-4005

Email:  jkelley@wilkinsonwalsh.com

Counsel of record for the following party or parties:  Defendants National Football League and NFL Enterprises LLC

G-123 (1/16)                    NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL                    Page 1 of 2

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____ .

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☒ By order of the court dated ____02/01/2016____ in case number ____15-ml-02668____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO   ☐ FPDO   ☐ CJA Appointment   ☐ Pro Bono   ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____ .

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____ .

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____ .

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: ____02/11/2016____          Signature: ____/s/ Jonathan D. Kelley____

                                 Name: ____Jonathan D. Kelley____

## CERTIFICATE OF SERVICE

1

2

3        I hereby certify that on February 11, 2016, I electronically filed the foregoing

4   document with the Clerk of the Court using the CM/ECF system, which will

5   automatically send an e-mail notification of such filing to the attorneys of record who

6   are registered CM/ECF users.

7        Furthermore, the document was served on the parties, listed on the attached

8   Service List, who are not ECF participants by U.S. First Class Mail.

9

10  DATED:  February 11, 2016        Respectfully submitted,

11                                        */s/ Jonathan D. Kelley*

12                                 Jonathan D. Kelley
                                   **WILKINSON WALSH + ESKOVITZ PLLC**
13                                 1900 M Street NW, Suite 800
                                   Washington, D.C. 20036
14                                 Telephone:   (202) 847-4000
                                   Facsimile:    (202) 867-4005
15                                 jkelley@wilkinsonwalsh.com

16
                                   *Attorneys for Defendants National Football*
17                                 *League and NFL Enterprises LLC*

18

19

20

21

22

23

24

25

26

27

28

# **SERVICE LIST**

Todd M Friedman
Law Offices of Todd M. Friedman PC
324 S Beverly Drive, No. 725
Beverly Hills, CA 90212
877-206-4741
866-633-0228 (fax)
tfriedman@attorneysforconsumers.com

Seyed Abbas Kazerounian
Kazerouni Law Group APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
800-400-6808
800-520-5523 (fax)
ak@kazlg.com

Sara F Khosroabadi
Hyde and Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
619-233-7770
619-297-1022 (fax)
sara@westcoastlitigation.com

Gouya Askari Ranekouhi
Kazerouni Law Group APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
800-400-6808
800-520-5523 (fax)
gouya@kazlg.com

Joshua B Swigart
Hyde and Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
619-233-7770
619-297-1022 (fax)
josh@westcoastlitigation.com

*Counsel for Plaintiff Thomas Abrahamian*
C.D. Cal., Case No. 2:15-cv-04606

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
Hausfeld LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
415-633-1908
415-358-4980 (fax)
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

Michael D. Hausfeld
Hausfeld LLP
1700 K Street NW, Suite 650
Washington, DC 20006
202-540-7200
202-540-7201 (fax)
mhausfeld@hausfeld.com

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Irving Scher Scott A. Martin
Hausfeld LLP
165 Broadway, Suite 2301
New York, NY 10006
646-357-1100
212-202-4322 (fax)
ischer@hausfeld.com
smartin@hausfeld.com

Lee Albert Brian Murray
Glancy Prongay & Murray LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
212-682-5340
212-884-0988 (fax)
lalbert@glancylaw.com
bmurray@glancylaw.com

Lionel Z. Glancy
GLANCY PRONGAY & MURRAY
LLP 1925 Century Park East, Suite
2100
Los Angeles, CA 90067
310-201-9150
310-432-1495 (fax)
lglancy@glancylaw.com

*Counsel for Plaintiff Ninth Inning Inc.
dba The Mucky Duck*
C.D. Cal., Case No. 2:15-cv-05261

Ramzi Abadou
Kahn Swick and Foti LLC
912 Cole Street, Suite 251
San Francisco, CA 94117
504-455-1400
504-455-1498 (fax)
ramzi.abadou@ksfcounsel.com

Melinda A Nicholson
Kahn Swick and Foti LLC
206 Covington Street
Madisonville, LA 70447
504-455-1400
504-455-1498 (fax)
melinda.nicholson@ksfcounsel.com

*Counsel for Plaintiffs Rookies Sports
Cafe, L.L.C., Maple Street
Entertainment, L.L.C. dba Repp's
Uptilly Tavern, and Martinis of New
Orleans, Inc. dba Hurricanes Sports
Bar*
C.D. Cal., Case No. 2:15-cv-05813

Lionel Zevi Glancy
Glancy Prongay and Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310-201-9150
310-201-9160 (fax)
lglancy@glancylaw.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
Spector Roseman Kodroff & Willis,
P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
215-496-0300
215-496-6611 (fax)
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

3

1  Roman M. Silberfeld
2  David Martinez
   Robins Kaplan LLP
3  2049 Century Park East, Suite 3400
4  Los Angeles, CA 90067
   310-552-0130
5  310-229-5800 (fax)
6  RSilberfeld@RobinsKaplan.com
   DMartinez@RobinsKaplan.com
7
8  Hollis Salzman
   Kellie Lerner
9  Michelle C. Zolnoski
   Robins Kaplan LLP
10 601 Lexington Avenue, Suite 3400
11 New York, NY 10022
   212-980-7400
12 212-980-7499 (fax)
13 HSalzman@RobinsKaplan.com
   KLerner@RobinsKaplan.com
14 MZolnoski@RobinsKaplan.com
15
16 John Radice Kenneth Pickle
   Radice Law Firm
17 34 Sunset Boulevard
18 Long Beach, NJ 08008
   646-245-8502
19 609-385-0745 (fax)
20 jradice@radicelawfirm.com
   kpickle@radicelawfirm.com
21
22 *Counsel for 1465 3RD Ave. Rest. Corp.*
   *d/b/a Gael Pub*
23 C.D. Cal., No. 2:15-cv-06145
24
25
26
27
28

Gregg H Levy
Derek Ludwin
Covington And Burling LLP
850 Tenth Street
NW One City Center
Washington, DC 20001-4956
202-662-5292
202-662-6804 (fax)
glevy@cov.com
dludwin@cov.com

David P. McLafferty
Law Offices Of David P. Mclafferty &
Associates, P.C.
923 Fayette Street
Conshohocken, PA 19428
610-940-4000
610-940-4007 (fax)
dmclafferty@mclaffertylaw.com

*Counsel for Plaintiff Main Street*
*America, Ltd.*
C.D. Cal., Case No. 2:15-cv-06402

Caleb Marker
Hannah Belknap
Zimmerman Reed, LLP
555 E. Ocean Blvd., Suite 500
Long Beach, CA 90802
877-500-8780
caleb.marker@zimmreed.com
hannah.belknap@zimmreed.com

4

| | |
|---|---|
| 1 | Brian C. Gudmundson |
| 2 | Wm Dane DeKrey |
| 3 | Jason R. Lee |
| | Zimmerman Reed, LLP |
| 4 | 1100 IDS Center, 80 South 8th Street |
| | Minneapolis, MN 55402 |
| 5 | 612-341-0400 |
| 6 | jason.lee@zimmreed.com |
| | brian.gudmundson@zimmreed.com |
| 7 | dane.dekrey@zimmreed.com |
| 8 | |
| 9 | Arthur M. Murray |
| | MURRAY LAW FIRM |
| 10 | 650 Poydras Street, Suite 2150 |
| | New Orleans, LA 70130 |
| 11 | 504-525-8100 |
| 12 | amurray@murray-lawfirm.com |
| 13 | |
| | *Counsel for Plaintiffs Robert Gary* |
| 14 | *Lippincott, Jr.* And on behalf of all |
| | others similarly situated |
| 15 | C.D. Cal., Case No. 2:15-cv-09996 |
| 16 | |
| 17 | Jayne Arnold |
| | Goldstein Pomerantz LLP |
| 18 | 600 Third Ave, 20th Floor |
| | New York, NY 10016 |
| 19 | 212-661-1100 |
| 20 | 212-661-8665 (fax) |
| | jagoldstein@pomlaw.com |
| 21 | |
| 22 | Neema Trivedi Sahni |
| | Covington And Burling LLP |
| 23 | 2029 Century Park East, Suite 3100 |
| 24 | Los Angeles, CA 90067 |
| | 424-332-4800 |
| 25 | 424-332-4782 (fax) |
| 26 | nsahni@cov.com |
| 27 | |
| | *Counsel for Defendants National* |
| 28 | *Football* |

*League, Inc. and NFL Enterprises LLC in all actions and Counsel for Arizona Cardinals Holdings, Inc., Atlanta Falcons Football Club LLC, Baltimore Ravens Limited Partnership, Buffalo Bills, LLC, Panthers Football LLC, Chicago Bears Football Club, Inc., Cincinnati Bengals, Inc., Cleveland Browns Football Company, LLC, Dallas Cowboys Football Club, Ltd., PDB Sports, Ltd. d/b/a Denver Broncos Football Club, Detroit Lions, Inc., Green Bay Packers, Inc., Houston NFL Holdings LP, Indianapolis Colts, Inc., Jacksonville Jaguars LLC, Kansas City Chiefs Football Club, Inc., Miami Dolphins, Ltd., Minnesota Vikings Football Club LLC, New England Patriots, LP, New Orleans Louisiana Saints LLC, New York Football Giants, Inc., New York Jets LLC, Oakland Raiders LP, Philadelphia Eagles Football Club, Inc., Pittsburgh Steelers Sports, Inc., Chargers Football Co., LLC, San Francisco Forty Niners II, LLC, Football, Northwest LLC, The Rams Football Company LLC, Buccaneers Limited Partnership, Tennessee Football, Inc., Washington Football, Inc.*

Daniel Brett Rehns
Cohen Milstein Sellers & Toll P.L.L.C.
88 Pine Street 14th, Floor
New York, NY 10005
212-838-7797
212-838-7745 (fax)
drehns@cohenmilstein.com

1  | Marc Ian Gross Pomerantz LLP
2  | 600 Third Avenue, 20th Floor
   | New York, NY 10016
3  | 212-661-1100
4  | 212-661-8665 (fax)
   | migross@pomlaw.com
5  |
6  | *Counsel for Plaintiff Steven Dassa*
   | C.D. Cal., Case No. 2:15-cv-10002
7  |
8  | Robert J. Larocca Kohn, Swift & Graf,
   | P.C. One South Broad Street
9  | Suite 2100
10 | Philadelphia, PA 19107
   | 215-238-1700
11 | 215-238-1968 (fax)
   | rlarocca@kohnswift.com
12 |
13 | *Counsel for Plaintiff T-3 Restaurants,*
   | *Inc.*
14 | C.D. Cal., Case No. 2:16-cv-00029
15 |
16 | John E. Schmidtlein
   | Williams & Connolly LLP
17 | 725 Twelfth Street, NW
18 | Washington, DC 20005
   | 202-434-5901
19 | 202-434-5029 (fax)
20 | jschmidtlein@wm.com
21 |
   | *Counsel for Defendant Fox*
22 | *Broadcasting Company*
23 |
24 |
25 |
26 |
27 |
28 |

Glenn D. Pomerantz Steven M. Perry
Nathan M. Rehn
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Fl.
Los Angeles, CA 90071-1560
213-683-9100
213-687-3702 (fax)
Glenn.pomerantz@mto.com
Steven.perry@mto.com
Thane.rehn@mto.com

*Counsel for Defendant ESPN Inc.*

Jeffrey Benjamin Dubner
Cohen Milstein Sellers & Toll
1100 New York Ave., NW, Ste. 500
Washington, D.C. 20005
202-408-6400
202-408-4699(fax)
jdubner@cohenmilstein.com

Howard Langer
Edward Diver
Peter Leckman
Langer, Grogan & Diver, PC.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
215-320-5660
215-320-5703 (fax)
hlanger@langergrogan.com
ndiver@langergrogan.com
pleckman@langergrogan.com

*Attorneys for Trilogy Holding, LLC*
*d/b/a Bounce Sporting Club; New*
*Lounge 4324, LLC d/b/a Bounce*
*Sporting Club; Pedal Haus Brewery,*
*LLC; Whiskey Rocks Tempe, LLC d/b/a*
*Gringo Star Street Bar; and Jonathan*
*Frantz*
C.D. Cal., Case No. 2:15-cv-10000

6

1

2

Amanda Marjorie Steiner
Girard Gibbs LLP
601 California Street, Suite 1400

3

San Francisco, CA 94108

4

415-981-4800
415-981-4846 (fax)

5

as@girardgibbs.com

6

7

*Counsel for Plaintiff, D.J.'s Sports Bar,
Inc.*

8

S.D.N.Y., Case No. 1:15-cv-09050

9

Yehudah L. Buchweitz

10

Weil, Gotshal & Manges LLP
767 Fifth Avenue

11

New York, NY 10153

12

212-310-8000
212-310-8007 (fax)

13

Yehudah.buchweitz@weil.com

14

15

*Counsel for Defendant CBS
Corporation*

16

Bryan Matthew

17

Thomas Amid
Bahadori and Thomas LLP

18

2 Park Plaza, Suite 450

19

Irvine, CA 92614
949-954-8164

20

949-954-8163 (fax)

21

bryanthomasjd@gmail.com
atb@bahadorilaw.com

22

23

Lesley E Weaver

24

Block and Leviton LLP
520 Third Street, Suite 108

25

Oakland, CA 94607

26

415-968-8999
617-507-6020 (fax)

27

lweaver@blockesq.com

28

Roger A Sachar, Jr
Morgan and Morgan PC
28 West 44th Street, Suite 2001
New York, NY 10036
646-863-5704
212-564-1807 (fax)
rsachar@morgansecuritieslaw.com

Bahadori and Thomas LLP
2 Park Plaza, Suite 450
Irvine, CA 92614
949-954-8164
949-954-8163 (fax)

*Counsel for Plaintiff The Infirmary
LLC*
C.D. Cal., Case No. 2:15-cv-06729

Gregory E. Woodard
Larsen Woodard LLP
100 Bayview Circle, Suite 4500
Newport Beach, CA 92660
612-596-4097
612-339-0981 (fax)
gwoodard@larsenwoodard.com

Karen Hanson Riebel
Richard A. Lockridge
Heidi M. Silton
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
612-596-4097
612-339-0981 (fax)
khriebel@locklaw.com
ralockridge@locklaw.com
hmsilton@locklaw.com

7

1

2  Arthur J. Burke                              Samuel M Ward
   Davis Polk & Wardwell LLP                    Barrack Rodos and Bacine
3  450 Lexington Avenue                         600 West Broadway, Suite 900
   New York, NY 10017                           San Diego, CA 92101
4  212-450-4352                                 619-230-0800
   212-701-5352 (fax)                           619-230-1874 (fax)
5  arthur.burke@davispolk.com                   sward@barrack.com

6
   *Counsel for Defendant NBC Universal         Jeffrey B Gittleman
7  Media, LLC*                                  Barrack Rodos and Bacine
                                                3200 Two Commerce Square
8  Caleb Marker                                 2001 Market Street, Suite 3300
9  Christopher P Ridout                         Philadelphia, PA 19103
   Zimmerman Reed LLP                           215-963-0600
10 555 East Ocean Boulevard, Suite 500          215-963-0838 (fax)
   Long Beach, CA 90802                          jgittleman@barrack.com
11 877-500-8780
12 877-500-8781 (fax)                           Gary F. Lynch
   Caleb.Marker@zimmreed.com                    Carlson Lynch Sweet & Kilpela
13 Christopher.Ridout@zimmreed.com              1133 Penn Avenue, 5th Floor
14                                              Pittsburgh, PA 15222
15 Brian C Gudmundson                           412-322-9243
   Jason R Lee                                  412-231-0246 (fax)
16 Zimmerman Reed PLLP                          glynch@carlsonlynch.com
17 80 South Eighth Street
   1100 IDS Center                              Jayne A. Goldstein
18 Minneapolis, MN 55402                        Pomerantz LLP
19 612-341-0400                                 1792 Bell Tower Lane, Suite 203
   612-341-0844 (fax)                           Weston, Florida 33326
20 brian.gudmundson@zimmreed.com                954-315-3454
21 jason.lee@zimmreed.com                       954-315-3455 (fax)
22                                              jagoldstein@pomlaw.com

   *Counsel for Plaintiff Jammers, Inc.*
23 *d/b/a Flight's Restaurant / Flight's*       *Counsel for Plaintiff Pizza Pie & Wing*
24 *Beer Bar*                                   *Co. LLC*
   C.D. Cal., Case No. 2:15-cv-06959            C.D. Cal., Case No. 2:15-cv-06959
25

26

27

28

8

| | |
|---|---|
| 1 | Lionel Zevi Glancy |
| 2 | Glancy Prongay and Murray LLP |
| | 1925 Century Park East, Suite 2100 |
| 3 | Los Angeles, CA 90067 |
| | 310-201-9150 |
| 4 | 310-432-1495 (fax) |
| 5 | lglancy@glancylaw.com |

1   Lionel Zevi Glancy
2   Glancy Prongay and Murray LLP
3   1925 Century Park East, Suite 2100
    Los Angeles, CA 90067
4   310-201-9150
    310-432-1495 (fax)
5   lglancy@glancylaw.com

6
7   Christian A Jenkins
    James D Ludwig
8   Minnillo and Jenkins Co LPA
    2712 Observatory Avenue
9   Cincinnati, OH 45208
    513-723-1600
10  513-723-1620 (fax)
11  cjenkins@minnillojenkins.com
    jludwig@minnillojenkins.com
12

13  Jeffrey Scott Goldenberg
    Goldenberg Schneider LPA
14  One West Fourth Street, 18th Floor
    Cincinnati, OH 45202
15  513-345-8291
    513-345-8294 (fax)
16
    jgoldenberg@gs-legal.com
17

18  Jeffrey L Spector William G Caldes
    Spector Roseman Kodroff and Willis
19  PC
20  1818 Market Street, Suite 2500
    Philadelphia, PA 19103
21  215-496-0300
    215-496-6611 (fax)
22
    jspector@srkw-law.com
23  Bcaldes@srkw-law.com
24

25

26

27

28

Lionel Zevi Glancy
Glancy Prongay and Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310-201-9150
310-201-9160 (fax)
lglancy@glancylaw.com

Stephen R Basser
Barrack Rodos and Bacine
600 West Broadway, Suite 900
San Diego, CA 92101
619-230-0800
619-230-1874 (fax)
sbasser@barrack.com

*Counsel for Plaintiff DNW Foods Inc.*
C.D. Cal., Case No. 2:15-cv-07095

Alexander M Schack Law
Offices of Alexander M Schack
16870 W. Bernardo Ct., Ste. 400
San Diego, CA 92127
858-485-6535
858-485-0608 (fax)
alexschack@amslawoffice.com

Natasha Azadeh Naraghi
Law Offices of Alexander M Schack
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
858-485-6535
858-485-0608 (fax)
natashanaraghi@amslawoffice.com

*Counsel for Plaintiff Michael Holinko*
C.D. Cal., Case No. 2:15-cv-07665

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

David H Weinstein
Weinstein Kitchenoff and Asher LLC
100 South Broad Street, Suite 705
Philadelphia, PA 19110
215-545-7200
215-545-6535 (fax)
weinstein@wka-law.com

*Counsel for Plaintiff NYN, Inc.*
C.D. Cal., Case No. 2:15-cv-08961

Lee Albert
Glancy Prongay and Murray LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
212-682-5340
212-884-0988 (fax)
lalbert@glancylaw.com

*Counsel for Plaintiffs Ambrose BD,
LLC, Ambrose BD 2, LLC, Keystone
University Square, LLC*
C.D. Cal., Case No. 2:15-cv-07556

Garrett D Blanchfield, Jr.
Reinhardt Wendorf and Blanchfield
E1250 First National Bank Building
332 Minnesota Street
St Paul, MN 55101
651-287-2100
651-287-2103 (fax)
g.blanchfield@rwblawfirm.com

Lionel Zevi Glancy
Glancy Prongay and Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310-201-9150
310-432-1495 (fax)
lglancy@glancylaw.com

Christopher L Lebsock
Hausfeld LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
415-633-1949
415-693-0770 (fax)
clebsock@hausfeldllp.com

*Counsel for Plaintiff Village Pub, LLC*
C.D. Cal., Case No. 2:15-cv-08241

Rosemary M. Rivas
Finkelstein Thompson LLP
One California Street, Suite 900
San Francisco, CA 94111
415-398-8700
415-398-8701 (fax)
rrivas@finkelsteinthompson.com

*Counsel for Plaintiffs Duck Duck LLC,
Dude N Brah Inc., Longliners Café
LLC, All in HB LLC, First Class Perks
LLC, Crestview Helen Back LLC, Will
Call Sports LLC*
C.D. Cal., Case No. 2:15-cv-09366

Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
310-789-3100
310-789-3150 (fax)
mseltzer@susmangodfrey.com

1   William C. Carmody
2   Arun Subramanian
    Seth D. Ard
3   Ian M. Gore
4   Susman Godfrey L.L.P.
    560 Lexington Avenue, 15th Floor
5   New York, NY 10022
6   212-336-8330
    212-336-8340 (fax)
7   bcarmody@susmangodfrey.com
8   asubramanian@susmangodfrey.com
    sard@susmangodfrey.com
9   igore@susmangodfrey.com

10
    *Counsel for Plaintiffs 8812 Tavern*
11  *Corp., d/b/a Bench Sports Bar,*
    *Christina Malerba and Nicholas*
12  *Racklin*
13  C.D. Cal., Case No. 2:15-cv-09529

14
    Caleb Marker
15  Zimmerman Reed LLP
16  555 East Ocean Boulevard, Suite 500
    Long Beach, CA 90802
17  877-500-8780
18  877-500-8781 (fax)
    Caleb.Marker@zimmreed.com
19

20  Bryan L. Bleichner
    Chestnut Cambronne PA
21  17 Washington Avenue North, Ste. 300
22  Minneapolis, MN 55401
    612-339-7300
23  612-336-2940 (fax)

24
    *Counsel for Plaintiff P.J. Hafiz Club*
25  *Management Inc.*
26  C.D. Cal., Case No. 2:15-cv-09175

27

28

11