1  Neema T. Sahni (Bar No. 274240)
   nsahni@cov.com
2  **COVINGTON & BURLING LLP**
   2029 Century Park East, Suite 3100
3  Los Angeles, CA 90067-3044
   Telephone:  (424) 332-4800
4  Facsimile:  (424) 332-4782

5  (Additional counsel listed on signature page)

6  *Attorneys for Defendants National Football League*
   *and NFL Enterprises LLC*

7

8

9

10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12  IN RE: NATIONAL FOOTBALL      ) Case No. 2:15-ml-02668-BRO (JEMx)
    LEAGUE'S "SUNDAY TICKET"      )
13  ANTITRUST LITIGATION          ) Judge: Hon. Beverly Reid O'Connell
                                  )
14                                )
                                  ) **DEFENDANTS NATIONAL**
15                                ) **FOOTBALL LEAGUE'S & NFL**
                                  ) **ENTERPRISES LLC'S NOTICE**
16                                ) **OF CHANGE IN DESIGNATION**
    THIS DOCUMENT RELATES TO:     ) **OF LEAD COUNSEL**
17  ALL ACTIONS                   )
                                  )
18                                )
                                  )
19                                )
                                  )
20

21

22

23

24

25

26

27

28

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DEFENDANTS NATIONAL FOOTBALL LEAGUE'S & NFL ENTERPRISES LLC'S NOTICE OF CHANGE IN DESIGNATION OF LEAD COUNSEL

Defendants National Football League and NFL Enterprises LLC ("NFL Defendants") respectfully move this Court, and hereby notify all counsel of record in the above-captioned action, that the designation of lead counsel for the NFL Defendants be modified as follows:

Beth A. Wilkinson of Wilkinson Walsh + Eskovitz PLLC, who has been admitted *pro hac vice* in the above-captioned action, shall be designated as "lead" counsel of record for the NFL Defendants for all purposes in this proceeding, including, without limitation, the Case Management Conference ordered pursuant to this Court's February 1, 2016 Order Setting Case Management Conference and Briefing Schedule.   Neema Trivedi Sahni, currently designated as lead counsel for the NFL Defendants, shall be designated as counsel for "notice" purposes only.  The NFL Defendants respectfully request the docket in the above-captioned action be modified to reflect this change.

DEFENDANTS NATIONAL FOOTBALL LEAGUE'S AND NFL ENTERPRISES LLC'S
NOTICE OF CHANGE IN DESIGNATION OF LEAD COUNSEL

DATED:  February 11, 2016

Respectfully submitted,

*/s/ Neema T. Sahni*

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067-3044
Telephone:  (424) 332-4800
Facsimile:   (424) 332-4782
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone:  (202) 662-6000
Facsimile:   (202) 662-6291
glevy@cov.com
dludwin@cov.com

Beth A. Wilkinson (admitted *pro hac vice*)
Jonathan D. Kelley (admitted *pro hac vice*)
**WILKINSON WALSH + ESKOVITZ PLLC**
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:   (202) 867-4005
bwilkinson@wilkinsonwalsh.com
jkelley@wilkinsonwalsh.com

*Attorneys for Defendants National Football League and NFL Enterprises LLC*

DEFENDANTS NATIONAL FOOTBALL LEAGUE'S AND NFL ENTERPRISES LLC'S
NOTICE OF CHANGE IN DESIGNATION OF LEAD COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2016, I electronically filed **DEFENDANTS NATIONAL FOOTBALL LEAGUE'S & NFL ENTERPRISES LLC'S NOTICE OF CHANGE IN DESIGNATION OF LEAD COUNSEL** with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the attorneys of record who are registered CM/ECF users.

Furthermore, the document was served on the parties, listed on the attached Service List, who are not ECF participants by U.S. First Class Mail.

DATED:  February 11, 2016                    Respectfully submitted,

                                         */s/ Neema T. Sahni*

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
2029 Century Park East, Suite 3100
Los Angeles, CA 90067-3044
Telephone:  (424) 332-4800
Facsimile:   (424) 332-4782
nsahni@cov.com

*Attorneys for Defendants National Football League and NFL Enterprises LLC*

DEFENDANTS NATIONAL FOOTBALL LEAGUE'S AND NFL ENTERPRISES LLC'S
NOTICE OF CHANGE IN DESIGNATION OF LEAD COUNSEL

## SERVICE LIST

Todd M. Friedman
Law Offices of Todd M. Friedman PC
324 S Beverly Drive, No. 725
Beverly Hills, CA 90212
877-206-4741
866-633-0228 (fax)
tfriedman@attorneysforconsumers.com

Seyed Abbas Kazerounian
Kazerouni Law Group APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
800-400-6808
800-520-5523 (fax)
ak@kazlg.com

Sara F. Khosroabadi
Hyde and Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
619-233-7770
619-297-1022 (fax)
sara@westcoastlitigation.com

Gouya Askari Ranekouhi
Kazerouni Law Group APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
800-400-6808
800-520-5523 (fax)
gouya@kazlg.com

Joshua B. Swigart
Hyde and Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
619-233-7770
619-297-1022 (fax)
josh@westcoastlitigation.com

*Counsel for Plaintiff Thomas
Abrahamian*
C.D. Cal., Case No. 2:15-cv-04606

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
Hausfeld LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
415-633-1908
415-358-4980 (fax)
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

Michael D. Hausfeld
Hausfeld LLP
1700 K Street NW, Suite 650
Washington, DC 20006
202-540-7200
202-540-7201 (fax)
mhausfeld@hausfeld.com

Irving Scher
Scott A. Martin
Hausfeld LLP
165 Broadway, Suite 2301
New York, NY 10006
646-357-1100
212-202-4322 (fax)
ischer@hausfeld.com
smartin@hausfeld.com

Lee Albert
Brian Murray
Glancy Prongay & Murray LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
212-682-5340
212-884-0988 (fax)
lalbert@glancylaw.com
bmurray@glancylaw.com

Lionel Zevi Glancy
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310-201-9150
310-432-1495 (fax)
lglancy@glancylaw.com

*Counsel for Plaintiff Ninth Inning Inc.
dba The Mucky Duck*
C.D. Cal., Case No. 2:15-cv-05261

Ramzi Abadou
Kahn Swick and Foti LLC
912 Cole Street, Suite 251
San Francisco, CA 94117
504-455-1400
504-455-1498 (fax)
ramzi.abadou@ksfcounsel.com

Melinda A. Nicholson
Kahn Swick and Foti LLC
206 Covington Street
Madisonville, LA 70447
504-455-1400
504-455-1498 (fax)
melinda.nicholson@ksfcounsel.com

*Counsel for Plaintiffs Rookies Sports
Cafe, L.L.C., Maple Street
Entertainment, L.L.C. dba Repp's
Uptilly Tavern, and Martinis of New
Orleans, Inc. dba Hurricanes Sports
Bar*
C.D. Cal., Case No. 2:15-cv-05813

Lionel Zevi Glancy
Glancy Prongay and Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310-201-9150
310-201-9160 (fax)
lglancy@glancylaw.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
Spector Roseman Kodroff & Willis,
P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
215-496-0300
215-496-6611 (fax)
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

Roman M. Silberfeld
David Martinez
Robins Kaplan LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
310-552-0130
310-229-5800 (fax)
RSilberfeld@RobinsKaplan.com
DMartinez@RobinsKaplan.com

Hollis Salzman
Kellie Lerner
Michelle C. Zolnoski
Robins Kaplan LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
212-980-7400
212-980-7499 (fax)
HSalzman@RobinsKaplan.com
KLerner@RobinsKaplan.com
MZolnoski@RobinsKaplan.com

John Radice
Kenneth Pickle
Radice Law Firm
34 Sunset Boulevard
Long Beach, NJ 08008
646-245-8502
609-385-0745 (fax)
jradice@radicelawfirm.com
kpickle@radicelawfirm.com

*Counsel for 1465 3rd Ave. Rest. Corp.
d/b/a Gael Pub*
C.D. Cal., No. 2:15-cv-06145

David P. McLafferty
Law Offices of David P. McLafferty &
Associates, P.C.
923 Fayette Street
Conshohocken, PA 19428
610-940-4000
610-940-4007 (fax)
dmclafferty@mclaffertylaw.com

*Counsel for Plaintiff Main Street
America, Ltd.*
C.D. Cal., Case No. 2:15-cv-06402

Caleb Marker
Hannah Belknap
Zimmerman Reed, LLP
555 E. Ocean Blvd., Suite 500
Long Beach, CA 90802
877-500-8780
caleb.marker@zimmreed.com
hannah.belknap@zimmreed.com

Brian C. Gudmundson
Wm. Dane DeKrey
Jason R. Lee
Zimmerman Reed, LLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
612-341-0400
jason.lee@zimmreed.com
brian.gudmundson@zimmreed.com
dane.dekrey@zimmreed.com

Arthur M. Murray
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA 70130
504-525-8100
amurray@murray-lawfirm.com

*Counsel for Plaintiffs Robert Gary*
*Lippincott, Jr.* and on behalf of all
others similarly situated
C.D. Cal., Case No. 2:15-cv-09996

Jayne Arnold
Goldstein Pomerantz LLP
600 Third Ave, 20th Floor
New York, NY 10016
212-661-1100
212-661-8665 (fax)
jagoldstein@pomlaw.com

Daniel Brett Rehns
Cohen Milstein Sellers & Toll P.L.L.C.
88 Pine Street 14th, Floor
New York, NY 10005
212-838-7797
212-838-7745 (fax)
drehns@cohenmilstein.com

Marc Ian Gross
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100
212-661-8665 (fax)
migross@pomlaw.com

*Counsel for Plaintiff Steven Dassa*
C.D. Cal., Case No. 2:15-cv-10002

Robert J. Larocca
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
215-238-1700
215-238-1968 (fax)
rlarocca@kohnswift.com

*Counsel for Plaintiff T-3 Restaurants,*
*Inc.*
C.D. Cal., Case No. 2:16-cv-00029

John E. Schmidtlein
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
202-434-5901
202-434-5029 (fax)
jschmidtlein@wm.com
*Counsel for Defendant Fox*
*Broadcasting Company*

Glenn D. Pomerantz
Steven M. Perry
Nathan M. Rehn
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Fl.
Los Angeles, CA 90071-1560
213-683-9100
213-687-3702 (fax)
Glenn.pomerantz@mto.com
Steven.perry@mto.com
Thane.rehn@mto.com

*Counsel for Defendant ESPN Inc.*

Jeffrey Benjamin Dubner
Cohen Milstein Sellers & Toll
1100 New York Ave., NW, Ste. 500
Washington, D.C. 20005
202-408-6400
202-408-4699(fax)
jdubner@cohenmilstein.com

Howard Langer
Edward Diver
Peter Leckman
Langer, Grogan & Diver, PC.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
215-320-5660
215-320-5703 (fax)
hlanger@langergrogan.com
ndiver@langergrogan.com
pleckman@langergrogan.com

*Attorneys for Trilogy Holding, LLC
d/b/a Bounce Sporting Club; New
Lounge 4324, LLC d/b/a Bounce
Sporting Club; Pedal Haus Brewery,
LLC; Whiskey Rocks Tempe, LLC d/b/a
Gringo Star Street Bar; and Jonathan
Frantz*
C.D. Cal., Case No. 2:15-cv-10000

Amanda Marjorie Steiner
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108
415-981-4800
415-981-4846 (fax)
as@girardgibbs.com

*Counsel for Plaintiff, D.J.'s Sports Bar,
Inc.*
S.D.N.Y., Case No. 1:15-cv-09050

Yehudah L. Buchweitz
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000
212-310-8007 (fax)
Yehudah.buchweitz@weil.com

*Counsel for Defendant CBS
Corporation*

Bryan Matthew
Thomas Amid
Bahadori and Thomas LLP
2 Park Plaza, Suite 450
Irvine, CA 92614
949-954-8164
949-954-8163 (fax)
bryanthomasjd@gmail.com
atb@bahadorilaw.com

Lesley E. Weaver
Block and Leviton LLP
520 Third Street, Suite 108
Oakland, CA 94607
415-968-8999
617-507-6020 (fax)
lweaver@blockesq.com

Roger A. Sachar, Jr.
Morgan and Morgan PC
28 West 44th Street, Suite 2001
New York, NY 10036
646-863-5704
212-564-1807 (fax)
rsachar@morgansecuritieslaw.com

Bryan Matthew
Bahadori and Thomas LLP
2 Park Plaza, Suite 450
Irvine, CA 92614
949-954-8164
949-954-8163 (fax)

*Counsel for Plaintiff The Infirmary LLC*
C.D. Cal., Case No. 2:15-cv-06729

Gregory E. Woodard
Larsen Woodard LLP
100 Bayview Circle, Suite 4500
Newport Beach, CA 92660
612-596-4097
612-339-0981 (fax)
gwoodard@larsenwoodard.com

Karen Hanson Riebel
Richard A. Lockridge
Heidi M. Silton
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
612-596-4097
612-339-0981 (fax)
khriebel@locklaw.com
ralockridge@locklaw.com
hmsilton@locklaw.com

Arthur J. Burke
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
212-450-4352
212-701-5352 (fax)
arthur.burke@davispolk.com

*Counsel for Defendant NBC Universal Media, LLC*

Caleb Marker
Christopher P. Ridout
Zimmerman Reed LLP
555 East Ocean Boulevard, Suite 500
Long Beach, CA 90802
877-500-8780
877-500-8781 (fax)
Caleb.Marker@zimmreed.com
Christopher.Ridout@zimmreed.com

Brian C. Gudmundson
Jason R. Lee
Zimmerman Reed PLLP
80 South Eighth Street
1100 IDS Center
Minneapolis, MN 55402
612-341-0400
612-341-0844 (fax)
brian.gudmundson@zimmreed.com
jason.lee@zimmreed.com

*Counsel for Plaintiff Jammers, Inc. d/b/a Flight's Restaurant / Flight's Beer Bar*
C.D. Cal., Case No. 2:15-cv-06959

Samuel M. Ward
Barrack Rodos and Bacine
600 West Broadway, Suite 900
San Diego, CA 92101
619-230-0800
619-230-1874 (fax)
sward@barrack.com

Jeffrey B. Gittleman
Barrack Rodos and Bacine
3200 Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
215-963-0600
215-963-0838 (fax)
jgittleman@barrack.com

Gary F. Lynch
Carlson Lynch Sweet & Kilpela
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
412-231-0246 (fax)
glynch@carlsonlynch.com

Jayne A. Goldstein
Pomerantz LLP
1792 Bell Tower Lane, Suite 203
Weston, Florida 33326
954-315-3454
954-315-3455 (fax)
jagoldstein@pomlaw.com

*Counsel for Plaintiff Pizza Pie & Wing Co. LLC*
C.D. Cal., Case No. 2:15-cv-06959

Lionel Zevi Glancy
Glancy Prongay and Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310-201-9150
310-432-1495 (fax)
lglancy@glancylaw.com

Christian A. Jenkins
James D. Ludwig
Minnillo and Jenkins Co LPA
2712 Observatory Avenue
Cincinnati, OH 45208
513-723-1600
513-723-1620 (fax)
cjenkins@minnillojenkins.com
jludwig@minnillojenkins.com

Jeffrey Scott Goldenberg
Goldenberg Schneider LPA
One West Fourth Street, 18th Floor
Cincinnati, OH 45202
513-345-8291
513-345-8294 (fax)
jgoldenberg@gs-legal.com

Jeffrey L. Spector
William G. Caldes
Spector Roseman Kodroff and Willis PC
1818 Market Street, Suite 2500
Philadelphia, PA 19103
215-496-0300
215-496-6611 (fax)
jspector@srkw-law.com
Bcaldes@srkw-law.com

Lionel Zevi Glancy
Glancy Prongay and Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310-201-9150
310-201-9160 (fax)
lglancy@glancylaw.com

Stephen R. Basser
Barrack Rodos and Bacine
600 West Broadway, Suite 900
San Diego, CA 92101
619-230-0800
619-230-1874 (fax)
sbasser@barrack.com

*Counsel for Plaintiff DNW Foods Inc.*
C.D. Cal., Case No. 2:15-cv-07095

Alexander M. Schack
Law Offices of Alexander M Schack
16870 W. Bernardo Ct., Ste. 400
San Diego, CA 92127
858-485-6535
858-485-0608 (fax)
alexschack@amslawoffice.com

Natasha Azadeh Naraghi
Law Offices of Alexander M Schack
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
858-485-6535
858-485-0608 (fax)
natashanaraghi@amslawoffice.com

*Counsel for Plaintiff Michael Holinko*
C.D. Cal., Case No. 2:15-cv-07665

David H. Weinstein
Weinstein Kitchenoff and Asher LLC
100 South Broad Street, Suite 705
Philadelphia, PA 19110
215-545-7200
215-545-6535 (fax)
weinstein@wka-law.com

*Counsel for Plaintiff NYN, Inc.*
C.D. Cal., Case No. 2:15-cv-08961

Lee Albert
Glancy Prongay and Murray LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
212-682-5340
212-884-0988 (fax)
lalbert@glancylaw.com

*Counsel for Plaintiffs Ambrose BD,
LLC, Ambrose BD 2, LLC, Keystone
University Square, LLC*
C.D. Cal., Case No. 2:15-cv-07556

Garrett D. Blanchfield, Jr.
Reinhardt Wendorf and Blanchfield
E1250 First National Bank Building
332 Minnesota Street
St Paul, MN 55101
651-287-2100
651-287-2103 (fax)
g.blanchfield@rwblawfirm.com

Lionel Zevi Glancy
Glancy Prongay and Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
310-201-9150
310-432-1495 (fax)
lglancy@glancylaw.com

Christopher L. Lebsock
Hausfeld LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
415-633-1949
415-693-0770 (fax)
clebsock@hausfeldllp.com

*Counsel for Plaintiff Village Pub, LLC*
C.D. Cal., Case No. 2:15-cv-08241

8

Rosemary M. Rivas
Finkelstein Thompson LLP
One California Street, Suite 900
San Francisco, CA 94111
415-398-8700
415-398-8701 (fax)
rrivas@finkelsteinthompson.com

*Counsel for Plaintiffs Duck Duck LLC,*
*Dude N Brah Inc., Longliners Café*
*LLC, All in HB LLC, First Class Perks*
*LLC, Crestview Helen Back LLC, Will*
*Call Sports LLC*
C.D. Cal., Case No. 2:15-cv-09366

Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
310-789-3100
310-789-3150 (fax)
mseltzer@susmangodfrey.com

William C. Carmody
Arun Subramanian
Seth D. Ard
Ian M. Gore
Susman Godfrey L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
212-336-8330
212-336-8340 (fax)
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
sard@susmangodfrey.com
igore@susmangodfrey.com

*Counsel for Plaintiffs 8812 Tavern*
*Corp., d/b/a Bench Sports Bar,*
*Christina Malerba and Nicholas*
*Racklin*
C.D. Cal., Case No. 2:15-cv-09529

Caleb Marker
Zimmerman Reed LLP
555 East Ocean Boulevard, Suite 500
Long Beach, CA 90802
877-500-8780
877-500-8781 (fax)
Caleb.Marker@zimmreed.com

Bryan L. Bleichner
Chestnut Cambronne PA
17 Washington Avenue North, Ste. 300
Minneapolis, MN 55401
612-339-7300
612-336-2940 (fax)

*Counsel for Plaintiff P.J. Hafiz Club*
*Management Inc.*
C.D. Cal., Case No. 2:15-cv-09175