Robert S. Kitchenoff
WEINSTEIN KITCHENOFF & ASHER LLC
100 South Broad Street, Suite 705
Philadelphia, PA  19110-1061
Telephone:     (215) 545-7200
Facsimile:     (215) 545-6535
kitchenoff@wka-law.com

*Counsel for Plaintiff and the [Proposed] Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) |
| THIS DOCUMENT RELATES TO:<br>NYN, INC D/B/A NEW YORK NICK'S,<br>v.<br>NATIONAL FOOTBALL LEAGUE, INC.; | Case No. 2:15-cv-08961-BRO (JEMx) |

CERTIFICATE OF SERVICE

I hereby certify that the forgoing Entry of Appearance was served upon all counsel of record via the Court's ECF system on this 15th day of February, 2016.

_____/s/ Robert S. Kitchenoff_____
Robert S. Kitchenoff
**WEINSTEIN KITCHENOFF & ASHER LLC**
100 South Broad Street, Suite 705
Philadelphia, PA 19110-1061
Telephone: (215) 545-7200
Fax: (215) 545-6535
kitchenoff@wka-law.com

*Counsel for Plaintiff NYN, Inc. and the [Proposed] Class*