Name and address:
Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

v.

Plaintiff(s)

Defendant(s).

CASE NUMBER

2:15-ml-02668-BRO (JEMx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE*

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Koffman, Richard A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-408-4600    202-408-4699
*Telephone Number*    *Fax Number*

rkoffman@cohenmilstein.com
*E-Mail Address*

of

Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Suite 500
Washington, DC 20005

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Trilogy Holding, LLC d/b/a Bounce Sporting Club, New Lounge 4324, LLC, Pedal Haus Brewery, LLC, Whiskey Rocks Tempe, LLC d/b/a Gringo Star Street Bar, and Jonathan Frantz

*Name(s) of Party(ies) Represented*

☒ Plaintiff    ☐ Defendant    ☐ Other: _____

and designating as Local Counsel

Seltzer, Marc M.
*Designee's Name (Last Name, First Name & Middle Initial)*

54534
*Designee's Cal. Bar Number*

310-789-3100
*Telephone Number*

310-789-3150
*Fax Number*

of

Susman Godfrey L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067

*Firm Name & Address*

mseltzer@susmangodfrey.com
*E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**