Name and address:
Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>v.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>2:15-ml-02668-BRO (JEMx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Koffman, Richard A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of  Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Suite 500
Washington, DC 20005

202-408-4600     202-408-4699
*Telephone Number*   *Fax Number*

rkoffman@cohenmilstein.com
*E-Mail Address*

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Trilogy Holding, LLC d/b/a Bounce Sporting Club, New Lounge 4324, LLC, Pedal Haus Brewery, LLC, Whiskey Rocks Tempe, LLC d/b/a Gringo Star Street Bar, and Jonathan Frantz

*Name(s) of Party(ies) Represented*   ☒ Plaintiff   ☐ Defendant   ☐ Other: _____

and designating as Local Counsel

Seltzer, Marc M.
*Designee's Name (Last Name, First Name & Middle Initial)*

of  Susman Godfrey L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067

54534
*Designee's Cal. Bar Number*

310-789-3100
*Telephone Number*

310-789-3150
*Fax Number*

*Firm Name & Address*

mseltzer@susmangodfrey.com
*E-Mail Address*

hereby ORDERS the Application be:

☒ GRANTED.

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

Dated  February 19, 2016

[signature]

U.S. District Judge

G-64 ORDER (06/13)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1