Roman M. Silberfeld, Bar No. 62783
RSilberfeld@RobinsKaplan.com
David Martinez, Bar No. 193183
DMartinez@RobinsKaplan.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Fax: (310) 229-5800

*Attorneys for Plaintiff 1465 3rd Ave. Rest. Corp.
d/b/a Gael Pub*

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone:  (310) 789-3100
Fax:  (310) 789-3150

*Attorneys for Plaintiffs 8812 Tavern Corp., d/b/a
Bench Sports Bar, Christina Malerba and Nicholas
Racklin*

(Additional Counsel for Plaintiffs Listed on
Signature Page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>**PLAINTIFFS' JOINT NOTICE OF MOTION AND MOTION TO CONSOLIDATE ACTIONS**<br><br>Hon. Beverly Reid O'Connell |
| THIS DOCUMENT RELATES TO ALL ACTIONS | DATE: March 29, 2016<br>TIME:  9:00 a.m.<br>LOCATION: Courtroom 14 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on March 29, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Beverly Reid O'Connell, United States District Judge, at the United States Courthouse, located at 312 North Spring Street, Los Angeles, California 90012, plaintiffs[1] in the above-captioned Multidistrict Litigation ("MDL") will, and hereby do, move this Court pursuant to Fed. R. Civ. P. 42(a), for an Order consolidating for pretrial purposes the 26 actions currently pending in this MDL, as listed in Exhibit A of the accompanying Memorandum of Points and Authorities, as well as any tag along actions later transferred to this Court by the Judicial Panel on Multidistrict Litigation and any related actions later filed in or removed to this Court.

This motion is brought pursuant to the Court's February 1, 2016 Order Setting Case Management Conference and Briefing Schedule (ECF No. 27), filed on February 1, 2016, and on the grounds that consolidation is necessary to facilitate the efficient and orderly prosecution of this litigation and to authorize the Plaintiffs' Administrative/Management Committee ("PAC"), once appointed, to file a consolidated complaint or complaints necessary to carry out their Court-appointed duties.

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, all of the pleadings and papers on file in the above-captioned litigation, and such other written or oral arguments as may be presented to the Court at or before the hearing.

Pursuant to Local Rule 7-3, this motion is made following the email correspondence and telephonic conference of counsel, which took place on February 22, 2016 and February 24, 2016, respectively.

---

[1] The plaintiffs in the *Lippincott* case listed on Exhibit A do not currently join this motion. The *Lippincott* plaintiffs intend to move forward with their motion to remand to state court at an appropriate time pursuant to the Case Management Order. To the extent that motion may be denied, however, the *Lippincott* plaintiffs do not oppose consolidation pursuant to the proposed order.

WHEREFORE, plaintiffs respectfully request that the Court enter an Order:

i.      Consolidating for pretrial purposes under the above-captioned Master File the 26 actions currently pending in this MDL, as listed in Exhibit A to the accompanying Memorandum of Points and Authorities;

ii.     Consolidating for pretrial purposes under the above-captioned Master File all tag along actions later transferred to this Court by the Judicial Panel on Multidistrict Litigation and all related actions later filed in or removed to this Court; and

iii.    Authorizing the PAC, once appointed, to determine the precise number and structure of the consolidated class actions complaint or complaints to be filed in this Multidistrict Litigation and determining the form and content of any consolidated complaint or complaints.

Respectfully submitted,

Dated:  February 29, 2016            By:  */s/ David Martinez*
                                     David Martinez, Bar No. 193183
                                     Roman M. Silberfeld, Bar No. 62783
                                     ROBINS KAPLAN LLP
                                     2049 Century Park East, Suite 3400
                                     Los Angeles, CA 90067
                                     Telephone: (310) 552-0130
                                     Fax: (310) 229-5800
                                     RSilberfeld@RobinsKaplan.com
                                     DMartinez@RobinsKaplan.com

                                     Hollis Salzman
                                     Kellie Lerner
                                     ROBINS KAPLAN LLP
                                     601 Lexington Avenue
                                     Suite 3400
                                     New York, NY 10022
                                     Telephone: (212) 980-7400

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Fax: (212) 980-7499
HSalzman@RobinsKaplan.com
KLerner@RobinsKaplan.com
*Counsel for Plaintiff 1465 3rd Ave. Rest.
Corp. d/b/a Gael Pub*


By: */s/ Marc M. Seltzer*
Marc M. Seltzer, Bar No. 54534
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

William C. Carmody
Arun Subramanian
Seth D. Ard
Ian M. Gore
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone: (212) 336-8330
Fax: (212) 336-8340
igore@susmangodfrey.com
sard@susmangodfrey.com
asubramanian@susmangodfrey.com
bcarmody@susmangodfrey.com
*Counsel for Plaintiffs 8812 Tavern
Corp., d/b/a Bench Sports Bar, Christina
Malerba, and Nicholas Racklin*

John Radice
Kenneth Pickle
RADICE LAW FIRM
34 Sunset Boulevard
Long Beach, NJ 08008
Telephone: (646) 245-8502

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fax: (609) 385-0745
JRadice@radicelawfirm.com
KPickle@radicelawfirm.com
*Counsel for 1465 3rd Ave. Rest. Corp. d/b/a*
*Gael Pub*

Abbas Kazerounian, Bar No. 249203
Gouya Ranekouhi, Bar No.  288267
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Fax: (800) 520-5523
ak@kazlg.com
gouya@kazlg.com

Joshua B. Swigart, Esq., Bar No. 225557
Sara Khosroabadi, Esq., Bar No. 299642
HYDE & SWIGART
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Fax: (619) 297-1022
josh@westcoastlitigation.com
sara@westcoastlitigation.com

Todd M. Friedman, Bar No. 216752
LAW OFFICES OF TODD M. FRIEDMAN,
P.C
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com

Thomas A. Zimmerman, Jr.
Matthew C. De Re
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, IL 60602
Telephone: (312) 440-0020

5

Fax: (312) 440-4180
tom@attorneyzim.com

Adam M. Tamburelli
Eliot F. Krieger
Charles T. Spagnola
SULLIVAN, KRIEGER, TRUONG,
SPAGNOLA & KLAUSNER, LLP
444 W. Ocean Blvd., Suite 1700
Long Beach, CA 90802
Telephone: (562) 597-7070
Fax: (562) 597-7772
atamburelli@sullivankrieger.com
ekrieger@sullivankrieger.com
cspagnola@sullivankrieger.com
*Counsel for Thomas Abrahamian and Mario Aliano*

Gregory E. Woodard
Shawn M Larsen
LARSEN WOODWARD LLP
100 Bayview Circle, Suite 4500
Newport Beach, CA 92660
Telephone: 949-769-6602
Fax: 949-769-6603
gwoodard@larsenwoodard.com
slarsen@larsenwoodard.com

Karen Hanson Riebel
Richard A. Lockridge
Heidi M. Silton
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, Minnesota 55401-2159
Telephone:  (612) 339-6900
Fax:  (612) 339-0981
khriebel@locklaw.com
ralockridge@locklaw.com
hmsilton@locklaw.com

1   Gary F. Lynch
2   CARLSON LYNCH SWEET AND
    KILPELA
3   1133 Penn Avenue
4   5th Floor
    Pittsburgh, PA 15222
5   Telephone: 412-322-9243
6   Fax: 412-231-0246
    glynch@carlsonlynch.com
7   *Counsel for Pizza Pie & Wing Co. LLC*

8
    Michael D. Hausfeld
9   HAUSFELD LLP
10  1700 K Street NW, Suite 650
    Washington, DC 20006
11  Telephone: (202) 540-7200
12  Fax: (202)540-7201
    mhausfeld@hausfeld.com
13
14  Irving Scher
    Scott A. Martin
15  HAUSFELD LLP
16  33 Whitehall Street
    14th Floor
17  New York, NY 10004
18  Telephone: (646) 357-1100
    Fax: (212) 202-4322
19  ischer@hausfeld.com
20  smartin@hausfeld.com

21  Lee Albert
22  Brian Murray
    GLANCY PONGRAY & MURRAY LLP
23  122 East 42nd Street, Suite 2920
24  New York, NY 10168
    Telephone: (212) 682-5340
25  Fax: (212) 884-0988
26  lalbert@glancylaw.com
    bmurray@glancylaw.com
27
28  Michael P. Lehmann, Bar No. 77152

7

Bonny E. Sweeney, Bar No. 176174
Christopher L. Lebsock, Bar No. 184546
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

Lionel Z. Glancy
GLANCY PONGRAY & MURRAY
LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fax: (310) 432-1495
lglancy@glancylaw.com
*Counsel for Plaintiff Ninth Inning Inc.
d/b/a The Mucky Duck*

Ramzi Abadou, Bar No. 222567
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (504) 455-1400
Fax: (504) 455-1498
ramzi.abadou@ksfcounsel.com

Melinda A. Nicholson
KAHN SWICK & FOTI, LLC
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Fax: (504) 455-1498
melinda.nicholson@ksfcounsel.com
*Counsel for Plaintiffs Rookies Sports Cafe,
L.L.C., Maple Street Entertainment, L.L.C.
d/b/a Repp's Uptilly Tavern, and Martinis of*

8

1  *New Orleans, Inc. d/b/a Hurricanes Sports*

2  *Bar*

3  Lionel Z. Glancy, Bar No. 134180

4  GLANCY PRONGAY & MURRAY LLP

1925 Century Park East, Suite 2100

5  Los Angeles, CA 90067

6  Telephone: (310) 201-9150

Fax: (310) 201-9160

7  lglancy@glancylaw.com

8

9  Lee Albert

Brian Murray

10  GLANCY PRONGAY & MURRAY LLP

122 East 42nd Street, Suite 2920

11  New York, NY 10168

12  Telephone: (212) 682-5340

Fax: (212) 884-0988

13  lalbert@glancylaw.com

14  bmurray@glancylaw.com

15  Eugene A. Spector

16  William G. Caldes

Jonathan M. Jagher

17  Jeffrey L. Spector

18  SPECTOR ROSEMAN KODROFF

& WILLIS, P.C.

19  1818 Market Street, Suite 2500

20  Philadelphia, PA 19103

Telephone: (215) 496-0300

21  Fax: (215) 496-6611

22  espector@srkw-law.com

bcaldes@srkw-law.com

23  jjagher@srkw-law.com

24  jspector@srkw-law.com

25

David P. McLafferty

26  LAW OFFICES OF DAVID P.

MCLAFFERTY & ASSOCIATES, P.C.

27  923 Fayette Street

28  Conshohocken, PA 19428

Telephone: (610) 940-4000
Fax: (610) 940-4007
dmclafferty@mclaffertylaw.com
*Counsel for Plaintiff Main Street America*
*Limited T/A The Great American Pub*

Bryan M. Thomas, Bar No. 238409
BAHADORI & THOMAS, LLP
2 Park Plaza, Suite 450
Irvine, CA 92614
Oakland, CA 94607
Telephone: (949) 954-8164
Fax: (949) 954-8163
bmt@bahadorilaw.com

Peter Safirstein
Roger A. Sachar Jr.
MORGAN & MORGAN PC
28 West 44th Street
Suite 2001
New York, NY 10036
Telephone: (212) 564-1637
Fax: (212) 564-1656
PSafirstein@MorganSecuritiesLaw.com
RSachar@MorganSecuritiesLaw.com

Lesley E. Weaver, Bar No. 191305
BLOCK & LEVITON LLP
520 3rd Street, Suite 108
Oakland, CA 94607
Telephone: (415) 968-8999
Fax: (617) 507-6020
lweaver@blockesq.com
*Counsel for Plaintiffs the Infirmary, LLC*
*And Davenport's Family Restaurant, Inc.*

Caleb Marker, Bar No. 269721
Christopher P. Ridout
ZIMMERMAN REED, LLP
555 E. Ocean Blvd., Suite 500
Long Beach, CA 90802

Telephone: (877) 500-8780
Fax: (877) 500-8781
caleb.marker@zimmreed.com
Christopher.Ridout@zimmreed.com

Brian C. Gudmundson
Jason R. Lee
ZIMMERMAN REED, LLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Fax: (612) 341-0844
brian.gudmundson@zimmreed.com
Jason.lee@zimmreed.com

Hart L. Robinovitch
ZIMMERMAN REED, LLP
14646 North Kierland Boulevard Suite 145
Scottsdale, AZ 85254
Telephone: (480)-348-6400
Fax: (480)-648-6415
hart.robinovitch@zimmreed.com

Arthur M. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 525-8100
Fax: (504) 584-5249
amurray@murray-lawfirm.com
*Counsel for Plaintiff Jammers, Inc.*
*d/b/a Flight's Restaurant / Flight's Beer*
*Bar*

Stephen R. Basser, Bar No. 121590
Samuel M. Ward, Bar No. 216562
BARRACK, RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230–0800

Fax: (619) 230–1874
sbasser@barrack.com
sward@barrack.com

Gerald J. Rodos
Jeffrey B. Gittleman
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963–0600
Fax: (215) 963–0838
grodos@barrack.com
jgittleman@barrack.com
*Counsel for DNW Foods Inc. and the
Proposed Class*

Lionel Z. Glancy, Bar No. 134180
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fax: (310) 432-1495
lglancy@glancylaw.com

David P. McLafferty
LAW OFFICES OF DAVID P.
MCLAFFERTY & ASSOCIATES, P.C.
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 940-4000
Fax: (610) 940-4007
dmclafferty@mclaffertylaw.com

Lee Albert
Brian Murray
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Fax: (212) 884-0988

1   lablert@glancylaw.com
2   bmurray@glancylaw.com

3   Eugene A. Spector
4   William G. Caldes
    Jonathan M. Jagher
5   Jeffrey L. Spector
6   SPECTOR ROSEMAN KODROFF
    & WILLIS, P.C.
7   1818 Market Street, Suite 2500
8   Philadelphia, PA 19103
    Telephone: (215) 496-0300
9   Fax: (215) 496-6611
10  espector@srkw-law.com
    bcaldes@srkw-law.com
11  jjagher@srkw-law.com
12  jspector@srkw-law.com

13  Jeffrey S. Goldenberg
14  GOLDENBERG SCHNEIDER, LPA
    One West 4th Street, 18th Floor
15  Cincinnati, Ohio 45202
16  Telephone: (513) 345-8291
    Fax: (513) 345-8294
17  jgoldenberg@gs-legal.com

18
19  Christian A. Jenkins
    James D. Ludwig
20  MINNILLO & JENKINS, CO., LPA
21  2712 Observatory Avenue
    Cincinnati, Ohio 45208
22  Telephone: (513) 723-1600
    Fax: (513) 723-1620
23  cjenkins@minnillojenkins.com
24  jludwig@minnillojenkins.com
    *Counsel for Plaintiffs Ambrose BD, LLC,*
25  *Ambrose BD 2, LLC, and Keystone*
26  *University Square, LLC*

27  Alexander M. Schack, Esq., Bar No. 99126
28  Natasha Naraghi, Esq., Bar No. 284711

LAW OFFICES OF ALEXANDER
M.SCHACK
16870 West Bernardo Drive, Suite 400
San Diego, California 92127
Telephone: (858) 485-6535
Fax: (858) 485-0608
alexschack@amslawoffice.com
natashanaraghi@amslawoffice.com
*Counsel for Plaintiff Michael Holinko*

Christopher L. Lebsock, Bar No. 184546
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
Fax: 415-358-4980
clebsock@hausfeld.com

Mark A. Wendorf, Bar No. 173484
Garrett D. Blanchfield, Bar No. 209855
Roberta A. Yard, Bar No. 322295
REINHARDT, WENDORF &
BLANCHFIELD
E 1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 287-2100
Fax: (651) 287-2103
m.wendorf@rwblawfirm.com
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

Lionel Z. Glancy
GLANCY PONGRAY & MURRAY
LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fax: (310) 432-1495
lglancy@glancylaw.com
*Counsel for Plaintiff Village Pub, LLC*

14

1

2    David H. Weinstein, Bar No. 43167
Robert S. Kitchenoff

3    WEINSTEIN KITCHENOFF & ASHER

4    LLC
100 South Broad Street, Suite 705

5    Philadelphia, PA 19110-1061

6    Telephone: (215) 545-7200
Fax: (215) 545-6535

7    weinstein@wka-law.com

8    kitchenoff@wka-law.com

9    M. Stephen Dampier

10    THE DAMPIER LAW FIRM P.C.
55 N. Section Street

11    P.O. Box 161 (36533)

12    Fairhope, AL 36532
Telephone: (251) 929-0900

13    Fax: (251) 929-0800

14    stevedampier@dampierlaw.com
*Counsel for Plaintiff NYN, Inc. d/b/a/ New*

15    *York Nick's*

16

17    Caleb Marker, Bar No. 269721
ZIMMERMAN REED, LLP

18    555 E. Ocean Blvd., Suite 500

19    Long Beach, CA 90802
Telephone: (877) 500-8780

20    Fax: (877) 500-8781
caleb.marker@zimmreed.com

21

22    Brian C. Gudmundson
Jason R. Lee

23    ZIMMERMAN REED, LLP

24    1100 IDS Center
80 South 8th Street

25    Minneapolis, MN 55402

26    Telephone: (612) 341-0400
Fax: (612) 341-0844

27    brian.gudmundson@zimmreed.com

28    jason.lee@zimmreed.com

1

2   Hart L. Robinovitch

3   ZIMMERMAN REED, LLP
    14646 North Kierland Boulevard Suite 145

4   Scottsdale, AZ 85254

5   Telephone: (480)-348-6400
    Fax: (480)-648-6415

6   hart.robinovitch@zimmreed.com

7   Bryan L. Bleichner

8   Francis J. Rondoni
    Jeffrey D. Bores

9   CHESTNUT CAMBRONNE PA

10  17 Washington Avenue North, Suite 300
    Minneapolis, MN 55401

11  Telephone: (612) 339-7300

12  Fax: (612) 336-2940
    bbleichner@chestnutcambronne.com

13  frondoni@chestnutcambronne.com

14  jbores@chestnutcambronne.com
    *Counsel for Plaintiff P.J. Hafiz Club*

15  *Management, Inc. d/b/a Sneaky Pete's*

16

17  Caleb Marker, Bar No. 269721
    ZIMMERMAN REED, LLP

18  555 E. Ocean Blvd., Suite 500

19  Long Beach, CA 90802
    Telephone: (877) 500-8780

20  Fax: (877) 500-8781

21  caleb.marker@zimmreed.com

22  Brian C. Gudmundson

23  Jason R. Lee
    ZIMMERMAN REED, LLP

24  1100 IDS Center

25  80 South 8th Street
    Minneapolis, MN 55402

26  Telephone: (612) 341-0400
    Fax: (612) 341-0844

27  brian.gudmundson@zimmreed.com

28  jason.lee@zimmreed.com

16

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hart L. Robinovitch
ZIMMERMAN REED, LLP
14646 North Kierland Boulevard Suite 145
Scottsdale, AZ 85254
Telephone: (480)-348-6400
Fax: (480)-648-6415
hart.robinovitch@zimmreed.com

Mark S. Goldman
Paul J. Scarlato
Brian D. Penny
GOLDMAN SCARLATO & PENNY, P.C.
Eight Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA 19428
Telephone: (484)342-0700
goldman@lawgsp.com
scarlato@lawgsp.com
penny@lawgsp.com

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
3 Terry Drive, Suite 205
Newtown, PA 18940
Telephone: (215) 867-2200
Fax: (267) 685-0676
medelson@edelson-law.com
*Counsel for Plaintiff Two Pauls, Inc.*

Rosemary M. Rivas, Bar No. 209147
FINKELSTEIN THOMPSON LLP
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 398-8700
Fax: (415) 398-8704
rrivas@finkelsteinthompson.com

Tracy D. Rezvani
Richard M. Volin
REZVANI VOLIN, P.C.

1050 Connecticut Ave, N.W.,
Suite 500
Washington, D.C. 20036
Telephone: (202) 350-4270
Fax: (202) 351-0544
trezvani@rezvanivolin.com
rvolin@rezvanivolin.com

M. Stephen Dampier
THE DAMPIER LAW FIRM P.C.
55 N. Section Street
P.O. Box 161 (36533)
Fairhope, AL 36532
Telephone: (251) 929-0900
Fax: (251) 929-0800
stevedampier@dampierlaw.com
*Counsel for Plaintiff Duck Duck LLC, Dude-N Brah, Inc., Longliners Cafe, LLC., All In H.B., LLC, First Class Perks, LLC, Helen Back Again Crestview LLC, and Will Call Sports, LLC*

Caleb Marker, Bar No. 269721
ZIMMERMAN REED, LLP
555 E. Ocean Blvd., Suite 500
Long Beach, CA 90802
Telephone: (877) 500-8780
Fax: (877) 500-8781
caleb.marker@zimmreed.com

Brian C. Gudmundson
Jason R. Lee
ZIMMERMAN REED, LLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Fax: (612) 341-0844
brian.gudmundson@zimmreed.com
Jason.lee@zimmreed.com

Hart L. Robinovitch

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ZIMMERMAN REED, LLP
14646 North Kierland Boulevard Suite 145
Scottsdale, AZ 85254
Telephone: (480)-348-6400
Fax: (480)-648-6415
hart.robinovitch@zimmreed.com

Renae D. Steiner
Vincent J. Esades
James W. Anderson
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Fax: (612) 338-4692
rsteiner@heinsmills.com
vesades@heinsmills.com
janderson@heinsmills.com

Patrick R. Burns
BURNS LAW FIRM PLLC
1624 Harmon Place, Suite 300
Minneapolis, MN 55403
Telephone: (612) 877-6400
patrick@burns-law.mn
*Counsel for Plaintiffs JS Entertainment, Inc.,
MJ Ventures, Inc., Our Ventures Inc., SD
Billy Frogs, Inc. and Triple J Entertainment,
Inc.*

Daniel C. Girard
Dena C. Sharp
Scott Grzenczyk
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Fax: (415) 981-4846
dcg@girardgibbs.com
chc@girardgibbs.com
smg@girardgibbs.com

1

2

Amanda M. Steiner

3

GIRARD GIBBS LLP
711 Third Ave., 20th Floor

4

New York, NY 10017

5

Telephone: (212) 867-1721
Fax: (212) 867-1767

6

as@girardgibbs.com

7

8

Ryan F. Stephan
James B. Zouras

9

STEPHAN ZOURAS, LLP
205 North Michigan Avenue, Suite 2560

10

Chicago, IL 60601

11

Telephone: (312) 233-1550
Fax: (312) 233-1560

12

RStephan@stephanzouras.com

13

JZouras@stephanzouras.com
*Counsel for Plaintiffs D.J.'s Sports Bar, Inc.*

14

15

Richard A. Koffman
Jeffrey B. Dubner

16

COHEN MILSTEIN SELLERS & TOLL
PLLC

17

1100 New York Ave. NW

18

Suite 500
Washington, DC 20005

19

Telephone: (202) 408-4600

20

Fax: (202) 408-4699
rkoffman@cohenmilstein.com

21

jdubner@cohenmilstein.com

22

23

Daniel B. Rehns
COHEN MILSTEIN SELLERS & TOLL

24

PLLC
88 Pine Street, 14th Floor

25

New York, NY 10005

26

Telephone: (212) 838-7797
Fax: (212) 838-7745

27

drehns@cohenmilstein.com

28

Howard Langer
Edward Diver
Peter Leckman, Bar No. 235721
LANGER, GROGAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Telephone: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com
ndiver@langergrogan.com
pleckman@langergrogan.com
*Counsel for Plaintiffs Trilogy Holding, LLC,*
*d/b/a Bounce Sporting Club, New Lounge*
*4324, LLC, d/b/a Bounce Sporting Club,*
*Pedal Haus Brewery, LLC, Whiskey Rocks*
*Tempe, LLC d/b/a Gringo Star Street Bar,*
*and Jonathan Frantz*

Marc I. Gross
Jeremy A. Lieberman
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Fax: 212-661-8665
migross@pomlaw.com
jalieberman@pomlaw.con

Jayne A. Goldstein
POMERANTZ LLP
1792 Bell Tower Lane
Suite 203
Weston, FL 33326
Telephone: (561) 270-0795
Fax: (954) 315-3455
jagoldstein@pomlaw.com
*Counsel for Plaintiff Steven Dassa*

Robert J. LaRocca
Craig W. Hillwig
KOHN, SWIFT & GRAF, P.C.

21

One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Fax: (215) 238-1968
rlarocca@kohnswift.com
chillwig@kohnswift.com

Michael J. Boni
Joshua D. Snyder
John E. Sindoni
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: (610) 822-0200
Fax: (610) 822-0206
mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com
*Counsel for Plaintiff T-3 Restaurants, Inc.*

Betsy C. Manifold, Bar No. 182450
Rachelle R, Rickert, Bar No. 190634
Marisa C. Livesay, Bar No. 223247
Brittany N. DeJong, Bar No. 258766
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Fax: (619) 234-4599
manifold@whafh.com
rickert@whafh.com
livesay@whafh.com
dejong@whafh.com

Fred Taylor Isquith
Thomas H. Burt
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016

Telephone: 212/545-4600
Fax: 212/545-4653
isquith@whafh.com
burt@whafh.com

Theodore B. Bell
Carl Malmstrom
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
One South Dearborn St., Suite 2122
Chicago, IL 60603
Telephone: 312/984-0000
Fax: 312/212-4401
tbell@whafh.com
malmstrom@whafh.com
*Counsel for Plaintiffs Jon2 LLC and Adam Matschullat*

Mike Arias, Bar No. 115385
Alfredo Torrijos, Bar No. 222458
Arnold C. Wang, Bar No. 204431
ARIAS SANGUINETTI STAHLE &
TORRIJOS, LLP
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (310) 844-9696
Fax: (310) 861-0168
mike@asstlawyers.com
alfredo@asstlawyers.com
arnold@asstlawyers.com

Daniel R. Karon
Beau D. Hollowell
KARON LLC
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Telephone: (216) 622-1851
Fax: (216) 241-8175
dkaron@karonllc.com
bhollowell@karonllc.com
*Counsel for Plaintiff Seifert Holdings, Inc.*

*(d/b/a Third Base)*

Daniel J. Mogin, Bar No. 95624
Jodie M. Williams, Bar No. 247848
Jin Young Choi, Bar No. 306763
THE MOGIN LAW FIRM, P.C.
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginlaw.com
jwilliams@moginlaw.com
pchoi@moginlaw.com

David W. Kesselman, Bar No. 203838
Amy T. Brantly, Bar No. 210893
Trevor V. Stockinger, Bar No. 226359
KESSELMAN BRANTLY STOCKINGER LLP
1230 Rosecrans Ave., Suite 690
Manhattan Beach, CA 90266
Telephone: (310) 307-4555
Fax: (310) 307-4570
dkesselman@kbslaw.com
abrantly@kbslaw.com
tstockinger@kbslaw.com
*Counsel for Plaintiff Sir Waldon, Inc. d/b/a Oggi's Pizza*

24