# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT MOTION TO CONSOLIDATE ACTIONS** <br><br> Hon. Beverly Reid O'Connell |
| THIS DOCUMENT RELATES TO ALL ACTIONS | DATE: March 29, 2016 <br> TIME:  9:00 a.m. <br> LOCATION: Courtroom 14 |

Plaintiffs' Joint Motion to Consolidate Actions was filed on February 29, 2016. Based on the motion and the record in these proceedings, and the arguments and submissions of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

    i.    Plaintiffs' Joint Motion to Consolidate Actions is GRANTED;

    ii.    The 26 actions currently pending in the above-captioned Multidistrict Litigation, as set forth in Exhibit A attached hereto, are hereby consolidated for pretrial purposes under the above-captioned Master File;

    iii.    Any tag along actions later transferred to this Court by the Judicial Panel on Multidistrict Litigation and any related actions later filed in or removed to

this Court shall be consolidated for pretrial purposes under the above-captioned Master File;

    iv.    Within 10 days after service of this ORDER, any party to a newly-filed, removed or transferred action that is subject to this ORDER, may object to the application of this ORDER, by filing an application for relief with the Court;

    v.    Plaintiffs' Administrative/Management Committee once appointed, shall be responsible for filing a consolidated class action complaint or complaints in this Multidistrict Litigation and determining the form and content of any consolidated complaint or complaints.

IT IS SO ORDERED.

Dated: _____

_____
Beverly Reid O'Connell
UNITED STATES DISTRICT JUDGE

# Exhibit A

The following actions currently pending before the Court shall be consolidated for pretrial purposes in accordance with the Court's Order Granting Plaintiffs' Joint Motion to Consolidate:

*Abrahamian v. Nat'l Football League, Inc. et al.*, Case No. 2:15-cv-04606-BRO (JEMx);

*Ninth Inning, Inc. v. Nat'l Football League, Inc. et al.*, Case No. 2:15-cv-05261-BRO (JEMx);

*Rookies Sports Café, LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-05813-BRO (JEMx);

*1465 3rd Ave. Rest. Corp. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-06145-BRO (JEMx);

*Main Street America Ltd. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-06402-BRO (JEMx);

*The Infirmary LLC v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-06729-BRO (JEMx);

*Jammers, Inc. d/b/a Flight Restaurants/Flights Beer Bar v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-06959-BRO (JEMx);

*DNW Foods, Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-07095-BRO (JEMx);

*Pizza Pie & Wing Co. LLC v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-07305-BRO (JEMx);

*Ambrose BD, LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-07556-BRO (JEMx);

*Holinko v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-07665-BRO (JEMx);

*Village Pub, LLC v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-08241-BRO (JEMx);

- *NYN, Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-08961-BRO (JEMx);
- *P.J. Hafiz Club Management, Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-09175-BRO (JEMx);
- *Two Pauls, Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-09180-BRO (JEMx);
- *Duck Duck LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-09366-BRO (JEMx);
- *8812 Tavern Corp., d/b/a Bench Sports Bar, et al. v. Nat'l Football League, Inc., et al.*, Case No. 15-cv-09529-BRO (JEMx);
- *Jon2 LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-09655-BRO (JEMx);
- *JS Entertainment, Inc., et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-09794-BRO (JEMx);
- *Lippincott v. DirecTV, Inc. et al.*, Case No. 15-cv-09996 BRO (JEMx);
- *D.J.'s Sports Bar, Inc. v. DirecTV Holdings LLC, et al.*, 15-cv-09998-BRO (JEMx);
- *Trilogy Holding, LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 15-cv-10000-BRO (JEMx);
- *Dassa v. Nat'l Football League, Inc., et al.*, Case No. 1:15-cv-10002-BRO (JEMx);
- *T-3 Restaurants, Inc. v. NFL Enterprises LLC, et al.*, Case No. 2:16-cv-00029-BRO (JEMx);
- *Seifert Holdings, Inc., et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-09944-BRO (JEMx); and
- *Sir Waldon Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:16-cv-01025-BRO (JEMx).