Roman M. Silberfeld, Bar No. 62783
RSilberfeld@RobinsKaplan.com
David Martinez, Bar No. 193183
DMartinez@RobinsKaplan.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Fax: (310) 229-5800

*Attorneys for Plaintiff 1465 3rd Ave. Rest. Corp.
d/b/a Gael Pub*

Marc M. Seltzer, Bar No. 54534
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone:  (310) 789-3100
Fax:  (310) 789-3150

*Attorneys for Plaintiffs 8812 Tavern Corp., d/b/a
Bench Sports Bar, Christina Malerba and Nicholas
Racklin*

(Additional Counsel for Plaintiffs Listed on
Signature Page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT PLAINTIFFS' JOINT MOTION TO CONSOLIDATE ACTIONS**<br><br>Hon. Beverly Reid O'Connell |
| THIS DOCUMENT RELATES TO ALL ACTIONS | DATE: March 29, 2016<br>TIME:  9:00 a.m.<br>LOCATION: Courtroom 14 |

1    In accordance with the Court's Order Setting Case Management Conference
2 and Briefing Schedule (the "Case Management Order") (ECF No. 27), filed on
3 February 1, 2016, plaintiffs[1] in each of the pending actions (the "Pending Actions)
4 in the above-captioned Multidistrict Litigation (the "MDL") respectfully request
5 that the Court consolidate the Pending Actions, any tag along actions later
6 transferred to this Court by the Judicial Panel on Multidistrict Litigation
7 ("J.P.M.L."), and any related actions later filed in this district or transferred to this
8 district for coordinated pretrial proceedings pursuant to Fed. R. Civ. P. 42(a).[2]

9  **I.   INTRODUCTION**

10    Presently pending before the Court are 26 related class actions against
11 defendants DirecTV, LLC, DirecTV Holdings LLC (together, "DirecTV"),
12 National Football League, Inc. and NFL Enterprises LLC (together, the "NFL"),
13 and in select cases, additional defendants[3] (collectively, the "Defendants"), alleging
14 that the Defendants have violated federal antitrust laws by entering into
15 anticompetitive agreements regarding the right to broadcast live NFL games.  In
16 particular, Defendants' alleged anticompetitive conduct has resulted in granting

---

[1] The plaintiffs in the *Lippincott* case listed on Exhibit A do not currently join this motion.  The *Lippincott* plaintiffs intend to move forward with their motion to remand to state court at an appropriate time pursuant to the Case Management Order.  To the extent that motion may be denied, however, the *Lippincott* plaintiffs do not oppose consolidation pursuant to the proposed order.

[2] A list of the Pending Actions is set forth in Exhibit A.

[3] Two Pending Actions name other DirecTV entities as defendants. *See Abrahamian v. Nat'l Football League, Inc. et al.*, Case No. 2:15-cv-04606-BRO (JEMx) (DirecTV Sports Networks LLC); *Sir Waldon Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:16-cv-01025-BRO (JEMx) (DirecTV Group Holdings LLC). Three Pending Actions name as defendants CBS Corporation, Fox Broadcasting Company, NBCUniversal Media, LLC, ESPN Inc., and 32 NFL professional football teams. *See Trilogy Holding, LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 15-cv-10000-BRO (JEMx); *Dassa v. Nat'l Football League, Inc., et al.*, Case No. 1:15-cv-10002-BRO (JEMx); *T-3 Restaurants, Inc. v. NFL Enterprises LLC, et al.*, Case No. 2:16-cv-00029-BRO (JEMx).

1

1  DirecTV the exclusive right to broadcast live "Out-of-Market" NFL games. Out-of-

2  Market NFL games are live Sunday NFL games that are not otherwise broadcast by

3  CBS or FOX (or formerly NBC) within a viewer's local television market.

4  Plaintiffs in the Pending Actions assert claims on behalf of purchasers of the NFL

5  Sunday Ticket, the subscription service through which DirecTV exclusively

6  broadcasts Out-of-Market NFL games to its subscribers. Certain Pending Actions

7  assert claims on behalf of putative classes of residential or commercial subscribers,

8  while other Pending Actions assert claims on behalf of a class comprised of both

9  residential and commercial subscribers.

10      The Pending Actions were previously transferred to this district and assigned

11  to this Court for coordinated or consolidated pretrial proceedings under 28 U.S.C. §

12  1407 by Order of the J.P.M.L. (ECF No. 1) or, if already pending within this

13  district, under this Court's low-number rule. As part of its Transfer Order, the

14  J.P.M.L. recognized that the Pending Actions involved "overlapping putative

15  nationwide classes" and "common questions of fact," and that centralization would

16  "eliminate duplicative discovery; prevent inconsistent pretrial rulings, including

17  with respect to class certification; and conserve the resources of the parties, their

18  counsel and the judiciary." *Id.* at 1-2.

19      The Court's Case Management Order instructed that any parties seeking

20  consolidation of these actions shall file a single joint motion by February 29, 2016.

21  (ECF No. 27 at 2). The Court's Case Management Order also noted that the Court

22  is considering appointment of a Plaintiffs' Administrative/Management Committee

23  ("PAC"), which will oversee a Plaintiffs' Steering Committee ("PSC"), that is

24  tasked with prosecuting this litigation "in the most efficient and expeditious

25  manner." *Id.* at 4.

26      Pursuant to the Court's Case Management Order, plaintiffs now seek to

27  consolidate the Pending Actions for pretrial purposes to facilitate the orderly

28  prosecution of this litigation and to authorize the PAC, once appointed, to file a

1    consolidated complaint or complaints necessary to carry out its Court-appointed

2    duties.

3    **II.    ARGUMENT**

4       Federal Rule of Civil Procedure 42(a) grants courts the authority to

5    consolidate actions when they "involve a common question of law or fact." *See also*

6    *In re Adams Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987). Rule 42(a) also

7    permits the Court to "issue any other orders to avoid unnecessary cost delay." In

8    considering whether to grant a motion for consolidation, "a court weighs the

9    interest of judicial convenience against the potential for delay, confusion and

10    prejudice." *In re Oreck Corp. Halo Vacuum & Air Purifiers Mktg. & Sales*

11    *Practices Litig.*, 282 F.R.D. 486, 490 (C.D. Cal. 2012). Consolidation is typically

12    favored, *Perez-Funez v. Dist. Director, Immigration & Naturalization Serv.*, 611 F.

13    Supp. 990, 994 (C.D. Cal. 1984), particularly when plaintiffs support consolidation

14    and when consolidation will increase the efficiency and manageability of the cases

15    at hand. *See Erikson v. Cornerstone Propane Ptnrs. LP*, No. C03-2522 MHP, 2003

16    U.S. Dist. LEXIS 18009, *7-8 (N.D. Cal. Sept. 9, 2003). However, given that this

17    MDL includes cases transferred from other districts, the consolidation can at this

18    time only be for pretrial purposes. *See, e.g.*, 28 U.S.C. § 1407(a); *In re Oreck*

19    *Corp.*, 282 F.R.D. at 490; 17 Moore's Federal Practice § 112.07[b] (3d ed. 2012).

20       Here, all factors weigh in favor of consolidation. The Pending Actions

21    involve many of the same defendants, factual allegations, and causes of action, all

22    of which relate to the same set of alleged anticompetitive agreements among the

23    Defendants. Plaintiffs support consolidation for pretrial purposes only and

24    consolidating the Pending Actions creates no risk of delay or confusion. Indeed, if

25    the 26 Pending Actions were to proceed on an unconsolidated basis, duplicative

26    motions and chaotic discovery would result, leading to precisely the type of

27    inefficiencies the J.P.M.L. and this Court have sought to avert. Consolidating the

28    Pending Actions will avoid these inefficiencies and, consistent with Court's Case

1  Management Order, will allow plaintiffs to file, at the PAC's direction, one or more
2  consolidated class action complaints necessary for the "efficient and expeditious"
3  prosecution of this litigation. Consolidating the Pending Actions will not prejudice
4  the PAC's right to refine plaintiffs' overlapping class definitions in a manner
5  consistent with these principles.[4]

6      As putative class actions, the Pending Actions are particularly well-suited for
7  consolidation because consolidation avoids the need for fragmented pretrial
8  proceedings and minimizes the expenditure of time and money—issues that are
9  uniquely relevant in complex class actions such as these. *See Takeda v. Turbodyne*
10 *Techs., Inc.*, 67 F. Supp. 2d 1129, 1130 (C.D. Cal. 1999). Consolidation also
11 simplifies the class certification process and serves the interest of absent class
12 members by reducing the number of cases absent class members may wish to
13 monitor during the course of the litigation. *Id.* For these reasons, courts in this
14 Circuit generally favor consolidation in antitrust class actions. *See, e.g., In Re Flash*
15 *Memory Antitrust Litig.*, No. C-07-0086-SBA, 2007 U.S. Dist. LEXIS 82719, *7-8
16 (N.D. Cal. October 17, 2007) (consolidating 20 pending antitrust class actions and
17 all future related cases that "involve common questions of fact and law"); *Kamakhi*
18 *v. Am. Soc'y for Reprod. Med.*, No. C 11-01781, 2012 U.S. Dist. LEXIS 34563, *3-
19 4 (N.D. Cal. March 14, 2012) (consolidating antitrust class actions in light of the
20 "substantial similarity" of the actions and because "consolidation will serve the
21 interests of efficiency and judicial economy").

22     Accordingly, it is respectfully submitted that the Court should grant
23 Plaintiffs' Joint Motion to Consolidate. Consolidation for pretrial purposes is

24

_____

25 [4] While plaintiffs support the consolidation of the Pending Actions in a single
26 master file, the determination of whether, for example, the residential and
   commercial subscriber actions or claims involving different defendants should be
27 prosecuted in a single consolidated complaint or in more than a single pleading
28 need not be determined on this motion.

consistent with Rule 42(a) and will promote conservation of the parties' resources, judicial economy, and the PAC's ability, with the assistance of the PSC, to oversee the efficient and expeditious prosecution of this litigation.

### III.   CONCLUSION

For the reasons set forth above, plaintiffs respectfully request that the Court issue an Order consolidating the Pending Actions listed in Exhibit A for pretrial purposes only, as well as any tag along and related actions later transferred to this Court, and authorize plaintiffs, at the PAC's direction, to file one or more consolidated complaints once the PAC and PSC are appointed.

Respectfully submitted,

Dated:  February 29, 2016

By: */s/ David Martinez*
David Martinez, Bar No. 193183
Roman M. Silberfeld, Bar No. 62783
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Fax: (310) 229-5800
RSilberfeld@RobinsKaplan.com
DMartinez@RobinsKaplan.com

Hollis Salzman
Kellie Lerner
ROBINS KAPLAN LLP
601 Lexington Avenue
Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Fax: (212) 980-7499
HSalzman@RobinsKaplan.com
KLerner@RobinsKaplan.com
*Counsel for Plaintiff 1465 3rd Ave. Rest. Corp. d/b/a Gael Pub*

1

2

3    By: */s/ Marc M. Seltzer*
     Marc M. Seltzer, Bar No. 54534
4    SUSMAN GODFREY L.L.P.
     1901 Avenue of the Stars, Suite 950
5    Los Angeles, CA 90067-6029
     Telephone: (310) 789-3100
6    Fax: (310) 789-3150
     mseltzer@susmangodfrey.com
7

8    William C. Carmody
9    Arun Subramanian
     Seth D. Ard
10   Ian M. Gore
     SUSMAN GODFREY L.L.P.
11   560 Lexington Avenue, 15th Floor
12   New York, NY 10022
     Telephone: (212) 336-8330
13   Fax: (212) 336-8340
     igore@susmangodfrey.com
14   sard@susmangodfrey.com
15   asubramanian@susmangodfrey.com
     bcarmody@susmangodfrey.com
16   *Counsel for Plaintiffs 8812 Tavern*
17   *Corp., d/b/a Bench Sports Bar, Christina*
     *Malerba, and Nicholas Racklin*
18

19

20   John Radice
     Kenneth Pickle
21   RADICE LAW FIRM
22   34 Sunset Boulevard
     Long Beach, NJ 08008
23   Telephone: (646) 245-8502
     Fax: (609) 385-0745
24   JRadice@radicelawfirm.com
25   KPickle@radicelawfirm.com
     *Counsel for 1465 3rd Ave. Rest. Corp. d/b/a*
26   *Gael Pub*
27

28   Abbas Kazerounian, Esq., Bar No. 249203

Gouya Ranekouhi, Esq., Bar No.  288267
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Fax: (800) 520-5523
ak@kazlg.com
gouya@kazlg.com

Joshua B. Swigart, Bar No. 225557
Sara Khosroabadi, Bar No. 299642
HYDE & SWIGART
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Fax: (619) 297-1022
josh@westcoastlitigation.com
sara@westcoastlitigation.com

Todd M. Friedman, Bar No. 216752
LAW OFFICES OF TODD M. FRIEDMAN, P.C
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com

Thomas A. Zimmerman, Jr.
Matthew C. De Re
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, IL 60602
Telephone: (312) 440-0020
Fax: (312) 440-4180
tom@attorneyzim.com

Adam M. Tamburelli
Eliot F. Krieger
Charles T. Spagnola

7

SULLIVAN, KRIEGER, TRUONG,
SPAGNOLA & KLAUSNER, LLP
444 W. Ocean Blvd., Suite 1700
Long Beach, CA 90802
Telephone: (562) 597-7070
Fax: (562) 597-7772
atamburelli@sullivankrieger.com
ekrieger@sullivankrieger.com
cspagnola@sullivankrieger.com
*Counsel for Thomas Abrahamian and Mario*
*Aliano*

Gregory E. Woodard
Shawn M Larsen
LARSEN WOODWARD LLP
100 Bayview Circle, Suite 4500
Newport Beach, CA 92660
Telephone: 949-769-6602
Fax: 949-769-6603
gwoodard@larsenwoodard.com
slarsen@larsenwoodard.com

Karen Hanson Riebel
Richard A. Lockridge
Heidi M. Silton
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, Minnesota 55401-2159
Telephone:  (612) 339-6900
Fax:  (612) 339-0981
khriebel@locklaw.com
ralockridge@locklaw.com
hmsilton@locklaw.com

Gary F. Lynch
CARLSON LYNCH SWEET AND
KILPELA
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222

Telephone: 412-322-9243
Fax: 412-231-0246
glynch@carlsonlynch.com
*Counsel for Pizza Pie & Wing Co. LLC*

Michael D. Hausfeld
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Fax: (202)540-7201
mhausfeld@hausfeld.com

Irving Scher
Scott A. Martin
HAUSFELD LLP
33 Whitehall Street
14th Floor
New York, NY 10004
Telephone: (646) 357-1100
Fax: (212) 202-4322
ischer@hausfeld.com
smartin@hausfeld.com

Lee Albert
Brian Murray
GLANCY PONGRAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Fax: (212) 884-0988
lablert@glancylaw.com
bmurray@glancylaw.com

Michael P. Lehmann, Bar No. 77152
Bonny E. Sweeney, Bar No. 176174
Christopher L. Lebsock, Bar No. 184546
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908

1   Fax: (415) 358-4980

2   mlehmann@hausfeld.com
    bsweeney@hausfeld.com

3   clebsock@hausfeld.com

4

5   Lionel Z. Glancy
    GLANCY PONGRAY & MURRAY

6   LLP

7   1925 Century Park East, Suite 2100
    Los Angeles, CA 90067

8   Telephone: (310) 201-9150
    Fax: (310) 432-1495

9   lglancy@glancylaw.com

10  *Counsel for Plaintiff Ninth Inning Inc.*
    *d/b/a The Mucky Duck*

11

12  Ramzi Abadou, Bar No. 222567
    KAHN SWICK & FOTI, LLP

13  912 Cole Street, # 251

14  San Francisco, California 94117
    Telephone: (504) 455-1400

15  Fax: (504) 455-1498

16  ramzi.abadou@ksfcounsel.com

17  Melinda A. Nicholson

18  KAHN SWICK & FOTI, LLC
    206 Covington Street

19  Madisonville, LA 70447

20  Telephone: (504) 455-1400
    Fax: (504) 455-1498

21  melinda.nicholson@ksfcounsel.com

22  *Counsel for Plaintiffs Rookies Sports Cafe,*
    *L.L.C., Maple Street Entertainment, L.L.C.*

23  *d/b/a Repp's Uptilly Tavern, and Martinis of*

24  *New Orleans, Inc. d/b/a Hurricanes Sports*
    *Bar*

25

26  Lionel Z. Glancy, Bar No. 134180
    GLANCY PRONGAY & MURRAY LLP

27  1925 Century Park East, Suite 2100

28  Los Angeles, CA 90067

10

Telephone: (310) 201-9150
Fax: (310) 201-9160
lglancy@glancylaw.com

Lee Albert
Brian Murray
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Fax: (212) 884-0988
lalbert@glancylaw.com
bmurray@glancylaw.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Fax: (215) 496-6611
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

David P. McLafferty
LAW OFFICES OF DAVID P.
MCLAFFERTY & ASSOCIATES, P.C.
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 940-4000
Fax: (610) 940-4007
dmclafferty@mclaffertylaw.com
*Counsel for Plaintiff Main Street America*
*Limited T/A The Great American Pub*

Bryan M. Thomas, Bar No. 238409

11

BAHADORI & THOMAS, LLP
2 Park Plaza, Suite 450
Irvine, CA 92614
Oakland, CA 94607
Telephone: (949) 954-8164
Fax: (949) 954-8163
bmt@bahadorilaw.com

Peter Safirstein
Roger A. Sachar Jr.
MORGAN & MORGAN PC
28 West 44th Street
Suite 2001
New York, NY 10036
Telephone: (212) 564-1637
Fax: (212) 564-1656
PSafirstein@MorganSecuritiesLaw.com
RSachar@MorganSecuritiesLaw.com

Lesley E. Weaver, Bar No. 191305
BLOCK & LEVITON LLP
520 3rd Street, Suite 108
Oakland, CA 94607
Telephone: (415) 968-8999
Fax: (617) 507-6020
lweaver@blockesq.com
*Counsel for Plaintiffs the Infirmary, LLC
And Davenport's Family Restaurant, Inc.*

Caleb Marker, Bar No. 269721
Christopher P. Ridout
ZIMMERMAN REED, LLP
555 E. Ocean Blvd., Suite 500
Long Beach, CA 90802
Telephone: (877) 500-8780
Fax: (877) 500-8781
caleb.marker@zimmreed.com
Christopher.Ridout@zimmreed.com

Brian C. Gudmundson
Jason R. Lee

1   ZIMMERMAN REED, LLP
2   1100 IDS Center, 80 South 8th Street
    Minneapolis, MN 55402
3   Telephone: (612) 341-0400
4   Fax: (612) 341-0844
    brian.gudmundson@zimmreed.com
5   Jason.lee@zimmreed.com

6
    Hart L. Robinovitch
7   ZIMMERMAN REED, LLP
8   14646 North Kierland Boulevard Suite 145
    Scottsdale, AZ 85254
9   Telephone: (480)-348-6400
10  Fax: (480)-648-6415
    hart.robinovitch@zimmreed.com
11

12  Arthur M. Murray
    MURRAY LAW FIRM
13  650 Poydras Street, Suite 2150
14  New Orleans, Louisiana 70130
    Telephone: (504) 525-8100
15  Fax: (504) 584-5249
16  amurray@murray-lawfirm.com
    *Counsel for Plaintiff Jammers, Inc.*
17  *d/b/a Flight's Restaurant / Flight's Beer*
18  *Bar*

19  Stephen R. Basser, Bar No. 121590
20  Samuel M. Ward, Bar No. 216562
    BARRACK, RODOS & BACINE
21  One America Plaza
22  600 West Broadway, Suite 900
    San Diego, CA 92101
23  Telephone: (619) 230–0800
24  Fax: (619) 230–1874
    sbasser@barrack.com
25  sward@barrack.com

26
    Gerald J. Rodos
27  Jeffrey B. Gittleman
28  BARRACK, RODOS & BACINE

13

Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963–0600
Fax: (215) 963–0838
grodos@barrack.com
jgittleman@barrack.com
*Counsel for DNW Foods Inc. and the*
*Proposed Class*

Lionel Z. Glancy, Bar No. 134180
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fax: (310) 432-1495
lglancy@glancylaw.com

David P. McLafferty
LAW OFFICES OF DAVID P.
MCLAFFERTY & ASSOCIATES, P.C.
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 940-4000
Fax: (610) 940-4007
dmclafferty@mclaffertylaw.com

Lee Albert
Brian Murray
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Fax: (212) 884-0988
lablert@glancylaw.com
bmurray@glancylaw.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector

14

SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Fax: (215) 496-6611
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

Jeffrey S. Goldenberg
GOLDENBERG SCHNEIDER, LPA
One West 4th Street, 18th Floor
Cincinnati, Ohio 45202
Telephone: (513) 345-8291
Fax: (513) 345-8294
jgoldenberg@gs-legal.com

Christian A. Jenkins
James D. Ludwig
MINNILLO & JENKINS, CO., LPA
2712 Observatory Avenue
Cincinnati, Ohio 45208
Telephone: (513) 723-1600
Fax: (513) 723-1620
cjenkins@minnillojenkins.com
jludwig@minnillojenkins.com
*Counsel for Plaintiffs Ambrose BD, LLC,
Ambrose BD 2, LLC, and Keystone
University Square, LLC*

Alexander M. Schack, Esq., Bar No. 99126
Natasha Naraghi, Esq., Bar No. 284711
LAW OFFICES OF ALEXANDER
M.SCHACK
16870 West Bernardo Drive, Suite 400
San Diego, California 92127
Telephone: (858) 485-6535
Fax: (858) 485-0608
alexschack@amslawoffice.com

15

natashanaraghi@amslawoffice.com
*Counsel for Plaintiff Michael Holinko*

Christopher L. Lebsock, Bar No. 184546
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
Fax: 415-358-4980
clebsock@hausfeld.com

Mark A. Wendorf, Bar No. 173484
Garrett D. Blanchfield, Bar No. 209855
Roberta A. Yard, Bar No. 322295
REINHARDT, WENDORF &
BLANCHFIELD
E 1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 287-2100
Fax: (651) 287-2103
m.wendorf@rwblawfirm.com
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

Lionel Z. Glancy
GLANCY PONGRAY & MURRAY
LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fax: (310) 432-1495
lglancy@glancylaw.com
*Counsel for Plaintiff Village Pub, LLC*

David H. Weinstein, Bar No. 43167
Robert S. Kitchenoff
WEINSTEIN KITCHENOFF & ASHER
LLC
100 South Broad Street, Suite 705
Philadelphia, PA 19110-1061

16

Telephone: (215) 545-7200
Fax: (215) 545-6535
weinstein@wka-law.com
kitchenoff@wka-law.com

M. Stephen Dampier
THE DAMPIER LAW FIRM P.C.
55 N. Section Street
P.O. Box 161 (36533)
Fairhope, AL 36532
Telephone: (251) 929-0900
Fax: (251) 929-0800
stevedampier@dampierlaw.com
*Counsel for Plaintiff NYN, Inc. d/b/a/ New York Nick's*

Caleb Marker, Bar No. 269721
ZIMMERMAN REED, LLP
555 E. Ocean Blvd., Suite 500
Long Beach, CA 90802
Telephone: (877) 500-8780
Fax: (877) 500-8781
caleb.marker@zimmreed.com

Brian C. Gudmundson
Jason R. Lee
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Fax: (612) 341-0844
brian.gudmundson@zimmreed.com
jason.lee@zimmreed.com

Hart L. Robinovitch
ZIMMERMAN REED, LLP
14646 North Kierland Boulevard Suite 145
Scottsdale, AZ 85254
Telephone: (480)-348-6400

Fax: (480)-648-6415
hart.robinovitch@zimmreed.com

Bryan L. Bleichner
Francis J. Rondoni
Jeffrey D. Bores
CHESTNUT CAMBRONNE PA
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
frondoni@chestnutcambronne.com
jbores@chestnutcambronne.com
*Counsel for Plaintiff P.J. Hafiz Club*
*Management, Inc. d/b/a Sneaky Pete's*

Caleb Marker, Bar No. 269721
ZIMMERMAN REED, LLP
555 E. Ocean Blvd., Suite 500
Long Beach, CA 90802
Telephone: (877) 500-8780
Fax: (877) 500-8781
caleb.marker@zimmreed.com

Brian C. Gudmundson
Jason R. Lee
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Fax: (612) 341-0844
brian.gudmundson@zimmreed.com
jason.lee@zimmreed.com

Hart L. Robinovitch
ZIMMERMAN REED, LLP
14646 North Kierland Boulevard Suite 145
Scottsdale, AZ 85254
Telephone: (480)-348-6400

18

1    Fax: (480)-648-6415

2    hart.robinovitch@zimmreed.com

3    Mark S. Goldman

4    Paul J. Scarlato

     Brian D. Penny

5    GOLDMAN SCARLATO & PENNY, P.C.

6    Eight Tower Bridge, Suite 1025

     161 Washington Street

7    Conshohocken, PA 19428

8    Telephone: (484)342-0700

     goldman@lawgsp.com

9    scarlato@lawgsp.com

10   penny@lawgsp.com

11   Marc H. Edelson

12   EDELSON & ASSOCIATES, LLC

     3 Terry Drive, Suite 205

13   Newtown, PA 18940

14   Telephone: (215) 867-2200

     Fax: (267) 685-0676

15   medelson@edelson-law.com

16   *Counsel for Plaintiff Two Pauls, Inc.*

17   Rosemary M. Rivas, Bar No. 209147

18   FINKELSTEIN THOMPSON LLP

     One California Street, Suite 900

19   San Francisco, California 94111

20   Telephone: (415) 398-8700

     Fax: (415) 398-8704

21   rrivas@finkelsteinthompson.com

22

23   Tracy D. Rezvani

     Richard M. Volin

24   REZVANI VOLIN, P.C.

25   1050 Connecticut Ave, N.W.,

     Suite 500

26   Washington, D.C. 20036

     Telephone: (202) 350-4270

27   Fax: (202) 351-0544

28   trezvani@rezvanivolin.com

rvolin@rezvanivolin.com

M. Stephen Dampier
THE DAMPIER LAW FIRM P.C.
55 N. Section Street
P.O. Box 161 (36533)
Fairhope, AL 36532
Telephone: (251) 929-0900
Fax: (251) 929-0800
stevedampier@dampierlaw.com
*Counsel for Plaintiff Duck Duck LLC, Dude-
N Brah, Inc., Longliners Cafe, LLC., All In
H.B., LLC, First Class Perks, LLC, Helen
Back Again Crestview LLC, and Will Call
Sports, LLC*

Caleb Marker, Bar No. 269721
ZIMMERMAN REED, LLP
555 E. Ocean Blvd., Suite 500
Long Beach, CA 90802
Telephone: (877) 500-8780
Fax: (877) 500-8781
caleb.marker@zimmreed.com

Brian C. Gudmundson
Jason R. Lee
ZIMMERMAN REED, LLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Fax: (612) 341-0844
brian.gudmundson@zimmreed.com
Jason.lee@zimmreed.com

Hart L. Robinovitch
ZIMMERMAN REED, LLP
14646 North Kierland Boulevard Suite 145
Scottsdale, AZ 85254
Telephone: (480)-348-6400
Fax: (480)-648-6415
hart.robinovitch@zimmreed.com

1

2      Renae D. Steiner
       Vincent J. Esades
3      James W. Anderson
4      HEINS MILLS & OLSON, P.L.C.
       310 Clifton Avenue
5      Minneapolis, MN 55403
6      Telephone: (612) 338-4605
       Fax: (612) 338-4692
7      rsteiner@heinsmills.com
8      vesades@heinsmills.com
       janderson@heinsmills.com
9

10     Patrick R. Burns
       BURNS LAW FIRM PLLC
11     1624 Harmon Place, Suite 300
12     Minneapolis, MN 55403
       Telephone: (612) 877-6400
13     patrick@burns-law.mn
14     *Counsel for Plaintiffs JS Entertainment, Inc.,
       MJ Ventures, Inc., Our Ventures Inc., SD*
15     *Billy Frogs, Inc. and Triple J Entertainment,*
16     *Inc.*

17     Daniel C. Girard
18     Dena C. Sharp
       Scott Grzenczyk
19     GIRARD GIBBS LLP
20     601 California Street, 14th Floor
       San Francisco, CA 94108
21     Telephone: (415) 981-4800
22     Fax: (415) 981-4846
       dcg@girardgibbs.com
23     chc@girardgibbs.com
24     smg@girardgibbs.com

25     Amanda M. Steiner
26     GIRARD GIBBS LLP
       711 Third Ave., 20th Floor
27     New York, NY 10017
28     Telephone: (212) 867-1721

1

2

Fax: (212) 867-1767
as@girardgibbs.com

3

4

5

6

7

8

9

Ryan F. Stephan
James B. Zouras
STEPHAN ZOURAS, LLP
205 North Michigan Avenue, Suite 2560
Chicago, IL 60601
Telephone: (312) 233-1550
Fax: (312) 233-1560
RStephan@stephanzouras.com
JZouras@stephanzouras.com
*Counsel for Plaintiffs D.J.'s Sports Bar, Inc.*

10

11

12

13

14

15

16

17

Richard A. Koffman
Jeffrey B. Dubner
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Ave. NW
Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
rkoffman@cohenmilstein.com
jdubner@cohenmilstein.com

18

19

20

21

22

23

Daniel B. Rehns
COHEN MILSTEIN SELLERS & TOLL
PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Fax: (212) 838-7745
drehns@cohenmilstein.com

24

25

26

27

28

Howard Langer
Edward Diver
Peter Leckman, Bar No. 235721
LANGER, GROGAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103

22

Telephone: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com
ndiver@langergrogan.com
pleckman@langergrogan.com
*Counsel for Plaintiffs Trilogy Holding, LLC,
d/b/a Bounce Sporting Club, New Lounge
4324, LLC, d/b/a Bounce Sporting Club,
Pedal Haus Brewery, LLC, Whiskey Rocks
Tempe, LLC d/b/a Gringo Star Street Bar,
and Jonathan Frantz*

Marc I. Gross
Jeremy A. Lieberman
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Fax: 212-661-8665
migross@pomlaw.com
jalieberman@pomlaw.con

Jayne A. Goldstein
POMERANTZ LLP
1792 Bell Tower Lane
Suite 203
Weston, FL 33326
Telephone: (561) 270-0795
Fax: (954) 315-3455
jagoldstein@pomlaw.com
*Counsel for Plaintiff Steven Dassa*

Robert J. LaRocca
Craig W. Hillwig
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Fax: (215) 238-1968
rlarocca@kohnswift.com
chillwig@kohnswift.com

23

1

2    Michael J. Boni
     Joshua D. Snyder
3    John E. Sindoni
4    BONI & ZACK LLC
     15 St. Asaphs Road
5    Bala Cynwyd, PA 19004
6    Telephone: (610) 822-0200
     Fax: (610) 822-0206
7    mboni@bonizack.com
8    jsnyder@bonizack.com
     jsindoni@bonizack.com
9    *Counsel for Plaintiff T-3 Restaurants, Inc.*

10
     Betsy C. Manifold, Bar No. 182450
11   Rachelle R, Rickert, Bar No. 190634
12   Marisa C. Livesay, Bar No. 223247
     Brittany N. DeJong, Bar No. 258766
13   WOLF HALDENSTEIN ADLER
14   FREEMAN & HERZ LLP
     750 B Street, Suite 2770
15   San Diego, CA 92101
16   Telephone: (619) 239-4599
     Fax: (619) 234-4599
17   manifold@whafh.com
18   rickert@whafh.com
     livesay@whafh.com
19   dejong@whafh.com

20
     Fred Taylor Isquith
21   Thomas H. Burt
22   WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
23   270 Madison Avenue
24   New York, New York 10016
     Telephone: 212/545-4600
25   Fax: 212/545-4653
26   isquith@whafh.com
     burt@whafh.com
27

28   Theodore B. Bell

                          24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Carl Malmstrom
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
One South Dearborn St., Suite 2122
Chicago, IL 60603
Telephone: 312/984-0000
Fax: 312/212-4401
tbell@whafh.com
malmstrom@whafh.com
*Counsel for Plaintiffs Jon2 LLC and Adam
Matschullat*

Mike Arias, Bar No. 115385
Alfredo Torrijos, Bar No. 222458
Arnold C. Wang, Bar No. 204431
ARIAS SANGUINETTI STAHLE &
TORRIJOS, LLP
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (310) 844-9696
Fax: (310) 861-0168
mike@asstlawyers.com
alfredo@asstlawyers.com
arnold@asstlawyers.com

Daniel R. Karon
Beau D. Hollowell
KARON LLC
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Telephone: (216) 622-1851
Fax: (216) 241-8175
dkaron@karonllc.com
bhollowell@karonllc.com
*Counsel for Plaintiff Seifert Holdings, Inc.
(d/b/a Third Base)*

Daniel J. Mogin, Bar No. 95624
Jodie M. Williams, Bar No. 247848
Jin Young Choi, Bar No. 306763
THE MOGIN LAW FIRM, P.C.

25

707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginlaw.com
jwilliams@moginlaw.com
pchoi@moginlaw.com

David W. Kesselman, Bar No. 203838
Amy T. Brantly, Bar No. 210893
Trevor V. Stockinger, Bar No. 226359
KESSELMAN BRANTLY STOCKINGER
LLP
1230 Rosecrans Ave., Suite 690
Manhattan Beach, CA 90266
Telephone: (310) 307-4555
Fax: (310) 307-4570
dkesselman@kbslaw.com
abrantly@kbslaw.com
tstockinger@kbslaw.com
*Counsel for Plaintiff Sir Waldon, Inc. d/b/a
Oggi's Pizza*