# Exhibit A

**Exhibit A**

The following Pending Actions are subject to Plaintiffs' Joint Motion to Consolidate:

*Abrahamian v. Nat'l Football League, Inc. et al.*, Case No. 2:15-cv-04606-BRO (JEMx);

*Ninth Inning, Inc. v. Nat'l Football League, Inc. et al.*, Case No. 2:15-cv-05261-BRO (JEMx);

*Rookies Sports Café, LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-05813-BRO (JEMx);

*1465 3rd Ave. Rest. Corp. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-06145-BRO (JEMx);

*Main Street America Ltd. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-06402-BRO (JEMx);

*The Infirmary LLC v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-06729-BRO (JEMx);

*Jammers, Inc. d/b/a Flight Restaurants/Flights Beer Bar v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-06959-BRO (JEMx);

*DNW Foods, Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-07095-BRO (JEMx);

*Pizza Pie & Wing Co. LLC v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-07305-BRO (JEMx);

*Ambrose BD, LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-07556-BRO (JEMx);

*Holinko v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-07665-BRO (JEMx);

*Village Pub, LLC v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-08241-BRO (JEMx);

*NYN, Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-08961-BRO (JEMx);

*P.J. Hafiz Club Management, Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-09175-BRO (JEMx);

*Two Pauls, Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-09180-BRO (JEMx);

*Duck Duck LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-09366-BRO (JEMx);

*8812 Tavern Corp., d/b/a Bench Sports Bar, et al. v. Nat'l Football League, Inc., et al.*, Case No. 15-cv-09529-BRO (JEMx);

*Jon2 LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-09655-BRO (JEMx);

*JS Entertainment, Inc., et al. v. Nat'l Football League, Inc., et al.,* Case No. 2:15-cv-09794-BRO (JEMx);

*Lippincott v. DirecTV, Inc. et al.*, Case No. 15-cv-09996 BRO (JEMx);

*D.J.'s Sports Bar, Inc. v. DirecTV Holdings LLC, et al.*, 15-cv-09998-BRO (JEMx);

*Trilogy Holding, LLC, et al. v. Nat'l Football League, Inc., et al.*, Case No. 15-cv-10000-BRO (JEMx);

*Dassa v. Nat'l Football League, Inc., et al.*, Case No. 1:15-cv-10002-BRO (JEMx);

*T-3 Restaurants, Inc. v. NFL Enterprises LLC, et al.*, Case No. 2:16-cv-00029-BRO (JEMx);

*Seifert Holdings, Inc., et al. v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-09944-BRO (JEMx); and

*Sir Waldon Inc. v. Nat'l Football League, Inc., et al.*, Case No. 2:16-cv-01025-BRO (JEMx).