| | |
|---|---|
| 1 | BETSY C. MANIFOLD (182450) |
| | manifold@whafh.com |
| 2 | RACHELE R. RICKERT (190634) |
| | rickert@whafh.com |
| 3 | MARISA C. LIVESAY (223247) |
| | livesay@whafh.com |
| 4 | BRITTANY N. DEJONG (258766) |
| | dejong@whafh.com |
| 5 | **WOLF HALDENSTEIN ADLER** |
| | **FREEMAN & HERZ LLP** |
| 6 | 750 B Street, Suite 2770 |
| | San Diego, CA 92101 |
| 7 | Telephone: 619/239-4599 |
| | Facsimile:  619/234-4599 |
| 8 | |
| 9 | *Attorneys for Plaintiffs Jon2 LLC and Adam Matschullat* |
| 10 | [Additional Counsel Listed on Signature Page] |

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) |
| | [Misc. No. 2:15-cv-09655-BRO (JEMx)] |
| THIS DOCUMENT RELATES TO: | **PLAINTIFF JON2 LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| JON2 LLC d/b/a MANNY'S ON SECOND and ADAM MATSCHULLAT, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | JUDGE: Hon. Beverly Reid O'Connell |
| | CTRM:  14 |
| v. | |
| NATIONAL FOOTBALL LEAGUE, INC., NFL ENTERPRISES, LLC, DIRECTV HOLDINGS, LLC AND DIRECTV, LLC | |
| Defendants. | |

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Jon2
2  LLC states that it is a limited liability corporation organized under the laws of the
3  State of New York.  Jon2 LLC has no parent corporation, and no publicly held
4  corporation owns 10% or more of its stock.

5                                      Respectfully submitted,

6  Dated: March 1, 2016               **WOLF HALDENSTEIN ADLER**
                                       **FREEMAN & HERZ LLP**
7
8                           By:      */s/ Betsy C. Manifold*
                                       BETSY C. MANIFOLD
9
                                    BETSY C. MANIFOLD
10                                  RACHELE R. RICKERT
                                    MARISA C. LIVESAY
11                                  BRITTANY N. DEJONG
                                    750 B Street, Suite 2770
12                                  San Diego, CA 92101
                                    Telephone:   619/239-4599
13                                  Facsimile:   619/234-4599
                                    manifold@whafh.com
14                                  rickert@whafh.com
                                    livesay@whafh.com
15                                  dejong@whafh.com

16                                  **WOLF HALDENSTEIN ADLER**
                                      **FREEMAN & HERZ LLP**
17                                  FRED TAYLOR ISQUITH
                                    THOMAS H. BURT
18                                  270 Madison Avenue
                                    New York, New York 10016
19                                  Telephone:  212/545-4600
                                    Facsimile:   212/545-4653
20                                  isquith@whafh.com
                                    burt@whafh.com
21

22                                  **WOLF HALDENSTEIN ADLER**
                                      **FREEMAN & HERZ LLC**
23                                  CARL MALMSTROM
                                    One South Dearborn St., Suite 2122
24                                  Chicago, IL 60603
                                    Telephone: 312/984-0000
25                                  Facsimile:   312/212-4401
                                    malmstrom@whafh.com
26

27                                  *Attorneys for Plaintiffs Jon2 LLC and*
                                    *Adam Matschullat*
28
   NFL: 785632v2

- 1 -

# CERTIFICATE OF SERVICE

I, Kathryn Cabrera, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on March 1, 2016, declarant served the following document(s):

**PLAINTIFF JON2 LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

via the CM/ECF System to the parties who are registered participants of the CM/ECF System and via U.S. Mail those parties as indicated below who are not registered participants of the CM/ECF System:

Edward Diver
LANGER GROGAN AND DIVER
1717 Arch Street, Suite 4130
Philadelphia, PA 19103

Alexander M. Schack
ALEXANDER M. SCHACK LAW OFFICES
16880 W. Bernardo Court, Suite 300
San Diego, CA 92127

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of March 2016, at San Diego, California.

*Kathryn Cabrera*
KATHRYN CABRERA

NFL:22740

- 2 -