NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

James D Ludwig
Christian A Jenkins
Minnillo & Jenkins Co., LPA
2712 Observatory Avenue
Cincinnati, OH 45208

ATTORNEY(S) FOR: Ambrose BD, LLC, Ambrose BD 2, LLC, et al

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S " SUNDAY TICKET" ANTITRUST LITIGATION<br>Plaintiff(s),<br>v.<br><br>Defendant(s) | CASE NUMBER:<br>2:15-ML-02668-BRO (JEMx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Ambrose BD, LLC, Ambrose BD 2, LLC, and Keystone University Square, LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| David Halpern | Member of Ambrose BD, LLC and Ambrose BD 2, LLC |
| Ben Klopp | Member of Ambrose BD, LLC and Ambrose BD 2, LLC |
| Dan Croncian | Member of Ambrose BD, LLC and Ambrose BD 2, LLC |
| Bob Deck | Member of Ambrose BD, LLC and Ambrose BD 2, LLC |
| Ambrose BD 3, LLC | Member of Keystone University Square, LLC |
| Robert Tuckman | Member of Keystone University Square, LLC |
| 3 St. Georges LLC | Member of Keystone University Square, LLC |
| Andrew Hall | Member of Keystone University Square, LLC |
| Andy Carson | Member of Keystone University Square, LLC |

March 4, 2016                                /s/JAMES D LUDWIG
Date                                         Signature

Attorney of record for (or name of party appearing in pro per):

James D Ludwig