1
2   Daniel C. Girard (State Bar No. 114826)
    Christina H. Sharp  (State Bar No. 245869)
3   Scott M. Grzenczyk (State Bar No. 279309)
    **GIRARD GIBBS LLP**
4   601 California Street, 14th Floor
    San Francisco, CA 94108
5   Telephone: (415) 981-4800
6   Facsimile:  (415) 981-4846
    Email: dcg@girardgibbs.com
7   Email: chc@girardgibbs.com
8   Email: aep@girardgibbs.com

9
    *Counsel for Plaintiff D.J.'s Sports Bar, Inc.*
10

11

12                   **UNITED STATES DISTRICT COURT**

13
14                   **CENTRAL DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  IN RE: NATIONAL FOOTBALL | Case No. 2:15-ml-02668-BRO (JEMx) |
| 17  LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | |
| 18  | **CORPORATE DISCLOSURE STATEMENT** |
| 19 | |
| 20  This Document Relates to: | |
| 21  *D.J.'s Sports Bar, Inc. v. DirectTV Holdings, LLC, et al.* | |
| 22 | |
| 23  Case No: 2:15-cv-09998-BRO (JEMx) | |
| 24 | |
| 25 | |

26
27
28

1    Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 7-1-1, the undersigned,

2  counsel of record for Plaintiff, D.J.'s Sports Bar, Inc., certifies that: (1) D.J.'s has no

3  parent companies and no publicly held corporation owns more than 10% of its stock; and

4  (2) the following listed parties may have a pecuniary interest in the outcome of this case.

5  These representations are made to enable the Court to evaluate possible disqualification

6  or recusal.

7      • D.J.'s Sports Bar, Inc. (Plaintiff)

8      • National Football League, Inc. (Defendant)

9      • NFL Enterprises, LLC (Defendant)

10     • DirecTV Holdings, LLC (Defendant)

11

12

13  DATED: March 4, 2016          Respectfully submitted,

14                                **GIRARD GIBBS LLP**

15

16                                By:   */s/ Christina H. Sharp*

17                                      Christina H. Sharp

18                                Daniel C. Girard

19                                Christina H. Sharp

20                                Scott M. Grzenczyk
                                  **GIRARD GIBBS LLP**

21                                601 California Street, 14th Floor

22                                San Francisco, CA 94108
                                  Telephone: (415) 981-4800

23                                Facsimile:  (415) 981-4846

24                                Email: dcg@girardgibbs.com
                                  Email: chc@girardgibbs.com

25                                Email: aep@girardgibbs.com

26

27                                Ryan F. Stephan
                                  James B. Zouras

28                                Teresa Becvar
                                  Stephan Zouras, LLP

1    205 North Michigan Avenue, Suite 2560
2    Chicago, Illinois 60601
     Telephone: (312) 233-1550
3    Email: rstephan@stephanzouras.com

4
     *Counsel for Plaintiff D.J.'s Sports Bar, Inc.*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORPORATE DISCLOSURE STATEMENT
CASE NO. 2:15-ml-02668-BRO (JEMx)