Beth A. Wilkinson (admitted *pro hac vice*)
Jonathan D. Kelley (admitted *pro hac vice*)
**WILKINSON WALSH + ESKOVITZ LLP**
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 867-4005
bwilkinson@wilkinsonwalsh.com
jkelley@wilkinsonwalsh.com

*Counsel for Defendants National Football League,*
*NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | ) Case No. 2:15-ml-02668-BRO (JEMx) ) ) STIPULATION TO RESCHEDULE |
| ——————————————— | ) CASE MANAGEMENT ) CONFERENCE AND DEADLINE |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) FOR SUBMISSION OF JOINT ) PRELIMINARY REPORT ) ) Judge:  Hon. Beverly Reid O'Connell ) ) ) ) ) |

1    WHEREAS, on February 1, 2016, this Court issued an Order Setting Case

2    Management Conference and Briefing Schedule (the "Order") in the above-

3    captioned matter (the "Actions"), requiring the submission of a Joint Preliminary

4    Report (the "Joint Report") by March 14, 2016 and scheduling the CMC to be held

5    on Tuesday, March 29, 2016, at 9:00 AM;

6    WHEREAS, Beth A. Wilkinson of Wilkinson Walsh + Eskovitz LLP, who

7    has been designated lead counsel of record for the National Football League and

8    NFL Enterprises LLC (together, the "NFL Defendants") in the Actions, is also lead

9    trial counsel in *Larsen v. Philip Morris USA Inc.*, Case No. 22002-00406-02, a case

10    that began trial in St. Louis Circuit Court on March 2 and is expected to last

11    through at least approximately mid-April;

12    WHEREAS, as lead trial counsel in *Larsen*, Ms. Wilkinson is expected to be

13    in trial five days a week for the duration of that trial, including the day of the CMC;

14    WHEREAS, because of this preexisting scheduling conflict, Ms. Wilkinson

15    will be unable to attend the CMC despite the NFL Defendants' desire that she

16    attend;

17    WHEREAS, this Court's Standing Order Regarding Newly Assigned Cases

18    provides that, unless otherwise ordered by the Court, lead counsel must attend "any

19    proceeding before the Court, including all scheduling, settlement and pretrial

20    conferences" (Standing Order, 2:17-20);

21    WHEREAS, in light of this requirement, the NFL Defendants' desire for Ms.

22    Wilkinson to attend the CMC, and Ms. Wilkinson's preexisting scheduling conflict,

23    the NFL Defendants believe that good cause exists to reschedule the CMC to the

24    earliest alternative date that would accommodate all counsel;

25    WHEREAS, plaintiffs in all of the Actions ("Plaintiffs") are prepared to

26    move forward according to the deadlines set forth by the Court in the Order;

27    WHEREAS, the defendants in all of the Actions (the "Defendants") have

28    reached an agreement with the plaintiffs' counsel designated by the Court to

1

coordinate meetings of counsel and the filing of the joint report to jointly request that the Court reschedule the CMC to either Wednesday, May 18, 2016, or Thursday, May 19, 2016, at the Court's convenience, because that is the earliest date on which lead counsel for Plaintiffs and Defendants can attend;

WHEREAS, in addition to rescheduling the CMC, Defendants requested, and Plaintiffs agreed, that the Court move the Joint Report submission deadline to Friday, March 25, 2016, in order to allow the parties additional time to confer and to prepare the Joint Report in accordance with the Court's Order in light of the parties' agreement to continue the date of the CMC;

WHEREAS, the parties agree that this stipulation is not intended to change the hearing date of March 29, 2016 set for the plaintiffs' joint motion to consolidate actions, filed on February 29, 2016;

WHEREAS, the parties agree that, except as to the sufficiency of process or service of process, the entry into this Stipulation by Defendants shall not constitute a waiver of any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, a waiver of any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure, or a waiver of any other statutory or common law defenses that may be available to Defendants;

WHEREAS, Defendants expressly reserve their rights to raise any such defenses and/or to file motions to compel arbitration in response to any operative or amended complaint that may be filed by Plaintiffs.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to this Court's approval, by and between Plaintiffs and Defendants, by and through their undersigned counsel or counsel acting on their behalf, that Defendants have demonstrated good cause to reschedule the date of the CMC, as set out in Section 5.A of the Order, and that the CMC shall be rescheduled to Wednesday, May 18, 2016, or Thursday, May 19, 2016, at the Court's convenience.

IT IS HEREBY FURTHER STIPULATED AND AGREED, subject to this

1   Court's approval, by and between Plaintiffs and Defendants, by and through their

2   undersigned counsel or counsel acting on their behalf, that good cause exists to

3   change the deadline for the submission of the Joint Report, as set out in Section 5.B

4   of the Order, to Friday, March 25, 2016, in order to permit the parties additional

5   time to confer and to prepare the Joint Report in accordance with the Court's Order.

6        IT IS HEREBY FURTHER STIPULATED AND AGREED that the hearing

7   date of March 29, 2016 set for the plaintiffs' joint motion to consolidate actions is

8   not affected by this stipulation.

9        IT IS HEREBY FURTHER STIPULATED AND AGREED that the entry

10  into this stipulation by Defendants shall not constitute a waiver of any defenses

11  except for insufficiency of process or insufficiency of service of process.  For the

12  avoidance of doubt, Defendants expressly preserve and do not waive any other

13  defenses, including, but not limited to, the defenses of lack of personal jurisdiction,

14  lack of subject matter jurisdiction, or improper venue.  Defendants expressly

15  reserve their rights to raise any such defenses and/or to file motions to compel

16  arbitration in response to any operative complaint that may be filed by Plaintiffs.

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**
**AND DEADLINE FOR SUBMISSION OF JOINT PRELIMINARY REPORT**

1    DATED:  March 4, 2016              Respectfully submitted,

2
                                        _s/ Beth A. Wilkinson_____
3                                       Beth A. Wilkinson (admitted *pro hac vice*)
                                        Jonathan D. Kelley (admitted *pro hac vice*)
4                                       **WILKINSON WALSH + ESKOVITZ LLP**
5                                       1900 M Street NW, Suite 800
                                        Washington, DC 20036
6                                       Telephone:  (202) 847-4000
                                        Facsimile:   (202) 867-4005
7                                       bwilkinson@wilkinsonwalsh.com
8                                       jkelley@wilkinsonwalsh.com

9
                                        Neema T. Sahni (Bar No. 274240)
10                                      **COVINGTON & BURLING LLP**
11                                      2029 Century Park East, Suite 3100
                                        Los Angeles, CA 90067-3044
12                                      Telephone: (424) 332-4800
                                        Facsimile:  (424) 332-4782
13                                      nsahni@cov.com
14
15                                      Gregg H. Levy (admitted *pro hac vice*)
16                                      Derek Ludwin (admitted *pro hac vice*)
                                        **COVINGTON & BURLING LLP**
17                                      One City Center
18                                      850 Tenth Street NW
                                        Washington, DC 20001
19                                      Telephone: (202) 662-6000
20                                      Facsimile:  (202) 662-6291
                                        glevy@cov.com
21                                      dludwin@cov.com

22
                                        *Counsel for Defendants National Football*
23                                      *League, NFL Enterprises LLC, and the*
                                        *Individual NFL Clubs*
24

25

26

27

28

4
**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**
**AND DEADLINE FOR SUBMISSION OF JOINT PRELIMINARY REPORT**

DATED:  March 4, 2016                Respectfully submitted,

                                      *s/ Tammy A. Tsoumas*
                                     Melissa D. Ingalls (Bar No. 174861)
                                     Robyn E. Bladow (Bar No. 205189)
                                     Tammy A. Tsoumas (Bar No. 250487)
                                     **KIRKLAND & ELLIS LLP**
                                     333 South Hope Street
                                     Los Angeles, CA 90071
                                     Telephone: (213) 680-8400
                                     Facsimile:  (213) 680-8500
                                     melissa.ingalls@kirkland.com
                                     robyn.bladow@kirkland.com
                                     tammy.tsoumas@kirkland.com

                                     *Counsel for Defendants DIRECTV, LLC and*
                                     *DIRECTV Holdings LLC*

5

1    DATED:  March 4, 2016              Respectfully submitted,

2

3                                        *s/ Yehudah L. Buchweitz*
                                        James W. Quinn (admitted *pro hac vice*)
4                                        Yehudah L. Buchweitz (admitted *pro hac vice*)
                                        Eric S. Hochstadt (admitted *pro hac vice*)
5                                        **WEIL, GOTSHAL & MANGES LLP**
6                                        767 Fifth Avenue, 25th Floor
                                        New York, NY 10153
7                                        Telephone: (212)310-8000
                                        Facsimile:  (212)-310-8007
8                                        james.quinn@weil.com
9                                        yehudah.buchweitz@weil.com
                                        eric.hochstadt@weil.com
10

11                                       *Counsel for Defendant CBS Corporation*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
AND DEADLINE FOR SUBMISSION OF JOINT PRELIMINARY REPORT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  March 4, 2016                Respectfully submitted,

   *s/ Glenn D. Pomerantz*
Glenn D. Pomerantz (Bar No. 112503)
Steven M. Perry (Bar No. 106154)
**MUNGER TOLLES & OLSON LLP**
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071
Telephone: (213)-683-9132
Facsimile:  (213)-683-5132
Glenn.Pomerantz@mto.com
Steven.Perry@mto.com

*Counsel for Defendant ESPN, Inc.*

7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  March 4, 2016    Respectfully submitted,

         *s/ John E. Schmidtlein*

        John E. Schmidtlein (Bar No. 163520)
        **WILLIAMS & CONNOLLY LLP**
        725 Twelfth Street, N.W.
        Washington, DC 20005
        Telephone: (202)-434-5901
        Facsimile:  (202)-434-5029
        JSchmidtlein@wc.com

        *Counsel for Defendant Fox Broadcasting*
        *Company*

8

1

DATED:  March 4, 2016                Respectfully submitted,

2

_s/ Daniel G. Swanson_

3

Daniel G. Swanson (Bar No. 116556)

4

Melissa Phan (Bar No. 266880)
**GIBSON DUNN & CRUTCHER LLP**

5

333 South Grand Avenue

6

Los Angeles, CA 90071
Telephone:  (213) 229-7000

7

Facsimile:  (213) 229-7520

8

dswanson@gibsondunn.com
mphan@gibsondunn.com

9

10

Scott A. Edelman (Bar No. 116927)
**GIBSON, DUNN & CRUTCHER LLP**

11

2029 Century Park East

12

Los Angeles, CA 90067
Telephone:  (310) 552-8500

13

Facsimile:  (310) 551-8741

14

sedelman@gibsondunn.com

15

*Counsel for Defendant NBCUniversal Media,*

16

*LLC*

17

18

19

20

21

22

23

24

25

26

27

28

9

DATED: March 4, 2016          Respectfully submitted,

                              By:  _s/ David Martinez_
                              David Martinez (Bar No. 193183)
                              Roman M. Silberfeld, Bar No. 62783
                              ROBINS KAPLAN LLP
                              2049 Century Park East, Suite 3400
                              Los Angeles, CA 90067
                              Telephone: (310) 552-0130
                              Fax: (310) 229-5800
                              RSilberfeld@RobinsKaplan.com
                              DMartinez@RobinsKaplan.com

                              Hollis Salzman
                              Kellie Lerner
                              ROBINS KAPLAN LLP
                              601 Lexington Avenue
                              Suite 3400
                              New York, NY 10022
                              Telephone: (212) 980-7400
                              Fax: (212) 980-7499
                              HSalzman@RobinsKaplan.com
                              KLerner@RobinsKaplan.com
                              *Counsel for Plaintiff 1465 3rd Ave. Rest. Corp.*
                              *d/b/a Gael Pub*

                              By: _/s/ Marc M. Seltzer_
                              Marc M. Seltzer (Bar No. 54534)
                              SUSMAN GODFREY L.L.P.
                              1901 Avenue of the Stars, Suite 950
                              Los Angeles, CA 90067-6029
                              Telephone: (310) 789-3100
                              Fax: (310) 789-3150
                              mseltzer@susmangodfrey.com

                              William C. Carmody
                              Arun Subramanian
                              Seth D. Ard
                              Ian M. Gore
                              SUSMAN GODFREY L.L.P.
                              560 Lexington Avenue, 15th Floor
                              New York, NY 10022-6828

10

Telephone: (212) 336-8330
Fax: (212) 336-8340
igore@susmangodfrey.com
sard@susmangodfrey.com
asubramanian@susmangodfrey.com
bcarmody@susmangodfrey.com
*Counsel for Plaintiffs 8812 Tavern*
*Corp., d/b/a Bench Sports Bar, Christina*
*Malerba, and Nicholas Racklin*

John Radice
Kenneth Pickle
RADICE LAW FIRM
34 Sunset Boulevard
Long Beach, NJ 08008
Telephone: (646) 245-8502
Fax: (609) 385-0745
JRadice@radicelawfirm.com
KPickle@radicelawfirm.com
*Counsel for 1465 3rd Ave. Rest. Corp. d/b/a Gael*
*Pub*

Abbas Kazerounian, Bar No. 249203
Gouya Ranekouhi, Bar No. 288267
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Fax: (800) 520-5523 ak@kazlg.com
gouya@kazlg.com

Joshua B. Swigart, Esq., Bar No. 225557
Sara Khosroabadi, Esq., Bar No. 299642
HYDE & SWIGART
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Fax: (619) 297-1022
josh@westcoastlitigation.com
sara@westcoastlitigation.com

Todd M. Friedman, Bar No. 216752

11

1  LAW OFFICES OF TODD M. FRIEDMAN, P.C
2  324 S. Beverly Dr. #725
   Beverly Hills, CA 90212
3  Telephone: (877) 206-4741
4  Fax: (866) 633-0228
   tfriedman@attorneysforconsumers.com
5
6  Thomas A. Zimmerman, Jr.
   Matthew C. De Re
7  ZIMMERMAN LAW OFFICES, P.C.
8  77 West Washington Street, Suite 1220
   Chicago, IL 60602
9  Telephone: (312) 440-0020
10 Fax: (312) 440-4180
   tom@attorneyzim.com
11
12 Adam M. Tamburelli
   Eliot F. Krieger
13 Charles T. Spagnola
14 SULLIVAN, KRIEGER, TRUONG,
   SPAGNOLA & KLAUSNER, LLP
15 444 W. Ocean Blvd., Suite 1700
16 Long Beach, CA 90802
   Telephone: (562) 597-7070
17 Fax: (562) 597-7772
18 atamburelli@sullivankrieger.com
   ekrieger@sullivankrieger.com
19 cspagnola@sullivankrieger.com
20 *Counsel for Thomas Abrahamian and Mario*
   *Aliano*
21
22 Gregory E. Woodard
   Shawn M Larsen
23 LARSEN WOODWARD LLP
24 100 Bayview Circle, Suite 4500
   Newport Beach, CA 92660
25 Telephone: 949-769-6602
26 Fax: 949-769-6603
   gwoodard@larsenwoodard.com
27 slarsen@larsenwoodard.com
28
   Karen Hanson Riebel

12

**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**
**AND DEADLINE FOR SUBMISSION OF JOINT PRELIMINARY REPORT**

Richard A. Lockridge
Heidi M. Silton
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, Minnesota 55401-2159
Telephone: (612) 339-6900
Fax: (612) 339-0981
khriebel@locklaw.com
ralockridge@locklaw.com
hmsilton@locklaw.com

Gary F. Lynch
CARLSON LYNCH SWEET AND KILPELA
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
Telephone: 412-322-9243
Fax: 412-231-0246
glynch@carlsonlynch.com
*Counsel for Pizza Pie & Wing Co. LLC*

Michael D. Hausfeld
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Fax: (202)540-7201
mhausfeld@hausfeld.com

Irving Scher
Scott A. Martin
HAUSFELD LLP
33 Whitehall Street
14th Floor
New York, NY 10004
Telephone: (646) 357-1100
Fax: (212) 202-4322
ischer@hausfeld.com
smartin@hausfeld.com

**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
AND DEADLINE FOR SUBMISSION OF JOINT PRELIMINARY REPORT**

Lee Albert
Brian Murray
GLANCY PONGRAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Fax: (212) 884-0988
lablert@glancylaw.com
bmurray@glancylaw.com

Michael P. Lehmann, Bar No. 77152
Bonny E. Sweeney, Bar No. 176174
Christopher L. Lebsock, Bar No. 184546
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

Lionel Z. Glancy
GLANCY PONGRAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fax: (310) 432-1495
lglancy@glancylaw.com
*Counsel for Plaintiff Ninth Inning Inc.*
*d/b/a The Mucky Duck*

Ramzi Abadou, Bar No. 222567
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (504) 455-1400
Fax: (504) 455-1498
ramzi.abadou@ksfcounsel.com

14

**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**
**AND DEADLINE FOR SUBMISSION OF JOINT PRELIMINARY REPORT**

Melinda A. Nicholson
KAHN SWICK & FOTI, LLC
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Fax: (504) 455-1498
melinda.nicholson@ksfcounsel.com
*Counsel for Plaintiffs Rookies Sports Cafe,*
*L.L.C., Maple Street Entertainment, L.L.C. d/b/a*
*Repp's Uptilly Tavern, and Martinis of New*
*Orleans, Inc. d/b/a Hurricanes Sports Bar*

Lionel Z. Glancy, Bar No. 134180
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fax: (310) 201-9160
lglancy@glancylaw.com

Lee Albert
Brian Murray
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Fax: (212) 884-0988
lalbert@glancylaw.com
bmurray@glancylaw.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Fax: (215) 496-6611
espector@srkw-law.com

15

bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

David P. McLafferty
LAW OFFICES OF DAVID P. MCLAFFERTY
& ASSOCIATES, P.C.
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 940-4000
Fax: (610) 940-4007
dmclafferty@mclaffertylaw.com
*Counsel for Plaintiff Main Street America*
*Limited T/A The Great American Pub*

Bryan M. Thomas, Bar No. 238409
BAHADORI & THOMAS, LLP
2 Park Plaza, Suite 450
Irvine, CA 92614
Oakland, CA 94607
Telephone: (949) 954-8164
Fax: (949) 954-8163
bmt@bahadorilaw.com

Peter Safirstein
Roger A. Sachar Jr.
MORGAN & MORGAN PC
28 West 44th Street
Suite 2001
New York, NY 10036
Telephone: (212) 564-1637
Fax: (212) 564-1656
PSafirstein@MorganSecuritiesLaw.com
RSachar@MorganSecuritiesLaw.com

Lesley E. Weaver, Bar No. 191305
BLOCK & LEVITON LLP
520 3rd Street, Suite 108
Oakland, CA 94607
Telephone: (415) 968-8999
Fax: (617) 507-6020

16

lweaver@blockesq.com
*Counsel for Plaintiffs the Infirmary, LLC
And Davenport's Family Restaurant, Inc.*

Caleb Marker, Bar No. 269721
Christopher P. Ridout
ZIMMERMAN REED, LLP
555 E. Ocean Blvd., Suite 500
Long Beach, CA 90802
Telephone: (877) 500-8780
Fax: (877) 500-8781
caleb.marker@zimmreed.com
Christopher.Ridout@zimmreed.com

Brian C. Gudmundson
Jason R. Lee
ZIMMERMAN REED, LLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Fax: (612) 341-0844
brian.gudmundson@zimmreed.com
Jason.lee@zimmreed.com

Hart L. Robinovitch
ZIMMERMAN REED, LLP
14646 North Kierland Boulevard Suite 145
Scottsdale, AZ 85254
Telephone: (480)-348-6400
Fax: (480)-648-6415
hart.robinovitch@zimmreed.com

Arthur M. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 525-8100
Fax: (504) 584-5249
amurray@murray-lawfirm.com
*Counsel for Plaintiff Jammers, Inc.
d/b/a Flight's Restaurant / Flight's Beer*

17

1     *Bar*

2
      Stephen R. Basser, Bar No. 121590
3     Samuel M. Ward, Bar No. 216562
4     BARRACK, RODOS & BACINE
      One America Plaza
5     600 West Broadway, Suite 900
6     San Diego, CA 92101
      Telephone: (619) 230–0800
7     Fax: (619) 230–1874
8     sbasser@barrack.com
9     sward@barrack.com

10    Gerald J. Rodos
11    Jeffrey B. Gittleman
12    BARRACK, RODOS & BACINE
      Two Commerce Square
13    2001 Market Street, Suite 3300
14    Philadelphia, PA 19103
      Telephone: (215) 963–0600
15    Fax: (215) 963–0838
      grodos@barrack.com
16    jgittleman@barrack.com
17    *Counsel for DNW Foods Inc. and the Proposed*
      *Class*
18

19    Lionel Z. Glancy, Bar No. 134180
20    GLANCY PRONGAY & MURRAY LLP
      1925 Century Park East, Suite 2100
21    Los Angeles, CA 90067
      Telephone: (310) 201-9150
22    Fax: (310) 432-1495
23    lglancy@glancylaw.com

24
      David P. McLafferty
25    LAW OFFICES OF DAVID P.
26    MCLAFFERTY & ASSOCIATES, P.C.
      923 Fayette Street
27    Conshohocken, PA 19428
28    Telephone: (610) 940-4000
      Fax: (610) 940-4007

18

dmclafferty@mclaffertylaw.com

Lee Albert
Brian Murray
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Fax: (212) 884-0988
lablert@glancylaw.com
bmurray@glancylaw.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Fax: (215) 496-6611
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

Jeffrey S. Goldenberg
GOLDENBERG SCHNEIDER, LPA
One West 4th Street, 18th Floor
Cincinnati, Ohio 45202
Telephone: (513) 345-8291
Fax: (513) 345-8294
jgoldenberg@gs-legal.com

Christian A. Jenkins
James D. Ludwig
MINNILLO & JENKINS, CO., LPA
2712 Observatory Avenue
Cincinnati, Ohio 45208
Telephone: (513) 723-1600

19

Fax: (513) 723-1620
cjenkins@minnillojenkins.com
jludwig@minnillojenkins.com
*Counsel for Plaintiffs Ambrose BD, LLC,*
*Ambrose BD 2, LLC, and Keystone University*
*Square, LLC*

Alexander M. Schack, Esq., Bar No. 99126
Natasha Naraghi, Esq., Bar No. 284711
LAW OFFICES OF ALEXANDER M.
SCHACK
16870 West Bernardo Drive, Suite 400
San Diego, California 92127
Telephone: (858) 485-6535
Fax: (858) 485-0608
alexschack@amslawoffice.com
natashanaraghi@amslawoffice.com
*Counsel for Plaintiff Michael Holinko*

Christopher L. Lebsock, Bar No. 184546
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
Fax: 415-358-4980
clebsock@hausfeld.com

Mark A. Wendorf, Bar No. 173484
Garrett D. Blanchfield, Bar No. 209855
Roberta A. Yard, Bar No. 322295
REINHARDT, WENDORF & BLANCHFIELD
E 1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 287-2100
Fax: (651) 287-2103
m.wendorf@rwblawfirm.com
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

Lionel Z. Glancy

20

GLANCY PONGRAY & MURRAY
LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fax: (310) 432-1495
lglancy@glancylaw.com
*Counsel for Plaintiff Village Pub, LLC*

David H. Weinstein, Bar No. 43167
Robert S. Kitchenoff
WEINSTEIN KITCHENOFF & ASHER LLC
100 South Broad Street, Suite 705
Philadelphia, PA 19110-1061
Telephone: (215) 545-7200
Fax: (215) 545-6535
weinstein@wka-law.com
kitchenoff@wka-law.com

M. Stephen Dampier
THE DAMPIER LAW FIRM P.C.
55 N. Section Street
P.O. Box 161 (36533)
Fairhope, AL 36532
Telephone: (251) 929-0900
Fax: (251) 929-0800
stevedampier@dampierlaw.com
*Counsel for Plaintiff NYN, Inc. d/b/a/ New York Nick's*

Caleb Marker, Bar No. 269721
ZIMMERMAN REED, LLP
555 E. Ocean Blvd., Suite 500
Long Beach, CA 90802
Telephone: (877) 500-8780
Fax: (877) 500-8781
caleb.marker@zimmreed.com

Brian C. Gudmundson
Jason R. Lee
ZIMMERMAN REED, LLP

21

1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Fax: (612) 341-0844
brian.gudmundson@zimmreed.com
jason.lee@zimmreed.com

Hart L. Robinovitch
ZIMMERMAN REED, LLP
14646 North Kierland Boulevard Suite 145
Scottsdale, AZ 85254
Telephone: (480)-348-6400
Fax: (480)-648-6415
hart.robinovitch@zimmreed.com

Bryan L. Bleichner
Francis J. Rondoni
Jeffrey D. Bores
CHESTNUT CAMBRONNE PA
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
frondoni@chestnutcambronne.com
jbores@chestnutcambronne.com
*Counsel for Plaintiff P.J. Hafiz Club*
*Management, Inc. d/b/a Sneaky Pete's*

Caleb Marker, Bar No. 269721
ZIMMERMAN REED, LLP
555 E. Ocean Blvd., Suite 500
Long Beach, CA 90802
Telephone: (877) 500-8780
Fax: (877) 500-8781
caleb.marker@zimmreed.com

Brian C. Gudmundson
Jason R. Lee
ZIMMERMAN REED, LLP

22

1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Fax: (612) 341-0844
brian.gudmundson@zimmreed.com
jason.lee@zimmreed.com

Hart L. Robinovitch
ZIMMERMAN REED, LLP
14646 North Kierland Boulevard Suite 145
Scottsdale, AZ 85254
Telephone: (480)-348-6400
Fax: (480)-648-6415
hart.robinovitch@zimmreed.com

Mark S. Goldman
Paul J. Scarlato
Brian D. Penny
GOLDMAN SCARLATO & PENNY, P.C.
Eight Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA 19428
Telephone: (484)342-0700
goldman@lawgsp.com
scarlato@lawgsp.com
penny@lawgsp.com

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
3 Terry Drive, Suite 205
Newtown, PA 18940
Telephone: (215) 867-2200
Fax: (267) 685-0676
medelson@edelson-law.com
*Counsel for Plaintiff Two Pauls, Inc.*

Rosemary M. Rivas, Bar No. 209147
FINKELSTEIN THOMPSON LLP
One California Street, Suite 900
San Francisco, California 94111

23

Telephone: (415) 398-8700
Fax: (415) 398-8704
rrivas@finkelsteinthompson.com

Tracy D. Rezvani
Richard M. Volin
REZVANI VOLIN, P.C.
1050 Connecticut Ave, N.W.,
Suite 500
Washington, D.C. 20036
Telephone: (202) 350-4270
Fax: (202) 351-0544
trezvani@rezvanivolin.com
rvolin@rezvanivolin.com

M. Stephen Dampier
THE DAMPIER LAW FIRM P.C.
55 N. Section Street
P.O. Box 161 (36533)
Fairhope, AL 36532
Telephone: (251) 929-0900
Fax: (251) 929-0800
stevedampier@dampierlaw.com
*Counsel for Plaintiff Duck LLC, Dude-N Brah,*
*Inc., Longliners Cafe, LLC., All In H.B., LLC,*
*First Class Perks, LLC, Helen Back Again*
*Crestview LLC, and Will Call Sports, LLC*

Caleb Marker, Bar No. 269721
ZIMMERMAN REED, LLP
555 E. Ocean Blvd., Suite 500
Long Beach, CA 90802
Telephone: (877) 500-8780
Fax: (877) 500-8781
caleb.marker@zimmreed.com

Brian C. Gudmundson
Jason R. Lee
ZIMMERMAN REED, LLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402

24

Telephone: (612) 341-0400
Fax: (612) 341-0844
brian.gudmundson@zimmreed.com
Jason.lee@zimmreed.com

Hart L. Robinovitch
ZIMMERMAN REED, LLP
14646 North Kierland Boulevard Suite 145
Scottsdale, AZ 85254
Telephone: (480)-348-6400
Fax: (480)-648-6415
hart.robinovitch@zimmreed.com

Renae D. Steiner
Vincent J. Esades
James W. Anderson
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Fax: (612) 338-4692
rsteiner@heinsmills.com
vesades@heinsmills.com
janderson@heinsmills.com

Patrick R. Burns
BURNS LAW FIRM PLLC
1624 Harmon Place, Suite 300
Minneapolis, MN 55403
Telephone: (612) 877-6400
patrick@burns-law.mn
*Counsel for Plaintiffs JS Entertainment, Inc., MJ
Ventures, Inc., Our Ventures Inc., SD Billy
Frogs, Inc. and Triple J Entertainment, Inc.*

Daniel C. Girard
Dena C. Sharp
Scott Grzenczyk
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108

25

1   Telephone: (415) 981-4800
2   Fax: (415) 981-4846
    dcg@girardgibbs.com
3   chc@girardgibbs.com
4   smg@girardgibbs.com

5   Amanda M. Steiner
6   GIRARD GIBBS LLP
    711 Third Ave., 20th Floor
7   New York, NY 10017
8   Telephone: (212) 867-1721
    Fax: (212) 867-1767
9   as@girardgibbs.com
10
11  Ryan F. Stephan
    James B. Zouras
12  STEPHAN ZOURAS, LLP
    205 North Michigan Avenue, Suite 2560
13  Chicago, IL 60601
14  Telephone: (312) 233-1550
    Fax: (312) 233-1560
15  RStephan@stephanzouras.com
16  JZouras@stephanzouras.com
17  *Counsel for Plaintiffs D.J.'s Sports Bar, Inc.*

18  Richard A. Koffman
19  Jeffrey B. Dubner
    COHEN MILSTEIN SELLERS & TOLL
20  PLLC
21  1100 New York Ave. NW
    Suite 500
22  Washington, DC 20005
23  Telephone: (202) 408-4600
    Fax: (202) 408-4699
24  rkoffman@cohenmilstein.com
25  jdubner@cohenmilstein.com
26
27  Daniel B. Rehns
    COHEN MILSTEIN SELLERS & TOLL
28  PLLC
    88 Pine Street, 14th Floor

26

**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
AND DEADLINE FOR SUBMISSION OF JOINT PRELIMINARY REPORT**

New York, NY 10005
Telephone: (212) 838-7797
Fax: (212) 838-7745
drehns@cohenmilstein.com

Howard Langer
Edward Diver
Peter Leckman, Bar No. 235721
LANGER, GROGAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Telephone: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com
ndiver@langergrogan.com
pleckman@langergrogan.com
*Counsel for Plaintiffs Trilogy Holding, LLC, d/b/a Bounce Sporting Club, New Lounge 4324, LLC, d/b/a Bounce Sporting Club, Pedal Haus Brewery, LLC, Whiskey Rocks Tempe, LLC d/b/a Gringo Star Street Bar, and Jonathan Frantz*

Marc I. Gross
Jeremy A. Lieberman
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Fax: 212-661-8665
migross@pomlaw.com
jalieberman@pomlaw.con

Jayne A. Goldstein
POMERANTZ LLP
1792 Bell Tower Lane
Suite 203
Weston, FL 33326
Telephone: (561) 270-0795
Fax: (954) 315-3455
jagoldstein@pomlaw.com
*Counsel for Plaintiff Steven Dassa*

27

**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
AND DEADLINE FOR SUBMISSION OF JOINT PRELIMINARY REPORT**

1

2     Robert J. LaRocca
      Craig W. Hillwig
3     KOHN, SWIFT & GRAF, P.C.
4     One South Broad Street, Suite 2100
      Philadelphia, PA 19107
5     Telephone: (215) 238-1700
6     Fax: (215) 238-1968
      rlarocca@kohnswift.com
7     chillwig@kohnswift.com

8

9     Michael J. Boni
      Joshua D. Snyder
10    John E. Sindoni
11    BONI & ZACK LLC
      15 St. Asaphs Road
12    Bala Cynwyd, PA 19004
      Telephone: (610) 822-0200
13    Fax: (610) 822-0206
14    mboni@bonizack.com
15    jsnyder@bonizack.com
      jsindoni@bonizack.com
16    *Counsel for Plaintiff T-3 Restaurants, Inc.*

17

18    Betsy C. Manifold, Bar No. 182450
      Rachelle R, Rickert, Bar No. 190634
19    Marisa C. Livesay, Bar No. 223247
      Brittany N. DeJong, Bar No. 258766
20    WOLF HALDENSTEIN ADLER
21    FREEMAN & HERZ LLP
      750 B Street, Suite 2770
22    San Diego, CA 92101
23    Telephone: (619) 239-4599
      Fax: (619) 234-4599
24    manifold@whafh.com
25    rickert@whafh.com
      livesay@whafh.com
26    dejong@whafh.com

27

28    Fred Taylor Isquith
      Thomas H. Burt

**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
AND DEADLINE FOR SUBMISSION OF JOINT PRELIMINARY REPORT**

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Fax: 212/545-4653
isquith@whafh.com
burt@whafh.com

Theodore B. Bell
Carl Malmstrom
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
One South Dearborn St., Suite 2122
Chicago, IL 60603
Telephone: 312/984-0000
Fax: 312/212-4401
tbell@whafh.com
malmstrom@whafh.com
*Counsel for Plaintiffs Jon2 LLC and Adam Matschullat*

Mike Arias, Bar No. 115385
Alfredo Torrijos, Bar No. 222458
Arnold C. Wang, Bar No. 204431
ARIAS SANGUINETTI STAHLE &
TORRIJOS, LLP
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (310) 844-9696
Fax: (310) 861-0168
mike@asstlawyers.com
alfredo@asstlawyers.com
arnold@asstlawyers.com

Daniel R. Karon
Beau D. Hollowell
KARON LLC
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Telephone: (216) 622-1851

29

Fax: (216) 241-8175
dkaron@karonllc.com
bhollowell@karonllc.com
*Counsel for Plaintiff Seifert Holdings, Inc. (d/b/a Third Base)*

Daniel J. Mogin, Bar No. 95624
Jodie M. Williams, Bar No. 247848
Jin Young Choi, Bar No. 306763
THE MOGIN LAW FIRM, P.C.
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginlaw.com
jwilliams@moginlaw.com
pchoi@moginlaw.com

David W. Kesselman, Bar No. 203838
Amy T. Brantly, Bar No. 210893
Trevor V. Stockinger, Bar No. 226359
KESSELMAN BRANTLY STOCKINGER LLP
1230 Rosecrans Ave., Suite 690
Manhattan Beach, CA 90266
Telephone: (310) 307-4555
Fax: (310) 307-4570
dkesselman@kbslaw.com
abrantly@kbslaw.com
tstockinger@kbslaw.com
*Counsel for Plaintiff Sir Waldon, Inc. d/b/a Oggi's Pizza*
560 Lexington Avenue, 15th Floor
New York, NY 10022-6828
Telephone: (212) 336-8330
Fax: (212) 336-8340
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
sard@susmangodfrey.com
igore@susmangodfrey.com

**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
AND DEADLINE FOR SUBMISSION OF JOINT PRELIMINARY REPORT**

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of the filing and have authorized this filing.


DATED:  March 4, 2016                    WILKINSON WALSH + ESKOVITZ LLP

                                          _s/  Beth A. Wilkinson_____
                                         Beth A. Wilkinson

STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
AND DEADLINE FOR SUBMISSION OF JOINT PRELIMINARY REPORT