1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>———————————————<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>[PROPOSED] ORDER ON STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR SUBMISSION OF JOINT PRELIMINARY REPORT<br><br>Judge: Hon. Beverly Reid O'Connell |

# [PROPOSED] ORDER ON STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR SUBMISSION OF JOINT PRELIMINARY REPORT

The Court has reviewed and considered the Stipulation to Reschedule the Case Management Conference and Deadline for Submission of Joint Preliminary Report (the "Stipulation") that was jointly submitted by the parties in the above-captioned action.

Accordingly, IT IS HEREBY ORDERED:

1. Good cause exists to reschedule the Case Management Conference and the deadline for the parties' submission of the Joint Preliminary Report, as set out in Sections 5.A and 5.B of this Court's February 1, 2016 Order, respectively.

2. The Case Management Conference shall be rescheduled to [Wednesday, May 18, 2016, or Thursday, May 19, 2016] at _____ [AM/PM].

3. The deadline for submission of the Joint Preliminary Report shall be Friday, March 25, 2016.

4. The entry into the Stipulation by Defendants shall not constitute a waiver of any defenses except for insufficiency of process or insufficiency of service of process.

IT IS SO ORDERED.

Dated: _____, 2016

_____
United States District Judge

IT IS SO ORDERED.

Dated: _____, 2016

_____
United States District Judge