LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | ML 15-02668-BRO (JEMx) | Date | March 8, 2016 |
|---|---|---|---|
| Title | IN RE: NATIONAL FOOTBALL LEAGUES SUNDAY TICKET ANTITRUST LITIGATION | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER SETTING BRIEFING SCHEDULE
## FOR MOTION TO REMAND [24]

On January 29, 2016, Plaintiff Robert Gary Lippincott, Jr. ("Plaintiff Lippincott"), on behalf of himself and all others similarly situated, filed a Motion to Remand Case to Sonoma County Superior Court. (Dkt. No. 24 (hereinafter, "Motion to Remand").) This Court's Order Setting Case Management Conference and Briefing Schedule (hereinafter, "Case Management Order") terminated Plaintiff Lippincott's Motion to Remand. (Dkt. Nos. 27, 28.)

Pursuant to the Case Management Order the MDL Plaintiffs filed a Motion to Consolidate on February 29, 2016, which is currently pending. (*See* Dkt. No. 85.) The Motion to Consolidate notes that Plaintiff Lippincott does not join the Motion to Consolidate and that Plaintiff Lippincott "intend[s] to move forward with [his] motion to remand to state court at an appropriate time pursuant to the Case Management Order" and "[t]o the extent that [the Motion to Remand] may be denied, . . . [Plaintiff Lippincott] do[es] not oppose consolidation." (*Id.* at 2 n.1.)

The Court accordingly **ORDERS** the Clerk to reinstate Plaintiff Lippincott's Motion to Remand, (Dkt. Nos. 24, 25, 26), and sets the following briefing schedule regarding Plaintiff Lippincott's Motion to Remand[1]:

---

[1] The Court notes that neither this Order nor the briefing schedule set forth in this Order affect the briefing schedule with respect to the MDL Plaintiffs' Motion to Consolidate. (*See* Dkt. No. 85.)

LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **ML 15-02668-BRO (JEMx)** | Date | March 8, 2016 |
|---|---|---|---|
| Title | **IN RE: NATIONAL FOOTBALL LEAGUES SUNDAY TICKET ANTITRUST LITIGATION** | | |

- Any opposition to Plaintiff Lippincott's Motion to Remand shall be filed **on or before 4 p.m. on Tuesday, March 15, 2016**;

- Any reply in support of Plaintiff Lippincott's Motion to Remand shall be filed **on or before 4 p.m. on Tuesday, March 22, 2016**;

- If necessary, the hearing on this matter will take place at **9:00 a.m. on Tuesday, March 29, 2016**.

**IT IS SO ORDERED.**

                                                                      Initials of Preparer        rf