1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**CENTRAL DISTRICT OF CALIFORNIA**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN RE: NATIONAL FOOTBALL
LEAGUE'S "SUNDAY TICKET"
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:15-ml-02668-BRO (JEMx)

ORDER ON STIPULATION TO
RESCHEDULE CASE MANAGEMENT
CONFERENCE AND DEADLINE FOR
SUBMISSION OF JOINT
PRELIMINARY REPORT

Judge:  Hon. Beverly Reid O'Connell

**ORDER ON STIPULATION TO RESCHEDULE
CASE MANAGEMENT CONFERENCE AND DEADLINE
FOR SUBMISSION OF JOINT PRELIMINARY REPORT**

The Court has reviewed and considered the Stipulation to Reschedule the Case Management Conference and Deadline for Submission of Joint Preliminary Report (the "Stipulation") that was jointly submitted by the parties in the above-captioned action.

Accordingly, IT IS HEREBY ORDERED:

1.      Good cause exists to reschedule the Case Management Conference and the deadline for the parties' submission of the Joint Preliminary Report, as set out in Sections 5.A and 5.B of this Court's February 1, 2016 Order, respectively.

2.      The Case Management Conference shall be rescheduled to Wednesday, May 18, 2016 at 1:30PM.

3.      The deadline for submission of the Joint Preliminary Report shall be Friday, March 25, 2016.

4.      The entry into the Stipulation by Defendants shall not constitute a waiver of any defenses except for insufficiency of process or insufficiency of service of process.

**IT IS HEREBY ORDERED**

Dated: <u>March 8, 2016</u>   _____

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

1