Name and address:
Mark A. Wendorf
Reinhardt Wendorf & Blanchfield
E1250 First National Bank Bldg.
332 Minnesota St.
St. Paul, MN 55101
Tele: (651) 287-2100
Fax: (651) 287-2103

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

Plaintiff(s)

v.

This Document Relates to All Actions

Defendant(s).

CASE NUMBER

2:15-ml-02668-BRO (JEMx)

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE
*PRO HAC VICE*

**INSTRUCTIONS FOR APPLICANTS**
(1) Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; **note that electronic signatures are not accepted.** Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.
(2) Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).
(3) Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.

**SECTION I - INFORMATION**

Mark A. Wendorf
*Applicant's Name (Last Name, First Name & Middle Initial)*

Reinhardt Wendorf & Blanchfield
*Firm Name*

E1250 First National Bank Bldg.
332 Minnesota St.
*Street Address*

St. Paul, MN 55101
*City, State, Zip Code*

651-287-2100
*Telephone Number*

651-287-2103
*Fax Number*

m.wendorf@rwblawfirm.com
*E-Mail Address*

I have been retained to represent the following parties:
Village Pub, LLC    [X] Plaintiff  [ ] Defendant  [ ] Other: _____
                    [ ] Plaintiff  [ ] Defendant  [ ] Other: _____
*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Minnesota Supreme Court | 4/1/1986 | yes |
| District of Minnesota | 5/22/1989 | yes |
| 8th Circuit Court of Appeals | 9/23/1998 | yes |
| U.S. Supreme Court | 1/11/2010 | yes |

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

Have you previously registered as a CM/ECF user in the Central District of California?   ☐ Yes   ☒ No
If yes, was your CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No:

_____
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 3/1/16     Mark A. Wendorf
                 *Applicant's Name (please type or print)*
                 /s/ Mark Wendorf
                 *Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Glancy, Lionel Z.

*Designee's Name (Last Name, First Name & Middle Initial)*

Glancy Prongay & Murray LLP

*Firm Name*

1925 Century Park East, Suite 2100

*Street Address*

Los Angeles, CA 90067

*City, State, Zip Code*

(310) 201-9150
*Telephone Number*

(310) 201-9160
*Fax Number*

lglancy@glancylaw.com
*E-Mail Address*

134180
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated March 7, 2016

Lionel Z. Glancy
*Designee's Name (please type or print)*

[signature]
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Also admitted to the following courts:

| | | |
|---|---|---|
| 9th Circuit Court of Appeals | 8/8/2003 | Member in good standing |
| 10th Circuit Court of Appeals | 11/1/1998 | Member in good standing |
| 3rd Circuit Court of Appeals | 10/28/1999 | Member in good standing |

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On March 8, 2016, I caused to be served the following documents:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE**

**PROPOSED ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE**

By posting the documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 8, 2016, at Los Angeles, California.

*s/ Lionel Z. Glancy*
Lionel Z. Glancy

**Mailing Information for a Case 2:15-ml-02668-BRO-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation**

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,dawn.hartman@ksfcounsel.com

- **Lee Albert**
  lalbert@glancylaw.com

- **Seth Ard**
  sard@susmangodfrey.com,ecf-cb051334f073@ecf.pacerpro.com,mritter@susmangodfrey.com,ecf-7bb0ee8b6051@ecf.pacerpro.com

- **Mike M Arias**
  mike@asstlawyers.com,maricela@asstlawyers.com,stephanie@asstlawyers.com,jessica@asstlawyers.com,ladonna@asstlawyers.com

- **Amid T Bahadori**
  atb@bahadorilaw.com

- **Stephen R Basser**
  sbasser@barrack.com,jmueller@barrack.com

- **Robyn Eileen Bladow**
  robyn.bladow@kirkland.com,jelani.solper@kirkland.com,laura.bay@kirkland.com

- **Garrett D Blanchfield , Jr**
  g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com

- **Bryan L Bleichner**
  bbleichner@chestnutcambronne.com,dproulx@chestnutcambronne.com

- **Amy Thomas Brantly**
  Abrantly@kbslaw.com,Mquiane@kbslaw.com

- **Yehudah L Buchweitz**
  yehudah.buchweitz@weil.com,Joy.Dineo@weil.com,CBS-PacquiaoAssociates@weil.com,Patrick.Mills@weil.com,Nate.West@weil.com,jessie.mishkin@weil.com,joseph.adamson@weil.com,MCO.ECF@weil.com

- **Bradley Christopher Buhrow**
  brad.buhrow@zimmreed.com,sabine.king@zimmreed.com

- **Thomas H Burt**
  burt@whafh.com

- **William G Caldes**
  Bcaldes@srkw-law.com

- **William Christopher Carmody**
  bcarmody@susmangodfrey.com,mchristie@susmangodfrey.com

- **Jin Young Choi**
  pchoi@moginlaw.com

- **Matthew C De Re**
  matt@attorneyzim.com

- **Brittany DeJong**
  dejong@whafh.com

- **Edward Diver**
  ndiver@langergrogan.com

- **Jeffrey Benjamin Dubner**
  jdubner@cohenmilstein.com

- **Marc H Edelson**
  medelson@edelson-law.com

- **Daniel C Girard**
  dcg@girardgibbs.com,mce@girardgibbs.com,amv@girardgibbs.com

- **Jeffrey B Gittleman**
  jgittleman@barrack.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Jeffrey Scott Goldenberg**
  jgoldenberg@gs-legal.com,cpence@gs-legal.com

- **Mark S Goldman**
  goldman@lawgsp.com

- **Jayne Arnold Goldstein**
  jagoldstein@pomlaw.com

- **Ian M Gore**
  igore@susmangodfrey.com,ecf-67c2cc05d65a@ecf.pacerpro.com,lnand@susmangodfrey.com,ecf-62cbb7ccef36@ecf.pacerpro.com

- **Marc I Gross**
  migross@pomlaw.com

- **Scott M Grzenczyk**
  smg@girardgibbs.com,amv@girardgibbs.com

- **Brian C Gudmundson**
  brian.gudmundson@zimmreed.com

- **Eric S Hochstadt**
  eric.hochstadt@weil.com,james.quinn@weil.com,MCO.ECF@weil.com

- **Melissa D Ingalls**
  melissa.ingalls@kirkland.com,sbenson@kirkland.com,laura.bay@kirkland.com
- **Fred Taylor Isquith**
  isquith@whafh.com
- **Jonathan M Jagher**
  jjagher@srkw-law.com
- **Christian A Jenkins**
  cjenkins@minnillojenkins.com
- **Daniel R Karon**
  dkaron@karonllc.com,cgood@karonllc.com,bhollowell@karonllc.com
- **Jonathan D Kelley**
  jkelley@wilkinsonwalsh.com
- **David W Kesselman**
  dkesselman@kbslaw.com,aporras@kbslaw.com,tstockinger@kbslaw.com,mquiane@kbslaw.com
- **Robert S Kitchenoff**
  kitchenoff@wka-law.com
- **Richard A Koffman**
  rkoffman@cohenmilstein.com
- **Eliot F Krieger**
  ekrieger@sullivankrieger.com,ltom@sullivankrieger.com
- **Howard Langer**
  ktrainer@langergrogan.com,hlanger@langergrogan.com
- **Robert J Larocca**
  rlarocca@kohnswift.com
- **Shawn M Larsen**
  slarsen@larsenwoodard.com,mmorelli@kbylaw.com
- **Christopher L Lebsock**
  clebsock@hausfeldllp.com
- **Peter Leckman**
  pleckman@langergrogan.com
- **Jason R Lee**
  jason.lee@zimmreed.com
- **Kellie C Lerner**
  klerner@robinskaplan.com
- **Gregg H Levy**
  glevy@cov.com
- **Marisa C Livesay**
  livesay@whafh.com,boyles@whafh.com
- **Richard A Lockridge**
  ralockridge@locklaw.com,bmemmons@locklaw.com
- **James D Ludwig**
  jludwig@minnillojenkins.com
- **Derek Ludwin**
  dludwin@cov.com
- **Gary F Lynch**
  glynch@carlsonlynch.com,nehrheart@carlsonlynch.com,jetzel@carlsonlynch.com
- **Carl Malmstrom**
  malmstrom@whafh.com
- **Betsy C Manifold**
  manifold@whafh.com,cabrera@whafh.com,donovan@whafh.com,boyles@whafh.com,loritsch@whafh.com
- **Caleb Marker**
  Caleb.Marker@zimmreed.com,sabine.king@zimmreed.com
- **David Martinez**
  dmartinez@robinskaplan.com,lcastiglioni@robinskaplan.com,dfiskio@robinskaplan.com
- **Daniel J Mogin**
  dmogin@moginlaw.com,steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com,sejercito@moginlaw.com,jwilliams@moginlaw.com,jchatfield@moginlaw.com
- **Arthur M Murray**
  amurray@murray-lawfirm.com
- **Natasha Azadeh Naraghi**
  natashanaraghi@amslawoffice.com,joanbennett@amslawoffice.com
- **Melinda A Nicholson**
  melinda.nicholson@ksfcounsel.com,dawn.hartman@ksfcounsel.com
- **Brian D Penny**
  penny@lawgsp.com
- **Kenneth B Pickle**
  KPickle@radicelawfirm.com
- **James W Quinn**
  james.quinn@weil.com
- **John D Radice**

- **John D Radice**
  jradice@radicelawfirm.com
- **Daniel B Rehns**
  drehns@cohenmilstein.com,efilings@cohenmilstein.com
- **Rachele R Rickert**
  rickert@whafh.com,cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com,cothran@whafh.com
- **Christopher P Ridout**
  Christopher.Ridout@zimmreed.com,sabine.king@zimmreed.com,Hannah.Belknap@zimmreed.com,judy.carter@zimmreed.com
- **Karen Hanson Riebel**
  khriebel@locklaw.com,crjohnson@locklaw.com,arpederson@locklaw.com
- **Rosemary M Rivas**
  rrivas@finkelsteinthompson.com,qroberts@finkelsteinthompson.com,adang@finkelsteinthompson.com,arivas@finkelsteinthompson.com,twarren@finkelsteinthompson.com,cterril@finkelsteinthompson.com
- **Hart L Robinovitch**
  hart.robinovitch@zimmreed.com,sabine.king@zimmreed.com
- **Roger A Sachar , Jr**
  rsachar@morgansecuritieslaw.com
- **Neema Trivedi Sahni**
  nsahni@cov.com,mdarrah@cov.com,SLahrPastor@cov.com,jplayforth@cov.com,achristian@cov.com
- **Hollis L Salzman**
  hsalzman@robinskaplan.com
- **Marc M Seltzer**
  mseltzer@susmangodfrey.com,ecf-4d2b1f772250@ecf.pacerpro.com,hdanielson@susmangodfrey.com,ecf-67366a65900c@ecf.pacerpro.com
- **Christina H Connolly Sharp**
  chc@girardgibbs.com,bmg@girardgibbs.com,amv@girardgibbs.com,aep@girardgibbs.com
- **Roman M Silberfeld**
  rmsilberfeld@rkmc.com,reirajpanah@rkmc.com
- **Heidi M Silton**
  hmsilton@locklaw.com,arpederson@locklaw.com,sljuell@locklaw.com
- **Charles T Spagnola**
  Cspagnola@Sullivankrieger.com,ltom@sullivankrieger.com
- **Eugene A Spector**
  espector@srkw-law.com
- **Jeffrey L Spector**
  jspector@srkw-law.com
- **Amanda M Steiner**
  as@girardgibbs.com,chc@girardgibbs.com,amv@girardgibbs.com
- **Ryan F Stephan**
  rstephan@stephanzouras.com,ehalverson@stephanzouras.com,kbowers@stephanzouras.com
- **Trevor V Stockinger**
  tstockinger@kbslaw.com
- **Arun S Subramanian**
  asubramanian@susmangodfrey.com,ecf-aa83a63bc6d9@ecf.pacerpro.com,ecf-329b86a28024@ecf.pacerpro.com
- **Adam M Tamburelli**
  atamburelli@sullivankrieger.com,ltom@sullivankrieger.com
- **Bryan Matthew Thomas**
  bryanthomasjd@gmail.com
- **Alfredo Torrijos**
  alfredo@asstlawyers.com
- **Tammy Ann Tsoumas**
  tammy.tsoumas@kirkland.com,jonathan.faria@kirkland.com
- **Arnold C Wang**
  arnold@asstlawyers.com,maricela@asstlawyers.com,jessica@asstlawyers.com,ladonna@asstlawyers.com
- **Samuel M Ward**
  sward@barrack.com,sbasser@barrack.com,jmueller@barrack.com
- **Lesley E Weaver**
  lweaver@blockesq.com
- **David H Weinstein**
  weinstein@wka-law.com
- **Beth A Wilkinson**
  bwilkinson@wilkinsonwalsh.com
- **Jodie Williams**
  jwilliams@moginlaw.com
- **Gregory E Woodard**
  gwoodard@larsenwoodard.com
- **Thomas A Zimmerman , Jr**
  tom@attorneyzim.com,celi@attorneyzim.com,kristina@attorneyzim.com
- **Michelle C Zolnoski**
  MZolnoski@RobinsKaplan.com
- **James B Zouras**
  jzouras@stephanzouras.com,ehalverson@stephanzouras.com,kbowers@stephanzouras.com

**Manual Notice List**

**M011i01111-1.otrce List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Alexander           M Schack**
Alexander M Schack Law Offices
16880 W Bernardo Court, Suite 300
San Diego, CA 92127