# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

MARK A WENDORF

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

April 22, 1986

Given under my hand and seal of this court on

February 24, 2016



Margaret Fuller Corneille
Office of Lawyer Registration