Name and address:
Mark A Wendorf
Reinhardt Wendorf & Blanchfield
E1250 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Telephone: 651-287-2100
Fax: 651-287-2103

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

Plaintiff(s)

v.

This Document Relates to All Actions

Defendant(s).

CASE NUMBER

2:15-ml-02668-BRO (JEMx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Wendorf, Mark A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

651-287-2100
*Telephone Number*

651-287-2103
*Fax Number*

m.wendorf@rwblawfirm.com
*E-Mail Address*

of
Reinhardt Wendorf & Blanchfield
E1250 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Village Pub, LLC

*Name(s) of Party(ies) Represented*   ☒ Plaintiff   ☐ Defendant   ☐ Other:

and designating as Local Counsel

Glancy, Lionel Z.
*Designee's Name (Last Name, First Name & Middle Initial)*

134180
*Designee's Cal. Bar Number*

(310) 201-9150
*Telephone Number*

(310) 201-9160
*Fax Number*

of
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

*Firm Name & Address*

lglancy@glancylaw.com
*E-Mail Address*

hereby ORDERS the Application be:

☐ **GRANTED.**
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED,** for failure to pay the required fee.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1