Mark A Wendorf
Reinhardt Wendorf & Blanchfield
E1250 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN  55101
Telephone:  651-287-2100
Fax:  651-287-2103

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

Plaintiff(s)

v.

This Document Relates to All Actions

Defendant(s).

CASE NUMBER

2:15-ml-02668-BRO (JEMx)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE***

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Wendorf, Mark A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

651-287-2100
*Telephone Number*

651-287-2103
*Fax Number*

m.wendorf@rwblawfirm.com
*E-Mail Address*

of

Reinhardt Wendorf & Blanchfield
E1250 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN  55101

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Village Pub, LLC

*Name(s) of Party(ies) Represented*   ☐ Plaintiff   ☐ Defendant   ☐ Other: _____

**and designating as Local Counsel**

Glancy, Lionel Z.
*Designee's Name (Last Name, First Name & Middle Initial)*

134180
*Designee's Cal. Bar Number*

(310) 201-9150
*Telephone Number*

(310) 201-9160
*Fax Number*

of

Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

*Firm Name & Address*

lglancy@glancylaw.com
*E-Mail Address*

**hereby ORDERS the Application be:**

■ **GRANTED**.
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated  March 9, 2016**

*[signature]*

**U.S. District Judge**