1  Melissa D. Ingalls (Bar No. 174861)
   Robyn E. Bladow (Bar No. 205189)
2  Tammy A. Tsoumas (Bar No. 250487)
   **KIRKLAND & ELLIS LLP**
3  333 South Hope Street
   Los Angeles, CA 90071
4  Telephone: (213) 680-8400
   Facsimile: (213) 680-8500
5  melissa.ingalls@kirkland.com
   robyn.bladow@kirkland.com
6  tammy.tsoumas@kirkland.com

7  *Counsel for Defendants DIRECTV, LLC and*
   *DIRECTV Holdings LLC*

8
   [Additional Counsel Listed on Signature Pages]
9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12
   IN RE: NATIONAL FOOTBALL         ) Case No. 2:15-ml-02668-BRO (JEMx)
13 LEAGUE'S "SUNDAY TICKET"          )
   ANTITRUST LITIGATION              ) STIPULATION FOR EXTENSION
14 _____  ) OF TIME TO RESPOND TO
                                     ) COMPLAINT AND TO FILE A
15                                   ) MOTION FOR CLASS
   THIS DOCUMENT RELATES TO:         ) CERTIFICATION PURSUANT TO
16 SEIFERT HOLDINGS, INC. (d/b/a     ) LOCAL RULE 23-3
17 THIRD BASE), for itself and for all )
   others similarly situated,        )
18                                   ) Complaint Filed:  December 29, 2015
                                     )
19 Case No. 2:15-cv-09944-BRO-JEM    )
                                     ) Judge:  Hon. Beverly Reid O'Connell
20                                   )
21                                   )

22

23

24

25

26

27

28

WHEREAS, on February 12, 2016, Plaintiff Seifert Holdings, Inc. d/b/a Third Base ("Plaintiff") filed a Class Action Complaint against the National Football League,[1] NFL Enterprises LLC, DIRECTV, LLC and DIRECTV Holdings LLC (the "Defendants");

WHEREAS, Plaintiff has not yet effected service of their summons and Complaint on the Defendants and has requested that Defendants waive service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure;

WHEREAS, in civil actions now pending in this Court ("Related Actions"), other plaintiffs have asserted related or similar claims to those made in this action;

WHEREAS, on August 27, 2015, one of those other plaintiffs, pursuant to 28 U.S.C. § 1407, filed a motion for centralization to transfer the Related Actions to the United States District Court for the Central District of California with the United States Judicial Panel on Multidistrict Litigation ("JPML"), opening MDL No. 2668;

WHEREAS, on December 8, 2015, the JPML granted that motion, transferring the Related Actions to the Central District of California;

WHEREAS, on February 1, 2016, this Court issued an Order Setting Case Management Conference and Briefing Schedule;

WHEREAS, the Defendants have reached an agreement with plaintiffs in all other cases currently included as a related or tag-along action in MDL No. 2668 to extend Defendants' time to answer, move, or otherwise plead in response to the complaints in such actions until no less than 45 days after: (1) the JPML rules in MDL No. 2668; and (2) plaintiffs have either filed or designated the operative complaint(s) in the District to which the JPML assigns the Related Actions;

WHEREAS, Plaintiff and Defendants agree that Defendants' time to answer, move, or otherwise plead in response to any forthcoming operative complaint filed

---

[1] The National Football League asserts that it has been incorrectly identified as "National Football League, Inc." in the complaint.

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO FILE A MOTION FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 23-3

1 by Plaintiff shall be extended until 45 days after Plaintiff has either filed or

2 designated the operative complaint(s) in MDL No. 2668;

3 WHEREAS, the parties agree that Plaintiff shall have 45 days to respond to

4 any motion(s) that may be made by Defendants directed to the forthcoming

5 operative complaint(s);

6 WHEREAS, the parties agree that Defendants shall have 30 days after

7 Plaintiff's response(s) to file any reply in support of any motion(s) that may be

8 directed to the forthcoming operative complaint(s);

9 WHEREAS, the parties agree that except as to the sufficiency of process or

10 service of process, the entry into this Stipulation by the Defendants shall not

11 constitute a waiver of any jurisdictional defenses that may be available under

12 Rule 12 of the Federal Rules of Civil Procedure, a waiver of any affirmative

13 defenses under Rule 8 of the Federal Rules of Civil Procedure, or a waiver of any

14 other statutory or common law defenses that may be available to the Defendants;

15 WHEREAS, the Defendants expressly reserve their rights to raise any such

16 defenses, or file motions to compel arbitration, in response to any operative or

17 amended complaint that may be filed by Plaintiff;

18 WHEREAS, Local Rule 23-3 requires Plaintiff to file a motion for class

19 certification within 90 days after service of a complaint purporting to commence a

20 class action;

21 WHEREAS, the parties agree that the deadline imposed by Local Rule 23-3

22 should not apply in this case;

23 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,

24 subject to this Court's approval, by and between Plaintiff and the Defendants, by

25 and through their undersigned counsel or counsel acting on their behalf, that the

26 Defendants' time to answer, move, or otherwise plead in response to Plaintiff's

27 Complaint is extended until 45 days after Plaintiff has either filed or designated the

28 operative complaint(s) in MDL No. 2668.  Notwithstanding the foregoing, nothing

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO FILE A MOTION FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 23-3**

in the Stipulation shall operate to extend the Defendants' time to move, answer or otherwise plead in response to a consolidated complaint designated by Plaintiff past the date Defendants respond to a complaint in any other action identified as a tag-along action in MDL No. 2668; *provided, however*, that Defendants shall in no event have less than 30 days to respond to such consolidated complaint from the filing thereof.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the entry into this stipulation by the Defendants shall not constitute a waiver of any defenses except for insufficiency of process or insufficiency of service of process. For the avoidance of doubt, the Defendants expressly preserve and do not waive any other defenses, including, but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. The Defendants expressly reserve their rights to raise any such defenses, or file motions to compel arbitration, in response to any forthcoming operative complaint that may be filed by Plaintiff.

IT IS HEREBY FURTHER STIPULATED AND AGREED that Defendants, pursuant to Rule 4 of the Federal Rules of Civil Procedure, agree to waive service of process of the summons and Complaint in the above-captioned action, to the extent that service has not yet been effected. Nothing in this paragraph shall obligate any Defendant to answer, move, or otherwise respond to any complaint until the time provided in the preceding paragraphs.

IT IS HEREBY FURTHER STIPULATED AND AGREED that Plaintiff is relieved from compliance with Local Rule 23-3. The parties are to confer regarding a class certification briefing schedule in MDL No. 2668.

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO FILE A MOTION FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 23-3**

1

DATED: March 9, 2016                Respectfully submitted,

2

3                                       _s/ Tammy A. Tsoumas_
                                      Melissa D. Ingalls (Bar No. 174861)
4                                      Robyn E. Bladow (Bar No. 205189)
                                      Tammy A. Tsoumas (Bar No. 250487)
5                                      **KIRKLAND & ELLIS LLP**
6                                      333 South Hope Street
                                      Los Angeles, CA 90071
7                                      Telephone: (213) 680-8400
                                      Facsimile: (213) 680-8500
8                                      melissa.ingalls@kirkland.com
9                                      robyn.bladow@kirkland.com
                                      tammy.tsoumas@kirkland.com
10

11                                     *Counsel for Defendants DIRECTV, LLC and*
12                                     *DIRECTV Holdings LLC*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

DATED:  March 9, 2016                    Respectfully submitted,

                                         *s/ Beth A. Wilkinson*
                                         Beth A. Wilkinson (admitted *pro hac vice*)
                                         Jonathan D. Kelley (admitted *pro hac vice*)
                                         **WILKINSON WALSH + ESKOVITZ PLLC**
                                         1900 M Street NW, Suite 800
                                         Washington, DC 20036
                                         Telephone:  (202) 847-4000
                                         Facsimile:   (202) 867-4005
                                         bwilkinson@wilkinsonwalsh.com
                                         jkelley@wilkinsonwalsh.com

                                         Neema T. Sahni (Bar No. 274240)
                                         **COVINGTON & BURLING LLP**
                                         2029 Century Park East, Suite 3100
                                         Los Angeles, CA 90067-3044
                                         Telephone: (424) 332-4800
                                         Facsimile: (424) 332-4782
                                         nsahni@cov.com

                                         Gregg H. Levy (admitted *pro hac vice*)
                                         Derek Ludwin (admitted *pro hac vice*)
                                         **COVINGTON & BURLING LLP**
                                         One City Center
                                         850 Tenth Street NW
                                         Washington, DC 20001
                                         Telephone: (202) 662-6000
                                         Facsimile: (202) 662-6291
                                         glevy@cov.com
                                         dludwin@cov.com

                                         *Counsel for Defendants National Football League and NFL Enterprises LLC*

5

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO FILE A MOTION FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 23-3**

DATED: March 9, 2016                  Respectfully submitted,

                                       _s/ Mike Arias_____
                                      Mike Arias (Bar No. 115385)
                                      Alfredo Torrijos (Bar No. 222458)
                                      Arnold C. Wang (Bar No. 204431)
                                      **ARIAS SANGUINETTI STAHLE &
                                      TORRIJOS, LLP**
                                      6701 Center Drive West, 14th Floor
                                      Los Angeles, CA 90045
                                      Telephone: (310) 844-9696
                                      Facsimile: (310) 861-0168
                                      mike@asstlawyers.com
                                      alfredo@asstlawyers.com
                                      arnold@asstlawyers.com


                                      Daniel R. Karon (admitted *pro hac
                                      vice*)
                                      Beau D. Hollowell (*pro hac vice*
                                      pending)
                                      **KARON LLC**
                                      700 W. St. Clair Ave., Suite 200
                                      Cleveland, OH 44113
                                      Telephone: (216) 622-1851
                                      Facsimile: (216) 241-8175
                                      dkaron@karonllc.com
                                      bhollowell@karonllc.com

                                      *Counsel for Plaintiff*

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO FILE A
MOTION FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 23-3**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE CERTIFICATION

   Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.


DATED:  March 9, 2016     KIRKLAND & ELLIS LLP

          *s/  Tammy A. Tsoumas*
          Tammy A. Tsoumas

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO FILE A
MOTION FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 23-3