Melissa D. Ingalls (Bar No. 174861)
Robyn E. Bladow (Bar No. 205189)
Tammy A. Tsoumas (Bar No. 250487)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
melissa.ingalls@kirkland.com
robyn.bladow@kirkland.com
tammy.tsoumas@kirkland.com

*Counsel for Defendants DIRECTV, LLC and DIRECTV Holdings LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) |
| | **DEFENDANTS DIRECTV, LLC AND DIRECTV HOLDINGS LLC'S DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 AND NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1** |
| THIS DOCUMENT RELATES TO: SEIFERT HOLDINGS, INC. (d/b/a THIRD BASE), for itself and for all others similarly situated, | |
| Case No. 2:15-cv-09944-BRO-JEM | Complaint Filed: December 29, 2015 |
| | Judge: Hon. Beverly Reid O'Connell |

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 7.1-1, the undersigned counsel of record for Defendants DIRECTV, LLC and DIRECTV Holdings LLC state that the following listed parties may have a pecuniary interest in the outcome of this case:

1. DIRECTV, LLC.
2. DIRECTV Holdings LLC, which is the direct parent company and 100% owner of DIRECTV, LLC.
3. The DIRECTV Group, Inc., which is the direct parent company and 100% owner of DIRECTV Holdings LLC.
4. Greenlady Corp., which controls a 57% interest in The DIRECTV Group, Inc.
5. DTV Entertainment, Inc., which is the direct parent company and 100% owner of Greenlady Corp.
6. DIRECTV Group Holdings, LLC, which is the direct parent company and 100% owner of DTV Entertainment, Inc., and which controls a 43% interest in The DIRECTV Group, Inc.
7. AT&T Inc., which is publicly traded and is the ultimate parent company of DIRECTV Group Holdings, LLC.

DATED: March 9, 2016

KIRKLAND & ELLIS LLP

*s/ Tammy A. Tsoumas*
Tammy A. Tsoumas

*Counsel for Defendants DIRECTV, LLC and DIRECTV Holdings LLC*