**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 2/3/2016 at 12:21 PM PST and filed on 2/3/2016

**Case Name:**   In re National Football Leagues Sunday Ticket Antitrust Litigation
**Case Number:**   2:15-ml-02668-BRO-JEM
**Filer:**
**Document Number:** 29(No document attached)

**Docket Text:**
**TEXT ONLY ENTRY (IN CHAMBERS) by Judge Beverly Reid O'Connell: Pursuant to the Court's Order of February 1, 2016 at Docket No. [27], "All attorneys of record to the parties in the Consolidated Actions are deemed admitted pro hac vice to practice before this Court, and no pro hac vice applications for admission to practice by counsel of record are required." Counsel are instructed to file a Notice of Appearance, citing the Order. Counsel applying for an ECF log-in and password must also cite the Order. Any counsel who are not currently on the record for the actions are ordered to follow the Central District of California's standard admission requirements. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cw) TEXT ONLY ENTRY**

**2:15-ml-02668-BRO-JEM Notice has been electronically mailed to:**

Adam M Tamburelli     atamburelli@sullivankrieger.com, ltom@sullivankrieger.com

Alfredo Torrijos     alfredo@asstlawyers.com

Amanda M Steiner     as@girardgibbs.com, chc@girardgibbs.com, rlr@girardgibbs.com

Amid T Bahadori     atb@bahadorilaw.com

Arnold C Wang     arnold@asstlawyers.com, jessica@asstlawyers.com, ladonna@asstlawyers.com, maricela@asstlawyers.com

Arthur M Murray     amurray@murray-lawfirm.com

Arun S Subramanian     asubramanian@susmangodfrey.com, ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com

Betsy C Manifold     manifold@whafh.com, boyles@whafh.com, cabrera@whafh.com, loritsch@whafh.com

Bradley Christopher Buhrow     brad.buhrow@zimmreed.com, sabine.king@zimmreed.com

Brian C Gudmundson     brian.gudmundson@zimmreed.com

Brittany DeJong     dejong@whafh.com

Bryan L Bleichner     bbleichner@chestnutcambronne.com, dproulx@chestnutcambronne.com

Bryan Matthew Thomas     bryanthomasjd@gmail.com

Caleb Marker     Caleb.Marker@zimmreed.com, sabine.king@zimmreed.com

Charles T Spagnola     Cspagnola@Sullivankrieger.com, ltom@sullivankrieger.com

Christian A Jenkins     cjenkins@minnillojenkins.com

Christopher L Lebsock     clebsock@hausfeldllp.com

Christopher P Ridout     Christopher.Ridout@zimmreed.com, Hannah.Belknap@zimmreed.com, sabine.king@zimmreed.com

Daniel B Rehns     drehns@cohenmilstein.com, efilings@cohenmilstein.com

Daniel C Girard     dcg@girardgibbs.com, amv@girardgibbs.com, mce@girardgibbs.com

Daniel R Karon     dkaron@karonllc.com, bhollowell@karonllc.com, cgood@karonllc.com

David Martinez     dmartinez@robinskaplan.com, dfiskio@robinskaplan.com, lcastiglioni@robinskaplan.com

David H Weinstein     weinstein@wka-law.com

Derek Ludwin     dludwin@cov.com

Eliot F Krieger     ekrieger@sullivankrieger.com, ltom@sullivankrieger.com

Eugene A Spector     espector@srkw-law.com

Garrett D Blanchfield , Jr     g.blanchfield@rwblawfirm.com

Gregg H Levy     glevy@cov.com

Gregory E Woodard     gwoodard@larsenwoodard.com

Heidi M Silton     hmsilton@locklaw.com, arpederson@locklaw.com, sljuell@locklaw.com

Hollis L Salzman     hsalzman@robinskaplan.com

Ian M Gore    igore@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com, ecf-67c2cc05d65a@ecf.pacerpro.com, lnand@susmangodfrey.com

James B Zouras    jzouras@stephanzouras.com, ehalverson@stephanzouras.com, kbowers@stephanzouras.com

James D Ludwig    jludwig@minnillojenkins.com

Jason R Lee    jason.lee@zimmreed.com

Jayne Arnold Goldstein    jagoldstein@pomlaw.com

Jeffrey Benjamin Dubner    jdubner@cohenmilstein.com

Jeffrey L Spector    jspector@srkw-law.com

Jeffrey Scott Goldenberg    jgoldenberg@gs-legal.com, cpence@gs-legal.com

John D Radice    jradice@radicelawfirm.com

Jonathan M Jagher    jjagher@srkw-law.com

Karen Hanson Riebel    khriebel@locklaw.com, arpederson@locklaw.com, crjohnson@locklaw.com

Kellie C Lerner    klerner@robinskaplan.com

Kenneth B Pickle    KPickle@radicelawfirm.com

Lee Albert    lalbert@glancylaw.com

Lesley E Weaver    lweaver@blockesq.com

Lionel Zevi Glancy    lglancy@glancylaw.com

Marc I Gross    migross@pomlaw.com

Marc M Seltzer    mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com, hdanielson@susmangodfrey.com

Marisa C Livesay    livesay@whafh.com, boyles@whafh.com, davanzo@whafh.com

Matthew C De Re    matt@attorneyzim.com

Melissa D Ingalls    melissa.ingalls@kirkland.com, laura.bay@kirkland.com, sbenson@kirkland.com

Michelle C Zolnoski    MZolnoski@RobinsKaplan.com

Mike M Arias    mike@asstlawyers.com, jessica@asstlawyers.com, ladonna@asstlawyers.com, maricela@asstlawyers.com, stephanie@asstlawyers.com

Natasha Azadeh Naraghi     natashanaraghi@amslawoffice.com, joanbennett@amslawoffice.com

Neema Trivedi Sahni     nsahni@cov.com, achristian@cov.com, jplayforth@cov.com, mdarrah@cov.com, SLahrPastor@cov.com

Rachele R Rickert     rickert@whafh.com, boyles@whafh.com, cabrera@whafh.com, cothran@whafh.com, loritsch@whafh.com

Ramzi Abadou     ramzi.abadou@ksfcounsel.com, dawn.hartman@ksfcounsel.com

Robert J Larocca     rlarocca@kohnswift.com

Robyn Eileen Bladow     robyn.bladow@kirkland.com, jelani.solper@kirkland.com, laura.bay@kirkland.com

Roger A Sachar , Jr     rsachar@morgansecuritieslaw.com

Roman M Silberfeld     rmsilberfeld@rkmc.com, reirajpanah@rkmc.com

Rosemary M Rivas     rrivas@finkelsteinthompson.com, adang@finkelsteinthompson.com, arivas@finkelsteinthompson.com, cterril@finkelsteinthompson.com, twarren@finkelsteinthompson.com

Ryan F Stephan     rstephan@stephanzouras.com, ehalverson@stephanzouras.com, kbowers@stephanzouras.com

Scott M Grzenczyk     smg@girardgibbs.com, amv@girardgibbs.com

Seth Ard     sard@susmangodfrey.com, ecf-7bb0ee8b6051@ecf.pacerpro.com, ecf-cb051334f073@ecf.pacerpro.com, mritter@susmangodfrey.com

Shawn M Larsen     slarsen@larsenwoodard.com, mmorelli@kbylaw.com, mperciavalle@kbylaw.com

Tammy Ann Tsoumas     tammy.tsoumas@kirkland.com, jonathan.faria@kirkland.com

Thomas A Zimmerman , Jr     tom@attorneyzim.com, celi@attorneyzim.com

William Christopher Carmody     bcarmody@susmangodfrey.com, mchristie@susmangodfrey.com

William G Caldes     Bcaldes@srkw-law.com

**2:15-ml-02668-BRO-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Alexander M Schack
Alexander M Schack Law Offices
16880 W Bernardo Court, Suite 300

San Diego, CA 92127