1  Melissa D. Ingalls (Bar No. 174861)
   Robyn E. Bladow (Bar No. 205189)
2  Tammy A. Tsoumas (Bar No. 250487)
   **KIRKLAND & ELLIS LLP**
3  333 South Hope Street
   Los Angeles, CA 90071
4  Telephone: (213) 680-8400
   Facsimile: (213) 680-8500
5  melissa.ingalls@kirkland.com
   robyn.bladow@kirkland.com
6  tammy.tsoumas@kirkland.com

7  *Counsel for Defendants DIRECTV, LLC, DIRECTV Holdings LLC and DIRECTV Group Holdings, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: SIR WALDON, INC. D/B/A OGGI'S PIZZA, for itself and for all others similarly situated,<br><br>Case No. 2:16-cv-01025-BRO-JEM | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>**DEFENDANTS DIRECTV, LLC, DIRECTV HOLDINGS LLC AND DIRECTV GROUP HOLDINGS, LLC'S DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 AND NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1**<br><br>Complaint Filed:  February 12, 2016<br><br>Judge:  Hon. Beverly Reid O'Connell |

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 7.1-1, the undersigned counsel of record for Defendants DIRECTV, LLC, DIRECTV Holdings LLC and DIRECTV Group Holdings, LLC state that the following listed parties may have a pecuniary interest in the outcome of this case:

1. DIRECTV, LLC.
2. DIRECTV Holdings LLC, which is the direct parent company and 100% owner of DIRECTV, LLC.
3. The DIRECTV Group, Inc., which is the direct parent company and 100% owner of DIRECTV Holdings LLC.
4. Greenlady Corp., which controls a 57% interest in The DIRECTV Group, Inc.
5. DTV Entertainment, Inc., which is the direct parent company and 100% owner of Greenlady Corp.
6. DIRECTV Group Holdings, LLC, which is the direct parent company and 100% owner of DTV Entertainment, Inc., and which controls a 43% interest in The DIRECTV Group, Inc.
7. AT&T Inc., which is publicly traded and is the ultimate parent company of DIRECTV Group Holdings, LLC.

DATED: March 21, 2016                KIRKLAND & ELLIS LLP

                                                *s/ Tammy A. Tsoumas*
                                                Tammy A. Tsoumas

                                                *Counsel for Defendants DIRECTV, LLC, DIRECTV Holdings LLC and DIRECTV Group Holdings, LLC*