Melissa D. Ingalls (Bar No. 174861)
Robyn E. Bladow (Bar No. 205189)
Tammy A. Tsoumas (Bar No. 250487)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
melissa.ingalls@kirkland.com
robyn.bladow@kirkland.com
tammy.tsoumas@kirkland.com

*Counsel for Defendants DIRECTV, LLC, DIRECTV Holdings LLC and DIRECTV Group Holdings, LLC*

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: SIR WALDON, INC. D/B/A OGGI'S PIZZA, for itself and for all others similarly situated,<br><br>Case No. 2:16-cv-01025-BRO-JEM | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO FILE A MOTION FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 23-3<br><br>Complaint Filed: February 12, 2016<br><br>Judge: Hon. Beverly Reid O'Connell |

---

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO FILE A MOTION FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 23-3**

1  WHEREAS, on February 12, 2016, Plaintiff Sir Waldon, Inc. d/b/a Oggi's
2  Pizza ("Plaintiff") filed a Class Action Complaint against the National Football
3  League, NFL Enterprises LLC, DIRECTV, LLC, DIRECTV Holdings LLC and
4  DIRECTV Group Holdings, LLC (the "Defendants");

5  WHEREAS, Plaintiff has not yet effected service of their summons and
6  Complaint on the DIRECTV Defendants and has requested that DIRECTV
7  Defendants waive service of process pursuant to Rule 4 of the Federal Rules of
8  Civil Procedure;

9  WHEREAS, in civil actions now pending in this Court ("Related Actions"),
10 other plaintiffs have asserted related or similar claims to those made in this action;

11 WHEREAS, on August 27, 2015, one of those other plaintiffs, pursuant to 28
12 U.S.C. § 1407, filed a motion for centralization to transfer the Related Actions to
13 the United States District Court for the Central District of California with the
14 United States Judicial Panel on Multidistrict Litigation ("JPML"), opening MDL
15 No. 2668;

16 WHEREAS, on December 8, 2015, the JPML granted that motion,
17 transferring the Related Actions to the Central District of California;

18 WHEREAS, on February 1, 2016, this Court issued an Order Setting Case
19 Management Conference and Briefing Schedule;

20 WHEREAS, the Defendants have reached an agreement with plaintiffs in all
21 other cases currently included as a related or tag-along action in MDL No. 2668 to
22 extend Defendants' time to answer, move, or otherwise plead in response to the
23 complaints in such actions until no less than 45 days after: (1) the JPML rules in
24 MDL No. 2668; and (2) plaintiffs have either filed or designated the operative
25 complaint(s) in the District to which the JPML assigns the Related Actions;

26 WHEREAS, Plaintiff and Defendants agree that Defendants' time to answer,
27 move, or otherwise plead in response to any forthcoming operative complaint filed
28 by Plaintiff shall be extended until 45 days after Plaintiff has either filed or

1 designated the operative complaint(s) in MDL No. 2668;

2 WHEREAS, the parties agree that Plaintiff shall have 45 days to respond to
3 any motion(s) that may be made by Defendants directed to the forthcoming
4 operative complaint(s);

5 WHEREAS, the parties agree that Defendants shall have 30 days after
6 Plaintiff's response(s) to file any reply in support of any motion(s) that may be
7 directed to the forthcoming operative complaint(s);

8 WHEREAS, the parties agree that except as to the sufficiency of process or
9 service of process, the entry into this Stipulation by the Defendants shall not
10 constitute a waiver of any jurisdictional defenses that may be available under
11 Rule 12 of the Federal Rules of Civil Procedure, a waiver of any affirmative
12 defenses under Rule 8 of the Federal Rules of Civil Procedure, or a waiver of any
13 other statutory or common law defenses that may be available to the Defendants;

14 WHEREAS, the Defendants expressly reserve their rights to raise any such
15 defenses, or file motions to compel arbitration, in response to any operative or
16 amended complaint that may be filed by Plaintiff;

17 WHEREAS, Local Rule 23-3 requires Plaintiff to file a motion for class
18 certification within 90 days after service of a complaint purporting to commence a
19 class action;

20 WHEREAS, the parties agree that the deadline imposed by Local Rule 23-3
21 should not apply in this case;

22 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,
23 subject to this Court's approval, by and between Plaintiff and the Defendants, by
24 and through their undersigned counsel or counsel acting on their behalf, that the
25 Defendants' time to answer, move, or otherwise plead in response to Plaintiff's
26 Complaint is extended until 45 days after Plaintiff has either filed or designated the
27 operative complaint(s) in MDL No. 2668.  Notwithstanding the foregoing, nothing
28 in the Stipulation shall operate to extend the Defendants' time to move, answer or

otherwise plead in response to a consolidated complaint designated by Plaintiff past the date Defendants respond to a complaint in any other action identified as a tag-along action in MDL No. 2668; *provided, however*, that Defendants shall in no event have less than 30 days to respond to such consolidated complaint from the filing thereof.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the entry into this stipulation by the Defendants shall not constitute a waiver of any defenses except for insufficiency of process or insufficiency of service of process. For the avoidance of doubt, the Defendants expressly preserve and do not waive any other defenses, including, but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. The Defendants expressly reserve their rights to raise any such defenses, or file motions to compel arbitration, in response to any forthcoming operative complaint that may be filed by Plaintiff.

IT IS HEREBY FURTHER STIPULATED AND AGREED that Defendants, pursuant to Rule 4 of the Federal Rules of Civil Procedure, agree to waive service of process of the summons and Complaint in the above-captioned action, to the extent that service has not yet been effected. Nothing in this paragraph shall obligate any Defendant to answer, move, or otherwise respond to any complaint until the time provided in the preceding paragraphs.

IT IS HEREBY FURTHER STIPULATED AND AGREED that Plaintiff is relieved from compliance with Local Rule 23-3. The parties are to confer regarding a class certification briefing schedule in MDL No. 2668.

| | | |
|---|---|---|
| 1 | DATED: March 21, 2016 | Respectfully submitted, |
| 2 | | |
| 3 | | *s/ Tammy A. Tsoumas* |
| | | Melissa D. Ingalls (Bar No. 174861) |
| 4 | | Robyn E. Bladow (Bar No. 205189) |
| 5 | | Tammy A. Tsoumas (Bar No. 250487) |
| | | **KIRKLAND & ELLIS LLP** |
| 6 | | 333 South Hope Street |
| 7 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 680-8400 |
| 8 | | Facsimile: (213) 680-8500 |
| 9 | | melissa.ingalls@kirkland.com |
| | | robyn.bladow@kirkland.com |
| 10 | | tammy.tsoumas@kirkland.com |
| 11 | | |
| 12 | | *Counsel for Defendants DIRECTV, LLC, DIRECTV Holdings LLC and DIRECTV Group Holdings, LLC* |

| | |
|---|---|
| DATED: March 21, 2016 | Respectfully submitted, |
| | *s/ Beth A. Wilkinson* |
| | Beth A. Wilkinson (admitted *pro hac vice*) |
| | Jonathan D. Kelley (admitted *pro hac vice*) |
| | **WILKINSON WALSH + ESKOVITZ PLLC** |
| | 1900 M Street NW, Suite 800 |
| | Washington, DC 20036 |
| | Telephone: (202) 847-4000 |
| | Facsimile: (202) 867-4005 |
| | bwilkinson@wilkinsonwalsh.com |
| | jkelley@wilkinsonwalsh.com |
| | |
| | Neema T. Sahni (Bar No. 274240) |
| | **COVINGTON & BURLING LLP** |
| | 2029 Century Park East, Suite 3100 |
| | Los Angeles, CA 90067-3044 |
| | Telephone: (424) 332-4800 |
| | Facsimile: (424) 332-4782 |
| | nsahni@cov.com |
| | |
| | Gregg H. Levy (admitted *pro hac vice*) |
| | Derek Ludwin (admitted *pro hac vice*) |
| | **COVINGTON & BURLING LLP** |
| | One City Center |
| | 850 Tenth Street NW |
| | Washington, DC 20001 |
| | Telephone: (202) 662-6000 |
| | Facsimile: (202) 662-6291 |
| | glevy@cov.com |
| | dludwin@cov.com |
| | |
| | *Counsel for Defendants National Football League and NFL Enterprises LLC* |

DATED:  March 21, 2016               Respectfully submitted,

    *s/ Daniel J. Mogin*
Daniel J. Mogin (Bar No. 95624 )
Jodie M. Williams (Bar No. 247848)
Jin Young Choi (Bar No. 306763)
**THE MOGIN LAW FIRM, P.C.**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 687-6611
Facsimile: (619)687-6610
*dmogin@moginlaw.com*
*jwilliams@moginlaw.com*
*pchoi@moginlaw.com*

David W. Kesselman (Bar No. 203838)
Amy T. Brantly (Bar No. 210893)
Trevor V. Stockinger (Bar No. 226359)
**KESSELMAN BRANTLY STOCKINGER LLP**
1230 Rosecrans Ave., Suite 690
Manhattan Beach, CA 90266
Telephone: (310) 307-4555
Facsimile: (310) 307-4570
*dkesselman@kbslaw.com*
*abrantly@kbslaw.com*
*tstockinger@kbslaw.com*

*Counsel for Plaintiff  Sir Waldon, Inc. d/b/a Oggi's Pizza*

# SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

DATED: March 21, 2016          KIRKLAND & ELLIS LLP

                                          *s/ Tammy A. Tsoumas*
                                          Tammy A. Tsoumas