1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) |
| ——————————————— | [PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| THIS DOCUMENT RELATES TO: SIR WALDON, INC. D/B/A OGGI'S PIZZA, for itself and for all others similarly situated, | Complaint Filed: February 12, 2016 |
| | Judge: Hon. Beverly Reid O'Connell |
| Case No. 2:16-cv-01025-BRO-JEM | |

# [PROPOSED] ORDER ON STIPULATION
# FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The Court has reviewed and considered the stipulation submitted by Plaintiff Sir Waldon, Inc. d/b/a Oggi's Pizza ("Plaintiff") and Defendants National Football League, NFL Enterprises LLC, DIRECTV, LLC, DIRECTV Holdings LLC and DIRECTV Group Holdings, LLC (the "Defendants") in the above-captioned action.

Accordingly, IT IS HEREBY ORDERED:

1. Defendants' time to answer, move, or otherwise plead in response to Plaintiff's complaint is extended until 45 days after Plaintiff has either filed or designated the operative complaint(s) in MDL No. 2668.

2. Notwithstanding the foregoing, nothing in this Order shall operate to extend the Defendants' time to move, answer or otherwise plead in response to a consolidated complaint designated by Plaintiff past the date Defendants respond to a complaint in any other action identified as a tag-along action in MDL No. 2668; *provided, however*, that Defendants shall in no event have less than 30 days to respond to such consolidated complaint from the filing thereof.

3. Defendants have, pursuant to Rule 4 of the Federal Rules of Civil Procedure, waived service of process of the summons and complaint in the above-captioned action only. The entry into the stipulation by the Defendants shall not constitute a waiver of any defenses except for insufficiency of process or insufficiency of service of process.

4. Plaintiff is relieved from compliance with Local Rule 23-3. The parties will confer regarding a class certification briefing schedule in MDL No. 2668.

IT IS SO ORDERED.

Dated: _____, 2016

_____
United States District Judge