

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

NIXIE  921272705-1N  03/16/16
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

FILED
CLERK-U.S. DISTRICT COURT
MAR 22 2016
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

CLERK U.S. DISTRICT COURT
MAR 21 2016
CENTRAL DISTRICT OF CALIFORNIA

Case: 2:15ml2668   Doc: 97

Alexander M Schack
Alexander M Schack Law Offices
16880 W Bernardo Court, Suite 300
San Diego, CA 92127

1/9 - 10078794



MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc: Alexander M Schack
Alexander M Schack Law Offices
16880 W Bernardo Court, Suite 300
San Diego CA 92127
--Case Participants: Roman M Silberfeld (reirajpanah@rkmc.com, rmsilberfeld@rkmc.com), Eric S Hochstadt (eric.hochstadt@weil.com, james.quinn@weil.com, mco.ecf@weil.com), Thomas H Burt (burt@whafh.com), Garrett D Blanchfield, Jr (g.blanchfield@rwblawfirm.com, k.schulte@rwblawfirm.com), Christina H Connolly Sharp (aep@girardgibbs.com, amv@girardgibbs.com, bmg@girardgibbs.com, chc@girardgibbs.com), Jonathan D Kelley (jkelley@wilkinsonwalsh.com), Eugene A Spector (espector@srkw-law.com), David H Weinstein (weinstein@wka-law.com), Rosemary M Rivas (adang@finkelsteinthompson.com, arivas@finkelsteinthompson.com, cterril@finkelsteinthompson.com, qroberts@finkelsteinthompson.com, rrivas@finkelsteinthompson.com, twarren@finkelsteinthompson.com), Karen Hanson Riebel (arpederson@locklaw.com, crjohnson@locklaw.com, khriebel@locklaw.com), Eliot F Krieger (ekrieger@sullivankrieger.com, ltom@sullivankrieger.com), William Christopher Carmody (bcarmody@susmangodfrey.com, mchristie@susmangodfrey.com), Daniel C Girard (amv@girardgibbs.com, dcg@girardgibbs.com, mce@girardgibbs.com), Brian D Penny (penny@lawgsp.com), Fred Taylor Isquith (isquith@whafh.com), Amid T Bahadori (atb@bahadorilaw.com), Seth Ard (ecf-7bb0ee8b6051@ecf.pacerpro.com, ecf-cb051334f073@ecf.pacerpro.com, mritter@susmangodfrey.com, sard@susmangodfrey.com), James D Ludwig (jludwig@minnillojenkins.com), Arun S Subramanian (asubramanian@susmangodfrey.com, ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com), Christopher L Lebsock (clebsock@hausfeldllp.com), Jeffrey Scott Goldenberg (cpence@gs-legal.com, jgoldenberg@gs-legal.com), Alfredo Torrijos (alfredo@asstlawyers.com), Matthew C De Re (matt@attorneyzim.com), Amy Thomas Brantly (abrantly@kbslaw.com, mquiane@kbslaw.com), Lesley E Weaver (lweaver@blockesq.com), Melissa D Ingalls (laura.bay@kirkland.com, melissa.ingalls@kirkland.com, sbenson@kirkland.com), Mark S Goldman (goldman@lawgsp.com), Gary F Lynch (glynch@carlsonlynch.com, jetzel@carlsonlynch.com, nehrheart@carlsonlynch.com), Jin Young Choi (pchoi@moginlaw.com), Lee Albert (lalbert@glancylaw.com), Christopher P Ridout (christopher.ridout@zimmreed.com, hannah.belknap@zimmreed.com, judy.carter@zimmreed.com, sabine.king@zimmreed.com), Tammy Ann Tsoumas (jonathan.faria@kirkland.com, tammy.tsoumas@kirkland.com), Daniel J Mogin (dmogin@moginlaw.com, jchatfield@moginlaw.com, jwilliams@moginlaw.com, sejercito@moginlaw.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com), Robert J Larocca (rlarocca@kohnswift.com), Beth A Wilkinson (bwilkinson@wilkinsonwalsh.com), William G Caldes (bcaldes@srkw-law.com), Roger A Sachar, Jr (rsachar@morgansecuritieslaw.com), Melinda A Nicholson (dawn.hartman@ksfcounsel.com, melinda.nicholson@ksfcounsel.com), Natasha Azadeh Naraghi (joanbennett@amslawoffice.com, natashanaraghi@amslawoffice.com), Peter Leckman (pleckman@langergrogan.com), Marc I Gross (migross@pomlaw.com), Jason R Lee (jason.lee@zimmreed.com), Howard Langer (hlanger@langergrogan.com, ktrainer@langergrogan.com), Bryan Matthew Thomas (bryanthomasjd@gmail.com), Gregg H Levy (glevy@cov.com), Marc M Seltzer (ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com, hdanielson@susmangodfrey.com, mseltzer@susmangodfrey.com), Neema Trivedi Sahni (achristian@cov.com, jplayforth@cov.com, mdarrah@cov.com, nsahni@cov.com, slahrpastor@cov.com), James W Quinn (james.quinn@weil.com), Daniel R Karon (bhollowell@karonllc.com, cgood@karonllc.com, dkaron@karonllc.com), Jonathan M Jagher (jjagher@srkw-law.com), Derek Ludwin (dludwin@cov.com), Jeffrey Benjamin Dubner (jdubner@cohenmilstein.com), Christian A Jenkins (cjenkins@minnillojenkins.com), Jeffrey B Gittleman (jgittleman@barrack.com), Samuel M Ward

(jmueller@barrack.com, sbasser@barrack.com, sward@barrack.com), Jeffrey L Spector (jspector@srkw-law.com), Edward Diver (ndiver@langergrogan.com), John D Radice (jradice@radicelawfirm.com), Ramzi Abadou (dawn.hartman@ksfcounsel.com, ramzi.abadou@ksfcounsel.com), Brittany DeJong (dejong@whafh.com), David W Kesselman (aporras@kbslaw.com, dkesselman@kbslaw.com, mquiane@kbslaw.com, tstockinger@kbslaw.com), Michelle C Zolnoski (mzolnoski@robinskaplan.com), Marisa C Livesay (boyles@whafh.com, livesay@whafh.com), Richard A Koffman (rkoffman@cohenmilstein.com), Amanda M Steiner (amv@girardgibbs.com, as@girardgibbs.com, chc@girardgibbs.com), Adam M Tamburelli (atamburelli@sullivankrieger.com, ltom@sullivankrieger.com), Daniel B Rehns (drehns@cohenmilstein.com, efilings@cohenmilstein.com), Brian C Gudmundson (brian.gudmundson@zimmreed.com), Marc H Edelson (medelson@edelson-law.com), Carl Malmstrom (malmstrom@whafh.com), Stephen R Basser (jmueller@barrack.com, sbasser@barrack.com), Mike M Arias (jessica@asstlawyers.com, ladonna@asstlawyers.com, maricela@asstlawyers.com, mike@asstlawyers.com, stephanie@asstlawyers.com), Trevor V Stockinger (tstockinger@kbslaw.com), Lionel Zevi Glancy (lglancy@glancylaw.com), Gregory E Woodard (gwoodard@larsenwoodard.com), Ryan F Stephan (ehalverson@stephanzouras.com, kbowers@stephanzouras.com, rstephan@stephanzouras.com), Arnold C Wang (arnold@asstlawyers.com, jessica@asstlawyers.com, ladonna@asstlawyers.com, maricela@asstlawyers.com), Kellie C Lerner (klerner@robinskaplan.com), Bradley Christopher Buhrow (brad.buhrow@zimmreed.com, sabine.king@zimmreed.com), Jayne Arnold Goldstein (jagoldstein@pomlaw.com), Robyn Eileen Bladow (jelani.solper@kirkland.com, laura.bay@kirkland.com, robyn.bladow@kirkland.com), Yehudah L Buchweitz (cbs-pacquiaoassociates@weil.com, jessie.mishkin@weil.com, joseph.adamson@weil.com, joy.dineo@weil.com, mco.ecf@weil.com, nate.west@weil.com, patrick.mills@weil.com, yehudah.buchweitz@weil.com), Hollis L Salzman (hsalzman@robinskaplan.com), Robert S Kitchenoff (kitchenoff@wka-law.com), Richard A Lockridge (bmemmons@locklaw.com, ralockridge@locklaw.com), Scott M Grzenczyk (amv@girardgibbs.com, smg@girardgibbs.com), Rachele R Rickert (boyles@whafh.com, cabrera@whafh.com, cothran@whafh.com, loritsch@whafh.com, rickert@whafh.com), Heidi M Silton (arpederson@locklaw.com, hmsilton@locklaw.com, sljuell@locklaw.com), Bryan L Bleichner (bbleichner@chestnutcambronne.com, dproulx@chestnutcambronne.com), Thomas A Zimmerman, Jr (celi@attorneyzim.com, kristina@attorneyzim.com, tom@attorneyzim.com), Betsy C Manifold (boyles@whafh.com, cabrera@whafh.com, donovan@whafh.com, loritsch@whafh.com, manifold@whafh.com), David Martinez (dfiskio@robinskaplan.com, dmartinez@robinskaplan.com, lcastiglioni@robinskaplan.com), Ian M Gore (ecf-62cbb7ccef36@ecf.pacerpro.com, ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, lnand@susmangodfrey.com), Hart L Robinovitch (hart.robinovitch@zimmreed.com, sabine.king@zimmreed.com), James B Zouras (ehalverson@stephanzouras.com, jzouras@stephanzouras.com, kbowers@stephanzouras.com), Charles T Spagnola (cspagnola@sullivankrieger.com, ltom@sullivankrieger.com), Caleb Marker (caleb.marker@zimmreed.com, sabine.king@zimmreed.com), Shawn M Larsen (mmorelli@kbylaw.com, slarsen@larsenwoodard.com), Jodie Williams (jwilliams@moginlaw.com), Arthur M Murray (amurray@murray-lawfirm.com), Kenneth B Pickle (kpickle@radicelawfirm.com), Magistrate Judge John E. McDermott (crd_mcdermott@cacd.uscourts.gov), Judge Beverly Reid O'Connell (crd_oconnell@cacd.uscourts.gov)
--Non Case Participants: Glenn D Pomerantz (glenn.pomerantz@mto.com), Melissa Phan (mphan@gibsondunn.com), Vincent J Esades (ikovarik@heinsmills.com, janderson@heinsmills.com, vesades@heinsmills.com)
--No Notice Sent:
Message-Id:<21113113@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-BRO-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation Order Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 3/8/2016 at 11:44 AM PST and filed on 3/8/2016

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-BRO-JEM |
| **Filer:** | |
| **Document Number:** | 97 |

**Docket Text:**
ORDER by Judge Beverly Reid O'Connell, re Stipulation to Continue. [94] The Case Management Conference shall be rescheduled to Wednesday, May 18, 2016 at 1:30PM; and, The deadline for submission of the Joint Preliminary Report shall be Friday, March 25, 2016.(rfi)

**2:15-ml-02668-BRO-JEM Notice has been electronically mailed to:**
Robert S Kitchenoff     kitchenoff@wka-law.com
David Martinez     lcastiglioni@robinskaplan.com, dmartinez@robinskaplan.com, dfiskio@robinskaplan.com
Roman M Silberfeld     reirajpanah@rkmc.com, rmsilberfeld@rkmc.com
Amanda M Steiner     amv@girardgibbs.com, as@girardgibbs.com, chc@girardgibbs.com
Brian D Penny     penny@lawgsp.com
Amy Thomas Brantly     abrantly@kbslaw.com, mquiane@kbslaw.com
Daniel J Mogin     sejercito@moginlaw.com, jchatfield@moginlaw.com, dmogin@moginlaw.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, jwilliams@moginlaw.com
Scott M Grzenczyk     amv@girardgibbs.com, smg@girardgibbs.com
Hollis L Salzman     hsalzman@robinskaplan.com
Gregory E Woodard     gwoodard@larsenwoodard.com
William Christopher Carmody     mchristie@susmangodfrey.com, bcarmody@susmangodfrey.com
Peter Leckman     pleckman@langergrogan.com
Jeffrey B Gittleman     jgittleman@barrack.com
Brian C Gudmundson     brian.gudmundson@zimmreed.com
Rachele R Rickert     boyles@whafh.com, cothran@whafh.com, cabrera@whafh.com, loritsch@whafh.com, rickert@whafh.com
Marc H Edelson     medelson@edelson-law.com
Neema Trivedi Sahni     mdarrah@cov.com, jplayforth@cov.com, nsahni@cov.com, slahrpastor@cov.com, achristian@cov.com
Ryan F Stephan     ehalverson@stephanzouras.com, kbowers@stephanzouras.com, rstephan@stephanzouras.com



4 / 9 - 10078794

Christopher P Ridout   christopher.ridout@zimmreed.com, sabine.king@zimmreed.com, judy.carter@zimmreed.com, hannah.belknap@zimmreed.com
Edward Diver   ndiver@langergrogan.com
Jayne Arnold Goldstein   jagoldstein@pomlaw.com
Carl Malmstrom   malmstrom@whafh.com
Christina H Connolly Sharp   aep@girardgibbs.com, amv@girardgibbs.com, chc@girardgibbs.com, bmg@girardgibbs.com
Natasha Azadeh Naraghi   natashanaraghi@amslawoffice.com, joanbennett@amslawoffice.com
Michelle C Zolnoski   mzolnoski@robinskaplan.com
Jeffrey L Spector   jspector@srkw-law.com
Caleb Marker   caleb.marker@zimmreed.com, sabine.king@zimmreed.com
Mark S Goldman   goldman@lawgsp.com
Hart L Robinovitch   hart.robinovitch@zimmreed.com, sabine.king@zimmreed.com
John D Radice   jradice@radicelawfirm.com
Tammy Ann Tsoumas   tammy.tsoumas@kirkland.com, jonathan.faria@kirkland.com
Jin Young Choi   pchoi@moginlaw.com
David W Kesselman   tstockinger@kbslaw.com, mquiane@kbslaw.com, dkesselman@kbslaw.com, aporras@kbslaw.com
Adam M Tamburelli   ltom@sullivankrieger.com, atamburelli@sullivankrieger.com
Marc I Gross   migross@pomlaw.com
Daniel C Girard   dcg@girardgibbs.com, amv@girardgibbs.com, mce@girardgibbs.com
Stephen R Basser   sbasser@barrack.com, jmueller@barrack.com
Fred Taylor Isquith   isquith@whafh.com
Garrett D Blanchfield   g.blanchfield@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge   ralockridge@locklaw.com, bmemmons@locklaw.com
David H Weinstein   weinstein@wka-law.com
Gregg H Levy   glevy@cov.com
Eugene A Spector   espector@srkw-law.com
Thomas H Burt   burt@whafh.com
Ian M Gore   lnand@susmangodfrey.com, ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz   mco.ecf@weil.com, cbs-pacquiaoassociates@weil.com, jessie.mishkin@weil.com, patrick.mills@weil.com, joseph.adamson@weil.com, joy.dineo@weil.com, yehudah.buchweitz@weil.com, nate.west@weil.com
Daniel R Karon   bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com
Derek Ludwin   dludwin@cov.com
Jonathan D Kelley   jkelley@wilkinsonwalsh.com
Brittany DeJong   dejong@whafh.com
Ramzi Abadou   ramzi.abadou@ksfcounsel.com, dawn.hartman@ksfcounsel.com
James W Quinn   james.quinn@weil.com
Gary F Lynch   jetzel@carlsonlynch.com, nehrheart@carlsonlynch.com, glynch@carlsonlynch.com
Lee Albert   lalbert@glancylaw.com
William G Caldes   bcaldes@srkw-law.com
Robert J Larocca   rlarocca@kohnswift.com
Arnold C Wang   jessica@asstlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com, arnold@asstlawyers.com
Marisa C Livesay   livesay@whafh.com, boyles@whafh.com
Jason R Lee   jason.lee@zimmreed.com
James D Ludwig   jludwig@minnillojenkins.com
Charles T Spagnola   ltom@sullivankrieger.com, cspagnola@sullivankrieger.com


5 / 9 - 10078794

Amid T Bahadori atb@bahadorilaw.com
Arthur M Murray amurray@murray-lawfirm.com
Beth A Wilkinson bwilkinson@wilkinsonwalsh.com
Rosemary M Rivas twarren@finkelsteinthompson.com, rrivas@finkelsteinthompson.com, qroberts@finkelsteinthompson.com, cterril@finkelsteinthompson.com, adang@finkelsteinthompson.com, arivas@finkelsteinthompson.com
Jeffrey Benjamin Dubner jdubner@cohenmilstein.com
James B Zouras ehalverson@stephanzouras.com, kbowers@stephanzouras.com, jzouras@stephanzouras.com
Trevor V Stockinger tstockinger@kbslaw.com
Jodie Williams jwilliams@moginlaw.com
Matthew C De Re matt@attorneyzim.com
Lesley E Weaver lweaver@blockesq.com
Seth Ard sard@susmangodfrey.com, ecf-cb051334f073@ecf.pacerpro.com, ecf-7bb0ee8b6051@ecf.pacerpro.com, mritter@susmangodfrey.com
Samuel M Ward sward@barrack.com, sbasser@barrack.com, jmueller@barrack.com
Eric S Hochstadt mco.ecf@weil.com, eric.hochstadt@weil.com, james.quinn@weil.com
Alfredo Torrijos alfredo@asstlawyers.com
Jeffrey Scott Goldenberg jgoldenberg@gs-legal.com, cpence@gs-legal.com
Shawn M Larsen mmorelli@kbylaw.com, slarsen@larsenwoodard.com
Christian A Jenkins cjenkins@minnillojenkins.com
Kenneth B Pickle kpickle@radicelawfirm.com
Mike M Arias stephanie@asstlawyers.com, jessica@asstlawyers.com, mike@asstlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com
Daniel B Rehns efilings@cohenmilstein.com, drehns@cohenmilstein.com
Betsy C Manifold cabrera@whafh.com, boyles@whafh.com, loritsch@whafh.com, manifold@whafh.com, donovan@whafh.com
Melinda A Nicholson melinda.nicholson@ksfcounsel.com, dawn.hartman@ksfcounsel.com
Bradley Christopher Buhrow brad.buhrow@zimmreed.com, sabine.king@zimmreed.com
Robyn Eileen Bladow laura.bay@kirkland.com, robyn.bladow@kirkland.com, jelani.solper@kirkland.com
Marc M Seltzer ecf-67366a65900c@ecf.pacerpro.com, hdanielson@susmangodfrey.com, mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com
Bryan Matthew Thomas bryanthomasjd@gmail.com
Arun S Subramanian ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com, asubramanian@susmangodfrey.com
Lionel Zevi Glancy lglancy@glancylaw.com
Howard Langer hlanger@langergrogan.com, ktrainer@langergrogan.com
Bryan L Bleichner bbleichner@chestnutcambronne.com, dproulx@chestnutcambronne.com
Christopher L Lebsock clebsock@hausfeldllp.com
Thomas A Zimmerman tom@attorneyzim.com, kristina@attorneyzim.com, celi@attorneyzim.com
Kellie C Lerner klerner@robinskaplan.com
Eliot F Krieger ltom@sullivankrieger.com, ekrieger@sullivankrieger.com
Richard A Koffman rkoffman@cohenmilstein.com
Melissa D Ingalls laura.bay@kirkland.com, sbenson@kirkland.com, melissa.ingalls@kirkland.com

Roger A Sachar rsachar@morgansecuritieslaw.com
Heidi M Silton sljuell@locklaw.com, hmsilton@locklaw.com, arpederson@locklaw.com
Jonathan M Jagher jjagher@srkw-law.com
Karen Hanson Riebel crjohnson@locklaw.com, khriebel@locklaw.com, arpederson@locklaw.com



**2:15-ml-02668-BRO-JEM Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
Alexander M Schack
Alexander M Schack Law Offices
16880 W Bernardo Court, Suite 300
San Diego CA 92127



7 / 9 - 10078794

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>ORDER ON STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR SUBMISSION OF JOINT PRELIMINARY REPORT<br><br>Judge: Hon. Beverly Reid O'Connell |

# ORDER ON STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR SUBMISSION OF JOINT PRELIMINARY REPORT

The Court has reviewed and considered the Stipulation to Reschedule the Case Management Conference and Deadline for Submission of Joint Preliminary Report (the "Stipulation") that was jointly submitted by the parties in the above-captioned action.

Accordingly, IT IS HEREBY ORDERED:

1. Good cause exists to reschedule the Case Management Conference and the deadline for the parties' submission of the Joint Preliminary Report, as set out in Sections 5.A and 5.B of this Court's February 1, 2016 Order, respectively.

2. The Case Management Conference shall be rescheduled to Wednesday, May 18, 2016 at 1:30PM.

3. The deadline for submission of the Joint Preliminary Report shall be Friday, March 25, 2016.

4. The entry into the Stipulation by Defendants shall not constitute a waiver of any defenses except for insufficiency of process or insufficiency of service of process.

**IT IS HEREBY ORDERED**

Dated: <u>March 8, 2016</u>         _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

1