# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | ML 15-02668-BRO (JEMx) | Date | March 22, 2016 |
|---|---|---|---|
| Title | IN RE: NATIONAL FOOTBALL LEAGUES SUNDAY TICKET ANTITRUST LITIGATION<br>THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

## ORDER CONTINUING HEARING RE:
## MDL PLAINTIFFS' MOTION TO CONSOLIDATE [85]

On February 29, 2016, Plaintiffs[1] in the above-captioned Multidistrict Litigation filed a Motion to Consolidate pursuant to this Court's Order Setting Case Management Conference and Briefing Schedule. (Dkt. No. 85; *see* Dkt. No. 27.) Defendants timely responded to Plaintiffs' Motion to Consolidate on March 7, 2016, "request[ing] that the Court take up Plaintiff's consolidation motion at the same time that the Court holds the Case Management Conference." (Dkt. No. 95 at 4.) Defendants argue that "[b]ifurcating the consolidation motion from" the uncertainty surrounding "what a consolidated amended complaint would look like until after the Court has appointed lead counsel" "would be neither constructive nor efficient." (*Id.*) Plaintiffs indicate in their Reply that they do not oppose continuing the hearing date on this Motion. (Dkt. No. 105 at 5–6.) As such, the Court **CONTINUES** the hearing on Plaintiffs' Motion to Consolidate to coincide with the Case Management Conference on **Wednesday, May 18, 2016, at 1:30 p.m.** (*See* Dkt. No. 97 (continuing Case Management Conference).)

**IT IS SO ORDERED.**                                               :

                                             Initials of Preparer       rf

---

[1] Plaintiff Robert Gary Lippincott, Jr. does not join in this motion, as his Motion to Remand is currently pending before this Court. (*See* Dkt. No. 85 at 2 n.1; *see also* Dkt. Nos. 24, 96.) To the extent this Court may deny Plaintiff Lippincott's Motion to Remand, however, Plaintiff Lippincott does not oppose consolidation pursuant to the MDL Plaintiffs' Proposed Order. (Dkt. No. 85 at 2 n.1.) **The hearing on Plaintiff Lippincott's Motion to Remand remains scheduled for Tuesday, March 29, 2016, at 1:30 p.m.**