# EXHIBIT A

| Party | Counsel | Corporate Affiliates |
|-------|---------|----------------------|
| **1465 3rd Ave. Rest. Corp. (2:15-cv-06145-BRO-JEM)** | | |
| **1465 3rd Ave. Rest. Corp.** | **Kellie C Lerner**<br>Robins Kaplan LLP<br>601 Lexington Avenue, Suite 3400<br>New York, NY 10022<br>212-980-7400<br>212-980-7499 (fax)<br>klerner@robinskaplan.com<br><br>**David Martinez**<br>Robins Kaplan LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>310-552-0130<br>310-229-5800 (fax)<br>dmartinez@robinskaplan.com<br><br>**Kenneth B Pickle**<br>Radice Law Firm PC<br>34 Sunset Boulevard<br>Long Beach, NJ 08008<br>919-749-3980<br>609-385-0745 (fax)<br>KPickle@radicelawfirm.com<br><br>**John D Radice**<br>Radice Law Firm PC<br>34 Sunset Boulevard<br>Long Beach, NJ 08008<br>646-386-7688<br>609-385-0745 (fax)<br>jradice@radicelawfirm.com<br><br>**Hollis L Salzman**<br>Robins Kaplan LLP<br>601 Lexington Avenue, Suite 3400<br>New York, NY 10022<br>212-980-7405<br>212-980-7499 (fax)<br>hsalzman@robinskaplan.com<br><br>**Roman M Silberfeld**<br>Robins Kaplan L.L.P.<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>310-552-0130<br>310-229-5800 (fax)<br>rmsilberfeld@rkmc.com | No other parties identified with an interest in the case. |

| | Michelle C Zolnoski<br>Robins Kaplan LLP<br>601 Lexington Avenue, Suite 3400<br>New York, NY 10022<br>212-980-7400<br>212-980-499 (fax)<br>Zolnoski@RobinsKaplan.com | |
|---|---|---|
| **8812 Tavern Corp., d/b/a Bench Sports Bar et al. (2:15-cv-09529-BRO-JEM)** | | |
| **8812 Tavern Corp.** | **Seth Ard**<br>Susman Godfrey LLP<br>560 Lexington Avenue, 15th Floor<br>New York, NY 10022-6828<br>212-336-8330<br>212-336-8340 (fax)<br>sard@susmangodfrey.com<br><br>**William Christopher Carmody**<br>Susman Godfrey LLP<br>560 Lexington Avenue, 15th Floor<br>New York, NY 10022<br>212-336-8330<br>212-336-8340 (fax)<br>bcarmody@susmangodfrey.com<br><br>**Ian M Gore**<br>Susman Godfrey LLP<br>560 Lexington Avenue, 15th Floor<br>New York, NY 10022-6828<br>212-336-8330<br>212-336-8340 (fax)<br>igore@susmangodfrey.com<br><br>**Marc M Seltzer**<br>Susman Godfrey LLP<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067-6029<br>310-789-3100<br>310-789-3150 (fax)<br>mseltzer@susmangodfrey.com<br><br>**Arun S Subramanian**<br>Susman Godfrey LLP<br>650 Lexington Avenue, 15th Floor<br>New York, NY 10022<br>212-471-8346<br>212-336-8340 (fax)<br>asubramanian@susmangodfrey.com | This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock. |
| **Christina Malerba** | Same as 8812 Tavern Corp. | Not Applicable |
| **Nicholas Racklin** | Same as 8812 Tavern Corp. | Not Applicable |

| Thomas Abrahamian (2:15-cv-04606-BRO-JEM) | | |
|---|---|---|
| **Thomas Abrahamian** | **Joshua B Swigart**<br>Hyde and Swigart APC<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>619-233-7770<br>619-297-1022 (fax)<br>josh@westcoastlitigation.com<br><br>**Sara F Khosroabadi**<br>Hyde and Swigart<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>619-233-7770<br>619-297-1022 (fax)<br>sara@westcoastlitigation.com<br><br>**Todd M Friedman**<br>Law Offices of Todd M Friedman PC<br>324 South Beverly Drive, Suite 725<br>Beverly Hills, CA 90212<br>877-206-4741<br>866-633-0228 (fax)<br>tfriedman@attorneysforconsumers.com<br><br>**Gouya Askari Ranekouhi**<br>Kazerouni Law Group APC<br>245 Fischer Avenue, Suite D1<br>Costa Mesa, CA 92626<br>800-400-6808<br>800-520-5523 (fax)<br>gouya@kazlg.com<br><br>**Seyed Abbas Kazerounian**<br>Kazerouni Law Group APC<br>245 Fischer Avenue, Suite D1<br>Costa Mesa, CA 92626<br>800-400-6808<br>800-520-5523 (fax)<br>ak@kazlg.com | Not Applicable |
| **Mario Aliano** | **Matthew C De Re**<br>Zimmerman Law Offices PC<br>77 West Washington Street, Suite 1220<br>Chicago, IL 60602<br>312-440-0020<br>312-440-4180 (fax)<br>matt@attorneyzim.com | Not Applicable |

**Eliot F Krieger**
Sullivan, Krieger, Truong, Spagnola, &
Klausner, LLP
444 West Ocean Boulevard, Suite 1700
Long Beach, CA 90802
562-597-7070
562-597-7772 (fax)
ekrieger@sullivankrieger.com

**Charles T Spagnola**
Sullivan, Krieger, Truong, Spagnola, &
Klausner, LLP
444 West Ocean Boulevard, Suite 1700
Long Beach, CA 90802
562-597-7070
562-597-7772 (fax)
Cspagnola@Sullivankrieger.com

**Adam M Tamburelli**
Sullivan Krieger Truong Spagnola and
Klausner LLP
444 West Ocean Boulevard, Suite 1700
Long Beach, CA 90802
562-597-7070
562-597-7772 (fax)
atamburelli@sullivankrieger.com

**Thomas A Zimmerman, Jr**
Zimmerman Law Offices PC
77 West Washington Street, Suite 1220
Chicago, IL 60602
312-440-0020
312-440-4180 (fax)
tom@attorneyzim.com

**Gouya Askari Ranekouhi**
Kazerouni Law Group APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
800-400-6808
800-520-5523 (fax)
gouya@kazlg.com

**Seyed Abbas Kazerounian**
Kazerouni Law Group APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
800-400-6808
800-520-5523 (fax)
ak@kazlg.com

| Ambrose BD 2, LLC et al. (2:15-cv-07556-BRO-JEM) | | |
|---|---|---|
| **Ambrose BD 2, LLC** | **Lionel Zevi Glancy**<br>Glancy Prongay and Murray LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150<br>310-432-1495 (fax)<br>lglancy@glancylaw.com<br><br>**Jeffrey Scott Goldenberg**<br>Goldenberg Schneider LPA<br>One West Fourth Street, 18th Floor<br>Cincinnati, OH 45202<br>513-345-8291<br>513-345-8294 (fax)<br>jgoldenberg@gs-legal.com<br><br>**Christian A Jenkins**<br>Minnillo and Jenkins Co LPA<br>2712 Observatory Avenue<br>Cincinnati, OH 45208<br>513-723-1600<br>513-723-1620 (fax)<br>cjenkins@minnillojenkins.com<br><br>**James D Ludwig**<br>Minnillo and Jenkins Co LPA<br>2712 Observatory Avenue<br>Cincinnati, OH 45208<br>513-723-1600<br>513-723-1620 (fax)<br>jludwig@minnillojenkins.com<br><br>**David P. McLafferty**<br>Law Offices of David P. Mclafferty &<br>Associates, P.C.<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Tel: (610) 940-4000<br>Fax: (610) 940-4007<br>Email: dmclafferty@mclaffertylaw.com<br><br>**Lee Albert**<br>**Brian Murray**<br>Glancy Prongay & Murray LLP<br>122 East 42nd Street, Suite 2920<br>New York, NY 10168<br>Tel: (212) 682-5340<br>Fax: (212) 884-0988<br>lablert@glancylaw.com | No other parties identified with an interest in the case. |

| | bmurray@glancylaw.com | |
|---|---|---|
| | **Eugene A. Spector**<br>**William G. Caldes**<br>**Jonathan M. Jagher**<br>**Jeffrey L. Spector**<br>SPECTOR ROSEMAN KODROFF<br>& WILLIS, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Tel: (215) 496-0300<br>Fax: (215) 496-6611<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jjagher@srkw-law.com<br>jspector@srkw-law.com | |
| **Ambrose BD, LLC** | Same as Ambrose BD 2, LLC | No other parties identified with an interest in the case. |
| **Keystone University Square, LLC** | Same as Ambrose BD 2, LLC | No other parties identified with an interest in the case. |
| **Duck Duck LLC et al (2:15-cv-09366-BRO-JEM)** | | |
| **All in HB LLC** | **Rosemary M Rivas**<br>Finkelstein Thompson LLP<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>415-398-8700<br>415-398-8704 (fax)<br>rrivas@finkelsteinthompson.com<br><br>**Tracy D. Rezvani**<br>**Richard M. Volin**<br>Rezvani Volin, P.C.<br>1050 Connecticut Ave, N.W.,<br>Suite 500<br>Washington, D.C. 20036<br>Tel: (202) 350-4270<br>Fax: (202) 351-0544<br>trezvani@rezvanivolin.com<br>rvolin@rezvanivolin.com<br><br>**M. Stephen Dampier**<br>The Dampier Law Firm P.C.<br>55 N. Section Street<br>P.O. Box 161 (36533)<br>Fairhope, AL 36532<br>Tel: (251) 929-0900<br>Fax: (251) 929-0800<br>stevedampier@dampierlaw.com | All in HB LLC is not publicly held and does not have corporate parents, affiliates and/or subsidiaries which are publicly held. |

| | | |
|---|---|---|
| **Crestview Helen Back LLC** | Same as All in HB LLC | Crestview Helen Back LLC is not publicly held and does not have corporate parents, affiliates and/or subsidiaries which are publicly held. |
| **Duck Duck LLC** | Same as All in HB LLC | Duck Duck LLC is not publicly held and does not have corporate parents, affiliates and/or subsidiaries which are publicly held. |
| **Dude N Brah INC** | Same as All in HB LLC | Dude N Brah LLC is not publicly held and does not have corporate parents, affiliates and/or subsidiaries which are publicly held. |
| **First Class Perks LLC** | Same as All in HB LLC | First Class Perks LLC is not publicly held and does not have corporate parents, affiliates and/or subsidiaries which are publicly held. |
| **Longliners Cafe LLC** | Same as All in HB LLC | Longliners Cafe LLC is not publicly held and does not have corporate parents, affiliates and/or subsidiaries which are publicly held. |
| **Will Call Sports LLC** | Same as All in HB LLC | Will Call Sports LLC is not publicly held and does not have corporate parents, affiliates and/or subsidiaries which are publicly held. |
| **D.J.'s Sports Bar, Inc. (2:15-cv-09998-BRO-JEM)** | | |
| **D.J.'s Sports Bar, Inc.** | **Amanda M Steiner**<br>Girard Gibbs LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>415-981-4846 (fax)<br>as@girardgibbs.com<br><br>**Christina C. Sharp**<br>**Daniel C. Girard**<br>**Adam Polk**<br>**Scott Grzenczyk**<br>Girard Gibbs LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>chc@girardgibbs.com<br>dcg@girardgibbs.com<br>aep@girardgibbs.com<br>smg@girardgibbs.com<br><br>**Ryan F. Stephan**<br>**James B. Zouras**<br>Stephan Zouras, LLP<br>205 North Michigan Avenue, Suite 2560 | This party has no parent companies and no publicly held corporation owns more than 10% of its stock. |

| | Chicago, IL 60601<br>Telephone: (312) 233-1550<br>Facsimile: (312) 233-1560<br>RStephan@stephanzouras.com<br>JZouras@stephanzouras.com | |
|---|---|---|
| **DNW Foods Inc. (2:15-cv-07095-BRO-JEM)** | | |
| **DNW Foods Inc.** | **Stephen R. Basser**<br>Barrack Rodos and Bacine<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>619-230-0800<br>619-230-1874 (fax)<br>sbasser@barrack.com<br><br>**Jeffrey B. Gittleman**<br>**Gerald J. Rodos**<br>Barrack Rodos and Bacine<br>3200 Two Commerce Square<br>2001 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>215-963-0600<br>215-963-0838 (fax)<br>jgittleman@barrack.com<br>grodos@barrack.com<br><br>**Lionel Zevi Glancy**<br>Glancy Prongay and Murray LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150<br>310-201-9160 (fax)<br>lglancy@glancylaw.com<br><br>**Samuel M. Ward**<br>Barrack Rodos and Bacine<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>619-230-0800<br>619-230-1874 (fax)<br>sward@barrack.com | No other parties identified with an interest in the case. |
| **Steven Dassa (2:15-cv-10002-BRO-JEM)** | | |
| **Steven Dassa** | **Jayne Arnold Goldstein**<br>Pomerantz LLP<br>1792 Bell Tower Lane, Suite 203<br>Weston, FL 33326 | Not Applicable |

| | 954-315-3454<br>954-315-3455 (fax)<br>jagoldstein@pomlaw.com<br><br>**Marc I. Gross**<br>**Jeremy A. Lieberman**<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>212-661-1100<br>212-661-8665 (fax)<br>migross@pomlaw.com<br>jalieberman@pomlaw.com | |
|---|---|---|
| **The Infirmary LLC (2:15-cv-06729-BRO-JEM)** | | |
| **Davenport's Family Restaurant Inc.** | **Amid T. Bahadori**<br>Bahadori and Thomas LLP<br>2 Park Plaza, Suite 450<br>Irvine, CA 92614<br>949-954-8164<br>949-954-8163 (fax)<br>atb@bahadorilaw.com<br><br>**Roger A. Sachar, Jr.**<br>**Peter Safirstein**<br>Morgan and Morgan PC<br>28 West 44th Street, Suite 2001<br>New York, NY 10036<br>646-863-5704<br>212-564-1807 (fax)<br>rsachar@morgansecuritieslaw.com<br>psafirstein@morgansecuritieslaw.com<br><br>**Bryan Matthew Thomas**<br>Bahadori and Thomas LLP<br>2 Park Plaza, Suite 450<br>Irvine, CA 92614<br>949-954-8164<br>949-954-8163 (fax)<br>bryanthomasjd@gmail.com<br><br>**Lesley E. Weaver**<br>Block and Leviton LLP<br>520 Third Street, Suite 108<br>Oakland, CA 94607<br>415-968-8999<br>617-507-6020 (fax)<br>lweaver@blockesq.com | No other parties identified with an interest in the case. |
| **The Infirmary LLC** | Same as  Davenport's Family Restaurant | No other parties identified with an interest |

| | Inc. | in the case. |
|---|---|---|
| **Trilogy Holding, LLC et al. (2:15-cv-10000-BRO-JEM)** | | |
| **Jonathan Frantz** | **Jeffrey Benjamin Dubner**<br>**Richard A. Koffman**<br>Cohen Milstein Sellers and Toll PLLC<br>1100 New York Avenue NW, Suite 500<br>Washington, DC 20005<br>202-408-4600<br>202-408-4699 (fax)<br>jdubner@cohenmilstein.com<br>rkoffman@cohenmilstein.com<br><br>**Howard Langer**<br>**Edward Diver**<br>**Peter Leckman**<br>Langer Grogan and Diver PC<br>1717 Arch Street, Suite 4130<br>Philadelphia, PA 19103<br>215-320-5660<br>215-320-5703 (fax)<br>hlanger@langergrogan.com<br>ndiver@langergrogan.com<br>pleckman@langergrogan.com<br><br>**Daniel B Rehns**<br>Cohen Milstein Seller and Toll PLLC<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>212-838-7797<br>212-838-7745 (fax)<br>drehns@cohenmilstein.com | Not Applicable |
| **New Lounge 4324, LLC** | Same as Jonathan Frantz | New Lounge 4324, LLC has no parent company. No publicly held corporation owns more than 10% of the stock of any of the Plaintiffs. |
| **Pedal Haus Brewery, LLC** | Same as Jonathan Frantz | Fork & Dagger, LLC is the parent company of both Pedal Haus Brewery, LLC and Whiskey Rocks Tempe, LLC. No publicly held corporation owns more than 10% of the stock of any of the Plaintiffs. |
| **Trilogy Holding, LLC** | Same as Jonathan Frantz | Trilogy Holding, LLC has no parent company. No publicly held corporation owns more than 10% of the stock of any of the Plaintiffs. |
| **Whiskey Rocks Tempe, LLC** | Same as Jonathan Frantz | Fork & Dagger, LLC is the parent company of both Pedal Haus Brewery, LLC and Whiskey Rocks Tempe, LLC. No publicly held corporation owns more than 10% of |

| | | the stock of any of the Plaintiffs. |
|---|---|---|
| **Michael Holinko (2:15-cv-07665-BRO-JEM)** | | |
| Michael Holinko | **Natasha Azadeh Naraghi**<br>Law Offices of Alexander M Schack<br>16870 West Bernardo Drive, Suite 400<br>San Diego, CA 92127<br>858-485-6535<br>858-485-0608 (fax)<br>natashanaraghi@amslawoffice.com<br><br>**Alexander M Schack**<br>Law Offices of Alexander M Schack<br>16870 W Bernardo Court, Suite 400<br>San Diego, CA 92127<br>858-485-6535<br>858-485-0608 (fax)<br>alexschack@amslawoffice.com | Not Applicable |
| **JS Entertainment, Inc. et al (2:15-cv-09794-BRO-JEM)** | | |
| JS Entertainment, Inc. | **Renae D. Steiner**<br>**Vincent J. Esades**<br>**James W. Anderson**<br>Heins Mills and Olson PLC<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>612-338-4605<br>612-338-4692 (fax)<br>rsteiner@heinsmills.com<br>vesades@heinsmills.com<br>janderson@heinsmills.com<br><br>**Caleb Marker**<br>Zimmerman Reed LLP<br>2381 Rosecrans Avenue, Suite 328<br>Manhattan Beach, CA 90245<br>877-500-8780<br>888-490-7750 (fax)<br>Caleb.Marker@zimmreed.com<br><br>**Hart L Robinovitch**<br>Zimmerman Reed LLP<br>14646 No. Kierland Blvd., Suite 145<br>Scottsdale, AZ 85254<br>480.348.6400<br>480.348.6415 (fax)<br>hart.robinovitch@zimmreed.com<br><br>**Brian C. Gudmundson** | JS Entertainment Inc. d/b/a Upper Cut does NOT have a parent company; and there are NO publicly held corporations that own 10% or more of its stock. |

| | **Jason R. Lee**<br>Zimmerman Reed, LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>(612) 341-0400 Telephone<br>(612) 341-0844 Facsimile<br>brian.gudmundson@zimmreed.com<br>jason.lee@zimmreed.com<br>**Patrick R. Burns**<br>Burns Law Firm PLLC<br>1624 Harmon Place, Suite 300<br>Minneapolis, MN 55403<br>Tel: (612) 877-6400<br>patrick@burns-law.mn | |
|---|---|---|
| **MJ Ventures, Inc.** | Same as JS Entertainment, Inc. | MJ Ventures, Inc. d/b/a LieBrary Bar, Red Eye and Tommy Jacks Pub does NOT have a parent company; and there are NO publicly held corporations that own 10% or more of its stock. |
| **Our Ventures Inc.** | Same as JS Entertainment, Inc. | Our Ventures Inc. d/b/a 18th Amendment and Wood's Pub does NOT have a parent company; and there are NO publicly held corporations that own 10% or more of its stock. |
| **SD Billy Frogs, Inc.** | Same as JS Entertainment, Inc. | SD Billy Frogs, Inc. d/b/a Billy Frogs does NOT have a parent company; and there are NO publicly held corporations that own 10% or more of its stock. |
| **Triple J Entertainment, Inc.** | Same as JS Entertainment, Inc. | Triple J Entertainment, Inc. d/b/a Alibi Bar does NOT have a parent company; and there are NO publicly held corporations that own 10% or more of its stock. |
| **Jammers Inc. (2:15-cv-06959-BRO-JEM)** | | |
| **Jammers Inc.** | **Brian C Gudmundson**<br>Zimmerman Reed PLLP<br>80 South Eighth Street 1100 IDS Center<br>Minneapolis, MN 55402<br>612-341-0400<br>612-341-0844 (fax)<br>brian.gudmundson@zimmreed.com<br><br>**Jason R Lee**<br>Zimmerman Reed LLP<br>80 South 8th Street 1100 IDS Center<br>Minneapolis, MN 55402<br>612-341-0400<br>612-341-0844 (fax) | Jammers, Inc. has no parent corporation and no publicly held corporation owns 10 percent or more of Jammers stock. |

| | | |
|---|---|---|
| | jason.lee@zimmreed.com<br><br>**Caleb Marker**<br>Zimmerman Reed LLP<br>2381 Rosecrans Avenue, Suite 328<br>Manhattan Beach, CA 90245<br>877-500-8780<br>888-490-7750 (fax)<br>Caleb.Marker@zimmreed.com<br><br>**Arthur M Murray**<br>Murray Law Firm<br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>504-525-8100<br>504-584-5249 (fax)<br>amurray@murray-lawfirm.com<br><br>**Christopher P Ridout**<br>Zimmerman Reed LLP<br>555 East Ocean Boulevard, Suite 500<br>Long Beach, CA 90802<br>877-500-8780<br>877-500-8781 (fax)<br>Christopher.Ridout@zimmreed.com<br><br>**Hart L Robinovitch**<br>Zimmerman Reed PLLP<br>14646 North Kierland Boulevard, Suite 145<br>Scottsdale, AZ 85254<br>480-348-6400<br>480-648-6415 (fax)<br>hart.robinovitch@zimmreed.com | |
| **Jon2 LLC (2:15-cv-09655-BRO-JEM)** | | |
| **Jon2 LLC** | **Brittany DeJong**<br>Wolf Haldenstein Adler Freeman and Herz LLP<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>619-239-4599<br>619-234-4599 (fax)<br>dejong@whafh.com<br><br>**Marisa C Livesay**<br>Wolf Haldenstein Adler Freeman and Herz LLP<br>750 B Street, Suite 2770 | Jon2 LLC has no parent corporation, and no publicly held corporation owns 10% or more of its stock. |

| | | |
|---|---|---|
| | San Diego, CA 92101<br>619-239-4599<br>619-234-4599 (fax)<br>livesay@whafh.com<br><br>**Betsy C Manifold**<br>Wolf Haldenstein Adler Freeman and Herz LLP<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>619-239-4599<br>619-234-4599 (fax)<br>manifold@whafh.com<br><br>**Rachele R Rickert**<br>Wolf Haldenstein Adler Freeman and Herz LLP<br>Symphony Tower<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>619-239-4599<br>619-234-4599 (fax)<br>rickert@whafh.com<br><br>**Fred Taylor Isquith**<br>**Thomas H. Burt**<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, New York 10016<br>212/545-4600<br>212/545-4653 (fax)<br>isquith@whafh.com<br>burt@whafh.com<br><br>**Theodore B. Bell**<br>**Carl Malmstrom**<br>Wolf Haldenstein Adler Freeman & Herz LLC<br>One South Dearborn St., Suite 2122<br>Chicago, IL 60603<br>312/984-0000<br>312/212-4401 (fax)<br>tbell@whafh.com<br>malmstrom@whafh.com | |
| **Adam Matschullat** | Same as Jon2 LLC | Not Applicable |
| **Robert Gary Lippincott, Jr. (2:15-cv-09996-BRO-JEM)** | | |
| **Robert Gary Lippincott, Jr.** | **Bradley Christopher Buhrow** | Not Applicable |

Zimmerman Reed PLLP
14646 North Kierland Boulevard, Suite
145
Scottsdale, AZ 85254
480-348-6400
480-348-6415 (fax)
brad.buhrow@zimmreed.com

**Brian C Gudmundson**
Zimmerman Reed PLLP
80 South Eighth Street 1100 IDS Center
Minneapolis, MN 55402
612-341-0400
612-341-0844 (fax)
brian.gudmundson@zimmreed.com

**Jason R Lee**
Zimmerman Reed LLP
80 South 8th Street 1100 IDS Center
Minneapolis, MN 55402
612-341-0400
612-341-0844 (fax)
jason.lee@zimmreed.com

**Caleb Marker**
Zimmerman Reed LLP
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
877-500-8780
888-490-7750 (fax)
Caleb.Marker@zimmreed.com

**Arthur M Murray**
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA 70130
504-525-8100
504-584-5249 (fax)
amurray@murray-lawfirm.com

**Hart L Robinovitch**
Zimmerman Reed PLLP
14646 North Kierland Boulevard, Suite
145
Scottsdale, AZ 85254
480-348-6400
480-648-6415 (fax)
hart.robinovitch@zimmreed.com

| Main Street America Ltd. (2:15-cv-06402-BRO-JEM) | | |
|---|---|---|
| **Main Street America Ltd.** | **William G Caldes**<br>Spector Roseman Kodroff and Willis PC<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>215-496-0300<br>215-496-6611 (fax)<br>Bcaldes@srkw-law.com<br><br>**Lionel Zevi Glancy**<br>Glancy Prongay and Murray LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150<br>310-201-9160 (fax)<br>lglancy@glancylaw.com<br><br>**Jonathan M Jagher**<br>Spector Roseman Kodroff and Willis PC<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>215-496-0300<br>215-496-6611 (fax)<br>jjagher@srkw-law.com<br><br>**Eugene A Spector**<br>**Jeffrey L Spector**<br>Spector Roseman Kodroff and Willis PC<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>215-496-0300<br>215-496-6611 (fax)<br>espector@srkw-law.com<br>jspector@srkw-law.com<br><br>**Lee Albert**<br>**Brian Murray**<br>Glancy Prongay & Murray LLP<br>122 East 42nd Street, Suite 2920<br>New York, NY 10168<br>Tel: (212) 682-5340<br>Fax: (212) 884-0988<br>lalbert@glancylaw.com<br>bmurray@glancylaw.com<br><br>**David P. McLafferty**<br>Law Offices of David P. McLafferty &<br>Associates, P.C.<br>923 Fayette Street<br>Conshohocken, PA 19428 | No other parties identified with an interest in the case. |

| | (610) 940-4000<br>(610) 940-4007 (fax)<br>dmclafferty@mclaffertylaw.com | |
|---|---|---|
| **Rookies Sports Cafe, L.L.C. et al (2:15-cv-05813-BRO-JEM)** | | |
| **Maple Street Entertainment, L.L.C.** | **Ramzi Abadou**<br>Kahn Swick and Foti LLP<br>912 Cole Street, Suite 251<br>San Francisco, CA 94117<br>504-455-1400<br>504-455-1498 (fax)<br>ramzi.abadou@ksfcounsel.com<br><br>**Melinda A. Nicholson**<br>Kahn Swick & Foti, LLC<br>206 Covington Street<br>Madisonville, LA 70447<br>(504) 455-1400<br>(504) 455-1498 (fax)<br>melinda.nicholson@ksfcounsel.com | Maple Street Entertainment LLC is organized under the laws of the State of Louisiana. It has no parent corporations and no publicly held corporation owns 10% or more of their stock. |
| **Martinis of New Orleans, Inc.** | Same as Maple Street Entertainment, LLC | Martinis of New Orleans, Inc. is organized under the laws of the State of Louisiana. It has no parent corporations and no publicly held corporation owns 10% or more of their stock. |
| **Rookies Sports Cafe, L.L.C.** | Same as Maple Street Entertainment, LLC | Rookies Sports Cafe LLC is organized under the laws of the State of Louisiana. It has no parent corporations and no publicly held corporation owns 10% or more of their stock. |
| **NYN, Inc. (2:15-cv-08961-BRO-JEM)** | | |
| **NYN, Inc.** | **David H Weinstein**<br>**Robert S. Kitchenoff**<br>Weinstein Kitchenoff and Asher LLC<br>100 South Broad Street, Suite 705<br>Philadelphia, PA 19110<br>215-545-7200<br>215-545-6535 (fax)<br>weinstein@wka-law.com<br>kitchenoff@wka-law.com<br><br>**M. Stephen Dampier**<br>The Dampier Law Firm P.C.<br>55 N. Section Street<br>P.O. Box 161 (36533)<br>Fairhope, AL 36532<br>Telephone: (251) 929-0900 | Pursuant to Fed. R. Civ. P. 7.1, and to enable District and Magistrate Judges of the Court to evaluate possible disqualifications or recusals, the undersigned counsel for Plaintiff NYN, INC. (a private non-governmental party) certifies that it is not publicly held and does not have corporate parents, affiliates and/or subsidiaries which are publicly held. |

| | | |
|---|---|---|
| | Facsimile: (251) 929-0800<br>stevedampier@dampierlaw.com | |
| **Ninth Inning Inc. (2:15-cv-05261-BRO-JEM)** | | |
| **Ninth Inning Inc.** | **Lee Albert**<br>Glancy Prongay and Murray LLP<br>122 East 42nd Street, Suite 2920<br>New York, NY 10168<br>212-682-5340<br>212-884-0988 (fax)<br>lalbert@glancylaw.com<br><br>**Lionel Zevi Glancy**<br>Glancy Prongay and Murray LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>310-201-9150<br>310-201-9160 (fax)<br>lglancy@glancylaw.com<br><br>**Christopher L Lebsock**<br>Hausfeld LLP<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>415-633-1949<br>415-693-0770 (fax)<br>clebsock@hausfeldllp.com<br><br>**Michael P Lehmann**<br>Hausefeld LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>415-633-1949<br>415-358-4980 (fax)<br>mlehmann@hausfeldllp.com<br><br>**Scott Allan Martin**<br>Hausfeld LLP<br>165 Broadway, Suite 2301<br>New York, NY 10006<br>646-357-1195<br>212-202-4322 (fax)<br>smartin@hausfeld.com<br><br>**Michael D. Hausfeld**<br>Hausfeld LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>(202) 540-7200<br>(202)540-7201 (fax) | **Jason Baker**<br>CEO and shareholder of Plaintiff Ninth Inning Inc. dba The Mucky Duck |

| | mhausfeld@hausfeld.com | |
|---|---|---|
| | **Brian Phillip Murray**<br>Glancy Prongay and Murray LLP<br>122 East 42nd Street, Suite 2920<br>New York, NY 10168<br>212-682-5340<br>212-884-0988 (fax)<br>bmurray@glancylaw.com<br><br>**Irving Scher**<br>Hausfeld LLP<br>165 Broadway, Suite 2301<br>New York, NY 10006<br>646-357-1100<br>212-202-4322 (fax)<br>ischer@hausfeld.com<br><br>**Bonny E Sweeney**<br>Hausfeld LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>415-633-1908<br>415-358-4980 (fax)<br>bsweeney@hausfeld.com | |
| **P.J. Hafiz Club Management, Inc. (2:15-cv-09175-BRO-JEM)** | | |
| **P.J. Hafiz Club Management, Inc.** | **Bryan L. Bleichner**<br>**Francis J. Rondoni**<br>**Jeffrey D. Bores**<br>Chestnut Cambronne PA<br>17 Washington Avenue North, Suite 300<br>Minneapolis, MN 55401<br>(612) 339-7300<br>(612) 336-2940 (fax)<br>bbleichner@chestnutcambronne.com<br>frondoni@chestnutcambronne.com<br>jbores@chestnutcambronne.com<br><br>**Caleb Marker**<br>Zimmerman Reed LLP<br>2381 Rosecrans Avenue, Suite 328<br>Manhattan Beach, CA 90245<br>877-500-8780<br>888-490-7750 (fax)<br>Caleb.Marker@zimmreed.com<br><br>**Brian C. Gudmundson**<br>**Jason R. Lee** | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff P.J. Hafiz Club Management, Inc. d/b/a Sneaky Pete's, by and through its undersigned counsel, hereby discloses that: (1) it does NOT have a parent company; and, (2) there are NO publicly held corporations that own 10% or more of its stock. |

| | | |
|---|---|---|
| | Zimmerman Reed, LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>(612) 341-0400<br>(612) 341-0844 (fax)<br>brian.gudmundson@zimmreed.com<br>jason.lee@zimmreed.com<br><br><br>**Hart L Robinovitch**<br>Zimmerman Reed LLP<br>14646 No. Kierland Blvd., Suite 145<br>Scottsdale, AZ 85254<br>480.348.6400<br>480.348.6415 (fax)<br>hart.robinovitch@zimmreed.com | |
| **Pizza Pie and Wing Co. LLC (2:15-cv-07305-BRO-JEM)** | | |
| **Pizza Pie and Wing Co. LLC** | **Shawn M Larsen**<br>Larsen Woodard LLP<br>100 Bayview Circle, Suite 4500<br>Newport Beach, CA 92660<br>949-769-6602<br>949-769-6603 (fax)<br>slarsen@larsenwoodard.com<br><br>**Richard A Lockridge**<br>Lockridge Grindal Nauen PLLP<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>612-339-6900<br>612-399-0981 (fax)<br>ralockridge@locklaw.com<br><br>**Karen Hanson Riebel**<br>Lockridge Grindal Nauen PLLP<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401-2159<br>612-339-6900<br>612-339-0981 (fax)<br>khriebel@locklaw.com<br><br>**Heidi M Silton**<br>Lockridge Grindal Nauen PLLP<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401 | Plaintiff Pizza Pie & Wing Co. LLC hereby certifies that it is unaware of any persons—other than the named parties and putative class members—who have a direct, pecuniary interest in the outcome of the case. |

| | | |
|---|---|---|
| | 612-339-6900<br>612-339-0981 (fax)<br>hmsilton@locklaw.com<br><br>**Gregory E Woodard**<br>Larsen Woodard LLP<br>100 Bayview Circle, Suite 4500<br>Newport Beach, CA 92660<br>949-769-6602<br>949-769-6603 (fax)<br>gwoodard@larsenwoodard.com<br><br>**Gary F. Lynch**<br>Carlson Lynch Sweet & Kilpela<br>1133 Penn Avenue<br>5th Floor<br>Pittsburgh, PA 15222<br>Telephone: 412-322-9243<br>Facsimile: 412-231-0246<br>glynch@carlsonlynch.com | |
| **Seifert Holdings, Inc. (2:15-cv-09944-BRO-JEM)** | | |
| **Seifert Holdings, Inc.** | **Mike M Arias**<br>Arias Sanguinetti Stahle and Torrijos LLP<br>6701 Center Drive West 14th Floor<br>Los Angeles, CA 90045-1558<br>310-844-9696<br>310-861-0168 (fax)<br>mike@asstlawyers.com<br><br>**Alfredo Torrijos**<br>Arias Sanguinetti Stahle and Torrijos LLP<br>6701 Center Drive West 14th Floor<br>Los Angeles, CA 90045<br>310-844-9696<br>310-861-0168 (fax)<br>alfredo@asstlawyers.com<br><br>**Daniel R Karon**<br>**Beau D. Hollowell**<br>Karon LLC<br>700 West St Clair Avenue Suite 200<br>Cleveland, OH 44113<br>216-622-1851<br>216-241-8175 (fax)<br>dkaron@karonllc.com<br>bhollowell@karonllc.com<br><br>**Arnold C Wang**<br>Arias Sanguinetti Stahle and Torrijos LLP | Seifert Holdings, Inc. d/b/a Third Base Pub, by and through its undersigned counsel, hereby discloses that: (1) it does NOT have a parent company; and, (2) there are NO publicly held corporations that own 10% or more of its stock. |

| | | |
|---|---|---|
| | 6701 Center Drive West 14th Floor<br>Los Angeles, CA 90045<br>310-844-9696<br>310-861-0168 (fax)<br>arnold@asstlawyers.com | |

**Sir Waldon, Inc. (2:16-cv-01025-BRO-JEM)**

| | | |
|---|---|---|
| Sir Waldon, Inc. | **Amy Thomas Brantly**<br>Kesselman Brantly Stockinger LLP<br>1230 Rosecrans Ave., Suite 690<br>Manhattan Beach, CA 90266<br>310-307-4555<br>310-307-4570 (fax)<br>Abrantly@kbslaw.com<br><br>**Jin Young Choi**<br>The Mogin Law Firm, P.C.<br>707 Broadway, Suite 1000<br>San Diego, CA 92101<br>619-687-6611<br>619-687-6610 (fax)<br>pchoi@moginlaw.com<br><br>**David W Kesselman**<br>Kesselman Brantly Stockinger LLP<br>1230 Rosecrans Ave., Ste. 690<br>Manhattan Beach, CA 90266<br>310-307-4555<br>310-307-4570 (fax)<br>dkesselman@kbslaw.com<br><br>**Daniel J Mogin**<br>The Mogin Law Firm, P.C.<br>707 Broadway, Suite 1000<br>San Diego, CA 92101<br>619-687-6611<br>619-687-6610 (fax)<br>dmogin@moginlaw.com<br><br>**Trevor V Stockinger**<br>Kesselman Brantly Stockinger LLP<br>1230 Rosecrans Ave., Suite 690<br>Manhattan Beach, CA 90266<br>310-307-4555<br>310-307-4570 (fax)<br>tstockinger@kbslaw.com<br><br>**Jodie Williams**<br>The Mogin Law Firm, P.C. | The following entities and persons may have a pecuniary interest in Sir Waldon Inc.'s case:<br><br>• Sir Waldon, Inc.<br>• OLSSD LLC<br>• KBS Management, Inc.<br>• Robert Waldon<br>• Kathleen Schack |

| | | |
|---|---|---|
| | 707 Broadway, Suite 1000<br>San Diego, CA 92101<br>619-687-6611<br>619-687-6610 (fax)<br>jwilliams@moginlaw.com | |
| **T-3 Restaurants, Inc. (2:16-cv-00029-BRO-JEM)** | | |
| **T-3 Restaurants, Inc.** | **Robert J Larocca**<br>**Craig W. Hillwig**<br>Kohn Swift and Graf PC<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>215-238-1700<br>215-238-1968 (fax)<br>rlarocca@kohnswift.com<br>chillwig@kohnswift.com<br><br>**Michael J. Boni**<br>**Joshua D. Snyder**<br>**John E. Sindoni**<br>Boni & Zack LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>(610) 822-0200<br>(610) 822-0206 (fax)<br>mboni@bonizack.com<br>jsnyder@bonizack.com<br>jsindoni@bonizack.com | T-3 Restaurants, Inc. d/b/a Tyler's Tap Room has no parent company and no publicly held corporation owns more than 10% of its stock. |
| **Two Pauls, Inc. (2:15-cv-09180-BRO-JEM)** | | |
| **Two Pauls, Inc.** | **Caleb Marker**<br>Zimmerman Reed LLP<br>2381 Rosecrans Avenue, Suite 328<br>Manhattan Beach, CA 90245<br>877-500-8780<br>888-490-7750 (fax)<br>Caleb.Marker@zimmreed.com<br><br>**Brian C. Gudmundson**<br>**Jason R. Lee**<br>Zimmerman Reed, LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>(612) 341-0400 Telephone<br>(612) 341-0844 Facsimile<br>brian.gudmundson@zimmreed.com<br>jason.lee@zimmreed.com | Two Pauls, Inc., by and through its undersigned counsel, hereby discloses that: (1) it does NOT have a parent company; and, (2) there are NO publicly held corporations that own 10% or more of its stock. |

|  | **Mark S. Goldman**<br>**Paul J. Scarlato**<br>**Brian D. Penny**<br>Goldman Scarlato & Penny, P.C.<br>Eight Tower Bridge, Suite 1025<br>161 Washington Street<br>Conshohocken, PA 19428<br>Tel: (484)342-0700<br>goldman@lawgsp.com<br>scarlato@lawgsp.com<br>penny@lawgsp.com<br><br>**Marc H. Edelson**<br>Edelson & Associates, LLC<br>3 Terry Drive, Suite 205<br>Newtown, PA 18940<br>(215) 867-2200 Telephone<br>(267) 685-0676 Facsimile<br>medelson@edelson-law.com<br><br>**Hart L Robinovitch**<br>Zimmerman Reed LLP<br>14646 No. Kierland Blvd., Suite 145<br>Scottsdale, AZ 85254<br>480.348.6400<br>480.348.6415 (fax)<br>hart.robinovitch@zimmreed.com |  |
|---|---|---|
| **Village Pub, LLC (2:15-cv-08241-BRO-JEM)** | | |
| **Village Pub, LLC** | **Garrett D Blanchfield, Jr**<br>**Mark Reinhardt**<br>**Roberta A. Yard**<br>**Mark Wendorf**<br>Reinhardt Wendorf and Blanchfield<br>E1250 First National Bank Building<br>332 Minnesota Street<br>St Paul, MN 55101<br>651-287-2100<br>651-287-2103 (fax)<br>m.reinhardt@rwblawfirm.com<br>g.blanchfield@rwblawfirm.com<br>r.yard@rwblawfirm.com<br>m.wendorf@rwblawfirm.com<br><br>**Lionel Zevi Glancy**<br>Glancy Prongay and Murray LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067 | No other parties identified with an interest in the case. |

| | |
|---|---|
| 310-201-9150<br>310-432-1495 (fax)<br>lglancy@glancylaw.com<br><br>**Christopher L Lebsock**<br>Hausfeld LLP<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>415-633-1949<br>415-693-0770 (fax)<br>clebsock@hausfeldllp.com | |

| Party | Counsel | Corporate Affiliates |
|---|---|---|
| **Defendants** | | |
| **National Football League** (incorrectly identified as National Football League, Inc. in a number of complaints) | **Beth A Wilkinson**<br>**Jonathan D. Kelley**<br>Wilkinson Walsh & Eskovitz<br>1900 M Street, NW, Suite 800<br>Washington, DC 20036<br>(202) 847-4010<br>(202) 847-4005 (fax)<br>bwilkinson@wilkinsonwalsh.com<br>jkelley@wilkinsonwalsh.com<br><br>**Gregg H. Levy**<br>**Derek Ludwin**<br>Covington and Burling LLP<br>850 Tenth Street NW One City Center<br>Washington, DC 20001-4956<br>202-662-6000<br>Fax: 202-778-5429<br>glevy@cov.com<br>dludwin@cov.com<br><br>**Neema Trivedi Sahni**<br>Covington and Burling LLP<br>2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067<br>424-332-4800<br>424-332-4782 (fax)<br>nsahni@cov.com | National Football League states that it is an unincorporated association of 32 member clubs. |
| **NFL Enterprises LLC** | Same as National Football League | NFL Enterprises LLC states that NFL Ventures, L.P. is the parent limited partnership of NFL Enterprises LLC. |
| **Arizona Cardinals Football Club LLC** (incorrectly identified as Arizona Cardinals Holdings, Inc.) | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |

| Atlanta Falcons Football Club, LLC | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
|---|---|---|
| Baltimore Ravens Limited Partnership | Same as National Football League | Baltimore Ravens Limited Partnership hereby discloses the following additional entity:<br><br>Baltimore Football Company LLC (general partner)<br><br>No publicly held corporation owns 10% or more of these entities' stock. |
| Buffalo Bills, LLC | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| Panthers Football, LLC | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| The Chicago Bears Football Club, Inc. | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| Cincinnati Bengals, Inc. | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| Cleveland Browns Football Company LLC | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| Dallas Cowboys Football Club, Ltd. | Same as National Football League | Dallas Cowboys Football Club, Ltd. hereby discloses the following additional entities:<br><br>JWJ Corporation (general partner)<br><br>No publicly held corporation owns 10% or more of these entities' stock. |
| PDB Sports, Ltd. | Same as National Football League | PDB Sports, Ltd. hereby discloses the following additional entity:<br><br>Bowlen Sports, Inc. (general partner)<br><br>No publicly held corporation owns 10% or more of these entities' stock. |
| The Detroit Lions, Inc. | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| Green Bay Packers, Inc. | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| Houston NFL Holdings, | Same as National Football League | Houston NFL Holdings, L.P. hereby |

| L.P. | | discloses the following additional entities: |
|---|---|---|
| | | RCM Sports and Leisure, L.P. (general partner); Houston NFL Holdings G.P., L.L.C. (general partner of RCM Sports) |
| | | No publicly held corporation owns 10% or more of these entities' stock. |
| **Indianapolis Colts, Inc.** | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| **Jacksonville Jaguars, LLC** | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| **Kansas City Chiefs Football Club, Inc.** | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| **Miami Dolphins, Ltd.** | Same as National Football League | Miami Dolphins, Ltd. hereby discloses the following additional entity:<br><br>South Florida Football Associates LLC (general partner)<br><br>No publicly held corporation owns 10% or more of these entities' stock. |
| **Minnesota Vikings Football Club, LLC** | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| **New England Patriots, LLC** (incorrectly identified as New England Patriots, LP) | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| **New Orleans Louisiana Saints, L.L.C.** | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| **New York Football Giants, Inc.** | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| **New York Jets LLC** | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| **The Oakland Raiders, a California Limited Partnership** (incorrectly identified as Oakland Raiders LP) | Same as National Football League | The Oakland Raiders hereby discloses the following additional entity:<br><br>A.D. Football, Inc. (general partner)<br><br>No publicly held corporation owns 10% or more of these entities' stock. |

| | | |
|---|---|---|
| **Philadelphia Eagles, LLC** (incorrectly identified as Philadelphia Eagles Football Club, Inc.) | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| **Pittsburgh Steelers LLC** (incorrectly identified as Pittsburgh Steelers Sports, Inc.) | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| **The St. Louis Rams, LLC** (incorrectly identified as The Rams Football Company LLC) | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| **Chargers Football Company, LLC** | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| **Forty Niners Football Company LLC** (incorrectly identified as San Francisco Forty Niners II, LLC) | Same as National Football League | No publicly held corporation owns 10% or more of this entity's stock. |
| **Football Northwest LLC** | Same as National Football League | Football Northwest LLC hereby discloses the following additional entity: Football Northwest Management, Inc. (corporate parent) No publicly held corporation owns 10% or more of these entities' stock. |
| **Buccaneers Limited Partnership** | Same as National Football League | Buccaneers Limited Partnership hereby discloses the following additional entity: Tampa Bay Broadcasting, Inc. (general partner) No publicly held corporation owns 10% or more of these entities' stock. |
| **Tennessee Football, Inc.** | Same as National Football League | Tennessee Football, Inc. hereby discloses the following additional entity: KSA Industries, Inc. (corporate parent) No publicly held corporation owns 10% or more of these entities' stock. |
| **Pro-Football, Inc.** (identified as Washington Football, Inc.) | Same as National Football League | Pro-Football, Inc. hereby discloses the following additional entities: WFI Group, Inc. (corporate parent of Pro-Football, Inc.); Washington Football, Inc. |

| | | (corporate parent of WFI Group, Inc.) |
|---|---|---|
| | | No publicly held corporation owns 10% or more of these entities' stock. |
| **DIRECTV, Inc. (*)** **DIRECTV, LLC** | **Melissa D. Ingalls** Kirkland and Ellis LLP 333 South Hope Street Los Angeles, CA 90071 213-680-8400 213-680-8500 (fax) melissa.ingalls@kirkland.com  **Michael E. Baumann** **Kirkland & Ellis LLP** 333 South Hope Street Los Angeles, CA 90071 213-680-8400 213-680-8500 (fax) michael.baumann@kirkland.com  **Robyn Eileen Bladow** Kirkland and Ellis LLP 333 South Hope Street Los Angeles, CA 90071 213-680-8400 213-680-8500 (fax) robyn.bladow@kirkland.com  **Tammy Ann Tsoumas** Kirkland and Ellis LLP 333 South Hope Street, 29th Floor Los Angeles, CA 90071 213-680-8400 213-680-8500 (fax) tammy.tsoumas@kirkland.com  **John Del Monaco** Kirkland and Ellis LLP 601 Lexington Avenue New York, New York 10022-4611 212-446-4795 212-446-6460 (fax) john.delmonaco@kirkland.com | The following entities may have a pecuniary interest in the outcome of this case: 1. DIRECTV, LLC.  2. DIRECTV Holdings LLC, which is the direct parent company and 100% owner of DIRECTV, LLC.  3. The DIRECTV Group, Inc., which is the direct parent company and 100% owner of DIRECTV Holdings LLC.  4. Greenlady Corp., which controls a 57% interest in The DIRECTV Group, Inc.  5. DTV Entertainment, Inc., which is the direct parent company and 100% owner of Greenlady Corp.  6. DIRECTV Group Holdings, LLC, which is the direct parent company and 100% owner of DTV Entertainment, Inc., and which controls a 43% interest in The DIRECTV Group, Inc.  7. AT&T Inc., which is publicly traded and is the ultimate parent company of DIRECTV Group Holdings, LLC.  * DIRECTV, Inc. is a company that no longer exists. DIRECTV, LLC, however, is a California limited liability company with its principal place of business in El Segundo, California. DIRECTV, Inc. was merged into DIRECTV, LLC, with DIRECTV, LLC as the surviving entity. |
| **DIRECTV Holdings LLC** | Same as DIRECTV Inc./DIRECTV, LLC | Same as DIRECTV Inc./DIRECTV, LLC |
| **DIRECTV Group Holdings, LLC** | Same as DIRECTV Inc./DIRECTV, LLC | Same as DIRECTV Inc./DIRECTV, LLC |
| **DIRECTV Sports Networks, LLC** | Same as DIRECTV Inc./DIRECTV, LLC | The following entities may have a pecuniary interest in the outcome of this |

| | | |
|---|---|---|
| | | case:<br><br>1. Greenlady Corp., which is the direct parent company and 100% owner of DIRECTV Sports Networks, LLC.<br><br>2. DTV Entertainment, Inc., which is the direct parent company and 100% owner of Greenlady Corp.<br><br>3. DIRECTV Group Holdings, LLC, which is the direct parent company and 100% owner of DTV Entertainment, Inc.<br><br>4. AT&T Inc., which is publicly traded and is the ultimate parent company of DIRECTV Group Holdings, LLC. |
| **CBS Corporation** | **James W Quinn**<br>Weil Gotshal and Manges LLP<br>767 Fifth Avenue, 25th Floor<br>New York, NY 10153<br>212-310-8000<br>212-310-8007 (fax)<br>james.quinn@weil.com<br><br>**Yehudah L Buchweitz**<br>Weil Gotshal and Manges LLP<br>767 Fifth Avenue, 25th Floor<br>New York, NY 10153<br>212-310-8256<br>212-310-8007 (fax)<br>yehudah.buchweitz@weil.com<br><br>**Eric S Hochstadt**<br>Weil Gotshal and Manges LLP<br>767 Fifth Avenue, 25th Floor<br>New York, NY 10153<br>212-310-8000<br>212-310-8007 (fax)<br>eric.hochstadt@weil.com | CBS Corporation is a non-governmental corporate party and is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of CBS Corporation. Otherwise, with respect to ownership of the Class A voting stock of CBS Corporation in the amount of 10% or more, CBS Corporation is only aware, without inquiry, of the following information based upon filings made pursuant to Section 13(d) or Section 13(g) of the Securities and Exchange Act of 1934, as amended: according to a Schedule 13D/A, dated February 25, 2011 and filed with the Securities and Exchange Commission on March 15, 2011, GAMCO Investors, Inc., along with certain entities and persons affiliated therewith (any of which may be publicly held), held shares representing, as of February 28, 2015, approximately 11.7% of CBS Corporation's Class A voting stock, based on such Schedule 13D/A. |
| **Fox Broadcasting Company** | **John E. Schmidtlein**<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>202-434-5901<br>202-434-5029 (fax)<br>jschmidtlein@wc.com | |

| NBC Universal Media LLC | **Daniel G. Swanson**<br>**Melissa Phan**<br>GIBSON DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>dswanson@gibsondunn.com<br>mphan@gibsondunn.com<br><br>**Scott A. Edelman**<br>GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East<br>Los Angeles, CA 90067<br>Telephone: (310) 552-8500<br>Facsimile: (310) 551-8741<br>sedelman@gibsondunn.com | NBCUniversal Media, LLC is indirectly wholly owned by Comcast Corporation, which is publicly held.  No other publicly held corporation owns 10% or more of the stock of NBCUniversal Media, LLC. |
| ESPN Inc. | **Glenn D. Pomerantz**<br>Munger, Tolles & Olson, LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071<br>(213) 683-9132<br>(213) 683-5132 (fax)<br>Glenn.Pomerantz@mto.com | |