

Case: 2:15ml2668   Doc: 99

Alexander M Schack
Alexander M Schack Law Offices
16880 W Bernardo Court, Suite 300
San Diego, CA 92127



1 / 8 - 10079129

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
Alexander M Schack
Alexander M Schack Law Offices
16880 W Bernardo Court, Suite 300
San Diego CA 92127
--Case Participants: Roman M Silberfeld (reirajpanah@rkmc.com, rmsilberfeld@rkmc.com), Eric S Hochstadt (eric.hochstadt@weil.com, james.quinn@weil.com, mco.ecf@weil.com), Thomas H Burt (burt@whafh.com), Garrett D Blanchfield, Jr (g.blanchfield@rwblawfirm.com, k.schulte@rwblawfirm.com), Christina H Connolly Sharp (aep@girardgibbs.com, amv@girardgibbs.com, bmg@girardgibbs.com, chc@girardgibbs.com), Jonathan D Kelley (jkelley@wilkinsonwalsh.com), Eugene A Spector (espector@srkw-law.com), David H Weinstein (weinstein@wka-law.com), Rosemary M Rivas (adang@finkelsteinthompson.com, arivas@finkelsteinthompson.com, cterril@finkelsteinthompson.com, qroberts@finkelsteinthompson.com, rrivas@finkelsteinthompson.com, twarren@finkelsteinthompson.com), Karen Hanson Riebel (arpederson@locklaw.com, crjohnson@locklaw.com, khriebel@locklaw.com), Eliot F Krieger (ekrieger@sullivankrieger.com, ltom@sullivankrieger.com), William Christopher Carmody (bcarmody@susmangodfrey.com, mchristie@susmangodfrey.com), Daniel C Girard (amv@girardgibbs.com, dcg@girardgibbs.com, mce@girardgibbs.com), Brian D Penny (penny@lawgsp.com), Fred Taylor Isquith (isquith@whafh.com), Amid T Bahadori (atb@bahadorilaw.com), Seth Ard (ecf-7bb0ee8b6051@ecf.pacerpro.com, ecf-cb051334f073@ecf.pacerpro.com, mritter@susmangodfrey.com, sard@susmangodfrey.com), James D Ludwig (jludwig@minnillojenkins.com), Arun S Subramanian (asubramanian@susmangodfrey.com, ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com), Christopher L Lebsock (clebsock@hausfeldllp.com), Jeffrey Scott Goldenberg (cpence@gs-legal.com, jgoldenberg@gs-legal.com), Alfredo Torrijos (alfredo@asstlawyers.com), Matthew C De Re (matt@attorneyzim.com), Amy Thomas Brantly (abrantly@kbslaw.com, mquiane@kbslaw.com), Lesley E Weaver (lweaver@blockesq.com), Melissa D Ingalls (laura.bay@kirkland.com, melissa.ingalls@kirkland.com, sbenson@kirkland.com), Mark S Goldman (goldman@lawgsp.com), Gary F Lynch (glynch@carlsonlynch.com, jetzel@carlsonlynch.com, nehrheart@carlsonlynch.com), Jin Young Choi (pchoi@moginlaw.com), Lee Albert (lalbert@glancylaw.com), Christopher P Ridout (christopher.ridout@zimmreed.com, hannah.belknap@zimmreed.com, judy.carter@zimmreed.com, sabine.king@zimmreed.com), Tammy Ann Tsoumas (jonathan.faria@kirkland.com, tammy.tsoumas@kirkland.com), Daniel J Mogin (dmogin@moginlaw.com, jchatfield@moginlaw.com, jwilliams@moginlaw.com, sejercito@moginlaw.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com), Robert J Larocca (rlarocca@kohnswift.com), Beth A Wilkinson (bwilkinson@wilkinsonwalsh.com), William G Caldes (bcaldes@srkw-law.com), Roger A Sachar, Jr (rsachar@morgansecuritieslaw.com), Melinda A Nicholson (dawn.hartman@ksfcounsel.com, melinda.nicholson@ksfcounsel.com), Natasha Azadeh Naraghi (joanbennett@amslawoffice.com, natashanaraghi@amslawoffice.com), Peter Leckman (pleckman@langergrogan.com), Marc I Gross (migross@pomlaw.com), Jason R Lee (jason.lee@zimmreed.com), Howard Langer (hlanger@langergrogan.com, ktrainer@langergrogan.com), Bryan Matthew Thomas (bryanthomasjd@gmail.com), Gregg H Levy (glevy@cov.com), Marc M Seltzer (ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com, hdanielson@susmangodfrey.com, mseltzer@susmangodfrey.com), Neema Trivedi Sahni (achristian@cov.com, jplayforth@cov.com, mdarrah@cov.com, nsahni@cov.com, slahrpastor@cov.com), James W Quinn (james.quinn@weil.com), Daniel R Karon (bhollowell@karonllc.com, cgood@karonllc.com, dkaron@karonllc.com), Jonathan M Jagher (jjagher@srkw-law.com), Derek Ludwin (dludwin@cov.com), Jeffrey Benjamin Dubner (jdubner@cohenmilstein.com), Christian A Jenkins (cjenkins@minnillojenkins.com), Jeffrey B Gittleman (jgittleman@barrack.com), Samuel M Ward


2 / 8 - 10079129

(jmueller@barrack.com, sbasser@barrack.com, sward@barrack.com), Jeffrey L Spector (jspector@srkw-law.com), Edward Diver (ndiver@langergrogan.com), John D Radice (jradice@radicelawfirm.com), Ramzi Abadou (dawn.hartman@ksfcounsel.com, ramzi.abadou@ksfcounsel.com), Brittany DeJong (dejong@whafh.com), David W Kesselman (aporras@kbslaw.com, dkesselman@kbslaw.com, mquiane@kbslaw.com, tstockinger@kbslaw.com), Michelle C Zolnoski (mzolnoski@robinskaplan.com), Marisa C Livesay (boyles@whafh.com, livesay@whafh.com), Richard A Koffman (rkoffman@cohenmilstein.com), Amanda M Steiner (amv@girardgibbs.com, as@girardgibbs.com, chc@girardgibbs.com), Adam M Tamburelli (atamburelli@sullivankrieger.com, ltom@sullivankrieger.com), Daniel B Rehns (drehns@cohenmilstein.com, efilings@cohenmilstein.com), Brian C Gudmundson (brian.gudmundson@zimmreed.com), Marc H Edelson (medelson@edelson-law.com), Carl Malmstrom (malmstrom@whafh.com), Stephen R Basser (jmueller@barrack.com, sbasser@barrack.com), Mike M Arias (jessica@asstlawyers.com, ladonna@asstlawyers.com, maricela@asstlawyers.com, mike@asstlawyers.com, stephanie@asstlawyers.com), Trevor V Stockinger (tstockinger@kbslaw.com), Lionel Zevi Glancy (lglancy@glancylaw.com), Gregory E Woodard (gwoodard@larsenwoodard.com), Ryan F Stephan (ehalverson@stephanzouras.com, kbowers@stephanzouras.com, rstephan@stephanzouras.com), Arnold C Wang (arnold@asstlawyers.com, jessica@asstlawyers.com, ladonna@asstlawyers.com, maricela@asstlawyers.com), Kellie C Lerner (klerner@robinskaplan.com), Bradley Christopher Buhrow (brad.buhrow@zimmreed.com, sabine.king@zimmreed.com), Jayne Arnold Goldstein (jagoldstein@pomlaw.com), Robyn Eileen Bladow (jelani.solper@kirkland.com, laura.bay@kirkland.com, robyn.bladow@kirkland.com), Yehudah L Buchweitz (cbs-pacquiaoassociates@weil.com, jessie.mishkin@weil.com, joseph.adamson@weil.com, joy.dineo@weil.com, mco.ecf@weil.com, nate.west@weil.com, patrick.mills@weil.com, yehudah.buchweitz@weil.com), Hollis L Salzman (hsalzman@robinskaplan.com), Robert S Kitchenoff (kitchenoff@wka-law.com), Richard A Lockridge (bmemmons@locklaw.com, ralockridge@locklaw.com), Scott M Grzenczyk (amv@girardgibbs.com, smg@girardgibbs.com), Rachele R Rickert (boyles@whafh.com, cabrera@whafh.com, cothran@whafh.com, loritsch@whafh.com, rickert@whafh.com), Heidi M Silton (arpederson@locklaw.com, hmsilton@locklaw.com, sljuell@locklaw.com), Bryan L Bleichner (bbleichner@chestnutcambronne.com, dproulx@chestnutcambronne.com), Thomas A Zimmerman, Jr (celi@attorneyzim.com, kristina@attorneyzim.com, tom@attorneyzim.com), Betsy C Manifold (boyles@whafh.com, cabrera@whafh.com, donovan@whafh.com, loritsch@whafh.com, manifold@whafh.com), David Martinez (dfiskio@robinskaplan.com, dmartinez@robinskaplan.com, lcastiglioni@robinskaplan.com), Ian M Gore (ecf-62cbb7ccef36@ecf.pacerpro.com, ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, lnand@susmangodfrey.com), Hart L Robinovitch (hart.robinovitch@zimmreed.com, sabine.king@zimmreed.com), James B Zouras (ehalverson@stephanzouras.com, jzouras@stephanzouras.com, kbowers@stephanzouras.com), Charles T Spagnola (cspagnola@sullivankrieger.com, ltom@sullivankrieger.com), Caleb Marker (caleb.marker@zimmreed.com, sabine.king@zimmreed.com), Shawn M Larsen (mmorelli@kbylaw.com, slarsen@larsenwoodard.com), Jodie Williams (jwilliams@moginlaw.com), Mark A Wendorf (m.wendorf@rwblawfirm.com), Arthur M Murray (amurray@murray-lawfirm.com), Kenneth B Pickle (kpickle@radicelawfirm.com), Magistrate Judge John E. McDermott (crd_mcdermott@cacd.uscourts.gov), Judge Beverly Reid O'Connell (crd_oconnell@cacd.uscourts.gov)
--Non Case Participants: Glenn D Pomerantz (glenn.pomerantz@mto.com), Melissa Phan (mphan@gibsondunn.com), Vincent J Esades (ikovarik@heinsmills.com, janderson@heinsmills.com, vesades@heinsmills.com)
--No Notice Sent:
Message-Id:<21123160@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-BRO-JEM In re

National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion to Appear Pro Hac Vice Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 3/9/2016 at 2:48 PM PST and filed on 3/9/2016

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-BRO-JEM |
| **Filer:** | |
| **Document Number:** | 99 |

**Docket Text:**
ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE by Judge Beverly Reid O'Connell: granting [98] APPLICATION to Appear Pro Hac Vice by Attorney Mark A. Wendorf on behalf of Consolodated Plaintiff Village Pub, LLC, designating Lionel Z. Glancy as local counsel. (lt)

**2:15-ml-02668-BRO-JEM Notice has been electronically mailed to:**
Robert S Kitchenoff     kitchenoff@wka-law.com
David Martinez     lcastiglioni@robinskaplan.com, dmartinez@robinskaplan.com, dfiskio@robinskaplan.com
Roman M Silberfeld     reirajpanah@rkmc.com, rmsilberfeld@rkmc.com
Amanda M Steiner     amv@girardgibbs.com, as@girardgibbs.com, chc@girardgibbs.com
Brian D Penny     penny@lawgsp.com
Amy Thomas Brantly     abrantly@kbslaw.com, mquiane@kbslaw.com
Daniel J Mogin     sejercito@moginlaw.com, jchatfield@moginlaw.com, dmogin@moginlaw.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, jwilliams@moginlaw.com
Scott M Grzenczyk     amv@girardgibbs.com, smg@girardgibbs.com
Hollis L Salzman     hsalzman@robinskaplan.com
Gregory E Woodard     gwoodard@larsenwoodard.com
William Christopher Carmody     mchristie@susmangodfrey.com, bcarmody@susmangodfrey.com
Peter Leckman     pleckman@langergrogan.com
Jeffrey B Gittleman     jgittleman@barrack.com
Brian C Gudmundson     brian.gudmundson@zimmreed.com
Rachele R Rickert     boyles@whafh.com, cothran@whafh.com, cabrera@whafh.com, loritsch@whafh.com, rickert@whafh.com
Marc H Edelson     medelson@edelson-law.com




Neema Trivedi Sahni   mdarrah@cov.com, jplayforth@cov.com, nsahni@cov.com, slahrpastor@cov.com, achristian@cov.com
Ryan F Stephan   ehalverson@stephanzouras.com, kbowers@stephanzouras.com, rstephan@stephanzouras.com
Christopher P Ridout   christopher.ridout@zimmreed.com, sabine.king@zimmreed.com, judy.carter@zimmreed.com, hannah.belknap@zimmreed.com
Edward Diver   ndiver@langergrogan.com
Jayne Arnold Goldstein   jagoldstein@pomlaw.com
Carl Malmstrom   malmstrom@whafh.com
Christina H Connolly Sharp   aep@girardgibbs.com, amv@girardgibbs.com, chc@girardgibbs.com, bmg@girardgibbs.com
Natasha Azadeh Naraghi   natashanaraghi@amslawoffice.com, joanbennett@amslawoffice.com
Michelle C Zolnoski   mzolnoski@robinskaplan.com
Jeffrey L Spector   jspector@srkw-law.com
Caleb Marker   caleb.marker@zimmreed.com, sabine.king@zimmreed.com
Mark S Goldman   goldman@lawgsp.com
Hart L Robinovitch   hart.robinovitch@zimmreed.com, sabine.king@zimmreed.com
John D Radice   jradice@radicelawfirm.com
Tammy Ann Tsoumas   tammy.tsoumas@kirkland.com, jonathan.faria@kirkland.com
Jin Young Choi   pchoi@moginlaw.com
David W Kesselman   tstockinger@kbslaw.com, mquiane@kbslaw.com, dkesselman@kbslaw.com, aporras@kbslaw.com
Adam M Tamburelli   ltom@sullivankrieger.com, atamburelli@sullivankrieger.com
Marc I Gross   migross@pomlaw.com
Daniel C Girard   dcg@girardgibbs.com, amv@girardgibbs.com, mce@girardgibbs.com
Stephen R Basser   sbasser@barrack.com, jmueller@barrack.com
Fred Taylor Isquith   isquith@whafh.com
Garrett D Blanchfield   g.blanchfield@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge   ralockridge@locklaw.com, bmemmons@locklaw.com
David H Weinstein   weinstein@wka-law.com
Gregg H Levy   glevy@cov.com
Eugene A Spector   espector@srkw-law.com
Thomas H Burt   burt@whafh.com
Ian M Gore   lnand@susmangodfrey.com, ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz   mco.ecf@weil.com, cbs-pacquiaoassociates@weil.com, jessie.mishkin@weil.com, patrick.mills@weil.com, joseph.adamson@weil.com, joy.dineo@weil.com, yehudah.buchweitz@weil.com, nate.west@weil.com
Daniel R Karon   bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com
Derek Ludwin   dludwin@cov.com
Jonathan D Kelley   jkelley@wilkinsonwalsh.com
Brittany DeJong   dejong@whafh.com
Ramzi Abadou   ramzi.abadou@ksfcounsel.com, dawn.hartman@ksfcounsel.com
James W Quinn   james.quinn@weil.com
Gary F Lynch   jetzel@carlsonlynch.com, nehrheart@carlsonlynch.com, glynch@carlsonlynch.com
Lee Albert   lalbert@glancylaw.com
William G Caldes   bcaldes@srkw-law.com
Robert J Larocca   rlarocca@kohnswift.com
Arnold C Wang   jessica@asstlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com, arnold@asstlawyers.com




5 / 8 - 10079129

Marisa C Livesay     livesay@whafh.com, boyles@whafh.com
Jason R Lee     jason.lee@zimmreed.com
James D Ludwig     jludwig@minnillojenkins.com
Charles T Spagnola     ltom@sullivankrieger.com, cspagnola@sullivankrieger.com
Amid T Bahadori     atb@bahadorilaw.com
Arthur M Murray     amurray@murray-lawfirm.com
Mark A Wendorf     m.wendorf@rwblawfirm.com
Beth A Wilkinson     bwilkinson@wilkinsonwalsh.com
Rosemary M Rivas     twarren@finkelsteinthompson.com, rrivas@finkelsteinthompson.com, qroberts@finkelsteinthompson.com, cterril@finkelsteinthompson.com, adang@finkelsteinthompson.com, arivas@finkelsteinthompson.com
Jeffrey Benjamin Dubner     jdubner@cohenmilstein.com
James B Zouras     ehalverson@stephanzouras.com, kbowers@stephanzouras.com, jzouras@stephanzouras.com
Trevor V Stockinger     tstockinger@kbslaw.com
Jodie Williams     jwilliams@moginlaw.com
Matthew C De Re     matt@attorneyzim.com
Lesley E Weaver     lweaver@blockesq.com
Seth Ard     sard@susmangodfrey.com, ecf-cb051334f073@ecf.pacerpro.com, ecf-7bb0ee8b6051@ecf.pacerpro.com, mritter@susmangodfrey.com
Samuel M Ward     sward@barrack.com, sbasser@barrack.com, jmueller@barrack.com
Eric S Hochstadt     mco.ecf@weil.com, eric.hochstadt@weil.com, james.quinn@weil.com
Alfredo Torrijos     alfredo@asstlawyers.com
Jeffrey Scott Goldenberg     jgoldenberg@gs-legal.com, cpence@gs-legal.com
Shawn M Larsen     mmorelli@kbylaw.com, slarsen@larsenwoodard.com
Christian A Jenkins     cjenkins@minnillojenkins.com
Kenneth B Pickle     kpickle@radicelawfirm.com
Mike M Arias     stephanie@asstlawyers.com, jessica@asstlawyers.com, mike@asstlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com
Daniel B Rehns     efilings@cohenmilstein.com, drehns@cohenmilstein.com
Betsy C Manifold     cabrera@whafh.com, boyles@whafh.com, loritsch@whafh.com, manifold@whafh.com, donovan@whafh.com
Melinda A Nicholson     melinda.nicholson@ksfcounsel.com, dawn.hartman@ksfcounsel.com
Bradley Christopher Buhrow     brad.buhrow@zimmreed.com, sabine.king@zimmreed.com
Robyn Eileen Bladow     laura.bay@kirkland.com, robyn.bladow@kirkland.com, jelani.solper@kirkland.com
Marc M Seltzer     ecf-67366a65900c@ecf.pacerpro.com, hdanielson@susmangodfrey.com, mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com
Bryan Matthew Thomas     bryanthomasjd@gmail.com
Arun S Subramanian     ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com, asubramanian@susmangodfrey.com
Lionel Zevi Glancy     lglancy@glancylaw.com
Howard Langer     hlanger@langergrogan.com, ktrainer@langergrogan.com
Bryan L Bleichner     bbleichner@chestnutcambronne.com, dproulx@chestnutcambronne.com
Christopher L Lebsock     clebsock@hausfeldllp.com
Thomas A Zimmerman     tom@attorneyzim.com, kristina@attorneyzim.com, celi@attorneyzim.com
Kellie C Lerner     klerner@robinskaplan.com
Eliot F Krieger     ltom@sullivankrieger.com, ekrieger@sullivankrieger.com
Richard A Koffman     rkoffman@cohenmilstein.com
Melissa D Ingalls     laura.bay@kirkland.com, sbenson@kirkland.com, melissa.ingalls@kirkland.com




Roger A Sachar     rsachar@morgansecuritieslaw.com
Heidi M Silton     sljuell@locklaw.com, hmsilton@locklaw.com, arpederson@locklaw.com
Jonathan M Jagher     jjagher@srkw-law.com
Karen Hanson Riebel     crjohnson@locklaw.com, khriebel@locklaw.com, arpederson@locklaw.com
**2:15-ml-02668-BRO-JEM Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
Alexander M Schack
Alexander M Schack Law Offices
16880 W Bernardo Court, Suite 300
San Diego CA 92127



Mark A Wendorf
Reinhardt Wendorf & Blanchfield
E1250 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN  55101
Telephone:  651-287-2100
Fax:  651-287-2103

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>Plaintiff(s)<br><br>v.<br><br>This Document Relates to All Actions<br><br>Defendant(s). | CASE NUMBER<br><br>2:15-ml-02668-BRO (JEMx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Wendorf, Mark A.                                    of    Reinhardt Wendorf & Blanchfield
*Applicant's Name (Last Name, First Name & Middle Initial)*    E1250 First National Bank Bldg.
                                                                                             332 Minnesota Street
651-287-2100          651-287-2103                                     St. Paul, MN  55101
*Telephone Number*    *Fax Number*
m.wendorf@rwblawfirm.com
*E-Mail Address*                                                            *Firm Name & Address*

for permission to appear and participate in this case on behalf of

Village Pub, LLC

*Name(s) of Party(ies) Represented*    ☐ Plaintiff    ☐ Defendant    ☐ Other:_____

and designating as Local Counsel

Glancy, Lionel Z.                                      of    Glancy Prongay & Murray LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    1925 Century Park East, Suite 2100
                                                                                             Los Angeles, CA 90067
134180                       (310) 201-9150
*Designee's Cal. Bar Number*    *Telephone Number*

                                        (310) 201-9160
                                        *Fax Number*                                *Firm Name & Address*
                                                                                             lglancy@glancylaw.com
                                                                                             *E-Mail Address*

hereby ORDERS the Application be:

■ **GRANTED.**
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required fee.

**Dated  March 9, 2016**

                                                                                _____
                                                                                U.S. District Judge