
MARC M. SELTZER, Bar No. 545340
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

*Attorneys for Plaintiffs 8812 Tavern Corp., d/b/a Bench Sports Bar, Christina Malerba and Nicholas Racklin*

ROMAN M. SILBERFELD, Bar No. 62783
RSilberfeld@RobinsKaplan.com
DAVID MARTINEZ, Bar No. 193183
DMartinez@RobinsKaplan.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Fax: (310) 229-5800

*Attorneys for Plaintiff 1465 3rd Ave. Rest. Corp. d/b/a Gael Pub*

(Additional Counsel for Plaintiffs Listed on Signature Page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>Hon. Beverly Reid O'Connell<br><br>**STIPULATION REGARDING THE SUBMISSION OF APPLICATIONS FOR APPOINTMENT TO LEADERSHIP POSITIONS BY PLAINTIFFS' COUNSEL** |

4271881v1/014918

Pursuant to the Court's Order Setting Case Management Conference and Briefing Schedule (the "Case Management Order") (Doc. 27), entered on February 1, 2016, as modified by the Court's Order on the Stipulation to Reschedule Case Management Conference and Deadline for Submission of Joint Preliminary Report (Doc. 97), entered on March 8, 2016, the plaintiffs in the above-captioned litigation, by the undersigned designated counsel, respectfully submit this Stipulation Regarding the Appointment to Leadership Positions by Plaintiffs' Counsel.  This Stipulation is the result of conferences held between counsel for plaintiffs.

Because agreement has not been reached by plaintiffs' counsel on the proposed appointment to case leadership positions, plaintiffs respectfully propose that plaintiffs' counsel be permitted to file applications for appointment for case leadership positions in a manner consistent with the Case Management Order and the procedure described in the parties' Joint Preliminary Report (Doc. 116).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, as follows:

Any plaintiffs' counsel may apply for appointment to leadership's positions on or before May 4, 2016, by submitting a letter addressed to the Court not to exceed five pages in length.  Responses to such applications not to exceed five pages in length may be submitted on or before May 11, 2016.

Respectfully submitted,

Dated:  April 21, 2016

MARC M. SELTZER
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

WILLIAM C. CARMODY
ARUN SUBRAMANIAN
SETH D. ARD

4271881v1/014918

|   |   |   |
|---|---|---|
| 1 |  | IAN M. GORE |
| 2 |  | SUSMAN GODFREY L.L.P. |
|   |  | 560 Lexington Avenue, 15th Floor |
| 3 |  | New York, NY 10022 |
| 4 |  | Telephone: (212) 336-8330 |
|   |  | Fax: (212) 336-8340 |
| 5 |  | igore@susmangodfrey.com |
| 6 |  | sard@susmangodfrey.com |
|   |  | asubramanian@susmangodfrey.com |
| 7 |  | bcarmody@susmangodfrey.com |

          */s/ Marc M. Seltzer*
            Marc M. Seltzer
*Counsel for Plaintiffs 8812 Tavern Corp., d/b/a Bench Sports Bar, Christina Malerba, and Nicholas Racklin*

Dated:  April 21, 2016

ROMAN M. SILBERFELD
DAVID MARTINEZ
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Fax: (310) 229-5800
RSilberfeld@RobinsKaplan.com
DMartinez@RobinsKaplan.com

HOLLIS SALZMAN
KELLIE LERNER
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Fax: (212) 980-7499
HSalzman@RobinsKaplan.com
KLerner@RobinsKaplan.com

          */s/ David Martinez*
            David Martinez
*Counsel for Plaintiff 1465 3rd Ave. Rest. Corp. d/b/a Gael Pub*