# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>Hon. Beverly Reid O'Connell<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING THE SUBMISSION OF APPLICATIONS FOR APPOINTMENT TO LEADERSHIP POSITIONS BY PLAINTIFFS' COUNSEL** |

Upon the stipulation of the plaintiffs and good cause appearing therefor,

**IT IS HEREBY ORDERED** that any plaintiffs' counsel may apply for appointment to leadership positions on or before May 4, 2016, by submitting a letter addressed to the Court not to exceed five pages in length. Responses to such applications not to exceed five pages in length may be submitted on or before May 11, 2016.

Dated: _____

Beverly Reid O'Connell
UNITED STATES DISTRICT JUDGE