**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>Hon. Beverly Reid O'Connell<br><br>**ORDER GRANTING STIPULATION REGARDING THE SUBMISSION OF APPLICATIONS FOR APPOINTMENT TO LEADERSHIP POSITIONS BY PLAINTIFFS' COUNSEL** |

1

1     Upon the stipulation of the plaintiffs and good cause appearing therefor,

2     **IT IS HEREBY ORDERED** that any plaintiffs' counsel may apply for appointment to leadership positions on or before May 5, 2016, by filing a pleading, not to exceed five pages in length. Responses to such applications, not to exceed five pages in length, may be submitted on or before May 11, 2016.

**IT IS HEREBY ORDERED**

Dated: May 4, 2016      _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE