Dena C. Sharp (State Bar No. 245869)
chc@girardgibbs.com
Jordan Elias (State Bar No. 228731)
je@girardgibbs.com
Scott M. Grzenczyk (State Bar No. 279309)
smg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

*Counsel for Plaintiff D.J.'s Sports Bar, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) |
| | **PLAINTIFF D.J.'S SPORTS BAR, INC.'S APPLICATION FOR APPOINTMENT OF DENA C. SHARP AND GIRARD GIBBS LLP TO A LEADERSHIP POSITION** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

Plaintiff D.J.'s Sports Bar, Inc. ("DJ's") respectfully seeks the appointment of Dena C. Sharp and the law firm of Girard Gibbs LLP to serve as a member of the leadership team for the plaintiffs in this litigation.

At issue in this case is an agreement among the National Football League and its member teams not to compete with each other for viewership of NFL games. Instead of engaging in free and open competition, NFL teams agreed to combine the television broadcasting rights to their out-of-market games in to a single package sold exclusively through DirecTV. There will be several threshold legal issues in this case—among them the application of the Sports Broadcasting Act, arbitrability, and antitrust standing. The case will ultimately turn on the legality and effects of defendants' agreement. Discovery relating to the agreement, its impact, and the relevant market will be needed from each of the thirty-two NFL teams, as well as the NFL and DirecTV. This discovery need not be unduly extensive, but the record must be sufficiently developed to support the Court's eventual decisions on antitrust impact and class certification.

Ms. Sharp is a partner at Girard Gibbs. She has the case management and discovery coordination experience necessary to develop and implement of a focused plan for the efficient completion of discovery and the conduct of this litigation. She currently serves as co-lead counsel for indirect purchasers in *In re Lidoderm Antitrust Litigation*, pending in the Northern District of California before the Honorable William H. Orrick. *Lidoderm* is a "pay-for-delay" antitrust case involving four different plaintiff groups, two classes and three sets of defendants. Ms. Sharp has served as the primary case manager and spokesperson for plaintiffs in that case. With the assistance of co-counsel and the active oversight of the court, the parties in *Lidoderm* have substantially completed fact discovery in less than 18 months. Judge Orrick has repeatedly acknowledged the work of lead counsel in efficiently and cooperatively managing the complex MDL proceedings.

In *In re Capacitors Antitrust Litigation,* pending before the Honorable James Donato (also in the Northern District of California), Ms. Sharp serves as one of three lawyers supporting lead counsel in managing complex discovery issues involving more

PLAINTIFF D.J.'S SPORTS BAR, INC.'S APPLICATION FOR APPOINTMENT OF
DENA C. SHARP AND GIRARD GIBBS LLP TO A LEADERSHIP POSITION
Case No. 2:15-ml-02668-BRO (JEMx)

than twenty defendant families and a class period that spans more than a decade.  And in *In re Nexium Antitrust Litigation*, Ms. Sharp took the lead in coordinating discovery on behalf of the indirect purchaser class and was instrumental in briefing class certification and defending that decision on appeal.

*Lidoderm*, *Capacitors*, and *Nexium* have provided valuable experience that Ms. Sharp is prepared to apply to this litigation.  Her experience extends beyond the antitrust realm as well.  Ms. Sharp has led all aspects of the firm's efforts in *In re Oppenheimer California Fund Securities Litigation,* No. 09-md-02063-JLK (D. Colo.), including motion practice and a recent two-day evidentiary hearing that resulted in an order certifying the class.  In *In re Lehman Brothers Holdings Securities & ERISA Litigation*, No. 09-MD-2017 (S.D.N.Y.), Ms. Sharp was responsible for coordinating discovery for structured note investors in a successful action against UBS.  And in *Billitteri v. Securities America, Inc.*, No. 3:09-cv-01568-F (N.D. Tex.), she served as second chair of the Girard Gibbs team in a multi-party action that resulted in a recovery of $150 million.

Ms. Sharp serves as an active member of the *Sedona Conference Working Group on Electronic Document Retention and Production*, the leading think tank on electronic discovery.  She is a member of the drafting team responsible for revising the *Sedona Principles: Best Practices and Principles for Electronic Document Production*, a widely cited authority.  She has worked with top practitioners in a variety of settings, including as a contributor to the influential *Duke Law Proportionality Guidelines and Practices* and as a co-author of a forthcoming ABA book on class action practice.

Other skilled and dedicated attorneys will present a long list of appointments to leadership positions in major antitrust cases, including cases against sports leagues.[1]  DJ's acknowledges that while Ms. Sharp has a track record of achievement in complex litigation, she has less experience than some attorneys seeking leadership positions.  In

---

[1] Although some of these firms may have served as interim coordinating counsel in this litigation, the Court has recognized that their interim appointment does not suggest these firms are better suited to lead this litigation than any other firm.  ECF No. 27 at 8.

PLAINTIFF D.J.'S SPORTS BAR, INC.'S APPLICATION FOR APPOINTMENT OF
DENA C. SHARP AND GIRARD GIBBS LLP TO A LEADERSHIP POSITION
Case No. 2:15-ml-02668-BRO (JEMx)

choosing the leadership for this case, however, the Court should consider the desirability of diversifying leadership roles in multidistrict litigation.  *See, e.g.*, Elizabeth Chamblee Burch, *Judging Multidistrict Litigation*, 90 N.Y.U. L. REV. 71, 121 (2015) (observing that non-repeat players "add value by offering a fresh perspective, challenging the status quo, and injecting new information into the discussion"); Duke Law Center for Judicial Studies, Standards and Best Practices for Large and Mass-Tort MDLs, at 46 (Dec. 19, 2014)[2] (recognizing "the strong repeat player dynamic that has historically existed reduces fresh outlooks and innovative ideas, and increases pressure to go along with the group and conform").  DJ's submits that appointing Ms. Sharp, who has worked effectively "in the trenches" in other antitrust cases and is now serving successfully as co-lead counsel in an analogous case, is preferable to adding yet another in a series of appointments to the same attorneys who have led antitrust cases for decades.  At some point, younger lawyers should be given the opportunity to assume lead roles in MDL cases like this one.

### Ms. Sharp Has the Skills and Experience to Manage This Litigation

The work required of lead counsel in this case will be similar to the work Ms. Sharp has recently performed in *Lidoderm, Capacitors* and *Nexium*: coordinating the work of a group of attorneys to efficiently prepare a complex antitrust case for trial.  As in *Lidoderm*, discovery here will be concurrently pursued on behalf of related, but not identical, purchasers.  Also like *Lidoderm*—which involves issues ranging across the dynamics of the pharmaceutical industry and patent law—this case will require the resolution of wide-ranging issues, such as arbitrability, the application of the Sports Broadcasting Act, antitrust standing, and traditional antitrust analyses.

This case will also require coordinated discovery from a large number of individual defendants (the thirty-two NFL teams, DirecTV, and the NFL) that are likely to have different document management systems, corporate structures, and views on the

---

[2] *Available at* https://law.duke.edu/sites/default/files/centers/judicialstudies/standards_and_best_practices_for_large_and_mass-tort_mdls.pdf.

appropriate scope of discovery.  To meet this challenge in *Capacitors* (in which there are over twenty defendant families), different firms were assigned to conduct the discovery of particular defendants.  Ms. Sharp and the other attorneys coordinating discovery oversaw these negotiations to ensure that plaintiffs' approach was prudent and consistent. As in *Capacitors*, this litigation will benefit from early resolution of issues related to discovery—ESI protocols, search terms, custodians, identification of databases and other sources of potentially responsive documents—so that discovery can proceed without undue delay.

### Ms. Sharp Will Be Supported by Girard Gibbs' Antitrust Attorneys

Ms. Sharp will draw upon a first-rate team of attorneys from Girard Gibbs and the firm's resources to assist her in prosecuting this litigation.  Girard Gibbs has over 25 attorneys, as well as a full team of non-lawyer professionals, and a proven track record of successfully prosecuting complex, multidistrict class actions and securing significant results for its clients and class members.  Founded in 1995, Girard Gibbs is distinguished as a Tier 1 law firm for class action litigation in the 2013-2015 "Best Law Firms" lists, an annual survey published in *U.S. News & World Report*.  The *National Law Journal* has named Girard Gibbs to its "Plaintiffs' Hot List," a selection of top plaintiffs' firms recognized for high-profile victories.  Girard Gibbs' firm resume is attached as Exhibit A.

Girard Gibbs has served in leadership capacities in several major antitrust matters, including as liaison counsel for direct purchasers in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. M07-1827 SI (N.D. Cal.), a landmark antitrust class action in which total settlements achieved for the direct purchasers exceeded $470 million.  Girard Gibbs currently serves on the Executive Committees in *In re Solodyn (Minocycline Hydrochloride) Antitrust Litigation*, *In re Aggrenox Antitrust Litigation*, and *In re Niaspan Antitrust Litigation*.  The firm also served on the Executive Committee in the *In re Natural Gas Antitrust Litigation I, II, III, IV* litigation, which yielded total settlements of $160 million.

PLAINTIFF D.J.'S SPORTS BAR, INC.'S APPLICATION FOR APPOINTMENT OF
DENA C. SHARP AND GIRARD GIBBS LLP TO A LEADERSHIP POSITION
Case No. 2:15-ml-02668-BRO (JEMx)

The principal attorneys who will assist Ms. Sharp in this litigation will be Jordan Elias and Scott Grzenczyk.  Mr. Elias has successfully prosecuted many actions against monopolists and price-fixing cartels.  He was, for example, the primary author of appellate briefs that led to the California Supreme Court's antitrust decision in *In re Cipro Cases I & II*, 61 Cal. 4th 116 (2015), and he received a California Lawyer Attorney of the Year (CLAY) award for his work in that appeal.  Mr. Elias also served as head writer for the plaintiffs in the wrongful death litigation in this District against Toyota over its vehicles' sudden acceleration problems.  Mr. Grzenczyk is a senior associate whose practice focuses on prosecuting antitrust claims.  He serves as the primary associate for the indirect purchasers in the *Lidoderm* litigation and was honored as a Northern California Super Lawyer Rising Star in each year since 2013.

Girard Gibbs will dedicate all necessary resources to pursue the best interests of the plaintiffs and class members, no matter how intense and long-lasting the case.  *See, e.g.*, *Skold v. Intel Corp.*, No. 1-05-cv-039231 (Cal. Super. Ct., Santa Clara Cty.) ("It is abundantly clear that Class Counsel invested an incredible amount of time and costs in a case which lasted approximately 10 years with no guarantee that they would prevail. . . . Simply put, Class Counsel earned their fees").  Girard Gibbs' litigation team has successfully served in leadership roles in complex cases throughout the country, including the Central District of California.  *See, e.g.*, *In re Hyundai & Kia Fuel Economy Litig.*, No. 2:13-ml-02424-GW-FFM (C.D. Cal.), ECF No. 437 at 8 (as liaison counsel, Girard Gibbs "efficiently managed the requests from well over 20 different law firms and effectively represented the interests of Non-Settling Plaintiffs").

For the foregoing reasons, DJ's respectfully requests that Dena C. Sharp and Girard Gibbs LLP be appointed to the leadership team for the plaintiffs in this litigation.

DATED:  May 5, 2016                **GIRARD GIBBS LLP**

                                   /s *Dena C. Sharp*
                                   Dena C. Sharp (State Bar No. 245869)

Jordan Elias (State Bar No. 228731)
Scott M. Grzenczyk (State Bar No. 279309)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846
Email: chc@girardgibbs.com
Email: je@girardgibbs.com
Email: smg@girardgibbs.com

Ryan F. Stephan
James B. Zouras
**STEPHAN ZOURAS, LLP**
205 North Michigan Avenue, Suite 2560
Chicago, IL 60601
Telephone: (312) 233-1550
Facsimile: (312) 233-1560
Email: RStephan@stephanzouras.com
Email: JZouras@stephanzouras.com

*Counsel for Plaintiff D.J.'s Sports Bar, Inc.*

PLAINTIFF D.J.'S SPORTS BAR, INC.'S APPLICATION FOR APPOINTMENT OF
DENA C. SHARP AND GIRARD GIBBS LLP TO A LEADERSHIP POSITION
Case No. 2:15-ml-02668-BRO (JEMx)

EXHIBIT A

# GIRARD GIBBS
L L P

# Firm Resume

Girard Gibbs is a national litigation firm representing plaintiffs in class and collective actions in state and federal courts, and in arbitration matters worldwide. The firm serves individuals, institutions and business clients in cases involving consumer protection, securities, antitrust, personal injury, whistleblower laws, and employment laws.

Our clients range from individual consumers and small businesses to Fortune 100 corporations and public pension funds. In addition to English, our attorneys are proficient in French, Spanish, German, and Korean, and we are prepared to assist non-U.S. clients in finding solutions to legal issues within the U.S. and across international borders.

We have recovered over a billion dollars on behalf of our clients in class actions and non-class cases. In addition to litigation, our firm also provides consulting and strategic counseling services to institutional clients and professionals in securities litigation, corporate governance and international business matters. We are committed to achieving favorable results for all of our clients in the most expeditious and economical manner possible.

Girard Gibbs has been distinguished as a Tier 1 law firm for plaintiffs' mass tort and class-action litigation in the "Best Law Firms" list in the survey published in the U.S. News & World Report's Money Issue. And *The National Law Journal (NLJ)* has named Girard Gibbs to its elite "Plaintiffs' Hot List," a selection of top U.S. plaintiffs' firms recognized for wins in high-profile cases.

Thirteen of the firm's attorneys have been selected as Northern California Super Lawyers and Rising Stars. Three of the firm's senior attorneys, Daniel Girard, Eric Gibbs, and Michael Danko, have additionally been recognized among the "Top 100 Super Lawyers" in Northern California, and were selected by their peers for inclusion in *The Best Lawyers in America* 2012-2013. *Best Lawyers* also designated Mr. Girard as the 2013 "Lawyer of the Year" in San Francisco for class action litigation. Mr. Girard and Mr. Gibbs have both earned *AV-Preeminent* ratings from Martindale-Hubbell, recognizing them in the highest class of attorneys for professional ethics and legal skills, and were featured in the 2012 edition of San Francisco's Top *AV-Preeminent* Rated Lawyers.

## ATTORNEYS

**Partners**

| | |
|---|---|
| *Daniel Girard* | *p. 2* |
| *Eric Gibbs* | *p. 4* |
| *Dena Sharp* | *p. 6* |

**Associates**

| | |
|---|---|
| *Jordan Elias* | *p.7* |
| *Scott Grzenczyk* | *p. 7* |
| *Chris Hikida* | *p. 8* |
| *Emily Jenks* | *p. 8* |
| *Mani Khamvongsa* | *p. 8* |
| *Elizabeth Kramer* | *p. 9* |
| *Michael Marchese* | *p. 9* |
| *Esfand Nafisi* | *p. 9* |
| *Valerie Li* | *p. 9* |
| *Adam Polk* | *p. 10* |
| *Linh Vuong* | *p. 10* |

**Of Counsel**

| | |
|---|---|
| *David Berger* | *p. 11* |
| *Michael Danko* | *p. 11* |
| *A.J. De Bartolomeo* | *p. 12* |
| *Richard Gordin* | *p. 13* |
| *Dylan Hughes* | *p. 14* |
| *Steve Lopez* | *p. 14* |
| *Phyra McCandless* | *p. 15* |
| *Kristine Meredith* | *p. 15* |
| *Geoffrey Munroe* | *p. 16* |
| *Andre Mura* | *p. 16* |
| *Michael Schrag* | *p. 17* |
| *David Stein* | *p. 18* |
| *Amanda Steiner* | *p. 19* |
| *Amy Zeman* | *p. 19* |

## SIGNIFICANT RECOVERIES

| | |
|---|---|
| *False Advertising* | *p. 20* |
| *Defective Products* | *p. 21* |
| *Other Consumer* | *p. 22* |
| *Securities & Financial* | *p. 26* |
| *Mass Tort* | *p. 28* |
| *Employment* | *p. 28* |
| *Antitrust* | *p. 28* |
| *Government Reform* | *p. 29* |

# Partners

**Daniel Girard** serves as the firm's managing partner and coordinates the prosecution of various consumer protection, securities, and antitrust legal matters handled by the firm.



He has successfully represented investors and consumers in a series of precedent-setting cases. Some of the cases in which Mr. Girard served as lead counsel include *Billitteri v. Securities America, Inc.*, ($150 million settlement), *In re American Express Financial Advisors Securities Litigation*, ($100 million settlement), *In re Prison Realty Securities Litigation*, ($104 million settlement), *In re i2 Technologies Securities Litigation*, ($88 million settlement), and *In re MCI Non-Subscriber Rates Litigation*, ($90 million). He served as a member of the executive committee charged with managing *In re Lehman Brothers Holdings Securities and ERISA Litigation*, multidistrict proceedings arising out of the collapse of Lehman Brothers Holdings, Inc., the largest bankruptcy in United States history. The Lehman litigation resulted in recoveries of over $735 million. Mr. Girard also served as lead counsel in related litigation on behalf of Lehman noteholders.

He served as a member of the Executive Committee in the *Natural Gas Antitrust Cases I, II, III and IV* antitrust litigation against numerous natural gas companies for manipulating the market for natural gas in California. The *Natural Gas* litigation resulted in total settlements of nearly $160 million. Mr. Girard served as lead counsel in the *In re H&R Block Express IRA Litigation*, which resulted in a $19.5 million settlement for low-income consumers. Mr. Girard also represented the California State Teachers Retirement System in litigation in a non-class securities action against Qwest Communications, Inc. and outside auditor Arthur Andersen, resulting in a recovery of $45 million for CalSTRS.

Mr. Girard currently serves as co-lead counsel in *In re Wal-Mart Stores Derivative Litigation*, representing CalSTRS in derivative litigation arising out of alleged violations of the Foreign Corrupt Practices Act. He also serves as co-lead counsel in *In re Peregrine Financial Group Customer Litigation*, representing customers of a failed futures commission merchant. He is also on the Consumer Cases Steering Committee in *In re: Target Corporation Customer Data Security Breach Litigation* and *In re: The Home Depot, Inc. Customer Data Security Breach Litigation*, where he represents customers concerning the data security breaches at retailers Target and Home Depot. He has also been appointed as lead counsel for other data breaches involving Sony Pictures Entertainment, the Office of Personnel Management, Experian, and UCLA. Mr. Girard also serves as counsel to several public and private institutional investors in securities litigation matters both domestically and abroad, and assists in the prosecution of several international arbitration proceedings on behalf of European clients.

Mr. Girard was appointed by the Chief Justice of the Supreme Court to serve on the United States Judicial Conference's Advisory Committee on Civil Rules from 2004-2010. As a member of the Civil Rules Advisory Committee's Discovery Subcommittee, he participated in the Committee's

drafting of amendments governing electronic discovery, summary judgment and expert discovery. He was appointed by Chief Justice John Roberts to serve on the Standing Committee on Rules of Practice and Procedure beginning October 1, 2015. He is also a member of the American Law Institute, and serves on the Advisory Board of the Institute for the Advancement of the American Legal System, a national, non-partisan organization dedicated to improving the process and culture of the civil justice system.

Mr. Girard is the co-author of *Limiting Evasive Discovery: A Proposal for Three Cost-Saving Amendments to the Federal Rules*, 87 DENV. U. L. REV. 473 (2010) and *Managez efficacement vos litiges d'affaires*, Extrait du magazine, Décideurs N°121, November 2010. Other published articles include: *Stop Judicial Bailouts*, The National Law Journal, December 1, 2008, and *Billions to Answer For*, Legal Times, September 15, 2008. He is a frequent speaker on issues of electronic discovery, class actions and financial fraud, and his speaking engagements in the last five years include the following presentations: *Moderator and Panelist on panels addressing proposed Rule 23 amendments,* Class Action Settlement Conference, Duke Law Center for Judicial Studies, July 2015; *Panelist on Role of Consumer Class Actions in the Herbal Supplements Industry*, HarrisMartin's MDL Conference: Herbal Supplements Litigation, May 27, 2015; *Panelist on Transferee Judge Case Management;* Multidistrict Litigation Institute, Duke Law Center for Judicial Studies, April 9-10 2015; *Roundtable Participant on Settlement Class Actions,* George Washington University Law School, April 8, 2015; *Lessons from Recent Data Breach Litigation*, Western Trial Lawyers, February 26, 2015; *Speaker in Privacy & Cybersecurity Webinar*, State Bar of California, February 24, 2015; *Panelist on Preservation Issues,* Proportionality Discovery Conference, Duke Law Center for Judicial Studies, November 13-14, 2015; *Roundtable Participant on Public and Private Enforcement after Halliburton, ATP and Boilermakers*, Duke Law Center for Judicial Studies, September 26, 2014; *Co-panelist on Consolidation and Coordination in Generic Drug Cases*, HarrisMartin's Antitrust Pay for Delay Conference, September 22, 2014; *Guest Lecturer on Civil Litigation Seminar*, UC Berkeley, Hastings School of Law, September 18, 2014; *Panel Moderator on Selection and Appointment of Plaintiff's Steering Committee*, MDL Best Practices, Duke Law Center for Judicial Studies, September 11-12, 2014; *Panel on Shareholder Class Action Lawsuits under the New Companies Act*, Joint Conference of the Society of Indian Law Firms and the American Bar Association, Delhi, India, February 14-15, 2015; *Panelist on Symposium on Class Actions*, University of Michigan Law School Journal of Law Reform, March 2013; *Co-taught Seminar on Class Actions and Complex Litigation*, Duke University Law School, January 2013; *Recent Developments in U.S. Arbitration Law,* Conference on Business Law in Africa, Abidjan, Côte d'Ivoire, October 2012; *Bringing and Trying a Securities Class Action Case*, American Association for Justice 2012 Annual Convention, July 2012; *Panel on Class Actions,* U.S. Judicial Conference Standing Committee on Rules of Practice and Procedure, Phoenix, January 2012*; Panel on Paths to (Mass) Justice,* Conference on Globalization of Class Actions and Mass Litigation, The Hague, December 2011; *Contentieux et Arbitrage International: les bons réflexes à acquérir (Litigation and International Arbitration: acquiring the right reflexes)*, Paris, France, March 2011; *Panel on Proposals for Rule Amendments and Preservation Obligations*, United States Judicial Conference Advisory Committee on Rules of Practice and Procedure, January 2011; *Panel on Dispositive Motions*, 2010 United States Judicial Conference Advisory Committee on Civil Rules, Litigation Conference, Duke Law School, May, 2010; *Iqbal/Twombly Fallout: Are General Federal Rules Passé?*, ABA, Section of Litigation Annual Conference, April 22, 2010.

Mr. Girard is a member of the Business Law Section of the American Bar Association. He is past Chair of the Business Law Section's Subcommittee on Class Actions, Co-Chair of the Business and Corporate Litigation Committee's Task Force on Litigation Reform and Rule Revision, and Vice-Chair of the Business and Corporate Litigation Committee. He has served as a

guest lecturer on class actions and complex litigation at the UC Davis School of Law, UC Berkeley (Boalt Hall), UC Hastings College of the Law, and Stanford Law School.

*Best Lawyers* selected Mr. Girard for inclusion in *The Best Lawyers in America* (2012-2013) for his work in class action and securities litigation, and also named him the 2013 "Lawyer of the Year" in San Francisco for Mass Tort Litigation/Class Actions - Plaintiffs. Mr. Girard has been consistently honored as a Northern California Super Lawyer (2007-2015), and has also earned the distinction of being included in the "Top 100 Super Lawyers" in Northern California. He has been named among the highest class of attorneys for professional ethics and legal skills with an *AV-Preeminent* rating by Martindale Hubbell, and was featured in the 2012 edition of San Francisco's Top AV-Preeminent Rated Lawyers.

He served as a member of the Board of Trustees of St. Matthew's Episcopal Day School in San Mateo, California from 2003-2008, including three years as board chair from 2005-2008. He served as a volunteer conservation easement monitor for the Peninsula Open Space Trust from 1991 to 2010.

Mr. Girard is a 1984 graduate of the School of Law, University of California at Davis, where he served as an editor of the Law Review. He received his undergraduate degree from Cornell University in 1979. Mr. Girard is a member of the California Bar.

**Eric Gibbs** specializes in the prosecution of consumer and employment class actions. Mr. Gibbs has served as court-appointed lead counsel, class counsel and liaison counsel in numerous class actions throughout the United States.



He has successfully prosecuted more than 75 class action matters, including cases involving defective products, telecommunications, credit cards, unfair competition, false advertising, truth-in-lending, product liability, credit repair, employment misclassification and wage and hour under both state and federal law. Some of the recent cases in which Mr. Gibbs served as court appointed class counsel and achieved favorable results for class members include *Smith vs. The Regents of the University of California* (negotiated a material change in UCSF's privacy practices on behalf of a certified class of current and former patients of the UCSF medical center for unlawful disclosure of confidential medical information); *In Re: Pre-Filled Propane Tank Marketing and Sales Practices Litigation* (negotiated cash reimbursements of up to $75 per class member for the purchase of allegedly under-filled propane tanks- Court approval pending), *Browne et al. v. American Honda Motor Co., Inc.* (negotiated class settlement providing for cash reimbursements of up to $150 for rear brake pad replacement expenses in certain Honda and Acura vehicles), *Collado v. Toyota Motor Sales, U.S.A., Inc.* (negotiated a class settlement providing for a free warranty extension and cash reimbursements for many Prius owners who paid for headlight repairs), *In Re Mercedes-Benz Tele Aid Contract Litigation* (negotiated a class settlement providing for cash reimbursements of $650, or new vehicle credits for up to $1,300), *Parkinson v. Hyundai Motor America* (achieved nationwide class certification and settlement providing for cash reimbursements for certain flywheel / clutch parts repairs in 2003 Hyundai Tiburons), *Refuerzo v. Spansion LLC*, (negotiated more than $8.5 million in cash settlements on behalf of a certified class of former employees in a class action for violations of the WARN Act), *In Re General Motors Dex-Cool Cases* (negotiated cash reimbursements from $50 to $800 per class member vehicle repair), *Bacca v. BMW of North America* (negotiated reimbursement for sub-frame repair expenses and Nationwide Sub-frame Inspection and Repair Program), and *Piercy v.*

*NetZero* (achieved nationwide class settlement providing cash reimbursements, and changes in billing and account practices). He conducted a two-week arbitration resulting in a liability and damages award on behalf of a certified class of current and former account representatives of Masco Retail Cabinet Group who alleged they were misclassified under the Fair Labor Standards Act.

Mr. Gibbs was appointed as interim class counsel on the Plaintiffs' Executive Committee in *In re Chase Bank U.S.A., N.A. "Check Loan" Contract Litigation*, multidistrict litigation alleging that Chase Bank wronged consumers by offering them long-term fixed-rate loans, and then attempting to deny them the benefit of their bargain by more-than-doubling their loan payments. He led settlement negotiations in the case, which resulted in a $100 million settlement with Chase eight weeks prior to trial. He also served as interim class counsel in *Milano v. Interstate Battery System of America, Inc.*, representing purchasers of automobile batteries in a breach of warranty action.

Other significant consumer class actions in which Mr. Gibbs acted in a leadership role include *Mitchell v. American Fair Credit Association* and *Mitchell v. Bankfirst, N.A.*, which generated one of the largest settlements in the United States under the credit services laws (over $40 million); *Providian Credit Card Cases*, which resulted in one of the largest class action recoveries in the United States arising out of consumer credit card litigation ($105 million); *In Re iPod Cases* (achieved settlement in California state-court class action alleging material misrepresentations with respect to iPods' battery life, and obtained warranty extensions, battery replacements, cash payments, and store credits for those class members who experienced an iPod battery failure), *Roy v. Hyundai Motor America* (negotiated nationwide class settlement providing for the repair of allegedly defective passenger-side airbags, reimbursement for transportation related expenses, and an alternative dispute resolution program allowing for trade-ins and buy-backs), *Paul v. HCI Direct* (achieved nationwide class certification and settlement on behalf of consumers charged for merchandise they allegedly did not knowingly order), *Kim v. BMW of North America* (negotiated nationwide class settlement providing for notification program and free vehicle repair related to defective passenger-side airbags), *In re LookSmart Litigation*, a nationwide class action settlement providing for cash and benefits valued at approximately $20 million; and *Fantauzzo v. Razor*, where plaintiffs alleged that defendant marketed and sold electric scooters with defective stopping mechanisms, and the court approved a nationwide class action settlement providing for, among other remedies, a recall of the potentially defective electric scooters.

Mr. Gibbs has lectured on consumer class actions, including as a featured speaker addressing *Strategic Considerations Under CAFA following Supreme Court's Rulings in* Shady Grove *and* Purdue at the Bridgeport 9th Annual Class Action Litigation Conference; *Current Issues Arising in Attorney Fee Negotiations, Including Best Practices* at the 2010 AAJ Annual Convention; *Dealing With Objectors* at the Consumer Attorneys of California 3rd Annual Class Action Seminar; *What is a Class Action?* at the CAOC Annual Ski Seminar; *After the Class Action Fairness Act* at CAOC's 1st Annual Class Action Seminar; *Class Certification In Consumer Cases* for the Litigation Section of the Barristers Club of the San Francisco Bar Association; and *Successfully Obtaining Attorneys' Fees Under Fee-Shifting Statutes* for the Consumer Rights Section of the Barristers Club of the San Francisco Bar Association. Mr. Gibbs is the co-author of *Consumer Class Actions in the Wake of* Daugherty v. American Honda Motor Company, CAOC's Forum Magazine, January/February 2009.

Mr. Gibbs has been selected by his peers for inclusion in *The Best Lawyers in America* (2012-2015) for his work in Mass Tort Litigation/Class Actions, and honored as a Northern California Super Lawyer (2010-2015). He also earned the distinction of being included among the "Top 100 Super Lawyers" in Northern California. With an *AV-Preeminent* rating from Martindale-Hubbell, Mr. Gibbs

has been named among the highest class of attorneys for professional ethics and legal skills, and was featured in the 2012 edition of San Francisco's *Top AV-Preeminent Rated Lawyers*.

Mr. Gibbs is a member of the Board of Governors of the Consumer Attorneys of California, the Board of Governors of the American Association for Justice, the co-chair of AAJ's Consumer Privacy and Data Breach Litigation Group, and is the former co-chair and editor of the Quarterly Newsletter for the Class Action Litigation Group of AAJ.  He is also a member of the American Bar Association, the National Association of Consumer Advocates, the Alameda County Bar Association, and the San Francisco Trial Lawyers Association.

Mr. Gibbs is a 1995 graduate of the Seattle University School of Law. He received his undergraduate degree from San Francisco State University in 1991.  Before joining Girard Gibbs, he worked for two years as a law clerk for the Consumer Protection Division of the Washington Attorney General's Office.  He is a member of the California Bar.

**Dena Sharp** has dedicated her practice to representing plaintiffs in complex litigation throughout the United States.



She specializes in the day-to-day case management of multifaceted, high-profile cases, and has developed expertise directing complex electronic discovery projects in lawsuits including *In re Lehman Brothers Holdings Securities and ERISA Litigation*, *In re SLM Corporation Securities Litigation*, *Billitteri v. Securities America, Inc.*, *In re Oppenheimer Rochester Funds Group Securities Litigation*, and *In re Nexium Antitrust Litigation*.

Ms. Sharp is an active member of The Sedona Conference Working Group on Electronic Document Retention and Production, the leading think tank on e-discovery.  She has contributed to the federal rule-making process by assisting in drafting proposed revisions to the Federal Rules of Civil Procedure, which have been presented to the United States Judicial Conference Advisory Committee on Civil Rules.  Ms. Sharp is also a member of the American Bar Association, where she has served as Vice-Chair of the Young Lawyers Division Litigation Committee, and the Federal Bar Association.

Ms. Sharp has been selected every year since 2009 as a Rising Star by Northern California Super Lawyers, recognizing her as one of the best young attorneys practicing in Northern California.  She speaks frequently on discovery issues around the country and has served on the faculty of The Sedona Conference Institute, a continuing legal education program featuring federal and state court judges, seasoned litigators, and in-house counsel.  She is the co-author of "*Four Views of Consumer Fraud*," CAOC's Forum Magazine, May/June 2012, among other articles.

Ms. Sharp is a 2006 graduate, *cum laude*, of the University of California, Hastings College of Law, where she was a member of the Thurston Society and was the recipient of the Best Oral Advocate Award.  She was also the recipient of the Witkin award in her Legal Writing and Criminal Law courses. She received her undergraduate degree in history, *magna cum laude*, from Brown University in 1997. Ms. Sharp was a summer 2005 extern for the Honorable Phyllis J. Hamilton of the United States District Court, Northern District of California.  Ms. Sharp also served as a spring 2005 extern for the Honorable John E. Munter, San Francisco Superior Court. She is fluent in Spanish and German, and is admitted to the California Bar.  She is also admitted to practice before the United States District Courts for the Northern, Central, Eastern and Southern Districts of California and the District of Colorado.

## Senior Counsel



**Jordan Elias** specializes in the prosecution of consumer and antitrust class actions.

He has authored numerous briefs that resulted in favorable decisions to consumers, including *Pavoni v. Chrysler Group, LLC*, 789 F.3d 1095 (9th Cir. 2015); *In re Cipro Cases I & II*, 61 Cal. 4th 116 (2015); and *Sullivan v. DB Investments, Inc.,* 667 F.3d 273 (3d Cir. 2011) (en banc).

Before joining Girard Gibbs, Mr. Elias spent several years at Lieff Cabraser Heimann & Bernstein where he pursued claims against monopolists and price-fixing cartels and against the nation's largest banks for deceptive practices. He also served as head writer for the plaintiffs in the wrongful death litigation against Toyota over its vehicles' sudden acceleration problems.

Early in his career, Jordan clerked for the late Judge Cynthia Holcomb Hall of the U.S. Court of Appeals for the Ninth Circuit. He also successfully represented technology companies in securities and intellectual property litigation at Wilson Sonsini Goodrich & Rosati.

Mr. Elias currently serves on the San Francisco Bar Association's Executive Committee. He teaches continuing legal education courses for the American Law Institute, the Practising Law Institute, Strafford Publications, and Law Seminar International. His articles on antitrust and class action law have appeared in American Bar Association and State Bar of California publications. In 2014 and 2015, Mr. Elias was honored as a Northern California Super Lawyer, and in 2012 and 2013, he was recognized as a Rising Star.

Mr. Elias is a 2003 graduate of Stanford Law School, where he was a member of the Law Review. He received his undergraduate degree, *magna cum laude*, from Yale College in 1998. Mr. Elias is a member of the California Bar.

## Associates



**Scott Grzenczyk** is a 2011 graduate of the University of California, Davis, School of Law, where he was the Chair of the Moot Court Board and the Executive Editor of the *UC Davis Journal of International Law and Policy*.

He was the recipient of the Witkin Award for Legal Research and Writing, Best Brief and Best Advocate awards in his moot court class, and numerous awards at national moot court competitions. He was also a member of the Law School's national mock trial team and the law school faculty named him as a member of the Order of the Barristers.

Mr. Grzenczyk received his undergraduate degree in political science and certificate in political theory from Princeton University in 2006. He was selected as a Rising Star

by Northern California Super Lawyers (2013-2015), recognizing him as one of the best young attorneys practicing in Northern California.  Mr. Grzenczyk is admitted to the California Bar.

**Chris Hikida** is a 2013 graduate of the University of California, Davis, School of Law.



While at UC Davis, he interned at the California Department of Fair Employment and Housing where he helped investigate and prosecute employment law violations.  As an intern at the United States Department of Justice Antitrust Division, Mr. Hikida helped prosecute criminal antitrust violations.  Prior to joining Girard Gibbs, he clerked for Chief Justice Mark E. Recktenwald at the Supreme Court of Hawaii, and worked as a research attorney for the Supreme Court of Guam.  Mr. Hikida is admitted to the California Bar.

**Emily Jenks** is a 2010 graduate of the Santa Clara University School of Law, where she served as an Associate on the *Computer and High Technology Law Journal* and focused her studies on intellectual property and high tech law.



Ms. Jenks received her undergraduate degree in international relations with emphasis on global economy from San Francisco State University in 2005. Prior to joining Girard Gibbs, she managed large scale eDiscovery projects in antitrust, product liability, as well as bribery and corruption. Ms. Jenks is fluent in Japanese and is admitted to the California Bar.

**Mani Khamvongsa** focuses her practice on antitrust enforcement on behalf of class action plaintiffs harmed by corporate wrongdoing. In addition, she has experience with complex litigation matters concerning pharmaceuticals, telecommunications, and software. Previously, Ms. Khamvongsa worked at the U.S. Department of Justice, Antitrust Division, on criminal matters involving price fixing and bid rigging. She also investigated the merger of companies for anticompetitive market effects.

Ms. Khamvongsa graduated from the University of California, Hastings College of the Law, where she worked with the Refugee and Human Rights Clinic to obtain asylum for a victim of gender violence. She also interned for the Criminal Division of the U.S. Attorney's Office, the San Francisco District Attorney's Office, and the American Civil Liberties Union of Northern California. Before law school, she received her undergraduate degree from Oberlin College with a double major in Politics and Environmental Studies.

Ms. Khamvongsa is a member of the California Bar and admitted to practice before the U.S. Court of Appeals for the Ninth Circuit and the U.S. District Court for the Northern District of California.



**Elizabeth Kramer** interned at Girard Gibbs for two consecutive summers while attending the University of San Francisco, School of Law, and joined the firm full time after graduating in 2013.

While at USF, Ms. Kramer was a member of the Investor Justice Clinic, representing elderly and low-income individuals before FINRA and in settlement negotiations to resolve alleged wrongdoing by securities firms. She recovered $35,000 for clients during her tenure at the Clinic. Ms. Kramer was also on the board of the Women's Law Association as chair of community outreach.  She graduated with honors from the University of California at Santa Cruz with a degree in Psychology. Ms. Kramer is admitted to the California Bar.

**Michael Marchese** is a 2015 graduate of the University of California, Hastings College of the Law. Prior to joining Girard Gibbs, he completed a post-graduate fellowship in the Litigation Division of the Oakland City Attorney's Office.  As a law student at UC Hastings, he interned at the California Coastal Commission and the Sierra Club, and was an Executive Editor of the Hastings Communications and Entertainment Law Journal.  He received his undergraduate degree with honors in Legal Studies in Business from Tulane University in 2012.  Mr. Marchese is admitted to the California Bar.



**Esfand Nafisi** prosecutes class action cases on behalf of those harmed by corporate misconduct. He has successfully taken on some of the country's largest corporations and achieved favorable results for consumers. He currently represents federal employees in the data breach of the U.S. Office of Personnel Management and consumers in the Experian data breach.

Before joining Girard Gibbs, Mr. Nafisi litigated class actions, whistleblower cases and mass tort cases in Washington, D.C., where he developed business and achieved significant recoveries. Prior to that, Mr. Nafisi worked for four years at a large Chicago law firm where he represented a corporate plaintiff in an antitrust and false advertising case that settled at trial for $125 million.

Mr. Nafisi graduated from the Northwestern University School of Law in 2009. He founded the Northwestern University School of Law's Legal Philosophy Club, competed in the Jessup Moot Court competition, served as a teaching and research assistant, and was invited to join the school's highly-ranked trial advocacy team.

**Valerie Li** is a 2014 graduate of Pepperdine University School of Law, where she served on the editorial board of *The Journal of the National Association of Administrative Law Judiciary* and as member of the Moot Court Board.

While at Pepperdine, she externed for the Honorable Sheri Bluebond of the United States Bankruptcy Court, Central District of California.  As an extern at the California Department of Business Oversight, Ms. Li investigated and

helped prosecute securities law violations.  She received her undergraduate degree with honors in Political Science from the University of Pittsburgh.  Ms. Li is active in the Asian American Bar Association of Greater Bay Area and is admitted to the California Bar.

**Adam Polk** is a 2010 graduate of the University of California, Hastings College of the Law.  While at Hastings, Mr. Polk externed for Judges Sandra Brown Armstrong and Claudia Wilken of the Northern District of California.



Mr. Polk was also active in moot court, chairing the team and winning multiple awards for both oral and written advocacy. He received his undergraduate degree in English and Philosophy from UCLA.

Prior to joining Girard Gibbs, Mr. Polk spent three years at the McNamara law firm, one of the largest firms in the East Bay, where he defended and prosecuted a wide variety of civil litigation matters ranging from catastrophic injury and wrongful death to commercial liability.  Mr. Polk has extensive deposition, law and motion, ADR and trial experience. Mr. Polk was selected by his peers as a Rising Star by Northern California Super Lawyers (2013-2014).  He is admitted to the California Bar.

**Linh Vuong** is a 2012 graduate of the University of San Francisco, School of Law, where she served as Executive Editor of the *USF Law Review* and a member of the Internet and Intellectual Property Justice Clinic.

She was the recipient of the CALI Award for Excellence in her Legal Ethics course, Best Oral Argument award in her moot court class, and the Intellectual Property & Technology Law Certificate with honors.  Ms. Vuong was also a spring 2012 extern and post-bar volunteer law clerk for the Honorable Saundra Brown Armstrong of the United States District Court, Northern District of California in Oakland.  She received her undergraduate degree in Psychology and Asian American Studies from UCLA in 2006 and was on the Winter 2004 and Winter 2006 Dean's Honor List.  Ms. Vuong is admitted to the California Bar.

She has considerable experience in prosecuting class actions in consumer fraud and privacy issues. She served on the front lines in cases such as In re Target Corp. Customer Data Security Breach Litigation, In re The Home Depot, Inc. Customer Data Security Breach Litigation, and Corona v. Sony Pictures Entertainment, Inc.  She is currently litigating similar data breach cases such as In re Experian Data Breach Litigation, In re U.S. Office of Personnel Management Data Security Breach Litigation, and Adlouni v. UCLA Health Systems Auxiliary.

# Of Counsel



**David Berger** is a 2008 graduate of Northwestern University School of Law. He competed on the Jessup Moot Court team and defended juveniles through the Bluhm Legal Clinic's Children and Family Justice Center. Prior to joining Girard Gibbs, Mr. Berger was a law clerk in the United States District Court for the Northern District of California. He also spent several years litigating complex commercial and intellectual property cases at Robins, Kaplan, Miller & Ciresi in Minneapolis, Minnesota. There, Mr. Berger recovered millions of dollars for the State of Minnesota by proving that a chain of dentists submitted false claims to state-funded health plans. He represented people injured by the Interstate 35-W bridge collapse in victim compensation proceedings. He also represented inter-governmental organizations and technology companies in high-stakes commercial and intellectual property disputes.



**Michael S. Danko** is a renowned trial lawyer with more than 25 years of legal experience.  He represents individuals who have suffered catastrophic personal injuries, as well as families of wrongful death victims in cases involving product defects, defective medications and medical devices, airplane and helicopter accidents, and dangerous structures.  He has tried cases in state and federal courts throughout the country, and has won numerous eight-figure verdicts on behalf of his clients.

Mr. Danko represents dozens of victims of a Pacific Gas & Electric gas explosion and serves on the Plaintiffs' Steering Committee in a California state coordinated proceeding *San Bruno Fire Cases,* JCCP No. 4648.  He also serves on the Science Committee for Plaintiffs in *In Re Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation,* MDL No. 2100.

In 2009, he won a $15 million jury verdict for a client injured by a defective aircraft part, which earned him a nomination for 2009 California Trial Lawyer of the Year by the Consumer Attorneys of California.

Mr. Danko's trial advocacy has helped bring about significant reforms and changes to corporate policies.  As lead counsel in *In Re Deep Vein Thrombosis Litigation,* MDL No. 04-1606 (N.D. Cal.), he represented more than one hundred air travelers who suffered strokes, pulmonary emboli, or heart attacks as a result of airline-induced blood clots.  He developed theories of liability and proof regarding the cause of his clients' injuries that led to virtually every major air carrier warning air travelers about the risks of deep vein thrombosis and measures to mitigate those risks.  Mr. Danko also represented parents of children who were injured or killed by a popular candy made by a foreign manufacturer.  His work in proving that the candy's unusual ingredients and consistency made it a choking hazard resulted in the candy being removed from Costco and Albertson's stores nationwide, and helped lead the FDA to ban the candy from further import into the United States.

He has been named a Northern California Super Lawyer each year since the award's inception in 2004.  He is a *Lawdragon 500* finalist.  In 2010, he was named one of the Best Lawyers in America.  He

is a member of the American Association for Justice, the Lawyer Pilots Bar Association and the Consumer Attorneys of California, where he serves on the board of governors.  Mr. Danko received his AB degree from Dartmouth College, *magna cum laude*, in 1980, and earned his JD from the University of Virginia School of Law in 1983.

**A.J. De Bartolomeo** has more than twenty years of experience in complex litigation, including the prosecution and defense of class actions arising under the securities, communications, consumer protection and copyright laws.  Her experience extends to the prosecution of pharmaceutical and medical device litigation as well as the collection of class action recoveries and claims administration in bankruptcy proceedings.  She has served as court-appointed lead counsel and class counsel in several class actions throughout the United States, and presently serves as a member of the Plaintiffs' Steering Committee in three MDL mass tort actions.



Ms. De Bartolomeo served as Lead Counsel in *Telstar v. MCI, Inc.* (S.D.N.Y) (achieved settlement for over $2.8 million in cash on behalf of class of commercial subscribers alleging FCA violations), *Lehman v. Blue Shield* (Cal. Super. Ct. San Francisco County) (parties negotiated a settlement for over $6.5 million in cash on behalf of class of subscribers overpaying insurance premiums), *Powers Law Offices v. Cable & Wireless, USA* (D. Mass.) (Bankr. D. Del.) (achieved settlement for over $2.2 million in cash after Chapter 7 filing on behalf of Rule 23(b)(3) certified class of commercial customers alleging FCA violations), and *In re Cosmo Store Services*, (Bankr. C.D. Cal.) (achieved settlement for $1 million in cash after Chapter 11 filing on behalf of class of unsecured creditor employees).  Ms. De Bartolomeo has also held a leadership position in *In re American Express Advisors Securities Litigation* (S.D.N.Y), *CALSTRS v. Quest Communications, et al.* (Cal. Super. Ct. San Francisco County), *Cromwell v. Sprint Communications* (D. Kan.), and *Brennan v. AT&T Corp.* (S.D. Ill.).  Ms. De Bartolomeo served as second chair in *In re MCI Non-Subscriber Rates Litigation* (MDL, S.D. Ill.) ($88 million settlement).  From 2005 to 2008, A. J. De Bartolomeo served on the Discovery and Law Committees in the *In Re Medtronic, Inc. Implantable Defibrillators Product Liability Litigation*, MDL No. 05-1726 (JMR/AJB) (D. Minn.).

Ms. De Bartolomeo is currently court-appointed to the Plaintiffs' Steering Committee in the *Yaz & Yasmin* birth control litigation (MDL 2100) and she also serves as Co-Chair of the Law and Briefing Committee.  She is also court-appointed to the Steering Committee in the *Pradaxa* blood thinner personal injury and product liability lawsuits (MDL 2385), coordinated in federal court in East St. Louis, as well as *Actos* diabetes drug personal injury and product liability lawsuits (MDL 2299), coordinated in the Western District of Louisiana.

Ms. De Bartolomeo has been named among the highest class of attorneys for professional ethics and legal skills with an AV-Preeminent rating by *Martindale Hubbel, and* was honored as a *Northern California Super Lawyer* (2013). She is a member of the American Bar Association Sections on Litigation, Business Law and Communications, the American Bankruptcy Institute, Consumer Attorneys of California and the American Association for Justice. In July 2012, she was elected as an officer of the Women's Trial Lawyer Caucus of the American Association of Justice, and she currently serves as Second Vice-Chair.  She also is also a former member of the National Association of Public Pension

Attorneys, where she was an active participant in the Task Force on Securities Litigation and Damage Calculation, as well as a member of the Council of Institutional Investors.

Ms. De Bartolomeo has been invited to speak on consumer and securities class actions, mass tort actions, as well as the settlement approval process before plaintiff and defense law firms, institutional investors and government committees; most recently, for Bridgeport Continuing Education, the Women's Leadership Summit at the AAJ Annual Convention and the Fact-finding Mission to Class Actions in the United States, sponsored by the Japan Federation of Bar Associations and Kyoto Bar Association.  She is the author of "*Facilitating the Class Action Approval Process*," AAJ's Women Trial Lawyers Caucus Newsletter, summer 2010.

Ms. De Bartolomeo is a 1988 graduate of the University of California, Hastings College of the Law.  She received her undergraduate degree from Fairfield University in 1982, and a General Course degree in Economics from the University of London, London School of Economics and Political Science (1981).  Before joining Girard Gibbs, Ms. De Bartolomeo was an associate with Robins Kaplan Miller & Ciresi and a Staff Attorney with the Securities and Exchange Commission (Enforcement Division).  She is admitted to the California Bar. She also is admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the First and Ninth Circuits, and the United States District Courts for the District of Michigan, the Southern District of Texas, the Eastern District of Wisconsin, and the Northern, Eastern, Central and Southern Districts of California.

**Richard Gordin** leads Girard Gibbs' DC office.  He has over 40 years' experience as a litigator and trial attorney.  During that time, he has tried dozens of jury and nonjury cases to verdict, has argued appeals in federal and state courts, and has authored briefs before the United States Supreme Court and numerous state and federal appellate courts.



Mr. Gordin's experience extends to all aspects of class action practice, including the successful defense of class action claims.  He has represented clients in federal and state criminal investigations and prosecutions, commercial lawsuits, patent infringement cases, antitrust lawsuits and investigations, tax claims, deceptive practice claims, large-scale fraud claims, tax claims, ERISA litigation, securities cases, discrimination claims, and federal and state enforcement investigations, lawsuits and administrative actions involving a wide-variety of substantive areas.

Mr. Gordin has also prosecuted criminal and civil claims.  As an Assistant United States Attorney for the District of Columbia, he handled hundreds of criminal prosecutions.  In private practice, he represented a large, nationwide lender in suits against borrowers involved in complex, money laundering and fraudulent schemes.  In a case brought on behalf of a federal agency, the Overseas Private Investment Corporation, Mr. Gordin obtained summary judgment against guarantors of a loan. He has represented plaintiffs in civil rights actions, lawsuits against insurance companies for coverage and bad faith, partnership disputes, actions for theft of intellectual property, fraud, breach of contract, and tax refund claims.

For the past 19 years, Mr. Gordin has been an instructor for the D.C. Bar course on pretrial motion practice.  He has been invited to lecture on discovery and pretrial issues by the Office of the D.C. Corporation Counsel (now Attorney General), a Fortune Fifty corporation and a U.S. government

agency.  He has been an instructor for the evening program of The George Washington University School of Law.

**Dylan Hughes** specializes in the prosecution of consumer and employment class actions.  He represents consumers in a variety of cases ranging from false advertising to defective products, and employees in misclassification and wage and hour cases under state and federal laws.  Mr. Hughes has extensive experience prosecuting complex automobile-defect cases and helped achieve recoveries on behalf of class members in the *In Re General Motors Dex-Cool Cases* (settlement of $50 to $800 cash reimbursements per class member vehicle repair) and *In Re General Motors Cases*, a certified California state court class action against General Motors alleging violations of California's "Secret Warranty" law, California Civil Code § 1794.90 *et seq*. Mr. Hughes was also involved in the *Parkinson v. Hyundai Motor America* lawsuit, in which plaintiffs certified a nationwide class alleging Hyundai sold vehicles with defective flywheel systems, before ultimately reaching a favorable settlement for the class.



Mr. Hughes has been selected for inclusion in Northern California Super Lawyers every year since 2012.  He is a 2000 graduate of the University of California, Hastings College of Law.  He received his undergraduate degree from the University of California at Berkeley in 1995.  Mr. Hughes was a spring 2000 extern for the Honorable Charles A. Legge of the United States District Court, Northern District of California.

Before joining Girard Gibbs, Mr. Hughes was a law clerk for the Honorable Paul A. Mapes, Administrative Law Judge of the Office of Administrative Law Judges, United States Department of Labor.  Mr. Hughes is a member of the American Bar Association, Consumer Attorneys of California, the Class Action Litigation Group of the American Association for Justice and the Consumer Rights Section of the Barristers Club.  He is admitted to the California Bar and is admitted to practice before the United States Court of Appeals for the Ninth Circuit as well as the United States District Courts for the Northern and Central Districts of California.

**Steve Lopez** is a 2014 graduate of the University of California at Berkeley School of Law (Boalt Hall), where he was a Publishing Editor for the California Law Review and an Editor for the Berkeley Journal of Employment and Labor Law. Mr. Lopez was also a member of the La Raza Law Students Association and the Legal Aid Society–Employment Law Center's Berkeley Workers' Rights Clinic, where he successfully argued a client's unemployment insurance appeal in an administrative hearing. He was the recipient of the American Jurisprudence Award in Insurance Law, and the Prosser Prize in Remedies and Employee Benefit Law.



Before law school, Mr. Lopez performed research for a consulting firm specializing in improving justice programs. He received his undergraduate degree in economics and international relations from the University of Virginia in 2008.

**Phyra McCandless** has experience representing whistleblowers in health care fraud actions and plaintiffs in complex product liability litigation and class actions. Her practice focuses on qui tam (whistleblower) False Claims Act cases and pharmaceutical and medical device mass tort litigation.



Ms. McCandless' experience with qui tam cases includes Medicare and Medicaid fraud as well as defective products subject to regulation by the Food and Drug Administration (FDA). She has worked with Assistant U.S. Attorneys and Attorneys General offices across the country.  Ms. McCandless has also had instrumental roles in the coordinated Risperdal and Invega Product Liability Cases in the Los Angeles Superior Court in addition to the Actos Multidistrict Litigation in the Western District of Louisiana.

A graduate of the University of San Francisco School of Law, where she was a member of Law Review and was selected to deliver her class commencement speech, Ms. McCandless also wrote and published "*The Fallacy of Mandating Contraceptive Equity: Why Laws That Protect Women with Health Insurance Deepen Institutional Discrimination*," 42 U.S.F. L. Rev. 1115 (2008).  She received her undergraduate degree in psychology from Harvard College and earned a Master of Public Health from the Johns Hopkins Bloomberg School of Public Health. Prior to joining Girard Gibbs, Ms. McCandless was a postdoctoral fellow with the Center for Tobacco Control Research and Education at the University of California, San Francisco where she researched and co-authored "*Quid Pro Quo: Tobacco Companies and the Black Press*" in the *American Journal of Public Health*, as well as co-authored commissioned white papers on menthol for the Food and Drug Administration.

Ms. McCandless has also served as an Equal Justice Works AmeriCorps Legal Fellow, coordinating the local law student pro bono project at the Public Interest Clearinghouse (now OneJustice).  She is a member of the American Public Health Association, the Consumer Attorneys of California, the San Francisco Bar Association, and holds leadership positions in the American Bar Association Tort Trial and Insurance Practice Section.

**Kristine Keala Meredith** is a trial attorney specializing in product liability litigation.



She served as co-lead counsel with Mr. Danko representing more than one hundred air travelers who suffered strokes, pulmonary emboli, or heart attacks as a result of airline-induced blood clots in *In Re Deep Vein Thrombosis Litigation*, MDL No. 1606.

Ms. Meredith served on the Law and Motion committee in *In Re Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation,* MDL No. 2100, where she assisted in the successful opposition to 15 *Daubert* motions in fewer than three weeks.

Before devoting her practice to representing plaintiffs, Ms. Meredith worked on the national defense counsel teams for medical device manufacturers in multi-district litigation including *In re Silicone Gel Breast Implants Product Liability Litigation*, MDL No. 926, and *In re Orthopedic Bone Screw Product Liability Litigation*, MDL No. 1014. She also represented doctors and hospitals in

defense of medical malpractice actions, where she worked with some of the world's leading medical experts.

In 2010, Ms. Meredith was named a Northern California Super Lawyer. She is currently an officer of the American Association for Justice and the San Mateo County Trial Lawyers Association. She is also a member of the San Francisco Trial Lawyers Association and the Consumer Attorneys of California. She is a former chair of the Minority Issues Committee of the San Francisco Bar Association Barrister Club.

She obtained her B.S. with honors from the University of California at Davis and was awarded a scholarship to attend Brigham Young University's J. Reuben Clark Law School. While in law school, she was awarded the Distinguished Student Service Award and spent a semester at Howard University Law School in Washington, D.C., as a member of the faculty/student diversity exchange.



**Geoffrey Munroe** represents plaintiffs in high-profile class action and mass tort cases in both federal and state courts throughout the United States. He was selected as a Rising Star by Northern California Super Lawyers (2010-2014), recognizing him as one of the best young attorneys practicing in Northern California, and as a Northern California Super Lawyer in 2015. He is the co-author of "*Consumer Class Actions in the Wake of Daugherty v. American Honda Motor Company*," CAOC's Forum Magazine, January/February 2009, and a frequent contributor to the Class Action Litigation Group Newsletter of the American Association for Justice.

Mr. Munroe is a 2003 graduate of the University of California at Berkeley School of Law (Boalt Hall), where he was the recipient of the American Jurisprudence Award in Torts, Business Law & Policy and Computer Law. He received his undergraduate degree in chemistry from the University of California at Berkeley in 2000. Mr. Munroe is a member of the Public Justice Class Action Preservation Project Committee, the Class Action Litigation Group of the American Association for Justice and the Consumer Attorneys of California. He is a member of the California Bar and is admitted to practice before the United States Court of Appeals for the Ninth Circuit, as well as the United States District Courts for the Northern, Central and Southern Districts of California.



**Andre Mura** represents plaintiffs in class action and complex litigation concerning consumers' and workers' rights, products liability, drug and medical devices, federal jurisdiction, and constitutional law.

Prior to joining Gibbs Law Group LLP, Mr. Mura was senior litigation counsel at the Center for Constitutional Litigation PC, where he represented plaintiffs in high-stakes appeals and complex litigation in state supreme courts and federal appellate courts. Mr. Mura also authored briefs filed in the U.S. Supreme Court, at both the petition and merits stages, and argued dispositive motions in trial courts nationwide.

Recently, Mr. Mura successfully opposed Wal-Mart's motion to dismiss in Reynolds v. Wal-Mart (N.D. Fla.), a putative class action in federal court concerning deceptive food labeling. Before the U.S. Court of Appeals for the Ninth Circuit, sitting en banc, Mr. Mura also recently represented

plaintiffs injured by propoxyphene, an ingredient found in Darvocet and Darvon pain relief drugs and generic pain relievers.

Mr. Mura's advocacy before the U.S. Supreme Court includes J. McIntyre Machinery, Ltd. v. Nicastro, 131 S. Ct. 2780 (2011), for which he drafted merits briefing addressing whether personal jurisdiction exists over a foreign manufacturer. Mr. Mura was the lead author of an amicus curiae brief for the American Association for Justice and Public Justice in Mutual Pharmaceutical Co., Inc. v. Bartlett, 133 S. Ct. 2466 (2013), a case examining whether federal drug safety law preempts state-law liability for defectively designed generic drugs. In Qwest Services Corp. v. Blood, 132 S. Ct. 1087 (2012), Mr. Mura was counsel of record for plaintiffs in opposing Supreme Court review of an $18 million punitive damages award. SCOTUSblog, the blog of the Supreme Court of the United States, selected Mr. Mura's petition for certiorari in Malaterre v. Amerind Risk Management Corp., No. 11-441 as "Petition of the Day."

Before the Missouri Supreme Court in Watts v. Lester E. Cox Medical Centers, 376 S.W.3d 633 (Mo. 2012), Mr. Mura successfully argued that a state law limiting compensatory damages in medical malpractice cases violated his client's constitutional right to trial by jury. In ruling in favor of Mr. Mura's client, the high court agreed to overturn a 20-year-old precedent. In Texaco, Inc. & Chevron Corp. v. Simon, Mr. Mura argued before the Mississippi Supreme Court in a case concerning Texaco's and Chevron's liability for pregnant women's exposure to leaded gas. The case settled favorably after oral argument but before decision.

Mr. Mura is a member of the American Bar Association (ABA) Tort Trial and Insurance Practice Section (TIPS) Plaintiffs Policy Task Force. He serves as vice-chair of the ABA-TIPS Appellate Advocacy Committee and as chair of the ABA-TIPS Supreme Court Monitoring Subcommittee. Mr. Mura is a member and former co-chair of the Young Lawyers Committee of the National Center for State Courts, as well as a member of the American Association for Justice and the Consumer Attorneys of California. He served as an executive member of the moot court board while attending The George Washington University Law School.

**Michael Schrag** has nearly 20 years of experience representing individual and small business plaintiffs in complex class actions against large corporations in litigation concerning banking, credit cards, telecommunications, and real estate. Mr. Schrag has also successfully litigated product liability, personal injury, medical malpractice, employment, and contingent breach of contract cases.



Mr. Schrag currently serves as Co-Lead Counsel in *Beaver v. Tarsadia Hotels*, in which the court granted plaintiffs' summary judgment on the issue of liability in a large unfair competition class action against real estate developers. Mr. Schrag also represents a putative class of small business owners in a RICO and fraud class action against insurer AIG. The court recently denied AIG's motion to dismiss.

Mr. Schrag served as Co-Lead Counsel in *Ammari v. Pacific Bell Directory*, representing consumers who overpaid an AT&T subsidiary for advertising in Yellow Pages directories. Plaintiffs prevailed at trial and on two appeals to obtain a $27 million judgment for class members, a result the *National Law Journal* deemed as one of the top 100 verdicts in 2009.

Mr. Schrag has helped initiate and prosecute several class actions against Visa, MasterCard, and major U.S. banks, such as Chase and Bank of America, for failing to disclose and fixing the price of currency conversion fees charged to cardholders using credit and debit cards abroad. After prevailing at trial in *Schwartz v. Visa, et. al.*, plaintiffs were successful in obtaining a $336 million global settlement for the class in *In re Currency Conversion Fee Antitrust Litigation* (MDL No. 1409).

Mr. Schrag helped recover over $10 million on behalf of his clients in *In Re Sulzer Hip Prosthesis and Knee Prosthesis Liability Litigation*, a multidistrict litigation that awarded a total of $1 billion to patients who received defective hip implants.

Mr. Schrag is a 1996 graduate of the University of California at Berkeley School of Law (Boalt Hall) and received his undergraduate degree in 1989 from Columbia College at Columbia University. Mr. Schrag began his career prosecuting securities class actions and serving as a law clerk to the Honorable Judith N. Keep, U.S. District Judge, Southern District of California. Before joining Gibbs Law Group, Mr. Schrag was a partner and co-founder of Meade & Schrag, LLP, where he prosecuted class actions and also litigated personal injury, medical malpractice, breach of contract, and business litigation matters.

**David Stein** specializes in representing plaintiffs in consumer protection and financial fraud cases.



Mr. Stein helped generate a $25 million settlement in an automobile defect lawsuit involving Honda and Acura vehicles, and cash reimbursements for purchasers of Prius vehicles in a lawsuit against Toyota. Currently, Mr. Stein is one of the attorneys serving as court-appointed Lead Counsel who are representing consumers against Ford Motor Company in a lawsuit alleging that the 2013 Ford Fusion Hybrid and C-MAX Hybrid vehicles do not achieve the MPG rating that Ford advertised.

Mr. Stein is also representing investors in a lawsuit against U.S. Bank arising from the collapse of Peregrine Financial Group, Inc. In two settlements (one of which remains pending final approval) the former Peregrine customers have recovered more than $60 million lost as a result of Peregrine's collapse.  Prior to the Peregrine litigation, Mr. Stein helped secure a judgment against the Government of Guam and several of its highest ranking officials in a suit involving the government's unlawful administration of income tax refunds.

For the last three years Mr. Stein has been named a Rising Star by Northern California Super Lawyers.  Before joining Girard Gibbs in 2009, Mr. Stein served as judicial law clerk to U.S. District Court Judge Keith Starrett and U.S. Magistrate Judge Karen L. Hayes, and published the article, *Wrong Problem, Wrong Solution: How Congress Failed the American Consumer*, 23 Emory Bankr. Dev. J. 619 (2007).



**Amanda M. Steiner** has more than fifteen years of experience in class action and complex civil litigation.

She represents plaintiffs in high-profile and complex securities, antitrust and consumer class actions in federal and state courts throughout the United States. She has been instrumental in achieving recoveries on behalf of class members in *Billitteri v. Securities America, Inc.,* ($150 million settlement on behalf Provident Royalties and Medical Capital investors) and *In re Lehman Brothers Equity/Debt Securities Litigation* ($120 million settlement on behalf of retail investors in Lehman structured products sold by UBS Financial Services, Inc.). She specializes in legal writing at the trial court and appellate levels, and has served as the lead brief writer for many of the firm's successful securities and consumer cases, including *Billitteri*, *Lehman*, *In re SLM Corporation Securities Litigation*, *Smith v. The Regents of the University of California*, and *In re H&R Block Express IRA Litigation*.

Ms. Steiner was selected for inclusion in Northern California Super Lawyers in 2012 and 2013, and was named to the Top 50 Women Lawyers of Northern California in 2013. She is a member of the Legal Writing Institute and the American Bar Association's Appellate Practice Committee, and is a Fellow of the American Bar Foundation.

Before joining Girard Gibbs, Ms. Steiner handled a variety of class action and complex litigation matters, including cases involving defective products, employment disputes, real estate development, construction and environmental issues, commercial and residential real estate contracts, and lender-related disputes. She served as an extern for U.S. District Court Judge Marilyn Hall Patel, and worked as a law clerk for the Criminal Division of the U.S. Attorney's Office, the Alameda County District Attorney, and the Hopi Appellate Court Clinic and Tribal Law Project.

Ms. Steiner is a 1997 graduate of the University of California, Berkeley, School of Law (Boalt Hall), where she served as an Associate Editor for the Berkeley Journal of Employment and Labor Law and Articles Editor for the Berkeley Women's Law Journal. She received her undergraduate degree, cum laude, from Carleton College in 1991. She is admitted to practice in California, New York, and Washington.



**Amy Zeman** represents clients in a wide variety of medical mass tort matters, including individuals harmed by transvaginal mesh, the birth-control medications Yaz and Yasmin, the diabetes drug Actos, the anti-psychotic medication Risperdal, and the Mirena intrauterine device, among others. Ms. Zeman also represents consumers in class action litigation, with experience working closely with class representatives and consumer contacts and participating in all stages of litigation. Ms. Zeman has been involved in successful actions against Chase Bank, Ducati, and Dish Network, among others. Super Lawyers Magazine recognized Ms. Zeman as a Rising Star in 2013 and 2014.

Prior to attending law school, Ms. Zeman pursued a career in the financial sector. Ms. Zeman served the members of the Marin County Federal Credit Union for almost seven years, acting as the

Accounting and Compliance Manager. She is a 2010 graduate, *magna cum laude*, of the University of California, Hastings College of Law, where she was a member of the Thurston Society and served on the *Hastings Law Journal*.  She received her undergraduate degrees in German and Art History and Archaeology, *summa cum laude*, from the University of Missouri in 1998.  Ms. Zeman was a spring 2010 extern for the Honorable Marilyn Hall Patel of the United States District Court, Northern District of California. She was selected as a Rising Star by Northern California Super Lawyers (2013), recognizing him as one of the best young attorneys practicing in Northern California.  Ms. Zeman is admitted to the California Bar.

## SIGNIFICANT RECOVERIES

Some of the cases in which the firm has had a leadership role are described below:

# False Advertising & Deceptive Marketing

*In re Hyundai and Kia Horsepower Litigation*, No. 02CC00287 (Cal. Super. Ct. Orange County).  Girard Gibbs served as lead counsel in this coordinated nationwide class action against Hyundai for falsely advertising the horsepower ratings of more than 1 million vehicles over a ten year period.  The case was aggressively litigated on both sides over several years.  In all, over 850,000 Hyundai owners received notice of the settlement, which provided cash and other benefits, and which was had an estimated value of as much as $125 million.

*In re Chase Bank USA, N.A. "Check Loan" Contract Litigation*, No. 09-2032 (N.D. Cal.).  Girard Gibbs and several other firms led this nationwide class action lawsuit alleging deceptive marketing and loan practices by Chase Bank USA, N.A. After a nationwide class was certified, U.S. District Court Judge Maxine M. Chesney granted final approval of a $100 million settlement on behalf of Chase cardholders.

*Hyundai and Kia Fuel Economy Litigation*, No. 2:13-ml-2424 (C.D. Cal.).  In a lawsuit alleging false advertising in connection with the fuel efficiency of various Hyundai and Kia models, the court appointed Eric Gibbs as liaison counsel.  The firm regularly reported to the Court, coordinated a wide-ranging discovery process, and advanced the view of over twenty-five firms seeking relief under the laws of over twenty states. Ultimately Mr. Gibbs helped negotiate a revised nationwide class action settlement with an estimated value of up to $120 million.

*In re Providian Credit Card Cases*, J.C.C.P. No. 4085 (Cal. Super. Ct. San Francisco County).  Girard Gibbs served as court-appointed co-lead counsel in this nationwide class action suit brought on behalf of Providian credit card holders.  The lawsuit alleged that Providian engaged in unlawful, unfair and fraudulent business practices in connection with the marketing and fee assessments for its credit cards.  The Honorable Stuart Pollack approved a $105 million settlement, plus injunctive relief—one of the largest class action recoveries in the United States arising out of consumer credit card litigation.

*In re MCI Non-Subscriber Telephone Rates Litigation*, MDL Docket No. 1275 (S.D. Ill.).  This class action lawsuit was brought on behalf of MCI subscribers charged various rates and surcharges instead of the lower rates MCI had advertised.  Ten cases were consolidated for pretrial proceedings before the Honorable David R. Herndon, U.S. District Judge for the Southern District of Illinois.  Judge Herndon appointed Girard Gibbs as co-lead counsel for the consolidated actions.  On March 29, 2001, Judge Herndon granted final approval of a settlement for over $90 million in cash.

*Skold v. Intel Corp.*, No. 1-05-CV-039231 (Cal. Super. Ct., Santa Clara Cty.)  Girard Gibbs represented Intel consumers through a decade of hard-fought litigation, ultimately certifying a nationwide class under an innovative "price inflation" theory and negotiating a settlement that provided refunds and $4 million in cy pres donations.  In approving the settlement, Judge Peter Kirwan wrote: "It is abundantly clear that Class Counsel invested an incredible amount of time and costs in a case which lasted approximately 10 years with no guarantee that they would prevail…. Simply put, Class Counsel earned their fees in this case."

*Steff v. United Online, Inc.*, No. BC265953, (Los Angeles Super. Ct.).  This nationwide class action suit was brought against NetZero, Inc. and its parent, United Online, Inc., by former NetZero customers.  Plaintiffs alleged that defendants falsely advertised their internet service as unlimited and guaranteed for a specific period of time.  The Honorable Victoria G. Chaney of the Los Angeles Superior Court granted final approval of a settlement that provided full refunds to customers whose services were cancelled and which placed restrictions on Defendants' advertising.

*Stoddard v. Advanta Corp.*, No. 97C-08-206-VAB (Del. Superior Ct.).  This nationwide class action lawsuit was brought on behalf of cardholders who were promised a fixed APR for life in connection with balance transfers, but whose APR was then raised pursuant to a notice of change in terms.  The Honorable Vincent A. Bifferato appointed the firm as co-lead counsel and approved a $7.25 million settlement.

*Khaliki v. Helzberg's Diamond Shops, Inc.*, No. 11-0010-CV-W-NKL (W.D. Mo.).  Girard Gibbs and co-counsel represented consumers who alleged deceptive marketing in connection with the sale of princess-cut diamonds.  The firms achieved a positive settlement, which the court approved, recognizing "that Class Counsel provided excellent representation" and achieved "a favorable result relatively early in the case, which benefits the Class while preserving judicial resources."  The court went on to recognize that "Class Counsel faced considerable risk in pursuing this litigation on a contingent basis, and obtained a favorable result for the class given the legal and factual complexities and challenges presented."

*In re: Tyson Foods Inc., Chicken Raised Without Antibiotics Consumer Litigation*, No. RDB-08-1982 (D. Md.).  Girard Gibbs served as Class Counsel on behalf of consumers who purchased chicken products that were alleged to have been misleadingly labeled as "raised without antibiotics."  After discovery, counsel negotiated a $5 million settlement that required Tyson to pay cash to class members and make a substantial cy pres contribution to food banks.

# Defective Products

*In re iPod Cases*, JCCP No. 4355 (Cal. Super. Ct. San Mateo Cty).  Girard Gibbs, as court appointed co-lead counsel, negotiated a settlement that provided warranty extensions, battery replacements, cash payments, and store credits for class members who experienced battery failure.  In approving the settlement, the Hon. Beth L. Freeman said that the class was represented by "extremely well qualified" counsel who negotiated a "significant and substantial benefit" for the class members.

*Sugarman v. Ducati North America, Inc.*, No. 5:10-cv-05246-JF (N.D. Cal.).  Girard Gibbs served as class counsel on behalf of Ducati motorcycle owners who the fuel tanks on their motorcycles degraded and deformed due to incompatibility with the motorcycles' fuel.  In January 2012, the Court approved a settlement that provided an extended warranty and repairs, writing, "The Court recognizes

that class counsel assumed substantial risks and burdens in this litigation.  Representation was professional and competent; in the Court's opinion, counsel obtained an excellent result for the class."

*Parkinson v. Hyundai Motor America*, No. CV 8:06-0345 (C.D. Cal.).  Girard Gibbs served as class counsel in this class action featuring allegations that the flywheel and clutch system in certain Hyundai vehicles was defective.  After achieving nationwide class certification, Girard Gibbs negotiated a settlement that provided for reimbursements to class members for their repairs, depending on their vehicle's mileage at time of repair, from 50% to 100% reimbursement.  The settlement also provided full reimbursement for rental vehicle expenses for class members who rented a vehicle while flywheel or clutch repairs were being performed.  After the settlement was approved, the court wrote, "Perhaps the best barometer of … the benefit obtained for the class … is the perception of class members themselves. Counsel submitted dozens of letters from class members sharing their joy, appreciation, and relief that someone finally did something to help them."

*In Re Medtronic, Inc. Implantable Defibrillators Product Liability Litigation*, MDL No. 05-1726 JMR (D.Minn.).  Girard Gibbs served on the discovery and law committees and provided legal, discovery, and investigative support in this lawsuit, following a February 2005 recall of certain models of Medtronic implantable cardioverter defibrillator devices.  Approximately 2,000 individual cases were filed around the country and consolidated in an MDL proceeding in District Court in Minnesota.  The cases were settled in 2007 for $75 million.

*Browne v. Am. Honda Motor Co., Inc.,* No. CV 09-06750 (C.D. Cal.).  Girard Gibbs and co-counsel served as class counsel, representing plaintiffs who alleged that about 750,000 Honda Accord and Acura TSX vehicles were sold with brake pads that wore out prematurely.  Girard Gibbs negotiated a settlement in which improved brake pads were made available and class members who had them installed could be reimbursed.  The settlement received final court approval in July 2010 and provided an estimated value of approximately $25 million.

*In Re General Motors Dex-Cool Cases.*, No. HG03093843 (Cal. Super Ct. Alameda Cty).  In these class action lawsuits filed throughout the country, plaintiffs alleged that General Motors' Dex-Cool engine coolant damaged certain vehicles' engines, and that in other vehicles, Dex-Cool formed a rusty sludge that caused vehicles to overheat.  After consumer classes were certified in both Missouri and California, General Motors agreed to cash payments to class members nationwide.  On October 27, 2008, the California court granted final approval to the settlement.

*Roy v. Hyundai Motor America*, No. SACV 05-483-AHS (C.D. Cal.).  Girard Gibbs served as court appointed co-lead counsel in this nationwide class action suit brought on behalf of Hyundai Elantra owners and lessees, alleging that an air bag system in vehicles was defective.  Girard Gibbs helped negotiate a settlement whereby Hyundai agreed to repair the air bag systems, provide reimbursement for transportation expenses, and administer an alternative dispute resolution program for trade-ins and buy-backs.  In approving the settlement, the Honorable Alicemarie H. Stotler presiding, described the settlement as "pragmatic" and a "win-win" for all involved.

## Other Consumer Protection Recoveries

*Mitchell v. American Fair Credit Association*, No. 785811-2 (Cal. Super. Ct. Alameda Cty); *Mitchell v. Bankfirst, N.A.*, No. C-97-1421-MMC (N.D. Cal.).  This class action lawsuit was brought on

behalf of California members of the American Fair Credit Association (AFCA).  Plaintiffs alleged that AFCA operated an illegal credit repair scheme.  The Honorable James Richman certified the class and appointed the firm as class counsel.  In February 2003, Judge Ronald Sabraw of the Alameda County Superior Court and Judge Maxine Chesney of the U.S. District Court for the Northern District of California granted final approval of settlements valued at over $40 million.

*In Re Mercedes-Benz Tele Aid Contract Litigation*, MDL No. 1914, CV No. 07-2720-DRD (D.N.J.), Girard Gibbs and co-counsel served as co-lead class counsel on behalf of consumers who were not told their vehicles' navigation systems were on the verge of becoming obsolete.  Counsel successfully certified a nationwide litigation class, before negotiating a settlement valued between approximately $25 million and $50 million.  In approving the settlement, the court acknowledged that the case "involved years of difficult and hard-fought litigation by able counsel on both sides" and that "the attorneys who handled the case were particularly skilled by virtue of their ability and experience."

*In re America Online Spin-Off Accounts Litigation*, MDL No. 04-1581-RSWL (C.D. Cal.).  Girard Gibbs served as court-appointed co-lead counsel in this nationwide class action suit brought on behalf of America Online subscribers who were billed for a second account without their knowledge, authorization or consent.  The litigation settled for $25 million and changes in AOL's billing and account practices.

*In re LookSmart Litigation*, No. 02-407778 (Cal. Super. Ct. San Francisco Cty).  This nationwide class action suit was brought against LookSmart, Ltd. on behalf of LookSmart's customers who paid an advertised "one time payment" to have their web sites listed in LookSmart's directory, only to be later charged additional payments to continue service.  Plaintiffs' claims included breach of contract and violation of California's consumer protection laws.  On October 31, 2003, the Honorable Ronald M. Quidachay granted final approval of a nationwide class action settlement providing cash and benefits valued at approximately $20 million.

*In re America Online, Inc. Version 5.0 Software Litigation*, MDL Docket No. 1341 (S.D. Fla.).  Girard Gibbs served as co-lead counsel in this MDL proceeding, which centralized 45 class actions.  The action involved alleged violations of state consumer protection statutes, the Computer Fraud and Abuse Act, and federal antitrust laws based on AOL's distribution of its Version 5.0 software upgrade.  The Honorable Alan S. Gold granted final approval to a $15.5 million cash settlement on August 1, 2002.

*In re PayPal Litigation*, No. C-02-1227-JF (PVT) (N.D.Cal., S.J. Div. 2002).  Girard Gibbs served as co-lead counsel in this nationwide class action alleging violations of California consumer protection statutes and the Electronic Funds Transfer Act (EFTA).  The plaintiffs alleged that PayPal unlawfully restricted access to consumers' PayPal accounts.  On September 24, 2004, Judge Fogel granted final approval to a settlement valued at $14.35 million in cash and returned funds, plus injunctive relief to ensure compliance with the EFTA.

*Powers Law Offices, P.C. v. Cable & Wireless USA, Inc.*, No. 99-CV-12007-EFH (D. Mass 1999).  In this class action brought on behalf of cable and wireless subscribers overcharged for recurring and incorrect fees, Girard Gibbs prosecuted the case from 1999 through 2005.  On October 27, 2005, Judge Harrington granted final approval of the $8 million settlement and the bankruptcy court approved the 30% distribution from the unsecured creditors' fund of the bankruptcy liquidation proceeds.

*Lehman v. Blue Shield of California*, No. CGC-03-419349 (Cal. Super. Ct. San Francisco County).  In this class action lawsuit alleging that Blue Shield engaged in unlawful, unfair and

fraudulent business practices when it modified the risk tier structure of its individual and family health care plans, a $6.5 million settlement was negotiated on behalf of former and current Blue Shield subscribers residing in California. The Honorable James L. Warren granted final approval of the settlement in March 2006.

*Telestar v. MCI, Inc.*, No. C-05-Civ-10672-JGK (S.D.N.Y). This class action was brought on behalf of MCI commercial subscribers who were charged both interstate and intrastate fees for the same frame relay on prorate line service during the same billing period. On April 17, 2008, the Honorable John G. Koeltl granted final approval of a settlement for over $2.8 million in cash.

*Wixon v. Wyndham Resort Development Corp.*, No. C-07-02361 JSW (BZ) (N.D. Cal.). Girard Gibbs served as class and derivative counsel in this litigation brought against a timeshare developer and the directors of a timeshare corporation for violations of California state law. Plaintiffs alleged that the defendants violated their fiduciary duties as directors by taking actions for the financial benefit of the timeshare developer to the detriment of the owners of timeshare interests. On September 14, 2010, Judge White granted approval of a settlement of the plaintiffs' derivative claims.

*Berrien, et al. v. New Raintree Resorts, LLC, et al.*, No. CV-10-03125 CW (N.D. Cal.). Girard Gibbs filed this class action on behalf of timeshare owners, challenging the imposition of unauthorized special assessment fees. On November 15, 2011, the Parties reached a proposed settlement of the claims asserted by the Plaintiffs on behalf of all class members who were charged the special assessment. On March 13, 2012, the Court issued its Final Class Action Settlement Approval Order and Judgment, approving the proposed settlement.

*Benedict, et al. v. Diamond Resorts Corporation, et al.*, No. CV 12-00183-DAE (D. Hawaii). Girard Gibbs filed this class action on behalf of timeshare owners, challenging the imposition of an unauthorized special assessment fee. On November 6, 2012, the parties reached a proposed settlement of the claims asserted by the plaintiffs on behalf of all class members who were charged the special assessment. On June 6, 2013, the Court approved the settlement.

*Allen Lund Co., Inc. v. AT&T Corp.*, No. C 98-1500-DDP (C.D. Cal.). This class action lawsuit was brought on behalf of small businesses whose long-distance service was switched to Business Discount Plan, Inc. Girard Gibbs was appointed class counsel by the Honorable Dean D. Pregerson. The settlement, providing for full cash refunds and free long-distance telephone service, was approved in December 1999.

*Mackouse v. The Good Guys - California, Inc.*, No. 2002-049656 (Cal. Super Ct. Alameda Cty). This nationwide class action lawsuit was brought against The Good Guys and its affiliates alleging violations of the Song-Beverley Warranty Act and other California consumer statutes. The Plaintiff alleged that The Good Guys failed to honor its service contracts, which were offered for sale to customers and designed to protect a customer's purchase after the manufacturer's warranty expired. In May 9, 2003, the Honorable Ronald M. Sabraw granted final approval of a settlement that provides cash refunds or services at the customer's election.

*Mager v. First Bank of Marin*, No. CV-S-00-1524-PMP (D. Nev.). This nationwide class action was brought on behalf of people who were enrolled in First Bank of Marin's credit card program. In May 2002, the Judge Pro of the U.S. District Court for the District of Nevada approved a settlement providing for cash and non-cash benefits to class members.

*Whitaker v. Health Net of Cal., Inc., et al.*, No. 2:11-cv-00910-KJM-DAD (E.D. Cal.) and Shurtleff v. Health Net of Cal., Inc., No. 34-2012-00121600-CU-CL (Cal. Super Ct. Sacramento Cty). Girard Gibbs served as co-lead counsel in this patient privacy case.  On June 24, 2014, the court granted final approval of a settlement that provided class members with credit monitoring, established a $2 million fund to reimburse consumers for related identity theft incidents, and instituted material upgrades to and monitoring of Health Net's information security protocols.

*Smith v. Regents of the University of California, San Francisco*, No. RG-08-410004 (Cal. Super Ct. Alameda Cty).  Girard Gibbs represented a patient who alleged that UCSF's disclosure of its patients' medical data to outside vendors violated California medical privacy law.  The firm succeeded in negotiating improvements to UCSF's privacy procedures on behalf of a certified class of patients of the UCSF medical center.  In approving the stipulated permanent injunction, Judge Stephen Brick found that "plaintiff Smith has achieved a substantial benefit to the entire class and the public at large."

*In re Countrywide Financial Corp. Customer Data Security Breach Litigation*, No. 3:08-MD-01988 (W.D. Ky.).  Girard Gibbs served as a member of the executive committee representing a class of millions of customers and potential customers of Countrywide whose personal information was stolen by a former Countrywide employee and then sold to other mortgage lenders.  The class settlement provided for free credit monitoring, reimbursement of out-of-pocket expenses incurred as a result of the theft, and reimbursement of up to $50,000 per class member for identity theft losses.

*In re Sony BMG CD Technologies Litigation*, No.1:05-cv-09575-NRB (S.D.N.Y.).  Girard Gibbs served as co-lead counsel in this class action for violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, *et seq.* on behalf of millions of consumers who purchased SONY BMG music compact discs encoded with digital rights management software which limited CD functionality and acted as spyware on the users' computers.  Judge Naomi Reice Buchwald granted approval to a settlement that provided for a nationwide recall of certain CDs, the dissemination of software utilities to remove the offending DRM, cash and other compensation for consumers, and injunctive relief governing SONY BMG's use of DRM.

*In re H&R Block Express IRA Litigation*, MDL No. 1786 (W.D. Mo.).  Girard Gibbs served as co-lead counsel in this MDL involving H&R Block's marketing and sale of its "Express IRA" investment products.  The firms negotiated a coordinated settlement with the New York Attorney General that provided class members with more than $19 million in cash (resulting in a full recovery for consumers) and non-cash benefits entitling Express IRA holders to convert their investments to alternative IRAs with lower fees.

*In re Adobe Systems, Inc. Privacy Litigation*, No. 5:13-cv-05226-LHK (N.D. Cal.): Girard Gibbs was appointed as lead counsel in this consolidated litigation on behalf of consumers who asserted privacy and consumer fraud claims arising from a 2013 data breach. In September 2014, Girard Gibbs obtained a pivotal ruling when the court denied Adobe's motion to dismiss for lack of standing, ruling that the Supreme Court's opinion in Clapper v. Amnesty International USA, 133 S. Ct. 1138 (2013), did not change existing standing jurisprudence. 66 F. Supp. 3d 1197 (N.D. Cal. 2014). Before this opinion, many data breach defendants had obtained dismissals for lack of standing based on Clapper. The Adobe ruling has been followed by a number of district courts, and most recently by the Seventh Circuit Court of Appeals in *Remijas v. Neiman Marcus Group, LLC*. 794 F.3d 688, 693-94 (7th Cir. 2015).

# Securities and Financial Recoveries

*In re Digex, Inc. Shareholder Litigation*, Consol. Case No. 18336 (Del. Ch. Ct. 2000).  Girard Gibbs represented the Kansas Public Employees Retirement System, one of two institutional lead plaintiffs in this lawsuit, in which minority shareholders of Digex, Inc. sued to enjoin MCI WorldCom's planned acquisition of a controlling interest in Digex through a merger with Intermedia Communications, Inc.  In a settlement approved by Delaware Chancery Court on April 6, 2000, a fund consisting of $165 million in MCI WorldCom stock and $15 million in cash was secured for Digex shareholders, as well as non-cash benefits valued at $450 million.

*Billitteri v. Securities America, Inc.*, No. 3:09-cv-01568-F (N.D. Tex.).  Girard Gibbs served as lead counsel in an action against broker-dealer Securities America, Inc. and its corporate parent, Ameriprise, Inc. in connection with sales of investments in the Provident Royalties and Medical Capital investment schemes.  Mr. Girard coordinated negotiations resulting in a $150 million settlement, with $80 million allocated to class plaintiffs represented by Girard Gibbs and $70 million allocated to individual investors who had initiated arbitration proceedings.  The settlements returned over 40% of investment losses.

*In re Lehman Brothers Equity/Debt Securities Litigation*, No. 08-Civ-5523 (S.D.N.Y. 2008).  Girard Gibbs was appointed class counsel for a certified class of retail investors in structured products sold by UBS Financial Services, Inc., following the collapse of Lehman Brothers Holdings, Inc., the largest bankruptcy in United States history.  The plaintiffs alleged that UBS misrepresented Lehman's financial condition and failed to disclose that the "principal protection" feature of many of the notes depended upon Lehman's solvency.  Girard Gibbs negotiated a settlement that established a $120 million fund to resolve the claims.

*In re Prison Realty Securities Litigation*, No. 3:99-0452 (M.D. Tenn.).  Girard Gibbs served as co-lead counsel in this securities class action brought against a real estate investment trust and its officers and directors relating to a merger between Corrections Corporation of America and CCA Prison Realty Trust.  On February 13, 2001, the Court granted final approval to a settlement for over $120 million in cash and stock.

*In re American Express Financial Advisors Securities Litigation,* No. 04-cv-01773-DAB (S.D.N.Y.).  Girard Gibbs served as co-lead counsel in this class action, brought on behalf of individuals who bought financial plans and invested in mutual funds from American Express Financial Advisors.  The case alleged that American Express steered its clients into underperforming "shelf space funds" to reap kickbacks and other financial benefits.  On July 13, 2007, the Court granted final approval to a cash settlement of $100 million in addition to other relief.

*Scheiner v. i2 Technologies, Inc., et al.*, No. 3:01-CV-418-H (N.D. Tex.).  Girard Gibbs represented lead plaintiff, the Kansas Public Employees Retirement System, and served as co-lead counsel on behalf of investors in i2 Technologies.  The Honorable Barefoot Sanders approved cash settlements for $88 million from the company, its officers and its former auditor, Arthur Andersen LLP.  As part of the settlement, i2 agreed to institute significant corporate governance reforms.

*In re Peregrine Financial Group Customer Litigation*, No. 415546 (Cal. Super. Ct. S.F. County).  Girard Gibbs served as co-lead counsel for futures and commodities investors who alleged

they lost millions of dollars in the collapse of Peregrine Financial Group, Inc.  The case resulted in settlements with JPMorgan Chase & Co. and U.S. Bank N.A., totaling approximately $60 million.

*CalSTRS v. Qwest Communications, et al.*, No. 415546 (Cal. Super. Ct. S.F. County).  Girard Gibbs represented the California State Teachers Retirement System in this opt-out securities fraud case against Qwest Communications, Inc. and certain of its officers and directors, as well as its outside auditor Arthur Andersen.  The case resulted in a precedent-setting $45 million settlement for California school teachers.

*In re SLM Corp. Securities Litigation*, No. 08-Civ-1029-WHP.  Girard Gibbs served as lead counsel representing investors of SLM Corporation in litigation alleging that Sallie Mae, the leading provider of student loans in the U.S., misled the public about its financial performance in order to inflate the company's stock price.  After achieving nationwide class certification, Girard Gibbs negotiated a settlement that established a $35 million fund to resolve investors' claims.

*In re Winstar Communications Securities Litigation*, No. 01 Civ. 11522 (S.D.N.Y)  Girard Gibbs represented Allianz of America, Inc., Fireman's Fund and other large private institutional investors against Grant Thornton and other defendants arising out of plaintiffs' investments in Winstar Communications, Inc.  The firm achieved a settlement on the eve of trial that provided a recovery rate more than 30 times higher than what class members received in a related class action.  The recovery (after attorney fees) returned a remarkable 78.5% of the losses plaintiffs may have recovered at trial.

*In re Total Renal Care Securities Litigation*, No. 99-01750 (C.D. Cal.).  This securities fraud action arose out of restatement of earnings by a healthcare provider, brought under the PSLRA by the Louisiana Teachers' Retirement System and the Louisiana School Employees' Retirement System.  The case settled for $25 million and issuer's commitment to adopt comprehensive corporate governance reforms.  Girard Gibbs served as liaison counsel.

*In re Oxford Tax Exempt Fund Securities Litigation*, No. WMN-95-3643 (D. Md.).  Girard Gibbs served as co-lead counsel in this class and derivative litigation brought on behalf of a real estate limited partnership with assets of over $200 million.  Settlement providing for exempt issuance of securities under section 3(a)(10) of Securities Act of 1933, public listing of units, and additional settlement benefits valued at over $10 million approved January 31, 1997.

*Calliott v. HFS, Inc.*, No. 3:97-CV-0924-L (N.D. Tex.).  Girard Gibbs intervened on behalf of an institutional client in this securities class action arising out of bankruptcy of Amre, Inc., a seller of home remodeling and repair services.  Girard Gibbs was designated lead plaintiff's counsel under the Private Securities Litigation Reform Act.  Settlements for $7.3 million were approved August 1999 and December 2000.

*In re Towers Financial Corporation Noteholders Litigation*, MDL No. 994 (S.D.N.Y.).  This class action was brought against promoters and professionals associated with a failed investment scheme described by the SEC as the then "largest Ponzi scheme in U.S. history."  The case resulted in $6 million in partial settlements, and a $250 million judgment entered against four senior Towers executives.  Girard Gibbs served as liaison counsel and as a plaintiffs' executive committee member.  *See In re Towers Financial Corporation Noteholders Litigation*, 177 F.R.D. 167 (S.D.N.Y. 1997) ("class counsel—particularly Plaintiffs' Liaison counsel, Daniel Girard—has represented the plaintiffs diligently and ably in the several years that this litigation has been before me").

# Mass Tort

*In re Actos (Pioglitazone-Products Liability Litigation*, MDL No. 6:11-md-2299 (W.D. La.).  Girard Gibbs lawyers were among those court-appointed to the Plaintiffs Steering Committee and also served on the Daubert and Legal Briefing Committees, in litigation that resulted in a $2.37 billion settlement.

*In re Yasmin and Yaz (Drospirenone) Marketing, Sales, Practices and Products Liability Litigation*, MDL No. 2385, No. 3:09-md-02100-DRH-CJP (S.D. Ill.).  Girard Gibbs attorneys were appointed to the Plaintiffs Steering Committee and served as Co-Chair of the Plaintiffs' Law and Briefing Committee, in litigation ultimately resulting in settlements worth approximately $1.6 billion.

*In re Pradaxa (Dabigatran Etexilate) Products Liability Litigation*, MDL No. 2385, No. 3:12-md-02385-DRH-SCW (S.D. Ill.), Girard Gibbs lawyers were appointed by the court to the Plaintiffs Steering Committee in mass tort litigation that resulted in settlements worth approximately $650 million.

# Employment

*Mitchell v. Acosta Sales, LLC*, No. 11-1796 (C.D. Cal. 2011).  Girard Gibbs and co-counsel served as class counsel representing Acosta employees who alleged that they were required to work off-the-clock and were not reimbursed for required employment expenses.  Girard Gibbs helped negotiate a $9.9 million settlement for merchandiser employees who were not paid for all the hours they worked.  The Court granted final approval of the settlement in September 2013.

*Rubaker v. Spansion, LLC*, No. 09-842 (N.D. Cal. 2009).  Girard Gibbs and co-counsel filed a class action lawsuit on behalf of former Spansion employees that alleged that the company had failed to provide terminated employees from California and Texas with advance notice of the layoff, as required by the Workers Adjustment and Retraining Notification Act (WARN Act).  The bankruptcy court approved the class action settlement negotiated by Girard Gibbs and co-counsel in 2010.  The settlement was valued at $8.6 million and resulted in cash payments to the former employees.

# Antitrust

*In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL 1827 (N.D. Cal.).  Girard Gibbs serves as liaison counsel in this multi-district antitrust litigation against numerous TFT-LCD (Flat Panel) manufacturers alleging a conspiracy to fix prices, which has achieved settlements of more than $400 million to date.

*In re Natural Gas Antitrust Cases I, II, III and IV*, J.C.C.P. No. 4221 (Cal. Super. Ct. San Diego Cty).  Girard Gibbs served in a leadership capacity in this coordinated antitrust litigation against numerous natural gas companies for manipulating the California natural gas market, which has achieved settlements of nearly $160 million.

## Government Reform

       ***Paeste v. Government of Guam***, No. 1:11-cv-0008 (D. Guam).  Girard Gibbs and co-counsel served as Class Counsel in litigation alleging the Government of Guam had a longstanding practice of delaying tax refunds for years on end.  After certifying a litigation class, Plaintiffs prevailed on both of their claims at the summary judgment stage, and obtained a permanent injunction reforming the government's administration of tax refunds.

       ***Ho v. San Francisco Unified School District***, No. C-94-2418-WHO (N.D. Cal.).  This civil rights action was brought on behalf of a certified class of San Francisco public school students of Chinese descent to terminate racial and ethnic quotas imposed under 1983 desegregation consent decree. *See Ho v. San Francisco Unified Sch. Dist.*, 965 F. Supp. 1316 (N.D. Cal. 1997), *aff'd* 147 F.3d 854 (9th Cir. 1998); *see also* 143 Cong. Rec. S6097, 6099 (1997) (statement of United States Senator Hatch referring to testimony of class representative before Senate Judiciary Committee).