# Exhibit B

# Howard Langer

Howard Langer, a founding partner of the firm, has specialized in complex commercial litigation, particularly antitrust law, since graduating the University of Pennsylvania Law School in 1977. He was lead counsel in *In re Linerboard Antitrust Litigation*, which resulted in what was then the largest antitrust recovery ever in the Third Circuit and in *Faloney v. Wachovia Bank*, which recovered over $150 million on behalf of victims of telemarketing fraud. Howard is Professor of Law (Adjunct) at the University of Pennsylvania Law School where he teaches antitrust law. He has been a visiting professor at the University of Tokyo Law School and a visiting fellow at the Centre for Competition Law and Policy at Oxford. A second edition of his treatise, The Competition of Law of the United States was published this year by Wolters Kluwer. Howard is a graduate of the City College of New York, *magna cum laude*, and holds a master's degree from the University of Toronto.



Howard's work has been recognized by both his peers and judges. The prestigious Chambers & Partners USA Guide ranks Howard as one of the seven leading antitrust specialists in Pennsylvania and has, over the years quoted effusive praise by his peers. In 2007, the Guide wrote: "'*Terrific*' Howard Langer, '*does a spectacular job for his client*,' acknowledge his peers. They attribute his success to his "*clear thinking, knowledge of the law and understanding of economic theory.*" In *Cullen v. Whitman Medical Corp.*, 197 F.R.D. 136, 149 (E.D. Pa. 2002), Judge Anita Brody wrote, of Howard: "'you may have to … go the extra step and … if there's anyone who is … going to be able to do that, you will be able to do it … you go after it and you don't let it go….'" At the conclusion of the *Faloney* case, Magistrate Judge Timothy Rice spoke of "class counsel's tireless efforts, their dogged pursuit of fairness and justice …, their exemplary legal skill, and their scrupulous ethics throughout this proceeding." In *In re Linerboard Antitrust Litigation*, in which Howard was the lead attorney for the plaintiffs, Judge Jan DuBois spoke of the quality of the lawyering at the conclusion of the case: "I'm going to end on this note, that when the President of the United States called me and said he was going to nominate me to this position I never dreamed it would be quite as good as it has been in this case." Trans. March 24, 2006 at 86.

Representative Cases include:

*Faloney v. Wachovia Bank*, N.A. 07-CV-01455-TR (E.D.Pa) a class action, brought under the RICO Act, alleged that a major national bank abetted over one hundred fraudulent telemarketing schemes. The bank was required to mail checks totaling over $150 million to over 500,000 persons representing a full recovery of all funds that had been taken from the victims' accounts. Victims were also able to recover all bank charges they incurred as a result of the scheme. It represents the largest consumer recovery ever within the Third Circuit.

*In re Linerboard Antitrust Litigation*, 305 F.3d 145 (3d Cir. 2002) alleged a national conspiracy by manufacturers of corrugated boxes to restrict output and raise prices. After Howard argued a landmark appeal affirming the district court's certification of a national class of box purchasers, the case settled for over $200 million which was, at the time, among the largest antitrust recoveries and was for many years the largest such recovery in the Third Circuit.

*Beilowitz v. General Motors Corp.*, 233 F.Supp.2d 631 (D.N.J.,2002), in which the court entered a preliminary injunction enjoining implementation of a new national parts distribution plan by General Motors, remains among the leading cases under the New Jersey Franchise Practices Act.

*Volunteer Firemen's Ins. Services, Inc. v. CIGNA Property and Cas. Ins. Agency*, 693 A.2d 1330 (Pa. Super. 1997), where the Court entered a preliminary and final injunction enforcing a covenant not to compete enjoining Cigna from entering an insurance market in competition with a former agency. It represented the first time a Pennsylvania court enforced a covenant not to compete in a contract between commercial entities.

*Amarel v. Connell*, 102 F.3d 1494 (9th Cir. 1996); *Linerboard*; and *Chemi SpA v. GlaxoSmithKline*, 356 F.Supp.2d 495 (E.D. Pa. 2005) together, established basic principles of the law of standing under federal antitrust law. In each, Howard's clients stood in unusual relationships with defendants, and in each case, Howard successfully argued the propriety of the plaintiff's suit.

*Mutual Pharmaceutical Co., Inc. v. Hoechst Marion Roussel, Inc.*, 1997 WL 805261 (E.D.Pa. 1997). In this seminal case, one of many reported decisions in which Howard has represented generic drug manufacturers, Howard established that the antihistimine drug of a single manufacturer could represent a relevant product market under the antitrust laws.

### Education
University of Pennsylvania Law School, J.D. 1977
University of Toronto, M.A., 1974
The City College of New York, B.A. magna cum laude 1973

### Academic Positions
Professor of Law (Adjunct) University of Pennsylvania Law School 2004
Visiting Fellow, Centre for Competition Law and Policy , Oxford   2009
Visiting Professor, University of Tokyo Law School, 2014

### Admissions
Pennsylvania
Supreme Court of the United States
United States Court of Appeals for the Third Circuit
United States Court of Appeals for the Ninth Circuit
United States Court of Appeals for the Eleventh Circuit
United States Court of Appeals for the Federal Circuit
United States District Court for the Eastern District of Pennsylvania

United States District Court for the Northern District of California
United States District Court for the Western District of New York

**Publications/Presentations**
Competition Law of The United States, Wolters Kluwer (2d Ed. 2015)

**Awards/Memberships**
Equal Justice Award, Community Legal Service 2006
Social Justice Award, Jewish Social Policy Network 2011
American Law Institute
American Inns of Court
Best Lawyers in America
Chambers Guide (Band 1)

**Public Interest**
Howard founded the firm with John Grogan with goal of providing access to justice to those who would not otherwise have that access. The firm's work in the public interest has been frequently recognized. In 2006, each of its named partners received the Equal Justice Award of Community Legal Services. Howard also was instrumental in establishing the Langer Grogan & Diver Fund for Social Justice and the Langer Grogan & Diver Social Justice Fellowship at the Law School of University of Pennsylvania.

Howard is a member of the board of directors of Jewish Family and Children's Service of Philadelphia and a member of the patient advisory board of the Magee Rehabilitation Hospital. He has formerly served on the boards of the Perelman Jewish Day School and The Barrack Hebrew Academy.

Howard has had a particular interest in the rights of guest workers. He was formerly on the board of the Global Workers Justice Alliance. He successfully defended, *pro bono*, leading human rights organizations in a defamation suit brought by an alleged major human trafficker, ultimately winning thousands of dollars in sanctions. *Orian v. Federation Intern. des Droits de L'Homme*, 2012 WL 994643 (C.D.Cal. 2012).