# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>**APPENDIX A TO JOINT APPLICATION OF MURRAY LAW FIRM AND THE LAW OFFICES OF ALEXANDER M. SCHACK TO BE APPOINTED CO-LEAD COUNSEL FOR RESIDENTIAL CONSUMER PLAINTIFFS**<br><br>Hon. Beverly Reid O'Connell<br><br>DATE: May 18, 2016<br>TIME: 1:30 p. m.<br>LOCATION: Courtroom 14 |

## ADDITIONAL BIOGRAPHICAL INFORMATION FOR MURRAY LAW FIRM

For over forty years, the nationally-recognized attorneys of the Murray Law Firm have been actively involved in complex litigation throughout Louisiana and the United States. The Murray Law Firm has successfully represented plaintiffs in class actions and mass torts covering a wide range of areas, including personal injury, property damage, insurance underpayments, and unfair trade practices. The Murray Law Firm employs eleven attorneys licensed to practice in numerous state and federal courts throughout the United States (including such specialized courts as the Court of Federal Claims and its Vaccine Injury Compensation Program).[1] Many of the firm's lawyers have received major educational and professional

---

[1] Evidencing its long-standing commitment to diversity, a majority of Murray Law Firm's attorneys are women.

awards, have taken a leading role in significant litigation (not only in Louisiana but nationwide), and have authored a number of published articles.  Each attorney at the Murray Law Firm is dedicated to ensuring open access to the courts, protecting the rights of the injured, and promoting individual and corporate responsibility, all while maintaining the highest ethical standards.

Much of the Murray Law Firm's experience in complex litigation has been in the field of multi-district litigation.  The firm's most senior partner, Stephen Murray, has been appointed to the steering committees of a number of MDLs, including In re: Actos (Pioglitazone) (MDL 2299), In re: Baycol (MDL 1431), In re: Phenylpropanolamine (PPA) (MDL 1407); and In re: Propulsid (MDL 1355). Attorneys of the Murray Law Firm have been active participants in a host of other MDLs, including: In re: Vioxx (MDL 1657); In re: Zyprexa (MDL 1596), In re: Incretin Mimetics (MDL 2452), and In re: Xarelto (Rivaroxaban) (MDL 2592).

Murray Law Firm's proposed Co-Lead Counsel in this litigation is Arthur M. Murray.  Art has received an AV ® Preeminent™ rating from Martindale-Hubbell and has been included in the Rising Star (Class Action) category of *Louisiana Super Lawyers* since 2014.  He has over fourteen years of litigation experience as trial counsel in mass actions and class actions throughout the United States and has litigated at all district and appellate levels.  Art was Lead Counsel in *Guidry v. American Public Life Ins. Co.*, which involved the underpayment of

cancer policy benefits and resulted in a substantial national class settlement that had only two opt-outs. He also served as appellate counsel in *Grefer v. Alpha Technical, Inc.* which, to date, stands as the largest single plaintiff punitive damage judgment ever upheld on appeal in the State of Louisiana. Art also had the pleasure of serving as class counsel in the Louisiana PPO litigation (*Gunderson v. F.A. Richard and Assoc., Inc.* and the related cases which followed), helping thousands of health care providers collect more than $300,000,000 over a ten year span. To date, he has overseen 21 certified class actions (both merits and settlement). Art has a great deal of experience handling complex litigation in federal court as well. In fact, he was recently appointed Lead Counsel in the Kmart Data Breach Litigation consolidated before Judge Lee in the United States District Court for the Northern District of Illinois. Art has been actively involved in MDL litigation throughout his career (including the Actos MDL referenced above) and has experience serving in a leadership role in such cases, having been appointed a member of the Plaintiffs Steering Committee for In re: The Home Depot, Inc., Customer Data Security Breach (MDL 2583).

## LISTING OF REPRESENTATIVE CASES

**In Re: Kmart Data Breach**
United States District Court, Northern District of Illinois
*Lead Counsel*

**Darcy Guidry, et al. v. American Public Life Ins. Co., et al.**
14th Judicial District Court, Calcasieu Parish, Louisiana
*Lead Counsel for the Class*

**Chehalem Physical Therapy, Inc. v. Coventry Health Care, Inc.**
Oregon District Court
*Class Counsel*

**Clark A. Gunderson, M.D., et al. v. F.A. Richard & Associates, Inc., et al.**
14th Judicial District Court, Calcasieu Parish, Louisiana
*Class Counsel*

**Joseph Grefer, et al. v. Alpha Technical, et al.**
Civil District Court for the Parish of Orleans
*Lead Appellate Counsel*

**In Re: Zofran**
MDL 2657
*Member of Plaintiff's Steering Committee*

**In Re: Home Depot Data Breach**
MDL 2583
*Member of Plaintiff's Steering Committee*

**In Re: Actos (Pioglitazone) Products Liability Litigation**
MDL 2399

**Martin Z. Gavin v. Medtronic, Inc.; Medtronic USA, Inc.; and Medtronic Sofamor Danek USA, Inc.**
United States District Court, Eastern District of Louisiana

**In Re: Automotive Parts Antitrust Litigation**
United States District Court, Eastern District of Michigan

## ADDITIONAL BIOGRAPHICAL INFORMATION FOR ALEXANDER M. SCHACK

Mr. Schack received a degree in Economics from Rutgers College in 1978. In December of 1981, he received his Juris Doctorate from the University of San Diego School of Law (State Bar No. 99126). In 1985 he passed the California CPA exam (although he is not a C.P.A.) and received an LL.M in Taxation from the University of San Diego School of Law. He was employed by the former "big six" accounting firms of Arthur Andersen and Company (Los Angeles) and KPMG Peat Marwick (San Diego) for approximately four years. His client list included MGM, Wickes Furniture, Circus Circus, S.E. Rykoff, Ernest Borgnine, Santa Catalina Island Co., San Diego Hall of Champions, National Pen, etc.

Since 1988, Mr. Schack has represented both consumers and businesses in numerous complex litigation lawsuits. He has orally argued before the Fourth Appellate District and Second Appellate District on at least five separate occasions. In one case in particular, the Fourth Appellate District - Division One, set aside approximately two hours for appellate discussion to analyze the antitrust jurisdiction of a Superior Court to hear an action under the Cartwright Act for price fixing against the cellular telephone carriers in light of the jurisdiction of the California Public Utilities Commission to approve cellular telephone rates. That appellate discussion resulted in the published opinion of *Cellular Plus v. Superior Court*, 14 Cal.App.4th 1224 (cert.denied July 1, 1993). This opinion has twice been the subject of articles in <u>Competition</u> - the Journal of the Antitrust and Trade Regulation Section of the State Bar of California. He also is a former adjunct professor at the University of San Diego. For additional firm members and cases, please see: www.amslawoffice.com.

Highlights of some other cases are as follows:

**Kleen Products, LLC et al. v. Packaging Corporation of America, et al. (Containerboard Products Antitrust Litigation)**
*U.S. District Court for the Northern District of Illinois,*
*Case No. 1:10 cv-05711*

Originating Plaintiffs' Counsel in nationwide Sherman Act class action for direct purchasers involving price fixing and supply restriction claims against the major integrated producers of containerboard and corrugated products. First defendant settlement of $17,500,000 pending.

**Arthur Garabedian, et al. v. Los Angeles Cellular Telephone Co., et al.**
*Orange County Superior Court*
*Case No. 721144*

Co-Lead Counsel for class of 2,000,000 cellular telephone users in Los

Angeles and Orange Counties in price-fixing antitrust case. Settlement of $175,000,000.

**In Re Dynamic Random Access Memory (DRAM) Antitrust Litigation**
**(James Lastra, et al. v. Micron Technology, Inc., et al.)**
*San Francisco County Superior Court*
*Judicial Council Coordination Proceeding Case No. 4265*

Counsel for indirect purchaser of DRAM alleging price fixing and tampering with prices. Class settlement of approximately $310,000,000.

**In Re Circular Thermostat Litigation**
**(Joel Roos, et al. v. Honeywell International, Inc.)**
*San Francisco County Superior Court*
*Case No. CGC-04-436205 (RAK)*

Plaintiffs' Counsel in MDL 1673 (remanded) and multi-state action involving monopolization and concerted conduct regarding abuse of Intellectual property rights. Settlement of $8,150,000.

**In Re New Motor Vehicles Canadian Export Antitrust Litigation**
**(Jeff Lohman, et al. v. General Motors Corporation, et al.)**
*San Francisco Superior Court*
*Case No. 03-419802*

Counsel for purchaser of new car alleging antitrust violations in policies implemented to deter importation of less expensive Canadian automobiles to the U.S. Class settlement of $30,000,000.

**San Diego Coordinated Wildfire Cases of October 2007**
**(Robert Waldon, et al. v. San Diego Gas & Electric Co., et al.)**
*San Diego County Superior Court*
*Case No. 37-2007-00079891-CU-PO-CTL*

Lead counsel against Sempra Energy. Member of Plaintiff Control Group and Discovery Coordinator for over 2,000 claims filed after SDG&E and Cox equipment allegedly started three wildfires in October 2007, burning over 1,000 homes. Various settlements totaling approximately $2,000,000,000.

**Bruce Saucier, et al. v. United States Smokeless Tobacco Company**
*Orange County Superior Court*
*Case No. 02CC00181*

Co-Counsel for consumer class of indirect purchasers of smokeless tobacco alleging monopolization and antitrust violations by producer of 90% of the moist snuff sold in the U.S. $96,000,000 settlement.

**John Bahl, et al. v. Metabolife International, Inc.**
*San Diego Superior Court*
*Case No. GIN006263*

Lead counsel for consumer class of Metabolife users alleging illegal advertising policies and price fixing. Permanent injunction and settlement in excess of $10,000,000.

**Lawndale Medical Clinic, et al. v. Bay Area Cellular Telephone Co., et al.**
*Alameda County Superior Court*
*Case No. 767832-9*

Co-Lead counsel for class of 900,000 cellular telephone users in San Francisco Bay Area in antitrust case. $35,000,000 Settlement.

**7-Eleven OFFF, et al. v. The Southland Corp., et al.**
*Alameda County Superior Court*
*Case No. 722272-6*

Co-Lead counsel for a class of approximately 1,200 California 7-Eleven franchise owners in a breach of contract/franchise/antitrust dispute action against The Southland Corp., McLane, Coco-Cola and others. Settlement $32,000,000.

**In Re Capacitors Antitrust Litigation**
**(David Bennett, et al. v. Panasonic Corporation, et al.)**
*United States District Court, Northern District of California*
*MDL No. 3264*

Counsel for Indirect Purchaser Plaintiff alleging price fixing of capacitor products. Pending

**Joseph Quattrini, et al. v. Pana-Pacific, et al.**
*Orange County Superior Court*
*Case No. 766649*

Counsel for eight businesses in complex antitrust litigation against defendants, including Los Angeles Cellular Telephone Company, Circuit City and AirTouch Communications.  Confidential settlement.

**Cellular Plus, Inc. v. U.S. West Cellular of California, Inc.**
*San Diego Superior Court*
*Case No. 619766*

Co-lead counsel for class of individual consumers and corporate sales agents.  Confidential settlement.

**In re TFT-LCD Flat Panel Antitrust Litigation**
**(Francis Frybarger v. LG Philips LCD Co., Ltd., et al.)**
*United States District Court, Northern District of California*
*MDL No. 1827*

Counsel for Plaintiffs alleging price-fixing of TFT-LCD Panels. Class settlement of $1,100,000,000.

**In Re Compact Disc Minimum Advertised Price Antitrust Litigation**
**(Richard Heyman v. BMG Music, Inc., et al.)**
*United States District Court, District of Maine*
*MDL No. 1361*

Counsel for Plaintiffs alleging price-fixing of CDs sold to consumers. Class settlement of $143,000,000.

**In Re Polyester Staple Cases**
*San Francisco Superior Court*
*J.C.C.P.Case No. 4278*

Counsel for individual consumers alleging price fixing and unfair competition relating to the sale of polyester staple.

**Robert Damir, Trustee of the Chapter 7 Bankruptcy Estate of Lectus, Inc., v. Kingsbury Capital Partners, L.P., et al.**
*San Diego Superior Court*
*Case No. GIN 002680*

Lead counsel for Plaintiff alleging antitrust and unfair business practices relating to the sale of hospital beds.

**In Re Children's Ibuprofen Oral Suspension Antitrust Litigation (Children's Ibuprofen Cases, J.C.C.P. Nos. 4395 and 4398, San Diego Superior Court)**
*United States District Court, District of Columbia*
*Case No. 04-MC-00535 (ESH/AK)*

Counsel for individual consumers alleging antitrust violations. Class settlement of $3,000,000.

**In Re: Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation**
*United States District Court, Eastern District of New York*
*Case No. 09-md-2023 (BMC)(JMA)*

Plaintiffs' Counsel for indirect purchaser alleging consumer protection laws and false advertising in the manufacture, sale and marketing of Bayer Women's Low Dose Aspirin. Class settlement of $15,000,000.

**In Re Hydroxycut Marketing and Sales Practices Litigation**
*United States District Court, Southern District of California*
*Case Nos. 3:09-MD-02087-BTM (KSC) and 3:09-CV-01088-BTM (KSC)*

Member of Plaintiffs' Discovery Group for consumer class alleging violations of state consumer protection, false advertising and unfair competition statutes in the sale, marketing and distribution of the Hydroxycut products. Settlement of $25,000,000.

**Alan Hemphill, et al. v. San Diego Association of Realtors, et al.**
*United States District Court, Southern District of California*
*Case No. 04-CV-1495 BEN (JMA)*

Co-Lead counsel for consumer class of 28,000 local real estate Multiple Listing Service (MLS) users alleging price fixing of MLS support services against MLS providers and five associations of realtors. Permanent injunction and $6,000,000.

**Harry Betts, et al. v. Raymond James & Associates, et al.**
*San Diego Superior Court*
*Case No. N71973*

Counsel for a group of elderly investors in breach of fiduciary duty/elder abuse case. Class certified in the interests of justice despite only approximately 10-20 members. Case settled for $185,000.

**Meilin Hua v. Southland Corporation**
*Los Angeles County Superior Court*
*Case No.LC031658*

Franchise dispute between parent company of 7-Eleven and franchisee relating to failure to follow procedures during the Northridge earthquake. Despite summary judgment, counsel was able to obtain a rare stay of execution of the commercial unlawful detainer ruling during the almost two year pendency of the appeal, allowing the franchisee time to transition her occupation while still supporting her family.

**In Re Volkswagen "Clean" Diesel Liability Litigation**
**(David Bennett vs. Volkswagen Group of America)**
*United States District Court, Northern District of California*
*MDL No. 2672*

Counsel for Plaintiff alleging fraudulent concealment of vehicle defect (defeat device) in diesel vehicles.

**In Re Disposable Contact Lens Antitrust Litigation**
**(Sergio Castillo, et al. v. Cooper Vision, Inc., et al.)**
*United States District Court, Middle District of Florida*
*MDL No. 2626*

Counsel for Plaintiff alleging price-fixing of disposable contact lenses.

**In Re Domestic Airline Travel Antitrust Litigation**
**(Alexia Attard, et al. v. American Airlines Group, Inc., et al.)**
*United States District Court, District of Columbia*
*MDL No. 2656*

Counsel for Plaintiff alleging price fixing of domestic airfare.

**In Re Lenovo Adware Litigation**
**(Jessica Bennett, et al. v. Lenovo (United States), Inc., et al.**
*United States District Court, Northern District of California*
*MDL No. 2624*

Originating counsel for Plaintiff alleging illegal installation of malware in laptop computers

**Southern California Gas Leak Cases**
**(Chris Ash, et al. v. Southern California Gas Company, et al.)**
*Los Angeles County Superior Court*
*JCCP No. 4861*

Counsel for area residents affected by Aliso Canyon Gas Leak.