Alexander M. Schack, Bar No. 99126
AlexSchack@amslawoffice.com
THE LAW OFFICES OF
ALEXANDER M. SCHACK
16870 West Bernardo Drive, Suite 400
San Diego, California 92127
Telephone: (858) 485-6535
Fax: (858) 485-0608

*Attorneys for Plaintiffs Michael Holinko, individually and on behalf of all others similarly situated*

Art Murray (*pro hac vice*)
amurray@murray-lawfirm.com
MURRAY LAW FIRM
650 Poydras St., Ste. 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Fax: (504) 584-5249

*Attorneys for Plaintiffs Robert Gary Lippincott, Jr., individually and on behalf of all others similarly situated; and Jammers, Inc. d/b/a Flight Restaurant/Flights Beer Bar*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>**RESPONSE IN FURTHER SUPPORT OF THE APPLICATION OF MURRAY LAW FIRM AND THE LAW OFFICES OF ALEXANDER M. SCHACK, TO BE APPOINTED CO-LEAD COUNSEL TO RESIDENTIAL CONSUMER PLAINTIFFS**<br><br>Hon. Beverly Reid O'Connell<br><br>DATE: May 18, 2016<br>TIME: 1:30 p. m.<br>LOCATION: Courtroom 14 |

1

The Murray and Schack firms hereby join in the response filed by Hausfeld and Robins Kaplan. Each of the proposed classes herein deserve separate representation. These four firms have already demonstrated their ability to work efficiently and cooperatively in this litigation. They also welcome the contributions of other firms as appropriate. Accordingly, Murray and Schack respectfully request they be appointed lead counsel for the residential consumer class.

Respectfully submitted,

Dated: May 11, 2016

By: /s/ Alexander M. Schack
Alexander M. Schack, Bar No. 99126
AlexSchack@amslawoffice.com
THE LAW OFFICES OF
ALEXANDER M. SCHACK
16870 West Bernardo Drive, Suite 400
San Diego, California 92127
Telephone: (858) 485-6535
Fax: (858) 485-0608

*Attorneys for Plaintiff Michael Holinko, et al.*

By: /s/ Arthur M. Murray
Arthur M. Murray (*pro hac vice*)
amurray@murray-lawfirm.com
MURRAY LAW FIRM
650 Poydras St., Ste. 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Fax: (504) 584-5249

*Attorneys for Plaintiffs Robert Gary Lippincott, Jr., et al.; and Jammers, Inc. d/b/a Flight Restaurant/Flights Beer Bar*