| | |
|---|---|
| Abbas Kazerounian, Esq. (SBN: 249203)<br>Ak@kazlg.com<br>**Kazerouni Law Group, APC**<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626<br>Telephone:   (800) 400-6808<br>Facsimile:    (800) 520-5523 | Joshua B. Swigart, Esq. (SBN: 225557)<br>josh@westcoastlitigation.com<br>Sara F.  Khosroabadi, Esq. (SBN: 299642)<br>Sara@westcoastlitigation.com<br>**Hyde & Swigart**<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>Telephone:   (619) 233-7770<br>Facsimile:    (619) 297-1022 |

Todd M. Friedman (216752)
tfriedman@attorneysforconsumers.com
**Law Offices of Todd M. Friedman, P.C.**
324  S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228

Attorneys for Plaintiff Thomas Abrahamian

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: National Football League's "Sunday Ticket" Antitrust Litigation**<br><br>―――――――――――――<br><br>**THIS DOCUMENT RELATES TO ALL ACTIONS** | CASE NO. 2:15-ml-02668-BRO (JEMx)<br><br>**NOTICE IN SUPPORT OF THE JOINT APPLICATION OF MURRAY LAW FIRM AND THE LAW OFFICES OF ALEXANDER M. SCHACK TO BE APPOINTED CO-LEAD COUNSEL FOR RESIDENTIAL CONSUMER PLAINTIFFS**<br><br>**HON. Beverly Reid O'Connell**<br><br>**Date: May 18, 2016**<br>**Time: 1:30 p.m.**<br>**Courtroom: 14** |

On behalf of Kazerouni Law Group, APC ("Kazerouni"), Hyde & Swigart ("Hyde & Swigart") and Law Offices of Todd Friedman ("Friedman"), we respectfully submit this Notice in Support of the Joint Application of Murray Law Firm and The Law Offices of Alexander M. Schack to be appointed co-lead counsel for the residential consumer Plaintiffs.

## I. RESIDENTIAL AND COMMERCIAL PLAINTIFF'S SHOULD BE SEPARATELY REPRESENTED

Plaintiffs would be better served by a coordinated, two-track leadership structure for several reasons. For instance, the facts surrounding the contract and purpose of use of DirectTV and the NFL Sunday Ticket package is noticeably different between Commercial subscribers and the Residential subscribers.

Residential subscribers purchased the services for the ability to view out-of-market NFL games in their own homes. Commercial subscribers, purchased the services to provide the ability to view these out-of-market NFL games for their patrons. The pricing of each of these services varies leading to a different calculation of damages for the Commercial subscribers and Residential subscribers.

In addition, the contracts, specifically the arbitration clauses between the parties for the each of these classes of subscribers differs. The residential and commercial plaintiffs are facing early motion practice relating to arbitration under these differing arbitration clauses. As such it may be likely that the claims of one group may be sent to arbitration, while the claims of the other group will be litigated in this Court.

## II. KAZEROUNI, HYDE & SWIGART AND FRIEDMAN SUPPORT THE PROPOSED LEADERSHIP STRUCTURE

After much discussion and deliberation, all Counsel representing residential consumer plaintiffs, with the exception of The Pomerantz Law Firm ("Pomerantz"), support the application of Co-Lead counsel of Murray Law Firm ("Murray") and The Law Offices of Alexander Schack ("Schack").

Murray has represented plaintiffs as court-appointed counsel in numerous MDLs and other complex actions. Murray will represent plaintiffs' interests and will be able to work cooperatively with the law firms involved. Schack has represented Plaintiffs in complex antitrust cases and Alex Schack the managing partner has been lead or co-lead counsel on many antitrust cases and has the requisite knowledge to represent the Residential Subscribers' interest in this matter.

Kazerouni, Hyde & Swigart and Friedman filed the first case in this matter *Abrahamian v. National Football League et al*. Case No.: 2:15-cv-04606- BRO-JEM on June 17, 2015. Counsel and Plaintiff agree that the two-track structure coupled with a strong co-leadership will facilitate a more streamlined process and will represent the best interest of all Plaintiffs.

Each firm plays and integral role in litigation of this matter.  In order to facilitate between all parties, Abbas Kazerouni will act as liaison counsel on behalf of the residential subscribers with the commercial subscribers and the Defendants. Attorney Todd Friedman of Los Angeles will be available on short notice for any *ex parte* appearances. Attorneys Tom Zimmerman and Adam Tamburelli will assist in coordinating both law and motion and discovery matters. The remaining residential firms, except for Pomerantz, have agreed to equally share in the workload in order to bring about an efficient resolution to this case.

**Kazerouni Law Group, APC**

Date: May 11, 2016

By: s/ Abbas Kazerounian
    Abbas Kazerounian
    Attorneys for Plaintiff