

## Sullivan Krieger Truong
## Spagnola & Klausner, LLP

# Adam M. Tamburelli

Mr. Tamburelli has over 8 years of experience in complex civil litigation and regulatory compliance, with an emphasis on class actions and business litigation. He has served as lead or co-lead counsel in numerous class actions in federal and state courts around the country involving millions of dollars, many of which have received significant media attention.

Mr. Tamburelli regularly represents plaintiffs asserting claims for consumer fraud and deceptive practices, product mislabeling, privacy violations, breach of contract, product liability, and employment matters ranging from compensation and severance negotiations to litigation for violations of employment and civil rights laws. He has also successfully represented businesses in commercial disputes and governmental regulatory actions, and regularly advises businesses about compliance matters and legal strategy.

Additionally, Mr. Tamburelli has substantial appellate experience. He has handled a wide variety of appeals in state and federal courts, arguing multiple cases before appellate panels. Mr. Tamburelli has also drafted a Petition for Writ of Certiorari to the United States Supreme Court, and two Petitions for Leave to Appeal to the Illinois Supreme Court.

**Representative Sample of Class Action Litigation Experience on Behalf of Plaintiffs**

- *Joseph v. Beiersdorf North America, Inc.* – As court-appointed counsel for the class, obtained a $62 million recovery for a nationwide class of customers who purchased products that the plaintiffs alleged were deceptively advertised.

- *Dudzienski v. GMRI, Inc.* - As court-appointed counsel for the class, obtained relief on behalf of over 36 million nationwide consumers for alleged privacy violations. Additionally, obtained a payment of *cy pres* funds to a local charity.

- *Aliano v. Airgas USA, LLC, et al.* - As court-appointed counsel for the class, negotiated a settlement on behalf of a class of hundreds of thousands of nationwide consumers for alleged privacy violations, with a potential class benefit of almost $6 million.

**EXHIBIT 2**

- *Allen v. Illinois School of Health Careers, Inc.* - As court-appointed counsel for the class, obtained a recovery of approximately $2 million, representing nearly the full value of each class member's loss, on behalf of students at a for-profit school who claimed that the school had deceptively advertised its curriculum.

- *Wendorf, et al. v. Landers, et al*. – Obtained a $1.5 million recovery for a class of individuals who were members of a health club that debited its members' bank accounts without adequate notice or authority.

- *Radaviciute v. Christian Audigier, Inc.* - As court-appointed counsel for the class, obtained relief on behalf of over 510,697 nationwide consumers for alleged privacy violations.

- *Joseph v. Marbles, LLC* - As class counsel, obtained relief on behalf of over 275,000 nationwide consumers for alleged privacy violations.

- *Aliano v. Joe Caputs - Algonquin, Inc.* - As class counsel, obtained a recovery on behalf of over 77,000 consumers.

- Part of a team that was appointed co-Interim Lead Counsel for an environmental class action alleging that various companies caused coal and petroleum coke dust (a byproduct of the oil refining process) to migrate into Chicago neighborhood properties.

- Part of a team that was elected and appointed Interim co-Lead Counsel appointed co-lead counsel in the nationwide *In re Subway Footlong Sandwich Marketing and Sales Practices Litigation* case, which was brought on behalf of all purchasers of Subway sandwiches alleging that the sandwiches were falsely advertised.

- Part of a team that served as co-lead counsel for all cases filed in Illinois federal court brought by consumers who were affected by the largest data breach in history.

- A sample of currently-pending class action cases:

    o a lawsuit against a major retailer and manufacturer of defective products;
    o two (2) nationwide class action lawsuits against major retailers regarding misrepresentation of the quantity of a product sold;
    o a nationwide class action lawsuit against a producer of household goods for misrepresenting the contents of products sold; and
    o a nationwide antitrust lawsuit regarding a conspiracy to fix prices for subscription television services in violation of the Sherman Act.

Mr. Tamburelli is licensed to practice law in California and Illinois state courts, as well as the following federal courts:

U.S. Court of Appeals for the 9th Circuit
U.S. District Court for the Central District of California
U.S. District Court for the Northern District of Illinois
U.S. District Court for the Central District of Illinois
U.S. District Court for the District of Colorado
U.S. District Court for the Eastern District of Wisconsin

## Education

Chicago-Kent College of Law
Central Michigan University

## Memberships and Associations

American Association for Justice
Los Angeles County Bar Association
Consumer Attorneys of California
Consumer Attorneys of Los Angeles
Chicago Bar Association
Chicago Bar Association – Class Action Committee Seminar Director (2014)

# Eliot F. Krieger

Eliot F. Krieger is a former Assistant United States Attorney with the United States Department of Justice, Central District of California, in both Criminal and Civil Divisions. He has a B.A. from U.C.L.A., a Ph.D. and M.A. from Johns Hopkins University, and a J.D. from Harvard Law School.

Eliot Krieger has been named to the Southern California Super Lawyers list as one of the top 5% of attorneys in Southern California. Eliot Krieger has also been named as one of the Top One Percent of Attorneys in America. He has also been honored by the FBI for his prosecution of fraud and corruption.

**Litigation Experience:**

Represented high profile politician's wife charged in Federal District Court with money laundering millions of dollars. Resulted in probationary sentence.

Represented defendant accused of money laundering and structuring 6 million dollars. Resulted in civil compromise with no criminal prosecution.

Represented defendant accused of using a false passport and aiding a fugitive by the federal government Resulted in no prosecution.

Represented defendant accused by the US Attorneys' Office of misusing millions of dollars of charity money and money from government grants. Resulted in no prosecution.

Represented defendant accused of sale of millions of dollars of precursor chemicals to methamphetamines, facing over twenty years under the Federal Sentencing Guidelines. Resulted in 3 1/2 year sentence.

**United States Department of Justice**: Public Corruption and Government Fraud Section

Served as Immigration Fraud Coordinator. Coordinated the investigation and prosecuted the largest immigration law firm in Los Angeles.

Headed Department of Justice pilot program designed to effectively prosecute immigration fraud crimes perpetrated against aliens attempting to obtain status in the United States.

**International Business Experience:**

Worked with local counsel negotiating land deals & structuring of foreign investment in the Philippines.

Advised, arranged funding and negotiated real estate deals for various Philippine corporations.

**Judicial Experience:** Los Angeles County Superior Court, **Judge Pro Tem**

**Education**

Harvard Law School
Cambridge, Massachusetts
J.D. / Cum Laude


The Johns Hopkins University
Baltimore, Maryland
Ph.D., Philosophy

The Johns Hopkins University
Baltimore, Maryland
M.A., Philosophy

University of California, Los Angeles
Los Angeles, California
B.A. / Magna Cum Laude

# Charles T. Spagnola

Mr. Spagnola is the Chair of the Civil/Criminal Practice Group at SKT.  He has extensive experience representing corporations and business professionals in complex contractual disputes, trade secret misappropriation, governmental regulatory matters, real estate transactions, copyright and trademark litigation, international trade disputes, commercial leasing and acquisition, and white-collar crime. He has taken more than 100 matters to jury trial and has advanced skills in alternative dispute resolution, litigation management, organization, negotiation and strategic planning.  He has been recognized by Martindale-Hubble® Law Directory's highest national peer review rating of "AV" and is listed in the Bar register of Preeminent Lawyers.

**Practice Areas**

- Civil Litigation
- Commercial Litigation
- Construction Litigation
- Business Transactions
- Mergers & Acquisitions
- Contract Negotiation
- Real Estate Litigation
- Copyright & Trademark Litigation
- International Trade Disputes
- Commercial Leasing & Acquisition
- Regulatory Defense
- Criminal Defense

**Representative Cases**

- Trade Secret Misappropriation:  Successfully represented at trial a small engineering firm against Chevron Oil, after Chevron and its vendor misappropriated the client's proprietary design for hi-tech turbine fuel injection lines at Chevron's on-site power generating plant.
- Fraud/Misrepresentation:  Successful brought a summary judgment motion for a real estate broker in an action to rescind the sale near 10 years after closing.
- Breach:  Defended a scrap metal supplier after a 20 container shipment to china was ceased by the Chinese government alleging importation of restricted materials.
- RICO:  Successfully represented an international church in an action under Civil RICO to recover funds fraudulently stolen from the client.
- Breach/Fraud:  Defended client being sued for breach of contract and fraud when the plaintiff company failed to maintain right to do business in California resulting in dismissal and sanction award to client.
- Regulatory:   Defended a large toxic polluter in an action by the County to shut down and prosecute ownership.  Matter was settled civilly without criminal prosecution.
- White collar:  Defended a criminal action against the owners of a printing company accused of dumping toxic waste resulting in a dismissal of all charges.

- White collar:  Successfully defended a criminal action and multiple probation violations against the largest slum lord in the history of the City of Los Angeles without having served any custody.

## Bar Admissions

- State Bar of California
- U.S. District Court (Central, Eastern & Southern Districts of California)
- U.S. District Court of Arkansas (Western & Eastern Districts)
- U.S. District Court Northern District of Indiana
- U.S. Court of Appeals, Ninth Circuit

## Education

- BA (Biology), California State University, Long Beach
- JD, Western State University, College of Law

## Memberships

- State Bar of California
- Los Angeles Bar Association
- Long Beach Bar Association
- Licensed California Real Estate Broker
- South Bay Association of Realtors
- California Association of Realtors®
- National Association of Realtors

## Charitable Interests and Community Service

Mr. Spagnola serves as the secretary on the Julius Sumner Miller Foundation Board of Trustees, an organization dedicated to helping the elderly.