Dena C. Sharp (State Bar No. 245869)
chc@girardgibbs.com
Jordan Elias (State Bar No. 228731)
je@girardgibbs.com
Scott M. Grzenczyk (State Bar No. 279309)
smg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

*Counsel for Plaintiff D.J.'s Sports Bar, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) |
| | **PLAINTIFF D.J.'S SPORTS BAR, INC.'S RESPONSE IN SUPPORT OF APPLICATION FOR APPOINTMENT OF DENA C. SHARP AND GIRARD GIBBS LLP TO A LEADERSHIP POSITION** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

1    Plaintiff D.J.'s Sports Bar, Inc. ("DJ's") submits this response in support of its

2  application for the appointment of Dena C. Sharp and the law firm of Girard Gibbs LLP

3  to the plaintiffs' leadership team in this litigation.  Ms. Sharp has the experience and

4  skills to serve as co-lead counsel or a member of the PSC in this litigation.  She will be

5  supported by senior counsel Jordan Elias and associate Scott Grzenczyk, both of whom

6  are also experienced in prosecuting complex, multiparty antitrust litigation.

7    Other capable attorneys and law firms have applied for appointment as lead

8  counsel.  Their applications are supported by resumes with lists of appointments to

9  leadership positions in other antitrust class actions, including similar lawsuits against

10  Major League Baseball and the National Hockey League.  As support for their

11  appointment in this matter, some counsel have also pointed to other pending antitrust

12  MDLs in which they have recently committed to serve as lead counsel.

13    The applications submitted by other plaintiffs and their counsel underscore the

14  benefits of including Ms. Sharp in the leadership of this case.  As the applications reflect,

15  the same attorneys or firms are routinely appointed to leadership positions in multidistrict

16  litigations.  A recent study of seventy-two MDLs concluded that 78% of all available

17  leadership positions were filled by repeat players and that 16% of all law firms involved

18  in those cases held 54% of the leadership positions.  Elizabeth Chamblee Burch, *Judging*

19  *Multidistrict Litigation*, 90 N.Y.U. L. REV. 71, 96-98 (2015).

20    Choosing lead counsel from an exclusive list of repeat-player firms "promotes

21  consistent thinking and may not provide plaintiffs with the most innovative

22  representation." *Id*. at 100.  Leadership groups that include attorneys "outside powerful

23  lawyers' stable of go-to people . . . may be more capable problem solvers and may

24  identify more successful solutions than homogeneous groups." *Id*.  And "[i]f experience

25  alone constitutes the controlling factor in the selection process, then a small group of

26  lawyers will be perpetuated in these roles to the unfortunate exclusion of other lawyers

27  who are equally qualified, but not as experienced."  Stephen Murray and Linda S.

28  Harang, Selection of Class Counsel: Is It a Selection of Counsel for the Class, or a

1

1   Selection of Counsel With Class, 74 TUL. L. REV. 2089, 2101 (2000); *see also* Paul D.

2   Rheingold, Litigating Mass Tort Cases §7:6 (2016) (the trend of courts to actively select

3   lead counsel reflects the desirability of "putting new and younger attorneys" in leadership

4   positions, among other things).  Plaintiffs and the class in this case will benefit from a

5   leadership team that includes attorneys whose views and perspectives may differ from

6   those of counsel who have led similar cases.

7        Dena Sharp is an excellent candidate to fill that role in this litigation.  While she

8   has leadership experience in complex litigation, as a younger attorney she is not one of

9   the attorneys whom courts have regularly appointed to serve as lead counsel in antitrust

10  class actions.  Ms. Sharp's experience and proven case management skills will be

11  valuable assets to the parties and the Court if she is given the opportunity to serve as a

12  member of the leadership team.  Whether the residential and commercial plaintiffs are

13  jointly or separately represented, the factual and legal issues implicated by both groups'

14  claims will largely overlap, and so will the discovery needed to support those claims.

15  Coordination among the two groups will be essential.

16       DJ's suggests the Court adopt a leadership structure in which Ms. Sharp is part of a

17  single set of attorneys responsible for prosecuting the claims of both the residential and

18  commercial plaintiffs.  It appears at this time that the differences between the two

19  plaintiff groups can be effectively managed by a single leadership team and do not

20  present conflicts of interest requiring separate representation.  *See* William B.

21  Rubenstein, Newberg on Class Actions, § 3:75 (5th ed.) ("The few courts that have

22  denied a finding of adequacy due to simultaneous representation of multiple sets of

23  litigants, or simultaneous actions in multiple forums, have done so only when the

24  recovery of one group or in one forum inherently conflicts with the recovery of the

25  other.").  If the Court elects to appoint separate leadership for the residential and

26  commercial plaintiffs, DJ's respectfully requests that the Court include Ms. Sharp in the

27  leadership of the commercial plaintiffs.

28

PLAINTIFF D.J.'S SPORTS BAR, INC.'S RESPONSE IN SUPPORT OF APPLICATION FOR
APPOINTMENT OF DENA C. SHARP AND GIRARD GIBBS LLP TO A LEADERSHIP POSITION
Case No. 2:15-ml-02668-BRO (JEMx)

1

DATED:   May 11, 2016

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GIRARD GIBBS LLP**

By:   */s/ Dena C. Sharp*
Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)
Scott M. Grzenczyk (State Bar No. 279309)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846
Email: chc@girardgibbs.com
Email: je@girardgibbs.com
Email: smg@girardgibbs.com

Ryan F. Stephan
James B. Zouras
**STEPHAN ZOURAS, LLP**
205 North Michigan Avenue, Suite 2560
Chicago, IL 60601
Telephone: (312) 233-1550
Facsimile: (312) 233-1560
Email: RStephan@stephanzouras.com
Email: JZouras@stephanzouras.com

*Counsel for Plaintiff D.J.'s Sports Bar, Inc.*

3