# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ML 15-02668 BRO (JEMx) | Date | May 18, 2016 |
| Title | In re National Football Leagues Sunday Ticket Antitrust Litigation | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Myra Ponce | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark M. Seltzer; Daniel J Mogin; John Schmidt Hein; Caleb Marker; Adam M Tamburelli; Lesley Weaver; Dena C. Sharp; Arthur Murray; David Martinez; Natasha Naraghi; Alexander M Schack; Hollis Salzman; Brian C Gudmundson; Howard Langer; Scott Martin | Derek Ludwin; Beth Wilkinson; Yehudah L Buchweitz; Scott Edelman; Glenn Pomerant; Robyn E. Bladow; Tammy A. Tsoumas; Michael E. Baumann; Melissa D. Ingalls; Neema T. Sahni; Sean Eskovitz |

**Proceedings:**   STATUS CONFERENCE (Held and Completed)

Matter called.  Counsel states their appearances for the record.

Court and counsel confer.  The plaintiffs request a brief continuance to attempt to meet and confer as to designation of lead counsel.  The matter is continued to 4:00 pm, the same day.  Plaintiffs' counsel indicate that they have reached an agreement, with the exception of one attorney.  Counsel recite their agreement on the record.

Court and counsel confer on PLAINTIFFS' MOTION TO CONSOLIDATE ACTIONS (filed 2/29/16)  [85].  The Court states its tentative to consolidate the actions for pretrial purposes.

The Court will issue a further order.

IT IS SO ORDERED.

|  | 00 : 44 |
|---|---|
| Initials of Preparer | rf |