Name and address:

Marc M. Seltzer (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>Plaintiff(s)<br>v.<br><br>Defendant(s). | CASE NUMBER<br>2:15-mi-02668-BRO (JEMx)<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Hillwig, Craig W.       of    KOHN, SWIFT & GRAF, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*       One South Broad Street, Suite 2100
(215) 238-1700       (215) 238-1968       Philadelphia, PA 19107
*Telephone Number*       *Fax Number*       *Firm Name & Address*

chillwig@kohnswift.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

T-3 Restaurants, Inc. d/b/a Tyler's Tap Room

*Name(s) of Party(ies) Represented*     X *Plaintiff*   ☐ *Defendant*   ☐ *Other:*

and designating as Local Counsel

Seltzer, Marc M.       of    SUSMAN GODFREY L.L.P.
*Designee's Name (Last Name, First Name & Middle Initial)*       1901 Avenue of the Stars, Suite 950
54534       (310) 789-3100       Los Angeles, CA 90067
*Designees Cal. Bar Number*   *Telephone Number*       *Firm Name & Address*
       (310) 789-3150
       *Fax Number*       mseltzer@susmangodfrey.com
               *E-Mail Address*

hereby ORDERS the Application be:

____ GRANTED.
____ DENIED. Fee shall be returned by the Clerk.
____ DENIED, for failure to pay the required fee.

Dated _____              _____
                                                                  U.S. District Judge/U.S. Magistrate Judge