Name and address:

Marc M. Seltzer (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>Plaintiff(s)<br>v.<br><br>Defendant(s). | CASE NUMBER<br>2:15-ml-02668-BRO (JEMx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Hillwig, Craig W.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(215) 238-1700    (215) 238-1968
*Telephone Number*    *Fax Number*

chillwig@kohnswift.com
*E-Mail Address*

of

KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
*Firm Name & Address*

for permission to appear and participate in this case on behalf of

T-3 Restaurants, Inc. d/b/a Tyler's Tap Room

*Name(s) of Party(ies) Represented*    X *Plaintiff*   ☐ *Defendant*   ☐ *Other:*

and designating as Local Counsel
Seltzer, Marc M.
*Designee's Name (Last Name, First Name & Middle Initial)*

54534    (310) 789-3100
*Designees Cal. Bar Number*    *Telephone Number*

(310) 789-3150
*Fax Number*

of

SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
*Firm Name & Address*

mseltzer@susmangodfrey.com
*E-Mail Address*

**hereby ORDERS the Application be:**

■ **GRANTED**.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required fee.

Dated   May 24, 2016

U.S. District Judge