1 | Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
2 | SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
3 | Los Angeles, CA 90067-6029
Phone:  (310) 789-3100
4 | Fax:  (310) 789-3150

5 | Hollis Salzman, *Pro Hac Vice*
hsalzman@robinskaplan.com
6 | ROBINS KAPLAN LLP
601 Lexington Ave., Suite 3400
7 | New York, NY 10022
Phone: (212) 980-7400
8 | Fax: (212) 980-7499

9 | Howard I. Langer, *Pro Hac Vice*
hlanger@langergrogan.com
10 | LANGER, GROGAN & DIVER, P.C.
1717 Arch St., Suite 4130
11 | Philadelphia, PA 19130
Phone: (215) 320-5660
12 | Fax: (215) 320-5703

13 | Scott Martin, *Pro Hac Vice*
smartin@hausfeld.com
14 | HAUSFELD LLP
Broad Financial Center
15 | 33 Whitehall St., 14th Floor
New York, NY 10004
16 | Phone: (646) 357-1195
Fax: (212) 202-4322

17 | 
*Plaintiffs' Co-Lead Class Counsel*

18 | 

19 | **UNITED STATES DISTRICT COURT**

20 | 
**CENTRAL DISTRICT OF CALIFORNIA**

21 | 

22 | IN RE: NATIONAL FOOTBALL

23 | LEAGUE'S "SUNDAY TICKET"
ANTITRUST LITIGATION

MDL No. 2:15−ml−02668−BRO (JEMx)

Judge Beverly Reid O'Connell

24 | 

25 | 

26 | THIS DOCUMENT RELATES TO ALL
ACTIONS

**SUBMISSION OF PROPOSED ORDER APPOINTING INTERIM PLAINTIFFS' COUNSEL LEADERSHIP AND STATUS UPDATE REGARDING DISCOVERY DEADLINES**

27 | 

28 | 

4329271v1/014918

1
2
3
4

        Pursuant to the Court's Order Re: Applications for Appointment of Lead Plaintiffs' Counsel (Dkt. No. 143) (the "Order"), the undersigned submit the attached Proposed Order Appointing Plaintiffs' Counsel Leadership for the Court's approval.

5
6
7
8
9
10
11
12

        The Court's Order also requested proposed discovery deadlines.  The undersigned Co-Lead Class Counsel have met and conferred with counsel for the defendants regarding the discovery deadlines disputed among the parties in the Joint Preliminary Report (Dkt. No. 116).  The parties have agreed to produce initial disclosures 35 days after the defendants file their Rule 12 motions or motions to compel arbitration.  With regard to a stay of discovery, the plaintiffs do not agree that a stay is appropriate, but are willing to continue to meet and confer with defendants on the subject.

13
14
15

Dated:  June 3, 2016

16      */s/ Marc M. Seltzer*
        Marc M. Seltzer (54534)

17      SUSMAN GODFREY L.L.P.
        1901 Avenue of the Stars, Suite 950

18      Los Angeles, CA 90067-6029
        Telephone: (310) 789-3100

19      Fax: (310) 789-3150
        mseltzer@susmangodfrey.com

20

21      William C. Carmody, *Pro Hac Vice*
        Arun Subramanian, *Pro Hac Vice*

22      Seth D. Ard, *Pro Hac Vice*
        Ian M. Gore, *Pro Hac Vice*

23      SUSMAN GODFREY L.L.P.
        560 Lexington Avenue, 15th Floor

24      New York, NY 10022
        Telephone: (212) 336-8330

25      Fax: (212) 336-8340
        igore@susmangodfrey.com

26      sard@susmangodfrey.com
        asubramanian@susmangodfrey.com

27

28

1

bcarmody@susmangodfrey.com

Hollis Salzman, *Pro Hac Vice*
Kellie Lerner, *Pro Hac Vice*
ROBINS KAPLAN LLP
601 Lexington Avenue
Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Fax: (212) 980-7499
hsalzman@robinskaplan.com
klerner@robinskaplan.com

David Martinez (193183)
Roman M. Silberfeld (62783)
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Fax: (310) 229-5800
dmartinez@robinskaplan.com
rsilberfeld@robinskaplan.com

Howard I. Langer, *Pro Hac Vice*
Edward Diver, *Pro Hac Vice*
Peter Leckman (235721)
LANGER, GROGAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19130
Telephone: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com
ndiver@langergrogan.com
pleckman@langergrogan.com

Scott Martin, *Pro Hac Vice*
Irving Scher, *Pro Hac Vice*
HAUSFELD LLP
Broad Financial Center
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-1195

2

1

2

Fax: (212) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

3

4

5

6

7

8

Michael D. Hausfeld, *Pro Hac Vice*
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeld.com

9

10

11

12

13

14

15

Michael P. Lehman (77152)
Christopher L. Lebsock (184546)
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Fax: (415) 358-4980
mlehman@hausfeld.com
clebsock@hausfeld.com

16

*Plaintiffs' Co-Lead Class Counsel*

17

18

19

20

21

22

23

24

25

26

27

28

3