UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

| Case No. | SA CR 16-00062 BRO | Date | June 7, 2016 |
|---|---|---|---|

| Present: The Honorable | **BEVERLY REID O'CONNELL, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | N/A |

| Renee Fisher | Miranda Algorri | Stacey R Fernandez, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Otoniel Ramirez | √ | √ | | Jesse Asher Gessin, DFPD | √ | √ | |

**Proceedings:** CHANGE OF PLEA (Held and Completed)

- ■ Defendant moves to change plea to the Information.

- ■ Defendant now enters a new and different plea of Guilty to Count One of the Information.

- ■ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea entered. The Court defers the acceptance of the Guilty Plea until the sentencing.

- ■ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **September 12, 2016 at 9:00 a.m. for sentencing.**

- ■ The Court vacates the jury trial date and status conference date as to this defendant only

- ■ Court orders: This matter referred to the U.S. Probation Office for a presentence investigation and preparation of a **modified** presentence report, **to include criminal history only**. The report to be disclosed to the defendant thirty-five (35) days prior to sentencing unless the minimum period is waived.

- ■ Other: Waiver of Indictment, (Dkt. No. 19) discussed in court and on the record.

|  | : | 25 |
|---|---|---|
| Initials of Deputy Clerk | | rf |

cc: USPO