**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>Hon. Beverly Reid O'Connell<br><br>**ORDER APPOINTING PLAINTIFFS' COUNSEL LEADERSHIP** |

Having considered the applications for appointment as lead counsel in this multidistrict litigation ("MDL") (Doc. Nos. 127, 128, 129, 130), the papers filed in support of and in response to the applications, as well as the proposals and arguments of counsel at the Case Management Conference held on May 18, 2016, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court appoints the following attorneys and law firms to serve as Plaintiffs' Co-Lead Class Counsel:

    a. Marc M. Seltzer and Susman Godfrey L.L.P.;

        b.     Hollis Salzman and Robins Kaplan LLP;

        c.     Howard I. Langer and Langer, Grogan & Diver, P.C.; and

        d.     Scott Martin and Hausfeld LLP.

2.     The Court further appoints the following attorneys and law firms to serve as members of Plaintiffs' Steering Committee:

        a.     Richard Koffman and Cohen Milstein L.L.P.;

        b.     Arthur Murray and the Murray Law Firm;

        c.     Lee Albert and Glancy, Prognay & Murray LLP;

        d.     Robert Kitchenoff and Weinstein, Kitchenoff & Asher LLC; and

        e.     Daniel Mogin and the Mogin Law Firm, P.C.

Richard Koffman and Arthur Murray are appointed to serve as Co-Chairs of the Plaintiffs' Steering Committee.

3.     All of the foregoing appointments of attorneys are personal in nature. That is, although the Court anticipates that appointees will draw on the resources of their firms, their co-counsel, and their co-counsel's firms, each appointee is personally responsible for the duties and responsibilities that he or she assumes.

4.     Plaintiffs' Co-Lead Counsel shall have the following responsibilities:

        a.     To brief and argue motions and file opposing briefs in proceedings initiated by other parties;

        b.     To initiate and conduct discovery proceedings;

        c.     To act as spokesperson at pretrial conferences;

        d.     To negotiate with defense counsel with respect to settlement and other matters;

        e.     To call meetings of plaintiffs' counsel where appropriate;

        f.     To make all work assignments to plaintiffs' counsel to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

     g.    To conduct trial and post-trial proceedings;

     h.    To consult with and employ experts;

     i.    To coordinate the filing of a joint fee petition by plaintiffs' counsel and to allocate and fees awarded by the Court amount plaintiffs' counsel;

     j.    To perform such other duties and undertake such other responsibilities as they deem necessary or desirable; and

     k.    To coordinate and communicate with defendants' counsel with respect to all matters related to this litigation.

5. No motion, request for discovery, or other pretrial proceeding shall be initiated or filed by any plaintiff except through Plaintiffs' Co-Lead Counsel, or by leave of the Court.

6. No settlement negotiations shall be initiated or settlement agreement entered into on behalf of plaintiffs except through Plaintiffs' Co-Lead Counsel.

7. Plaintiffs' Co-Lead Counsel, or their designees, shall be the contact between plaintiffs' counsel and defendants' counsel as well as the spokespersons for plaintiffs' counsel and shall supervise, direct and coordinate the activities of plaintiffs' counsel.

8. Plaintiffs' Steering Committee will be responsible, acting under the supervision and at the direction of Plaintiffs' Co-Lead Counsel, and with the utilization of other Plaintiffs' Counsel as may be appropriate and approved by Plaintiffs' Co-Lead Counsel, for assisting Plaintiffs' Co-Lead Counsel with the preparation of pleadings and motion practice; document management and review; electronic discovery issues; discovery issues generally; expert witnesses; communication with class members; and other issues as needs arise.

9. All work done on behalf of the plaintiffs, including work done by the members of the Plaintiffs' Steering Committee, shall be directed and overseen by

4343223v1/014918

Plaintiffs' Co-Lead Counsel. Any work done without the authorization of Plaintiffs' Co-Lead Counsel shall not be recognized by the Court.

    10. All counsel performing services in the litigation shall submit monthly time and expense reports as directed by Plaintiffs' Co-Lead Counsel.

Dated: June 8, 2016

                              Beverly Reid O'Connell
                              UNITED STATES DISTRICT JUDGE