Name and address:
Marc M. Seltzer (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

v.

Plaintiff(s)

Defendant(s).

CASE NUMBER

2:15-ml-02668-BRO (JEMx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non- Resident Attorney to Appear in a Specific Case Pro Hac Vice filed by

Sindoni, John E.          of    BONI & ZACK LLC
*Applicant's Name (Last Name, First Name & Middle Initial)*    15 St. Asaphs Road
                                Bala Cynwyd, PA 19004

610-822-0202              610-822-0206
*Telephone Number*        *Fax Number*

jsindoni@bonizack.com
*E-Mail Address*          *Firm Name & Address*

for permission to appear and participate in this case on behalf of

T-3 Restaurants, Inc. d/b/a Tyler's Tap Room

*Name(s) of Party(ies) Represented*    ☒ Plaintiff   ☐ Defendant   ☐ Other: _____

**and designating as Local Counsel**

Seltzer, Marc M.          of    SUSMAN GODFREY L.L.P.
*Designee's Name (Last Name, First Name & Middle Initial)*    1901 Avenue of the Stars, Suite 950
                                Los Angeles, CA 90067

54534                     310-789-3100
*Designee's Cal. Bar Number*    *Telephone Number*

                          310-789-3150
                          *Fax Number*        *Firm Name & Address*

                                mseltzer@susmangodfrey.com
                                *E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED,** for failure to pay the required fee.

**Dated** _____

                                _____
                                **U.S. District Judge/U.S. Magistrate Judge**