Name and address:
Marc M. Seltzer (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>v.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:15-ml-02668-BRO (JEMx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice filed by

Snyder, Joshua D.                                   of    BONI & ZACK LLC
*Applicant's Name (Last Name, First Name & Middle Initial)*   15 St. Asaphs Road
                                                                                Bala Cynwyd, PA 19004
610-822-0203           610-822-0206
*Telephone Number*     *Fax Number*

jsnyder@bonizack.com
*E-Mail Address*                                      *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

T-3 Restaurants, Inc. d/b/a Tyler's Tap Room

*Name(s) of Party(ies) Represented*     ☒ Plaintiff   ☐ Defendant   ☐ Other: _____

**and designating as Local Counsel**

Seltzer, Marc M.                                      of    SUSMAN GODFREY L.L.P.
*Designee's Name (Last Name, First Name & Middle Initial)*   1901 Avenue of the Stars, Suite 950
                                                                                Los Angeles, CA 90067
54534                  310-789-3100
*Designee's Cal. Bar Number*   *Telephone Number*

                       310-789-3150
                       *Fax Number*                  *Firm Name & Address*

                                                      mseltzer@susmangodfrey.com
                                                      *E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**

☐ **DENIED. Fee shall be returned by the Clerk.**

☐ **DENIED, for failure to pay the required fee.**

**Dated** _____                   _____
                                                      **U.S. District Judge/U.S. Magistrate Judge**