Name and address:
Marc M. Seltzer (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

v.

Plaintiff(s)

Defendant(s).

CASE NUMBER

2:15-ml-02668-BRO (JEMx)

**ORDER GRANTING APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice filed by

Sindoni, John E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

610-822-0202
*Telephone Number*

610-822-0206
*Fax Number*

jsindoni@bonizack.com
*E-Mail Address*

of

BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

T-3 Restaurants, Inc. d/b/a Tyler's Tap Room

*Name(s) of Party(ies) Represented*

[x] Plaintiff   [ ] Defendant   [ ] Other:

and designating as Local Counsel

Seltzer, Marc M.
*Designee's Name (Last Name, First Name & Middle Initial)*

54534
*Designee's Cal. Bar Number*

310-789-3100
*Telephone Number*

310-789-3150
*Fax Number*

of

SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067

*Firm Name & Address*

mseltzer@susmangodfrey.com
*E-Mail Address*

hereby ORDERS the Application be:

[x] **GRANTED.**

[ ] **DENIED.** Fee shall be returned by the Clerk.

[ ] **DENIED,** for failure to pay the required fee.

Dated June 10, 2016

*U.S. District Judge/U.S. Magistrate Judge*