| | |
|---|---|
| 1 | LESLEY E. WEAVER (State Bar Number 191305) |
| | BLOCK & LEVITON LLP |
| 2 | 610 16th Street, Suite 214 |
| | Oakland, CA  94612 |
| 3 | Telephone: (415) 968-8999 |
| | Facsimile: (617) 507-6020 |
| 4 | lweaver@blockesq.com |
| 5 | Counsel for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates to: ALL ACTIONS | |

I, Lesley E. Weaver, hereby certify that on June 28, 2016, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

*Lesley E. Weaver*
Lesley E. Weaver