Roman M. Silberfeld, Bar No. 62783
RSilberfeld@RobinsKaplan.com
David Martinez, Bar No. 193183
DMartinez@RobinsKaplan.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Fax: (310) 229-5800

Hollis Salzman
Kellie Lerner
ROBINS KAPLAN LLP
601 Lexington Avenue
Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Fax: (212) 980-7499
HSalzman@RobinsKaplan.com
KLerner@RobinsKaplan.com

*Interim Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR ORDER GRANTING LEAVE TO WITHDRAW AS INTERIM CO-LEAD COUNSEL FOR THE PLAINTIFFS**<br><br>Hon. Beverly Reid O'Connell<br><br>DATE: September 12, 2016<br>TIME: 1:30 PM<br>LOCATION: Courtroom 14 |

## NOTICE OF MOTION AND MOTION

TO THE PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on September 12, 2016 at 1:30 PM PST, or as soon thereafter as the matter may be heard, in Courtroom 14 of the above-referenced Court, located at 312 N. Spring Street in Los Angeles, California, Plaintiffs' interim co-lead counsel in this action, will, and hereby does, move for an order granting Robins Kaplan leave to withdraw as interim co-lead counsel for the Plaintiffs and the proposed class, and as attorneys for Plaintiff 1465 3rd Ave. Rest. Corp. (d/b/a Gael Pub) ("Gael Pub").

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 22, 2016. Co-lead counsel also provided notice to all parties to this action as required by Civil Local Rule 83-2.3.2. None of the parties oppose the motion. *See* Declaration of Hollis Salzman, at ¶¶ 5-6. Further, good cause exists to grant this unopposed motion, and withdrawal will not delay the prosecution of this case nor prejudice any party. The case is in its initial procedural phases, and the class plaintiffs will continue to be well-represented by the remaining court-appointed co-lead counsel.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Hollis Salzman, the [Proposed] Order, all concurrently filed herewith, all papers and documents on file herein, and any other argument as may be presented at or before the hearing.

Respectfully submitted,

Dated: July 29, 2016   By: /s/ David Martinez
David Martinez, Bar No. 193183
Roman M. Silberfeld, Bar No. 62783
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130

1

| | |
|---|---|
| Michael D. Hausfeld<br>HAUSFELD LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>Tel: (202) 540-7200<br>Fax: (202)540-7201<br>Email: mhausfeld@hausfeld.com | Fax: (310) 229-5800<br>RSilberfeld@RobinsKaplan.com<br>DMartinez@RobinsKaplan.com<br><br>Hollis Salzman<br>Kellie Lerner<br>ROBINS KAPLAN LLP<br>601 Lexington Avenue<br>Suite 3400<br>New York, NY 10022<br>Telephone: (212) 980-7400<br>Fax: (212) 980-7499<br>HSalzman@RobinsKaplan.com<br>KLerner@RobinsKaplan.com |
| Irving Scher<br>Scott A. Martin<br>HAUSFELD LLP<br>165 Broadway, Suite 2301<br>New York, NY 10006<br>Tel: (646) 357-1100<br>Fax: (212) 202-4322<br>Email: ischer@hausfeld.com<br>Email: smartin@hausfeld.com | Michael P. Lehmann (SBN 77152)<br>Bonny E. Sweeney (SBN 176174)<br>Christopher L. Lebsock (SBN 184546)<br>HAUSFELD LLP<br>600 Montgomery St., Suite 3200<br>San Francisco, CA 94111<br>Tel: (415) 633-1908<br>Fax: (415) 358-4980<br>Email: mlehmann@hausfeld.com<br>Email: bsweeney@hausfeld.com<br>Email: clebsock@hausfeld.com |
| Arun Subramanian<br>William Christopher Carmody<br>Seth Ard<br>Ian M. Gore<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Fl.<br>New York, NY 10019<br>Tel: (212) 336-8330<br>Fax: (212) 336-8340<br>Email: asubramanian@susmangodfrey.com<br>Email: bcarmody@susmangodfrey.com<br>Email: sard@susmangodfrey.com<br>Email: igore@susmangodfrey.com | Marc M. Seltzer<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>Tel: 310-789-3100<br>Fax: 310-789-3150<br>Email: mseltzer@susmangodfrey.com |

Howard Langer
Edward Driver
Peter Leckman
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: 215-320-5660
Fax: 215-320-5703
Email: ktrainer@langergrogan.com
Email: ndiver@langergrogan.com
Email: pleckman@langergrogan.com

*Interim Co-Lead Counsel*