Scott Martin
HAUSFELD LLP
165 Broadway, Suite 2301
New York, NY 10006
Tel: (646) 357-1100
Fax: (212) 202-4322
Email: smartin@hausfeld.com

Hollis Salzman
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
Tel: 212-980-7405
Fax: 212-980-7499
Email: hsalzman@robinskaplan.com

Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: 310-789-3100
Fax: 310-789-3150
Email: mseltzer@susmangodfrey.com

Howard Langer
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: 215-320-5660
Fax: 215-320-5703
Email: hlanger@langergrogan.com

[Additional Counsel Listed in
Signature Block]

*Interim Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ORDER GRANTING LEAVE TO WITHDRAW AS INTERIM CO-LEAD COUNSEL FOR PLAINTIFFS** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Hon. Beverly Reid O'Connell  DATE:          September 12, 2016 TIME:          1:30 PM LOCATION:   Courtroom 14 |

1

## I.    <u>INTRODUCTION</u>

Plaintiffs submit this memorandum of points and authorities in support of their unopposed motion for an order granting Hollis Salzman and Robins Kaplan LLP (collectively, "Robins Kaplan") leave to withdraw as interim co-lead counsel for the Plaintiffs and the proposed class, and as attorneys for Plaintiff 1465 3rd Ave. Rest. Corp. (d/b/a Gael Pub) ("Gael Pub")[1] in the above-referenced litigation.

## II.    <u>ARGUMENT</u>

On May 23, 2016, this Court appointed Hollis Salzman and Robins Kaplan as one of four interim co-lead counsel for the proposed class in this action. (ECF No. 143). Since that time, Robins Kaplan has learned that it has a potential conflict of interest that would impair its continued representation of Plaintiffs and the proposed class. Accordingly, Plaintiffs seek an order granting Robins Kaplan leave to withdraw as interim co-lead counsel, and as counsel for Gael Pub.

This Court permits an attorney of record to withdraw as counsel with "leave of court." L.R. 83-2.3.2. An application for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action. *Id*. In addition to providing notice, "good cause" must be shown to justify the withdrawal of counsel. *Id*. The decision to grant or deny a motion to withdraw as counsel for a party is within the Court's discretion. *See, e.g.*, *Huntington Learning Ctrs., Inc. v. Educ. Gateway, Inc.*, No. 09-3200, 2009 U.S. Dist. LEXIS 69618, at *2 (C.D. Cal. June 28, 2009)*. In determining whether to grant a motion to withdraw as counsel, courts often weigh the following four factors: (1) the reason withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal may cause to the administration of justice; and (4)

---

[1] Gael Pub is one of the class representatives in this litigation, and was the plaintiff on whose behalf Robins Kaplan's initial complaint in this matter was brought. Gael Pub will continue to be represented by the remaining interim co-lead counsel in this action, as well as its own counsel, Radice Law Firm, PC.

the degree to which withdrawal may delay the resolution of the case. *Id*. (citing *Irwin v. Mascott*, No. 97-4737, 2004 U.S. Dist. LEXIS 28264, at *3 (N.D. Cal. Dec. 1, 2004)).

As explained below, interim co-lead counsel have provided advanced written notice of this motion to counsel for Gael Pub, counsel for the other three class representatives,[2] and to counsel for the Defendants. Additionally, good cause supports this motion, and withdrawal will not prejudice the class, nor will it delay the resolution of the case. Specifically, Plaintiffs will continue to be adequately represented by the remaining interim co-lead counsel, Scott Martin and Hausfeld LLP (collectively, "Hausfeld"), Marc M. Seltzer and Susman Godfrey L.L.P. (collectively, "Susman"), and Howard Langer and Langer, Grogan & Diver L.L.P. (collectively, "Langer").

## A. Robins Kaplan Has Provided Written Notice To The Class Representatives and The Defendants, Who Do Not Oppose This Motion

On July 22, 2016, interim co-lead counsel provided written notice of Robins Kaplan's intent to seek withdrawal from this action to counsel for the four class representatives named in the consolidated amended complaint ("CAC"), and to counsel for each of the Defendants. Declaration of Hollis Salzman ("Salzman Dec.") ¶¶ 5, 6. Interim co-lead counsel informed all parties that Robins Kaplan will seek to withdraw as interim co-lead counsel due to a potential conflict of interest. *Id*. The class representatives and the defendants do not oppose this motion. *Id*.

---

[2] Advance notice of this motion was not given to each plaintiff who filed a complaint included in this litigation prior to consolidation by the Judicial Panel on Multidistrict Litigation. Remaining interim co-lead counsel intend to dismiss without prejudice those plaintiffs who were not named as class representatives in this matter.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### B. Good Cause Exists To Grant Robins Kaplan's Request to Withdraw

The California Rules of Professional Conduct ("CRPC") prohibit a lawyer or law firm from concurrent representation of two or more clients with adverse interests. *See* CRPC Rule 3-310(C)(3). In such circumstances, a lawyer or law firm must refuse representation, or withdraw from existing representation if such a conflict arises, unless each client gives informed written consent. *Id*. Thus, good cause exists to permit withdrawal because Robins Kaplan has become aware of a potential conflict of interest that would impair its continuing representation of the class in this action. Specifically, during the preparation of the CAC, Robins Kaplan learned that its continued representation of the Plaintiffs in this litigation could present a potential conflict of interest. Salzman Dec. ¶ 4.

The existence of a conflict of interest ordinarily constitutes a sufficient basis for withdrawing as counsel. *Moore v. United States*, Civ. S-04-423, 2008 U.S. Dist. LEXIS 34741, at *6-7 (E.D. Cal. Apr. 28, 2008). Moreover, CRPC Rule 3-310(C) proscribes an attorney's continued representation of clients with whom the attorney has a conflict of interest, and Rule 3-700(B)(2) requires an attorney to withdraw from a client's representation where continued representation would result in violation of the CRPC. Thus, Robins Kaplan's withdrawal would be in the best interests of the class, who will continue to be adequately represented by the remaining interim co-lead counsel.

### C. Withdrawal Will Not Prejudice The Parties Or Delay Resolution Of The Case

CRPC Rule 3-700(A) requires withdrawing counsel to take: "reasonable steps to avoid reasonably foreseeable prejudice to the rights of the client, including giving due notice to the client, allowing time for employment of other counsel, complying with Rule 3-700(D), and complying with applicable laws and rules."

1  Robins Kaplan's withdrawal will not prejudice the parties. The class will not

2  suffer any prejudice because it will continue to be adequately represented by the

3  Hausfeld, Susman and Langer firms. Moreover, the CAC was just filed on June 24,

4  2016 (ECF No. 163), and the litigation has not progressed beyond the pleading

5  stage. Therefore, withdrawal will neither harm the administration of justice, nor

6  cause any material delay in this case's prosecution.

7  **III.  CONCLUSION**

8  Since Robins Kaplan's withdrawal will not adversely impact the class, good

9  cause supports withdrawal, and none of the parties will suffer prejudice or undue

10  delay, Plaintiffs respectfully request this Court to grant this motion for Robins

11  Kaplan's leave to withdraw as interim co-lead counsel for the proposed class, and

12  as counsel for Gael Pub.

13  Respectfully submitted,

14

15  Dated:  July 29, 2016

By:  /s/ David Martinez

16  David Martinez, Bar No. 193183
    Roman M. Silberfeld, Bar No. 62783

17  ROBINS KAPLAN LLP
    2049 Century Park East, Suite 3400

18  Los Angeles, CA 90067
    Telephone: (310) 552-0130

19  Fax: (310) 229-5800
    RSilberfeld@RobinsKaplan.com

20  DMartinez@RobinsKaplan.com

21

22  Hollis Salzman
    Kellie Lerner

23  ROBINS KAPLAN LLP
    601 Lexington Avenue

24  Suite 3400
    New York, NY 10022

25  Telephone: (212) 980-7400
    Fax: (212) 980-7499

26  HSalzman@RobinsKaplan.com

27  KLerner@RobinsKaplan.com

28

4

| | |
|---|---|
| Michael D. Hausfeld | Michael P. Lehmann (SBN 77152) |
| HAUSFELD LLP | Bonny E. Sweeney (SBN 176174) |
| 1700 K Street NW, Suite 650 | Christopher L. Lebsock (SBN 184546) |
| Washington, DC 20006 | HAUSFELD LLP |
| Tel: (202) 540-7200 | 600 Montgomery St., Suite 3200 |
| Fax: (202)540-7201 | San Francisco, CA 94111 |
| Email: mhausfeld@hausfeld.com | Tel: (415) 633-1908 |
| | Fax: (415) 358-4980 |
| Irving Scher | Email: mlehmann@hausfeld.com |
| Scott A. Martin | Email: bsweeney@hausfeld.com |
| HAUSFELD LLP | Email: clebsock@hausfeld.com |
| 165 Broadway, Suite 2301 | |
| New York, NY 10006 | Marc M. Seltzer |
| Tel: (646) 357-1100 | SUSMAN GODFREY L.L.P. |
| Fax: (212) 202-4322 | 1901 Avenue of the Stars, Suite 950 |
| Email: ischer@hausfeld.com | Los Angeles, CA 90067 |
| Email: smartin@hausfeld.com | Tel: 310-789-3100 |
| | Fax: 310-789-3150 |
| Arun Subramanian | Email: mseltzer@susmangodfrey.com |
| William Christopher Carmody | |
| Seth Ard | Howard Langer |
| Ian M. Gore | Edward Driver |
| SUSMAN GODFREY L.L.P. | Peter Leckman |
| 1301 Avenue of the Americas, 32nd Fl. | LANGER GROGAN AND DIVER PC |
| New York, NY 10019 | 1717 Arch Street, Suite 4130 |
| Tel: (212) 336-8330 | Philadelphia, PA 19103 |
| Fax: (212) 336-8340 | Tel: 215-320-5660 |
| Email: subramanian@susmangodfrey.com | Fax: 215-320-5703 |
| Email: bcarmody@susmangodfrey.com | Email: ktrainer@langergrogan.com |
| Email: sard@susmangodfrey.com | Email: ndiver@langergrogan.com |
| Email: igore@susmangodfrey.com | Email: pleckman@langergrogan.com |

*Interim Co-Lead Counsel*