| | |
|---|---|
| Scott Martin<br>HAUSFELD LLP<br>165 Broadway, Suite 2301<br>New York, NY 10006<br>Tel: (646) 357-1100<br>Fax: (212) 202-4322<br>Email: smartin@hausfeld.com | Hollis Salzman<br>ROBINS KAPLAN LLP<br>601 Lexington Avenue, Suite 3400<br>New York, NY 10022<br>Tel: 212-980-7405<br>Fax: 212-980-7499<br>Email: hsalzman@robinskaplan.com |
| Marc M. Seltzer<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>Tel: 310-789-3100<br>Fax: 310-789-3150<br>Email: mseltzer@susmangodfrey.com | Howard Langer<br>LANGER GROGAN AND DIVER PC<br>1717 Arch Street, Suite 4130<br>Philadelphia, PA 19103<br>Tel: 215-320-5660<br>Fax: 215-320-5703<br>Email: hlanger@langergrogan.com |

*Interim Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>**DECLARATION OF HOLLIS SALZMAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ORDER GRANTING LEAVE TO WITHDRAW AS INTERIM CO-LEAD COUNSEL FOR PLAINTIFFS**<br><br>Hon. Beverly Reid O'Connell<br><br>DATE: September 12, 2016<br>TIME: 1:30 PM<br>LOCATION: Courtroom 14 |

I, Hollis Salzman, declare as follows:

1. I am a partner in the law firm of Robins Kaplan LLP. I submit this declaration in support of Plaintiffs' Motion for Order Granting Leave to Withdraw as Interim Co-Lead Counsel for Plaintiffs. I have personal knowledge of the information set forth in this declaration.

2. On May 23, 2016, this Court appointed me and Robins Kaplan LLP (collectively, "Robins Kaplan") as one of four interim co-lead counsel FOR Plaintiffs and the proposed class in this litigation. (ECF No. 143). The other three interim co-leads are Scott Martin and Hausfeld LLP (collectively, "Hausfeld"); Marc M. Seltzer and Susman Godfrey L.L.P. (collectively, "Susman"); and Howard Langer and Langer, Grogan & Diver L.L.P. (collectively, "Langer").

3. On June 24, 2016, Hausfeld, Susman, and Langer filed a consolidated amended complaint ("CAC") on behalf of the class plaintiffs in this action. (ECF No. 163). Robins Kaplan was not a signatory to the CAC.

4. Prior to the filing of the CAC, but following the appointment of interim co-lead counsel, I became aware of a potential conflict of interest related to Robins Kaplan's continued representation of the Plaintiffs and the proposed class in this litigation.

5. On July 22, 2016, we provided written notice to counsel for each of the class representatives of Robins Kaplan's intention to seek leave to withdraw as interim co-lead counsel for the Plaintiffs and the proposed class in this litigation due to a potential conflict of interest. Counsel for the class representatives, including co-counsel for 1465 3rd Ave. Rest. Corp. (d/b/a Gael Pub), stated that the class representatives will not oppose this motion.

6. On July 22, 2016, we provided written notice to counsel for each of the Defendants of Robins Kaplan's intention to seek leave to withdraw as interim co-lead counsel for the Plaintiffs and the proposed class in this litigation due to a

potential conflict of interest. Counsel for the Defendants stated that the Defendants will not oppose this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of July 2016 in New York, New York.

/s/ Hollis Salzman
Hollis Salzman