1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) |
| | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW** |
| | Hon. Beverly Reid O'Connell |
| THIS DOCUMENT RELATES TO ALL ACTIONS | DATE:          September 12, 2016<br>TIME:          1:30 PM<br>LOCATION:   Courtroom 14 |

19
20
21
22
23
24
25
26
27
28

1

## [PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW

2     The Court, having reviewed and considered Plaintiffs' Motion for Order

3 Granting Leave to Withdraw as Interim Co-Lead Counsel for the Plaintiffs in the

4 above-referenced action, and finding good cause therefor,

5     IT IS HEREBY ORDERED:

6     1.    The Motion is granted in its entirety; and

7     2.    Hollis Salzman and Robins Kaplan LLP may immediately withdraw as

8 interim co-lead counsel for the Plaintiffs and the proposed class, and as attorney for

9 Plaintiff 1465 3rd Ave. Rest. Corp. (d/b/a Gael Pub).

10     IT IS SO ORDERED

11

12 Dated: _____, 2016        _____

                                  The Honorable Beverly Reid O'Connell

13                                   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28