**FILED**
CLERK, U.S. DISTRICT COURT

August 2, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___RF___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW (DKT. 165)<br><br>Hon. Beverly Reid O'Connell |
| THIS DOCUMENT RELATES TO ALL ACTIONS | DATE:       September 12, 2016<br>TIME:        1:30 PM<br>LOCATION:  Courtroom 14 |

## [PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW

The Court, having reviewed and considered Plaintiffs' Motion for Order Granting Leave to Withdraw as Interim Co-Lead Counsel for the Plaintiffs in the above-referenced action, and finding good cause therefor,

IT IS HEREBY ORDERED:

1. The Motion is granted in its entirety; and
2. Hollis Salzman and Robins Kaplan LLP may immediately withdraw as interim co-lead counsel for the Plaintiffs and the proposed class, and as attorney for Plaintiff 1465 3rd Ave. Rest. Corp. (d/b/a Gael Pub).

IT IS SO ORDERED

Dated: Aug. 2, 2016

_____
The Honorable Beverly Reid O'Connell
United States District Judge

1