# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) <br> Hon. Beverly Reid O'Connell |
| THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | **[PROPOSED] ORDER GRANTING NFL DEFENDANTS' UNOPPOSED APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

Having considered the Application to File Documents Under Seal filed by Defendants the National Football League, NFL Enterprises LLC, and the Individual NFL Clubs (collectively "the NFL defendants"), and sufficiently compelling reasons appearing, the motion is hereby GRANTED.

IT IS HEREBY ORDERED that the documents or portions thereof identified in the NFL Defendants' Application and in the below table shall be filed under seal.

| Exhibit Number | Reason | Declarant | Page Numbers |
|---|---|---|---|
| 1 | Sensitive commercial terms; sensitive, third-party materials provided in confidence | DiBella; Correa | All |
| 2 | Sensitive commercial terms; sensitive, third-party materials provided in confidence | DiBella; Dhaliwal | All |
| 3 | Sensitive commercial terms; | DiBella; Murphy | All |

DC: 6133612-4

| | | | |
|---|---|---|---|
| | sensitive, third-party materials provided in confidence | | |
| 4 | Sensitive commercial terms; sensitive, third-party materials provided in confidence | DiBella; Murphy | All |

IT IS SO ORDERED.

Dated: _____, 2016     By: _____

                                                        Hon. Beverly Reid O'Connell
                                                        U.S. District Judge