1  Beth A. Wilkinson (admitted *pro hac vice*)
2  Jonathan D. Kelley (admitted *pro hac vice*)
   **WILKINSON WALSH + ESKOVITZ LLP**
3  1900 M Street NW, Suite 800
   Washington, DC 20036
4  Telephone: (202) 847-4000
   Facsimile: (202) 847-4005
5  bwilkinson@wilkinsonwalsh.com
   jkelley@wilkinsonwalsh.com

6  Gregg H. Levy (admitted *pro hac vice*)
7  Derek Ludwin (admitted *pro hac vice*)
   **COVINGTON & BURLING LLP**
8  One CityCenter, 850 Tenth Street NW
   Washington, DC 20001
9  Telephone: (202) 662-6000
   Facsimile: (202) 662-6291
10 glevy@cov.com
   dludwin@cov.com

11 *Counsel for Defendants National Football League,*
12 *NFL Enterprises LLC, and the Individual NFL*
   *Clubs*

13 [Additional Counsel Listed on Signature Pages]

14

15

16            **UNITED STATES DISTRICT COURT**

17            **CENTRAL DISTRICT OF CALIFORNIA**

18                  **WESTERN DIVISION**

19

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) |
|---|---|
| | Hon. Beverly Reid O'Connell |
| | Hearing Date:  December 12, 2016 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **NFL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |

27

28

---

1    Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants the

2    National Football League, NFL Enterprises LLC, and the individual NFL Clubs

3    (collectively "the NFL Defendants") move to dismiss all claims in plaintiffs'

4    Consolidated Amended Complaint filed on June 24, 2016 (ECF No. 163). This

5    motion is made following the conference of counsel pursuant to L.R. 7.3, which

6    took place on August 1, 2016. The NFL Defendants base this motion upon the

7    accompanying memorandum of law and declaration in support, oral argument of

8    counsel, and such other and further material as the Court may consider.

9

10   DATED:  August 8, 2016                  Respectfully Submitted,

11
                                            By:      */s/ Beth A. Wilkinson*
12
13   Gregg H. Levy (admitted pro hac vice)   Beth A. Wilkinson (admitted *pro hac vice*)
     Derek Ludwin (admitted pro hac vice)    Jonathan D. Kelley (admitted *pro hac*
14   **COVINGTON & BURLING LLP**             *vice*)
15   One CityCenter, 850 Tenth Street NW     **WILKINSON WALSH + ESKOVITZ**
     Washington, DC 20001                    **LLP**
16   Telephone: (202) 662-6000               1900 M Street NW, Suite 800
17   Facsimile: (202) 662-6291               Washington, DC 20036
     glevy@cov.com                           Telephone: (202) 847-4000
18   dludwin@cov.com                         Facsimile: (202) 847-4005
19                                           bwilkinson@wilkinsonwalsh.com
                                             jkelley@wilkinsonwalsh.com
20   Neema T. Sahni (Bar No. 274240)
     **COVINGTON & BURLING LLP**             Sean Eskovitz (Bar No. 241877)
21   2029 Century Park East, Suite 3100      **WILKINSON WALSH + ESKOVITZ**
22   Los Angeles, CA 90067-3044              **LLP**
     Telephone: (424) 332-4800               11726 San Vicente Boulevard, Suite 600
23   Facsimile: (424) 332-4782               Los Angeles, CA 90049
24   nsahni@cov.com                          Telephone: (424) 316-4000
                                             Facsimile: (202) 847-4005
25                                           seskovitz@wilkinsonwalsh.com

26                                           *Counsel for Defendants National Football*
27                                           *League, NFL Enterprises LLC, and the*
                                             *Individual NFL Clubs*
28
     **NFL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**
     **PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**