Beth A. Wilkinson (admitted *pro hac vice*)
Jonathan D. Kelley (admitted *pro hac vice*)
**WILKINSON WALSH + ESKOVITZ LLP**
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com
jkelley@wilkinsonwalsh.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) |
| | Hon. Beverly Reid O'Connell |
| THIS DOCUMENT RELATES TO: | Hearing Date: December 12, 2016 |
| ALL ACTIONS | **NFL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants the National Football League, NFL Enterprises LLC, and the individual NFL Clubs (collectively "the NFL Defendants") move to dismiss all claims in plaintiffs' Consolidated Amended Complaint filed on June 24, 2016 (ECF No. 163). This motion is made following the conference of counsel pursuant to L.R. 7.3, which took place on August 1, 2016. The NFL Defendants base this motion upon the accompanying memorandum of law and declaration in support, oral argument of counsel, and such other and further material as the Court may consider.

DATED: August 8, 2016              Respectfully Submitted,

                                    By:      */s/ Beth A. Wilkinson*

Gregg H. Levy (admitted pro hac vice)   Beth A. Wilkinson (admitted *pro hac vice*)
Derek Ludwin (admitted pro hac vice)    Jonathan D. Kelley (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW     **WILKINSON WALSH + ESKOVITZ LLP**
Washington, DC 20001
Telephone: (202) 662-6000               1900 M Street NW, Suite 800
Facsimile: (202) 662-6291               Washington, DC 20036
glevy@cov.com                           Telephone: (202) 847-4000
dludwin@cov.com                         Facsimile: (202) 847-4005
                                        bwilkinson@wilkinsonwalsh.com
                                        jkelley@wilkinsonwalsh.com
Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**             Sean Eskovitz (Bar No. 241877)
2029 Century Park East, Suite 3100      **WILKINSON WALSH + ESKOVITZ LLP**
Los Angeles, CA 90067-3044
Telephone: (424) 332-4800               11726 San Vicente Boulevard, Suite 600
Facsimile: (424) 332-4782               Los Angeles, CA 90049
nsahni@cov.com                          Telephone: (424) 316-4000
                                        Facsimile: (202) 847-4005
                                        seskovitz@wilkinsonwalsh.com

                                        *Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

---

**NFL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**