Beth A. Wilkinson (admitted *pro hac vice*)
Jonathan D. Kelley (admitted *pro hac vice*)
**WILKINSON WALSH + ESKOVITZ LLP**
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com
jkelley@wilkinsonwalsh.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) <br><br> Hon. Beverly Reid O'Connell |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | **DECLARATION OF DEREK LUDWIN IN SUPPORT OF NFL DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |

**DECLARATION OF DEREK LUDWIN IN SUPPORT OF NFL DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

I, Derek Ludwin, hereby declare and state as follows.

1. I am an attorney currently representing Defendants the National Football League, NFL Enterprises LLC, and the individual NFL Clubs (collectively "the NFL Defendants") in the above-captioned matter.

2. Attached as Exhibit 1 is a true and correct copy of select provisions of the broadcast agreement between the NFL and CBS effective February 5, 2014, that is referenced in plaintiffs' Consolidated Amended Complaint and the NFL Defendants' Memorandum in Support of Motion to Dismiss.

3. Attached as Exhibit 2 is a true and correct copy of select provisions of the broadcast agreement between the NFL and Fox effective September 11, 2015, that is referenced in plaintiffs' Consolidated Amended Complaint and the NFL Defendants' Memorandum in Support of Motion to Dismiss.

4. Attached as Exhibit 3 is a true and correct copy of the distribution agreement between the NFL and DIRECTV effective September 18, 2014, that is referenced in plaintiffs' Consolidated Amended Complaint and the NFL Defendants' Memorandum in Support of Motion to Dismiss.

5. Attached as Exhibit 4 is a true and correct copy of the distribution agreement between the NFL and DIRECTV effective March 12, 2009, that is referenced in plaintiffs' Consolidated Amended Complaint and the NFL Defendants' Memorandum in Support of Motion to Dismiss.

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
2  is true and correct.
3
4  Executed this 8th day of August, 2016 in Chicago, Illinois.

_____
Derek Ludwin

**DECLARATION OF DEREK LUDWIN IN SUPPORT OF NFL DEFENDANTS'
MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**