# EXHIBIT 1

# [PROPOSED TO BE FILED UNDER SEAL]