# EXHIBIT 2

# [PROPOSED TO BE FILED UNDER SEAL]