# **EXHIBIT 3**

# **[PROPOSED TO BE FILED UNDER SEAL]**