# EXHIBIT 4

# [PROPOSED TO BE FILED UNDER SEAL]