# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx)<br>Hon. Beverly Reid O'Connell |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING THE NFL DEFENDANTS' MOTION TO DISMISS** |

Having considered the Motion to Dismiss Plaintiffs' Consolidated Amended Complaint filed by Defendants the National Football League, NFL Enterprises LLC, and the Individual NFL Clubs (collectively "the NFL defendants"), the related papers submitted by the parties, and the argument of counsel, the motion is hereby GRANTED without leave to amend.

IT IS SO ORDERED.

Dated: _____, 2016      By: _____

Hon. Beverly Reid O'Connell
U.S. District Judge