Beth A. Wilkinson (admitted *pro hac vice*)
Jonathan D. Kelley (admitted *pro hac vice*)
**WILKINSON WALSH + ESKOVITZ LLP**
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com
jkelley@wilkinsonwalsh.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668-BRO (JEMx) Hon. Beverly Reid O'Connell **CERTIFICATE OF SERVICE** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

1  I, John Playforth, attorney at Covington & Burling LLP, hereby certify that
2  on August 8, 2016, copies of Exhibits 1-4 to the Ludwin Declaration in support of
3  the NFL Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended
4  Complaint were served via electronic mail and Federal Express overnight mail on
5  the following counsel:

Marc M. Seltzer
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
mseltzer@susmangodfrey.com

Howard I. Langer
Langer, Grogan & Diver, PC
Three Logan Square, Suite 4130
1717 Arch Street
Philadelphia, PA 19103
hlanger@langergrogan.com

Scott Martin
Hausfeld LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
smartin@hausfeld.com

Robyn E. Bladow
Kirkland & Ellis LLP
333 South Hope St.
Los Angeles, CA 90071
rbladow@kirkland.com

August 8, 2016

John Playforth