Michael E. Baumann (Bar No. 145830)
Melissa D. Ingalls (Bar No. 174861)
Robyn E. Bladow (Bar No. 205189)
Tammy A. Tsoumas (Bar No. 250487)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, California  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
michael.baumann@kirkland.com
melissa.ingalls@kirkland.com
robyn.bladow@kirkland.com
tammy.tsoumas@kirkland.com

*Attorneys for Defendants*
*DIRECTV, LLC and DIRECTV Holdings LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:   ALL ACTIONS | CASE NO. 2:15-ml-02668-BRO (JEMx)<br><br>**DEFENDANTS DIRECTV, LLC AND DIRECTV HOLDINGS LLC'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Judge: Hon. Beverly Reid O'Connell<br><br>Consolidated Amended Complaint Filed: June 24, 2016<br><br>Date:          December 12, 2016<br>Time:          1:30 p.m.<br>Courtroom:  14 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 12, 2016 at 1:30 p.m., or as soon thereafter as the matter can be heard, in Courtroom 14 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, CA 90012, defendants DIRECTV, LLC and DIRECTV Holdings LLC ("DIRECTV") will and hereby do move for an order compelling Plaintiffs Robert Gary Lippincott, Michael Holinko, 1465 Third Avenue Restaurant Corp. (d/b/a Gael Pub), and Ninth Inning, Inc. (d/b/a The Mucky Duck) to resolve their respective individual disputes with DIRECTV through binding, individual arbitration, pursuant to the terms of Plaintiffs' arbitration agreements with DIRECTV, and for a stay of these proceedings pending these arbitrations.  This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on August 1, 2016.

This Motion is based on this Notice; the Memorandum in Support of DIRECTV's Motion to Compel Arbitration and Stay Proceedings filed herewith; the Declarations of John Gardner, Michelle Harris, Alisa Kellogg, Julianne Lusain, Amanda Mitchell, Steven Mullins, Kyle Wells, and Carine Yahinian filed in support thereof; the complete files and records in this action; and any further arguments and evidence that may be presented at the hearing on this matter.

Dated:  August 8, 2016                                         KIRKLAND & ELLIS LLP

/s/ *Robyn E. Bladow*
Robyn E. Bladow

*Attorneys for Defendants DIRECTV, LLC and DIRECTV Holdings LLC*