| | |
|---|---|
| 1 | Michael E. Baumann (Bar No. 145830) |
| 2 | Melissa D. Ingalls (Bar No. 174861) |
|   | Robyn E. Bladow (Bar No. 205189) |
|   | Tammy A. Tsoumas (Bar No. 250487) |
| 3 | **KIRKLAND & ELLIS LLP** |
|   | 333 South Hope Street |
| 4 | Los Angeles, California  90071 |
|   | Telephone: (213) 680-8400 |
| 5 | Facsimile: (213) 680-8500 |
|   | michael.baumann@kirkland.com |
| 6 | melissa.ingalls@kirkland.com |
|   | robyn.bladow@kirkland.com |
| 7 | tammy.tsoumas@kirkland.com |

*Attorneys for Defendants*
*DIRECTV, LLC and DIRECTV Holdings LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO. 2:15-ml-02668-BRO (JEMx) |
| | **DECLARATION OF MICHELLE HARRIS IN SUPPORT OF DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |
| THIS DOCUMENT RELATES TO:   ALL ACTIONS | Judge: Hon. Beverly Reid O'Connell |
| | Consolidated Amended Complaint Filed: June 24, 2016 |
| | Date:         December 12, 2016 |
| | Time:         1:30 p.m. |
| | Courtroom:  14 |

I, Michelle Harris, declare under penalty of perjury that the following is true and correct:

1. I have been a paralegal in the DIRECTV legal department since 2008. I am currently Paralegal Specialist, and in that role, my responsibilities have included coordinating the most recent 2016 update to the DIRECTV Residential Customer Agreement. To fulfill those responsibilities, I have become familiar with the policies, procedures, and automated systems used to provide DIRECTV customers with their updated Customer Agreements. I have been asked to provide information about how the residential Plaintiffs in this case, Mr. Lippincott and Mr. Holinko, received the updated 2016 Customer Agreement. The facts contained in this declaration are based on my personal knowledge and my review of DIRECTV's regularly-maintained business records, and I can testify competently to them if called upon to do so.

2. DIRECTV most recently updated its Residential Customer Agreement in June 2016. I have reviewed the declaration of my fellow DIRECTV employee, Amanda Mitchell, which I understand will be filed concurrently with my declaration. Pursuant to the methods described by Ms. Mitchell in her declaration, residential DIRECTV customers who had valid e-mail addresses on file at the time of the June 2016 update received their updated Residential Customer Agreements via e-mail.

3. A true and correct copy of the e-mail sent to DIRECTV customers with the updated 2016 Residential Customer Agreement is attached hereto as Exhibit 1. The e-mail notifies the customers that it pertains to the "UPDATED CUSTOMER AGREEMENT" at the top, and then explains that the updated agreement "ha[s] revised the arbitration provision in Section 9." The e-mail explains that "Updates to the Customer Agreement will take effect June 30, 2016" and advises customers to "Click here to view or print the Customer Agreement." The underlined words "Click here" act as a hyperlink to a webpage on DIRECTV's

website that contains the full text of the updated 2016 Residential Customer Agreement.

4. A true and correct copy of the 2016 Residential Customer Agreement is attached hereto as Exhibit 2. The 2016 Residential Customer Agreement (like prior DIRECTV Customer Agreements) contains the following statement in bold, capitalized letters in the first paragraph:

> **THIS DESCRIBES THE TERMS AND CONDITIONS OF YOUR RECEIPT OF AND PAYMENT FOR DIRECTV® SERVICE AND IS SUBJECT TO ARBITRATION (SECTION 9) AND DISCLAIMER OF WARRANTIES (SECTION 8). IF YOU DO NOT ACCEPT THESE TERMS, PLEASE NOTIFY US IMMEDIATELY AND WE WILL CANCEL YOUR ORDER OR SERVICE SUBJECT TO APPLICABLE CANCELLATION TERMS AND/OR FEES (SECTION 5). IF YOU INSTEAD DECIDE TO RECEIVE OUR SERVICE, IT WILL MEAN THAT YOU ACCEPT THESE TERMS AND THEY WILL BE LEGALLY BINDING.**

Section 9 of the 2016 Residential Customer Agreement contains the revised arbitration provision. I have reviewed DIRECTV's regularly-maintained customer records for Plaintiff Robert Gary Lippincott (DIRECTV Account No. 5248476) and Plaintiff Michael Holinko (DIRECTV Account No. 5294189) and confirmed with Experian, DIRECTV's vendor for sending customers the updated 2016 Residential Customer Agreement by e-mail, that both Mr. Lippincott and Mr. Holinko received their updated 2016 Customer Agreements via e-mail.

5. Mr. Lippincott was successfully sent his updated 2016 Customer Agreement on June 26, 2016 at 12:00 a.m. EST to the e-mail address then on file with DIRECTV, karla.lippincott@gmail.com. Mr. Lippincott's 2016 Customer

1  Agreement e-mail was opened on June 26, 2016 at 12:02 p.m. EST.

2   6.   Upon receiving the updated Customer Agreement, Mr. Lippincott did not contact DIRECTV to dispute any terms or conditions in the Customer Agreement, or to cancel his DIRECTV service, and remains a DIRECTV subscriber.

   7.   Mr. Holinko was successfully sent his updated 2016 Customer Agreement on June 5, 2016 at 12:00 a.m. EST to the e-mail address then on file with DIRECTV, CGLINK@MSN.COM.  Mr. Holinko's 2016 Customer Agreement e-mail was opened on June 5, 2016 at 12:13 a.m. EST.

   8.   Upon receiving the updated Customer Agreement, Mr. Holinko did not contact DIRECTV to dispute any terms or conditions in the Customer Agreement, or to cancel his DIRECTV service, and remains a DIRECTV subscriber.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 5 day of August, 2016, in El Segundo, California.

MICHELLE HARRIS