# EXHIBIT 1

Account:                                                                                 View in a browser

**DIRECTV** | My Account | View Bill | Help Center

# UPDATED CUSTOMER AGREEMENT



**Dear Valued Customer,**

We want you to be satisfied with your DIRECTV service. This includes letting you know when we update the terms of your service with DIRECTV. This year, we have revised the arbitration provision in Section 9.

Updates to the Customer Agreement will take effect June 30, 2016. Click here to view or print the Customer Agreement.

Sincerely,

DIRECTV

**YOUR EMAIL SUBSCRIPTION**
DIRECTV reserves the right to contact you via email regarding your account. For details on how DIRECTV uses your information, please read our Privacy Policy.

To receive special offer emails from DIRECTV or change your email address, manage your email here.

To ensure delivery, add directv@directv.com & directv@cm.directv.com to your address book.

**QUESTIONS OR COMMENTS?**
Replies to this email address cannot be answered. Click here to contact us for support.

©2016 AT&T Intellectual Property. All Rights Reserved. AT&T, Globe logo, DIRECTV, and all other DIRECTV marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

2

**Harris Exhibit 1**

**Page 6**