1 Michael E. Baumann (Bar No. 145830)
Melissa D. Ingalls (Bar No. 174861)
2 Robyn E. Bladow (Bar No. 205189)
Tammy A. Tsoumas (Bar No. 250487)
3 **KIRKLAND & ELLIS LLP**
333 South Hope Street
4 Los Angeles, California 90071
Telephone: (213) 680-8400
5 Facsimile: (213) 680-8500
michael.baumann@kirkland.com
6 melissa.ingalls@kirkland.com
robyn.bladow@kirkland.com
7 tammy.tsoumas@kirkland.com

8 *Attorneys for Defendants*
*DIRECTV, LLC and DIRECTV Holdings LLC*
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | CASE NO. 2:15-ml-02668-BRO (JEMx)<br><br>**DECLARATION OF ALISA KELLOGG IN SUPPORT OF DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Judge: Hon. Beverly Reid O'Connell<br><br>Consolidated Amended Complaint Filed: June 24, 2016<br><br>Date: December 12, 2016<br>Time: 1:30 p.m.<br>Courtroom: 14 |

---

**DECLARATION OF ALISA KELLOGG IN SUPPORT OF
DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

I, Alisa Kellogg, declare under penalty of perjury that the following is true and correct:

1. I have been employed by DIRECTV, LLC ("DIRECTV") since 2010, and I currently hold the position of Senior Manager of Finance Billing Operations. From September 2011 to May 2015, I was Manager of Billing Output Care, and from November 2010 to August 2011, I held the position of Manager of Customer Care Billing Operations. In these roles, I have worked with DIRECTV subscriber data as part of my daily job functions. I am also familiar with the written contracts that govern DIRECTV's relationships with its customers, including the DIRECTV Customer Agreement, and the process by which customers receive the DIRECTV Customer Agreement. The facts contained in this declaration are based on my personal knowledge and my review of DIRECTV corporate records, and I can testify competently to them if called upon to do so.

2. DIRECTV provides digital television services to over 20 million subscribers nationwide. To obtain DIRECTV service, a potential DIRECTV subscriber may sign up directly with DIRECTV (at 1-800-DIRECTV or www.directv.com), or through an authorized DIRECTV dealer or telco (an authorized telecommunications company that is bundling their telephone and internet services with DIRECTV). Once the new customer places an order for one or more of DIRECTV's programming packages and services, DIRECTV then installs the customer's receiving equipment and activates the customer's programming services.

**The Customer Agreement**

3. The relationship between DIRECTV and each customer is governed principally by the DIRECTV Customer Agreement, which is available for anyone to review at any time on DIRECTV's website, www.directv.com/legal. DIRECTV has updated the Customer Agreement over the years.

DECLARATION OF ALISA KELLOGG IN SUPPORT OF
DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

4. DIRECTV provides the Customer Agreement then in-effect to new customers shortly after they order service and to existing customers whenever the Agreement is updated. Over the years, DIRECTV has provided copies of the Customer Agreement to its customers by U.S. mail and by e-mail, depending on whether the customer is a new or existing customer and whether the customer receives paper or electronic bills, among other factors. DIRECTV employs the policies and procedures described below on a nationwide basis.

5. DIRECTV sends the Customer Agreement to new customers along with an initial order confirmation letter or e-mail after the customer places his or her order. Before 2012, DIRECTV sent new customers the DIRECTV Customer Agreement by mail, along with their first billing statement, on the date of activation.

6. From time to time, DIRECTV has updated the Customer Agreement. Before 2012, DIRECTV mailed updated Customer Agreements to its customers along with their monthly billing statements. Some customers, however, received their updated Customer Agreements in a separate, stand-alone envelope. This occurred if the customer's DIRECTV service was bundled with a partner telecommunications company's ("telco") service (such as telephone or internet) and billed via the telco partner. For customers who received their monthly DIRECTV billing statements by e-mail, DIRECTV mailed a copy of the updated Customer Agreement separately to the customer's billing address.

7. In 2012, DIRECTV began e-mailing the updated Customer Agreements to all customers with valid e-mail addresses. If DIRECTV does not have a valid e-mail address for a customer or if a customer has chosen not to receive e-mail from DIRECTV, DIRECTV includes the customer agreement in the paper bill if those customers receive paper bills or will separately mail the Customer Agreement to the customer's billing address. A copy of the updated

DECLARATION OF ALISA KELLOGG IN SUPPORT OF
DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

1  Customer Agreement also continues to be available to be read and/or printed from
2  DIRECTV's website at www.directv.com/legal.
3      8.   As noted above, for DIRECTV customers who do not have a valid e-
4  mail address on file, or who choose not to receive e-mail from DIRECTV,
5  DIRECTV's business practice for delivering the Customer Agreement has been to
6  include it in the mail along with their monthly DIRECTV billing statement. The
7  vendor responsible for mailing DIRECTV billing statements to DIRECTV
8  customers is DST Output. DST Output has been DIRECTV's vendor for this
9  purpose since the launch of DIRECTV's business in June 1994. I am familiar with
10 the procedure by which DST Output performs its services, and I have on multiple
11 occasions visited the operating centers in Hartford, Connecticut and El Dorado
12 Hills, California where DST Output's mass mailings for DIRECTV subscriber
13 billing statements are prepared and sent out.
14     9.   DIRECTV contracts with DST Output to produce and distribute all
15 printed and electronic DIRECTV bills. DST Output uses a web-based tool that
16 tracks every printed bill statement, as well as each document inserted into an
17 envelope with that statement, which is mailed to DIRECTV customers. DIRECTV
18 provides DST Output with the segmentation criteria of customers who should
19 receive any particular document in their bill envelope. These segmentation criteria,
20 or "business rules," are keyed into DST Output's Campaign Manager messaging
21 and inserting application. This application permits DIRECTV to dictate the
22 specific items that are to be included with the monthly bill statements mailed to its
23 customers. DST Output uses automated equipment to print out, insert, and mail the
24 billing statements from data that DIRECTV provides. DST Output prints out the
25 specific statements daily, which are fed through an "inserting machine" that also
26 inserts individual documents as specified by DIRECTV, via the Campaign Manager
27 application, into the outside bill envelope, such as remittance envelopes, Customer
28

1. Agreements, and any promotional materials that are to be included with that month's bill.

10. This Campaign Manager messaging and inserting application has been used since January 2001. In my experience, DST Output is a reliable and efficient vendor.

11. DIRECTV bills are mailed to customers via this process coordinated by DST Output and DIRECTV. The addresses to which these mailings are sent are the billing addresses that the customers have provided DIRECTV. Those addresses are printed on the billing statement, which is inserted into the envelope in a manner that allows the address to be read by the postal service. The mail is sorted by zip code for different regions of the country, and then mailed using the United States Postal Service.

**The Residential Customer Agreement Update**

12. DIRECTV has updated its Residential Customer Agreement several times over the years. I have been asked to review the records of residential subscribers Robert Gary Lippincott (DIRECTV Account No. 52484761) and Michael Holinko (DIRECTV Account No. 5294189).

13. Mr. Lippincott has been a DIRECTV customer since 2010. In 2011, Mr. Lippincott received his DIRECTV service as part of a package bundled with telecommunication services from AT&T. As part of this arrangement, Mr. Lippincott received his DIRECTV billing integrated with his AT&T billing on his AT&T statement. Because Mr. Lippincott did not receive a monthly billing statement from DIRECTV, he was mailed his Customer Agreement separately pursuant to DIRECTV's business rules described in paragraph six above. According to DIRECTV's business rules and based on my review of Mr. Lippincott's customer records, Mr. Lippincott received his 2011 Customer Agreement in a separate mailing in or around April 2011. A true and correct copy

1 | of the 2011 Customer Agreement Mr. Lippincott received is attached hereto as
2 | Exhibit 1.

3 |     14.    Upon receiving the 2011 Customer Agreement, Mr. Lippincott did not
4 | call DIRECTV to dispute any terms or conditions in the Customer Agreement, or to
5 | cancel his DIRECTV service.

6 |     15.    Mr. Lippincott received subsequent updates of the Customer
7 | Agreement via e-mail. I understand that my colleague, Amanda Mitchell, will
8 | provide further details on those Customer Agreement updates.

9 |     16.    Additionally, the monthly billing statements Mr. Lippincott has
10 | received informed Mr. Lippincott that "[y]our Customer Agreement describes the
11 | terms and conditions upon which you accept our service. Please consult your
12 | Customer Agreement, which is also available at directv.com/agreement." True and
13 | correct copies of Mr. Lippincott's recent billing statements are attached hereto as
14 | Exhibits 2, 3, and 4.

15 |     17.    Mr. Holinko has been a DIRECTV customer since 1998. According to
16 | my understanding of DIRECTV's business rules and based on my review of Mr.
17 | Holinko's customer records, Mr. Holinko received his updated Customer
18 | Agreements with his monthly billing statements until 2012.

19 |     18.    Mr. Holinko received his initial Customer Agreement in his September
20 | 5, 1998 billing statement. A true and correct copy of the 1997 Customer
21 | Agreement Mr. Holinko received is attached hereto as Exhibit 5.

22 |     19.    Mr. Holinko received his 1999 Customer Agreement in his October 2,
23 | 1999 billing statement. A true and correct copy of the 1999 Customer Agreement
24 | Mr. Holinko received is attached hereto as Exhibit 6.

25 |     20.    Mr. Holinko received his 2001 Customer Agreement in his December
26 | 5, 2001 billing statement. A true and correct copy of the 2001 Customer
27 | Agreement Mr. Holinko received is attached hereto as Exhibit 7.
28 |

21. Mr. Holinko received his 2004 Customer Agreement in his October 5, 2004 billing statement. A true and correct copy of the 2004 Customer Agreement Mr. Holinko received is attached hereto as Exhibit 8.

22. Mr. Holinko received his 2006 Customer Agreement in his May 5, 2006 billing statement. A true and correct copy of the 2006 Customer Agreement Mr. Holinko received is attached hereto as Exhibit 9.

23. Mr. Holinko received his 2007 Customer Agreement in his May 5, 2007 billing statement. A true and correct copy of the 2007 Customer Agreement Mr. Holinko received is attached hereto as Exhibit 10.

24. Mr. Holinko received his 2009 Customer Agreement in his May 5, 2009 billing statement. A true and correct copy of the 2009 Customer Agreement Mr. Holinko received is attached hereto as Exhibit 11.

25. Mr. Holinko received his 2010 Customer Agreement in his May 5, 2010 billing statement. A true and correct copy of the 2010 Customer Agreement Mr. Holinko received is attached hereto as Exhibit 12.

26. Mr. Holinko received his 2011 Customer Agreement in his May 5, 2011 billing statement. A true and correct copy of the 2011 Customer Agreement Mr. Holinko received is attached hereto as Exhibit 1.

27. Upon receiving the updated Customer Agreements, Mr. Holinko did not call DIRECTV to dispute any terms or conditions in the Customer Agreements, or to cancel his DIRECTV service.

28. Mr. Holinko received subsequent updates of the Customer Agreement via e-mail. I understand that my colleague, Amanda Mitchell, will provide further details on those Customer Agreement updates.

29. Additionally, the monthly billing statements Mr. Holinko has received informed Mr. Holinko that "[y]our Customer Agreement describes the terms and conditions upon which you accept our service. Please consult your Customer Agreement, which is also available at directv.com/agreement." True and correct

copies of Mr. Holinko's recent billing statements are attached hereto as Exhibits 13, 14, and 15.

### The Commercial Customer Agreement Update

30. The DIRECTV Commercial Customer Agreement was most recently updated in 2014. Commercial customers who either did not have a valid e-mail address on file with DIRECTV, or whose privacy settings were set to "Do Not Receive E-mail," were identified by DIRECTV's Business Analytics team as ones that should receive updated Commercial Customer Agreements by mail.

31. The 2014 Commercial Customer Agreement that was inserted into customers' billing statements contains the following statement in bold, capitalized letters in the first paragraph of the Agreement:

> **THIS DIRECTV COMMERCIAL CUSTOMER AGREEMENT (THIS "AGREEMENT") DESCRIBES THE TERMS AND CONDITIONS OF YOUR RECEIPT OF AND PAYMENT FOR DIRECTV SERVICE AND IS SUBJECT TO ARBITRATION (SECTION 9) AND DISCLAIMER OF WARRANTIES (SECTION 8). IF YOU DO NOT ACCEPT THESE TERMS, PLEASE NOTIFY US IMMEDIATELY AND WE WILL CANCEL YOUR ORDER OR SERVICE SUBJECT TO APPLICABLE CANCELLATION TERMS AND/OR FEES (SEE SECTION 5). IF YOU INSTEAD DECIDE TO RECEIVE OUR SERVICE, IT WILL MEAN THAT YOU ACCEPT THESE TERMS AND THEY WILL BE LEGALLY BINDING.**

Section 9 of the 2014 Commercial Customer Agreement contains the arbitration provision. A true and correct copy of the 2014 Commercial Customer Agreement is attached hereto as Exhibit 16.

32. I have been asked to review the records of 1465 3rd Ave. Rest. Corp. (d/b/a Gael Pub) (DIRECTV Account No. 44671534) and Ninth Inning, Inc. (d/b/a The Mucky Duck) (DIRECTV Account No. 1317009).

33. Gael Pub did not have a valid e-mail address on file with DIRECTV in 2014. According to DIRECTV's business rules and based on my review of Gael Pub's records, Gael Pub's 2014 Commercial Customer Agreement was included in the envelope along with its May 14, 2014 Billing Statement. Gael Pub's May 14, 2014 billing statement also contained a notification on the back of the bill in bold letters stating "**Commercial Viewing Agreement**." Under this heading the bill states "[y]ou received your DIRECTV Commercial Viewing Agreement with your contract. The Commercial Viewing Agreement describes the terms and conditions upon which you accept our service." A true and correct copy of Gael Pub's May 14, 2014 billing statement is attached hereto as Exhibit 17.

34. Upon receiving this Customer Agreement, Gael Pub did not call DIRECTV to dispute any terms or conditions in the Customer Agreement, or to cancel its DIRECTV service. Gael Pub has continued to receive DIRECTV service as of the date of this declaration.

35. Additionally, the other monthly billing statements Gael Pub has received informed it of the Customer Agreement. Recent billing statements informed it that "[y]ou received your DIRECTV Commercial Customer Agreement with your order confirmation. The Commercial Customer Agreement describes the terms and conditions upon which you accept our service." True and correct copies of Gael Pub's recent billing statements are attached hereto as Exhibits 18, 19, and 20.

36. The Mucky Duck did not have a valid e-mail address on file with DIRECTV in 2014. According to DIRECTV's business Rules and based on my review of The Mucky Duck's records, The Mucky Duck's 2014 Commercial Customer Agreement was included in the envelope along with its June 7, 2014

billing statement. The Mucky Duck's June 7, 2014 billing statement also contained a notification on the back of the bill in bold letters stating "**Commercial Viewing Agreement.**" Under this heading the bill states "[y]ou received your DIRECTV Commercial Viewing Agreement with your contract. The Commercial Viewing Agreement describes the terms and conditions upon which you accept our service." A true and correct copy of The Mucky Duck's June 7, 2014 billing statement is attached hereto as Exhibit 21.

37. Upon receiving the 2014 Customer Agreement, The Mucky Duck did not call DIRECTV to dispute any terms or conditions in the Customer Agreement, or to cancel its DIRECTV service. The Mucky Duck has continued to receive DIRECTV service as of the date of this declaration.

38. Additionally, the other monthly billing statements The Mucky Duck has received informed it of the Customer Agreement. Recent billing statements informed it that "[y]ou received your DIRECTV Commercial Customer Agreement with your order confirmation. The Commercial Customer Agreement describes the terms and conditions upon which you accept our service." True and correct copies of The Mucky Duck's recent billing statements are attached hereto as Exhibit 22, 23, and 24.

39. Prior to 2014, DIRECTV updated its Commercial Customer Agreement from time to time, most recently in 2009. I understand that my colleague, Steven Mullins, will be describing the method by which commercial customers received the 2009 Commercial Customer Agreement.

Executed on this 8th day of August, 2016 in El Segundo, California.

Alisa Kellogg