# EXHIBIT 2



# BILLING STATEMENT

**Account #:** 52484761
**Statement for:** ROB LIPPINCOTT
1119 SUNNYSIDE DR
HEALDSBURG, CA 95448-3536

**Statement Date:** 06/26/16
**Billing Period:** 06/25/16 to 07/24/16

## WHAT DO I OWE AND WHEN?

**TOTAL DUE:** $140.26

**PLEASE PAY BY:** July 15, 2016

## WHAT IS MY ACCOUNT OVERVIEW?

| | |
|---|---|
| Previous Balance | $148.24 |
| Payments Received Since Last Bill | -172.20 |
| Credit Balance | -23.96 |
| New Charges: | |
|    DIRECTV Channels | 84.49 |
|    DIRECTV Equipment Services | 44.99 |
|    DIRECTV CINEMA & Pay Per View | 27.95 |
|    Other Charges, Adjustments & Taxes | 6.79 |
| Total New Charges | 164.22 |
| **TOTAL AMOUNT DUE** | **$140.26** |

## WHAT CHANGED SINCE LAST MONTH?

Any changes to your account can be found in the Account Activity section of this bill.

## WHAT DO I NEED TO KNOW?

- Sports Package is renewing for another exciting season. Additional information included. Any cancellation must be prior to season start. No refunds thereafter.

- *Equals* starring Kristen Stewart & Nicholas Hoult is only on DIRECTV. Go to directvcinema.com or Ch. 125.

- DIRECTV is first in the US to broadcast live in 4K. Go to directv.com/4K to learn more.

*For additional information, see below.*

### HOW DO I PAY?

  It's easy to pay online at directv.com/billpay

 By mail—send remittance below

 Call us at 1.800.531.5000 and say, "Pay my bill" Transaction fee may apply

 By mobile, text PAY to 21880 Text msg rates may apply

---

PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

| ACCOUNT NUMBER: | PAYMENT DUE: | PLEASE PAY: | PAYMENT AMOUNT: |
|---|---|---|---|
| 52484761 | 07/15/16 | $140.26 | |

ROB LIPPINCOTT
1119 SUNNYSIDE DR
HEALDSBURG, CA 95448-3536

To sign up for Auto Bill Pay, see reverse.
Please do not send cash. Make check or money order payable to:

Please do not mail.

Account #: 52484761
Statement for: ROB LIPPINCOTT
Case 2:15-ml-02668-PSG-SK   Document 171-10   Filed 08/08/16   Page 3 of 4   Page ID #:1736

| ACCOUNT ACTIVITY | |
|---|---|
| Billing Period: 06/25/16 to 07/24/16 | |
| **Payments** | |
| Previous Balance | $148.24 |
| Payment received on 06/13/16 - Master Card | -172.20 |
| BALANCE | -23.96 |
| **DIRECTV Channels** | |
| 1. CHOICE XTRA CLASSIC | 84.49 |
| **Seasonal Sports Subscriptions** | |
| 2. NFL SUNDAY TICKET MAX 2016 | 0.00 |
| See Renewal details included Season starts on 09/11 | |
| SUBTOTAL | 84.49 |
| **DIRECTV Equipment Services** | |
| 3. Watch DIRECTV on Multiple TVs | 14.00 |
| 3 TVs at $7 each; Save $7 off 1st TV | |
| 4. Advanced Receiver Service - HD | 10.00 |
| 5. DIRECTV Protection Plan | 7.99 |
| 6. Advanced Receiver Service - DVR | 10.00 |
| 7. DIRECTV Whole-Home DVR Service | 3.00 |
| SUBTOTAL | 44.99 |
| **DIRECTV CINEMA & Pay Per View** | |
| 8. VOD: Daddy's Home | 5.99 |
| Ordered 06/2016 via Remote. Charged on 06/03/16 | |
| 9. VOD:Zootopia | 5.99 |
| Ordered 06/2016 via Remote. Charged on 06/09/16 | |
| 10. VOD:Zoolander 2 Magnum | 5.99 |
| Ordered 06/2016 via Remote. Charged on 06/10/16 | |
| 11. VOD:Joy | 5.99 |
| Ordered 06/2016 via Remote. Charged on 06/12/16 | |
| 12. VOD:Jurassic Park III | 3.99 |
| Ordered 06/2016 via Remote. Charged on 06/16/16 | |
| SUBTOTAL | 27.95 |
| **Other Charges, Adjustments & Taxes** | |
| 13. Regional Sports Fee | 4.93 |
| **Taxes** | |
| 14. Sales Tax | 1.86 |
| SUBTOTAL | 6.79 |
| **Total New Charges** | 164.22 |
| **TOTAL AMOUNT DUE** | **$140.26** |





NEED TO CONTACT US?
Customer service is available 24 hours a day, 7 days a week:
- Online: directv.com
- Phone: 1.800.531.5000
- Mail: DIRECTV, P.O. Box 6550, Greenwood Village, CO 80155
  General inquiries only (do not send payment)

IMPORTANT RENEWAL NOTICE:
You are all set to enjoy another exciting season of NFL SUNDAY TICKET MAX only available on DIRECTV. We will be renewing you at the best renewal price of 6 monthly payments of $59.99 each. Look for the first charge to appear on an upcoming bill. If you wish to cancel to avoid payment, you must do so before the season starts. Refunds not available after the season starts on Sunday, Sept. 11th.

Reduce your paper mail -- get this bill online!
To switch to paperless billing, just use your account information to register on DIRECTV.com, then follow the easy prompts to "Go Paperless." Your monthly bill will be e-mailed to you, and you can pay online anytime.

Referred customers must provide your DIRECTV account number when signing up for new service w/qualifying package and 24-mo agreement at 1.800.462.9535. You and referred customer will each receive 10 nonrefundable/nontransferable bill credits of $10 each over 10 DIRECTV billing cycles. DIRECTV reserves sole right to modify, suspend or cancel program at any time without notice. Not combinable with other offers. Conditions apply. Visit directv.com/refer for details.

©2016 AT&T Intellectual Property. All Rights Reserved. AT&T, Globe logo, DIRECTV, and all other DIRECTV marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

Payment Mailing Address
If you choose to mail in your payment, include your account number and send to the following address: DIRECTV, LLC, Payment Center, PO Box 5007, Carol Stream, IL 60197-5007.

Our Agreement
You received your DIRECTV Customer Agreement with your order confirmation. Updates may be mailed periodically. Your Customer Agreement describes the terms and conditions upon which you accept our service. Please consult your Customer Agreement, which is also available at directv.com/agreement , for complete information about billing and payment on your account. FOR YOUR CONVENIENCE, WE WILL AUTOMATICALLY CHARGE YOUR CREDIT CARD OR DEBIT CARD ON FILE FOR ANY BILL AMOUNT LEFT UNPAID, PLUS ANY CANCELLATION FEES POSTED TO YOUR ACCOUNT, AND ANY APPLICABLE CANCELLATION AND EQUIPMENT NON-RETURN FEES IF YOU CANCEL YOUR DIRECTV SERVICE. IF WE ARE UNABLE TO RECOVER THE FULL BALANCE, WE WILL ATTEMPT TO RECOVER A PORTION OF THE MONIES DUE. YOU ARE STILL RESPONSIBLE FOR ANY UNPAID BALANCE.

Questions About Your Bill
Please call or write within 60 days of receiving your bill to avoid administrative late fees and possible disconnection of your service. We will make every effort to resolve claims informally and will not report your account as delinquent while your claim or dispute is under investigation. Any claims not so resolved may be resolved only through binding arbitration, as provided in the Customer Agreement. We reserve the right to process checks electronically and we may issue a draft against your account for the amount of the check if we cannot collect the funds at first presentment.

For immediate closed-captioning issues, call 1.800.DIRECTV, fax 303.483.6266 or email ClosedCaptions@directv.com. For formal inquiries, contact S. Abrams, Director: email ClosedCaptions@directv.com, call 310.964.1010, fax 303.483.6266 or mail to S. Abrams, Director Closed Captions, P.O. Box 6550, Greenwood Village, CO 80155-6550.

To see the information that prints on the back of our paper bill, please go to directv.com/backofbill