# EXHIBIT 4

**Kellogg Exhibit 4**
**Page 24**

 **DIRECTV**

# BILLING STATEMENT

**Account #:** 52484761
**Statement for:** ROB LIPPINCOTT
369 SUMMER RAIN DR
WINDSOR, CA 95492-8029

**Statement Date:** 12/26/14
**Billing Period:** 12/25/14 to 01/24/15

## WHAT DO I OWE AND WHEN?

**TOTAL DUE:**

$173.45

**PLEASE PAY BY:**

2015
January
**14**

## WHAT IS MY ACCOUNT OVERVIEW?

| | |
|---|---:|
| **Previous Balance** | **$171.45** |
| **Payments Received Since Last Bill** | **-171.45** |
| **New Charges:** | |
| DIRECTV Channels | 130.48 |
| DIRECTV Equipment Services | 36.99 |
| DIRECTV CINEMA & Pay Per View | 11.98 |
| Other Discounts | -10.00 |
| Other Charges, Adjustments & Taxes | 4.00 |
| **Total New Charges** | **173.45** |
| **TOTAL AMOUNT DUE** | **$173.45** |

## WHAT CHANGED SINCE LAST MONTH?

Any changes to your account can be found in the Account Activity section of this bill.

## WHAT DO I NEED TO KNOW?

• Don't miss the Australian Open Experience Jan. 18-25. Tune to Ch. 701-707 for the most action from down under.

• Happy Holidays from DIRECTV! Create a holiday playlist with Pandora on your TV. Visit directv.com/pandora today.

*For additional information, see below.*

 **HOW DO I PAY?**  It's easy to pay online at directv.com/billpay  By mail—**send** remittance below  Call us at **1.800.531.5000** and say, "Pay my bill" Transaction fee may apply  By mobile, text **PAY** to **21880** Text msg rates may apply

PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

 **DIRECTV**

| ACCOUNT NUMBER: | PAYMENT DUE: | PLEASE PAY: | PAYMENT AMOUNT: |
|---|---|---|---|
| 52484761 | 01/14/15 | $173.45 | |

ROB LIPPINCOTT
369 SUMMER RAIN DR
WINDSOR, CA 95492-8029

To sign up for Auto Bill Pay, see reverse.
Please do not send cash. Make check or money order payable to:

Please do not mail.

**Account #:** 52484761
**Statement for:** ROB LIPPINCOTT

| ACCOUNT ACTIVITY | |
|---|---|
| Billing Period: 12/25/14 to 01/24/15 | |

| Payments | |
|---|---|
| Previous Balance | $171.45 |
| Payment received on 12/18/14 - Check | -171.45 |
| **BALANCE** | **0.00** |

| DIRECTV Channels | |
|---|---|
| 1.CHOICE XTRA CLASSIC | 75.49 |
| **Seasonal Sports Subscriptions** | |
| 2.NFL SUNDAY TICKET MAX 2014 | 54.99 |
| *Early Renewal in 6 Payments (6 of 6)* | |
| **SUBTOTAL** | **130.48** |

| DIRECTV Equipment Services | |
|---|---|
| 3.Watch DIRECTV on Multiple TVs | 6.00 |
| *2 TVs at $6; Save $6 off 1st TV* | |
| 4.Advanced Receiver Service - HD | 10.00 |
| 5.DIRECTV Protection Plan | 7.99 |
| 6.Advanced Receiver Service - DVR | 10.00 |
| 7.DIRECTV Whole-Home DVR Service | 3.00 |
| **SUBTOTAL** | **36.99** |

| DIRECTV CINEMA & Pay Per View | |
|---|---|
| 8.VOD:Earth To Echo | 5.99 |
| *Ordered 12/2014 via Remote. Charged on 12/06/14* | |
| 9.Guardians Galaxy | 5.99 |
| *Ordered 12/2014 via Remote. Charged on 12/11/14* | |
| **SUBTOTAL** | **11.98** |

| Other Discounts | |
|---|---|
| 10.Save $10 for 6 months (5 of 6) | -10.00 |
| **SUBTOTAL** | **-10.00** |

| Other Charges, Adjustments & Taxes | |
|---|---|
| 11.Regional Sports Fee | 3.00 |
| **Taxes** | |
| 12.Sales Tax | 1.00 |
| **SUBTOTAL** | **4.00** |
| **Total New Charges** | **173.45** |

| **TOTAL AMOUNT DUE** | **$173.45** |
|---|---|



DIRECTV HELP CENTER

How-To Videos
Troubleshoot 24/7
Learn About Services



Visit **directv.com/help**



*Refer a friend*
AND GET $100 IN BILL CREDITS

Visit the NEW **directv.com/refer** to start referring today.

In bill credits $10/10 mo. New customers only. Conditions apply. Limit 10 referrals per 12-mo. period.

Or have your friend call **1.855.216.4388** and give your account number when ordering.

*Thank You*
— for choosing —
DIRECTV

WE'RE COMMITTED TO BRINGING YOU THE BEST ENTERTAINMENT EXPERIENCE

**NEED TO CONTACT US?**

Customer service is available 24 hours a day, 7 days a week:

▸ **Online:** directv.com
▸ **Phone:** 1.800.531.5000
▸ **Mail:** DIRECTV, P.O. Box 6550, Greenwood Village, CO 80155
 General inquiries only (do not send payment)

**Reduce your paper mail -- get this bill online!**
To switch to paperless billing, just use your account information to register on DIRECTV.com, then follow the easy prompts to "Go Paperless." Your monthly bill will be e-mailed to you, and you can pay online anytime.

Referred customers must provide your DIRECTV account number when signing up for new service w/ qualifying package and 24-mo agreement at 1.855.216.4388. You and referred customer will each receive 10 nonrefundable/nontransferable bill credits of $10 each over 10 DIRECTV billing cycles. DIRECTV reserves sole right to modify, suspend or cancel program at any time without notice. Not combinable with other offers. Conditions apply. Visit  directv.com/refer  for details.

Programming, pricing, terms and conditions subject to change at any time. Hardware and programming available separately. Pricing is residential. © 2014 DIRECTV. DIRECTV and the Cyclone Design logo are registered trademarks of DIRECTV, LLC. All other trademarks and service marks are the property of their respective owners.

To see the information that prints on the back of our paper bill, please go to  directv.com/backofbill

**Our Agreement**
You received your DIRECTV Customer Agreement with your order confirmation. Updates may be mailed periodically. Your Customer Agreement describes the terms and conditions upon which you accept our service. Please consult your Customer Agreement, which is also available at directv.com/agreement  , for complete information about billing and payment on your account. FOR YOUR CONVENIENCE, WE WILL AUTOMATICALLY CHARGE YOUR CREDIT CARD OR DEBIT CARD ON FILE FOR ANY BILL AMOUNT LEFT UNPAID, PLUS ANY CANCELLATION FEES POSTED TO YOUR ACCOUNT, AND ANY APPLICABLE CANCELLATION AND EQUIPMENT NON-RETURN FEES IF YOU CANCEL YOUR DIRECTV SERVICE. IF WE ARE UNABLE TO RECOVER THE FULL BALANCE, WE WILL ATTEMPT TO RECOVER A PORTION OF THE MONIES DUE. YOU ARE STILL RESPONSIBLE FOR ANY UNPAID BALANCE.

**Questions About Your Bill**
Please call or write within 60 days of receiving your bill to avoid administrative late fees and possible disconnection of your service. We will make every effort to resolve claims informally and will not report your account as delinquent while your claim or dispute is under investigation. Any claims not so resolved may be resolved only through binding arbitration, as provided in the Customer Agreement. We reserve the right to process checks electronically and we may issue a draft against your account for the amount of the check if we cannot collect the funds at first presentment.

For immediate closed-captioning issues, call 1-800-DIRECTV, fax 303-483-6266, or email ClosedCaptions@directv.com. For formal inquiries, contact L. Warren, Sr. Manager: ClosedCaptions@directv.com, call 310-964-1010, fax 303-483-6266 or mail to ClosedCaptions@directv.com, P.O. Box 6550 Greenwood Village, CO 80155-6550.