# EXHIBIT 13

# DIRECTV — BILLING STATEMENT

*Now part of the AT&T family*

**Account #:** 5294189
**Statement for:** MICHAEL HOLINKO
20 WOODVIEW DR
BELLE MEAD, NJ 08502-4647

**Statement Date:** 06/05/16
**Billing Period:** 06/04/16 to 07/03/16

## WHAT DO I OWE AND WHEN?

**AMOUNT PAID:** $156.33

**PAYMENT CHARGED ON:** June 5, 2016

## WHAT IS MY ACCOUNT OVERVIEW?

| | |
|---|---:|
| Previous Balance | $0.00 |
| Payments Received Since Last Bill | 0.00 |
| New Charges: | |
|    DIRECTV Channels | 107.47 |
|    DIRECTV Equipment Services | 41.00 |
|    Other Charges, Adjustments & Taxes | 7.86 |
|    Total New Charges | 156.33 |
| Total Amount Due | 156.33 |
| Payment Charged to Auto Bill Pay Credit Card | -156.33 |
| **CURRENT AMOUNT DUE** | **$0.00** |

## WHAT CHANGED SINCE LAST MONTH?

There were no changes to your account this month.

## WHAT DO I NEED TO KNOW?

- *Equals* starring Kristen Stewart & Nicholas Hoult is only on DIRECTV. Go to directvcinema.com or Ch. 125.
- DIRECTV is first in the US to broadcast live in 4K. Go to directv.com/4K to learn more.
- The Open Championship Experience is July 14-17. Get bonus coverage, leaderboard & more on Chs. 701-704!

   

BILLING INFO | It's easy to **pay online** | By mobile, text **PAY** to **21880*** *Text msg rates may apply | View all **Statements**

---

### DIRECTV — *Now part of the AT&T family*

| ACCOUNT NUMBER: | PAYMENT DUE: | TOTAL DUE: | PAYMENT AMOUNT: |
|---|---|---|---|
| 5294189 | None | $0.00 | No action required |

MICHAEL HOLINKO
20 WOODVIEW DR
BELLE MEAD, NJ 08502-4647

CONFIRMATION of Auto Bill Pay Enrollment by CREDIT CARD. Payment was charged on bill statement date. See above.

Please do not mail.

Account #: 5294189
Statement for: MICHAEL HOLINKO

**ACCOUNT ACTIVITY**
Billing Period: 06/04/16 to 07/03/16

**Payments**

| | |
|---|---:|
| Previous Balance | $0.00 |
| **BALANCE** | **0.00** |

**DIRECTV Channels**

| | |
|---|---:|
| 1. CHOICE XTRA CLASSIC | 84.49 |
| 2. HBO | 17.99 |
| 3. DIRECTV HD EXTRA PACK | 4.99 |
| **SUBTOTAL** | **107.47** |

**DIRECTV Equipment Services**

| | |
|---|---:|
| 4. Watch DIRECTV on Multiple TVs | 21.00 |
|     4 TVs at $7 each; Save $7 off 1st TV | |
| 5. Advanced Receiver Service - HD | 10.00 |
| 6. Advanced Receiver Service - DVR | 10.00 |
| **SUBTOTAL** | **41.00** |

**Other Charges, Adjustments & Taxes**

| | |
|---|---:|
| 7. Regional Sports Fee | 6.39 |
| **Taxes** | |
| 8. Sales Tax | 1.47 |
| **SUBTOTAL** | **7.86** |

| | |
|---|---:|
| **Total Amount Due** | 156.33 |
| Payment charged on 06/05/16 - VISA | -156.33 |
| **CURRENT AMOUNT DUE** | **$0.00** |





Referred customers must provide your DIRECTV account number when signing up for new service w/qualifying package and 24-mo agreement at 1.800.462.9535. You and referred customer will each receive 10 nonrefundable/nontransferable bill credits of $10 each over 10 DIRECTV billing cycles. DIRECTV reserves sole right to modify, suspend or cancel program at any time without notice. Not combinable with other offers. Conditions apply. Visit directv.com/refer for details.

©2016 AT&T Intellectual Property. All Rights Reserved. AT&T, Globe logo, DIRECTV, and all other DIRECTV marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

We love to hear from our customers, but please don't reply to this email directly; replies to this email address cannot be answered. Click here to contact us for support.

**Payment Mailing Address**
If you choose to mail in your payment, include your account number and send to the following address: DIRECTV, LLC, Payment Center, PO Box 5007, Carol Stream, IL 60197-5007.

**Our Agreement**
You received your DIRECTV Customer Agreement with your order confirmation. Updates may be mailed periodically. Your Customer Agreement describes the terms and conditions upon which you accept our service. Please consult your Customer Agreement, which is also available at directv.com/agreement , for complete information about billing and payment on your account. FOR YOUR CONVENIENCE, WE WILL AUTOMATICALLY CHARGE YOUR CREDIT CARD OR DEBIT CARD ON FILE FOR ANY BILL AMOUNT LEFT UNPAID, PLUS ANY CANCELLATION FEES POSTED TO YOUR ACCOUNT, AND ANY APPLICABLE CANCELLATION AND EQUIPMENT NON-RETURN FEES IF YOU CANCEL YOUR DIRECTV SERVICE. IF WE ARE UNABLE TO RECOVER THE FULL BALANCE, WE WILL ATTEMPT TO RECOVER A PORTION OF THE MONIES DUE. YOU ARE STILL RESPONSIBLE FOR ANY UNPAID BALANCE.

**Questions About Your Bill**
Please call or write within 60 days of receiving your bill to avoid administrative late fees and possible disconnection of your service. We will make every effort to resolve claims informally and will not report your account as delinquent while your claim or dispute is under investigation. Any claims not so resolved may be resolved only through binding arbitration, as provided in the Customer Agreement. We reserve the right to process checks electronically and we may issue a draft against your account for the amount of the check if we cannot collect the funds at first presentment.

For immediate closed-captioning issues, call 1.800.DIRECTV, fax 303.483.6266 or email ClosedCaptions@directv.com. For formal inquiries, contact S. Abrams, Director: email ClosedCaptions@directv.com, call 310.964.1010, fax 303.483.6266 or mail to S. Abrams, Director Closed Captions, P.O. Box 6550, Greenwood Village, CO 80155-6550.

To see the information that prints on the back of our paper bill, please go to directv.com/backofbill