# EXHIBIT 15



# BILLING STATEMENT

**Account #:** 5294189
**Statement for:** MICHAEL HOLINKO
20 WOODVIEW DR
BELLE MEAD, NJ 08502-4647

**Statement Date:** 12/05/14
**Billing Period:** 12/04/14 to 01/03/15

## WHAT DO I OWE AND WHEN?

**AMOUNT PAID:** $181.35

**PAYMENT CHARGED ON:** 2014 December 5

## WHAT IS MY ACCOUNT OVERVIEW?

| | |
|---|---:|
| Previous Balance | $0.00 |
| Payments Received Since Last Bill | 0.00 |
| New Charges: | |
|    DIRECTV Channels | 138.46 |
|    DIRECTV Equipment Services | 38.00 |
|    Other Charges, Adjustments & Taxes | 4.89 |
|    Total New Charges | 181.35 |
| **Total Amount Due** | 181.35 |
| Payment Charged to Auto Bill Pay Credit Card | -181.35 |
| **CURRENT AMOUNT DUE** | $0.00 |

## WHAT CHANGED SINCE LAST MONTH?

Any changes to your account can be found in the Account Activity section of this bill.

## WHAT DO I NEED TO KNOW?

- Don't miss the Australian Open Experience Jan. 18-25. Tune to Ch. 701-707 for the most action from down under.

- Happy Holidays from DIRECTV! Create a holiday playlist with Pandora on your TV. Visit **directv.com/pandora** today.

   

BILLING INFO | It's easy to pay online | By mobile, text PAY to 21880* *Text msg rates may apply | View all Statements

---



| ACCOUNT NUMBER: | PAYMENT DUE: | TOTAL DUE: | PAYMENT AMOUNT: |
|---|---|---|---|
| 5294189 | None | $0.00 | No action required |

MICHAEL HOLINKO
20 WOODVIEW DR
BELLE MEAD, NJ 08502-4647

CONFIRMATION of Auto Bill Pay Enrollment by CREDIT CARD. Payment was charged on bill statement date. See above.

Please do not mail.

Kellogg Exhibit 15
Page 71

Account #: 5294189
Statement for: MICHAEL HOLINKO

| ACCOUNT ACTIVITY | |
|---|---|
| Billing Period: 12/04/14 to 01/03/15 | |
| **Payments** | |
| Previous Balance | $0.00 |
| BALANCE | 0.00 |
| **DIRECTV Channels** | |
| 1. CHOICE XTRA CLASSIC | 75.49 |
| 2. HBO | 17.99 |
| 3. DIRECTV HD EXTRA PACK | 4.99 |
| **Seasonal Sports Subscriptions** | |
| 4. NFL SUNDAY TICKET 2014 | 39.99 |
|    Early Renewal in 6 Payments (5 of 6) | |
| SUBTOTAL | 138.46 |
| **DIRECTV Equipment Services** | |
| 5. Watch DIRECTV on Multiple TVs | 18.00 |
|    4 TVs at $6 each; Save $6 off 1st TV | |
| 6. Advanced Receiver Service - HD | 10.00 |
| 7. Advanced Receiver Service - DVR | 10.00 |
| SUBTOTAL | 38.00 |
| **Other Charges, Adjustments & Taxes** | |
| 8. Regional Sports Fee | 3.63 |
| **Taxes** | |
| 9. Sales Tax | 1.26 |
| SUBTOTAL | 4.89 |
| **Total Amount Due** | **181.35** |
| Payment charged on 12/05/14 - VISA | -181.35 |
| **CURRENT AMOUNT DUE** | **$0.00** |



Referred customers must provide your DIRECTV account number when signing up for new service w/ qualifying package and 24-mo agreement at 1.855.216.4388. You and referred customer will each receive 10 nonrefundable/nontransferable bill credits of $10 each over 10 DIRECTV billing cycles. DIRECTV reserves sole right to modify, suspend or cancel program at any time without notice. Not combinable with other offers. Conditions apply. Visit directv.com/refer for details.

Programming, pricing, terms and conditions subject to change at any time. Hardware and programming available separately. Pricing is residential. © 2014 DIRECTV. DIRECTV and the Cyclone Design logo are registered trademarks of DIRECTV, LLC. All other trademarks and service marks are the property of their respective owners.

We love to hear from our customers, but please don't reply to this email directly; replies to this email address cannot be answered. To email us, please go to directv.com/email

To see the information that prints on the back of our paper bill, please go to directv.com/backofbill

**Our Agreement**
You received your DIRECTV Customer Agreement with your order confirmation. Updates may be mailed periodically. Your Customer Agreement describes the terms and conditions upon which you accept our service. Please consult your Customer Agreement, which is also available at directv.com/agreement , for complete information about billing and payment on your account. FOR YOUR CONVENIENCE, WE WILL AUTOMATICALLY CHARGE YOUR CREDIT CARD OR DEBIT CARD ON FILE FOR ANY BILL AMOUNT LEFT UNPAID, PLUS ANY CANCELLATION FEES POSTED TO YOUR ACCOUNT, AND ANY APPLICABLE CANCELLATION AND EQUIPMENT NON-RETURN FEES IF YOU CANCEL YOUR DIRECTV SERVICE. IF WE ARE UNABLE TO RECOVER THE FULL BALANCE, WE WILL ATTEMPT TO RECOVER A PORTION OF THE MONIES DUE. YOU ARE STILL RESPONSIBLE FOR ANY UNPAID BALANCE.

**Questions About Your Bill**
Please call or write within 60 days of receiving your bill to avoid administrative late fees and possible disconnection of your service. We will make every effort to resolve claims informally and will not report your account as delinquent while your claim or dispute is under investigation. Any claims not so resolved may be resolved only through binding arbitration, as provided in the Customer Agreement. We reserve the right to process checks electronically and we may issue a draft against your account for the amount of the check if we cannot collect the funds at first presentment.

For immediate closed-captioning issues, call 1-800-DIRECTV, fax 303-483-6266, or email ClosedCaptions@directv.com. For formal inquiries, contact L. Warren, Sr. Manager: ClosedCaptions@directv.com, call 310-964-1010, fax 303-483-6266 or mail to ClosedCaptions@directv.com, P.O. Box 6550 Greenwood Village, CO 80155-6550.