# EXHIBIT 24



# INVOICE

| ACCOUNT NUMBER | DATE DUE | AMOUNT DUE | INVOICE NUMBER |
|---|---|---|---|
| 001317009 | 12/26/14 | $843.97 | 24645152991 |

To contact us call 1-888-388-4249

## Summary

Statement Date: 12/07/14
Page 1 of 1 for:
THE MUCKY DUCK
**For Service at:**
ATTN: JASON BAKER
1315 9TH AVE
SAN FRANCISCO, CA 94122-2308

| | |
|---|---:|
| Previous Balance | 843.97 |
| Payments | -843.97 |
| Current Charges & Fees | 843.97 |
| Adjustments & Credits | 0.00 |
| Taxes | 0.00 |
| **Amount Due** | **$843.97** |

**DIRECTV Open For Business 24/7/365**

## Activity

| Start | End | Description | Amount |
|---|---|---|---:|
| | | Previous Balance | 843.97 |
| 11/21 | | Payment - Thank You | -843.97 |

**Current Charges for Service Period 12/06/14 - 01/05/15**

| Start | End | Description | Amount |
|---|---|---|---:|
| 12/06 | 01/05 | Xtra Pack 3of3 Monthly | 46.51 |
| 12/06 | 01/05 | Xtra Pack 2of3 Monthly | 12.99 |
| 12/06 | 01/05 | HD Access Monthly | 49.99 |
| 12/06 | 01/05 | Xtra Pack 1of3 Monthly | 74.49 |
| 12/06 | 01/05 | Xtra Pack Additional Outlet 9 | 135.00 |
| 12/06 | 01/05 | HD Business Pkge Monthly | 9.99 |
| 08/30 | 09/29 | NFL SUNDAY TICKET 2014 5-Pay Renewal | 0.00 |
| 10/17 | 11/16 | ESPN GamePlan 2014 3-Pay Renewal | 0.00 |
| 12/06 | 01/05 | Big Ten Monthly | 39.99 |
| 12/06 | 01/05 | Fox Soccer Plus Monthly | 100.00 |
| 12/06 | 01/05 | NHL CENTER ICE 2014-15 5-Pay Renewal | 149.80 |
| 12/06 | 01/05 | SEC Network Monthly | 39.99 |
| 12/12 | 01/11 | NBA LEAGUE PASS 2014-15 5-Pay Renewal | 177.23 |
| 04/30 | 05/29 | NFL SUNDAY TICKET HD 2014 | 0.00 |

**Fees**

| Start | End | Description | Amount |
|---|---|---|---:|
| 12/07 | | RSN Fee | 7.99 |

| | |
|---|---:|
| **AMOUNT DUE** | **$843.97** |

11

---

PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

| INVOICE NUMBER | DATE DUE | ACCOUNT NUMBER | AMOUNT DUE | PAYMENT ENCLOSED |
|---|---|---|---|---|
| 24645152991 | 12/26/14 | 001317009 | $843.97 | |

☐ Note my change of address on reverse side.
**DO NOT WRITE OTHER COMMENTS ON THIS FORM**

(415) 661-4340

To sign up for Auto Bill Pay, See Reverse.

Please do not send cash. Make check or money order payable to:

#BWNHPWR
#PPACAGPPI7#
------ manifest line ---------
THE MUCKY DUCK
ATTN: JASON BAKER
1315 9TH AVE
SAN FRANCISCO CA 94122-2308

DIRECTV
PO BOX 60036
LOS ANGELES CA 90060-0036

0000000000000000001317009 7 0028 00084397 00084397 2

## Important Information

Our electronic payment processing system does not read comments enclosed with your payment. Please do not write comments on the bottom of your bill or enclose correspondence with your payment.

### How to Contact Us

**PHONE:** 1.888.388.4249

**EMAIL:** directv.com/commercialemail

**U.S. MAIL:**
DIRECTV, LLC
Business Service Center
P.O. Box 5392
Miami, FL 33152-5392

### Commercial Viewing Agreement

You received your DIRECTV Commercial Viewing Agreement with your contract. The Commercial Viewing Agreement describes the terms and conditions upon which you accept our service. Please consult the Commercial Viewing Agreement for complete information about billing and payment on your account.

### Errors or Questions About Your Invoice

If you have a question about your invoice, please call or write to us as soon as possible. You must contact us within 60 days of receiving the invoice in question, and you must pay undisputed portions of the invoice by the due date in order to avoid an administrative late fee and possible disconnection of your service. We will not report your account as delinquent or take any action to collect the disputed amount while your dispute is under investigation. We will make every effort to resolve claims informally. Any claims not so resolved may be resolved only through binding arbitration, as provided in the Commercial Viewing Agreement.

### Returned Payment Fee

If your bank or other financial institution refuses to honor the payment, draft, order, item or instrument you submit to pay this bill, including electronic debits to debit cards and bank accounts, you may be assessed a returned payment fee of the lesser of $30.00 or the maximum amount permitted by applicable law.

**For immediate closed-captioning issues,** call 1.800.DIRECTV, fax 303.483.6266 or email ClosedCaptions@directv.com. For formal inquiries, contact L. Warren, Sr. Manager: email ClosedCaptions@directv.com, call 310.964.1010, fax 303.483.6266 or mail to Closed Captions, P.O. Box 6550, Greenwood Village, CO 80155-6550.

### Thank you for choosing DIRECTV.

Programming, pricing, terms and conditions subject to change at any time. DIRECTV services not provided outside the U.S. ©2014 DIRECTV. DIRECTV and the Cyclone Design logo are trademarks of DIRECTV, LLC. All other trademarks and service marks are the property of their respective owners.


DIRECTV.

**Sign up for one of these Auto Bill Pay options, then sign your name for authorization.**
Processing takes up to 6 weeks, so please pay this month's bill and retain a copy of this completed form for your records.

☐ **Checking Account Auto Bill Pay** *(Don't forget to sign your name below)*
I authorize DIRECTV and my financial institution to automatically deduct from the checking account as shown on my enclosed check all future payments for my DIRECTV bills. I may cancel this request by contacting DIRECTV. I understand the monthly amount may vary and I will receive notification of the date my checking account will be debited.

☐ **Credit/Debit Card Auto Bill Pay**  ☐ Visa  ☐ MasterCard  ☐ American Express  ☐ Discover Card

Card Number ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐  Exp. Date (MM/YYYY) ☐☐ ☐☐☐☐

I authorize DIRECTV to automatically charge my credit card or my debit card for my bill each month. By enrolling your card in Auto Bill Pay, you agree that you are authorizing DIRECTV to charge or debit your card automatically each month to pay the balance on your account. A valid credit card must remain on file.

Signature: _____  Date: _____

**Change My Billing Address to:**
(If you are moving your service location, call 1.888.388.4249.)

Street Address: _____

_____

City: _____

State: _____  ZIP: _____

New home phone: ( ___ ) _____