Michael E. Baumann (Bar No. 145830)
Melissa D. Ingalls (Bar No. 174861)
Robyn E. Bladow (Bar No. 205189)
Tammy A. Tsoumas (Bar No. 250487)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, California  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
michael.baumann@kirkland.com
melissa.ingalls@kirkland.com
robyn.bladow@kirkland.com
tammy.tsoumas@kirkland.com

*Attorneys for Defendants*
*DIRECTV, LLC and DIRECTV Holdings LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:   ALL ACTIONS | CASE NO. 2:15-ml-02668-BRO (JEMx)<br><br>**DECLARATION OF JULIANNE LUSAIN IN SUPPORT OF DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Judge: Hon. Beverly Reid O'Connell<br><br>Consolidated Amended Complaint Filed: June 24, 2016<br><br>Date:          December 12, 2016<br>Time:          1:30 p.m.<br>Courtroom:   14 |

I, Julianne Lusain, declare under penalty of perjury as follows:

1. I have been employed by DIRECTV, LLC ("DIRECTV") since 2005, and I currently hold the position of Project Manager in DIRECTV Customer Care. I am part of the DIRECTV team that has been responsible for working with outside vendors to send updated DIRECTV Customer Agreements and annual notifications to DIRECTV customers. In this position, I have become familiar with the policies, procedures, and automated systems used to provide DIRECTV Customer Agreements to those customers who receive their Customer Agreement via U.S. mail. The facts contained in this declaration are based on my personal knowledge and my review of DIRECTV corporate records, and I can testify competently to them if called upon to do so.

2. From time to time, DIRECTV updates the Customer Agreement that governs its relationship with its customers, and sends updated Customer Agreements for customers to review, and either accept or reject the updated terms. Since 2012, DIRECTV's policy and practice has been to provide updated Customer Agreements to its customers via e-mail, rather than to send the updated Customer Agreements by U.S. mail. I understand my colleague, Amanda Mitchell, will provide detailed information about the processes used to provide customers with updated Customer Agreements via e-mail. Although DIRECTV's policy is to e-mail customers about updated Customer Agreements whenever possible, there are some exceptions to this rule. For example, customers who have not provided DIRECTV with a valid e-mail address, or whose DIRECTV account privacy flag is set to "Do Not Receive E-Mail," receive their updated Customer Agreements by U.S. mail. Or, in the event an e-mail sending an updated Customer Agreement is not successfully delivered to a customer, the updated Customer Agreement will then be sent to the customer by U.S. mail.

3. Many DIRECTV customers receive their mailed updated Customer Agreements in their monthly billing statements. I understand my colleague Alisa

Kellogg will provide detailed information on the processes used to provide customers with updated Customer Agreements in their billing statements.  Some customers, however, receive their updated Customer Agreements in a separate, stand-alone envelope.  This occurs if the customer's account is serviced by one of the telecommunications companies ("telcos") that bundles their telephone and internet services with DIRECTV's satellite television services (making the customer a "joint bill" customer, *e.g.* a customer who bundles her phone and internet service with DIRECTV service and therefore receives billing statements from the telco entity).

4. For those customers that are to receive their Customer Agreement in a stand-alone envelope, the process works as follows.  DIRECTV's Business Analytics team runs a query in DIRECTV's electronic data warehouse to identify DIRECTV customers that do not have valid e-mail addresses associated with their DIRECTV accounts or that do not wish to receive communications from DIRECTV by e-mail.  The Business Analytics team then extracts certain data from DIRECTV's electronic billing system and compiles an electronic file containing these customers' account information, including their names, account numbers, and mailing addresses.  This electronic file, called the "load file," is then provided to Trackstar, a commercial printing and mailing company that is DIRECTV's vendor for the purpose of mailing hard copies of updated Customer Agreements to the joint-billed customers.  In my experience I have found Trackstar to be a reliable vendor.

5. Once Trackstar receives the load file, it runs this file through the National Change of Address Database, and then pre-sorts the list based on zip code.  This revised file, known as an "ink-jet file," is the file used to print the names and addresses of DIRECTV customers onto envelopes.  Once the names and addresses have been printed onto the envelopes, and the updated Customer Agreements have been inserted into the envelopes via Trackstar's automated system, the batch of

envelopes is provided to the United States Postal Service for delivery.

6. I have been asked to provide information about how Plaintiff Robert Lippincott (DIRECTV Account Number 052484761) received his updated 2012 Customer Agreement. Based on records created and kept in the ordinary course of business described above, I can confirm that Trackstar sent Mr. Lippincott a hard copy of the updated 2012 Customer Agreement.

7. In 2012, the e-mail address on file for Mr. Lippincott's account was karlalippincott100@gmail.com. Because this e-mail address was flagged as invalid in DIRECTV's system, Mr. Lippincott received his 2012 Customer Agreement by U.S. mail. And because Mr. Lippincott was a joint bill customer at that time, his updated Customer Agreement was sent in a stand-alone letter. I have confirmed with Trackstar that the 2012 Customer Agreement was mailed to Mr. Lippincott in April 2012. A true and correct copy of the updated 2012 Customer Agreement that was mailed to Mr. Lippincott is attached as Exhibit 1.

Executed on August 5, 2016, in El Segundo, California.

_____
JULIANNE LUSAIN

3
DECLARATION OF JULIANNE LUSAIN IN SUPPORT OF
DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS