# EXHIBIT 1



©2012 DIRECTV. DIRECTV and the Cyclone Design logo are trademarks of DIRECTV, LLC. All other trademarks and service marks are the property of their respective owners.