# EXHIBIT 5



**Dear DIRECTV Customer,**

We want you to be completely satisfied with your DIRECTV service. This includes letting you know when we update the terms of your service with DIRECTV and making sure you understand how we protect your privacy.

Please take a few moments to read our updated Customer Agreement and Privacy Policy. You can view the documents in English and Spanish. The updates will take effect June 24, 2014.

The Customer Agreement describes the terms and conditions of your DIRECTV Service, including payment and cancellation policies. Click here to view or print the Customer Agreement or to see a summary of changes.

DIRECTV is dedicated to protecting your privacy. The Privacy Policy explains how DIRECTV collects, uses, and discloses information about you when you subscribe to our services. Click here to view or print the Privacy Policy or to see a summary of changes.

Want to know more? Click here to see all of our Agreements & Policies.

Sincerely,
DIRECTV



**Manage Your Account Online**

View your programming, print your channel lineup, and more

**Learn More**



**YOUR EMAIL SUBSCRIPTION**
This email was sent to jrlusain@directv.com. DIRECTV reserves the right to contact you via email regarding your account. For details on how DIRECTV uses your information, please read our Privacy Policy.

To receive special offer emails from DIRECTV or change your email address, manage your email here.

To ensure delivery, add directv@directv.com & directv@cm.directv.com to your address book.

**QUESTIONS OR COMMENTS?**
Replies to this email address cannot be answered. For questions/concerns, email DIRECTV Customer Care here.

©2014 DIRECTV. DIRECTV and the Cyclone Design logo are trademarks of DIRECTV, LLC. All other trademarks and service marks are the property of their respective owners.