# EXHIBIT 7



This email was sent to MMStratton@DIRECTV.com. DIRECTV reserves the right to contact you via email regarding your account. For details on how DIRECTV uses your information, please read our Privacy Policy.

To receive special offer emails from DIRECTV or change your email address, manage your email here.

To ensure delivery, add directv@directv.com & directv@cm.directv.com to your address book.

**QUESTIONS OR COMMENTS?**
Replies to this email address cannot be answered. For questions/concerns, email DIRECTV Customer Care here.

©2015 DIRECTV. DIRECTV and the Cyclone Design logo are trademarks of DIRECTV, LLC. All other trademarks and service marks are the property of their respective owners.