Michael E. Baumann (Bar No. 145830)
Melissa D. Ingalls (Bar No. 174861)
Robyn E. Bladow (Bar No. 205189)
Tammy A. Tsoumas (Bar No. 250487)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
michael.baumann@kirkland.com
melissa.ingalls@kirkland.com
robyn.bladow@kirkland.com
tammy.tsoumas@kirkland.com

*Attorneys for Defendants*
*DIRECTV, LLC and DIRECTV Holdings LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | CASE NO. 2:15-ml-02668-BRO (JEMx)<br><br>**DECLARATION OF STEVEN MULLINS IN SUPPORT OF DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Judge: Hon. Beverly Reid O'Connell<br><br>Consolidated Amended Complaint Filed: June 24, 2016<br><br>Date:      December 12, 2016<br>Time:      1:30 p.m.<br>Courtroom: 14 |

I, Steven Mullins, declare under penalty of perjury that the following is true and correct:

1. I am Vice President and Associate General Counsel at DIRECTV. I have been employed by DIRECTV for approximately 11 years. My responsibilities at DIRECTV have included overseeing legal affairs for DIRECTV for Business®, which is DIRECTV's business unit for commercial subscribers (i.e., businesses like bars and restaurants that purchase DIRECTV's satellite television services for display in their places of business). As part of my role, I am one of the attorneys responsible for drafting and updating the DIRECTV Commercial Customer Agreement and interfacing with our other departments regarding the processes for notifying DIRECTV's commercial customers about the Commercial Customer Agreement. I am therefore familiar with how new and existing commercial customers receive the DIRECTV Commercial Customer Agreement. The facts contained in this declaration are based on my personal knowledge and my review of corporate records, and I can testify competently to them if called upon to do so.

**The DIRECTV Commercial Customer Agreement**

2. The DIRECTV Commercial Customer Agreement, which has also been referred to as the Commercial Viewing Agreement, is the principal agreement that governs the relationship between DIRECTV and its commercial subscribers. The Commercial Customer Agreement is available online for new, existing, and potential commercial subscribers to review at any time at www.directv.com/legal. The Customer Agreement sets forth the parties' rights and obligations, and explains the terms and conditions of subscribing to DIRECTV services.

3. Over the years, the process by which DIRECTV has provided the Commercial Customer Agreement to new commercial customers has changed. Currently, the Commercial Customer Agreement is provided to new commercial customers with their initial order confirmation letter or e-mail. I understand that one

1

of my colleagues will provide additional details about the order confirmation process for commercial customers.

    4.    Previously, before fall 2009, the DIRECTV Commercial Viewing Agreement was signed by new commercial customers. The signed agreements were then to be returned to DIRECTV by fax, and are currently archived in an electronic database.

    5.    Beginning with the November 2009 Commercial Viewing Agreement, commercial customers were no longer required to sign and return the Commercial Viewing Agreement. Instead, after receiving notice of the November 2009 Commercial Viewing Agreement, commercial subscribers accepted the terms of the Commercial Viewing Agreement by deciding to continue receiving DIRECTV service. The very first paragraph in the November 2009 Commercial Viewing Agreement informed customers in bold, capitalized letters that they either could reject its terms by immediately notifying DIRECTV and cancelling their service, or accept its terms by receiving service:

> **THIS DESCRIBES THE TERMS AND CONDITIONS OF YOUR RECEIPT AND PAYMENT OF DIRECTV® SERVICE AND IS SUBJECT TO ARBITRATION (SECTION 16). IF YOU DO NOT ACCEPT THESE TERMS, PLEASE NOTIFY US IMMEDIATELY AND WE WILL CANCEL YOUR SERVICE. IF YOU INSTEAD DECIDE TO RECEIVE OUR SERVICE, IT WILL MEAN THAT YOU ACCEPT THESE TERMS AND THEY WILL BE LEGALLY BINDING.**

A true and correct copy of the November 2009 Commercial Viewing Agreement is attached as Exhibit 1.

    6.    When DIRECTV issued the updated Commercial Viewing Agreement in November 2009, DIRECTV provided the updated agreement to all of its existing customers so that all of its commercial customers were receiving DIRECTV's service according to the same terms and conditions. To accomplish this, DIRECTV mailed all of its commercial customers a letter in March 2010 to notify them of the updated Commercial Viewing Agreement. A true and correct copy of the March 2010

notification letter is attached as Exhibit 2. The letter begins by stating that "DIRECTV for BUSINESS® would like to notify you that our Commercial Customer Viewing Agreement has been updated," and provides the address of the webpage where customers could review and download the November 2009 Commercial Viewing Agreement. The letter also explains that "[t]he Commercial Viewing Agreement describes the terms and conditions of your receipt and payment for the DIRECTV® service," and that "[y]our continued receipt of the DIRECTV service constitutes your acceptance of these terms and conditions."

7. The Commercial Customer Agreement was most recently updated in June 2014. A true and correct copy of the June 2014 Commercial Customer Agreement is attached as Exhibit 3. The updated June 2014 Commercial Customer Agreement was mailed or e-mailed to DIRECTV's existing commercial customers over a period between May and July 2014. I understand that one of my colleagues will provide additional information about the process DIRECTV used in 2014 to provide the updated agreement to DIRECTV's commercial customers.

Executed on this 4th day of March, 2016 in El Segundo, California.

Steven Mullins