# EXHIBIT 2



March 15, 2010

Dear DIRECTV Customer,

DIRECTV for BUSINESS® would like to notify you that our Commercial Customer Viewing Agreement has been updated.  The latest viewing agreement is now available online for your reference. You can access and download the viewing agreement at: www.directv.com/commercial_agreement.

The Commercial Viewing Agreement describes the terms and conditions of your receipt and payment for the DIRECTV® service.  Your continued receipt of the DIRECTV service constitutes your acceptance of these terms and conditions.

If you have any questions about this change, would like additional information regarding a customer's right to stop receiving DIRECTV service when such a change occurs or would like a hard copy mailed to you, please don't hesitate to call us at 1-888-200-4388.

We look forward to continuing to bring you the very best in sports, news and entertainment. Thank you for your business.

Sincerely,


DIRECTV Commercial Team

©2010 DIRECTV, Inc.  DIRECTV, the DIRECTV for BUSINESS logo are trademarks of DIRECTV, Inc