Michael E. Baumann (Bar No. 145830)
Melissa D. Ingalls (Bar No. 174861)
Robyn E. Bladow (Bar No. 205189)
Tammy A. Tsoumas (Bar No. 250487)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, California  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
michael.baumann@kirkland.com
melissa.ingalls@kirkland.com
robyn.bladow@kirkland.com
tammy.tsoumas@kirkland.com

*Attorneys for Defendants*
*DIRECTV, LLC and DIRECTV Holdings LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | CASE NO. 2:15-ml-02668-BRO (JEMx)<br><br>**DECLARATION OF KYLE WELLS IN SUPPORT OF DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Judge: Hon. Beverly Reid O'Connell<br><br>Consolidated Amended Complaint Filed: June 24, 2016<br><br>Date:        December 12, 2016<br>Time:       1:30 p.m.<br>Courtroom: 14 |
|---|---|

**DECLARATION OF KYLE WELLS IN SUPPORT OF**
**DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

I, Kyle Wells, declare under penalty of perjury that the following is true and correct:

1. I have been employed by DIRECTV, LLC ("DIRECTV") since 2000. I am currently Senior Director, Dispatch Optimization Center Operations. I have been in this position for approximately one year, and am working to develop and implement new dispatching technology for our installer network. Before that, I was Senior Director of Field Systems and Mobility, where I served as liaison between DIRECTV equipment installers and DIRECTV's information technology technicians. To fulfill my responsibilities in both these positions at DIRECTV, I have come to know and understand DIRECTV's policies and procedures relating to the installation of DIRECTV receiving equipment, including the process by which customer signatures are obtained on various documents at the time of installation. The facts contained in this declaration are based on my personal knowledge and review of DIRECTV's corporate records, and I can testify competently to them if called upon to do so.

2. To obtain DIRECTV television programming services, a potential DIRECTV subscriber must have the equipment necessary to receive DIRECTV's satellite signal installed in his or her home. After a potential residential customer places an order with DIRECTV, an installer visits the customer's home to install and activate the necessary DIRECTV receiving equipment. Installation may include activities such as mounting the satellite dish, routing cables, connecting the receiver boxes, connecting phone lines, connecting receivers to the internet, programming remote controls, and educating the customer. After installation is completed, DIRECTV activates the customer's receiving equipment, and the customer begins to receive programming.

3. If an existing DIRECTV customer wishes to upgrade or add equipment, an installer will again visit the customer's home and install the new equipment. Or, if

a customer experiences technical difficulties, an installer may visit the customer's home and may install new equipment, if needed.

4. The DIRECTV Equipment Lease Agreement ("ELA") sets forth the terms and conditions that accompany a customer's lease of the necessary DIRECTV receiving equipment. It is DIRECTV's policy for the equipment installers to bring the DIRECTV ELA to the customer's home and obtain the customer's signature agreeing to the terms of the ELA at the time of installation.

5. When DIRECTV first began leasing receiving equipment to its customers in 2006, DIRECTV required equipment installers to collect a signed hard copy of the ELA from each customer. Now, and for the last few years, installers electronically capture each customer's signature for the ELA using a cellular-enabled handheld device with a touch screen. Although the customer's signature is captured electronically, installers provide each customer with a hard copy of the ELA at the time of installation. If for any reason an installer cannot obtain an electronically captured signature, the installer will instead collect a signed hard copy of the ELA, in accordance with DIRECTV's original practices.

**Electronic Signature Capture**

6. The programs used to electronically capture customers' signatures have evolved over time. In September 2011, installers began using Intermec CN3 handheld devices running an application called Field Installation Signature Tracking Tool or "FISTT." FISTT has both an "online" mode for when the handheld device is connected to a cellular network, and an "offline" mode in case an installation is performed outside the range of a cellular network. To launch the FISTT application, the installer first logs in using a unique username and password. Once logged in, the installer can use the FISTT application to access information about their work orders, including scheduled activities, task lists, and the equipment needed to complete their orders that day.

7.    To capture signatures using FISTT, the installer accesses a screen, called the "Signature Status List," which allows the installer to access separate signature screens for each of the four signatures that may be obtained during installation: (1) the ELA; (2) the work order, which each customer must sign to confirm that the installation was completed; (3) the DIRECTV Protection Plan, for customers who wish to purchase DIRECTV's optional Protection Plan; and (4) landlord permission, for customers who need landlord permission before installing DIRECTV receiving equipment.

8.    After presenting the customer with the hard copy ELA, the installer accesses the ELA signature screen in the FISTT application, and then presents the handheld device to the customer for his or her signature. The top of the signature screen states "DIRECTV EQUIPMENT LEASE," and the customer signs below a hyperlink stating "I hereby agree to sign as per DIRECTV's terms and conditions." The hyperlink leads to a screen that provides a summary of the hard copy ELA that the installer handed to the customer:

> Lease Agreement: The Equipment Lease Agreement (ELA) provided to you has important terms and conditions regarding your lease of equipment. With your first bill, you will receive the DIRECTV Customer Agreement which together with the ELA, comprise the terms of your service agreement with DIRECTV. PLEASE BE SURE TO READ BOTH. They are also available at www.directv.com/legal.

9.    Attached as Exhibit 1 is a true and correct copy of a screenshot of the Terms and Conditions screen on the FISTT application. Once the customer signs the touch screen, the installer then clicks the "Accept" button displayed on the touch screen, which then saves the customer's signature. If the FISTT application is in online mode, the signature is automatically transmitted to DIRECTV's server via the cellular network. If the FISTT application is in offline mode, the saved signature is

sent to DIRECTV's server when the handheld device is back on a cellular network. The electronically captured signatures are then archived by DIRECTV for seven years.

10. In April 2013, DIRECTV began implementing a new application, Field Services Digital Signature ("FSDS"), on the Intermec CN3 handheld device. The FSDS application works much the same way as the FISTT application. After logging in using their unique usernames and passwords, installers can then access any of the four signature screens that may be necessary for installation.

11. As with the FISTT application, when collecting the customer's signature using the FSDS application, the installer first provides the customer with a hard copy of the ELA, then accesses the ELA signature screen and hands the customer the Intermec CN3 handheld device. The top of the signature screen states "DIRECTV LEASE AGREEMENT," the customer signs below a check box affirming "Yes, I hereby agree to sign as per DIRECTV's Terms and Conditions." The phrase "Terms and Conditions" is a hyperlink that leads to a screen that provides a summary of the hard copy ELA that the installer handed to the customer:

> The Equipment Lease Agreement (ELA) provided to you has important terms and conditions regarding your lease of equipment. With your order confirmation, you receive the DIRECTV Customer Agreement (or a link to the DIRECTV Customer Agreement if your order confirmation is received via email) which together with the ELA, comprise the terms of your service agreement with DIRECTV. PLEASE BE SURE TO READ BOTH. They are also available at www.directv.com/legal.

12. Attached as Exhibit 2 is a true and correct copy of a screenshot of the Terms and Conditions screen on the FSDS application. Once the customer signs the touch screen, the installer then clicks the "Accept" button displayed on the touch screen, which then saves the customer's signature. As with the FISTT application, if

4
DECLARATION OF KYLE WELLS IN SUPPORT OF
DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

the FSDS application is in online mode, the signature is automatically transmitted to DIRECTV's server via the cellular network. If the FSDS application is in offline mode, the saved signature is sent to DIRECTV's server when the handheld device is back on a cellular network. The electronically captured signatures are then archived by DIRECTV.

13. In July 2014, installers began using Samsung Galaxy Note tablets running an application called the Field Services Tech Passport ("FSTP"). The FSTP is similar to the other applications. Once logged in using their unique username and password, the installers can use the application to access information about their work orders and access separate signature screens for each of the four signatures that may be obtained during installation.

14. The top of the ELA screen states "Lease Agreement" above a box stating "I AGREE" and a sentence explaining, "I agree to DirecTV's Terms and Conditions." The FSTP application has the added function of allowing the customer to receive an e-mail confirmation of his or her signature by pressing a box on the screen that appears next to a sentence reading, "I want to receive an email confirmation for the agreements I've signed." Attached as Exhibit 3 is a true and correct copy of a screenshot of the first ELA screen on the FSTP application. As on the other applications, the highlighted words "Terms and Conditions" on the ELA screen act as a hyperlink to a summary of the hard copy ELA that the technician handed to the customer, which includes the following text:

> The Equipment Lease Agreement (ELA) provided to you has important terms and conditions regarding your lease of equipment. With your order confirmation, you receive the DIRECTV Customer Agreement (or a link to the DIRECTV Customer Agreement if your order confirmation is received via email) which together with the ELA, comprise the terms of your service agreement with DIRECTV.

5
DECLARATION OF KYLE WELLS IN SUPPORT OF
DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

PLEASE BE SURE TO READ BOTH. They are also available at www.directv.com/legal. Attached as Exhibit 4 are true and correct copies of screenshots of the Terms and Conditions screen as it appears in the FSTP application.

15. After clicking on the "I AGREE" button, the FSTP application then displays the signature capture screen. The customer then signs the signature capture screen and presses the "save" button to save the electronic signature. The electronically captured signature is then sent to DIRECTV's server to be archived by DIRECTV.

**Signed ELA's for Robert Lippincott**

16. I have been asked to review DIRECTV's business records and provide information about DIRECTV customer Robert Lippincott.

17. Plaintiff Robert Lippincott's (DIRECTV Account No. 52484761) DIRECTV receiving equipment was installed, and his DIRECTV service activated, on May 25, 2010. As a matter of DIRECTV policy and practice, Mr. Lippincott would have received and signed a hard copy of the ELA at that time, but DIRECTV has not been able to locate the copy of the 2010 ELA with Mr. Lippincott's signature. Attached as Exhibit 5 is a true and correct copy of the the 2010 ELA form.

18. According to DIRECTV's regularly-maintained business records, Mr. Lippincott's DIRECTV receiving equipment was upgraded during a service call on July 15, 2012, when he added a new HD-DVR receiver to his account. DIRECTV's records reflect that Mr. Lippincott provided two digital signatures during this service call: (1) a signature agreeing to the terms of the ELA; and (2) a signature confirming that the work was performed to the customer's satisfaction. Attached as Exhibit 6 is a true and correct copy of the signature captures that were obtained from Mr. Lippincott on July 15, 2012, and attached as Exhibit 7 is a true and correct copy of the hard copy DIRECTV ELA that would have been handed to Mr. Lippincott during his service call in July 2012. The ELA states in the first paragraph, "[t]he Customer Agreement,

6

DECLARATION OF KYLE WELLS IN SUPPORT OF
DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

together with this ELA, comprise the terms of your service agreement with DIRECTV. Please be sure to read and keep copies of both. They are also available at www.directv.com/legal." Under the heading "**ARBITRATION**," the ELA confirms the parties' agreement to arbitrate disputes:

> You and DIRECTV agree that both parties will resolve any dispute under this ELA, the DIRECTV Customer Agreement, or regarding your DIRECTV service, through binding arbitration as fully set forth in the DIRECTV Customer Agreement.

19. According to DIRECTV's regularly-maintained business records, Mr. Lippincott had components of his leased DIRECTV equipment replaced during a service call on July 29, 2015. DIRECTV's records reflect that Mr. Lippincott again provided two digital signatures during the service call: (1) a signature agreeing to the terms of the ELA; and (2) a signature confirming that the work was performed to Mr. Lippincott's satisfaction. Attached as Exhibit 8 is a true and correct copy of the signature captures that were obtained from Mr. Lippincott on July 29, 2015. And attached as Exhibit 9 is a true and correct copy of the hard copy DIRECTV ELA that would have been handed to Mr. Lippincott during this service call in July 2015. The 2015 ELA, like the 2012 ELA, states that "[t]he Customer Agreement, together with this ELA, comprise the terms of your service agreement with DIRECTV. Please be sure to read and keep copies of both. They are also available at www.directv.com/legal." Under the heading "**ARBITRATION**," the 2015 ELA confirms the parties' agreement to arbitrate disputes:

> You and DIRECTV agree that both parties will resolve any dispute under this ELA, the DIRECTV Customer Agreement, or regarding your DIRECTV service, through binding arbitration as fully set forth in the DIRECTV Customer Agreement.

20. According to DIRECTV's regularly-maintained business records, Mr. Lippincott moved his DIRECTV service and had equipment installed at his new

address during a service call on December 30, 2015. DIRECTV's records reflect that Mr. Lippincott again provided two digital signatures during the service call: (1) a signature agreeing to the terms of the 2015 ELA; and (2) a signature confirming that the work was performed to Mr. Lippincott's satisfaction. Attached as Exhibit 10 is a true and correct copy of the signature captures that were obtained from Mr. Lippincott on December 30, 2015.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of August, 2016 in Denver, Colorado.

_____
KYLE WELLS