# EXHIBIT 1

## Terms And Conditions

Lease Agreement: The Equipment Lease Agreement (ELA) provided to you has important terms and conditions regarding your lease of equipment. With your first bill, you will receive the DIRECTV Customer Agreement which together with the ELA, comprise the terms of your service agreement with DIRECTV. PLEASE BE SURE TO READ BOTH. They are also available at www.directv.com/legal. You



**Wells Exhibit 1
Page 10**

