# EXHIBIT 2






