# EXHIBIT 3

# Lease Agreement

## I Agree

I agree to DirecTV's Terms and Conditions.

 No — I want to receive an email confirmation for the agreements I've signed.

I refuse to sign this agreement.

**Wells Exhibit 3**
**Page 14**