# EXHIBIT 4

# Terms & Conditions

The Equipment Lease Agreement (ELA) provided to you has important terms and conditions regarding your lease of equipment. With your order confirmation, you receive the DIRECTV Customer Agreement (or a link to the DIRECTV Customer Agreement if your order confirmation is received via email) which together with the ELA, comprise the terms of your service agreement with DIRECTV. PLEASE BE SURE TO READ BOTH. They are also available at www.directv.com/legal.

I received the Lease Agreement and agree to the terms. I understand I do not own the equipment and may be charged fees if I do not return it when I stop being a customer. If I am a new customer or adding or upgrading equipment, I also understand I am agreeing to

  I want to receive an email confirmation for the agreements I've signed.

I refuse to sign this agreement.

Case 2:15-ml-02668-PSG-SK Document 171-52 Filed 08/08/16 Page 3 of 3 Page ID #:1938

# Terms & Conditions

They are also available at www.directv.com/legal.

I received the Lease Agreement and agree to the terms. I understand I do not own the equipment and may be charged fees if I do not return it when I stop being a customer. If I am a new customer or adding or upgrading equipment, I also understand I am agreeing to purchase programming for a specified period of time or pay an early cancellation fee. Disputes are subject to arbitration.

**I Agree**

  I want to receive an *email* confirmation for the agreements I've signed.

I refuse to sign this agreement.

Wells Exhibit 4
Page 17