# EXHIBIT 5

8810013039

1A ☐

1A ☐

The SRC Group, Inc. 7138917

# DIRECTV EQUIPMENT LEASE ADDENDUM

☐ Check here if you are a <u>new</u> DIRECTV customer

☐ Check here if you are a <u>current</u> DIRECTV customer obtaining one or more additional DIRECTV receiver(s)

Thank you for choosing DIRECTV. By signing this Equipment Lease Addendum, you agree to abide by the following terms and conditions. You wish to lease from DIRECTV, and DIRECTV is willing to lease to you, one or more DIRECTV new or reconditioned receivers, hereinafter collectively referred to as the "equipment," necessary to access DIRECTV's services. The term "equipment" does not include the dish and cabling. **THIS EQUIPMENT LEASE ADDENDUM CONTAINS THE TERMS AND CONDITIONS FOR THE LEASE BY DIRECTV OF THE DIRECTV EQUIPMENT TO YOU, BUT MUST BE READ TOGETHER WITH THE DIRECTV CUSTOMER AGREEMENT (A COPY OF WHICH IS PROVIDED TO YOU WITH YOUR FIRST BILL AND IS AVAILABLE AT WWW.DIRECTV.COM /LEGAL) FOR ALL OF THE TERMS AND CONDITIONS REGARDING THE PROVISION OF THE SERVICES AND YOUR RIGHT TO USE THE DIRECTV EQUIPMENT. YOU UNDERSTAND AND AGREE THAT YOU HAVE NOT PURCHASED THE DIRECTV EQUIPMENT, YOU DO NOT OWN THE DIRECTV EQUIPMENT AND THE DIRECTV EQUIPMENT MUST BE USED AND RETURNED TO DIRECTV STRICTLY IN ACCORDANCE WITH THE TERMS OF THIS EQUIPMENT LEASE ADDENDUM AND THE DIRECTV CUSTOMER AGREEMENT.**

**PROGRAMMING AGREEMENT.** Within 30 days of provision of DIRECTV equipment to you, or on the date that the professional installer has installed or is prepared to install your DIRECTV equipment, whichever is sooner, you agree to activate each and every DIRECTV Receiver ordered by you or provided to you with any DIRECTV® base programming package (valued at $29.99 per mo. or above); Jadeworld; or any qualifying international service bundle, which bundle shall include either the BASIC CHOICE programming package (valued at $19.99 per mo.) or the PREFERRED CHOICE™ programming package (valued at $38.99 per mo.) together with any WorldDirect™ international-language service. DVR service activation ($7/mo.) required for DVR leases; HD Access fee ($10/mo.) required for HD receiver leases; and, both DVR service and HD Access fee payment required for HD DVR leases.

**PROGRAMMING TERM.** For a new DIRECTV customer, the programming package(s) must be maintained for a period of not less than twenty-four (24) consecutive months. For a current DIRECTV customer, the programming package(s) must be maintained for a period of not less than (a) twelve (12) consecutive months for accounts with only standard receiver(s), or (b) twenty-four (24) consecutive months for accounts with advanced product(s)/receiver(s) (DVR, HD, or HD DVR, including additional DIRECTV receiver(s)). After you have fulfilled your agreement to the required programming package(s), you are not obligated to continue your subscription to DIRECTV programming for any specific duration. Current DIRECTV customers may activate additional receivers with their existing DIRECTV programming package. **THIS AGREEMENT TO MAINTAIN PROGRAMMING IS SEPARATE AND DIFFERENT FROM ANY OTHER YOU MAY HAVE MADE WITH DIRECTV AND IS FULLY ENFORCEABLE UNDER THESE TERMS.**

**MONTHLY LEASE FEE.** For a new DIRECTV customer, you will be charged a monthly lease fee in the amount of $5 per 2nd and each additional receiver leased by you in your household. For a current customer, you will be charged a monthly fee in the amount of $5 for each receiver leased by you in your household, unless you replace all of your owned equipment with leased equipment, in which case, the monthly lease fee will be waived for the 1st receiver. Applicable taxes will apply. **LEASE FEE SUBJECT TO CHANGE AT ANY TIME.**

**CARE OF EQUIPMENT.** You are responsible for the loss of or any damage to the DIRECTV equipment that you have leased from DIRECTV. You shall have no right to sell, give away, transfer, pledge, mortgage, remove, relocate, alter or tamper with the DIRECTV equipment at any time. **DIRECTV PROVIDES YOU THE DIRECTV EQUIPMENT <u>AS IS</u>, AND MAKES NO WARRANTY, EITHER EXPRESSED OR IMPLIED, REGARDING THE DIRECTV EQUIPMENT PROVIDED TO YOU. ALL SUCH WARRANTIES INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE EXPRESSLY EXCLUDED. DIRECTV IS NOT RESPONSIBLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES RELATING TO THE DIRECTV EQUIPMENT PROVIDED TO YOU.** In the event the DIRECTV equipment you have leased from DIRECTV does not operate, contact DIRECTV at 1-800-531-5000.

**CONSEQUENCES OF YOUR FAILURE TO ACTIVATE PROGRAMMING OR MAINTAIN YOUR PROGRAMMING.** If you fail to activate all of your DIRECTV equipment in accordance with this Equipment Lease Addendum, you agree that DIRECTV or an authorized DIRECTV Retailer may charge you a fee, as liquidated damages, of $150 for each receiver that is not activated. For a new DIRECTV customer, if you fail to maintain your minimum programming of 24 months, you agree that DIRECTV may charge you a prorated fee of $480. For a current DIRECTV customer, if you fail to maintain your minimum programming of 12 months for standard receivers and 24 months for advanced receivers, you agree that DIRECTV may charge you a prorated fee of $240 for standard receivers and $480 for advanced products/receivers (e.g., DVR, HD, HD DVR, etc.).

**RETURN OF DIRECTV EQUIPMENT.** If you cease to be DIRECTV's customer for any reason (whether voluntarily or involuntarily) or if you decide to disconnect/cancel/terminate your DVR service or HD Access fee (if you are leasing a DVR or HD Receiver, respectively), you must call DIRECTV within seven (7) days after the termination of your DIRECTV programming services, DVR service or HD Access fee, as applicable, to obtain information from DIRECTV necessary to arrange for a ground or air freight service to pick up and deliver all of your DIRECTV equipment to DIRECTV. You acknowledge that the DIRECTV equipment belongs to DIRECTV and the DIRECTV equipment, including the access card inserted into each receiver, must be returned to DIRECTV in good working order, normal wear and tear excepted. In the event that all of the DIRECTV equipment is not returned to DIRECTV within twenty-one (21) days of the termination of your DIRECTV programming services or is damaged when it is returned to DIRECTV, you agree to pay DIRECTV the sum of $45 per each DIRECTV standard receiver; $175 for each DIRECTV DVR Receiver; $125 for each DIRECTV HD Receiver; or $250 for each DIRECTV HD DVR Receiver that is not returned to DIRECTV or that is damaged when it is returned to DIRECTV as compensation for a portion of the expenses incurred by DIRECTV in establishing your account and providing you the DIRECTV equipment for your use. Visit DIRECTV.com or call 1-800-531-5000 for details.

**ARBITRATION.** You and DIRECTV agree that both parties will resolve any dispute arising under this Equipment Lease Addendum, the DIRECTV Customer Agreement or any other addendum thereto, or regarding your DIRECTV programming service, through binding arbitration as fully set forth in the DIRECTV Customer Agreement.

BY SIGNING BELOW, I HEREBY AUTHORIZE AND AGREE THAT DIRECTV MAY, AT ITS SOLE OPTION, CHARGE THE FEES DESCRIBED HEREIN. I WARRANT THAT I AM 18 YEARS OLD OR OLDER AND THAT ALL INFORMATION SUPPLIED BY OR ABOUT ME IS ACCURATE. I HAVE READ AND AGREE TO THE ABOVE TERMS AND CONDITIONS.

Customer Signature _____ Print Name _____ Date _____

White copy: HSP Office    Yellow copy: Customer
CIA (02/10)                                                                                                                    2010 DIRECTV, Inc.

8810013039    B-3A

B-3A

The SRC Group, Inc. 7138917

## CLÁUSULA ADICIONAL DE EQUIPO DE ARRENDAMIENTO DE DIRECTV

☐ Marque aquí si usted es un <u>nuevo</u> cliente de DIRECTV
☐ Marque aquí si usted es un cliente <u>actual</u> de DIRECTV obteniendo uno o más receptor(es) adicional(es) de DIRECTV

Gracias por escoger a DIRECTV. Al firmar esta Cláusula Adicional de Equipo de Arrendamiento, usted se compromete a cumplir con los siguientes términos y condiciones. Usted desea arrendar equipo de DIRECTV y DIRECTV está dispuesto a arrendarle a usted, uno o más receptores nuevos o reacondicionados, más adelante referido como "equipo," necesario a acceder a los servicios de DIRECTV. El termino "equipo" no incluye plato satelital y/o cables. **ESTA CLÁUSULA CONDICIONAL DE EQUIPO DE ARRENDAMIENTO CONTIENE LOS TÉRMINOS Y CONDICIONES PARA EL ARRENDAMIENTO POR DIRECTV DEL EQUIPO DE DIRECTV PARA USTED, PERO DEBE SER LEIDO JUNTO CON EL ACUERDO DEL CLIENTE DE DIRECTV (UNA COPIA QUE SE LE PROVEE CON SU PRIMERA FACTURA Y ESTÁ DISPONIBLE EN WWW.DIRECTV.COM/LEGAL) PARA TODOS LOS TÉRMINOS Y CONDICIONES CON RESPECTO A LAS PROVISIONES DE SERVICIOS Y SU DERECHO DE UTILIZAR EL EQUIPO DE DIRECTV. USTED COMPRENDE Y ESTÁ DE ACUERDO QUE NO HA COMPRADO EL EQUIPO DE DIRECTV, NO ES DUEÑO DEL EQUIPO DE DIRECTV Y EL EQUIPO DE DIRECTV TIENE QUE SER UTILIZADO Y REGRESADO A DIRECTV RIGUROSAMENTE EN ACUERDO CON LOS TÉRMINOS DE ESTA CLÁUSULA ADICIONAL DE ARRENDAMIENTO DE EQUIPO Y EL ACUERDO DEL CLIENTE DE DIRECTV.**

**CONVENIO DE PROGRAMACIÓN.** En el plazo de 30 días de provisión de equipo DIRECTV a usted, o en la fecha en la que el instalador professional ha instalado o está preparado para instalar su equipo DIRECTV, lo que ocurra primero, usted esta de acuerdo en activar todos y cada uno de los receptores de DIRECTV ordenados por usted o provistos por usted con cualquiera de los paquetes de programación base de DIRECTV® (Valorado en $29.99 por mes o más) o cualquier servicio internacional, que incluye el paquete de programación BASIC CHOICE (Valorado en $19.99 por mes) o el paquete de programación PREFERRED CHOICE™ (Valorado en $38.99 por mes) junto con cualquier servicio de lenguas internacionales WorldDirect™. Activación de servicio DVR ($7 por mes) requerido por arrendamientos de sistemas DVR; el cargo por HD ACCESS ($10 al mes) es requerido por arrendamiento de equipo receptor HD; y ambos cargos por DVR Service y HD Access son requeridos por arrendamiento de equipo receptor HD DVR. En ciertos mercados, la programación y precios pueden variar. **LA PROGRAMACIÓN DE DIRECTV Y PRECIOS SUJETOS A CAMBIO EN CUALQUIER MOMENTO.**

**CONDICIONES DE PROGRAMACIÓN.** Para un cliente nuevo de DIRECTV, el/los paquetes de programación tienen que ser mantenidos por un periodo de no menos de veinticuatro (24) meses consecutivos. Para un cliente actual de DIRECTV, el/los paquetes de programacion deben ser mantenidos por lo menos por doce (12) meses consecutivos para cuentas que incluyen receptor (es) estádar, o (b) veinticuatro (24) meses consecutivos para cuentas que incluyen productos de tecnología avanzada/receptores (DVR, HD, or HD DVR, incluyendo receptores adicionales de DIRECTV). Después que usted haya cumplido con su acuerdo al los paquete(s) de programación requerido, usted no está obligado en continuar su suscripción de programación a DIRECTV por cualquier duración específica. Los clientes actuales de DIRECTV pueden activar receptores adicionales con su paquete de programación de DIRECTV actual. **ESTE CONVENIO DE PROGRAMACIÓN ES APARTE Y DISTINTO DE CUALQUIER OTRO CONVENIO DE PROGRAMACIÓN QUE USTED HAYA HECHO CON DIRECTV Y ES COMPLETAMENTE APLICABLE BAJO ESTOS TÉRMINOS.**

**CUOTAS DE ARRENDAMIENTO MENSUAL.** Para nuevos clientes de DIRECTV, a usted se le cobrará una cuota de arrendamiento mensual por cantidad de $5 por el segundo y cada receptor adicional arrendado en su hogar. Para clientes actuales, se le cobrará una cuota mensual por cantidad de $5 por cada receptor arrendado por usted en su hogar, al menos que remplace todo su equipo del cual es dueño con equipo de arrendamiento, en tal caso, la cuota mensual de arrendamiento será anulada por el primer receptor. Aplican impuestos. **LAS CUOTAS DE ARRENDAMIENTO ESTÁN SUJETOS A CAMBIO EN CUALQUIER MOMENTO.**

**CUIDADO DE EQUIPOS.** Usted se hace responsable por cualquier pérdida o daño al equipo de DIRECTV que usted ha arrendado de DIRECTV. Usted no tendrá el derecho de vender, dar, transferir, empeñar, hipotecar, remover, re-localizar, alterar o interferir con el equipo de DIRECTV en cualquier momento. **DIRECTV LE PROVEE A USTED EL EQUIPOSDE DIRECTV TAL Y COMO ES, SIN NINGUNA GARANTÍA, YA SEA EXPRESA O IMPLÍCITA, ACERCA DEL EQUIPO DE DIRECTV PROVEIDO A USTED. TALES GARANTÍAS INCLUYEN, SIN LIMITACIÓN, LAS GARANTÍAS IMPLICADAS DE COMERCIALIZACIÓN Y CAPACITADAS PARA UN PROPÓSITO EN PARTICULAR, ESTÁN EXPRESAMENTE EXCLUIDAS. DIRECTV NO SE HACE RESPONSABLE POR CUALQUIER DAÑO CONSECUENCIAL O INCEDENTAL RELACIONADO AL EQUIPO PROVISTO A USTED POR DIRECTV.** En caso de que el equipo que usted haya arrendado de DIRECTV no funcione, comuníquese con DIRECTV al 1-800-531-5000.

**LAS CONSECUENCIAS DE NO ACTIVAR LA PROGRAMACIÓN O DE NO MANTENER SU CONVENIO PROGRAMACIÓN.** Si usted no pone en DIRECTV imponga un cargo, como daños de liquidación, de $150 dólares por cada receptor que no esté activado. Para un nuevo cliente de DIRECTV, si usted no mantiene su programación por un mínimo de 24 meses, usted acuerda que DIRECTV podría cargarle $480 dólares. Para un cliente activo de DIRECTV, su usted no cumple con el convenio mínimo de 12 meses por los receptores estándares o el contrato mínimo de 24 meses por los receptores avanzados, usted esta de acuerdo de que DIRECTV le cobrará un cargo prorrateado de $240 dólares por el receptor estándar y $480 dólares por los productos/receptores avanzados (por ejemplo, DVR, HD, HD DVR, etc.).

**REGRESO DE EQUIPO DE DIRECTV.** Si usted deja de ser cliente de DIRECTV por cualquier razón (ya sea voluntaria o involuntariamente) o si usted decide desconectar/cancelar/terminar su servicio de DVR (si está arrendando un receptor DVR), usted debe llamar a DIRECTV dentro de 7 días después de la terminación de los servicios de programación de DIRECTV, o servicios de DVR, como sean aplicables, para obtener información de DIRECTV necesaria para arreglos de servicios de envío por flete aéreo o por tierra para recoger y entregar todo su equipo de DIRECTV a DIRECTV. Usted reconoce que el equipo de DIRECTV pertenece a DIRECTV y que el equipo de DIRECTV, incluyendo la tarjeta de acceso incluida en cada receptor tiene que ser regresado a DIRECTV en buena condición de operación, uso normal es de esperar. En el evento de que todo el equipo de DIRECTV no sea regresado a DIRECTV en buena condición dentro de veintiuno (21) dias de la terminación de sus servicios de programación de DIRECTV o si esta dañado cuando se regrese a DIRECTV, usted está de acuerdo en pagarle a DIRECTV la cantidad de $45 US por cada receptor estándar de DIRECTV; $175 US por cada receptor con DVR de DIRECTV; $125 US por cada receptor de HD de DIRECTV; o $250 US por cada receptor HD DVR de DIRECTV que no se regrese a DIRECTV o que esté dañado cuando se regrese a DIRECTV como compensación por una porción de gastos contraídos por DIRECTV en establecer su cuenta y proveerle el equipo de DIRECTV para su uso. Para detalles visite DIRECTV.com/legal o llame al 1-800-531-5000.

**ARBITRAJE.** Usted y DIRECTV están de acuerdo que ambas partes resolverán cualquier disputa que surja bajo esta Cláusula Adicional de Arrendamiento de Equipos, el acuerdo del Cliente de DIRECTV o cualquier otra cláusula adicional a ella, o con respecto a su servicio de programación de DIRECTV, a través del arbitraje vinculante como se ha puesto plenamente en el acuerdo del cliente de DIRECTV.

AL FIRMAR ABAJO, AUTORIZO Y CONSIENTO QUE LA DIRECTIVA PUEDE, A SU SOLA ACCIÓN, CARGAR LAS CUOTAS DESCRITOS AQUÍ. AFIRMO QUE TENGO 18 AÑOS O MÁS Y QUE TODA LA INFORMACIÓN SUMINISTRADA POR O SOBRE MÍ ES PRECISA Y VERDADERA. HE LEÍDO Y CONSIENTO A LAS CONDICIONES Y TÉRMINOS INDICADOS ARRIBA.

Firma del Cliente _____ Escriba su nombre a imprenta _____ Fecha _____

White copy: HSP Office   Yellow copy: Customer
Copia blanca: Oficina de HSP Copia amarilla: Cliente
CIA (02/10)                                                                                        2010 DIRECTV, Inc.