# EXHIBIT 6

# SIGNATURE CAPTURE REPORT



| Company: | DIRECTV HOME SERVICES | **Customer Information** | | | |
|---|---|---|---|---|---|
| Tech ID: | DVCA428934 | Name: | LIPPINCOTT, ROB | Account #: | 52484761 |
| Service Region: | CA79 | Address Line 1: | 369 SUMMER RAIN DR | Order Type: | Sales Order |
| | | Address Line 2: | | | |
| Earliest Start: | 07/15/2012 07:00 PM | City, State, Zip: | WINDSOR, CA  95492- | Sub Type: | Upgrade |
| Planned Start: | 07/15/2012 07:20 PM | | | SR Sub Area: | Upgrade |
| Due: | 07/15/2012 11:00 PM | Primary Phone Number: | (707)836-0599 | Order Class: | Upgrade |
| Dwelling: | Residential | Secondary Phone Number: | ()- | Duration: | 80 |
| OMS Order ID: | 168915746 | MAS Programming: | N | Status: | Closed |
| Property ID: | 1746416 | Priority: | 3-Normal | Activity #: | 1-15G4VWAL |
| | | Partner: | | | |

Lease Agreement:

The Equipment Lease Agreement (ELA) provided to you has important terms and conditions regarding your lease of equipment. With your order confirmation, you receive the DIRECTV Customer Agreement (or a link to the DIRECTV Customer Agreement if your order confirmation is received via email) which together with the ELA, comprise the terms of your service agreement with DIRECTV. PLEASE BE SURE TO READ BOTH. They are also available at www.directv.com/legal.

I received the Lease Agreement and agree to the terms.  I understand I do not own the equipment and may be charged fees if I do not return it when I stop being a customer.  If I am a new customer or adding or upgrading equipment, I also understand I am agreeing to purchase programming for a specified period of time or pay an early cancellation fee.

Signature:

**Date:**  07/15/2012

Work Order Completion:

   I hereby acknowledge that my DIRECTV System, as ordered, has been installed to my satisfaction.

Signature:

**Date:**  07/15/2012

| Company: | DIRECTV HOME SERVICES | **Customer Information** | | | |
|---|---|---|---|---|---|
| Tech ID: | DVCA440884 | Name: | LIPPINCOTT, ROB | Account #: | 52484761 |
| Service Region: | CA79 | Address Line 1: | 369 SUMMER RAIN DR | Order Type: | Service Order |
| | | Address Line 2: | | | |
| Earliest Start: | 07/29/2015 03:00 PM | City, State, Zip: | WINDSOR, CA  95492-802969 | Sub Type: | Service |