# EXHIBIT 7

# DIRECTV EQUIPMENT LEASE AGREEMENT

☐ Check here if you are a <u>new</u> DIRECTV customer

☐ Check here if you are <u>current</u> DIRECTV customer upgrading, adding or replacing boxes

Thanks for choosing DIRECTV! This Equipment Lease Agreement (ELA) has important terms and conditions regarding your lease of equipment. By "equipment," we mean the receiver or "box," access card in the box, and remote control (not the dish and/or cabling). You received the DIRECTV Customer Agreement with your DIRECTV Order Confirmation. The Customer Agreement, together with this ELA, comprise the terms of your service agreement with DIRECTV. Please be sure to read and keep copies of both. They are also available at www.directv.com/legal.

You understand and agree that you did not buy the equipment, do not own the equipment, and must use and return the equipment as explained in your service agreement with DIRECTV. The equipment you lease may be new or reconditioned.

**PART ONE:**
Part One of this agreement only applies to new customers, or to our existing customers who decide to upgrade or add an additional box (or boxes) to their account. **If you received this agreement in connection with simply replacing like for like boxes (e.g., standard definition for standard definition, HD for HD), please skip to Part Two below, which applies to all customers.**

<u>PROGRAMMING AGREEMENT AND TERM</u>. To keep costs down for you, we provide dishes and standard installation at reduced or no cost. In exchange, we ask that you remain a customer for a specified period of time. Specifically, you agree that within 30 days of getting DIRECTV equipment (either provided to you or installed professionally), you will activate your boxes and subscribe to a base level of programming valued at $29.99/mo or above, which may consist of a DIRECTV base programming package (English or Spanish language); Jadeworld; OR, a qualifying international-language a la carte service bundled with either BASIC CHOICE or PREFERRED CHOICE. If you do not activate each box, you agree that DIRECTV or the authorized retailer from whom you obtained the equipment may charge you $150 per box as liquidated damages. **You agree to continuously maintain the minimum level of programming with us as follows: New customers: 24 consecutive months. Existing customers: 24 consecutive months for DVR, HD and/or HD-DVR boxes, or 12 consecutive months for standard boxes.** If you selected an HD-DVR, you agree to pay a monthly advanced receiver-whole home fee ($20/mo.).If you selected an HD receiver, you agree to pay a monthly advanced receiver-HD fee ($10/mo). If you selected a DVR receiver, you agree to pay a monthly advanced receiver-DVR fee ($8/mo). If you selected a TiVo® HD DVR from DIRECTV (except for model HR10-250) you agree to pay a monthly advanced receiver-TiVo fee ($20/mo) and a monthly TiVo fee ($5/mo.).
THIS AGREEMENT TO MAINTAIN PROGRAMMING IS SEPARATE AND DIFFERENT FROM ANY OTHER YOU MAY HAVE MADE WITH DIRECTV AND IS FULLY ENFORCEABLE UNDER THESE TERMS.

<u>EARLY CANCELLATION FEE</u>. If you do not maintain your base level of programming for the full term, we will charge you an early cancellation fee. The maximum fee is $480 for new customers, $480 for existing customers with DVR, HD and/or HD-DVR boxes, or $240 for existing customers with only standard boxes. We prorate the fee, so for each month you've fulfilled your programming term agreement, we deduct $20 from the fee (i.e., if you have fulfilled 14 mos. of a 24 mo. agreement, your ECF would be $480 - $20 x 14, or $200). We reserve the right to charge this fee to the credit or debit card you have on file with us. We do not charge an ECF if you decide to cancel your DVR Service or HD Access early, so long as you maintain the base level of programming. However, upon cancellation of DVR Service and/or HD Access, you are required to return the equipment used in connection with these services to DIRECTV as described in Part Two below.

**PART TWO:**
<u>MONTHLY FEES FOR ADDITIONAL BOXES AND/OR ENABLED TV'S.</u> There is no additional monthly fee for one box. If you have 2 boxes and/or an enabled TV, the fee is $6/mo. For the 3rd and each additional box and/or enabled TV on your account you are charged an additional fee of $6. /mo. per box and/or enabled TV. Sales, use or other taxes may apply. Fees are subject to change at any time.

<u>WARRANTY DISCLAIMER</u>. You are responsible for the loss of, damage to or the entire cost of any necessary service or repair of the leased DIRECTV equipment. You have no right to sell, give away, transfer, pledge, mortgage, alter or tamper with the equipment. DIRECTV PROVIDES THE EQUIPMENT AS IS AND WITH ALL FAULTS. YOU BEAR THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE EQUIPMENT. DIRECTV MAKES NO WARRANTY, EITHER EXPRESS OR IMPLIED, REGARDING THE EQUIPMENT PROVIDED TO YOU. ALL SUCH WARRANTIES, INCLUDING WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE EXPRESSLY EXCLUDED UNLESS OTHERWISE PROHIBITED BY YOUR STATE'S LAW. DIRECTV IS NOT RESPONSIBLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES RELATING TO THE EQUIPMENT PROVIDED TO YOU.

<u>CUSTOMER SERVICE</u>. In the event your leased equipment does not operate, please contact DIRECTV at 1-800-531-5000.

<u>EQUIPMENT RETURN, NON-RETURN FEES</u>. If you cease to be our customer (whether voluntarily or involuntarily), you must contact DIRECTV within 7 days of termination of your base level of programming to arrange for an equipment return kit or kits, and instructions on how to return your leased equipment (boxes, access cards and remotes). Leased equipment must be returned in good working order, normal wear and tear excepted. If we haven't received your equipment within 21 days of termination of your base level of programming, or if the equipment is returned in damaged condition, we will charge you $45 for each standard box, $175 for each DVR box, $125 for each HD box, and $250 for each HD-DVR, so please promptly attend to your equipment return. We reserve the right to charge these fees to the credit or debit card you have on file with us. If you are leasing a DVR, HD or HD-DVR box and decide to terminate DVR service or HD Access or both, as applicable, you agree to return that advanced equipment (and replace with standard box(es) if you are not terminating your base level of programming), in accordance with this paragraph or we will you charge you the stated fees. Visit DIRECTV.com or call 1-800-531-5000 for details.

<u>ARBITRATION</u>. You and DIRECTV agree that both parties will resolve any dispute under this ELA, the DIRECTV Customer Agreement, or regarding your DIRECTV service, through binding arbitration as fully set forth in the DIRECTV Customer Agreement.

<u>AUTOMATIC PAYMENT REAUTHORIZATION</u>. If you enrolled in auto-bill pay when signing up for service over the phone or through a retailer, by signing below, you confirm and reauthorize automatic payments for your DIRECTV service to the credit or debit card or bank account that you selected.

BY SIGNING I AUTHORIZE AND AGREE THAT DIRECTV MAY, AT ITS SOLE OPTION, CHARGE THE FEES DESCRIBED HEREIN. I WARRANT THAT I AM 18 YEARS OLD OR OLDER AND THAT ALL INFORMATION SUPPLIED BY OR ABOUT ME IS ACCURATE. I AGREE TO THE ABOVE TERMS AND CONDITIONS.

Customer Signature _____  Print Name _____  Date _____

White copy: HSP Office    Yellow copy: Customer
CLA (0312)                                                           2012 DIRECTV, Inc.

1A ☐

1A ☐

# CONTRATO DE LOCACIÓN DE EQUIPOS DE DIRECTV

☐ Tilde aquí si usted es un cliente nuevo de DIRECTV

☐ Tilde aquí si usted ya es cliente de DIRECTV y está actualizando equipos, agregando o remplazando decodificadores

¡Muchas gracias por elegir DIRECTV! El presente Contrato de Locación de Equipos (CLA) establece términos y condiciones importantes sobre los equipos que usted recibe en locación. En este contrato, el término "equipos," nos referimos al receptor o "decodificador," a la tarjeta de acceso del decodificador, y al control remoto (no nos referimos ni al plato de la antena ni al cableado). Usted recibió el Contrato con el Cliente de DIRECTV conjuntamente con su Confirmación de Pedido de DIRECTV. Tanto el Contrato con el Cliente como el presente CLA estipulan los términos de su acuerdo de servicios con DIRECTV. Tenga a bien leerlos y conservar copias de ambos. También puede acceder a ellos en www.directv.com/legal.

Usted comprende y acepta que no ha comprado los equipos, que usted no es el propietario de los equipos y que debe utilizar los equipos y devolverlos del modo descripto en su acuerdo de servicios con DIRECTV. Los equipos que usted recibe en locación pueden ser nuevos o pueden ser equipos reacondicionados.

**PARTE UNO:**
La Parte Uno de este contrato es de aplicación sólo para clientes nuevos, o en el caso de clientes existentes que deciden actualizar sus equipos o agregar decodificadores adicionales a sus cuentas. **Si usted ha recibido este contrato en relación con una simple sustitución de equipos del mismo tipo (p. ej., equipos de definición estándar por equipos de definición estándar, o equipos de alta definición (HD) por equipos de alta definición (HD)), por favor pase directamente a la Parte Dos que aparece a continuación ya que ésta es de aplicación a todos los clientes.**

CONTRATO DE PROGRAMACIÓN Y PLAZO. Para ayudar a nuestros clientes a reducir costos, proporcionamos los platos de las antenas y la instalación estándar a precios reducidos o sin costo. A cambio, le pedimos que permanezca como cliente por un período de tiempo específico. Específicamente, usted está de acuerdo que dentro de los 30 días de haber recibido el equipo de DIRECTV (bien le haya sido proveído o instalado profesionalmente), usted va a activar sus receptores y subscribirse a una programación de nivel básico valorada en $29.99/mes o más, que puede consistir en un paquete de programación básico de DIRECTV (en inglés o español); Jadeworld; o, un servicio a la carta de lenguaje internacional calificado empaquetado con BASIC CHOICE o PREFERRED CHOICE. Si usted no activa cada receptor, usted esta de acuerdo en que DIRECTV o el distribuidor autorizado del cual usted obtuvo el equipo le pueden cargar $150 por daños liquidados. **Usted está de acuerdo en mantener continuamente el nivel mínimo de programación con nosotros de la siguiente forma: Nuevos clientes: 24 meses consecutivos. Clientes existentes: 2 meses consecutivos por cada DVR, receptores HD y/o receptores HD-DVR o 12 meses consecutivos por receptores estándar.** Si usted seleccionó un receptor HD-DVR, usted está de acuerdo en pagar una tarifa mensual avanzada de receptor para toda la casa ($20/mes). Si usted seleccionó un receptor HD, usted está de acuerdo en pagar una tarifa mensual avanzada de receptor HD ($10/mes). Si usted seleccionó un receptor DVR, usted está de acuerdo en pagar una tarifa mensual avanzada de receptor DVR ($8/mes). Si usted seleccionó un HD-DVR TiVo® de DIRECTV (excepto el modelo HR10-250) usted está de acuerdo en pagar una tarifa mensual avanzada de TiVo ($20/mes) y una tarifa de TiVo mensual ($5/mes).
ESTE ACUERDO DE MANTENER PROGRAMACIÓN ES SEPARADO Y DIFERENTE DE CUALQUIER OTRO QUE USTED HAYA HECHO CON DIRECTV Y ES COMPLETAMENTE EJECUTABLE BAJO ESTOS TÉRMINOS.

CARGO POR CANCELACIÓN ANTICIPADA. Si usted no mantuviera su nivel básico de programación durante el plazo completo, le debitaremos un cargo por cancelación anticipada. El cargo máximo es de $480 para los nuevos clientes, $480 para los clientes existentes que tienen decodificadores de DVR, HD y/o HD-DVR, ó $240 para los clientes existentes que sólo tienen decodificadores estándar. Aplicamos dicho cargo en forma proporcional, de modo tal que cada mes que usted haya cumplido con su compromiso de plazo de programación, deducimos $20 del cargo (es decir, si usted ha cumplido con 14 meses de un compromiso de 24 meses, su Cargo por Cancelación Anticipada se calcularía así: $480 - $20 x 14, es decir, $200). Nos reservamos el derecho de debitar este cargo de la tarjeta de crédito o de débito que usted nos hubiera informado oportunamente. No cobramos Cargo por Cancelación Anticipada si usted decide cancelar su Servicio DVR o su HD Access en forma anticipada en tanto y en cuanto usted mantenga el nivel básico de programación. Sin embargo, en el momento de cancelar su Servicio DVR y/o HD Access en forma anticipada, usted debe devolver a DIRECTV los equipos usados en relación con estos servicios tal como se describe en la Parte Dos a continuación.

**PARTE DOS:**
TARIFAS MENSUALES POR RECEPTORES ADICIONALES Y/O TELEVISORES HABILITADOS. No hay tarifa adicional por un receptor. Si usted tiene 2 receptores y/o una TV habilitada, la tarifa es $6/mes. Por el 3ro y cada uno de los receptores adicionales y/o televisores habilitados, usted es cargado una tarifa adicional de $6/mes en su cuenta por receptor o televisor habilitado. Impuestos de ventas, uso y otros pueden aplicar. Las tarifas están sujetas a cambio en cualquier momento.

EXENCIÓN DE RESPONSABILIDAD POR GARANTÍA. Con respecto a los equipos de DIRECTV recibidos en locación, usted asume responsabilidad por su pérdida, por los daños que pudieran sufrir y por la totalidad del costo de cualquier servicio o reparación que fuera necesario realizarles. Usted no tiene ningún derecho de vender, donar, transferir, prendar, hipotecar, alterar ni modificar los equipos. DIRECTV PROVEE LOS EQUIPOS EN EL ESTADO EN QUE SE ENCUENTRAN Y CON TODOS SUS DESPERFECTOS. USTED ASUME LA TOTALIDAD DEL RIESGO EN CUANTO A LA CALIDAD Y EL FUNCIONAMIENTO DE LOS EQUIPOS. DIRECTV NO ASUME NINGUNA OBLIGACIÓN DE GARANTÍA, NI EXPRESA NI TÁCITA, CON RESPECTO AL EQUIPO QUE SE LE PROVEE. DICHAS GARANTÍAS, QUE INCLUYEN SIN CARÁCTER TAXATIVO, LAS GARANTÍAS IMPLÍCITAS DE APTITUD PARA SER COMERCIALIZADOS Y PARA SER USADOS CON UN FIN ESPECÍFICO, SE ENCUENTRAN EXPRESAMENTE EXCLUIDAS A MENOS QUE ALGUNA LEY DE SU ESTADO PROHÍBA ESTA EXCLUSIÓN. DIRECTV NO ASUME RESPONSABILIDAD ALGUNA POR LOS DAÑOS ESPECIALES, INCIDENTALES O INDIRECTOS RELACIONADOS CON LOS EQUIPOS QUE LE HAN SIDO ENTREGADOS.

SERVICIO AL CLIENTE. En el caso de que el equipo que usted recibió en locación no funcione, por favor póngase en contacto con DIRECTV llamando al 1-800-531-5000.

DEVOLUCIÓN DE LOS EQUIPOS, CARGO POR FALTA DE DEVOLUCIÓN. Si usted dejara de ser nuestro cliente (por su propia voluntad o no), debe comunicarse con DIRECTV dentro de los 7 días de la caducidad de su nivel básico de programación para coordinar la provisión de un kit o kits de devolución de equipos y las instrucciones sobre el modo de devolución del equipo que usted recibió en locación (los decodificadores, las tarjetas de acceso y los controles remotos). Los equipos recibidos en locación deben ser devueltos en buenas condiciones de funcionamiento, salvo por el desgaste normal por el transcurso del tiempo. Si dentro de un plazo de 21 días posterior a la caducidad de su nivel de programación básico nosotros aún no hubiéramos recibido los equipos, o si los equipos nos fueran devueltos en malas condiciones, le debitaremos un cargo de $45 por cada decodificador estándar, $175 por cada decodificador DVR, $125 por cada decodificador HD, y $250 por cada decodificador HD-DVR, con lo cual, mucho le agradeceremos nos devuelva los equipos con prontitud. Nos reservamos el derecho de debitar estos cargos de la tarjeta de crédito o de débito que usted nos ha informado oportunamente. Si usted ha recibido en locación un decodificador DVR, HD o HD-DVR y decide cancelar el servicio DVR o el HD Access o ambos, según corresponda, usted se compromete a devolvernos los equipos que le hemos adelantado (y a reemplazarlos por el/los decodificador(es) estándar(es) si usted no cancela su nivel básico de programación), según lo establecido en este párrafo ya que de lo contrario le debitaremos los cargos consignados. Si desea más información, sírvase visitar DIRECTV.com o llamar al 1-800-531-5000.

ARBITRAJE. Usted y DIRECTV se comprometen a que ambas partes resolverán cualquier litigio que surja de este CLA, del Contrato con el Cliente de DIRECTV o de los servicios contratados con DIRECTV recurriendo al arbitraje vinculante según se estipula en toda su extensión en el Contrato con el Cliente de DIRECTV.

REAUTORIZACIÓN DE PAGOS AUTOMÁTICA. Si usted se ha adherido a un sistema de pago automático de facturas en el momento en que contrató este servicio, ya sea telefónicamente o a través de un local de atención al público, al firmar el presente, usted confirmará y reautorizará los pagos automáticos de su servicio de DIRECTV con su tarjeta de crédito o de débito o de la cuenta bancaria que usted haya seleccionado.

CON MI FIRMA, AUTORIZO Y CONVENGO QUE DIRECTV PUEDE, A SU EXCLUSIVA OPCIÓN, DEBITAR LOS CARGOS AQUÍ DESCRIPTOS. DECLARO TENER 18 AÑOS O MÁS Y MANIFIESTO QUE TODA LA INFORMACIÓN PROPORCIONADA POR MÍ O SOBRE MI PERSONA ES EXACTA. ESTOY DE ACUERDO CON LOS TÉRMINOS Y CONDICIONES PRECEDENTES.

Firma del Cliente_____ Nombre Impreso _____ Fecha _____

White copy: HSP Office   Yellow copy: Customer
Copia blanca: Oficina de HSP Copia amarilla: Cliente

CLA (0312)                                                                                                                      2012 DIRECTV, Inc.