# EXHIBIT 8

# SIGNATURE CAPTURE REPORT



| | | | | | | |
|---|---|---|---|---|---|---|
| Planned Start: | 07/29/2015 03:15 PM | | | SR Sub Area: | Internet - Not Detected |
| Due: | 07/29/2015 07:00 PM | Primary Phone Number: | (707)836-0599 | Order Class: | Service |
| Dwelling: | Residential | Secondary Phone Number: | (707)237-1308 | Duration: | 60 |
| OMS Order ID: | | MAS Programming: | N | Status: | Closed |
| Property ID: | 1746416 | Priority: | 3-Normal | Activity #: | 1-1ZVJNXQP |
| | | Partner: | | | |

Lease Agreement:

The Equipment Lease Agreement (ELA) provided to you has important terms and conditions regarding your lease of equipment. With your order confirmation, you receive the DIRECTV Customer Agreement (or a link to the DIRECTV Customer Agreement if your order confirmation is received via email) which together with the ELA, comprise the terms of your service agreement with DIRECTV. PLEASE BE SURE TO READ BOTH. They are also available at www.directv.com/legal.

I received the Lease Agreement and agree to the terms. I understand I do not own the equipment and may be charged fees if I do not return it when I stop being a customer. If I am a new customer or adding or upgrading equipment, I also understand I am agreeing to purchase programming for a specified period of time or pay an early cancellation fee.

**Signature:**



**Date:** 07/29/2015

Work Order Completion:

I authorize the installation of a DIRECTV® System at the address referenced above. I understand that the DIRECTV System may need to be attached to the building, and the drilling of holes and running of cable are part of this installation. In no event shall either DIRECTV or the installer have any obligation to remove any part of the DIRECTV System, including all cabling, or accept any liability whatsoever for violation of my lease/rental agreement, if applicable. I also acknowledge the DIRECTV System has been installed to my satisfaction.

**Signature:**



**Date:** 07/29/2015

Total # of Activities: 2

## End of Signature Capture Report