# EXHIBIT 9

# DIRECTV EQUIPMENT LEASE AGREEMENT



☐ Check here if you are a new DIRECTV customer
☐ Check here if you are a current DIRECTV customer upgrading, adding or replacing equipment

Thank you for choosing DIRECTV! This Equipment Lease Agreement (ELA) has important terms and conditions regarding your lease of equipment from DIRECTV. By "equipment," we mean the DIRECTV Receiver(s), Genie Mini(s), access card(s), and/or remote control(s) (not the dish and/or cabling).

You received the DIRECTV Customer Agreement with your DIRECTV Order Confirmation. The Customer Agreement, together with this ELA, comprise the terms of your service agreement with DIRECTV. Please be sure to read and keep copies of both. They are also available at www.directv.com/legal.

You understand and agree that you did not buy the equipment, do not own the equipment, and must use and return the equipment as explained in your service agreement with DIRECTV. You have no rights to sell, give away, transfer, pledge, mortgage, alter or tamper with the equipment.

**PART ONE:**
Part One of this agreement only applies to new customers or to our existing customers who decide to upgrade or add an additional DIRECTV Receiver(s) or Genie Mini(s) to their account. **If you received this agreement in connection with simply replacing like for like Receivers/Genie Mini(s) (e.g., standard definition for standard definition, HD for HD), please skip to Part Two below, which applies to all customers.**

**PROGRAMMING AGREEMENT AND TERMS.** To keep costs down for you, we provide dishes and standard installation at reduced or no cost. In exchange, we ask that you remain a customer for a specified period of time. Specifically, you agree that, within 30 days of getting DIRECTV equipment (either provided to you or installed professionally), you will activate your Receiver(s)/Genie Mini(s) and subscribe to a base level of programming, valued at $29.99/mo. or above, which may consist of a DIRECTV base programming package (English or Spanish language); OR a qualifying international language a la carte service bundled with either BASIC CHOICE or PREFERRED CHOICE. If you do not activate each DIRECTV Receiver/Genie Mini, you agree that DIRECTV or the authorized retailer from whom you obtained the equipment may charge you $150 per Receiver/Genie Mini as liquidated damages. **You agree to continuously maintain the minimum level of programming with us as follows: new customers: 24 consecutive months; existing customers: 24 consecutive months for Standard DVR, HD and/or HD DVR Receiver(s) and any Genie Mini(s) or 12 consecutive months for Standard Receivers.** If you selected a Genie HD DVR, you agree to pay the monthly Advanced Receiver Service fee in effect at the time service is provided. If you selected a TiVo® HD DVR from DIRECTV (except for model HR10-250), you agree to pay both the monthly Advanced Receiver Service fee and the monthly TiVo fee in effect at the time service is provided. THIS AGREEMENT TO MAINTAIN PROGRAMMING IS SEPARATE AND DIFFERENT FROM ANY OTHER YOU MAY HAVE MADE WITH DIRECTV AND IS FULLY ENFORCEABLE UNDER THESE TERMS.

**EARLY CANCELLATION FEE (ECF).** If you do not maintain your base level of programming for the full term, we will charge you an early cancellation fee. The maximum fee is $480 for new customers, $480 for existing customers with DVR, HD and/or HD DVR Receivers, or $240 for existing customers with only standard Receivers. We prorate the fee, so for each month you've fulfilled your programming term agreement, we deduct $20 from the fee (i.e., if you have fulfilled 14 months of a 24-month agreement, your ECF would be $480 - ($20 x 14), or $200). We reserve the right to charge this fee to the credit or debit card you have on file with us. We do not charge an ECF if you decide to cancel your DVR Service or HD Access early, so long as you maintain the base level of programming. However, upon cancellation of DVR Service and/or HD Access, you are required to return the equipment used in connection with these services to DIRECTV as described in Part Two below.

**PART TWO:**
**MONTHLY FEES FOR DIRECTV RECEIVERS, GENIE MINIS AND/OR DIRECTV-READY TVs/DEVICES.** There is a fee of $6.50/mo. for each receiver and/or Genie Mini/DIRECTV-Ready TV/Device on your account. For an existing customer with an account create date prior to 10/06/14 who has 2 Receivers and/or one Receiver and a Genie Mini/DIRECTV-Ready TV/Device, the fee is $6.50/mo. For the 3rd and each additional Receiver and/or Genie Mini/DIRECTV-Ready TV/Device on the account, there is an additional fee of $6.50/mo.

**WARRANTY DISCLAIMER.** You are responsible for the loss of, damage to, or the entire cost of any necessary service or repair of the leased DIRECTV equipment. You have no right to sell, give away, transfer, pledge, mortgage, alter or tamper with the equipment. EXCEPT AS PROVIDED HEREIN, WE MAKE NO WARRANTY OR REPRESENTATION, EITHER EXPRESS OR IMPLIED, REGARDING ANY SERVICE OR YOUR RECEIVING EQUIPMENT, WHICH IS PROVIDED TO YOU AS IS AND WITH ALL FAULTS. ALL SUCH WARRANTIES, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE EXPRESSLY EXCLUDED. YOU BEAR THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE RECEIVING EQUIPMENT. YOU ARE RESPONSIBLE FOR THE LOSS OF, DAMAGE TO, OR THE ENTIRE COST OF ANY NECESSARY SERVICE OR REPAIR OF YOUR RECEIVING EQUIPMENT. DIRECTV IS NOT RESPONSIBLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES RELATING TO THE RECEIVING EQUIPMENT PROVIDED TO YOU.

**CUSTOMER SERVICE.** In the event your leased equipment does not operate, please contact DIRECTV at 1.800.531.5000.

**EQUIPMENT RETURN, NON-RETURN FEES.** If you cease to be our customer (whether voluntarily or involuntarily), you must contact DIRECTV within 7 days of termination of your base level of programming to arrange for an equipment return kit or kits, and instructions on how to return your leased equipment (DIRECTV Receiver(s), Genie Mini(s), access card(s), and remote(s)). Leased equipment must be returned in good working order, normal wear and tear excepted. If we haven't received your leased equipment within 21 days of termination of your base level of programming, or if the equipment is returned in damaged condition, we will charge you $45 for each standard DIRECTV Receiver, $135 for each DVR, $45 for each HD Receiver, $135 for each HD DVR, $135 for each Genie HD DVR and $45 for each Genie Mini, so please promptly attend to your equipment return. We reserve the right to charge these fees to the credit or debit card you have on file with us. If you are leasing a DVR, HD or HD DVR Receiver and decide to terminate DVR Service or HD Access or both, as applicable, you agree to return that advanced equipment (and replace with standard Receiver(s) if you are not terminating your base level of programming), in accordance with this paragraph, or we will charge you the stated fees. Visit directv.com or call 1.800.531.5000 for details.

**ARBITRATION.** You and DIRECTV agree that both parties will resolve any dispute under this ELA, the DIRECTV Customer Agreement, or regarding your DIRECTV service, through binding arbitration as fully set forth in the DIRECTV Customer Agreement.

**AUTOMATIC PAYMENT REAUTHORIZATION.** If you enrolled in Auto Bill Pay when signing up for service over the phone, online or through a retailer, by signing below, you confirm and reauthorize automatic payments for your DIRECTV service to the credit or debit card or bank account that you selected.

BY SIGNING, I AUTHORIZE AND AGREE THAT DIRECTV MAY, AT ITS SOLE OPTION, CHARGE THE FEES DESCRIBED HEREIN. I WARRANT THAT I AM 18 YEARS OLD OR OLDER AND THAT ALL INFORMATION SUPPLIED BY OR ABOUT ME IS ACCURATE. I AGREE TO THE ABOVE TERMS AND CONDITIONS.

Customer Signature _____ Print Name _____ Date _____

White copy: HSP Office  Yellow copy: Customer

CLA 0215

©2015 DIRECTV, LLC.

# ACUERDO DE ARRENDAMIENTO DE EQUIPO DE DIRECTV



☐ Marca aquí si eres cliente nuevo de DIRECTV.
☐ Marca aquí si ya eres un cliente actual de DIRECTV y deseas mejorar, agregar a, o reemplazar tu equipo.

¡Gracias por elegir DIRECTV! El presente Acuerdo de Arrendamiento de Equipo (ELA, por sus siglas en inglés) establece términos y condiciones importantes con respecto al arrendamiento del equipo de DIRECTV. Por "equipo", nos referimos al Receptor(es) de DIRECTV, Genie Mini(s), tarjeta(s) de acceso y/o control(es) remoto(s) (no nos referimos a la antena parabólica ni al cableado).

Recibiste el Acuerdo del Cliente de DIRECTV con la Confirmación de tu Pedido de DIRECTV. El Acuerdo del Cliente junto con este ELA conforman los términos de tu acuerdo de servicio con DIRECTV. Por favor asegúrate de leerlos y guardar copias de ambos documentos. También se encuentran disponibles en www.directv.com/legal.

Tú entiendes y aceptas que no compraste el equipo, que no eres el propietario del equipo y que debes usar y devolver el equipo tal como se establece en tu acuerdo de servicio con DIRECTV. No tienes el derecho de vender, donar, transferir, ofrecer, hipotecar, modificar ni manipular los equipos.

**PARTE UNO:**
La Parte Uno de este acuerdo solo se aplica a los clientes nuevos o a nuestros clientes ya existentes que desean mejorar o agregar Receptor(es) o Genie Mini(s) de DIRECTV adicionales a sus cuentas. **Si recibiste este acuerdo en relación con simplemente reemplazar uno por otro del mismo tipo: receptores/Genie Mini(s) (por ejemplo, definición estándar por definición estándar o alta definición por alta definición), pasa directamente a la Parte Dos de abajo, la cual se aplica a todos los clientes.**

**ACUERDO Y TÉRMINOS DE PROGRAMACIÓN.** Para mantener los costos bajos para ti, nosotros ofrecemos antenas parabólicas e instalación a bajo costo o gratuitos. A cambio, te pedimos que sigas siendo nuestro cliente por un plazo definido. En particular, estás de acuerdo que, en los siguientes 30 días de recibir tu equipo de DIRECTV (ya sea que te lo proporcionemos, o sea instalado profesionalmente), activarás tu(s) Receptor(es)/Genie Mini(s) y te suscribirás a un nivel básico de programación con un valor de $29.99/mes o más, que puede consistir de un paquete básico de programación de DIRECTV (en inglés o en español); O a un servicio calificado en otro lenguaje a la carta incluido con BASIC CHOICE o PREFERRED CHOICE. Si no activas cada Receptor/Genie Mini de DIRECTV, estás de acuerdo que DIRECTV o el vendedor autorizado donde obtuviste el equipo te puede cobrar $150 por cada Receptor/Genie Mini como daños liquidados. **Estás de acuerdo que mantendrás continuamente el nivel mínimo de programación con nosotros, según lo siguiente: clientes nuevos: 24 meses seguidos; clientes actuales: 24 meses consecutivos para videograbadora digital estándar, receptores HD y/o receptores DVR HD y cualquier Genie Mini(s) o 12 meses consecutivos para Receptores estándar.** Si ha seleccionado una videograbadora DVR HD Genie, usted se compromete a pagar la tarifa mensual de Servicio de Receptor Avanzado en vigor, al momento en que se presta el servicio. Si ha seleccionado una videograbadora DVR HD TiVo® de DIRECTV (con excepción del modelo HR10-250), usted se compromete a pagar ambas tarifas mensuales de Servicio de Receptor Avanzado y la tarifa de TiVo en vigor, al momento en que se presta el servicio. EL PRESENTE ACUERDO PARA MANTENER LA PROGRAMACIÓN ES INDEPENDIENTE DE CUALQUIER OTRO CONTRATO QUE TÚ HAYAS FIRMADO CON DIRECTV Y ES EXIGIBLE EN SU TOTALIDAD CONFORME A ESTOS TÉRMINOS.

**CARGO POR CANCELACIÓN PREMATURA (ECF).** En caso de que no mantengas tu nivel básico de programación durante todo el período establecido, te aplicaremos un cargo por cancelación prematura. El cargo máximo es de $480 para los clientes nuevos, $480 para los clientes ya existentes con grabadoras de video digital, receptores de alta definición y/o receptores DVR de alta definición, o $240 para los clientes ya existentes que solo tengan receptores estándares. Este cargo se prorratea, por lo que por cada mes que hayas cumplido con tu acuerdo de plazo de programación, deducimos $20 del total del cargo (o sea, si cumpliste con 14 de los 24 meses del acuerdo, tu cargo por cancelación prematura sería: $480 menos ($20 x 14)= $200. Nos reservamos el derecho de cobrar este cargo de tu tarjeta de crédito o de débito que tenemos registrada. No cobramos ningún cargo por cancelación prematura si decides cancelar el servicio de grabadora de video digital (DVR) o el servicio de alta definición HD Access de manera anticipada, siempre y cuando mantengas el nivel básico de programación. Sin embargo, en caso de que canceles el servicio de grabadora de video digital (DVR) o el servicio de alta definición HD Access, debes devolver a DIRECTV el equipo utilizado con estos servicios tal como se describe en la Parte Dos que figura a continuación.

**PARTE DOS:**
**CARGOS MENSUALES POR RECEPTORES DE DIRECTV, GENIE MINIS Y/O TVs LISTAS PARA DIRECTV/DISPOSITIVOS.** Un cargo mensual de $6.50 se aplicará por cada receptor y/o Genie Mini/TV Lista para DIRECTV/dispositivo en su cuenta. Para clientes existentes con una cuenta creada antes del 6 de octubre de 2014 que tengan 2 receptores o un receptor y una Genie Mini/TV Lista para DIRECTV/dispositivo, la tarifa mensual es de $6.50. Por el tercer y cada receptor y/o Genie Mini/TV Lista para DIRECTV/dispositivo en la cuenta, se aplicará una tarifa adicional de $6.50/mes.

**EXENCIÓN DE RESPONSABILIDAD SOBRE LA GARANTÍA.** Eres responsable por la pérdida del equipo arrendado a DIRECTV, por los daños que pudiera llegar a sufrir y por el gasto total de cualquier tipo de reparación o servicio que llegara a necesitar. No tienes derecho de vender, donar, transferir, ofrecer, hipotecar, modificar ni manipular los equipos. SALVO LO QUE ESTÁ INDICADO AQUÍ, NO GARANTIZAMOS NI REPRESENTAMOS, DE MANERA EXPLÍCITA NI IMPLÍCITA, EL SERVICIO DE TU EQUIPO DE RECEPCIÓN, EL CUAL TE ES SUMINISTRADO EN EL ESTADO ACTUAL Y CON TODOS SUS DEFECTOS. DICHAS GARANTÍAS, QUE INCLUYEN ENTRE OTRAS, LAS GARANTÍAS IMPLÍCITAS DE COMERCIALIZACIÓN Y ADECUACIÓN PARA UN PROPÓSITO ESPECÍFICO, SE EXCLUYEN EXPRESAMENTE. TÚ ASUMES TODOS LOS RIESGOS EN CUANTO A LA CALIDAD Y EL FUNCIONAMIENTO DE LOS EQUIPOS DE RECEPCIÓN. TÚ ERES RESPONSABLE POR LA PÉRDIDA DE, CUALQUIER DAÑO A, O EL COSTO ENTERO DE SERVICIO O ARREGLOS A TU EQUIPO DE RECEPCIÓN. DIRECTV NO SE HACE RESPONSABLE POR NINGÚN DAÑO ESPECIAL, INCIDENTAL O DERIVADO QUE AFECTE AL EQUIPO QUE SE TE SUMINISTRÓ.

**SERVICIO AL CLIENTE.** En caso de que el equipo arrendado no funcione, comunícate con DIRECTV al 1.800.531.5000.

**DEVOLUCIÓN DEL EQUIPO, CARGOS POR FALTA DE DEVOLUCIÓN.** Si dejas de ser nuestro cliente (ya sea de manera voluntaria o involuntaria), debes comunicarte con DIRECTV en los siguientes 7 días a partir de la finalización de tu nivel básico de programación, a fin de coordinar la devolución del equipo o de los equipos (kits) y recibir las instrucciones sobre cómo devolver el equipo arrendado [Receptor(es) de DIRECTV, Genie Mini(s), tarjeta(s) de acceso y control(es) remoto(s)]. El equipo arrendado debe devolverse en buenas condiciones de funcionamiento, salvo por el desgaste normal del uso. Si a los 21 días de finalización de tu nivel básico de programación no hemos recibido tu equipo, o si el equipo se devuelve en malas condiciones, te cobraremos $45 por cada Receptor estándar de DIRECTV, $135 por cada grabadora de video digital (DVR), $45 por cada receptor de alta definición, $135 por cada grabadora de video digital de alta definición, $135 por cada grabadora DVR HD Genie y $45 por cada Genie Mini, por lo que te recomendamos respetar el plazo de devolución de tu equipo. Nos reservamos el derecho de cobrar estos cargos de tu tarjeta de crédito o de débito que tenemos registrada. Si estás arrendando una grabadora de video digital, receptor de alta definición o grabadora de video digital de alta definición, y decides cancelar el servicio de grabadora de video digital, el servicio de alta definición HD Access, o ambos, según corresponda, te comprometes a devolver dicho equipo avanzado (y a reemplazarlos por el receptor o los receptores estándares en caso de que no canceles tu nivel básico de programación) conforme a lo que se detalla en este párrafo; de lo contrario, deberás pagar los cargos establecidos. Visita www.directv.com o llama al 1.800.531.5000 para obtener más información.

**ARBITRAJE.** Tú y DIRECTV acuerdan que ambas partes resolverán cualquier conflicto que llegara a surgir a partir del presente Acuerdo de Arrendamiento de Equipo, del Acuerdo del Cliente de DIRECTV o de tu servicio con DIRECTV, a través del arbitraje obligatorio tal como se establece en el Acuerdo del Cliente de DIRECTV.

**REAUTORIZACIÓN DE PAGO AUTOMÁTICO.** Si te inscribiste al Pago Automático de Factura cuando te suscribiste a este servicio, ya sea por teléfono, por Internet, o a través de un vendedor, al firmar a continuación, confirmas y reautorizas los pagos automáticos de tu servicio de DIRECTV de la tarjeta de crédito o de débito o la cuenta bancaria que seleccionaste.

CON MI FIRMA, AUTORIZO Y ACEPTO QUE DIRECTV PODRÁ, A SU CRITERIO, COBRAR LOS CARGOS DETALLADOS AQUÍ. DECLARO TENER 18 AÑOS O MÁS Y QUE TODA LA INFORMACIÓN PROPORCIONADA POR MÍ O SOBRE MI PERSONA ES EXACTA. ACEPTO LOS TÉRMINOS Y CONDICIONES ARRIBA MENCIONADOS.

Firma del Cliente _____Nombre Impreso _____Fecha_____
Copia blanca: Oficina de HSP    Copia amarilla: Cliente