# EXHIBIT 10

# WORK ORDER



| | | Customer Information | | | |
|---|---|---|---|---|---|
| Company: | DIRECTV HOME SERVICES | | | | |
| Tech ID: | DVCA444759 | Name: | LIPPINCOTT, ROB | Account #: | 52484761 |
| Service Region: | CA79 | Address Line 1: | 1119 SUNNYSIDE DR | Order Type: | Sales Order |
| | | Address Line 2: | | | |
| Earliest Start: | 12/30/2015 04:00 PM | City, State, Zip: | HEALDSBURG, CA 95448- | Sub Type: | Former Install |
| Planned Start: | 12/30/2015 04:23 PM | | | SR Sub Area: | Former Install |
| Due: | 12/30/2015 08:00 PM | Primary Phone Number: | (707)237-1308 | Order Class: | Movers |
| Dwelling: | Residential | Secondary Phone Number: | ()- | Duration: | 196 |
| OMS Order ID: | 234913186 | MAS Programming: | N | Status: | Closed |
| Property ID: | 1746416 | Priority: | 3-Normal | Activity #: | |
| | | Partner: | | | |

Work Order Completion:

I authorize the installation of a DIRECTV® System at the address referenced above. I understand that the DIRECTV System may need to be attached to the building, and the drilling of holes and running of cable are part of this installation. In no event shall either DIRECTV or the installer have any obligation to remove any part of the DIRECTV System, including all cabling, or accept any liability whatsoever for violation of my lease/rental agreement, if applicable. I also acknowledge the DIRECTV System has been installed to my satisfaction.

**Signature:**


**Date:** 12/30/2015

Lease Agreement:

The Equipment Lease Agreement (ELA) provided to you has important terms and conditions regarding your lease of equipment. You also received the DIRECTV Customer Agreement with your order confirmation, which together with the ELA, comprises the terms of your service agreement with DIRECTV. PLEASE BE SURE TO READ BOTH. They are also available at www.directv.com/legal.

I received the Lease Agreement and agree to the terms. I understand I do not own the equipment and may be charged fees if I do not return it when I stop being a customer. If I am a new customer or adding or upgrading equipment, I also understand I am agreeing to purchase programming for a specified period of time or pay an early cancellation fee. Disputes are subject to arbitration.

**Signature:**

**Date:** 12/30/2015