# EXHIBIT 2



# THANK YOU FOR YOUR ORDER

July 2, 2012

```
0020036        01 AB 0.371  **AUTO  T8 2 1158 95492-802969  -C_index-I  -P00000
```

ROB LIPPINCOTT
369 SUMMER RAIN DR
WINDSOR, CA 95492-8029

Dear ROB LIPPINCOTT,

Great news, your DIRECTV experience is about to get even better! We have placed your order for new equipment, so please take a moment to review these simple steps:

❶ **Check your order**
Please confirm the details of your order and note that this is not a bill. If you need to make any changes, be sure to contact us at least 24 hours before your installation. Changes to your order may cause your installation appointment to be rescheduled.

❷ **Confirm your installation**
Your installation is set for July 15, 2012 between 8:00 a.m. - 00:00 a.m. If you need to change your appointment, visit directv.com/schedule or call 1-800-531-5000.

❸ **Review your customer agreements**
Please take a moment to familiarize yourself with the **24-month service agreement** by visiting directv.com/agreement and reviewing the Terms and Conditions on the reverse side of this letter.

If you did not request an installation, your new receiver is being shipped to you. It will include simple instructions that will walk you through the easy set-up and activation.

Thank you for your order. We look forward to providing you the best TV experience for years to come.

Sincerely,

DIRECTV

---

DIRECTV Order Confirmation Number: 168915746                    DIRECTV Account Number: 52484761
**YOUR EQUIPMENT SELECTION**

| Qty | Description | |
|---|---|---|
| 1 | DIRECTV Plus® HD DVR | $0.00 |
| 1 | Cinema Connection Kit | $99.00 |
| 1 | Sales Order Credit | -$99.00 |
| | **Equipment Total** | **$0.00** |

**ADDITIONAL**
| | |
|---|---|
| Sales Order Credit | -$49.00 |
| Installation Fee | $49.00 |
| Delivery & Handling Fee | $0.00 |
| Tax | $0.00 |
| **Order Total Paid*** | **$0.00** |

*Reflects total amount paid at the time of order. This is not a bill; please do not send any form of payment to DIRECTV. If the order total was billed to your DIRECTV account the total may appear as $0.00.

**Have questions? Need to make changes? Just call 1-800-531-5000.**

**IF YOU HAVE A DIRECTV INSTALLATION APPOINTMENT, THERE ARE SOME SIMPLE THINGS TO KEEP IN MIND:**

**Installation Appointment Confirmation.** We will contact you to confirm your installation date and time. Please make sure you provided a number at which you can be reached prior to the installation.

**Presence of an Adult During Installation.** Make sure someone at least 18 years of age is present at the time of installation.

**Broadband Connection or Working Phone Line.** Make sure your phone and/or internet service is already activated prior to your installation appointment to take full advantage of your DIRECTV® service.

**Limited or Restricted Parking.** If you live in an area where parking is restricted or limited, please keep in mind that the installer will need access to parking in order to begin installation.

**IF YOU HAVE QUESTIONS, PLEASE CALL 1-800-531-5000.**

**CUSTOMER OFFER TERMS AND CONDITIONS**

Please refer to your DIRECTV Lease Addendum for all Terms and Conditions regarding your leased equipment. By placing this order you agree to the following terms:

- You are a current residential DIRECTV customer.
- If you cancel your order prior to installation, we will issue a full refund.
- FAILURE TO ACTIVATE ALL OF THE DIRECTV SYSTEM EQUIPMENT IN ACCORDANCE WITH THE EQUIPMENT LEASE ADDENDUM MAY RESULT IN A CHARGE OF $150 PER RECEIVER NOT ACTIVATED.
- IF YOU FAIL TO MAINTAIN YOUR PROGRAMMING, YOU AGREE THAT DIRECTV MAY CHARGE YOU A PRORATED FEE OF UP TO $480 ($20/mo.).
- RECEIVERS ARE AT ALL TIMES PROPERTY OF DIRECTV AND MUST BE RETURNED UPON CANCELLATION OF SERVICE OR ADDITIONAL FEES MAY APPLY. VISIT directv.com OR CALL 1-800-DIRECTV FOR DETAILS.
- If you are adding an additional receiver or upgrading an existing one, you are required to purchase 12 consecutive months for standard receivers or 24 consecutive months for advanced equipment (HD, DVR, OR HD DVR) of any DIRECTV programming package (priced at $29.99/mo. or above), or any international services bundle. If you ordered a replacement for your defective receiver, your programming agreement does not change.
- In certain markets, programming and pricing may vary. DIRECTV PROGRAMMING AND PRICING SUBJECT TO CHANGE AT ANY TIME.
- If you have two boxes or one box and an enabled TV, an additional $6/mo. fee applies. For each additional box and/or enabled TV on your account you are charged an additional fee of $6/mo. per box and/or enabled TV.
- Your receiver must be continuously connected to your broadband service or a land-based phone line to activate certain sports programming and to allow pay per view ordering by remote control.
- If you cease to be DIRECTV's customer for any reason (whether voluntarily or involuntarily), you must call DIRECTV at 1-800-531-5000 within seven (7) days after the termination of your DIRECTV® programming and/or services to obtain information from DIRECTV necessary to arrange for a ground or air freight service to pick up and deliver all of your DIRECTV equipment to DIRECTV.
- You and DIRECTV agree that any dispute arising under or relating to your agreements or service with DIRECTV, which cannot be resolved informally, will be resolved through binding arbitration as fully set forth in your DIRECTV Customer Agreement (copy enclosed and also may be viewed at directv.com/legal). Arbitration means you waive your right to a jury trial.
- If you ordered service on 2/8/12 or prior, the service fees are as follows:
  - Advanced Receiver-HD ($10/mo.)
  - Advanced Receiver-DVR ($8/mo.)
  - DIRECTV Whole-Home DVR service ($3/mo.)
- If you ordered service on 2/9/12 or after, the service fees are as follows:
  - Advanced Receiver ($20/mo.)
  - Advanced Receiver-HD ($10/mo.)
  - Advanced Receiver-DVR ($8/mo.)

Yahinian Exhibit 2
Page 16

© 2012 DIRECTV. DIRECTV and the Cyclone Design logo are trademarks of DIRECTV, LLC. All other trademarks and service marks are the property of their respective owners.

1158-_index-00-0020036-0001-0020036