# EXHIBIT 3



# THANK YOU FOR YOUR ORDER

September 22, 2013

0011671 01 MB 0.402 **AUTO T2 0 1228 08502-464720 -C_index-I -P00000

MICHAEL HOLINKO
20 WOODVIEW DR
BELLE MEAD, NJ 08502-4647



Dear MICHAEL HOLINKO,

Great news, your DIRECTV experience is about to get even better! We have placed your order for new equipment, so please take a moment to review these simple steps:

❶ **Check your order**
Please confirm the details of your order and note that this is not a bill. If you need to make any changes, be sure to contact us at least 24 hours before your installation. Changes to your order may cause your installation appointment to be rescheduled.

❷ **Confirm your installation**
Please call 1-800-531-5000 to schedule your installation.

❸ **Review your customer agreements**
Please take a moment to familiarize yourself with the **24-month service agreement** by visiting directv.com/agreement and reviewing the Terms and Conditions on the reverse side of this letter.

If you did not request an installation, your new receiver is being shipped to you. It will include simple instructions that will walk you through the easy set-up and activation.

Thank you for your order. We look forward to providing you the best TV experience for years to come.

Sincerely,

DIRECTV

---

DIRECTV Order Confirmation Number: 191235901          DIRECTV Account Number: 5294189

**YOUR EQUIPMENT SELECTION**

| Qty | Description | |
|---|---|---|
| 1 | DIRECTV Plus® HD DVR | $0.00 |
| | **Equipment Total** | **$0.00** |

**ADDITIONAL**

| | |
|---|---|
| Sales Order Credit | -$19.95 |
| Delivery & Handling Fee | $19.95 |
| Tax | $0.00 |
| **Order Total Paid*** | **$0.00** |

*Reflects total amount paid at the time of order. This is not a bill; please do not send any form of payment to DIRECTV. If the order total was billed to your DIRECTV account the total may appear as $0.00.

**Have questions? Need to make changes? Just call 1-800-531-5000.**

**IF YOU HAVE A DIRECTV INSTALLATION APPOINTMENT, THERE ARE SOME SIMPLE THINGS TO KEEP IN MIND.**

**Installation Appointment Confirmation.** We will contact you to confirm your installation date and time. Please make sure you provided a number at which you can be reached prior to the installation.

**Authorized Adult Present at Installation.** Make sure you or someone at least 18 years of age and authorized to sign documents on your behalf is present for your installation.

**Broadband Connection or Working Phone Line.** Make sure your phone and/or internet service is already activated prior to your installation appointment to take full advantage of your DIRECTV® service.

**Limited or Restricted Parking.** If you live in an area where parking is restricted or limited, please keep in mind that the installer will need access to parking in order to begin installation.

**IF YOU HAVE QUESTIONS, PLEASE CALL 1-800-531-5000.**

**CUSTOMER OFFER TERMS AND CONDITIONS**
Please refer to your DIRECTV Lease Addendum for all Terms and Conditions regarding your leased equipment. By placing this order you agree to the following terms:

- You are a current residential DIRECTV customer.
- If you cancel your order prior to installation, we will issue a full refund.
- FAILURE TO ACTIVATE ALL OF THE DIRECTV SYSTEM EQUIPMENT IN ACCORDANCE WITH THE EQUIPMENT LEASE ADDENDUM MAY RESULT IN A CHARGE OF $150 PER RECEIVER NOT ACTIVATED.
- IF YOU FAIL TO MAINTAIN YOUR PROGRAMMING, YOU AGREE THAT DIRECTV MAY CHARGE YOU A PRORATED FEE OF UP TO $480 ($20/mo.).
- RECEIVERS ARE AT ALL TIMES PROPERTY OF DIRECTV AND MUST BE RETURNED UPON CANCELLATION OF SERVICE OR ADDITIONAL FEES MAY APPLY. VISIT directv.com OR CALL 1-800-DIRECTV FOR DETAILS.
- If you are adding an additional receiver or upgrading an existing one, you are required to purchase 12 consecutive months for standard receivers or 24 consecutive months for advanced equipment (HD, DVR, OR HD DVR) of any DIRECTV programming package (priced at $29.99/mo. or above), or any international services bundle. If you ordered a replacement for your defective receiver, your programming agreement does not change.
- In certain markets, programming and pricing may vary. DIRECTV PROGRAMMING AND PRICING SUBJECT TO CHANGE AT ANY TIME.
- If you have two DIRECTV Receivers and/or one Receiver and a Genie Mini/Enabled TV/Device, the fee is $6/mo. For the third and each additional DIRECTV Receiver and/or Genie Mini /Enabled TV/Device on your account, you are charged an additional fee of $6/mo. per Receiver, Genie Mini and/or Enabled TV/Device.
- Your receiver must be continuously connected to your broadband service or a land-based phone line to activate certain sports programming and to allow pay per view ordering by remote control.
- If you cease to be DIRECTV's customer for any reason (whether voluntarily or involuntarily), you must call DIRECTV at 1-800-531-5000 within seven (7) days after the termination of your DIRECTV® programming and/or services to obtain information from DIRECTV necessary to arrange for a ground or air freight service to pick up and deliver all of your DIRECTV equipment to DIRECTV.
- You and DIRECTV agree that any dispute arising under or relating to your agreements or service with DIRECTV, which cannot be resolved informally, will be resolved through binding arbitration as fully set forth in your DIRECTV Customer Agreement (copy enclosed and also may be viewed at directv.com/legal). Arbitration means you waive your right to a jury trial.
- If your account start date is 2/8/12 or prior, the service fees are as follows:
  - Advanced Receiver-HD ($10/mo.)
  - Advanced Receiver-DVR ($10/mo.)
  - DIRECTV Whole-Home DVR service ($3/mo.)
- If your account start date is between 2/9/12 and 2/6/13, the service fees are as follows:
  - Advanced Receiver ($23/mo.)*
  - Advanced Receiver-HD ($10/mo.)
  - Advanced Receiver-DVR ($10/mo.)
- If your account start date is 2/7/13 or after, the service fees are as follows:
  - Advanced Receiver ($25/mo.)
  - Advanced Receiver-HD ($10/mo.)
  - Advanced Receiver-DVR ($10/mo.)



*Advanced Receiver increase of $3.00/mo. applicable only to customers with Advanced Receiver service, an account start date after 2/8/2012, and will be reflected as $23.00/mo. after a $2.00 offsetting bill credit for each month that Advanced Receiver fee is active during its promotional period.

©2013 DIRECTV. DIRECTV and the Cyclone Design logo are trademarks of DIRECTV. All other trademarks and service marks are the property of their respective owners.