# EXHIBIT 4



# THANK YOU FOR YOUR ORDER

October 21, 2013

0012211        01 MB 0.402  **AUTO   T4 0 1253 08502-464720    -C_index-I    -P00000

MICHAEL HOLINKO
20 WOODVIEW DR
BELLE MEAD, NJ 08502-4647



Dear MICHAEL HOLINKO,

Great news, your order has been processed! Please take a moment to review the steps below.

**❶ Check your order (This is NOT a bill)**
Please confirm your order. To make a change, call 1-800-531-5000 at least 24 hours before your installation. Changes to your order may cause your installation to be rescheduled.

**❷ Confirm your installation**
If you need to schedule an appointment call 1-800-531-5000.

**❸ Review your Terms and Conditions**
- Terms and Conditions (see reverse)—covers the terms of your new order

Thank you for being a DIRECTV customer. We look forward to providing you with the best video experience for years to come.

Sincerely,
DIRECTV

**Need help?** Visit directv.com/troubleshooting to get tips on how to program your remote or you can download a receiver manual at directv.com/manuals.

▶ **YOUR ORDER — This is not a bill**

October 21, 2013
Order Confirmation Number: 88749213
DIRECTV Account Number: 5294189

**YOUR EQUIPMENT SELECTION**

| Qty | Description | |
|---|---|---|
| 2 | B-Band Converter | $0.00 |
| | Equipment Total | $0.00 |

**ADDITIONAL**

| | | |
|---|---|---|
| Installation Fee | | $0.00 |
| Delivery & Handling Fee | | $0.00 |
| Tax | | $0.00 |
| | Order Total Paid* | $0.00 |



Log-in to your account online. You can view your statement, pay your bill, get special offers and much more, just go to **directv.com**.

*Reflects total amount paid at the time of order. This is not a bill. Please do not send any form of payment to DIRECTV. If the order total was billed to your DIRECTV account the total may appear as $0.00.

ACCS-10212013

**HERE ARE SOME OTHER IMPORTANT DETAILS TO REMEMBER:**

**Lease Fees.** If you have two boxes or one box and an enabled TV, an additional $6/mo. fee applies. For each additional box and/or enabled TV on your account you are charged an additional fee of $6/mo. per box and/or enabled TV.

---

**CUSTOMER OFFER TERMS AND CONDITIONS**
Please refer to your DIRECTV Lease Addendum for all Terms and Conditions regarding your leased equipment. By placing this order you agree to the following terms:

- If you cancel your order prior to installation, we will issue a full refund.
- FAILURE TO ACTIVATE ALL OF THE DIRECTV SYSTEM EQUIPMENT IN ACCORDANCE WITH THE EQUIPMENT LEASE ADDENDUM MAY RESULT IN A CHARGE OF $150 PER RECEIVER NOT ACTIVATED.
- RECEIVERS ARE AT ALL TIMES PROPERTY OF DIRECTV AND MUST BE RETURNED UPON CANCELLATION OF SERVICE OR NON-RETURN FEES APPLY. $45 FOR EACH STANDARD DIRECTV RECEIVER, $135 FOR EACH DVR, $100 FOR EACH HD RECEIVER, $200 FOR EACH HD DVR, $250 FOR EACH GENIE HD DVR AND $100 FOR EACH GENIE MINI.
- RECEIVERS ARE AT ALL TIMES PROPERTY OF DIRECTV AND MUST BE RETURNED UPON CANCELLATION OF SERVICE OR ADDITIONAL FEES MAY APPLY. VISIT directv.com OR CALL 1-800-DIRECTV FOR DETAILS.
- If you are adding an additional receiver or upgrading an existing one, you are required to purchase 12 consecutive months for standard receivers or 24 consecutive months for advanced equipment (HD, DVR, OR HD DVR) of any DIRECTV programming package (priced at $29.99/mo. or above), or any international services bundle. If you ordered a replacement for your defective receiver, your programming agreement does not change.
- If you have two DIRECTV Receivers and/or one Receiver and a Genie Mini/Enabled TV/Device, the fee is $6/mo. For the third and each additional DIRECTV Receiver and/or Genie Mini /Enabled TV/Device on your account, you are charged an additional fee of $6/mo. per Receiver, Genie Mini and/or Enabled TV/Device.
- Your receiver must be continuously connected to your broadband service or a land-based phone line to activate certain sports programming and to allow pay per view ordering by remote control.
- If you cease to be DIRECTV's customer for any reason (whether voluntarily or involuntarily), you must call DIRECTV at 1-800-531-5000 within seven (7) days after the termination of your DIRECTV® programming and/or services to obtain information from DIRECTV necessary to arrange for a ground or air freight service to pick up and deliver all of your DIRECTV equipment to DIRECTV.
- You and DIRECTV agree that any dispute arising under or relating to your agreements or service with DIRECTV, which cannot be resolved informally, will be resolved through binding arbitration as fully set forth in your DIRECTV Customer Agreement (copy enclosed and also may be viewed at directv.com/legal). Arbitration means you waive your right to a jury trial.
- If your account start date is 2/8/12 or prior, the service fees are as follows:
  - Advanced Receiver-HD ($10/mo.)
  - Advanced Receiver-DVR ($10/mo.)
  - DIRECTV Whole-Home DVR service ($3/mo.)
- If your account start date is between 2/9/12 and 2/6/13, the service fees are as follows:
  - Advanced Receiver ($23/mo.)*
  - Advanced Receiver-HD ($10/mo.)
  - Advanced Receiver-DVR ($10/mo.)
- If your account start date is 2/7/13 or after, the service fees are as follows:
  - Advanced Receiver ($25/mo.)
  - Advanced Receiver-HD ($10/mo.)
  - Advanced Receiver-DVR ($10/mo.)



*Advanced Receiver increase of $3.00/mo. applicable only to customers with Advanced Receiver service, an account start date after 2/8/2012, and will be reflected as $23.00/mo. after a $2.00 offsetting bill credit for each month that Advanced Receiver fee is active during its promotional period.

©2013 DIRECTV. DIRECTV and the Cyclone Design logo are trademarks of DIRECTV, LLC. All other trademarks and service marks are the property of their respective owners.

1253-_index-00-0012211-0001-0012211