# EXHIBIT 7

DIRECTV Installation Checklist:

- **Check with your building owner or management company,** if applicable, on their regulations for installing television service. If you are told that you cannot install DIRECTV, please verify with FCC regulations at www.fcc.gov.
- **Have a working phone line** to take full advantage of your DIRECTV® service.
- **Pick your room(s)** or viewing space(s) where you'd like to watch DIRECTV® programming.
- **Customer must have working television** available on-site at time of install in order to activate DIRECTV video service. Please move your television away from the wall to help the installer reach the connections.
- **Set aside a few hours** so the installer has time to connect your system and give you a simple demonstration on how to use your new DIRECTV® System.
- **Make sure someone over 18 is available** to sign the installation documents when the installer is finished.
- **If you are having television installed on a rental property,** you need your landlord's permission to have DIRECTV installed. You can find the permission form at [directv.com/installationpermission](directv.com/installationpermission). The installer will need this form signed to begin installation.
- **Tell your colleagues:** take advantage of DIRECTV's referral program. Give your DIRECTV account number to neighboring businesses and colleagues. Both you and the business you refer will get $100 in bill credits when they sign up for DIRECTV for BUSINESS.

EXISTING CUSTOMER OFFER TERMS AND CONDITIONS
By accepting this offer you have agreed to the following terms and conditions:

- You will activate your DIRECTV equipment within 30 days of placing your order or be subject to a non-activation fee of $150 per receiver as liquidated damages.
- DIRECTV PROGRAMMING AND PRICING SUBJECT TO CHANGE AT ANY TIME.
- If you cancel your order prior to installation, we will issue a full refund (less delivery and handling fees). However, once your system is installed and activated, we do not issue refunds.
- To access DIRECTV HD programming, a Slimline Dish, a DIRECTV HD Receiver and HDTV equipment is required.
- Your receiver must be continuously connected to your broadband service or a land-based phone line to activate services and operate your DVR equipment (if applicable).
- If you purchased a DIRECTV® DVR Receiver or DIRECTV® Plus HD DVR, you agree to activate the DIRECTV® DVR service of $8.00 per month.
- Business and Private Viewing accounts are not eligible for public viewing offers.
- Sports subscriptions cannot be cancelled, transferred, refunded, or credited (in part or in whole) after the season starts.
- To receive seasonal sports subscriptions, a DIRECTV subscription is required and all DIRECTV Receivers must be continually connected to the same land-based phone line. Seasonal sports subscriptions continue automatically each year provided DIRECTV carries this service, unless the customer calls to cancel prior to the start of the season.
- If you receive the ESPN College Extra subscription, a DIRECTV base package subscription is required and all DIRECTV Receivers must be continuously connected to the same land-based phone line. Provided DIRECTV carries the service, the ESPN College Extra subscription and billing cycle will resume automatically on the anniversary date of the start of the prior year's billing cycle. The ESPN College Extra subscription cannot be transferred, refunded, or credited (in whole or in part) after you have received 30 days of ESPN College Extra programming.
- Blackout restrictions and other conditions apply to all sports programming. Actual number of games varies by market.
- You and DIRECTV agree that any dispute arising under or relating to your agreements or service with DIRECTV, which cannot be resolved informally, will be resolved through binding arbitration as fully set forth in your Commercial

- Viewing Agreement (available at directv.com/commercial_agreement). Arbitration means you waive your right to a jury trial.
  - Customers that distribute programming to more than one TV per receiver may be subject to Corporate Campus billing. For these customers, Additional Outlet fees are replaced with a $6 per TV fee.

©2016 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo and DIRECTV are registered trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.