# EXHIBIT 8

YOUR ORDER CONFIRMATION.                                                                 If you do not see the graphics, click here.



Dear JASON BAKER of THE MUCKY DUCK,

Thank you for partnering with DIRECTV for BUSINESS™. Below is a summary of your order as well as the terms and conditions of the offer.

DIRECTV agrees to provide you a standard professional commercial business installation. As defined at directv.com/business, the standard professional commercial installation includes:

- Mounting the DIRECTV® Multi-Satellite System dish antenna on the commercial establishment's roof, utilizing a Non-Penetrating Roof Mount (NPRM) with the associated rubber mount and ballast.
- Routing of cable through an approved roof penetration and following an approved commercial cable run (wire chases, drop ceiling, vertical air shafts, etc.).
- Connection of one DIRECTV Receiver per TV on site (limit ten) and connection to existing phone jack within 25 feet.

**1 Check your order** (This is NOT a bill)
Please review your order. To make a change, call **1-877-561-5921** at least 24 hours before your installation. Changes to your order may cause your installation to be rescheduled.

**2 Review your installation appointment**
**If you need to schedule an appointment call 1-877-561-5921 or email us at commercialvoice@directv.com.**

**3 Review your customer agreements**

[View Agreements »]

[View Terms & Conditions »]

⚠ **Important Details**
- **Landlord permission form** for renters
- **Installer parking requirements**



▼ YOUR ORDER—This is not a bill

**Order Date: 08/26/2015**
**DIRECTV Order Confirmation Number: SO0049077**
**DIRECTV Account Number: 1317009**

JASON BAKER
THE MUCKY DUCK
1315 9TH AVE
SAN FRANCISCO, CA 94122

**YOUR PROGRAMMING SELECTIONS, SPECIAL OFFERS AND SERVICES**

Add The Big Ten Network                     $39.99

**ESTIMATED CHARGES***       **$39.99**

**ORDER TOTAL PAID****       **$0.00**

HAVE A QUESTION? Call us at 1-877-561-5921.

Terms & Conditions

*Reflects total amount paid at initial time of order. This is not a bill; please do not send any form of payment to DIRECTV.

This email was sent to jasonbaker5@comcast.net. You are receiving this email as a result of your recent DIRECTV order. DIRECTV has the right to contact you via email regarding business transactions. For more details on how DIRECTV uses your information, please read our Privacy Policy.

If you would like to receive special offer emails from DIRECTV, view/change which emails you currently receive or change your email address, manage your email here.

ENSURE EMAIL DELIVERY
Make sure DIRECTV emails reach your inbox. Add directv@directv.com and directv@cm.directv.com to your address book or safe senders list.

QUESTIONS OR COMMENTS?
Please don't reply to this email directly; replies to this email address cannot be answered. If you have questions or concerns about this email, you can email DIRECTV Customer Care here.

©2015 DIRECTV. DIRECTV and the Cyclone Design logo are registered trademarks of DIRECTV, LLC. All other trademarks and service marks are the property of their respective owners.

CDOAB-082615