1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | CASE NO. 2:15-ml-02668-BRO (JEMx)<br><br>**[PROPOSED] ORDER GRANTING DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Judge: Hon. Beverly Reid O'Connell<br><br>Consolidated Amended Complaint Filed: June 24, 2016<br><br>Date:           December 12, 2016<br>Time:          1:30 p.m.<br>Courtroom:  14 |

1  On August 8, 2016, Defendants DIRECTV, LLC and DIRECTV Holdings LLC (collectively, "DIRECTV") moved for an order compelling Plaintiffs Robert Gary Lippincott, Michael Holinko, 1465 Third Avenue Restaurant Corp. (d/b/a Gael Pub), and Ninth Inning, Inc. (d/b/a The Mucky Duck) (collectively, "Plaintiffs") to resolve their individual disputes with DIRECTV in binding arbitration and to stay these proceedings pending these individual arbitrations.  This Court, having considered the papers submitted in support of and in opposition to DIRECTV's motion, as well as arguments of counsel at the hearing, rules as follows:

IT IS HEREBY ORDERED that DIRECTV's Motion to Compel Arbitration and Stay Proceedings is GRANTED.  Each Plaintiff has an arbitration agreement with DIRECTV requiring that they resolve disputes between them in binding, individual arbitration.  And Plaintiffs' claims regarding the NFL Sunday Ticket® sports programming package fall within the broad scope of Plaintiffs' respective arbitration agreements with DIRECTV.  In accordance with the U.S. Supreme Court's decisions in *AT&T Mobility LLC v. Concepcion*, 563 U.S. 333 (2011) and *DIRECTV, Inc. v. Imburgia*, 136 S. Ct. 463 (2015), and the Federal Arbitration Act, this Court orders Plaintiffs to arbitrate their individual disputes against DIRECTV as required by their respective arbitration agreements, and stays these proceedings pending arbitration. *See* 9 U.S.C. §§ 2-3.

**IT IS SO ORDERED.**

DATED: _____, 2016

The Honorable Beverly Reid O'Connell

1