Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Scott Martin
smartin@hausfeld.com
Irving Scher
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

Howard Langer
hlanger@langergrogan.com
Edward Diver
ndiver@langergrogan.com
Peter Leckman
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Interim Class Counsel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 2:15-ml-02668-BRO (JEMx)<br><br>Hon. Beverly Reid O'Connell<br><br>CLASS ACTION<br><br>**DECLARATION OF MARC M. SELTZER IN RESPONSE TO ORDER TO SHOW CAUSE** |

4466991v1/014918

I, Marc M. Seltzer, declare as follows:

1. I am a member in good standing of the bar of this Court, an active member of the State Bar of California, a partner in the law firm of Susman Godfrey L.L.P., and one of Interim Class Counsel appointed by the Court to represent the plaintiffs in the above-referenced litigation. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, could and would testify competently thereto.

2. On August 8, 2016, the Court issued an Order to Show Cause Re: Dismissal for Lack of Prosecution (Doc. No. 167), requiring plaintiffs to show cause why this case should not be dismissed for lack of prosecution. The stated basis for the Court's order was plaintiffs' failure to request entry of default because defendants had not answered plaintiffs' amended consolidated complaint (the "Complaint") (Doc. No. 163).

3. In the parties' Joint Preliminary Report filed on March 25, 2016 (Doc. No. 116), the parties jointly proposed that any motions to dismiss or to compel arbitration would be due 45 days after the filing of a consolidated complaint. Joint Preliminary Report at 13. At the Case Management Conference held on May 18, 2016, the Court indicated that it would accept the parties' proposed schedule regarding the filing of a consolidated complaint and the responses thereto.

4. The Complaint was filed on June 24, 2016, pursuant to the schedule set forth in the Joint Preliminary Report. Pursuant to the Joint Preliminary Report, any responsive pleading or motions directed to the Complaint would be due 45 days afterward—on August 8, 2016. Defendants accordingly filed two motions on August 8, 2016. The NFL defendants filed a motion to dismiss the Complaint and the DirecTV defendants filed a motion to compel arbitration. *See* Doc. Nos. 170 and 171.

5. Based on the foregoing, plaintiffs respectfully submit that the consolidated actions should not be dismissed for lack of prosecution.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of August, at Los Angeles, California

*/s/ Marc M. Seltzer*
Marc M. Seltzer

3

4466991v1/014918