# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx)<br>Hon. Beverly Reid O'Connell |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **ORDER GRANTING NFL DEFENDANTS' UNOPPOSED APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

Having considered the Application to File Documents Under Seal filed by Defendants the National Football League, NFL Enterprises LLC, and the Individual NFL Clubs (collectively "the NFL defendants"), and sufficiently compelling reasons appearing, the motion is hereby GRANTED.

IT IS HEREBY ORDERED that documents or portions thereof identified in the NFL Defendants' and in the below table shall be filed under seal.

**The Filing Party must thereafter file the sealed document pursuant to L.R. 79-5.2.2(c). The Clerk will not convert the PROPOSED sealed document submitted with the Application into a new filing.**

| Exhibit Number | Reason | Declarant | Page Numbers |
|---|---|---|---|
| 1 | Sensitive commercial terms; sensitive, third-party materials provided in confidence | DiBella; Correa | All |
| 2 | Sensitive commercial terms; sensitive, third-party materials | DiBella; Dhaliwal | All |

DC: 6133612-4

| | | | |
|---|---|---|---|
| | provided in confidence | | |
| 3 | Sensitive commercial terms; sensitive, third-party materials provided in confidence | DiBella; Murphy | All |
| 4 | Sensitive commercial terms; sensitive, third-party materials provided in confidence | DiBella; Murphy | All |

IT IS SO ORDERED.

Dated:  September 1, 2016          By:  _____

Hon. Beverly Reid O'Connell
U.S. District Judge