1   Beth A. Wilkinson (admitted *pro hac vice*)
2   **WILKINSON WALSH + ESKOVITZ LLP**
3   1900 M Street NW, Suite 800
    Washington, DC 20036
4   Telephone: (202) 847-4000
    Facsimile: (202) 847-4005
5   bwilkinson@wilkinsonwalsh.com
6

7   Sean Eskovitz (State Bar No. 241877)
8   **WILKINSON WALSH + ESKOVITZ LLP**
9   11726 San Vicente Boulevard, Suite 600
    Los Angeles, CA 90049
10  Telephone: (424) 316-4000
    Facsimile: (202) 847-4005
11  seskovitz@wilkinsonwalsh.com
12
    *Counsel for Defendants National Football League,*
13  *NFL Enterprises LLC, and the Individual NFL*
    *Clubs*
14
15  [Additional Counsel Listed on Signature Pages]
16
17              **UNITED STATES DISTRICT COURT**
18              **CENTRAL DISTRICT OF CALIFORNIA**
19
20
21  IN RE: NATIONAL FOOTBALL           Case No. 2:15-ml-02668-BRO (JEMx)
22  LEAGUE "SUNDAY TICKET"
    ANTITRUST LITIGATION               **JOINT SUPPLEMENTAL REPORT**
23
24                                     Hon. Beverly Reid O'Connell
25  THIS DOCUMENT RELATES TO
    ALL ACTIONS
26
27
28

1  Pursuant to the parties' Joint Preliminary Report, filed on March 25, 2016
2  (Doc. 116), and the Court's instructions at the Case Management Conference held
3  on May 18, 2016 (Doc. 156), the parties in the above-captioned Multidistrict
4  Litigation (the "MDL") respectfully submit this Joint Supplemental Report.  This
5  Report is the result of exchanges of draft stipulated orders as discussed herein and a
6  conference held among counsel for the parties on August 30, 2016.

7  ## I.  ELECTRONICALLY STORED INFORMATION

8  The parties are currently finalizing a stipulated order regarding discovery of
9  electronically stored information ("ESI") and other documents.  Subject to the parties
10  resolving a limited number of outstanding issues on that stipulated order, there
11  appear to be no other outstanding issues pertaining to the discovery of ESI that need
12  to be addressed by the Court at this time.  The parties anticipate filing a stipulated
13  order regarding discovery of ESI and other documents for the Court's approval by
14  September 30, 2016.  If the parties cannot reach an agreement by then, the parties
15  propose submitting alternative forms of ESI orders to the Court by October 10, 2016
16  along with a joint statement not to exceed 10 pages setting forth the positions of the
17  parties.

18  ## II.  ISSUES REGARDING PRIVILEGE OR ATTORNEY WORK
19  PRODUCT

20  The stipulated order regarding discovery of ESI and other documents that the
21  parties are currently negotiating also includes provisions addressing aspects of the
22  parties' exchange of privilege logs.  Subject to the parties reaching agreement on that
23  stipulated order, there appear to be no other outstanding issues pertaining to privilege
24  or attorney work product that need to be addressed by the Court at this time.  The
25  parties anticipate filing this stipulated order regarding discovery of ESI and other
26  documents for the Court's approval by September 30, 2016.  If the parties cannot
27  reach an agreement by then, the parties propose submitting alternative forms of

28

1    orders regarding privilege logs to the Court by October 10, 2016 along with a joint

2    statement not to exceed 10 pages setting forth the positions of the parties.

3    **III.    PROPOSED CHANGES IN THE LIMITATIONS ON DISCOVERY**

4    **IMPOSED BY THE FEDERAL RULES OF CIVIL PROCEDURE**

5    The stipulated order regarding discovery of ESI and other documents that the

6    parties are currently negotiating includes provisions addressing the scope of the

7    parties' obligations to preserve and produce ESI and other documents.  The parties

8    anticipate filing this stipulated order regarding discovery of ESI and other documents

9    for the Court's approval by September 30, 2016.  If the parties cannot reach an

10   agreement by then, the parties propose submitting alternative forms of ESI orders to

11   the Court by October 10, 2016 along with a joint statement not to exceed 10 pages

12   setting forth the positions of the parties.

13   The parties have also engaged in discussions concerning the appropriate time

14   for commencing discovery, but they have not reached an agreement.  The parties are

15   continuing to meet and confer on this issue, and they will advise the Court if its

16   assistance is required to resolve this issue.

17   **IV.    OTHER ORDERS THE COURT SHOULD ISSUE UNDER RULES**

18   **16(b), 16(c), OR 26(c)**

19   The parties are currently negotiating a stipulated protective order.  Subject to

20   the parties reaching agreement on that stipulated order, there are no other orders that

21   the Court should issue in this matter under Rules 16(b), 16(c), or 26(c) at this time.

22   The parties anticipate filing a stipulated protective order by September 30, 2016.  If

23   the parties cannot reach an agreement by then, the parties propose submitting

24   alternative forms of ESI orders to the Court by October 10, 2016 along with a joint

25   statement not to exceed 10 pages setting forth the positions of the parties.

26   **V.    OTHER MATTERS**

27   The parties have discussed and also expect to negotiate a separate stipulated

28   order governing expert discovery in this matter at an appropriate time.

1

2

Respectfully submitted,

3    Dated:  September 6, 2016       By:   *s/ Marc M. Seltzer*

4                                   Marc M. Seltzer
                                    **SUSMAN GODFREY L.L.P.**
5                                   1901 Avenue of the Stars, Suite 950
                                    Los Angeles, CA 90067-6029
6                                   Telephone: (310) 789-3100
                                    Fax: (310) 789-3150
7                                   mseltzer@susmangodfrey.com

8                                   Howard I. Langer
9                                   **LANGER, GROGAN & DIVER, P.C.**
                                    1717 Arch Street, Suite 4130
10                                  Philadelphia, PA 19103
                                    Telephone: (215) 320-5660
11                                  Fax: (215) 320-5703
                                    hlanger@langergrogan.com
12

13                                  Scott Martin
                                    **HAUSFELD LLP**
14                                  33 Whitehall Street
                                    14th Floor
15                                  New York, NY 10004
                                    Telephone: (646) 357-1100
16                                  Fax: (212) 202-4322
                                    smartin@hausfeld.com
17

18                                  *Co-Lead Plaintiffs' Counsel*

19

20

21

22

23

24

25

26

27

28

**JOINT SUPPLEMENTAL REPORT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:    *s/ Sean Eskovitz*
        Sean Eskovitz (Bar No. 241877)
        **WILKINSON WALSH + ESKOVITZ LLP**
        11726 San Vicente Boulevard, Suite 600
        Los Angeles, CA 90049
        Telephone: (424) 316-4000
        Facsimile: (202) 847-4005
        seskovitz@wilkinsonwalsh.com

        Beth A. Wilkinson (admitted *pro hac vice*)
        **WILKINSON WALSH + ESKOVITZ LLP**
        1900 M Street NW, Suite 800
        Washington, DC 20036
        Telephone: (202) 847-4000
        Facsimile: (202) 847-4005
        bwilkinson@wilkinsonwalsh.com

        Neema T. Sahni (Bar No. 274240)
        **COVINGTON & BURLING LLP**
        1999 Avenue of the Starts, Suite 1500
        Los Angeles, CA 90067-6045
        Telephone: (424) 332-4800
        Facsimile: (424) 332-4782
        nsahni@cov.com

        Gregg H. Levy (admitted *pro hac vice*)
        Derek Ludwin (admitted *pro hac vice*)
        **COVINGTON & BURLING LLP**
        One CityCenter
        850 Tenth Street NW
        Washington, DC 20001
        Telephone: (202) 662-6000
        Facsimile: (202) 662-6291
        glevy@cov.com
        dludwin@cov.com

        *Counsel for Defendants National*
        *Football League, NFL Enterprises*
        *LLC, and the Individual NFL Clubs*

**JOINT SUPPLEMENTAL REPORT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: ___*s/ Tammy A. Tsoumas*___
Michael E. Baumann (Bar No. 145830)
Melissa D. Ingalls (Bar No. 174861)
Robyn E. Bladow (Bar No. 205189)
Tammy A. Tsoumas (Bar No. 250487)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
michael.baumann@kirkland.com
melissa.ingalls@kirkland.com
robyn.bladow@kirkland.com
tammy.tsoumas@kirkland.com

*Counsel for Defendants DIRECTV, LLC and DIRECTV Holdings LLC*

**JOINT SUPPLEMENTAL REPORT**