Marc M. Seltzer
**SUSMAN GODFREY LLP**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: 310-789-3100
Fax: 310-789-3150
Email: mseltzer@susmangodfrey.com

Scott Martin
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
Email: smartin@hausfeld.com

Howard Langer
**LANGER GROGAN AND DIVER PC**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: 215-320-5660
Fax: 215-320-5703
Email: hlanger@langergrogan.com

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO. 2:15-ml-02668-BRO (JEMx) |
| | **STIPULATION EXTENDING THE DUE DATES FOR THE OPPOSITION AND REPLY BRIEFS REGARDING DIRECTV'S MOTION TO COMPEL ARBITRATION** |
| THIS DOCUMENT RELATES TO:   ALL ACTIONS | Judge: Hon. Beverly Reid O'Connell |
| | Consolidated Amended Complaint Filed: June 24, 2016 |

WHEREAS, pending before the Court is a putative antitrust class action against the National Football League, its member teams, and two DIRECTV entities (DIRECTV, LLC and DIRECTV Holdings, LLC);

WHEREAS, on August 8, 2016, the DIRECTV Defendants filed a motion to compel arbitration and to stay the claims against them pending arbitration;

WHEREAS, the due date for Plaintiffs' memorandum opposing that motion is Thursday, September 22, 2016;

WHEREAS, counsel for the Plaintiffs and DIRECTV Defendants have recently begun discussions regarding a possible resolution of the DIRECTV Defendants' motion;

WHEREAS, no prior continuance or extension of time has been requested; and

WHEREAS, this stipulation shall not affect the timing of the filing of Plaintiffs' Memorandum in Opposition to the NFL Defendants' Motion to Dismiss the Consolidated Amended Complaint and shall not affect the December 12, 2016 hearing date;

THEREFORE, Plaintiffs and DIRECTV respectfully request that the Court change the briefing schedule as follows:

(1)     The due date for Plaintiffs' memorandum in opposition to DIRECTV's motion to compel arbitration is extended to October 3, 2016.

(2)     The due date for DIRECTV's reply memorandum is extended to November 14, 2016.

(3)     The hearing scheduled for argument on DIRECTV's motion to compel arbitration and the NFL Defendants' motion to dismiss remains on calendar for December 12, 2016.

1 | DATED:  September 21, 2016

2

3 | By:   /s/ Marc M. Seltzer

Marc M. Seltzer
4 | **SUSMAN GODFREY LLP**
1901 Avenue of the Stars, Suite 950
5 | Los Angeles, CA 90067
Tel: 310-789-3100
6 | Fax: 310-789-3150
Email:  mseltzer@susmangodfrey.com

7

8 | Scott Martin
**HAUSFELD LLP**
9 | 33 Whitehall Street, 14th Floor
New York, NY 10004
10 | Tel: (646) 357-1100
Fax: (212) 202-4322
11 | Email:  smartin@hausfeld.com

12 | Howard Langer
**LANGER GROGAN AND DIVER PC**
13 | 1717 Arch Street, Suite 4130
Philadelphia, PA 19103
14 | Tel: 215-320-5660
Fax: 215-320-5703
15 | Email:  hlanger@langergrogan.com

16 | *Interim Class Counsel*

17 | DATED:  September 21, 2016      KIRKLAND & ELLIS LLP

18

19 | /s/ Robyn E. Bladow

20 | Robyn E. Bladow
**KIRKLAND & ELLIS LLP**
21 | 333 South Hope Street
Los Angeles, California  90071
22 | Telephone: (213) 680-8400
Facsimile: (213) 680-8500
23 | Email:  robyn.bladow@kirkland.com

24

25 | *Attorneys for Defendants DIRECTV, LLC and DIRECTV Holdings LLC*

26

27

28

---

**STIPULATION EXTENDING THE DUE DATES FOR THE OPPOSITION AND REPLY BRIEFS REGARDING DIRECTV'S MOTION TO COMPEL ARBITRATION**