1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:   ALL ACTIONS | CASE NO. 2:15-ml-02668-BRO (JEMx)<br><br>**[PROPOSED] ORDER ON STIPULATION EXTENDING THE DUE DATES FOR THE OPPOSITION AND REPLY BRIEFS REGARDING DIRECTV'S MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. Beverly Reid O'Connell<br><br>Consolidated Amended Complaint Filed: June 24, 2016 |

1 | Pursuant to the Stipulation between Plaintiffs and the DIRECTV Defendants filed on September 21, 2016,

IT IS HEREBY ORDERED that the due date for Plaintiffs' memorandum in opposition to DIRECTV's motion to compel arbitration is extended to October 3, 2016, and the due date for DIRECTV's reply memorandum is extended to November 14, 2016.

**IT IS SO ORDERED.**

DATED: _____, 2016

The Honorable Beverly Reid O'Connell

1