| | |
|---|---|
| Marc M. Seltzer (54534)<br>mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150<br><br>Scott Martin<br>smartin@hausfeld.com<br>Irving Scher<br>ischer@hausfeld.com<br>HAUSFELD LLP<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>Tel: (646) 357-1100<br>Fax: (2121) 202-4322 | Howard Langer<br>hlanger@langergrogan.com<br>Edward Diver<br>ndiver@langergrogan.com<br>Peter Leckman<br>pleckman@langergrogan.com<br>LANGER GROGAN AND DIVER PC<br>1717 Arch Street, Suite 4130<br>Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703 |

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. ML 15-02668−BRO (JEMx)<br><br>CLASS ACTION<br><br>**PLAINTIFFS' UNOPPOSED APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENT UNDER SEAL** |

Pursuant to Local Rule 79-5.2.2, Plaintiffs Ninth Inning Inc. dba The Mucky Duck, 1465 Third Avenue Restaurant Corp. dba Gael Pub, Robert Gary Lippincott, Jr., and Michael Holinko seek an order authorizing the Plaintiffs to submit under seal an unredacted copy of Plaintiffs' Memorandum in Opposition to the NFL Defendants' Motion to Dismiss ("Plaintiffs' Opposition"). Plaintiffs submit the attached Declaration of Ian M. Gore in support of this application. Plaintiffs have met and conferred with the NFL Defendants regarding this application, and the NFL Defendants do not oppose this application.

Plaintiffs seek to file Plaintiffs' Opposition under seal because it refers to portions of Exhibits 3 and 4 of the NFL Defendants' Motion to Dismiss. These exhibits contain agreements between the NFL and DirecTV. The NFL Defendants previously applied to file Exhibits 3 and 4 under seal and Plaintiffs did not oppose that application without conceding that they should be filed under seal. The Court granted the NFL's application on September 1, 2016. Because Plaintiffs' Opposition relies in part on these exhibits, Plaintiffs seek to file a redacted version of Plaintiffs' Opposition publicly and an un-redacted version under seal.

Dated: September 22, 2016          Respectfully submitted,


                                   By:  */s/ Marc M. Seltzer*
                                        Marc M. Seltzer

                                   Marc M. Seltzer
                                   mseltzer@susmangodfrey.com
                                   SUSMAN GODFREY L.L.P.
                                   1901 Avenue of the Stars, Suite 950
                                   Los Angeles, CA 90067
                                   Tel: (310) 789-3100
                                   Fax: (310) 789-3150

                                   Arun Subramanian
                                   asubramanian@susmangodfrey.com

1

| | |
|---|---|
| 1 | William Christopher Carmody |
| 2 | bcarmody@susmangodfrey.com |
| | Seth Ard |
| 3 | sard@susmangodfrey.com |
| 4 | Ian M. Gore |
| | igore@susmangodfrey.com |
| 5 | SUSMAN GODFREY LLP |
| 6 | 1301 Avenue of the Americas, 32nd Fl. |
| | New York, NY 10019 |
| 7 | Tel: (212) 336-8330 |
| 8 | Fax: (212) 336-8340 |
| 9 | |
| | Michael D. Hausfeld |
| 10 | mhausfeld@hausfeld.com |
| 11 | HAUSFELD LLP |
| | 1700 K. Street NW, Suite 650 |
| 12 | Washington, DC 20006 |
| 13 | Tel: (202) 540-7200 |
| | Fax: (202) 540-7201 |
| 14 | |
| 15 | Scott Martin |
| | smartin@hausfeld.com |
| 16 | Irving Scher |
| 17 | ischer@hausfeld.com |
| | HAUSFELD LLP |
| 18 | 33 Whitehall Street, 14th Floor |
| 19 | New York, NY 10004 |
| | Tel: (646) 357-1100 |
| 20 | Fax: (212) 202-4322 |
| 21 | |
| | Michael P. Lehmann (SBN 77152) |
| 22 | mlehmann@hausfeld.com |
| 23 | Bonny E. Sweeny (SBN 176174) |
| | bsweeney@hausfeld.com |
| 24 | Christopher L. Lebsock (SBN 184546) |
| 25 | clebsock@hausfled.com |
| | HAUSFELD LLP |
| 26 | 600 Montgomery St., Suite 3200 |
| 27 | San Francisco, CA 94111 |
| | Tel: (415) 633-1908 |
| 28 | Fax: (415) 358-4980 |

Howard Langer
hlanger@langergrogan.com
Edward Diver
diver@langergrogan.com
Peter Leckman
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Interim Class Counsel*