# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 2:15-ml-02668−BRO (JEMx)<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' UNOPPOSED APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENT UNDER SEAL** |

4526779v1/014918

Pending before the Court is Plaintiffs' Unopposed Application Under Local Rule 79-5 to File Document Under Seal. The Court has considered the Application and GRANTS the Application.

IT IS HEREBY ORDERED that an un-redacted version of Plaintiff's Memorandum in Opposition to the NFL Defendants' Motion to Dismiss be filed under seal.

IT IS SO ORDERED.

Dated: _____, 2016

_____
Beverly Reid O'Connell
United States District Judge

4526779v1/014918                    1