1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO. 2:15-ml-02668-BRO (JEMx) |
| | **ORDER ON STIPULATION EXTENDING THE DUE DATES FOR THE OPPOSITION AND REPLY BRIEFS REGARDING DIRECTV'S MOTION TO COMPEL ARBITRATION** |
| THIS DOCUMENT RELATES TO:   ALL ACTIONS | Judge: Hon. Beverly Reid O'Connell |
| | Consolidated Amended Complaint Filed: June 24, 2016 |

1       Pursuant to the Stipulation between Plaintiffs and the DIRECTV Defendants

2   filed on September 21, 2016,

3       IT IS HEREBY ORDERED that the due date for Plaintiffs' memorandum in

4   opposition to DIRECTV's motion to compel arbitration is extended to October 3,

5   2016, and the due date for DIRECTV's reply memorandum is extended to November

6   14, 2016.

7

8

9

10      IT IS SO ORDERED.

11  DATED:  September 23, 2016

        _____

12                                      HON. BEVERLY REID O'CONNELL
                                        United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1