1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

13
14
15
16
17
18
19

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 2:15-ml-02668−BRO (JEMx)<br><br>**ORDER REGARDING PLAINTIFFS' UNOPPOSED APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENT UNDER SEAL** |
|---|---|

20
21
22
23
24
25
26
27
28

4526779v1/014918

1
2
3
4
5
6
7
8

Pending before the Court is Plaintiffs' Unopposed Application Under Local Rule 79-5 to File Document Under Seal. The Court has considered the Application and GRANTS the Application.

IT IS HEREBY ORDERED that an un-redacted version of Plaintiff's Memorandum in Opposition to the NFL Defendants' Motion to Dismiss be filed under seal.

9   IT IS SO ORDERED.

10  DATED: September 26, 2016



_____
HON. BEVERLY REID O'CONNELL
United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4526779v1/014918                    1