1  Marc M. Seltzer (54534)
   mseltzer@susmangodfrey.com
2  SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
3  Los Angeles, CA 90067-6029
   Phone:  (310) 789-3100
4  Fax:  (310) 789-3150

5  Scott Martin
   smartin@hausfeld.com
6  Irving Scher
   ischer@hausfeld.com
7  HAUSFELD LLP
   33 Whitehall Street, 14th Floor
8  New York, NY 10004
   Tel: (646) 357-1100
9  Fax: (2121) 202-4322

   Howard Langer
   hlanger@langergrogan.com
   Edward Diver
   ndiver@langergrogan.com
   Peter Leckman
   pleckman@langergrogan.com
   LANGER GROGAN AND DIVER PC
   1717 Arch Street, Suite 4130
   Philadelphia, PA 19103
   Tel: (215) 320-5660
   Fax: (215) 320-5703

10 *Interim Class Counsel*

11            **UNITED STATES DISTRICT COURT**

12            **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668−BRO (JEMx)  Hon. Beverly Reid O'Connell |
| 17  THIS DOCUMENT RELATES TO:  ALL ACTIONS | **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |

4530084v1/014918

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067-6029.

On September 27, 2016, I served the foregoing document(s) described as follows:

The un-redacted, sealed version of **Plaintiffs' Memorandum in Opposition to the NFL Defendants' Motion to Dismiss**.

on the interested parties in this action as stated on the attached service list, as follows:

__XX__ BY ELECTRONIC MAIL: I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on September 27, 2016, at Los Angeles, California.

(State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__XX__ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_Helen Danielson_   _/s/ Helen Danielson_
(Type or Print Name)   (Signature)

4530084v1/014918   1

# SERVICE LIST

Beth A. Wilkinson
WILKINSON WALSH + ESKOVITZ LLP
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com

Sean Eskovitz
WILKINSON WALSH + ESKOVITZ LLP
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
seskovitz@wilkinsonwalsh.com

Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy
Derek Ludwin
John Playforth
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

Michael E. Baumann
Melissa D. Ingalls
Robyn E. Bladow
Tammy A. Tsoumas

4530084v1/014918                    2

| | |
|---|---|
| 1 | KIRKLAND & ELLIS LLP |
| 2 | 333 South Hope Street<br>Los Angeles, CA 90071 |
| 3 | Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |
| 4 | michael.baumann@kirkland.com |
| 5 | melissa.ingalls@kirkland.com<br>robyn.bladow@kirkland.com |
| 6 | tammy.tsoumas@kirkland.com |
| 7 | *Counsel for Defendants DIRECTV, LLC and DIRECTV Holdings LLC* |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |