Beth A. Wilkinson (admitted *pro hac vice*)
**WILKINSON WALSH + ESKOVITZ LLP**
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com

Sean Eskovitz (State Bar No. 241877)
**WILKINSON WALSH + ESKOVITZ LLP**
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
seskovitz@wilkinsonwalsh.com

*Counsel for Defendants National Football League,
NFL Enterprises LLC, and the Individual NFL
Clubs*

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) **SECOND JOINT SUPPLEMENTAL REPORT** Hon. Beverly Reid O'Connell |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

Pursuant to the parties' Joint Supplemental Report, filed on September 6, 2016 (Doc. 181) (the "First Report"), the parties in the above-captioned Multidistrict Litigation (the "MDL") respectfully submit this Second Joint Supplemental Report. This Report is the result of exchanges of draft stipulated orders as discussed herein and conferences held among counsel for the parties on September 19 and 29, 2016. The parties have reached agreement on a stipulated protective order for the Court's consideration; that proposed order is being filed contemporaneously with this Report. The parties have also made substantial progress in negotiating a stipulated order regarding discovery of electronically stored information ("ESI") and other documents. If the parties are unable to reach agreement on the stipulated ESI order, they will, as stated in the First Report, submit to the Court by October 10, 2016 alternative forms of ESI orders and a joint statement, not to exceed 10 pages, setting forth their respective positions.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: September 30, 2016 | By: *s/ Marc M. Seltzer* |
|   | Marc M. Seltzer |
|   | **SUSMAN GODFREY L.L.P.** |
|   | 1901 Avenue of the Stars, Suite 950 |
|   | Los Angeles, CA 90067-6029 |
|   | Telephone: (310) 789-3100 |
|   | Fax: (310) 789-3150 |
|   | mseltzer@susmangodfrey.com |

Howard I. Langer
**LANGER, GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Telephone: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com

Scott Martin
**HAUSFELD LLP**
33 Whitehall Street
14th Floor
New York, NY 10004
Telephone: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com

*Co-Lead Plaintiffs' Counsel*

**SECOND JOINT SUPPLEMENTAL REPORT**

By: *s/ Beth A. Wilkinson*
Beth A. Wilkinson (admitted *pro hac vice*)
**WILKINSON WALSH + ESKOVITZ LLP**
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com

Sean Eskovitz (Bar No. 241877)
**WILKINSON WALSH + ESKOVITZ LLP**
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
seskovitz@wilkinsonwalsh.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Starts, Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4782
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

|   |   |
|---|---|
| 1 | By: *s/ Tammy A. Tsoumas* |
| 2 | Michael E. Baumann (Bar No. 145830) |
|   | Melissa D. Ingalls (Bar No. 174861) |
| 3 | Robyn E. Bladow (Bar No. 205189) |
|   | Tammy A. Tsoumas (Bar No. 250487) |
| 4 | **KIRKLAND & ELLIS LLP** |
|   | 333 South Hope Street |
| 5 | Los Angeles, CA 90071 |
|   | Telephone: (213) 680-8400 |
| 6 | Facsimile: (213) 680-8500 |
| 7 | michael.baumann@kirkland.com |
|   | melissa.ingalls@kirkland.com |
| 8 | robyn.bladow@kirkland.com |
|   | tammy.tsoumas@kirkland.com |

*Counsel for Defendants DIRECTV, LLC and DIRECTV Holdings LLC*