Marc M. Seltzer (54534)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Scott Martin
Irving Scher
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

Howard Langer
Edward Diver
Peter Leckman
**LANGER GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com
ndiver@langergrogan.com
pleckman@langergrogan.com

*Interim Class Counsel*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 2:15-ml-02668−BRO (JEMx)<br><br>**DECLARATION OF CHRISTOPHER L. LEBSOCK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>DATE:  December 12, 2016<br>TIME:  1:30 p.m.<br>PLACE:  Courtroom of the Hon.<br> Beverly Reid O'Connell |

1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

7
8
9
10
11
12
13
14

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) |
| | **DECLARATION OF CHRISTOPHER L. LEBSOCK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Hon. Beverly Reid O'Connell |

15
16    I, Christopher L. Lebsock, declare and state as follows:

17    1.    I am a partner with the law firm Hausfeld LLP and am one of the

18 attorneys representing Plaintiffs in the above-captioned action. I submit this

19 declaration in support of Plaintiffs' Opposition to Defendant's Motion to Compel

20 Arbitration and Stay Proceedings. I have personal knowledge of the foregoing

21 facts and could and would testify competently thereto if called as a witness.

22    2.    Attached hereto as Exhibits 1a-1e are true and correct copies of

23 various webpages on www.directv.com compiled by my assistant under my

24 supervision and direction. We visited www.directv.com on August 15, 2016 and

25 again on September 21, 2016 and typed in the phrase "Commercial Customer

26 Agreement" in the dialog box provided. This is shown on Exhibit 1a. The results

27 of the search are shown on Exhibit 1b. The first link on Exhibit 1b connects to a

page containing "Agreements and Policies". This leads to another page where a further click can then be made on a link "View DirecTV for Business Customer Agreement". *See* Exhibit 1c. However, there is no document available at that link that is viewable through the Microsoft Internet Explorer browser. *See* Exhibit 1d. After some trial and error, I eventually was able to link to the document using the Firefox browser. Prior to these recent visits, I personally visited the directv.com website several times to try and locate the "Commercial Customer Agreement" and was unable to find it.

3.      It bears noting that the second link in Exhibit 1b generically titled "Customer Agreement" links to the "Residential Customer Agreement", not the "Commercial Customer Agreement." *See* Exhibit 1e. The homepage for www.directv.com does not provide any direct link to either the Residential Customer Agreement or the Commercial Customer Agreement as of September 21, 2016. Nor do the phrases Residential Customer Agreement or Commercial Customer Agreement appear on DirecTV's homepage.

4.      It appears that DirecTV has recently—after the current litigation was filed—remodeled the "legal" portion of its website. This may have been done as a result of the DirecTV/AT&T merger.

5.      Attached hereto as Exhibit 2 is a list of 8,286 federal lawsuits initiated by DirecTV. The list was compiled by my paralegal under my supervision and at my direction using the Westlaw docket search tool. This list of cases includes "theft of service" claims made by DirecTV against its customers, including, for example, claims by DirecTV that a customer improperly used residential service for commercial viewing purposes. The list was compiled by limiting the search results to non-small claims cases where DirecTV was the plaintiff and the case description code was "Other Federal Statutes", which encompasses claims under the Communications Act of 1934 and related federal

statutes such as the Digital Millennium Copyright Act and the Electronic

Communications Privacy Act. DirecTV's aggressive litigation tactics against its

customers have been widely reported in the press. *See e.g.*

http://www.standard.net/Business/2015/08/22/Predatory-DirecTV-sues-Eden-bar-

owner-for-more-than-4-000.

      6.    We have examined a few of these complaints. Attached hereto as

Exhibits 3-5 are true and correct copies of exemplar complaints filed by DirecTV

against its subscribers (and their related entities) in court in recent years alleging

"theft of service" claims. We note that there may be "theft of service" claims

within this group of 8286 complaints that were filed against individuals or entities

(a) where the defendants (or related entities) were never customers of DirecTV

and (b) where these defendants (or related entities) purchased, leased, or acquired

DirecTV equipment from a source other than DirecTV or its authorized

representatives. Accordingly, some portion of the "theft of service" complaints

may not have been subject to an arbitration obligation—even under DirecTV's

expansive view of the circumstances that would bind parties to arbitration.

Nevertheless, based on a random review of a small sample of the 8286

complaints, it appears that many of them do have some connection to a DirecTV

subscriber, and thus to DirecTV's arbitration agreements.

      7.    Attached hereto as Exhibit 6 is a true and correct copy of a billing

statement and inserts I received from DirecTV for my service, dated September 6,

2016.

Dated: October 3, 2016

                             */s/ Christopher L. Lebsock*
                             Christopher L. Lebsock

# EXHIBIT 1a





Lock in a 2-year TV deal when you add other AT&T Services.

# EXHIBIT 1b

1-888-489-3591

 DIRECTV

Get DIRECTV for: **Building Owners** | **Businesses** | **Travelers**

Commercial Customer Agreement

🛒 **Get DIRECTV**   ❓ **Help Center** ▾   👤 **My Account** ▾

| Explore DIRECTV | Watch DIRECTV | Movies | TV Shows | Sports | For Kids | Networks | Guide | Playlist |

9/21/16 1:00 p.m.

## 152 Total Results for "Commercial Customer Agreement"

Sign in or enter your ZIP code to see programs available in your area.

📦 **Products** (3 of 47 results)                    **View All**

**Agreements and Policies**
Here you'll find links to the terms of your Customer Agreement with DIRECTV, your equipment lease, privacy policy, the use of information on our website and other policy details.

**Customer Agreement**
DIRECTV Customer Agreement in English: This document describes the terms and conditions of your receipt and payment of DIRECTV service.

**Equipment Lease Agreement**
DIRECTV Equipment Lease Agreement in English: This document contains the terms and conditions for the lease of the DIRECTV equipment.

 **Support** (3 of 81 results)                    **View All**

**DIRECTV Cancellation Fee**
If you cancel your service or if your account was deactivated because you did not maintain the minimum programming requirements, you will be charged a deactivation fee of $15. I

**How to Order DIRECTV Pay Per View Movies**
You can purchase Pay Per View movies (also known as DIRECTV CINEMA movies) to watch on your TV in a fe

**DIRECTV Wireless Genie Mini and Genie Mini Installation**
It's easy to add another Genie Mini or Wireless Genie Mini to your Genie Whole-Home HD DVR setup and start enjoying DIRECTV and a full HD DVR experience on an additional TV. Jus

▶ **Entertainment** (20 of 24 results)                    **View All**

      



# EXHIBIT 1c



Search Movies, Shows, Products, Support

Get DIRECTV  Help Center  My Account ⌄

🏠  Why DIRECTV? ⌄  Packages ⌄  Equipment & Features ⌄  News ⌄  **Watch DIRECTV** ❯

✉ Get special offers

# Agreements & Policies

9/21/16 1:00 p.m.

Here you'll find links to the terms of your Customer Agreement with DIRECTV, your equipment lease, privacy policy, the use of information on our website and other policy details.



### The DIRECTV Customer Promise
Committed to the principles of honesty and integrity, our employees are determined to provide you with prompt, courteous and excellent service. We promise to do our best to resolve any issues that might arise as quickly as possible. And we will continue to develop the unique, innovative programming and services that you have come to expect and enjoy from DIRECTV.

**More Info**



### Did You Know?
Our Residential Customer Agreement, Equipment Lease Agreement and Privacy Policy are available in English and Spanish. Please print and retain these documents for your records.



### Residential Customer Agreement
This document describes the terms and conditions of your DIRECTV® Service, including payment and cancellation policies.

**View English**

**Ver en español**



### DIRECTV for Business
These documents describe the terms and conditions of your DIRECTV® for Business Service, including payment and cancellation policies.

**View DIRECTV for BUSINESS™ Customer Agreement**

**View Lodging and Institutions General Terms and Conditions**



### DIRECTV Internet Service Addendum
This document describes the additional terms and conditions of your DIRECTV® broadband Internet access service, including payment and cancellation policies.

# EXHIBIT 1d



# EXHIBIT 1e



# RESIDENTIAL CUSTOMER AGREEMENT
## Effective as of June 30, 2016, until replaced

**THIS DESCRIBES THE TERMS AND CONDITIONS OF YOUR RECEIPT OF AND PAYMENT FOR DIRECTV® SERVICE AND IS SUBJECT TO ARBITRATION (SECTION 9) AND DISCLAIMER OF WARRANTIES (SECTION 8). IF YOU DO NOT ACCEPT THESE TERMS, PLEASE NOTIFY US IMMEDIATELY AND WE WILL CANCEL YOUR ORDER OR SERVICE SUBJECT TO APPLICABLE CANCELLATION TERMS AND/OR FEES (SECTION 5). IF YOU INSTEAD DECIDE TO RECEIVE OUR SERVICE, IT WILL MEAN THAT YOU ACCEPT THESE TERMS AND THEY WILL BE LEGALLY BINDING. IF YOU OBTAINED RECEIVING EQUIPMENT DURING OR AFTER MARCH 2006, THE EQUIPMENT LEASE AGREEMENT, AVAILABLE AT DIRECTV.COM, GOVERNS YOUR RECEIPT, USE, AND RETURN OF EQUIPMENT.**
**TO VIEW BOTH AGREEMENTS IN SPANISH, VISIT DIRECTV.COM/ACUERDO OR CALL 1-888-388-6622 TO REQUEST A PRINTED COPY. (VISITE A DIRECTV.COM/ ACUERDO O LLAME AL 1-888-388-6622 PARA SOLICITAR ESTE DOCUMENTO.)**

**CONTACTING DIRECTV:**

You may contact us 24 hours a day, any day of the year, by sending us an e-mail at directv.com/email or by writing to:

> **DIRECTV, LLC**
> **Customer Service**
> **P.O. Box 6550**
> **Greenwood Village, CO 80155-6550**

You can also call us at 1-800-531-5000 and speak your request into our Automated Phone System, e.g., for technical issues – say "technical"; for on-screen messages – say the extension or message you see on your TV screen; to pay your bill – say "pay my bill"; for programming questions – say the name of the package or service, etc. For bill inquires, call hours are 8am - 8pm (your local time) Sun - Fri and 8am - 12:30am ET on Sat.

If your bill for DIRECTV Service comes from a party other than DIRECTV, please use the contact information provided on your bill for any questions about your DIRECTV Service.

Thank you for choosing DIRECTV. DIRECTV and its affiliates, subsidiaries and employees (defined here collectively as "DIRECTV" and referred to as "DIRECTV" or "we") provide digital satellite entertainment programming and services (referred to collectively as "Service") to residents of the United States. We do not provide, and you may not receive or use, Service at an address or location outside of the United States.

**CUSTOMER AGREEMENT**

**1. OUR SERVICE**

These are the terms on which we will provide you Service:

(a)   <u>Program Choices.</u> You must subscribe to a base package in order to receive additional Services such as premium movie services or sports subscriptions.  All programming selections have their own rates, terms and conditions. Information about programming is at directv.com.

(b)   <u>Ordering Pay Per View.</u> You may order Pay Per View Services by using your on-screen guide and remote control, by ordering at directv.com, by calling us and speaking the name of your event into our Automated Phone System, or by ordering through an agent. Programs recorded to a DVR may automatically delete after 24 hours. If you call an agent to order, the maximum fee may apply (described in Section 2). A reduced fee is available for Pay Per View orders placed at directv.com or through the Automated Phone System. To use your remote control to order, your equipment must be continuously connected to a land-based telephone line or internet connection. Your order may be transmitted via the telephone line, and during the short transmission period, you may not be able to use the line for other purposes. Repeated cancellation of previously ordered Pay Per View Services may result in cancellation of your account, restrictions on your ability to order Pay Per View Services, or imposition of additional fees for Pay Per View Services.

(1)   <u>On Demand/DIRECTV Cinema.</u>™ Customers with advanced HD DVR equipment may also access additional titles and on demand programs by connecting the equipment to the internet. Information available at directv.com.

(2)   <u>Other Authorized Devices.</u> Customers may also access certain titles and on demand programs by using a separately distributed DIRECTV software application on a compatible smartphone, tablet, computer or other device you provide that is authorized by DIRECTV ("an Authorized Device"). Information available at directv.com.

(c)   <u>Your Programming Changes.</u> You may change your programming selection by notifying us. A fee may apply to such changes (described in Sections 2 & 5(b)). Some programming may be purchased in minimum blocks of one month or multiples of one month.

(d)   <u>Our Programming Changes.</u> Many factors affect the availability, cost and quality of programming and may influence the decision to raise prices and the amount of any increase. These include, among others, programming and other costs, consumer demand, market and shareholder expectations, and changing business conditions. Accordingly, we must reserve the unrestricted right to change, rearrange, add or delete our programming packages, the selections in those packages, our prices, and any other Service we offer, at any time. We will endeavor to notify you of any change that is within our reasonable control and its effective date. In most cases this notice will be about one month in advance. You always have the right to cancel your Service, in whole or in part, if you do not accept the change (see Section 5). If you cancel your Service, a deactivation fee (described in Sections 2 & 5(b)) or other charges may apply. Credits, if any, to your account will be posted as described in Section 5. If you do not cancel, your continued receipt of our Service will constitute acceptance.

(e)   <u>Access Card.</u> You have received a conditional access card (referred to as the "Access Card") and a License Agreement governing your use of the Access Card while you are receiving our Service. Access Cards are nontransferable and are the exclusive property of DIRECTV. If you tell us that the original Access Card was lost, damaged, defective or stolen, we will replace it, as long as there is no evidence of unauthorized tampering with or modification of the Access Card and your account is in good standing. A replacement fee may apply (described in Section 2). Tampering with or other unauthorized modification of the Access Card is strictly prohibited and may result in criminal or civil action. Tampering with or inserting any device into your equipment other than an authorized unmodified Access Card is prohibited. DIRECTV reserves the right to cancel or replace the Access Card. Upon request, the card must be returned to DIRECTV. If you do not return the Access Card to DIRECTV when you cancel your Service, you may be charged a fee as described in Section 2. Requesting Access Cards on behalf of other persons or for purposes other than lawful viewing of DIRECTV Service is prohibited.

(f)   Phone Connections. For optimal performance of your Receiving Equipment, including ordering with your remote control or receiving certain Services, your equipment must be directly connected to the same land-based telephone line or internet connection. If you add Service on additional TVs, you may purchase a separate subscription for each additional TV, or, if all your equipment is continuously connected to the same land-based telephone line, we can charge you only the fee amount described in Section 2. You agree to provide true and accurate information about the location of your equipment. If it is determined that the equipment is not at the service address identified on your account, we may disconnect the equipment or charge you the full programming subscription price for the equipment.

(g)   Mobile Units. We provide Service to Receiving Equipment installed in mobile units such as campers, boats and other recreational vehicles. However, this Receiving Equipment is not eligible for the additional TV authorization discount described in Section 1(f).

(h)   Private Viewing. We provide Service only for your private non-commercial use, enjoyment and home viewing. The programming may not be viewed in areas open to the public or in commercial establishments. You may not rebroadcast, transmit or perform the programming, charge admission for its viewing or transmit or distribute running accounts of it. You may not use any of our trademarks.

(i)   Blackouts. Certain programming, including sports events, may be blacked out in your local reception area. Blackout restrictions are decided by the sports leagues and the other entities that own the local broadcast rights. You may visit directv.com for more blackout information. If you circumvent or attempt to circumvent any of these blackouts, you may be subject to legal action.

(j)   Loss of Receiving Equipment. You should notify us immediately if your DIRECTV Receiver(s), Genie Mini/Client(s), Access Card(s), remote control(s) or receiving antenna dish (referred to collectively as "Receiving Equipment") is lost or stolen. If you notify us within 5 days, we will not charge you for unauthorized use. In any case, we will not charge you for unauthorized use occurring after we receive your notice. For leased Receiving Equipment, nonreturn fees as specified in the Equipment Lease Agreement will apply.

(k)   Transfer of Receiving Equipment. We consider you to be responsible for, and the recipient of programming on, any Receiving Equipment you own. You are liable for charges incurred in the use of your Receiving Equipment or Authorized Device by others until you notify us of a transfer. Leased Receiving Equipment may not be transferred.

(l)   Your Viewing Restrictions. It is your responsibility to impose any viewing restrictions on other family members or guests as you think appropriate. We are not responsible to you or anyone else based on the content of our programming. Please visit directv.com for information on parental controls, locks and limits and password protection on your account.

(m)   Change of Address. You must notify us immediately of any change in your name, mailing address, residence address or telephone number.

## 2. PAYMENT

In return for receiving our Service, you promise to pay us as follows:

(a)   Programming. You will pay in advance, at our rates in effect at the time for all Service ordered by you or anyone who uses your Receiving Equipment or Authorized Device, with or without your permission, until the Service is canceled. If the Service is part of an offer through which you receive credits offsetting all or part of the Service price, such credits are also paid in advance. If you cancel the Service, you are no longer entitled to receive the credits and we reserve the right to recoup pre-paid credits.   The outstanding balance is due in full each month. To establish service, you were required to provide a credit card. You may use this or another

credit or debit card to establish recurring payments. See Section 5(e) regarding payment upon cancellation. We may, in our discretion, accept partial payments, which will be applied to the oldest outstanding statement. No "payment in full" notation or other restrictive endorsement written on your payments will restrict our ability to collect all amounts owing to us. If you do not pay your statements on time, we may reduce your Service to a minimum service level, at our rates in effect at the time, restrict the availability or renewability of your Service options, require immediate payment for Services ordered, or deactivate your Service.

**(b)  Monthly Fees For DIRECTV Receivers, Genie Minis and/or DIRECTV-ready TVs/Devices.** You will pay in advance, at our rates in effect at the time, for each receiver and/or Genie Mini/DIRECTV-Ready TV/Device on your account, provided you meet the qualifications specified in Section 1(f) and such equipment is located at your service address.

(c)   Taxes. You will pay all state and local taxes or other governmental fees and charges, if any, which are assessed including any such taxes, fees or charges assessed against discounted fees or service credits.

(d)   Administrative  Fees. To control the basic charges  which  apply to all customers, we may charge fees that arise in specific circumstances only to those customers responsible for them. The list below is not exclusive, and DIRECTV reserves the right to modify these fees or charge additional fees. **In each case, we will charge you the lesser of the fee listed or the maximum amount permitted under applicable law:**

(1)     *Up to $100 Account Activation Fee,* upon activation of your Service account.

(2)     *Up to $300 Access Card Replacement Fee*, if you lose or fail to return your Access Card (a partial credit may be posted to your account if the Access Card is later returned). If you request overnight delivery of a replacement Access Card, a shipping and handling fee of up to $16.50 applies.

(3)     ***Up to $5.00 Late Fee:* If we do not receive your payment by the due date on your bill, we may charge you an administrative late fee of (i) $5.00; or (ii) the maximum amount permitted under and subject to applicable law per month or partial month until the delinquent amount is paid in full.** This late fee is not an interest charge, finance charge, time price differential or other such charge or payment of a similar nature. You acknowledge that this fee is reasonably related to the actual expense we incur due to late payment and may be subject to limitations as set forth by the law in your state.

(4)     *Up to $10.00 Change of Service Fee,* if you change your Service package to a lower-priced package. See also Section 5(b).

(5)     *Up to $10.00  Phone Payment  Fee,* if you elect  to pay  any outstanding balance over the telephone with an agent. To avoid this fee, you can pay your bill through our Automated Phone System by saying "Pay my bill," or at directv.com.

(6)     *Deposits:* We may require that you provide a deposit prior to or after activation of your Service, which we may apply against any unpaid amount at any time. Deposits will appear on your bills as credits, from which we will deduct our charges. Deposits will not earn interest.

(7)     *Up to $5.00 Order Assistance Fee,* if you order a Pay Per View Service by calling and speaking with an agent. A fee of up to $1.50 may apply if you order via our Automated Phone System. Fees are per movie, event or program so ordered, even if later canceled. There is no order assistance fee for orders placed at directv.com.

(8)     *Up to $15.00 Deactivation Fee,* if you cancel your Service or we deactivate your Service because of your failure to pay or for some other breach on your part.

(9)     *Up to $1.75 Duplicate Statement Fee,* for each statement request.

(10)     *Up to $2.75 Ledger Request Fee,* for ledger itemizing  past payments on your account.

(11)     *Up to $30.00 Returned Payment Fee,* if any bank or other financial institution refuses to honor any payment, draft, order, item or instrument submitted  for payment  on  your  account, including  without  limitation electronic debits to debit cards and bank accounts. You acknowledge that this fee is not an interest charge, finance charge, time price differential or other such charge or payment of a similar nature and it is reasonably related to the actual expense we incur due to unsatisfied payment.

(e)     Billing  Statements.  We will send you a statement for each billing cycle (usually once every 30 days) unless you have a zero or nominal balance due, or a nominal credit balance, on your account at the end of a billing cycle. Statements will show: (1) payments, credits, purchases and any other charges to your account, (2) the amount you owe us and (3) the payment due date.

(f)     Questions About Your Statement. If you think your statement is incorrect or if you need more information about it, contact us immediately. We will try to resolve any complaints you have as promptly as we can.

**You must contact us within 60 days of receiving the statement in question. Undisputed portions of the statement must be paid by the due date  to avoid a late fee and  possible reduction  or deactivation of Service.**

Remember, if your  bill  for DIRECTV Service  comes  from  a party  other  than DIRECTV, please use the contact information on your bill.

(g)     Consents Regarding Credit. In order to establish an account with us, you authorize us to inquire into your creditworthiness (subject to Section 6), by checking with credit reporting agencies. If you are delinquent in any payment to us, you also authorize us to report any late payment or nonpayment to credit reporting agencies. Due to the subjective nature of creditworthiness, we reserve the right to require prepayment for any Service via cashier's check, money order or credit card, notwithstanding your credit rating, past history or practice.

(h)     Collection Costs. If you fail to pay amounts you owe us, you may be subject to collections by DIRECTV or your account may be referred to a third party collection agency. To the extent permitted by law, you will pay us any costs and fees we reasonably incur to collect amounts you owe us.

**3.  CUSTOMER INFORMATION**

(a)     Representations.  You represent that you are at least 18 years of age and a resident of the United States.

(b)     Contact  Information.   You agree to provide true, accurate, current and complete contact information about yourself, and maintain and promptly update your contact information to keep it true, accurate and complete. With regard to all telephone numbers, including cellular numbers, you or an Authorized User choose to provide on your account, you and/or such Authorized User acknowledge and consent to receive business and informational calls relating to your Service to such numbers, including collections calls. You agree such calls may be pre-recorded messages or placed with an automatic telephone dialing system.  In addition, you agree that we may send non-marketing service or account related text messages to cellular phone numbers provided on

your account. Carrier message and data rates may apply but, on some text message programs you may opt out of a text message program by replying "stop" to a message from that program (visit directv.com for information).  If you choose to provide an e-mail or other electronic address on your account, you acknowledge and consent to receive business and informational messages relating to your Service at the address, including collections messages, and that such address is your private address and is not accessible or viewable by any other person.

(c)  Online Access. You are responsible for maintaining the confidentiality of the password and account e-mail address used for online billing and account maintenance at directv.com or through an Authorized Device, and are fully responsible for all activities that occur under your password and account. You agree to: (i) keep your e-mail address and password confidential and not share them with anyone else; (ii) immediately notify DIRECTV of any unauthorized use of your password and account or other breach of security and (iii) use only your e-mail address and password to log in to directv.com or an Authorized Device.

(d)  Authorized  User(s). You may authorize spouses, partners, family or other household members or designated persons to act on your behalf in managing your account, including changing or adding equipment and programming, in two ways: (i) by providing such person access to your confidential account password, or (ii) updating your account information to add authorized user(s). If your account is password protected, the password must be provided to engage in most account management functions.  You agree to immediately notify DIRECTV if your password has been compromised and/or you wish to remove an authorized user from your account; in the absence of such notification,  you are responsible for activities on your account using your password or by persons listed as authorized users.

## 4.  CHANGES IN CONTRACT TERMS

We reserve the right to change the terms and conditions on which we offer Service including adding new terms or deleting existing ones. If we make any such changes, we will send you a copy of your new Customer Agreement containing its effective date. You always have the right to cancel your Service, in whole or in part, at any time, and you may do so if you do not accept any such changed terms or conditions. See Sections 5(b), (d) and (e) below. If you elect not to cancel your Service after receiving a new Customer Agreement, your continued receipt of Service constitutes acceptance of the changed terms and conditions. If you notify us that you do not accept such terms and conditions, then we may cancel your Service as provided in Section 5, as we cannot offer Service to different customers on different terms, among other reasons.

## 5.  CANCELLATION

(a)  Term. The term of this Agreement is indefinite and Service will continue until canceled as provided herein. Unless you notify us that you wish to cancel it, we will automatically renew Service that you subscribe to on a periodic basis, including any monthly or annual subscriptions and seasonal sports subscriptions, as long as we continue to carry the Service.

(b)  Your Cancellation. You may cancel Service by notifying us. You may be charged a deactivation fee as described in Section 2 and issued a credit as described below. Your notice is effective on the day we receive it. You will still be responsible for payment of all outstanding balances accrued through that effective date. In addition to any deactivation or change of service fees provided in Section 2, if you cancel Service or change your Service package, you may be subject to an early cancellation fee if you agreed to a programming agreement with DIRECTV and have failed to maintain the required programming package for the required period of time. For Services sold only in blocks of one month or multiples of one month, if you cancel such Service, we will credit you only for full months not used. For example, if you subscribe for a year of such Service from January through December but cancel on March 10, we will credit you for the subscription fees for April through December. However, we will not credit any fees for January

through March. Additionally, we will not credit seasonal sports subscriptions after the season starts.

(c)   Our Cancellation. We may cancel your Service at any time if you fail to pay amounts owing to us when due, subject to any grace periods; breach any other material provision of this Agreement; or act abusively toward our staff. In addition, we may cancel your Service if you elect not to accept any changed terms described to you, as provided in Section 4. Upon cancellation, you will still be responsible for payment of all outstanding balances accrued through the effective date, which may include the deactivation fee described in Section 2 and/or an early cancellation fee.

(d)   Credit Balances. When your account is closed, we will review your account and refund any excess monetary payments. Retention or similar credits may not be refunded.

(e)   Payment Upon Cancellation.  You acknowledge that you have provided your credit or debit card account information to us. You understand that you will incur fees and charges as a result of your receipt and use of Service and/or Receiving Equipment, and may incur early cancellation fees and/or equipment non-return fees (as specified  in any lease, programming  or other service commitment agreement you entered into). By giving us your credit or debit card account information at any time, you authorize us to apply this method of payment, in accordance with applicable law, to satisfy any and all amounts due upon cancellation. You also acknowledge and agree that you are required to maintain current credit or debit card information with us and agree to notify us whenever there is a change in such information, such as a change in the card number or the expiration date and additionally, that DIRECTV may obtain such updated information through payment card networks, card issuers or other third party sources.

## 6.  PERSONAL DATA

We collect personally identifiable information about our customers ("Personal Data"). The use and disclosure of this Personal Data is governed by our Privacy Policy and, to the extent not inconsistent with the Privacy Policy, by this Agreement. A copy of our Privacy Policy is available at directv.com. We will also send you a copy if you send your written request to this address: DIRECTV Privacy Policy, P.O. Box 6550, Greenwood Village, CO 80155-6550.

## 7.  DIRECTV® DVR SERVICE AND SOFTWARE LICENSE

DIRECTV DVR Service is a separately sold service, at our rates in effect at the time, available to customers with  DVR-enabled Receiving Equipment. DIRECTV DVR Service gives you the ability to see and record televised programs ("Third Party Content"). You understand that DIRECTV does not guarantee the access to or recording of any particular program, or the length of time any particular recorded program may remain available for your viewing. You also understand that Third Party Content is the copyrighted material of the third party that supplies it, is protected by copyright and other applicable laws, and may not be reproduced, published, broadcast, rewritten or redistributed without the written permission of the third party that supplied it, except to the extent allowed under the "fair use" provisions of the U.S. copyright laws or comparable provisions of foreign laws. You agree that DIRECTV will have no liability to you, or anyone else who uses your DIRECTV DVR Service, with regard to any Third Party Content. DIRECTV may, at its discretion, from time to time change, add or remove features of the DIRECTV DVR Service, or change the service fee for DIRECTV DVR Service.

We may use local telephone calls to provide the  DIRECTV DVR Service.  You are responsible for such telephone charges and acknowledge and agree that you shall be solely responsible for all disputes with any telephone company related to the same.

If you paid a "lifetime service fee," you will not be charged a fee for your DIRECTV DVR Service as long as you maintain television programming service from DIRECTV on the same account. If

you disconnect your DIRECTV television   programming service and later reconnect on the same account, your DIRECTV DVR Service will be reconnected and you will not be charged a fee for DIRECTV DVR Service.

The Receiving Equipment incorporates software which is owned by DIRECTV or its third party licensors (the "software"). Before using the Receiving Equipment or activating the DIRECTV DVR Service, please read the terms and conditions for use of the Software. If you do not agree to these terms you may not use the Receiving Equipment and may not activate the DIRECTV DVR Service and should immediately return the Receiving Equipment to DIRECTV or your supplier. These  terms  also apply to any modifications, updates or supplements to the Software provided to you. Below is a summary of the terms of the Software license. A complete text of the terms and conditions for use of the Software is located in the user manual and at www.directv.com.

a)  License  Grant  and  Conditions.   DIRECTV grants you a non-exclusive, non- transferable, limited license to use the Software solely in executable code form and solely as integrated with, incorporated into, and in conjunction with the Receiving Equipment. Certain third party Software used in connection with the Receiving Equipment may be made directly available to you by the providers thereof.  DIRECTV reserves the right to modify, supplement, update and otherwise alter the Software via software download or other modification procedures, and these terms  will apply to such  Software  as  modified, supplemented, updated, and otherwise altered.

(b)  License Restrictions. You may not copy, modify or transfer the Software, or any copy thereof, in whole or in part. You may not reverse engineer, disassemble, decompile or translate the Software, or otherwise attempt to derive the source code of the Software, except to the extent allowed under any applicable law. The Software may include some components that are covered by "free software" licenses, open source software, and other similar license use rights which require such components to be used, modified and/or distributed only under the terms of such licenses.

(c)  Ownership  of Software and Reservation of Rights. The Software is licensed, not sold, to you for use only under the terms of this license agreement, DIRECTV is NOT transferring title or any ownership rights in the Software to you and DIRECTV and its suppliers reserve all rights not expressly granted to you. Except as stated above, this license agreement does not grant to you any intellectual property rights in the Software.

(d)  Termination. These terms are effective until terminated. You may terminate these terms by returning the Receiving Equipment to DIRECTV or your supplier. These terms will terminate automatically without notice if you fail to comply with these terms or any other agreement between you and DIRECTV. Upon termination you must return the Receiving Equipment to DIRECTV or your supplier.

(e)  Disclaimer.   THE SOFTWARE IS TO THE EXTENT PERMITTED BY LAW SUPPLIED AS IS AND WITH ALL FAULTS. NEITHER DIRECTV NOR ANY OF ITS LICENSORS EXPRESSLY MAKES OR PASSES ON TO YOU ANY WARRANTY OR REPRESENTATION ON BEHALF OF DIRECTV OR ITS LICENSORS WITH RESPECT TO THE SOFTWARE, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES, EXPRESS OR IMPLIED, INCLUDING  (BUT NOT LIMITED TO) ANY IMPLIED WARRANTIES OF MERCHANTABILITY,  SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE OR NON-INFRINGEMENT  OF THIRD PARTY RIGHTS.

(f)  Limitation   of Liability.   IN NO EVENT WILL DIRECTV OR ITS LICENSORS BE LIABLE TO YOU WITH  RESPECT TO THE SOFTWARE  FOR ANY DIRECT, INDIRECT, CONSEQUENTIAL, SPECIAL, PUNITIVE OR INCIDENTAL DAMAGE (INCLUDING LOSS OF PROFITS, LOST SAVINGS, LOSS OF DATA OR THE COST OF PROCUREMENT OF SUBSTITUTE GOODS, TECHNOLOGY OR SERVICES) ARISING OUT OF THE USE OR THE INABILITY TO USE THE SOFTWARE, EVEN IF DIRECTV OR ITS LICENSORS  HAVE BEEN

ADVISED  OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY A THIRD PARTY. Some states or jurisdictions do not allow the exclusion or limitation of incidental, consequential or special damages, so the above limitations may not apply to you.

(g)  Additional Information.  DIRECTV's licensors and suppliers shall be third-party beneficiaries of these license terms, as applicable. Certain additional terms and information for the Software and certain third party software (including the text of licenses applicable to any free, open source and other similar software that may be included in the Software), may be found in the DIRECTV website located at www.directv.com, and the GNU website located at www.gnu.org.

(h)  Third-Party Beneficiary. DIRECTV and you expressly acknowledge and agree that TiVo, Inc., a Delaware corporation with its principal place of business at 2160 Gold Street, Alviso, CA 95002, is an intended third-party beneficiary of this license agreement  as it relates to TiVo software  that may be contained  in the Receiving Equipment. These license provisions are made expressly for the benefit of TiVo and are enforceable by TiVo in addition to DIRECTV.

## 8.  LIMITS ON OUR RESPONSIBILITY

(a)  Service Interruptions.  Service may be interrupted from time to time for a variety of reasons. We are not responsible for any interruptions of Service that occur due to acts of God, power failure or any other cause beyond our reasonable control. However, because we value our customers, for an interruption of a significant length of time that is within our reasonable control, upon your request we will provide what we reasonably determine to be a fair and equitable adjustment to your account to make up for such Service interruption. THIS WILL BE YOUR SOLE REMEDY AND OUR SOLE DUTY IN SUCH CASES.

(b)  WARRANTY DISCLAIMER. EXCEPT AS PROVIDED HEREIN, WE MAKE NO WARRANTY REGARDING ANY SERVICE OR YOUR RECEIVING EQUIPMENT, WHICH IS PROVIDED AS IS. ALL SUCH WARRANTIES, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE EXPRESSLY EXCLUDED. YOU BEAR THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE RECEIVING EQUIPMENT AND ARE RESPONSIBLE FOR THE ENTIRE COST OF ANY NECESSARY REPAIR.

(c)  Limitations of Liability. WE ARE NOT RESPONSIBLE FOR ANY CONSEQUENTIAL DAMAGES OR LOSSES RELATING TO THE RECEIVING EQUIPMENT OR ANY SERVICE, WHETHER BASED ON NEGLIGENCE OR OTHERWISE. Some states or jurisdictions do not allow the exclusion or limitation of consequential damages, so the above limitation may not apply to you.

(d)  Warranty Services. You agree that this Agreement does not provide for, and the Service does not include, any warranty services or other services that we might provide separately, including, without limitation, any fee based or other programs.

## 9.  DISPUTE RESOLUTION BY BINDING ARBITRATION

**PLEASE READ THIS CAREFULLY. IT AFFECTS YOUR RIGHTS.**

9.1 **Summary:**

 Most customer concerns can be resolved quickly and to the customer's satisfaction by calling our customer service department at 1-800-531-5000. **In the unlikely event that DIRECTV's customer service department is unable to resolve a complaint you may have to your satisfaction (or if DIRECTV has not been able to resolve a dispute it has with you after attempting to do so informally), we each agree to resolve those disputes through binding arbitration or small claims court instead of in courts of general jurisdiction.** Arbitration is

more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, allows for more limited discovery than in court, and is subject to very limited review by courts. Arbitrators can award the same damages and relief that a court can award. **Any arbitration under this Agreement will take place on an individual basis; class arbitrations and class actions are not permitted.** For any non-frivolous claim that does not exceed $75,000, DIRECTV will pay all costs of the arbitration. Moreover, in arbitration you are entitled to recover attorneys' fees from DIRECTV to at least the same extent as you would be in court.

In addition, under certain circumstances (as explained below), DIRECTV will pay you more than the amount of the arbitrator's award and will pay your attorney (if any) twice his or her reasonable attorneys' fees if the arbitrator awards you an amount that is greater than what DIRECTV has offered you to settle the dispute.

### 9.2   Arbitration Agreement

(1) DIRECTV and you agree to arbitrate **all disputes and claims** between us. This agreement to arbitrate is intended to be broadly interpreted. It includes, but is not limited to:

- claims arising out of or relating to any aspect of the relationship between us, whether based in contract, tort, statute, fraud, misrepresentation or any other legal theory;
- claims that arose before this or any prior Agreement (including, but not limited to, claims relating to advertising);
- claims that are currently the subject of purported class action litigation in which you are not a member of a certified class; and
- claims that may arise after the termination of this Agreement.

References to "DIRECTV," "you," and "us" include our respective subsidiaries, affiliates, agents, employees, predecessors in interest, successors, and assigns, as well as all authorized or unauthorized users or beneficiaries of services or Devices under this or prior Agreements between us. Notwithstanding the foregoing, either party may bring an individualized action in small claims court. This arbitration agreement does not preclude you from bringing issues to the attention of federal, state, or local agencies, including, for example, the Federal Communications Commission. Such agencies can, if the law allows, seek relief against us on your behalf. **You agree that, by entering into this Agreement, you and DIRECTV are each waiving the right to a trial by jury or to participate in a class action.** This Agreement evidences a transaction in interstate commerce, and thus the Federal Arbitration Act governs the interpretation and enforcement of this provision. This arbitration provision shall survive termination of this Agreement.

(2) A party who intends to seek arbitration must first send to the other, by certified mail, a written Notice of Dispute ("Notice"). The Notice to DIRECTV should be addressed to: DIRECTV LLC, Consumer Arbitration Demand, P.O. Box 915, El Segundo, CA, 90245 ("Notice Address"). The Notice must (a) describe the nature and basis of the claim or dispute; and (b) set forth the specific relief sought ("Demand"). If DIRECTV and you do not reach an agreement to resolve the claim within 30 days after the Notice is received, you or DIRECTV may commence an arbitration proceeding. During the arbitration, the amount of any settlement offer made by DIRECTV or you shall not be disclosed to the arbitrator until after the arbitrator determines the amount, if any, to which you or DIRECTV is entitled. You may download or copy a form Notice and a form to initiate arbitration at directv.com/arbitration-forms

(3) After you have commenced arbitration, DIRECTV will promptly reimburse you for your payment of the filing fee, unless your claim is for greater than $75,000. (The filing fee currently is $200 for claims under $10,000 but is subject to change by the arbitration provider. If you are unable to pay this fee, DIRECTV will pay it directly upon receiving a written request at the Notice Address.) The arbitration will be governed by the Consumer Arbitration Rules ("AAA Rules") of the American Arbitration Association ("AAA"), as modified by this Agreement, and will be administered by the AAA. If the AAA is unavailable, the parties shall agree to another arbitration

provider or the court shall appoint a substitute. The AAA Rules are available online at adr.org, by calling the AAA at 1-800-778-7879, or by writing to the Notice Address. (You may obtain information that is designed for non-lawyers about the arbitration process at directv.com/arbitration-information.) The arbitrator is bound by the terms of this Agreement. All issues are for the arbitrator to decide, except that issues relating to the scope and enforceability of the arbitration provision are for the court to decide. Unless DIRECTV and you agree otherwise, any arbitration hearings will take place in the county (or parish) of your billing address. If your claim is for $10,000 or less, we agree that you may choose whether the arbitration will be conducted solely on the basis of documents submitted to the arbitrator, through a telephonic hearing, or by an in-person hearing as established by the AAA Rules. If your claim exceeds $10,000, the right to a hearing will be determined by the AAA Rules. Regardless of the manner in which the arbitration is conducted, the arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the award is based. Except as otherwise provided for herein, DIRECTV will pay all AAA filing, administration, and arbitrator fees for any arbitration initiated in accordance with the notice requirements above. If, however, the arbitrator finds that either the substance of your claim or the relief sought in the Demand is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)), then the payment of all such fees will be governed by the AAA Rules. In such case, you agree to reimburse DIRECTV for all monies previously disbursed by it that are otherwise your obligation to pay under the AAA Rules. In addition, if you initiate an arbitration in which you seek more than $75,000 in damages, the payment of these fees will be governed by the AAA rules.

(4) If, after finding in your favor in any respect on the merits of your claim, the arbitrator issues you an award that is greater than the value of DIRECTV's last written settlement offer made before an arbitrator was selected, then DIRECTV will:

- pay you the amount of the award or $10,000 ("the alternative payment"), whichever is greater; and
- pay your attorney, if any, twice the amount of attorneys' fees, and reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration ("the attorney premium").

If DIRECTV did not make a written offer to settle the dispute before an arbitrator was selected, you and your attorney will be entitled to receive the alternative payment and the attorney premium, respectively, if the arbitrator awards you any relief on the merits. The arbitrator may make rulings and resolve disputes as to the payment and reimbursement of fees, expenses, and the alternative payment and the attorney premium at any time during the proceedings and upon request from either party made within 14 days of the arbitrator's ruling on the merits.

(5) The right to attorneys' fees and expenses discussed in paragraph (4) supplements any right to attorneys' fees and expenses you may have under applicable law. Thus, if you would be entitled to a larger amount under the applicable law, this provision does not preclude the arbitrator from awarding you that amount. However, you may not recover duplicative awards of attorneys' fees or costs. Although under some laws DIRECTV may have a right to an award of attorneys' fees and expenses if it prevails in an arbitration, DIRECTV agrees that it will not seek such an award.

(6) The arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. **YOU AND DIRECTV AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING.** Further, unless both you and DIRECTV agree otherwise, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. If applicable law precludes enforcement of any of this

paragraph's limitations as to a particular claim for relief, then that claim (and only that claim) must be severed from arbitration and may be brought in court.

(7) Notwithstanding any provision in this Agreement to the contrary, we agree that if DIRECTV makes any future change to this arbitration provision (other than a change to the Notice Address) during your Service Commitment, you may reject any such change by sending us written notice within 30 days of the change to the Arbitration Notice Address provided above. By rejecting any future change, you are agreeing that you will arbitrate any dispute between us in accordance with the language of this provision.

## 10. MISCELLANEOUS

(a)  Notice.  Notices to you will be deemed given when personally delivered, addressed to you at your last known  address and deposited in the U.S. Mail (which may include inclusion in your billing statement), or sent via internet to the e-mail address you provided us or sent via satellite to your receiver or delivered when a voice message is left at the telephone number on your account. Your notices to us will be deemed given when we receive them at the address or telephone number on the first page of this Agreement.

(b)  Applicable Law. The interpretation and enforcement of this Agreement and any disputes related to your agreements or service with DIRECTV shall be governed by the rules and regulations of the Federal Communications Commission, other applicable federal laws, and the laws of the state and local area where Service is provided to you. This Agreement is subject to modification if required by such laws. Notwithstanding the foregoing, Section 9 shall be governed by the Federal Arbitration Act.

(c)  Assignment of Account. We may assign your account or this Agreement and all rights and/or obligations hereunder to any third party without notice for any purpose, including, without limitation, collection of unpaid amounts, or in the event of an acquisition, corporate reorganization, merger or sale of substantially all of the party's assets to another entity. You hereby consent to such assignment. You must continue making all required payments to us in accordance with your billing statement, unless notified otherwise.

(d)  Other. This Agreement and any lease, activation, programming, or other service commitment agreement that you entered into in connection with obtaining Service or Receiving Equipment constitute our entire agreement. No salesperson or other representative is authorized to change it. If any provision is declared by a competent authority to be invalid, that provision will be deleted or modified to the extent necessary, and the rest of the Agreement will remain enforceable. The terms of this Agreement that expressly or by their nature survive termination shall continue thereafter until fully performed.

**THANK YOU.**

©2016 DIRECTV. DIRECTV and the Cyclone Design logo are trademarks of DIRECTV, LLC.
**00157395**                                                                                              **0416ICUSAG**

# EXHIBIT 2

**1.** DIRECTV, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY V. QIRJAZI
June 14, 2016 MA U.S. DIST. CT. 1:16-CV-11108

**2.** DIRECTV, LLC V. ANDERSON ET AL
June 09, 2016 PA U.S. DIST. CT., EAST 2:16-CV-02871

**3.** DIRECTV, LLC V. GORDON ET AL
June 09, 2016 TX U.S. DIST. CT., NORTH 4:16-CV-00441

**4.** DIRECTV, LLC V. REYES ET AL
June 03, 2016 NY U.S. DIST. CT., SOUTH 7:16-CV-04136

**5.** DIRECTV, LLC. V. MIZRAHI, INC. ET AL
May 31, 2016 FL U.S. DIST. CT., SOUTH 0:16-CV-61154

**6.** DIRECTV, LLC V. TANAKAS GRILL & SUSHI, INC. ET AL
May 19, 2016 NC U.S. DIST. CT., WEST 3:16-CV-00251

**7.** DIRECTV, LLC V. RAMIREZ ET AL
January 05, 2016 OH U.S. DIST. CT., NORTH 4:16-CV-00015

**8.** DIRECTV, LLC V. DANG-NGUYEN ET AL
October 22, 2015 MA U.S. DIST. CT. 1:15-CV-13620

**9.** DIRECTV, LLC, V. ALVAREZ
September 14, 2015 NJ U.S. DIST. CT. 1:15-CV-06827

**10.** DIRECTV, LLC V. CHIODA ET AL
September 02, 2015 MA U.S. DIST. CT. 4:15-CV-40126

**11.** DIRECTV, LLC V. GALEOTAFIORE ET AL
August 10, 2015 NY U.S. DIST. CT., EAST 1:15-CV-04660

**12.** DIRECTV, LLC V. LAM ET AL
June 23, 2015 KS U.S. DIST. CT. 2:15-CV-09136

**13.** DIRECTV, LLC V. MARIANI ET AL
June 18, 2015 NJ U.S. DIST. CT. 3:15-CV-04141

**14. DIRECTV, LLC V. HOLLAND ET AL**
June 09, 2015 MS U.S. DIST. CT., NORTH 1:15-CV-00109

**15. DIRECTV, LLC V. HYSENI ET AL**
March 17, 2015 TX U.S. DIST. CT., SOUTH 4:15-CV-00705

**16. DIRECTV, LLC V. CUADRA ET AL**
March 09, 2015 GA U.S. DIST. CT., NORTH 1:15-CV-00691

**17. DIRECTV LLC V. FAZZARI ET AL**
February 24, 2015 WI U.S. DIST. CT., EAST 2:15-CV-00207

**18. DIRECTV, LLC V. MALAKOWSKY ET AL**
February 11, 2015 MN U.S. DIST. CT. 0:15-CV-00489

**19. DIRECTV, LLC V. VAYSMAN ET AL**
December 11, 2014 IL U.S. DIST. CT., NORTH 1:14-CV-09916

**20. DIRECTV, LLC V. BROWN ET AL**
December 05, 2014 MN U.S. DIST. CT. 0:14-CV-04938

**21. DIRECTV, LLC V. FERRER ET AL**
November 13, 2014 TX U.S. DIST. CT., SOUTH 4:14-CV-03249

**22. DIRECTV, LLC V. DUONG**
October 21, 2014 TX U.S. DIST. CT., SOUTH 4:14-CV-03002

**23. DIRECTV, LLC V. FELDMAN ET AL**
September 11, 2014 MD U.S. DIST. CT. 8:14-CV-02896

**24. DIRECTV, LLC V. VOLK ET AL**
September 11, 2014 LA U.S. DIST. CT., EAST 2:14-CV-02092

**25. DIRECTV, LLC V. WILLIAMS ET AL**
September 04, 2014 AR U.S. DIST. CT., WEST 1:14-CV-01049

**26. DIRECTV LLC V. MCNABB ET AL**
August 21, 2014 AZ U.S. DIST. CT. 2:14-CV-01868

**27. DIRECTV, LLC V. GREEN, ET AL**
August 14, 2014 NC U.S. DIST. CT., EAST 5:14-CV-00463

**28.** DIRECTV V. GRAHAM ET AL
August 05, 2014 IA U.S. DIST. CT., SOUTH 3:14-CV-00092

**29.** DIRECTV, LLC V. JENNINGS ET AL
June 10, 2014 IN U.S. DIST. CT., SOUTH 1:14-CV-00952

**30.** DIRECTV, LLC V. NGUYEN ET AL
April 24, 2014 MD U.S. DIST. CT. 1:14-CV-01384

**31.** DIRECTV, LLC V. REN ET AL
April 22, 2014 NY U.S. DIST. CT., EAST 1:14-CV-02565

**32.** DIRECTV, LLC V. ZELLICHE ET AL
March 31, 2014 NC U.S. DIST. CT., EAST 5:14-CV-00195

**33.** DIRECTV LLC V. KELLY ET AL
March 25, 2014 IL U.S. DIST. CT., CENT. 2:14-CV-02053

**34.** DIRECTV LLC V. DREHER
February 18, 2014 AL U.S. DIST. CT., NORTH 6:14-CV-00284

**35.** DIRECTV, LLC V. GUIDA ET AL
February 04, 2014 NY U.S. DIST. CT., WEST 6:14-CV-06052

**36.** DIRECTV, LLC. V. DAVIS ET AL
January 14, 2014 FL U.S. DIST. CT., SOUTH 9:14-CV-80044

**37.** DIRECTV, LLC V. REEDY ET AL
December 30, 2013 NM U.S. DIST. CT. 1:13-CV-01237

**38.** DIRECTV, LLC V. REEDY ET AL
December 30, 2013 NM U.S. DIST. CT. 2:13-CV-01237

**39.** DIRECTV, LLC V. DISH ONE SATELLITE LLC ET AL
December 02, 2013 CA U.S. DIST. CT., EAST 2:13-AT-01395

**40.** DIRECTV V. LO RUSSO ET AL
November 15, 2013 UT U.S. DIST. CT. 2:13-CV-01028

**41.** DIRECTV, LLC V. CREGO ET AL
November 08, 2013 NY U.S. DIST. CT., WEST 1:13-CV-01102

**42. DIRECTV, LLC V. MOREIRA ET AL**
October 31, 2013 NY U.S. DIST. CT., EAST 1:13-CV-06055

**43. DIRECTV, LLC V. WELLEN ET AL**
October 29, 2013 MS U.S. DIST. CT., NORTH 3:13-CV-00270

**44. DIRECTV, LLC V. LANE, ET AL**
October 25, 2013 CA U.S. DIST. CT., SOUTH 3:13-CV-02586

**45. DIRECTV, LLC V. DUBE ET AL**
October 23, 2013 RI U.S. DIST. CT. 1:13-CV-00706

**46. DIRECTV, LLC V. PETRILLO ET AL**
October 23, 2013 OH U.S. DIST. CT., NORTH 1:13-CV-02350

**47. DIRECTV LLC V. BILBO ET AL**
October 21, 2013 AZ U.S. DIST. CT. 4:13-CV-01422

**48. DIRECTV LLC V. MCFADDEN ET AL**
October 21, 2013 AZ U.S. DIST. CT. 4:13-CV-01434

**49. DIRECTV, LLC V. ROWE, JR. ET AL**
October 09, 2013 OH U.S. DIST. CT., SOUTH 2:13-CV-01008

**50. DIRECTV, LLC. V. LUCA BELLA, LLC. ET AL**
October 02, 2013 FL U.S. DIST. CT., SOUTH 1:13-CV-23553

**51. DIRECTV, LLC V. GOEBEL ET AL**
October 01, 2013 KS U.S. DIST. CT. 6:13-CV-01370

**52. DIRECTV, LLC V. BAYDOUN ET AL**
September 10, 2013 MI U.S. DIST. CT., EAST 2:13-CV-13853

**53. DIRECTV, LLC. V. EPO, LLC. ET AL**
August 28, 2013 FL U.S. DIST. CT., SOUTH 0:13-CV-61863

**54. DIRECTV, LLC V. MCCARTY ET AL**
August 23, 2013 NY U.S. DIST. CT., NORTH 7:13-CV-01034

**55. DIRECTV, LLC V. CLARKE ET AL**
August 14, 2013 GA U.S. DIST. CT., NORTH 1:13-CV-02723

 © 2016 Thomson Reuters. No claim to original U.S. Government Works.

**56.** DIRECTV, LLC V. MEADOWS
August 12, 2013 NC U.S. DIST. CT., WEST 1:13-CV-00225

**57.** DIRECTV, LLC. V. KOUTSOURADIS ET AL
August 06, 2013 FL U.S. DIST. CT., MID. 8:13-CV-02032

**58.** DIRECTV, LLC V. NG, ET AL
July 31, 2013 OR U.S. DIST. CT. 1:13-CV-01313

**59.** J&J SPORTS PRODUCTIONS, INC. V. SAUCEDA
July 29, 2013 TX U.S. DIST. CT., SOUTH 2:13-CV-00232

**60.** DIRECTV, LLC V. SANITA ET AL
July 23, 2013 NY U.S. DIST. CT., WEST 1:13-CV-00760

**61.** DIRECTV, LLC V. GAVLIK
July 12, 2013 TX U.S. DIST. CT., WEST 2:13-CV-00037

**62.** DIRECTV, LLC V. WOOD ET AL
July 08, 2013 MI U.S. DIST. CT., EAST 1:13-CV-12943

**63.** DIRECTV, LLC V. GHOUSHEH ET AL
July 02, 2013 TX U.S. DIST. CT., EAST 4:13-CV-00375

**64.** DIRECTV, LLC V. HATFIELD ET AL
June 26, 2013 OK U.S. DIST. CT., NORTH 4:13-CV-00377

**65.** DIRECTV, LLC V. SPATOLA ET AL
June 14, 2013 NY U.S. DIST. CT., EAST 2:13-CV-03410

**66.** DIRECTV, LLC V. HADDADEENN ET AL
June 12, 2013 MA U.S. DIST. CT. 1:13-CV-11415

**67.** DIRECTV LLC V. BRADSHAW ET AL
June 07, 2013 AZ U.S. DIST. CT. 2:13-CV-01159

**68.** DIRECTV, LLC V. ROSADO ET AL
May 28, 2013 NJ U.S. DIST. CT. 2:13-CV-03333

**69.** DIRECTV, LLC V. VALENZUELA ET AL
May 16, 2013 ID U.S. DIST. CT. 1:13-CV-00230

**70.** DIRECTV, LLC. V. PENTZA ET AL
May 08, 2013 FL U.S. DIST. CT., MID. 6:13-CV-00731


**71.** DIRECTV, LLC V. PAYNE ET AL
May 02, 2013 NC U.S. DIST. CT., WEST 1:13-CV-00123


**72.** DIRECTV LLC V. LEWIS ET AL
April 11, 2013 ME U.S. DIST. CT. 2:13-CV-00133


**73.** DIRECTV, LLC V. KYNOR ET AL
March 26, 2013 PA U.S. DIST. CT., WEST 2:13-CV-00450


**74.** DIRECTV, LLC V. SACK ET AL
March 26, 2013 PA U.S. DIST. CT., WEST 2:13-CV-00448


**75.** DIRECTV, LLC V. DOCARMO
March 20, 2013 MA U.S. DIST. CT. 3:13-CV-30065


**76.** DIRECTV, LLC V. SANTIBANEZ
March 19, 2013 TX U.S. DIST. CT., EAST 4:13-CV-00154


**77.** DIRECTV, LLC V. DORSETT ET AL
March 12, 2013 TX U.S. DIST. CT., NORTH 4:13-CV-00199


**78.** DIRECTV, LLC V. GOVEA
March 08, 2013 TX U.S. DIST. CT., NORTH 4:13-CV-00189


**79.** DIRECTV, LLC V. KOONS ET AL
March 07, 2013 OH U.S. DIST. CT., SOUTH 3:13-CV-00070


**80.** DIRECTV LLC V. MARIA CHAVEZ
February 28, 2013 CA U.S. DIST. CT., CENT. 5:13-CV-00372


**81.** DIRECTV, LLC V. MCCOMB ET AL
February 26, 2013 TX U.S. DIST. CT., SOUTH 4:13-CV-00516


**82.** DIRECTV, LLC. V. BYRD ET AL
February 22, 2013 FL U.S. DIST. CT., MID. 2:13-CV-00122


**83.** DIRECTV, LLC V. ITSINES ET AL
February 20, 2013 IL U.S. DIST. CT., NORTH 1:13-CV-01351

**84. DIRECTV, LLC V. WHITLEY ET AL**
February 05, 2013 MD U.S. DIST. CT. 1:13-CV-00387

**85. DIRECTV, LLC, V. HEBRANK ET AL**
February 05, 2013 CO U.S. DIST. CT. 1:13-CV-00296

**86. DIRECTV, LLC V. SOCCIO,ET AL**
February 01, 2013 NY U.S. DIST. CT., WEST 1:13-CV-00107

**87. DIRECTV, LLC V. MOORE ET AL**
January 24, 2013 CA U.S. DIST. CT., SOUTH 3:13-CV-00191

**88. DIRECTV, LLC V. JUKER**
January 15, 2013 WV U.S. DIST. CT., SOUTH 5:13-CV-00797

**89. DIRECTV LLC V. BENNY LEROY CHAVEZ ET AL**
January 10, 2013 CA U.S. DIST. CT., CENT. 5:13-CV-00072

**90. DIRECTV, LLC. V. GABRIEL ET AL**
January 09, 2013 FL U.S. DIST. CT., MID. 8:13-CV-00083

**91. DIRECTV, LLC V. KRAUS**
January 02, 2013 SD U.S. DIST. CT. 1:13-CV-01001

**92. DIRECTV, LLC V. LENTZ ET AL**
January 02, 2013 VA U.S. DIST. CT., EAST 3:13-CV-00001

**93. DIRECTV LLC V. CROSSETT ET AL**
December 26, 2012 WA U.S. DIST. CT., EAST 2:12-CV-03155

**94. DIRECTV, LLC V. DELEON ET AL**
December 14, 2012 NY U.S. DIST. CT., SOUTH 7:12-CV-09118

**95. DIRECTV LLC V. USRY ET AL**
December 13, 2012 SC U.S. DIST. CT. 8:12-CV-03517

**96. DIRECTV, LLC V. PEANUT'S PUB AT THE MIDWAY, INC. ET AL**
December 10, 2012 MN U.S. DIST. CT. 0:12-CV-03073

**97. DIRECTV LLC V. WILLIAM FEDAIL**
December 05, 2012 CA U.S. DIST. CT., CENT. 2:12-CV-10384

**98. DIRECTV, LLC V. FLOWERS ET AL**
November 30, 2012 VA U.S. DIST. CT., EAST 3:12-CV-00862

**99. DIRECTV, LLC V. VILLA ET AL**
November 30, 2012 NY U.S. DIST. CT., NORTH 1:12-CV-01762

**100. DIRECTV LLC V. MCCABE**
November 15, 2012 WI U.S. DIST. CT., EAST 1:12-CV-01167

**101. DIRECTV, LLC V. WARCHOL ET AL**
November 15, 2012 PA U.S. DIST. CT., WEST 2:12-CV-01674

**102. DIRECTV LLC V. WESNER**
November 14, 2012 WI U.S. DIST. CT., EAST 2:12-CV-01157

**103. DIRECTV, LLC V. TORRES ET AL**
November 06, 2012 NJ U.S. DIST. CT. 2:12-CV-06915

**104. DIRECTV, LLC V. WALLACE ET AL**
November 05, 2012 OH U.S. DIST. CT., NORTH 3:12-CV-02752

**105. DIRECTV, LLC V. LEONARD**
November 01, 2012 NC U.S. DIST. CT., MID. 1:12-CV-01178

**106. DIRECTV, LLC V. PALACIOS**
October 24, 2012 TX U.S. DIST. CT., SOUTH 1:12-CV-00214

**107. DIRECTV LLC V. SNEED**
October 10, 2012 AR U.S. DIST. CT., EAST 1:12-CV-00105

**108. DIRECTV, LLC V. STEWART ET AL**
October 05, 2012 MO U.S. DIST. CT., WEST 5:12-CV-06109

**109. DIRECTV, LLC V. ARELLANO ET AL**
October 01, 2012 TN U.S. DIST. CT., EAST 4:12-CV-00066

**110. DIRECTV, LLC V. O'CONNELL ET AL**
September 20, 2012 TX U.S. DIST. CT., SOUTH 4:12-CV-02834

**111. DIRECTV, LLC V. CELESTINE SUE HONG ET AL**
September 13, 2012 CA U.S. DIST. CT., CENT. 2:12-CV-07867

**112. DIRECTV, LLC V. LESAUX ET AL**
August 23, 2012 IN U.S. DIST. CT., SOUTH 4:12-CV-00101

**113. DIRECTV LLC V. EILBES ET AL**
August 22, 2012 WI U.S. DIST. CT., EAST 2:12-CV-00852

**114. DIRECTV LLC V. MARTIN HERNANDEZ RODRIGUEZ**
August 16, 2012 CA U.S. DIST. CT., CENT. 2:12-CV-07061

**115. DIRECTV, LLC V. WILSON ET AL**
August 13, 2012 OR U.S. DIST. CT. 6:12-CV-01462

**116. DIRECTV, LLC V. FABEK ET AL**
August 09, 2012 OH U.S. DIST. CT., NORTH 4:12-CV-02061

**117. DIRECTV, LLC V. ROBINSON ET AL**
August 07, 2012 NC U.S. DIST. CT., WEST 1:12-CV-00217

**118. DIRECTV LLC V. FLAIG**
July 20, 2012 IA U.S. DIST. CT., SOUTH 4:12-CV-00325

**119. DIRECTV, LLC V. LUCAS ET AL**
June 13, 2012 OH U.S. DIST. CT., SOUTH 2:12-CV-00526

**120. DIRECTV, LLC V. MENARD ET AL**
April 04, 2012 IL U.S. DIST. CT., SOUTH 3:12-CV-00286

**121. DIRECTV, LLC V. SAVAGE ET AL**
April 02, 2012 KS U.S. DIST. CT. 2:12-CV-02189

**122. DIRECTV LLC V. REED ET AL**
February 16, 2012 SC U.S. DIST. CT. 2:12-CV-00444

**123. DIRECTV, INC., A CALIFORNIA CORPORATION V. RICHARDSON ET AL**
January 25, 2012 MD U.S. DIST. CT. 1:12-CV-00244

**124. DIRECTV, LLC V. BRANSON ET AL**
January 17, 2012 CA U.S. DIST. CT., EAST 1:12-AT-00027

**125. DIRECTV, INC. V. HAYDEN ET AL**
December 21, 2011 NY U.S. DIST. CT., SOUTH 7:11-CV-09379

**126.** DIRECTV, INC. V. HOLMES ET AL
November 14, 2011 OR U.S. DIST. CT. 2:11-CV-01369

**127.** DIRECTV, INC. V. O'BRADY ET AL
November 08, 2011 MI U.S. DIST. CT., EAST 2:11-CV-14922

**128.** DIRECTV, INC. V. GANJI ET AL
November 07, 2011 OR U.S. DIST. CT. 3:11-CV-01328

**129.** DIRECTV, INC. V. MAHONEY ET AL
November 07, 2011 ID U.S. DIST. CT. 1:11-CV-00539

**130.** DIRECTV, INC. V. SORRENTINO ET AL
November 04, 2011 PA U.S. DIST. CT., EAST 5:11-CV-06914

**131.** DIRECTV, INC. V. TAILGATERS BAR & GRILL, INC. ET AL
October 31, 2011 NY U.S. DIST. CT., WEST 1:11-CV-00920

**132.** DIRECTV, INC. V. PROCK ET AL
October 28, 2011 CA U.S. DIST. CT., SOUTH 3:11-CV-02506

**133.** DIRECTV, INC. V. STIGALL ET AL
October 28, 2011 KY U.S. DIST. CT., EAST 3:11-CV-00072

**134.** DIRECTV, INC. V. BAUCHMOYER ET AL
October 19, 2011 OH U.S. DIST. CT., SOUTH 2:11-CV-00934

**135.** DIRECTV, INC. V. COLLINS ET AL
October 14, 2011 MN U.S. DIST. CT. 0:11-CV-03024

**136.** DIRECTV, INC. V. KENNEDY ET AL (TV2)
October 05, 2011 TN U.S. DIST. CT., EAST 3:11-CV-00476

**137.** DIRECTV, INC. V. GJERGJI ET AL
September 01, 2011 NY U.S. DIST. CT., NORTH 1:11-CV-01045

**138.** DIRECTV, INC., A CALIFORNIA CORPORATION V. MORIATIS ET AL
August 17, 2011 MD U.S. DIST. CT. 1:11-CV-02271

**139.** DIRECTV INC V. JORDAN TONTHAT ET AL
August 09, 2011 CA U.S. DIST. CT., CENT. 2:11-CV-06518

**140. DIRECTV INC. V. COLLURA ET AL**
August 05, 2011 NY U.S. DIST. CT., SOUTH 7:11-CV-05462

**141. DIRECTV, INC., V. PATEL ET AL**
May 20, 2011 NJ U.S. DIST. CT. 3:11-CV-02894

**142. DIRECTV INC V. WILLIAMS ET AL**
May 12, 2011 SC U.S. DIST. CT. 4:11-CV-01153

**143. DIRECTV, INC. V. ROSA ET AL**
February 15, 2011 NJ U.S. DIST. CT. 3:11-CV-00867

**144. DIRECTV INC V. JONES ET AL**
February 07, 2011 AR U.S. DIST. CT., EAST 4:11-CV-00082

**145. DIRECTV, INC. V. CHAMNESS ET AL**
February 07, 2011 PA U.S. DIST. CT., EAST 2:11-CV-00886

**146. DIRECTV, INC. V. HENRY ET AL**
February 02, 2011 PA U.S. DIST. CT., MID. 3:11-CV-00230

**147. DIRECTV, INC. V. CIBULKA ET AL**
February 01, 2011 PA U.S. DIST. CT., MID. 1:11-CV-00231

**148. DIRECTV INC V. MAJESTIC ET AL**
January 03, 2011 WI U.S. DIST. CT., EAST 2:11-CV-00002

**149. DIRECTV, INC. V. BURON ET AL**
December 29, 2010 NJ U.S. DIST. CT. 2:10-CV-06805

**150. DIRECTV, INC. V. PARASHOS ET AL**
December 28, 2010 PA U.S. DIST. CT., EAST 5:10-CV-07503

**151. DIRECTV, INC. V. PAYNE ET AL**
December 17, 2010 NC U.S. DIST. CT., WEST 3:10-CV-00645

**152. DIRECTV INC V. BURLESON ET AL**
November 15, 2010 LA U.S. DIST. CT., WEST 4:10-CV-01722

**153. DIRECTV, INC., V. FLORIN ET AL**
November 04, 2010 NJ U.S. DIST. CT. 3:10-CV-05768

**154. DIRECTV INC V. MARTIN ET AL**
November 01, 2010 WI U.S. DIST. CT., EAST 2:10-CV-00975

**155. DIRECTV, INC. V. LAFLEUR**
October 26, 2010 NC U.S. DIST. CT., WEST 5:10-CV-00160

**156. DIRECTV, INC. V. NOEL ET AL**
October 08, 2010 GA U.S. DIST. CT., NORTH 1:10-CV-03276

**157. DIRECTV, INC. V. CONGILARO ET AL**
August 12, 2010 NY U.S. DIST. CT., WEST 6:10-CV-06462

**158. DIRECTV, INC. V. NGUYEN**
August 05, 2010 CA U.S. DIST. CT., EAST 2:10-AT-01149

**159. DIRECTV, INC. V. NGUYEN**
August 05, 2010 CA U.S. DIST. CT., EAST 2:10-CV-02099

**160. DIRECTV, INC. V. MERRILL ET AL**
July 29, 2010 NC U.S. DIST. CT., EAST 5:10-CV-00302

**161. DIRECTV, INC. V. MATHERS ET AL**
July 22, 2010 CO U.S. DIST. CT. 1:10-CV-01736

**162. DIRECTV, INC. V. GUIDO ET AL**
July 06, 2010 FL U.S. DIST. CT., SOUTH 2:10-CV-14177

**163. DIRECTV INC V. GALVIN ET AL**
June 18, 2010 FL U.S. DIST. CT., NORTH 3:10-CV-00219

**164. DIRECTV INC V. EFAW ET AL**
June 03, 2010 SC U.S. DIST. CT. 4:10-CV-01430

**165. DIRECTV V. HENNEN ET AL**
May 28, 2010 MT U.S. DIST. CT. 4:10-CV-00032

**166. DIRECTV INC V. SHIPTON ET AL**
May 10, 2010 IN U.S. DIST. CT., NORTH 3:10-CV-00185

**167. DIRECTV INC V. LOPEZ ET AL**
May 07, 2010 SC U.S. DIST. CT. 9:10-CV-01175

**168. DIRECTV V. CAUDILL ET AL**
May 05, 2010 MT U.S. DIST. CT. 4:10-CV-00027

**169. DIRECTV, INC. V. BOYD ET AL**
March 12, 2010 OH U.S. DIST. CT., NORTH 1:10-CV-00534

**170. DIRECTV, INC. V. BELEW ET AL**
December 28, 2009 MI U.S. DIST. CT., WEST 1:09-CV-01158

**171. DIRECTV, INC. V. SAMUELSON ET AL**
December 28, 2009 IL U.S. DIST. CT., NORTH 3:09-CV-50305

**172. DIRECTV, INC. V. BERNSTROM ET AL**
December 04, 2009 DC U.S. DIST. CT. 1:09-CV-02307

**173. DIRECTV, INC. V. DECKER ET AL**
November 02, 2009 MN U.S. DIST. CT. 0:09-CV-03052

**174. DIRECTV, INC. V. AMOS ET AL**
October 02, 2009 KY U.S. DIST. CT., WEST 3:09-CV-00795

**175. DIRECTV, INC. V. RODEBAUGH ET AL**
September 11, 2009 WI U.S. DIST. CT., WEST 3:09-CV-00559

**176. DIRECTV, INC. V. TABBAA ET AL**
September 09, 2009 OH U.S. DIST. CT., NORTH 5:09-CV-02092

**177. DIRECTV, INC. V. ROBERT EUGENE HALL ET AL**
July 15, 2009 CA U.S. DIST. CT., CENT. 2:09-CV-05152

**178. DIRECTV, INC. V. MILLER ET AL**
June 22, 2009 MI U.S. DIST. CT., WEST 1:09-CV-00570

**179. DIRECTV INC V. WASLEY ET AL**
February 23, 2009 WI U.S. DIST. CT., EAST 2:09-CV-00183

**180. DIRECTV, INC. V. SULLIVAN ET AL**
December 26, 2008 CA U.S. DIST. CT., EAST 2:08-AT-01571

**181. DIRECTV, INC. V. SULLIVAN ET AL**
December 26, 2008 CA U.S. DIST. CT., EAST 2:08-CV-03166

**182. DIRECTV INC V. HASTINGS ET AL**
December 04, 2008 WI U.S. DIST. CT., EAST 2:08-CV-01032

**183. DIRECTV, INC. V. ASHOK K. KUMAR ET AL**
December 01, 2008 CA U.S. DIST. CT., CENT. 2:08-CV-07873

**184. DIRECTV, INC. V. BYUNGHA KANG ET AL**
December 01, 2008 CA U.S. DIST. CT., CENT. 2:08-CV-07874

**185. DIRECTV, INC. V. JOHN Y. DURZI ET AL**
December 01, 2008 CA U.S. DIST. CT., CENT. 2:08-CV-07872

**186. DIRECTV, INC. V. SYLVIA ET AL**
November 20, 2008 GA U.S. DIST. CT., NORTH 1:08-CV-03590

**187. DIRECTV INC V. ANDERSON ET AL**
November 05, 2008 WI U.S. DIST. CT., EAST 2:08-CV-00944

**188. DIRECTV, INC. V. FERRI ET AL**
October 20, 2008 NC U.S. DIST. CT., WEST 5:08-CV-00122

**189. DIRECTV, INC. V. RATHUR ET AL**
September 03, 2008 GA U.S. DIST. CT., NORTH 1:08-CV-02776

**190. DIRECTV INC V. MILLER ET AL**
August 27, 2008 CT U.S. DIST. CT. 3:08-CV-01300

**191. DIRECTV, INC. V. GIANNONE ET AL**
July 03, 2008 NY U.S. DIST. CT., EAST 1:08-CV-02695

**192. DIRECTV, INC. V. CLUNE ET AL**
June 03, 2008 OH U.S. DIST. CT., NORTH 3:08-CV-01340

**193. DIRECTV, INC. V. TODT ET AL**
April 21, 2008 TX U.S. DIST. CT., WEST 5:08-CV-00330

**194. DIRECTV, INC. V. D'ALOISIO**
April 17, 2008 NY U.S. DIST. CT., WEST 1:08-CV-00296

**195. DIRECTV, INC. V. GRAHAM**
February 05, 2008 U.S. CT. OF APP., 9TH CIR. 08-15236

**196. DIRECTV, INC. V. BROUGHAL ET AL**
January 17, 2008 NY U.S. DIST. CT., EAST 2:08-CV-00248

**197. DIRECTV, INC. V. GARAFOLA ET AL**
January 17, 2008 NY U.S. DIST. CT., EAST 2:08-CV-00249

**198. DIRECTV, INC. V. LONDON ET AL**
January 10, 2008 NY U.S. DIST. CT., WEST 1:08-CV-00021

**199. DIRECTV, INC. V. HAWKINS ET AL**
January 09, 2008 IN U.S. DIST. CT., SOUTH 1:08-CV-00034

**200. DIRECTV, INC. V. ROSALIA ALVARADO ET AL**
January 09, 2008 CA U.S. DIST. CT., CENT. 2:08-CV-00219

**201. DIRECTV, INC. V. NOLEN ET AL**
January 07, 2008 GA U.S. DIST. CT., NORTH 1:08-CV-00063

**202. DIRECTV V. PRATT, ET AL**
January 03, 2008 NE U.S. DIST. CT. 8:08-CV-00003

**203. DIRECTV, INC. V. LEAKE ET AL**
January 02, 2008 NY U.S. DIST. CT., EAST 2:08-CV-00031

**204. DIRECTV, INC. V. VENEGAS**
January 02, 2008 IL U.S. DIST. CT., NORTH 1:08-CV-00030

**205. DIRECTV INC V. CRICKETSTREAMZ.COM ET AL**
September 14, 2007 CA U.S. DIST. CT., CENT. 2:07-CV-06001

**206. DIRECTV INC V. JARVIS**
July 31, 2007 U.S. CT. OF APP., 3RD CIR. 07-3299

**207. DIRECTV, INC. V. BROOKS ET AL**
June 26, 2007 GA U.S. DIST. CT., NORTH 3:07-CV-00050

**208. DIRECTV, INC V. SAVOY ET AL**
May 17, 2007 NJ U.S. DIST. CT. 3:07-CV-02315

**209. DIRECTV, INC. V. SANFILIPPO ET AL**
April 25, 2007 IL U.S. DIST. CT., NORTH 1:07-CV-02279

**210. DIRECTV INC V. GIOKARIS ET AL**
April 02, 2007 IN U.S. DIST. CT., NORTH 1:07-CV-00070

**211. DIRECTV INC V. RUSE ET AL**
March 29, 2007 IN U.S. DIST. CT., NORTH 1:07-CV-00071

**212. DIRECTV INC V. JARVIS**
January 24, 2007 U.S. CT. OF APP., 3RD CIR. 07-1203

**213. DIRECTV INC. ET AL V. TRILOGY HOLDING LLC**
December 27, 2006 NY U.S. DIST. CT., SOUTH 1:06-CV-15482

**214. DIRECTV, INC., V. KARPINSKI ET AL**
December 27, 2006 NY U.S. DIST. CT., EAST 1:06-CV-06826

**215. DIRECTV INC V. GONZALES**
September 01, 2006 U.S. CT. OF APP., 5TH CIR. 06-51099

**216. DIRECTV, INC. V. LEONARD SANDERS**
July 06, 2006 U.S. CT. OF APP., 11TH CIR. 06-13726

**217. DIRECTV, INC. V. J.I.M.F. RESTAURANT**
April 05, 2006 FL U.S. DIST. CT., SOUTH 0:06-CV-60445

**218. DIRECTV, INC. V. FELLAND, JAMES**
February 22, 2006 WI U.S. DIST. CT., WEST 03-CV-00274

**219. DIRECTV INC V. PAJAK**
November 09, 2005 IN U.S. DIST. CT., NORTH 3:05-CV-00740

**220. DIRECTV INC V. YOUNG**
November 08, 2005 U.S. CT. OF APP., 5TH CIR. 05-61023

**221. DIRECTV INCORPORATED V. CARRERA**
September 15, 2005 U.S. CT. OF APP., 4TH CIR. 05-2014

**222. DIRECTV INC V. BONILLA, ET AL**
August 25, 2005 U.S. CT. OF APP., 3RD CIR. 05-3838

**223. DIRECTV INC V. BENNETT**
August 24, 2005 U.S. CT. OF APP., 5TH CIR. 05-30870

**224.** **DIRECTV INC V. LETO**
August 22, 2005 U.S. CT. OF APP., 3RD CIR. 05-3908

**225.** **DIRECTV, INC. V. OSBORNE**
August 17, 2005 OH U.S. DIST. CT., NORTH 5:05-CV-02009

**226.** **DIRECTV, INC. V. GRAHAM ET AL**
August 16, 2005 AZ U.S. DIST. CT. 2:05-AT-02461

**227.** **DIRECTV, INC. V. MONELA**
August 15, 2005 U.S. CT. OF APP., 9TH CIR. 05-16537

**228.** **DIRECTV, INC. V. PROBST**
August 04, 2005 OK U.S. DIST. CT., NORTH 4:03-CV-00812

**229.** **DIRECTV, INC. V. WEST**
July 12, 2005 NC U.S. DIST. CT., WEST 3:05-CV-00320

**230.** **DIRECTV, INC. V. HAYES**
July 11, 2005 NC U.S. DIST. CT., MID. 1:05-CV-00612

**231.** **DIRECTV INC V. TADLOCK**
June 28, 2005 U.S. CT. OF APP., 5TH CIR. 05-30661

**232.** **DIRECTV, INC. V. LAUGHLIN**
June 09, 2005 NC U.S. DIST. CT., MID. 1:05-CV-00523

**233.** **DIRECTV, INC V. BOWER**
April 22, 2005 LA U.S. DIST. CT., MID. 3:05-CV-00298

**234.** **DIRECTV, INC. V. AYALA**
April 22, 2005 TX U.S. DIST. CT., WEST 3:05-CV-00148

**235.** **DIRECTV, INC. V. BATES**
April 22, 2005 MO U.S. DIST. CT., WEST 4:05-CV-00369

**236.** **DIRECTV, INC. V. ANYAN**
April 21, 2005 MO U.S. DIST. CT., EAST 4:05-CV-00646

**237.** **DIRECTV INC V. WEST**
April 20, 2005 SC U.S. DIST. CT. 7:05-CV-01186

**238. DIRECTV INC V. BECHTEL**
April 15, 2005 WI U.S. DIST. CT., EAST 2:05-CV-00439

**239. DIRECTV INC V. REITHMAYER, ET AL**
April 14, 2005 AZ U.S. DIST. CT. 2:05-CV-01130

**240. DIRECTV INC V. WESLEY**
April 14, 2005 AZ U.S. DIST. CT. 4:05-CV-00275

**241. DIRECTV, INC V. CATANIA**
April 14, 2005 U.S. CT. OF APP., 2ND CIR. 05-1854

**242. DIRECTV, INCORPORATED V. CARLSON ET AL**
April 11, 2005 MI U.S. DIST. CT., EAST 5:05-CV-60079

**243. DIRECTV, INCORPORATED V. MOSHER**
April 11, 2005 MI U.S. DIST. CT., EAST 2:05-CV-71402

**244. DIRECTV INCORPORATED V. JONES, ET AL**
April 05, 2005 U.S. CT. OF APP., 4TH CIR. 05-1361

**245. DIRECTV INCORPORATED, ET AL V. WILSON**
March 29, 2005 U.S. CT. OF APP., 4TH CIR. 05-1338

**246. DIRECTV, INC. V. MARTIN**
March 18, 2005 CA U.S. DIST. CT., NORTH 5:05-CV-01122

**247. DIRECTV, INC. V. DOODY**
March 16, 2005 NY U.S. DIST. CT., WEST 1:05-CV-00180

**248. DIRECTV INC V. COLLETT**
March 11, 2005 OH U.S. DIST. CT., SOUTH 3:05-CV-00100

**249. DIRECTV INC V. TONY MOFFETT**
March 11, 2005 OH U.S. DIST. CT., SOUTH 3:05-CV-00098

**250. DIRECTV, INC. V. DENNIS LOWER**
March 11, 2005 OH U.S. DIST. CT., SOUTH 3:05-CV-00099

**251. DIRECTV, INC. V. ROBERTS**
March 11, 2005 OH U.S. DIST. CT., SOUTH 3:05-CV-00097

**252. DIRECTV, INC. V. WALKER**
March 11, 2005 OH U.S. DIST. CT., SOUTH 3:05-CV-00103

**253. DIRECTV INC V. SEIJAS, ET AL**
March 08, 2005 U.S. CT. OF APP., 3RD CIR. 05-1682

**254. DIRECTV INC V. CONNER**
February 22, 2005 U.S. CT. OF APP., 5TH CIR. 05-40229

**255. DIRECTV, INC. V. MEINHART**
February 22, 2005 U.S. CT. OF APP., 2ND CIR. 05-0887

**256. DIRECTV, INC. V. LONG**
February 17, 2005 CA U.S. DIST. CT., NORTH 5:05-CV-00715

**257. DIRECTV,INC. V. SCHNEIDER**
February 07, 2005 FL U.S. DIST. CT., SOUTH 0:05-CV-60190

**258. DIRECTV INC V. HARDY**
January 24, 2005 SC U.S. DIST. CT. 6:05-CV-00916

**259. DIRECTV V. KING**
January 14, 2005 CA U.S. DIST. CT., EAST 1:05-CV-00065

**260. DIRECTV INC V. ALESSI, ET AL**
January 04, 2005 AZ U.S. DIST. CT. 2:05-CV-00017

**261. DIRECTV INC V. JODICKE**
January 04, 2005 AZ U.S. DIST. CT. 2:05-CV-00019

**262. DIRECTV, INC. V. DINH**
January 03, 2005 CA U.S. DIST. CT., NORTH 5:05-CV-00002

**263. DIRECTV INC V. NANCE**
December 22, 2004 SC U.S. DIST. CT. 7:04-CV-23377

**264. DIRECTV, INC. V. CURRY**
December 22, 2004 NC U.S. DIST. CT., MID. 1:04-CV-01200

**265. DIRECTV, INC. V. FREEMAN**
December 22, 2004 NC U.S. DIST. CT., MID. 1:04-CV-01197

**266. DIRECTV, INC. V. FUQUA**
December 22, 2004 NC U.S. DIST. CT., MID. 1:04-CV-01196

**267. DIRECTV, INC. V. JACKSON**
December 22, 2004 NC U.S. DIST. CT., MID. 1:04-CV-01199

**268. DIRECTV, INC. V. PARSONS**
December 22, 2004 NC U.S. DIST. CT., MID. 1:04-CV-01198

**269. DIRECTV, INC. V. PUGH**
December 22, 2004 NC U.S. DIST. CT., MID. 1:04-CV-01201

**270. DIRECTV, INC. V. THOMPSON**
December 22, 2004 NC U.S. DIST. CT., MID. 1:04-CV-01202

**271. DIRECTV INC V. STICUZZA**
December 02, 2004 SC U.S. DIST. CT. 3:04-CV-23146

**272. DIRECTV, INC. V. ESTES**
December 01, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-05089

**273. DIRECTV, INC. V. TRAN**
December 01, 2004 CA U.S. DIST. CT., NORTH 5:04-CV-05079

**274. DIRECTV INC V. CESSNA**
November 30, 2004 CA U.S. DIST. CT., EAST 2:04-CV-02533

**275. DIRECTV INC V. DECKER**
November 30, 2004 CA U.S. DIST. CT., EAST 2:04-CV-02532

**276. DIRECTV INC V. ERNEST CONDE**
November 30, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-09704

**277. DIRECTV, INC. V. CEBALLOS**
November 30, 2004 CA U.S. DIST. CT., NORTH 5:04-CV-05050

**278. DIRECTV, INC. V. FRISBY**
November 30, 2004 CA U.S. DIST. CT., NORTH 5:04-CV-05052

**279. DIRECTV INC V. CROUSILLAT**
November 29, 2004 CA U.S. DIST. CT., EAST 1:04-CV-06616

**280. DIRECTV INC V. LICK**
November 29, 2004 CA U.S. DIST. CT., EAST 2:04-CV-02514

**281. DIRECTV, INC. V. KNUDSON**
November 29, 2004 CA U.S. DIST. CT., NORTH 5:04-CV-05009

**282. DIRECTV INC V. COOK**
November 23, 2004 IA U.S. DIST. CT., SOUTH 4:04-CV-00658

**283. DIRECTV INCORPORATED, ET AL V. JENSEN, ET AL**
November 23, 2004 CA U.S. DIST. CT., SOUTH 3:04-CV-02346

**284. DIRECTV, INC. V. ALLEN**
November 23, 2004 NC U.S. DIST. CT., MID. 1:04-CV-01109

**285. DIRECTV, INC. V. LAWSON**
November 23, 2004 NC U.S. DIST. CT., MID. 1:04-CV-01108

**286. DIRECTV, INC. V. WALKER**
November 23, 2004 NC U.S. DIST. CT., MID. 1:04-CV-01107

**287. DIRECTV INC V. BERRY**
November 22, 2004 CA U.S. DIST. CT., EAST 1:04-CV-06589

**288. DIRECTV INC V. MARTIN**
November 22, 2004 CA U.S. DIST. CT., EAST 1:04-CV-06593

**289. DIRECTV, INC. V. GOMES**
November 22, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-04942

**290. DIRECTV, INC. V. HART**
November 22, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-04943

**291. DIRECTV, INC. V. HUTCHISON**
November 22, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-04944

**292. DIRECTV, INC. V. KNOLL**
November 22, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-04945

**293. DIRECTV INC V. GREENBERG**
November 19, 2004 CA U.S. DIST. CT., EAST 2:04-CV-02372

**294. DIRECTV, INC. V. CATES**
November 19, 2004 MS U.S. DIST. CT., NORTH 2:04-CV-00332

**295. DIRECTV, INC. V. HARRELL**
November 19, 2004 MS U.S. DIST. CT., NORTH 3:04-CV-00210

**296. DIRECTV INC V. MCCAULEY**
November 17, 2004 U.S. CT. OF APP., 6TH CIR. 04-4370

**297. DIRECTV, INC. V. JOHNSON**
November 17, 2004 CA U.S. DIST. CT., NORTH 5:04-CV-04893

**298. DIRECTV INC V. JAMIL**
November 16, 2004 CA U.S. DIST. CT., EAST 2:04-CV-02439

**299. DIRECTV, INC. V. LOGAN**
November 16, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-04863

**300. DIRECTV,INC. V. GOODMAN**
November 15, 2004 FL U.S. DIST. CT., SOUTH 9:04-CV-81043

**301. (NEW DJ) DIRECTV INC V. GARCIA**
November 12, 2004 CA U.S. DIST. CT., EAST 1:04-CV-06535

**302. DIRECTV INC V. CANNON**
November 12, 2004 CA U.S. DIST. CT., EAST 2:04-CV-02406

**303. DIRECTV INC V. CESAR KAMANTIGUE**
November 12, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-01407

**304. DIRECTV INC V. FOSTER**
November 12, 2004 KY U.S. DIST. CT., EAST 5:04-CV-00508

**305. DIRECTV INC V. GALLO**
November 12, 2004 CA U.S. DIST. CT., EAST 2:04-CV-02413

**306. DIRECTV INC V. GARCIA**
November 12, 2004 CA U.S. DIST. CT., SOUTH 3:04-CV-02286

**307. DIRECTV INC V. GRAY**
November 12, 2004 KY U.S. DIST. CT., EAST 7:04-CV-00397

**308. DIRECTV INC V. HEDGER**
November 12, 2004 KY U.S. DIST. CT., EAST 2:04-CV-00236

**309. DIRECTV INC V. JARRELL**
November 12, 2004 KY U.S. DIST. CT., EAST 7:04-CV-00399

**310. DIRECTV INC V. JEREMY EVARTS**
November 12, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-09297

**311. DIRECTV INC V. JOHNSON**
November 12, 2004 KY U.S. DIST. CT., EAST 6:04-CV-00564

**312. DIRECTV INC V. JONES**
November 12, 2004 KY U.S. DIST. CT., EAST 2:04-CV-00241

**313. DIRECTV INC V. KARSTEDT**
November 12, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-04830

**314. DIRECTV INC V. KOKER**
November 12, 2004 CA U.S. DIST. CT., EAST 1:04-CV-06534

**315. DIRECTV INC V. MARTIN RAMOS**
November 12, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-09333

**316. DIRECTV INC V. MARZEL NECKIEN**
November 12, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-09330

**317. DIRECTV INC V. NICHOLS**
November 12, 2004 CA U.S. DIST. CT., EAST 2:04-CV-02408

**318. DIRECTV INC V. RICHARD LEVY**
November 12, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-09296

**319. DIRECTV INC V. RIVERA**
November 12, 2004 CA U.S. DIST. CT., SOUTH 3:04-CV-02285

**320. DIRECTV INC V. SHEPHERD**
November 12, 2004 KY U.S. DIST. CT., EAST 7:04-CV-00398

**321. DIRECTV INC. V. NG**
November 12, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-04832

**322. DIRECTV, INC. V. AGEE**
November 12, 2004 DC U.S. DIST. CT. 1:04-CV-01978

**323. DIRECTV, INC. V. ANDREW JONCICH**
November 12, 2004 CA U.S. DIST. CT., NORTH 5:04-CV-04797

**324. DIRECTV, INC. V. ARMER**
November 12, 2004 CA U.S. DIST. CT., NORTH 5:04-CV-04796

**325. DIRECTV, INC. V. AUD**
November 12, 2004 KY U.S. DIST. CT., WEST 4:04-CV-00153

**326. DIRECTV, INC. V. DOUCETTE**
November 12, 2004 NH U.S. DIST. CT. 1:04-CV-00419

**327. DIRECTV, INC. V. LAUDEN**
November 12, 2004 CA U.S. DIST. CT., NORTH 4:04-CV-04829

**328. DIRECTV, INC. V. LIRIANO**
November 12, 2004 MA U.S. DIST. CT. 1:04-CV-12402

**329. DIRECTV, INC. V. MARTINS**
November 12, 2004 MA U.S. DIST. CT. 1:04-CV-12404

**330. DIRECTV, INC. V. NAVARRO**
November 12, 2004 MA U.S. DIST. CT. 1:04-CV-12407

**331. DIRECTV, INC. V. SAVVAS**
November 12, 2004 MA U.S. DIST. CT. 1:04-CV-12406

**332. DIRECTV, INC. V. SIMMONS**
November 12, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-04833

**333. DIRECTV, INC., V. MALEUS**
November 12, 2004 MA U.S. DIST. CT. 1:04-CV-12403

**334. DIRECTV INC V. BARBER**
November 10, 2004 SC U.S. DIST. CT. 0:04-CV-22927

**335. DIRECTV INC V. DORN, ET AL**
November 10, 2004 SC U.S. DIST. CT. 8:04-CV-22930

**336. DIRECTV INC V. HUGHES**
November 10, 2004 SC U.S. DIST. CT. 3:04-CV-22928

**337. DIRECTV INC V. PHETPHONGSY**
November 10, 2004 SC U.S. DIST. CT. 7:04-CV-22929

**338. DIRECTV INC V. CONLIN, ET AL**
November 04, 2004 AZ U.S. DIST. CT. 2:04-CV-02412

**339. DIRECTV INC V. ERNEST AGUILAR**
November 04, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-09109

**340. DIRECTV INC V. GIBSON**
November 04, 2004 CA U.S. DIST. CT., EAST 1:04-CV-06510

**341. DIRECTV INC V. HAND**
November 04, 2004 CA U.S. DIST. CT., CENT. 8:04-CV-01287

**342. DIRECTV INCORPORATED V. BROADHEAD**
November 04, 2004 CA U.S. DIST. CT., SOUTH 3:04-CV-02223

**343. DIRECTV, INC. V. GODSEY**
November 04, 2004 CA U.S. DIST. CT., NORTH 5:04-CV-04677

**344. DIRECTV, INC., V. ALTMAN**
November 04, 2004 NJ U.S. DIST. CT. 3:04-CV-05423

**345. DIRECTV INC V. DIODATI**
November 03, 2004 CA U.S. DIST. CT., EAST 2:04-CV-02352

**346. DIRECTV, INC. V. DOTE**
November 03, 2004 NY U.S. DIST. CT., NORTH 6:04-CV-01277

**347. DIRECTV, INC. V. DUFOUR**
November 03, 2004 OR U.S. DIST. CT. 6:04-CV-06379

**348. DIRECTV, INC. V. HARVEY**
November 03, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-04668

**349. DIRECTV, INC. V. KELLY**
November 03, 2004 NY U.S. DIST. CT., NORTH 1:04-CV-01276

**350. DIRECTV, INC. V. VUKSANAJ**
November 03, 2004 NY U.S. DIST. CT., SOUTH 1:04-CV-08672

**351. DIRECTV,INC. V. WARNER**
November 02, 2004 FL U.S. DIST. CT., SOUTH 9:04-CV-81010

**352. DIRECTV INC V. GEORGE POHOSKI**
October 29, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-08991

**353. DIRECTV INC V. LANGHORST**
October 29, 2004 CA U.S. DIST. CT., EAST 2:04-CV-02303

**354. DIRECTV INC V. MCGILL**
October 29, 2004 CA U.S. DIST. CT., EAST 1:04-CV-06477

**355. DIRECTV INC V. MYERS**
October 29, 2004 CA U.S. DIST. CT., EAST 2:04-CV-02302

**356. DIRECTV INC V. RILEY**
October 29, 2004 CA U.S. DIST. CT., EAST 1:04-CV-06475

**357. DIRECTV INC V. SCOTT BRAMHALL**
October 29, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-08977

**358. DIRECTV INC V. SPAFFORD**
October 29, 2004 CA U.S. DIST. CT., EAST 2:04-CV-02305

**359. DIRECTV INC V. STUART SALOT**
October 29, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-08989

**360. DIRECTV INC V. THERESA BEAUDOIN**
October 29, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-09003

**361. DIRECTV INC V. THOMAS TRUMPLER**
October 29, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-08988

**362. DIRECTV INC V. WILLIAM BLOOMBERG**
October 29, 2004 CA U.S. DIST. CT., CENT. 8:04-CV-01263

**363. DIRECTV, INC. V. JONES**
October 29, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-04595

**364. DIRECTV, INC. V. LOVE**
October 29, 2004 FL U.S. DIST. CT., SOUTH 0:04-CV-61428


**365. DIRECTV INC V. MAHONEY**
October 28, 2004 CA U.S. DIST. CT., SOUTH 3:04-CV-02179


**366. DIRECTV INC V. RICHARD JOSEPHSON**
October 28, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-08952


**367. DIRECTV INC V. ROBERT LEVIN**
October 28, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-08948


**368. DIRECTV INC V. SARFRAZ**
October 28, 2004 CA U.S. DIST. CT., EAST 2:04-CV-02289


**369. DIRECTV, INC. V. PRICE**
October 28, 2004 NJ U.S. DIST. CT. 2:04-CV-05240


**370. DIRECTV INC V. CLARK**
October 26, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00544


**371. DIRECTV INC V. GROSS**
October 26, 2004 KY U.S. DIST. CT., EAST 7:04-CV-00371


**372. DIRECTV INC V. LINDSAY**
October 26, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00543


**373. DIRECTV INC V. REYNOLDS**
October 26, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00545


**374. DIRECTV INC V. TATE**
October 26, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00546


**375. DIRECTV, INC. V. COMPTON**
October 26, 2004 MO U.S. DIST. CT., WEST 3:04-CV-05109


**376. DIRECTV, INC. V. ESPINOSA**
October 26, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-22686


**377. DIRECTV, INC. V. CALLEY**
October 25, 2004 FL U.S. DIST. CT., MID. 8:04-CV-02350

**378. DIRECTV, INC. V. HALEY**
October 25, 2004 MS U.S. DIST. CT., SOUTH 1:04-CV-00799

**379. DIRECTV, INC. V. LE**
October 25, 2004 FL U.S. DIST. CT., MID. 8:04-CV-02336

**380. DIRECTV, INC. V. MELTON**
October 22, 2004 MS U.S. DIST. CT., NORTH 2:04-CV-00301

**381. DIRECTV, INC. V. SELF**
October 22, 2004 MS U.S. DIST. CT., NORTH 1:04-CV-00334

**382. DIRECTV INC V. MORRIS**
October 21, 2004 U.S. CT. OF APP., 6TH CIR. 04-6254

**383. DIRECTV, INC. V. STYPA**
October 21, 2004 OH U.S. DIST. CT., NORTH 1:04-CV-02116

**384. DIRECTV INC V. BRUNNER**
October 20, 2004 WI U.S. DIST. CT., EAST 1:04-CV-01024

**385. DIRECTV INC V. HAISLER**
October 20, 2004 WI U.S. DIST. CT., EAST 2:04-CV-01023

**386. DIRECTV INC V. SAWYER, ET AL**
October 19, 2004 U.S. CT. OF APP., 3RD CIR. 04-3999

**387. DIRECTV V. TRAN**
October 19, 2004 UT U.S. DIST. CT. 2:04-CV-00972

**388. DIRECTV, INC. V. DIAZ**
October 15, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-22606

**389. DIRECTV INC V. SIERRA**
October 14, 2004 NM U.S. DIST. CT. 2:04-CV-01163

**390. DIRECTV, INC. V. BURNETT**
October 13, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00847

**391. DIRECTV, INC. V. WALTERS**
October 13, 2004 FL U.S. DIST. CT., MID. 8:04-CV-02249

**392. DIRECTV INC V. BEALL**
October 12, 2004 KY U.S. DIST. CT., EAST 5:04-CV-00460

**393. DIRECTV, INC. V. PARTIN ET AL**
October 08, 2004 KY U.S. DIST. CT., EAST 2:04-CV-00209

**394. DIRECTV, INC. V. RIDDELL**
October 07, 2004 KY U.S. DIST. CT., EAST 5:04-CV-00455

**395. DIRECTV, INC. V. ARMS**
October 06, 2004 OH U.S. DIST. CT., NORTH 1:04-CV-02020

**396. DIRECTV, INC. V. GRANNEMAN**
October 06, 2004 OH U.S. DIST. CT., NORTH 1:04-CV-02027

**397. DIRECTV, INC. V. MINJAREZ**
October 06, 2004 OH U.S. DIST. CT., NORTH 3:04-CV-07630

**398. DIRECTV INC V. PORTER**
October 05, 2004 WA U.S. DIST. CT., WEST 3:04-CV-05658

**399. DIRECTV INC V. STIMPERT**
October 05, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00958

**400. DIRECTV, INC. V. KOHR**
October 05, 2004 OH U.S. DIST. CT., NORTH 5:04-CV-02012

**401. DIRECTV, INC. V. NUZZO**
October 05, 2004 OH U.S. DIST. CT., NORTH 4:04-CV-02010

**402. DIRECTV, INC. V. TRUMAN**
October 05, 2004 OH U.S. DIST. CT., NORTH 3:04-CV-07623

**403. DIRECTV INC V. JORGE SALAZAR**
October 04, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-08256

**404. DIRECTV INC V. KARLO VARTAN**
October 04, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-08259

**405. DIRECTV INC V. SCHLOSSER**
October 04, 2004 CA U.S. DIST. CT., EAST 2:04-CV-02085

**406. DIRECTV INC V. JAMES BARCLAY**
October 01, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-01230

**407. DIRECTV INC V. MARCO ALBARRAN**
October 01, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-08227

**408. DIRECTV, INC V. HYDE**
October 01, 2004 AL U.S. DIST. CT., NORTH 5:04-CV-02902

**409. DIRECTV, INC. V. KURTZ**
October 01, 2004 FL U.S. DIST. CT., MID. 8:04-CV-02181

**410. DIRECTV, INC. V. RODRIGUEZ**
October 01, 2004 OH U.S. DIST. CT., NORTH 1:04-CV-02001

**411. DIRECTV INC V. COCKRELL**
September 30, 2004 OH U.S. DIST. CT., SOUTH 3:04-CV-00345

**412. DIRECTV INC V. EDDIE ROMERO**
September 30, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-08171

**413. DIRECTV INC V. HANRION**
September 30, 2004 CA U.S. DIST. CT., EAST 2:04-CV-02058

**414. DIRECTV INCORPORATED V. MORRISSEY**
September 30, 2004 CA U.S. DIST. CT., SOUTH 3:04-CV-01975

**415. DIRECTV, INC. V. BUDZIK**
September 30, 2004 OH U.S. DIST. CT., NORTH 1:04-CV-01985

**416. DIRECTV, INC. V. GALLIVAN**
September 30, 2004 WA U.S. DIST. CT., WEST 3:04-CV-05645

**417. DIRECTV, INC. V. JACKSON**
September 30, 2004 OH U.S. DIST. CT., NORTH 1:04-CV-01989

**418. DIRECTV, INC. V. KODER**
September 30, 2004 OH U.S. DIST. CT., NORTH 3:04-CV-07595

**419. DIRECTV, INC. V. LEE**
September 30, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-04158

**420. DIRECTV, INC. V. LUKE**
September 30, 2004 OH U.S. DIST. CT., NORTH 1:04-CV-01987

**421. DIRECTV, INC. V. PIECHOWIAK**
September 30, 2004 OH U.S. DIST. CT., NORTH 1:04-CV-01986

**422. DIRECTV, INC. V. STAHL**
September 30, 2004 OH U.S. DIST. CT., NORTH 3:04-CV-07593

**423. DIRECTV, INC. V. STRALEY**
September 30, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00942

**424. DIRECTV, INC. V. THAVY**
September 30, 2004 CA U.S. DIST. CT., NORTH 5:04-CV-04152

**425. DIRECTV, INC. V. TROY**
September 30, 2004 CA U.S. DIST. CT., NORTH 5:04-CV-04154

**426. DIRECTV, INC. V. WILLIAMS**
September 30, 2004 NJ U.S. DIST. CT. 2:04-CV-04794

**427. DIRECTV INC V. ED MARKLEY**
September 29, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-08123

**428. DIRECTV INC V. JONES**
September 29, 2004 AR U.S. DIST. CT., EAST 4:04-CV-01097

**429. DIRECTV INC V. MILLER**
September 29, 2004 AR U.S. DIST. CT., EAST 4:04-CV-01098

**430. DIRECTV INC V. WILBUR SMITH**
September 29, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-08126

**431. DIRECTV, INC. V. DINH**
September 29, 2004 CA U.S. DIST. CT., NORTH 5:04-CV-04133

**432. DIRECTV INC V. METZGER, ET AL**
September 28, 2004 AZ U.S. DIST. CT. 2:04-CV-02040

**433. DIRECTV, INC. V. COOPER**
September 28, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00931

**434. DIRECTV, INC. V. DOBRZYNSKI**
September 28, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00934

**435. DIRECTV, INC. V. FROST**
September 28, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00929

**436. DIRECTV, INC. V. HA**
September 28, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00932

**437. DIRECTV, INC. V. INSKEEP**
September 28, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00925

**438. DIRECTV, INC. V. KING**
September 28, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00935

**439. DIRECTV, INC. V. LUTTRELL**
September 28, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00927

**440. DIRECTV, INC. V. NEFF**
September 28, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00930

**441. DIRECTV, INC. V. OILER**
September 28, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00928

**442. DIRECTV, INC. V. RUMA**
September 28, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00933

**443. DIRECTV, INC. V. STARR**
September 28, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00926

**444. DIRECTV INC V. JUNKIN**
September 27, 2004 KY U.S. DIST. CT., EAST 3:04-CV-00070

**445. DIRECTV INC V. WHITAKER**
September 27, 2004 KY U.S. DIST. CT., EAST 3:04-CV-00068

**446. DIRECTV, INC. V. BAST**
September 27, 2004 KY U.S. DIST. CT., EAST 3:04-CV-00069

**447. DIRECTV, INC. V. HAYWARD**
September 24, 2004 KY U.S. DIST. CT., WEST 3:04-CV-00561

**448. DIRECTV INC V. GUZMAN**
September 23, 2004 CA U.S. DIST. CT., EAST 2:04-CV-01978

**449. DIRECTV INCORPORATED V. MENHART, ET AL**
September 23, 2004 U.S. CT. OF APP., 4TH CIR. 04-2191

**450. DIRECTV, INC. V. ROSSI**
September 23, 2004 GA U.S. DIST. CT., MID. 5:04-CV-00311

**451. DIRECTV, INC. V. THOMAS**
September 23, 2004 GA U.S. DIST. CT., MID. 5:04-CV-00310

**452. DIRECTV, INC. V. PHILLIPS**
September 22, 2004 U.S. CT. OF APP., 2ND CIR. 04-5105

**453. DIRECTV INCORPORATED V. DAVIS, ET AL**
September 16, 2004 U.S. CT. OF APP., 4TH CIR. 04-2154

**454. DIRECTV, INC. V. LYONS**
September 16, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-22340

**455. DIRECTV, INC., ET AL V. CARBONERO, ET AL**
September 15, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-22323

**456. DIRECTV V. JENSEN**
September 14, 2004 NE U.S. DIST. CT. 8:04-CV-00450

**457. DIRECTV, INC. V. WASKIEWICZ**
September 14, 2004 FL U.S. DIST. CT., MID. 8:04-CV-02067

**458. DIRECTV INC V. ABEL FRAIS**
September 10, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-07530

**459. DIRECTV INC V. ANDERSON**
September 10, 2004 SC U.S. DIST. CT. 7:04-CV-22187

**460. DIRECTV INC V. CHAMIE**
September 10, 2004 CA U.S. DIST. CT., EAST 2:04-CV-01890

**461. DIRECTV INC V. CUTINELLO**
September 10, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-05926

**462. DIRECTV INC V. ESCALANTE**
September 10, 2004 CA U.S. DIST. CT., EAST 1:04-CV-06237

**463. DIRECTV INC V. FINLEY**
September 10, 2004 CA U.S. DIST. CT., EAST 1:04-CV-06230

**464. DIRECTV INC V. FRANK LE**
September 10, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-07533

**465. DIRECTV INC V. GAYTON**
September 10, 2004 CA U.S. DIST. CT., CENT. 8:04-CV-01071

**466. DIRECTV INC V. GOOD**
September 10, 2004 SC U.S. DIST. CT. 0:04-CV-22186

**467. DIRECTV INC V. HAMLIN**
September 10, 2004 SC U.S. DIST. CT. 2:04-CV-22190

**468. DIRECTV INC V. HARRY KAZARIAN**
September 10, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-01147

**469. DIRECTV INC V. KOCH**
September 10, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-05924

**470. DIRECTV INC V. LAUDIZIO, ET AL**
September 10, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-05927

**471. DIRECTV INC V. LE**
September 10, 2004 CA U.S. DIST. CT., CENT. 8:04-CV-01074

**472. DIRECTV INC V. LINDER, ET AL**
September 10, 2004 AZ U.S. DIST. CT. 2:04-CV-01899

**473. DIRECTV INC V. MARKEL**
September 10, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00621

**474. DIRECTV INC V. MOTES**
September 10, 2004 SC U.S. DIST. CT. 4:04-CV-22188

**475. DIRECTV INC V. PAULEY**
September 10, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00619

**476. DIRECTV INC V. ROBERT ARIT**
September 10, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-07531

**477. DIRECTV INC V. RUIZ**
September 10, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-05923

**478. DIRECTV INC V. SACK**
September 10, 2004 PA U.S. DIST. CT., WEST 2:04-CV-01377

**479. DIRECTV INC V. SHIVERDECKER**
September 10, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-05925

**480. DIRECTV INC V. STEVE HOOVER**
September 10, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-01140

**481. DIRECTV INC V. WOODLOCK, ET AL**
September 10, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-05922

**482. DIRECTV, INC V. COCKRUM**
September 10, 2004 CA U.S. DIST. CT., EAST 1:04-CV-06236

**483. DIRECTV, INC V. PORTER**
September 10, 2004 PA U.S. DIST. CT., WEST 2:04-CV-01376

**484. DIRECTV, INC. V. ACKINCLOSE, ET AL**
September 10, 2004 PA U.S. DIST. CT., WEST 2:04-CV-01374

**485. DIRECTV, INC. V. BAUMGARTNER**
September 10, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00620

**486. DIRECTV, INC. V. BERNAL**
September 10, 2004 CA U.S. DIST. CT., NORTH 5:04-CV-03817

**487. DIRECTV, INC. V. BLANKENSHIP**
September 10, 2004 ID U.S. DIST. CT. 3:04-CV-00459

**488. DIRECTV, INC. V. DAVENPORT**
September 10, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00618

**489. DIRECTV, INC. V. JOHANNESSEN**
September 10, 2004 ID U.S. DIST. CT. 04-CV-00458

**490. DIRECTV, INC. V. JUAREZ**
September 10, 2004 CA U.S. DIST. CT., SOUTH 3:04-CV-01822

**491. DIRECTV, INC. V. MCQUEEN**
September 10, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00622

**492. DIRECTV, INC. V. OSBORNE**
September 10, 2004 KY U.S. DIST. CT., EAST 7:04-CV-00318

**493. DIRECTV, INC. V. PENDLETON**
September 10, 2004 ID U.S. DIST. CT. 1:04-CV-00457

**494. DIRECTV, INC. V. PETIT**
September 10, 2004 FL U.S. DIST. CT., SOUTH 0:04-CV-61185

**495. DIRECTV, INC. V. SCHAFER**
September 10, 2004 ID U.S. DIST. CT. 1:04-CV-00456

**496. DIRECTV, INC. V. SLOCUM**
September 10, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-22286

**497. DIRECTV INC V. JENSEN**
September 09, 2004 WA U.S. DIST. CT., WEST 2:04-CV-01918

**498. DIRECTV INC V. LEO RIVARD**
September 09, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-01138

**499. DIRECTV INC V. LUCIO SANDOVAL**
September 09, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-07512

**500. DIRECTV INC V. ROMAN PALIS**
September 09, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-01137

**501. DIRECTV, INC. V. MITCHELL**
September 09, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-03797

**502. DIRECTV, INC. V. WARD**
September 09, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00873

**503. DIRECTV, INC. V. BEATTY ET AL**
September 08, 2004 NJ U.S. DIST. CT. 3:04-CV-04347

**504. DIRECTV, INC. V. DILIBERTO**
September 08, 2004 MI U.S. DIST. CT., WEST 5:04-CV-00140

**505. DIRECTV, INC. V. LAFOUNTAIN**
September 08, 2004 MI U.S. DIST. CT., WEST 5:04-CV-00139

**506. DIRECTV, INC. V. LONG**
September 08, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00714

**507. DIRECTV, INC. V. WILLIAMS**
September 08, 2004 KY U.S. DIST. CT., WEST 5:04-CV-00180

**508. DIRECTV V. GRIFFIS**
September 07, 2004 UT U.S. DIST. CT. 1:04-CV-00128

**509. DIRECTV V. LODER**
September 07, 2004 UT U.S. DIST. CT. 2:04-CV-00825

**510. DIRECTV V. MILLER**
September 07, 2004 UT U.S. DIST. CT. 2:04-CV-00826

**511. DIRECTV V. MILLER**
September 07, 2004 UT U.S. DIST. CT. 2:04-CV-00824

**512. DIRECTV V. SANTIAGO**
September 07, 2004 UT U.S. DIST. CT. 1:04-CV-00127

**513. DIRECTV V. SCOTT**
September 07, 2004 UT U.S. DIST. CT. 2:04-CV-00823

**514. DIRECTV, INC. V. TOLEDO**
September 07, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-22242

**515. DIRECTV, INCORPORATED V. SHEHENAN**
September 07, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73464

**516. DIRECTV INC V. BALLARD**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00131

**517. DIRECTV INC V. BEASLEY**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00438

**518. DIRECTV INC V. BELL**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00437

**519. DIRECTV INC V. BENFIELD**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00436

**520. DIRECTV INC V. BURNS**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00130

**521. DIRECTV INC V. CHIGER**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00450

**522. DIRECTV INC V. CHRISTENBERRY**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00141

**523. DIRECTV INC V. CHURCH**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00142

**524. DIRECTV INC V. ECHERD**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00134

**525. DIRECTV INC V. FRAZIER**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00446

**526. DIRECTV INC V. FREE**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00445

**527. DIRECTV INC V. GOMEZ**
September 03, 2004 CA U.S. DIST. CT., EAST 1:04-CV-06202

**528. DIRECTV INC V. GREEN**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00444

**529. DIRECTV INC V. HARRIS**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00443

**530. DIRECTV INC V. HONEYCHURCH**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00440

**531. DIRECTV INC V. HOWARD**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00439

**532. DIRECTV INC V. HUTCHINS**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00441

**533. DIRECTV INC V. INMAN**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00133

**534. DIRECTV INC V. JARMAN**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00452

**535. DIRECTV INC V. LINDSTROM**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00140

**536. DIRECTV INC V. MITCHELL**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00139

**537. DIRECTV INC V. MUNDAY**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00138

**538. DIRECTV INC V. NEUBAUER, ET AL**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00451

**539. DIRECTV INC V. NORMAN**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00137

**540. DIRECTV INC V. OLUGBESAN**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00435

**541. DIRECTV INC V. PARKER**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00136

**542. DIRECTV INC V. PARRIS**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00442

**543. DIRECTV INC V. PHAM**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00447

**544. DIRECTV INC V. POOLE**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00449

**545. DIRECTV INC V. POPE**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00135

**546. DIRECTV INC V. RHYNE**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00128

**547. DIRECTV INC V. ROGERS**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00127

**548. DIRECTV INC V. SUTER**
September 03, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00448

**549. DIRECTV INC V. THOMPSON**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00126

**550. DIRECTV INC V. TOWERY**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00125

**551. DIRECTV INC V. VANHORN**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00124

**552. DIRECTV INC V. WALKER**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00123

**553. DIRECTV INC V. WILLIAMS**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00122

**554. DIRECTV INC V. WILSON**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00121

**555. DIRECTV INC, ET AL V. GREENE**
September 03, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00132

**556. DIRECTV, INC. V. MILEY**
September 03, 2004 ID U.S. DIST. CT. 1:04-CV-00453

**557. DIRECTV, INC. V. HAGOOD**
September 02, 2004 MI U.S. DIST. CT., WEST 5:04-CV-00131

**558. DIRECTV, INC. V. JONES**
September 02, 2004 FL U.S. DIST. CT., MID. 3:04-CV-00750

**559. DIRECTV, INC. V. KNOX**
September 02, 2004 MI U.S. DIST. CT., WEST 5:04-CV-00134

**560. DIRECTV, INC. V. MULVANEY**
September 02, 2004 NY U.S. DIST. CT., WEST 6:04-CV-06424

**561. DIRECTV, INC. V. VANDYKEN**
September 02, 2004 MI U.S. DIST. CT., WEST 5:04-CV-00137

**562. DIRECTV, INC. V. WITZL**
September 02, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00701

**563. DIRECTV, INC. V. BEAN**
August 31, 2004 OR U.S. DIST. CT. 6:04-CV-06310

**564. DIRECTV, INC. V. COSTA**
August 27, 2004 NY U.S. DIST. CT., WEST 6:04-CV-06409

**565. DIRECTV, INC. V. FALZONE**
August 27, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00691

**566. DIRECTV, INC. V. STRUMPF**
August 27, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00692

**567. DIRECTV INC V. LONDRE**
August 26, 2004 WI U.S. DIST. CT., EAST 1:04-CV-00812

**568. DIRECTV, INC. V. BELLO**
August 26, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-03596

**569. DIRECTV, INC. V. GAVAGAN ET AL**
August 26, 2004 MI U.S. DIST. CT., WEST 5:04-CV-00126

**570. DIRECTV, INC. V. HUMPHREY**
August 26, 2004 MI U.S. DIST. CT., WEST 5:04-CV-00125

**571. DIRECTV, INC. V. LEE**
August 26, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-03617

**572. DIRECTV, INC. V. PORTER**
August 26, 2004 MI U.S. DIST. CT., WEST 5:04-CV-00123

**573. DIRECTV, INC. V. WISNIEWSKI**
August 26, 2004 MI U.S. DIST. CT., WEST 5:04-CV-00127

**574. DIRECTV INC V. CARPENTER**
August 25, 2004 CA U.S. DIST. CT., NORTH 4:04-CV-03567


**575. DIRECTV, INC. V. DAROUSE**
August 25, 2004 MS U.S. DIST. CT., SOUTH 1:04-CV-00674


**576. DIRECTV, INC. V. DICK**
August 25, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-03566


**577. DIRECTV, INC. V. FILANCIA**
August 25, 2004 MS U.S. DIST. CT., SOUTH 1:04-CV-00675


**578. DIRECTV, INC. V. SENTOUS**
August 25, 2004 CA U.S. DIST. CT., NORTH 4:04-CV-03558


**579. DIRECTV, INC. V. ANDERSON**
August 24, 2004 MS U.S. DIST. CT., SOUTH 1:04-CV-00670


**580. DIRECTV, INC. V. BURNETT**
August 24, 2004 MS U.S. DIST. CT., SOUTH 5:04-CV-00228


**581. DIRECTV, INC. V. GONYEAU**
August 24, 2004 MS U.S. DIST. CT., SOUTH 1:04-CV-00671


**582. DIRECTV, INC. V. PAN**
August 24, 2004 CA U.S. DIST. CT., NORTH 4:04-CV-03528


**583. DIRECTV, INCORPORATED V. BROWN**
August 24, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73283


**584. DIRECTV INC V. CONNOLLY**
August 23, 2004 DE U.S. DIST. CT. 1:04-CV-00964


**585. DIRECTV INC V. HALL**
August 23, 2004 DE U.S. DIST. CT. 1:04-CV-00962


**586. DIRECTV INC V. ROBERTS**
August 23, 2004 DE U.S. DIST. CT. 1:04-CV-00965


**587. DIRECTV INC V. TODD**
August 23, 2004 DE U.S. DIST. CT. 1:04-CV-00966

**588.** DIRECTV INC. V. ZATLOKOVICZ
**August 23, 2004 DE U.S. DIST. CT. 1:04-CV-00963**

**589.** DIRECTV, INC. V. AULTMAN
**August 23, 2004 MS U.S. DIST. CT., SOUTH 2:04-CV-00279**

**590.** DIRECTV, INC. V. WILLIAMS
**August 23, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-03491**

**591.** DIRECTV, INCORPORATED V. BALLY
**August 23, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73262**

**592.** DIRECTV, INCORPORATED V. BIERBUSSE
**August 23, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73260**

**593.** DIRECTV, INCORPORATED V. BOLINGER
**August 23, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73263**

**594.** DIRECTV, INCORPORATED V. CHOINSKI
**August 23, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73269**

**595.** DIRECTV, INCORPORATED V. ELSWICK
**August 23, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73265**

**596.** DIRECTV, INCORPORATED V. HALLENBECK
**August 23, 2004 MI U.S. DIST. CT., EAST 1:04-CV-10221**

**597.** DIRECTV, INCORPORATED V. HEIER
**August 23, 2004 MI U.S. DIST. CT., EAST 1:04-CV-10222**

**598.** DIRECTV, INCORPORATED V. MALKIEWICZ
**August 23, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73266**

**599.** DIRECTV, INCORPORATED V. SHAQIRI
**August 23, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73264**

**600.** DIRECTV, INCORPORATED V. WRIGHT
**August 23, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73267**

**601.** DIRECTV INC V. BARRERA
**August 20, 2004 CA U.S. DIST. CT., NORTH 4:04-CV-03464**

**602.** **DIRECTV, INC. V. FLETCHER**
August 20, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00655

**603.** **DIRECTV, INC. V. FOSTER**
August 20, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00657

**604.** **DIRECTV, INC. V. HOLLOWELL**
August 20, 2004 MS U.S. DIST. CT., SOUTH 5:04-CV-00225

**605.** **DIRECTV, INC. V. PLOTKIN**
August 20, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00658

**606.** **DIRECTV, INC. V. ROBINSON**
August 20, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00656

**607.** **DIRECTV, INC. V. SUDER**
August 20, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-03448

**608.** **DIRECTV, INC. V. TSE**
August 20, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-03449

**609.** **DIRECTV, INC. V. YELVERTON**
August 20, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00654

**610.** **DIRECTV, INCORPORATED V. ARDISANA**
August 20, 2004 MI U.S. DIST. CT., EAST 4:04-CV-40241

**611.** **DIRECTV, INCORPORATED V. KAYE**
August 20, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73219

**612.** **DIRECTV, INCORPORATED V. LULLOVE**
August 20, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73227

**613.** **DIRECTV, INCORPORATED V. MOSHER**
August 20, 2004 MI U.S. DIST. CT., EAST 5:04-CV-60177

**614.** **DIRECTV, INCORPORATED V. STEELE**
August 20, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73220

**615.** **DIRECTV, INCORPORATED V. TURNER**
August 20, 2004 MI U.S. DIST. CT., EAST 5:04-CV-60176

**616. DIRECTV INC V. WAHE**
August 19, 2004 IA U.S. DIST. CT., SOUTH 1:04-CV-40046

**617. DIRECTV, INC. V. AARON**
August 19, 2004 MS U.S. DIST. CT., NORTH 3:04-CV-00155

**618. DIRECTV, INC. V. ARYCHUK**
August 19, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-03429

**619. DIRECTV, INC. V. BOYD**
August 19, 2004 MS U.S. DIST. CT., NORTH 1:04-CV-00251

**620. DIRECTV, INC. V. MINEISSI**
August 19, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-03416

**621. DIRECTV, INC. V. NGUYEN**
August 19, 2004 CA U.S. DIST. CT., NORTH 4:04-CV-03403

**622. DIRECTV, INC. V. PRENATT**
August 19, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00673

**623. DIRECTV, INC. V. WATZ**
August 19, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00672

**624. DIRECTV, INC. V. WOJTANIK**
August 19, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00674

**625. DIRECTV, INCORPORATED V. BABCOCK**
August 19, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73178

**626. DIRECTV, INCORPORATED V. FANCHER**
August 19, 2004 MI U.S. DIST. CT., EAST 1:04-CV-10213

**627. DIRECTV, INCORPORATED V. GARNER**
August 19, 2004 MI U.S. DIST. CT., EAST 1:04-CV-10211

**628. DIRECTV, INCORPORATED V. GORMAN**
August 19, 2004 MI U.S. DIST. CT., EAST 1:04-CV-10212

**629. DIRECTV, INCORPORATED V. HEMMINGSEN**
August 19, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73180

**630. DIRECTV, INCORPORATED V. LAVOY**
August 19, 2004 MI U.S. DIST. CT., EAST 4:04-CV-60175

**631. DIRECTV, INCORPORATED V. LAVOY**
August 19, 2004 MI U.S. DIST. CT., EAST 5:04-CV-60175

**632. DIRECTV, INCORPORATED V. MATWYUK**
August 19, 2004 MI U.S. DIST. CT., EAST 1:04-CV-10215

**633. DIRECTV, INCORPORATED V. MOORE**
August 19, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73207

**634. DIRECTV, INCORPORATED V. O'BRIEN**
August 19, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73206

**635. DIRECTV, INCORPORATED V. PIZZUTI**
August 19, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73182

**636. DIRECTV, INCORPORATED V. RHODES**
August 19, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73184

**637. DIRECTV, INCORPORATED V. ROBERSON**
August 19, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73186

**638. DIRECTV, INCORPORATED V. ROUSE**
August 19, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73183

**639. DIRECTV, INCORPORATED V. WAGNER**
August 19, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73205

**640. DIRECTV, INCORPORATED V. WEILER**
August 19, 2004 MI U.S. DIST. CT., EAST 1:04-CV-10216

**641. DIRECTV, INCORPORATED V. WEKWERT**
August 19, 2004 MI U.S. DIST. CT., EAST 1:04-CV-10214

**642. DIRECTV, INCORPORATED V. WINTERS**
August 19, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73185

**643. DIRECTV INC V. CHAMBERLIN**
August 18, 2004 IA U.S. DIST. CT., SOUTH 3:04-CV-40086

**644.** DIRECTV, INC. V. SCHREIBER
**August 18, 2004 MS U.S. DIST. CT., SOUTH 2:04-CV-00274**

**645.** DIRECTV, INC. V. RADER
**August 17, 2004 MS U.S. DIST. CT., SOUTH 5:04-CV-00214**

**646.** DIRECTV, INC. V. REA
**August 17, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00642**

**647.** DIRECTV INC V. BENNETT
**August 16, 2004 WA U.S. DIST. CT., EAST 2:04-CV-00300**

**648.** DIRECTV INC V. CLYNE, ET AL
**August 16, 2004 WA U.S. DIST. CT., EAST 2:04-CV-00298**

**649.** DIRECTV INC V. CONRAD
**August 16, 2004 WA U.S. DIST. CT., EAST 2:04-CV-05095**

**650.** DIRECTV INC V. DUNCAN
**August 16, 2004 WA U.S. DIST. CT., EAST 2:04-CV-00297**

**651.** DIRECTV INC V. GOSSER
**August 16, 2004 WA U.S. DIST. CT., EAST 2:04-CV-00299**

**652.** DIRECTV INC V. HURST
**August 16, 2004 WA U.S. DIST. CT., EAST 2:04-CV-03093**

**653.** DIRECTV, INC V. DOAN
**August 16, 2004 NJ U.S. DIST. CT. 1:04-CV-03911**

**654.** DIRECTV, INC. V. SMITH
**August 16, 2004 CO U.S. DIST. CT. 1:04-CV-01695**

**655.** DIRECTV INC V. BACHMANN
**August 13, 2004 WA U.S. DIST. CT., WEST 2:04-CV-01784**

**656.** DIRECTV INC V. COTE
**August 13, 2004 WA U.S. DIST. CT., WEST 2:04-CV-01782**

**657.** DIRECTV INC V. HARTHUN
**August 13, 2004 WA U.S. DIST. CT., WEST 2:04-CV-01781**

**658. DIRECTV INC V. WOOWARD**
August 13, 2004 WA U.S. DIST. CT., WEST 3:04-CV-05484

**659. DIRECTV V. SAXER**
August 13, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00659

**660. DIRECTV, INC. V. EARLEY**
August 13, 2004 KY U.S. DIST. CT., EAST 6:04-CV-00387

**661. DIRECTV, INC. V. FINLEY**
August 13, 2004 KY U.S. DIST. CT., EAST 6:04-CV-00388

**662. DIRECTV, INC. V. GARVIN**
August 13, 2004 WA U.S. DIST. CT., WEST 3:04-CV-05485

**663. DIRECTV, INC. V. HALL**
August 13, 2004 KY U.S. DIST. CT., EAST 5:04-CV-00385

**664. DIRECTV, INC. V. HISLOP**
August 13, 2004 WA U.S. DIST. CT., WEST 3:04-CV-05487

**665. DIRECTV, INC. V. MCCARTY**
August 13, 2004 KY U.S. DIST. CT., EAST 0:04-CV-00144

**666. DIRECTV, INC. V. POORE**
August 13, 2004 KY U.S. DIST. CT., EAST 5:04-CV-00384

**667. DIRECTV, INC. V. SLONE**
August 13, 2004 KY U.S. DIST. CT., EAST 5:04-CV-00383

**668. DIRECTV, INC. V. WADE**
August 13, 2004 KY U.S. DIST. CT., WEST 4:04-CV-00106

**669. DIRECTV INC V. DRAKE**
August 12, 2004 NC U.S. DIST. CT., WEST 1:04-CV-00165

**670. DIRECTV INC V. SUGGS**
August 12, 2004 NC U.S. DIST. CT., WEST 1:04-CV-00164

**671. DIRECTV, INC. V. BURKETT**
August 12, 2004 NC U.S. DIST. CT., EAST 5:04-CV-00565

**672. DIRECTV, INC. V. KERR**
August 12, 2004 KY U.S. DIST. CT., WEST 3:04-CV-00469

**673. DIRECTV, INCORPORATED V. CHYBA**
August 11, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73072

**674. DIRECTV INC V. CHALKER**
August 09, 2004 NC U.S. DIST. CT., WEST 1:04-CV-00157

**675. DIRECTV, INC. V. DEVANE**
August 09, 2004 NC U.S. DIST. CT., EAST 04-CV-00153

**676. DIRECTV, INC. V. THOMPSON**
August 09, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00706

**677. DIRECTV, INCORPORATED V. PITTMAN**
August 09, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73028

**678. DIRECTV, INCORPORATED V. ROOT**
August 09, 2004 MI U.S. DIST. CT., EAST 2:04-CV-73027

**679. DIRECTV, INCORPORATED V. TUTTLE**
August 09, 2004 MI U.S. DIST. CT., EAST 5:04-CV-60156

**680. DIRECTV, INCORPORATED V. TUTTLE**
August 09, 2004 MI U.S. DIST. CT., EAST 2:04-CV-75093

**681. DIRECTV INC V. MALDONADO**
August 06, 2004 TX U.S. DIST. CT., NORTH 3:04-CV-01714

**682. DIRECTV INC V. ROGERS**
August 06, 2004 TX U.S. DIST. CT., NORTH 3:04-CV-01713

**683. DIRECTV INC. V. NORTON**
August 06, 2004 DE U.S. DIST. CT. 1:04-CV-00926

**684. DIRECTV, INC. V. ADEEB**
August 05, 2004 FL U.S. DIST. CT., SOUTH 4:04-CV-10065

**685. DIRECTV, INC. V. MONTALVO**
August 05, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21987

**686. DIRECTV, INC. V. THOMSON**
**August 05, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21985**

**687. DIRECTV V. STAHL**
**August 04, 2004 FL U.S. DIST. CT., SOUTH 9:04-CV-80722**

**688. DIRECTV, INC. V. HOLLAND**
**August 04, 2004 FL U.S. DIST. CT., MID. 8:04-CV-01789**

**689. DIRECTV, INC. V. HOLLIDAY**
**August 04, 2004 FL U.S. DIST. CT., MID. 5:04-CV-00353**

**690. DIRECTV, INC. V. KAERCHER**
**August 04, 2004 FL U.S. DIST. CT., MID. 5:04-CV-00354**

**691. DIRECTV, INC. V. SASTE**
**August 04, 2004 FL U.S. DIST. CT., MID. 8:04-CV-01788**

**692. DIRECTV, INC. V. COCHRAN**
**August 02, 2004 FL U.S. DIST. CT., MID. 5:04-CV-01178**

**693. DIRECTV, INC. V. HISLE**
**August 02, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21962**

**694. DIRECTV, INC. V. WALKER**
**August 02, 2004 ID U.S. DIST. CT. 1:04-CV-00395**

**695. DIRECTV,INC. V. WILLIAMS**
**August 02, 2004 FL U.S. DIST. CT., SOUTH 9:04-CV-80716**

**696. DIRECTV INC V. LANPHEAR, ET AL**
**July 30, 2004 SC U.S. DIST. CT. 8:04-CV-02529**

**697. DIRECTV, INC. V. RUBIO**
**July 30, 2004 CO U.S. DIST. CT. 1:04-CV-01583**

**698. DIRECTV, INC. V. SCHMELZ**
**July 30, 2004 FL U.S. DIST. CT., MID. 3:04-CV-00637**

**699. DIRECTV INC V. WILLIAMS**
**July 28, 2004 SC U.S. DIST. CT. 0:04-CV-02500**

**700.** DIRECTV INC. V. BARBEE
July 28, 2004 NM U.S. DIST. CT. 1:04-CV-00855

**701.** DIRECTV, INC. V. BANKS
July 28, 2004 KY U.S. DIST. CT., EAST 0:04-CV-00130

**702.** DIRECTV INC V. DORTON
July 27, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00363

**703.** DIRECTV INC V. ROBERTS, ET AL
July 27, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00364

**704.** DIRECTV, INC. V. O'MALLEY
July 27, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00679

**705.** DIRECTV, INC. V. BARHAM
July 26, 2004 NC U.S. DIST. CT., EAST 5:04-CV-00522

**706.** DIRECTV, INC. V. BULLUCK
July 26, 2004 NC U.S. DIST. CT., EAST 5:04-CV-00521

**707.** DIRECTV, INC. V. HUTTON ET AL
July 26, 2004 FL U.S. DIST. CT., MID. 2:04-MC-00012

**708.** DIRECTV, INC. V. BOSTIC
July 22, 2004 WV U.S. DIST. CT., SOUTH 2:04-CV-00753

**709.** DIRECTV, INC. V. GROSS
July 21, 2004 VA U.S. DIST. CT., WEST 2:04-CV-00059

**710.** DIRECTV, INC. V. YANES
July 19, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21782

**711.** DIRECTV, INC. V. ADAMS
July 16, 2004 MO U.S. DIST. CT., EAST 4:04-CV-00896

**712.** DIRECTV, INC. V. HOLSTEN ET AL
July 16, 2004 MO U.S. DIST. CT., EAST 4:04-CV-00895

**713.** DIRECTV, INC. V. KALEKY, DAVID, ET AL
July 16, 2004 FL U.S. DIST. CT., SOUTH 9:04-CV-80667

**714. DIRECTV, INC., V. NAU**
July 16, 2004 FL U.S. DIST. CT., SOUTH 0:04-CV-60930

**715. DIRECTV INC V. CULPEPPER**
July 14, 2004 TX U.S. DIST. CT., EAST 6:04-CV-00325

**716. DIRECTV, INC. V. LIGHTFOOT**
July 13, 2004 TX U.S. DIST. CT., WEST 7:04-CV-00098

**717. DIRECTV, INC. V. MARTE**
July 13, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21707

**718. DIRECTV, INC. V. PARADA**
July 13, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21708

**719. DIRECTV, INCORPORATED V. HARRISON**
July 12, 2004 MI U.S. DIST. CT., EAST 2:04-CV-72569

**720. DIRECTV, INCORPORATED V. WALKER**
July 12, 2004 MI U.S. DIST. CT., EAST 2:04-CV-72568

**721. DIRECTV,INC. V. OLAVARRIA**
July 12, 2004 FL U.S. DIST. CT., SOUTH 9:04-CV-80646

**722. DIRECTV INC V. DAVIS**
July 08, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00451

**723. IN RE: DIRECTV INC CASES V.**
July 07, 2004 NC U.S. DIST. CT., WEST 3:04-MC-00093

**724. DIRECTV INC V. O'LEARY**
July 06, 2004 CA U.S. DIST. CT., EAST 2:04-CV-01288

**725. DIRECTV, INC., V. AGUILAR**
July 06, 2004 FL U.S. DIST. CT., SOUTH 0:04-CV-60874

**726. DIRECTV INC V. KAFKIS**
July 02, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-04411

**727. DIRECTV INC V. PATRICIA A. FOSCHI**
July 02, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-00793

**728. DIRECTV, INC. V. ARNETT**
July 02, 2004 FL U.S. DIST. CT., SOUTH 0:04-CV-60868


**729. DIRECTV INC V. TYRONE HORTON**
July 01, 2004 CA U.S. DIST. CT., CENT. 8:04-CV-00784


**730. DIRECTV V. KURTS**
July 01, 2004 MS U.S. DIST. CT., NORTH 2:04-CV-00170


**731. DIRECTV, INC V. MARK BOWMAN**
July 01, 2004 CA U.S. DIST. CT., CENT. 8:04-CV-00785


**732. DIRECTV, INC. V. ALGUINO**
July 01, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21610


**733. DIRECTV, INC. V. DANIELS**
July 01, 2004 MS U.S. DIST. CT., SOUTH 1:04-CV-00601


**734. DIRECTV, INC. V. KOHAN**
July 01, 2004 FL U.S. DIST. CT., MID. 8:04-CV-01537


**735. DIRECTV, INC. V. POLK**
July 01, 2004 MS U.S. DIST. CT., SOUTH 2:04-CV-00224


**736. DIRECTV, INC. V. ROBERTS**
July 01, 2004 MS U.S. DIST. CT., NORTH 2:04-CV-00169


**737. DIRECTV, INC. V. SETELIN**
July 01, 2004 GA U.S. DIST. CT., MID. 4:04-CV-00086


**738. DIRECTV, INC. V. SMITH**
July 01, 2004 FL U.S. DIST. CT., MID. 8:04-CV-01543


**739. DIRECTV, INC. V. VANCE**
July 01, 2004 FL U.S. DIST. CT., MID. 3:04-CV-00547


**740. DIRECTV, INC. V. WATSON**
July 01, 2004 GA U.S. DIST. CT., SOUTH 4:04-CV-00112


**741. DIRECTV, INC., V. HAMILTON**
July 01, 2004 FL U.S. DIST. CT., SOUTH 2:04-CV-14179

**742. DIRECTV, INC., V. WOODS**
July 01, 2004 FL U.S. DIST. CT., SOUTH 2:04-CV-14178

**743. DIRECTV INC V. CUONG HA**
June 30, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-04776

**744. DIRECTV INC V. GILBERT SCHOLTZ**
June 30, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-04752

**745. DIRECTV INC V. JURGEN PAWLITSCHKO**
June 30, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-04773

**746. DIRECTV INC V. LOCKE**
June 30, 2004 CA U.S. DIST. CT., SOUTH 3:04-CV-01316

**747. DIRECTV INC V. ROBERT BENSON**
June 30, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-04778

**748. DIRECTV, INC V. NEW**
June 30, 2004 CA U.S. DIST. CT., EAST 2:04-CV-01261

**749. DIRECTV, INC V. TURNER**
June 30, 2004 CA U.S. DIST. CT., EAST 2:04-CV-01260

**750. DIRECTV, INC. V. DIXON**
June 30, 2004 NC U.S. DIST. CT., EAST 7:04-CV-00135

**751. DIRECTV, INC. V. DOSS**
June 30, 2004 VA U.S. DIST. CT., WEST 4:04-CV-00047

**752. DIRECTV, INC. V. GALASSO**
June 30, 2004 VA U.S. DIST. CT., WEST 3:04-CV-00055

**753. DIRECTV, INC. V. GARLAND**
June 30, 2004 VA U.S. DIST. CT., WEST 6:04-CV-00031

**754. DIRECTV, INC. V. HANDWERKER**
June 30, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21597

**755. DIRECTV, INC. V. HENDERSON**
June 30, 2004 NC U.S. DIST. CT., EAST 5:04-CV-00448

**756. DIRECTV, INC. V. QUINTERO**
June 30, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21600

**757. DIRECTV, INC. V. SKIPPINGS**
June 30, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21590

**758. DIRECTV, INC. V. STICUZZA**
June 30, 2004 FL U.S. DIST. CT., MID. 3:04-CV-00541

**759. DIRECTV, INC. V. YOUNG**
June 30, 2004 NC U.S. DIST. CT., EAST 5:04-CV-00447

**760. DIRECTV INC V. BARBER, ET AL**
June 29, 2004 SC U.S. DIST. CT. 2:04-CV-02164

**761. DIRECTV INC V. BERRY**
June 29, 2004 SC U.S. DIST. CT. 3:04-CV-02159

**762. DIRECTV INC V. BOYCE**
June 29, 2004 NM U.S. DIST. CT. 1:04-CV-00731

**763. DIRECTV INC V. BRYANT**
June 29, 2004 SC U.S. DIST. CT. 8:04-CV-02158

**764. DIRECTV INC V. CAULDER, ET AL**
June 29, 2004 SC U.S. DIST. CT. 3:04-CV-02155

**765. DIRECTV INC V. FRANKHOUSE**
June 29, 2004 NM U.S. DIST. CT. 1:04-CV-00734

**766. DIRECTV INC V. HANEY**
June 29, 2004 SC U.S. DIST. CT. 8:04-CV-02161

**767. DIRECTV INC V. JACKSON**
June 29, 2004 SC U.S. DIST. CT. 8:04-CV-02157

**768. DIRECTV INC V. LISTER**
June 29, 2004 NM U.S. DIST. CT. 1:04-CV-00732

**769. DIRECTV INC V. ORTEGA**
June 29, 2004 CA U.S. DIST. CT., SOUTH 3:04-CV-01311

**770. DIRECTV INC V. PACHECO**
June 29, 2004 CA U.S. DIST. CT., EAST 1:04-CV-05906

**771. DIRECTV INC V. SNIDER**
June 29, 2004 CA U.S. DIST. CT., EAST 1:04-CV-05905

**772. DIRECTV INC V. SUBER**
June 29, 2004 SC U.S. DIST. CT. 6:04-CV-02156

**773. DIRECTV INC V. TOA**
June 29, 2004 SC U.S. DIST. CT. 2:04-CV-02162

**774. DIRECTV INC V. TONG**
June 29, 2004 NM U.S. DIST. CT. 1:04-CV-00733

**775. DIRECTV INC V. WINDHAM**
June 29, 2004 SC U.S. DIST. CT. 8:04-CV-02160

**776. DIRECTV, INC. V. DAILEY, ET AL**
June 29, 2004 MS U.S. DIST. CT., SOUTH 5:04-CV-00172

**777. DIRECTV INC V. HOWELL**
June 28, 2004 NC U.S. DIST. CT., WEST 5:04-CV-00084

**778. DIRECTV INC V. LACKEY**
June 28, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00312

**779. DIRECTV INC V. STERLING**
June 28, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00314

**780. DIRECTV INC V. THARP**
June 28, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00315

**781. DIRECTV INC V. WILSON**
June 28, 2004 NC U.S. DIST. CT., WEST 1:04-CV-00123

**782. DIRECTV, INC. V. BAUMANN**
June 28, 2004 TX U.S. DIST. CT., EAST 6:04-CV-00295

**783. DIRECTV, INC. V. CAMPBELL**
June 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00601

**784. DIRECTV, INC. V. COBB**
June 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00602

**785. DIRECTV, INC. V. GOAD**
June 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00605

**786. DIRECTV, INC., ET AL V. DICK**
June 28, 2004 FL U.S. DIST. CT., MID. 8:04-MC-00063

**787. DIRECTV, INC., ET AL V. THOMPSON**
June 28, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00313

**788. DIRECTV INC V. BLALOCK**
June 25, 2004 TX U.S. DIST. CT., NORTH 4:04-CV-00468

**789. DIRECTV INC V. CAMPBELL**
June 25, 2004 TX U.S. DIST. CT., NORTH 4:04-CV-00469

**790. DIRECTV INC V. GUADIAN**
June 25, 2004 TX U.S. DIST. CT., NORTH 4:04-CV-00470

**791. DIRECTV, INC. V. CONNICK**
June 25, 2004 RI U.S. DIST. CT. 1:04-CV-00253

**792. DIRECTV, INC. V. CROSS**
June 25, 2004 FL U.S. DIST. CT., SOUTH 4:04-CV-10048

**793. DIRECTV, INC. V. CRUTHIS**
June 25, 2004 NC U.S. DIST. CT., EAST 5:04-CV-00431

**794. DIRECTV, INC. V. JAMES**
June 25, 2004 NC U.S. DIST. CT., EAST 5:04-CV-00430

**795. DIRECTV, INC. V. PEREZ**
June 25, 2004 FL U.S. DIST. CT., SOUTH 4:04-CV-10047

**796. DIRECTV, INC. V. REVELL**
June 25, 2004 NC U.S. DIST. CT., EAST 5:04-CV-00428

**797. DIRECTV, INC., ET AL V. MELLOR**
June 25, 2004 RI U.S. DIST. CT. 1:04-CV-00254

**798. DIRECTV INC V. BURKE**
June 24, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00427

**799. DIRECTV, INC. V. BOUCHER**
June 24, 2004 FL U.S. DIST. CT., MID. 8:04-CV-01484

**800. DIRECTV, INC. V. HART**
June 24, 2004 FL U.S. DIST. CT., MID. 3:04-CV-00523

**801. DIRECTV, INC. V. NALEN**
June 24, 2004 NH U.S. DIST. CT. 1:04-CV-00236

**802. DIRECTV, INC. V. CALABRESE**
June 23, 2004 FL U.S. DIST. CT., SOUTH 0:04-CV-60818

**803. DIRECTV, INC. V. HOWARD**
June 23, 2004 FL U.S. DIST. CT., MID. 3:04-CV-00516

**804. DIRECTV, INC. V. BETRO**
June 22, 2004 MA U.S. DIST. CT. 1:04-CV-11423

**805. DIRECTV, INC. V. LEWIS**
June 22, 2004 FL U.S. DIST. CT., MID. 6:04-CV-00947

**806. DIRECTV, INC. V. MEZZADRI**
June 22, 2004 MA U.S. DIST. CT. 1:04-CV-11425

**807. DIRECTV, INC. V. TOSAR**
June 22, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21475

**808. DIRECTV, INC. V. WALKER, STEVE E.**
June 22, 2004 WI U.S. DIST. CT., WEST 04-CV-00395

**809. DIRECTV INC V. JACOBSON**
June 21, 2004 CA U.S. DIST. CT., SOUTH 3:04-CV-01253

**810. DIRECTV, INC. V. FARINACCIO**
June 21, 2004 NJ U.S. DIST. CT. 3:04-CV-02860

**811. DIRECTV INC V. DAVID KARON**
June 18, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-04418

**812. DIRECTV, INC. V. STRZEMPEK**
June 18, 2004 PA U.S. DIST. CT., EAST 2:04-CV-02828

**813. DIRECTV INC V. MILLER ET AL**
June 17, 2004 NJ U.S. DIST. CT. 2:04-CV-02829

**814. DIRECTV, INC. V. JARVIS**
June 17, 2004 WV U.S. DIST. CT., NORTH 1:04-CV-00123

**815. DIRECTV, INC. V. BUENO**
June 15, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21413

**816. DIRECTV, INC. V. CRONSHAW**
June 15, 2004 CA U.S. DIST. CT., SOUTH 3:04-CV-01187

**817. DIRECTV, INC. V. NIELSEN**
June 15, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21417

**818. DIRECTV INC V. SCHMIDT**
June 14, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-03993

**819. DIRECTV, INC. V. HUYCK**
June 14, 2004 FL U.S. DIST. CT., MID. 8:04-CV-01388

**820. DIRECTV, INC. V. SETLIFF**
June 11, 2004 VA U.S. DIST. CT., WEST 7:04-CV-00296

**821. DIRECTV INC V. HAYBRON**
June 10, 2004 OH U.S. DIST. CT., SOUTH 3:04-CV-00207

**822. DIRECTV, INC. V. CORAL STEVENSON**
June 10, 2004 OH U.S. DIST. CT., NORTH 1:04-CV-01112

**823. DIRECTV, INC. V. GREGORY MORRIS**
June 10, 2004 OH U.S. DIST. CT., NORTH 1:04-CV-01110

**824. DIRECTV, INC. V. HALL**
June 10, 2004 OH U.S. DIST. CT., NORTH 3:04-CV-07357

**825. DIRECTV, INC. V. HARMACINSKI**
June 10, 2004 OH U.S. DIST. CT., NORTH 3:04-CV-07356

**826. DIRECTV, INC. V. WRIGHT**
June 10, 2004 OH U.S. DIST. CT., NORTH 1:04-CV-01109

**827. DIRECTV INC V. ENDERS**
June 09, 2004 WI U.S. DIST. CT., EAST 2:04-CV-00555

**828. DIRECTV INC V. LENTINI**
June 09, 2004 WI U.S. DIST. CT., EAST 2:04-CV-00553

**829. DIRECTV INC V. MEULEMANS**
June 09, 2004 WI U.S. DIST. CT., EAST 2:04-CV-00554

**830. DIRECTV V. HOANG**
June 09, 2004 UT U.S. DIST. CT. 2:04-CV-00533

**831. DIRECTV,INC. V. PARYANI**
June 09, 2004 FL U.S. DIST. CT., SOUTH 0:04-CV-60754

**832. DIRECTV V. MARTINEZ**
June 08, 2004 UT U.S. DIST. CT. 2:04-CV-00526

**833. DIRECTV V. STERNER**
June 08, 2004 UT U.S. DIST. CT. 1:04-CV-00086

**834. DIRECTV, INC. V. CARRANZA, ET AL**
June 08, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21355

**835. DIRECTV, INC. V. GRIFFIN**
June 08, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21360

**836. DIRECTV, INC. V. HESS**
June 08, 2004 NJ U.S. DIST. CT. 1:04-CV-02684

**837. DIRECTV INC V. STEWART**
June 07, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-03882

**838. DIRECTV, INC V. DYBAS**
June 07, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-03881

**839. DIRECTV, INC V. VANDERPLOEG**
June 07, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-03883

**840. DIRECTV, INC. V. ANDUZE, ET AL**
June 07, 2004 VA U.S. DIST. CT., EAST 2:04-CV-00340

**841. DIRECTV, INC. V. DIX**
June 07, 2004 VA U.S. DIST. CT., EAST 3:04-CV-00401

**842. DIRECTV INC V. FRIEDRICH, ET AL**
June 04, 2004 AZ U.S. DIST. CT. 3:04-CV-01157

**843. DIRECTV INC V. LUNSFORD**
June 04, 2004 FL U.S. DIST. CT., NORTH 3:04-CV-00199

**844. DIRECTV, INC. V. HICKEY**
June 04, 2004 GA U.S. DIST. CT., MID. 3:04-CV-00046

**845. DIRECTV, INC. V. HOEKSTRA**
June 04, 2004 MI U.S. DIST. CT., WEST 5:04-CV-00074

**846. DIRECTV, INC. V. LEIDIGH**
June 04, 2004 MS U.S. DIST. CT., SOUTH 1:04-CV-00548

**847. DIRECTV, INC. V. MUMA**
June 04, 2004 MI U.S. DIST. CT., WEST 5:04-CV-00075

**848. DIRECTV, INC. V. NATHAN**
June 04, 2004 FL U.S. DIST. CT., MID. 8:04-CV-01276

**849. DIRECTV, INC. V. PERLOWSKI**
June 04, 2004 NJ U.S. DIST. CT. 2:04-CV-02618

**850. DIRECTV, INC. V. RAVOIRA, ET AL**
June 04, 2004 MS U.S. DIST. CT., SOUTH 1:04-CV-00549

**851. DIRECTV, INC. V. REYES**
June 04, 2004 FL U.S. DIST. CT., MID. 6:04-CV-00865

**852. DIRECTV, INC. V. ROBERTS**
June 04, 2004 MS U.S. DIST. CT., NORTH 1:04-CV-00183

**853. DIRECTV, INC. V. RUSSELL**
June 04, 2004 MS U.S. DIST. CT., NORTH 3:04-CV-00100

**854. DIRECTV, INC. V. STERLING**
June 04, 2004 MS U.S. DIST. CT., SOUTH 2:04-CV-00191

**855. DIRECTV, INC. V. COFFIE**
June 03, 2004 MS U.S. DIST. CT., SOUTH 5:04-CV-00157

**856. DIRECTV, INC. V. DAVIS**
June 03, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00415

**857. DIRECTV, INC. V. DAVIS**
June 03, 2004 VA U.S. DIST. CT., EAST 2:04-CV-00337

**858. DIRECTV, INC. V. HARTMAN, ET AL**
June 03, 2004 MS U.S. DIST. CT., SOUTH 4:04-CV-00109

**859. DIRECTV, INC. V. MCLENDON**
June 03, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00414

**860. DIRECTV, INC. V. SMITH, ET AL**
June 03, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00417

**861. DIRECTV, INC. V. TURNER**
June 03, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00413

**862. DIRECTV, INCORPORATED V. GREENE**
June 03, 2004 MI U.S. DIST. CT., EAST 2:04-CV-72072

**863. DIRECTV, INCORPORATED V. GUBBINS**
June 03, 2004 MI U.S. DIST. CT., EAST 1:04-CV-10139

**864. DIRECTV, INCORPORATED V. GUERNSEY**
June 03, 2004 MI U.S. DIST. CT., EAST 2:04-CV-72073

**865. DIRECTV, INCORPORATED V. MARSH**
June 03, 2004 MI U.S. DIST. CT., EAST 2:04-CV-72071

**866. DIRECTV INC V. AYRES**
June 02, 2004 WA U.S. DIST. CT., WEST 2:04-CV-01317

**867. DIRECTV INC V. SUBLETTE**
June 02, 2004 WA U.S. DIST. CT., EAST 2:04-CV-00178

**868. DIRECTV INC V. WARD**
June 02, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00270

**869. DIRECTV, INC V. ABUTEL**
June 02, 2004 NJ U.S. DIST. CT. 3:04-CV-02566

**870. DIRECTV, INC. V. BUSDON**
June 02, 2004 ID U.S. DIST. CT. 1:04-CV-00265

**871. DIRECTV, INC. V. CARRASCO**
June 02, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21299

**872. DIRECTV, INC. V. PULSIPHER**
June 02, 2004 ID U.S. DIST. CT. 1:04-CV-00266

**873. DIRECTV, INCORPORATED V. JARVIS**
June 02, 2004 MI U.S. DIST. CT., EAST 2:04-CV-72066

**874. DIRECTV, INCORPORATED V. JOHNSON**
June 02, 2004 MI U.S. DIST. CT., EAST 2:04-CV-72064

**875. DIRECTV, INCORPORATED V. MCINERNEY**
June 02, 2004 MI U.S. DIST. CT., EAST 5:04-CV-60106

**876. DIRECTV, INCORPORATED V. RITZ**
June 02, 2004 MI U.S. DIST. CT., EAST 2:04-CV-72065

**877. DIRECTV,INC. V. CASTILLO**
June 02, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21300

**878. DIRECTV,INC. V. MIRANDA**
June 02, 2004 FL U.S. DIST. CT., SOUTH 9:04-CV-80513

**879. DIRECTV, INC. V. CUYLER**
June 01, 2004 NY U.S. DIST. CT., WEST 6:04-CV-06246

**880. DIRECTV, INC. V. DUTCHER**
June 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00412

**881. DIRECTV, INC. V. FORESTER**
June 01, 2004 FL U.S. DIST. CT., MID. 8:04-CV-01253

**882. DIRECTV, INC. V. MITRO**
June 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00411

**883. DIRECTV, INC. V. ROGERS**
June 01, 2004 FL U.S. DIST. CT., MID. 8:04-CV-01254

**884. DIRECTV INC V. ASBATZ**
May 28, 2004 NJ U.S. DIST. CT. 3:04-CV-02499

**885. DIRECTV INC V. DUPUIS**
May 28, 2004 LA U.S. DIST. CT., WEST 6:04-CV-01183

**886. DIRECTV INC V. MIRE**
May 28, 2004 LA U.S. DIST. CT., WEST 6:04-CV-01182

**887. DIRECTV INC V. MIRELES**
May 28, 2004 AZ U.S. DIST. CT. 2:04-CV-01107

**888. DIRECTV INC V. VALER, ET AL**
May 28, 2004 AZ U.S. DIST. CT. 2:04-CV-01106

**889. DIRECTV, INC. V. BROOKS**
May 28, 2004 FL U.S. DIST. CT., MID. 8:04-CV-01239

**890. DIRECTV, INC. V. CHICOURIS**
May 28, 2004 FL U.S. DIST. CT., MID. 8:04-CV-01249

**891. DIRECTV, INC. V. JEREZ**
May 28, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21265

**892. DIRECTV, INC. V. JONES**
May 28, 2004 FL U.S. DIST. CT., MID. 3:04-CV-00410

**893. DIRECTV INC V. ENLOE**
May 27, 2004 IA U.S. DIST. CT., SOUTH 4:04-CV-40293

**894. DIRECTV, INC. V. DIBRUNO**
May 27, 2004 FL U.S. DIST. CT., MID. 2:04-CV-00297

**895. DIRECTV, INC. V. KINNEY**
May 27, 2004 FL U.S. DIST. CT., MID. 6:04-CV-00820

**896. DIRECTV, INC. V. PASTERNACKI**
May 27, 2004 CO U.S. DIST. CT. 1:04-CV-01087

**897. DIRECTV, INC. V. POLLARD**
May 27, 2004 FL U.S. DIST. CT., SOUTH 9:04-CV-80496

**898. DIRECTV, INC. V. PRESTON**
May 27, 2004 CO U.S. DIST. CT. 1:04-CV-01088

**899. DIRECTV, INC., V. LIEBMAN**
May 27, 2004 FL U.S. DIST. CT., SOUTH 0:04-CV-60708

**900. DIRECTV,INC. V. RIVERA**
May 27, 2004 FL U.S. DIST. CT., SOUTH 0:04-CV-60702

**901. DIRECTV INC V. HOLLENSHEAD**
May 26, 2004 LA U.S. DIST. CT., WEST 2:04-CV-01153

**902. DIRECTV INC V. RUIZ**
May 26, 2004 NJ U.S. DIST. CT. 2:04-CV-02459

**903. DIRECTV INC V. TAIBI**
May 26, 2004 CA U.S. DIST. CT., EAST 2:04-CV-01026

**904. DIRECTV, INC. V. BOUCHER**
May 26, 2004 FL U.S. DIST. CT., SOUTH 0:04-CV-60690

**905. DIRECTV, INC. V. RINCON**
May 26, 2004 FL U.S. DIST. CT., MID. 2:04-CV-00293

**906. DIRECTV,INC. V. SCHRAGER**
May 26, 2004 FL U.S. DIST. CT., SOUTH 9:04-CV-80492

**907. DIRECTV, INC. V. FERRO**
May 25, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21220

**908. DIRECTV, INC. V. YRMA**
May 25, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21222

**909. DIRECTV, INC. V. VON SCHRILTZ**
May 24, 2004 FL U.S. DIST. CT., MID. 6:04-CV-00798

**910. DIRECTV,INC. V. VICTORES**
May 24, 2004 FL U.S. DIST. CT., SOUTH 9:04-CV-80482

**911. DIRECTV INC V. HESSEL**
May 21, 2004 AZ U.S. DIST. CT. 2:04-CV-01041

**912. DIRECTV, INC. V. DONOVAN**
May 20, 2004 WA U.S. DIST. CT., WEST 3:04-CV-05291

**913. DIRECTV, INC. V. MILLER**
May 20, 2004 PA U.S. DIST. CT., EAST 2:04-CV-02191

**914. DIRECTV INC V. HART**
May 19, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00399

**915. DIRECTV INC V. MELENEDZ**
May 19, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00398

**916. DIRECTV, INC. V. RODRIGUEZ**
May 19, 2004 TX U.S. DIST. CT., WEST 6:04-CV-00145

**917. DIRECTV, INC. V. MOREIRA**
May 18, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21161

**918. DIRECTV INC V. CHANDLER**
May 17, 2004 WI U.S. DIST. CT., EAST 2:04-CV-00473

**919. DIRECTV INC V. TROUTT**
May 17, 2004 OH U.S. DIST. CT., SOUTH 3:04-CV-00161

**920. DIRECTV,INC. V. BASORE**
May 17, 2004 FL U.S. DIST. CT., SOUTH 9:04-CV-80466

**921. DIRECTV INC V. BAYER**
May 14, 2004 NM U.S. DIST. CT. 1:04-CV-00541

**922. DIRECTV INC V. BUI**
May 14, 2004 IA U.S. DIST. CT., SOUTH 3:04-CV-40057

**923. DIRECTV INC V. HARALSON**
May 14, 2004 NM U.S. DIST. CT. 1:04-CV-00543

**924. DIRECTV INC V. KOWALSKI**
May 14, 2004 NM U.S. DIST. CT. 1:04-CV-00540

**925. DIRECTV INC V. LUCERO**
May 14, 2004 NM U.S. DIST. CT. 1:04-CV-00539

**926. DIRECTV INC V. MOYA**
May 14, 2004 NM U.S. DIST. CT. 1:04-CV-00538

**927. DIRECTV INC V. OROSCO**
May 14, 2004 NM U.S. DIST. CT. 1:04-CV-00542

**928. DIRECTV, INC. V. BARBEAU**
May 13, 2004 FL U.S. DIST. CT., MID. 8:04-CV-01098

**929. DIRECTV, INC. V. EDWARDS**
May 13, 2004 FL U.S. DIST. CT., MID. 8:04-CV-01097

**930. DIRECTV, INC. V. TOVAR**
May 13, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21141

**931. DIRECTV, INC. V. VAQUEDANO**
May 13, 2004 FL U.S. DIST. CT., SOUTH 0:04-CV-60634

**932. DIRECTV, INC. V. WILLIS**
May 13, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21127

**933. DIRECTV, INC. V. HEISLER**
May 12, 2004 FL U.S. DIST. CT., MID. 3:04-CV-00355

**934. DIRECTV, INC. V. WIGLEY**
May 12, 2004 KY U.S. DIST. CT., WEST 3:04-CV-00288

**935. DIRECTV, INC. V. BURDEN**
May 11, 2004 FL U.S. DIST. CT., SOUTH 0:04-CV-60627

**936. DIRECTV, INC. V. HARDOON**
May 11, 2004 FL U.S. DIST. CT., MID. 6:04-CV-00702

**937. DIRECTV, INC. V. SUSINI**
May 11, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21099

**938. DIRECTV, INCORPORATED V. CORTES**
May 11, 2004 MI U.S. DIST. CT., EAST 2:04-CV-71784

**939. DIRECTV, INCORPORATED V. MUNRO**
May 11, 2004 MI U.S. DIST. CT., EAST 2:04-CV-71786

**940. DIRECTV INC V. LAMP**
May 10, 2004 IA U.S. DIST. CT., SOUTH 3:04-CV-40051

**941. DIRECTV INC V. LOPEZ**
May 10, 2004 CA U.S. DIST. CT., SOUTH 3:04-CV-00968

**942. DIRECTV INC V. WARDLOW**
May 10, 2004 WA U.S. DIST. CT., WEST 3:04-CV-05268

**943. DIRECTV, INC. V. CARD**
May 10, 2004 FL U.S. DIST. CT., SOUTH 0:04-CV-60625

**944. DIRECTV, INC. V. ROBINSON**
May 10, 2004 FL U.S. DIST. CT., MID. 8:04-CV-01059

**945. DIRECTV INCORPORATED V. HARRISON**
May 07, 2004 U.S. CT. OF APP., 4TH CIR. 04-1550

**946. DIRECTV, INC. V. CHAN**
May 07, 2004 NY U.S. DIST. CT., SOUTH 1:04-CV-03549

**947. DIRECTV, INC. V. SARMIENTO**
May 07, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21089

**948. DIRECTV, INC. V. BEAUREGARD, ET AL**
May 06, 2004 CO U.S. DIST. CT. 1:04-CV-00928

**949. DIRECTV, INC. V. CALHOUN, ET AL**
May 06, 2004 CO U.S. DIST. CT. 1:04-CV-00926

**950. DIRECTV, INC. V. JOHNSON, ET AL**
May 06, 2004 CO U.S. DIST. CT. 1:04-CV-00924

**951. DIRECTV, INC. V. KOCUREK, ET AL**
May 06, 2004 CO U.S. DIST. CT. 1:04-CV-00927

**952. DIRECTV, INC. V. LILES, ET AL**
May 06, 2004 CO U.S. DIST. CT. 1:04-CV-00923

**953. DIRECTV, INC. V. MERRIFIELD, ET AL**
May 06, 2004 CO U.S. DIST. CT. 1:04-CV-00925

**954. DIRECTV, INC. V. VASQUEZ, ET AL**
May 06, 2004 TX U.S. DIST. CT., WEST 1:04-CV-00255

**955. DIRECTV, INC. V. WILLIAMS**
May 06, 2004 TX U.S. DIST. CT., WEST 1:04-CV-00256

**956. DIRECTV, INC. V. NOYES**
May 05, 2004 FL U.S. DIST. CT., SOUTH 9:04-CV-80432

**957. DIRECTV INC V. BROOKS**
May 04, 2004 U.S. CT. OF APP., 5TH CIR. 04-60392

**958. DIRECTV INC V. HUIZAR**
May 04, 2004 NM U.S. DIST. CT. 1:04-CV-00489

**959. DIRECTV INC V. JOERG**
May 04, 2004 NM U.S. DIST. CT. 1:04-CV-00487

**960. DIRECTV, INC. V. BRUNZON**
May 04, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21036

**961. DIRECTV, INC., V. PUENTES**
May 04, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21038

**962. DIRECTV, INC. V. BARKER**
May 03, 2004 PA U.S. DIST. CT., EAST 2:04-CV-01938

**963. DIRECTV, INC. V. BARRY**
May 03, 2004 PA U.S. DIST. CT., EAST 2:04-CV-01939

**964. DIRECTV INC V. CORBIN**
April 30, 2004 FL U.S. DIST. CT., NORTH 5:04-CV-00105

**965. DIRECTV, INC. V. PALACIO**
April 30, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-21004

**966. DIRECTV, INC. V. PEREZ**
April 29, 2004 FL U.S. DIST. CT., SOUTH 0:04-CV-60563

**967. DIRECTV, INC. V. ABREU**
April 27, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-20976

**968. DIRECTV INC V. AHLRICH**
April 26, 2004 AZ U.S. DIST. CT. 2:04-CV-00837

**969. DIRECTV INC V. BURBOA, ET AL**
April 26, 2004 AZ U.S. DIST. CT. 2:04-CV-00833

**970. DIRECTV INC V. CRAWFORD, ET AL**
April 26, 2004 AZ U.S. DIST. CT. 2:04-CV-00849

**971. DIRECTV INC V. DIXON, ET AL**
April 26, 2004 AZ U.S. DIST. CT. 2:04-CV-00839

**972. DIRECTV INC V. DOUGLAS, ET AL**
April 26, 2004 AZ U.S. DIST. CT. 2:04-CV-00857

**973. DIRECTV INC V. LOPEZ, ET AL**
April 26, 2004 AZ U.S. DIST. CT. 2:04-CV-00830

**974. DIRECTV INC V. LUCAS**
April 26, 2004 AZ U.S. DIST. CT. 4:04-CV-00206

**975. DIRECTV INC V. STEVENSON, ET AL**
April 26, 2004 AZ U.S. DIST. CT. 2:04-CV-00834

**976. DIRECTV INC V. TEMES, ET AL**
April 26, 2004 AZ U.S. DIST. CT. 2:04-CV-00831

**977. DIRECTV INC V. THOMAS**
April 26, 2004 AZ U.S. DIST. CT. 2:04-CV-00838

**978. DIRECTV INC V. TIMOTHY WELTON**
April 26, 2004 CA U.S. DIST. CT., CENT. 8:04-CV-00476

**979. DIRECTV INC V. WILLIAMS, ET AL**
April 26, 2004 AZ U.S. DIST. CT. 3:04-CV-00847

**980. DIRECTV, INC. V. VERGARA**
April 26, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-20971

**981. DIRECTV,INC. V. FRITSCH, ET AL**
April 26, 2004 FL U.S. DIST. CT., SOUTH 0:04-CV-60535

**982. DIRECTV INC V. BOBBE, ET AL**
April 23, 2004 AZ U.S. DIST. CT. 2:04-CV-00820

**983. DIRECTV INC V. CRUZ, ET AL**
April 23, 2004 AZ U.S. DIST. CT. 2:04-CV-00812

**984. DIRECTV INC V. KOSISKY, ET AL**
April 23, 2004 AZ U.S. DIST. CT. 2:04-CV-00811

**985. DIRECTV INC V. SANDS, ET AL**
April 23, 2004 AZ U.S. DIST. CT. 2:04-CV-00806

**986. DIRECTV, INC. V. EGBERT**
April 23, 2004 FL U.S. DIST. CT., MID. 5:04-CV-00158

**987. DIRECTV INC V. LABADIE**
April 20, 2004 NM U.S. DIST. CT. 2:04-CV-00441

**988. DIRECTV INC V. OFF**
April 20, 2004 NM U.S. DIST. CT. 6:04-CV-00439

**989. DIRECTV INC V. SOLANO**
April 20, 2004 NM U.S. DIST. CT. 1:04-CV-00434

**990. DIRECTV INC. V. SAAD**
April 19, 2004 NM U.S. DIST. CT. 1:04-CV-00432

**991. DIRECTV, INC V. MARDEN, MICHAEL**
April 19, 2004 U.S. CT. OF APP., 7TH CIR. 04-2001

**992. DIRECTV, INC. V. LABRUNA**
April 15, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00296

**993. DIRECTV INC V. ALTON ALVAREZ**
April 14, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-00450

**994.** DIRECTV INC V. JAIME TREJO
April 14, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-00453

**995.** DIRECTV INC V. JOSH TREJO
April 14, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-00452

**996.** DIRECTV INC V. GLOWNEY
April 08, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-02527

**997.** DIRECTV INC V. KRAWCHUK
April 08, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-02529

**998.** DIRECTV, INC. V. CLARK
April 08, 2004 ID U.S. DIST. CT. 1:04-CV-00179

**999.** DIRECTV, INC. V. LEON
April 08, 2004 PA U.S. DIST. CT., EAST 2:04-CV-01547

**1,000.** DIRECTV, INC. V. LINDEMAN
April 08, 2004 PA U.S. DIST. CT., EAST 2:04-CV-01546

**1,001.** DIRECTV INC V. MCCARTY
April 05, 2004 NM U.S. DIST. CT. 1:04-CV-00375

**1,002.** DIRECTV INC V. THERIOT
April 05, 2004 LA U.S. DIST. CT., EAST 2:04-CV-00964

**1,003.** DIRECTV, INC. V. FUNCHESS
April 05, 2004 PA U.S. DIST. CT., EAST 2:04-CV-01599

**1,004.** DIRECTV, INC. V. HALLEN
April 05, 2004 PA U.S. DIST. CT., EAST 2:04-CV-01601

**1,005.** DIRECTV, INC. V. IANNONE
April 05, 2004 NJ U.S. DIST. CT. 3:04-CV-01593

**1,006.** DIRECTV, INC. V. MATHIOUDAKIS
April 05, 2004 NJ U.S. DIST. CT. 1:04-CV-01573

**1,007.** DIRECTV, INC. V. STRAFF
April 05, 2004 PA U.S. DIST. CT., EAST 2:04-CV-01603

**1,008. DIRECTV, INC. V. WINDOVER**
April 05, 2004 MA U.S. DIST. CT. 4:04-CV-40046

**1,009. (NEW DJ) DIRECTV INC V. LOPEZ**
April 02, 2004 CA U.S. DIST. CT., EAST 1:04-CV-05523

**1,010. DIRECTV INC V. ADAMS**
April 02, 2004 AR U.S. DIST. CT., EAST 3:04-CV-00112

**1,011. DIRECTV INC V. AGUSTIN**
April 02, 2004 CA U.S. DIST. CT., SOUTH 3:04-CV-00678

**1,012. DIRECTV INC V. BROWN**
April 02, 2004 IL U.S. DIST. CT., CENT. 3:04-CV-03078

**1,013. DIRECTV INC V. DANIEL BRAVO**
April 02, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-02332

**1,014. DIRECTV INC V. EVELIO HERNANDEZ**
April 02, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-00394

**1,015. DIRECTV INC V. JOHN KIM**
April 02, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-02337

**1,016. DIRECTV INC V. JONES**
April 02, 2004 CA U.S. DIST. CT., EAST 1:04-CV-05522

**1,017. DIRECTV INC V. NAVE**
April 02, 2004 CA U.S. DIST. CT., SOUTH 3:04-CV-00677

**1,018. DIRECTV INC V. NOEL REMO**
April 02, 2004 CA U.S. DIST. CT., CENT. 8:04-CV-00396

**1,019. DIRECTV INC V. PINHEIRO**
April 02, 2004 CA U.S. DIST. CT., EAST 1:04-CV-05524

**1,020. DIRECTV INC V. PISK**
April 02, 2004 CA U.S. DIST. CT., EAST 1:04-CV-05525

**1,021. DIRECTV INC V. VERHAALEN**
April 02, 2004 WI U.S. DIST. CT., EAST 2:04-CV-00336

**1,022. DIRECTV INC V. VICIOSO**
April 02, 2004 NJ U.S. DIST. CT. 2:04-CV-01583


**1,023. DIRECTV, INC V. ALLEN**
April 02, 2004 CA U.S. DIST. CT., EAST 2:04-CV-00670


**1,024. DIRECTV, INC V. BELL**
April 02, 2004 CA U.S. DIST. CT., EAST 2:04-CV-00669


**1,025. DIRECTV, INC V. FERRERA**
April 02, 2004 CA U.S. DIST. CT., EAST 2:04-CV-00668


**1,026. DIRECTV, INC V. SHARP**
April 02, 2004 LA U.S. DIST. CT., MID. 3:04-CV-00213


**1,027. DIRECTV, INC. V. BILLINGS**
April 02, 2004 CA U.S. DIST. CT., SOUTH 3:04-CV-00680


**1,028. DIRECTV, INC. V. CHAN**
April 02, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-01298


**1,029. DIRECTV, INC. V. COLEMAN**
April 02, 2004 PA U.S. DIST. CT., EAST 2:04-CV-01470


**1,030. DIRECTV, INC. V. DAVIDSON**
April 02, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-20796


**1,031. DIRECTV, INC. V. DELGADO**
April 02, 2004 PA U.S. DIST. CT., EAST 2:04-CV-01469


**1,032. DIRECTV, INC. V. DEMEE**
April 02, 2004 CA U.S. DIST. CT., NORTH 3:04-CV-01299


**1,033. DIRECTV, INC. V. GASAWAY**
April 02, 2004 PA U.S. DIST. CT., MID. 3:04-CV-00713


**1,034. DIRECTV, INC. V. KARLOFF**
April 02, 2004 PA U.S. DIST. CT., EAST 2:04-CV-01450


**1,035. DIRECTV, INC. V. LOBACH**
April 02, 2004 PA U.S. DIST. CT., EAST 2:04-CV-01464

**1,036. DIRECTV, INC. V. LOPEZ**
April 02, 2004 NY U.S. DIST. CT., EAST 1:04-CV-01536

**1,037. DIRECTV, INC. V. LUMPKINS**
April 02, 2004 CO U.S. DIST. CT. 1:04-CV-00650

**1,038. DIRECTV, INC. V. QUILES**
April 02, 2004 PA U.S. DIST. CT., EAST 2:04-CV-01467

**1,039. DIRECTV, INC. V. RINEHART**
April 02, 2004 CA U.S. DIST. CT., SOUTH 3:04-CV-00675

**1,040. DIRECTV, INC. V. STRZEMPEK**
April 02, 2004 PA U.S. DIST. CT., EAST 2:04-CV-01462

**1,041. DIRECTV, INC. V. TYREE**
April 02, 2004 AR U.S. DIST. CT., WEST 1:04-CV-01038

**1,042. DIRECTV, INC. V. WOODS**
April 02, 2004 GA U.S. DIST. CT., MID. 4:04-CV-00039

**1,043. DIRECTV, INC., V. LABRADA**
April 02, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-20795

**1,044. DIRECTV INC V. WILLIAMS**
April 01, 2004 TX U.S. DIST. CT., EAST 1:04-CV-00184

**1,045. DIRECTV V. OWENS, ET AL**
April 01, 2004 UT U.S. DIST. CT. 2:04-CV-00299

**1,046. DIRECTV, INC. V. BAKER**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00239

**1,047. DIRECTV, INC. V. CARLSON**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00227

**1,048. DIRECTV, INC. V. CARPENTER**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00235

**1,049. DIRECTV, INC. V. CLARK**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00219

**1,050. DIRECTV, INC. V. FARRAUTO**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00237

**1,051. DIRECTV, INC. V. FIORELLA**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00241

**1,052. DIRECTV, INC. V. GREGORY**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00226

**1,053. DIRECTV, INC. V. HARRISON**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00225

**1,054. DIRECTV, INC. V. HOEBER**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00238

**1,055. DIRECTV, INC. V. HUFFMAN**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00243

**1,056. DIRECTV, INC. V. HUNT**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00244

**1,057. DIRECTV, INC. V. ISCH**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00229

**1,058. DIRECTV, INC. V. JETT**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00236

**1,059. DIRECTV, INC. V. JONES**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00230

**1,060. DIRECTV, INC. V. KOCIALSKI**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00215

**1,061. DIRECTV, INC. V. KULP**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00233

**1,062. DIRECTV, INC. V. LAVANGO**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00223

**1,063. DIRECTV, INC. V. MATTISON**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00220

**1,064. DIRECTV, INC. V. NILES**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00216

**1,065. DIRECTV, INC. V. ROSS**
April 01, 2004 PA U.S. DIST. CT., WEST 2:04-CV-00508

**1,066. DIRECTV, INC. V. STANLEY**
April 01, 2004 PA U.S. DIST. CT., WEST 1:04-CV-00101

**1,067. DIRECTV, INC. V. WENDT**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00240

**1,068. DIRECTV, INC. V. YUHL**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00218

**1,069. DIRECTV, INC. V. ZIEGLER**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00222

**1,070. DIRECTV, INC. V. ZIUKO**
April 01, 2004 NY U.S. DIST. CT., WEST 1:04-CV-00242

**1,071. DIRECTV INC V. KOMPAS**
March 31, 2004 WI U.S. DIST. CT., EAST 2:04-CV-00324

**1,072. DIRECTV INC V. SEIN**
March 31, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-02351

**1,073. DIRECTV INC V. SOTTILE**
March 31, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-02350

**1,074. DIRECTV INC V. SUMMERS**
March 31, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-02348

**1,075. DIRECTV INC V. WASSERBURGER**
March 31, 2004 NM U.S. DIST. CT. 6:04-CV-00359

**1,076. DIRECTV, INC. V. CLARK**
March 31, 2004 PA U.S. DIST. CT., MID. 3:04-CV-00689

**1,077. DIRECTV, INC. V. DEAN**
March 30, 2004 FL U.S. DIST. CT., SOUTH 9:04-CV-80293

**1,078. DIRECTV INC V. CHARLES CORDRAY**
March 29, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-02105


**1,079. DIRECTV INC V. CHINH DINH**
March 29, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-02149


**1,080. DIRECTV INC V. DARREN PETERSON**
March 29, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-02101


**1,081. DIRECTV INC V. DOUG PERKINS**
March 29, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-02119


**1,082. DIRECTV INC V. EDWARD MARTIN**
March 29, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-02129


**1,083. DIRECTV INC V. GUZMAN**
March 29, 2004 NM U.S. DIST. CT. 1:04-CV-00350


**1,084. DIRECTV INC V. ROBERT CARLILE**
March 29, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-02124


**1,085. DIRECTV INC V. TIMOTHY WELTON**
March 29, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-02153


**1,086. DIRECTV INC V. WILLIAM PHAN**
March 29, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-02104


**1,087. DIRECTV INC V. WOOD**
March 29, 2004 NM U.S. DIST. CT. 6:04-CV-00344


**1,088. DIRECTV, INCORPORATED V. GALL**
March 29, 2004 MI U.S. DIST. CT., EAST 2:04-CV-71163


**1,089. DIRECTV, INCORPORATED V. KOLUSK**
March 29, 2004 MI U.S. DIST. CT., EAST 2:04-CV-71162


**1,090. DIRECTV, INC V. JIMENEZ**
March 25, 2004 CT U.S. DIST. CT. 3:04-CV-00501


**1,091. DIRECTV, INC. V. BRANSON**
March 25, 2004 WV U.S. DIST. CT., NORTH 3:04-CV-00026

**1,092. DIRECTV, INC. V. FINLEY ET AL**
March 25, 2004 MO U.S. DIST. CT., WEST 4:04-CV-00269

**1,093. DIRECTV, INC. V. MCDILL**
March 25, 2004 MI U.S. DIST. CT., WEST 5:04-CV-00041

**1,094. DIRECTV, INC. V. SIRK**
March 25, 2004 WV U.S. DIST. CT., SOUTH 2:04-CV-00294

**1,095. DIRECTV INC V. GONZALEZ**
March 24, 2004 NM U.S. DIST. CT. 1:04-CV-00338

**1,096. DIRECTV INC V. WHITNEY**
March 24, 2004 NM U.S. DIST. CT. 1:04-CV-00337

**1,097. DIRECTV, INC V. CABRAL**
March 24, 2004 CT U.S. DIST. CT. 3:04-CV-00493

**1,098. DIRECTV, INC V. JONES**
March 24, 2004 CT U.S. DIST. CT. 3:04-CV-00492

**1,099. DIRECTV INC V. GRANTHAM**
March 23, 2004 NM U.S. DIST. CT. 1:04-CV-00332

**1,100. DIRECTV INC V. RONALD RICHARDS**
March 23, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-01986

**1,101. DIRECTV, INC. V. BLACK**
March 23, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00257

**1,102. DIRECTV, INC. V. LOGAN**
March 23, 2004 VA U.S. DIST. CT., WEST 4:04-CV-00027

**1,103. DIRECTV, INC. V. TUTT**
March 23, 2004 VA U.S. DIST. CT., EAST 3:04-CV-00194

**1,104. DIRECTV INC V. JOHNSTON**
March 19, 2004 NM U.S. DIST. CT. 2:04-CV-00313

**1,105. DIRECTV INC V. SCUPP**
March 19, 2004 NM U.S. DIST. CT. 1:04-CV-00316

**1,106. DIRECTV, INC. V. MCLACHLAN, ET AL**
March 19, 2004 FL U.S. DIST. CT., MID. 8:04-CV-00573


**1,107. DIRECTV, INC. V. NIELSON**
March 19, 2004 ID U.S. DIST. CT. 1:04-CV-00129


**1,108. DIRECTV INC V. GEEVE**
March 18, 2004 IN U.S. DIST. CT., NORTH 3:04-CV-00208


**1,109. DIRECTV INC V. JAROSAK**
March 18, 2004 IN U.S. DIST. CT., NORTH 3:04-CV-00210


**1,110. DIRECTV INC V. JOHNSTON**
March 18, 2004 IN U.S. DIST. CT., NORTH 3:04-CV-00207


**1,111. DIRECTV INC V. JULKES**
March 18, 2004 IN U.S. DIST. CT., NORTH 3:04-CV-00209


**1,112. DIRECTV, INC. V. BROXTON**
March 18, 2004 PA U.S. DIST. CT., EAST 2:04-CV-01167


**1,113. DIRECTV, INC. V. PAXSON**
March 18, 2004 PA U.S. DIST. CT., EAST 2:04-CV-01168


**1,114. DIRECTV INC V. MARQUEZ**
March 17, 2004 IN U.S. DIST. CT., NORTH 3:04-CV-00192


**1,115. DIRECTV, INC. V. O'DONNELL**
March 17, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-20640


**1,116. DIRECTV INC V. BARNES**
March 12, 2004 AZ U.S. DIST. CT. 2:04-CV-00511


**1,117. DIRECTV INC V. BATH**
March 12, 2004 AZ U.S. DIST. CT. 2:04-CV-00501


**1,118. DIRECTV INC V. BROWN**
March 12, 2004 NM U.S. DIST. CT. 1:04-CV-00279


**1,119. DIRECTV INC V. GABALDON**
March 12, 2004 NM U.S. DIST. CT. 1:04-CV-00278

**1,120. DIRECTV INC V. GREENE**
March 12, 2004 NM U.S. DIST. CT. 1:04-CV-00281

**1,121. DIRECTV INC V. HADDOCK**
March 12, 2004 NM U.S. DIST. CT. 1:04-CV-00282

**1,122. DIRECTV INC V. MARTINEZ**
March 12, 2004 NM U.S. DIST. CT. 2:04-CV-00283

**1,123. DIRECTV INC V. MIKE STEPHENSON ET AL**
March 12, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-00291

**1,124. DIRECTV INC V. PAGE**
March 12, 2004 NM U.S. DIST. CT. 1:04-CV-00284

**1,125. DIRECTV INC V. SANTILLANA**
March 12, 2004 AZ U.S. DIST. CT. 2:04-CV-00506

**1,126. DIRECTV, INC. V. BUSTAMANTE, ET AL**
March 12, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-20593

**1,127. DIRECTV, INC. V. RIVERA**
March 12, 2004 TX U.S. DIST. CT., WEST 3:04-CV-00105

**1,128. DIRECTV, INC. V. SCHEIDER**
March 12, 2004 FL U.S. DIST. CT., MID. 3:04-CV-00185

**1,129. DIRECTV, INC. V. SHIPLEY**
March 12, 2004 FL U.S. DIST. CT., SOUTH 2:04-CV-14068

**1,130. DIRECTV, INC. V. SOCARRAS**
March 12, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-20590

**1,131. DIRECTV, INC., V. HERRERA**
March 12, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-20591

**1,132. DIRECTV INC V. JENNIFER EVANS**
March 10, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-01627

**1,133. DIRECTV INC V. HINKLE**
March 09, 2004 IL U.S. DIST. CT., SOUTH 3:04-CV-00167

**1,134. DIRECTV, INC. V. NELSON**
March 09, 2004 ID U.S. DIST. CT. 1:04-CV-00113


**1,135. DIRECTV, INC. V. PETRONE**
March 09, 2004 OH U.S. DIST. CT., NORTH 1:04-CV-00468


**1,136. DIRECTV, INC., V. FERRER**
March 09, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-20549


**1,137. DIRECTV INC V. G H THOMAS**
March 08, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-01535


**1,138. DIRECTV, INC. V. DOTSON**
March 08, 2004 WV U.S. DIST. CT., SOUTH 5:04-CV-00209


**1,139. DIRECTV, INC. V. HAMMOND**
March 08, 2004 WV U.S. DIST. CT., SOUTH 04-CV-00207


**1,140. DIRECTV, INC. V. MANN**
March 08, 2004 WV U.S. DIST. CT., SOUTH 04-CV-00210


**1,141. DIRECTV, INC. V. MOSIER**
March 08, 2004 PA U.S. DIST. CT., EAST 2:04-CV-01006


**1,142. DIRECTV, INC. V. TENORIO**
March 08, 2004 TX U.S. DIST. CT., WEST 3:04-CV-00097


**1,143. DIRECTV, INC. V. THORNTON**
March 08, 2004 WV U.S. DIST. CT., SOUTH 5:04-CV-00206


**1,144. DIRECTV, INC. V. WEESE**
March 08, 2004 WV U.S. DIST. CT., SOUTH 2:04-CV-00212


**1,145. DIRECTV INC V. MOODY**
March 05, 2004 NJ U.S. DIST. CT. 2:04-CV-01049


**1,146. DIRECTV, INC. V. DUNLAP**
March 05, 2004 WV U.S. DIST. CT., SOUTH 2:04-CV-00200


**1,147. DIRECTV, INC. V. HATFIELD**
March 05, 2004 WV U.S. DIST. CT., SOUTH 2:04-CV-00201

**1,148. DIRECTV, INC. V. LILLY**
March 05, 2004 WV U.S. DIST. CT., SOUTH 2:04-CV-00202

**1,149. DIRECTV, INC. V. MOLINA**
March 05, 2004 NJ U.S. DIST. CT. 2:04-CV-01048

**1,150. DIRECTV, INC. V. NEARY**
March 05, 2004 NJ U.S. DIST. CT. 2:04-CV-01046

**1,151. DIRECTV, INC. V. OSBORNE**
March 05, 2004 WV U.S. DIST. CT., SOUTH 2:04-CV-00204

**1,152. DIRECTV, INC. V. PENDY**
March 05, 2004 NJ U.S. DIST. CT. 2:04-CV-01058

**1,153. DIRECTV, INC. V. WILLIAMSON**
March 05, 2004 WV U.S. DIST. CT., SOUTH 2:04-CV-00203

**1,154. DIRECTV INC V. BEICH**
March 04, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-01708

**1,155. DIRECTV INC V. BEKAS**
March 04, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-01707

**1,156. DIRECTV INC V. KETRON**
March 04, 2004 KY U.S. DIST. CT., EAST 2:04-CV-00044

**1,157. DIRECTV INCORPORATED, ET AL V. KEY**
March 04, 2004 U.S. CT. OF APP., 4TH CIR. 04-1256

**1,158. DIRECTV INC V. EAGERTON**
March 02, 2004 SC U.S. DIST. CT. 3:04-CV-00656

**1,159. DIRECTV INC V. MURPHY**
March 02, 2004 SC U.S. DIST. CT. 7:04-CV-00657

**1,160. DIRECTV INC V. WERNET**
March 02, 2004 SC U.S. DIST. CT. 6:04-CV-00658

**1,161. DIRECTV INC, ET AL V. WINTER**
March 02, 2004 TX U.S. DIST. CT., SOUTH 04-CV-00845

**1,162. DIRECTV INC V. ABNER MONTOYA**
March 01, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-01387

**1,163. DIRECTV INC V. ALONZO MITCHELL**
March 01, 2004 CA U.S. DIST. CT., CENT. 04-CV-00234

**1,164. DIRECTV INC V. APICHAI LUANGPHISALPORN**
March 01, 2004 CA U.S. DIST. CT., CENT. 04-CV-01388

**1,165. DIRECTV INC V. ILLYA GLASS**
March 01, 2004 CA U.S. DIST. CT., CENT. 04-CV-01391

**1,166. DIRECTV INC V. KEN ZELDEN**
March 01, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-01381

**1,167. DIRECTV INC V. LAL VASANDANI**
March 01, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-01390

**1,168. DIRECTV INC V. MINAS KURKEYERIAN II**
March 01, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-01385

**1,169. DIRECTV INC V. VICTOR GONZAGA**
March 01, 2004 CA U.S. DIST. CT., CENT. 04-CV-01389

**1,170. DIRECTV, INC V. DU**
March 01, 2004 CA U.S. DIST. CT., CENT. 8:04-CV-00236

**1,171. DIRECTV, INC V. TRAN**
March 01, 2004 CA U.S. DIST. CT., CENT. 04-CV-00233

**1,172. DIRECTV, INC V. VO**
March 01, 2004 CA U.S. DIST. CT., CENT. 8:04-CV-00235

**1,173. DIRECTV INC V. OLIVER, ET AL**
February 27, 2004 SC U.S. DIST. CT. 8:04-CV-00608

**1,174. DIRECTV INC V. RICE**
February 27, 2004 SC U.S. DIST. CT. 7:04-CV-00607

**1,175. DIRECTV, INC. V. SPAINHOUR**
February 27, 2004 TX U.S. DIST. CT., WEST 6:04-CV-00045

**1,176. DIRECTV INC V. CHUCK MASINO**
February 26, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-01305

**1,177. DIRECTV, INC. V. BRYAN**
February 25, 2004 MS U.S. DIST. CT., SOUTH 1:04-CV-00095

**1,178. DIRECTV, INC. V. PAYTON**
February 25, 2004 MS U.S. DIST. CT., SOUTH 4:04-CV-00036

**1,179. DIRECTV, INC. V. RONCALI**
February 25, 2004 MS U.S. DIST. CT., SOUTH 2:04-CV-00085

**1,180. DIRECTV INC V. SCHREINER**
February 24, 2004 IA U.S. DIST. CT., SOUTH 4:04-CV-60117

**1,181. DIRECTV, INC. V. BERGER**
February 24, 2004 FL U.S. DIST. CT., SOUTH 9:04-CV-80167

**1,182. DIRECTV, INC. V. BLAKELY**
February 24, 2004 DC U.S. DIST. CT. 1:04-CV-00302

**1,183. DIRECTV INC V. JOSE ANGEL**
February 23, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-01201

**1,184. DIRECTV INC V. MANDEEP GREWAL**
February 23, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-01204

**1,185. DIRECTV INC V. MCKIBBEN**
February 23, 2004 WA U.S. DIST. CT., WEST 2:04-CV-00365

**1,186. DIRECTV INC V. MELVIN JOHNSON**
February 23, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-01206

**1,187. DIRECTV INC V. RONALD NOBLE ET AL**
February 23, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-01209

**1,188. DIRECTV, INC. V. HAMPTON**
February 23, 2004 MS U.S. DIST. CT., SOUTH 4:04-CV-00035

**1,189. DIRECTV, INC. V. HAYES**
February 23, 2004 MS U.S. DIST. CT., NORTH 1:04-CV-00063

**1,190. DIRECTV, INC. V. HAYES**
February 23, 2004 MS U.S. DIST. CT., NORTH 1:04-CV-00064

**1,191. DIRECTV, INC. V. KEENUM**
February 23, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00129

**1,192. DIRECTV, INC. V. LAMBERT**
February 23, 2004 MS U.S. DIST. CT., NORTH 1:04-CV-00065

**1,193. DIRECTV, INC. V. PURSER**
February 23, 2004 MS U.S. DIST. CT., SOUTH 2:04-CV-00084

**1,194. DIRECTV, INC. V. RAULERSON**
February 23, 2004 MS U.S. DIST. CT., NORTH 1:04-CV-00068

**1,195. DIRECTV, INC. V. ROBERTSON**
February 23, 2004 MS U.S. DIST. CT., NORTH 1:04-CV-00067

**1,196. DIRECTV, INC. V. WOODS**
February 23, 2004 FL U.S. DIST. CT., MID. 6:04-CV-00227

**1,197. DIRECTV, INC V. MONTES**
February 20, 2004 CT U.S. DIST. CT. 3:04-CV-00295

**1,198. DIRECTV, INC. V. TRENT**
February 20, 2004 WV U.S. DIST. CT., SOUTH 2:04-CV-00141

**1,199. DIRECTV, INC. V. WALLS**
February 20, 2004 WV U.S. DIST. CT., SOUTH 2:04-CV-00143

**1,200. DIRECTV, INC. V. WEESE**
February 20, 2004 WV U.S. DIST. CT., SOUTH 2:04-CV-00142

**1,201. DIRECTV INC V. GAWRYSIAK**
February 19, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-01292

**1,202. DIRECTV INC V. TRUJILLO**
February 19, 2004 NM U.S. DIST. CT. 1:04-CV-00187

**1,203. DIRECTV INC. V. BLANKS**
February 19, 2004 NM U.S. DIST. CT. 2:04-CV-00184

**1,204. DIRECTV INC. V. CHAVEZ**
February 19, 2004 NM U.S. DIST. CT. 1:04-CV-00186

**1,205. DIRECTV INC. V. GARCIA**
February 19, 2004 NM U.S. DIST. CT. 6:04-CV-00192

**1,206. DIRECTV, INC. V. HUTCHINS**
February 18, 2004 ID U.S. DIST. CT. 1:04-CV-00082

**1,207. DIRECTV INC V. CLARKE**
February 17, 2004 TX U.S. DIST. CT., SOUTH 4:04-CV-00592

**1,208. DIRECTV INC V. JACKSON**
February 17, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00106

**1,209. DIRECTV INC V. JACKSON**
February 17, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00110

**1,210. DIRECTV INC V. KNIGHT**
February 17, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00121

**1,211. DIRECTV INC V. MARTIN**
February 17, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00137

**1,212. DIRECTV INC V. NEAL**
February 17, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00135

**1,213. DIRECTV INC V. NISEWONDER**
February 17, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00126

**1,214. DIRECTV INC V. PUHALLA**
February 17, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00133

**1,215. DIRECTV INC V. QUICKLE**
February 17, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00140

**1,216. DIRECTV INC V. UTASI**
February 17, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00105

**1,217. DIRECTV INC V. WHITE**
February 17, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00128

**1,218. DIRECTV INC V. WILKINSON**
February 17, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00115

**1,219. DIRECTV, INC. V. PERNELL**
February 17, 2004 MD U.S. DIST. CT. 8:04-CV-00413

**1,220. DIRECTV, INC. V. ZUKOSKI**
February 17, 2004 PA U.S. DIST. CT., MID. 3:04-CV-00343

**1,221. DIRECTV, INC. V. DUSHKO**
February 16, 2004 PA U.S. DIST. CT., MID. 3:04-CV-00337

**1,222. DIRECTV INC V. DZIUBLA**
February 12, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-01106

**1,223. DIRECTV INC V. HARSHBARGER**
February 12, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-01105

**1,224. DIRECTV INC V. MCGLAUCHLEN**
February 12, 2004 IL U.S. DIST. CT., NORTH 3:04-CV-50091

**1,225. DIRECTV INC V. PLENCHER**
February 12, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-01104

**1,226. DIRECTV INC V. PRICE**
February 12, 2004 IL U.S. DIST. CT., SOUTH 3:04-CV-00097

**1,227. DIRECTV INC V. TAYLOR**
February 12, 2004 IL U.S. DIST. CT., NORTH 3:04-CV-50090

**1,228. DIRECTV, INC. V. BETHANY**
February 12, 2004 MS U.S. DIST. CT., SOUTH 5:04-CV-00048

**1,229. DIRECTV, INC. V. DEMBY**
February 12, 2004 MS U.S. DIST. CT., SOUTH 5:04-CV-00050

**1,230. DIRECTV, INC. V. FIELDS**
February 12, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00098

**1,231. DIRECTV, INC. V. LINDSEY**
February 12, 2004 MS U.S. DIST. CT., SOUTH 5:04-CV-00043

**1,232. DIRECTV, INC. V. MORRIS**
February 12, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00093

**1,233. DIRECTV, INC. V. NEVELS**
February 12, 2004 MS U.S. DIST. CT., SOUTH 5:04-CV-00044

**1,234. DIRECTV, INC. V. SAUDERS**
February 12, 2004 MS U.S. DIST. CT., SOUTH 5:04-CV-00045

**1,235. DIRECTV, INC. V. SIMPSON**
February 12, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00097

**1,236. DIRECTV, INC. V. TEDDER**
February 12, 2004 MS U.S. DIST. CT., SOUTH 5:04-CV-00049

**1,237. DIRECTV, INC. V. TOWNSEND**
February 12, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00092

**1,238. DIRECTV, INC. V. VANNORMAN**
February 12, 2004 MS U.S. DIST. CT., SOUTH 5:04-CV-00046

**1,239. DIRECTV, INC. V. WEEKS**
February 12, 2004 MS U.S. DIST. CT., SOUTH 5:04-CV-00054

**1,240. DIRECTV, INC. V. WILSON**
February 12, 2004 MS U.S. DIST. CT., SOUTH 5:04-CV-00053

**1,241. DIRECTV INC V. WILLIAMS**
February 11, 2004 IL U.S. DIST. CT., SOUTH 3:04-CV-00092

**1,242. DIRECTV, INC. V. BARRON**
February 10, 2004 MS U.S. DIST. CT., SOUTH 2:04-CV-00059

**1,243. DIRECTV, INC. V. DARTEZ**
February 10, 2004 MS U.S. DIST. CT., SOUTH 1:04-CV-00065

**1,244. DIRECTV, INC. V. DUKE**
February 10, 2004 MS U.S. DIST. CT., SOUTH 1:04-CV-00063

**1,245. DIRECTV, INC. V. EVERETT**
February 10, 2004 MS U.S. DIST. CT., SOUTH 1:04-CV-00062

**1,246. DIRECTV, INC. V. FOREMAN**
February 10, 2004 MS U.S. DIST. CT., SOUTH 1:04-CV-00061

**1,247. DIRECTV, INC. V. MISKEL**
February 10, 2004 MS U.S. DIST. CT., SOUTH 1:04-CV-00066

**1,248. DIRECTV, INC. V. MORGAN**
February 10, 2004 MS U.S. DIST. CT., SOUTH 2:04-CV-00060

**1,249. DIRECTV, INC. V. SIBLEY-WILLIAMS, ET AL**
February 10, 2004 MS U.S. DIST. CT., SOUTH 2:04-CV-00064

**1,250. DIRECTV, INC. V. SULLIVAN**
February 10, 2004 MS U.S. DIST. CT., SOUTH 2:04-CV-00055

**1,251. DIRECTV INC V. BLANQURT**
February 09, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-01004

**1,252. DIRECTV INC V. CHRI SAMARASINGE**
February 09, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00892

**1,253. DIRECTV INC V. DAVID LEBER**
February 09, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-00158

**1,254. DIRECTV INC V. GLENN SHEARER**
February 09, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-00153

**1,255. DIRECTV INC V. HECTOR HILLS**
February 09, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00891

**1,256. DIRECTV INC V. ERIC WILSON**
February 06, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00861

**1,257. DIRECTV INC V. JACK DEBIASIO**
February 06, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00862

**1,258. DIRECTV INC V. JASON LEE**
February 06, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00864

**1,259. DIRECTV INC V. MANUEL ZEPEDA**
February 06, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00863

**1,260. DIRECTV INC V. MICHAEL SILVERSTEIN**
February 06, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00867


**1,261. DIRECTV INC V. MIGUEL MARTINEZ**
February 06, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00868


**1,262. DIRECTV, INC V. ABEBE**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00248


**1,263. DIRECTV, INC V. BARYOH**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00246


**1,264. DIRECTV, INC V. BECKLER**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00245


**1,265. DIRECTV, INC V. BEECHER**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00232


**1,266. DIRECTV, INC V. BURTON**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00242


**1,267. DIRECTV, INC V. CLEVINGER**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00250


**1,268. DIRECTV, INC V. DAILEY**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00252


**1,269. DIRECTV, INC V. DUNCAN**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00238


**1,270. DIRECTV, INC V. ELLERBROOK**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00239


**1,271. DIRECTV, INC V. FERGUSON**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00240


**1,272. DIRECTV, INC V. HALE**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00233


**1,273. DIRECTV, INC V. HARDWICK**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00222

**1,274. DIRECTV, INC V. HOLT**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00249

**1,275. DIRECTV, INC V. HOOVER**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00257

**1,276. DIRECTV, INC V. KALL**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00254

**1,277. DIRECTV, INC V. MAJOR**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00258

**1,278. DIRECTV, INC V. NEAL**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00251

**1,279. DIRECTV, INC V. PATEL**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00264

**1,280. DIRECTV, INC V. SCOTT**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00220

**1,281. DIRECTV, INC V. VANN**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00227

**1,282. DIRECTV, INC V. VAUGHAN**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00244

**1,283. DIRECTV, INC V. WADDELL**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00228

**1,284. DIRECTV, INC V. WAGNER**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00241

**1,285. DIRECTV, INC V. WARREN**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00265

**1,286. DIRECTV, INC V. WILLIAMS**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00243

**1,287. DIRECTV, INC V. WYCOFF**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00263

**1,288. DIRECTV, INC. V. CLEMONS**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00235

**1,289. DIRECTV, INC. V. RAYBORN**
February 04, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00234

**1,290. DIRECTV, INC. V. REDMIN**
February 04, 2004 FL U.S. DIST. CT., SOUTH 0:04-CV-60160

**1,291. DIRECTV INC V. JUSTINIANO**
February 03, 2004 NJ U.S. DIST. CT. 2:04-CV-00447

**1,292. DIRECTV INC V. LOCKBURNER**
February 03, 2004 NJ U.S. DIST. CT. 2:04-CV-00449

**1,293. DIRECTV, INC V. APPLEGATE**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00171

**1,294. DIRECTV, INC V. BAKER**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00213

**1,295. DIRECTV, INC V. BROWN**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00198

**1,296. DIRECTV, INC V. DEMARCO**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00183

**1,297. DIRECTV, INC V. EVANS**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00212

**1,298. DIRECTV, INC V. HARPER**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00176

**1,299. DIRECTV, INC V. HINTHORNE**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00197

**1,300. DIRECTV, INC V. HOLLAND**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00215

**1,301. DIRECTV, INC V. IRRGANG**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00187

**1,302. DIRECTV, INC V. KEENEY**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00209

**1,303. DIRECTV, INC V. KINNEY**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00189

**1,304. DIRECTV, INC V. LAMB**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00185

**1,305. DIRECTV, INC V. MARRS**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00173

**1,306. DIRECTV, INC V. MOON**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00177

**1,307. DIRECTV, INC V. PITTSER**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00172

**1,308. DIRECTV, INC V. SCHUMAN**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00182

**1,309. DIRECTV, INC V. STARKS**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00205

**1,310. DIRECTV, INC V. SWEENEY**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00200

**1,311. DIRECTV, INC V. TURNBAUGH**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00206

**1,312. DIRECTV, INC V. WATSON**
February 03, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00211

**1,313. DIRECTV, INC. V. JACKSON**
February 03, 2004 NJ U.S. DIST. CT. 2:04-CV-00448

**1,314. DIRECTV, INC. V. JARENSKY**
February 03, 2004 NJ U.S. DIST. CT. 2:04-CV-00446

**1,315. DIRECTV, INC. V. JOSEPH**
February 03, 2004 NJ U.S. DIST. CT. 2:04-CV-00450

**1,316. DIRECTV INC V. SCOTT MONTGOMERY ET AL**
February 02, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00700

**1,317. DIRECTV, INC. V. MILLER**
January 30, 2004 GA U.S. DIST. CT., MID. 5:04-CV-00036

**1,318. DIRECTV INC V. DUTY**
January 29, 2004 TX U.S. DIST. CT., EAST 1:04-CV-00060

**1,319. DIRECTV INC V. KOWALSKI ET AL**
January 29, 2004 NJ U.S. DIST. CT. 2:04-CV-00381

**1,320. DIRECTV INC V. PHAN**
January 29, 2004 NJ U.S. DIST. CT. 3:04-CV-00339

**1,321. DIRECTV INC V. TOMAINO ET AL**
January 29, 2004 NJ U.S. DIST. CT. 2:04-CV-00379

**1,322. DIRECTV, INC. V. BAKE**
January 29, 2004 ID U.S. DIST. CT. 1:04-CV-00052

**1,323. DIRECTV, INC. V. CRAIG**
January 29, 2004 NJ U.S. DIST. CT. 1:04-CV-00354

**1,324. DIRECTV, INC. V. HUMPHRIES**
January 29, 2004 NJ U.S. DIST. CT. 2:04-CV-00368

**1,325. DIRECTV, INC. V. ROBINSON**
January 29, 2004 MS U.S. DIST. CT., NORTH 2:04-CV-00037

**1,326. DIRECTV, INC. V. TRONE**
January 29, 2004 FL U.S. DIST. CT., MID. 6:04-MC-00009

**1,327. DIRECTV, INC. V. TRONE**
January 29, 2004 FL U.S. DIST. CT., MID. 6:04-MC-00010

**1,328. DIRECTV INC V. AMARENA**
January 28, 2004 LA U.S. DIST. CT., EAST 2:04-CV-00247

**1,329. DIRECTV INC V. ARAGON**
January 28, 2004 NM U.S. DIST. CT. 2:04-CV-00089

**1,330. DIRECTV INC V. ARCHER**
January 28, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00335


**1,331. DIRECTV INC V. BACA**
January 28, 2004 NM U.S. DIST. CT. 2:04-CV-00092


**1,332. DIRECTV INC V. BACINO**
January 28, 2004 IL U.S. DIST. CT., NORTH 3:04-CV-50052


**1,333. DIRECTV INC V. BADALI**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00680


**1,334. DIRECTV INC V. BENNETT**
January 28, 2004 NM U.S. DIST. CT. 2:04-CV-00088


**1,335. DIRECTV INC V. BIHM**
January 28, 2004 LA U.S. DIST. CT., WEST 2:04-CV-00333


**1,336. DIRECTV INC V. BLASKEY**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00682


**1,337. DIRECTV INC V. BOOTH**
January 28, 2004 SC U.S. DIST. CT. 4:04-CV-00261


**1,338. DIRECTV INC V. BRABHAM**
January 28, 2004 SC U.S. DIST. CT. 1:04-CV-00248


**1,339. DIRECTV INC V. BROWN ET AL**
January 28, 2004 CT U.S. DIST. CT. 3:04-CV-00150


**1,340. DIRECTV INC V. BURGER**
January 28, 2004 LA U.S. DIST. CT., EAST 2:04-CV-00249


**1,341. DIRECTV INC V. CHAMBLEE, ET AL**
January 28, 2004 AZ U.S. DIST. CT. 4:04-CV-00043


**1,342. DIRECTV INC V. CHIONG**
January 28, 2004 CT U.S. DIST. CT. 3:04-CV-00149


**1,343. DIRECTV INC V. COONEY**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00673

**1,344. DIRECTV INC V. CORBETT, ET AL**
January 28, 2004 LA U.S. DIST. CT., WEST 2:04-CV-00338

**1,345. DIRECTV INC V. COURVILLE**
January 28, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00337

**1,346. DIRECTV INC V. CUSTER**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00676

**1,347. DIRECTV INC V. DANIELS**
January 28, 2004 SC U.S. DIST. CT. 8:04-CV-00235

**1,348. DIRECTV INC V. DELGADO, ET AL**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00657

**1,349. DIRECTV INC V. DEVER**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00655

**1,350. DIRECTV INC V. DOWELL**
January 28, 2004 IN U.S. DIST. CT., NORTH 3:04-CV-00100

**1,351. DIRECTV INC V. ECK, ET AL**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00667

**1,352. DIRECTV INC V. EVANS**
January 28, 2004 LA U.S. DIST. CT., EAST 2:04-CV-00257

**1,353. DIRECTV INC V. FAY**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00665

**1,354. DIRECTV INC V. FRANKS, ET AL**
January 28, 2004 AZ U.S. DIST. CT. 4:04-CV-00046

**1,355. DIRECTV INC V. FREIWALD**
January 28, 2004 IL U.S. DIST. CT., NORTH 3:04-CV-50051

**1,356. DIRECTV INC V. GALICA**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00684

**1,357. DIRECTV INC V. GANZ**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00677

**1,358. DIRECTV INC V. GARCIA**
January 28, 2004 NM U.S. DIST. CT. 1:04-CV-00083

**1,359. DIRECTV INC V. GATEWOOD**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00653

**1,360. DIRECTV INC V. GERACI**
January 28, 2004 LA U.S. DIST. CT., EAST 2:04-CV-00258

**1,361. DIRECTV INC V. GIBSON**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00687

**1,362. DIRECTV INC V. HIGDON**
January 28, 2004 NM U.S. DIST. CT. 1:04-CV-00086

**1,363. DIRECTV INC V. HOLLINS**
January 28, 2004 NM U.S. DIST. CT. 1:04-CV-00091

**1,364. DIRECTV INC V. JORDINE**
January 28, 2004 IL U.S. DIST. CT., CENT. 1:04-CV-01030

**1,365. DIRECTV INC V. JULIAN**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00658

**1,366. DIRECTV INC V. JUNG**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00692

**1,367. DIRECTV INC V. KOC**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00663

**1,368. DIRECTV INC V. KUEBLER**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00685

**1,369. DIRECTV INC V. LAMBERTSON**
January 28, 2004 LA U.S. DIST. CT., EAST 2:04-CV-00248

**1,370. DIRECTV INC V. LEJUNE**
January 28, 2004 LA U.S. DIST. CT., WEST 2:04-CV-00334

**1,371. DIRECTV INC V. LINDLER**
January 28, 2004 SC U.S. DIST. CT. 8:04-CV-00251

**1,372.** DIRECTV INC V. LONG
January 28, 2004 SC U.S. DIST. CT. 8:04-CV-00257


**1,373.** DIRECTV INC V. LYBRAND
January 28, 2004 AR U.S. DIST. CT., EAST 5:04-CV-00036


**1,374.** DIRECTV INC V. MALBROUGH
January 28, 2004 LA U.S. DIST. CT., EAST 2:04-CV-00256


**1,375.** DIRECTV INC V. MCCALLUM
January 28, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00031


**1,376.** DIRECTV INC V. NEWBERRY
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00693


**1,377.** DIRECTV INC V. NOVAK
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00648


**1,378.** DIRECTV INC V. PALM
January 28, 2004 IL U.S. DIST. CT., SOUTH 3:04-CV-00062


**1,379.** DIRECTV INC V. POOLE
January 28, 2004 SC U.S. DIST. CT. 7:04-CV-00259


**1,380.** DIRECTV INC V. POTAS
January 28, 2004 IL U.S. DIST. CT., NORTH 3:04-CV-50054


**1,381.** DIRECTV INC V. POWELL, ET AL
January 28, 2004 SC U.S. DIST. CT. 8:04-CV-00258


**1,382.** DIRECTV INC V. PRIMM
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00690


**1,383.** DIRECTV INC V. PRIMM
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00689


**1,384.** DIRECTV INC V. RIDDLING
January 28, 2004 FL U.S. DIST. CT., NORTH 1:04-CV-00012


**1,385.** DIRECTV INC V. RUTKA
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00652

**1,386. DIRECTV INC V. SAIZ**
January 28, 2004 NM U.S. DIST. CT. 1:04-CV-00093

**1,387. DIRECTV INC V. SHAW**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00654

**1,388. DIRECTV INC V. SMITH**
January 28, 2004 SC U.S. DIST. CT. 1:04-CV-00236

**1,389. DIRECTV INC V. SPOHN**
January 28, 2004 SC U.S. DIST. CT. 3:04-CV-00238

**1,390. DIRECTV INC V. STATES**
January 28, 2004 TX U.S. DIST. CT., EAST 6:04-CV-00038

**1,391. DIRECTV INC V. TAN**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00650

**1,392. DIRECTV INC V. TOUPS**
January 28, 2004 LA U.S. DIST. CT., EAST 2:04-CV-00250

**1,393. DIRECTV INC V. TRACY**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00678

**1,394. DIRECTV INC V. VALDEZ**
January 28, 2004 NM U.S. DIST. CT. 1:04-CV-00084

**1,395. DIRECTV INC V. VINCENT**
January 28, 2004 SC U.S. DIST. CT. 4:04-CV-00234

**1,396. DIRECTV INC V. VO**
January 28, 2004 LA U.S. DIST. CT., EAST 2:04-CV-00246

**1,397. DIRECTV INC V. WEBSTER**
January 28, 2004 IA U.S. DIST. CT., SOUTH 3:04-CV-40009

**1,398. DIRECTV INC V. WEBSTER**
January 28, 2004 IA U.S. DIST. CT., SOUTH 3:04-CV-60009

**1,399. DIRECTV INC V. WELLS**
January 28, 2004 CT U.S. DIST. CT. 3:04-CV-00148

**1,400. DIRECTV INC V. ZANCHA**
January 28, 2004 IL U.S. DIST. CT., CENT. 2:04-CV-02016

**1,401. DIRECTV INCORPORATED V. BOYD**
January 28, 2004 TX U.S. DIST. CT., WEST 7:04-CV-00018

**1,402. DIRECTV, ET AL V. BURKHALTER**
January 28, 2004 MS U.S. DIST. CT., SOUTH 2:04-CV-00029

**1,403. DIRECTV, INC V. AMMERMAN**
January 28, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00139

**1,404. DIRECTV, INC V. BEEBE**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00681

**1,405. DIRECTV, INC V. BERTTHELOT**
January 28, 2004 LA U.S. DIST. CT., MID. 3:04-CV-00058

**1,406. DIRECTV, INC V. BURGER**
January 28, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00138

**1,407. DIRECTV, INC V. BURGESS**
January 28, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00137

**1,408. DIRECTV, INC V. COCHRAN**
January 28, 2004 AL U.S. DIST. CT., NORTH 6:04-CV-00156

**1,409. DIRECTV, INC V. COGGINS**
January 28, 2004 AL U.S. DIST. CT., NORTH 5:04-CV-00158

**1,410. DIRECTV, INC V. COLEY**
January 28, 2004 AL U.S. DIST. CT., NORTH 2:04-CV-00168

**1,411. DIRECTV, INC V. DAVIDSON**
January 28, 2004 LA U.S. DIST. CT., MID. 3:04-CV-00047

**1,412. DIRECTV, INC V. DISOTELL**
January 28, 2004 LA U.S. DIST. CT., MID. 3:04-CV-00059

**1,413. DIRECTV, INC V. EDDY**
January 28, 2004 LA U.S. DIST. CT., MID. 3:04-CV-00049

**1,414. DIRECTV, INC V. EVANS**
January 28, 2004 LA U.S. DIST. CT., MID. 3:04-CV-00051

**1,415. DIRECTV, INC V. GARNER**
January 28, 2004 AL U.S. DIST. CT., NORTH 5:04-CV-00159

**1,416. DIRECTV, INC V. HARDY**
January 28, 2004 LA U.S. DIST. CT., MID. 3:04-CV-00046

**1,417. DIRECTV, INC V. JANOWIAK**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00661

**1,418. DIRECTV, INC V. KILLINGSWORTH**
January 28, 2004 AL U.S. DIST. CT., NORTH 6:04-CV-00162

**1,419. DIRECTV, INC V. KRANTZ**
January 28, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00144

**1,420. DIRECTV, INC V. LEBLANC**
January 28, 2004 LA U.S. DIST. CT., MID. 3:04-CV-00055

**1,421. DIRECTV, INC V. MARANTO**
January 28, 2004 LA U.S. DIST. CT., MID. 3:04-CV-00057

**1,422. DIRECTV, INC V. MELANCON**
January 28, 2004 LA U.S. DIST. CT., MID. 3:04-CV-00053

**1,423. DIRECTV, INC V. MICHEL**
January 28, 2004 LA U.S. DIST. CT., MID. 3:04-CV-00048

**1,424. DIRECTV, INC V. PARK**
January 28, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00135

**1,425. DIRECTV, INC V. PRICE**
January 28, 2004 LA U.S. DIST. CT., MID. 3:04-CV-00054

**1,426. DIRECTV, INC V. ROBERTSON**
January 28, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00142

**1,427. DIRECTV, INC V. RUSSELL**
January 28, 2004 IN U.S. DIST. CT., SOUTH 1:04-CV-00134

**1,428. DIRECTV, INC V. SMITH**
January 28, 2004 LA U.S. DIST. CT., MID. 3:04-CV-00060

**1,429. DIRECTV, INC V. SOULIER**
January 28, 2004 LA U.S. DIST. CT., MID. 3:04-CV-00052

**1,430. DIRECTV, INC V. SWANSON**
January 28, 2004 LA U.S. DIST. CT., MID. 3:04-CV-00050

**1,431. DIRECTV, INC V. TEJACK**
January 28, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00694

**1,432. DIRECTV, INC V. ZERINGUE**
January 28, 2004 LA U.S. DIST. CT., MID. 3:04-CV-00061

**1,433. DIRECTV, INC V. ZORN**
January 28, 2004 LA U.S. DIST. CT., MID. 3:04-CV-00056

**1,434. DIRECTV, INC. V. ALLEN**
January 28, 2004 NC U.S. DIST. CT., EAST 7:04-CV-00020

**1,435. DIRECTV, INC. V. ALTOBELLI**
January 28, 2004 MA U.S. DIST. CT. 3:04-CV-30019

**1,436. DIRECTV, INC. V. BEARDEN**
January 28, 2004 AL U.S. DIST. CT., NORTH 7:04-CV-00161

**1,437. DIRECTV, INC. V. BLANKS**
January 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00081

**1,438. DIRECTV, INC. V. BOONSTRA**
January 28, 2004 MI U.S. DIST. CT., WEST 5:04-CV-00016

**1,439. DIRECTV, INC. V. BROWN**
January 28, 2004 MS U.S. DIST. CT., NORTH 1:04-CV-00032

**1,440. DIRECTV, INC. V. BUNGER**
January 28, 2004 NY U.S. DIST. CT., EAST 2:04-CV-00327

**1,441. DIRECTV, INC. V. BURCHFIELD**
January 28, 2004 MS U.S. DIST. CT., NORTH 2:04-CV-00034

**1,442. DIRECTV, INC. V. CHERWINSKI**
January 28, 2004 NY U.S. DIST. CT., EAST 2:04-CV-00326

**1,443. DIRECTV, INC. V. CLARK**
January 28, 2004 MI U.S. DIST. CT., WEST 5:04-CV-00017

**1,444. DIRECTV, INC. V. COAN**
January 28, 2004 AL U.S. DIST. CT., NORTH 3:04-CV-00164

**1,445. DIRECTV, INC. V. COLEMAN ET AL**
January 28, 2004 MD U.S. DIST. CT. 8:04-CV-00240

**1,446. DIRECTV, INC. V. COLTON**
January 28, 2004 NY U.S. DIST. CT., NORTH 7:04-CV-00100

**1,447. DIRECTV, INC. V. CONN**
January 28, 2004 NY U.S. DIST. CT., NORTH 5:04-CV-00098

**1,448. DIRECTV, INC. V. COVINGTON**
January 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00057

**1,449. DIRECTV, INC. V. CREWS**
January 28, 2004 FL U.S. DIST. CT., MID. 3:04-CV-00049

**1,450. DIRECTV, INC. V. DANIEL**
January 28, 2004 NY U.S. DIST. CT., EAST 2:04-CV-00329

**1,451. DIRECTV, INC. V. DIXON**
January 28, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00052

**1,452. DIRECTV, INC. V. ELLIOTT**
January 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00051

**1,453. DIRECTV, INC. V. ESTES**
January 28, 2004 MS U.S. DIST. CT., NORTH 2:04-CV-00031

**1,454. DIRECTV, INC. V. FITZPATRICK**
January 28, 2004 FL U.S. DIST. CT., MID. 8:04-CV-00157

**1,455. DIRECTV, INC. V. GADDIS**
January 28, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00056

**1,456. DIRECTV, INC. V. GARCIA ET AL**
January 28, 2004 MO U.S. DIST. CT., WEST 2:04-CV-00107


**1,457. DIRECTV, INC. V. GARNER**
January 28, 2004 NC U.S. DIST. CT., EAST 2:04-CV-00006


**1,458. DIRECTV, INC. V. GRANT**
January 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00059


**1,459. DIRECTV, INC. V. GRANTHAM**
January 28, 2004 MS U.S. DIST. CT., NORTH 2:04-CV-00033


**1,460. DIRECTV, INC. V. GREEN**
January 28, 2004 MS U.S. DIST. CT., NORTH 3:04-CV-00015


**1,461. DIRECTV, INC. V. HAITHCOCK**
January 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00068


**1,462. DIRECTV, INC. V. HAMMACK, ET AL**
January 28, 2004 WV U.S. DIST. CT., SOUTH 2:04-CV-00070


**1,463. DIRECTV, INC. V. HARDING**
January 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00060


**1,464. DIRECTV, INC. V. HARRELL**
January 28, 2004 MS U.S. DIST. CT., NORTH 3:04-CV-00017


**1,465. DIRECTV, INC. V. HARRIPERSAUD**
January 28, 2004 FL U.S. DIST. CT., SOUTH 9:04-CV-80076


**1,466. DIRECTV, INC. V. HARRISON**
January 28, 2004 MS U.S. DIST. CT., SOUTH 5:04-CV-00029


**1,467. DIRECTV, INC. V. HAYES**
January 28, 2004 AL U.S. DIST. CT., NORTH 2:04-CV-00167


**1,468. DIRECTV, INC. V. HOLCOMBE**
January 28, 2004 VA U.S. DIST. CT., EAST 3:04-CV-00060


**1,469. DIRECTV, INC. V. HOSTETTER**
January 28, 2004 VA U.S. DIST. CT., EAST 2:04-CV-00067

**1,470. DIRECTV, INC. V. HOWARD**
January 28, 2004 NY U.S. DIST. CT., NORTH 1:04-CV-00101


**1,471. DIRECTV, INC. V. HUTTON**
January 28, 2004 FL U.S. DIST. CT., MID. 5:04-CV-00038


**1,472. DIRECTV, INC. V. INCENDIO**
January 28, 2004 NY U.S. DIST. CT., EAST 2:04-CV-00331


**1,473. DIRECTV, INC. V. KEENEY**
January 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00066


**1,474. DIRECTV, INC. V. KULBA**
January 28, 2004 NY U.S. DIST. CT., NORTH 5:04-CV-00102


**1,475. DIRECTV, INC. V. LALL**
January 28, 2004 NY U.S. DIST. CT., EAST 1:04-CV-00333


**1,476. DIRECTV, INC. V. LANHAM**
January 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00056


**1,477. DIRECTV, INC. V. LAVASQUE, ET AL**
January 28, 2004 CO U.S. DIST. CT. 1:04-CV-00159


**1,478. DIRECTV, INC. V. MAGGI**
January 28, 2004 MA U.S. DIST. CT. 3:04-CV-30018


**1,479. DIRECTV, INC. V. MANUCY**
January 28, 2004 FL U.S. DIST. CT., MID. 3:04-CV-00050


**1,480. DIRECTV, INC. V. MARKOWITZ**
January 28, 2004 NY U.S. DIST. CT., NORTH 1:04-CV-00103


**1,481. DIRECTV, INC. V. MARTIN**
January 28, 2004 PA U.S. DIST. CT., EAST 2:04-CV-00402


**1,482. DIRECTV, INC. V. MCCOMBS**
January 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00085


**1,483. DIRECTV, INC. V. MILLER**
January 28, 2004 PA U.S. DIST. CT., MID. 3:04-CV-00207

**1,484. DIRECTV, INC. V. MINNICK**
January 28, 2004 VA U.S. DIST. CT., WEST 7:04-CV-00041


**1,485. DIRECTV, INC. V. MOORE**
January 28, 2004 VA U.S. DIST. CT., WEST 3:04-CV-00003


**1,486. DIRECTV, INC. V. O'BRIEN, ET AL**
January 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00079


**1,487. DIRECTV, INC. V. PIERSON**
January 28, 2004 AL U.S. DIST. CT., NORTH 7:04-CV-00163


**1,488. DIRECTV, INC. V. POLLOCK**
January 28, 2004 FL U.S. DIST. CT., MID. 3:04-CV-00051


**1,489. DIRECTV, INC. V. PRETO**
January 28, 2004 NY U.S. DIST. CT., EAST 2:04-CV-00334


**1,490. DIRECTV, INC. V. PRUITT**
January 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00083


**1,491. DIRECTV, INC. V. RAINES**
January 28, 2004 WV U.S. DIST. CT., NORTH 1:04-CV-00010


**1,492. DIRECTV, INC. V. REDING**
January 28, 2004 AL U.S. DIST. CT., NORTH 5:04-CV-00169


**1,493. DIRECTV, INC. V. REYES**
January 28, 2004 TX U.S. DIST. CT., SOUTH 7:04-CV-00026


**1,494. DIRECTV, INC. V. ROBERTS**
January 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00086


**1,495. DIRECTV, INC. V. ROBERTS**
January 28, 2004 MS U.S. DIST. CT., NORTH 1:04-CV-00030


**1,496. DIRECTV, INC. V. SANDERS**
January 28, 2004 CO U.S. DIST. CT. 1:04-CV-00155


**1,497. DIRECTV, INC. V. SAXON**
January 28, 2004 MS U.S. DIST. CT., NORTH 2:04-CV-00029

**1,498. DIRECTV, INC. V. SCALES**
January 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00084

**1,499. DIRECTV, INC. V. SCHMITT**
January 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00065

**1,500. DIRECTV, INC. V. SHIVE**
January 28, 2004 MS U.S. DIST. CT., NORTH 2:04-CV-00032

**1,501. DIRECTV, INC. V. SKELTON**
January 28, 2004 MS U.S. DIST. CT., NORTH 2:04-CV-00030

**1,502. DIRECTV, INC. V. SLEDGE**
January 28, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00055

**1,503. DIRECTV, INC. V. SLOWIK**
January 28, 2004 MI U.S. DIST. CT., WEST 2:04-CV-00015

**1,504. DIRECTV, INC. V. SMITH**
January 28, 2004 FL U.S. DIST. CT., SOUTH 2:04-CV-14028

**1,505. DIRECTV, INC. V. SPRADLIN**
January 28, 2004 AL U.S. DIST. CT., NORTH 1:04-CV-00154

**1,506. DIRECTV, INC. V. STEED**
January 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00075

**1,507. DIRECTV, INC. V. STRIKER, ET AL**
January 28, 2004 FL U.S. DIST. CT., SOUTH 2:04-CV-14029

**1,508. DIRECTV, INC. V. STUSHNOFF**
January 28, 2004 CO U.S. DIST. CT. 1:04-CV-00156

**1,509. DIRECTV, INC. V. SWEETEN**
January 28, 2004 FL U.S. DIST. CT., MID. 5:04-CV-00039

**1,510. DIRECTV, INC. V. VANDEWATER, ET AL**
January 28, 2004 CO U.S. DIST. CT. 1:04-CV-00154

**1,511. DIRECTV, INC. V. WALIMOHAMED**
January 28, 2004 MA U.S. DIST. CT. 1:04-CV-10206

**1,512. DIRECTV, INC. V. WEAVER**
January 28, 2004 FL U.S. DIST. CT., MID. 6:04-CV-00122

**1,513. DIRECTV, INC. V. WHISMAN**
January 28, 2004 WV U.S. DIST. CT., SOUTH 2:04-CV-00073

**1,514. DIRECTV, INC. V. WILSON**
January 28, 2004 MS U.S. DIST. CT., NORTH 2:04-CV-00035

**1,515. DIRECTV, INC. V. WOOD**
January 28, 2004 MS U.S. DIST. CT., NORTH 2:04-CV-00036

**1,516. DIRECTV, INC. V. WORKMAN**
January 28, 2004 MS U.S. DIST. CT., SOUTH 3:04-CV-00050

**1,517. DIRECTV, INC. V. WRIGHT**
January 28, 2004 VA U.S. DIST. CT., WEST 5:04-CV-00006

**1,518. DIRECTV, INC. V. WRIGHT**
January 28, 2004 NC U.S. DIST. CT., MID. 1:04-CV-00061

**1,519. DIRECTV, INC., V. CONTRERAS**
January 28, 2004 FL U.S. DIST. CT., SOUTH 9:04-CV-80079

**1,520. DIRECTV INC V. ANDERSON**
January 27, 2004 WI U.S. DIST. CT., EAST 2:04-CV-00090

**1,521. DIRECTV INC V. ANTHONY MUSHAMEL**
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00539

**1,522. DIRECTV INC V. ATWOOD**
January 27, 2004 CT U.S. DIST. CT. 3:04-CV-00138

**1,523. DIRECTV INC V. BANFIELD**
January 27, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00064

**1,524. DIRECTV INC V. BEARD, ET AL**
January 27, 2004 AZ U.S. DIST. CT. 2:04-CV-00178

**1,525.** **DIRECTV INC V. CARLSON**
January 27, 2004 CA U.S. DIST. CT., CENT. 8:04-CV-00087

**1,526.** **DIRECTV INC V. CHARLES TAYLOR**
January 27, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-00110

**1,527.** **DIRECTV INC V. CLAIR**
January 27, 2004 IA U.S. DIST. CT., SOUTH 4:04-CV-40050

**1,528.** **DIRECTV INC V. CROWDES**
January 27, 2004 IA U.S. DIST. CT., SOUTH 4:04-CV-40052

**1,529.** **DIRECTV INC V. CROWLEY**
January 27, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00055

**1,530.** **DIRECTV INC V. DAVIS**
January 27, 2004 IA U.S. DIST. CT., SOUTH 4:04-CV-40051

**1,531.** **DIRECTV INC V. DAWSON**
January 27, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00068

**1,532.** **DIRECTV INC V. DENNIS DIOCAMPO**
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00526

**1,533.** **DIRECTV INC V. DERANIYAGALA**
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00525

**1,534.** **DIRECTV INC V. DILLINGER**
January 27, 2004 IA U.S. DIST. CT., SOUTH 4:04-CV-40054

**1,535.** **DIRECTV INC V. DOYLE**
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00529

**1,536.** **DIRECTV INC V. EBOW**
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00531

**1,537.** **DIRECTV INC V. FLORES, ET AL**
January 27, 2004 AZ U.S. DIST. CT. 2:04-CV-00173

**1,538.** **DIRECTV INC V. FUENTES**
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00522

**1,539. DIRECTV INC V. GALAVIZ**
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00523

**1,540. DIRECTV INC V. GARY RITCHIE**
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00540

**1,541. DIRECTV INC V. HA THAI TRAN ET AL**
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00557

**1,542. DIRECTV INC V. HANRAHAN**
January 27, 2004 IA U.S. DIST. CT., SOUTH 4:04-CV-40055

**1,543. DIRECTV INC V. HENNING, ET AL**
January 27, 2004 AZ U.S. DIST. CT. 2:04-CV-00179

**1,544. DIRECTV INC V. HERNANDEZ**
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00524

**1,545. DIRECTV INC V. JERROLD PINTER ET AL**
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00561

**1,546. DIRECTV INC V. JOE DAMIAN**
January 27, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-00108

**1,547. DIRECTV INC V. JOSE MELGOZA**
January 27, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-00109

**1,548. DIRECTV INC V. JULIE RODARTE**
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00542

**1,549. DIRECTV INC V. KELLEY**
January 27, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00054

**1,550. DIRECTV INC V. KNUTSON**
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00518

**1,551. DIRECTV INC V. LEE**
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00517

**1,552. DIRECTV INC V. LYMAN JOSKER**
January 27, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-00112

**1,553.** DIRECTV INC V. MANNING, ET AL
January 27, 2004 AZ U.S. DIST. CT. 2:04-CV-00183


**1,554.** DIRECTV INC V. MCCULLOCH
January 27, 2004 CA U.S. DIST. CT., CENT. 8:04-CV-00090


**1,555.** DIRECTV INC V. MCDANIEL
January 27, 2004 IA U.S. DIST. CT., SOUTH 4:04-CV-40053


**1,556.** DIRECTV INC V. MICHAEL VANCURLER
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00545


**1,557.** DIRECTV INC V. MORAN
January 27, 2004 WI U.S. DIST. CT., EAST 2:04-CV-00092


**1,558.** DIRECTV INC V. MUSICH
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00534


**1,559.** DIRECTV INC V. NEHRENHEIM
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00536


**1,560.** DIRECTV INC V. OSCAR AMANCIO
January 27, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-00106


**1,561.** DIRECTV INC V. PAUL ALAN ET AL
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00547


**1,562.** DIRECTV INC V. PEREZ, ET AL
January 27, 2004 CA U.S. DIST. CT., SOUTH 3:04-CV-00171


**1,563.** DIRECTV INC V. PRYTLE, ET AL
January 27, 2004 AZ U.S. DIST. CT. 2:04-CV-00176


**1,564.** DIRECTV INC V. QUARLES
January 27, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00066


**1,565.** DIRECTV INC V. RAUTH
January 27, 2004 WI U.S. DIST. CT., EAST 2:04-CV-00091


**1,566.** DIRECTV INC V. REYNOLDS
January 27, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00069

**1,567. DIRECTV INC V. REYNOSO**
January 27, 2004 CA U.S. DIST. CT., CENT. 8:04-CV-00088


**1,568. DIRECTV INC V. ROBERT TURNBULL ET AL**
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00552


**1,569. DIRECTV INC V. ROBINSON**
January 27, 2004 IA U.S. DIST. CT., SOUTH 3:04-CV-40008


**1,570. DIRECTV INC V. ROBINSON**
January 27, 2004 IA U.S. DIST. CT., SOUTH 3:04-CV-60008


**1,571. DIRECTV INC V. RUBEN CAMPOS**
January 27, 2004 CA U.S. DIST. CT., CENT. 5:04-CV-00107


**1,572. DIRECTV INC V. RUBEN GUERRERO**
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00560


**1,573. DIRECTV INC V. SMITH**
January 27, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00070


**1,574. DIRECTV INC V. SONJA SULLIVAN**
January 27, 2004 CA U.S. DIST. CT., CENT. 2:04-CV-00546


**1,575. DIRECTV INC V. STITZEL**
January 27, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00056


**1,576. DIRECTV INC V. WATSON**
January 27, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00065


**1,577. DIRECTV INC. V. GINTER**
January 27, 2004 KY U.S. DIST. CT., EAST 5:04-CV-00031


**1,578. DIRECTV, INC. V. BATES**
January 27, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-20200


**1,579. DIRECTV, INC. V. BLACKFORD**
January 27, 2004 FL U.S. DIST. CT., SOUTH 9:04-CV-80068


**1,580. DIRECTV, INC. V. CRAIG GILLETT, ETAL**
January 27, 2004 NV U.S. DIST. CT. 2:04-CV-00102

**1,581. DIRECTV, INC. V. CUNIUS**
January 27, 2004 PA U.S. DIST. CT., MID. 3:04-CV-00198

**1,582. DIRECTV, INC. V. DA VANIA**
January 27, 2004 KY U.S. DIST. CT., EAST 0:04-CV-00010

**1,583. DIRECTV, INC. V. ENSENAT**
January 27, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-20202

**1,584. DIRECTV, INC. V. ENSENAT**
January 27, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-20203

**1,585. DIRECTV, INC. V. GEORGE**
January 27, 2004 FL U.S. DIST. CT., MID. 8:04-CV-00147

**1,586. DIRECTV, INC. V. GUNN**
January 27, 2004 OH U.S. DIST. CT., NORTH 1:04-CV-00142

**1,587. DIRECTV, INC. V. JOHN LEWIS**
January 27, 2004 KY U.S. DIST. CT., EAST 2:04-CV-00013

**1,588. DIRECTV, INC. V. KEEN**
January 27, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-20199

**1,589. DIRECTV, INC. V. MCCLURE**
January 27, 2004 FL U.S. DIST. CT., SOUTH 1:04-CV-20198

**1,590. DIRECTV, INC. V. MILLER**
January 27, 2004 OH U.S. DIST. CT., NORTH 3:04-CV-07035

**1,591. DIRECTV, INC. V. MODRELL**
January 27, 2004 KY U.S. DIST. CT., WEST 5:04-CV-00019

**1,592. DIRECTV, INC. V. MURRAY**
January 27, 2004 FL U.S. DIST. CT., MID. 6:04-CV-00119

**1,593. DIRECTV, INC. V. PARISI**
January 27, 2004 MA U.S. DIST. CT. 3:04-CV-30017

**1,594. DIRECTV, INC. V. RICHARDSON**
January 27, 2004 OH U.S. DIST. CT., NORTH 1:04-CV-00137

**1,595.** **DIRECTV, INC. V. ROMAN**
January 27, 2004 PA U.S. DIST. CT., EAST 2:04-CV-00391

**1,596.** **DIRECTV, INC. V. STORY**
January 27, 2004 KY U.S. DIST. CT., WEST 5:04-CV-00021

**1,597.** **DIRECTV, INC. V. VILAGI**
January 27, 2004 OH U.S. DIST. CT., NORTH 1:04-CV-00140

**1,598.** **DIRECTV, INC. V. WESLEY STARKEY, ETAL**
January 27, 2004 NV U.S. DIST. CT. 2:04-CV-00103

**1,599.** **DIRECTV, INC. V. YOUNG**
January 27, 2004 OH U.S. DIST. CT., NORTH 1:04-CV-00139

**1,600.** **DIRECTV, INC. V. ZIMMERMAN**
January 27, 2004 PA U.S. DIST. CT., WEST 1:04-CV-00020

**1,601.** **DIRECTV, INC., V. PARRIS**
January 27, 2004 PA U.S. DIST. CT., WEST 1:04-CV-00019

**1,602.** **DIRECTV INC V. DEVINE**
January 26, 2004 WA U.S. DIST. CT., WEST 2:04-CV-00187

**1,603.** **DIRECTV INC V. INZITARI**
January 26, 2004 NJ U.S. DIST. CT. 3:04-CV-00320

**1,604.** **DIRECTV, INC. V. BROWN**
January 26, 2004 OR U.S. DIST. CT. 6:04-CV-00118

**1,605.** **DIRECTV, INC. V. CONTE**
January 26, 2004 FL U.S. DIST. CT., MID. 6:04-CV-00109

**1,606.** **DIRECTV, INC. V. GULAM**
January 26, 2004 TX U.S. DIST. CT., WEST 1:04-CV-00041

**1,607.** **DIRECTV, INC. V. HAWK**
January 26, 2004 OR U.S. DIST. CT. 6:04-CV-00119

**1,608.** **DIRECTV, INC. V. MA**
January 26, 2004 OR U.S. DIST. CT. 6:04-CV-00120

**1,609.** DIRECTV, INC. V. SIGNORE
January 26, 2004 FL U.S. DIST. CT., MID. 2:04-CV-00042


**1,610.** DIRECTV, INC. V. STAFFORD
January 26, 2004 FL U.S. DIST. CT., MID. 5:04-CV-00035


**1,611.** DIRECTV, INCORPORATED V. HALLETT
January 26, 2004 MI U.S. DIST. CT., EAST 2:04-CV-70269


**1,612.** DIRECTV INC V. GOMEZ, ET AL
January 23, 2004 CA U.S. DIST. CT., EAST 04-CV-00160


**1,613.** DIRECTV INC V. GRIFFIN, ET AL
January 23, 2004 CA U.S. DIST. CT., EAST 2:04-CV-00159


**1,614.** DIRECTV INC V. LEONARD
January 23, 2004 CA U.S. DIST. CT., EAST 2:04-CV-00161


**1,615.** DIRECTV INC V. VARGO
January 23, 2004 NC U.S. DIST. CT., WEST 3:04-CV-00022


**1,616.** DIRECTV INC V. YOUNG
January 23, 2004 CA U.S. DIST. CT., EAST 2:04-CV-00162


**1,617.** DIRECTV, INC V. SCHEINBLUM
January 23, 2004 CT U.S. DIST. CT. 3:04-CV-00113


**1,618.** DIRECTV, INC. V. HUBER
January 23, 2004 FL U.S. DIST. CT., MID. 6:04-CV-00100


**1,619.** DIRECTV, INC. V. LEVIN
January 23, 2004 PA U.S. DIST. CT., EAST 2:04-CV-00326


**1,620.** DIRECTV, INC. V. MAKOVSKY
January 23, 2004 PA U.S. DIST. CT., EAST 2:04-CV-00364


**1,621.** DIRECTV INC V. JONES
January 22, 2004 OH U.S. DIST. CT., SOUTH 1:04-CV-00042


**1,622.** DIRECTV INC V. SQUEO
January 22, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00492

**1,623. DIRECTV INC V. TROIANI**
January 22, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00494

**1,624. DIRECTV, INC V. NIEMINSKI**
January 22, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00493

**1,625. DIRECTV, INC. V. FISCHER ET AL**
January 22, 2004 MA U.S. DIST. CT. 4:04-CV-40009

**1,626. DIRECTV, INC. V. FORSTER ET AL**
January 22, 2004 MD U.S. DIST. CT. 8:04-CV-00196

**1,627. DIRECTV, INC. V. LANGLEY**
January 22, 2004 MD U.S. DIST. CT. 8:04-CV-00197

**1,628. DIRECTV, INC. V. MATHISON**
January 22, 2004 ID U.S. DIST. CT. 3:04-CV-00043

**1,629. DIRECTV INC V. GIANFALA**
January 21, 2004 LA U.S. DIST. CT., WEST 04-CV-00242

**1,630. DIRECTV INC V. KLEINMAN**
January 21, 2004 LA U.S. DIST. CT., WEST 3:04-CV-00288

**1,631. DIRECTV INC V. PAULEY**
January 21, 2004 LA U.S. DIST. CT., WEST 04-CV-00249

**1,632. DIRECTV INC V. TEETER**
January 21, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00295

**1,633. DIRECTV INC V. VERRET**
January 21, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00296

**1,634. DIRECTV INC V. CARPENTER**
January 20, 2004 CT U.S. DIST. CT. 3:04-CV-00087

**1,635. DIRECTV INC V. DAVIES**
January 20, 2004 CT U.S. DIST. CT. 3:04-CV-00085

**1,636. DIRECTV INC V. JONES**
January 20, 2004 CT U.S. DIST. CT. 3:04-CV-00089

**1,637.** **DIRECTV INC V. MACDONALD**
January 20, 2004 CT U.S. DIST. CT. 3:04-CV-00088

**1,638.** **DIRECTV INC V. THOMPSON**
January 20, 2004 CT U.S. DIST. CT. 3:04-CV-00090

**1,639.** **DIRECTV, INC. V. LONG**
January 20, 2004 NY U.S. DIST. CT., EAST 1:04-CV-00246

**1,640.** **DIRECTV INC V. AGUILLARD**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00155

**1,641.** **DIRECTV INC V. BROUSSARD**
January 16, 2004 LA U.S. DIST. CT., WEST 04-CV-00183

**1,642.** **DIRECTV INC V. BROUSSARD**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00182

**1,643.** **DIRECTV INC V. BROUSSARD**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00184

**1,644.** **DIRECTV INC V. BROUSSARD**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00157

**1,645.** **DIRECTV INC V. CAIN**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00158

**1,646.** **DIRECTV INC V. CHATMAN**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00186

**1,647.** **DIRECTV INC V. COMEAUX, ET AL**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00179

**1,648.** **DIRECTV INC V. DEJEAN**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00171

**1,649.** **DIRECTV INC V. DELCAMBRE**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00181

**1,650.** **DIRECTV INC V. FRITH**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00187

**1,651. DIRECTV INC V. GALLOWAY**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00160

**1,652. DIRECTV INC V. HO**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00177

**1,653. DIRECTV INC V. ISTRE**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00172

**1,654. DIRECTV INC V. JENSEN**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00173

**1,655. DIRECTV INC V. JONES**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00161

**1,656. DIRECTV INC V. KLEINMAN**
January 16, 2004 LA U.S. DIST. CT., WEST 3:04-CV-00121

**1,657. DIRECTV INC V. LEON**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00162

**1,658. DIRECTV INC V. LOUGON**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00163

**1,659. DIRECTV INC V. MELTON**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00164

**1,660. DIRECTV INC V. MILLER**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00165

**1,661. DIRECTV INC V. ODOM**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00174

**1,662. DIRECTV INC V. PARRA**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00154

**1,663. DIRECTV INC V. PRIDGEN**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00175

**1,664. DIRECTV INC V. REED**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00166

**1,665.** **DIRECTV INC V. RIBARDI**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00176


**1,666.** **DIRECTV INC V. ROMERO**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00167


**1,667.** **DIRECTV INC V. SHEPHERD**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00168


**1,668.** **DIRECTV INC V. SONNIER**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00169


**1,669.** **DIRECTV INC V. SUIRE**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00180


**1,670.** **DIRECTV INC V. THIBODEAUX**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00170


**1,671.** **DIRECTV INC V. THOMPSON**
January 16, 2004 LA U.S. DIST. CT., WEST 2:04-CV-00188


**1,672.** **DIRECTV INC V. TILLMAN**
January 16, 2004 LA U.S. DIST. CT., WEST 2:04-CV-00151


**1,673.** **DIRECTV INC V. VIDRINE**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00189


**1,674.** **DIRECTV INC, ET AL V. CAMBRE**
January 16, 2004 LA U.S. DIST. CT., WEST 6:04-CV-00153


**1,675.** **DIRECTV, INC V. PICCIRILLO**
January 12, 2004 CT U.S. DIST. CT. 3:04-CV-00042


**1,676.** **DIRECTV, INC. V. LEE, ET AL**
January 09, 2004 MS U.S. DIST. CT., NORTH 1:04-CV-00008


**1,677.** **DIRECTV INC V. MURPHY**
January 08, 2004 IN U.S. DIST. CT., NORTH 2:04-CV-00010


**1,678.** **DIRECTV INC V. POPKO**
January 08, 2004 IN U.S. DIST. CT., NORTH 2:04-CV-00013

**1,679.** **DIRECTV INC V. PRICE**
January 08, 2004 IN U.S. DIST. CT., NORTH 3:04-CV-00022

**1,680.** **DIRECTV INC V. LUCAS**
January 07, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00003

**1,681.** **DIRECTV INC V. MANCINI**
January 07, 2004 OH U.S. DIST. CT., SOUTH 2:04-CV-00004

**1,682.** **DIRECTV INC V. SCHMIDT**
January 02, 2004 IL U.S. DIST. CT., NORTH 1:04-CV-00005

**1,683.** **DIRECTV INC V. PHELTS**
December 31, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01243

**1,684.** **DIRECTV, INC. V. YIP**
December 31, 2003 NY U.S. DIST. CT., EAST 1:03-CV-06535

**1,685.** **DIRECTV INC V. ANSEL**
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01259

**1,686.** **DIRECTV INC V. CAMILLO**
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01260

**1,687.** **DIRECTV INC V. CARTER**
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01238

**1,688.** **DIRECTV INC V. CHRIS HAZARD**
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01250

**1,689.** **DIRECTV INC V. CLARK**
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01239

**1,690.** **DIRECTV INC V. COCKRELL**
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01240

**1,691.** **DIRECTV INC V. COOK**
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01261

**1,692.** **DIRECTV INC V. CURTISS SMITH**
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01245

**1,693.** DIRECTV INC V. DAN ROSS
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01255

**1,694.** DIRECTV INC V. DAVE DE LA SERDA
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01247

**1,695.** DIRECTV INC V. DAVIS
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01262

**1,696.** DIRECTV INC V. DON GREENWALT
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01249

**1,697.** DIRECTV INC V. EAST
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01263

**1,698.** DIRECTV INC V. ENDICOTT
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01264

**1,699.** DIRECTV INC V. GARY HILES
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01251

**1,700.** DIRECTV INC V. JEFF CURTIS
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01246

**1,701.** DIRECTV INC V. JEFF TOPPINS
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01257

**1,702.** DIRECTV INC V. KEVIN SILER
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01256

**1,703.** DIRECTV INC V. LARRY EVANS
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01248

**1,704.** DIRECTV INC V. MACKINTOSH
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01265

**1,705.** DIRECTV INC V. MCADOO
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01241

**1,706.** DIRECTV INC V. MICHAEL ROGERS
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01254

**1,707. DIRECTV INC V. NIEL WHITE**
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01258

**1,708. DIRECTV INC V. PEYTON**
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01242

**1,709. DIRECTV INC V. PRICE**
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01244

**1,710. DIRECTV INC V. ROTH**
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01266

**1,711. DIRECTV INC V. SIMONS**
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01235

**1,712. DIRECTV INC V. SNYDER**
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01236

**1,713. DIRECTV INC V. WHEELER**
December 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01237

**1,714. DIRECTV INC V. SIAVELLIS**
December 24, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09328

**1,715. DIRECTV, INC V. CANCIENNE**
December 24, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01052

**1,716. DIRECTV, INC V. DAVIS**
December 24, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01047

**1,717. DIRECTV, INC V. DORSEY**
December 24, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01051

**1,718. DIRECTV, INC V. GRIFFITH**
December 24, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01048

**1,719. DIRECTV, INC V. HOANG**
December 24, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01049

**1,720. DIRECTV, INC V. MORRIS**
December 24, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01050

**1,721. DIRECTV, INC. V. ANTOUN**
December 23, 2003 PA U.S. DIST. CT., MID. 3:03-CV-02360

**1,722. DIRECTV, INC. V. ORLOWSKI**
December 23, 2003 PA U.S. DIST. CT., MID. 3:03-CV-02359

**1,723. DIRECTV, INC. V. ROGAN**
December 23, 2003 PA U.S. DIST. CT., MID. 3:03-CV-02346

**1,724. DIRECTV, INC. V. ROSE**
December 23, 2003 PA U.S. DIST. CT., MID. 3:03-CV-02358

**1,725. DIRECTV INC V. BROOKS POOL**
December 22, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01217

**1,726. DIRECTV INC V. BROUGHTON**
December 22, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01212

**1,727. DIRECTV INC V. DARRELL CREMEANS**
December 22, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01219

**1,728. DIRECTV INC V. DAVID O HUNT**
December 22, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01215

**1,729. DIRECTV INC V. DEAN PICKETT**
December 22, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01216

**1,730. DIRECTV INC V. GARY RAZOR**
December 22, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01223

**1,731. DIRECTV INC V. JOE RUSSELL**
December 22, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01224

**1,732. DIRECTV INC V. MARK LIND**
December 22, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01222

**1,733. DIRECTV INC V. MICHAEL J DORION**
December 22, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01213

**1,734. DIRECTV INC V. RANDY HATFIELD**
December 22, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01218

**1,735. DIRECTV INC V. RICHARD HAINES**
December 22, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01221


**1,736. DIRECTV INC V. THERESA FORESTER**
December 22, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01220


**1,737. DIRECTV INC V. TIM HUMPHREY**
December 22, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01214


**1,738. DIRECTV, INC. V. ANTOUN**
December 22, 2003 PA U.S. DIST. CT., MID. 3:03-CV-02350


**1,739. DIRECTV, INC. V. GREEN**
December 22, 2003 PA U.S. DIST. CT., MID. 3:03-CV-02347


**1,740. DIRECTV, INC. V. HOFFMASTER**
December 22, 2003 PA U.S. DIST. CT., MID. 3:03-CV-02353


**1,741. DIRECTV, INC. V. HOLL**
December 22, 2003 PA U.S. DIST. CT., MID. 3:03-CV-02351


**1,742. DIRECTV, INC. V. IMAM**
December 22, 2003 PA U.S. DIST. CT., MID. 3:03-CV-02348


**1,743. DIRECTV, INC. V. PANZARELLA**
December 22, 2003 PA U.S. DIST. CT., MID. 3:03-CV-02349


**1,744. DIRECTV INC V. ELLER**
December 19, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09160


**1,745. DIRECTV INC V. GILFILLAN**
December 19, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09165


**1,746. DIRECTV INC V. THOMPSON**
December 19, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09162


**1,747. DIRECTV INC V. ZIZMINSKIENE**
December 19, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09167


**1,748. DIRECTV INC V. ZIZMINSKIENE**
December 19, 2003 IL U.S. DIST. CT., NORTH 03-CV-09167

**1,749.** DIRECTV V. ZACEK
December 19, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09166

**1,750.** DIRECTV, INC V. FOSTER
December 19, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09161

**1,751.** DIRECTV, INC V. HOOD
December 19, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09163

**1,752.** DIRECTV, INC V. ADAMS
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00977

**1,753.** DIRECTV, INC V. AKIN
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00966

**1,754.** DIRECTV, INC V. BACHALEDA
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01003

**1,755.** DIRECTV, INC V. BAKER
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01023

**1,756.** DIRECTV, INC V. BEARDEN
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00985

**1,757.** DIRECTV, INC V. BENNETT
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00982

**1,758.** DIRECTV, INC V. BLADES
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01002

**1,759.** DIRECTV, INC V. BOND
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00967

**1,760.** DIRECTV, INC V. BOYKIN
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01008

**1,761.** DIRECTV, INC V. BRAUD
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00978

**1,762.** DIRECTV, INC V. BROOKS
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00968

**1,763. DIRECTV, INC V. BROWN**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00979

**1,764. DIRECTV, INC V. BROWN**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00969

**1,765. DIRECTV, INC V. BURKETTE**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00999

**1,766. DIRECTV, INC V. CALMES**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00986

**1,767. DIRECTV, INC V. CANGIOLOSI**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01004

**1,768. DIRECTV, INC V. CLAYTON**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00962

**1,769. DIRECTV, INC V. COLEMAN**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01000

**1,770. DIRECTV, INC V. COOPER**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01025

**1,771. DIRECTV, INC V. COOPER, ET AL**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00980

**1,772. DIRECTV, INC V. COWART**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01018

**1,773. DIRECTV, INC V. DELATTE**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01005

**1,774. DIRECTV, INC V. DENNIS**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01006

**1,775. DIRECTV, INC V. DIXON**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01001

**1,776. DIRECTV, INC V. DUBIS**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00984

**1,777. DIRECTV, INC V. DUGAS**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00970

**1,778. DIRECTV, INC V. ERWIN, ET AL**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00972

**1,779. DIRECTV, INC V. FAYARD**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01028

**1,780. DIRECTV, INC V. FORMBY**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00975

**1,781. DIRECTV, INC V. GENOLA**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00983

**1,782. DIRECTV, INC V. GOMEZ**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00973

**1,783. DIRECTV, INC V. GRAVES**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00974

**1,784. DIRECTV, INC V. GREGOIRE**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00971

**1,785. DIRECTV, INC V. GROS**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01013

**1,786. DIRECTV, INC V. GUILLORY**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00981

**1,787. DIRECTV, INC V. HENDERSON**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01012

**1,788. DIRECTV, INC V. HUE**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01019

**1,789. DIRECTV, INC V. HUGHES**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01011

**1,790. DIRECTV, INC V. JONES**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01010

**1,791. DIRECTV, INC V. JOSHUA**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01027

**1,792. DIRECTV, INC V. KOGEL**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01007

**1,793. DIRECTV, INC V. LABAT**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01022

**1,794. DIRECTV, INC V. LEONARD**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01021

**1,795. DIRECTV, INC V. LIOTTA**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00987

**1,796. DIRECTV, INC V. LONGMIRE**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00988

**1,797. DIRECTV, INC V. MARANTO**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00976

**1,798. DIRECTV, INC V. MCCARROLL**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00989

**1,799. DIRECTV, INC V. MCRAE**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00990

**1,800. DIRECTV, INC V. MERTZ**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00991

**1,801. DIRECTV, INC V. MOYAL**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01009

**1,802. DIRECTV, INC V. MULLER**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01014

**1,803. DIRECTV, INC V. PAYNES**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01015

**1,804. DIRECTV, INC V. ROBERTS**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01016

**1,805. DIRECTV, INC V. ROBERTSON**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00998

**1,806. DIRECTV, INC V. RYAN**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01017

**1,807. DIRECTV, INC V. SANDOZ**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01026

**1,808. DIRECTV, INC V. SCHAEFFER**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01024

**1,809. DIRECTV, INC V. SHEAN**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00963

**1,810. DIRECTV, INC V. SLAMAN**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00965

**1,811. DIRECTV, INC V. THOMAS**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-01020

**1,812. DIRECTV, INC V. THOMPSON**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00992

**1,813. DIRECTV, INC V. VESTAL**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00993

**1,814. DIRECTV, INC V. WALZ**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00994

**1,815. DIRECTV, INC V. WHITMAN**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00995

**1,816. DIRECTV, INC V. WILLIS**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00996

**1,817. DIRECTV, INC V. WOODS**
December 18, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00964

**1,818. DIRECTV INC V. BUSBY**
December 17, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01184

**1,819.** DIRECTV INC V. DALE
December 17, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50552


**1,820.** DIRECTV INC V. JOHNSON
December 17, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09104


**1,821.** DIRECTV INC V. KWOSEK
December 17, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50551


**1,822.** DIRECTV INC V. MIENSMA
December 17, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50549


**1,823.** DIRECTV INC V. MUNSON
December 17, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50550


**1,824.** DIRECTV INC V. NELSON
December 17, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50554


**1,825.** DIRECTV INC V. OFTEDAHL
December 17, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50555


**1,826.** DIRECTV INC V. RABELER
December 17, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09105


**1,827.** DIRECTV INC V. SHAHAN
December 17, 2003 TX U.S. DIST. CT., NORTH 2:03-CV-00426


**1,828.** DIRECTV INC V. TERMINI
December 17, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09107


**1,829.** DIRECTV INC V. TRUJILLO
December 17, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09106


**1,830.** DIRECTV INC V. WYSONG
December 17, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50553


**1,831.** DIRECTV INC V. ADAMS
December 16, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09053


**1,832.** DIRECTV INC V. ADAMS
December 16, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09054

**1,833. DIRECTV INC V. ADAMS**
December 16, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09045

**1,834. DIRECTV INC V. ALEJO**
December 16, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09052

**1,835. DIRECTV INC V. AMARO**
December 16, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09050

**1,836. DIRECTV INC V. ARIAZ**
December 16, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09046

**1,837. DIRECTV INC V. BARTOLOME**
December 16, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09044

**1,838. DIRECTV INC V. BYRON, ET AL**
December 16, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09049

**1,839. DIRECTV INC V. CLEMENS, ET AL**
December 16, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09057

**1,840. DIRECTV INC V. COLLINS**
December 16, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09056

**1,841. DIRECTV INC V. HANKINS**
December 16, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09039

**1,842. DIRECTV INC V. HANNIGAN**
December 16, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09040

**1,843. DIRECTV INC V. HEIL**
December 16, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09042

**1,844. DIRECTV, INC V. HART**
December 16, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-09041

**1,845. DIRECTV, INC. V. CORONA**
December 16, 2003 TX U.S. DIST. CT., SOUTH 5:03-CV-00208

**1,846. DIRECTV, INC. V. ROSENBAUM**
December 12, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01977

**1,847. DIRECTV INC V. BERTRAND**
December 11, 2003 LA U.S. DIST. CT., WEST 03-CV-02264

**1,848. DIRECTV INC V. BOCKMON**
December 11, 2003 TX U.S. DIST. CT., EAST 03-CV-00445

**1,849. DIRECTV INC V. COFFMAN**
December 11, 2003 TX U.S. DIST. CT., NORTH 03-CV-02955

**1,850. DIRECTV INC V. COURTNEY**
December 11, 2003 TX U.S. DIST. CT., SOUTH 03-CV-05664

**1,851. DIRECTV INC V. DUPLECHAIN**
December 11, 2003 LA U.S. DIST. CT., WEST 03-CV-02271

**1,852. DIRECTV INC V. DY**
December 11, 2003 AZ U.S. DIST. CT. 03-CV-02450

**1,853. DIRECTV INC V. ELLEDGE**
December 11, 2003 NC U.S. DIST. CT., WEST 03-CV-00163

**1,854. DIRECTV INC V. FAULKENBERRY**
December 11, 2003 SC U.S. DIST. CT. 03-CV-03901

**1,855. DIRECTV INC V. FIGUEROA**
December 11, 2003 AZ U.S. DIST. CT. 03-CV-00618

**1,856. DIRECTV INC V. IVESTER**
December 11, 2003 NC U.S. DIST. CT., WEST 03-CV-00304

**1,857. DIRECTV INC V. JACKSON**
December 11, 2003 NC U.S. DIST. CT., WEST 03-CV-00303

**1,858. DIRECTV INC V. JAHN**
December 11, 2003 SC U.S. DIST. CT. 8:03-CV-03899

**1,859. DIRECTV INC V. JOHNSON**
December 11, 2003 SC U.S. DIST. CT. 03-CV-03898

**1,860. DIRECTV INC V. KEEN**
December 11, 2003 TX U.S. DIST. CT., NORTH 03-CV-00314

**1,861.** **DIRECTV INC V. KELLEY**
December 11, 2003 SC U.S. DIST. CT. 03-CV-03900

**1,862.** **DIRECTV INC V. LACOUR**
December 11, 2003 LA U.S. DIST. CT., WEST 03-CV-02270

**1,863.** **DIRECTV INC V. LEMON**
December 11, 2003 NC U.S. DIST. CT., WEST 03-CV-00165

**1,864.** **DIRECTV INC V. MARTINEZ**
December 11, 2003 TX U.S. DIST. CT., SOUTH 03-CV-05665

**1,865.** **DIRECTV INC V. PRUDHOMME**
December 11, 2003 LA U.S. DIST. CT., WEST 6:03-CV-02266

**1,866.** **DIRECTV INC V. RECTOR**
December 11, 2003 NC U.S. DIST. CT., WEST 03-CV-00164

**1,867.** **DIRECTV INC V. RYANT**
December 11, 2003 SC U.S. DIST. CT. 03-CV-03902

**1,868.** **DIRECTV INC V. SANDERS**
December 11, 2003 SC U.S. DIST. CT. 03-CV-03903

**1,869.** **DIRECTV INC V. SMITH**
December 11, 2003 TX U.S. DIST. CT., EAST 03-CV-00257

**1,870.** **DIRECTV, INC. V. AARON**
December 11, 2003 NC U.S. DIST. CT., MID. 1:03-CV-01175

**1,871.** **DIRECTV, INC. V. BREWER**
December 11, 2003 NC U.S. DIST. CT., MID. 1:03-CV-01173

**1,872.** **DIRECTV, INC. V. BUTTS**
December 11, 2003 NC U.S. DIST. CT., EAST 5:03-CV-00933

**1,873.** **DIRECTV, INC. V. COOK**
December 11, 2003 NC U.S. DIST. CT., MID. 1:03-CV-01172

**1,874.** **DIRECTV, INC. V. DEARING**
December 11, 2003 NC U.S. DIST. CT., EAST 03-CV-00932

**1,875.** DIRECTV, INC. V. ELKS
December 11, 2003 NC U.S. DIST. CT., EAST 5:03-CV-00930

**1,876.** DIRECTV, INC. V. JONES
December 11, 2003 NC U.S. DIST. CT., EAST 4:03-CV-00196

**1,877.** DIRECTV, INC. V. LEE
December 11, 2003 NC U.S. DIST. CT., EAST 5:03-CV-00935

**1,878.** DIRECTV, INC. V. LOTT
December 11, 2003 NC U.S. DIST. CT., EAST 03-CV-00934

**1,879.** DIRECTV, INC. V. MCALISTER ET AL
December 11, 2003 MO U.S. DIST. CT., WEST 03-CV-05142

**1,880.** DIRECTV, INC. V. MCALLISTER
December 11, 2003 WV U.S. DIST. CT., SOUTH 03-CV-02429

**1,881.** DIRECTV, INC. V. MCCLOUD
December 11, 2003 NC U.S. DIST. CT., MID. 1:03-CV-01177

**1,882.** DIRECTV, INC. V. MEECE
December 11, 2003 NC U.S. DIST. CT., EAST 5:03-CV-00928

**1,883.** DIRECTV, INC. V. MUSSELWHITE
December 11, 2003 NC U.S. DIST. CT., EAST 7:03-CV-00231

**1,884.** DIRECTV, INC. V. PARKS
December 11, 2003 NC U.S. DIST. CT., MID. 1:03-CV-01174

**1,885.** DIRECTV, INC. V. QUINN
December 11, 2003 NC U.S. DIST. CT., EAST 7:03-CV-00229

**1,886.** DIRECTV, INC. V. REID
December 11, 2003 NC U.S. DIST. CT., EAST 5:03-CV-00931

**1,887.** DIRECTV, INC. V. RODRIGUEZ
December 11, 2003 TX U.S. DIST. CT., NORTH 03-CV-01447

**1,888.** DIRECTV, INC. V. STUBER
December 11, 2003 NC U.S. DIST. CT., EAST 03-CV-00929

**1,889. DIRECTV, INC. V. VAUGHN ET AL**
December 11, 2003 MO U.S. DIST. CT., EAST 03-CV-01783

**1,890. DIRECTV, INC. V. WILLIAMSON**
December 11, 2003 NC U.S. DIST. CT., EAST 4:03-CV-00194

**1,891. DIRECTV INC V. DUCKWORTH**
December 10, 2003 AR U.S. DIST. CT., EAST 03-CV-00465

**1,892. DIRECTV INC V. SULLINS**
December 10, 2003 TX U.S. DIST. CT., EAST 03-CV-00540

**1,893. DIRECTV, INC. V. BAER**
December 10, 2003 WV U.S. DIST. CT., SOUTH 2:03-CV-02425

**1,894. DIRECTV, INC. V. CHRISTOPHER**
December 10, 2003 TX U.S. DIST. CT., EAST 6:03-CV-00539

**1,895. DIRECTV, INC. V. FAVERO**
December 10, 2003 TX U.S. DIST. CT., WEST 03-CV-00111

**1,896. DIRECTV, INC. V. GULOTTA**
December 10, 2003 NJ U.S. DIST. CT. 03-CV-05874

**1,897. DIRECTV, INC. V. GUTIERREZ**
December 10, 2003 NJ U.S. DIST. CT. 03-CV-05875

**1,898. DIRECTV, INC. V. HARADER**
December 10, 2003 WV U.S. DIST. CT., SOUTH 03-CV-02426

**1,899. DIRECTV, INC. V. HAYS**
December 10, 2003 TX U.S. DIST. CT., EAST 03-CV-00538

**1,900. DIRECTV, INC. V. HENDERSON**
December 10, 2003 IL U.S. DIST. CT., CENT. 03-CV-03279

**1,901. DIRECTV, INC. V. HORWITZ**
December 10, 2003 PA U.S. DIST. CT., EAST 03-CV-06652

**1,902. DIRECTV, INC. V. HUFSTEDLER**
December 10, 2003 TX U.S. DIST. CT., WEST 03-CV-00411

**1,903. DIRECTV, INC. V. MEDDINGS**
December 10, 2003 WV U.S. DIST. CT., SOUTH 03-CV-02427


**1,904. DIRECTV, INC. V. RODRIGUEZ**
December 10, 2003 TX U.S. DIST. CT., SOUTH 03-CV-00399


**1,905. DIRECTV, INC. V. SALCIDO**
December 10, 2003 TX U.S. DIST. CT., WEST 03-CV-00129


**1,906. DIRECTV, INC. V. TORRES**
December 10, 2003 TX U.S. DIST. CT., SOUTH 03-CV-00398


**1,907. DIRECTV, INC. V. WHITE**
December 10, 2003 TX U.S. DIST. CT., WEST 03-CV-00410


**1,908. DIRECTV, INC. V. BAIAMONTE**
December 09, 2003 PA U.S. DIST. CT., MID. 03-CV-02244


**1,909. DIRECTV, INC. V. NORTON**
December 09, 2003 PA U.S. DIST. CT., MID. 3:03-CV-02243


**1,910. DIRECTV, INC. V. RAYNOR**
December 09, 2003 NC U.S. DIST. CT., EAST 7:03-CV-00225


**1,911. DIRECTV, INC. V. SELACIA**
December 09, 2003 PA U.S. DIST. CT., MID. 3:03-CV-02240


**1,912. DIRECTV, INC. V. SORIA**
December 09, 2003 TX U.S. DIST. CT., WEST 03-CV-00504


**1,913. DIRECTV, INC. V. SUPECK**
December 09, 2003 PA U.S. DIST. CT., MID. 03-CV-02242


**1,914. DIRECTV, INC. V. VANCHURE**
December 09, 2003 PA U.S. DIST. CT., MID. 03-CV-02241


**1,915. DIRECTV INC V. MAX CHENOWETH**
December 08, 2003 OH U.S. DIST. CT., SOUTH 03-CV-01139


**1,916. DIRECTV, INC V. ARCHIE**
December 08, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01908

**1,917. DIRECTV, INC V. BATES**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01915

**1,918. DIRECTV, INC V. BOWLIN**
December 08, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01902

**1,919. DIRECTV, INC V. BROWN**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01903

**1,920. DIRECTV, INC V. CARENDER**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01911

**1,921. DIRECTV, INC V. COWAN**
December 08, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01912

**1,922. DIRECTV, INC V. CZOER**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01901

**1,923. DIRECTV, INC V. DAGUE**
December 08, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01904

**1,924. DIRECTV, INC V. ENGLAND**
December 08, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01916

**1,925. DIRECTV, INC V. FARMER**
December 08, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01931

**1,926. DIRECTV, INC V. GRANNAN**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01905

**1,927. DIRECTV, INC V. GREGORY**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01920

**1,928. DIRECTV, INC V. GREGORY**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01919

**1,929. DIRECTV, INC V. GUSTHALL**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01927

**1,930. DIRECTV, INC V. JACKSON**
December 08, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01933

**1,931.** **DIRECTV, INC V. KING**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01906

**1,932.** **DIRECTV, INC V. LEWIS**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01899

**1,933.** **DIRECTV, INC V. LOSIER**
December 08, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01914

**1,934.** **DIRECTV, INC V. MICHAEL**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01928

**1,935.** **DIRECTV, INC V. MIKESELL**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01910

**1,936.** **DIRECTV, INC V. MIKESELL**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01909

**1,937.** **DIRECTV, INC V. NOIROT**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01917

**1,938.** **DIRECTV, INC V. PARKS**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01900

**1,939.** **DIRECTV, INC V. SINGLETON**
December 08, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01907

**1,940.** **DIRECTV, INC V. STRATMAN**
December 08, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01932

**1,941.** **DIRECTV, INC V. WINEMILLER**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01913

**1,942.** **DIRECTV, INC. V. ADAMS**
December 08, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01921

**1,943.** **DIRECTV, INC. V. ATKINS**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01922

**1,944.** **DIRECTV, INC. V. BROWN**
December 08, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01941

**1,945. DIRECTV, INC. V. CONGDON**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01943

**1,946. DIRECTV, INC. V. CRANMER**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01926

**1,947. DIRECTV, INC. V. FLYNN**
December 08, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01940

**1,948. DIRECTV, INC. V. GORHAM**
December 08, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01935

**1,949. DIRECTV, INC. V. GREENE**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01923

**1,950. DIRECTV, INC. V. HARPER**
December 08, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01939

**1,951. DIRECTV, INC. V. HODGE**
December 08, 2003 GA U.S. DIST. CT., MID. 03-CV-00180

**1,952. DIRECTV, INC. V. HOLLOWAY**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01945

**1,953. DIRECTV, INC. V. KNIGHT**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01937

**1,954. DIRECTV, INC. V. LASWELL**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01925

**1,955. DIRECTV, INC. V. MOUZON**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01924

**1,956. DIRECTV, INC. V. MULENGA**
December 08, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01938

**1,957. DIRECTV, INC. V. NICHOLAS**
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01944

**1,958. DIRECTV, INC. V. POWELL**
December 08, 2003 GA U.S. DIST. CT., MID. 03-CV-00181

**1,959.** DIRECTV, INC. V. TURPEN
December 08, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01936

**1,960.** DIRECTV, INC. V. WILL
December 08, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01946

**1,961.** DIRECTV INC V. BLASEN
December 05, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40145

**1,962.** DIRECTV INC V. PINA
December 05, 2003 IL U.S. DIST. CT., NORTH 03-CV-08800

**1,963.** DIRECTV INC V. SHAY
December 05, 2003 IL U.S. DIST. CT., NORTH 03-CV-08799

**1,964.** DIRECTV INC V. SPUNG
December 05, 2003 IL U.S. DIST. CT., NORTH 03-CV-08801

**1,965.** DIRECTV INC V. STENGER
December 05, 2003 IL U.S. DIST. CT., NORTH 03-CV-08798

**1,966.** DIRECTV INCORPORATED V. LARRY KEY, ET AL
December 05, 2003 U.S. CT. OF APP., 4TH CIR. 03-2434

**1,967.** DIRECTV V. WEILAND
December 05, 2003 IL U.S. DIST. CT., NORTH 03-CV-08797

**1,968.** DIRECTV, INC V. AMICK
December 05, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01834

**1,969.** DIRECTV, INC V. BARRETT
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01833

**1,970.** DIRECTV, INC V. BURTON
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01855

**1,971.** DIRECTV, INC V. CARLISLE
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01847

**1,972.** DIRECTV, INC V. DAVIS
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01887

**1,973.** DIRECTV, INC V. DICKISON
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01849


**1,974.** DIRECTV, INC V. DIETERMAN
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01883


**1,975.** DIRECTV, INC V. DIPILLA
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01885


**1,976.** DIRECTV, INC V. DORTCH
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01886


**1,977.** DIRECTV, INC V. ELY
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01890


**1,978.** DIRECTV, INC V. EWERS
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01888


**1,979.** DIRECTV, INC V. HIGGS
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01839


**1,980.** DIRECTV, INC V. JOHNSON
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01841


**1,981.** DIRECTV, INC V. JOHNSON
December 05, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01850


**1,982.** DIRECTV, INC V. JONES
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01871


**1,983.** DIRECTV, INC V. KALTENBACHER
December 05, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01880


**1,984.** DIRECTV, INC V. KIRBY
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01873


**1,985.** DIRECTV, INC V. LOWE
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01892


**1,986.** DIRECTV, INC V. PATEL
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01884

**1,987. DIRECTV, INC V. SCHILLING**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01863

**1,988. DIRECTV, INC V. SEBASTIAN**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01894

**1,989. DIRECTV, INC V. SERING**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01893

**1,990. DIRECTV, INC V. SMITH**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01836

**1,991. DIRECTV, INC V. SMITH**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01869

**1,992. DIRECTV, INC V. SPENCE**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01870

**1,993. DIRECTV, INC V. STEPHENS**
December 05, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01835

**1,994. DIRECTV, INC V. TRINH**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01868

**1,995. DIRECTV, INC V. YOUNG**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01848

**1,996. DIRECTV, INC. V. ASHER**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01843

**1,997. DIRECTV, INC. V. BATT**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01866

**1,998. DIRECTV, INC. V. CAMPBELL**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01851

**1,999. DIRECTV, INC. V. HILLARD**
December 05, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01837

**2,000. DIRECTV, INC. V. HILLENBURG**
December 05, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01838

**2,001. DIRECTV, INC. V. JACKSON**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01840

**2,002. DIRECTV, INC. V. JAMES**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01846

**2,003. DIRECTV, INC. V. JONES**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01853

**2,004. DIRECTV, INC. V. MAHL**
December 05, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01878

**2,005. DIRECTV, INC. V. MAPLE**
December 05, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01875

**2,006. DIRECTV, INC. V. MCCLURE**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01845

**2,007. DIRECTV, INC. V. MCCURDY**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01872

**2,008. DIRECTV, INC. V. MILLER**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01856

**2,009. DIRECTV, INC. V. MOCKBEE**
December 05, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01852

**2,010. DIRECTV, INC. V. PALMETER**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01889

**2,011. DIRECTV, INC. V. RICKEY**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01864

**2,012. DIRECTV, INC. V. ROBERTSON**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01865

**2,013. DIRECTV, INC. V. RYAN**
December 05, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01891

**2,014. DIRECTV, INC. V. STRONG**
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01874

**2,015.** DIRECTV, INC. V. TRUELOVE
December 05, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01876

**2,016.** DIRECTV, INC. V. WAGONER
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01832

**2,017.** DIRECTV, INC. V. WALTERS
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01877

**2,018.** DIRECTV, INC. V. WALTON
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01867

**2,019.** DIRECTV, INC. V. WHITE
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01842

**2,020.** DIRECTV, INC. V. WOODRUFF
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01854

**2,021.** DIRECTV, INC. V. WYNN
December 05, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01844

**2,022.** DIRECTV INC V. TATUM
December 04, 2003 IN U.S. DIST. CT., NORTH 03-CV-00882

**2,023.** DIRECTV INC. V. PATTERSON
December 04, 2003 NM U.S. DIST. CT. 1:03-CV-01393

**2,024.** DIRECTV INC V. BIGARI
December 03, 2003 WI U.S. DIST. CT., EAST 03-CV-01331

**2,025.** DIRECTV INC V. ORSINI
December 03, 2003 OH U.S. DIST. CT., SOUTH 03-CV-01035

**2,026.** DIRECTV INC V. SEAN GILL, ET AL
December 03, 2003 CA U.S. DIST. CT., CENT. 03-CV-01408

**2,027.** DIRECTV INC V. ANOULUC
December 02, 2003 CA U.S. DIST. CT., EAST 03-CV-06732

**2,028.** DIRECTV INC V. CONNIE SPIES, ET AL
December 02, 2003 CA U.S. DIST. CT., CENT. 03-CV-01388

**2,029. DIRECTV INC V. DANNY SOSEBEE, ET AL**
December 02, 2003 CA U.S. DIST. CT., CENT. 03-CV-01726

**2,030. DIRECTV INC V. DEL'OMA**
December 02, 2003 CT U.S. DIST. CT. 03-CV-02074

**2,031. DIRECTV INC V. DJ FORGHANI, ET AL**
December 02, 2003 CA U.S. DIST. CT., CENT. 03-CV-01728

**2,032. DIRECTV INC V. GETCHEL**
December 02, 2003 CT U.S. DIST. CT. 03-CV-02073

**2,033. DIRECTV INC V. JAMES HAYES, ET AL**
December 02, 2003 CA U.S. DIST. CT., CENT. 5:03-CV-01390

**2,034. DIRECTV INC V. JOHN VARNER, ET AL**
December 02, 2003 CA U.S. DIST. CT., CENT. 03-CV-01391

**2,035. DIRECTV INC V. JOSEPH BOISEAU, ET AL**
December 02, 2003 CA U.S. DIST. CT., CENT. 03-CV-01725

**2,036. DIRECTV INC V. RICHARD UPSHAW, ET AL**
December 02, 2003 CA U.S. DIST. CT., CENT. 03-CV-01395

**2,037. DIRECTV INC V. ROUT BAYARD, ET AL**
December 02, 2003 CA U.S. DIST. CT., CENT. 03-CV-01393

**2,038. DIRECTV INC V. WAYNE STEVENS, ET AL**
December 02, 2003 CA U.S. DIST. CT., CENT. 03-CV-01394

**2,039. DIRECTV, INC. V. CARLSON**
December 02, 2003 ID U.S. DIST. CT. 03-CV-00520

**2,040. DIRECTV, INC. V. GARCIA**
December 02, 2003 TX U.S. DIST. CT., SOUTH 03-CV-00514

**2,041. DIRECTV INC V. ADAMS**
December 01, 2003 CA U.S. DIST. CT., EAST 03-CV-02490

**2,042. DIRECTV INC V. ALAMO**
December 01, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01360

**2,043. DIRECTV INC V. BAINBRIDGE**
December 01, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01347

**2,044. DIRECTV INC V. BARRICELLO, ET AL**
December 01, 2003 NC U.S. DIST. CT., WEST 03-CV-00153

**2,045. DIRECTV INC V. BATES**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01314

**2,046. DIRECTV INC V. BAUER**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01346

**2,047. DIRECTV INC V. BEASON**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01316

**2,048. DIRECTV INC V. BENGSTON**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01325

**2,049. DIRECTV INC V. BENSON, ET AL**
December 01, 2003 CA U.S. DIST. CT., EAST 03-CV-02492

**2,050. DIRECTV INC V. BEST, ET AL**
December 01, 2003 CA U.S. DIST. CT., EAST 03-CV-02491

**2,051. DIRECTV INC V. BETTHAUSER**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01368

**2,052. DIRECTV INC V. BLAIR, ET AL**
December 01, 2003 NC U.S. DIST. CT., WEST 03-CV-00576

**2,053. DIRECTV INC V. BLOHM**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01333

**2,054. DIRECTV INC V. BOHMAN**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01359

**2,055. DIRECTV INC V. BOSWELL**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01349

**2,056. DIRECTV INC V. BRANTON**
December 01, 2003 NC U.S. DIST. CT., WEST 03-CV-00157

**2,057. DIRECTV INC V. BRAUN, ET AL**
December 01, 2003 CA U.S. DIST. CT., EAST 03-CV-06721

**2,058. DIRECTV INC V. BRUECHERT**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01342

**2,059. DIRECTV INC V. BULMAN, ET AL**
December 01, 2003 CA U.S. DIST. CT., EAST 03-CV-02489

**2,060. DIRECTV INC V. CATT**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01372

**2,061. DIRECTV INC V. CHEN**
December 01, 2003 TX U.S. DIST. CT., NORTH 03-CV-01413

**2,062. DIRECTV INC V. CONWAY, ET AL**
December 01, 2003 CA U.S. DIST. CT., EAST 03-CV-06719

**2,063. DIRECTV INC V. CRUZ**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01364

**2,064. DIRECTV INC V. DARLING, ET AL**
December 01, 2003 CA U.S. DIST. CT., EAST 03-CV-02488

**2,065. DIRECTV INC V. DUMAS**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01319

**2,066. DIRECTV INC V. DYKSTRA**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01366

**2,067. DIRECTV INC V. EDWARDS**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01332

**2,068. DIRECTV INC V. ELIOT, ET AL**
December 01, 2003 CA U.S. DIST. CT., SOUTH 03-CV-02374

**2,069. DIRECTV INC V. ELLIS ET AL**
December 01, 2003 KY U.S. DIST. CT., EAST 03-CV-00263

**2,070. DIRECTV INC V. FARIA, ET AL**
December 01, 2003 CA U.S. DIST. CT., EAST 03-CV-06723

**2,071.** **DIRECTV INC V. FEHRMANN**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01350

**2,072.** **DIRECTV INC V. FRANCISCO MARTINEZ, ET AL**
December 01, 2003 CA U.S. DIST. CT., CENT. 03-CV-08754

**2,073.** **DIRECTV INC V. GARLAND**
December 01, 2003 IN U.S. DIST. CT., NORTH 03-CV-00872

**2,074.** **DIRECTV INC V. GRAUL**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01358

**2,075.** **DIRECTV INC V. HALE, ET AL**
December 01, 2003 NC U.S. DIST. CT., WEST 03-CV-00575

**2,076.** **DIRECTV INC V. HEAD, ET AL**
December 01, 2003 CA U.S. DIST. CT., EAST 03-CV-06722

**2,077.** **DIRECTV INC V. HENSCHEL**
December 01, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01321

**2,078.** **DIRECTV INC V. HETT**
December 01, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01334

**2,079.** **DIRECTV INC V. HUMBERGER**
December 01, 2003 IN U.S. DIST. CT., NORTH 03-CV-00873

**2,080.** **DIRECTV INC V. IORGA, ET AL**
December 01, 2003 CA U.S. DIST. CT., EAST 03-CV-02500

**2,081.** **DIRECTV INC V. JANKA**
December 01, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01371

**2,082.** **DIRECTV INC V. JASON BURNS, ET AL**
December 01, 2003 CA U.S. DIST. CT., CENT. 03-CV-01705

**2,083.** **DIRECTV INC V. JOHN ALLEN, ET AL**
December 01, 2003 CA U.S. DIST. CT., CENT. 03-CV-01701

**2,084.** **DIRECTV INC V. JOHN NICITA, ET AL**
December 01, 2003 CA U.S. DIST. CT., CENT. 03-CV-01707

**2,085.** DIRECTV INC V. KERSTEN
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01330


**2,086.** DIRECTV INC V. KINOWSKI
December 01, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01363


**2,087.** DIRECTV INC V. KINSELLA
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01324


**2,088.** DIRECTV INC V. KOBS
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01341


**2,089.** DIRECTV INC V. KONCZAL
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01361


**2,090.** DIRECTV INC V. KRIMMER
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01367


**2,091.** DIRECTV INC V. KURTZ
December 01, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01315


**2,092.** DIRECTV INC V. LEMENS
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01317


**2,093.** DIRECTV INC V. LILLGE
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01344


**2,094.** DIRECTV INC V. MAHONEY
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01355


**2,095.** DIRECTV INC V. MARCHIANDO
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01320


**2,096.** DIRECTV INC V. MARK SIEGEL, ET AL
December 01, 2003 CA U.S. DIST. CT., CENT. 03-CV-01712


**2,097.** DIRECTV INC V. MARTIN-LAKE
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01323


**2,098.** DIRECTV INC V. MATTHEW COWARD, ET AL
December 01, 2003 CA U.S. DIST. CT., CENT. 03-CV-08750

**2,099. DIRECTV INC V. MATTHEW SIKES, ET AL**
December 01, 2003 CA U.S. DIST. CT., CENT. 03-CV-01706

**2,100. DIRECTV INC V. MCCURRY**
December 01, 2003 NC U.S. DIST. CT., WEST 03-CV-00291

**2,101. DIRECTV INC V. MYERS**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01328

**2,102. DIRECTV INC V. NEDD**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01336

**2,103. DIRECTV INC V. NEILSON, ET AL**
December 01, 2003 NC U.S. DIST. CT., WEST 03-CV-00574

**2,104. DIRECTV INC V. NEWTON, ET AL**
December 01, 2003 NC U.S. DIST. CT., WEST 03-CV-00290

**2,105. DIRECTV INC V. NGUYEN**
December 01, 2003 NC U.S. DIST. CT., WEST 03-CV-00154

**2,106. DIRECTV INC V. NIELSEN**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01369

**2,107. DIRECTV INC V. OUIMETTE**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01337

**2,108. DIRECTV INC V. OUTEN**
December 01, 2003 NC U.S. DIST. CT., WEST 03-CV-00158

**2,109. DIRECTV INC V. PARR, ET AL**
December 01, 2003 TX U.S. DIST. CT., EAST 03-CV-01417

**2,110. DIRECTV INC V. PARSONS**
December 01, 2003 IN U.S. DIST. CT., NORTH 03-CV-00450

**2,111. DIRECTV INC V. PETRUCCI**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01340

**2,112. DIRECTV INC V. PICHE**
December 01, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01352

**2,113.** **DIRECTV INC V. PIPIA**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01357

**2,114.** **DIRECTV INC V. RAMIREZ**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01338

**2,115.** **DIRECTV INC V. RESCH**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01351

**2,116.** **DIRECTV INC V. RUSCH**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01339

**2,117.** **DIRECTV INC V. SCHEIBER**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01335

**2,118.** **DIRECTV INC V. SCHULTZ**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01343

**2,119.** **DIRECTV INC V. SEIFERT**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01353

**2,120.** **DIRECTV INC V. SIMPSON, ET AL**
December 01, 2003 NC U.S. DIST. CT., WEST 03-CV-00573

**2,121.** **DIRECTV INC V. STROMICH**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01370

**2,122.** **DIRECTV INC V. TASCHE**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01318

**2,123.** **DIRECTV INC V. THOMPSON, ET AL**
December 01, 2003 CA U.S. DIST. CT., SOUTH 03-CV-02375

**2,124.** **DIRECTV INC V. TOWNSEND, ET AL**
December 01, 2003 CA U.S. DIST. CT., EAST 03-CV-02501

**2,125.** **DIRECTV INC V. VANDERWIELEN**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01329

**2,126.** **DIRECTV INC V. WALLENDER**
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01322

**2,127.** DIRECTV INC V. WARD
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01365

**2,128.** DIRECTV INC V. WAYNE STAHL, ET AL
December 01, 2003 CA U.S. DIST. CT., CENT. 03-CV-08752

**2,129.** DIRECTV INC V. WEBB
December 01, 2003 NC U.S. DIST. CT., WEST 03-CV-00293

**2,130.** DIRECTV INC V. WEYMER
December 01, 2003 AZ U.S. DIST. CT. 4:03-CV-00593

**2,131.** DIRECTV INC V. WHEELOCK
December 01, 2003 NC U.S. DIST. CT., WEST 03-CV-00292

**2,132.** DIRECTV INC V. WITT
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01348

**2,133.** DIRECTV INC V. ZASKOWSKI
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01345

**2,134.** DIRECTV INC V. ZELASKI, ET AL
December 01, 2003 CA U.S. DIST. CT., EAST 03-CV-06720

**2,135.** DIRECTV INC V. ZINGALE
December 01, 2003 WI U.S. DIST. CT., EAST 03-CV-01356

**2,136.** DIRECTV INC, ET AL V. TRIVETTE
December 01, 2003 NC U.S. DIST. CT., WEST 03-CV-00155

**2,137.** DIRECTV, INC. V. ANTHONY CARRAO
December 01, 2003 U.S. CT. OF APP., 11TH CIR. 03-16092

**2,138.** DIRECTV, INC. V. BAUGH
December 01, 2003 GA U.S. DIST. CT., MID. 03-CV-00403

**2,139.** DIRECTV, INC. V. BLACK
December 01, 2003 GA U.S. DIST. CT., MID. 03-CV-00405

**2,140.** DIRECTV, INC. V. BROWN
December 01, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00221

**2,141.** **DIRECTV, INC. V. DALE E. MILLS, ET AL.**
December 01, 2003 NV U.S. DIST. CT. 3:03-CV-00660

**2,142.** **DIRECTV, INC. V. DELONG**
December 01, 2003 GA U.S. DIST. CT., MID. 03-CV-00066

**2,143.** **DIRECTV, INC. V. FOLEY, ET AL**
December 01, 2003 GA U.S. DIST. CT., SOUTH 03-CV-00243

**2,144.** **DIRECTV, INC. V. GOLDFARB ET AL**
December 01, 2003 MA U.S. DIST. CT. 03-CV-12406

**2,145.** **DIRECTV, INC. V. HANLIN ET AL**
December 01, 2003 MD U.S. DIST. CT. 03-CV-03418

**2,146.** **DIRECTV, INC. V. HENRY GRIFFIN**
December 01, 2003 U.S. CT. OF APP., 11TH CIR. 03-16093

**2,147.** **DIRECTV, INC. V. JAVIER ANDINO**
December 01, 2003 U.S. CT. OF APP., 11TH CIR. 03-16100

**2,148.** **DIRECTV, INC. V. MANN**
December 01, 2003 NY U.S. DIST. CT., EAST 03-CV-06064

**2,149.** **DIRECTV, INC. V. MARCELIN**
December 01, 2003 NY U.S. DIST. CT., EAST 03-CV-06059

**2,150.** **DIRECTV, INC. V. MARTE**
December 01, 2003 NY U.S. DIST. CT., SOUTH 03-CV-09553

**2,151.** **DIRECTV, INC. V. MICHAEL BROWN**
December 01, 2003 U.S. CT. OF APP., 11TH CIR. 03-16094

**2,152.** **DIRECTV, INC. V. PIEDMONTE**
December 01, 2003 NY U.S. DIST. CT., SOUTH 03-CV-09551

**2,153.** **DIRECTV, INC. V. SANTIAGO ET AL**
December 01, 2003 NY U.S. DIST. CT., EAST 03-CV-06065

**2,154.** **DIRECTV, INC. V. SCOTT**
December 01, 2003 GA U.S. DIST. CT., MID. 03-CV-00402

**2,155.** DIRECTV, INC. V. SINGER
December 01, 2003 NY U.S. DIST. CT., EAST 03-CV-06067

**2,156.** DIRECTV, INC. V. TAN
December 01, 2003 NY U.S. DIST. CT., EAST 03-CV-06061

**2,157.** DIRECTV, INC. V. VASQUEZ
December 01, 2003 NY U.S. DIST. CT., SOUTH 03-CV-09552

**2,158.** DIRECTV, INC. V. WILLETTE
December 01, 2003 GA U.S. DIST. CT., MID. 03-CV-00404

**2,159.** DIRECTV, INC., V. ETTINGER
December 01, 2003 NY U.S. DIST. CT., EAST 03-CV-06063

**2,160.** DIRECTV INC V. ANDREW MELTON, ET AL
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08721

**2,161.** DIRECTV INC V. BABAK SAGHAFI, ET AL
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08691

**2,162.** DIRECTV INC V. CHARLES WILLINGHAM, ET AL
November 28, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-08693

**2,163.** DIRECTV INC V. DAVID KING, ET AL
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08695

**2,164.** DIRECTV INC V. DAVID WANG, ET AL
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08692

**2,165.** DIRECTV INC V. DOMINICK CONSOLAZIO, ET AL
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08720

**2,166.** DIRECTV INC V. ERIK SORGATZ, ET AL
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08713

**2,167.** DIRECTV INC V. FRED PADRON, ET AL
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08709

**2,168.** DIRECTV INC V. GEORGE PROUSSALIS, ET AL
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08704

**2,169. DIRECTV INC V. JANET SIM, ET AL**
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08723

**2,170. DIRECTV INC V. JOSE DELUNA, ET AL**
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08698

**2,171. DIRECTV INC V. JYSON BAID, ET AL**
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08715

**2,172. DIRECTV INC V. KEN COOPER, ET AL**
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08718

**2,173. DIRECTV INC V. LARRY CASH, ET AL**
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08724

**2,174. DIRECTV INC V. M NAZIMUDDIN, ET AL**
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08722

**2,175. DIRECTV INC V. RICHARD BRAND, ET AL**
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08686

**2,176. DIRECTV INC V. ROBERT RAMIN, ET AL**
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08699

**2,177. DIRECTV INC V. ROBERT ZURAWIK, ET AL**
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08688

**2,178. DIRECTV INC V. RONALD GREEN, ET AL**
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08710

**2,179. DIRECTV INC V. RUBBY JONGENEELEN, ET AL**
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08702

**2,180. DIRECTV INC V. RUDY CASTILLO, ET AL**
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08714

**2,181. DIRECTV INC V. VANNA EKAPHAN, ET AL**
November 28, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-08666

**2,182. DIRECTV INC V. WILLIAM CUMMING, ET AL**
November 28, 2003 CA U.S. DIST. CT., CENT. 03-CV-08685

**2,183.** DIRECTV, INC. V. AYAN
November 28, 2003 GA U.S. DIST. CT., MID. 03-CV-00110

**2,184.** DIRECTV, INC. V. BARNES, ET AL
November 28, 2003 FL U.S. DIST. CT., SOUTH 03-CV-81097

**2,185.** DIRECTV, INC. V. BATY
November 28, 2003 FL U.S. DIST. CT., MID. 03-CV-02494

**2,186.** DIRECTV, INC. V. CAVANAUGH
November 28, 2003 GA U.S. DIST. CT., MID. 03-CV-00179

**2,187.** DIRECTV, INC. V. GOMES
November 28, 2003 MA U.S. DIST. CT. 03-CV-12407

**2,188.** DIRECTV, INC. V. GREEN
November 28, 2003 PA U.S. DIST. CT., EAST 03-CV-06486

**2,189.** DIRECTV, INC. V. HAMNER, ET AL
November 28, 2003 FL U.S. DIST. CT., MID. 8:03-CV-02491

**2,190.** DIRECTV, INC. V. HODGE
November 28, 2003 GA U.S. DIST. CT., MID. 03-CV-00109

**2,191.** DIRECTV, INC. V. HOOVER
November 28, 2003 PA U.S. DIST. CT., EAST 03-CV-06481

**2,192.** DIRECTV, INC. V. HUSSAIN
November 28, 2003 PA U.S. DIST. CT., EAST 03-CV-06482

**2,193.** DIRECTV, INC. V. KYLES
November 28, 2003 MS U.S. DIST. CT., NORTH 2:03-CV-00378

**2,194.** DIRECTV, INC. V. LOVE, ET AL
November 28, 2003 FL U.S. DIST. CT., SOUTH 03-CV-62137

**2,195.** DIRECTV, INC. V. MONTGOMERY ET AL
November 28, 2003 MO U.S. DIST. CT., WEST 03-CV-01055

**2,196.** DIRECTV, INC. V. MOORE ET AL
November 28, 2003 MO U.S. DIST. CT., WEST 03-CV-01056

**2,197. DIRECTV, INC. V. NORMANDIN**
November 28, 2003 MA U.S. DIST. CT. 03-CV-40270

**2,198. DIRECTV, INC. V. PHELPS, ET AL**
November 28, 2003 FL U.S. DIST. CT., MID. 03-CV-01006

**2,199. DIRECTV, INC. V. POWERS**
November 28, 2003 GA U.S. DIST. CT., MID. 03-CV-00108

**2,200. DIRECTV, INC. V. SEDLACEK**
November 28, 2003 GA U.S. DIST. CT., MID. 03-CV-00107

**2,201. DIRECTV, INC. V. SILOW**
November 28, 2003 PA U.S. DIST. CT., EAST 03-CV-06485

**2,202. DIRECTV, INC. V. SPARKS**
November 28, 2003 MA U.S. DIST. CT. 03-CV-40269

**2,203. DIRECTV, INC. V. STEWART-MAYNER, ET AL**
November 28, 2003 FL U.S. DIST. CT., MID. 03-CV-02492

**2,204. DIRECTV, INC. V. WARREN**
November 28, 2003 MS U.S. DIST. CT., NORTH 4:03-CV-00431

**2,205. DIRECTV, INC. V. WILLIAMS, ET AL**
November 28, 2003 FL U.S. DIST. CT., MID. 03-CV-00423

**2,206. DIRECTV, INC., ET AL V. CULWELL**
November 28, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00219

**2,207. DIRECTV, INC., V. STINFORT, ET AL**
November 28, 2003 FL U.S. DIST. CT., SOUTH 03-CV-81098

**2,208. DIRECTV INC V. ABEL**
November 26, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40137

**2,209. DIRECTV INC V. ADAMS**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08582

**2,210. DIRECTV INC V. ADAMS**
November 26, 2003 WA U.S. DIST. CT., EAST 2:03-CV-00447

**2,211. DIRECTV INC V. ADKINS**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74792

**2,212. DIRECTV INC V. ADRIANO**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-03733

**2,213. DIRECTV INC V. AL-DABABENAH**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08592

**2,214. DIRECTV INC V. ALICEA**
November 26, 2003 CT U.S. DIST. CT. 03-CV-02041

**2,215. DIRECTV INC V. ARABIE**
November 26, 2003 LA U.S. DIST. CT., EAST 2:03-CV-03357

**2,216. DIRECTV INC V. ARLEDGE, ET AL**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02171

**2,217. DIRECTV INC V. AVAKIAN**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74803

**2,218. DIRECTV INC V. BAILEY**
November 26, 2003 CT U.S. DIST. CT. 03-CV-02045

**2,219. DIRECTV INC V. BARNARD**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74812

**2,220. DIRECTV INC V. BARNETT**
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00359

**2,221. DIRECTV INC V. BARTKOWIAK**
November 26, 2003 TX U.S. DIST. CT., SOUTH 03-CV-05440

**2,222. DIRECTV INC V. BASTO, ET AL**
November 26, 2003 CA U.S. DIST. CT., SOUTH 03-CV-02382

**2,223. DIRECTV INC V. BATES**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74770

**2,224. DIRECTV INC V. BATTISTA**
November 26, 2003 IN U.S. DIST. CT., NORTH 03-CV-00870

**2,225. DIRECTV INC V. BELL**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-03739

**2,226. DIRECTV INC V. BELLOW, ET AL**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02167

**2,227. DIRECTV INC V. BEZEMEK**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74773

**2,228. DIRECTV INC V. BIENVENU, ET AL**
November 26, 2003 LA U.S. DIST. CT., EAST 03-CV-03342

**2,229. DIRECTV INC V. BILELLO, ET AL**
November 26, 2003 LA U.S. DIST. CT., EAST 2:03-CV-03353

**2,230. DIRECTV INC V. BISHOP**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74781

**2,231. DIRECTV INC V. BLACKBURN**
November 26, 2003 IL U.S. DIST. CT., SOUTH 3:03-CV-00807

**2,232. DIRECTV INC V. BLACKWELL**
November 26, 2003 IA U.S. DIST. CT., SOUTH 3:03-CV-40134

**2,233. DIRECTV INC V. BLANCHARD**
November 26, 2003 MI U.S. DIST. CT., EAST 1:03-CV-10296

**2,234. DIRECTV INC V. BOSHART**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-01380

**2,235. DIRECTV INC V. BOWSHIER**
November 26, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00430

**2,236. DIRECTV INC V. BOYD ET AL**
November 26, 2003 IN U.S. DIST. CT., NORTH 03-CV-00096

**2,237. DIRECTV INC V. BREAUX, ET AL**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02170

**2,238. DIRECTV INC V. BROOCKS, ET AL**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02184

**2,239. DIRECTV INC V. BROWN**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02174

**2,240. DIRECTV INC V. BROWN**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74813

**2,241. DIRECTV INC V. BRYAN, ET AL**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74766

**2,242. DIRECTV INC V. BUTH**
November 26, 2003 WA U.S. DIST. CT., EAST 2:03-CV-00448

**2,243. DIRECTV INC V. CALDWELL, ET AL**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02161

**2,244. DIRECTV INC V. CALL, ET AL**
November 26, 2003 SC U.S. DIST. CT. 03-CV-03751

**2,245. DIRECTV INC V. CAMARATA**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-05660

**2,246. DIRECTV INC V. CAMPBELL**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74767

**2,247. DIRECTV INC V. CAO, ET AL**
November 26, 2003 CA U.S. DIST. CT., SOUTH 03-CV-02381

**2,248. DIRECTV INC V. CARILL**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74808

**2,249. DIRECTV INC V. CARO, ET AL**
November 26, 2003 LA U.S. DIST. CT., EAST 03-CV-03350

**2,250. DIRECTV INC V. CARRERA**
November 26, 2003 IN U.S. DIST. CT., NORTH 03-CV-00869

**2,251. DIRECTV INC V. CASTONGIA**
November 26, 2003 IL U.S. DIST. CT., CENT. 03-CV-02209

**2,252. DIRECTV INC V. CHA**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74768

**2,253. DIRECTV INC V. CHELIUS**
November 26, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74811


**2,254. DIRECTV INC V. CHOUEST, ET AL**
November 26, 2003 LA U.S. DIST. CT., EAST 03-CV-03340


**2,255. DIRECTV INC V. CLAIR**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-01407


**2,256. DIRECTV INC V. CLAUS**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-00242


**2,257. DIRECTV INC V. COLEY**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74800


**2,258. DIRECTV INC V. COLWELL**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74806


**2,259. DIRECTV INC V. COMBS**
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00259


**2,260. DIRECTV INC V. COOK**
November 26, 2003 CT U.S. DIST. CT. 03-CV-02042


**2,261. DIRECTV INC V. COONS**
November 26, 2003 OH U.S. DIST. CT., SOUTH 03-CV-01099


**2,262. DIRECTV INC V. CRAWFORD ET AL**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-03736


**2,263. DIRECTV INC V. CROOK**
November 26, 2003 IN U.S. DIST. CT., NORTH 03-CV-00868


**2,264. DIRECTV INC V. CYPRIAN SR**
November 26, 2003 IN U.S. DIST. CT., NORTH 4:03-CV-00094


**2,265. DIRECTV INC V. DAVID**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08613


**2,266. DIRECTV INC V. DEASIS**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-00297

**2,267. DIRECTV INC V. DEBATE**
November 26, 2003 LA U.S. DIST. CT., EAST 2:03-CV-03351


**2,268. DIRECTV INC V. DELMORE, ET AL.**
November 26, 2003 NM U.S. DIST. CT. 1:03-CV-01370


**2,269. DIRECTV INC V. DIAZ DEL VALLE, ET AL**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02178


**2,270. DIRECTV INC V. DICHIARRO**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08577


**2,271. DIRECTV INC V. DICKENS**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02183


**2,272. DIRECTV INC V. DILLON**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08578


**2,273. DIRECTV INC V. DOMANGUE, ET AL**
November 26, 2003 LA U.S. DIST. CT., EAST 03-CV-03349


**2,274. DIRECTV INC V. DONNELL**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08579


**2,275. DIRECTV INC V. DRAKE, ET AL**
November 26, 2003 CA U.S. DIST. CT., EAST 03-CV-02466


**2,276. DIRECTV INC V. DUNCAN, ET AL**
November 26, 2003 CA U.S. DIST. CT., SOUTH 03-CV-02380


**2,277. DIRECTV INC V. EDMUNDSON**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01636


**2,278. DIRECTV INC V. ELLIS**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01637


**2,279. DIRECTV INC V. ERNY ET AL**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-03730


**2,280. DIRECTV INC V. ESCAMILLA**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08593

**2,281. DIRECTV INC V. FONTENOT**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02169


**2,282. DIRECTV INC V. FOUTCH ET AL**
November 26, 2003 IN U.S. DIST. CT., NORTH 03-CV-00095


**2,283. DIRECTV INC V. FREEMAN, ET AL**
November 26, 2003 TX U.S. DIST. CT., SOUTH 03-CV-05439


**2,284. DIRECTV INC V. FRUEGER, ET AL**
November 26, 2003 CA U.S. DIST. CT., SOUTH 03-CV-02377


**2,285. DIRECTV INC V. GALLAGHER, ET AL**
November 26, 2003 CA U.S. DIST. CT., EAST 03-CV-02457


**2,286. DIRECTV INC V. GALLO ET AL**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-03734


**2,287. DIRECTV INC V. GARCIA ET AL**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-00243


**2,288. DIRECTV INC V. GARZA**
November 26, 2003 WA U.S. DIST. CT., EAST 2:03-CV-00445


**2,289. DIRECTV INC V. GERARDI**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01626


**2,290. DIRECTV INC V. GILLETTE ET AL**
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00223


**2,291. DIRECTV INC V. GILLIAM**
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00261


**2,292. DIRECTV INC V. GLASER**
November 26, 2003 CT U.S. DIST. CT. 03-CV-02047


**2,293. DIRECTV INC V. GLASS**
November 26, 2003 LA U.S. DIST. CT., EAST 2:03-CV-03362


**2,294. DIRECTV INC V. GOMEZ**
November 26, 2003 CT U.S. DIST. CT. 03-CV-02043

**2,295. DIRECTV INC V. GRANIER**
November 26, 2003 LA U.S. DIST. CT., EAST 03-CV-03356

**2,296. DIRECTV INC V. GREEVER**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-01378

**2,297. DIRECTV INC V. HAIR**
November 26, 2003 SC U.S. DIST. CT. 03-CV-03748

**2,298. DIRECTV INC V. HANSEN**
November 26, 2003 OH U.S. DIST. CT., SOUTH 03-CV-01100

**2,299. DIRECTV INC V. HARDEN**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08584

**2,300. DIRECTV INC V. HARGROVE**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01629

**2,301. DIRECTV INC V. HART**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74782

**2,302. DIRECTV INC V. HENRY**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02187

**2,303. DIRECTV INC V. HENSEN**
November 26, 2003 OH U.S. DIST. CT., SOUTH 03-CV-00848

**2,304. DIRECTV INC V. HERNANDEZ**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01638

**2,305. DIRECTV INC V. HERNANDEZ**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02164

**2,306. DIRECTV INC V. HINDS, ET AL**
November 26, 2003 LA U.S. DIST. CT., EAST 03-CV-03345

**2,307. DIRECTV INC V. HOANG**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-01376

**2,308. DIRECTV INC V. HOOD**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-03723

**2,309. DIRECTV INC V. HUMPHREYS**
November 26, 2003 LA U.S. DIST. CT., EAST 03-CV-03365

**2,310. DIRECTV INC V. HUNTER**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-01402

**2,311. DIRECTV INC V. HUNTER**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-50514

**2,312. DIRECTV INC V. JACKSON**
November 26, 2003 SC U.S. DIST. CT. 03-CV-03749

**2,313. DIRECTV INC V. JACOBS**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74802

**2,314. DIRECTV INC V. JAMESON ET AL**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-03737

**2,315. DIRECTV INC V. JARROD FONTENOT, ET AL**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02166

**2,316. DIRECTV INC V. JAUREGUI**
November 26, 2003 IN U.S. DIST. CT., NORTH 4:03-CV-00097

**2,317. DIRECTV INC V. JOHNSON**
November 26, 2003 WA U.S. DIST. CT., EAST 2:03-CV-05116

**2,318. DIRECTV INC V. JOHNSON, ET AL**
November 26, 2003 TX U.S. DIST. CT., SOUTH 03-CV-05438

**2,319. DIRECTV INC V. JOLLEY, ET AL**
November 26, 2003 SC U.S. DIST. CT. 03-CV-03746

**2,320. DIRECTV INC V. JONES**
November 26, 2003 LA U.S. DIST. CT., EAST 03-CV-03358

**2,321. DIRECTV INC V. JONES**
November 26, 2003 LA U.S. DIST. CT., EAST 03-CV-03338

**2,322. DIRECTV INC V. JONES**
November 26, 2003 LA U.S. DIST. CT., EAST 03-CV-03347

**2,323. DIRECTV INC V. KABELIZ**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08596


**2,324. DIRECTV INC V. KALEBAUGH**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-05657


**2,325. DIRECTV INC V. KASSELDER**
November 26, 2003 WA U.S. DIST. CT., EAST 2:03-CV-05115


**2,326. DIRECTV INC V. KING ET AL**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-03731


**2,327. DIRECTV INC V. KNOPP**
November 26, 2003 WA U.S. DIST. CT., EAST 2:03-CV-03165


**2,328. DIRECTV INC V. KNOTT, ET AL**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02165


**2,329. DIRECTV INC V. KOENIG**
November 26, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08572


**2,330. DIRECTV INC V. KOLO**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74796


**2,331. DIRECTV INC V. KOLUSK**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74801


**2,332. DIRECTV INC V. KOSS**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74810


**2,333. DIRECTV INC V. KRNICH**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08573


**2,334. DIRECTV INC V. KUTLU**
November 26, 2003 OH U.S. DIST. CT., SOUTH 03-CV-01101


**2,335. DIRECTV INC V. LABELLE**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74793


**2,336. DIRECTV INC V. LACKAGE**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08589

**2,337. DIRECTV INC V. LAISURE**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-01408

**2,338. DIRECTV INC V. LAMMONS**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-01406

**2,339. DIRECTV INC V. LAMMONS**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-01379

**2,340. DIRECTV INC V. LAND, ET AL**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02182

**2,341. DIRECTV INC V. LANGE**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-50513

**2,342. DIRECTV INC V. LARIME**
November 26, 2003 MI U.S. DIST. CT., EAST 4:03-CV-40312

**2,343. DIRECTV INC V. LE**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01631

**2,344. DIRECTV INC V. LEBRUCE**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-01405

**2,345. DIRECTV INC V. LEE**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-01391

**2,346. DIRECTV INC V. LEEN, ET AL**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08619

**2,347. DIRECTV INC V. LEMOINE**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02176

**2,348. DIRECTV INC V. LINGEFELT, ET AL**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02180

**2,349. DIRECTV INC V. LITTLE, ET AL**
November 26, 2003 LA U.S. DIST. CT., EAST 2:03-CV-03354

**2,350. DIRECTV INC V. LONG**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01639

**2,351. DIRECTV INC V. LOUIE ET AL**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-03727

**2,352. DIRECTV INC V. LOUPE**
November 26, 2003 LA U.S. DIST. CT., EAST 03-CV-03355

**2,353. DIRECTV INC V. LOVEJOY**
November 26, 2003 ME U.S. DIST. CT. 03-CV-00215

**2,354. DIRECTV INC V. MACHOWIAK ET AL**
November 26, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00866

**2,355. DIRECTV INC V. MANCE**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74780

**2,356. DIRECTV INC V. MANN, ET AL**
November 26, 2003 CA U.S. DIST. CT., EAST 03-CV-02464

**2,357. DIRECTV INC V. MARCONI**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-03717

**2,358. DIRECTV INC V. MARROQUIN, ET AL**
November 26, 2003 CA U.S. DIST. CT., EAST 03-CV-02460

**2,359. DIRECTV INC V. MARTIN**
November 26, 2003 LA U.S. DIST. CT., EAST 03-CV-03337

**2,360. DIRECTV INC V. MATUTE**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01632

**2,361. DIRECTV INC V. MCARTHUR**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74778

**2,362. DIRECTV INC V. MCCLURE**
November 26, 2003 OH U.S. DIST. CT., SOUTH 03-CV-00847

**2,363. DIRECTV INC V. MCCOMSEY**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74776

**2,364. DIRECTV INC V. MCKEE**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74771

**2,365. DIRECTV INC V. MCKEOUGH**
November 26, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74774

**2,366. DIRECTV INC V. MCRAE**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74777

**2,367. DIRECTV INC V. MELANCON, ET AL**
November 26, 2003 LA U.S. DIST. CT., WEST 6:03-CV-02168

**2,368. DIRECTV INC V. MOREARTY**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74807

**2,369. DIRECTV INC V. MURRAY**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08588

**2,370. DIRECTV INC V. MURSULI**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08612

**2,371. DIRECTV INC V. NELSON**
November 26, 2003 ME U.S. DIST. CT. 03-CV-00213

**2,372. DIRECTV INC V. NGUYEN**
November 26, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74784

**2,373. DIRECTV INC V. NGUYEN**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08586

**2,374. DIRECTV INC V. NGUYEN, ET AL**
November 26, 2003 TX U.S. DIST. CT., SOUTH 03-CV-05437

**2,375. DIRECTV INC V. NICHOLS**
November 26, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40135

**2,376. DIRECTV INC V. NICHOLSON**
November 26, 2003 SC U.S. DIST. CT. 03-CV-03747

**2,377. DIRECTV INC V. NORRIS**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-03729

**2,378. DIRECTV INC V. OAKS**
November 26, 2003 TX U.S. DIST. CT., SOUTH 03-CV-05442

**2,379. DIRECTV INC V. OALA**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74765


**2,380. DIRECTV INC V. OBANION**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02181


**2,381. DIRECTV INC V. OLIVERO**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08580


**2,382. DIRECTV INC V. ORLOSKE**
November 26, 2003 WA U.S. DIST. CT., WEST 3:03-CV-05658


**2,383. DIRECTV INC V. OSOWSKI ET AL**
November 26, 2003 IN U.S. DIST. CT., NORTH 03-CV-00098


**2,384. DIRECTV INC V. OSTROWSKI, ET AL**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08618


**2,385. DIRECTV INC V. OSWALT**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08570


**2,386. DIRECTV INC V. PAGE**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01640


**2,387. DIRECTV INC V. PAGE**
November 26, 2003 WA U.S. DIST. CT., EAST 2:03-CV-03166


**2,388. DIRECTV INC V. PANASY**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-01401


**2,389. DIRECTV INC V. PARKS, ET AL**
November 26, 2003 CA U.S. DIST. CT., SOUTH 03-CV-02378


**2,390. DIRECTV INC V. PARTELLO**
November 26, 2003 CT U.S. DIST. CT. 03-CV-02044


**2,391. DIRECTV INC V. PEDERSON**
November 26, 2003 ME U.S. DIST. CT. 03-CV-00214


**2,392. DIRECTV INC V. PELLERIN**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02162

**2,393. DIRECTV INC V. PELOUS, ET AL**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02163

**2,394. DIRECTV INC V. PERERA**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74775

**2,395. DIRECTV INC V. PETERSON, ET AL**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02172

**2,396. DIRECTV INC V. PHAM**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01630

**2,397. DIRECTV INC V. PHELPS**
November 26, 2003 MI U.S. DIST. CT., EAST 5:03-CV-60264

**2,398. DIRECTV INC V. PHELPS, ET AL**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02185

**2,399. DIRECTV INC V. PHILLIPS**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01633

**2,400. DIRECTV INC V. POMANTE**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74772

**2,401. DIRECTV INC V. PORTNER**
November 26, 2003 MI U.S. DIST. CT., EAST 1:03-CV-10297

**2,402. DIRECTV INC V. POSER**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-05661

**2,403. DIRECTV INC V. QUICK ET AL**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-00244

**2,404. DIRECTV INC V. QUINN**
November 26, 2003 SC U.S. DIST. CT. 03-CV-03750

**2,405. DIRECTV INC V. RAFTER, ET AL**
November 26, 2003 CA U.S. DIST. CT., SOUTH 03-CV-02376

**2,406. DIRECTV INC V. RAMOS, ET AL**
November 26, 2003 CA U.S. DIST. CT., SOUTH 03-CV-02379

**2,407. DIRECTV INC V. RANGER**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08611

**2,408. DIRECTV INC V. REED**
November 26, 2003 TX U.S. DIST. CT., EAST 03-CV-00458

**2,409. DIRECTV INC V. REICHELDERFER**
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00258

**2,410. DIRECTV INC V. REX**
November 26, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40136

**2,411. DIRECTV INC V. RHINE**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08585

**2,412. DIRECTV INC V. RICHEY, ET AL**
November 26, 2003 SC U.S. DIST. CT. 03-CV-03752

**2,413. DIRECTV INC V. RIDEOUT**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-50512

**2,414. DIRECTV INC V. ROBINS**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08617

**2,415. DIRECTV INC V. ROBINSON, ET AL**
November 26, 2003 CA U.S. DIST. CT., EAST 03-CV-02459

**2,416. DIRECTV INC V. ROMAN**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74795

**2,417. DIRECTV INC V. ROREX, ET AL**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02175

**2,418. DIRECTV INC V. ROUBION, ET AL**
November 26, 2003 LA U.S. DIST. CT., EAST 2:03-CV-03341

**2,419. DIRECTV INC V. SAIEVA**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-50511

**2,420. DIRECTV INC V. SALAH**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08574

**2,421. DIRECTV INC V. SARTAIN**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-01400

**2,422. DIRECTV INC V. SAULTERS ET AL**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-02871

**2,423. DIRECTV INC V. SCABBY**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01641

**2,424. DIRECTV INC V. SCHAEFFER**
November 26, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40133

**2,425. DIRECTV INC V. SCHOLL**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74794

**2,426. DIRECTV INC V. SCHULZE, ET AL**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74783

**2,427. DIRECTV INC V. SCUDDER**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01635

**2,428. DIRECTV INC V. SHEPARD**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-00245

**2,429. DIRECTV INC V. SIMPSON**
November 26, 2003 IL U.S. DIST. CT., CENT. 03-CV-02208

**2,430. DIRECTV INC V. SLAUGHTERBECK**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01628

**2,431. DIRECTV INC V. SLEIMAN**
November 26, 2003 SC U.S. DIST. CT. 03-CV-03770

**2,432. DIRECTV INC V. SMAZIEL**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74779

**2,433. DIRECTV INC V. SMITH**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74804

**2,434. DIRECTV INC V. SMITH**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74769

**2,435. DIRECTV INC V. SNYDER**
November 26, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00431

**2,436. DIRECTV INC V. SPIEKER**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01627

**2,437. DIRECTV INC V. SRBINOSKI**
November 26, 2003 MI U.S. DIST. CT., EAST 4:03-CV-40313

**2,438. DIRECTV INC V. SRBINOSKI**
November 26, 2003 MI U.S. DIST. CT., EAST 5:03-CV-60263

**2,439. DIRECTV INC V. SROKA**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74785

**2,440. DIRECTV INC V. STACY**
November 26, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00845

**2,441. DIRECTV INC V. STANLEY**
November 26, 2003 ME U.S. DIST. CT. 03-CV-00212

**2,442. DIRECTV INC V. STEELE**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-01399

**2,443. DIRECTV INC V. STEVENS**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01625

**2,444. DIRECTV INC V. STOBBERINGH**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08575

**2,445. DIRECTV INC V. STURDEVANT**
November 26, 2003 OH U.S. DIST. CT., SOUTH 03-CV-00849

**2,446. DIRECTV INC V. TELLY, ET AL**
November 26, 2003 CA U.S. DIST. CT., EAST 03-CV-02456

**2,447. DIRECTV INC V. THANADABOUTH**
November 26, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08576

**2,448. DIRECTV INC V. THEODORE**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74798

**2,449. DIRECTV INC V. THICK**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74797

**2,450. DIRECTV INC V. THOMAS, ET AL**
November 26, 2003 SC U.S. DIST. CT. 03-CV-03753

**2,451. DIRECTV INC V. THOMAS, ET AL**
November 26, 2003 LA U.S. DIST. CT., WEST 2:03-CV-02186

**2,452. DIRECTV INC V. THOMPSON**
November 26, 2003 CT U.S. DIST. CT. 3:03-CV-02039

**2,453. DIRECTV INC V. THROWER**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-01397

**2,454. DIRECTV INC V. TORRES, ET AL**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08616

**2,455. DIRECTV INC V. TRAN**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01643

**2,456. DIRECTV INC V. TRAPP**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08583

**2,457. DIRECTV INC V. TREADWAY, ET AL**
November 26, 2003 LA U.S. DIST. CT., EAST 2:03-CV-03363

**2,458. DIRECTV INC V. TRPKOVSKI**
November 26, 2003 MI U.S. DIST. CT., EAST 03-CV-74799

**2,459. DIRECTV INC V. TRUE**
November 26, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40077

**2,460. DIRECTV INC V. TURPIN ET AL**
November 26, 2003 IN U.S. DIST. CT., NORTH 03-CV-00864

**2,461. DIRECTV INC V. UZELAC**
November 26, 2003 IN U.S. DIST. CT., NORTH 03-CV-00093

**2,462. DIRECTV INC V. VU**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01644

**2,463. DIRECTV INC V. WALKER**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-01396

**2,464. DIRECTV INC V. WANG**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08615

**2,465. DIRECTV INC V. WARE**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-03728

**2,466. DIRECTV INC V. WEDLUND**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-03732

**2,467. DIRECTV INC V. WEINBERG**
November 26, 2003 MI U.S. DIST. CT., EAST 5:03-CV-60262

**2,468. DIRECTV INC V. WERNER**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08597

**2,469. DIRECTV INC V. WESTON, ET AL**
November 26, 2003 TX U.S. DIST. CT., SOUTH 03-CV-05441

**2,470. DIRECTV INC V. WHITE**
November 26, 2003 OH U.S. DIST. CT., SOUTH 03-CV-00846

**2,471. DIRECTV INC V. WILLS**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08609

**2,472. DIRECTV INC V. WILSON**
November 26, 2003 IL U.S. DIST. CT., SOUTH 3:03-CV-00806

**2,473. DIRECTV INC V. WOLLERT, ET AL**
November 26, 2003 CA U.S. DIST. CT., EAST 03-CV-02462

**2,474. DIRECTV INC V. WOODLAND, ET AL**
November 26, 2003 CA U.S. DIST. CT., EAST 03-CV-02463

**2,475. DIRECTV INC V. YOUNG, ET AL**
November 26, 2003 CA U.S. DIST. CT., EAST 03-CV-02458

**2,476. DIRECTV INC V. ZIMMER**
November 26, 2003 OK U.S. DIST. CT., WEST 03-CV-01645

**2,477. DIRECTV INC, ET AL V. DRISCOLL, ET AL**
November 26, 2003 TX U.S. DIST. CT., SOUTH 03-CV-05436


**2,478. DIRECTV INC, ET AL V. NUNNERY, ET AL**
November 26, 2003 LA U.S. DIST. CT., WEST 03-CV-02179


**2,479. DIRECTV INC, ET AL V. QUARLES, ET AL**
November 26, 2003 TX U.S. DIST. CT., SOUTH 03-CV-05443


**2,480. DIRECTV INC. V. EVANS**
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00519


**2,481. DIRECTV INC. V. CHAFFINCH**
November 26, 2003 DE U.S. DIST. CT. 03-CV-01075


**2,482. DIRECTV INC. V. WARREN**
November 26, 2003 DE U.S. DIST. CT. 03-CV-01074


**2,483. DIRECTV V. MARKOS**
November 26, 2003 UT U.S. DIST. CT. 03-CV-00142


**2,484. DIRECTV V. SPEER**
November 26, 2003 UT U.S. DIST. CT. 03-CV-00143


**2,485. DIRECTV V. TROUNG**
November 26, 2003 UT U.S. DIST. CT. 03-CV-01048


**2,486. DIRECTV V. WISSING**
November 26, 2003 NE U.S. DIST. CT. 03-CV-00497


**2,487. DIRECTV, INC V. BALZAR**
November 26, 2003 TX U.S. DIST. CT., SOUTH 03-CV-00183


**2,488. DIRECTV, INC V. BONANNO**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00914


**2,489. DIRECTV, INC V. BRIGNAC**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00903


**2,490. DIRECTV, INC V. BRUMFIELD**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00905

**2,491.** **DIRECTV, INC V. CARRERAS, ET AL**
November 26, 2003 CA U.S. DIST. CT., EAST 03-CV-02461


**2,492.** **DIRECTV, INC V. CLEMONS**
November 26, 2003 AL U.S. DIST. CT., NORTH 03-CV-03181


**2,493.** **DIRECTV, INC V. CRIER**
November 26, 2003 CT U.S. DIST. CT. 03-CV-02046


**2,494.** **DIRECTV, INC V. DAIGLE**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00907


**2,495.** **DIRECTV, INC V. FONTENOT, ET AL**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00897


**2,496.** **DIRECTV, INC V. FRANCOIS**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00911


**2,497.** **DIRECTV, INC V. GINN**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00910


**2,498.** **DIRECTV, INC V. GUNTER**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00915


**2,499.** **DIRECTV, INC V. GWIN**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00906


**2,500.** **DIRECTV, INC V. HOANG**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00904


**2,501.** **DIRECTV, INC V. HUGHES**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00917


**2,502.** **DIRECTV, INC V. KASIK**
November 26, 2003 IL U.S. DIST. CT., NORTH 03-CV-08591


**2,503.** **DIRECTV, INC V. KEEFER, ET AL**
November 26, 2003 CA U.S. DIST. CT., EAST 03-CV-02455


**2,504.** **DIRECTV, INC V. KERMONDY**
November 26, 2003 AL U.S. DIST. CT., NORTH 03-CV-03178

**2,505. DIRECTV, INC V. LEWIS**
November 26, 2003 AL U.S. DIST. CT., NORTH 03-CV-03182

**2,506. DIRECTV, INC V. MANSUR**
November 26, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00916

**2,507. DIRECTV, INC V. MARTINEZ**
November 26, 2003 TX U.S. DIST. CT., SOUTH 03-CV-00184

**2,508. DIRECTV, INC V. MICHEL**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00899

**2,509. DIRECTV, INC V. NOBLE**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00918

**2,510. DIRECTV, INC V. PAXTON**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00920

**2,511. DIRECTV, INC V. PEARSON**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00921

**2,512. DIRECTV, INC V. PIERCE**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00901

**2,513. DIRECTV, INC V. PORTER**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00913

**2,514. DIRECTV, INC V. PURSER**
November 26, 2003 AL U.S. DIST. CT., NORTH 03-CV-03173

**2,515. DIRECTV, INC V. RENTERIA, ET AL**
November 26, 2003 CA U.S. DIST. CT., EAST 03-CV-02465

**2,516. DIRECTV, INC V. ROGERS**
November 26, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00898

**2,517. DIRECTV, INC V. SAMPLES**
November 26, 2003 AL U.S. DIST. CT., NORTH 03-CV-03174

**2,518. DIRECTV, INC V. SCOTT**
November 26, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00922

**2,519. DIRECTV, INC V. SHOEMAKE**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00900

**2,520. DIRECTV, INC V. SIMON**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00912

**2,521. DIRECTV, INC V. THIBODEAUX**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00919

**2,522. DIRECTV, INC V. THOMAS**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00908

**2,523. DIRECTV, INC V. WONG**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00909

**2,524. DIRECTV, INC V. WOODY**
November 26, 2003 CT U.S. DIST. CT. 03-CV-02040

**2,525. DIRECTV, INC, ET AL V. STEPHENS**
November 26, 2003 LA U.S. DIST. CT., MID. 03-CV-00902

**2,526. DIRECTV, INC. V. ALEXANDER**
November 26, 2003 WV U.S. DIST. CT., SOUTH 03-CV-02397

**2,527. DIRECTV, INC. V. ALLRED ET AL**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-02867

**2,528. DIRECTV, INC. V. ALVAREZ ET AL**
November 26, 2003 MO U.S. DIST. CT., EAST 03-CV-01703

**2,529. DIRECTV, INC. V. ANDERSON**
November 26, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01757

**2,530. DIRECTV, INC. V. ANTHONY**
November 26, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01761

**2,531. DIRECTV, INC. V. ANTHONY, ET AL**
November 26, 2003 NC U.S. DIST. CT., MID. 1:03-CV-01131

**2,532. DIRECTV, INC. V. ATKINS**
November 26, 2003 KY U.S. DIST. CT., WEST 03-CV-00205

**2,533.** **DIRECTV, INC. V. ATKINS, ET AL**
November 26, 2003 VA U.S. DIST. CT., EAST 03-CV-01484


**2,534.** **DIRECTV, INC. V. AUGESEN, ERNEST**
November 26, 2003 WI U.S. DIST. CT., WEST 03-CV-00677


**2,535.** **DIRECTV, INC. V. BAILEY**
November 26, 2003 AL U.S. DIST. CT., NORTH 03-CV-03175


**2,536.** **DIRECTV, INC. V. BAMSEY**
November 26, 2003 SD U.S. DIST. CT. 03-CV-04264


**2,537.** **DIRECTV, INC. V. BARNER**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05611


**2,538.** **DIRECTV, INC. V. BAXTER, ET AL**
November 26, 2003 VA U.S. DIST. CT., EAST 03-CV-00998


**2,539.** **DIRECTV, INC. V. BECK**
November 26, 2003 PA U.S. DIST. CT., MID. 03-CV-02142


**2,540.** **DIRECTV, INC. V. BENSON, ET AL**
November 26, 2003 NC U.S. DIST. CT., MID. 03-CV-01132


**2,541.** **DIRECTV, INC. V. BETTS**
November 26, 2003 CO U.S. DIST. CT. 03-CV-02379


**2,542.** **DIRECTV, INC. V. BIERWAS**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05639


**2,543.** **DIRECTV, INC. V. BLABER**
November 26, 2003 NY U.S. DIST. CT., SOUTH 03-CV-09515


**2,544.** **DIRECTV, INC. V. BLANKENSHIP**
November 26, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01765


**2,545.** **DIRECTV, INC. V. BLANTON**
November 26, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01760


**2,546.** **DIRECTV, INC. V. BOB HADIET, ET AL.**
November 26, 2003 NV U.S. DIST. CT. 2:03-CV-01476

**2,547. DIRECTV, INC. V. BOBADILLA**
November 26, 2003 NY U.S. DIST. CT., EAST 03-CV-06023


**2,548. DIRECTV, INC. V. BOSTICK**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-00396


**2,549. DIRECTV, INC. V. BOWLING**
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00617


**2,550. DIRECTV, INC. V. BRADLEY**
November 26, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01755


**2,551. DIRECTV, INC. V. BRANCH**
November 26, 2003 AL U.S. DIST. CT., SOUTH 03-CV-00802


**2,552. DIRECTV, INC. V. BROWN, ET AL**
November 26, 2003 VA U.S. DIST. CT., EAST 03-CV-01486


**2,553. DIRECTV, INC. V. BRYANT**
November 26, 2003 KY U.S. DIST. CT., WEST 4:03-CV-00188


**2,554. DIRECTV, INC. V. BUTLER**
November 26, 2003 CO U.S. DIST. CT. 1:03-CV-02382


**2,555. DIRECTV, INC. V. BYERS ET AL**
November 26, 2003 MO U.S. DIST. CT., EAST 03-CV-01707


**2,556. DIRECTV, INC. V. CARR**
November 26, 2003 GA U.S. DIST. CT., SOUTH 03-CV-00236


**2,557. DIRECTV, INC. V. CARR**
November 26, 2003 NY U.S. DIST. CT., WEST 6:03-CV-06604


**2,558. DIRECTV, INC. V. CARR**
November 26, 2003 MT U.S. DIST. CT. 9:03-CV-00196


**2,559. DIRECTV, INC. V. CASKEY**
November 26, 2003 CO U.S. DIST. CT. 03-CV-02386


**2,560. DIRECTV, INC. V. CASTRO**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-01193

**2,561. DIRECTV, INC. V. CHAUDHRI**
November 26, 2003 KY U.S. DIST. CT., WEST 03-CV-00733

**2,562. DIRECTV, INC. V. CHRISTMAS**
November 26, 2003 TX U.S. DIST. CT., WEST 6:03-CV-00395

**2,563. DIRECTV, INC. V. CLARKE ET AL**
November 26, 2003 CA U.S. DIST. CT., NORTH 03-CV-05313

**2,564. DIRECTV, INC. V. CLOSE**
November 26, 2003 NC U.S. DIST. CT., MID. 03-CV-01128

**2,565. DIRECTV, INC. V. COLLINS**
November 26, 2003 TX U.S. DIST. CT., EAST 03-CV-00250

**2,566. DIRECTV, INC. V. CONDROSKI**
November 26, 2003 GA U.S. DIST. CT., SOUTH 03-CV-00237

**2,567. DIRECTV, INC. V. CONLIN**
November 26, 2003 NJ U.S. DIST. CT. 2:03-CV-05635

**2,568. DIRECTV, INC. V. COOK**
November 26, 2003 NY U.S. DIST. CT., SOUTH 03-CV-09514

**2,569. DIRECTV, INC. V. CRAIG**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-05659

**2,570. DIRECTV, INC. V. CRAIG ET AL**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-05656

**2,571. DIRECTV, INC. V. CROSS**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-01191

**2,572. DIRECTV, INC. V. DAVIS**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-01186

**2,573. DIRECTV, INC. V. DENCKLAU**
November 26, 2003 IA U.S. DIST. CT., NORTH 03-CV-03096

**2,574. DIRECTV, INC. V. DENNIS**
November 26, 2003 AL U.S. DIST. CT., NORTH 03-CV-03176

**2,575. DIRECTV, INC. V. DESANTO, ET AL**
November 26, 2003 FL U.S. DIST. CT., MID. 03-CV-01701


**2,576. DIRECTV, INC. V. DESNOYERS**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-01185


**2,577. DIRECTV, INC. V. DIAZ**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05630


**2,578. DIRECTV, INC. V. DONOHUE**
November 26, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01754


**2,579. DIRECTV, INC. V. DUNAKEY ET AL**
November 26, 2003 MO U.S. DIST. CT., EAST 03-CV-01708


**2,580. DIRECTV, INC. V. DUVALL**
November 26, 2003 KY U.S. DIST. CT., WEST 4:03-CV-00190


**2,581. DIRECTV, INC. V. EAVES ET AL**
November 26, 2003 KY U.S. DIST. CT., WEST 4:03-CV-00189


**2,582. DIRECTV, INC. V. EICHENBERGER, ET AL**
November 26, 2003 FL U.S. DIST. CT., SOUTH 03-CV-23164


**2,583. DIRECTV, INC. V. EPPERSON**
November 26, 2003 VA U.S. DIST. CT., WEST 6:03-CV-00101


**2,584. DIRECTV, INC. V. ESPINOSA**
November 26, 2003 CO U.S. DIST. CT. 03-CV-02391


**2,585. DIRECTV, INC. V. ESPINOZA**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-00882


**2,586. DIRECTV, INC. V. EVANS**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-00394


**2,587. DIRECTV, INC. V. FERGUSON ET AL**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-02865


**2,588. DIRECTV, INC. V. FILLINGIM**
November 26, 2003 GA U.S. DIST. CT., SOUTH 4:03-CV-00239

**2,589. DIRECTV, INC. V. FLETT ET AL**
November 26, 2003 MO U.S. DIST. CT., EAST 03-CV-01709


**2,590. DIRECTV, INC. V. FORINGER ET AL**
November 26, 2003 NY U.S. DIST. CT., WEST 6:03-CV-06606


**2,591. DIRECTV, INC. V. FORNATARO**
November 26, 2003 PA U.S. DIST. CT., MID. 03-CV-02143


**2,592. DIRECTV, INC. V. FOSS**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-00883


**2,593. DIRECTV, INC. V. FOWLER**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-00879


**2,594. DIRECTV, INC. V. GEE, ET AL**
November 26, 2003 CO U.S. DIST. CT. 03-CV-02389


**2,595. DIRECTV, INC. V. GEHRETT**
November 26, 2003 MS U.S. DIST. CT., NORTH 2:03-CV-00376


**2,596. DIRECTV, INC. V. GIBLIN**
November 26, 2003 CO U.S. DIST. CT. 03-CV-02385


**2,597. DIRECTV, INC. V. GILBERT**
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00224


**2,598. DIRECTV, INC. V. GILLISPIE**
November 26, 2003 WV U.S. DIST. CT., SOUTH 03-CV-02398


**2,599. DIRECTV, INC. V. GOLIBART**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-01194


**2,600. DIRECTV, INC. V. GRAFF, ET AL**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05715


**2,601. DIRECTV, INC. V. GRANT**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-00886


**2,602. DIRECTV, INC. V. GREEN, ET AL**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05607

**2,603.** DIRECTV, INC. V. GREENWELL ET AL
November 26, 2003 KY U.S. DIST. CT., WEST 03-CV-00264

**2,604.** DIRECTV, INC. V. GUERRIERO
November 26, 2003 NY U.S. DIST. CT., EAST 03-CV-06082

**2,605.** DIRECTV, INC. V. HAJEK
November 26, 2003 SD U.S. DIST. CT. 03-CV-04263

**2,606.** DIRECTV, INC. V. HARTMANN
November 26, 2003 KY U.S. DIST. CT., WEST 03-CV-00730

**2,607.** DIRECTV, INC. V. HASSETT, ET AL
November 26, 2003 CA U.S. DIST. CT., NORTH 5:03-CV-05337

**2,608.** DIRECTV, INC. V. HAUER
November 26, 2003 CO U.S. DIST. CT. 03-CV-02383

**2,609.** DIRECTV, INC. V. HEAD
November 26, 2003 CO U.S. DIST. CT. 03-CV-02384

**2,610.** DIRECTV, INC. V. HEIMSOTH
November 26, 2003 IA U.S. DIST. CT., NORTH 03-CV-04111

**2,611.** DIRECTV, INC. V. HENDERSON, STEPHEN
November 26, 2003 WI U.S. DIST. CT., WEST 03-CV-00680

**2,612.** DIRECTV, INC. V. HENKE ET AL
November 26, 2003 MO U.S. DIST. CT., EAST 03-CV-01705

**2,613.** DIRECTV, INC. V. HEROLD
November 26, 2003 GA U.S. DIST. CT., SOUTH 1:03-CV-00192

**2,614.** DIRECTV, INC. V. HILL
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-01192

**2,615.** DIRECTV, INC. V. HILL
November 26, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01764

**2,616.** DIRECTV, INC. V. HOLLEY, ET AL
November 26, 2003 NC U.S. DIST. CT., MID. 03-CV-01129

**2,617. DIRECTV, INC. V. HOOTS**
November 26, 2003 MS U.S. DIST. CT., NORTH 2:03-CV-00377


**2,618. DIRECTV, INC. V. IMM**
November 26, 2003 GA U.S. DIST. CT., SOUTH 03-CV-00238


**2,619. DIRECTV, INC. V. IVEY**
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00615


**2,620. DIRECTV, INC. V. JEAN**
November 26, 2003 VT U.S. DIST. CT. 03-CV-00323


**2,621. DIRECTV, INC. V. JENKINS**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-01187


**2,622. DIRECTV, INC. V. JERKINS**
November 26, 2003 AL U.S. DIST. CT., SOUTH 03-CV-00804


**2,623. DIRECTV, INC. V. JEWETT**
November 26, 2003 GA U.S. DIST. CT., SOUTH 1:03-CV-00193


**2,624. DIRECTV, INC. V. JOHNSON**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05634


**2,625. DIRECTV, INC. V. JOHNSON**
November 26, 2003 MA U.S. DIST. CT. 03-CV-12394


**2,626. DIRECTV, INC. V. JOHNSON ET AL**
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-02869


**2,627. DIRECTV, INC. V. JONES**
November 26, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01758


**2,628. DIRECTV, INC. V. JONES**
November 26, 2003 NC U.S. DIST. CT., MID. 1:03-CV-01130


**2,629. DIRECTV, INC. V. JULIAN**
November 26, 2003 AL U.S. DIST. CT., SOUTH 03-CV-00803


**2,630. DIRECTV, INC. V. JUSTIN GOLD, ET. AL**
November 26, 2003 CA U.S. DIST. CT., NORTH 5:03-CV-05349

**2,631. DIRECTV, INC. V. KATZ**
November 26, 2003 PA U.S. DIST. CT., MID. 03-CV-02144

**2,632. DIRECTV, INC. V. KEATING**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-00398

**2,633. DIRECTV, INC. V. KELLY**
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00521

**2,634. DIRECTV, INC. V. KINNETT**
November 26, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01773

**2,635. DIRECTV, INC. V. KONTNY, DANIEL**
November 26, 2003 WI U.S. DIST. CT., WEST 03-CV-00681

**2,636. DIRECTV, INC. V. KRAUS**
November 26, 2003 GA U.S. DIST. CT., SOUTH 1:03-CV-00194

**2,637. DIRECTV, INC. V. LAMARCHE**
November 26, 2003 MA U.S. DIST. CT. 03-CV-12396

**2,638. DIRECTV, INC. V. LANG**
November 26, 2003 AL U.S. DIST. CT., NORTH 03-CV-03180

**2,639. DIRECTV, INC. V. LATHAM**
November 26, 2003 KY U.S. DIST. CT., WEST 03-CV-00263

**2,640. DIRECTV, INC. V. LEONARD, ET AL**
November 26, 2003 VA U.S. DIST. CT., EAST 03-CV-01483

**2,641. DIRECTV, INC. V. LEWIS**
November 26, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01766

**2,642. DIRECTV, INC. V. LISH ET AL**
November 26, 2003 CA U.S. DIST. CT., NORTH 3:03-CV-05298

**2,643. DIRECTV, INC. V. LITTLE**
November 26, 2003 PA U.S. DIST. CT., MID. 3:03-CV-02145

**2,644. DIRECTV, INC. V. LONG, ET AL**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05617

**2,645. DIRECTV, INC. V. LONG, ET AL**
November 26, 2003 CA U.S. DIST. CT., NORTH 5:03-CV-05330


**2,646. DIRECTV, INC. V. LONGORIA**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-01188


**2,647. DIRECTV, INC. V. LUBRANO**
November 26, 2003 CA U.S. DIST. CT., NORTH 03-CV-05310


**2,648. DIRECTV, INC. V. LYNUM**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-00876


**2,649. DIRECTV, INC. V. MACKAY**
November 26, 2003 VT U.S. DIST. CT. 03-CV-00324


**2,650. DIRECTV, INC. V. MAIN**
November 26, 2003 NY U.S. DIST. CT., WEST 1:03-CV-00892


**2,651. DIRECTV, INC. V. MANGUM ET AL**
November 26, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01753


**2,652. DIRECTV, INC. V. MARKIEWICZ**
November 26, 2003 PA U.S. DIST. CT., MID. 03-CV-02146


**2,653. DIRECTV, INC. V. MARTINEZ**
November 26, 2003 CO U.S. DIST. CT. 03-CV-02380


**2,654. DIRECTV, INC. V. MASTERA**
November 26, 2003 CO U.S. DIST. CT. 03-CV-02388


**2,655. DIRECTV, INC. V. MATUSEK**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05667


**2,656. DIRECTV, INC. V. MAYOROS**
November 26, 2003 CO U.S. DIST. CT. 03-CV-02392


**2,657. DIRECTV, INC. V. MCCARTHY**
November 26, 2003 KY U.S. DIST. CT., WEST 03-CV-00732


**2,658. DIRECTV, INC. V. MCCORVY**
November 26, 2003 WA U.S. DIST. CT., WEST 2:03-CV-03735

**2,659. DIRECTV, INC. V. MCKINNEY**
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00619

**2,660. DIRECTV, INC. V. MCLEMORE**
November 26, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01768

**2,661. DIRECTV, INC. V. MCMAHON**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05614

**2,662. DIRECTV, INC. V. MCPHAUL**
November 26, 2003 CO U.S. DIST. CT. 03-CV-02387

**2,663. DIRECTV, INC. V. MENCHACA**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-01189

**2,664. DIRECTV, INC. V. MICELL**
November 26, 2003 CO U.S. DIST. CT. 03-CV-02390

**2,665. DIRECTV, INC. V. MILES**
November 26, 2003 GA U.S. DIST. CT., SOUTH 03-CV-00240

**2,666. DIRECTV, INC. V. MILLARD**
November 26, 2003 ID U.S. DIST. CT. 03-CV-00510

**2,667. DIRECTV, INC. V. MILLER**
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00520

**2,668. DIRECTV, INC. V. MITCHELL**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05604

**2,669. DIRECTV, INC. V. MONTIERTH, ET AL**
November 26, 2003 ID U.S. DIST. CT. 03-CV-00512

**2,670. DIRECTV, INC. V. MULLINS, ET AL**
November 26, 2003 VA U.S. DIST. CT., WEST 03-CV-00151

**2,671. DIRECTV, INC. V. MURPHY, ET AL**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05693

**2,672. DIRECTV, INC. V. MYERS**
November 26, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01756

**2,673.** DIRECTV, INC. V. NAUERT
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-00884

**2,674.** DIRECTV, INC. V. NELSON
November 26, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01778

**2,675.** DIRECTV, INC. V. NELSON, BENJAMIN F.
November 26, 2003 WI U.S. DIST. CT., WEST 03-CV-00678

**2,676.** DIRECTV, INC. V. NISKANEN, ET AL
November 26, 2003 FL U.S. DIST. CT., MID. 03-CV-01702

**2,677.** DIRECTV, INC. V. NOBLE
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00618

**2,678.** DIRECTV, INC. V. NODIANOS
November 26, 2003 VA U.S. DIST. CT., EAST 03-CV-01485

**2,679.** DIRECTV, INC. V. NOLEN
November 26, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01767

**2,680.** DIRECTV, INC. V. O'GRADY
November 26, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01770

**2,681.** DIRECTV, INC. V. O'NEAL
November 26, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01776

**2,682.** DIRECTV, INC. V. OBRIANT
November 26, 2003 TX U.S. DIST. CT., NORTH 03-CV-02868

**2,683.** DIRECTV, INC. V. ORTISI ET AL
November 26, 2003 CA U.S. DIST. CT., NORTH 3:03-CV-05297

**2,684.** DIRECTV, INC. V. OSBAHR ET AL
November 26, 2003 MO U.S. DIST. CT., EAST 03-CV-01704

**2,685.** DIRECTV, INC. V. OWENS
November 26, 2003 VA U.S. DIST. CT., WEST 03-CV-00102

**2,686.** DIRECTV, INC. V. PARKER
November 26, 2003 VA U.S. DIST. CT., EAST 03-CV-00996

**2,687. DIRECTV, INC. V. PARRELLI**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05636

**2,688. DIRECTV, INC. V. PEPPER**
November 26, 2003 MT U.S. DIST. CT. 9:03-CV-00195

**2,689. DIRECTV, INC. V. PETERSON**
November 26, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01775

**2,690. DIRECTV, INC. V. PETTIT ET AL**
November 26, 2003 CA U.S. DIST. CT., NORTH 3:03-CV-05321

**2,691. DIRECTV, INC. V. PHIPPS ET AL**
November 26, 2003 WA U.S. DIST. CT., WEST 03-CV-05662

**2,692. DIRECTV, INC. V. PITTSER**
November 26, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01774

**2,693. DIRECTV, INC. V. PREDDY**
November 26, 2003 VA U.S. DIST. CT., EAST 03-CV-00836

**2,694. DIRECTV, INC. V. PUA, ET AL**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05613

**2,695. DIRECTV, INC. V. QUINN ET AL**
November 26, 2003 MO U.S. DIST. CT., EAST 03-CV-01702

**2,696. DIRECTV, INC. V. RABAGO**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-01190

**2,697. DIRECTV, INC. V. REAVEY**
November 26, 2003 MO U.S. DIST. CT., EAST 03-CV-01712

**2,698. DIRECTV, INC. V. REICHELDERFER**
November 26, 2003 TX U.S. DIST. CT., SOUTH 6:03-CV-00145

**2,699. DIRECTV, INC. V. REPASS ET AL**
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00613

**2,700. DIRECTV, INC. V. RIDDER**
November 26, 2003 VA U.S. DIST. CT., EAST 03-CV-00835

**2,701. DIRECTV, INC. V. RIDGEWAY**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-00878

**2,702. DIRECTV, INC. V. RIMMER, ET AL**
November 26, 2003 NC U.S. DIST. CT., MID. 1:03-CV-01126

**2,703. DIRECTV, INC. V. ROBERTS, ET AL**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05633

**2,704. DIRECTV, INC. V. RONALD ROSE**
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00612

**2,705. DIRECTV, INC. V. ROSENBERG**
November 26, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01751

**2,706. DIRECTV, INC. V. RUEBENACKER**
November 26, 2003 NY U.S. DIST. CT., EAST 03-CV-06021

**2,707. DIRECTV, INC. V. RUSH**
November 26, 2003 KY U.S. DIST. CT., WEST 4:03-CV-00187

**2,708. DIRECTV, INC. V. RUSSELL**
November 26, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01759

**2,709. DIRECTV, INC. V. RUSSELL**
November 26, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01762

**2,710. DIRECTV, INC. V. RUTHERFORD**
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00614

**2,711. DIRECTV, INC. V. SANTILLO**
November 26, 2003 MA U.S. DIST. CT. 03-CV-12393

**2,712. DIRECTV, INC. V. SBLENDIDO**
November 26, 2003 NY U.S. DIST. CT., EAST 03-CV-06026

**2,713. DIRECTV, INC. V. SCHLEE**
November 26, 2003 PA U.S. DIST. CT., WEST 03-CV-01823

**2,714. DIRECTV, INC. V. SCHMERHOLD**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05638

**2,715. DIRECTV, INC. V. SEARS**
November 26, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01771

**2,716. DIRECTV, INC. V. SELLARO**
November 26, 2003 AR U.S. DIST. CT., WEST 03-CV-05284

**2,717. DIRECTV, INC. V. SEWARD**
November 26, 2003 IL U.S. DIST. CT., CENT. 03-CV-03268

**2,718. DIRECTV, INC. V. SHARPE**
November 26, 2003 WV U.S. DIST. CT., SOUTH 03-CV-02399

**2,719. DIRECTV, INC. V. SIMON ET AL**
November 26, 2003 MO U.S. DIST. CT., EAST 03-CV-01711

**2,720. DIRECTV, INC. V. SLATER, ET AL**
November 26, 2003 VA U.S. DIST. CT., EAST 03-CV-00834

**2,721. DIRECTV, INC. V. SMALL**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05708

**2,722. DIRECTV, INC. V. SMITH**
November 26, 2003 KY U.S. DIST. CT., WEST 03-CV-00265

**2,723. DIRECTV, INC. V. SOUMPHOLPHAKDY**
November 26, 2003 NH U.S. DIST. CT. 03-CV-00517

**2,724. DIRECTV, INC. V. SPENCER**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-00880

**2,725. DIRECTV, INC. V. SPENCER**
November 26, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01752

**2,726. DIRECTV, INC. V. SPINELLI**
November 26, 2003 NY U.S. DIST. CT., WEST 6:03-CV-06607

**2,727. DIRECTV, INC. V. SQUICCIARINI**
November 26, 2003 NY U.S. DIST. CT., EAST 03-CV-06022

**2,728. DIRECTV, INC. V. STAHL**
November 26, 2003 SD U.S. DIST. CT. 03-CV-04265

**2,729. DIRECTV, INC. V. STANISCI, ET AL**
November 26, 2003 NC U.S. DIST. CT., MID. 03-CV-01137


**2,730. DIRECTV, INC. V. STONE**
November 26, 2003 CO U.S. DIST. CT. 03-CV-02378


**2,731. DIRECTV, INC. V. TAM**
November 26, 2003 NY U.S. DIST. CT., EAST 03-CV-06024


**2,732. DIRECTV, INC. V. TAYLOR ET AL**
November 26, 2003 MO U.S. DIST. CT., EAST 03-CV-01710


**2,733. DIRECTV, INC. V. TROUT**
November 26, 2003 ID U.S. DIST. CT. 03-CV-00513


**2,734. DIRECTV, INC. V. TURNER**
November 26, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01769


**2,735. DIRECTV, INC. V. TURZO**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05612


**2,736. DIRECTV, INC. V. UNDERWOOD**
November 26, 2003 IN U.S. DIST. CT., SOUTH 03-CV-01763


**2,737. DIRECTV, INC. V. VIALPANDO**
November 26, 2003 CO U.S. DIST. CT. 03-CV-02377


**2,738. DIRECTV, INC. V. VICARS**
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00360


**2,739. DIRECTV, INC. V. VIGNA**
November 26, 2003 PA U.S. DIST. CT., MID. 03-CV-02147


**2,740. DIRECTV, INC. V. VO**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-00881


**2,741. DIRECTV, INC. V. WAGNER**
November 26, 2003 GA U.S. DIST. CT., SOUTH 1:03-CV-00191


**2,742. DIRECTV, INC. V. WEDDLE**
November 26, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01772

**2,743. DIRECTV, INC. V. WHITE**
November 26, 2003 KY U.S. DIST. CT., EAST 03-CV-00616


**2,744. DIRECTV, INC. V. WHITEHEAD ET AL**
November 26, 2003 KY U.S. DIST. CT., WEST 03-CV-00731


**2,745. DIRECTV, INC. V. WHITNEY, ET AL**
November 26, 2003 FL U.S. DIST. CT., SOUTH 03-CV-62138


**2,746. DIRECTV, INC. V. WIIST**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-00397


**2,747. DIRECTV, INC. V. WILLIS**
November 26, 2003 TX U.S. DIST. CT., WEST 03-CV-00393


**2,748. DIRECTV, INC. V. WINTERS, ET AL**
November 26, 2003 NJ U.S. DIST. CT. 03-CV-05637


**2,749. DIRECTV, INC. V. WOOD**
November 26, 2003 NY U.S. DIST. CT., WEST 6:03-CV-06605


**2,750. DIRECTV, INC. V. WOODENSCHEK**
November 26, 2003 PA U.S. DIST. CT., MID. 03-CV-02148


**2,751. DIRECTV, INC. V. WOOSLEY, ET AL**
November 26, 2003 ID U.S. DIST. CT. 03-CV-00511


**2,752. DIRECTV, INC. V. YORK, ET AL**
November 26, 2003 VA U.S. DIST. CT., EAST 03-CV-00999


**2,753. DIRECTV, INC. V. YOUNG**
November 26, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01777


**2,754. DIRECTV, INC. V. YUSCHENKOFF ET AL**
November 26, 2003 CA U.S. DIST. CT., NORTH 03-CV-05332


**2,755. DIRECTV, INC., ET AL V. FACEY**
November 26, 2003 CO U.S. DIST. CT. 03-CV-02381


**2,756. DIRECTV, INC., ET AL V. NEWSOME, ET AL**
November 26, 2003 NC U.S. DIST. CT., MID. 03-CV-01127

**2,757. DIRECTV, INC., V. GUARINO**
November 26, 2003 NY U.S. DIST. CT., SOUTH 03-CV-09513

**2,758. DIRECTV, INC., V. HELMKE**
November 26, 2003 NY U.S. DIST. CT., SOUTH 03-CV-09511

**2,759. DIRECTV, INC., V. KENNEDY**
November 26, 2003 NY U.S. DIST. CT., SOUTH 03-CV-09510

**2,760. DIRECTV, INC., V. WYATT**
November 26, 2003 NY U.S. DIST. CT., SOUTH 03-CV-09509

**2,761. DIRECTV,INC., V. LANG**
November 26, 2003 NY U.S. DIST. CT., SOUTH 03-CV-09512

**2,762. DIRECTV INC V. RALPH HEFLEY**
November 25, 2003 KS U.S. DIST. CT. 03-CV-02599

**2,763. DIRECTV INC ET AL V. CHUCK BULLOCK**
November 25, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01087

**2,764. DIRECTV INC V. ALLISON**
November 25, 2003 TX U.S. DIST. CT., NORTH 03-CV-01370

**2,765. DIRECTV INC V. ANDERSON**
November 25, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00834

**2,766. DIRECTV INC V. ANDREW ENGLMEIER, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08605

**2,767. DIRECTV INC V. ANDREWS**
November 25, 2003 AR U.S. DIST. CT., EAST 03-CV-00943

**2,768. DIRECTV INC V. BELL ET AL**
November 25, 2003 KS U.S. DIST. CT. 03-CV-02597

**2,769. DIRECTV INC V. BENESH**
November 25, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40668

**2,770. DIRECTV INC V. BISHOP**
November 25, 2003 SC U.S. DIST. CT. 03-CV-03738

**2,771. DIRECTV INC V. BOB KAPADIA, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08597

**2,772. DIRECTV INC V. BOBBY SHAMALIAN, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08600

**2,773. DIRECTV INC V. BOOTH**
November 25, 2003 SC U.S. DIST. CT. 03-CV-03740

**2,774. DIRECTV INC V. BREWER, ET AL**
November 25, 2003 CA U.S. DIST. CT., SOUTH 03-CV-02348

**2,775. DIRECTV INC V. BRIDGES**
November 25, 2003 SC U.S. DIST. CT. 03-CV-03741

**2,776. DIRECTV INC V. BROYLES**
November 25, 2003 WY U.S. DIST. CT. 03-CV-00237

**2,777. DIRECTV INC V. BRYANT, ET AL**
November 25, 2003 CA U.S. DIST. CT., EAST 03-CV-02447

**2,778. DIRECTV INC V. BURKE**
November 25, 2003 TX U.S. DIST. CT., NORTH 03-CV-01371

**2,779. DIRECTV INC V. CABRAL, ET AL.**
November 25, 2003 NM U.S. DIST. CT. 1:03-CV-01364

**2,780. DIRECTV INC V. CANN, ET AL**
November 25, 2003 TX U.S. DIST. CT., EAST 03-CV-00452

**2,781. DIRECTV INC V. CARLSON**
November 25, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40680

**2,782. DIRECTV INC V. CARMICHAEL**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08526

**2,783. DIRECTV INC V. CASE**
November 25, 2003 OH U.S. DIST. CT., SOUTH 03-CV-01088

**2,784. DIRECTV INC V. CHARIN**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08501

**2,785. DIRECTV INC V. CHARLES LOVE, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08599

**2,786. DIRECTV INC V. CLEMENS BRZOZNOWSKI, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-01690

**2,787. DIRECTV INC V. DANIEL TRETO, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08587

**2,788. DIRECTV INC V. DAVID STONESTREET, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-01371

**2,789. DIRECTV INC V. DENBY**
November 25, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00423

**2,790. DIRECTV INC V. DO**
November 25, 2003 TX U.S. DIST. CT., NORTH 03-CV-01372

**2,791. DIRECTV INC V. DO**
November 25, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00425

**2,792. DIRECTV INC V. DOAN**
November 25, 2003 TX U.S. DIST. CT., NORTH 03-CV-01373

**2,793. DIRECTV INC V. DOHERTY, ET AL**
November 25, 2003 SC U.S. DIST. CT. 03-CV-03742

**2,794. DIRECTV INC V. DOLORES KERFOOT, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-01687

**2,795. DIRECTV INC V. DUNSTATTER**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08502

**2,796. DIRECTV INC V. ELIZONDO**
November 25, 2003 TX U.S. DIST. CT., SOUTH 03-CV-00216

**2,797. DIRECTV INC V. FARNHAM**
November 25, 2003 KS U.S. DIST. CT. 03-CV-02598

**2,798. DIRECTV INC V. FINK, ET AL**
November 25, 2003 TX U.S. DIST. CT., EAST 03-CV-00451

**2,799. DIRECTV INC V. GAMBLE ET AL**
November 25, 2003 KY U.S. DIST. CT., EAST 03-CV-00219


**2,800. DIRECTV INC V. GARCIA**
November 25, 2003 LA U.S. DIST. CT., EAST 03-CV-03308


**2,801. DIRECTV INC V. GAVIN**
November 25, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40679


**2,802. DIRECTV INC V. GILLESPIE**
November 25, 2003 OH U.S. DIST. CT., SOUTH 03-CV-00830


**2,803. DIRECTV INC V. GRANT CHORLIYAN, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08611


**2,804. DIRECTV INC V. GUERRA, ET AL**
November 25, 2003 TX U.S. DIST. CT., SOUTH 03-CV-05408


**2,805. DIRECTV INC V. GUILLERMO VALDEZ, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08590


**2,806. DIRECTV INC V. HALL, ET AL**
November 25, 2003 LA U.S. DIST. CT., EAST 2:03-CV-03314


**2,807. DIRECTV INC V. HOWARD WYCHE, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08573


**2,808. DIRECTV INC V. HUGHES**
November 25, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40675


**2,809. DIRECTV INC V. HUY HO, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08608


**2,810. DIRECTV INC V. J CHANTANARUNGPHAK, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08610


**2,811. DIRECTV INC V. JEEVAKA SOMARATNE, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-01372


**2,812. DIRECTV INC V. JERRY LIFFICK, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-01375

**2,813. DIRECTV INC V. JOHNSON**
November 25, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40670


**2,814. DIRECTV INC V. JOHNSON**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08504


**2,815. DIRECTV INC V. JONES**
November 25, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00421


**2,816. DIRECTV INC V. JOSEPH HARKENRIDER, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08606


**2,817. DIRECTV INC V. KATHY REGEC, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08596


**2,818. DIRECTV INC V. KEITH MCALISTER, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08602


**2,819. DIRECTV INC V. KELSEY, ET AL.**
November 25, 2003 NM U.S. DIST. CT. 6:03-CV-01366


**2,820. DIRECTV INC V. KEYSER**
November 25, 2003 OH U.S. DIST. CT., SOUTH 03-CV-01089


**2,821. DIRECTV INC V. KINGERY**
November 25, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40671


**2,822. DIRECTV INC V. KINGSLEY**
November 25, 2003 TX U.S. DIST. CT., EAST 9:03-CV-00308


**2,823. DIRECTV INC V. KNIGHTON**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08522


**2,824. DIRECTV INC V. KOZICH**
November 25, 2003 OH U.S. DIST. CT., SOUTH 03-CV-01086


**2,825. DIRECTV INC V. LACKEY**
November 25, 2003 TX U.S. DIST. CT., NORTH 03-CV-00235


**2,826. DIRECTV INC V. LARRY ELENBURG, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-01376

**2,827. DIRECTV INC V. LIGGETT**
November 25, 2003 OH U.S. DIST. CT., SOUTH 03-CV-01090

**2,828. DIRECTV INC V. LIGHT**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08506

**2,829. DIRECTV INC V. LIGHT**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08512

**2,830. DIRECTV INC V. LISA GOSDSCHAN, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08604

**2,831. DIRECTV INC V. LU, ET AL**
November 25, 2003 CA U.S. DIST. CT., EAST 03-CV-06672

**2,832. DIRECTV INC V. LUIS QUISPE, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08595

**2,833. DIRECTV INC V. LUNA**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08505

**2,834. DIRECTV INC V. LYLES**
November 25, 2003 NM U.S. DIST. CT. 6:03-CV-01365

**2,835. DIRECTV INC V. MALONEY**
November 25, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08510

**2,836. DIRECTV INC V. MARCUM**
November 25, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00424

**2,837. DIRECTV INC V. MARDEN**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08508

**2,838. DIRECTV INC V. MARIS**
November 25, 2003 AR U.S. DIST. CT., EAST 03-CV-00945

**2,839. DIRECTV INC V. MARK VAN VALKENBURG, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08588

**2,840. DIRECTV INC V. MARTINEZ**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08503

**2,841. DIRECTV INC V. MAXIMILIAN MARK, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08601


**2,842. DIRECTV INC V. MAYNES**
November 25, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40665


**2,843. DIRECTV INC V. MEADOWS**
November 25, 2003 OH U.S. DIST. CT., SOUTH 03-CV-00835


**2,844. DIRECTV INC V. MEI**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08514


**2,845. DIRECTV INC V. MICHAEL STEINER, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08585


**2,846. DIRECTV INC V. MIJARES**
November 25, 2003 TX U.S. DIST. CT., EAST 03-CV-00307


**2,847. DIRECTV INC V. MITCHELL**
November 25, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00426


**2,848. DIRECTV INC V. MONCREE**
November 25, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00420


**2,849. DIRECTV INC V. MONICA PLASSE, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-01373


**2,850. DIRECTV INC V. MOORE**
November 25, 2003 OH U.S. DIST. CT., SOUTH 03-CV-00829


**2,851. DIRECTV INC V. MOUA, ET AL**
November 25, 2003 CA U.S. DIST. CT., EAST 1:03-CV-06676


**2,852. DIRECTV INC V. MOYER**
November 25, 2003 OH U.S. DIST. CT., SOUTH 03-CV-00831


**2,853. DIRECTV INC V. MULLIN**
November 25, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00418


**2,854. DIRECTV INC V. MUNOZ**
November 25, 2003 TX U.S. DIST. CT., NORTH 03-CV-00234

**2,855. DIRECTV INC V. NEWMAN**
November 25, 2003 LA U.S. DIST. CT., EAST 03-CV-03309

**2,856. DIRECTV INC V. NIELSEN**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08507

**2,857. DIRECTV INC V. NIMA SAJADI, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-01689

**2,858. DIRECTV INC V. OLSON, ET AL**
November 25, 2003 TX U.S. DIST. CT., SOUTH 03-CV-05409

**2,859. DIRECTV INC V. PEARCE**
November 25, 2003 TX U.S. DIST. CT., EAST 03-CV-00424

**2,860. DIRECTV INC V. PIERCE**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08527

**2,861. DIRECTV INC V. PINEGAR**
November 25, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40673

**2,862. DIRECTV INC V. PIPPIN, ET AL.**
November 25, 2003 NM U.S. DIST. CT. 6:03-CV-01362

**2,863. DIRECTV INC V. POKORNY**
November 25, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08509

**2,864. DIRECTV INC V. PORCHER, ET AL**
November 25, 2003 SC U.S. DIST. CT. 03-CV-03739

**2,865. DIRECTV INC V. PRATT**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08518

**2,866. DIRECTV INC V. PRICER**
November 25, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00419

**2,867. DIRECTV INC V. RAM**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08528

**2,868. DIRECTV INC V. RAPP**
November 25, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00833

**2,869. DIRECTV INC V. RASHID**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08521


**2,870. DIRECTV INC V. RINCONES, ET AL**
November 25, 2003 TX U.S. DIST. CT., SOUTH 03-CV-00217


**2,871. DIRECTV INC V. ROBINSON**
November 25, 2003 KS U.S. DIST. CT. 03-CV-02600


**2,872. DIRECTV INC V. RODRIGUEZ, ET AL**
November 25, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08519


**2,873. DIRECTV INC V. ROGER SCALISE, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08598


**2,874. DIRECTV INC V. ROHRLACK**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08517


**2,875. DIRECTV INC V. ROLAND**
November 25, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40666


**2,876. DIRECTV INC V. RON DEETHS, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08603


**2,877. DIRECTV INC V. ROSARIO**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08515


**2,878. DIRECTV INC V. SALDANA**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08525


**2,879. DIRECTV INC V. SAM AINTABLIAN, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08609


**2,880. DIRECTV INC V. SANER**
November 25, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40667


**2,881. DIRECTV INC V. SCHULER**
November 25, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01085


**2,882. DIRECTV INC V. SCOLA**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08524

**2,883. DIRECTV INC V. SEELOFF**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08523

**2,884. DIRECTV INC V. SHINGLER**
November 25, 2003 KS U.S. DIST. CT. 03-CV-02601

**2,885. DIRECTV INC V. SHROYER**
November 25, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40677

**2,886. DIRECTV INC V. SPOSATO**
November 25, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40674

**2,887. DIRECTV INC V. STAMS**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08499

**2,888. DIRECTV INC V. STEELY, ET AL**
November 25, 2003 TX U.S. DIST. CT., EAST 03-CV-00309

**2,889. DIRECTV INC V. STEVE AGALSOFF, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08612

**2,890. DIRECTV INC V. STICHER, ET AL**
November 25, 2003 TX U.S. DIST. CT., SOUTH 03-CV-05410

**2,891. DIRECTV INC V. SWESEY**
November 25, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40678

**2,892. DIRECTV INC V. SZWEC**
November 25, 2003 IL U.S. DIST. CT., NORTH 03-CV-08500

**2,893. DIRECTV INC V. TILLOTSON, ET AL**
November 25, 2003 TX U.S. DIST. CT., EAST 03-CV-00448

**2,894. DIRECTV INC V. TRUONG**
November 25, 2003 OH U.S. DIST. CT., SOUTH 03-CV-00832

**2,895. DIRECTV INC V. UTESCH**
November 25, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40676

**2,896. DIRECTV INC V. V MORKJAROENPONG, ET AL**
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-08593

**2,897.** DIRECTV INC V. VINCENT
November 25, 2003 TX U.S. DIST. CT., SOUTH 03-CV-05411

**2,898.** DIRECTV INC V. WALLBANK, ET AL
November 25, 2003 CA U.S. DIST. CT., SOUTH 03-CV-02349

**2,899.** DIRECTV INC V. WALTON
November 25, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40672

**2,900.** DIRECTV INC V. WASSERSTROM, ET AL
November 25, 2003 CA U.S. DIST. CT., SOUTH 03-CV-02347

**2,901.** DIRECTV INC V. WEBSTER, ET AL
November 25, 2003 CA U.S. DIST. CT., SOUTH 03-CV-02351

**2,902.** DIRECTV INC V. WEIDNER
November 25, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40669

**2,903.** DIRECTV INC V. WIDA, ET AL
November 25, 2003 CA U.S. DIST. CT., EAST 03-CV-06675

**2,904.** DIRECTV INC V. WILLIAM HUFFMAN, ET AL
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-01684

**2,905.** DIRECTV INC V. WINTERS, ET AL
November 25, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-02350

**2,906.** DIRECTV INC V. YAICH
November 25, 2003 OH U.S. DIST. CT., SOUTH 03-CV-01091

**2,907.** DIRECTV INC V. YUNH LY, ET AL
November 25, 2003 CA U.S. DIST. CT., CENT. 03-CV-01685

**2,908.** DIRECTV INC, ET AL V. CHRISTIAN
November 25, 2003 TX U.S. DIST. CT., EAST 03-CV-00450

**2,909.** DIRECTV INC, ET AL V. MARTIN
November 25, 2003 TX U.S. DIST. CT., EAST 03-CV-00422

**2,910.** DIRECTV INC, ET AL V. WISE
November 25, 2003 TX U.S. DIST. CT., EAST 03-CV-00449

**2,911. DIRECTV INC. V. RENTERIA, ET AL.**
November 25, 2003 NM U.S. DIST. CT. 1:03-CV-01367

**2,912. DIRECTV V. ALLISON**
November 25, 2003 UT U.S. DIST. CT. 03-CV-00141

**2,913. DIRECTV V. HUGHES**
November 25, 2003 MS U.S. DIST. CT., SOUTH 03-CV-00903

**2,914. DIRECTV V. MOYES, ET AL**
November 25, 2003 UT U.S. DIST. CT. 03-CV-01037

**2,915. DIRECTV, INC V. STOUGH, ET AL**
November 25, 2003 CA U.S. DIST. CT., EAST 2:03-CV-02448

**2,916. DIRECTV, INC. V. ABERCROMBIE**
November 25, 2003 NC U.S. DIST. CT., EAST 03-CV-00875

**2,917. DIRECTV, INC. V. ARCEO**
November 25, 2003 NJ U.S. DIST. CT. 03-CV-05654

**2,918. DIRECTV, INC. V. BILLINGTON**
November 25, 2003 TX U.S. DIST. CT., NORTH 03-CV-00294

**2,919. DIRECTV, INC. V. BLACKBURN**
November 25, 2003 WV U.S. DIST. CT., SOUTH 03-CV-02387

**2,920. DIRECTV, INC. V. BLAKE**
November 25, 2003 MS U.S. DIST. CT., SOUTH 03-CV-00902

**2,921. DIRECTV, INC. V. BREEN**
November 25, 2003 NJ U.S. DIST. CT. 03-CV-05658

**2,922. DIRECTV, INC. V. BRUMFIELD**
November 25, 2003 VA U.S. DIST. CT., WEST 03-CV-00104

**2,923. DIRECTV, INC. V. CAIN, ET AL**
November 25, 2003 NJ U.S. DIST. CT. 03-CV-05632

**2,924. DIRECTV, INC. V. CANNELLA**
November 25, 2003 CO U.S. DIST. CT. 03-CV-02364

**2,925. DIRECTV, INC. V. COLLINS**
November 25, 2003 MS U.S. DIST. CT., NORTH 03-CV-00642


**2,926. DIRECTV, INC. V. DANEAULT**
November 25, 2003 NH U.S. DIST. CT. 03-CV-00509


**2,927. DIRECTV, INC. V. DOBESH ET AL**
November 25, 2003 NY U.S. DIST. CT., WEST 6:03-CV-06597


**2,928. DIRECTV, INC. V. ELAM, ET AL**
November 25, 2003 VA U.S. DIST. CT., WEST 03-CV-00149


**2,929. DIRECTV, INC. V. ESPOSITO**
November 25, 2003 CO U.S. DIST. CT. 03-CV-02358


**2,930. DIRECTV, INC. V. EXLEY**
November 25, 2003 CO U.S. DIST. CT. 03-CV-02365


**2,931. DIRECTV, INC. V. FULTON**
November 25, 2003 WV U.S. DIST. CT., SOUTH 03-CV-02388


**2,932. DIRECTV, INC. V. GASKIN**
November 25, 2003 NJ U.S. DIST. CT. 03-CV-05657


**2,933. DIRECTV, INC. V. GOODNOW**
November 25, 2003 NH U.S. DIST. CT. 03-CV-00511


**2,934. DIRECTV, INC. V. GREEN**
November 25, 2003 CO U.S. DIST. CT. 03-CV-02363


**2,935. DIRECTV, INC. V. HARMEL**
November 25, 2003 PA U.S. DIST. CT., WEST 03-CV-01810


**2,936. DIRECTV, INC. V. HAWLEY**
November 25, 2003 NC U.S. DIST. CT., EAST 7:03-CV-00214


**2,937. DIRECTV, INC. V. HEIDORN**
November 25, 2003 CO U.S. DIST. CT. 03-CV-02360


**2,938. DIRECTV, INC. V. HIGHSMITH**
November 25, 2003 NC U.S. DIST. CT., EAST 7:03-CV-00213

**2,939. DIRECTV, INC. V. HOLLAND**
November 25, 2003 TX U.S. DIST. CT., WEST 03-CV-01180

**2,940. DIRECTV, INC. V. HOLLIFIELD**
November 25, 2003 CO U.S. DIST. CT. 03-CV-02362

**2,941. DIRECTV, INC. V. HOLT**
November 25, 2003 FL U.S. DIST. CT., MID. 03-CV-01691

**2,942. DIRECTV, INC. V. HOWELL**
November 25, 2003 WV U.S. DIST. CT., SOUTH 03-CV-02390

**2,943. DIRECTV, INC. V. HUGHEY**
November 25, 2003 MS U.S. DIST. CT., NORTH 03-CV-00643

**2,944. DIRECTV, INC. V. JONES, ET AL**
November 25, 2003 TX U.S. DIST. CT., EAST 03-CV-00423

**2,945. DIRECTV, INC. V. KIRK**
November 25, 2003 NH U.S. DIST. CT. 03-CV-00504

**2,946. DIRECTV, INC. V. KOWALEWSKI**
November 25, 2003 PA U.S. DIST. CT., WEST 03-CV-00393

**2,947. DIRECTV, INC. V. LEVIN**
November 25, 2003 NH U.S. DIST. CT. 03-CV-00506

**2,948. DIRECTV, INC. V. LEWIS ET AL**
November 25, 2003 TX U.S. DIST. CT., NORTH 03-CV-00102

**2,949. DIRECTV, INC. V. LEWIS, ET AL**
November 25, 2003 NC U.S. DIST. CT., EAST 03-CV-00186

**2,950. DIRECTV, INC. V. LOJAN**
November 25, 2003 CO U.S. DIST. CT. 03-CV-02359

**2,951. DIRECTV, INC. V. MEADOWS**
November 25, 2003 VA U.S. DIST. CT., WEST 03-CV-00100

**2,952. DIRECTV, INC. V. METCALF**
November 25, 2003 NC U.S. DIST. CT., EAST 7:03-CV-00217

**2,953. DIRECTV, INC. V. MORRIS**
November 25, 2003 WV U.S. DIST. CT., SOUTH 03-CV-02389

**2,954. DIRECTV, INC. V. MULHOLLAND**
November 25, 2003 NH U.S. DIST. CT. 03-CV-00508

**2,955. DIRECTV, INC. V. MURPHY**
November 25, 2003 VA U.S. DIST. CT., WEST 7:03-CV-00777

**2,956. DIRECTV, INC. V. ORTEGA, ET AL**
November 25, 2003 TX U.S. DIST. CT., WEST 5:03-CV-01179

**2,957. DIRECTV, INC. V. OSTBY**
November 25, 2003 TX U.S. DIST. CT., WEST 03-CV-01178

**2,958. DIRECTV, INC. V. PARKER**
November 25, 2003 NC U.S. DIST. CT., EAST 03-CV-00874

**2,959. DIRECTV, INC. V. PAUL ET AL**
November 25, 2003 KY U.S. DIST. CT., EAST 03-CV-00606

**2,960. DIRECTV, INC. V. PELLETIER**
November 25, 2003 NH U.S. DIST. CT. 03-CV-00510

**2,961. DIRECTV, INC. V. PICKENS, ET AL**
November 25, 2003 WV U.S. DIST. CT., SOUTH 03-CV-02386

**2,962. DIRECTV, INC. V. PICKERING**
November 25, 2003 MS U.S. DIST. CT., SOUTH 03-CV-01291

**2,963. DIRECTV, INC. V. PLESKACH**
November 25, 2003 CO U.S. DIST. CT. 03-CV-02367

**2,964. DIRECTV, INC. V. PRENTICE**
November 25, 2003 NH U.S. DIST. CT. 03-CV-00507

**2,965. DIRECTV, INC. V. PROPHET ET AL**
November 25, 2003 NY U.S. DIST. CT., WEST 6:03-CV-06594

**2,966. DIRECTV, INC. V. SALAS**
November 25, 2003 TX U.S. DIST. CT., WEST 03-CV-01177

**2,967. DIRECTV, INC. V. SALINAS**
November 25, 2003 TX U.S. DIST. CT., NORTH 03-CV-00400

**2,968. DIRECTV, INC. V. SCHAEFER**
November 25, 2003 CO U.S. DIST. CT. 03-CV-02366

**2,969. DIRECTV, INC. V. SHEPARD**
November 25, 2003 NY U.S. DIST. CT., WEST 6:03-CV-06595

**2,970. DIRECTV, INC. V. SIMONS**
November 25, 2003 SD U.S. DIST. CT. 03-CV-05117

**2,971. DIRECTV, INC. V. SPEAKMAN**
November 25, 2003 CO U.S. DIST. CT. 03-CV-02368

**2,972. DIRECTV, INC. V. STICHT**
November 25, 2003 NY U.S. DIST. CT., WEST 1:03-CV-00886

**2,973. DIRECTV, INC. V. SWIGER**
November 25, 2003 WV U.S. DIST. CT., NORTH 03-CV-00261

**2,974. DIRECTV, INC. V. THOMAS**
November 25, 2003 TX U.S. DIST. CT., WEST 03-CV-01176

**2,975. DIRECTV, INC. V. THORSON, ET AL**
November 25, 2003 TX U.S. DIST. CT., WEST 03-CV-00490

**2,976. DIRECTV, INC. V. TOLMAN**
November 25, 2003 ID U.S. DIST. CT. 03-CV-00503

**2,977. DIRECTV, INC. V. TUCKER, ET AL**
November 25, 2003 VA U.S. DIST. CT., WEST 03-CV-00099

**2,978. DIRECTV, INC. V. TWOMBLY**
November 25, 2003 NH U.S. DIST. CT. 03-CV-00505

**2,979. DIRECTV, INC. V. VICARS**
November 25, 2003 KY U.S. DIST. CT., EAST 03-CV-00356

**2,980. DIRECTV, INC., ET AL V. FALTYN**
November 25, 2003 NJ U.S. DIST. CT. 03-CV-05661

**2,981. DIRECTV, INC., ET AL V. NGO**
November 25, 2003 FL U.S. DIST. CT., MID. 03-CV-02480


**2,982. DIRECTV,,INC., ET AL V. JENKS, ET AL**
November 25, 2003 NJ U.S. DIST. CT. 03-CV-05631


**2,983. DIRECTV INC V. ADKINS**
November 24, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00413


**2,984. DIRECTV INC V. BRYAN**
November 24, 2003 MI U.S. DIST. CT., EAST 03-CV-74714


**2,985. DIRECTV INC V. BUGARIN ET AL**
November 24, 2003 TX U.S. DIST. CT., NORTH 03-CV-00393


**2,986. DIRECTV INC V. BURBACK**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08459


**2,987. DIRECTV INC V. CALDERON**
November 24, 2003 TX U.S. DIST. CT., EAST 03-CV-00516


**2,988. DIRECTV INC V. CASSIDY**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08462


**2,989. DIRECTV INC V. COLLINS**
November 24, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00412


**2,990. DIRECTV INC V. CUNNINGHAM**
November 24, 2003 MI U.S. DIST. CT., EAST 03-CV-74717


**2,991. DIRECTV INC V. CURCIO**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08460


**2,992. DIRECTV INC V. DEPASQUALE**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08438


**2,993. DIRECTV INC V. DEWEESE**
November 24, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00415


**2,994. DIRECTV INC V. DONOHO**
November 24, 2003 IL U.S. DIST. CT., SOUTH 3:03-CV-00792

**2,995. DIRECTV INC V. FABSITS**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08450

**2,996. DIRECTV INC V. FERRARESI**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08456

**2,997. DIRECTV INC V. FICORELLI**
November 24, 2003 MI U.S. DIST. CT., EAST 03-CV-74721

**2,998. DIRECTV INC V. FLOYD**
November 24, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74720

**2,999. DIRECTV INC V. FORGUE**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08458

**3,000. DIRECTV INC V. GALLLAGHER**
November 24, 2003 IL U.S. DIST. CT., CENT. 03-CV-02206

**3,001. DIRECTV INC V. GEORGE**
November 24, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00416

**3,002. DIRECTV INC V. GOFF**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-50500

**3,003. DIRECTV INC V. GOMEZ**
November 24, 2003 MI U.S. DIST. CT., EAST 03-CV-74715

**3,004. DIRECTV INC V. HAAS**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-50503

**3,005. DIRECTV INC V. HAJDUK**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08476

**3,006. DIRECTV INC V. HAZDRA**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08439

**3,007. DIRECTV INC V. HERTER**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08457

**3,008. DIRECTV INC V. HINTON**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08477

**3,009. DIRECTV INC V. KAGER**
November 24, 2003 MI U.S. DIST. CT., EAST 03-CV-40308

**3,010. DIRECTV INC V. KALTZ**
November 24, 2003 MI U.S. DIST. CT., EAST 03-CV-60258

**3,011. DIRECTV INC V. KARAMOSHOS**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08478

**3,012. DIRECTV INC V. KHANO**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08475

**3,013. DIRECTV INC V. KISER**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08473

**3,014. DIRECTV INC V. KNUTSEN**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08467

**3,015. DIRECTV INC V. KOCH**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-50499

**3,016. DIRECTV INC V. LE**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-50501

**3,017. DIRECTV INC V. LEONARD**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-50502

**3,018. DIRECTV INC V. LEVELL**
November 24, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74702

**3,019. DIRECTV INC V. LOOS, ET AL**
November 24, 2003 IL U.S. DIST. CT., SOUTH 3:03-CV-00795

**3,020. DIRECTV INC V. LUKESH**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08468

**3,021. DIRECTV INC V. MAGNUSON**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08474

**3,022. DIRECTV INC V. MARK**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08440


**3,023. DIRECTV INC V. MASON**
November 24, 2003 AR U.S. DIST. CT., EAST 03-CV-00443


**3,024. DIRECTV INC V. MATSON**
November 24, 2003 TX U.S. DIST. CT., EAST 03-CV-01405


**3,025. DIRECTV INC V. MCKEAGUE**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08469


**3,026. DIRECTV INC V. NEWTON**
November 24, 2003 MI U.S. DIST. CT., EAST 03-CV-74724


**3,027. DIRECTV INC V. PAYTON**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08466


**3,028. DIRECTV INC V. PETERS**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-50504


**3,029. DIRECTV INC V. PHILLIPS**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08470


**3,030. DIRECTV INC V. PHILLIPS, ET AL**
November 24, 2003 TX U.S. DIST. CT., EAST 03-CV-00517


**3,031. DIRECTV INC V. PIERCE**
November 24, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40076


**3,032. DIRECTV INC V. PIOTRACZK**
November 24, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74701


**3,033. DIRECTV INC V. POWELL**
November 24, 2003 IL U.S. DIST. CT., SOUTH 3:03-CV-00794


**3,034. DIRECTV INC V. PRICE, ET AL**
November 24, 2003 IL U.S. DIST. CT., SOUTH 3:03-CV-00791


**3,035. DIRECTV INC V. QUILTY**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08436

**3,036.** **DIRECTV INC V. QUIRANTE**
November 24, 2003 MI U.S. DIST. CT., EAST 03-CV-10292

**3,037.** **DIRECTV INC V. RASCOP**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08437

**3,038.** **DIRECTV INC V. RODRIGUEZ**
November 24, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08435

**3,039.** **DIRECTV INC V. ROMO**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08443

**3,040.** **DIRECTV INC V. RYBA**
November 24, 2003 MI U.S. DIST. CT., EAST 03-CV-74716

**3,041.** **DIRECTV INC V. SABZALI**
November 24, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08442

**3,042.** **DIRECTV INC V. SAILORS**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-50505

**3,043.** **DIRECTV INC V. SAXINGER**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08479

**3,044.** **DIRECTV INC V. SCHWARTZ**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08472

**3,045.** **DIRECTV INC V. SERENA**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08465

**3,046.** **DIRECTV INC V. SIDES**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08516

**3,047.** **DIRECTV INC V. SODERBERG**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08480

**3,048.** **DIRECTV INC V. SOREL**
November 24, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74703

**3,049.** **DIRECTV INC V. STADEL**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-50498

**3,050.** **DIRECTV INC V. STAHL**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08464

**3,051.** **DIRECTV INC V. STEVERSON**
November 24, 2003 MI U.S. DIST. CT., EAST 03-CV-74718

**3,052.** **DIRECTV INC V. STEVERSON**
November 24, 2003 MI U.S. DIST. CT., EAST 03-CV-74722

**3,053.** **DIRECTV INC V. TROUTMAN**
November 24, 2003 MI U.S. DIST. CT., EAST 03-CV-74723

**3,054.** **DIRECTV INC V. WAGONBLOTT**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08452

**3,055.** **DIRECTV INC V. WATSON**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08463

**3,056.** **DIRECTV INC V. WILKINSON**
November 24, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00414

**3,057.** **DIRECTV INC V. YARBOUGH**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08453

**3,058.** **DIRECTV INC V. ZACEK**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08454

**3,059.** **DIRECTV V. MINER**
November 24, 2003 UT U.S. DIST. CT. 03-CV-00140

**3,060.** **DIRECTV V. SANFORD**
November 24, 2003 MS U.S. DIST. CT., SOUTH 03-CV-00566

**3,061.** **DIRECTV V. WINBORG**
November 24, 2003 UT U.S. DIST. CT. 03-CV-00139

**3,062.** **DIRECTV V. ZINIE**
November 24, 2003 UT U.S. DIST. CT. 03-CV-00138

**3,063.** **DIRECTV, INC V. CORDON**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08461

**3,064.** **DIRECTV, INC V. LUKE, ET AL**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08471

**3,065.** **DIRECTV, INC V. MUZARD**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08441

**3,066.** **DIRECTV, INC V. PEACE**
November 24, 2003 TX U.S. DIST. CT., EAST 03-CV-00518

**3,067.** **DIRECTV, INC V. ROJAS**
November 24, 2003 IL U.S. DIST. CT., NORTH 03-CV-08451

**3,068.** **DIRECTV, INC. V. ALPERIN**
November 24, 2003 MA U.S. DIST. CT. 03-CV-12369

**3,069.** **DIRECTV, INC. V. BONANNI**
November 24, 2003 TX U.S. DIST. CT., WEST 03-CV-01168

**3,070.** **DIRECTV, INC. V. BOWERMON**
November 24, 2003 TX U.S. DIST. CT., WEST 03-CV-00854

**3,071.** **DIRECTV, INC. V. CAMPBELL**
November 24, 2003 TX U.S. DIST. CT., WEST 03-CV-00855

**3,072.** **DIRECTV, INC. V. CORTEZ**
November 24, 2003 TX U.S. DIST. CT., WEST 03-CV-00857

**3,073.** **DIRECTV, INC. V. CRUTCHFIELD**
November 24, 2003 IL U.S. DIST. CT., CENT. 03-CV-01387

**3,074.** **DIRECTV, INC. V. DAVIS**
November 24, 2003 TX U.S. DIST. CT., WEST 03-CV-01171

**3,075.** **DIRECTV, INC. V. DESPRES**
November 24, 2003 MA U.S. DIST. CT. 03-CV-40257

**3,076.** **DIRECTV, INC. V. DOWNS**
November 24, 2003 MS U.S. DIST. CT., SOUTH 5:03-CV-00542

**3,077.** **DIRECTV, INC. V. FORREST**
November 24, 2003 MS U.S. DIST. CT., SOUTH 03-CV-00900

**3,078.** DIRECTV, INC. V. GONZALEZ
November 24, 2003 TX U.S. DIST. CT., WEST 03-CV-01170


**3,079.** DIRECTV, INC. V. HARRIS
November 24, 2003 TX U.S. DIST. CT., WEST 03-CV-01162


**3,080.** DIRECTV, INC. V. HERRERA
November 24, 2003 MA U.S. DIST. CT. 03-CV-12370


**3,081.** DIRECTV, INC. V. JOLIVETTE
November 24, 2003 TX U.S. DIST. CT., WEST 03-CV-01167


**3,082.** DIRECTV, INC. V. KIEFFER
November 24, 2003 TX U.S. DIST. CT., WEST 03-CV-00858


**3,083.** DIRECTV, INC. V. KLOSOWSKI
November 24, 2003 TX U.S. DIST. CT., WEST 03-CV-01164


**3,084.** DIRECTV, INC. V. KUDRYK
November 24, 2003 MA U.S. DIST. CT. 03-CV-12368


**3,085.** DIRECTV, INC. V. LATSHAW
November 24, 2003 NY U.S. DIST. CT., WEST 1:03-CV-00876


**3,086.** DIRECTV, INC. V. LUCIN
November 24, 2003 MA U.S. DIST. CT. 03-CV-40258


**3,087.** DIRECTV, INC. V. MACEY
November 24, 2003 NY U.S. DIST. CT., WEST 1:03-CV-00879


**3,088.** DIRECTV, INC. V. MANDELARO ET AL
November 24, 2003 NY U.S. DIST. CT., WEST 6:03-CV-06590


**3,089.** DIRECTV, INC. V. MARIANI
November 24, 2003 TX U.S. DIST. CT., WEST 03-CV-00859


**3,090.** DIRECTV, INC. V. MCDOUGALL
November 24, 2003 TX U.S. DIST. CT., WEST 03-CV-01165


**3,091.** DIRECTV, INC. V. MYGA
November 24, 2003 NY U.S. DIST. CT., WEST 6:03-CV-06591

**3,092.** **DIRECTV, INC. V. NESEMEIER**
November 24, 2003 ND U.S. DIST. CT. 3:03-CV-00128


**3,093.** **DIRECTV, INC. V. NIMMONS**
November 24, 2003 CO U.S. DIST. CT. 03-CV-02346


**3,094.** **DIRECTV, INC. V. PEPPLER**
November 24, 2003 CO U.S. DIST. CT. 03-CV-02349


**3,095.** **DIRECTV, INC. V. RAGGIO**
November 24, 2003 MS U.S. DIST. CT., SOUTH 03-CV-01288


**3,096.** **DIRECTV, INC. V. RATTAN**
November 24, 2003 CO U.S. DIST. CT. 03-CV-02350


**3,097.** **DIRECTV, INC. V. ROBINSON**
November 24, 2003 TX U.S. DIST. CT., WEST 03-CV-01169


**3,098.** **DIRECTV, INC. V. ROSEN**
November 24, 2003 MS U.S. DIST. CT., SOUTH 03-CV-00899


**3,099.** **DIRECTV, INC. V. SCHALLER**
November 24, 2003 TX U.S. DIST. CT., WEST 03-CV-00860


**3,100.** **DIRECTV, INC. V. SEALE**
November 24, 2003 CO U.S. DIST. CT. 1:03-CV-02351


**3,101.** **DIRECTV, INC. V. SPAHR**
November 24, 2003 CO U.S. DIST. CT. 03-CV-02347


**3,102.** **DIRECTV, INC. V. STITZ**
November 24, 2003 CO U.S. DIST. CT. 03-CV-02348


**3,103.** **DIRECTV, INC. V. TREVINO**
November 24, 2003 TX U.S. DIST. CT., WEST 03-CV-01166


**3,104.** **DIRECTV, INC. V. VALLES**
November 24, 2003 MS U.S. DIST. CT., SOUTH 03-CV-01289


**3,105.** **DIRECTV, INC. V. WILSON**
November 24, 2003 CO U.S. DIST. CT. 03-CV-02352

 © 2016 Thomson Reuters. No claim to original U.S. Government Works.

**3,106.** **DIRECTV, INC. V. YATES**
November 24, 2003 TX U.S. DIST. CT., WEST 03-CV-01161

**3,107.** **DIRECTV, INC., ET AL V. MCHAZLETT**
November 24, 2003 TX U.S. DIST. CT., WEST 03-CV-01163

**3,108.** **DIRECTV INC V. ARRA**
November 21, 2003 IL U.S. DIST. CT., NORTH 03-CV-08388

**3,109.** **DIRECTV INC V. BALASZEK**
November 21, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08401

**3,110.** **DIRECTV INC V. BURK**
November 21, 2003 IL U.S. DIST. CT., SOUTH 3:03-CV-00777

**3,111.** **DIRECTV INC V. BUTVILAS**
November 21, 2003 IL U.S. DIST. CT., NORTH 03-CV-08387

**3,112.** **DIRECTV INC V. CHIODO**
November 21, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40657

**3,113.** **DIRECTV INC V. DYRHAUG**
November 21, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08389

**3,114.** **DIRECTV INC V. EXCONDE**
November 21, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08392

**3,115.** **DIRECTV INC V. FERRELL**
November 21, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40655

**3,116.** **DIRECTV INC V. GUIDRY**
November 21, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08393

**3,117.** **DIRECTV INC V. HARRINGTON**
November 21, 2003 KS U.S. DIST. CT. 2:03-CV-02588

**3,118.** **DIRECTV INC V. HAUSER**
November 21, 2003 IL U.S. DIST. CT., NORTH 03-CV-08396

**3,119.** **DIRECTV INC V. HERNANDEZ**
November 21, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08385

**3,120. DIRECTV INC V. HUSEMOLLER**
November 21, 2003 IL U.S. DIST. CT., NORTH 03-CV-08397

**3,121. DIRECTV INC V. JACHYMIAK**
November 21, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08394

**3,122. DIRECTV INC V. JANOWSKI**
November 21, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08400

**3,123. DIRECTV INC V. JIMENEZ**
November 21, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08399

**3,124. DIRECTV INC V. KEBLUSEK**
November 21, 2003 IL U.S. DIST. CT., NORTH 03-CV-08386

**3,125. DIRECTV INC V. MOORE**
November 21, 2003 KS U.S. DIST. CT. 2:03-CV-02587

**3,126. DIRECTV INC V. PALM**
November 21, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40631

**3,127. DIRECTV INC V. RIVAS**
November 21, 2003 IA U.S. DIST. CT., SOUTH 03-CV-40656

**3,128. DIRECTV INC V. RYAN**
November 21, 2003 IL U.S. DIST. CT., NORTH 03-CV-08395

**3,129. DIRECTV INC V. SCHWAIGER**
November 21, 2003 KS U.S. DIST. CT. 2:03-CV-02586

**3,130. DIRECTV INC V. WASINGER ET AL**
November 21, 2003 KS U.S. DIST. CT. 2:03-CV-02585

**3,131. DIRECTV INC. V. DEMARCO**
November 21, 2003 DE U.S. DIST. CT. 03-CV-01059

**3,132. DIRECTV INC. V. MELORO, ET AL**
November 21, 2003 DE U.S. DIST. CT. 03-CV-01060

**3,133. DIRECTV V. DUNN**
November 21, 2003 UT U.S. DIST. CT. 03-CV-01027

**3,134. DIRECTV V. JARZYNKA**
November 21, 2003 NE U.S. DIST. CT. 03-CV-00490

**3,135. DIRECTV V. RUSSO**
November 21, 2003 UT U.S. DIST. CT. 03-CV-01026

**3,136. DIRECTV V. SHEPHERD**
November 21, 2003 UT U.S. DIST. CT. 03-CV-01025

**3,137. DIRECTV V. STONE**
November 21, 2003 UT U.S. DIST. CT. 03-CV-01024

**3,138. DIRECTV V. WILDE**
November 21, 2003 UT U.S. DIST. CT. 03-CV-01028

**3,139. DIRECTV, INC V. CETNAR**
November 21, 2003 IL U.S. DIST. CT., NORTH 03-CV-08391

**3,140. DIRECTV, INC V. HARRIPERSAUD SINGH**
November 21, 2003 NY U.S. DIST. CT., EAST 03-CV-05915

**3,141. DIRECTV, INC V. JAFFE**
November 21, 2003 NE U.S. DIST. CT. 03-CV-00491

**3,142. DIRECTV, INC V. KAMBA**
November 21, 2003 IL U.S. DIST. CT., NORTH 03-CV-08402

**3,143. DIRECTV, INC. V. ADKINS, ET AL**
November 21, 2003 WV U.S. DIST. CT., SOUTH 2:03-CV-02376

**3,144. DIRECTV, INC. V. ATHINEOS**
November 21, 2003 NY U.S. DIST. CT., EAST 03-CV-05928

**3,145. DIRECTV, INC. V. BLAESING**
November 21, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07683

**3,146. DIRECTV, INC. V. BLOCKER**
November 21, 2003 TX U.S. DIST. CT., WEST 03-CV-00846

**3,147. DIRECTV, INC. V. BOGART**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02398

**3,148. DIRECTV, INC. V. CIAMMAICHELLA**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02402

**3,149. DIRECTV, INC. V. CIULLI**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02395

**3,150. DIRECTV, INC. V. CONLEY, ET AL**
November 21, 2003 WV U.S. DIST. CT., SOUTH 03-CV-02377

**3,151. DIRECTV, INC. V. COOK, ET AL**
November 21, 2003 WV U.S. DIST. CT., SOUTH 03-CV-02378

**3,152. DIRECTV, INC. V. CREEGER**
November 21, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07685

**3,153. DIRECTV, INC. V. D'AVIGNON**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02391

**3,154. DIRECTV, INC. V. DONOVAN**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02397

**3,155. DIRECTV, INC. V. FARLEY, ET AL**
November 21, 2003 WV U.S. DIST. CT., SOUTH 03-CV-02381

**3,156. DIRECTV, INC. V. FENTON**
November 21, 2003 TX U.S. DIST. CT., WEST 03-CV-00844

**3,157. DIRECTV, INC. V. FLOWER**
November 21, 2003 TX U.S. DIST. CT., WEST 03-CV-00839

**3,158. DIRECTV, INC. V. GULLETT**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02401

**3,159. DIRECTV, INC. V. HEIMERT**
November 21, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07686

**3,160. DIRECTV, INC. V. HENNESSEY**
November 21, 2003 WV U.S. DIST. CT., NORTH 1:03-CV-00262

**3,161. DIRECTV, INC. V. HNATOWICZ**
November 21, 2003 NY U.S. DIST. CT., EAST 03-CV-05914

**3,162.** **DIRECTV, INC. V. HOFFELT**
November 21, 2003 ND U.S. DIST. CT. 03-CV-00131


**3,163.** **DIRECTV, INC. V. JAMISON**
November 21, 2003 NY U.S. DIST. CT., EAST 03-CV-05929


**3,164.** **DIRECTV, INC. V. KATAKOS**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02403


**3,165.** **DIRECTV, INC. V. KING**
November 21, 2003 TX U.S. DIST. CT., WEST 03-CV-00840


**3,166.** **DIRECTV, INC. V. KRENISKY**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02399


**3,167.** **DIRECTV, INC. V. KYNARD**
November 21, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07687


**3,168.** **DIRECTV, INC. V. LINK**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02392


**3,169.** **DIRECTV, INC. V. LIVINGSTON**
November 21, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07684


**3,170.** **DIRECTV, INC. V. LODGE**
November 21, 2003 NY U.S. DIST. CT., EAST 03-CV-05908


**3,171.** **DIRECTV, INC. V. LOMBARDI**
November 21, 2003 NY U.S. DIST. CT., EAST 03-CV-05910


**3,172.** **DIRECTV, INC. V. MANNING**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02390


**3,173.** **DIRECTV, INC. V. MARSHALL**
November 21, 2003 TX U.S. DIST. CT., WEST 03-CV-00848


**3,174.** **DIRECTV, INC. V. MASON**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02394


**3,175.** **DIRECTV, INC. V. MERCER**
November 21, 2003 WV U.S. DIST. CT., SOUTH 03-CV-02379

**3,176. DIRECTV, INC. V. MILLS**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02385

**3,177. DIRECTV, INC. V. MOFFETT**
November 21, 2003 TX U.S. DIST. CT., WEST 03-CV-00845

**3,178. DIRECTV, INC. V. MONTAGNA**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02384

**3,179. DIRECTV, INC. V. MOORE**
November 21, 2003 TX U.S. DIST. CT., WEST 6:03-CV-00378

**3,180. DIRECTV, INC. V. MORRIS**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02387

**3,181. DIRECTV, INC. V. PARRACK**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02400

**3,182. DIRECTV, INC. V. PENNINGTON, ET AL**
November 21, 2003 WV U.S. DIST. CT., SOUTH 03-CV-02380

**3,183. DIRECTV, INC. V. PFLUGER**
November 21, 2003 TX U.S. DIST. CT., WEST 03-CV-00843

**3,184. DIRECTV, INC. V. REYNOLDS**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02396

**3,185. DIRECTV, INC. V. SHASTEEN**
November 21, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07688

**3,186. DIRECTV, INC. V. SHAVER**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02386

**3,187. DIRECTV, INC. V. SIRAKIS**
November 21, 2003 NY U.S. DIST. CT., EAST 03-CV-05909

**3,188. DIRECTV, INC. V. SLATER**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02389

**3,189. DIRECTV, INC. V. STEFANIDIS**
November 21, 2003 NY U.S. DIST. CT., EAST 03-CV-05917

**3,190.** **DIRECTV, INC. V. STONE**
November 21, 2003 NY U.S. DIST. CT., EAST 03-CV-05913

**3,191.** **DIRECTV, INC. V. STULTZ**
November 21, 2003 OK U.S. DIST. CT., NORTH 03-CV-00797

**3,192.** **DIRECTV, INC. V. TRICOMI**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02393

**3,193.** **DIRECTV, INC. V. TROPP**
November 21, 2003 NY U.S. DIST. CT., EAST 03-CV-05916

**3,194.** **DIRECTV, INC. V. TUCKER**
November 21, 2003 TX U.S. DIST. CT., WEST 03-CV-00847

**3,195.** **DIRECTV, INC. V. VAZQUEZ**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02404

**3,196.** **DIRECTV, INC. V. VEGH**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02388

**3,197.** **DIRECTV, INC. V. WALKE**
November 21, 2003 TX U.S. DIST. CT., WEST 03-CV-00842

**3,198.** **DIRECTV, INC. V. WANG**
November 21, 2003 TX U.S. DIST. CT., WEST 03-CV-00841

**3,199.** **DIRECTV, INC. V. WEISS**
November 21, 2003 OH U.S. DIST. CT., NORTH 03-CV-02406

**3,200.** **DIRECTV, INC. V. WILDER**
November 21, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07689

**3,201.** **DIRECTV, INC. V. WROOBEL**
November 21, 2003 NY U.S. DIST. CT., EAST 03-CV-05907

**3,202.** **DIRECTV, INC. V. ZEIGLER, ET AL**
November 21, 2003 WV U.S. DIST. CT., NORTH 2:03-CV-00100

**3,203.** **DIRECTV INC V. ARCHER**
November 20, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08318

**3,204. DIRECTV INC V. DERRICKSON ET AL**
November 20, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00854

**3,205. DIRECTV INC V. DOYLE**
November 20, 2003 AR U.S. DIST. CT., EAST 03-CV-00366

**3,206. DIRECTV INC V. GENDUSA**
November 20, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08311

**3,207. DIRECTV INC V. GONZALEZ**
November 20, 2003 TX U.S. DIST. CT., SOUTH 03-CV-00215

**3,208. DIRECTV INC V. HEDIEN**
November 20, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08315

**3,209. DIRECTV INC V. HUCKABAY**
November 20, 2003 AR U.S. DIST. CT., EAST 03-CV-00365

**3,210. DIRECTV INC V. LAKIN**
November 20, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08310

**3,211. DIRECTV INC V. LI**
November 20, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08312

**3,212. DIRECTV INC V. MARSHALL**
November 20, 2003 IL U.S. DIST. CT., CENT. 3:03-CV-03264

**3,213. DIRECTV INC V. MARTINEZ**
November 20, 2003 TX U.S. DIST. CT., SOUTH 03-CV-00214

**3,214. DIRECTV INC V. MCKINSTRY, ET AL**
November 20, 2003 AR U.S. DIST. CT., EAST 03-CV-00439

**3,215. DIRECTV INC V. PALUMBO**
November 20, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08314

**3,216. DIRECTV INC V. PRITTS**
November 20, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08317

**3,217. DIRECTV INC V. PYARD, II ET AL**
November 20, 2003 IN U.S. DIST. CT., NORTH 03-CV-00853

**3,218. DIRECTV INC V. RAY, ET AL**
November 20, 2003 AR U.S. DIST. CT., EAST 03-CV-00367


**3,219. DIRECTV INC V. SEGIET**
November 20, 2003 IL U.S. DIST. CT., CENT. 2:03-CV-02204


**3,220. DIRECTV INC V. VIGNETTES**
November 20, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08320


**3,221. DIRECTV INC V. WABICH**
November 20, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08319


**3,222. DIRECTV INC V. WILSON**
November 20, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08316


**3,223. DIRECTV INC V. YARNELL, ET AL**
November 20, 2003 AR U.S. DIST. CT., EAST 03-CV-00437


**3,224. DIRECTV V. ANDERSON**
November 20, 2003 UT U.S. DIST. CT. 1:03-CV-00136


**3,225. DIRECTV V. ARRUDA**
November 20, 2003 MA U.S. DIST. CT. 1:03-CV-12334


**3,226. DIRECTV V. DIBELLA**
November 20, 2003 MA U.S. DIST. CT. 1:03-CV-12330


**3,227. DIRECTV V. HALTERMAN**
November 20, 2003 UT U.S. DIST. CT. 1:03-CV-00135


**3,228. DIRECTV V. ONSTAD**
November 20, 2003 MT U.S. DIST. CT. 9:03-CV-00190


**3,229. DIRECTV V. ROOSENDAAL**
November 20, 2003 UT U.S. DIST. CT. 2:03-CV-01022


**3,230. DIRECTV V. SHEEHAN**
November 20, 2003 MA U.S. DIST. CT. 1:03-CV-12337


**3,231. DIRECTV, INC. V. ANNAND**
November 20, 2003 MA U.S. DIST. CT. 1:03-CV-12325

**3,232.** DIRECTV, INC. V. BALDWIN
November 20, 2003 MA U.S. DIST. CT. 4:03-CV-40254


**3,233.** DIRECTV, INC. V. BARRAS
November 20, 2003 MA U.S. DIST. CT. 4:03-CV-40255


**3,234.** DIRECTV, INC. V. BARROWS
November 20, 2003 MA U.S. DIST. CT. 1:03-CV-12331


**3,235.** DIRECTV, INC. V. GREAVES
November 20, 2003 MA U.S. DIST. CT. 1:03-CV-12336


**3,236.** DIRECTV, INC. V. LASSWELL
November 20, 2003 IL U.S. DIST. CT., CENT. 03-CV-01384


**3,237.** DIRECTV, INC. V. MELLO
November 20, 2003 MA U.S. DIST. CT. 1:03-CV-12335


**3,238.** DIRECTV, INC. V. MURRAY
November 20, 2003 MA U.S. DIST. CT. 3:03-CV-30279


**3,239.** DIRECTV, INC. V. PACE
November 20, 2003 MS U.S. DIST. CT., SOUTH 1:03-CV-00895


**3,240.** DIRECTV, INC. V. PAPALE
November 20, 2003 MA U.S. DIST. CT. 03-CV-12340


**3,241.** DIRECTV, INC. V. SIMOES
November 20, 2003 MA U.S. DIST. CT. 03-CV-12341


**3,242.** DIRECTV, INC. V. WOOD
November 20, 2003 AR U.S. DIST. CT., WEST 6:03-CV-06131


**3,243.** DIRECTV INC V. BARON
November 19, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08275


**3,244.** DIRECTV INC V. BLANKENSHIP
November 19, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08270


**3,245.** DIRECTV INC V. BLEVINS
November 19, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08260

**3,246. DIRECTV INC V. BRAILLARD**
November 19, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08261


**3,247. DIRECTV INC V. CHENG**
November 19, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08268


**3,248. DIRECTV INC V. DE JESUS**
November 19, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08272


**3,249. DIRECTV INC V. DJAPO**
November 19, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08266


**3,250. DIRECTV INC V. DUMDIE**
November 19, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08262


**3,251. DIRECTV INC V. MCGEE, ET AL**
November 19, 2003 AR U.S. DIST. CT., EAST 03-CV-00359


**3,252. DIRECTV INC V. ZELBY**
November 19, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08263


**3,253. DIRECTV, INC. V. COTHREN**
November 19, 2003 AR U.S. DIST. CT., WEST 6:03-CV-06130


**3,254. DIRECTV, INC. V. DUCK**
November 19, 2003 AR U.S. DIST. CT., WEST 1:03-CV-01172


**3,255. DIRECTV, INC. V. HERNANDEZ**
November 19, 2003 TX U.S. DIST. CT., WEST 5:03-CV-01147


**3,256. DIRECTV, INC. V. LAVENDER**
November 19, 2003 AR U.S. DIST. CT., WEST 4:03-CV-04156


**3,257. DIRECTV, INC. V. RUSSICK**
November 19, 2003 FL U.S. DIST. CT., MID. 8:03-CV-02432


**3,258. DIRECTV V. SOLIS**
November 18, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00211


**3,259. DIRECTV, INC. V. GUERDIE CHIRAC**
November 18, 2003 MA U.S. DIST. CT. 1:03-CV-12263

**3,260. DIRECTV, INC. V. KING**
November 18, 2003 MS U.S. DIST. CT., SOUTH 1:03-CV-00885

**3,261. DIRECTV, INC. V. LONG**
November 18, 2003 MS U.S. DIST. CT., SOUTH 1:03-CV-00887

**3,262. DIRECTV, INC. V. NECAISE**
November 18, 2003 MS U.S. DIST. CT., SOUTH 1:03-CV-00888

**3,263. DIRECTV, INC. V. SEVERE**
November 18, 2003 CO U.S. DIST. CT. 1:03-CV-02302

**3,264. DIRECTV, INC. V. TRANG**
November 18, 2003 MS U.S. DIST. CT., SOUTH 2:03-CV-00558

**3,265. DIRECTV, INC. V. VANDENBERG**
November 18, 2003 CO U.S. DIST. CT. 1:03-CV-02303

**3,266. DIRECTV, INC. V. YULL**
November 18, 2003 CO U.S. DIST. CT. 1:03-CV-02304

**3,267. DIRECTV, INC., ET AL V. DEFAZIO**
November 18, 2003 FL U.S. DIST. CT., MID. 8:03-CV-02418

**3,268. DIRECTV INC V. AKEL**
November 17, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08191

**3,269. DIRECTV INC V. DILLON**
November 17, 2003 IL U.S. DIST. CT., NORTH 03-CV-50486

**3,270. DIRECTV INC V. KOWALSKI**
November 17, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08194

**3,271. DIRECTV INC V. PAVLJASEVIC**
November 17, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08192

**3,272. DIRECTV INC V. STULTZ**
November 17, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01556

**3,273. DIRECTV, INC. V. ADDISON**
November 17, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01274

**3,274.** **DIRECTV, INC. V. ALEWINE**
November 17, 2003 VA U.S. DIST. CT., EAST 1:03-CV-01445


**3,275. DIRECTV, INC. V. ANGER**
November 17, 2003 MA U.S. DIST. CT. 1:03-CV-12291


**3,276. DIRECTV, INC. V. ANSELL**
November 17, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08193


**3,277. DIRECTV, INC. V. BETTERTON**
November 17, 2003 VA U.S. DIST. CT., WEST 4:03-CV-00096


**3,278. DIRECTV, INC. V. BODDIE**
November 17, 2003 MA U.S. DIST. CT. 1:03-CV-12285


**3,279. DIRECTV, INC. V. BONILLA**
November 17, 2003 TX U.S. DIST. CT., SOUTH 7:03-CV-00363


**3,280. DIRECTV, INC. V. BURKS**
November 17, 2003 MS U.S. DIST. CT., SOUTH 5:03-CV-00531


**3,281. DIRECTV, INC. V. CLARK**
November 17, 2003 MA U.S. DIST. CT. 4:03-CV-40250


**3,282. DIRECTV, INC. V. CORTESE**
November 17, 2003 MA U.S. DIST. CT. 1:03-CV-12294


**3,283. DIRECTV, INC. V. DAULTON**
November 17, 2003 VA U.S. DIST. CT., EAST 1:03-CV-01444


**3,284. DIRECTV, INC. V. DESIMONE**
November 17, 2003 MA U.S. DIST. CT. 1:03-CV-12295


**3,285. DIRECTV, INC. V. FAUGHNAN**
November 17, 2003 FL U.S. DIST. CT., MID. 8:03-CV-02413


**3,286. DIRECTV, INC. V. FERNANDES**
November 17, 2003 MA U.S. DIST. CT. 1:03-CV-12290


**3,287. DIRECTV, INC. V. GRYBOSKI**
November 17, 2003 MA U.S. DIST. CT. 1:03-CV-12255

**3,288. DIRECTV, INC. V. HAWKINS**
November 17, 2003 MS U.S. DIST. CT., SOUTH 5:03-CV-00530

**3,289. DIRECTV, INC. V. HO**
November 17, 2003 VA U.S. DIST. CT., EAST 1:03-CV-01443

**3,290. DIRECTV, INC. V. KANFER ET AL**
November 17, 2003 MD U.S. DIST. CT. 8:03-CV-03292

**3,291. DIRECTV, INC. V. LABONTE**
November 17, 2003 MA U.S. DIST. CT. 4:03-CV-40251

**3,292. DIRECTV, INC. V. LAVINE**
November 17, 2003 FL U.S. DIST. CT., MID. 8:03-CV-02411

**3,293. DIRECTV, INC. V. MAGERS ET AL**
November 17, 2003 MD U.S. DIST. CT. 8:03-CV-03291

**3,294. DIRECTV, INC. V. OWENS**
November 17, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00480

**3,295. DIRECTV, INC. V. PAN**
November 17, 2003 MA U.S. DIST. CT. 1:03-CV-12258

**3,296. DIRECTV, INC. V. PATRICK**
November 17, 2003 MA U.S. DIST. CT. 03-CV-12292

**3,297. DIRECTV, INC. V. PETTWAY**
November 17, 2003 MS U.S. DIST. CT., SOUTH 5:03-CV-00529

**3,298. DIRECTV, INC. V. REYNOLDS**
November 17, 2003 MA U.S. DIST. CT. 03-CV-12293

**3,299. DIRECTV, INC. V. SHAY**
November 17, 2003 FL U.S. DIST. CT., MID. 8:03-CV-02412

**3,300. DIRECTV, INC. V. SNYDER, ET AL**
November 17, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00963

**3,301. DIRECTV, INC. V. SUIRE**
November 17, 2003 MS U.S. DIST. CT., SOUTH 4:03-CV-00384

**3,302. DIRECTV, INC. V. TILLMAN**
November 17, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01273

**3,303. DIRECTV, INC. V. TRAYNER**
November 17, 2003 MA U.S. DIST. CT. 1:03-CV-12289

**3,304. DIRECTV, INC. V. VIERA**
November 17, 2003 MA U.S. DIST. CT. 1:03-CV-12288

**3,305. DIRECTV, INC. V. YEOMANS**
November 17, 2003 MA U.S. DIST. CT. 1:03-CV-12287

**3,306. DIRECTV, INC. V. YOUNG**
November 17, 2003 MD U.S. DIST. CT. 8:03-CV-03290

**3,307. DIRECTV INC V. BAKER, ET AL**
November 14, 2003 U.S. CT. OF APP., 6TH CIR. 03-6459

**3,308. DIRECTV INC V. CARRA**
November 14, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40638

**3,309. DIRECTV INC V. MARTIN**
November 14, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40637

**3,310. DIRECTV, INC. V. ARMSTRONG, ET AL**
November 14, 2003 VA U.S. DIST. CT., WEST 5:03-CV-00095

**3,311. DIRECTV, INC. V. BARROCAS**
November 14, 2003 MD U.S. DIST. CT. 8:03-CV-03273

**3,312. DIRECTV, INC. V. BRANCALEONE**
November 14, 2003 MA U.S. DIST. CT. 1:03-CV-12261

**3,313. DIRECTV, INC. V. CONLEY**
November 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-02389

**3,314. DIRECTV, INC. V. CONTES**
November 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-02388

**3,315. DIRECTV, INC. V. CURRY**
November 14, 2003 MA U.S. DIST. CT. 1:03-CV-12254

**3,316. DIRECTV, INC. V. DRENNON**
November 14, 2003 CO U.S. DIST. CT. 1:03-CV-02279

**3,317. DIRECTV, INC. V. DRISCOLL**
November 14, 2003 MA U.S. DIST. CT. 1:03-CV-12256

**3,318. DIRECTV, INC. V. ELLIS, ET AL**
November 14, 2003 VA U.S. DIST. CT., EAST 2:03-CV-00811

**3,319. DIRECTV, INC. V. ELSWICK, ET AL**
November 14, 2003 VA U.S. DIST. CT., EAST 4:03-CV-00155

**3,320. DIRECTV, INC. V. FENDLEY**
November 14, 2003 CO U.S. DIST. CT. 1:03-CV-02278

**3,321. DIRECTV, INC. V. GRAY**
November 14, 2003 CO U.S. DIST. CT. 1:03-CV-02277

**3,322. DIRECTV, INC. V. HEWITT**
November 14, 2003 CO U.S. DIST. CT. 1:03-CV-02281

**3,323. DIRECTV, INC. V. IRIZARRY**
November 14, 2003 MA U.S. DIST. CT. 1:03-CV-12260

**3,324. DIRECTV, INC. V. KERAMIDIS**
November 14, 2003 CO U.S. DIST. CT. 1:03-CV-02280

**3,325. DIRECTV, INC. V. KILGORE, ET AL**
November 14, 2003 VA U.S. DIST. CT., WEST 1:03-CV-00146

**3,326. DIRECTV, INC. V. LIVELY**
November 14, 2003 VA U.S. DIST. CT., WEST 7:03-CV-00754

**3,327. DIRECTV, INC. V. MADDEN**
November 14, 2003 MA U.S. DIST. CT. 1:03-CV-12253

**3,328. DIRECTV, INC. V. MCCORD**
November 14, 2003 VA U.S. DIST. CT., EAST 4:03-CV-00156

**3,329. DIRECTV, INC. V. MOULTON**
November 14, 2003 MA U.S. DIST. CT. 1:03-CV-12262

**3,330. DIRECTV, INC. V. RAWES**
November 14, 2003 VA U.S. DIST. CT., WEST 6:03-CV-00094

**3,331. DIRECTV, INC. V. RUSSELL, ET AL**
November 14, 2003 VA U.S. DIST. CT., EAST 4:03-CV-00157

**3,332. DIRECTV, INC. V. SICARD**
November 14, 2003 MA U.S. DIST. CT. 1:03-CV-12259

**3,333. DIRECTV, INC. V. SOTO, ET AL**
November 14, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00472

**3,334. DIRECTV, INC. V. WALD**
November 14, 2003 ND U.S. DIST. CT. 3:03-CV-00126

**3,335. DIRECTV, INC. V. WALKER**
November 14, 2003 VA U.S. DIST. CT., EAST 2:03-CV-00813

**3,336. DIRECTV INC V. STRACHOTA**
November 13, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01163

**3,337. DIRECTV, INC. V. ALBERT**
November 13, 2003 CO U.S. DIST. CT. 1:03-CV-02265

**3,338. DIRECTV, INC. V. BALTHIS**
November 13, 2003 CO U.S. DIST. CT. 1:03-CV-02266

**3,339. DIRECTV, INC. V. BREWER**
November 13, 2003 CO U.S. DIST. CT. 1:03-CV-02268

**3,340. DIRECTV, INC. V. DEJAC**
November 13, 2003 CO U.S. DIST. CT. 1:03-CV-02267

**3,341. DIRECTV, INC. V. PUGH**
November 13, 2003 NJ U.S. DIST. CT. 3:03-CV-05366

**3,342. DIRECTV INC V. BUDISH**
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08072

**3,343. DIRECTV INC V. DUTEMPLE**
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08062

**3,344.** DIRECTV INC V. GONZALEZ
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08063

**3,345.** DIRECTV INC V. KLEIN
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08090

**3,346.** DIRECTV INC V. KUJBIDA
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08084

**3,347.** DIRECTV INC V. LARSON
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08092

**3,348.** DIRECTV INC V. LATTA
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08065

**3,349.** DIRECTV INC V. LEMMON
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08089

**3,350.** DIRECTV INC V. LI
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08064

**3,351.** DIRECTV INC V. MOROZ
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08060

**3,352.** DIRECTV INC V. MOY
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08061

**3,353.** DIRECTV INC V. PARCIANY
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08058

**3,354.** DIRECTV INC V. PARISI
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08059

**3,355.** DIRECTV INC V. RAJKOVAC
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08057

**3,356.** DIRECTV INC V. RAMIG
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08085

**3,357.** DIRECTV INC V. RAMIREZ
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08079

**3,358.** DIRECTV INC V. RANIERI
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08071


**3,359.** DIRECTV INC V. RICHTER
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08070


**3,360.** DIRECTV INC V. RIDGE
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08066


**3,361.** DIRECTV INC V. SCHOLL, ET AL
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08067


**3,362.** DIRECTV INC V. SPIWAK
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08093


**3,363.** DIRECTV INC V. TREGONING
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08082


**3,364.** DIRECTV INC V. WALKER
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08096


**3,365.** DIRECTV INC V. WALKER
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08095


**3,366.** DIRECTV INC V. WITOWSKI
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08077


**3,367.** DIRECTV INC V. WOMACK
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08075


**3,368.** DIRECTV INC V. WORLDLAW
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08074


**3,369.** DIRECTV INC V. WU
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08076


**3,370.** DIRECTV INC V. ZAMORA
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08078


**3,371.** DIRECTV, INC. V. FLORES
November 12, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-08073

**3,372. DIRECTV INC V. BEACHUM**
November 10, 2003 IL U.S. DIST. CT., CENT. 3:03-CV-03253

**3,373. DIRECTV INC V. COWAN, ET AL**
November 10, 2003 IL U.S. DIST. CT., CENT. 3:03-CV-03252

**3,374. DIRECTV INC V. WALLBROWN**
November 10, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01040

**3,375. DIRECTV, INC V. REDMAN**
November 10, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01034

**3,376. DIRECTV, INC. V. BEAUCHAMP**
November 10, 2003 MI U.S. DIST. CT., WEST 2:03-CV-00243

**3,377. DIRECTV, INC. V. BILSKE**
November 10, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00624

**3,378. DIRECTV, INC. V. FERGUSON**
November 10, 2003 U.S. CT. OF APP., 6TH CIR. 03-4466

**3,379. DIRECTV, INC. V. FREER**
November 10, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07661

**3,380. DIRECTV, INC. V. LUCZAJ, ET AL**
November 10, 2003 NJ U.S. DIST. CT. 2:03-CV-05327

**3,381. DIRECTV, INC. V. MELKA**
November 10, 2003 FL U.S. DIST. CT., MID. 8:03-CV-02359

**3,382. DIRECTV, INC. V. MIDDLETON**
November 10, 2003 GA U.S. DIST. CT., MID. 6:03-CV-00061

**3,383. DIRECTV, INC. V. MILLIKEN**
November 10, 2003 FL U.S. DIST. CT., MID. 8:03-CV-02360

**3,384. DIRECTV, INC. V. NGUYEN**
November 10, 2003 CO U.S. DIST. CT. 1:03-CV-02249

**3,385. DIRECTV, INC. V. NOMANY**
November 10, 2003 CO U.S. DIST. CT. 1:03-CV-02250

**3,386. DIRECTV, INC. V. RINKER**
November 10, 2003 CO U.S. DIST. CT. 1:03-CV-02251


**3,387. DIRECTV, INC. V. ROBINSON**
November 10, 2003 GA U.S. DIST. CT., MID. 6:03-CV-00062


**3,388. DIRECTV, INC. V. SCONYERS**
November 10, 2003 FL U.S. DIST. CT., MID. 8:03-CV-02358


**3,389. DIRECTV, INC. V. VEGA**
November 10, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00623


**3,390. DIRECTV, INC. V. WHITE**
November 10, 2003 GA U.S. DIST. CT., MID. 6:03-CV-00060


**3,391. DIRECTV, INC., V. GLEN ANDERSON**
November 10, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-02296


**3,392. DIRECTV INC V.**
November 07, 2003 AZ U.S. DIST. CT. 2:03-CV-02181


**3,393. DIRECTV INC V. BUSHEY, ET AL**
November 07, 2003 IL U.S. DIST. CT., SOUTH 3:03-CV-00743


**3,394. DIRECTV INC V. CARTWRIGHT**
November 07, 2003 IL U.S. DIST. CT., SOUTH 3:03-CV-00741


**3,395. DIRECTV INC V. DANG**
November 07, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01331


**3,396. DIRECTV INC V. HASELHORST ET AL**
November 07, 2003 KS U.S. DIST. CT. 2:03-CV-02565


**3,397. DIRECTV INC V. HOVERSON**
November 07, 2003 U.S. CT. OF APP., 5TH CIR. 03-11153


**3,398. DIRECTV INC V. KINSELLA**
November 07, 2003 KS U.S. DIST. CT. 2:03-CV-02564


**3,399. DIRECTV INC V. KORDISH**
November 07, 2003 TX U.S. DIST. CT., EAST 1:03-CV-01360

**3,400. DIRECTV INC V. MONTGOMERY, ET AL**
November 07, 2003 AZ U.S. DIST. CT. 3:03-CV-02180

**3,401. DIRECTV INC V. VERBLE, ET AL**
November 07, 2003 IL U.S. DIST. CT., SOUTH 3:03-CV-00740

**3,402. DIRECTV, INC. V. WATSON**
November 07, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00622

**3,403. DIRECTV INC V. CIUFFETELLI**
November 06, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74478

**3,404. DIRECTV INC V. HOYT**
November 06, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74477

**3,405. DIRECTV INC V. RICHARD**
November 06, 2003 WA U.S. DIST. CT., EAST 2:03-CV-00409

**3,406. DIRECTV, INC V. HATFIELD**
November 06, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00203

**3,407. DIRECTV, INC V. STITES, TODD, ET AL**
November 06, 2003 U.S. CT. OF APP., 7TH CIR. 03-3931

**3,408. DIRECTV, INC. V. QUINN**
November 06, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00206

**3,409. DIRECTV, INC. V. STANFORD**
November 06, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00207

**3,410. DIRECTV INC V. ALLEN**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01196

**3,411. DIRECTV INC V. ARGENT**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01115

**3,412. DIRECTV INC V. BALL**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01141

**3,413. DIRECTV INC V. BARKER**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01166

**3,414. DIRECTV INC V. BARTOSHEVICH**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01113

**3,415. DIRECTV INC V. BERMAN**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01181

**3,416. DIRECTV INC V. BLUNT**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01182

**3,417. DIRECTV INC V. BOETTGE**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01218

**3,418. DIRECTV INC V. BRACEY**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01093

**3,419. DIRECTV INC V. BUBLITZ**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01180

**3,420. DIRECTV INC V. BUCHOLTZ**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01177

**3,421. DIRECTV INC V. BUSHA**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01217

**3,422. DIRECTV INC V. CARPENTER**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01117

**3,423. DIRECTV INC V. CARRILLO**
November 05, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01314

**3,424. DIRECTV INC V. CHANEY**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01179

**3,425. DIRECTV INC V. CHMIELEWSKI**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01125

**3,426. DIRECTV INC V. COMPTON**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01189

**3,427. DIRECTV INC V. CONVERSE**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01114

**3,428. DIRECTV INC V. CRIBB**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01123

**3,429. DIRECTV INC V. CROSBY**
November 05, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01313

**3,430. DIRECTV INC V. DEMLER**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01088

**3,431. DIRECTV INC V. DENTICE**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01099

**3,432. DIRECTV INC V. DIETMAN**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01092

**3,433. DIRECTV INC V. DOWNS**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01084

**3,434. DIRECTV INC V. DRAHONOVSKY**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01161

**3,435. DIRECTV INC V. DUBISKI**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01184

**3,436. DIRECTV INC V. ELMASRI**
November 05, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01315

**3,437. DIRECTV INC V. EMANUEL**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01183

**3,438. DIRECTV INC V. FEHR**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01128

**3,439. DIRECTV INC V. FENNIG**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01143

**3,440. DIRECTV INC V. FISCHER**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01155

**3,441. DIRECTV INC V. FLEMING**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01168

**3,442. DIRECTV INC V. FLORYANCE**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01103

**3,443. DIRECTV INC V. FRANKARD**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01190

**3,444. DIRECTV INC V. FRANKE**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01104

**3,445. DIRECTV INC V. FRANKENBERG**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01091

**3,446. DIRECTV INC V. FRIGGE**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01164

**3,447. DIRECTV INC V. FULTON**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01127

**3,448. DIRECTV INC V. GAMEL**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01105

**3,449. DIRECTV INC V. GLASS**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01097

**3,450. DIRECTV INC V. GLASS**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01090

**3,451. DIRECTV INC V. GRASSE**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01086

**3,452. DIRECTV INC V. GREENWOOD**
November 05, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01316

**3,453. DIRECTV INC V. GREENWOOD**
November 05, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01317

**3,454. DIRECTV INC V. GREMORE**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01216

**3,455. DIRECTV INC V. HAMILTON**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01194

**3,456. DIRECTV INC V. HEIM**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01171

**3,457. DIRECTV INC V. HERRING**
November 05, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01319

**3,458. DIRECTV INC V. HINICKLE**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01121

**3,459. DIRECTV INC V. HINICKLE**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01122

**3,460. DIRECTV INC V. HINZMAN**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01188

**3,461. DIRECTV INC V. HOLLAND**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01085

**3,462. DIRECTV INC V. HOPFENSPERGER**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01187

**3,463. DIRECTV INC V. IHLENFELD**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01095

**3,464. DIRECTV INC V. INCE**
November 05, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01318

**3,465. DIRECTV INC V. IRBY**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01094

**3,466. DIRECTV INC V. JACOBS**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01159

**3,467. DIRECTV INC V. JACOBS**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01157

**3,468. DIRECTV INC V. JACOBSON**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01169

**3,469. DIRECTV INC V. JANOVICZ**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01153

**3,470. DIRECTV INC V. JURRUS**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01220

**3,471. DIRECTV INC V. JUSZKIEWICZ**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01186

**3,472. DIRECTV INC V. KASPROVICH**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01167

**3,473. DIRECTV INC V. KEHOSS**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01210

**3,474. DIRECTV INC V. KOPP**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01224

**3,475. DIRECTV INC V. KOZLEUCHAR**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01124

**3,476. DIRECTV INC V. KRUSE**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01120

**3,477. DIRECTV INC V. KYLE**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01221

**3,478. DIRECTV INC V. LANGENDORF**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01195

**3,479. DIRECTV INC V. LASEE**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01132

**3,480. DIRECTV INC V. LAURIA**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01160

**3,481. DIRECTV INC V. LEININGER**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01112

**3,482. DIRECTV INC V. LEWIS**
November 05, 2003 WY U.S. DIST. CT. 2:03-CV-00225

**3,483. DIRECTV INC V. LEWKOWSKI**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01165

**3,484. DIRECTV INC V. MAKI**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01142

**3,485. DIRECTV INC V. MATYNIAK**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01152

**3,486. DIRECTV INC V. MAYER**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01089

**3,487. DIRECTV INC V. MCCOMB**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01158

**3,488. DIRECTV INC V. MILLER**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01206

**3,489. DIRECTV INC V. MODDES**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01162

**3,490. DIRECTV INC V. MOORE**
November 05, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01321

**3,491. DIRECTV INC V. MUSIAL**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01145

**3,492. DIRECTV INC V. NEUZERLING**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01146

**3,493. DIRECTV INC V. NEYLON**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01207

**3,494. DIRECTV INC V. NOLEN**
November 05, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01323

**3,495. DIRECTV INC V. OSWALD**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01198

**3,496. DIRECTV INC V. PAL**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01118

**3,497. DIRECTV INC V. PARKER**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01199

**3,498. DIRECTV INC V. PETROVIC**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01201

**3,499. DIRECTV INC V. PHETVIXAY**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01202

**3,500. DIRECTV INC V. PHIRIPES**
November 05, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01322

**3,501. DIRECTV INC V. POULIN**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01130

**3,502. DIRECTV INC V. RADKE**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01148

**3,503. DIRECTV INC V. RATH**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01204

**3,504. DIRECTV INC V. RECTOR**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01215

**3,505. DIRECTV INC V. REED**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01139

**3,506. DIRECTV INC V. RENKAS**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01126

**3,507. DIRECTV INC V. REWOLINSKI**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01137

**3,508. DIRECTV INC V. RICHIO**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01116

**3,509. DIRECTV INC V. ROBARGE**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01136

**3,510. DIRECTV INC V. ROBERTS**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01205

**3,511. DIRECTV INC V. ROCHEFORT**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01131

**3,512. DIRECTV INC V. ROWLAND**
**November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01135**

**3,513. DIRECTV INC V. SCHLIESTER**
**November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01134**

**3,514. DIRECTV INC V. SCHLUETER**
**November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01149**

**3,515. DIRECTV INC V. SCHMITT**
**November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01172**

**3,516. DIRECTV INC V. SENGER**
**November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01107**

**3,517. DIRECTV INC V. SERFOZO**
**November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01151**

**3,518. DIRECTV INC V. SIMONSON**
**November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01129**

**3,519. DIRECTV INC V. SMITH**
**November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01140**

**3,520. DIRECTV INC V. SNYDER**
**November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01098**

**3,521. DIRECTV INC V. STANFORD**
**November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01150**

**3,522. DIRECTV INC V. STELMASZEWSKI**
**November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01203**

**3,523. DIRECTV INC V. STEWART**
**November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01156**

**3,524. DIRECTV INC V. STEWART**
**November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01101**

**3,525. DIRECTV INC V. STIYER**
**November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01100**

**3,526. DIRECTV INC V. VAN SCOYK**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01226


**3,527. DIRECTV INC V. VODICKA**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01209


**3,528. DIRECTV INC V. VOGT**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01119


**3,529. DIRECTV INC V. VUKOVICH**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01225


**3,530. DIRECTV INC V. WANSERSKI**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01173


**3,531. DIRECTV INC V. WARGA**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01227


**3,532. DIRECTV INC V. WELCH**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01133


**3,533. DIRECTV INC V. WEST**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01200


**3,534. DIRECTV INC V. WILLIAM**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01154


**3,535. DIRECTV INC V. WILTON**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01192


**3,536. DIRECTV INC V. WIMMER**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01175


**3,537. DIRECTV INC V. WITTHUN**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01197


**3,538. DIRECTV INC V. WOLF**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01214


**3,539. DIRECTV INC V. WYNHOFF**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01087

**3,540. DIRECTV INC V. YOST**
November 05, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01193

**3,541. DIRECTV INC V. ZITTLOW**
November 05, 2003 WI U.S. DIST. CT., EAST 1:03-CV-01213

**3,542. DIRECTV, INC V. OLEG**
November 05, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01021

**3,543. DIRECTV, INC. V. PERSINGER**
November 05, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00801

**3,544. DIRECTV, INC. V. SIERRA**
November 05, 2003 NY U.S. DIST. CT., SOUTH 03-CV-08689

**3,545. DIRECTV, INC. V. VILLARREAL, ET AL**
November 05, 2003 TX U.S. DIST. CT., SOUTH 5:03-CV-00173

**3,546. DIRECTV INC V.**
November 04, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00201

**3,547. DIRECTV INC V.**
November 04, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00197

**3,548. DIRECTV INC V.**
November 04, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00199

**3,549. DIRECTV INC V.**
November 04, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00200

**3,550. DIRECTV INC V.**
November 04, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00198

**3,551. DIRECTV INC V. BEAVANS**
November 04, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00806

**3,552. DIRECTV INC V. BUCHANAN**
November 04, 2003 MI U.S. DIST. CT., EAST 5:03-CV-60239

**3,553. DIRECTV INC V. CAMACHO**
November 04, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00202

**3,554. DIRECTV INC V. FREIDEL**
November 04, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00807

**3,555. DIRECTV INC V. HEILMAN**
November 04, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74460

**3,556. DIRECTV INC V. LUIS D PEREZ, ET AL**
November 04, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-01565

**3,557. DIRECTV INC V. MARSZALEK**
November 04, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74461

**3,558. DIRECTV INC V. MAYES**
November 04, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74462

**3,559. DIRECTV INC V. SAMSON**
November 04, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74463

**3,560. DIRECTV INC V. SCHANLAUB**
November 04, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00804

**3,561. DIRECTV INC V. SCHLIMBACH**
November 04, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01081

**3,562. DIRECTV INC V. SINCLAIR**
November 04, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00805

**3,563. DIRECTV INC V. THAO**
November 04, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01079

**3,564. DIRECTV INC V. TUZHILKOV**
November 04, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01080

**3,565. DIRECTV INC V. URBANSKI ET AL**
November 04, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00809

**3,566. DIRECTV INC, ET AL V.**
November 04, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00196

**3,567. DIRECTV V. BARNEY, ET AL**
November 04, 2003 UT U.S. DIST. CT. 2:03-CV-00972

**3,568. DIRECTV, INC. ET AL V. SMITH**
November 04, 2003 KY U.S. DIST. CT., EAST 5:03-CV-00482

**3,569. DIRECTV, INC. V. ANDERSON ET AL**
November 04, 2003 IA U.S. DIST. CT., NORTH 1:03-CV-00130

**3,570. DIRECTV, INC. V. EVERETT**
November 04, 2003 CO U.S. DIST. CT. 1:03-CV-02196

**3,571. DIRECTV, INC. V. MCQUEENEY, ET AL**
November 04, 2003 NJ U.S. DIST. CT. 3:03-CV-05250

**3,572. DIRECTV, INC. V. MUELLER**
November 04, 2003 CO U.S. DIST. CT. 1:03-CV-02197

**3,573. DIRECTV, INC. V. PARRAMORE**
November 04, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00936

**3,574. DIRECTV, INC. V. REIDER, ET AL**
November 04, 2003 NJ U.S. DIST. CT. 1:03-CV-05301

**3,575. DIRECTV, INC. V. ROJAS, ET AL**
November 04, 2003 NJ U.S. DIST. CT. 3:03-CV-05251

**3,576. DIRECTV, INC. V. SCHUMACHER ET AL**
November 04, 2003 MO U.S. DIST. CT., WEST 4:03-CV-00974

**3,577. DIRECTV, INC. V. TAILOR, ET AL**
November 04, 2003 NJ U.S. DIST. CT. 2:03-CV-05230

**3,578. DIRECTV, INC. V. TROCH**
November 04, 2003 CO U.S. DIST. CT. 1:03-CV-02198

**3,579. DIRECTV, INC. V. WELCOME**
November 04, 2003 CO U.S. DIST. CT. 1:03-CV-02199

**3,580. DIRECTV INC V. ARSUAGA**
November 03, 2003 TX U.S. DIST. CT., NORTH 6:03-CV-00096

**3,581. DIRECTV INC V. BIELAWSKI**
November 03, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50466

**3,582. DIRECTV INC V. BUNJES**
November 03, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50465

**3,583. DIRECTV INC V. CRONSHAW**
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07786

**3,584. DIRECTV INC V. CUNARD**
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07800

**3,585. DIRECTV INC V. EPLING, ET AL**
November 03, 2003 AZ U.S. DIST. CT. 2:03-CV-02148

**3,586. DIRECTV INC V. FRANCO**
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07787

**3,587. DIRECTV INC V. GAERYSIAK**
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07785

**3,588. DIRECTV INC V. GERLING**
November 03, 2003 IL U.S. DIST. CT., CENT. 2:03-CV-02193

**3,589. DIRECTV INC V. GIGANTI, ET AL**
November 03, 2003 IL U.S. DIST. CT., CENT. 3:03-CV-03245

**3,590. DIRECTV INC V. GONZALES, ET AL**
November 03, 2003 TX U.S. DIST. CT., SOUTH 3:03-CV-00940

**3,591. DIRECTV INC V. GORE**
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07799

**3,592. DIRECTV INC V. HAHN**
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07784

**3,593. DIRECTV INC V. HESSINGER**
November 03, 2003 TX U.S. DIST. CT., NORTH 7:03-CV-00226

**3,594. DIRECTV INC V. HOGUE**
November 03, 2003 WA U.S. DIST. CT., WEST 3:03-CV-05608

**3,595. DIRECTV INC V. HORN**
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07803

**3,596.** **DIRECTV INC V. JONES, ET AL**
November 03, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-04990

**3,597.** **DIRECTV INC V. KEUDELL**
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07779

**3,598.** **DIRECTV INC V. KLEINHANS**
November 03, 2003 TX U.S. DIST. CT., SOUTH 3:03-CV-00941

**3,599.** **DIRECTV INC V. LANG**
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07778

**3,600.** **DIRECTV INC V. LEGGETT**
November 03, 2003 TX U.S. DIST. CT., EAST 1:03-CV-01351

**3,601.** **DIRECTV INC V. LEONARD**
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07782

**3,602.** **DIRECTV INC V. LOZANO**
November 03, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00195

**3,603.** **DIRECTV INC V. MARZAN**
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07781

**3,604.** **DIRECTV INC V. MATZ**
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07801

**3,605.** **DIRECTV INC V. PAWLOWSKI**
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07780

**3,606.** **DIRECTV INC V. PELTON**
November 03, 2003 WA U.S. DIST. CT., EAST 2:03-CV-05110

**3,607.** **DIRECTV INC V. RILEY**
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07802

**3,608.** **DIRECTV INC V. SCHWARTZ**
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07798

**3,609.** **DIRECTV INC V. SCOTT**
November 03, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01527

**3,610. DIRECTV INC V. SMITH**
November 03, 2003 KY U.S. DIST. CT., EAST 7:03-CV-00331

**3,611. DIRECTV INC V. SNELLGROVE ET AL**
November 03, 2003 WA U.S. DIST. CT., WEST 3:03-CV-05607

**3,612. DIRECTV INC V. SPRINGMANN, ET AL**
November 03, 2003 LA U.S. DIST. CT., EAST 2:03-CV-03087

**3,613. DIRECTV INC V. ST GERMAIN, ET AL**
November 03, 2003 AZ U.S. DIST. CT. 2:03-CV-02149

**3,614. DIRECTV INC V. STEPHENS**
November 03, 2003 LA U.S. DIST. CT., WEST 6:03-CV-02046

**3,615. DIRECTV INC V. TAYLOR**
November 03, 2003 TX U.S. DIST. CT., EAST 6:03-CV-00485

**3,616. DIRECTV INC V. THORNBORROW**
November 03, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50467

**3,617. DIRECTV INC V. TULEWICZ**
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07797

**3,618. DIRECTV INC V. VICARI**
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07796

**3,619. DIRECTV INC V. VOREIS**
November 03, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00194

**3,620. DIRECTV INC V. WARREN**
November 03, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01300

**3,621. DIRECTV INC V. WEAVER, ET AL**
November 03, 2003 SC U.S. DIST. CT. 4:03-CV-03475

**3,622. DIRECTV INC. V. DOUGLAS**
November 03, 2003 DE U.S. DIST. CT. 1:03-CV-01006

**3,623. DIRECTV V. CROWTHER**
November 03, 2003 UT U.S. DIST. CT. 1:03-CV-00128

**3,624.** DIRECTV, INC V. KARAREKA
November 03, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07783

**3,625.** DIRECTV, INC V. WARREN, ET AL
November 03, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00830

**3,626.** DIRECTV, INC. V. ANTHONY
November 03, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05549

**3,627.** DIRECTV, INC. V. AZAR
November 03, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05557

**3,628.** DIRECTV, INC. V. BEAN, ET AL
November 03, 2003 IL U.S. DIST. CT., CENT. 1:03-CV-01353

**3,629.** DIRECTV, INC. V. BELL
November 03, 2003 CO U.S. DIST. CT. 1:03-CV-02191

**3,630.** DIRECTV, INC. V. BERRERA
November 03, 2003 NJ U.S. DIST. CT. 1:03-CV-05297

**3,631.** DIRECTV, INC. V. BRATHWAITE
November 03, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05556

**3,632.** DIRECTV, INC. V. BROSSHEARS
November 03, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01620

**3,633.** DIRECTV, INC. V. BURCH ET AL
November 03, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01618

**3,634.** DIRECTV, INC. V. BURNS
November 03, 2003 MI U.S. DIST. CT., WEST 5:03-CV-00173

**3,635.** DIRECTV, INC. V. CANTERA
November 03, 2003 NJ U.S. DIST. CT. 1:03-CV-05298

**3,636.** DIRECTV, INC. V. CAPLINGER
November 03, 2003 KY U.S. DIST. CT., EAST 2:03-CV-00244

**3,637.** DIRECTV, INC. V. CARROLL
November 03, 2003 NY U.S. DIST. CT., EAST 2:03-CV-05572

**3,638. DIRECTV, INC. V. CHARLES**
November 03, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05555

**3,639. DIRECTV, INC. V. CLARK**
November 03, 2003 MI U.S. DIST. CT., WEST 5:03-CV-00172

**3,640. DIRECTV, INC. V. CONNIFF**
November 03, 2003 PA U.S. DIST. CT., MID. 3:03-CV-01972

**3,641. DIRECTV, INC. V. COX ET AL**
November 03, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01623

**3,642. DIRECTV, INC. V. CRUSSEL ET AL**
November 03, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01617

**3,643. DIRECTV, INC. V. DANIO**
November 03, 2003 CO U.S. DIST. CT. 1:03-CV-02192

**3,644. DIRECTV, INC. V. DEMORANVILLE**
November 03, 2003 MA U.S. DIST. CT. 1:03-CV-12136

**3,645. DIRECTV, INC. V. DUNN**
November 03, 2003 NJ U.S. DIST. CT. 3:03-CV-05212

**3,646. DIRECTV, INC. V. DUQUE**
November 03, 2003 NJ U.S. DIST. CT. 2:03-CV-05275

**3,647. DIRECTV, INC. V. EASTEP**
November 03, 2003 NJ U.S. DIST. CT. 2:03-CV-05273

**3,648. DIRECTV, INC. V. ESTEVEZ**
November 03, 2003 NY U.S. DIST. CT., NORTH 1:03-CV-01335

**3,649. DIRECTV, INC. V. GALLO**
November 03, 2003 PA U.S. DIST. CT., MID. 3:03-CV-01971

**3,650. DIRECTV, INC. V. GASKINS**
November 03, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00930

**3,651. DIRECTV, INC. V. GLASER**
November 03, 2003 NJ U.S. DIST. CT. 3:03-CV-05209

**3,652.** DIRECTV, INC. V. GUTTA, ET AL
November 03, 2003 WV U.S. DIST. CT., NORTH 1:03-CV-00235


**3,653.** DIRECTV, INC. V. HEAD
November 03, 2003 NY U.S. DIST. CT., NORTH 1:03-CV-01336


**3,654.** DIRECTV, INC. V. HERNANDEZ
November 03, 2003 NJ U.S. DIST. CT. 3:03-CV-05203


**3,655.** DIRECTV, INC. V. HINDS
November 03, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05554


**3,656.** DIRECTV, INC. V. HINES
November 03, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05551


**3,657.** DIRECTV, INC. V. IRISH
November 03, 2003 VA U.S. DIST. CT., WEST 6:03-CV-00090


**3,658.** DIRECTV, INC. V. JOYCE
November 03, 2003 NJ U.S. DIST. CT. 3:03-CV-05204


**3,659.** DIRECTV, INC. V. KMETZ
November 03, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01622


**3,660.** DIRECTV, INC. V. LANDRISCINA
November 03, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05552


**3,661.** DIRECTV, INC. V. LIS ET AL
November 03, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01619


**3,662.** DIRECTV, INC. V. LOMAX
November 03, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00915


**3,663.** DIRECTV, INC. V. LOURENCO
November 03, 2003 NJ U.S. DIST. CT. 3:03-CV-05211


**3,664.** DIRECTV, INC. V. LOWRY
November 03, 2003 NY U.S. DIST. CT., EAST 2:03-CV-05571


**3,665.** DIRECTV, INC. V. LUDWICZAK
November 03, 2003 NY U.S. DIST. CT., EAST 2:03-CV-05570

**3,666. DIRECTV, INC. V. LYSOHIR**
November 03, 2003 NY U.S. DIST. CT., EAST 2:03-CV-05569

**3,667. DIRECTV, INC. V. MALDONADO**
November 03, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05562

**3,668. DIRECTV, INC. V. MENNE**
November 03, 2003 NJ U.S. DIST. CT. 3:03-CV-05208

**3,669. DIRECTV, INC. V. MILLAY**
November 03, 2003 KY U.S. DIST. CT., WEST 4:03-CV-00175

**3,670. DIRECTV, INC. V. MOOSE**
November 03, 2003 NJ U.S. DIST. CT. 3:03-CV-05205

**3,671. DIRECTV, INC. V. MURPHY**
November 03, 2003 KY U.S. DIST. CT., WEST 3:03-CV-00674

**3,672. DIRECTV, INC. V. MURRAY**
November 03, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05561

**3,673. DIRECTV, INC. V. NG, ET AL**
November 03, 2003 NJ U.S. DIST. CT. 2:03-CV-05236

**3,674. DIRECTV, INC. V. NICASTRO**
November 03, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05560

**3,675. DIRECTV, INC. V. OLIVEIRA**
November 03, 2003 NJ U.S. DIST. CT. 3:03-CV-05207

**3,676. DIRECTV, INC. V. PEREYRA**
November 03, 2003 NJ U.S. DIST. CT. 3:03-CV-05206

**3,677. DIRECTV, INC. V. PHILLIPS**
November 03, 2003 AL U.S. DIST. CT., MID. 3:03-CV-01086

**3,678. DIRECTV, INC. V. POTTORFF ET AL**
November 03, 2003 MO U.S. DIST. CT., WEST 2:03-CV-04238

**3,679. DIRECTV, INC. V. POWELL**
November 03, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05550

**3,680.** DIRECTV, INC. V. ROMANO
November 03, 2003 NJ U.S. DIST. CT. 1:03-CV-05299


**3,681.** DIRECTV, INC. V. SALMIERI
November 03, 2003 NY U.S. DIST. CT., SOUTH 03-CV-08676


**3,682.** DIRECTV, INC. V. SCHUTTE ET AL
November 03, 2003 MO U.S. DIST. CT., EAST 4:03-CV-01581


**3,683.** DIRECTV, INC. V. SHATKIN
November 03, 2003 NJ U.S. DIST. CT. 2:03-CV-05274


**3,684.** DIRECTV, INC. V. SHEBAYEV
November 03, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05564


**3,685.** DIRECTV, INC. V. TAYLOR
November 03, 2003 KY U.S. DIST. CT., EAST 5:03-CV-00481


**3,686.** DIRECTV, INC. V. TURNER
November 03, 2003 NJ U.S. DIST. CT. 3:03-CV-05210


**3,687.** DIRECTV, INC. V. TYSON
November 03, 2003 NY U.S. DIST. CT., EAST 2:03-CV-05567


**3,688.** DIRECTV, INC. V. VEITIA
November 03, 2003 NY U.S. DIST. CT., SOUTH 1:03-CV-08678


**3,689.** DIRECTV, INC. V. WALKER ET AL
November 03, 2003 MO U.S. DIST. CT., EAST 4:03-CV-01582


**3,690.** DIRECTV, INC. V. WU
November 03, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05563


**3,691.** DIRECTV, INC. V. WYNTER
November 03, 2003 NY U.S. DIST. CT., EAST 2:03-CV-05568


**3,692.** DIRECTV, INC. V. YOUNG, ET AL
November 03, 2003 NJ U.S. DIST. CT. 2:03-CV-05231


**3,693.** DIRECTV,INC., V. SCHREIER, ET AL
November 03, 2003 NY U.S. DIST. CT., SOUTH 03-CV-08690

**3,694. DIRECTV INC V. ALEXANDER**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74391


**3,695. DIRECTV INC V. BAILEY**
October 31, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00764


**3,696. DIRECTV INC V. BEASLEY**
October 31, 2003 NM U.S. DIST. CT. 2:03-CV-01263


**3,697. DIRECTV INC V. BRYDIE**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74407


**3,698. DIRECTV INC V. CANON**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74410


**3,699. DIRECTV INC V. CAVENDAR**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74405


**3,700. DIRECTV INC V. CHACON**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74397


**3,701. DIRECTV INC V. CHINNI**
October 31, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01296


**3,702. DIRECTV INC V. FORKER**
October 31, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01012


**3,703. DIRECTV INC V. FORTUCK**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74402


**3,704. DIRECTV INC V. FOSTER**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74394


**3,705. DIRECTV INC V. HAMMOND**
October 31, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01008


**3,706. DIRECTV INC V. HAWKINS**
October 31, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00418


**3,707. DIRECTV INC V. HENSLEY**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74403

**3,708. DIRECTV INC V. HENWOOD**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74404

**3,709. DIRECTV INC V. HOLLOWAY, ET AL**
October 31, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00419

**3,710. DIRECTV INC V. HOLSCHUH**
October 31, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00767

**3,711. DIRECTV INC V. HUFFMAN**
October 31, 2003 NM U.S. DIST. CT. 2:03-CV-01265

**3,712. DIRECTV INC V. HUGHES**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74393

**3,713. DIRECTV INC V. JACOBSON**
October 31, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00768

**3,714. DIRECTV INC V. JANOWSKI**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74408

**3,715. DIRECTV INC V. JOHNSON**
October 31, 2003 MI U.S. DIST. CT., EAST 5:03-CV-60238

**3,716. DIRECTV INC V. JONES**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74396

**3,717. DIRECTV INC V. KAUFMAN**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74395

**3,718. DIRECTV INC V. KIMBERLY RICARHD, ET AL**
October 31, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-07875

**3,719. DIRECTV INC V. KINNIE**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74411

**3,720. DIRECTV INC V. LEE**
October 31, 2003 MI U.S. DIST. CT., EAST 4:03-CV-40288

**3,721. DIRECTV INC V. LITZINGER**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74401

**3,722. DIRECTV INC V. LOUIS SANDOVAL, ET AL**
October 31, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-07849


**3,723. DIRECTV INC V. MARTINEZ**
October 31, 2003 TX U.S. DIST. CT., NORTH 5:03-CV-00275


**3,724. DIRECTV INC V. MOTLEY**
October 31, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01009


**3,725. DIRECTV INC V. MUSCHOTT**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74390


**3,726. DIRECTV INC V. PHAN**
October 31, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00766


**3,727. DIRECTV INC V. PIPPIN**
October 31, 2003 CA U.S. DIST. CT., EAST 2:03-CV-02271


**3,728. DIRECTV INC V. POLENO**
October 31, 2003 MI U.S. DIST. CT., EAST 1:03-CV-10275


**3,729. DIRECTV INC V. PRITCHARD**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74392


**3,730. DIRECTV INC V. RAMIREZ**
October 31, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00191


**3,731. DIRECTV INC V. RAZO, ET AL**
October 31, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-02175


**3,732. DIRECTV INC V. RHODES**
October 31, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01013


**3,733. DIRECTV INC V. RICE, ET AL**
October 31, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00417


**3,734. DIRECTV INC V. RICHARD JOHNSON, ET AL**
October 31, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-07854


**3,735. DIRECTV INC V. ROBERT PHAN, ET AL**
October 31, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-07885

**3,736. DIRECTV INC V. ROZANSKI**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74409

**3,737. DIRECTV INC V. SCULLY, ET AL**
October 31, 2003 LA U.S. DIST. CT., WEST 6:03-CV-02025

**3,738. DIRECTV INC V. SEIVER**
October 31, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00414

**3,739. DIRECTV INC V. SKIDMORE**
October 31, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01292

**3,740. DIRECTV INC V. SLATER**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74400

**3,741. DIRECTV INC V. SLUSSER**
October 31, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01295

**3,742. DIRECTV INC V. SOSVILLE**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74412

**3,743. DIRECTV INC V. TCHUPYK**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74398

**3,744. DIRECTV INC V. THONGKHAMVILAY**
October 31, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01291

**3,745. DIRECTV INC V. TRAN, ET AL**
October 31, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00415

**3,746. DIRECTV INC V. VALENTINE**
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74406

**3,747. DIRECTV INC V. VEAZEY ET AL**
October 31, 2003 TX U.S. DIST. CT., NORTH 5:03-CV-00274

**3,748. DIRECTV INC V. WALDON**
October 31, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00765

**3,749. DIRECTV INC V. WEISS**
October 31, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00413

**3,750.** DIRECTV INC V. WHITAKER
October 31, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01290

**3,751.** DIRECTV INC V. YARBOROUGH
October 31, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01288

**3,752.** DIRECTV INC V. ZABOROWSKI
October 31, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74399

**3,753.** DIRECTV INC V. ZAKI
October 31, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01289

**3,754.** DIRECTV INC V. ZAMORA, ET AL
October 31, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-02172

**3,755.** DIRECTV INC, ET AL V. MCDONALD, ET AL
October 31, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00416

**3,756.** DIRECTV INC. V. JENSEN
October 31, 2003 NM U.S. DIST. CT. 6:03-CV-01266

**3,757.** DIRECTV INC. V. MARQUEZ, ET AL.
October 31, 2003 NM U.S. DIST. CT. 1:03-CV-01264

**3,758.** DIRECTV V. MARKHAM
October 31, 2003 UT U.S. DIST. CT. 2:03-CV-00963

**3,759.** DIRECTV V. RICHTER
October 31, 2003 NE U.S. DIST. CT. 8:03-CV-00453

**3,760.** DIRECTV V. ROSSO ET AL
October 31, 2003 NE U.S. DIST. CT. 8:03-CV-00454

**3,761.** DIRECTV, INC V. ADAIR
October 31, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02954

**3,762.** DIRECTV, INC V. CURTIS
October 31, 2003 AL U.S. DIST. CT., NORTH 6:03-CV-02952

**3,763.** DIRECTV, INC V. FOO
October 31, 2003 CA U.S. DIST. CT., EAST 2:03-CV-02270

**3,764.** **DIRECTV, INC V. LENWEAVER**
October 31, 2003 CA U.S. DIST. CT., EAST 2:03-CV-02269

**3,765.** **DIRECTV, INC V. MCCLENDON**
October 31, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-02959

**3,766.** **DIRECTV, INC V. MONTGOMERY**
October 31, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-02950

**3,767.** **DIRECTV, INC V. REYNOLDS**
October 31, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02958

**3,768.** **DIRECTV, INC V. TINCHER**
October 31, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-01011

**3,769.** **DIRECTV, INC V. WATSON**
October 31, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-02955

**3,770.** **DIRECTV, INC. V. ABDELKADER**
October 31, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00797

**3,771.** **DIRECTV, INC. V. ALIM ET AL**
October 31, 2003 MD U.S. DIST. CT. 8:03-CV-03126

**3,772.** **DIRECTV, INC. V. ALMODOVAR, ET AL**
October 31, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00452

**3,773.** **DIRECTV, INC. V. BERMUDEZ, ET AL**
October 31, 2003 TX U.S. DIST. CT., SOUTH 7:03-CV-00345

**3,774.** **DIRECTV, INC. V. BONNING, ET AL**
October 31, 2003 ID U.S. DIST. CT. 03-CV-00477

**3,775.** **DIRECTV, INC. V. CALLE, ET AL**
October 31, 2003 NJ U.S. DIST. CT. 1:03-CV-05191

**3,776.** **DIRECTV, INC. V. CANADA**
October 31, 2003 VA U.S. DIST. CT., EAST 4:03-CV-00147

**3,777.** **DIRECTV, INC. V. CHAMBERLIN**
October 31, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07636

**3,778. DIRECTV, INC. V. COLEMAN**
October 31, 2003 NY U.S. DIST. CT., NORTH 5:03-CV-01326

**3,779. DIRECTV, INC. V. COOPER**
October 31, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-02956

**3,780. DIRECTV, INC. V. DAVIS**
October 31, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02957

**3,781. DIRECTV, INC. V. ENGLAND**
October 31, 2003 WV U.S. DIST. CT., SOUTH 5:03-CV-02293

**3,782. DIRECTV, INC. V. FRELEY**
October 31, 2003 PA U.S. DIST. CT., WEST 1:03-CV-00358

**3,783. DIRECTV, INC. V. FRICK**
October 31, 2003 PA U.S. DIST. CT., EAST 2:03-CV-06045

**3,784. DIRECTV, INC. V. GARCIA, ET AL**
October 31, 2003 TX U.S. DIST. CT., SOUTH 7:03-CV-00346

**3,785. DIRECTV, INC. V. GOFF**
October 31, 2003 PA U.S. DIST. CT., EAST 2:03-CV-06035

**3,786. DIRECTV, INC. V. HAMILTON**
October 31, 2003 WV U.S. DIST. CT., NORTH 1:03-CV-00232

**3,787. DIRECTV, INC. V. HERNANDEZ**
October 31, 2003 TX U.S. DIST. CT., NORTH 1:03-CV-00219

**3,788. DIRECTV, INC. V. HOWARD**
October 31, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02951

**3,789. DIRECTV, INC. V. JOHNSON**
October 31, 2003 MA U.S. DIST. CT. 1:03-CV-12146

**3,790. DIRECTV, INC. V. KAUFMAN, ET AL**
October 31, 2003 ID U.S. DIST. CT. 03-CV-00474

**3,791. DIRECTV, INC. V. LEININGER**
October 31, 2003 PA U.S. DIST. CT., EAST 2:03-CV-06037

**3,792. DIRECTV, INC. V. LOJKO**
October 31, 2003 NJ U.S. DIST. CT. 3:03-CV-05192

**3,793. DIRECTV, INC. V. LORENZ**
October 31, 2003 PA U.S. DIST. CT., EAST 2:03-CV-06042

**3,794. DIRECTV, INC. V. LUCK**
October 31, 2003 TX U.S. DIST. CT., NORTH 2:03-CV-00371

**3,795. DIRECTV, INC. V. MERKT**
October 31, 2003 MA U.S. DIST. CT. 1:03-CV-12147

**3,796. DIRECTV, INC. V. MICHAELS**
October 31, 2003 ID U.S. DIST. CT. 03-CV-00475

**3,797. DIRECTV, INC. V. MIRAMONTES, ET AL**
October 31, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00454

**3,798. DIRECTV, INC. V. MUNOZ**
October 31, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00453

**3,799. DIRECTV, INC. V. NEMITZ ET AL**
October 31, 2003 IA U.S. DIST. CT., NORTH 5:03-CV-04104

**3,800. DIRECTV, INC. V. OLSEN**
October 31, 2003 VT U.S. DIST. CT. 03-CV-00296

**3,801. DIRECTV, INC. V. PERDUE**
October 31, 2003 WV U.S. DIST. CT., SOUTH 3:03-CV-02294

**3,802. DIRECTV, INC. V. POMEROY, ET AL**
October 31, 2003 WV U.S. DIST. CT., SOUTH 2:03-CV-02295

**3,803. DIRECTV, INC. V. ROCK**
October 31, 2003 MA U.S. DIST. CT. 1:03-CV-12135

**3,804. DIRECTV, INC. V. RODRIGUEZ, ET AL**
October 31, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00455

**3,805. DIRECTV, INC. V. SAPP**
October 31, 2003 WV U.S. DIST. CT., NORTH 2:03-CV-00096

**3,806.** DIRECTV, INC. V. SCUTELLARO, ET AL
October 31, 2003 NJ U.S. DIST. CT. 2:03-CV-05198


**3,807.** DIRECTV, INC. V. SOSNIN
October 31, 2003 PA U.S. DIST. CT., EAST 2:03-CV-06043


**3,808.** DIRECTV, INC. V. THOMPSON
October 31, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00798


**3,809.** DIRECTV, INC. V. UESRY
October 31, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-02953


**3,810.** DIRECTV, INC. V. VAN DYKE
October 31, 2003 TX U.S. DIST. CT., WEST 2:03-CV-00094


**3,811.** DIRECTV, INC. V. WALTERS
October 31, 2003 PA U.S. DIST. CT., EAST 2:03-CV-06036


**3,812.** DIRECTV, INC. V. WEST
October 31, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02960


**3,813.** DIRECTV, INC. V. WILLIAMS
October 31, 2003 PA U.S. DIST. CT., EAST 2:03-CV-06046


**3,814.** DIRECTV, INC. V. WYATT
October 31, 2003 TX U.S. DIST. CT., NORTH 2:03-CV-00370


**3,815.** DIRECTV, INC. V. YERGEAU
October 31, 2003 MA U.S. DIST. CT. 3:03-CV-30258


**3,816.** DIRECTV, INC., ET AL V. PRESTON, ET AL
October 31, 2003 VA U.S. DIST. CT., EAST 1:03-CV-01356


**3,817.** DIRECTV INC V. ARRENDALE
October 30, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00519


**3,818.** DIRECTV INC V. BONNELL
October 30, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74373


**3,819.** DIRECTV INC V. CARTER
October 30, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74370

**3,820.** DIRECTV INC V. CLARK JUEZAN, ET AL
October 30, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-07841


**3,821.** DIRECTV INC V. CLIFFORD WALKUSH, ET AL
October 30, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-07824


**3,822.** DIRECTV INC V. CROWE
October 30, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74367


**3,823.** DIRECTV INC V. DANIEL YERENA, ET AL
October 30, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-07823


**3,824.** DIRECTV INC V. DAVID MORRISON, ET AL
October 30, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-07839


**3,825.** DIRECTV INC V. DELANO
October 30, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74368


**3,826.** DIRECTV INC V. DEMARAY
October 30, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74372


**3,827.** DIRECTV INC V. ELKIN
October 30, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74365


**3,828.** DIRECTV INC V. KEVIN KRISS, ET AL
October 30, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-07840


**3,829.** DIRECTV INC V. LOBOCKI
October 30, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74371


**3,830.** DIRECTV INC V. MAYS, ET AL
October 30, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00518


**3,831.** DIRECTV INC V. MCMILLAN
October 30, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74366


**3,832.** DIRECTV INC V. NAT RIGGINS, ET AL
October 30, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-07825


**3,833.** DIRECTV INC V. NORTHRUP, ET AL
October 30, 2003 NC U.S. DIST. CT., WEST 2:03-CV-00268

**3,834. DIRECTV INC V. RAYTMAN**
October 30, 2003 MI U.S. DIST. CT., EAST 5:03-CV-60236

**3,835. DIRECTV INC V. RICHTER**
October 30, 2003 IA U.S. DIST. CT., SOUTH 3:03-CV-40125

**3,836. DIRECTV INC V. ROBERT DURST, ET AL**
October 30, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-07835

**3,837. DIRECTV INC V. WALL, ET AL**
October 30, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00517

**3,838. DIRECTV INC V. WHITELY**
October 30, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74364

**3,839. DIRECTV, INC V. HILL**
October 30, 2003 TX U.S. DIST. CT., EAST 3:03-CV-00052

**3,840. DIRECTV, INC. V. BIRDWELL**
October 30, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00792

**3,841. DIRECTV, INC. V. BISHOP, ET AL**
October 30, 2003 TX U.S. DIST. CT., WEST 5:03-CV-01082

**3,842. DIRECTV, INC. V. BROWN**
October 30, 2003 NJ U.S. DIST. CT. 3:03-CV-05187

**3,843. DIRECTV, INC. V. BRYANT, ET AL**
October 30, 2003 NC U.S. DIST. CT., MID. 1:03-CV-01027

**3,844. DIRECTV, INC. V. BUGAOAN, ET AL**
October 30, 2003 NJ U.S. DIST. CT. 2:03-CV-05172

**3,845. DIRECTV, INC. V. CLEARMONT**
October 30, 2003 NC U.S. DIST. CT., MID. 1:03-CV-01026

**3,846. DIRECTV, INC. V. EZEKIAN**
October 30, 2003 NJ U.S. DIST. CT. 2:03-CV-05182

**3,847. DIRECTV, INC. V. HOLDER**
October 30, 2003 NC U.S. DIST. CT., MID. 1:03-CV-01031

**3,848.** DIRECTV, INC. V. JUDE
October 30, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00793

**3,849.** DIRECTV, INC. V. MCNEILL, ET AL
October 30, 2003 NC U.S. DIST. CT., MID. 1:03-CV-01021

**3,850.** DIRECTV, INC. V. RIKE
October 30, 2003 NC U.S. DIST. CT., MID. 1:03-CV-01032

**3,851.** DIRECTV, INC. V. SIGMON, ET AL
October 30, 2003 TX U.S. DIST. CT., WEST 7:03-CV-00161

**3,852.** DIRECTV, INC. V. THURMAN
October 30, 2003 NC U.S. DIST. CT., MID. 1:03-CV-01030

**3,853.** DIRECTV, INC. V. VIGEANT
October 30, 2003 NJ U.S. DIST. CT. 1:03-CV-05175

**3,854.** DIRECTV, INC. V. WAGONER
October 30, 2003 NC U.S. DIST. CT., MID. 1:03-CV-01022

**3,855.** DIRECTV INC V. RHODES, ET AL
October 29, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-04868

**3,856.** DIRECTV INC V. RIVIN
October 29, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00747

**3,857.** DIRECTV INC V. SAMPSON
October 29, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-04866

**3,858.** DIRECTV INC V. VU, ET AL
October 29, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-04867

**3,859.** DIRECTV INC V. YOUNG, ET AL
October 29, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-04864

**3,860.** DIRECTV, INC V. BURKE
October 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00997

**3,861.** DIRECTV, INC V. HORSLEY
October 29, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00996

**3,862.** DIRECTV, INC. V. BRANSKI
October 29, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05453

**3,863.** DIRECTV, INC. V. BROMFIELD
October 29, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05452

**3,864.** DIRECTV, INC. V. CLIFTON
October 29, 2003 NC U.S. DIST. CT., EAST 03-CV-00802

**3,865.** DIRECTV, INC. V. JONES
October 29, 2003 NC U.S. DIST. CT., EAST 03-CV-00806

**3,866.** DIRECTV, INC. V. MANZELLA
October 29, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05456

**3,867.** DIRECTV, INC. V. MATUGA
October 29, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07631

**3,868.** DIRECTV, INC. V. MORAN
October 29, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07630

**3,869.** DIRECTV, INC. V. MULLIS
October 29, 2003 GA U.S. DIST. CT., MID. 5:03-CV-00360

**3,870.** DIRECTV, INC. V. PUHALA
October 29, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-02205

**3,871.** DIRECTV, INC. V. SALCEDO
October 29, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05457

**3,872.** DIRECTV, INC. V. SANN
October 29, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05459

**3,873.** DIRECTV, INC. V. SAVKOVIC
October 29, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05460

**3,874.** DIRECTV, INC. V. THINGWOLD
October 29, 2003 OR U.S. DIST. CT. 6:03-CV-06333

**3,875.** DIRECTV, INC. V. YOUNG
October 29, 2003 GA U.S. DIST. CT., MID. 5:03-CV-00361

**3,876. DIRECTV, INC., V. BENFARI**
October 29, 2003 NY U.S. DIST. CT., EAST 1:03-CV-05454

**3,877. DIRECTV INC V. CZERWONKA**
October 28, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74319

**3,878. DIRECTV INC V. ELEY**
October 28, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00366

**3,879. DIRECTV INC V. GEROW**
October 28, 2003 MI U.S. DIST. CT., EAST 1:03-CV-10269

**3,880. DIRECTV INC V. KALVODA**
October 28, 2003 MI U.S. DIST. CT., EAST 5:03-CV-60233

**3,881. DIRECTV INC V. KARAS**
October 28, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74320

**3,882. DIRECTV INC V. MARCUM**
October 28, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00741

**3,883. DIRECTV INC V. MCLEAN**
October 28, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74323

**3,884. DIRECTV INC V. MOTLEY**
October 28, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74318

**3,885. DIRECTV INC V. NIEMIEC**
October 28, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74322

**3,886. DIRECTV INC V. ROBERT C NEILL, ET AL**
October 28, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-07729

**3,887. DIRECTV INC V. SHOPSHEAR**
October 28, 2003 MI U.S. DIST. CT., EAST 5:03-CV-60232

**3,888. DIRECTV INC V. SOREL**
October 28, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74317

**3,889. DIRECTV INC V. STREET**
October 28, 2003 MI U.S. DIST. CT., EAST 1:03-CV-10268

**3,890.** DIRECTV INC V. WOJNAR
October 28, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74321


**3,891.** DIRECTV INC V. WOLFORD
October 28, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74316


**3,892.** DIRECTV, INC V. KRAFT
October 28, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00991


**3,893.** DIRECTV, INC. V. BOYER
October 28, 2003 OH U.S. DIST. CT., NORTH 4:03-CV-02196


**3,894.** DIRECTV, INC. V. COLLINS
October 28, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07628


**3,895.** DIRECTV, INC. V. GALISIN
October 28, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-02197


**3,896.** DIRECTV, INC. V. KELLER
October 28, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-02199


**3,897.** DIRECTV, INC. V. KELLEY
October 28, 2003 IA U.S. DIST. CT., NORTH 1:03-CV-00124


**3,898.** DIRECTV, INC. V. NUNEZ
October 28, 2003 NY U.S. DIST. CT., WEST 6:03-CV-06535


**3,899.** DIRECTV, INC. V. PIZZO
October 28, 2003 NY U.S. DIST. CT., WEST 6:03-CV-06534


**3,900.** DIRECTV, INC. V. RUSSELL
October 28, 2003 OR U.S. DIST. CT. 6:03-CV-06332


**3,901.** DIRECTV, INC. V. WEST
October 28, 2003 OR U.S. DIST. CT. 6:03-CV-01484


**3,902.** DIRECTV, INC. V. YOUNG
October 28, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-02198


**3,903.** DIRECTV INC V. BELZER
October 27, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40599

**3,904.** DIRECTV INC V. CULIG ET AL
October 27, 2003 KS U.S. DIST. CT. 2:03-CV-02544

**3,905.** DIRECTV INC V. EMERSON
October 27, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40595

**3,906.** DIRECTV INC V. GRAHAM ET AL
October 27, 2003 KS U.S. DIST. CT. 2:03-CV-02543

**3,907.** DIRECTV INC V. JOHNSON, ET AL
October 27, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40596

**3,908.** DIRECTV INC V. LO
October 27, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40592

**3,909.** DIRECTV INC V. LO
October 27, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-60592

**3,910.** DIRECTV INC V. NGUYEN
October 27, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40594

**3,911.** DIRECTV INC V. NGUYEN
October 27, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-60594

**3,912.** DIRECTV INC V. NISSEN
October 27, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40597

**3,913.** DIRECTV INC V. ROWLAND
October 27, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40593

**3,914.** DIRECTV INC V. TRIMBLE
October 27, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40598

**3,915.** DIRECTV, INC. V. CAMPBELL, ET AL
October 27, 2003 VA U.S. DIST. CT., WEST 7:03-CV-00695

**3,916.** DIRECTV, INC. V. MADDOX ET AL
October 27, 2003 KY U.S. DIST. CT., WEST 3:03-CV-00654

**3,917.** DIRECTV, INC. V. THOMA
October 27, 2003 VA U.S. DIST. CT., WEST 6:03-CV-00088

**3,918. DIRECTV INC V. BOHNE**
October 24, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00406

**3,919. DIRECTV INC V. BOLES, ET AL**
October 24, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00405

**3,920. DIRECTV INC V. HOPPE, ET AL**
October 24, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00401

**3,921. DIRECTV INC V. NOBLE, ET AL**
October 24, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00402

**3,922. DIRECTV, INC V. BOWMAN**
October 24, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00980

**3,923. DIRECTV, INC V. ROBERTS**
October 24, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00981

**3,924. DIRECTV, INC V. SCYOC**
October 24, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00982

**3,925. DIRECTV, INC. V. CHRIST**
October 24, 2003 MI U.S. DIST. CT., WEST 5:03-CV-00167

**3,926. DIRECTV, INC. V. HANNA, ET AL**
October 24, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00891

**3,927. DIRECTV, INC. V. KARPINSKY**
October 24, 2003 NJ U.S. DIST. CT. 2:03-CV-05046

**3,928. DIRECTV, INC. V. LEVY**
October 24, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61940

**3,929. DIRECTV, INC. V. MINOR**
October 24, 2003 MI U.S. DIST. CT., WEST 2:03-CV-00226

**3,930. DIRECTV INC V. GEORGE**
October 23, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74270

**3,931. DIRECTV INC V. GLAZA**
October 23, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74271

**3,932. DIRECTV INC V. LAISURE**
October 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01260


**3,933. DIRECTV INC V. MALONE, ET. AL.**
October 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01264


**3,934. DIRECTV INC V. PADILLA**
October 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01261


**3,935. DIRECTV INC V. SCHIFANO**
October 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01263


**3,936. DIRECTV, INC. V. BAIRD**
October 23, 2003 VA U.S. DIST. CT., EAST 4:03-CV-00144


**3,937. DIRECTV, INC. V. BAKER**
October 23, 2003 MS U.S. DIST. CT., NORTH 2:03-CV-00340


**3,938. DIRECTV, INC. V. BELT**
October 23, 2003 OR U.S. DIST. CT. 6:03-CV-01459


**3,939. DIRECTV, INC. V. CAUDILL**
October 23, 2003 KY U.S. DIST. CT., EAST 6:03-CV-00552


**3,940. DIRECTV, INC. V. CHRESTENSEN**
October 23, 2003 MS U.S. DIST. CT., NORTH 2:03-CV-00341


**3,941. DIRECTV, INC. V. CORBETT**
October 23, 2003 KY U.S. DIST. CT., EAST 3:03-CV-00073


**3,942. DIRECTV, INC. V. JONES**
October 23, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00197


**3,943. DIRECTV, INC. V. KEAN**
October 23, 2003 GA U.S. DIST. CT., MID. 7:03-CV-00125


**3,944. DIRECTV, INC. V. PARK**
October 23, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00196


**3,945. DIRECTV, INC. V. ROSS, ET AL**
October 23, 2003 VA U.S. DIST. CT., EAST 2:03-CV-00744

**3,946. DIRECTV, INC. V. YOUNG**
October 23, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00195

**3,947. DIRECTV, INC., V. NORMAN**
October 23, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80983

**3,948. DIRECTV INC V. BATES**
October 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01251

**3,949. DIRECTV INC V. BLAKE, ET AL**
October 22, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00392

**3,950. DIRECTV INC V. BURGHARDT**
October 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01252

**3,951. DIRECTV INC V. CASH**
October 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01253

**3,952. DIRECTV INC V. CLARK**
October 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01254

**3,953. DIRECTV INC V. COWEN**
October 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01255

**3,954. DIRECTV INC V. DAWDY**
October 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01256

**3,955. DIRECTV INC V. DEHN, ET AL**
October 22, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00391

**3,956. DIRECTV INC V. ELLIS**
October 22, 2003 AR U.S. DIST. CT., EAST 03-CV-00329

**3,957. DIRECTV INC V. KELLY II**
October 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01257

**3,958. DIRECTV INC V. KURTZ**
October 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-01258

**3,959. DIRECTV INC V. PARR, ET AL**
October 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07437

**3,960. DIRECTV INC V. PORTER**
October 22, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-02591

**3,961. DIRECTV INC V. WALLACE**
October 22, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00390

**3,962. DIRECTV INC. V. BARNES**
October 22, 2003 MS U.S. DIST. CT., SOUTH 2:03-CV-00522

**3,963. DIRECTV, INC V. RAPP**
October 22, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00975

**3,964. DIRECTV, INC. V. BISHOP**
October 22, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01204

**3,965. DIRECTV, INC. V. BURNS**
October 22, 2003 MS U.S. DIST. CT., NORTH 1:03-CV-00610

**3,966. DIRECTV, INC. V. BUTLER**
October 22, 2003 MS U.S. DIST. CT., SOUTH 5:03-CV-00512

**3,967. DIRECTV, INC. V. CLEVELAND GREEN**
October 22, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01203

**3,968. DIRECTV, INC. V. DYER**
October 22, 2003 MS U.S. DIST. CT., NORTH 1:03-CV-00611

**3,969. DIRECTV, INC. V. GILLIAM**
October 22, 2003 AR U.S. DIST. CT., WEST 2:03-CV-02230

**3,970. DIRECTV, INC. V. HORNE**
October 22, 2003 MS U.S. DIST. CT., NORTH 4:03-CV-00399

**3,971. DIRECTV, INC. V. KING**
October 22, 2003 MS U.S. DIST. CT., SOUTH 5:03-CV-00511

**3,972. DIRECTV, INC. V. TURNER**
October 22, 2003 GA U.S. DIST. CT., MID. 6:03-CV-00053

**3,973. DIRECTV, INC. V. ADKINS**
October 21, 2003 GA U.S. DIST. CT., MID. 7:03-CV-00124

**3,974. DIRECTV, INC. V. BALLARD**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00693

**3,975. DIRECTV, INC. V. BATCHELOR**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00749

**3,976. DIRECTV, INC. V. BOGGS**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00724

**3,977. DIRECTV, INC. V. BOMANI**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00728

**3,978. DIRECTV, INC. V. BOWMAN**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00719

**3,979. DIRECTV, INC. V. BRAHCE**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00766

**3,980. DIRECTV, INC. V. BREDAHL**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00696

**3,981. DIRECTV, INC. V. BROWN**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00694

**3,982. DIRECTV, INC. V. BURNS**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00717

**3,983. DIRECTV, INC. V. CARR**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00713

**3,984. DIRECTV, INC. V. CARTER**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00731

**3,985. DIRECTV, INC. V. CASTELLANI**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00754

**3,986. DIRECTV, INC. V. CHMELIK**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00763

**3,987. DIRECTV, INC. V. CIARKOWSKI**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00751

**3,988. DIRECTV, INC. V. CLAY**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00704

**3,989. DIRECTV, INC. V. CLAYTON**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00741

**3,990. DIRECTV, INC. V. CRAMER**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00705

**3,991. DIRECTV, INC. V. DALTON**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00690

**3,992. DIRECTV, INC. V. DEVRIES**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00756

**3,993. DIRECTV, INC. V. DURDA**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00732

**3,994. DIRECTV, INC. V. ESTEBAN**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00759

**3,995. DIRECTV, INC. V. FAYNE**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00700

**3,996. DIRECTV, INC. V. FIELDS**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00692

**3,997. DIRECTV, INC. V. FIKES**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00682

**3,998. DIRECTV, INC. V. FOLLETT ET AL**
October 21, 2003 MI U.S. DIST. CT., WEST 5:03-CV-00162

**3,999. DIRECTV, INC. V. FREES**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00765

**4,000. DIRECTV, INC. V. GALE**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00714

**4,001.** DIRECTV, INC. V. GENTRY
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00767

**4,002.** DIRECTV, INC. V. GRIMARD
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00712

**4,003.** DIRECTV, INC. V. GROOTEN
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00706

**4,004.** DIRECTV, INC. V. HICKOK
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00740

**4,005.** DIRECTV, INC. V. ING
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00768

**4,006.** DIRECTV, INC. V. JACKSON
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00734

**4,007.** DIRECTV, INC. V. JONES
October 21, 2003 GA U.S. DIST. CT., MID. 6:03-CV-00052

**4,008.** DIRECTV, INC. V. JONES
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00715

**4,009.** DIRECTV, INC. V. JONES
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00758

**4,010.** DIRECTV, INC. V. KILDEA
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00698

**4,011.** DIRECTV, INC. V. KING
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00760

**4,012.** DIRECTV, INC. V. KOWALCZYK
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00730

**4,013.** DIRECTV, INC. V. KRUEGER
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00739

**4,014.** DIRECTV, INC. V. LAHAM
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00716

**4,015.** DIRECTV, INC. V. LAM
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00757

**4,016.** DIRECTV, INC. V. LAPLANTE
October 21, 2003 MI U.S. DIST. CT., WEST 2:03-CV-00225

**4,017.** DIRECTV, INC. V. LEFLER
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00699

**4,018.** DIRECTV, INC. V. LEMMEN
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00711

**4,019.** DIRECTV, INC. V. LOCKHART
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00743

**4,020.** DIRECTV, INC. V. LORENTZ
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00736

**4,021.** DIRECTV, INC. V. LUKOS
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00747

**4,022.** DIRECTV, INC. V. MARCELLA
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00722

**4,023.** DIRECTV, INC. V. MAUPIN
October 21, 2003 MI U.S. DIST. CT., WEST 2:03-CV-00220

**4,024.** DIRECTV, INC. V. MAZEL
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00701

**4,025.** DIRECTV, INC. V. MCINTOSH
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00753

**4,026.** DIRECTV, INC. V. MITCHELL
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00695

**4,027.** DIRECTV, INC. V. MITCHELL
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00684

**4,028.** DIRECTV, INC. V. MOHR
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00685

**4,029.** DIRECTV, INC. V. MORNINGSTAR
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00762

**4,030.** DIRECTV, INC. V. MUNCH
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00720

**4,031.** DIRECTV, INC. V. MURPHY
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00721

**4,032.** DIRECTV, INC. V. NORBERT
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00729

**4,033.** DIRECTV, INC. V. ORNIE
October 21, 2003 OR U.S. DIST. CT. 6:03-CV-01441

**4,034.** DIRECTV, INC. V. OSAYAMWEN
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00691

**4,035.** DIRECTV, INC. V. PAXTON
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00750

**4,036.** DIRECTV, INC. V. PECKHAM
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00686

**4,037.** DIRECTV, INC. V. PHAN
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00764

**4,038.** DIRECTV, INC. V. RAMPANELLI
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00727

**4,039.** DIRECTV, INC. V. RAMSEY
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00702

**4,040.** DIRECTV, INC. V. RAYMOND
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00752

**4,041.** DIRECTV, INC. V. SACKETT
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00745

**4,042.** DIRECTV, INC. V. SAUNDERS
October 21, 2003 MI U.S. DIST. CT., WEST 2:03-CV-00223

**4,043.** **DIRECTV, INC. V. SCHAUB**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00742

**4,044.** **DIRECTV, INC. V. SEEWALD**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00755

**4,045.** **DIRECTV, INC. V. SHAFER**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00726

**4,046.** **DIRECTV, INC. V. SHEHENAN**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00687

**4,047.** **DIRECTV, INC. V. SHEPPARD**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00746

**4,048.** **DIRECTV, INC. V. SIGLER**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00725

**4,049.** **DIRECTV, INC. V. SLADE**
October 21, 2003 MI U.S. DIST. CT., WEST 5:03-CV-00168

**4,050.** **DIRECTV, INC. V. SMALLBONE**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00723

**4,051.** **DIRECTV, INC. V. SMITH**
October 21, 2003 MI U.S. DIST. CT., WEST 5:03-CV-00169

**4,052.** **DIRECTV, INC. V. STANTON**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00748

**4,053.** **DIRECTV, INC. V. SUTHERLAND**
October 21, 2003 MI U.S. DIST. CT., WEST 2:03-CV-00224

**4,054.** **DIRECTV, INC. V. THOCKER**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00707

**4,055.** **DIRECTV, INC. V. TREVINO**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00718

**4,056.** **DIRECTV, INC. V. TRUDELL**
October 21, 2003 MI U.S. DIST. CT., WEST 2:03-CV-00221

**4,057.** **DIRECTV, INC. V. TRYGG**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00710

**4,058.** **DIRECTV, INC. V. VIDENOVICH**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00737

**4,059.** **DIRECTV, INC. V. WARD**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00703

**4,060.** **DIRECTV, INC. V. WILCOX**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00688

**4,061.** **DIRECTV, INC. V. WROBEL**
October 21, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00689

**4,062.** **DIRECTV INC V. CUSTER**
October 20, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00965

**4,063.** **DIRECTV INC V. STEVENS**
October 20, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00964

**4,064.** **DIRECTV INC V. STOUGHT**
October 20, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00961

**4,065.** **DIRECTV, INC V. DAVE ROSS**
October 20, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00956

**4,066.** **DIRECTV, INC V. JONES**
October 20, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00957

**4,067.** **DIRECTV, INC V. SMITH**
October 20, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00955

**4,068.** **DIRECTV, INC V. WICKES**
October 20, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00962

**4,069.** **DIRECTV, INC V. WILSON**
October 20, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00963

**4,070.** **DIRECTV, INC. V. CINDY GARCIA**
October 20, 2003 U.S. CT. OF APP., 11TH CIR. 03-15306

**4,071. DIRECTV INC V. CALDWELL**
October 17, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74183

**4,072. DIRECTV INC V. CLOKE**
October 17, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74181

**4,073. DIRECTV INC V. EVERSOLL**
October 17, 2003 IA U.S. DIST. CT., SOUTH 3:03-CV-40117

**4,074. DIRECTV INC V. EVERSOLL**
October 17, 2003 IA U.S. DIST. CT., SOUTH 3:03-CV-60117

**4,075. DIRECTV INC V. HASTINGS**
October 17, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74185

**4,076. DIRECTV INC V. LIPPER**
October 17, 2003 IA U.S. DIST. CT., SOUTH 3:03-CV-40116

**4,077. DIRECTV INC V. MIITI**
October 17, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74188

**4,078. DIRECTV INC V. MILLS**
October 17, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74186

**4,079. DIRECTV INC V. PESTKA**
October 17, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74187

**4,080. DIRECTV INC V. POPOVSKI**
October 17, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74184

**4,081. DIRECTV, INC. V. BISHOP**
October 17, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00184

**4,082. DIRECTV, INC. V. BURCHAM**
October 17, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00189

**4,083. DIRECTV, INC. V. HODGES**
October 17, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00190

**4,084. DIRECTV, INC. V. POE**
October 17, 2003 KY U.S. DIST. CT., EAST 7:03-CV-00318

**4,085.** DIRECTV, INC. V. SMITH
October 17, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00187

**4,086.** DIRECTV, INC. V. STACKS
October 17, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00191

**4,087.** DIRECTV, INC. V. TAYLOR
October 17, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00188

**4,088.** DIRECTV, INC. V. WILLIAMS
October 17, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00185

**4,089.** DIRECTV, INC. V. WILSON
October 17, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00186

**4,090.** DIRECTV INC V. CARMAN
October 16, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00711

**4,091.** DIRECTV INC V. HAZEL
October 16, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00353

**4,092.** DIRECTV INC V. KHAYKIN
October 16, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00714

**4,093.** DIRECTV INC V. KHAYKIN
October 16, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00712

**4,094.** DIRECTV INC V. NIENABER
October 16, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00713

**4,095.** DIRECTV INC V. WILKEN
October 16, 2003 IL U.S. DIST. CT., CENT. 4:03-CV-04066

**4,096.** DIRECTV, INC V. GRAY
October 16, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00934

**4,097.** DIRECTV, INC. V. BLAKE
October 16, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-02122

**4,098.** DIRECTV, INC. V. BROWN
October 16, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00177

**4,099. DIRECTV, INC. V. BURGESS**
October 16, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00178

**4,100. DIRECTV, INC. V. DICKEY**
October 16, 2003 OH U.S. DIST. CT., NORTH 4:03-CV-02121

**4,101. DIRECTV, INC. V. FORBES**
October 16, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-02120

**4,102. DIRECTV, INC. V. GAMBLE**
October 16, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07607

**4,103. DIRECTV, INC. V. GAY**
October 16, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00179

**4,104. DIRECTV, INC. V. GILLESPIE**
October 16, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07606

**4,105. DIRECTV, INC. V. HANOPHY**
October 16, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07604

**4,106. DIRECTV, INC. V. HOLLAND**
October 16, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00180

**4,107. DIRECTV, INC. V. IRBY**
October 16, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-02123

**4,108. DIRECTV, INC. V. JOHNSON**
October 16, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-02124

**4,109. DIRECTV, INC. V. MCNEIL**
October 16, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00181

**4,110. DIRECTV, INC. V. POLK**
October 16, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-02119

**4,111. DIRECTV, INC. V. PRICE**
October 16, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07605

**4,112. DIRECTV, INC. V. REYES**
October 16, 2003 GA U.S. DIST. CT., MID. 5:03-CV-00339

**4,113. DIRECTV,INC V. WOLFE**
October 16, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00935

**4,114. DIRECTV INC V. MONROE**
October 15, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01007

**4,115. DIRECTV INC V. POPLAWSKI ET AL**
October 15, 2003 WI U.S. DIST. CT., EAST 2:03-CV-01008

**4,116. DIRECTV, INC. V. GUEITS**
October 15, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05828

**4,117. DIRECTV, INC. V. KELLY**
October 15, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00749

**4,118. DIRECTV, INC. V. MILLAR**
October 15, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00748

**4,119. DIRECTV INC V. HUFFMAN, ET AL**
October 14, 2003 IL U.S. DIST. CT., CENT. 1:03-CV-01330

**4,120. DIRECTV INC V. WADDELL, ET AL**
October 14, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00746

**4,121. DIRECTV, INC. V. GADOUA**
October 14, 2003 NY U.S. DIST. CT., WEST 1:03-CV-00772

**4,122. DIRECTV, INC. V. KWAHK**
October 14, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00741

**4,123. DIRECTV, INC. V. LEGGE**
October 14, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00743

**4,124. DIRECTV, INC. V. MARGARITIS, ET AL**
October 14, 2003 IL U.S. DIST. CT., CENT. 3:03-CV-03224

**4,125. DIRECTV, INC. V. MARTEL**
October 14, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00744

**4,126. DIRECTV, INC. V. SIEVERS**
October 14, 2003 IL U.S. DIST. CT., CENT. 3:03-CV-03223

**4,127. DIRECTV INC V. ALSBURY, ET AL**
October 10, 2003 IL U.S. DIST. CT., SOUTH 3:03-CV-00663

**4,128. DIRECTV INC V. PAHLS ET AL**
October 10, 2003 KS U.S. DIST. CT. 2:03-CV-02512

**4,129. DIRECTV, INC. V. MCLEOD**
October 10, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00742

**4,130. DIRECTV, INC. V. PULVER**
October 10, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00735

**4,131. DIRECTV, INC. V. YZNAGA**
October 10, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00736

**4,132. DIRECTV INC V. ARMSTRONG, ET AL**
October 09, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07155

**4,133. DIRECTV INC V. DOBSON, ET AL**
October 09, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07154

**4,134. DIRECTV INC V. KENNARD**
October 09, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07152

**4,135. DIRECTV INC V. LONDAK, ET AL**
October 09, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-07153

**4,136. DIRECTV, INC. V. CAMPBELL**
October 08, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00173

**4,137. DIRECTV, INC. V. CATES**
October 08, 2003 MS U.S. DIST. CT., NORTH 2:03-CV-00325

**4,138. DIRECTV, INC. V. KING**
October 08, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01438

**4,139. DIRECTV, INC. V. RICKS**
October 08, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00174

**4,140. DIRECTV, INC. V. VISCOCKIS**
October 08, 2003 NJ U.S. DIST. CT. 2:03-CV-04786

**4,141. DIRECTV, INC. V. WOODRUFF**
October 08, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00172

**4,142. DIRECTV INC V. ARMSTRONG**
October 07, 2003 KY U.S. DIST. CT., EAST 2:03-CV-00221

**4,143. DIRECTV INC V. JOHN LE, ET AL**
October 07, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-07182

**4,144. DIRECTV, INC. V. BELL**
October 07, 2003 KY U.S. DIST. CT., WEST 1:03-CV-00175

**4,145. DIRECTV, INC. V. CHRISMAN ET AL**
October 07, 2003 KY U.S. DIST. CT., EAST 5:03-CV-00435

**4,146. DIRECTV, INC. V. FARLEY**
October 07, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01427

**4,147. DIRECTV, INC. V. FERRAIOLI**
October 07, 2003 GA U.S. DIST. CT., MID. 4:03-CV-00143

**4,148. DIRECTV, INC. V. GHRAIRI**
October 07, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01429

**4,149. DIRECTV, INC. V. MILLER**
October 07, 2003 KY U.S. DIST. CT., WEST 4:03-CV-00162

**4,150. DIRECTV, INC. V. WAGY**
October 07, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01437

**4,151. DIRECTV INC V. BRIGGS**
October 06, 2003 TX U.S. DIST. CT., NORTH 1:03-CV-00207

**4,152. DIRECTV, INC. V. BAUCH**
October 06, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00168

**4,153. DIRECTV, INC. V. COCHRAN**
October 06, 2003 MS U.S. DIST. CT., SOUTH 1:03-CV-00789

**4,154. DIRECTV, INC. V. CONNER**
October 06, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00167

**4,155.** DIRECTV, INC. V. FREEMAN
October 06, 2003 MS U.S. DIST. CT., SOUTH 1:03-CV-00788

**4,156.** DIRECTV, INC. V. HILL
October 06, 2003 MS U.S. DIST. CT., NORTH 1:03-CV-00595

**4,157.** DIRECTV, INC. V. HILL
October 06, 2003 MS U.S. DIST. CT., NORTH 3:04-CV-00084

**4,158.** DIRECTV, INC. V. MANESS
October 06, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00166

**4,159.** DIRECTV, INC. V. ROBERSON
October 06, 2003 MS U.S. DIST. CT., NORTH 1:03-CV-00596

**4,160.** DIRECTV, INC. V. ROBERSON
October 06, 2003 MS U.S. DIST. CT., NORTH 3:04-CV-00085

**4,161.** DIRECTV, INC. V. TRAVIS
October 06, 2003 MS U.S. DIST. CT., SOUTH 2:03-CV-00504

**4,162.** DIRECTV, INC. V. BAHR
October 03, 2003 MS U.S. DIST. CT., NORTH 2:03-CV-00309

**4,163.** DIRECTV, INC. V. BOX
October 03, 2003 MS U.S. DIST. CT., NORTH 2:03-CV-00319

**4,164.** DIRECTV, INC. V. CUNNINGHAM
October 03, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00162

**4,165.** DIRECTV, INC. V. DAWSON
October 03, 2003 MS U.S. DIST. CT., NORTH 2:03-CV-00316

**4,166.** DIRECTV, INC. V. DOUGLAS
October 03, 2003 MS U.S. DIST. CT., NORTH 2:03-CV-00320

**4,167.** DIRECTV, INC. V. GULLEDGE
October 03, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00163

**4,168.** DIRECTV, INC. V. JENKINS
October 03, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00164

**4,169.** DIRECTV, INC. V. WRIGHT
October 03, 2003 MS U.S. DIST. CT., NORTH 2:03-CV-00318

**4,170.** DIRECTV INC V. MARTIN, ET AL
October 02, 2003 NC U.S. DIST. CT., WEST 1:03-CV-00248

**4,171.** DIRECTV, INC. V. ALLEN
October 02, 2003 MS U.S. DIST. CT., SOUTH 5:03-CV-00489

**4,172.** DIRECTV, INC. V. CESSNA
October 02, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01147

**4,173.** DIRECTV, INC. V. ENGLUND
October 02, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00707

**4,174.** DIRECTV, INC. V. HARRIS
October 02, 2003 MS U.S. DIST. CT., SOUTH 5:03-CV-00490

**4,175.** DIRECTV, INC. V. JONES
October 02, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00706

**4,176.** DIRECTV, INC. V. NEAL
October 02, 2003 MS U.S. DIST. CT., SOUTH 5:03-CV-00491

**4,177.** DIRECTV, INC. V. RIORDAN
October 02, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00708

**4,178.** DIRECTV, INC. V. ZEIGLER
October 02, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01148

**4,179.** DIRECTV INC V. BARBARA ALBRIGHT, ET AL
October 01, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-07085

**4,180.** DIRECTV INC V. LUIS D PEREZ, ET AL
October 01, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-07087

**4,181.** DIRECTV, INC. V. ANDRADE, ET AL
October 01, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00405

**4,182.** DIRECTV, INC. V. WARREN
October 01, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05487

**4,183. DIRECTV V. SMELSER**
September 30, 2003 UT U.S. DIST. CT. 2:03-CV-00849


**4,184. DIRECTV, INC. V. KRISTOF**
September 30, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00698


**4,185. DIRECTV INC V. HERMAN VAN DER REST, ET AL**
September 29, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06989


**4,186. DIRECTV INC V. LAMBERTZ**
September 29, 2003 IA U.S. DIST. CT., NORTH 3:03-CV-03085


**4,187. DIRECTV INC V. MATHEW MROSKO, ET AL**
September 29, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06988


**4,188. DIRECTV, INC. V. BLANKENSHIP**
September 29, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00160


**4,189. DIRECTV, INC. V. DERRICK**
September 29, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00161


**4,190. DIRECTV, INC. V. HUGHES**
September 29, 2003 MS U.S. DIST. CT., NORTH 1:03-CV-00587


**4,191. DIRECTV, INC. V. RHODES**
September 29, 2003 MS U.S. DIST. CT., NORTH 2:03-CV-00302


**4,192. DIRECTV, INC. V. RODGERS**
September 29, 2003 MS U.S. DIST. CT., NORTH 2:03-CV-00304


**4,193. DIRECTV, INC. V. STEWART, ET AL**
September 29, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00158


**4,194. DIRECTV, INC. V. TIMBS**
September 29, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00159


**4,195. DIRECTV INC V. CARTER, ET AL**
September 26, 2003 IA U.S. DIST. CT., SOUTH 3:03-CV-40104


**4,196. DIRECTV INC V. DEBRUYN, ET AL**
September 26, 2003 IA U.S. DIST. CT., SOUTH 3:03-CV-40103

**4,197. DIRECTV, INC. V. AMANTEA**
September 26, 2003 IA U.S. DIST. CT., NORTH 1:03-CV-00111


**4,198. DIRECTV, INC. V. NEIGHBORS**
September 26, 2003 IA U.S. DIST. CT., NORTH 6:03-CV-02055


**4,199. DIRECTV, INC. V. PLANKENHORN**
September 26, 2003 MI U.S. DIST. CT., WEST 5:03-CV-00149


**4,200. DIRECTV, INC. V. MIKE TREWORGY**
September 25, 2003 U.S. CT. OF APP., 11TH CIR. 03-90045


**4,201. DIRECTV INC V. AUGUSTINE**
September 24, 2003 CT U.S. DIST. CT. 3:03-CV-01636


**4,202. DIRECTV INC V. MONTIMURRO**
September 24, 2003 CT U.S. DIST. CT. 3:03-CV-01633


**4,203. DIRECTV V. COLLINS, ET AL**
September 23, 2003 UT U.S. DIST. CT. 2:03-CV-00832


**4,204. DIRECTV, INC V. VAN HORN**
September 23, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-02604


**4,205. DIRECTV, INC. V. FEMINELLA**
September 23, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04845


**4,206. DIRECTV, INC. V. RAY**
September 23, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02605


**4,207. DIRECTV, INC. V. SALLEE**
September 23, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-02164


**4,208. DIRECTV INC V. HARTER**
September 22, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00354


**4,209. DIRECTV, INC. V. BROWN**
September 22, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04823


**4,210. DIRECTV, INC. V. CROCKER**
September 22, 2003 NJ U.S. DIST. CT. 1:03-CV-04473

**4,211. DIRECTV, INC. V. FAVALE**
September 22, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04825

**4,212. DIRECTV, INC. V. FULCINITI**
September 22, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04829

**4,213. DIRECTV, INC. V. LETTIERI**
September 22, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04835

**4,214. DIRECTV, INC. V. OLIVARES**
September 22, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04831

**4,215. DIRECTV, INC. V. PALEY**
September 22, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04827

**4,216. DIRECTV, INC. V. PETTIT**
September 22, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04830

**4,217. DIRECTV, INC. V. RIVERA**
September 22, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04836

**4,218. DIRECTV, INC. V. SHAKHOV**
September 22, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04833

**4,219. DIRECTV, INC. V. SPIRIO**
September 22, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04834

**4,220. DIRECTV, INC. V. TAYLOR**
September 22, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04832

**4,221. DIRECTV, INC. V. WEDLOCK**
September 22, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04828

**4,222. DIRECTV, INC. V. JOHNSON, TYREE**
September 19, 2003 WI U.S. DIST. CT., WEST 03-CV-00519

**4,223. DIRECTV, INC. V. O'NEILL**
September 19, 2003 NJ U.S. DIST. CT. 2:03-CV-04442

**4,224. DIRECTV,INC. V. MCELROY**
September 19, 2003 NJ U.S. DIST. CT. 2:03-CV-04443

**4,225.** DIRECTV, INC. V. MCLAIN
September 18, 2003 OK U.S. DIST. CT., NORTH 4:03-CV-00642

**4,226.** DIRECTV INC V. HEINEN, ET AL
September 16, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00122

**4,227.** DIRECTV INC V. KENNEDY
September 16, 2003 WA U.S. DIST. CT., EAST 2:03-CV-03123

**4,228.** DIRECTV, INC. V. ASEERE
September 16, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80872

**4,229.** DIRECTV, INC. V. BAILEY
September 16, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80871

**4,230.** DIRECTV, INC. V. BARTHEL
September 16, 2003 GA U.S. DIST. CT., MID. 5:03-CV-00311

**4,231.** DIRECTV, INC. V. DAWSON
September 16, 2003 MA U.S. DIST. CT. 1:03-CV-11737

**4,232.** DIRECTV, INC. V. DIAZ
September 16, 2003 MA U.S. DIST. CT. 1:03-CV-11773

**4,233.** DIRECTV, INC. V. DIMARTINO
September 16, 2003 MA U.S. DIST. CT. 1:03-CV-11748

**4,234.** DIRECTV, INC. V. HUL
September 16, 2003 MA U.S. DIST. CT. 1:03-CV-11775

**4,235.** DIRECTV, INC. V. KANE
September 16, 2003 MA U.S. DIST. CT. 1:03-CV-11740

**4,236.** DIRECTV, INC. V. LONG
September 16, 2003 MA U.S. DIST. CT. 1:03-CV-11781

**4,237.** DIRECTV, INC. V. ULBRICH
September 16, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00657

**4,238.** DIRECTV INC V. WOOD
September 15, 2003 WA U.S. DIST. CT., WEST 3:03-CV-05499

**4,239. DIRECTV, INC. V. AZIZ**
September 15, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04669


**4,240. DIRECTV, INC. V. BAKER**
September 15, 2003 GA U.S. DIST. CT., MID. 3:03-CV-00087


**4,241. DIRECTV, INC. V. BAMBINO**
September 15, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22434


**4,242. DIRECTV, INC. V. BELL**
September 15, 2003 GA U.S. DIST. CT., MID. 3:03-CV-00086


**4,243. DIRECTV, INC. V. CALHOUN**
September 15, 2003 GA U.S. DIST. CT., MID. 3:03-CV-00088


**4,244. DIRECTV, INC. V. CAMPBELL**
September 15, 2003 MA U.S. DIST. CT. 1:03-CV-11783


**4,245. DIRECTV, INC. V. CARIGNAN**
September 15, 2003 MA U.S. DIST. CT. 1:03-CV-11771


**4,246. DIRECTV, INC. V. EMMONS, ET AL**
September 15, 2003 NY U.S. DIST. CT., NORTH 5:03-CV-01126


**4,247. DIRECTV, INC. V. GAFTER**
September 15, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04673


**4,248. DIRECTV, INC. V. GARNETTE**
September 15, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04672


**4,249. DIRECTV, INC. V. HAZEL**
September 15, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04670


**4,250. DIRECTV, INC. V. HUSNETZOV**
September 15, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04671


**4,251. DIRECTV, INC. V. INGRAM**
September 15, 2003 GA U.S. DIST. CT., MID. 4:03-CV-00127


**4,252. DIRECTV, INC. V. KOFFLER**
September 15, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04666

**4,253. DIRECTV, INC. V. KOSUDA**
September 15, 2003 MA U.S. DIST. CT. 1:03-CV-11777

**4,254. DIRECTV, INC. V. RANDALL**
September 15, 2003 MA U.S. DIST. CT. 1:03-CV-11784

**4,255. DIRECTV, INC. V. SUTTON**
September 15, 2003 GA U.S. DIST. CT., SOUTH 4:03-CV-00178

**4,256. DIRECTV, INC. V. THOMSON**
September 15, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04667

**4,257. DIRECTV, INC., ET AL V. KESSLER**
September 15, 2003 GA U.S. DIST. CT., SOUTH 4:03-CV-00177

**4,258. DIRECTV INC V.**
September 12, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00163

**4,259. DIRECTV INC V. ALBERTO**
September 12, 2003 TX U.S. DIST. CT., EAST 1:03-CV-00852

**4,260. DIRECTV INC V. ALEKSUNES**
September 12, 2003 CT U.S. DIST. CT. 3:03-CV-01563

**4,261. DIRECTV INC V. ALEX KALAVESIS, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06562

**4,262. DIRECTV INC V. ANDRESON**
September 12, 2003 NM U.S. DIST. CT. 1:03-CV-01057

**4,263. DIRECTV INC V. ANTHONY LEYBA, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06576

**4,264. DIRECTV INC V. ANTONIO FERNANDEZ, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06553

**4,265. DIRECTV INC V. ARDON DAVIS, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-01391

**4,266. DIRECTV INC V. ARMANDO HERNANDEZ**
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06586

**4,267. DIRECTV INC V. AUSTIN**
September 12, 2003 SC U.S. DIST. CT. 7:03-CV-02941

**4,268. DIRECTV INC V. BAILEY**
September 12, 2003 SC U.S. DIST. CT. 7:03-CV-02940

**4,269. DIRECTV INC V. BAREND BENDORF, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06594

**4,270. DIRECTV INC V. BERMEA, ET AL**
September 12, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00162

**4,271. DIRECTV INC V. BERTRAND, ET AL**
September 12, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-03704

**4,272. DIRECTV INC V. BOB BHAKTA, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06544

**4,273. DIRECTV INC V. BORDERS, ET AL**
September 12, 2003 SC U.S. DIST. CT. 7:03-CV-02942

**4,274. DIRECTV INC V. BRANDON**
September 12, 2003 TX U.S. DIST. CT., EAST 1:03-CV-00853

**4,275. DIRECTV INC V. BRIAN MCBRIDE, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 5:03-CV-01045

**4,276. DIRECTV INC V. BRIGGS ET AL**
September 12, 2003 TX U.S. DIST. CT., NORTH 1:03-CV-00180

**4,277. DIRECTV INC V. BROWN**
September 12, 2003 CT U.S. DIST. CT. 3:03-CV-01565

**4,278. DIRECTV INC V. BROWN, ET AL**
September 12, 2003 NC U.S. DIST. CT., WEST 1:03-CV-00232

**4,279. DIRECTV INC V. BRYANT, ET AL**
September 12, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01911

**4,280. DIRECTV INC V. CARDWELL**
September 12, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01302

**4,281. DIRECTV INC V. CARTER**
September 12, 2003 LA U.S. DIST. CT., WEST 1:03-CV-01717

**4,282. DIRECTV INC V. CHAPMAN, ET AL**
September 12, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00438

**4,283. DIRECTV INC V. CLEMMER, ET AL**
September 12, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00437

**4,284. DIRECTV INC V. COLLINS**
September 12, 2003 KY U.S. DIST. CT., EAST 5:03-CV-00401

**4,285. DIRECTV INC V. CURTIS**
September 12, 2003 KY U.S. DIST. CT., EAST 2:03-CV-00198

**4,286. DIRECTV INC V. DAN, ET AL**
September 12, 2003 SC U.S. DIST. CT. 4:03-CV-02937

**4,287. DIRECTV INC V. DARLENE IVERSEN, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06566

**4,288. DIRECTV INC V. DERREBERRY**
September 12, 2003 NC U.S. DIST. CT., WEST 1:03-CV-00230

**4,289. DIRECTV INC V. DICKS, ET AL**
September 12, 2003 SC U.S. DIST. CT. 2:03-CV-02935

**4,290. DIRECTV INC V. DILLARD, ET AL.**
September 12, 2003 NM U.S. DIST. CT. 1:03-CV-01058

**4,291. DIRECTV INC V. DO, ET AL**
September 12, 2003 WA U.S. DIST. CT., EAST 2:03-CV-05097

**4,292. DIRECTV INC V. DONALD WOLF, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 5:03-CV-01050

**4,293. DIRECTV INC V. DRESS, ET AL**
September 12, 2003 WA U.S. DIST. CT., EAST 2:03-CV-05096

**4,294. DIRECTV INC V. DYE**
September 12, 2003 KY U.S. DIST. CT., EAST 6:03-CV-00487

**4,295. DIRECTV INC V. ED TAI, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06591


**4,296. DIRECTV INC V. ELLINGHAM**
September 12, 2003 SC U.S. DIST. CT. 2:03-CV-02947


**4,297. DIRECTV INC V. FERNANDO CAMACHO, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06545


**4,298. DIRECTV INC V. FREDERICK**
September 12, 2003 KY U.S. DIST. CT., EAST 5:03-CV-00400


**4,299. DIRECTV INC V. GARNETT**
September 12, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00346


**4,300. DIRECTV INC V. GICK, ET AL**
September 12, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-01836


**4,301. DIRECTV INC V. GREG RUMPLE, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06546


**4,302. DIRECTV INC V. GRIFFIN**
September 12, 2003 SC U.S. DIST. CT. 6:03-CV-02943


**4,303. DIRECTV INC V. GUIDRY, ET AL**
September 12, 2003 TX U.S. DIST. CT., EAST 1:03-CV-00854


**4,304. DIRECTV INC V. HAMILTON, ET AL**
September 12, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-01837


**4,305. DIRECTV INC V. HARVEY SAHAGUN, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06567


**4,306. DIRECTV INC V. HENRY TAYLOR, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06563


**4,307. DIRECTV INC V. HERMAN VAN DER REST, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 5:03-CV-01051


**4,308. DIRECTV INC V. HOPPMANN**
September 12, 2003 WI U.S. DIST. CT., EAST 2:03-CV-00888

**4,309.** DIRECTV INC V. JAKE GIANNEOTIS, ET AL
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06570

**4,310.** DIRECTV INC V. JEREMIAH BIRKETT, ET AL
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06542

**4,311.** DIRECTV INC V. JOHN CAMPREGHER, ET AL
September 12, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-01388

**4,312.** DIRECTV INC V. JOHN PALMERO, ET AL
September 12, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-01390

**4,313.** DIRECTV INC V. JOSEPH KACZMARCZYK, ET AL
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06568

**4,314.** DIRECTV INC V. JOSEPH POPPER, ET AL
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06561

**4,315.** DIRECTV INC V. KEVIN PRESIDENT, ET AL
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06559

**4,316.** DIRECTV INC V. KIRKHAM
September 12, 2003 LA U.S. DIST. CT., WEST 5:03-CV-01712

**4,317.** DIRECTV INC V. KIRKLAND, ET AL
September 12, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-03705

**4,318.** DIRECTV INC V. KRUEGER ET AL
September 12, 2003 WI U.S. DIST. CT., EAST 2:03-CV-00889

**4,319.** DIRECTV INC V. LEWIS
September 12, 2003 KY U.S. DIST. CT., EAST 7:03-CV-00285

**4,320.** DIRECTV INC V. LICKHALTER, ET AL
September 12, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-01842

**4,321.** DIRECTV INC V. LIEN
September 12, 2003 TX U.S. DIST. CT., SOUTH 3:03-CV-00751

**4,322.** DIRECTV INC V. LISESKI, ET AL
September 12, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-01839

**4,323.** DIRECTV INC V. LITTLE, ET AL
September 12, 2003 SC U.S. DIST. CT. 3:03-CV-02944


**4,324.** DIRECTV INC V. LOCKWOOD
September 12, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01304


**4,325.** DIRECTV INC V. MARK NATZKE, ET AL
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06543


**4,326.** DIRECTV INC V. MARTINEZ
September 12, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00164


**4,327.** DIRECTV INC V. MATHEW MROSKO, ET AL
September 12, 2003 CA U.S. DIST. CT., CENT. 5:03-CV-01053


**4,328.** DIRECTV INC V. MAUL
September 12, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00440


**4,329.** DIRECTV INC V. MERGEN, ET AL
September 12, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00119


**4,330.** DIRECTV INC V. MERVIN, ET AL
September 12, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-03707


**4,331.** DIRECTV INC V. MIGUEL MIJARES, ET AL
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06589


**4,332.** DIRECTV INC V. MILES, ET AL
September 12, 2003 TX U.S. DIST. CT., EAST 6:03-CV-00422


**4,333.** DIRECTV INC V. MILOSEVICH
September 12, 2003 CT U.S. DIST. CT. 3:03-CV-01564


**4,334.** DIRECTV INC V. MITCHELL
September 12, 2003 NC U.S. DIST. CT., WEST 1:03-CV-00229


**4,335.** DIRECTV INC V. MORILLON, ET AL
September 12, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-03701


**4,336.** DIRECTV INC V. MOUA, ET AL
September 12, 2003 WA U.S. DIST. CT., EAST 2:03-CV-00326

**4,337. DIRECTV INC V. NELSON**
September 12, 2003 NC U.S. DIST. CT., WEST 1:03-CV-00233

**4,338. DIRECTV INC V. NGUYEN, ET AL**
September 12, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-03706

**4,339. DIRECTV INC V. NORMAN DOWSER, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06590

**4,340. DIRECTV INC V. OSENEEK**
September 12, 2003 SC U.S. DIST. CT. 9:03-CV-02938

**4,341. DIRECTV INC V. PHAN, ET AL**
September 12, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-03702

**4,342. DIRECTV INC V. PHILIP WIGNALL, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 5:03-CV-01052

**4,343. DIRECTV INC V. PRATER**
September 12, 2003 NC U.S. DIST. CT., WEST 1:03-CV-00234

**4,344. DIRECTV INC V. QUINTANILLA, ET AL**
September 12, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-01841

**4,345. DIRECTV INC V. RAMEY**
September 12, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01305

**4,346. DIRECTV INC V. RAMIREZ**
September 12, 2003 AZ U.S. DIST. CT. 2:03-CV-01794

**4,347. DIRECTV INC V. RANDY SLAYMAN, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 5:03-CV-01047

**4,348. DIRECTV INC V. REED, ET AL**
September 12, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01908

**4,349. DIRECTV INC V. RIC OGDEN, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06549

**4,350. DIRECTV INC V. ROBERT LEPIRE**
September 12, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-01389

**4,351. DIRECTV INC V. ROGER NELSON, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 5:03-CV-01046

**4,352. DIRECTV INC V. ROWAN, ET AL**
September 12, 2003 TX U.S. DIST. CT., SOUTH 3:03-CV-00747

**4,353. DIRECTV INC V. SAMBERG, ET AL**
September 12, 2003 CA U.S. DIST. CT., EAST 1:03-CV-06243

**4,354. DIRECTV INC V. SCHAUFELBERGER**
September 12, 2003 WI U.S. DIST. CT., EAST 2:03-CV-00894

**4,355. DIRECTV INC V. SCHNEIDER, ET AL**
September 12, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01907

**4,356. DIRECTV INC V. SCHWARTZHOPF**
September 12, 2003 TX U.S. DIST. CT., NORTH 5:03-CV-00226

**4,357. DIRECTV INC V. SCOT KATZ**
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06571

**4,358. DIRECTV INC V. SETH GOTTLIEB, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06550

**4,359. DIRECTV INC V. SHELTON**
September 12, 2003 NC U.S. DIST. CT., WEST 1:03-CV-00235

**4,360. DIRECTV INC V. SILVEY, ET AL**
September 12, 2003 SC U.S. DIST. CT. 3:03-CV-02945

**4,361. DIRECTV INC V. SIMPSON**
September 12, 2003 SC U.S. DIST. CT. 0:03-CV-02939

**4,362. DIRECTV INC V. SLOWINSKI, ET AL**
September 12, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-01843

**4,363. DIRECTV INC V. SOLIMENE**
September 12, 2003 CT U.S. DIST. CT. 3:03-CV-01567

**4,364. DIRECTV INC V. STEVENS**
September 12, 2003 WA U.S. DIST. CT., EAST 2:03-CV-03119

**4,365.** **DIRECTV INC V. TOPP**
September 12, 2003 WI U.S. DIST. CT., EAST 2:03-CV-00887


**4,366.** **DIRECTV INC V. TROXELL ET AL**
September 12, 2003 KY U.S. DIST. CT., EAST 6:03-CV-00486


**4,367.** **DIRECTV INC V. UPTON**
September 12, 2003 SC U.S. DIST. CT. 7:03-CV-02936


**4,368.** **DIRECTV INC V. VACTOR, ET AL**
September 12, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00436


**4,369.** **DIRECTV INC V. VALDEZ**
September 12, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-03703


**4,370.** **DIRECTV INC V. VANDER WIELEN ET AL**
September 12, 2003 WI U.S. DIST. CT., EAST 2:03-CV-00890


**4,371.** **DIRECTV INC V. VIET AO, ET AL**
September 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06592


**4,372.** **DIRECTV INC V. WAGONER, ET AL**
September 12, 2003 TX U.S. DIST. CT., EAST 1:03-CV-00855


**4,373.** **DIRECTV INC V. WALKER**
September 12, 2003 TX U.S. DIST. CT., EAST 6:03-CV-00421


**4,374.** **DIRECTV INC V. WATKINS, ET AL**
September 12, 2003 NC U.S. DIST. CT., WEST 1:03-CV-00236


**4,375.** **DIRECTV INC V. WILLAMS**
September 12, 2003 SC U.S. DIST. CT. 0:03-CV-02946


**4,376.** **DIRECTV INC V. WRAY**
September 12, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00121


**4,377.** **DIRECTV INC V. YEAGER**
September 12, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00435


**4,378.** **DIRECTV INC V. YOUNG**
September 12, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01306

**4,379.** DIRECTV INC V. ZUNIGA, ET AL
September 12, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-01838


**4,380.** DIRECTV INC, ET AL V. TERRELL
September 12, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00120


**4,381.** DIRECTV INC. V. COLEMAN, ET AL
September 12, 2003 DE U.S. DIST. CT. 1:03-CV-00881


**4,382.** DIRECTV V. BAILEY
September 12, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-03699


**4,383.** DIRECTV V. JONES
September 12, 2003 NE U.S. DIST. CT. 8:03-CV-00378


**4,384.** DIRECTV V. NGUYEN
September 12, 2003 NE U.S. DIST. CT. 8:03-CV-00379


**4,385.** DIRECTV, INC V. ALMAGUER
September 12, 2003 TX U.S. DIST. CT., SOUTH 7:03-CV-00246


**4,386.** DIRECTV, INC V. ANTLE
September 12, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-03710


**4,387.** DIRECTV, INC V. BEVIS, ET AL
September 12, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-03709


**4,388.** DIRECTV, INC V. CASSNER, ET AL
September 12, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-03698


**4,389.** DIRECTV, INC V. CRAWFORD, ET AL
September 12, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-03696


**4,390.** DIRECTV, INC V. DEBRO
September 12, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02530


**4,391.** DIRECTV, INC V. DOAN, ET AL
September 12, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-03695


**4,392.** DIRECTV, INC V. ESTERS
September 12, 2003 TX U.S. DIST. CT., EAST 6:03-CV-00419

**4,393.** **DIRECTV, INC V. GRANT, ET AL**
September 12, 2003 PA U.S. DIST. CT., WEST 2:03-CV-01352

**4,394.** **DIRECTV, INC V. MIDDLETON**
September 12, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-03708

**4,395.** **DIRECTV, INC V. NICHOLAS, ET AL**
September 12, 2003 CA U.S. DIST. CT., EAST 1:03-CV-06245

**4,396.** **DIRECTV, INC V. WHALEY, ET AL**
September 12, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01906

**4,397.** **DIRECTV, INC, V. PETERSOLI**
September 12, 2003 MA U.S. DIST. CT. 3:03-CV-30222

**4,398.** **DIRECTV, INC. V. ADAMS**
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04622

**4,399.** **DIRECTV, INC. V. ALLEN**
September 12, 2003 CO U.S. DIST. CT. 1:03-CV-01787

**4,400.** **DIRECTV, INC. V. AMONDS**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04601

**4,401.** **DIRECTV, INC. V. ANADOLLIS**
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04631

**4,402.** **DIRECTV, INC. V. APONTE**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04610

**4,403.** **DIRECTV, INC. V. ARREAGA**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04616

**4,404.** **DIRECTV, INC. V. BAILEY**
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05170

**4,405.** **DIRECTV, INC. V. BARSOUM**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04594

**4,406.** **DIRECTV, INC. V. BECKWITH**
September 12, 2003 MI U.S. DIST. CT., WEST 2:03-CV-00191

**4,407. DIRECTV, INC. V. BENSALEM**
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05193

**4,408. DIRECTV, INC. V. BOUDOUVAS**
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04623

**4,409. DIRECTV, INC. V. BRADLEY**
September 12, 2003 CO U.S. DIST. CT. 1:03-CV-01788

**4,410. DIRECTV, INC. V. BRESLER ET AL**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04577

**4,411. DIRECTV, INC. V. BURKE**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04576

**4,412. DIRECTV, INC. V. CANTANIA**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04586

**4,413. DIRECTV, INC. V. CAO**
September 12, 2003 GA U.S. DIST. CT., SOUTH 1:03-CV-00137

**4,414. DIRECTV, INC. V. CAVANOUGH**
September 12, 2003 CO U.S. DIST. CT. 1:03-CV-01780

**4,415. DIRECTV, INC. V. CHAN**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04595

**4,416. DIRECTV, INC. V. CHARLES, ET AL**
September 12, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00872

**4,417. DIRECTV, INC. V. CHEA**
September 12, 2003 CO U.S. DIST. CT. 1:03-CV-01789

**4,418. DIRECTV, INC. V. CHOW**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04605

**4,419. DIRECTV, INC. V. CLARKE**
September 12, 2003 MI U.S. DIST. CT., WEST 5:03-CV-00135

**4,420. DIRECTV, INC. V. COLLAZO**
September 12, 2003 NJ U.S. DIST. CT. 2:03-CV-04368

**4,421.** DIRECTV, INC. V. CONRAD, ET AL
September 12, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00861

**4,422.** DIRECTV, INC. V. COOPER
September 12, 2003 NC U.S. DIST. CT., EAST 03-CV-00160

**4,423.** DIRECTV, INC. V. COX
September 12, 2003 MS U.S. DIST. CT., NORTH 2:03-CV-00286

**4,424.** DIRECTV, INC. V. CRIMI
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04624

**4,425.** DIRECTV, INC. V. CROSWAIT
September 12, 2003 NC U.S. DIST. CT., EAST 03-CV-00048

**4,426.** DIRECTV, INC. V. CROWLEY
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04630

**4,427.** DIRECTV, INC. V. CUOCO
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04617

**4,428.** DIRECTV, INC. V. D'ELISEO ET AL
September 12, 2003 PA U.S. DIST. CT., MID. 3:03-CV-01613

**4,429.** DIRECTV, INC. V. DECADY
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04606

**4,430.** DIRECTV, INC. V. DENNISON
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04627

**4,431.** DIRECTV, INC. V. DERRINGTON
September 12, 2003 KY U.S. DIST. CT., WEST 5:03-CV-00218

**4,432.** DIRECTV, INC. V. DIMARIO
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05172

**4,433.** DIRECTV, INC. V. DIPIETRO, ET AL
September 12, 2003 NJ U.S. DIST. CT. 3:03-CV-04351

**4,434.** DIRECTV, INC. V. ELHAMAOUI
September 12, 2003 NH U.S. DIST. CT. 1:03-CV-00397

**4,435.** DIRECTV, INC. V. ELLIS
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04584


**4,436.** DIRECTV, INC. V. ESHBACH
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05174


**4,437.** DIRECTV, INC. V. ESTRADA
September 12, 2003 TX U.S. DIST. CT., SOUTH 5:03-CV-00136


**4,438.** DIRECTV, INC. V. FAILOR, ET AL
September 12, 2003 ID U.S. DIST. CT. 03-CV-00395


**4,439.** DIRECTV, INC. V. FANELLI
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04585


**4,440.** DIRECTV, INC. V. FARKOSH
September 12, 2003 PA U.S. DIST. CT., WEST 3:03-CV-00207


**4,441.** DIRECTV, INC. V. FELTCH ET AL
September 12, 2003 PA U.S. DIST. CT., MID. 3:03-CV-01610


**4,442.** DIRECTV, INC. V. FIGUEROA
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04613


**4,443.** DIRECTV, INC. V. FINEGAN
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04597


**4,444.** DIRECTV, INC. V. GAGLIARDI
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04591


**4,445.** DIRECTV, INC. V. GARCES, ET AL
September 12, 2003 TX U.S. DIST. CT., SOUTH 7:03-CV-00245


**4,446.** DIRECTV, INC. V. GARDNER
September 12, 2003 ID U.S. DIST. CT. 1:03-CV-00394


**4,447.** DIRECTV, INC. V. GARZA, ET AL
September 12, 2003 TX U.S. DIST. CT., SOUTH 7:03-CV-00244


**4,448.** DIRECTV, INC. V. GRAHAM
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04602

**4,449.** DIRECTV, INC. V. GREEN, ET AL
September 12, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00868

**4,450.** DIRECTV, INC. V. GRIMM
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04629

**4,451.** DIRECTV, INC. V. GUERRA
September 12, 2003 TX U.S. DIST. CT., NORTH 2:03-CV-00298

**4,452.** DIRECTV, INC. V. HAMILTON
September 12, 2003 VA U.S. DIST. CT., WEST 3:03-CV-00080

**4,453.** DIRECTV, INC. V. HARRISON
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04589

**4,454.** DIRECTV, INC. V. HENDERSON
September 12, 2003 NC U.S. DIST. CT., EAST 03-CV-00695

**4,455.** DIRECTV, INC. V. HEYER, ET AL
September 12, 2003 NJ U.S. DIST. CT. 2:03-CV-04373

**4,456.** DIRECTV, INC. V. HOOD
September 12, 2003 TX U.S. DIST. CT., NORTH 5:03-CV-00224

**4,457.** DIRECTV, INC. V. HOPE
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04635

**4,458.** DIRECTV, INC. V. HOPPIE
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04578

**4,459.** DIRECTV, INC. V. HUBBS
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04621

**4,460.** DIRECTV, INC. V. JIMENEZ
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05191

**4,461.** DIRECTV, INC. V. JINETE
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04625

**4,462.** DIRECTV, INC. V. JOHNSON
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04583

**4,463. DIRECTV, INC. V. JOHNSON**
September 12, 2003 ID U.S. DIST. CT. 03-CV-00393

**4,464. DIRECTV, INC. V. JONES**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04603

**4,465. DIRECTV, INC. V. KAULICH**
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04637

**4,466. DIRECTV, INC. V. KENWORTHY**
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05175

**4,467. DIRECTV, INC. V. KING**
September 12, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00863

**4,468. DIRECTV, INC. V. KING**
September 12, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00862

**4,469. DIRECTV, INC. V. KING**
September 12, 2003 NC U.S. DIST. CT., EAST 03-CV-00692

**4,470. DIRECTV, INC. V. KINKADE**
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04619

**4,471. DIRECTV, INC. V. KOPSACHILIS**
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04636

**4,472. DIRECTV, INC. V. KURIAKOSE, ET AL**
September 12, 2003 NJ U.S. DIST. CT. 3:03-CV-04400

**4,473. DIRECTV, INC. V. LACAVA**
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05186

**4,474. DIRECTV, INC. V. LAMICELA ET AL**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04581

**4,475. DIRECTV, INC. V. LEFT**
September 12, 2003 MI U.S. DIST. CT., WEST 5:03-CV-00134

**4,476. DIRECTV, INC. V. LEVESQUE**
September 12, 2003 NH U.S. DIST. CT. 1:03-CV-00399

**4,477. DIRECTV, INC. V. LIU**
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05190

**4,478. DIRECTV, INC. V. LONG**
September 12, 2003 PA U.S. DIST. CT., WEST 2:03-CV-01353

**4,479. DIRECTV, INC. V. LUCAS**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04609

**4,480. DIRECTV, INC. V. LYSOHIR**
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04634

**4,481. DIRECTV, INC. V. MANNINO**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04608

**4,482. DIRECTV, INC. V. MANSOUR**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04614

**4,483. DIRECTV, INC. V. MARCELINO, ET AL**
September 12, 2003 NY U.S. DIST. CT., SOUTH 03-CV-07178

**4,484. DIRECTV, INC. V. MASTRANDREA**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04592

**4,485. DIRECTV, INC. V. MATTHEWS**
September 12, 2003 NC U.S. DIST. CT., EAST 2:03-CV-00050

**4,486. DIRECTV, INC. V. MATTHEWS, ET AL**
September 12, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00867

**4,487. DIRECTV, INC. V. MAYNER, ET AL**
September 12, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01953

**4,488. DIRECTV, INC. V. MCLAURIN, ET AL**
September 12, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00870

**4,489. DIRECTV, INC. V. MEIMARIS, ET AL**
September 12, 2003 NJ U.S. DIST. CT. 2:03-CV-04386

**4,490. DIRECTV, INC. V. MERCADO, ET AL**
September 12, 2003 TX U.S. DIST. CT., SOUTH 7:03-CV-00248

**4,491.** DIRECTV, INC. V. MESSINA
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04633

**4,492.** DIRECTV, INC. V. MICHAELS
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04618

**4,493.** DIRECTV, INC. V. MICHAUD
September 12, 2003 CO U.S. DIST. CT. 1:03-CV-01781

**4,494.** DIRECTV, INC. V. MICHINI
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05179

**4,495.** DIRECTV, INC. V. MILNER
September 12, 2003 NH U.S. DIST. CT. 1:03-CV-00398

**4,496.** DIRECTV, INC. V. MOON
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05173

**4,497.** DIRECTV, INC. V. MOORE
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04599

**4,498.** DIRECTV, INC. V. MOUSSA
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05165

**4,499.** DIRECTV, INC. V. MURPHY
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04611

**4,500.** DIRECTV, INC. V. OSBORNE
September 12, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00866

**4,501.** DIRECTV, INC. V. OTT
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05169

**4,502.** DIRECTV, INC. V. OUTLAW
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04600

**4,503.** DIRECTV, INC. V. PAMLEY
September 12, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00865

**4,504.** DIRECTV, INC. V. PARKER
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04620

**4,505. DIRECTV, INC. V. PARRISH, ET AL**
September 12, 2003 TX U.S. DIST. CT., SOUTH 7:03-CV-00249


**4,506. DIRECTV, INC. V. PEOPLES**
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05167


**4,507. DIRECTV, INC. V. PEYTON**
September 12, 2003 KY U.S. DIST. CT., WEST 5:03-CV-00217


**4,508. DIRECTV, INC. V. PHILLIPS**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04596


**4,509. DIRECTV, INC. V. PICKETT, ET AL**
September 12, 2003 NC U.S. DIST. CT., EAST 03-CV-00696


**4,510. DIRECTV, INC. V. POORMON**
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04628


**4,511. DIRECTV, INC. V. POWELL**
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04632


**4,512. DIRECTV, INC. V. REPPERT**
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05171


**4,513. DIRECTV, INC. V. RICHARDSON**
September 12, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00869


**4,514. DIRECTV, INC. V. ROBB**
September 12, 2003 NC U.S. DIST. CT., EAST 03-CV-00049


**4,515. DIRECTV, INC. V. ROBINSON**
September 12, 2003 CO U.S. DIST. CT. 1:03-CV-01785


**4,516. DIRECTV, INC. V. RODRIGUEZ**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04590


**4,517. DIRECTV, INC. V. RONAN**
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05164


**4,518. DIRECTV, INC. V. ROSE ET AL**
September 12, 2003 PA U.S. DIST. CT., MID. 3:03-CV-01611

**4,519. DIRECTV, INC. V. ROTH**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04588

**4,520. DIRECTV, INC. V. RUSS**
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05168

**4,521. DIRECTV, INC. V. SAHOU**
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05188

**4,522. DIRECTV, INC. V. SANTAYO, ET AL**
September 12, 2003 TX U.S. DIST. CT., SOUTH 7:03-CV-00247

**4,523. DIRECTV, INC. V. SCHNAIDT, ET AL**
September 12, 2003 NJ U.S. DIST. CT. 2:03-CV-04365

**4,524. DIRECTV, INC. V. SCHWARTZ**
September 12, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04626

**4,525. DIRECTV, INC. V. SCOLNICK**
September 12, 2003 MA U.S. DIST. CT. 4:03-CV-40206

**4,526. DIRECTV, INC. V. SENSKE**
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05194

**4,527. DIRECTV, INC. V. SHIN**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04615

**4,528. DIRECTV, INC. V. SMITH**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04604

**4,529. DIRECTV, INC. V. SMITH**
September 12, 2003 CO U.S. DIST. CT. 1:03-CV-01786

**4,530. DIRECTV, INC. V. STAMER**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04607

**4,531. DIRECTV, INC. V. STATHOPOULOS**
September 12, 2003 NY U.S. DIST. CT., WEST 6:03-CV-06453

**4,532. DIRECTV, INC. V. STURGEON**
September 12, 2003 CO U.S. DIST. CT. 1:03-CV-01784

**4,533. DIRECTV, INC. V. TANNER**
September 12, 2003 GA U.S. DIST. CT., SOUTH 3:03-CV-00058

**4,534. DIRECTV, INC. V. THIES, ET AL**
September 12, 2003 PA U.S. DIST. CT., WEST 3:03-CV-00208

**4,535. DIRECTV, INC. V. THOMAS**
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05192

**4,536. DIRECTV, INC. V. THOMAS**
September 12, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00871

**4,537. DIRECTV, INC. V. THOMASSON**
September 12, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00873

**4,538. DIRECTV, INC. V. THOMPSON**
September 12, 2003 CO U.S. DIST. CT. 1:03-CV-01790

**4,539. DIRECTV, INC. V. THORNTON**
September 12, 2003 NC U.S. DIST. CT., EAST 03-CV-00162

**4,540. DIRECTV, INC. V. TROIANI ET AL**
September 12, 2003 PA U.S. DIST. CT., MID. 3:03-CV-01612

**4,541. DIRECTV, INC. V. TURNER**
September 12, 2003 CO U.S. DIST. CT. 1:03-CV-01791

**4,542. DIRECTV, INC. V. VALENTINO, ET AL**
September 12, 2003 NC U.S. DIST. CT., EAST 03-CV-00694

**4,543. DIRECTV, INC. V. VASQUEZ**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04582

**4,544. DIRECTV, INC. V. VIAVATTENE**
September 12, 2003 TX U.S. DIST. CT., NORTH 7:03-CV-00190

**4,545. DIRECTV, INC. V. VYDROA**
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04587

**4,546. DIRECTV, INC. V. WAGNER**
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05163

**4,547.** DIRECTV, INC. V. WARREN
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04598

**4,548.** DIRECTV, INC. V. WHALEY
September 12, 2003 CO U.S. DIST. CT. 1:03-CV-01783

**4,549.** DIRECTV, INC. V. WILLIAMS
September 12, 2003 NC U.S. DIST. CT., EAST 03-CV-00134

**4,550.** DIRECTV, INC. V. WILSON
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04580

**4,551.** DIRECTV, INC. V. WING
September 12, 2003 ID U.S. DIST. CT. 03-CV-00396

**4,552.** DIRECTV, INC. V. ZEELANDER
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05189

**4,553.** DIRECTV, INC. V. ZOLNIEREK
September 12, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05187

**4,554.** DIRECTV, INC., ET AL V. COMPTON
September 12, 2003 GA U.S. DIST. CT., SOUTH 1:03-CV-00138

**4,555.** DIRECTV, INC., V. MARINO, ET AL
September 12, 2003 NY U.S. DIST. CT., SOUTH 03-CV-07182

**4,556.** DIRECTV, INC., V. QUEZADA
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04612

**4,557.** DIRECTV, INC., V. SCHLESINGER
September 12, 2003 NY U.S. DIST. CT., SOUTH 03-CV-07181

**4,558.** DIRECTV, INC., V. SHAM
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04593

**4,559.** DIRECTV, INC., V. SMATT
September 12, 2003 NY U.S. DIST. CT., SOUTH 03-CV-07177

**4,560.** DIRECTV, INC., V. SPECTOR, ET AL
September 12, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80860

**4,561.** DIRECTV, INC., V. STUART
September 12, 2003 PA U.S. DIST. CT., WEST 1:03-CV-00293

**4,562.** DIRECTV, INC., V. TRANQUILLO, ET AL
September 12, 2003 NY U.S. DIST. CT., SOUTH 03-CV-07183

**4,563.** DIRECTV, INC., V. WONG
September 12, 2003 NY U.S. DIST. CT., EAST 1:03-CV-04579

**4,564.** DIRECTV INC V. ADKINS
September 11, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00634

**4,565.** DIRECTV INC V. ALFRED, ET AL
September 11, 2003 LA U.S. DIST. CT., WEST 6:03-CV-01696

**4,566.** DIRECTV INC V. ANSEL
September 11, 2003 WA U.S. DIST. CT., WEST 3:03-CV-05500

**4,567.** DIRECTV INC V. APPIS
September 11, 2003 LA U.S. DIST. CT., WEST 6:03-CV-01689

**4,568.** DIRECTV INC V. ASKUE
September 11, 2003 AR U.S. DIST. CT., EAST 03-CV-00284

**4,569.** DIRECTV INC V. AVERY, ET AL
September 11, 2003 LA U.S. DIST. CT., WEST 2:03-CV-01692

**4,570.** DIRECTV INC V. BARBIERI
September 11, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00631

**4,571.** DIRECTV INC V. BEATTY
September 11, 2003 LA U.S. DIST. CT., WEST 2:03-CV-01693

**4,572.** DIRECTV INC V. BERNEATHY, ET AL
September 11, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-01827

**4,573.** DIRECTV INC V. BLACKSTONE
September 11, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00820

**4,574.** DIRECTV INC V. BLAKE ET AL
September 11, 2003 WA U.S. DIST. CT., WEST 3:03-CV-05501

**4,575. DIRECTV INC V. BUCKNER**
September 11, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00639

**4,576. DIRECTV INC V. BURKE, ET AL**
September 11, 2003 LA U.S. DIST. CT., EAST 2:03-CV-02563

**4,577. DIRECTV INC V. CALAWAY, ET AL**
September 11, 2003 AR U.S. DIST. CT., EAST 03-CV-00072

**4,578. DIRECTV INC V. CHULICK, ET AL**
September 11, 2003 LA U.S. DIST. CT., EAST 2:03-CV-02567

**4,579. DIRECTV INC V. CONARD**
September 11, 2003 WA U.S. DIST. CT., WEST 2:03-CV-02803

**4,580. DIRECTV INC V. COTE**
September 11, 2003 AR U.S. DIST. CT., EAST 03-CV-00728

**4,581. DIRECTV INC V. DEYHLE**
September 11, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00640

**4,582. DIRECTV INC V. DOOGAN**
September 11, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-06423

**4,583. DIRECTV INC V. DOUGLAS**
September 11, 2003 LA U.S. DIST. CT., WEST 1:03-CV-01716

**4,584. DIRECTV INC V. ELQUTOB**
September 11, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00985

**4,585. DIRECTV INC V. EVANS**
September 11, 2003 AR U.S. DIST. CT., EAST 03-CV-00729

**4,586. DIRECTV INC V. FAULK**
September 11, 2003 LA U.S. DIST. CT., WEST 3:03-CV-01718

**4,587. DIRECTV INC V. FOSTER**
September 11, 2003 MI U.S. DIST. CT., EAST 2:03-CV-73631

**4,588. DIRECTV INC V. FOSTER, ET AL**
September 11, 2003 LA U.S. DIST. CT., WEST 2:03-CV-01694

**4,589. DIRECTV INC V. FOWLER, ET AL**
September 11, 2003 MI U.S. DIST. CT., EAST 4:03-CV-40225


**4,590. DIRECTV INC V. FULLERTON**
September 11, 2003 MI U.S. DIST. CT., EAST 2:03-CV-73629


**4,591. DIRECTV INC V. GARCIA**
September 11, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00989


**4,592. DIRECTV INC V. GENTRY, ET AL**
September 11, 2003 TX U.S. DIST. CT., EAST 2:03-CV-00325


**4,593. DIRECTV INC V. GERMANY, ET AL**
September 11, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-01825


**4,594. DIRECTV INC V. GIACOBBI, ET AL**
September 11, 2003 MI U.S. DIST. CT., EAST 2:03-CV-73469


**4,595. DIRECTV INC V. GRIFFIN**
September 11, 2003 MI U.S. DIST. CT., EAST 4:03-CV-40231


**4,596. DIRECTV INC V. GRIFFITTS**
September 11, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00633


**4,597. DIRECTV INC V. GUEVARA, ET AL**
September 11, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-01826


**4,598. DIRECTV INC V. HARTLEY**
September 11, 2003 AR U.S. DIST. CT., EAST 03-CV-00141


**4,599. DIRECTV INC V. HARVEY**
September 11, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00988


**4,600. DIRECTV INC V. HAUCK**
September 11, 2003 LA U.S. DIST. CT., EAST 2:03-CV-02561


**4,601. DIRECTV INC V. HEBERT, ET AL**
September 11, 2003 LA U.S. DIST. CT., WEST 6:03-CV-01690


**4,602. DIRECTV INC V. HENDRICKS ET AL**
September 11, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00824

**4,603.** DIRECTV INC V. HILL
September 11, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00978

**4,604.** DIRECTV INC V. HOGLUND ET AL
September 11, 2003 WA U.S. DIST. CT., WEST 2:03-CV-02800

**4,605.** DIRECTV INC V. HUELSMAN
September 11, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00323

**4,606.** DIRECTV INC V. HUY TIEU, ET AL
September 11, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06481

**4,607.** DIRECTV INC V. JABIER, ET AL
September 11, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01887

**4,608.** DIRECTV INC V. JESKE
September 11, 2003 MI U.S. DIST. CT., EAST 4:03-CV-40233

**4,609.** DIRECTV INC V. JOHNSTON
September 11, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00986

**4,610.** DIRECTV INC V. LA PRAIRIE
September 11, 2003 LA U.S. DIST. CT., EAST 2:03-CV-02565

**4,611.** DIRECTV INC V. LEBLANC
September 11, 2003 LA U.S. DIST. CT., EAST 2:03-CV-02562

**4,612.** DIRECTV INC V. LI
September 11, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00641

**4,613.** DIRECTV INC V. MALEY
September 11, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00995

**4,614.** DIRECTV INC V. MANN
September 11, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00982

**4,615.** DIRECTV INC V. MCCABE
September 11, 2003 MI U.S. DIST. CT., EAST 2:03-CV-73626

**4,616.** DIRECTV INC V. MCDANIEL
September 11, 2003 LA U.S. DIST. CT., EAST 2:03-CV-02564

**4,617. DIRECTV INC V. MECHA**
September 11, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00983

**4,618. DIRECTV INC V. MEEKS**
September 11, 2003 MI U.S. DIST. CT., EAST 2:03-CV-73628

**4,619. DIRECTV INC V. MICHAEL ELLISON**
September 11, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06482

**4,620. DIRECTV INC V. MILTON**
September 11, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00984

**4,621. DIRECTV INC V. MONTE**
September 11, 2003 MI U.S. DIST. CT., EAST 1:03-CV-10215

**4,622. DIRECTV INC V. MOORE**
September 11, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00992

**4,623. DIRECTV INC V. NEILL**
September 11, 2003 MI U.S. DIST. CT., EAST 4:03-CV-40232

**4,624. DIRECTV INC V. NGUYEN**
September 11, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00991

**4,625. DIRECTV INC V. ORTEGA**
September 11, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00980

**4,626. DIRECTV INC V. PAGE**
September 11, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00993

**4,627. DIRECTV INC V. PEARSON**
September 11, 2003 AR U.S. DIST. CT., EAST 03-CV-00073

**4,628. DIRECTV INC V. PEPPERS**
September 11, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00994

**4,629. DIRECTV INC V. PIRIE**
September 11, 2003 CT U.S. DIST. CT. 3:03-CV-01557

**4,630. DIRECTV INC V. PRONK**
September 11, 2003 MI U.S. DIST. CT., EAST 4:03-CV-40234

**4,631.** DIRECTV INC V. PROULX, ET AL
September 11, 2003 LA U.S. DIST. CT., WEST 6:03-CV-01691

**4,632.** DIRECTV INC V. PUTNICK
September 11, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00632

**4,633.** DIRECTV INC V. ROBERT ELLIOTT, ET AL
September 11, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06521

**4,634.** DIRECTV INC V. ROSS
September 11, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00630

**4,635.** DIRECTV INC V. SARDI, ET AL
September 11, 2003 LA U.S. DIST. CT., EAST 2:03-CV-02566

**4,636.** DIRECTV INC V. SCHIEDEL ET AL
September 11, 2003 KS U.S. DIST. CT. 2:03-CV-02464

**4,637.** DIRECTV INC V. SKAGGS
September 11, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00638

**4,638.** DIRECTV INC V. SUGGS
September 11, 2003 MI U.S. DIST. CT., EAST 4:03-CV-40236

**4,639.** DIRECTV INC V. SYLVESTER
September 11, 2003 LA U.S. DIST. CT., WEST 5:03-CV-01713

**4,640.** DIRECTV INC V. THOMAS
September 11, 2003 MI U.S. DIST. CT., EAST 4:03-CV-40235

**4,641.** DIRECTV INC V. VICTOR M CARRILLO, ET AL
September 11, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-06506

**4,642.** DIRECTV INC V. VISENTIN
September 11, 2003 MI U.S. DIST. CT., EAST 2:03-CV-73630

**4,643.** DIRECTV INC V. VOLLMAN
September 11, 2003 LA U.S. DIST. CT., WEST 1:03-CV-01715

**4,644.** DIRECTV INC V. WALL
September 11, 2003 LA U.S. DIST. CT., WEST 2:03-CV-01695

**4,645. DIRECTV INC V. WALL**
September 11, 2003 LA U.S. DIST. CT., WEST 2:03-CV-01965


**4,646. DIRECTV INC V. WAY**
September 11, 2003 MI U.S. DIST. CT., EAST 2:03-CV-73627


**4,647. DIRECTV INC V. WEBB**
September 11, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00637


**4,648. DIRECTV INC V. WINGARD, ET AL**
September 11, 2003 AR U.S. DIST. CT., EAST 03-CV-00338


**4,649. DIRECTV INC V. ZINN, ET AL**
September 11, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01886


**4,650. DIRECTV INC, ET AL V. DANIEL COWLES, ET AL**
September 11, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-01375


**4,651. DIRECTV V. SAWATZKY**
September 11, 2003 MT U.S. DIST. CT. 03-CV-00141


**4,652. DIRECTV, INC V. ADAMS ET AL**
September 11, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00821


**4,653. DIRECTV, INC V. BAIRD**
September 11, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00689


**4,654. DIRECTV, INC V. CABALLERO, ET AL**
September 11, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01884


**4,655. DIRECTV, INC V. CHILPIGIAN, ET AL**
September 11, 2003 CA U.S. DIST. CT., EAST 1:03-CV-06227


**4,656. DIRECTV, INC V. FREEMAN, ET AL**
September 11, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01883


**4,657. DIRECTV, INC V. HUGHES**
September 11, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-02517


**4,658. DIRECTV, INC V. MILLER**
September 11, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00690

**4,659.** DIRECTV, INC V. MIRANDA, ET AL
September 11, 2003 CA U.S. DIST. CT., EAST 1:03-CV-06228

**4,660.** DIRECTV, INC V. MOAK, ET AL
September 11, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00688

**4,661.** DIRECTV, INC V. RIZZUTO
September 11, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00687

**4,662.** DIRECTV, INC V. WUTZKE, ET AL
September 11, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01881

**4,663.** DIRECTV, INC. V. ARGUELLES
September 11, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00640

**4,664.** DIRECTV, INC. V. BABULA, ET AL
September 11, 2003 TX U.S. DIST. CT., WEST 5:03-CV-00888

**4,665.** DIRECTV, INC. V. BAILEY, ET AL
September 11, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00638

**4,666.** DIRECTV, INC. V. BATEH
September 11, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00774

**4,667.** DIRECTV, INC. V. BEATTY,JR. ET AL
September 11, 2003 OH U.S. DIST. CT., NORTH 4:03-CV-01924

**4,668.** DIRECTV, INC. V. BLACK, ET AL
September 11, 2003 NH U.S. DIST. CT. 1:03-CV-00393

**4,669.** DIRECTV, INC. V. BOYD, ET AL
September 11, 2003 NY U.S. DIST. CT., NORTH 5:03-CV-01105

**4,670.** DIRECTV, INC. V. BREMER
September 11, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00781

**4,671.** DIRECTV, INC. V. BROWN
September 11, 2003 CO U.S. DIST. CT. 1:03-CV-01757

**4,672.** DIRECTV, INC. V. BROWN
September 11, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07541

**4,673. DIRECTV, INC. V. BURNETT**
September 11, 2003 MS U.S. DIST. CT., SOUTH 5:03-CV-00451

**4,674. DIRECTV, INC. V. CALDWELL**
September 11, 2003 AR U.S. DIST. CT., WEST 4:03-CV-04088

**4,675. DIRECTV, INC. V. CANTER, ET AL**
September 11, 2003 VA U.S. DIST. CT., WEST 1:03-CV-00118

**4,676. DIRECTV, INC. V. CANTU, ET AL**
September 11, 2003 TX U.S. DIST. CT., WEST 5:03-CV-00891

**4,677. DIRECTV, INC. V. CARLES**
September 11, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07534

**4,678. DIRECTV, INC. V. CARR**
September 11, 2003 NY U.S. DIST. CT., NORTH 5:03-CV-01104

**4,679. DIRECTV, INC. V. CHAPIN, ET AL**
September 11, 2003 TX U.S. DIST. CT., WEST 6:03-CV-00291

**4,680. DIRECTV, INC. V. CLEMENTS**
September 11, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01091

**4,681. DIRECTV, INC. V. CLOTHIER**
September 11, 2003 VA U.S. DIST. CT., EAST 1:03-CV-01171

**4,682. DIRECTV, INC. V. COATES**
September 11, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00775

**4,683. DIRECTV, INC. V. COOK**
September 11, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07536

**4,684. DIRECTV, INC. V. DAVIS**
September 11, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01093

**4,685. DIRECTV, INC. V. DEEB**
September 11, 2003 MA U.S. DIST. CT. 1:03-CV-11746

**4,686. DIRECTV, INC. V. DIXON**
September 11, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01092

**4,687.** DIRECTV, INC. V. DOMINGO
September 11, 2003 CA U.S. DIST. CT., NORTH 5:03-CV-04168

**4,688.** DIRECTV, INC. V. EVANS ET AL
September 11, 2003 KY U.S. DIST. CT., WEST 3:03-CV-00560

**4,689.** DIRECTV, INC. V. FRANKLIN
September 11, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07530

**4,690.** DIRECTV, INC. V. GARZA
September 11, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07535

**4,691.** DIRECTV, INC. V. GILBERT
September 11, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07539

**4,692.** DIRECTV, INC. V. GOBLE
September 11, 2003 CO U.S. DIST. CT. 1:03-CV-01755

**4,693.** DIRECTV, INC. V. GORDON
September 11, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00777

**4,694.** DIRECTV, INC. V. GRECO
September 11, 2003 NY U.S. DIST. CT., NORTH 5:03-CV-01103

**4,695.** DIRECTV, INC. V. HARRISON
September 11, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01920

**4,696.** DIRECTV, INC. V. HARTLEY
September 11, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00780

**4,697.** DIRECTV, INC. V. HASKETT
September 11, 2003 OR U.S. DIST. CT. 6:03-CV-03087

**4,698.** DIRECTV, INC. V. HERRIN
September 11, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00773

**4,699.** DIRECTV, INC. V. HOANG
September 11, 2003 MA U.S. DIST. CT. 1:03-CV-11745

**4,700.** DIRECTV, INC. V. HUCKABEE, ET AL
September 11, 2003 NY U.S. DIST. CT., NORTH 5:03-CV-01106

**4,701. DIRECTV, INC. V. HUTTO**
September 11, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00779

**4,702. DIRECTV, INC. V. JACKSON**
September 11, 2003 VA U.S. DIST. CT., WEST 4:03-CV-00081

**4,703. DIRECTV, INC. V. JESEO, ET AL**
September 11, 2003 NY U.S. DIST. CT., NORTH 5:03-CV-01107

**4,704. DIRECTV, INC. V. JOHNSON**
September 11, 2003 AR U.S. DIST. CT., WEST 6:03-CV-06102

**4,705. DIRECTV, INC. V. JUAREZ**
September 11, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00374

**4,706. DIRECTV, INC. V. KEARLEY**
September 11, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00776

**4,707. DIRECTV, INC. V. LAFFERTY**
September 11, 2003 MA U.S. DIST. CT. 1:03-CV-11738

**4,708. DIRECTV, INC. V. LEE**
September 11, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00778

**4,709. DIRECTV, INC. V. LEWIS**
September 11, 2003 CO U.S. DIST. CT. 1:03-CV-01756

**4,710. DIRECTV, INC. V. LONGFELLOW**
September 11, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07537

**4,711. DIRECTV, INC. V. MARTEL**
September 11, 2003 NH U.S. DIST. CT. 1:03-CV-00394

**4,712. DIRECTV, INC. V. MARTIN**
September 11, 2003 CO U.S. DIST. CT. 1:03-CV-01758

**4,713. DIRECTV, INC. V. MCKAUGHAN**
September 11, 2003 TX U.S. DIST. CT., EAST 5:03-CV-00200

**4,714. DIRECTV, INC. V. MEDBERY**
September 11, 2003 OR U.S. DIST. CT. 6:03-CV-01242

**4,715. DIRECTV, INC. V. MURAR**
September 11, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07538

**4,716. DIRECTV, INC. V. MURPHY**
September 11, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00755

**4,717. DIRECTV, INC. V. O'BRIEN**
September 11, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07533

**4,718. DIRECTV, INC. V. PAPP**
September 11, 2003 MA U.S. DIST. CT. 1:03-CV-11735

**4,719. DIRECTV, INC. V. PARTRIDGE**
September 11, 2003 CO U.S. DIST. CT. 1:03-CV-01771

**4,720. DIRECTV, INC. V. PAULSON**
September 11, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07531

**4,721. DIRECTV, INC. V. PETKOVSEK**
September 11, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01921

**4,722. DIRECTV, INC. V. PHILLIPS**
September 11, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01919

**4,723. DIRECTV, INC. V. PIOTROWSKI**
September 11, 2003 NY U.S. DIST. CT., NORTH 5:03-CV-01110

**4,724. DIRECTV, INC. V. POPLIN**
September 11, 2003 OR U.S. DIST. CT. 6:03-CV-03086

**4,725. DIRECTV, INC. V. RADA**
September 11, 2003 CO U.S. DIST. CT. 1:03-CV-01772

**4,726. DIRECTV, INC. V. RAICHLIN, ET AL**
September 11, 2003 NY U.S. DIST. CT., NORTH 5:03-CV-01109

**4,727. DIRECTV, INC. V. RAWLINGS, ET AL**
September 11, 2003 TX U.S. DIST. CT., WEST 5:03-CV-00887

**4,728. DIRECTV, INC. V. REESE**
September 11, 2003 TX U.S. DIST. CT., WEST 6:03-CV-00288

**4,729.** DIRECTV, INC. V. ROBERTSON
September 11, 2003 AR U.S. DIST. CT., WEST 2:03-CV-02192

**4,730.** DIRECTV, INC. V. ROGERS, ET AL
September 11, 2003 AR U.S. DIST. CT., WEST 5:03-CV-05205

**4,731.** DIRECTV, INC. V. ROHNER
September 11, 2003 CO U.S. DIST. CT. 1:03-CV-01773

**4,732.** DIRECTV, INC. V. ROPP
September 11, 2003 CO U.S. DIST. CT. 1:03-CV-01775

**4,733.** DIRECTV, INC. V. ROWAN
September 11, 2003 MS U.S. DIST. CT., SOUTH 5:03-CV-00450

**4,734.** DIRECTV, INC. V. RUDKIN
September 11, 2003 OH U.S. DIST. CT., NORTH 4:03-CV-01922

**4,735.** DIRECTV, INC. V. RUSK
September 11, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-01918

**4,736.** DIRECTV, INC. V. RYAN
September 11, 2003 OH U.S. DIST. CT., NORTH 4:03-CV-01923

**4,737.** DIRECTV, INC. V. SALAS, ET AL
September 11, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00637

**4,738.** DIRECTV, INC. V. SCARMARDO, ET AL
September 11, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00642

**4,739.** DIRECTV, INC. V. SCHWAB
September 11, 2003 CO U.S. DIST. CT. 1:03-CV-01774

**4,740.** DIRECTV, INC. V. SHEETS
September 11, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07532

**4,741.** DIRECTV, INC. V. STEVENSON, ET AL
September 11, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00643

**4,742.** DIRECTV, INC. V. TUMA, ET AL
September 11, 2003 TX U.S. DIST. CT., WEST 5:03-CV-00890

**4,743. DIRECTV, INC. V. WHITE**
September 11, 2003 TX U.S. DIST. CT., WEST 6:03-CV-00289

**4,744. DIRECTV, INC. V. WILSON**
September 11, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01094

**4,745. DIRECTV, INC. V. YOUNG**
September 11, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07540

**4,746. DIRECTV, INC. V. ZOLMAN ET AL**
September 11, 2003 WA U.S. DIST. CT., WEST 3:03-CV-05502

**4,747. DIRECTV, INC. V. ZUNIGA**
September 11, 2003 TX U.S. DIST. CT., WEST 4:03-CV-00089

**4,748. DIRECTV INC V. AHLGRIM**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00963

**4,749. DIRECTV INC V. ALBANESE**
September 10, 2003 CT U.S. DIST. CT. 3:03-CV-01542

**4,750. DIRECTV INC V. ANDERSON**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00964

**4,751. DIRECTV INC V. ARANT**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00965

**4,752. DIRECTV INC V. AVILA**
September 10, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00357

**4,753. DIRECTV INC V. BASS**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00966

**4,754. DIRECTV INC V. BECHTLOFF**
September 10, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00349

**4,755. DIRECTV INC V. BILLINGSLEY**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00967

**4,756. DIRECTV INC V. BLACZO, ET AL**
September 10, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00635

**4,757. DIRECTV INC V. BRADFORD**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00968

**4,758. DIRECTV INC V. BRIAN**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00969

**4,759. DIRECTV INC V. BROOKS**
September 10, 2003 CT U.S. DIST. CT. 3:03-CV-01546

**4,760. DIRECTV INC V. BROWN**
September 10, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00356

**4,761. DIRECTV INC V. BURTON**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00970

**4,762. DIRECTV INC V. BYRD**
September 10, 2003 KY U.S. DIST. CT., WEST 1:03-CV-00159

**4,763. DIRECTV INC V. CHANDLER ET AL**
September 10, 2003 KY U.S. DIST. CT., EAST 5:03-CV-00392

**4,764. DIRECTV INC V. CHAPPEL**
September 10, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00355

**4,765. DIRECTV INC V. CHILSON**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00973

**4,766. DIRECTV INC V. CONTRERAS**
September 10, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00350

**4,767. DIRECTV INC V. COOK, ET AL**
September 10, 2003 AZ U.S. DIST. CT. 2:03-CV-01776

**4,768. DIRECTV INC V. COX**
September 10, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00345

**4,769. DIRECTV INC V. CRAIN**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00975

**4,770. DIRECTV INC V. DELAPLANE, ET AL**
September 10, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00644

**4,771. DIRECTV INC V. DRABCZYK**
September 10, 2003 MI U.S. DIST. CT., EAST 2:03-CV-73579


**4,772. DIRECTV INC V. DZEVAD ET AL**
September 10, 2003 KY U.S. DIST. CT., WEST 3:03-CV-00554


**4,773. DIRECTV INC V. EM**
September 10, 2003 KS U.S. DIST. CT. 2:03-CV-02465


**4,774. DIRECTV INC V. FABIAN**
September 10, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-06403


**4,775. DIRECTV INC V. GLOMB**
September 10, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00344


**4,776. DIRECTV INC V. HASLEY**
September 10, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00637


**4,777. DIRECTV INC V. HERNANDEZ**
September 10, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00360


**4,778. DIRECTV INC V. HERNANDEZ**
September 10, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00358


**4,779. DIRECTV INC V. HILL**
September 10, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00640


**4,780. DIRECTV INC V. HOLTMAN**
September 10, 2003 KS U.S. DIST. CT. 2:03-CV-02462


**4,781. DIRECTV INC V. IAQUESSA**
September 10, 2003 CT U.S. DIST. CT. 3:03-CV-01544


**4,782. DIRECTV INC V. JOSLEYN, ET AL**
September 10, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00643


**4,783. DIRECTV INC V. JUSTAK, ET AL**
September 10, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00642


**4,784. DIRECTV INC V. KEMPINSKI ET AL**
September 10, 2003 WI U.S. DIST. CT., EAST 2:03-CV-00871

**4,785. DIRECTV INC V. KING**
September 10, 2003 CT U.S. DIST. CT. 3:03-CV-01543

**4,786. DIRECTV INC V. KLEIN, ET AL**
September 10, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-06401

**4,787. DIRECTV INC V. KNECHT**
September 10, 2003 KS U.S. DIST. CT. 2:03-CV-02463

**4,788. DIRECTV INC V. KOEHLER, ET AL**
September 10, 2003 AZ U.S. DIST. CT. 2:03-CV-01774

**4,789. DIRECTV INC V. KOULOURAS**
September 10, 2003 MI U.S. DIST. CT., EAST 2:03-CV-73576

**4,790. DIRECTV INC V. KUMINECZ**
September 10, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00639

**4,791. DIRECTV INC V. LEE, ET AL**
September 10, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00645

**4,792. DIRECTV INC V. LYNCH**
September 10, 2003 CT U.S. DIST. CT. 3:03-CV-01545

**4,793. DIRECTV INC V. MCCLAIN, ET AL**
September 10, 2003 AZ U.S. DIST. CT. 2:03-CV-01775

**4,794. DIRECTV INC V. MCGINNIS**
September 10, 2003 IL U.S. DIST. CT., SOUTH 4:03-CV-04156

**4,795. DIRECTV INC V. MOORE**
September 10, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00354

**4,796. DIRECTV INC V. NEILL**
September 10, 2003 MI U.S. DIST. CT., EAST 2:03-CV-73578

**4,797. DIRECTV INC V. OLSON-BOSS**
September 10, 2003 WY U.S. DIST. CT. 2:03-CV-00190

**4,798. DIRECTV INC V. PETERS**
September 10, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00641

**4,799. DIRECTV INC V. PHILLIPS, ET AL**
September 10, 2003 IL U.S. DIST. CT., CENT. 1:03-CV-01299

**4,800. DIRECTV INC V. PHONHARATH**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00948

**4,801. DIRECTV INC V. POWERS**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00949

**4,802. DIRECTV INC V. REYNA**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00950

**4,803. DIRECTV INC V. RODRIGUEZ**
September 10, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00347

**4,804. DIRECTV INC V. ROGERS**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00951

**4,805. DIRECTV INC V. SALINAS**
September 10, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00359

**4,806. DIRECTV INC V. SALINAS**
September 10, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00348

**4,807. DIRECTV INC V. SENGALOUNE**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00952

**4,808. DIRECTV INC V. SHUFF, ET AL**
September 10, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00343

**4,809. DIRECTV INC V. STEIN, ET AL**
September 10, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-06376

**4,810. DIRECTV INC V. STREET, ET AL**
September 10, 2003 MI U.S. DIST. CT., EAST 2:03-CV-74353

**4,811. DIRECTV INC V. STREET, ET AL**
September 10, 2003 MI U.S. DIST. CT., EAST 2:03-CV-73453

**4,812. DIRECTV INC V. SUTHERLAND**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00954

**4,813. DIRECTV INC V. TRAN**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00956

**4,814. DIRECTV INC V. TRANG**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00957

**4,815. DIRECTV INC V. UNDERWOOD, ET AL**
September 10, 2003 AZ U.S. DIST. CT. 2:03-CV-01778

**4,816. DIRECTV INC V. VEST**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00958

**4,817. DIRECTV INC V. VOGT**
September 10, 2003 MI U.S. DIST. CT., EAST 1:03-CV-10212

**4,818. DIRECTV INC V. VUONG**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00959

**4,819. DIRECTV INC V. WALKER**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00960

**4,820. DIRECTV INC V. WALTERS ET AL**
September 10, 2003 KY U.S. DIST. CT., EAST 5:03-CV-00394

**4,821. DIRECTV INC V. WASHINGTON**
September 10, 2003 KS U.S. DIST. CT. 2:03-CV-02461

**4,822. DIRECTV INC V. WELLS**
September 10, 2003 KY U.S. DIST. CT., WEST 3:03-CV-00555

**4,823. DIRECTV INC V. WEUM**
September 10, 2003 CT U.S. DIST. CT. 3:03-CV-01547

**4,824. DIRECTV INC V. WILLIAMS**
September 10, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00352

**4,825. DIRECTV INC V. WILLIAMS**
September 10, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00351

**4,826. DIRECTV INC V. WILSON, ET AL**
September 10, 2003 IL U.S. DIST. CT., CENT. 1:03-CV-01298

**4,827. DIRECTV INC V. WISE**
September 10, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00947


**4,828. DIRECTV INC V. YAKUS, ET AL**
September 10, 2003 AZ U.S. DIST. CT. 2:03-CV-01777


**4,829. DIRECTV INC V. YBARRA**
September 10, 2003 MI U.S. DIST. CT., EAST 2:03-CV-73577


**4,830. DIRECTV V. MCFARLAND, ET AL**
September 10, 2003 UT U.S. DIST. CT. 2:03-CV-00781


**4,831. DIRECTV, INC, V. DAUPHINEE**
September 10, 2003 MA U.S. DIST. CT. 1:03-CV-11739


**4,832. DIRECTV, INC, V. FENTON**
September 10, 2003 MA U.S. DIST. CT. 1:03-CV-11744


**4,833. DIRECTV, INC. V. ARNOTT**
September 10, 2003 MA U.S. DIST. CT. 1:03-CV-11734


**4,834. DIRECTV, INC. V. BLACK, ET AL**
September 10, 2003 WV U.S. DIST. CT., NORTH 1:03-CV-00197


**4,835. DIRECTV, INC. V. BOGGESS, ET AL**
September 10, 2003 WV U.S. DIST. CT., SOUTH 2:03-CV-02147


**4,836. DIRECTV, INC. V. BORICH**
September 10, 2003 WV U.S. DIST. CT., SOUTH 1:03-CV-02146


**4,837. DIRECTV, INC. V. BOURNE**
September 10, 2003 OR U.S. DIST. CT. 6:03-CV-01235


**4,838. DIRECTV, INC. V. BROADBELT**
September 10, 2003 CO U.S. DIST. CT. 1:03-CV-01747


**4,839. DIRECTV, INC. V. COLLINS, ET AL**
September 10, 2003 WV U.S. DIST. CT., SOUTH 2:03-CV-02148


**4,840. DIRECTV, INC. V. FELDPUSCH**
September 10, 2003 CO U.S. DIST. CT. 1:03-CV-01748

**4,841. DIRECTV, INC. V. FLORA**
September 10, 2003 WV U.S. DIST. CT., SOUTH 3:03-CV-02144

**4,842. DIRECTV, INC. V. GROSSMAN, ET AL**
September 10, 2003 MO U.S. DIST. CT., EAST 4:03-CV-01305

**4,843. DIRECTV, INC. V. HERRING ET AL**
September 10, 2003 MO U.S. DIST. CT., WEST 4:03-CV-00811

**4,844. DIRECTV, INC. V. HUDSON**
September 10, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-02054

**4,845. DIRECTV, INC. V. ISAACS, ET AL**
September 10, 2003 WV U.S. DIST. CT., SOUTH 3:03-CV-02145

**4,846. DIRECTV, INC. V. LA CAVA**
September 10, 2003 CO U.S. DIST. CT. 1:03-CV-01749

**4,847. DIRECTV, INC. V. LOSOYA**
September 10, 2003 CO U.S. DIST. CT. 1:03-CV-01750

**4,848. DIRECTV, INC. V. MERRIFIELD ET AL**
September 10, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-02056

**4,849. DIRECTV, INC. V. MOSLEY, ET AL**
September 10, 2003 WV U.S. DIST. CT., SOUTH 2:03-CV-02149

**4,850. DIRECTV, INC. V. MURPHY**
September 10, 2003 MA U.S. DIST. CT. 1:03-CV-11743

**4,851. DIRECTV, INC. V. PETERS, ET AL**
September 10, 2003 WV U.S. DIST. CT., NORTH 1:03-CV-00196

**4,852. DIRECTV, INC. V. REED**
September 10, 2003 VA U.S. DIST. CT., EAST 2:03-CV-00650

**4,853. DIRECTV, INC. V. REYNOLDS**
September 10, 2003 VA U.S. DIST. CT., WEST 1:03-CV-00115

**4,854. DIRECTV, INC. V. REYNOLDS**
September 10, 2003 KY U.S. DIST. CT., WEST 4:03-CV-00147

**4,855. DIRECTV, INC. V. ROBERT GEDDINGS**
September 10, 2003 KY U.S. DIST. CT., EAST 5:03-CV-00393


**4,856. DIRECTV, INC. V. THOMPSON**
September 10, 2003 TX U.S. DIST. CT., WEST 7:03-CV-00132


**4,857. DIRECTV, INC. V. URPMAN**
September 10, 2003 WA U.S. DIST. CT., WEST 3:03-CV-05496


**4,858. DIRECTV, INC. V. WEAVER**
September 10, 2003 WV U.S. DIST. CT., NORTH 2:03-CV-00076


**4,859. DIRECTV, INC., ET AL V. ADKINS, ET AL**
September 10, 2003 WV U.S. DIST. CT., SOUTH 5:03-CV-02143


**4,860. DIRECTV INC V. AIELLO, ET AL**
September 09, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-06345


**4,861. DIRECTV INC V. ARNEY**
September 09, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40500


**4,862. DIRECTV INC V. DOYLE**
September 09, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40499


**4,863. DIRECTV INC V. MATALAS, ET AL**
September 09, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-06348


**4,864. DIRECTV INC V. MOORE**
September 09, 2003 MI U.S. DIST. CT., EAST 2:03-CV-73436


**4,865. DIRECTV V. MULLINS**
September 09, 2003 VA U.S. DIST. CT., WEST 1:03-CV-00112


**4,866. DIRECTV V. PECK**
September 09, 2003 VA U.S. DIST. CT., WEST 1:03-CV-00113


**4,867. DIRECTV, INC. V. AWKARD**
September 09, 2003 VA U.S. DIST. CT., WEST 5:03-CV-00078


**4,868. DIRECTV, INC. V. AZAR**
September 09, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00370

**4,869. DIRECTV, INC. V. FISHER**
September 09, 2003 VA U.S. DIST. CT., WEST 4:03-CV-00079

**4,870. DIRECTV, INC. V. HAZELWOOD**
September 09, 2003 VA U.S. DIST. CT., WEST 4:03-CV-00078

**4,871. DIRECTV, INC. V. JENSEN**
September 09, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01315

**4,872. DIRECTV, INC. V. JOHNS**
September 09, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05098

**4,873. DIRECTV, INC. V. MCCOLLUM, ET AL**
September 09, 2003 TX U.S. DIST. CT., WEST 7:03-CV-00130

**4,874. DIRECTV, INC. V. MULLINS**
September 09, 2003 VA U.S. DIST. CT., WEST 1:03-CV-00114

**4,875. DIRECTV, INC. V. MULLINS**
September 09, 2003 VA U.S. DIST. CT., WEST 2:03-CV-00107

**4,876. DIRECTV, INC. V. SCOTT ET AL**
September 09, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01316

**4,877. DIRECTV, INC. V. SWISHER**
September 09, 2003 VA U.S. DIST. CT., WEST 5:03-CV-00079

**4,878. DIRECTV, INC. V. WOOD**
September 09, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01319

**4,879. DIRECTV, INC. V. YOWELL**
September 09, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01322

**4,880. DIRECTV, INC., ET AL V. RASHALL, ET AL**
September 09, 2003 TX U.S. DIST. CT., WEST 7:03-CV-00131

**4,881. DIRECTV INC V. BLAHUTA, ET AL**
September 08, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-06287

**4,882. DIRECTV INC V. BYNDAS**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01238

**4,883. DIRECTV INC V. CONNETT**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01248


**4,884. DIRECTV INC V. CONNETT**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01240


**4,885. DIRECTV INC V. CURTISS**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01229


**4,886. DIRECTV INC V. CURTISS**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01243


**4,887. DIRECTV INC V. DEAL**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01239


**4,888. DIRECTV INC V. DO**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01235


**4,889. DIRECTV INC V. DOBBS**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01275


**4,890. DIRECTV INC V. DURHAM**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01237


**4,891. DIRECTV INC V. EVANOFF**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01241


**4,892. DIRECTV INC V. FITZPATRICK**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01242


**4,893. DIRECTV INC V. FLEMING**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01227


**4,894. DIRECTV INC V. GARNER**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01250


**4,895. DIRECTV INC V. GEDDES**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01267


**4,896. DIRECTV INC V. GRIFFITH**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01257

**4,897. DIRECTV INC V. HANLEY**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01255

**4,898. DIRECTV INC V. HANSKA**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01236

**4,899. DIRECTV INC V. HEATLEY**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01276

**4,900. DIRECTV INC V. HERMAN**
September 08, 2003 FL U.S. DIST. CT., NORTH 1:03-CV-00143

**4,901. DIRECTV INC V. HILL**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01274

**4,902. DIRECTV INC V. HO**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01268

**4,903. DIRECTV INC V. HOGUE**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01260

**4,904. DIRECTV INC V. HOOVER, ET AL**
September 08, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-06281

**4,905. DIRECTV INC V. JETTON**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01277

**4,906. DIRECTV INC V. KYSEL**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01261

**4,907. DIRECTV INC V. LANDON**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01245

**4,908. DIRECTV INC V. LANDWEHR, ET AL**
September 08, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-06282

**4,909. DIRECTV INC V. LAY**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01266

**4,910. DIRECTV INC V. LE**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01244

**4,911. DIRECTV INC V. LEGARE**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01232

**4,912. DIRECTV INC V. LUSBY**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01256

**4,913. DIRECTV INC V. MCLAIN**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01221

**4,914. DIRECTV INC V. MOORE**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01258

**4,915. DIRECTV INC V. MORRISON**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01247

**4,916. DIRECTV INC V. NGUYEN**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01269

**4,917. DIRECTV INC V. NGUYEN**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01265

**4,918. DIRECTV INC V. NGUYEN**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01272

**4,919. DIRECTV INC V. PHAM**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01263

**4,920. DIRECTV INC V. PRYOR**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01246

**4,921. DIRECTV INC V. RHINE**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01259

**4,922. DIRECTV INC V. RONIO**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01222

**4,923. DIRECTV INC V. ROSS**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01262

**4,924. DIRECTV INC V. SCANLAN**
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01264

**4,925.** DIRECTV INC V. SCHOTTLER
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01273

**4,926.** DIRECTV INC V. SMITH, ET AL
September 08, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-06285

**4,927.** DIRECTV INC V. TAYLOR
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01271

**4,928.** DIRECTV INC V. THANH
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01270

**4,929.** DIRECTV INC V. TORRES
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01223

**4,930.** DIRECTV INC V. WIEDEMAN
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01225

**4,931.** DIRECTV INC V. WOODS
September 08, 2003 OK U.S. DIST. CT., WEST 5:03-CV-01224

**4,932.** DIRECTV, INC V. YOUSIF, ET AL
September 08, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-06289

**4,933.** DIRECTV, INC. V. ALLEN
September 08, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00369

**4,934.** DIRECTV, INC. V. AMARO
September 08, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00367

**4,935.** DIRECTV, INC. V. ARRAIGA, ET AL
September 08, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00366

**4,936.** DIRECTV, INC. V. BEARD
September 08, 2003 VA U.S. DIST. CT., WEST 7:03-CV-00591

**4,937.** DIRECTV, INC. V. COUNTS
September 08, 2003 VA U.S. DIST. CT., EAST 4:03-CV-00114

**4,938.** DIRECTV, INC. V. DALE, ET AL
September 08, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50359

**4,939. DIRECTV, INC. V. DERI**
September 08, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61709

**4,940. DIRECTV, INC. V. DOLAN**
September 08, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01901

**4,941. DIRECTV, INC. V. FANTACONE**
September 08, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61706

**4,942. DIRECTV, INC. V. FOX, ET AL**
September 08, 2003 VA U.S. DIST. CT., EAST 1:03-CV-01145

**4,943. DIRECTV, INC. V. HASSEN**
September 08, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61708

**4,944. DIRECTV, INC. V. HATTEN, ET AL**
September 08, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00368

**4,945. DIRECTV, INC. V. JAHRMARKT**
September 08, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61707

**4,946. DIRECTV, INC. V. KWOSEK, ET AL**
September 08, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50358

**4,947. DIRECTV, INC. V. MARTI**
September 08, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50357

**4,948. DIRECTV, INC. V. MCGARRITY, ET AL**
September 08, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00737

**4,949. DIRECTV, INC. V. MCKINNEY, ET AL**
September 08, 2003 NJ U.S. DIST. CT. 2:03-CV-04235

**4,950. DIRECTV, INC. V. MCNEAL, ET AL**
September 08, 2003 VA U.S. DIST. CT., EAST 2:03-CV-00638

**4,951. DIRECTV, INC. V. MIDDLETON**
September 08, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00765

**4,952. DIRECTV, INC. V. NICELY**
September 08, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00736

**4,953. DIRECTV, INC. V. RETSEL**
September 08, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01900

**4,954. DIRECTV, INC. V. SANDS**
September 08, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01899

**4,955. DIRECTV, INC. V. SCHARTZ**
September 08, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01898

**4,956. DIRECTV, INC. V. SLAGLE**
September 08, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01902

**4,957. DIRECTV, INC. V. SPRUILL, ET AL**
September 08, 2003 VA U.S. DIST. CT., EAST 4:03-CV-00115

**4,958. DIRECTV, INC. V. VAN SPAKEREN**
September 08, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50356

**4,959. DIRECTV, INC. V. WRIGHT**
September 08, 2003 VA U.S. DIST. CT., WEST 6:03-CV-00064

**4,960. DIRECTV, INC., V. FORD**
September 08, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80839

**4,961. DIRECTV, INC., V. FORD**
September 08, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80840

**4,962. DIRECTV, INC. V. AL SIMONE**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04382

**4,963. DIRECTV, INC. V. AMICO**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04392

**4,964. DIRECTV, INC. V. AMRHEIN**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04405

**4,965. DIRECTV, INC. V. BENSON**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04434

**4,966. DIRECTV, INC. V. BISHUNDAT**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04435

**4,967. DIRECTV, INC. V. BLACK**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04406

**4,968. DIRECTV, INC. V. BRANDWEIN**
September 05, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61697

**4,969. DIRECTV, INC. V. BROWN**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04437

**4,970. DIRECTV, INC. V. CAMMARATA**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04417

**4,971. DIRECTV, INC. V. CARRIES**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04432

**4,972. DIRECTV, INC. V. FRAGIACOMO**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04395

**4,973. DIRECTV, INC. V. GAETA**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04439

**4,974. DIRECTV, INC. V. GAKSHTEYN**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04438

**4,975. DIRECTV, INC. V. GRICE**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04402

**4,976. DIRECTV, INC. V. GRULLON**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04397

**4,977. DIRECTV, INC. V. GUERRIERO**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04388

**4,978. DIRECTV, INC. V. HANNON**
September 05, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00154

**4,979. DIRECTV, INC. V. HARGRAVE**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04398

**4,980. DIRECTV, INC. V. HOLTJE**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04429

**4,981. DIRECTV, INC. V. JEANPIERRE**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04436

**4,982. DIRECTV, INC. V. KRICKMIER**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04383

**4,983. DIRECTV, INC. V. LATOUR**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04390

**4,984. DIRECTV, INC. V. LEGAGNEUR**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04379

**4,985. DIRECTV, INC. V. LOOTER**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04378

**4,986. DIRECTV, INC. V. LOPA**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04389

**4,987. DIRECTV, INC. V. MACK**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04430

**4,988. DIRECTV, INC. V. MACKINNON**
September 05, 2003 NH U.S. DIST. CT. 1:03-CV-00383

**4,989. DIRECTV, INC. V. MADEAM**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04396

**4,990. DIRECTV, INC. V. MALINO**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04391

**4,991. DIRECTV, INC. V. MANGENE**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04424

**4,992. DIRECTV, INC. V. MCCARTHY**
September 05, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61698

**4,993. DIRECTV, INC. V. MCDANIEL**
September 05, 2003 NY U.S. DIST. CT., WEST 6:03-CV-06440

**4,994. DIRECTV, INC. V. NORRIS**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04425

**4,995. DIRECTV, INC. V. PETERS**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04394

**4,996. DIRECTV, INC. V. RAHMAN**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04433

**4,997. DIRECTV, INC. V. ROWE**
September 05, 2003 MS U.S. DIST. CT., NORTH 2:03-CV-00281

**4,998. DIRECTV, INC. V. RUSSO**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04380

**4,999. DIRECTV, INC. V. SBASCHNIK**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04385

**5,000. DIRECTV, INC. V. SCHWARTZ**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04381

**5,001. DIRECTV, INC. V. SMITH**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04423

**5,002. DIRECTV, INC. V. SMITH**
September 05, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61699

**5,003. DIRECTV, INC. V. SPRAGUE**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04377

**5,004. DIRECTV, INC. V. UHLAND**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04426

**5,005. DIRECTV, INC. V. VANHORN**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04427

**5,006. DIRECTV, INC. V. VASQUEZ**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04428

**5,007. DIRECTV, INC. V. VAUGHN**
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04421

**5,008.** DIRECTV, INC. V. WILLIAMS
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04419

**5,009.** DIRECTV, INC., V. FLANNERY
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04431

**5,010.** DIRECTV, INC., V. MAGLOIRE
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04384

**5,011.** DIRECTV, INC., V. SIEGEL
September 05, 2003 NY U.S. DIST. CT., EAST 2:03-CV-04393

**5,012.** DIRECTV INC V. CARPENTER
September 04, 2003 CT U.S. DIST. CT. 3:03-CV-01511

**5,013.** DIRECTV INC V. COSSUTO
September 04, 2003 CT U.S. DIST. CT. 3:03-CV-01512

**5,014.** DIRECTV, INC. V. CARACAPPA
September 04, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05008

**5,015.** DIRECTV, INC. V. CHONKO
September 04, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05009

**5,016.** DIRECTV, INC. V. CLARK
September 04, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01073

**5,017.** DIRECTV, INC. V. FLEMMING
September 04, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05010

**5,018.** DIRECTV, INC. V. HARRISON
September 04, 2003 MS U.S. DIST. CT., NORTH 1:03-CV-00327

**5,019.** DIRECTV, INC. V. LIGHTSEY
September 04, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01074

**5,020.** DIRECTV, INC. V. MABRY
September 04, 2003 MS U.S. DIST. CT., NORTH 4:03-CV-00345

**5,021.** DIRECTV, INC. V. MCCULLOUGH
September 04, 2003 MS U.S. DIST. CT., NORTH 1:03-CV-00326

**5,022. DIRECTV, INC. V. MCINNIS**
September 04, 2003 MS U.S. DIST. CT., SOUTH 1:03-CV-00739

**5,023. DIRECTV, INC. V. MORALES**
September 04, 2003 MA U.S. DIST. CT. 4:03-CV-40198

**5,024. DIRECTV, INC. V. PARKS**
September 04, 2003 MA U.S. DIST. CT. 1:03-CV-11645

**5,025. DIRECTV, INC. V. PHILLIPS**
September 04, 2003 MS U.S. DIST. CT., NORTH 4:03-CV-00346

**5,026. DIRECTV, INC. V. ROBERTS**
September 04, 2003 MS U.S. DIST. CT., NORTH 1:03-CV-00325

**5,027. DIRECTV, INC. V. TRIVEDI**
September 04, 2003 MA U.S. DIST. CT. 1:03-CV-11648

**5,028. DIRECTV, INC. V. VOLOSHIN**
September 04, 2003 MA U.S. DIST. CT. 4:03-CV-40199

**5,029. DIRECTV, INC. V. WADE**
September 04, 2003 MS U.S. DIST. CT., SOUTH 5:03-CV-00445

**5,030. DIRECTV, INC. V. WOOD**
September 04, 2003 PA U.S. DIST. CT., EAST 2:03-CV-05011

**5,031. DIRECTV INC V. GRAVES**
September 03, 2003 TN U.S. DIST. CT., EAST 3:03-CV-00463

**5,032. DIRECTV INC V. CRAM**
September 02, 2003 WA U.S. DIST. CT., EAST 2:03-CV-05088

**5,033. DIRECTV INC V. SCHLICKLIN**
September 02, 2003 MI U.S. DIST. CT., EAST 2:03-CV-73329

**5,034. DIRECTV V. ANDRUS**
September 02, 2003 NY U.S. DIST. CT., WEST 1:03-CV-00659

**5,035. DIRECTV, INC. V. BENGAL**
September 02, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80823

**5,036. DIRECTV, INC. V. CARVAJAL, ET AL**
September 02, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22337

**5,037. DIRECTV, INC. V. CHANTO**
September 02, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22336

**5,038. DIRECTV, INC. V. COLES**
September 02, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22331

**5,039. DIRECTV, INC. V. DEARMAN**
September 02, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22338

**5,040. DIRECTV, INC. V. GOWEN**
September 02, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00739

**5,041. DIRECTV, INC. V. HUTCHINS**
September 02, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22335

**5,042. DIRECTV, INC. V. ILLA**
September 02, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22330

**5,043. DIRECTV, INC. V. ISIDRON**
September 02, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22333

**5,044. DIRECTV, INC. V. KYZER**
September 02, 2003 GA U.S. DIST. CT., MID. 5:03-CV-00291

**5,045. DIRECTV, INC. V. LOPEZ**
September 02, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22329

**5,046. DIRECTV, INC. V. MAAS**
September 02, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00741

**5,047. DIRECTV, INC. V. MARTELL, ET AL**
September 02, 2003 NY U.S. DIST. CT., WEST 6:03-CV-06430

**5,048. DIRECTV, INC. V. VEGA**
September 02, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22332

**5,049. DIRECTV, INC. V. XAYARATH**
September 02, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00740

**5,050.** **DIRECTV, INC., V. CSONKA**
September 02, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80824


**5,051.** **DIRECTV, INC., V. ROSALES**
September 02, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80825


**5,052.** **DIRECTV INC V. CARTER**
August 29, 2003 FL U.S. DIST. CT., NORTH 4:03-CV-00276


**5,053.** **DIRECTV INC V. KLONIS**
August 29, 2003 FL U.S. DIST. CT., NORTH 4:03-CV-00277


**5,054.** **DIRECTV, INC. V. COLON**
August 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01848


**5,055.** **DIRECTV, INC. V. COYNE**
August 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01834


**5,056.** **DIRECTV, INC. V. DEVOS**
August 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01838


**5,057.** **DIRECTV, INC. V. DI PIETRO**
August 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01843


**5,058.** **DIRECTV, INC. V. DOWLING**
August 29, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14255


**5,059.** **DIRECTV, INC. V. HAIT**
August 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01836


**5,060.** **DIRECTV, INC. V. HARRINGTON**
August 29, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00731


**5,061.** **DIRECTV, INC. V. HUFFMAN**
August 29, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80815


**5,062.** **DIRECTV, INC. V. JACOBS**
August 29, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61655


**5,063.** **DIRECTV, INC. V. JOHNSON**
August 29, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14256

**5,064.** **DIRECTV, INC. V. JULY**
August 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01837


**5,065.** **DIRECTV, INC. V. KAINEC**
August 29, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80813


**5,066.** **DIRECTV, INC. V. MCDUFFIE**
August 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01841


**5,067.** **DIRECTV, INC. V. MEHOUS**
August 29, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00321


**5,068.** **DIRECTV, INC. V. NELSON**
August 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01847


**5,069.** **DIRECTV, INC. V. NIRMALAN**
August 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01849


**5,070.** **DIRECTV, INC. V. OYETUNJI**
August 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01845


**5,071.** **DIRECTV, INC. V. PETEROS**
August 29, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14254


**5,072.** **DIRECTV, INC. V. ROSE**
August 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01835


**5,073.** **DIRECTV, INC. V. SAMARKOS**
August 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01833


**5,074.** **DIRECTV, INC. V. SHIRLEY**
August 29, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00730


**5,075.** **DIRECTV, INC. V. STANKOVITCH**
August 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01840


**5,076.** **DIRECTV, INC. V. SUTTER**
August 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01846


**5,077.** **DIRECTV, INC. V. TRUONG**
August 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01844

**5,078. DIRECTV, INC. V. WISEMAN**
August 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01839

**5,079. DIRECTV, INC. V. WITCHER**
August 29, 2003 GA U.S. DIST. CT., MID. 3:03-CV-00083

**5,080. DIRECTV, INC. V. WORMSER**
August 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01842

**5,081. DIRECTV, INC., V. BODEN**
August 29, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80814

**5,082. DIRECTV INC V. FROST**
August 28, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00379

**5,083. DIRECTV INC V. REINHOLD**
August 28, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00378

**5,084. DIRECTV, INC. V. AUSTIN**
August 28, 2003 PA U.S. DIST. CT., EAST 2:03-CV-04990

**5,085. DIRECTV, INC. V. BARRON**
August 28, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61650

**5,086. DIRECTV, INC. V. BECKER**
August 28, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02392

**5,087. DIRECTV, INC. V. BOONE**
August 28, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61659

**5,088. DIRECTV, INC. V. BRISCOE**
August 28, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02397

**5,089. DIRECTV, INC. V. BRISTOW**
August 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22302

**5,090. DIRECTV, INC. V. BROWN**
August 28, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02395

**5,091. DIRECTV, INC. V. CABALLERO**
August 28, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61653

**5,092.** DIRECTV, INC. V. CABRAL
August 28, 2003 MA U.S. DIST. CT. 1:03-CV-11646

**5,093.** DIRECTV, INC. V. DE SOUZA
August 28, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61661

**5,094.** DIRECTV, INC. V. DIBELER
August 28, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61646

**5,095.** DIRECTV, INC. V. DOLAND
August 28, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61656

**5,096.** DIRECTV, INC. V. HAYES
August 28, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02390

**5,097.** DIRECTV, INC. V. HESS
August 28, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61649

**5,098.** DIRECTV, INC. V. JENO
August 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22292

**5,099.** DIRECTV, INC. V. KUHN
August 28, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61651

**5,100.** DIRECTV, INC. V. LEYVA
August 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22301

**5,101.** DIRECTV, INC. V. LONG
August 28, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00496

**5,102.** DIRECTV, INC. V. MENDEZ
August 28, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61652

**5,103.** DIRECTV, INC. V. MERCADO
August 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22303

**5,104.** DIRECTV, INC. V. MURDOCH
August 28, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02388

**5,105.** DIRECTV, INC. V. O'DONNELL
August 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22304

**5,106.** **DIRECTV, INC. V. PILGRIM**
**August 28, 2003 AL U.S. DIST. CT., NORTH 6:03-CV-02389**

**5,107.** **DIRECTV, INC. V. PITTS**
**August 28, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02393**

**5,108.** **DIRECTV, INC. V. REEVES**
**August 28, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02391**

**5,109.** **DIRECTV, INC. V. ROBLES**
**August 28, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61658**

**5,110.** **DIRECTV, INC. V. SAVATDY**
**August 28, 2003 CO U.S. DIST. CT. 1:03-CV-01653**

**5,111.** **DIRECTV, INC. V. SCHLEDORN**
**August 28, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-02394**

**5,112.** **DIRECTV, INC. V. SPENCER**
**August 28, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61645**

**5,113.** **DIRECTV, INC. V. TRENTACO**
**August 28, 2003 PA U.S. DIST. CT., EAST 2:03-CV-04991**

**5,114.** **DIRECTV, INC., ET AL V. THOMAS**
**August 28, 2003 CO U.S. DIST. CT. 1:03-CV-01652**

**5,115.** **DIRECTV, INC., V. CORRAL**
**August 28, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80808**

**5,116.** **DIRECTV, INC., V. GOODMAN**
**August 28, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80804**

**5,117.** **DIRECTV, INC., V. SCHOLTES**
**August 28, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14253**

**5,118.** **DIRECTV INC V. CLYMER**
**August 27, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-01933**

**5,119.** **DIRECTV INC V. LICKMAN**
**August 27, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-01935**

**5,120. DIRECTV INC V. MORGENSTERN**
August 27, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-01932

**5,121. DIRECTV, INC. V. BARNES**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01241

**5,122. DIRECTV, INC. V. BONANNO**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01253

**5,123. DIRECTV, INC. V. CANTWELL**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01244

**5,124. DIRECTV, INC. V. CAPO**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01250

**5,125. DIRECTV, INC. V. CHISMARK**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01255

**5,126. DIRECTV, INC. V. DEVRIES**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01248

**5,127. DIRECTV, INC. V. HAGGARD**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01257

**5,128. DIRECTV, INC. V. HOLMES**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01246

**5,129. DIRECTV, INC. V. HORNE**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01252

**5,130. DIRECTV, INC. V. HUFFMAN**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01242

**5,131. DIRECTV, INC. V. IRLAND**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01254

**5,132. DIRECTV, INC. V. KAMICKA**
August 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22291

**5,133. DIRECTV, INC. V. KRUPA**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01249

**5,134. DIRECTV, INC. V. LARDEO**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01237

**5,135. DIRECTV, INC. V. LASLEY**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01247

**5,136. DIRECTV, INC. V. MOHAMMED**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01236

**5,137. DIRECTV, INC. V. NADEAU**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01240

**5,138. DIRECTV, INC. V. NGUYEN**
August 27, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-01937

**5,139. DIRECTV, INC. V. SALEM**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01256

**5,140. DIRECTV, INC. V. SANTIAGO**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01245

**5,141. DIRECTV, INC. V. SHRECK**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01243

**5,142. DIRECTV, INC. V. TUTTLE**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01239

**5,143. DIRECTV, INC., ET AL V. DELORENZO**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01238

**5,144. DIRECTV, INC., ET AL V. GRETKOWSKI**
August 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01251

**5,145. DIRECTV, INC. V. BIANCO**
August 26, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01228

**5,146. DIRECTV, INC. V. BRAY**
August 26, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01227

**5,147. DIRECTV, INC. V. FALZONE**
August 26, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01226

**5,148. DIRECTV, INC. V. HEIMALL**
August 26, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01220

**5,149. DIRECTV, INC. V. NORTON**
August 26, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01219

**5,150. DIRECTV, INC. V. PLOTNIK**
August 26, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01222

**5,151. DIRECTV, INC. V. REESE**
August 26, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01217

**5,152. DIRECTV, INC. V. RODRIGUEZ**
August 26, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01218

**5,153. DIRECTV, INC. V. ROSENDO**
August 26, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01229

**5,154. DIRECTV, INC. V. SPENCER**
August 26, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01224

**5,155. DIRECTV, INC. V. SPERDUTI**
August 26, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01225

**5,156. DIRECTV, INC. V. VAN DYKE**
August 26, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01221

**5,157. DIRECTV, INC. V. WILSON**
August 26, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01223

**5,158. DIRECTV INC V. HOLSTEN**
August 25, 2003 SC U.S. DIST. CT. 7:03-CV-02787

**5,159. DIRECTV, INC. V. JOHNSON**
August 22, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01022

**5,160. DIRECTV, INC. V. KEENUM**
August 22, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01024

**5,161. DIRECTV, INC. V. KROHN**
August 22, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01025

**5,162. DIRECTV, INC. V. LUCKEY**
August 22, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01023

**5,163. DIRECTV, INC. V. NIERE**
August 20, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14247

**5,164. DIRECTV, INC. V. SPARKS**
August 20, 2003 GA U.S. DIST. CT., NORTH 4:03-CV-00213

**5,165. DIRECTV, INC. V. THOMAS**
August 20, 2003 GA U.S. DIST. CT., NORTH 4:03-CV-00212

**5,166. DIRECTV, INC. V. DO**
August 15, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00568

**5,167. DIRECTV, INC. V. HARNISH**
August 15, 2003 FL U.S. DIST. CT., SOUTH 4:03-CV-10063

**5,168. DIRECTV, INC. V. HOWELL**
August 15, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01003

**5,169. DIRECTV, INC. V. THRASH**
August 15, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-01002

**5,170. DIRECTV, INC. V. ANTASEK**
August 14, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00675

**5,171. DIRECTV, INC. V. BOWEN, ET AL**
August 14, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00676

**5,172. DIRECTV, INC. V. FROMETA**
August 14, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22200

**5,173. DIRECTV, INC. V. LANIER**
August 14, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00687

**5,174. DIRECTV, INC. V. PEMBER**
August 14, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00688

**5,175. DIRECTV, INC. V. PIERCE**
August 14, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00678

**5,176.** DIRECTV, INC. V. PRINCE
August 14, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00689

**5,177.** DIRECTV, INC. V. TOBIAS
August 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07478

**5,178.** DIRECTV, INC, V. KALAROVICH
August 13, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61556

**5,179.** DIRECTV, INC. V. NASH
August 13, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61554

**5,180.** DIRECTV INC V. LOCKHART
August 12, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00350

**5,181.** DIRECTV INC V. SUAREZ
August 12, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00349

**5,182.** DIRECTV, INC V. NIEDERMEIER
August 12, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02261

**5,183.** DIRECTV, INC V. YOX
August 12, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02263

**5,184.** DIRECTV, INC. V. ALEXANDER
August 12, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02264

**5,185.** DIRECTV, INC. V. MILLER
August 12, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00662

**5,186.** DIRECTV, INC. V. MOORE
August 12, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00663

**5,187.** DIRECTV, INC. V. WISE
August 12, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02262

**5,188.** DIRECTV INC V. BRYANT
August 11, 2003 MI U.S. DIST. CT., EAST 2:03-CV-73056

**5,189.** DIRECTV, INC. V. BROWN
August 11, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00301

**5,190.** DIRECTV, INC. V. BRYAN
August 11, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22145

**5,191.** DIRECTV, INC. V. CASTILLO
August 11, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22147

**5,192.** DIRECTV, INC. V. DESOTELL
August 11, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00303

**5,193.** DIRECTV, INC. V. FERNANDEZ
August 11, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22143

**5,194.** DIRECTV, INC. V. HERN
August 11, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22146

**5,195.** DIRECTV, INC. V. KNISELY
August 11, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00302

**5,196.** DIRECTV, INC. V. BELL
August 08, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00450

**5,197.** DIRECTV, INC. V. BELMONTE
August 08, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00448

**5,198.** DIRECTV, INC. V. BOODRAM
August 08, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01683

**5,199.** DIRECTV, INC. V. BRAUN
August 08, 2003 ID U.S. DIST. CT. 03-CV-00336

**5,200.** DIRECTV, INC. V. CHURCH
August 08, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01685

**5,201.** DIRECTV, INC. V. CONNORS
August 08, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01682

**5,202.** DIRECTV, INC. V. DANIELS
August 08, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61533

**5,203.** DIRECTV, INC. V. DOMENICO
August 08, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80743

**5,204.** **DIRECTV, INC. V. DOMINGUEZ**
August 08, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80745


**5,205.** **DIRECTV, INC. V. EPSTEIN**
August 08, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00445


**5,206.** **DIRECTV, INC. V. FOREMAN**
August 08, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00653


**5,207.** **DIRECTV, INC. V. GOMES**
August 08, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00446


**5,208.** **DIRECTV, INC. V. GONZALES**
August 08, 2003 ID U.S. DIST. CT. 03-CV-00337


**5,209.** **DIRECTV, INC. V. GREMILLION**
August 08, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00652


**5,210.** **DIRECTV, INC. V. HALL**
August 08, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02230


**5,211.** **DIRECTV, INC. V. HEMINGWAY**
August 08, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00443


**5,212.** **DIRECTV, INC. V. ISERN**
August 08, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01679


**5,213.** **DIRECTV, INC. V. JACOBS**
August 08, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61527


**5,214.** **DIRECTV, INC. V. MILLER**
August 08, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-01685


**5,215.** **DIRECTV, INC. V. NADER**
August 08, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00651


**5,216.** **DIRECTV, INC. V. O'DONNELL**
August 08, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01680


**5,217.** **DIRECTV, INC. V. OVERBECK**
August 08, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01684

**5,218. DIRECTV, INC. V. PARSONS**
August 08, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01681

**5,219. DIRECTV, INC. V. PATTERSON**
August 08, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00449

**5,220. DIRECTV, INC. V. RENNEBERG**
August 08, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80742

**5,221. DIRECTV, INC. V. SAMUELSON**
August 08, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00650

**5,222. DIRECTV, INC. V. SEIFF**
August 08, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80741

**5,223. DIRECTV, INC. V. SIMPSON**
August 08, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00447

**5,224. DIRECTV, INC. V. WEISSBERG**
August 08, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61532

**5,225. DIRECTV, INC. V. WHITAKER**
August 08, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00444

**5,226. DIRECTV, INC., ET AL V. SABOW**
August 08, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61529

**5,227. DIRECTV, INC., V. BYXBEE**
August 08, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14231

**5,228. DIRECTV, INC., V. DEVONMILLE**
August 08, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14232

**5,229. DIRECTV, INC., V. LEE, ET AL**
August 08, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14229

**5,230. DIRECTV, INC., V. MILLS**
August 08, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14230

**5,231. DIRECTV INC V. DEXTER**
August 07, 2003 IN U.S. DIST. CT., NORTH 4:03-CV-00066

**5,232.** DIRECTV, INC. V. ALBRIGHT
August 07, 2003 PA U.S. DIST. CT., EAST 2:03-CV-04603

**5,233.** DIRECTV, INC. V. BEDWAY
August 07, 2003 PA U.S. DIST. CT., EAST 2:03-CV-04600

**5,234.** DIRECTV, INC. V. BENNETT
August 07, 2003 PA U.S. DIST. CT., EAST 2:03-CV-04601

**5,235.** DIRECTV, INC. V. BUCCI
August 07, 2003 PA U.S. DIST. CT., EAST 2:03-CV-04602

**5,236.** DIRECTV, INC. V. BUSCH
August 07, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14226

**5,237.** DIRECTV, INC. V. BUTT
August 07, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14227

**5,238.** DIRECTV, INC. V. CARTER
August 07, 2003 VA U.S. DIST. CT., WEST 7:03-CV-00504

**5,239.** DIRECTV, INC. V. CASTRO
August 07, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22129

**5,240.** DIRECTV, INC. V. CLARK
August 07, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22127

**5,241.** DIRECTV, INC. V. CORTES
August 07, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22128

**5,242.** DIRECTV, INC. V. JOHNSON
August 07, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14225

**5,243.** DIRECTV, INC. V. MORTON
August 07, 2003 PA U.S. DIST. CT., EAST 2:03-CV-04598

**5,244.** DIRECTV, INC. V. TAMEZ
August 07, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00293

**5,245.** DIRECTV, INC. V. YOUNG
August 07, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00294

**5,246.** **DIRECTV INC V. ABBOTT**
August 06, 2003 IN U.S. DIST. CT., NORTH 1:03-CV-00293

**5,247.** **DIRECTV INC V. ALYEA**
August 06, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00325

**5,248.** **DIRECTV INC V. ATCHISON**
August 06, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00566

**5,249.** **DIRECTV INC V. BARTKOWIAK**
August 06, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00329

**5,250.** **DIRECTV INC V. COGLEY**
August 06, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00324

**5,251.** **DIRECTV INC V. CRIDER**
August 06, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00326

**5,252.** **DIRECTV INC V. CRITZ**
August 06, 2003 IN U.S. DIST. CT., NORTH 1:03-CV-00295

**5,253.** **DIRECTV INC V. CROOK**
August 06, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00328

**5,254.** **DIRECTV INC V. CROUCH**
August 06, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00322

**5,255.** **DIRECTV INC V. EDSON**
August 06, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00323

**5,256.** **DIRECTV INC V. ELING**
August 06, 2003 IN U.S. DIST. CT., NORTH 1:03-CV-00294

**5,257.** **DIRECTV INC V. GUTIERREZ**
August 06, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00327

**5,258.** **DIRECTV INC V. JENDRASZKIEWICZ**
August 06, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00561

**5,259.** **DIRECTV INC V. SCHILTZ**
August 06, 2003 IN U.S. DIST. CT., NORTH 1:03-CV-00296

**5,260.** **DIRECTV INC V. SOLBURG**
August 06, 2003 FL U.S. DIST. CT., NORTH 4:03-CV-00242

**5,261.** **DIRECTV, INC. V. BAUM**
August 06, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01135

**5,262.** **DIRECTV, INC. V. BROWN**
August 06, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61503

**5,263.** **DIRECTV, INC. V. BURGHER**
August 06, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01132

**5,264.** **DIRECTV, INC. V. CONANT**
August 06, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01134

**5,265.** **DIRECTV, INC. V. CONNORS**
August 06, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01137

**5,266.** **DIRECTV, INC. V. COOPER**
August 06, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61502

**5,267.** **DIRECTV, INC. V. DURAND**
August 06, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01138

**5,268.** **DIRECTV, INC. V. HENSON**
August 06, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61504

**5,269.** **DIRECTV, INC. V. HOOD**
August 06, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01136

**5,270.** **DIRECTV, INC. V. JARRETT**
August 06, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01131

**5,271.** **DIRECTV, INC. V. KARYCKI**
August 06, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01133

**5,272.** **DIRECTV, INC. V. MCLOUTH**
August 06, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00517

**5,273.** **DIRECTV, INC. V. NISBETT**
August 06, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61501

**5,274. DIRECTV, INC. V. SANCHEZ**
**August 06, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01139**

**5,275. DIRECTV, INC. V. ARMADA**
**August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22086**

**5,276. DIRECTV, INC. V. BONZON**
**August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22087**

**5,277. DIRECTV, INC. V. BRODSKY**
**August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22084**

**5,278. DIRECTV, INC. V. BROOKS**
**August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22076**

**5,279. DIRECTV, INC. V. BROWN**
**August 05, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61493**

**5,280. DIRECTV, INC. V. DENIS**
**August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22062**

**5,281. DIRECTV, INC. V. DIAZ**
**August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22077**

**5,282. DIRECTV, INC. V. FARIES**
**August 05, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00634**

**5,283. DIRECTV, INC. V. FEKIH**
**August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22085**

**5,284. DIRECTV, INC. V. FOSTER**
**August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22073**

**5,285. DIRECTV, INC. V. GARCIA**
**August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22074**

**5,286. DIRECTV, INC. V. GRIMSTEAD**
**August 05, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61488**

**5,287. DIRECTV, INC. V. HARVEY**
**August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22069**

**5,288. DIRECTV, INC. V. JACKSON**
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22066

**5,289. DIRECTV, INC. V. JORGE**
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22083

**5,290. DIRECTV, INC. V. KELLEY**
August 05, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61490

**5,291. DIRECTV, INC. V. KERLEY**
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22072

**5,292. DIRECTV, INC. V. KUSENS**
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22081

**5,293. DIRECTV, INC. V. LINTON**
August 05, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61491

**5,294. DIRECTV, INC. V. LOPEZ**
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22070

**5,295. DIRECTV, INC. V. LOPEZ**
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22075

**5,296. DIRECTV, INC. V. LORENZO**
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22068

**5,297. DIRECTV, INC. V. LOWE**
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22090

**5,298. DIRECTV, INC. V. METZLER**
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22079

**5,299. DIRECTV, INC. V. RODRIGUEZ**
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22098

**5,300. DIRECTV, INC. V. RUIZ**
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22064

**5,301. DIRECTV, INC. V. RUSSELL**
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22078

**5,302.** DIRECTV, INC. V. SALVADOR
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22065

**5,303.** DIRECTV, INC. V. THANI
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22092

**5,304.** DIRECTV, INC. V. THOMAS
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22089

**5,305.** DIRECTV, INC. V. THOMPSON
August 05, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61498

**5,306.** DIRECTV, INC. V. TRENZADO
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22099

**5,307.** DIRECTV, INC. V. TRUJILLO
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22067

**5,308.** DIRECTV, INC. V. VARGAS
August 05, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61489

**5,309.** DIRECTV, INC. V. VEGA
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22082

**5,310.** DIRECTV, INC., ET AL V. BRITO
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22061

**5,311.** DIRECTV, INC., ET AL V. LEVIN
August 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22088

**5,312.** DIRECTV INC V. DIVENS
August 04, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00331

**5,313.** DIRECTV INC V. HOHIDER
August 04, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00332

**5,314.** DIRECTV INC V. JESSEN
August 04, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00333

**5,315.** DIRECTV INC V. LINTHICOME
August 04, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00330

**5,316. DIRECTV INC V. POWELL**
August 04, 2003 FL U.S. DIST. CT., NORTH 5:03-CV-00204

**5,317. DIRECTV INC V. ROGERS**
August 04, 2003 FL U.S. DIST. CT., NORTH 5:03-CV-00205

**5,318. DIRECTV, INC. V. AKES**
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01636

**5,319. DIRECTV, INC. V. ARROYO**
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01637

**5,320. DIRECTV, INC. V. BEASLEY**
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01640

**5,321. DIRECTV, INC. V. BEDNAREK**
August 04, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80720

**5,322. DIRECTV, INC. V. BIRKETT**
August 04, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00638

**5,323. DIRECTV, INC. V. BOOTH**
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01616

**5,324. DIRECTV, INC. V. BRAVO**
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01618

**5,325. DIRECTV, INC. V. BRENES**
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01631

**5,326. DIRECTV, INC. V. BRETT**
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01608

**5,327. DIRECTV, INC. V. BRIETTE**
August 04, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80722

**5,328. DIRECTV, INC. V. CABRAL**
August 04, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22054

**5,329. DIRECTV, INC. V. CANTOR, ET AL**
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01615

**5,330.** DIRECTV, INC. V. CARTER, ET AL
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01639

**5,331.** DIRECTV, INC. V. CHRISTIAN
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01607

**5,332.** DIRECTV, INC. V. CONLEY
August 04, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00633

**5,333.** DIRECTV, INC. V. COWELL
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01611

**5,334.** DIRECTV, INC. V. DEES
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01641

**5,335.** DIRECTV, INC. V. DEUFEL
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01630

**5,336.** DIRECTV, INC. V. DIXON
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01638

**5,337.** DIRECTV, INC. V. ETZLER
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01606

**5,338.** DIRECTV, INC. V. EVANS
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01625

**5,339.** DIRECTV, INC. V. FELICIANO
August 04, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00286

**5,340.** DIRECTV, INC. V. GILEAU
August 04, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00285

**5,341.** DIRECTV, INC. V. GREEN
August 04, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14219

**5,342.** DIRECTV, INC. V. HANGLEY
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01614

**5,343.** DIRECTV, INC. V. HERNANDEZ
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01605

**5,344. DIRECTV, INC. V. HETRICK**
**August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01601**


**5,345. DIRECTV, INC. V. HILL**
**August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01602**


**5,346. DIRECTV, INC. V. HOLMES**
**August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01620**


**5,347. DIRECTV, INC. V. HOLTZLANDER**
**August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01624**


**5,348. DIRECTV, INC. V. HUSE**
**August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01603**


**5,349. DIRECTV, INC. V. ILANO**
**August 04, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00635**


**5,350. DIRECTV, INC. V. JOHNSTON**
**August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01626**


**5,351. DIRECTV, INC. V. KACKOS**
**August 04, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80721**


**5,352. DIRECTV, INC. V. KANELOUS**
**August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01643**


**5,353. DIRECTV, INC. V. KING**
**August 04, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22055**


**5,354. DIRECTV, INC. V. LABARGE**
**August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01622**


**5,355. DIRECTV, INC. V. LEFEBVRE**
**August 04, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80719**


**5,356. DIRECTV, INC. V. LENNON**
**August 04, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00284**


**5,357. DIRECTV, INC. V. LENNON**
**August 04, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01154**

**5,358.** DIRECTV, INC. V. LENSS
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01609

**5,359.** DIRECTV, INC. V. MATSON
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01623

**5,360.** DIRECTV, INC. V. MCINTOSH
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01610

**5,361.** DIRECTV, INC. V. MCKAY
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01612

**5,362.** DIRECTV, INC. V. MCLENDON
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01619

**5,363.** DIRECTV, INC. V. MELENS
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01604

**5,364.** DIRECTV, INC. V. MESERVE
August 04, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00637

**5,365.** DIRECTV, INC. V. MYERS
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01634

**5,366.** DIRECTV, INC. V. NAILE
August 04, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00283

**5,367.** DIRECTV, INC. V. NEASE
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01617

**5,368.** DIRECTV, INC. V. NEWELL
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01627

**5,369.** DIRECTV, INC. V. NICHOLS
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01628

**5,370.** DIRECTV, INC. V. NONCLERC
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01629

**5,371.** DIRECTV, INC. V. PAMAN
August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01632

**5,372.** **DIRECTV, INC. V. SANTIAGO**
**August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01635**

**5,373.** **DIRECTV, INC. V. THOMPSON**
**August 04, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00636**

**5,374.** **DIRECTV, INC. V. WILLIAMS**
**August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01633**

**5,375.** **DIRECTV, INC. V. WILLIS**
**August 04, 2003 GA U.S. DIST. CT., MID. 6:03-CV-00039**

**5,376.** **DIRECTV, INC., ET AL V. LEEDY, ET AL**
**August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01621**

**5,377.** **DIRECTV, INC., ET AL V. MARLOW**
**August 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01613**

**5,378.** **DIRECTV, INC. V. ABBOTT**
**August 01, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02051**

**5,379.** **DIRECTV, INC. V. ALLEN**
**August 01, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02055**

**5,380.** **DIRECTV, INC. V. BLEVINS**
**August 01, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-02047**

**5,381.** **DIRECTV, INC. V. CLARK**
**August 01, 2003 AL U.S. DIST. CT., NORTH 6:03-CV-02044**

**5,382.** **DIRECTV, INC. V. CLEM**
**August 01, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02063**

**5,383.** **DIRECTV, INC. V. CONNER**
**August 01, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02073**

**5,384.** **DIRECTV, INC. V. COOK**
**August 01, 2003 AL U.S. DIST. CT., NORTH 3:03-CV-02057**

**5,385.** **DIRECTV, INC. V. COOK**
**August 01, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02062**

**5,386. DIRECTV, INC. V. DAVIDSON**
August 01, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02061


**5,387. DIRECTV, INC. V. FANN**
August 01, 2003 AL U.S. DIST. CT., NORTH 3:03-CV-02046


**5,388. DIRECTV, INC. V. GATLIN**
August 01, 2003 AL U.S. DIST. CT., NORTH 3:03-CV-02059


**5,389. DIRECTV, INC. V. GRENON**
August 01, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01112


**5,390. DIRECTV, INC. V. HARGER**
August 01, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02067


**5,391. DIRECTV, INC. V. HATTON**
August 01, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02068


**5,392. DIRECTV, INC. V. HOUSEMAN**
August 01, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01114


**5,393. DIRECTV, INC. V. HUDSON**
August 01, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02072


**5,394. DIRECTV, INC. V. JONES**
August 01, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02049


**5,395. DIRECTV, INC. V. KELSOE**
August 01, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02071


**5,396. DIRECTV, INC. V. KLEIN**
August 01, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02045


**5,397. DIRECTV, INC. V. LONG**
August 01, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02070


**5,398. DIRECTV, INC. V. MARSH**
August 01, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02064


**5,399. DIRECTV, INC. V. MCCLURE**
August 01, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02048

**5,400.** **DIRECTV, INC. V. MCGUIRE**
August 01, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02042

**5,401.** **DIRECTV, INC. V. MCNAIR**
August 01, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-02060

**5,402.** **DIRECTV, INC. V. MENDOLERA**
August 01, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01113

**5,403.** **DIRECTV, INC. V. MYERS**
August 01, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02041

**5,404.** **DIRECTV, INC. V. PATCH**
August 01, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02050

**5,405.** **DIRECTV, INC. V. POMAVILLE**
August 01, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02053

**5,406.** **DIRECTV, INC. V. RUTLEDGE**
August 01, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-02052

**5,407.** **DIRECTV, INC. V. SMITH**
August 01, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-02058

**5,408.** **DIRECTV, INC. V. SPARKS**
August 01, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02066

**5,409.** **DIRECTV, INC. V. THOMPSON**
August 01, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02065

**5,410.** **DIRECTV, INC. V. WADSWORTH**
August 01, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02056

**5,411.** **DIRECTV, INC. V. WISDOM**
August 01, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02043

**5,412.** **DIRECTV, INC. V. WITHERSPOON**
August 01, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02054

**5,413.** **DIRECTV, INC. V. WOLFORD**
August 01, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-02069

**5,414.** DIRECTV, INC. V. WOLFORD
August 01, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-02040

**5,415.** DIRECTV INC V. PAULSEN, ET AL
July 31, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-02980

**5,416.** DIRECTV, INC. V. BERGER
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00403

**5,417.** DIRECTV, INC. V. BROWN
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00423

**5,418.** DIRECTV, INC. V. CHAMBERLAIN
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00419

**5,419.** DIRECTV, INC. V. FEATHERSTON
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00429

**5,420.** DIRECTV, INC. V. FUNK
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00430

**5,421.** DIRECTV, INC. V. GABRICK
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00431

**5,422.** DIRECTV, INC. V. GARRISON
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00406

**5,423.** DIRECTV, INC. V. GIBSON
July 31, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61457

**5,424.** DIRECTV, INC. V. GIL
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00432

**5,425.** DIRECTV, INC. V. KOLLINITIS
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00407

**5,426.** DIRECTV, INC. V. KRUPP
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00426

**5,427.** DIRECTV, INC. V. LANG
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00427

**5,428. DIRECTV, INC. V. LARA**
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00409

**5,429. DIRECTV, INC. V. LIPFORD**
July 31, 2003 GA U.S. DIST. CT., MID. 3:03-CV-00077

**5,430. DIRECTV, INC. V. MCFALLS**
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00411

**5,431. DIRECTV, INC. V. MITCHELL**
July 31, 2003 CO U.S. DIST. CT. 1:03-CV-01456

**5,432. DIRECTV, INC. V. MONTALVO**
July 31, 2003 CO U.S. DIST. CT. 1:03-CV-01461

**5,433. DIRECTV, INC. V. MOY**
July 31, 2003 CO U.S. DIST. CT. 1:03-CV-01460

**5,434. DIRECTV, INC. V. MURPHY**
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00414

**5,435. DIRECTV, INC. V. MURPHY**
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00401

**5,436. DIRECTV, INC. V. PENNINGS**
July 31, 2003 CO U.S. DIST. CT. 1:03-CV-01462

**5,437. DIRECTV, INC. V. PEREZ**
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00410

**5,438. DIRECTV, INC. V. PHIBBS**
July 31, 2003 CO U.S. DIST. CT. 1:03-CV-01463

**5,439. DIRECTV, INC. V. RAMIREZ**
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00408

**5,440. DIRECTV, INC. V. REALI**
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00420

**5,441. DIRECTV, INC. V. REIMERS**
July 31, 2003 CO U.S. DIST. CT. 1:03-CV-01459

**5,442. DIRECTV, INC. V. REIS**
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00421


**5,443. DIRECTV, INC. V. RICHELLIEW**
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00412


**5,444. DIRECTV, INC. V. RODDY**
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00422


**5,445. DIRECTV, INC. V. ROSE**
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00415


**5,446. DIRECTV, INC. V. RUCKER**
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00416


**5,447. DIRECTV, INC. V. SHULDBERG**
July 31, 2003 CO U.S. DIST. CT. 1:03-CV-01464


**5,448. DIRECTV, INC. V. SIMILE**
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00424


**5,449. DIRECTV, INC. V. SKENDZEL**
July 31, 2003 CO U.S. DIST. CT. 1:03-CV-01458


**5,450. DIRECTV, INC. V. SPOTANSKI**
July 31, 2003 CO U.S. DIST. CT. 1:03-CV-01465


**5,451. DIRECTV, INC. V. SPOTANSKI**
July 31, 2003 CO U.S. DIST. CT. 1:03-CV-01466


**5,452. DIRECTV, INC. V. STRAZZERI**
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00425


**5,453. DIRECTV, INC. V. TREWORGY**
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00428


**5,454. DIRECTV, INC. V. WALKER**
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00399


**5,455. DIRECTV, INC. V. WATSON**
July 31, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00400

**5,456. DIRECTV, INC. V. WILLCOX**
July 31, 2003 CO U.S. DIST. CT. 1:03-CV-01457

**5,457. DIRECTV, INC., ET AL V. FILS-AIME**
July 31, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22032

**5,458. DIRECTV, INC. V. BISHOP, ET AL**
July 30, 2003 MS U.S. DIST. CT., NORTH 3:03-CV-00134

**5,459. DIRECTV, INC. V. GOODMAN**
July 30, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80701

**5,460. DIRECTV, INC. V. HALTER**
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01428

**5,461. DIRECTV, INC. V. HAYS**
July 30, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01098

**5,462. DIRECTV, INC. V. HOFFER**
July 30, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61435

**5,463. DIRECTV, INC. V. HOLT**
July 30, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-02011

**5,464. DIRECTV, INC. V. JANOUS**
July 30, 2003 MS U.S. DIST. CT., NORTH 4:03-CV-00325

**5,465. DIRECTV, INC. V. JIRON**
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01436

**5,466. DIRECTV, INC. V. LAMASTRA**
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01432

**5,467. DIRECTV, INC. V. LARD**
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01435

**5,468. DIRECTV, INC. V. LAROE**
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01426

**5,469. DIRECTV, INC. V. MACK**
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01434

**5,470.** DIRECTV, INC. V. MANDEL
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01438

**5,471.** DIRECTV, INC. V. MAY
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01439

**5,472.** DIRECTV, INC. V. MCCLARNON
July 30, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80702

**5,473.** DIRECTV, INC. V. MIRSKY
July 30, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80700

**5,474.** DIRECTV, INC. V. MOTZNY
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01440

**5,475.** DIRECTV, INC. V. NEARING
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01430

**5,476.** DIRECTV, INC. V. OLSON
July 30, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22011

**5,477.** DIRECTV, INC. V. PASLEY
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01431

**5,478.** DIRECTV, INC. V. PIZZICARA
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01442

**5,479.** DIRECTV, INC. V. REYNOLDS
July 30, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02012

**5,480.** DIRECTV, INC. V. RITTER
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01429

**5,481.** DIRECTV, INC. V. SALVO
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01443

**5,482.** DIRECTV, INC. V. SMITH
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01444

**5,483.** DIRECTV, INC. V. SOBON
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01445

**5,484.** DIRECTV, INC. V. WALSH
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01446

**5,485.** DIRECTV, INC. V. WINSTEAD, ET AL
July 30, 2003 MS U.S. DIST. CT., SOUTH 2:03-CV-00404

**5,486.** DIRECTV, INC. V. WOLFE
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01433

**5,487.** DIRECTV, INC. V. WRIGHT, ET AL
July 30, 2003 MS U.S. DIST. CT., NORTH 1:03-CV-00286

**5,488.** DIRECTV, INC. V. YAEKLE
July 30, 2003 CO U.S. DIST. CT. 1:03-CV-01447

**5,489.** DIRECTV INC, ET AL V. MEDRANO
July 29, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00132

**5,490.** DIRECTV, ET AL V. BRADEN
July 29, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22014

**5,491.** DIRECTV, INC. V. ARMSTRONG
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01972

**5,492.** DIRECTV, INC. V. BATES
July 29, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00391

**5,493.** DIRECTV, INC. V. BILL ESHBAUGH, ET AL
July 29, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00382

**5,494.** DIRECTV, INC. V. BLANCO
July 29, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22015

**5,495.** DIRECTV, INC. V. BLOCK
July 29, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61440

**5,496.** DIRECTV, INC. V. BOWERS
July 29, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01971

**5,497.** DIRECTV, INC. V. BOYD
July 29, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-01990

**5,498. DIRECTV, INC. V. BRANNEN**
July 29, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61441

**5,499. DIRECTV, INC. V. BRAVO**
July 29, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61439

**5,500. DIRECTV, INC. V. BRINCKERHOFF**
July 29, 2003 FL U.S. DIST. CT., SOUTH 4:03-CV-10056

**5,501. DIRECTV, INC. V. BROWN**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01970

**5,502. DIRECTV, INC. V. BURGOS**
July 29, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14213

**5,503. DIRECTV, INC. V. BURNS**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01384

**5,504. DIRECTV, INC. V. CHILCOTE**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01398

**5,505. DIRECTV, INC. V. CLEVELAND**
July 29, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-01977

**5,506. DIRECTV, INC. V. CLOER**
July 29, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01949

**5,507. DIRECTV, INC. V. COOK**
July 29, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-01950

**5,508. DIRECTV, INC. V. COOK**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01399

**5,509. DIRECTV, INC. V. DAVIS**
July 29, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22012

**5,510. DIRECTV, INC. V. DEVINE**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01945

**5,511. DIRECTV, INC. V. DIERKENS**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01397

**5,512. DIRECTV, INC. V. DUBRASKY**
July 29, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00388

**5,513. DIRECTV, INC. V. DUFF**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01976

**5,514. DIRECTV, INC. V. EISSA**
July 29, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61433

**5,515. DIRECTV, INC. V. ELROD**
July 29, 2003 AL U.S. DIST. CT., NORTH 3:03-CV-01975

**5,516. DIRECTV, INC. V. ENO**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01383

**5,517. DIRECTV, INC. V. EPPS**
July 29, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61434

**5,518. DIRECTV, INC. V. FARMER**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01947

**5,519. DIRECTV, INC. V. FERCHAU**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01382

**5,520. DIRECTV, INC. V. FERNANDEZ**
July 29, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22018

**5,521. DIRECTV, INC. V. FISCHER**
July 29, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14212

**5,522. DIRECTV, INC. V. GARTEN**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01948

**5,523. DIRECTV, INC. V. GAULT**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01944

**5,524. DIRECTV, INC. V. GERALD**
July 29, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14214

**5,525. DIRECTV, INC. V. GLEN**
July 29, 2003 VA U.S. DIST. CT., EAST 4:03-CV-00099

**5,526. DIRECTV, INC. V. GOING**
July 29, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22008


**5,527. DIRECTV, INC. V. GOULD**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01401


**5,528. DIRECTV, INC. V. GRAY**
July 29, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01974


**5,529. DIRECTV, INC. V. GREGG**
July 29, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00389


**5,530. DIRECTV, INC. V. HARBIN**
July 29, 2003 AL U.S. DIST. CT., NORTH 6:03-CV-01969


**5,531. DIRECTV, INC. V. HARMAN**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01385


**5,532. DIRECTV, INC. V. HAUSER**
July 29, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00392


**5,533. DIRECTV, INC. V. HERREN**
July 29, 2003 AL U.S. DIST. CT., NORTH 6:03-CV-01978


**5,534. DIRECTV, INC. V. HIRST**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-02000


**5,535. DIRECTV, INC. V. HUDSON**
July 29, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01967


**5,536. DIRECTV, INC. V. HUGHES**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01402


**5,537. DIRECTV, INC. V. HUNTER**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01386


**5,538. DIRECTV, INC. V. ITEN**
July 29, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22010


**5,539. DIRECTV, INC. V. JAPAL**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01999

**5,540. DIRECTV, INC. V. KEITH**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01991


**5,541. DIRECTV, INC. V. KERIN**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01381


**5,542. DIRECTV, INC. V. LASKOWSKY**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01387


**5,543. DIRECTV, INC. V. LAUTNER**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01403


**5,544. DIRECTV, INC. V. LAWLEY**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01966


**5,545. DIRECTV, INC. V. LENDE**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01390


**5,546. DIRECTV, INC. V. LENZ**
July 29, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00390


**5,547. DIRECTV, INC. V. LONG**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01973


**5,548. DIRECTV, INC. V. LOVE**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01997


**5,549. DIRECTV, INC. V. MANGUM**
July 29, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01943


**5,550. DIRECTV, INC. V. MANN**
July 29, 2003 AL U.S. DIST. CT., NORTH 3:03-CV-01998


**5,551. DIRECTV, INC. V. MATTISON**
July 29, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01992


**5,552. DIRECTV, INC. V. MAYFIELD**
July 29, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-01942


**5,553. DIRECTV, INC. V. MCINTYRE**
July 29, 2003 AL U.S. DIST. CT., NORTH 3:03-CV-01993

**5,554. DIRECTV, INC. V. MCTUNE**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01964


**5,555. DIRECTV, INC. V. MILLER**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01404


**5,556. DIRECTV, INC. V. MIMS**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01941


**5,557. DIRECTV, INC. V. MORALES**
July 29, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22009


**5,558. DIRECTV, INC. V. NORTON**
July 29, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-01994


**5,559. DIRECTV, INC. V. O'NEAL**
July 29, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01965


**5,560. DIRECTV, INC. V. ODEN**
July 29, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01995


**5,561. DIRECTV, INC. V. PACHECO**
July 29, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61432


**5,562. DIRECTV, INC. V. PANELLA**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01388


**5,563. DIRECTV, INC. V. PATTON**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01389


**5,564. DIRECTV, INC. V. PEDINGS**
July 29, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01996


**5,565. DIRECTV, INC. V. PEET**
July 29, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01984


**5,566. DIRECTV, INC. V. PELAYO**
July 29, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22013


**5,567. DIRECTV, INC. V. PELTZ**
July 29, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00384

**5,568. DIRECTV, INC. V. PEREZ**
July 29, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00385

**5,569. DIRECTV, INC. V. PHILACHANH**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01391

**5,570. DIRECTV, INC. V. PUCKETT**
July 29, 2003 AL U.S. DIST. CT., NORTH 6:03-CV-01989

**5,571. DIRECTV, INC. V. PUGH**
July 29, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01979

**5,572. DIRECTV, INC. V. RAMIREZ**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01392

**5,573. DIRECTV, INC. V. RAMON**
July 29, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22017

**5,574. DIRECTV, INC. V. REYES**
July 29, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00963

**5,575. DIRECTV, INC. V. RIGGSBY**
July 29, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-01983

**5,576. DIRECTV, INC. V. RIZVI**
July 29, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-22019

**5,577. DIRECTV, INC. V. ROBERTS**
July 29, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-01987

**5,578. DIRECTV, INC. V. ROCHON**
July 29, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00386

**5,579. DIRECTV, INC. V. ROSENDO**
July 29, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61436

**5,580. DIRECTV, INC. V. ROWDEN**
July 29, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01940

**5,581. DIRECTV, INC. V. RUSSELL**
July 29, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01939

**5,582. DIRECTV, INC. V. SAK**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01379

**5,583. DIRECTV, INC. V. SATTLER**
July 29, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61442

**5,584. DIRECTV, INC. V. SAUNDERS**
July 29, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00961

**5,585. DIRECTV, INC. V. SCHELLING**
July 29, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00387

**5,586. DIRECTV, INC. V. SENKEVICH**
July 29, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00395

**5,587. DIRECTV, INC. V. SHIELDS**
July 29, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61431

**5,588. DIRECTV, INC. V. SHIVLEY**
July 29, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00393

**5,589. DIRECTV, INC. V. SPATTA**
July 29, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01092

**5,590. DIRECTV, INC. V. STACK**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01981

**5,591. DIRECTV, INC. V. STEELE**
July 29, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01982

**5,592. DIRECTV, INC. V. STEPHENSON**
July 29, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01985

**5,593. DIRECTV, INC. V. STERN**
July 29, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61444

**5,594. DIRECTV, INC. V. STOLZ**
July 29, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01986

**5,595. DIRECTV, INC. V. STUBBLEFIELD**
July 29, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01938

**5,596. DIRECTV, INC. V. SUN**
July 29, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61447

**5,597. DIRECTV, INC. V. SWINDALL**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01937

**5,598. DIRECTV, INC. V. SWINFORD**
July 29, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01946

**5,599. DIRECTV, INC. V. THOMPSON**
July 29, 2003 AL U.S. DIST. CT., NORTH 6:03-CV-01936

**5,600. DIRECTV, INC. V. THOMPSON**
July 29, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01980

**5,601. DIRECTV, INC. V. TURNBALL**
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01393

**5,602. DIRECTV, INC. V. TYLER**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01988

**5,603. DIRECTV, INC. V. TYLER**
July 29, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01935

**5,604. DIRECTV, INC. V. VA**
July 29, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61430

**5,605. DIRECTV, INC. V. VIARS**
July 29, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00397

**5,606. DIRECTV, INC. V. VIARS**
July 29, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00398

**5,607. DIRECTV, INC. V. WARREN**
July 29, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61437

**5,608. DIRECTV, INC. V. WATERS**
July 29, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01934

**5,609. DIRECTV, INC. V. WHALEY**
July 29, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-01968

**5,610.** DIRECTV, INC. V. WHITE
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01395


**5,611.** DIRECTV, INC. V. WILSON
July 29, 2003 AL U.S. DIST. CT., NORTH 7:03-CV-01933


**5,612.** DIRECTV, INC. V. WREDE
July 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01570


**5,613.** DIRECTV, INC., ET AL V. GOLDBERG
July 29, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61443


**5,614.** DIRECTV, INC., ET AL V. KURZAWA
July 29, 2003 CO U.S. DIST. CT. 1:03-CV-01380


**5,615.** DIRECTV INC V. BURNOM
July 28, 2003 LA U.S. DIST. CT., WEST 6:03-CV-01405


**5,616.** DIRECTV INC V. CONSIGNY
July 28, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00317


**5,617.** DIRECTV INC V. EDWARD CARNEY
July 28, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-05362


**5,618.** DIRECTV INC V. FALK
July 28, 2003 FL U.S. DIST. CT., NORTH 1:03-CV-00126


**5,619.** DIRECTV INC V. HERSHKOWITZ
July 28, 2003 FL U.S. DIST. CT., NORTH 1:03-CV-00127


**5,620.** DIRECTV INC V. HOOPER
July 28, 2003 LA U.S. DIST. CT., WEST 6:03-CV-01404


**5,621.** DIRECTV INC V. LAURENCE, ET AL
July 28, 2003 LA U.S. DIST. CT., WEST 6:03-CV-01403


**5,622.** DIRECTV INC V. LAURENCE, ET AL
July 28, 2003 LA U.S. DIST. CT., WEST 2:03-CV-01403


**5,623.** DIRECTV INC V. MORRISON
July 28, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00315

**5,624.** **DIRECTV INC V. PEARSON**
July 28, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00316


**5,625.** **DIRECTV V. ANDERSON**
July 28, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80679


**5,626.** **DIRECTV V. CARDENAS**
July 28, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80680


**5,627.** **DIRECTV V. CATASUS**
July 28, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80682


**5,628.** **DIRECTV V. JOSEPH**
July 28, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80686


**5,629.** **DIRECTV V. PHIL MOONEYHAM, ET AL**
July 28, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-01178


**5,630.** **DIRECTV V. SEISSER**
July 28, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80689


**5,631.** **DIRECTV V. WHEELER**
July 28, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80684


**5,632.** **DIRECTV, INC. V. ARTHUR**
July 28, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01917


**5,633.** **DIRECTV, INC. V. BENCE**
July 28, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01914


**5,634.** **DIRECTV, INC. V. BRUNO**
July 28, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80692


**5,635.** **DIRECTV, INC. V. BULYAR**
July 28, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80683


**5,636.** **DIRECTV, INC. V. COCHRAN**
July 28, 2003 AL U.S. DIST. CT., NORTH 6:03-CV-01915


**5,637.** **DIRECTV, INC. V. CONNER**
July 28, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01557

**5,638. DIRECTV, INC. V. CONOVER**
July 28, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01556

**5,639. DIRECTV, INC. V. COOK**
July 28, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01085

**5,640. DIRECTV, INC. V. COPELAND**
July 28, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01559

**5,641. DIRECTV, INC. V. CURTIS**
July 28, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01916

**5,642. DIRECTV, INC. V. DELAP**
July 28, 2003 MS U.S. DIST. CT., NORTH 2:03-CV-00254

**5,643. DIRECTV, INC. V. DELOREY**
July 28, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01555

**5,644. DIRECTV, INC. V. ENTREKIN**
July 28, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01913

**5,645. DIRECTV, INC. V. GATLIN**
July 28, 2003 AL U.S. DIST. CT., NORTH 3:03-CV-01918

**5,646. DIRECTV, INC. V. GORDON**
July 28, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80678

**5,647. DIRECTV, INC. V. HUDEC**
July 28, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00613

**5,648. DIRECTV, INC. V. JUDSON**
July 28, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00612

**5,649. DIRECTV, INC. V. KELLY**
July 28, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00377

**5,650. DIRECTV, INC. V. LUNDE**
July 28, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80688

**5,651. DIRECTV, INC. V. MALDONADO**
July 28, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14211

**5,652.** DIRECTV, INC. V. MARVER
July 28, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00378

**5,653.** DIRECTV, INC. V. MCBAY
July 28, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80681

**5,654.** DIRECTV, INC. V. NABRAS
July 28, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01919

**5,655.** DIRECTV, INC. V. ODOM
July 28, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01920

**5,656.** DIRECTV, INC. V. PAIGE
July 28, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00611

**5,657.** DIRECTV, INC. V. PANDO
July 28, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00380

**5,658.** DIRECTV, INC. V. PANIK
July 28, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00381

**5,659.** DIRECTV, INC. V. SUMMERS
July 28, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01921

**5,660.** DIRECTV, INC. V. SWICEGOOD
July 28, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01922

**5,661.** DIRECTV, INC. V. WISE, ET AL
July 28, 2003 GA U.S. DIST. CT., MID. 5:03-CV-00251

**5,662.** DIRECTV, INC., ET AL V. BOCHTLER
July 28, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80685

**5,663.** DIRECTV, INC., ET AL V. CALDWELL
July 28, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01558

**5,664.** DIRECTV INC V. BESHARA
July 25, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00813

**5,665.** DIRECTV INC V. BISHOP
July 25, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00544

**5,666. DIRECTV INC V. BRISKI**
July 25, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00543

**5,667. DIRECTV INC V. CLARK**
July 25, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00811

**5,668. DIRECTV INC V. ELLIOTT**
July 25, 2003 KY U.S. DIST. CT., EAST 6:03-CV-00402

**5,669. DIRECTV INC V. GASSER ET AL**
July 25, 2003 WI U.S. DIST. CT., EAST 2:03-CV-00702

**5,670. DIRECTV INC V. HALL**
July 25, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00373

**5,671. DIRECTV INC V. JAMROCK**
July 25, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00541

**5,672. DIRECTV INC V. JOHNSON ET AL**
July 25, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-01684

**5,673. DIRECTV INC V. KEVIN AUGUSTINE, ET AL**
July 25, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-05334

**5,674. DIRECTV INC V. LEEP, ET AL**
July 25, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00542

**5,675. DIRECTV INC V. MCLOUD**
July 25, 2003 WA U.S. DIST. CT., EAST 2:03-CV-03087

**5,676. DIRECTV INC V. MERCADO**
July 25, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-01503

**5,677. DIRECTV INC V. PYRON, ET AL**
July 25, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01565

**5,678. DIRECTV INC V. RICARDO CORREA, ET AL**
July 25, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-05336

**5,679. DIRECTV INC V. STAFFORD**
July 25, 2003 WA U.S. DIST. CT., WEST 3:03-CV-05410

**5,680. DIRECTV INC V. STEPHEN KENNEDY, ET AL**
July 25, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-05341

**5,681. DIRECTV INC V. TAYLOR**
July 25, 2003 IL U.S. DIST. CT., SOUTH 3:03-CV-00482

**5,682. DIRECTV INC V. TREVINO**
July 25, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00812

**5,683. DIRECTV INC V. WILSON**
July 25, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40405

**5,684. DIRECTV, INC V. BAYZAEE**
July 25, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00950

**5,685. DIRECTV, INC V. BUSSAN, ET AL**
July 25, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-05166

**5,686. DIRECTV, INC V. MUDUGNO, ET AL**
July 25, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-05169

**5,687. DIRECTV, INC. V. ADCOCK**
July 25, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00704

**5,688. DIRECTV, INC. V. BANDELL**
July 25, 2003 CO U.S. DIST. CT. 1:03-CV-01341

**5,689. DIRECTV, INC. V. BREWER**
July 25, 2003 AR U.S. DIST. CT., WEST 6:03-CV-06083

**5,690. DIRECTV, INC. V. GACE**
July 25, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00278

**5,691. DIRECTV, INC. V. GONZALEZ**
July 25, 2003 MD U.S. DIST. CT. 8:03-CV-02182

**5,692. DIRECTV, INC. V. GRZANOV**
July 25, 2003 NY U.S. DIST. CT., EAST 2:03-CV-03630

**5,693. DIRECTV, INC. V. HASLEY**
July 25, 2003 OK U.S. DIST. CT., NORTH 4:03-CV-00492

**5,694. DIRECTV, INC. V. HATTERSLEY ET AL**
July 25, 2003 PA U.S. DIST. CT., EAST 2:03-CV-04356

**5,695. DIRECTV, INC. V. HESTER**
July 25, 2003 MD U.S. DIST. CT. 8:03-CV-02183

**5,696. DIRECTV, INC. V. HO**
July 25, 2003 NY U.S. DIST. CT., EAST 2:03-CV-03629

**5,697. DIRECTV, INC. V. KARNES, ET AL**
July 25, 2003 WV U.S. DIST. CT., SOUTH 3:03-CV-00691

**5,698. DIRECTV, INC. V. KOLLER**
July 25, 2003 CO U.S. DIST. CT. 1:03-CV-01342

**5,699. DIRECTV, INC. V. LAUX ET AL**
July 25, 2003 PA U.S. DIST. CT., EAST 2:03-CV-04357

**5,700. DIRECTV, INC. V. MALDONADO, ET AL**
July 25, 2003 GA U.S. DIST. CT., MID. 3:03-CV-00073

**5,701. DIRECTV, INC. V. MONROE, ET AL**
July 25, 2003 MO U.S. DIST. CT., EAST 4:03-CV-01014

**5,702. DIRECTV, INC. V. ROSS**
July 25, 2003 OK U.S. DIST. CT., EAST 6:03-CV-00412

**5,703. DIRECTV, INC. V. SARMIENTO**
July 25, 2003 NY U.S. DIST. CT., EAST 1:03-CV-03631

**5,704. DIRECTV, INC. V. SARTIN**
July 25, 2003 PA U.S. DIST. CT., MID. 3:03-CV-01246

**5,705. DIRECTV, INC. V. STANTON, ET AL**
July 25, 2003 NJ U.S. DIST. CT. 1:03-CV-03573

**5,706. DIRECTV, INC. V. STEVENS**
July 25, 2003 GA U.S. DIST. CT., MID. 4:03-CV-00108

**5,707. DIRECTV, INC. V. WELLS, ET AL**
July 25, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00627

**5,708. DIRECTV INC V. CANTORE, ET AL.**
July 24, 2003 NM U.S. DIST. CT. 2:03-CV-00872

**5,709. DIRECTV INC V. CARTER, ET AL**
July 24, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00526

**5,710. DIRECTV INC V. HENDERSON**
July 24, 2003 SC U.S. DIST. CT. 7:03-CV-02445

**5,711. DIRECTV INC V. PATOSKIE**
July 24, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00282

**5,712. DIRECTV INC V. REID**
July 24, 2003 FL U.S. DIST. CT., NORTH 4:03-CV-00231

**5,713. DIRECTV INC V. SOK**
July 24, 2003 KS U.S. DIST. CT. 2:03-CV-02379

**5,714. DIRECTV INC V. TODD**
July 24, 2003 SC U.S. DIST. CT. 0:03-CV-02444

**5,715. DIRECTV INC V. WINGEIER, ET AL**
July 24, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00265

**5,716. DIRECTV, INC V. LIBBERT**
July 24, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-01086

**5,717. DIRECTV, INC. V. BEGGS**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01054

**5,718. DIRECTV, INC. V. BERRY**
July 24, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01540

**5,719. DIRECTV, INC. V. BITZANAKIS**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01051

**5,720. DIRECTV, INC. V. BITZANAKIS**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01052

**5,721. DIRECTV, INC. V. BURNS**
July 24, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61416

**5,722. DIRECTV, INC. V. CAMACHO**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01055

**5,723. DIRECTV, INC. V. CHALFANT**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01050

**5,724. DIRECTV, INC. V. CHAMBERLAN**
July 24, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00600

**5,725. DIRECTV, INC. V. CHANG**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01071

**5,726. DIRECTV, INC. V. COCKING**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01059

**5,727. DIRECTV, INC. V. CURLEE**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01053

**5,728. DIRECTV, INC. V. DITRO**
July 24, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01544

**5,729. DIRECTV, INC. V. DORR**
July 24, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61417

**5,730. DIRECTV, INC. V. EMFINGER**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01062

**5,731. DIRECTV, INC. V. FARRELL**
July 24, 2003 NY U.S. DIST. CT., NORTH 5:03-CV-00930

**5,732. DIRECTV, INC. V. FERNANDES**
July 24, 2003 MA U.S. DIST. CT. 1:03-CV-11395

**5,733. DIRECTV, INC. V. FORRESTER**
July 24, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01541

**5,734. DIRECTV, INC. V. GAIL**
July 24, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07447

**5,735. DIRECTV, INC. V. GILCHRIST**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01069

**5,736. DIRECTV, INC. V. HARTSFIELD**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01067

**5,737. DIRECTV, INC. V. HEIDECKER**
July 24, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61405

**5,738. DIRECTV, INC. V. HERRERA**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01056

**5,739. DIRECTV, INC. V. HOCQUARD**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01063

**5,740. DIRECTV, INC. V. HOLLENBACK**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01065

**5,741. DIRECTV, INC. V. IWAN**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01068

**5,742. DIRECTV, INC. V. JOHNSON**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01064

**5,743. DIRECTV, INC. V. KOPYTKO**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01066

**5,744. DIRECTV, INC. V. KUKAWSKI**
July 24, 2003 MI U.S. DIST. CT., WEST 5:03-CV-00110

**5,745. DIRECTV, INC. V. LANIER, ET AL**
July 24, 2003 NC U.S. DIST. CT., EAST 03-CV-00575

**5,746. DIRECTV, INC. V. LEWIS**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01070

**5,747. DIRECTV, INC. V. MCGRAW**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01057

**5,748. DIRECTV, INC. V. MCWHORTER**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01061

**5,749. DIRECTV, INC. V. PLYMALE**
July 24, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01542

**5,750. DIRECTV, INC. V. SANDERS**
July 24, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14204

**5,751. DIRECTV, INC. V. SOLES**
July 24, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61413

**5,752. DIRECTV, INC. V. SUSKO**
July 24, 2003 OH U.S. DIST. CT., NORTH 4:03-CV-01562

**5,753. DIRECTV, INC. V. SUTTON**
July 24, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-01561

**5,754. DIRECTV, INC. V. SZEREMI**
July 24, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00599

**5,755. DIRECTV, INC. V. WATSON**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01060

**5,756. DIRECTV, INC. V. WITTER**
July 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01058

**5,757. DIRECTV. INC. V. JOHN SARANTIS**
July 24, 2003 MA U.S. DIST. CT. 1:03-CV-11396

**5,758. DIRECTV V. ARMSTRONG**
July 23, 2003 UT U.S. DIST. CT. 1:03-CV-00078

**5,759. DIRECTV V. GUZMAN**
July 23, 2003 UT U.S. DIST. CT. 1:03-CV-00079

**5,760. DIRECTV, INC. V. ALONSO**
July 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21985

**5,761. DIRECTV, INC. V. BRYAN**
July 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21986

**5,762. DIRECTV, INC. V. DOWNEY**
July 23, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01897

**5,763. DIRECTV, INC. V. FOULADI**
July 23, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01042

**5,764. DIRECTV, INC. V. GERALDO REYES, ET AL**
July 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21984


**5,765. DIRECTV, INC. V. HAMPTON**
July 23, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01901


**5,766. DIRECTV, INC. V. HERRING**
July 23, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01902


**5,767. DIRECTV, INC. V. KNUUTILA**
July 23, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01041


**5,768. DIRECTV, INC. V. LINDSEY**
July 23, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01898


**5,769. DIRECTV, INC. V. MEDLEY**
July 23, 2003 OR U.S. DIST. CT. 6:03-CV-01010


**5,770. DIRECTV, INC. V. ORTIZ**
July 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21987


**5,771. DIRECTV, INC. V. PEREZ**
July 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21983


**5,772. DIRECTV, INC. V. PISHKO**
July 23, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80669


**5,773. DIRECTV, INC. V. RELIFORD**
July 23, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01900


**5,774. DIRECTV, INC. V. ROSS**
July 23, 2003 OK U.S. DIST. CT., EAST 6:03-CV-00408


**5,775. DIRECTV, INC. V. SCHRAM**
July 23, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01899


**5,776. DIRECTV, INC. V. VELAZQUEZ**
July 23, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80670


**5,777. DIRECTV, INC. V. ZIMNY, ET AL**
July 23, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80668

**5,778. DIRECTV, INC., ET AL V. SANCHEZ**
July 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21982


**5,779. DIRECTV, INC. V. LUPIANI**
July 22, 2003 NY U.S. DIST. CT., WEST 6:03-CV-06351


**5,780. DIRECTV, INC. V. SCHIMPF**
July 22, 2003 NY U.S. DIST. CT., WEST 1:03-CV-00557


**5,781. DIRECTV, INC. V. VANTUCCI**
July 22, 2003 NY U.S. DIST. CT., WEST 6:03-CV-06350


**5,782. DIRECTV, INC. V. HAINES**
July 21, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01024


**5,783. DIRECTV, INC. V. HEINEN**
July 21, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01025


**5,784. DIRECTV, INC. V. MILLER**
July 21, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01027


**5,785. DIRECTV, INC. V. MILLIGAN**
July 21, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01028


**5,786. DIRECTV, INC. V. NICKERSON**
July 21, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01030


**5,787. DIRECTV, INC. V. VANWESEP**
July 21, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01022


**5,788. DIRECTV, INC. V. VINCENT**
July 21, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01021


**5,789. DIRECTV, INC V. GARZA**
July 18, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00262


**5,790. DIRECTV, INC V. GONZALES**
July 18, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00261


**5,791. DIRECTV, INC V. LEE**
July 18, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00263

**5,792. DIRECTV, INC. V. KENNEDY**
July 18, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00488

**5,793. DIRECTV, INC. V. PORTER**
July 18, 2003 FL U.S. DIST. CT., MID. 6:03-CV-01017

**5,794. DIRECTV, INC. V. CAO**
July 17, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-01481

**5,795. DIRECTV, INC. V. COLANER**
July 17, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-01494

**5,796. DIRECTV, INC. V. CORDIA**
July 17, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-01482

**5,797. DIRECTV, INC. V. GREATHOUSE**
July 17, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-01495

**5,798. DIRECTV, INC. V. HOBART**
July 17, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01825

**5,799. DIRECTV, INC. V. HOUSE**
July 17, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01826

**5,800. DIRECTV, INC. V. IMDORF**
July 17, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-01496

**5,801. DIRECTV, INC. V. JEVACK**
July 17, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-01480

**5,802. DIRECTV, INC. V. JOHNSON**
July 17, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-01477

**5,803. DIRECTV, INC. V. MILLER**
July 17, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-01475

**5,804. DIRECTV, INC. V. MORGAN**
July 17, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01827

**5,805. DIRECTV, INC. V. MUMM**
July 17, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01828

**5,806. DIRECTV, INC. V. REED**
July 17, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-01498

**5,807. DIRECTV, INC. V. RING**
July 17, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-01499

**5,808. DIRECTV, INC. V. SCHWARTZ**
July 17, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-01500

**5,809. DIRECTV, INC. V. BEAUCHENE**
July 16, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00490

**5,810. DIRECTV INC V. SIERMINSKI**
July 14, 2003 MI U.S. DIST. CT., EAST 2:03-CV-72675

**5,811. DIRECTV, INC. V. ADDIS**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01378

**5,812. DIRECTV, INC. V. ADKINS**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07421

**5,813. DIRECTV, INC. V. BLACK**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01387

**5,814. DIRECTV, INC. V. BRITTS**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01371

**5,815. DIRECTV, INC. V. CAUDILL**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07338

**5,816. DIRECTV, INC. V. FELICIANO**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01373

**5,817. DIRECTV, INC. V. FIGUEROA**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01398

**5,818. DIRECTV, INC. V. FINKENBINER**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07352

**5,819. DIRECTV, INC. V. FOOS**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07423

**5,820. DIRECTV, INC. V. GALOSI**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01394

**5,821. DIRECTV, INC. V. GORDON**
July 14, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00484

**5,822. DIRECTV, INC. V. GREEN**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01372

**5,823. DIRECTV, INC. V. GUREWICZ**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01377

**5,824. DIRECTV, INC. V. HENRY**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07398

**5,825. DIRECTV, INC. V. HERMAN**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01399

**5,826. DIRECTV, INC. V. HOMA**
July 14, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-01424

**5,827. DIRECTV, INC. V. HURST**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01383

**5,828. DIRECTV, INC. V. JACOBS**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07424

**5,829. DIRECTV, INC. V. JAY**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07351

**5,830. DIRECTV, INC. V. JOHN JAY**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07372

**5,831. DIRECTV, INC. V. JOHNSON**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07350

**5,832. DIRECTV, INC. V. KING**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01382

**5,833. DIRECTV, INC. V. KONJURA**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01384

**5,834. DIRECTV, INC. V. KOVACS**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01432

**5,835. DIRECTV, INC. V. KYLE**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07396

**5,836. DIRECTV, INC. V. LAWRENCE**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07419

**5,837. DIRECTV, INC. V. LEWIS**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01431

**5,838. DIRECTV, INC. V. LIMA**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01404

**5,839. DIRECTV, INC. V. MARSHALL**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07418

**5,840. DIRECTV, INC. V. MARTUKOVICH**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01385

**5,841. DIRECTV, INC. V. MARVIN**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01405

**5,842. DIRECTV, INC. V. MCGUIRE**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07422

**5,843. DIRECTV, INC. V. MERCED**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01406

**5,844. DIRECTV, INC. V. MILNER**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07348

**5,845. DIRECTV, INC. V. MORROQUIN**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07373

**5,846. DIRECTV, INC. V. MOTLEY**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01375

**5,847. DIRECTV, INC. V. NELSON**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01418

**5,848. DIRECTV, INC. V. NEWMAN**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07395

**5,849. DIRECTV, INC. V. OASIS**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01407

**5,850. DIRECTV, INC. V. OBBISH**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01430

**5,851. DIRECTV, INC. V. PARSONS**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01429

**5,852. DIRECTV, INC. V. PASTORE**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01413

**5,853. DIRECTV, INC. V. POKRZYWA**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07420

**5,854. DIRECTV, INC. V. PRICE**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07355

**5,855. DIRECTV, INC. V. REISZ**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01428

**5,856. DIRECTV, INC. V. RILEY**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01381

**5,857. DIRECTV, INC. V. SAIVANDY**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07374

**5,858. DIRECTV, INC. V. SANTORA**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01388

**5,859. DIRECTV, INC. V. SAUNDERS**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07397

**5,860. DIRECTV, INC. V. SCHOOLEY**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07375

**5,861. DIRECTV, INC. V. SLATER**
July 14, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-01439

**5,862. DIRECTV, INC. V. SMITH**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01386

**5,863. DIRECTV, INC. V. SMITH**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01416

**5,864. DIRECTV, INC. V. SOTO**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01427

**5,865. DIRECTV, INC. V. STILTNER**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07376

**5,866. DIRECTV, INC. V. TAFT**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07377

**5,867. DIRECTV, INC. V. THOMAS**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01433

**5,868. DIRECTV, INC. V. TILLMAN**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07378

**5,869. DIRECTV, INC. V. VANTAGGI**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01434

**5,870. DIRECTV, INC. V. WHITE**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07417

**5,871. DIRECTV, INC. V. WINDOM**
July 14, 2003 OH U.S. DIST. CT., NORTH 5:03-CV-01426

**5,872. DIRECTV, INC. V. WISEMAN**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01396

**5,873. DIRECTV, INC. V. WOODBY**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07425

**5,874. DIRECTV, INC. V. YENCHUS**
July 14, 2003 OH U.S. DIST. CT., NORTH 1:03-CV-01376

**5,875. DIRECTV, INC. V. YOCKEY**
July 14, 2003 OH U.S. DIST. CT., NORTH 3:03-CV-07379

**5,876.** DIRECTV, INC. V. CHAPPE
July 11, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61345


**5,877.** DIRECTV INC V. CRAVEN, ET AL
July 10, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-02506


**5,878.** DIRECTV, INC. V. PERRY
July 10, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01771


**5,879.** DIRECTV, INC. V. ROBERTS
July 10, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01772


**5,880.** DIRECTV, INC. V. VIDOSICS ET AL
July 10, 2003 MI U.S. DIST. CT., WEST 5:03-CV-00093


**5,881.** DIRECTV INC V. ANTONIO C GUILIN, ET AL
July 08, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-01105


**5,882.** DIRECTV INC V. CHARLES BROWNLEE, ET AL
July 08, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-01104


**5,883.** DIRECTV, INC. V. GODFREY
July 08, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61320


**5,884.** DIRECTV, INC. V. WILCOX
July 08, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21839


**5,885.** DIRECTV, INC. V. BROWN
July 07, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61300


**5,886.** DIRECTV, INC. V. BUCKMANN
July 07, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61304


**5,887.** DIRECTV, INC. V. CARY
July 07, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61305


**5,888.** DIRECTV, INC. V. CEVALLOS
July 07, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61302


**5,889.** DIRECTV, INC. V. RAHMAN
July 07, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61303

**5,890. DIRECTV, INC. V. AYRES**
July 02, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01690

**5,891. DIRECTV, INC. V. BARNETT**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01622

**5,892. DIRECTV, INC. V. BATES**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01623

**5,893. DIRECTV, INC. V. BOMAN**
July 02, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01691

**5,894. DIRECTV, INC. V. BROWN**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01624

**5,895. DIRECTV, INC. V. BUCKNER**
July 02, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01732

**5,896. DIRECTV, INC. V. CAMPBELL**
July 02, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01692

**5,897. DIRECTV, INC. V. CARDWELL**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01656

**5,898. DIRECTV, INC. V. CHANDLER**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01625

**5,899. DIRECTV, INC. V. CHANDLER, ET AL**
July 02, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01693

**5,900. DIRECTV, INC. V. CHRISTOPHER**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01657

**5,901. DIRECTV, INC. V. CLEMENTS**
July 02, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01630

**5,902. DIRECTV, INC. V. COOPER**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01626

**5,903. DIRECTV, INC. V. COOPER**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01627

**5,904. DIRECTV, INC. V. CROW**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01628

**5,905. DIRECTV, INC. V. DAVIS**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01658

**5,906. DIRECTV, INC. V. EASTERWOOD**
July 02, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-01682

**5,907. DIRECTV, INC. V. EVANS**
July 02, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01734

**5,908. DIRECTV, INC. V. FAZEKAS**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01641

**5,909. DIRECTV, INC. V. FLOYD**
July 02, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01631

**5,910. DIRECTV, INC. V. FRAZIER**
July 02, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-01660

**5,911. DIRECTV, INC. V. GALLIMORE**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01640

**5,912. DIRECTV, INC. V. GUTTERY**
July 02, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01651

**5,913. DIRECTV, INC. V. HALL**
July 02, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01733

**5,914. DIRECTV, INC. V. HARP**
July 02, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01633

**5,915. DIRECTV, INC. V. HEADRICK**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01665

**5,916. DIRECTV, INC. V. HELPINGSTINE**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01636

**5,917. DIRECTV, INC. V. HILL**
July 02, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01634

**5,918. DIRECTV, INC. V. HOLLAND**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01642

**5,919. DIRECTV, INC. V. HORN**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01643

**5,920. DIRECTV, INC. V. HUBBARD**
July 02, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01635

**5,921. DIRECTV, INC. V. HUGHES**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01666

**5,922. DIRECTV, INC. V. JACOBS**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01674

**5,923. DIRECTV, INC. V. JONES**
July 02, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-01661

**5,924. DIRECTV, INC. V. KING**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01646

**5,925. DIRECTV, INC. V. KIRBY**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01675

**5,926. DIRECTV, INC. V. KREUTZ**
July 02, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01652

**5,927. DIRECTV, INC. V. LANDERS**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01676

**5,928. DIRECTV, INC. V. LITTLE**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01659

**5,929. DIRECTV, INC. V. LOONEY**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01644

**5,930. DIRECTV, INC. V. MARTIN**
July 02, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01736

**5,931. DIRECTV, INC. V. MCCLUNG**
July 02, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01737

**5,932. DIRECTV, INC. V. MCCRARY**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01672

**5,933. DIRECTV, INC. V. MCKINNEY**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01637

**5,934. DIRECTV, INC. V. MEANS**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01629

**5,935. DIRECTV, INC. V. MERCER**
July 02, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01653

**5,936. DIRECTV, INC. V. MORRIS**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01683

**5,937. DIRECTV, INC. V. NICHOLSON**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01667

**5,938. DIRECTV, INC. V. NICHOLSON**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01668

**5,939. DIRECTV, INC. V. OSHIELDS**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01684

**5,940. DIRECTV, INC. V. PEARSON**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01638

**5,941. DIRECTV, INC. V. POWELL**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01677

**5,942. DIRECTV, INC. V. POWELL**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01669

**5,943. DIRECTV, INC. V. RAY**
July 02, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01654

**5,944. DIRECTV, INC. V. RAYMOND**
July 02, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-01662

**5,945. DIRECTV, INC. V. RENZETTI**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01685

**5,946. DIRECTV, INC. V. ROGERS**
July 02, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01738

**5,947. DIRECTV, INC. V. RUSSELL**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01670

**5,948. DIRECTV, INC. V. RUTLEDGE**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01645

**5,949. DIRECTV, INC. V. SANDERSON**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01673

**5,950. DIRECTV, INC. V. SEALE**
July 02, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-01663

**5,951. DIRECTV, INC. V. SHELTON**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01686

**5,952. DIRECTV, INC. V. SHIPLEY**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01678

**5,953. DIRECTV, INC. V. SIMS**
July 02, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01655

**5,954. DIRECTV, INC. V. SMITH**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01689

**5,955. DIRECTV, INC. V. SMITH**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01647

**5,956. DIRECTV, INC. V. SNYDER**
July 02, 2003 AL U.S. DIST. CT., NORTH 6:03-CV-01650

**5,957. DIRECTV, INC. V. SZERSZYNSKI**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01681

**5,958. DIRECTV, INC. V. TERRANCE**
July 02, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01735

**5,959. DIRECTV, INC. V. THARPE**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01639

**5,960. DIRECTV, INC. V. THOMPSON**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01671

**5,961. DIRECTV, INC. V. TOOLE**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01648

**5,962. DIRECTV, INC. V. TUNSTILL**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01687

**5,963. DIRECTV, INC. V. WHEELER**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01679

**5,964. DIRECTV, INC. V. WHITE**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01688

**5,965. DIRECTV, INC. V. WHITE**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01649

**5,966. DIRECTV, INC. V. WHITE**
July 02, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01680

**5,967. DIRECTV, INC. V. YATES**
July 02, 2003 AL U.S. DIST. CT., NORTH 1:03-CV-01664

**5,968. DIRECTV, INC. V. BURNETT**
June 30, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01598

**5,969. DIRECTV, INC. V. KEY, ET AL**
June 30, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00442

**5,970. DIRECTV, INC. V. SPLAWN**
June 30, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01597

**5,971. DIRECTV INC V. SCHERER**
June 27, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00261

**5,972. DIRECTV, INC. V. COUCH**
June 26, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00235

**5,973. DIRECTV INC V. SCALLAN**
June 24, 2003 LA U.S. DIST. CT., EAST 2:03-CV-01822

**5,974. DIRECTV, INC. V. KOSINSKI**
June 24, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00230

**5,975. DIRECTV, INC. V. PHINNEY**
June 24, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00227

**5,976. DIRECTV, INC. V. VEGA**
June 24, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00229

**5,977. DIRECTV INC. V. PATTERSON**
June 23, 2003 VA U.S. DIST. CT., WEST 1:03-CV-00072

**5,978. DIRECTV, INC. V. CAMPBELL**
June 23, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00875

**5,979. DIRECTV, INC. V. HOWELL**
June 23, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00217

**5,980. DIRECTV, INC. V. LOWRANCE**
June 23, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00221

**5,981. DIRECTV, INC. V. MYERS**
June 23, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00219

**5,982. DIRECTV, INC. V. NEAL**
June 23, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00222

**5,983. DIRECTV, INC. V. SAUDER**
June 23, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00224

**5,984. DIRECTV, INC. V. THOMPSON**
June 23, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00218

**5,985. DIRECTV, INC. V. WALDEN**
June 23, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00220

**5,986. DIRECTV, INC. V. ZIMMERMAN**
June 23, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00223

**5,987. DIRECTV INC V. BRADSHAW**
June 20, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00377

**5,988. DIRECTV, INC. V. BROWN**
June 20, 2003 OH U.S. DIST. CT., NORTH 1-03-01245


**5,989. DIRECTV, INC. V. CONEGLIO**
June 20, 2003 OH U.S. DIST. CT., NORTH 1-03-01244


**5,990. DIRECTV, INC. V. JONES**
June 20, 2003 OH U.S. DIST. CT., NORTH 1-03-01241


**5,991. DIRECTV INC V. REID, ET AL**
June 19, 2003 MI U.S. DIST. CT., EAST 2:03-CV-72391


**5,992. DIRECTV INC V. ROGGERO**
June 19, 2003 MI U.S. DIST. CT., EAST 2:03-CV-72381


**5,993. DIRECTV, INC. V. ZAEHRINGER**
June 19, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00848


**5,994. DIRECTV, INC. V. LAROZ**
June 17, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21623


**5,995. DIRECTV, INC. V. LIU**
June 17, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21624


**5,996. DIRECTV, INC. V. LLANES**
June 17, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21622


**5,997. DIRECTV INC V. PENKALA**
June 16, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00235


**5,998. DIRECTV, INC. V. MORRIS ET AL**
June 13, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03628


**5,999. DIRECTV, INC. V. SKAMARAKAS**
June 11, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61127


**6,000. DIRECTV, INC. V. GRAY**
June 10, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00799

**6,001.** **DIRECTV, INC. V. JACAS**
June 10, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00800

**6,002.** **DIRECTV, INC. V. LUCERO**
June 10, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00801

**6,003.** **DIRECTV, INC. V. WEAVING**
June 10, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00802

**6,004.** **DIRECTV INC V. MEREDITH**
June 09, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01222

**6,005.** **DIRECTV, INC. V. DALY ET AL**
June 09, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02847

**6,006.** **DIRECTV, INC. V. GRUND**
June 09, 2003 NY U.S. DIST. CT., NORTH 5:03-CV-00709

**6,007.** **DIRECTV, INC. V. CASTILLO**
June 06, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21553

**6,008.** **DIRECTV, INC. V. CASTRO**
June 06, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21551

**6,009.** **DIRECTV, INC. V. CAVANAUGH**
June 06, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21552

**6,010.** **DIRECTV, INC. V. COOK**
June 06, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00776

**6,011.** **DIRECTV, INC. V. HART**
June 06, 2003 MD U.S. DIST. CT. 8:03-CV-01681

**6,012.** **DIRECTV, INC. V. KAPADIA**
June 06, 2003 MD U.S. DIST. CT. 8:03-CV-01682

**6,013.** **DIRECTV, INC. V. MACFADYEN**
June 06, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00786

**6,014.** **DIRECTV, INC. V. SMITH**
June 06, 2003 VA U.S. DIST. CT., WEST 4:03-CV-00054

**6,015. DIRECTV INC V. CASTILLO**
June 05, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05762

**6,016. DIRECTV INC V. CRAWFORD**
June 05, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05768

**6,017. DIRECTV INC V. CUNHA**
June 05, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05760

**6,018. DIRECTV INC V. EVANS**
June 05, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05769

**6,019. DIRECTV INC V. FRIETAS**
June 05, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05761

**6,020. DIRECTV INC V. FRIETAS**
June 05, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01241

**6,021. DIRECTV INC V. GARTISER**
June 05, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05771

**6,022. DIRECTV INC V. GARTISER**
June 05, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01231

**6,023. DIRECTV INC V. HOLLAWAY**
June 05, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05767

**6,024. DIRECTV INC V. MEREDITH**
June 05, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05766

**6,025. DIRECTV INC V. SIMON**
June 05, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05765

**6,026. DIRECTV INC V. TENNISON**
June 05, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05770

**6,027. DIRECTV INC. V. HOLCK**
June 05, 2003 CA U.S. DIST. CT., NORTH 4:03-CV-02633

**6,028. DIRECTV, INC V. BORDEN**
June 05, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05764

**6,029. DIRECTV, INC V. FRITCHY**
June 05, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05763

**6,030. DIRECTV, INC. V. ARNOLD ET AL**
June 05, 2003 MD U.S. DIST. CT. 8:03-CV-01640

**6,031. DIRECTV, INC. V. CRAWFORD**
June 05, 2003 CA U.S. DIST. CT., NORTH 3:03-CV-02632

**6,032. DIRECTV INC V. AGUILAR**
June 04, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05756

**6,033. DIRECTV INC V. ARAUJO**
June 04, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05757

**6,034. DIRECTV INC V. AZEVEDO**
June 04, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05749

**6,035. DIRECTV INC V. BRICKER**
June 04, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05758

**6,036. DIRECTV INC V. BUTZ**
June 04, 2003 KY U.S. DIST. CT., WEST 5:03-CV-00130

**6,037. DIRECTV INC V. CANNELLA**
June 04, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05752

**6,038. DIRECTV INC V. CLEMONS**
June 04, 2003 KY U.S. DIST. CT., WEST 4:03-CV-00099

**6,039. DIRECTV INC V. CRUM**
June 04, 2003 KY U.S. DIST. CT., EAST 7:03-CV-00175

**6,040. DIRECTV INC V. ESTRADA**
June 04, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05750

**6,041. DIRECTV INC V. FOSTER**
June 04, 2003 KY U.S. DIST. CT., WEST 4:03-CV-00100

**6,042. DIRECTV INC V. HENSON**
June 04, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05751

**6,043. DIRECTV INC V. MCGLENON**
June 04, 2003 KY U.S. DIST. CT., WEST 5:03-CV-00129

**6,044. DIRECTV INC V. TAYLOR**
June 04, 2003 KY U.S. DIST. CT., EAST 3:03-CV-00034

**6,045. DIRECTV INC V. TRIPLETT**
June 04, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05748

**6,046. DIRECTV INC V. TRIPLETT**
June 04, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01237

**6,047. DIRECTV INC V. WYRICK**
June 04, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05759

**6,048. DIRECTV INC V. YI**
June 04, 2003 KY U.S. DIST. CT., EAST 2:03-CV-00122

**6,049. DIRECTV, INC V. CHRISMAN**
June 04, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05754

**6,050. DIRECTV, INC V. LUND**
June 04, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05753

**6,051. DIRECTV INC V. BERRYMAN ET AL**
June 03, 2003 KY U.S. DIST. CT., EAST 5:03-CV-00237

**6,052. DIRECTV INC V. FRANK M BABICH**
June 03, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03914

**6,053. DIRECTV INC V. JOHNSON**
June 03, 2003 KY U.S. DIST. CT., EAST 6:03-CV-00302

**6,054. DIRECTV INC V. JOHNSON**
June 03, 2003 KY U.S. DIST. CT., EAST 6:03-CV-00300

**6,055. DIRECTV INC V. STRANGE**
June 03, 2003 KY U.S. DIST. CT., EAST 5:03-CV-00238

**6,056. DIRECTV INC V. WILSON**
June 03, 2003 KY U.S. DIST. CT., EAST 6:03-CV-00301

**6,057. DIRECTV INC V. SMITH**
June 02, 2003 KY U.S. DIST. CT., WEST 3:03-CV-00337

**6,058. DIRECTV, INC. V. BOHINKY**
June 02, 2003 MD U.S. DIST. CT. 8:03-CV-01645

**6,059. DIRECTV, INC. V. COOKE ET AL**
June 02, 2003 MD U.S. DIST. CT. 8:03-CV-01649

**6,060. DIRECTV, INC. V. HANBURY ET AL**
June 02, 2003 MD U.S. DIST. CT. 8:03-CV-01647

**6,061. DIRECTV, INC. V. HOUFF ET AL**
June 02, 2003 MD U.S. DIST. CT. 8:03-CV-01648

**6,062. DIRECTV, INC. V. NICOL ET AL**
June 02, 2003 MD U.S. DIST. CT. 8:03-CV-01643

**6,063. DIRECTV, INC. V. TORRES ET AL**
June 02, 2003 MD U.S. DIST. CT. 8:03-CV-01642

**6,064. DIRECTV, INC. V. WILES ET AL**
June 02, 2003 MD U.S. DIST. CT. 8:03-CV-01641

**6,065. DIRECTV, INC. V. ANGLIM ET AL**
May 30, 2003 MD U.S. DIST. CT. 8:03-CV-01634

**6,066. DIRECTV, INC. V. CREWS, ET AL**
May 30, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00459

**6,067. DIRECTV, INC. V. HARDY ET AL**
May 30, 2003 MD U.S. DIST. CT. 8:03-CV-01639

**6,068. DIRECTV, INC. V. JOHNSON**
May 30, 2003 MD U.S. DIST. CT. 8:03-CV-01635

**6,069. DIRECTV, INC. V. MOXLEY**
May 30, 2003 MD U.S. DIST. CT. 8:03-CV-01636

**6,070. DIRECTV, INC. V. SCHAFER**
May 30, 2003 MD U.S. DIST. CT. 8:03-CV-01633

**6,071. DIRECTV, INC. V. VANOVER**
May 30, 2003 MD U.S. DIST. CT. 8:03-CV-01638

**6,072. DIRECTV, INC V. BARRY, ET AL**
May 29, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00426

**6,073. DIRECTV, INC V. CAZES, ET AL**
May 29, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00429

**6,074. DIRECTV, INC V. MAGGIO, ET AL**
May 29, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00428

**6,075. DIRECTV, INC V. MARTINEZ, ET AL**
May 29, 2003 CT U.S. DIST. CT. 3:03-CV-00953

**6,076. DIRECTV, INC. V. BROWN**
May 29, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21486

**6,077. DIRECTV INC V. BOETTGER, ET AL**
May 28, 2003 IL U.S. DIST. CT., CENT. 2:03-CV-02093

**6,078. DIRECTV, INC. V. ABREUT**
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21465

**6,079. DIRECTV, INC. V. ALAN**
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21467

**6,080. DIRECTV, INC. V. ALFONSO**
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21468

**6,081. DIRECTV, INC. V. ALVAREZ**
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21469

**6,082. DIRECTV, INC. V. BEETHEL**
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21466

**6,083. DIRECTV, INC. V. BRYAN**
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:01-CV-21471

**6,084. DIRECTV, INC. V. BRYAN**
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21462

**6,085.** DIRECTV, INC. V. BRYAN
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21471

**6,086.** DIRECTV, INC. V. BULNES
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21463

**6,087.** DIRECTV, INC. V. CONNOLLY ET AL
May 28, 2003 NY U.S. DIST. CT., EAST 1:03-CV-02660

**6,088.** DIRECTV, INC. V. CULMER
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21434

**6,089.** DIRECTV, INC. V. DECATREL
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21472

**6,090.** DIRECTV, INC. V. DILLON
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21433

**6,091.** DIRECTV, INC. V. GATLIN
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21436

**6,092.** DIRECTV, INC. V. GLASER
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21437

**6,093.** DIRECTV, INC. V. HOILETT
May 28, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61028

**6,094.** DIRECTV, INC. V. MURRAY
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21435

**6,095.** DIRECTV, INC. V. PEREZ
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21440

**6,096.** DIRECTV, INC. V. PETEROS
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21432

**6,097.** DIRECTV, INC. V. SMITH
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21444

**6,098.** DIRECTV, INC. V. TOPLEY
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21449

**6,099. DIRECTV, INC. V. VASQUEZ**
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21438

**6,100. DIRECTV, INC. V. VAZQUEZ**
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21445

**6,101. DIRECTV, INC. V. VERDES**
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21446

**6,102. DIRECTV, INC. V. VILLENA**
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21448

**6,103. DIRECTV, INC. V. ZAPATA**
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21451

**6,104. DIRECTV, INC., ET AL V. TAIT**
May 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21450

**6,105. DIRECTV INC V. BRAUN**
May 27, 2003 CT U.S. DIST. CT. 3:03-CV-00937

**6,106. DIRECTV INC V. CAMPBELL**
May 27, 2003 FL U.S. DIST. CT., NORTH 5:03-CV-00130

**6,107. DIRECTV INC V. CAPPS**
May 27, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00195

**6,108. DIRECTV INC V. DIXON, ET AL**
May 27, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01776

**6,109. DIRECTV INC V. DRYMAN**
May 27, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00193

**6,110. DIRECTV INC V. FRANKEL**
May 27, 2003 CT U.S. DIST. CT. 3:03-CV-00938

**6,111. DIRECTV INC V. HANCOCK, ET AL**
May 27, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01779

**6,112. DIRECTV INC V. MARTI**
May 27, 2003 FL U.S. DIST. CT., NORTH 1:03-CV-00097

**6,113. DIRECTV INC V. NELSON**
May 27, 2003 FL U.S. DIST. CT., NORTH 5:03-CV-00124

**6,114. DIRECTV INC V. PATEL**
May 27, 2003 FL U.S. DIST. CT., NORTH 5:03-CV-00128

**6,115. DIRECTV INC V. PECK**
May 27, 2003 FL U.S. DIST. CT., NORTH 5:03-CV-00126

**6,116. DIRECTV INC V. RHODES, ET AL**
May 27, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01774

**6,117. DIRECTV INC V. RICHARDSON**
May 27, 2003 CT U.S. DIST. CT. 3:03-CV-00936

**6,118. DIRECTV INC V. SCHNEIDER**
May 27, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00197

**6,119. DIRECTV INC V. SILVER, ET AL**
May 27, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00196

**6,120. DIRECTV INC V. SU, ET AL**
May 27, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01778

**6,121. DIRECTV INC V. TERRACE, ET AL**
May 27, 2003 CT U.S. DIST. CT. 3:03-CV-00939

**6,122. DIRECTV INC V. THOM**
May 27, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00198

**6,123. DIRECTV INC V. VONG, ET AL**
May 27, 2003 IL U.S. DIST. CT., CENT. 3:03-CV-03121

**6,124. DIRECTV INC V. WILLIAMS**
May 27, 2003 FL U.S. DIST. CT., NORTH 5:03-CV-00129

**6,125. DIRECTV INC V. WILLIAMS**
May 27, 2003 FL U.S. DIST. CT., NORTH 5:03-CV-00127

**6,126. DIRECTV INC V. WILSON, ET AL**
May 27, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01772

**6,127. DIRECTV INC V. ZASLAW**
May 27, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00194

**6,128. DIRECTV INC, ET AL V. DAVIS**
May 27, 2003 FL U.S. DIST. CT., NORTH 5:03-CV-00123

**6,129. DIRECTV, INC. V.**
May 27, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-21414

**6,130. DIRECTV, INC. V. ACEVEDO ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02688

**6,131. DIRECTV, INC. V. ADDISON**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61004

**6,132. DIRECTV, INC. V. AERENSON**
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80454

**6,133. DIRECTV, INC. V. AGUILA ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02617

**6,134. DIRECTV, INC. V. AKEUNG**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61038

**6,135. DIRECTV, INC. V. ALDINGER ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02621

**6,136. DIRECTV, INC. V. ALLAN ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02681

**6,137. DIRECTV, INC. V. ALLUZIO**
May 27, 2003 MA U.S. DIST. CT. 4:03-CV-40111

**6,138. DIRECTV, INC. V. ALTMAN ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02619

**6,139. DIRECTV, INC. V. ANDERSON ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02661

**6,140. DIRECTV, INC. V. ANDERSON ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02671

**6,141. DIRECTV, INC. V. ANDREWS**
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80437

**6,142. DIRECTV, INC. V. ANTON ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 1:03-CV-02643

**6,143. DIRECTV, INC. V. ASRANI**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61011

**6,144. DIRECTV, INC. V. AWEEKY ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02687

**6,145. DIRECTV, INC. V. BARTLETT ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02662

**6,146. DIRECTV, INC. V. BARTON ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02620

**6,147. DIRECTV, INC. V. BASILIOUS ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 1:03-CV-02639

**6,148. DIRECTV, INC. V. BEATRICE**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61039

**6,149. DIRECTV, INC. V. BEATTY**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61044

**6,150. DIRECTV, INC. V. BECKERS**
May 27, 2003 MA U.S. DIST. CT. 1:03-CV-11015

**6,151. DIRECTV, INC. V. BENNETT**
May 27, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00248

**6,152. DIRECTV, INC. V. BOITEL ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02680

**6,153. DIRECTV, INC. V. BOLD ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 1:03-CV-02641

**6,154. DIRECTV, INC. V. BRADSHAW ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 1:03-CV-02638

**6,155. DIRECTV, INC. V. BRAVO**
May 27, 2003 NJ U.S. DIST. CT. 2:03-CV-02496


**6,156. DIRECTV, INC. V. BROOKS**
May 27, 2003 NH U.S. DIST. CT. 1:03-CV-00230


**6,157. DIRECTV, INC. V. BROWN**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61042


**6,158. DIRECTV, INC. V. BROWN ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02665


**6,159. DIRECTV, INC. V. BUCHYN**
May 27, 2003 MA U.S. DIST. CT. 4:03-CV-40110


**6,160. DIRECTV, INC. V. BUSHNELL**
May 27, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00444


**6,161. DIRECTV, INC. V. CABLES**
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80453


**6,162. DIRECTV, INC. V. CALES**
May 27, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00451


**6,163. DIRECTV, INC. V. CAPOBIANCO ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02635


**6,164. DIRECTV, INC. V. CARAWAY**
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80443


**6,165. DIRECTV, INC. V. CARBALLO**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61043


**6,166. DIRECTV, INC. V. CASSIANO ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02629


**6,167. DIRECTV, INC. V. CASTRO**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21409


**6,168. DIRECTV, INC. V. CASTRO ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02683

**6,169. DIRECTV, INC. V. CAVENDER**
May 27, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00450

**6,170. DIRECTV, INC. V. CHAPMAN**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61018

**6,171. DIRECTV, INC. V. CHAPPLER**
May 27, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00258

**6,172. DIRECTV, INC. V. CHAVEZ**
May 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01113

**6,173. DIRECTV, INC. V. CHIGOS**
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80439

**6,174. DIRECTV, INC. V. CHOU**
May 27, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00720

**6,175. DIRECTV, INC. V. CLEMENS, ET AL**
May 27, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00253

**6,176. DIRECTV, INC. V. CLERIE**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61041

**6,177. DIRECTV, INC. V. COLLINS**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21417

**6,178. DIRECTV, INC. V. COMPRES ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02608

**6,179. DIRECTV, INC. V. CONTADOR**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21408

**6,180. DIRECTV, INC. V. COOPER, ET AL**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21377

**6,181. DIRECTV, INC. V. CORRENTI**
May 27, 2003 MA U.S. DIST. CT. 1:03-CV-11009

**6,182. DIRECTV, INC. V. CORRERA**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21404

**6,183.** DIRECTV, INC. V. COURTNEY
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61016

**6,184.** DIRECTV, INC. V. DAUPHINAIS
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80441

**6,185.** DIRECTV, INC. V. DAY
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60989

**6,186.** DIRECTV, INC. V. DE VITO
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60995

**6,187.** DIRECTV, INC. V. DEEGE
May 27, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00250

**6,188.** DIRECTV, INC. V. DELGADO
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61008

**6,189.** DIRECTV, INC. V. DELVA
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21397

**6,190.** DIRECTV, INC. V. DELVALLE
May 27, 2003 MA U.S. DIST. CT. 3:03-CV-30140

**6,191.** DIRECTV, INC. V. DEWITT
May 27, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00445

**6,192.** DIRECTV, INC. V. DIAMOND
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80456

**6,193.** DIRECTV, INC. V. DIAZ
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61015

**6,194.** DIRECTV, INC. V. DOMINGUEZ
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61029

**6,195.** DIRECTV, INC. V. DOMINGUEZ
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61005

**6,196.** DIRECTV, INC. V. DRADY
May 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01102

**6,197. DIRECTV, INC. V. EGELAND, ET AL**
May 27, 2003 GA U.S. DIST. CT., NORTH 3:03-CV-00067


**6,198. DIRECTV, INC. V. ELY**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61017


**6,199. DIRECTV, INC. V. EMERSON**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60998


**6,200. DIRECTV, INC. V. EMLEY**
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80442


**6,201. DIRECTV, INC. V. ENDRISS**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61014


**6,202. DIRECTV, INC. V. FARQUHAR**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60987


**6,203. DIRECTV, INC. V. FISHMAN**
May 27, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00256


**6,204. DIRECTV, INC. V. FOGEL**
May 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01114


**6,205. DIRECTV, INC. V. FRASE**
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80440


**6,206. DIRECTV, INC. V. FRENCH**
May 27, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00173


**6,207. DIRECTV, INC. V. GARDEN**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61027


**6,208. DIRECTV, INC. V. GILES ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02637


**6,209. DIRECTV, INC. V. GODDARD**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61054


**6,210. DIRECTV, INC. V. GONZALEZ**
May 27, 2003 FL U.S. DIST. CT., SOUTH 4:03-CV-10043

**6,211. DIRECTV, INC. V. GONZALEZ**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21380

**6,212. DIRECTV, INC. V. HALL**
May 27, 2003 NH U.S. DIST. CT. 1:03-CV-00229

**6,213. DIRECTV, INC. V. HARDING**
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80471

**6,214. DIRECTV, INC. V. HASTINGS, ET AL**
May 27, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00174

**6,215. DIRECTV, INC. V. HAUSER**
May 27, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00249

**6,216. DIRECTV, INC. V. HETLAND, ET AL**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61003

**6,217. DIRECTV, INC. V. HOILETT**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61024

**6,218. DIRECTV, INC. V. HOPE**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60988

**6,219. DIRECTV, INC. V. JOHNS**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21367

**6,220. DIRECTV, INC. V. JOHNSON**
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80473

**6,221. DIRECTV, INC. V. KAUFFMAN**
May 27, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00255

**6,222. DIRECTV, INC. V. KIX ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02640

**6,223. DIRECTV, INC. V. KUSNER**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-05101

**6,224. DIRECTV, INC. V. LAFERRIERE**
May 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01109

**6,225.** DIRECTV, INC. V. LAFFER
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80457

**6,226.** DIRECTV, INC. V. LAMB
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80445

**6,227.** DIRECTV, INC. V. LAURIA
May 27, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00442

**6,228.** DIRECTV, INC. V. LEE
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80455

**6,229.** DIRECTV, INC. V. LEVESQUE
May 27, 2003 MA U.S. DIST. CT. 1:03-CV-11028

**6,230.** DIRECTV, INC. V. LOPEZ
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80472

**6,231.** DIRECTV, INC. V. MAIER
May 27, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00251

**6,232.** DIRECTV, INC. V. MANN
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21414

**6,233.** DIRECTV, INC. V. MARCELIN
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61046

**6,234.** DIRECTV, INC. V. MARRERO
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21413

**6,235.** DIRECTV, INC. V. MARTINEZ
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21375

**6,236.** DIRECTV, INC. V. MARTINEZ
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80450

**6,237.** DIRECTV, INC. V. MARTINEZ
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61035

**6,238.** DIRECTV, INC. V. MASIS
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21400

**6,239. DIRECTV, INC. V. MATHIAS**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61022

**6,240. DIRECTV, INC. V. MATTAWAY**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61032

**6,241. DIRECTV, INC. V. MAVRACIC**
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80451

**6,242. DIRECTV, INC. V. MCCALLA**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61031

**6,243. DIRECTV, INC. V. MCCARTHY**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61009

**6,244. DIRECTV, INC. V. MCCLAMMA**
May 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01101

**6,245. DIRECTV, INC. V. MENDEZ**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21423

**6,246. DIRECTV, INC. V. MENDEZ**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21412

**6,247. DIRECTV, INC. V. MENENDEZ**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21411

**6,248. DIRECTV, INC. V. MEYERS**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61012

**6,249. DIRECTV, INC. V. MICCHIO**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61013

**6,250. DIRECTV, INC. V. MIRON**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21388

**6,251. DIRECTV, INC. V. MOLLICONE**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21386

**6,252. DIRECTV, INC. V. MONNIER**
May 27, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00254

**6,253.** DIRECTV, INC. V. MONTALVO, ET AL
May 27, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00252


**6,254.** DIRECTV, INC. V. MONTANA
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21378


**6,255.** DIRECTV, INC. V. MORGAN
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61010


**6,256.** DIRECTV, INC. V. NABIE
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61007


**6,257.** DIRECTV, INC. V. NABOKOV, ET AL
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80452


**6,258.** DIRECTV, INC. V. NESBITT
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21384


**6,259.** DIRECTV, INC. V. NEWMAN
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80446


**6,260.** DIRECTV, INC. V. NORAT
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61021


**6,261.** DIRECTV, INC. V. OCHOA
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61020


**6,262.** DIRECTV, INC. V. ODOM
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80464


**6,263.** DIRECTV, INC. V. OHARA
May 27, 2003 MA U.S. DIST. CT. 1:03-CV-11005


**6,264.** DIRECTV, INC. V. OHLRICH
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21395


**6,265.** DIRECTV, INC. V. OHM
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21371


**6,266.** DIRECTV, INC. V. ORTA
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21390

**6,267. DIRECTV, INC. V. OSBORN**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21366

**6,268. DIRECTV, INC. V. OXBIG**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21382

**6,269. DIRECTV, INC. V. PALMER**
May 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01104

**6,270. DIRECTV, INC. V. PATEL**
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80459

**6,271. DIRECTV, INC. V. PENCE**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60991

**6,272. DIRECTV, INC. V. PEREZ**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21403

**6,273. DIRECTV, INC. V. PEREZ**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21421

**6,274. DIRECTV, INC. V. PEREZ**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21394

**6,275. DIRECTV, INC. V. PEREZ, ET AL**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21422

**6,276. DIRECTV, INC. V. PHILIPSON**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61001

**6,277. DIRECTV, INC. V. PHILLIPS**
May 27, 2003 MA U.S. DIST. CT. 4:03-CV-40112

**6,278. DIRECTV, INC. V. PIKE, ET AL**
May 27, 2003 FL U.S. DIST. CT., SOUTH 4:03-CV-10044

**6,279. DIRECTV, INC. V. PLACIDE**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21426

**6,280. DIRECTV, INC. V. PLAGEMAN**
May 27, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14148

**6,281.** **DIRECTV, INC. V. PLOTKIN**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21374

**6,282.** **DIRECTV, INC. V. POLLOCK**
May 27, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14152

**6,283.** **DIRECTV, INC. V. PORTER**
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80474

**6,284.** **DIRECTV, INC. V. PRIETO**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61040

**6,285.** **DIRECTV, INC. V. PULEO**
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80469

**6,286.** **DIRECTV, INC. V. QUESADA**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21369

**6,287.** **DIRECTV, INC. V. RAGEIS**
May 27, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00247

**6,288.** **DIRECTV, INC. V. RAKES**
May 27, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14154

**6,289.** **DIRECTV, INC. V. RENDON**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21418

**6,290.** **DIRECTV, INC. V. RESENDES**
May 27, 2003 NJ U.S. DIST. CT. 2:03-CV-02495

**6,291.** **DIRECTV, INC. V. REYNOLDS**
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80447

**6,292.** **DIRECTV, INC. V. RICHARDSON**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60992

**6,293.** **DIRECTV, INC. V. RICHARDSON**
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80462

**6,294.** **DIRECTV, INC. V. ROA**
May 27, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14150

**6,295.** DIRECTV, INC. V. RODELY, ET AL
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80448

**6,296.** DIRECTV, INC. V. RODRIGUEZ
May 27, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14149

**6,297.** DIRECTV, INC. V. RODRIGUEZ
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21416

**6,298.** DIRECTV, INC. V. ROLDOS
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21401

**6,299.** DIRECTV, INC. V. ROLL
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80458

**6,300.** DIRECTV, INC. V. ROMANO
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-05106

**6,301.** DIRECTV, INC. V. ROSADO
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21387

**6,302.** DIRECTV, INC. V. ROSS
May 27, 2003 MA U.S. DIST. CT. 1:03-CV-11011

**6,303.** DIRECTV, INC. V. RUFF, ET AL
May 27, 2003 GA U.S. DIST. CT., MID. 4:03-CV-00083

**6,304.** DIRECTV, INC. V. RUMEMOS
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21420

**6,305.** DIRECTV, INC. V. RUTGERSEN
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80470

**6,306.** DIRECTV, INC. V. SABATINI
May 27, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00441

**6,307.** DIRECTV, INC. V. SAGINARIO
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61025

**6,308.** DIRECTV, INC. V. SAMUELS
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61000

**6,309.** DIRECTV, INC. V. SCHNIER
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61002

**6,310.** DIRECTV, INC. V. SCIORTINO
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61051

**6,311.** DIRECTV, INC. V. SEM
May 27, 2003 MA U.S. DIST. CT. 1:03-CV-11026

**6,312.** DIRECTV, INC. V. SEWELL
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60994

**6,313.** DIRECTV, INC. V. SHEPLEY
May 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01105

**6,314.** DIRECTV, INC. V. SHER
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61023

**6,315.** DIRECTV, INC. V. SIBERT, ET AL
May 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01106

**6,316.** DIRECTV, INC. V. SIMMONS
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21373

**6,317.** DIRECTV, INC. V. SIWEK
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60996

**6,318.** DIRECTV, INC. V. SOTO
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21398

**6,319.** DIRECTV, INC. V. SPURLOCK
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21427

**6,320.** DIRECTV, INC. V. SROUR
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61019

**6,321.** DIRECTV, INC. V. STEIGER
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80461

**6,322.** DIRECTV, INC. V. STEVENS
May 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01107

**6,323.** DIRECTV, INC. V. STIDD
May 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01110

**6,324.** DIRECTV, INC. V. SULOVSKI, ET AL
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80465

**6,325.** DIRECTV, INC. V. SUMMERS
May 27, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14146

**6,326.** DIRECTV, INC. V. SYMONETTE
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61036

**6,327.** DIRECTV, INC. V. TANGUNAN
May 27, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14147

**6,328.** DIRECTV, INC. V. TASLER, ET AL
May 27, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00242

**6,329.** DIRECTV, INC. V. TATE
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61037

**6,330.** DIRECTV, INC. V. TAUB
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60993

**6,331.** DIRECTV, INC. V. TAYLOR
May 27, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00443

**6,332.** DIRECTV, INC. V. TEA
May 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01103

**6,333.** DIRECTV, INC. V. TEMPLAR
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21399

**6,334.** DIRECTV, INC. V. TEVLIN
May 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01112

**6,335.** DIRECTV, INC. V. THOMPSON
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21389

**6,336.** DIRECTV, INC. V. THOMPSON
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60997

**6,337.** DIRECTV, INC. V. TODD
May 27, 2003 MA U.S. DIST. CT. 1:03-CV-11017

**6,338.** DIRECTV, INC. V. TORELLA
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80463

**6,339.** DIRECTV, INC. V. TORRES, ET AL
May 27, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00175

**6,340.** DIRECTV, INC. V. TOULME
May 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01111

**6,341.** DIRECTV, INC. V. TSARENKO
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60990

**6,342.** DIRECTV, INC. V. TULLOCH
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60999

**6,343.** DIRECTV, INC. V. UHLYARIK
May 27, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14151

**6,344.** DIRECTV, INC. V. VALDERRAMA
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21396

**6,345.** DIRECTV, INC. V. VENEGAS
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21391

**6,346.** DIRECTV, INC. V. VINCENT
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61034

**6,347.** DIRECTV, INC. V. WALDEN
May 27, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14153

**6,348.** DIRECTV, INC. V. WALKER
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61033

**6,349.** DIRECTV, INC. V. WEISS
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80460

**6,350.** DIRECTV, INC. V. WHITE
May 27, 2003 MA U.S. DIST. CT. 1:03-CV-11018

**6,351. DIRECTV, INC. V. WILLIAMS**
May 27, 2003 MA U.S. DIST. CT. 1:03-CV-11032

**6,352. DIRECTV, INC. V. WIOGRAD**
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80444

**6,353. DIRECTV, INC. V. WITTKIN**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21376

**6,354. DIRECTV, INC. V. YUN, ET AL**
May 27, 2003 GA U.S. DIST. CT., MID. 5:03-CV-00169

**6,355. DIRECTV, INC. V. ZAGER**
May 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01100

**6,356. DIRECTV, INC. V. ZIMMERMAN**
May 27, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21383

**6,357. DIRECTV, INC. V. ZUCKER**
May 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80449

**6,358. DIRECTV, INC., ET AL V. OMARA**
May 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61026

**6,359. DIRECTV, INC., V. ALYESHMERNI ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02631

**6,360. DIRECTV, INC., V. BENCOSME ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 1:03-CV-02664

**6,361. DIRECTV, INC., V. CARR ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 2:03-CV-02622

**6,362. DIRECTV, INC., V. GAMBALE ET AL**
May 27, 2003 NY U.S. DIST. CT., EAST 1:03-CV-02636

**6,363. DIRECTV INC V. ABELIN**
May 23, 2003 CT U.S. DIST. CT. 3:03-CV-00927

**6,364. DIRECTV INC V. ADAMS, ET AL**
May 23, 2003 IL U.S. DIST. CT., CENT. 3:03-CV-03118

**6,365. DIRECTV INC V. ADAMS, ET AL**
May 23, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00964

**6,366. DIRECTV INC V. ADAMS, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00974

**6,367. DIRECTV INC V. ANDREW ET AL**
May 23, 2003 WI U.S. DIST. CT., EAST 03-CV-00469

**6,368. DIRECTV INC V. ARNETT, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00981

**6,369. DIRECTV INC V. ARNOLD, ET AL**
May 23, 2003 AR U.S. DIST. CT., EAST 1:03-CV-00046

**6,370. DIRECTV INC V. BARTLETT**
May 23, 2003 AR U.S. DIST. CT., EAST 03-CV-00376

**6,371. DIRECTV INC V. BAUER ET AL**
May 23, 2003 WI U.S. DIST. CT., EAST 2:03-CV-00471

**6,372. DIRECTV INC V. BECK ET AL**
May 23, 2003 WI U.S. DIST. CT., EAST 2:03-CV-00470

**6,373. DIRECTV INC V. BELLESTRI ET AL, ET AL**
May 23, 2003 MI U.S. DIST. CT., EAST 2:03-CV-72032

**6,374. DIRECTV INC V. BERKOWITZ, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 03-CV-00997

**6,375. DIRECTV INC V. BLANCHARD**
May 23, 2003 LA U.S. DIST. CT., EAST 2:03-CV-01487

**6,376. DIRECTV INC V. BLOOD, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00998

**6,377. DIRECTV INC V. BOESER, ET AL**
May 23, 2003 IL U.S. DIST. CT., CENT. 3:03-CV-03119

**6,378. DIRECTV INC V. BOWMAN**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00496

**6,379. DIRECTV INC V. BRACK ET AL**
May 23, 2003 WI U.S. DIST. CT., EAST 2:03-CV-00476

**6,380. DIRECTV INC V. BRITTON**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00483

**6,381. DIRECTV INC V. BROWN**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00498

**6,382. DIRECTV INC V. CAHILL**
May 23, 2003 CT U.S. DIST. CT. 3:03-CV-00922

**6,383. DIRECTV INC V. CASE**
May 23, 2003 AR U.S. DIST. CT., EAST 03-CV-00194

**6,384. DIRECTV INC V. CIOTO, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00975

**6,385. DIRECTV INC V. CLAYTON, ET AL**
May 23, 2003 AR U.S. DIST. CT., EAST 03-CV-00198

**6,386. DIRECTV INC V. COFFEY, ET AL**
May 23, 2003 OK U.S. DIST. CT., WEST 5:03-CV-00720

**6,387. DIRECTV INC V. CORALLINI ET AL**
May 23, 2003 WI U.S. DIST. CT., EAST 2:03-CV-00478

**6,388. DIRECTV INC V. CORREIA**
May 23, 2003 CT U.S. DIST. CT. 3:03-CV-00928

**6,389. DIRECTV INC V. COSKER**
May 23, 2003 CT U.S. DIST. CT. 3:03-CV-00915

**6,390. DIRECTV INC V. CRYER**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00503

**6,391. DIRECTV INC V. CUTHBERTSON, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00980

**6,392. DIRECTV INC V. DAVIS, ET AL**
May 23, 2003 IL U.S. DIST. CT., CENT. 3:03-CV-03117

**6,393. DIRECTV INC V. DAY, ET AL**
May 23, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05672

**6,394. DIRECTV INC V. DEGEATANO, ET AL**
May 23, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03488

**6,395. DIRECTV INC V. DONG, ET AL**
May 23, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01806

**6,396. DIRECTV INC V. FORTIER**
May 23, 2003 CT U.S. DIST. CT. 3:03-CV-00921

**6,397. DIRECTV INC V. GARCIA**
May 23, 2003 CT U.S. DIST. CT. 3:03-CV-00925

**6,398. DIRECTV INC V. GOFORTH, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00977

**6,399. DIRECTV INC V. GOOD, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00993

**6,400. DIRECTV INC V. GRANATELLI, ET AL**
May 23, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01817

**6,401. DIRECTV INC V. GROSHEK ET AL**
May 23, 2003 WI U.S. DIST. CT., EAST 03-CV-00473

**6,402. DIRECTV INC V. GRUENEMEIER, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00968

**6,403. DIRECTV INC V. GUILIANO, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00983

**6,404. DIRECTV INC V. HANSON, ET AL**
May 23, 2003 KY U.S. DIST. CT., WEST 3:03-CV-00316

**6,405. DIRECTV INC V. HELSON, ET AL**
May 23, 2003 KY U.S. DIST. CT., WEST 1:03-CV-00103

**6,406. DIRECTV INC V. HILL, ET AL**
May 23, 2003 IN U.S. DIST. CT., NORTH 1:03-CV-00187

**6,407. DIRECTV INC V. HOLCOMB, ET AL**
May 23, 2003 AR U.S. DIST. CT., EAST 03-CV-00374

**6,408. DIRECTV INC V. HOLDEN**
May 23, 2003 IN U.S. DIST. CT., NORTH 1:03-CV-00186

**6,409. DIRECTV INC V. HORN**
May 23, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-01137

**6,410. DIRECTV INC V. HRILJAC, ET AL**
May 23, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03462

**6,411. DIRECTV INC V. HUMRICH, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00986

**6,412. DIRECTV INC V. JONES**
May 23, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00092

**6,413. DIRECTV INC V. KING**
May 23, 2003 AR U.S. DIST. CT., EAST 03-CV-00197

**6,414. DIRECTV INC V. KOENIG, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00982

**6,415. DIRECTV INC V. KRIEGER**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00507

**6,416. DIRECTV INC V. LANE**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00509

**6,417. DIRECTV INC V. LATHEM**
May 23, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-01135

**6,418. DIRECTV INC V. LAVERY**
May 23, 2003 FL U.S. DIST. CT., NORTH 5:03-CV-00121

**6,419. DIRECTV INC V. LECHNER ET AL**
May 23, 2003 WI U.S. DIST. CT., EAST 2:03-CV-00475

**6,420. DIRECTV INC V. LIOTTA ET AL**
May 23, 2003 WI U.S. DIST. CT., EAST 03-CV-00482

**6,421. DIRECTV INC V. LONG, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00991

**6,422. DIRECTV INC V. LOZANO, ET AL**
May 23, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00094

**6,423. DIRECTV INC V. LUANGLATBANDITH**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00511

**6,424. DIRECTV INC V. LYNCH**
May 23, 2003 CT U.S. DIST. CT. 3:03-CV-00916

**6,425. DIRECTV INC V. LYNN**
May 23, 2003 LA U.S. DIST. CT., EAST 2:03-CV-01486

**6,426. DIRECTV INC V. MARCHANT ET AL**
May 23, 2003 WI U.S. DIST. CT., EAST 03-CV-00474

**6,427. DIRECTV INC V. MARTIN**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00512

**6,428. DIRECTV INC V. MARTINEZ**
May 23, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-01140

**6,429. DIRECTV INC V. MCFADDEN**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00492

**6,430. DIRECTV INC V. MCGRATH**
May 23, 2003 MI U.S. DIST. CT., EAST 2:03-CV-72033

**6,431. DIRECTV INC V. MEDINA**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00510

**6,432. DIRECTV INC V. MICHALSKI**
May 23, 2003 CT U.S. DIST. CT. 3:03-CV-00919

**6,433. DIRECTV INC V. MILLS ET AL**
May 23, 2003 WI U.S. DIST. CT., EAST 2:03-CV-00468

**6,434. DIRECTV INC V. MITCHELL**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00497

**6,435. DIRECTV INC V. NAZARIO ET AL**
May 23, 2003 WI U.S. DIST. CT., EAST 2:03-CV-00480

**6,436. DIRECTV INC V. NEZNEK**
May 23, 2003 CT U.S. DIST. CT. 3:03-CV-00918

**6,437. DIRECTV INC V. NGUYEN**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00504

**6,438. DIRECTV INC V. NOWAK**
May 23, 2003 CT U.S. DIST. CT. 3:03-CV-00923

**6,439. DIRECTV INC V. OBIE, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00994

**6,440. DIRECTV INC V. OLIVER, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00995

**6,441. DIRECTV INC V. OLSON**
May 23, 2003 CT U.S. DIST. CT. 3:03-CV-00926

**6,442. DIRECTV INC V. OVERSTREET, ET AL**
May 23, 2003 AR U.S. DIST. CT., EAST 03-CV-00377

**6,443. DIRECTV INC V. OWIN, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00978

**6,444. DIRECTV INC V. PALMER**
May 23, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-01133

**6,445. DIRECTV INC V. PETTY**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00494

**6,446. DIRECTV INC V. PINKSTON**
May 23, 2003 AR U.S. DIST. CT., EAST 03-CV-00047

**6,447. DIRECTV INC V. PODCZERWINSKI, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00973

**6,448. DIRECTV INC V. RAINES**
May 23, 2003 AR U.S. DIST. CT., EAST 03-CV-00196

**6,449.** DIRECTV INC V. ROARK ET AL
May 23, 2003 WI U.S. DIST. CT., EAST 03-CV-00479


**6,450.** DIRECTV INC V. SANFORD
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00491


**6,451.** DIRECTV INC V. SCHLIEVE ET AL
May 23, 2003 WI U.S. DIST. CT., EAST 03-CV-00472


**6,452.** DIRECTV INC V. SELLERS
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00505


**6,453.** DIRECTV INC V. SILVA
May 23, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00093


**6,454.** DIRECTV INC V. SIMMS
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00482


**6,455.** DIRECTV INC V. SOCHA
May 23, 2003 CT U.S. DIST. CT. 3:03-CV-00917


**6,456.** DIRECTV INC V. STEWARD, ET AL
May 23, 2003 AR U.S. DIST. CT., EAST 03-CV-00077


**6,457.** DIRECTV INC V. TALBOTT, ET AL
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-01001


**6,458.** DIRECTV INC V. THAI
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00495


**6,459.** DIRECTV INC V. THAI
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00489


**6,460.** DIRECTV INC V. THOMAS
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00487


**6,461.** DIRECTV INC V. TIRENDI, ET AL
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00971


**6,462.** DIRECTV INC V. TOUCHETTE
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00485

**6,463. DIRECTV INC V. TRAN**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00488

**6,464. DIRECTV INC V. TRAN**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00500

**6,465. DIRECTV INC V. TRUONG**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00486

**6,466. DIRECTV INC V. TUCKER, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-01002

**6,467. DIRECTV INC V. VAINAUSKAS, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00972

**6,468. DIRECTV INC V. VANDER PAS ET AL**
May 23, 2003 WI U.S. DIST. CT., EAST 2:03-CV-00477

**6,469. DIRECTV INC V. VIDAL, ET AL**
May 23, 2003 AZ U.S. DIST. CT. 2:03-CV-00988

**6,470. DIRECTV INC V. VISCOMI**
May 23, 2003 CT U.S. DIST. CT. 3:03-CV-00920

**6,471. DIRECTV INC V. VO**
May 23, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-01136

**6,472. DIRECTV INC V. VOSBEIN**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00484

**6,473. DIRECTV INC V. VOWELL**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00479

**6,474. DIRECTV INC V. VUONG**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00480

**6,475. DIRECTV INC V. WALKER, ET AL**
May 23, 2003 AR U.S. DIST. CT., EAST 03-CV-00155

**6,476. DIRECTV INC V. WARD**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00493

**6,477. DIRECTV INC V. WEBSTER**
May 23, 2003 AR U.S. DIST. CT., EAST 03-CV-00389

**6,478. DIRECTV INC V. WENDT**
May 23, 2003 IL U.S. DIST. CT., CENT. 4:03-CV-04036

**6,479. DIRECTV INC V. WEST**
May 23, 2003 IL U.S. DIST. CT., CENT. 2:03-CV-02089

**6,480. DIRECTV INC V. WHISENHUNT**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00490

**6,481. DIRECTV INC V. WHITE**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00499

**6,482. DIRECTV INC V. WIEBE**
May 23, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00192

**6,483. DIRECTV INC V. WOODRUFF**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00481

**6,484. DIRECTV INC V. WRIGHT**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00502

**6,485. DIRECTV INC V. ZACHRY**
May 23, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00506

**6,486. DIRECTV V. BACUETES, ET AL**
May 23, 2003 MS U.S. DIST. CT., SOUTH 2:03-CV-00310

**6,487. DIRECTV V. DEGEATANO, ET AL**
May 23, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03493

**6,488. DIRECTV V. NGUYEN, ET AL**
May 23, 2003 MS U.S. DIST. CT., SOUTH 1:03-CV-00543

**6,489. DIRECTV V. WOODRUFF**
May 23, 2003 UT U.S. DIST. CT. 1:03-CV-00058

**6,490. DIRECTV, INC V. DETERS ET AL**
May 23, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-00780

**6,491.** **DIRECTV, INC V. GREGORY, ET AL**
May 23, 2003 PA U.S. DIST. CT., WEST 2:03-CV-00752

**6,492.** **DIRECTV, INC V. MELTZER**
May 23, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-00783

**6,493.** **DIRECTV, INC V. ROBERTS ET AL**
May 23, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-00778

**6,494.** **DIRECTV, INC V. RUSSELL**
May 23, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-00782

**6,495.** **DIRECTV, INC V. SELLS**
May 23, 2003 IN U.S. DIST. CT., SOUTH 1:03-CV-00781

**6,496.** **DIRECTV, INC V. SHANER**
May 23, 2003 PA U.S. DIST. CT., WEST 2:03-CV-00751

**6,497.** **DIRECTV, INC. ET AL V. JOHNS**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03300

**6,498.** **DIRECTV, INC. ET AL V. MOULDER ET AL**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03266

**6,499.** **DIRECTV, INC. V. ADKINS, ET AL**
May 23, 2003 VA U.S. DIST. CT., WEST 7:03-CV-00342

**6,500.** **DIRECTV, INC. V. AIKEN**
May 23, 2003 VA U.S. DIST. CT., WEST 3:03-CV-00049

**6,501.** **DIRECTV, INC. V. ALEXANDER, ET AL**
May 23, 2003 GA U.S. DIST. CT., NORTH 3:03-CV-00059

**6,502.** **DIRECTV, INC. V. ALI, ET AL**
May 23, 2003 NJ U.S. DIST. CT. 2:03-CV-02492

**6,503.** **DIRECTV, INC. V. ANTHONY WILLIAMS, ETAL**
May 23, 2003 NV U.S. DIST. CT. CV-S-03-00598

**6,504.** **DIRECTV, INC. V. ANTOUN ET AL**
May 23, 2003 PA U.S. DIST. CT., MID. 4:03-CV-00846

**6,505. DIRECTV, INC. V. ARNOLD ET AL**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03301

**6,506. DIRECTV, INC. V. ARNOLD, ET AL**
May 23, 2003 GA U.S. DIST. CT., NORTH 2:03-CV-00077

**6,507. DIRECTV, INC. V. ARTMAN**
May 23, 2003 PA U.S. DIST. CT., WEST 1:03-CV-00170

**6,508. DIRECTV, INC. V. ASSISE ET AL**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03302

**6,509. DIRECTV, INC. V. BAIRD**
May 23, 2003 PA U.S. DIST. CT., WEST 1:03-CV-00171

**6,510. DIRECTV, INC. V. BAKER**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01076

**6,511. DIRECTV, INC. V. BARAS**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21353

**6,512. DIRECTV, INC. V. BARATTA ET AL**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03265

**6,513. DIRECTV, INC. V. BARLEY**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21351

**6,514. DIRECTV, INC. V. BARNETT, ET AL**
May 23, 2003 VA U.S. DIST. CT., WEST 5:03-CV-00044

**6,515. DIRECTV, INC. V. BAUFIELD**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21354

**6,516. DIRECTV, INC. V. BELFONTE ET AL**
May 23, 2003 MO U.S. DIST. CT., WEST 4:03-CV-00462

**6,517. DIRECTV, INC. V. BENNETT ET AL**
May 23, 2003 PA U.S. DIST. CT., MID. 3:03-CV-00853

**6,518. DIRECTV, INC. V. BLANDING, ET AL**
May 23, 2003 VA U.S. DIST. CT., EAST 4:03-CV-00069

**6,519. DIRECTV, INC. V. BOLIVAR**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21352


**6,520. DIRECTV, INC. V. BOWEN ET AL**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03279


**6,521. DIRECTV, INC. V. BROOKS, ET AL**
May 23, 2003 MS U.S. DIST. CT., NORTH 1:03-CV-00221


**6,522. DIRECTV, INC. V. BROWN**
May 23, 2003 PA U.S. DIST. CT., WEST 2:03-CV-00755


**6,523. DIRECTV, INC. V. BUMGARNER**
May 23, 2003 VA U.S. DIST. CT., WEST 7:03-CV-00345


**6,524. DIRECTV, INC. V. BURRIER, ET AL**
May 23, 2003 TX U.S. DIST. CT., SOUTH 5:03-CV-00073


**6,525. DIRECTV, INC. V. BUSHEY, ET AL**
May 23, 2003 GA U.S. DIST. CT., MID. 3:03-CV-00046


**6,526. DIRECTV, INC. V. CAGLE, ET AL**
May 23, 2003 GA U.S. DIST. CT., NORTH 2:03-CV-00074


**6,527. DIRECTV, INC. V. CALCATERRA, ET AL**
May 23, 2003 MO U.S. DIST. CT., EAST 4:03-CV-00678


**6,528. DIRECTV, INC. V. CICERO**
May 23, 2003 PA U.S. DIST. CT., WEST 2:03-CV-00754


**6,529. DIRECTV, INC. V. CITRIGNO ET AL**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03282


**6,530. DIRECTV, INC. V. COCKER ET AL**
May 23, 2003 PA U.S. DIST. CT., MID. 3:03-CV-00856


**6,531. DIRECTV, INC. V. CRABTREE, ET AL**
May 23, 2003 GA U.S. DIST. CT., NORTH 2:03-CV-00075


**6,532. DIRECTV, INC. V. CRAIG**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01065

**6,533. DIRECTV, INC. V. CROTHERS, ET AL**
May 23, 2003 NJ U.S. DIST. CT. 3:03-CV-02432

**6,534. DIRECTV, INC. V. CUETO**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01078

**6,535. DIRECTV, INC. V. DALE, ET AL**
May 23, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00704

**6,536. DIRECTV, INC. V. DANIEL, ET AL**
May 23, 2003 GA U.S. DIST. CT., MID. 1:03-CV-00084

**6,537. DIRECTV, INC. V. DARTEZ, ET AL**
May 23, 2003 MS U.S. DIST. CT., SOUTH 1:03-CV-00544

**6,538. DIRECTV, INC. V. DAVIS ET AL**
May 23, 2003 MO U.S. DIST. CT., WEST 4:03-CV-00463

**6,539. DIRECTV, INC. V. DEANNA L. DEPAOLI, ETAL**
May 23, 2003 NV U.S. DIST. CT. CV-S-03-00583

**6,540. DIRECTV, INC. V. DEATS ET AL**
May 23, 2003 PA U.S. DIST. CT., MID. 3:03-CV-00862

**6,541. DIRECTV, INC. V. DEFLAVIS**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03273

**6,542. DIRECTV, INC. V. DELANEY**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03294

**6,543. DIRECTV, INC. V. DEQUEVEDO**
May 23, 2003 PA U.S. DIST. CT., MID. 3:03-CV-00847

**6,544. DIRECTV, INC. V. DESOCIO, ET AL**
May 23, 2003 NY U.S. DIST. CT., NORTH 5:03-CV-00646

**6,545. DIRECTV, INC. V. DETAMORE, ET AL**
May 23, 2003 VA U.S. DIST. CT., WEST 6:03-CV-00039

**6,546. DIRECTV, INC. V. DEWEY ET AL**
May 23, 2003 PA U.S. DIST. CT., MID. 1:03-CV-00848

**6,547. DIRECTV, INC. V. DILLON, ET AL**
May 23, 2003 VA U.S. DIST. CT., WEST 6:03-CV-00040

**6,548. DIRECTV, INC. V. DISTASIO**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03295

**6,549. DIRECTV, INC. V. DOUBET, ET AL**
May 23, 2003 IL U.S. DIST. CT., CENT. 1:03-CV-01172

**6,550. DIRECTV, INC. V. DOUGLAS, ET AL**
May 23, 2003 NY U.S. DIST. CT., SOUTH 03-CV-03736

**6,551. DIRECTV, INC. V. DOVER**
May 23, 2003 PA U.S. DIST. CT., MID. 4:03-CV-00849

**6,552. DIRECTV, INC. V. DUNN**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01073

**6,553. DIRECTV, INC. V. DUSHKO ET AL**
May 23, 2003 PA U.S. DIST. CT., MID. 3:03-CV-00855

**6,554. DIRECTV, INC. V. DYMOND**
May 23, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00676

**6,555. DIRECTV, INC. V. EDWARDS**
May 23, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00667

**6,556. DIRECTV, INC. V. ELLIOTT, ET AL**
May 23, 2003 VA U.S. DIST. CT., WEST 1:03-CV-00061

**6,557. DIRECTV, INC. V. ERNST**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01070

**6,558. DIRECTV, INC. V. FISHER, BEN**
May 23, 2003 WI U.S. DIST. CT., WEST 03-CV-00268

**6,559. DIRECTV, INC. V. FORD, ET AL**
May 23, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00452

**6,560. DIRECTV, INC. V. FORTEBUONO ET AL**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03299

**6,561. DIRECTV, INC. V. FREELAND, ET AL**
May 23, 2003 GA U.S. DIST. CT., MID. 1:03-CV-00086

**6,562. DIRECTV, INC. V. FROSOLONO**
May 23, 2003 GA U.S. DIST. CT., NORTH 3:03-CV-00062

**6,563. DIRECTV, INC. V. FRYMAN**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01062

**6,564. DIRECTV, INC. V. FUNCHESS ET AL**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03296

**6,565. DIRECTV, INC. V. GAGNE**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01077

**6,566. DIRECTV, INC. V. GALLAGHER**
May 23, 2003 PA U.S. DIST. CT., MID. 3:03-CV-00860

**6,567. DIRECTV, INC. V. GARCIA**
May 23, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00200

**6,568. DIRECTV, INC. V. GARDNER, ET AL**
May 23, 2003 MO U.S. DIST. CT., EAST 4:03-CV-00674

**6,569. DIRECTV, INC. V. GAVIN, ET AL**
May 23, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00169

**6,570. DIRECTV, INC. V. GEBEL, ET AL**
May 23, 2003 MO U.S. DIST. CT., EAST 4:03-CV-00676

**6,571. DIRECTV, INC. V. GIRGENTI, ET AL**
May 23, 2003 NJ U.S. DIST. CT. 3:03-CV-02504

**6,572. DIRECTV, INC. V. GOODYEAR**
May 23, 2003 PA U.S. DIST. CT., MID. 1:03-CV-00850

**6,573. DIRECTV, INC. V. GRAY, ET AL**
May 23, 2003 PA U.S. DIST. CT., WEST 3:03-CV-00117

**6,574. DIRECTV, INC. V. GRAY, ET AL**
May 23, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00705

**6,575. DIRECTV, INC. V. GRENDYSZ**
May 23, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00661

**6,576. DIRECTV, INC. V. GUIZAR**
May 23, 2003 TX U.S. DIST. CT., SOUTH 5:03-CV-00074

**6,577. DIRECTV, INC. V. GUTIERREZ, ET AL**
May 23, 2003 TX U.S. DIST. CT., SOUTH 5:03-CV-00076

**6,578. DIRECTV, INC. V. HACKLEY ET AL**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03283

**6,579. DIRECTV, INC. V. HAMILTON**
May 23, 2003 VA U.S. DIST. CT., WEST 2:03-CV-00075

**6,580. DIRECTV, INC. V. HARRISON**
May 23, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00454

**6,581. DIRECTV, INC. V. HARTLEY**
May 23, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00710

**6,582. DIRECTV, INC. V. HARVEY**
May 23, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00198

**6,583. DIRECTV, INC. V. HEAD, ET AL**
May 23, 2003 GA U.S. DIST. CT., NORTH 3:03-CV-00065

**6,584. DIRECTV, INC. V. HEAGNEY**
May 23, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60964

**6,585. DIRECTV, INC. V. HEARN**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21340

**6,586. DIRECTV, INC. V. HESTLEY, ET AL**
May 23, 2003 AR U.S. DIST. CT., WEST 3:03-CV-03031

**6,587. DIRECTV, INC. V. HICKS ET AL**
May 23, 2003 PA U.S. DIST. CT., MID. 1:03-CV-00845

**6,588. DIRECTV, INC. V. HITE, ET AL**
May 23, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00449

**6,589.** DIRECTV, INC. V. HIXON ET AL
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03271

**6,590.** DIRECTV, INC. V. HOLLENBECK, ET AL
May 23, 2003 MO U.S. DIST. CT., EAST 4:03-CV-00675

**6,591.** DIRECTV, INC. V. HOY, ET AL
May 23, 2003 NJ U.S. DIST. CT. 3:03-CV-02503

**6,592.** DIRECTV, INC. V. HRIVNOK ET AL
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03284

**6,593.** DIRECTV, INC. V. HUERTA, ET AL
May 23, 2003 TX U.S. DIST. CT., SOUTH 7:03-CV-00117

**6,594.** DIRECTV, INC. V. IMAM ET AL
May 23, 2003 PA U.S. DIST. CT., MID. 3:03-CV-00851

**6,595.** DIRECTV, INC. V. INGRAM
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01071

**6,596.** DIRECTV, INC. V. JENSEN, DUSTIN
May 23, 2003 WI U.S. DIST. CT., WEST 03-CV-00273

**6,597.** DIRECTV, INC. V. JEWELL, ET AL
May 23, 2003 IL U.S. DIST. CT., CENT. 1:03-CV-01173

**6,598.** DIRECTV, INC. V. JIMENEZ, ET AL
May 23, 2003 TX U.S. DIST. CT., SOUTH 5:03-CV-00075

**6,599.** DIRECTV, INC. V. JOHNSON, ET AL
May 23, 2003 NY U.S. DIST. CT., NORTH 5:03-CV-00641

**6,600.** DIRECTV, INC. V. JONES
May 23, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00199

**6,601.** DIRECTV, INC. V. JULIAN
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01074

**6,602.** DIRECTV, INC. V. KARDASI, ET AL
May 23, 2003 NJ U.S. DIST. CT. 3:03-CV-02433

**6,603.** DIRECTV, INC. V. KENNETH QUENTIN CRAIG, ET AL.
May 23, 2003 NV U.S. DIST. CT. CV-S-03-00596

**6,604.** DIRECTV, INC. V. KLINGER ET AL
May 23, 2003 PA U.S. DIST. CT., MID. 4:03-CV-00844

**6,605.** DIRECTV, INC. V. KOCHER ET AL
May 23, 2003 PA U.S. DIST. CT., MID. 3:03-CV-00857

**6,606.** DIRECTV, INC. V. KOFFLEY
May 23, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00450

**6,607.** DIRECTV, INC. V. KUCHWARA ET AL
May 23, 2003 PA U.S. DIST. CT., MID. 3:03-CV-00858

**6,608.** DIRECTV, INC. V. LABUA
May 23, 2003 AR U.S. DIST. CT., WEST 1:03-CV-01063

**6,609.** DIRECTV, INC. V. LALIBERTE
May 23, 2003 FL U.S. DIST. CT., SOUTH 4:03-CV-10042

**6,610.** DIRECTV, INC. V. LEE, ET AL
May 23, 2003 GA U.S. DIST. CT., NORTH 2:03-CV-00072

**6,611.** DIRECTV, INC. V. LEE, ET AL
May 23, 2003 NJ U.S. DIST. CT. 2:03-CV-02424

**6,612.** DIRECTV, INC. V. LEE, ET AL
May 23, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00196

**6,613.** DIRECTV, INC. V. LOMENCH, ET AL
May 23, 2003 NJ U.S. DIST. CT. 2:03-CV-02417

**6,614.** DIRECTV, INC. V. LOWERY
May 23, 2003 VA U.S. DIST. CT., WEST 4:03-CV-00050

**6,615.** DIRECTV, INC. V. MACALUSO
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01072

**6,616.** DIRECTV, INC. V. MAGANN
May 23, 2003 VA U.S. DIST. CT., WEST 6:03-CV-00038

**6,617. DIRECTV, INC. V. MAGERS, ET AL**
May 23, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00707

**6,618. DIRECTV, INC. V. MAHARAJ, ET AL**
May 23, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60980

**6,619. DIRECTV, INC. V. MAITA, ET AL**
May 23, 2003 GA U.S. DIST. CT., NORTH 3:03-CV-00061

**6,620. DIRECTV, INC. V. MAKOVSKY ET AL**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03288

**6,621. DIRECTV, INC. V. MARNELL**
May 23, 2003 PA U.S. DIST. CT., MID. 3:03-CV-00861

**6,622. DIRECTV, INC. V. MARSH**
May 23, 2003 PA U.S. DIST. CT., WEST 2:03-CV-00753

**6,623. DIRECTV, INC. V. MASON, ET AL**
May 23, 2003 NJ U.S. DIST. CT. 2:03-CV-02416

**6,624. DIRECTV, INC. V. MATTIS**
May 23, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60969

**6,625. DIRECTV, INC. V. MCCOY, ET AL**
May 23, 2003 MS U.S. DIST. CT., NORTH 1:03-CV-00220

**6,626. DIRECTV, INC. V. MCCREARY, ET AL**
May 23, 2003 AR U.S. DIST. CT., WEST 5:03-CV-05101

**6,627. DIRECTV, INC. V. MCGUIRE**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01049

**6,628. DIRECTV, INC. V. MCQUAY**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21309

**6,629. DIRECTV, INC. V. MEINECKE, ET AL**
May 23, 2003 NY U.S. DIST. CT., SOUTH 03-CV-03731

**6,630. DIRECTV, INC. V. MENAGO ET AL**
May 23, 2003 PA U.S. DIST. CT., MID. 3:03-CV-00852

**6,631.** DIRECTV, INC. V. MENTCH
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03290


**6,632.** DIRECTV, INC. V. MEYER
May 23, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00668


**6,633.** DIRECTV, INC. V. MIERS, EDWARD F.
May 23, 2003 WI U.S. DIST. CT., WEST 03-CV-00270


**6,634.** DIRECTV, INC. V. MOHAMED
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01058


**6,635.** DIRECTV, INC. V. MONTGOMERY
May 23, 2003 AR U.S. DIST. CT., WEST 2:03-CV-02101


**6,636.** DIRECTV, INC. V. MOORE
May 23, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-01138


**6,637.** DIRECTV, INC. V. MOREIRA, ET AL
May 23, 2003 NJ U.S. DIST. CT. 1:03-CV-02478


**6,638.** DIRECTV, INC. V. MOWBRAY
May 23, 2003 VA U.S. DIST. CT., WEST 5:03-CV-00043


**6,639.** DIRECTV, INC. V. MUEHL, ET AL
May 23, 2003 GA U.S. DIST. CT., NORTH 3:03-CV-00060


**6,640.** DIRECTV, INC. V. MUELLER
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03267


**6,641.** DIRECTV, INC. V. NEWELL
May 23, 2003 GA U.S. DIST. CT., NORTH 3:03-CV-00066


**6,642.** DIRECTV, INC. V. NICHOLS, ET AL
May 23, 2003 VA U.S. DIST. CT., WEST 7:03-CV-00344


**6,643.** DIRECTV, INC. V. NICKEL, ET AL
May 23, 2003 VA U.S. DIST. CT., EAST 2:03-CV-00383


**6,644.** DIRECTV, INC. V. NIELSON, JOSEPH A.
May 23, 2003 WI U.S. DIST. CT., WEST 03-CV-00267

**6,645. DIRECTV, INC. V. NIHART ET AL**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03269

**6,646. DIRECTV, INC. V. PADGETT**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01055

**6,647. DIRECTV, INC. V. PENA**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21336

**6,648. DIRECTV, INC. V. PENDLETON, ET AL**
May 23, 2003 NY U.S. DIST. CT., NORTH 5:03-CV-00642

**6,649. DIRECTV, INC. V. PEPE, ET AL**
May 23, 2003 NJ U.S. DIST. CT. 2:03-CV-02414

**6,650. DIRECTV, INC. V. PEREZ**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21343

**6,651. DIRECTV, INC. V. PEREZ, ET AL**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21324

**6,652. DIRECTV, INC. V. PEREZ, ET AL**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21316

**6,653. DIRECTV, INC. V. PERRY ET AL**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03285

**6,654. DIRECTV, INC. V. PERRY, ET AL**
May 23, 2003 GA U.S. DIST. CT., NORTH 2:03-CV-00073

**6,655. DIRECTV, INC. V. PERUYERO**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21317

**6,656. DIRECTV, INC. V. PETERS, ET AL**
May 23, 2003 NJ U.S. DIST. CT. 3:03-CV-02505

**6,657. DIRECTV, INC. V. PHANORD**
May 23, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60970

**6,658. DIRECTV, INC. V. PHILE ET AL**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03270

**6,659. DIRECTV, INC. V. PIEDADE, ET AL**
May 23, 2003 NY U.S. DIST. CT., SOUTH 03-CV-03737

**6,660. DIRECTV, INC. V. PINDER**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21326

**6,661. DIRECTV, INC. V. PLIES ET AL**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03272

**6,662. DIRECTV, INC. V. POINTER, ET AL**
May 23, 2003 AR U.S. DIST. CT., WEST 5:03-CV-05102

**6,663. DIRECTV, INC. V. POLLACK, ET AL**
May 23, 2003 NJ U.S. DIST. CT. 1:03-CV-02473

**6,664. DIRECTV, INC. V. POWELL**
May 23, 2003 VA U.S. DIST. CT., WEST 4:03-CV-00049

**6,665. DIRECTV, INC. V. PUCCI**
May 23, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60973

**6,666. DIRECTV, INC. V. QUACH**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01063

**6,667. DIRECTV, INC. V. QUALLS, ET AL**
May 23, 2003 AR U.S. DIST. CT., WEST 6:03-CV-06055

**6,668. DIRECTV, INC. V. QUELL**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03274

**6,669. DIRECTV, INC. V. RAYMOND**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01052

**6,670. DIRECTV, INC. V. REID**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21329

**6,671. DIRECTV, INC. V. RENDON, ET AL**
May 23, 2003 TX U.S. DIST. CT., SOUTH 7:03-CV-00118

**6,672. DIRECTV, INC. V. RENDUELES**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01053

**6,673.** DIRECTV, INC. V. RENFROW
May 23, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80436

**6,674.** DIRECTV, INC. V. RICHARDS
May 23, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60979

**6,675.** DIRECTV, INC. V. RICKE
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01051

**6,676.** DIRECTV, INC. V. RIVERA
May 23, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00244

**6,677.** DIRECTV, INC. V. RIVERA
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21333

**6,678.** DIRECTV, INC. V. RIVERO
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21305

**6,679.** DIRECTV, INC. V. ROBBINS
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01064

**6,680.** DIRECTV, INC. V. ROBERT C. SNYDER, ET AL.
May 23, 2003 NV U.S. DIST. CT. CV-S-03-00587

**6,681.** DIRECTV, INC. V. ROBINETTE, ET AL
May 23, 2003 VA U.S. DIST. CT., WEST 2:03-CV-00074

**6,682.** DIRECTV, INC. V. ROBINSON
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01069

**6,683.** DIRECTV, INC. V. RODRIGUEZ
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21335

**6,684.** DIRECTV, INC. V. RODRIGUEZ, ET AL
May 23, 2003 NJ U.S. DIST. CT. 2:03-CV-02415

**6,685.** DIRECTV, INC. V. ROHLOFF, ET AL
May 23, 2003 NJ U.S. DIST. CT. 1:03-CV-02571

**6,686.** DIRECTV, INC. V. ROLAND
May 23, 2003 VA U.S. DIST. CT., WEST 4:03-CV-00051

**6,687. DIRECTV, INC. V. ROMERO, ET AL**
May 23, 2003 NJ U.S. DIST. CT. 2:03-CV-02419

**6,688. DIRECTV, INC. V. ROSSINI**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03281

**6,689. DIRECTV, INC. V. ROTH, RICHARD**
May 23, 2003 WI U.S. DIST. CT., WEST 03-CV-00271

**6,690. DIRECTV, INC. V. RUBY ET AL**
May 23, 2003 MO U.S. DIST. CT., WEST 4:03-CV-00458

**6,691. DIRECTV, INC. V. RUSSOMANNO, ET AL**
May 23, 2003 NJ U.S. DIST. CT. 1:03-CV-02475

**6,692. DIRECTV, INC. V. SAAVEDRA**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21319

**6,693. DIRECTV, INC. V. SALMON**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21327

**6,694. DIRECTV, INC. V. SAMPLE, ET AL**
May 23, 2003 MO U.S. DIST. CT., EAST 4:03-CV-00673

**6,695. DIRECTV, INC. V. SAN MIGUEL, ET AL**
May 23, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00197

**6,696. DIRECTV, INC. V. SANABIA**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21341

**6,697. DIRECTV, INC. V. SANCHEZ**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21307

**6,698. DIRECTV, INC. V. SANTIAGO**
May 23, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60971

**6,699. DIRECTV, INC. V. SANTOS, ET AL**
May 23, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00706

**6,700. DIRECTV, INC. V. SCHOOLCRAFT, ET AL**
May 23, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00171

**6,701.** DIRECTV, INC. V. SCHWAMLEIN, ET AL
May 23, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00245

**6,702.** DIRECTV, INC. V. SEKMAN, ET AL
May 23, 2003 GA U.S. DIST. CT., NORTH 3:03-CV-00063

**6,703.** DIRECTV, INC. V. SEONE
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21318

**6,704.** DIRECTV, INC. V. SHEK, ET AL
May 23, 2003 NJ U.S. DIST. CT. 2:03-CV-02413

**6,705.** DIRECTV, INC. V. SIDOTI, ET AL
May 23, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60977

**6,706.** DIRECTV, INC. V. SIENG, ET AL
May 23, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00664

**6,707.** DIRECTV, INC. V. SIRIANI
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21338

**6,708.** DIRECTV, INC. V. SIVAK
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03276

**6,709.** DIRECTV, INC. V. SLANKARD, ET AL
May 23, 2003 AR U.S. DIST. CT., WEST 2:03-CV-02102

**6,710.** DIRECTV, INC. V. SLATER
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21320

**6,711.** DIRECTV, INC. V. SLATER, ET AL
May 23, 2003 IL U.S. DIST. CT., CENT. 1:03-CV-01170

**6,712.** DIRECTV, INC. V. SLEIGHT
May 23, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60972

**6,713.** DIRECTV, INC. V. SMEDLEY, ET AL
May 23, 2003 AR U.S. DIST. CT., WEST 4:03-CV-04054

**6,714.** DIRECTV, INC. V. SNARR, ET AL
May 23, 2003 IL U.S. DIST. CT., CENT. 1:03-CV-01171

**6,715. DIRECTV, INC. V. SNOWDEN, ET AL**
May 23, 2003 AR U.S. DIST. CT., WEST 3:03-CV-03032


**6,716. DIRECTV, INC. V. SPARKS, ET AL**
May 23, 2003 NJ U.S. DIST. CT. 2:03-CV-02412


**6,717. DIRECTV, INC. V. SPINELLI**
May 23, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60976


**6,718. DIRECTV, INC. V. ST. JUSTE**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21331


**6,719. DIRECTV, INC. V. STEVENSON, ET AL**
May 23, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60968


**6,720. DIRECTV, INC. V. STOVALL ET AL**
May 23, 2003 MO U.S. DIST. CT., WEST 4:03-CV-00460


**6,721. DIRECTV, INC. V. STRANGE, ET AL**
May 23, 2003 TX U.S. DIST. CT., EAST 5:03-CV-00101


**6,722. DIRECTV, INC. V. SULLA ET AL**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03287


**6,723. DIRECTV, INC. V. SUMMERS, ET AL**
May 23, 2003 VA U.S. DIST. CT., WEST 7:03-CV-00343


**6,724. DIRECTV, INC. V. SWARTZ**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01056


**6,725. DIRECTV, INC. V. SYKES**
May 23, 2003 VA U.S. DIST. CT., WEST 1:03-CV-00063


**6,726. DIRECTV, INC. V. TAFT, ET AL**
May 23, 2003 VA U.S. DIST. CT., EAST 4:03-CV-00068


**6,727. DIRECTV, INC. V. TAYLOR, ET AL**
May 23, 2003 AR U.S. DIST. CT., WEST 1:03-CV-01062


**6,728. DIRECTV, INC. V. TEDESCO**
May 23, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00195

**6,729.** DIRECTV, INC. V. THAYER
May 23, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60965

**6,730.** DIRECTV, INC. V. THOMPSON ET AL
May 23, 2003 MO U.S. DIST. CT., WEST 4:03-CV-00459

**6,731.** DIRECTV, INC. V. THRASHER, ET AL
May 23, 2003 GA U.S. DIST. CT., NORTH 3:03-CV-00064

**6,732.** DIRECTV, INC. V. THURLBY, ET AL
May 23, 2003 NJ U.S. DIST. CT. 3:03-CV-02431

**6,733.** DIRECTV, INC. V. THURMAN
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01057

**6,734.** DIRECTV, INC. V. TINDALL
May 23, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00702

**6,735.** DIRECTV, INC. V. TODD, ET AL
May 23, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00687

**6,736.** DIRECTV, INC. V. TOROSSIAN
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21332

**6,737.** DIRECTV, INC. V. TRAN
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01054

**6,738.** DIRECTV, INC. V. TURNER, ET AL
May 23, 2003 MS U.S. DIST. CT., NORTH 1:03-CV-00222

**6,739.** DIRECTV, INC. V. TUSZYNSKI, ET AL
May 23, 2003 PA U.S. DIST. CT., WEST 2:03-CV-00750

**6,740.** DIRECTV, INC. V. VALENT
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21328

**6,741.** DIRECTV, INC. V. VARGAS, ET AL
May 23, 2003 TX U.S. DIST. CT., SOUTH 7:03-CV-00119

**6,742.** DIRECTV, INC. V. VEGA, ET AL
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21301

**6,743. DIRECTV, INC. V. VENERIS**
May 23, 2003 VA U.S. DIST. CT., EAST 4:03-CV-00070

**6,744. DIRECTV, INC. V. VERA**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21330

**6,745. DIRECTV, INC. V. VERSLEY**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01059

**6,746. DIRECTV, INC. V. VISCOVICH**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21308

**6,747. DIRECTV, INC. V. VOISEY, ET AL**
May 23, 2003 MO U.S. DIST. CT., EAST 4:03-CV-00677

**6,748. DIRECTV, INC. V. WAGNER**
May 23, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00453

**6,749. DIRECTV, INC. V. WALSER**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21325

**6,750. DIRECTV, INC. V. WARD**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01067

**6,751. DIRECTV, INC. V. WEBB, ET AL**
May 23, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00703

**6,752. DIRECTV, INC. V. WEBB, ET AL**
May 23, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00451

**6,753. DIRECTV, INC. V. WEIR**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01068

**6,754. DIRECTV, INC. V. WIGGIN**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01066

**6,755. DIRECTV, INC. V. WILBER, ET AL**
May 23, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00663

**6,756. DIRECTV, INC. V. WILLIAMS**
May 23, 2003 PA U.S. DIST. CT., MID. 4:03-CV-00859

**6,757. DIRECTV, INC. V. WILLING, JENNY**
May 23, 2003 WI U.S. DIST. CT., WEST 03-CV-00272


**6,758. DIRECTV, INC. V. WILLIS**
May 23, 2003 AR U.S. DIST. CT., WEST 6:03-CV-06057


**6,759. DIRECTV, INC. V. WILSON ET AL**
May 23, 2003 PA U.S. DIST. CT., MID. 3:03-CV-00854


**6,760. DIRECTV, INC. V. WINGFIELD, ET AL**
May 23, 2003 AR U.S. DIST. CT., WEST 6:03-CV-06056


**6,761. DIRECTV, INC. V. WISEMAN**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01079


**6,762. DIRECTV, INC. V. WOJCIK**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01080


**6,763. DIRECTV, INC. V. WOOD, ET AL**
May 23, 2003 AR U.S. DIST. CT., WEST 6:03-CV-06058


**6,764. DIRECTV, INC. V. WRIGHT, ET AL**
May 23, 2003 AR U.S. DIST. CT., WEST 5:03-CV-05100


**6,765. DIRECTV, INC. V. YECKLEY, ET AL**
May 23, 2003 VA U.S. DIST. CT., EAST 2:03-CV-00385


**6,766. DIRECTV, INC. V. YOUNG**
May 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01060


**6,767. DIRECTV, INC. V. YOUNG**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21312


**6,768. DIRECTV, INC. V. ZAMBRANA**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21313


**6,769. DIRECTV, INC. V. ZAMBRANO**
May 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21311


**6,770. DIRECTV, INC. V. ZANNUCCI**
May 23, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60963

**6,771. DIRECTV, INC. V. ZEPKA**
May 23, 2003 PA U.S. DIST. CT., EAST 2:03-CV-03278


**6,772. DIRECTV, INC. V. ZIRK, ET AL**
May 23, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80435


**6,773. DIRECTV, INC., ET AL V. BAILEY, ET AL**
May 23, 2003 GA U.S. DIST. CT., MID. 7:03-CV-00048


**6,774. DIRECTV, INC., ET AL V. CANNIFF**
May 23, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00170


**6,775. DIRECTV, INC., ET AL V. CLEVINGER, ET AL**
May 23, 2003 VA U.S. DIST. CT., WEST 1:03-CV-00062


**6,776. DIRECTV, INC., ET AL V. COMBS, ET AL**
May 23, 2003 VA U.S. DIST. CT., WEST 4:03-CV-00047


**6,777. DIRECTV, INC., ET AL V. FONTENOT, ET AL**
May 23, 2003 GA U.S. DIST. CT., MID. 5:03-CV-00162


**6,778. DIRECTV, INC., ET AL V. IGARASHI, ET AL**
May 23, 2003 GA U.S. DIST. CT., MID. 5:03-CV-00164


**6,779. DIRECTV, INC., ET AL V. LINDSEY, ET AL**
May 23, 2003 GA U.S. DIST. CT., MID. 6:03-CV-00025


**6,780. DIRECTV, INC., ET AL V. LOPEZ**
May 23, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00665


**6,781. DIRECTV, INC., ET AL V. POITEVINT, ET AL**
May 23, 2003 GA U.S. DIST. CT., MID. 1:03-CV-00085


**6,782. DIRECTV, INC., ET AL V. STUBBS, ET AL**
May 23, 2003 GA U.S. DIST. CT., MID. 6:03-CV-00026


**6,783. DIRECTV, INC., ET AL V. WARREN, ET AL**
May 23, 2003 GA U.S. DIST. CT., MID. 5:03-CV-00163


**6,784. DIRECTV, INC., ET AL V. ZUCCARINI**
May 23, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60966

**6,785. DIRECTV, INC., V. COCHRAN, ET AL**
May 23, 2003 GA U.S. DIST. CT., NORTH 2:03-CV-00071


**6,786. DIRECTV,INC V. CIRELLI, ET AL**
May 23, 2003 PA U.S. DIST. CT., WEST 2:03-CV-00756


**6,787. DIRECTV INC V. ABERNETHY, ET AL**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01758


**6,788. DIRECTV INC V. AGGARWAL, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03461


**6,789. DIRECTV INC V. ALFRED, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00951


**6,790. DIRECTV INC V. ALLEN, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03533


**6,791. DIRECTV INC V. ARENS, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03497


**6,792. DIRECTV INC V. ARSENVICH, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03503


**6,793. DIRECTV INC V. ATKINSON, ET AL**
May 22, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00075


**6,794. DIRECTV INC V. BAIER, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03536


**6,795. DIRECTV INC V. BAILEY, ET AL**
May 22, 2003 MI U.S. DIST. CT., EAST 5:03-CV-60103


**6,796. DIRECTV INC V. BALLIS, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03513


**6,797. DIRECTV INC V. BARBA**
May 22, 2003 TX U.S. DIST. CT., SOUTH 3:03-CV-00356


**6,798. DIRECTV INC V. BAYLESS, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00928

**6,799. DIRECTV INC V. BAZZOLI, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03485

**6,800. DIRECTV INC V. BEARDEN, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00930

**6,801. DIRECTV INC V. BENANDI**
May 22, 2003 LA U.S. DIST. CT., EAST 2:03-CV-01472

**6,802. DIRECTV INC V. BENNETT, ET AL**
May 22, 2003 MI U.S. DIST. CT., EAST 4:03-CV-40121

**6,803. DIRECTV INC V. BJORNSON, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03489

**6,804. DIRECTV INC V. BLACKWELL, ET AL**
May 22, 2003 SC U.S. DIST. CT. 2:03-CV-01767

**6,805. DIRECTV INC V. BLANCHARD, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00952

**6,806. DIRECTV INC V. BOURG**
May 22, 2003 LA U.S. DIST. CT., EAST 2:03-CV-01464

**6,807. DIRECTV INC V. BOYNTON**
May 22, 2003 TX U.S. DIST. CT., EAST 6:03-CV-00243

**6,808. DIRECTV INC V. BRANDON, ET AL**
May 22, 2003 LA U.S. DIST. CT., EAST 2:03-CV-01463

**6,809. DIRECTV INC V. BREAUX, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00943

**6,810. DIRECTV INC V. BREEDLOVE, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00942

**6,811. DIRECTV INC V. BRIXIE, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03449

**6,812. DIRECTV INC V. BROOKS, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00926

**6,813. DIRECTV INC V. BULLARD, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00945

**6,814. DIRECTV INC V. BURGH, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03508

**6,815. DIRECTV INC V. BUSH**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01765

**6,816. DIRECTV INC V. BYLSMA**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03478

**6,817. DIRECTV INC V. CHAVEZ**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01763

**6,818. DIRECTV INC V. CHRZANOWSKI, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03509

**6,819. DIRECTV INC V. CHUNN, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00948

**6,820. DIRECTV INC V. COCHRAN, ET AL**
May 22, 2003 SC U.S. DIST. CT. 03-CV-01775

**6,821. DIRECTV INC V. COULOMBE**
May 22, 2003 ME U.S. DIST. CT. 1:03-CV-00088

**6,822. DIRECTV INC V. COURTNEY**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01771

**6,823. DIRECTV INC V. DAVIDSON, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03459

**6,824. DIRECTV INC V. DAVIS, ET AL**
May 22, 2003 OK U.S. DIST. CT., WEST 5:03-CV-00698

**6,825. DIRECTV INC V. DAVLANTIS, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03506

**6,826. DIRECTV INC V. DAWSON**
May 22, 2003 OK U.S. DIST. CT., WEST 5:03-CV-00700

**6,827.** DIRECTV INC V. DELCAMBRE, ET AL
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00949

**6,828.** DIRECTV INC V. DEVIVO, ET AL
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03466

**6,829.** DIRECTV INC V. ENOS
May 22, 2003 TX U.S. DIST. CT., EAST 6:03-CV-00246

**6,830.** DIRECTV INC V. ESTIS, ET AL
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00946

**6,831.** DIRECTV INC V. ETHEREDGE
May 22, 2003 SC U.S. DIST. CT. 3:03-CV-01778

**6,832.** DIRECTV INC V. FARNSTROM, ET AL
May 22, 2003 OK U.S. DIST. CT., WEST 5:03-CV-00699

**6,833.** DIRECTV INC V. FLETCHER, ET AL
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00955

**6,834.** DIRECTV INC V. FLORENCIO MELCHOR, ET AL
May 22, 2003 TX U.S. DIST. CT., SOUTH 3:03-CV-00357

**6,835.** DIRECTV INC V. FLOURRY, ET AL
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00929

**6,836.** DIRECTV INC V. FLOYD
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01777

**6,837.** DIRECTV INC V. FOLDS, ET AL
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00950

**6,838.** DIRECTV INC V. FORMAN
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01770

**6,839.** DIRECTV INC V. FRAZER
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00947

**6,840.** DIRECTV INC V. FREDERICK, ET AL
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00927

**6,841. DIRECTV INC V. FROST, ET AL**
May 22, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00202

**6,842. DIRECTV INC V. FUENTES**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01761

**6,843. DIRECTV INC V. GARBUTT, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03499

**6,844. DIRECTV INC V. GARRICK, ET AL**
May 22, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71988

**6,845. DIRECTV INC V. GATSIOLIS, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03534

**6,846. DIRECTV INC V. GECY, ET AL**
May 22, 2003 SC U.S. DIST. CT. 9:03-CV-01781

**6,847. DIRECTV INC V. GEENEN, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03542

**6,848. DIRECTV INC V. GEMMELL, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00944

**6,849. DIRECTV INC V. GLASPIE, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00954

**6,850. DIRECTV INC V. GRASSER, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03464

**6,851. DIRECTV INC V. GREEN**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03453

**6,852. DIRECTV INC V. GREGORY, ET AL**
May 22, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71981

**6,853. DIRECTV INC V. GRUBBE, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03457

**6,854. DIRECTV INC V. HAGAN**
May 22, 2003 SC U.S. DIST. CT. 03-CV-01770

**6,855.** DIRECTV INC V. HARROLD, ET AL
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00953

**6,856.** DIRECTV INC V. HAYS
May 22, 2003 TX U.S. DIST. CT., EAST 3:03-CV-00024

**6,857.** DIRECTV INC V. HERNANDEZ
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03446

**6,858.** DIRECTV INC V. HOLDEN
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00941

**6,859.** DIRECTV INC V. HOLLAHAN, ET AL
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00957

**6,860.** DIRECTV INC V. HOLLAND
May 22, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00203

**6,861.** DIRECTV INC V. HOLLE, ET AL
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03511

**6,862.** DIRECTV INC V. HOMBERG, ET AL
May 22, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71996

**6,863.** DIRECTV INC V. HOOD
May 22, 2003 LA U.S. DIST. CT., EAST 2:03-CV-01474

**6,864.** DIRECTV INC V. HORNING, ET AL
May 22, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71987

**6,865.** DIRECTV INC V. HOWELL, ET AL
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00956

**6,866.** DIRECTV INC V. IGYARTO, ET AL
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03455

**6,867.** DIRECTV INC V. INCE
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00958

**6,868.** DIRECTV INC V. INGRAM
May 22, 2003 TX U.S. DIST. CT., EAST 2:03-CV-00137

**6,869. DIRECTV INC V. ITOUNAS, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03490

**6,870. DIRECTV INC V. JACKSON, ET AL**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01759

**6,871. DIRECTV INC V. JOANOS**
May 22, 2003 LA U.S. DIST. CT., EAST 2:03-CV-01462

**6,872. DIRECTV INC V. JOHN SIMMONDS, ET AL**
May 22, 2003 TX U.S. DIST. CT., SOUTH 3:03-CV-00355

**6,873. DIRECTV INC V. JOHNSON, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00932

**6,874. DIRECTV INC V. JUNEAU, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00924

**6,875. DIRECTV INC V. KASSER, ET AL**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01760

**6,876. DIRECTV INC V. KATICH, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03494

**6,877. DIRECTV INC V. KIRKLAND**
May 22, 2003 SC U.S. DIST. CT. 3:03-CV-01774

**6,878. DIRECTV INC V. KLEUTGEN, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03481

**6,879. DIRECTV INC V. KOUBICEK, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00935

**6,880. DIRECTV INC V. LANDBURG, ET AL**
May 22, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00200

**6,881. DIRECTV INC V. LANDRY, ET AL**
May 22, 2003 LA U.S. DIST. CT., EAST 2:03-CV-01454

**6,882. DIRECTV INC V. LARSON, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03456

**6,883. DIRECTV INC V. LEE, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03443

**6,884. DIRECTV INC V. LEE, ET AL**
May 22, 2003 SC U.S. DIST. CT. 6:03-CV-01765

**6,885. DIRECTV INC V. LEWIS, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00934

**6,886. DIRECTV INC V. LOCK, ET AL**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01775

**6,887. DIRECTV INC V. LOFTIS**
May 22, 2003 SC U.S. DIST. CT. 2:03-CV-01777

**6,888. DIRECTV INC V. LONG**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03458

**6,889. DIRECTV INC V. LONGORIA, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00960

**6,890. DIRECTV INC V. LOUSSAERT, ET AL**
May 22, 2003 IA U.S. DIST. CT., SOUTH 3:03-CV-40053

**6,891. DIRECTV INC V. LOWRANCE**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00464

**6,892. DIRECTV INC V. LYSIAK, ET AL**
May 22, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00191

**6,893. DIRECTV INC V. MADARANG**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01781

**6,894. DIRECTV INC V. MAINORD, ET AL**
May 22, 2003 TX U.S. DIST. CT., EAST 1:03-CV-00305

**6,895. DIRECTV INC V. MARAFFINO, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03441

**6,896. DIRECTV INC V. MARAVELAS, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03445

**6,897. DIRECTV INC V. MARCUM**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00463


**6,898. DIRECTV INC V. MARSHALL, ET AL**
May 22, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71986


**6,899. DIRECTV INC V. MARTIN**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00462


**6,900. DIRECTV INC V. MASON, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03495


**6,901. DIRECTV INC V. MAYO, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00923


**6,902. DIRECTV INC V. MCCANN, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03545


**6,903. DIRECTV INC V. MCGAHA, ET AL**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01784


**6,904. DIRECTV INC V. MCMATH, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00938


**6,905. DIRECTV INC V. MCSWEENEY**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00461


**6,906. DIRECTV INC V. MEACHAM**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00922


**6,907. DIRECTV INC V. MEDINA**
May 22, 2003 SC U.S. DIST. CT. 03-CV-01769


**6,908. DIRECTV INC V. MILLER**
May 22, 2003 OK U.S. DIST. CT., WEST 5:03-CV-00702


**6,909. DIRECTV INC V. MILLER, ET AL**
May 22, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71989


**6,910. DIRECTV INC V. MOBLEY, ET AL**
May 22, 2003 SC U.S. DIST. CT. 0:03-CV-01768

**6,911. DIRECTV INC V. MONTES, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03463


**6,912. DIRECTV INC V. MORIN**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00467


**6,913. DIRECTV INC V. MORKES**
May 22, 2003 OK U.S. DIST. CT., WEST 5:03-CV-00703


**6,914. DIRECTV INC V. MORRIS**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00466


**6,915. DIRECTV INC V. MORRISH, ET AL**
May 22, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00197


**6,916. DIRECTV INC V. MOSIER, ET AL**
May 22, 2003 TX U.S. DIST. CT., EAST 1:03-CV-00307


**6,917. DIRECTV INC V. MUELLER, ET AL**
May 22, 2003 OK U.S. DIST. CT., WEST 5:03-CV-00704


**6,918. DIRECTV INC V. MULDER, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00933


**6,919. DIRECTV INC V. MURRAY, ET AL**
May 22, 2003 SC U.S. DIST. CT. 3:03-CV-01772


**6,920. DIRECTV INC V. NELSON**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00447


**6,921. DIRECTV INC V. NGUYEN**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01767


**6,922. DIRECTV INC V. NGUYEN**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01768


**6,923. DIRECTV INC V. NGUYEN**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00444


**6,924. DIRECTV INC V. NGUYEN**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00475

**6,925. DIRECTV INC V. NGUYEN**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00446


**6,926. DIRECTV INC V. NGUYEN, ET AL**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01785


**6,927. DIRECTV INC V. NICHOLLS**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03514


**6,928. DIRECTV INC V. NOGA**
May 22, 2003 OK U.S. DIST. CT., WEST 5:03-CV-00705


**6,929. DIRECTV INC V. OLIVER**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00454


**6,930. DIRECTV INC V. OSWALT**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00456


**6,931. DIRECTV INC V. PAEPCKE, ET AL**
May 22, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71985


**6,932. DIRECTV INC V. PAIVA**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00458


**6,933. DIRECTV INC V. PARSONS**
May 22, 2003 ME U.S. DIST. CT. 1:03-CV-00089


**6,934. DIRECTV INC V. PASKIET, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03505


**6,935. DIRECTV INC V. PATEL, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03442


**6,936. DIRECTV INC V. PEGRAM**
May 22, 2003 NC U.S. DIST. CT., WEST 1:03-CV-00126


**6,937. DIRECTV INC V. PETERSON**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00459


**6,938. DIRECTV INC V. PETRINSKY, ET AL**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01782

**6,939. DIRECTV INC V. PFEIFER**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00925

**6,940. DIRECTV INC V. PICARD, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03541

**6,941. DIRECTV INC V. POLHEMUS**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00449

**6,942. DIRECTV INC V. POPE, ET AL**
May 22, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00074

**6,943. DIRECTV INC V. PORRETTO, ET AL**
May 22, 2003 FL U.S. DIST. CT., NORTH 4:03-CV-00162

**6,944. DIRECTV INC V. POTTER**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00448

**6,945. DIRECTV INC V. QUEEN**
May 22, 2003 OK U.S. DIST. CT., WEST 5:03-CV-00707

**6,946. DIRECTV INC V. RADA, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03447

**6,947. DIRECTV INC V. RAJAPHO, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00959

**6,948. DIRECTV INC V. RANDALL, ET AL**
May 22, 2003 SC U.S. DIST. CT. 03-CV-01779

**6,949. DIRECTV INC V. RAY, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00937

**6,950. DIRECTV INC V. REID, ET AL**
May 22, 2003 TX U.S. DIST. CT., EAST 2:03-CV-00138

**6,951. DIRECTV INC V. REITER, ET AL**
May 22, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00204

**6,952. DIRECTV INC V. RICHARD, ET AL**
May 22, 2003 LA U.S. DIST. CT., EAST 2:03-CV-01461

**6,953. DIRECTV INC V. RICHERSON**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00453

**6,954. DIRECTV INC V. RISLEY, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00931

**6,955. DIRECTV INC V. RIVERA**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00452

**6,956. DIRECTV INC V. ROBERTS, ET AL**
May 22, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71984

**6,957. DIRECTV INC V. ROBERTSON**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00940

**6,958. DIRECTV INC V. ROBINSON**
May 22, 2003 OK U.S. DIST. CT., WEST 5:03-CV-00708

**6,959. DIRECTV INC V. RODEN, ET AL**
May 22, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00199

**6,960. DIRECTV INC V. RODGERS**
May 22, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00261

**6,961. DIRECTV INC V. ROGER, ET AL**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01783

**6,962. DIRECTV INC V. ROGINA, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03496

**6,963. DIRECTV INC V. ROSS**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00451

**6,964. DIRECTV INC V. RUDEL**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00474

**6,965. DIRECTV INC V. RUTKOWSKI, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03479

**6,966. DIRECTV INC V. RUZECKI, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03483

**6,967. DIRECTV INC V. SANTIAGO**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00473

**6,968. DIRECTV INC V. SCHULMAN, ET AL**
May 22, 2003 LA U.S. DIST. CT., EAST 2:03-CV-01475

**6,969. DIRECTV INC V. SCRIVNER**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00472

**6,970. DIRECTV INC V. SEAUX**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00939

**6,971. DIRECTV INC V. SERIO, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03491

**6,972. DIRECTV INC V. SEWELL, ET AL**
May 22, 2003 OK U.S. DIST. CT., WEST 5:03-CV-00709

**6,973. DIRECTV INC V. SHEAR, ET AL**
May 22, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00198

**6,974. DIRECTV INC V. SHIH**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01766

**6,975. DIRECTV INC V. SIMON, ET AL**
May 22, 2003 SC U.S. DIST. CT. 03-CV-01780

**6,976. DIRECTV INC V. SMITH, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03540

**6,977. DIRECTV INC V. SOLBY**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00471

**6,978. DIRECTV INC V. STAPLES**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00470

**6,979. DIRECTV INC V. STEFANI, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03502

**6,980. DIRECTV INC V. STEVENS, ET AL**
May 22, 2003 MI U.S. DIST. CT., EAST 1:03-CV-10126

**6,981. DIRECTV INC V. STILLINGER, ET AL**
May 22, 2003 SC U.S. DIST. CT. 5:03-CV-01776

**6,982. DIRECTV INC V. STYRCZULA**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03451

**6,983. DIRECTV INC V. SUTTON**
May 22, 2003 TX U.S. DIST. CT., EAST 6:03-CV-00247

**6,984. DIRECTV INC V. SYKES**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00469

**6,985. DIRECTV INC V. TABERT, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03470

**6,986. DIRECTV INC V. TARO**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00468

**6,987. DIRECTV INC V. TAYLOR**
May 22, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00465

**6,988. DIRECTV INC V. TEAGUE**
May 22, 2003 OK U.S. DIST. CT., WEST 5:03-CV-00710

**6,989. DIRECTV INC V. THOME, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03460

**6,990. DIRECTV INC V. TISINAI, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03500

**6,991. DIRECTV INC V. TRAN, ET AL**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01764

**6,992. DIRECTV INC V. TRAXLER, ET AL**
May 22, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71994

**6,993. DIRECTV INC V. TULLOS, ET AL**
May 22, 2003 LA U.S. DIST. CT., EAST 2:03-CV-01455

**6,994. DIRECTV INC V. VANPELT, ET AL**
May 22, 2003 LA U.S. DIST. CT., EAST 2:03-CV-01468

**6,995. DIRECTV INC V. VENERO, ET AL**
May 22, 2003 FL U.S. DIST. CT., NORTH 1:03-CV-00093

**6,996. DIRECTV INC V. VIVACUE, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03531

**6,997. DIRECTV INC V. WATERBURY, ET AL**
May 22, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00921

**6,998. DIRECTV INC V. WEBSTER, ET AL**
May 22, 2003 IA U.S. DIST. CT., SOUTH 3:03-CV-40054

**6,999. DIRECTV INC V. WELLS**
May 22, 2003 MI U.S. DIST. CT., EAST 2:03-CV-73729

**7,000. DIRECTV INC V. WESTERHEIDE, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03476

**7,001. DIRECTV INC V. WHITESIDE**
May 22, 2003 TX U.S. DIST. CT., EAST 6:03-CV-00244

**7,002. DIRECTV INC V. WINKLER, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03448

**7,003. DIRECTV INC V. WU, ET AL**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01762

**7,004. DIRECTV INC V. YASSINGER**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03515

**7,005. DIRECTV INC V. YOUNG**
May 22, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-01780

**7,006. DIRECTV INC, ET AL V. LEE, ET AL**
May 22, 2003 TX U.S. DIST. CT., EAST 1:03-CV-00306

**7,007. DIRECTV INC, ET AL V. MULCAHY, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03537

**7,008. DIRECTV INC, ET AL V. WILSON, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03516


**7,009. DIRECTV INCORPORATED V. HOWSEY**
May 22, 2003 TX U.S. DIST. CT., WEST 7:03-CV-00080


**7,010. DIRECTV V. OSTRANDER, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03501


**7,011. DIRECTV, INC V. BAGLEY, ET AL**
May 22, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00398


**7,012. DIRECTV, INC V. BREWER, ET AL**
May 22, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00399


**7,013. DIRECTV, INC V. CARMENA, ET AL**
May 22, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00392


**7,014. DIRECTV, INC V. GROSS, ET AL**
May 22, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-01215


**7,015. DIRECTV, INC V. JUNEAU, ET AL**
May 22, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00391


**7,016. DIRECTV, INC V. LITTLE, ET AL**
May 22, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00401


**7,017. DIRECTV, INC V. LOUQUE**
May 22, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00395


**7,018. DIRECTV, INC V. PATEL**
May 22, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00396


**7,019. DIRECTV, INC V. POURCIAU, ET AL**
May 22, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00397


**7,020. DIRECTV, INC V. REED**
May 22, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00394

**7,021.** **DIRECTV, INC V. TAYLOR, ET AL**
May 22, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00389


**7,022.** **DIRECTV, INC V. TOWNSLEY, ET AL**
May 22, 2003 LA U.S. DIST. CT., MID. 3:03-CV-00393


**7,023.** **DIRECTV, INC. V. AKEY, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50214


**7,024.** **DIRECTV, INC. V. ALLEN**
May 22, 2003 TX U.S. DIST. CT., WEST 5:03-CV-00419


**7,025.** **DIRECTV, INC. V. ARAGON, ET AL**
May 22, 2003 CO U.S. DIST. CT. 1:03-CV-00938


**7,026.** **DIRECTV, INC. V. BALMER**
May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01034


**7,027.** **DIRECTV, INC. V. BANEY, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50220


**7,028.** **DIRECTV, INC. V. BARTLEY, ET AL**
May 22, 2003 NJ U.S. DIST. CT. 2:03-CV-02382


**7,029.** **DIRECTV, INC. V. BEECH**
May 22, 2003 OH U.S. DIST. CT., NORTH 3-03-07254


**7,030.** **DIRECTV, INC. V. BERNARD**
May 22, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00333


**7,031.** **DIRECTV, INC. V. BERRY**
May 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00670


**7,032.** **DIRECTV, INC. V. BERSHAW**
May 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00671


**7,033.** **DIRECTV, INC. V. BURGESS**
May 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00673

**7,034.** **DIRECTV, INC. V. BURKHALTER, ET AL**
**May 22, 2003 CO U.S. DIST. CT. 1:03-CV-00939**


**7,035.** **DIRECTV, INC. V. BUSH**
**May 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00674**


**7,036.** **DIRECTV, INC. V. CARRILLO, ET AL**
**May 22, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00197**


**7,037.** **DIRECTV, INC. V. CARTER**
**May 22, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00476**


**7,038.** **DIRECTV, INC. V. CASEY**
**May 22, 2003 OH U.S. DIST. CT., NORTH 5-03-00984**


**7,039.** **DIRECTV, INC. V. CASTELLUCCIO, ET AL**
**May 22, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50215**


**7,040.** **DIRECTV, INC. V. CHUI**
**May 22, 2003 MA U.S. DIST. CT. 1:03-CV-10964**


**7,041.** **DIRECTV, INC. V. CLARK**
**May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01039**


**7,042.** **DIRECTV, INC. V. CLARK, ET AL**
**May 22, 2003 MS U.S. DIST. CT., SOUTH 4:03-CV-00198**


**7,043.** **DIRECTV, INC. V. CLARK, ET AL**
**May 22, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50218**


**7,044.** **DIRECTV, INC. V. COLEMAN**
**May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01037**


**7,045.** **DIRECTV, INC. V. COLLIER, ET AL**
**May 22, 2003 TX U.S. DIST. CT., WEST 6:03-CV-00159**


**7,046.** **DIRECTV, INC. V. COOK**
**May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01033**

**7,047. DIRECTV, INC. V. COOL**
May 22, 2003 OH U.S. DIST. CT., NORTH 3-03-07255


**7,048. DIRECTV, INC. V. CORDEIRO**
May 22, 2003 MA U.S. DIST. CT. 1:03-CV-10976


**7,049. DIRECTV, INC. V. CORN**
May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01025


**7,050. DIRECTV, INC. V. CROFFORD, ET AL**
May 22, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-00734


**7,051. DIRECTV, INC. V. CROUCH**
May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01032


**7,052. DIRECTV, INC. V. CULLEY**
May 22, 2003 ID U.S. DIST. CT. 03-CV-00207


**7,053. DIRECTV, INC. V. DAVIS**
May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01036


**7,054. DIRECTV, INC. V. DAVIS**
May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01038


**7,055. DIRECTV, INC. V. DAVIS, ET AL**
May 22, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00206


**7,056. DIRECTV, INC. V. DAVIS, ET AL**
May 22, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-01220


**7,057. DIRECTV, INC. V. DECKER**
May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01016


**7,058. DIRECTV, INC. V. DELACABADA, ET AL**
May 22, 2003 TX U.S. DIST. CT., WEST 2:03-CV-00041


**7,059. DIRECTV, INC. V. DEMATTEIS**
May 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00665

**7,060. DIRECTV, INC. V. DONALDSON**
May 22, 2003 TX U.S. DIST. CT., WEST 6:03-CV-00162

**7,061. DIRECTV, INC. V. DUNLAP**
May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01013

**7,062. DIRECTV, INC. V. EGAN**
May 22, 2003 OH U.S. DIST. CT., NORTH 1-03-00989

**7,063. DIRECTV, INC. V. ESQUIVEL, ET AL**
May 22, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00198

**7,064. DIRECTV, INC. V. EVERETT**
May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01029

**7,065. DIRECTV, INC. V. FETTY**
May 22, 2003 WV U.S. DIST. CT., SOUTH 03-CV-00459

**7,066. DIRECTV, INC. V. FRANCO**
May 22, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00199

**7,067. DIRECTV, INC. V. GAN, ET AL**
May 22, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00207

**7,068. DIRECTV, INC. V. GAVIN**
May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01028

**7,069. DIRECTV, INC. V. GERKE, ET AL**
May 22, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00321

**7,070. DIRECTV, INC. V. GIBSON, ET AL**
May 22, 2003 WV U.S. DIST. CT., SOUTH 2:03-CV-00456

**7,071. DIRECTV, INC. V. GIST**
May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01014

**7,072. DIRECTV, INC. V. GOLDMAN, ET AL**
May 22, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-00733

**7,073. DIRECTV, INC. V. GONZALEZ**
**May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01018**


**7,074. DIRECTV, INC. V. GORGACZ**
**May 22, 2003 OH U.S. DIST. CT., NORTH 4-03-00988**


**7,075. DIRECTV, INC. V. GRAJEDA**
**May 22, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00200**


**7,076. DIRECTV, INC. V. GRAZINSKI**
**May 22, 2003 TX U.S. DIST. CT., WEST 6:03-CV-00160**


**7,077. DIRECTV, INC. V. GREENHALGH**
**May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01030**


**7,078. DIRECTV, INC. V. GRIMES**
**May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01017**


**7,079. DIRECTV, INC. V. HADDAD**
**May 22, 2003 OH U.S. DIST. CT., NORTH 3-03-07251**


**7,080. DIRECTV, INC. V. HANNA**
**May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01022**


**7,081. DIRECTV, INC. V. HARMS, ET AL**
**May 22, 2003 CO U.S. DIST. CT. 1:03-CV-00936**


**7,082. DIRECTV, INC. V. HARVEY**
**May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01012**


**7,083. DIRECTV, INC. V. HICKS**
**May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01021**


**7,084. DIRECTV, INC. V. HOPPER, ET AL**
**May 22, 2003 CO U.S. DIST. CT. 1:03-CV-00937**


**7,085. DIRECTV, INC. V. HORTON**
**May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01019**

**7,086.** DIRECTV, INC. V. HOUGHTON
**May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01027**


**7,087.** DIRECTV, INC. V. JARAMILLO, ET AL
**May 22, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50216**


**7,088.** DIRECTV, INC. V. JOHANSEN, ET AL
**May 22, 2003 ID U.S. DIST. CT. 03-CV-00208**


**7,089.** DIRECTV, INC. V. JOHNSON, ET AL
**May 22, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00329**


**7,090.** DIRECTV, INC. V. KALASZ
**May 22, 2003 OH U.S. DIST. CT., NORTH 5-03-00987**


**7,091.** DIRECTV, INC. V. KOONTZ, ET AL
**May 22, 2003 NJ U.S. DIST. CT. 2:03-CV-02381**


**7,092.** DIRECTV, INC. V. KOOPMAN
**May 22, 2003 OH U.S. DIST. CT., NORTH 4-03-00981**


**7,093.** DIRECTV, INC. V. LANDAU
**May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01015**


**7,094.** DIRECTV, INC. V. LAWSON, ET AL
**May 22, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50221**


**7,095.** DIRECTV, INC. V. LEANDRO, ET AL
**May 22, 2003 TX U.S. DIST. CT., WEST 5:03-CV-00415**


**7,096.** DIRECTV, INC. V. LEWIS
**May 22, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00477**


**7,097.** DIRECTV, INC. V. LORENZ, ET AL
**May 22, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00243**


**7,098.** DIRECTV, INC. V. LUKER, ET AL
**May 22, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80419**

**7,099. DIRECTV, INC. V. MAALOUF**
**May 22, 2003 MA U.S. DIST. CT. 1:03-CV-10980**


**7,100. DIRECTV, INC. V. MAINZER**
**May 22, 2003 OH U.S. DIST. CT., NORTH 1-03-00990**


**7,101. DIRECTV, INC. V. MARSH**
**May 22, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80429**


**7,102. DIRECTV, INC. V. MASCARENAS, ET AL**
**May 22, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00330**


**7,103. DIRECTV, INC. V. MATURO, ET AL**
**May 22, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80415**


**7,104. DIRECTV, INC. V. MCCAFFETY, ET AL**
**May 22, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00326**


**7,105. DIRECTV, INC. V. MCKENNA**
**May 22, 2003 MA U.S. DIST. CT. 1:03-CV-10967**


**7,106. DIRECTV, INC. V. MCKENZIE**
**May 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00667**


**7,107. DIRECTV, INC. V. MEASE**
**May 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00686**


**7,108. DIRECTV, INC. V. MILLER**
**May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01031**


**7,109. DIRECTV, INC. V. MIRANDA**
**May 22, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80425**


**7,110. DIRECTV, INC. V. MONMANY, ET AL**
**May 22, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50213**


**7,111. DIRECTV, INC. V. MOORE**
**May 22, 2003 OH U.S. DIST. CT., NORTH 3-03-07253**

**7,112. DIRECTV, INC. V. MORALES, ET AL**
May 22, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80424

**7,113. DIRECTV, INC. V. MURPHY**
May 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00668

**7,114. DIRECTV, INC. V. NEAL, ET AL**
May 22, 2003 TX U.S. DIST. CT., WEST 7:03-CV-00081

**7,115. DIRECTV, INC. V. NEERING**
May 22, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80427

**7,116. DIRECTV, INC. V. NEWMAN**
May 22, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50209

**7,117. DIRECTV, INC. V. NWUKE, ET AL**
May 22, 2003 CO U.S. DIST. CT. 1:03-CV-00943

**7,118. DIRECTV, INC. V. ODOM, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50212

**7,119. DIRECTV, INC. V. OLIVERI, ET AL**
May 22, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50222

**7,120. DIRECTV, INC. V. OLSEN**
May 22, 2003 MA U.S. DIST. CT. 1:03-CV-10971

**7,121. DIRECTV, INC. V. OYLER**
May 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00676

**7,122. DIRECTV, INC. V. PARCHMENT, ET AL**
May 22, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60959

**7,123. DIRECTV, INC. V. PARKS**
May 22, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80430

**7,124. DIRECTV, INC. V. PENA**
May 22, 2003 MA U.S. DIST. CT. 1:03-CV-10961

**7,125.** **DIRECTV, INC. V. PHAM**
**May 22, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00332**

**7,126.** **DIRECTV, INC. V. PIERZ, ET AL**
**May 22, 2003 TX U.S. DIST. CT., WEST 5:03-CV-00418**

**7,127.** **DIRECTV, INC. V. PLANTS, ET AL**
**May 22, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14143**

**7,128.** **DIRECTV, INC. V. PLATE**
**May 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00672**

**7,129.** **DIRECTV, INC. V. QUARM, ET AL**
**May 22, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00205**

**7,130.** **DIRECTV, INC. V. RANGEL, ET AL**
**May 22, 2003 TX U.S. DIST. CT., WEST 5:03-CV-00420**

**7,131.** **DIRECTV, INC. V. REEVES, ET AL**
**May 22, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00328**

**7,132.** **DIRECTV, INC. V. RESTO**
**May 22, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80433**

**7,133.** **DIRECTV, INC. V. REUTER**
**May 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00677**

**7,134.** **DIRECTV, INC. V. REVELUS**
**May 22, 2003 MA U.S. DIST. CT. 1:03-CV-10974**

**7,135.** **DIRECTV, INC. V. RICHTER**
**May 22, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80428**

**7,136.** **DIRECTV, INC. V. RODRIGUEZ**
**May 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00679**

**7,137.** **DIRECTV, INC. V. ROGERS**
**May 22, 2003 TX U.S. DIST. CT., WEST 6:03-CV-00161**

**7,138. DIRECTV, INC. V. ROLLINS**
**May 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00681**


**7,139. DIRECTV, INC. V. ROSADO**
**May 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00682**


**7,140. DIRECTV, INC. V. ROSALES**
**May 22, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00204**


**7,141. DIRECTV, INC. V. RUGGIERI**
**May 22, 2003 MA U.S. DIST. CT. 1:03-CV-10977**


**7,142. DIRECTV, INC. V. SANDERSON**
**May 22, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50219**


**7,143. DIRECTV, INC. V. SCHERER**
**May 22, 2003 WV U.S. DIST. CT., SOUTH 6:03-CV-00458**


**7,144. DIRECTV, INC. V. SCHNEIDER**
**May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01026**


**7,145. DIRECTV, INC. V. SCHOFIELD**
**May 22, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80426**


**7,146. DIRECTV, INC. V. SHARP**
**May 22, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80432**


**7,147. DIRECTV, INC. V. SHAW**
**May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01035**


**7,148. DIRECTV, INC. V. SHOWMAN**
**May 22, 2003 OH U.S. DIST. CT., NORTH 3-03-07252**


**7,149. DIRECTV, INC. V. SORLING, ET AL**
**May 22, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50211**


**7,150. DIRECTV, INC. V. SPOKISH**
**May 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00680**

**7,151. DIRECTV, INC. V. STANLEY**
**May 22, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00478**


**7,152. DIRECTV, INC. V. STEYER, ET AL**
**May 22, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00202**


**7,153. DIRECTV, INC. V. STOLMAN**
**May 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00683**


**7,154. DIRECTV, INC. V. STULTZ**
**May 22, 2003 OK U.S. DIST. CT., NORTH 4:03-CV-00357**


**7,155. DIRECTV, INC. V. TAYLOR**
**May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01023**


**7,156. DIRECTV, INC. V. TENORIO**
**May 22, 2003 TX U.S. DIST. CT., WEST 3:03-CV-00203**


**7,157. DIRECTV, INC. V. TESTER**
**May 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-01020**


**7,158. DIRECTV, INC. V. TROZZO**
**May 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00684**


**7,159. DIRECTV, INC. V. ULBRICH, ET AL**
**May 22, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00327**


**7,160. DIRECTV, INC. V. VANNORMAN, ET AL**
**May 22, 2003 MS U.S. DIST. CT., SOUTH 5:03-CV-00304**


**7,161. DIRECTV, INC. V. VIELE, ET AL**
**May 22, 2003 TX U.S. DIST. CT., WEST 1:03-CV-00325**


**7,162. DIRECTV, INC. V. WEST, ET AL**
**May 22, 2003 WV U.S. DIST. CT., SOUTH 1:03-CV-00460**


**7,163. DIRECTV, INC. V. WESTENDORF, ET AL**
**May 22, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50210**

**7,164.** DIRECTV, INC. V. WIERZBA, ET AL
May 22, 2003 IL U.S. DIST. CT., NORTH 3:03-CV-50217


**7,165.** DIRECTV, INC. V. XOLALPA, ET AL
May 22, 2003 TX U.S. DIST. CT., WEST 2:03-CV-00042


**7,166.** DIRECTV, INC. V. YOST
May 22, 2003 OH U.S. DIST. CT., NORTH 5-03-00980


**7,167.** DIRECTV, INC. V. ZINGALE
May 22, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80431


**7,168.** DIRECTV INC V. ANDERSON, ET AL.
May 21, 2003 NM U.S. DIST. CT. 1:03-CV-00619


**7,169.** DIRECTV INC V. ANTONIO C GUILIN, ET AL
May 21, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03626


**7,170.** DIRECTV INC V. ARCHULETA ET AL
May 21, 2003 KS U.S. DIST. CT. 2:03-CV-02266


**7,171.** DIRECTV INC V. AUDET ET AL
May 21, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-01100


**7,172.** DIRECTV INC V. BARRETT ET AL
May 21, 2003 KS U.S. DIST. CT. 2:03-CV-02267


**7,173.** DIRECTV INC V. BAUMAN ET AL
May 21, 2003 KS U.S. DIST. CT. 2:03-CV-02268


**7,174.** DIRECTV INC V. BECK
May 21, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00443


**7,175.** DIRECTV INC V. BRAGG, ET AL
May 21, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40290


**7,176.** DIRECTV INC V. BRETZ
May 21, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00442

**7,177. DIRECTV INC V. BRITTS ET AL**
May 21, 2003 KS U.S. DIST. CT. 2:03-CV-02269

**7,178. DIRECTV INC V. BUDENICH**
May 21, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00441

**7,179. DIRECTV INC V. CHARLES BROWNLEE, ET AL**
May 21, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03625

**7,180. DIRECTV INC V. COLLINS ET AL**
May 21, 2003 KS U.S. DIST. CT. 2:03-CV-02270

**7,181. DIRECTV INC V. COOKSEY, ET AL**
May 21, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-01022

**7,182. DIRECTV INC V. DABANDONS**
May 21, 2003 KS U.S. DIST. CT. 2:03-CV-02271

**7,183. DIRECTV INC V. ELLMAN**
May 21, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00440

**7,184. DIRECTV INC V. ELWOOD DOONERSBACH, ET AL**
May 21, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03624

**7,185. DIRECTV INC V. EVANS**
May 21, 2003 KS U.S. DIST. CT. 2:03-CV-02273

**7,186. DIRECTV INC V. EVANS, ET AL**
May 21, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40291

**7,187. DIRECTV INC V. FIMBREZ**
May 21, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00439

**7,188. DIRECTV INC V. FISCHER**
May 21, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00438

**7,189. DIRECTV INC V. GARCIA, ET AL**
May 21, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01102

**7,190.** DIRECTV INC V. GARRISON
May 21, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00437


**7,191.** DIRECTV INC V. GICANTE, ET AL
May 21, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40293


**7,192.** DIRECTV INC V. GOSS ET AL
May 21, 2003 KS U.S. DIST. CT. 2:03-CV-02274


**7,193.** DIRECTV INC V. GRIBBEN ET AL
May 21, 2003 KS U.S. DIST. CT. 2:03-CV-02275


**7,194.** DIRECTV INC V. HERMAN ET AL
May 21, 2003 KS U.S. DIST. CT. 2:03-CV-02276


**7,195.** DIRECTV INC V. HOFFMAN ET AL
May 21, 2003 KS U.S. DIST. CT. 2:03-CV-02277


**7,196.** DIRECTV INC V. JIM NAEGLE, ET AL
May 21, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-00818


**7,197.** DIRECTV INC V. JONES
May 21, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00436


**7,198.** DIRECTV INC V. KAAS, ET AL
May 21, 2003 IA U.S. DIST. CT., NORTH 5:03-CV-04047


**7,199.** DIRECTV INC V. LANGELIER
May 21, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00433


**7,200.** DIRECTV INC V. LEECH
May 21, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00434


**7,201.** DIRECTV INC V. LOCKWOOD ET AL
May 21, 2003 KS U.S. DIST. CT. 2:03-CV-02279


**7,202.** DIRECTV INC V. LOPEZ
May 21, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00431

**7,203.** **DIRECTV INC V. LOPEZ, ET AL.**
May 21, 2003 NM U.S. DIST. CT. 6:03-CV-00606

**7,204.** **DIRECTV INC V. MARTIN MCGREEVEY, ET AL**
May 21, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03623

**7,205.** **DIRECTV INC V. MILLER ET AL**
May 21, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-01103

**7,206.** **DIRECTV INC V. MILLER, ET AL**
May 21, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00173

**7,207.** **DIRECTV INC V. OFFRINGA**
May 21, 2003 TX U.S. DIST. CT., NORTH 2:03-CV-00138

**7,208.** **DIRECTV INC V. ORNALES**
May 21, 2003 NM U.S. DIST. CT. 1:03-CV-00617

**7,209.** **DIRECTV INC V. PHIPPS ET AL**
May 21, 2003 KS U.S. DIST. CT. 2:03-CV-02283

**7,210.** **DIRECTV INC V. QUARANTILLO**
May 21, 2003 KS U.S. DIST. CT. 2:03-CV-02284

**7,211.** **DIRECTV INC V. SANDOVAL, ET AL.**
May 21, 2003 NM U.S. DIST. CT. 1:03-CV-00605

**7,212.** **DIRECTV INC V. TERRY**
May 21, 2003 TX U.S. DIST. CT., NORTH 2:03-CV-00137

**7,213.** **DIRECTV INC V. THAPA**
May 21, 2003 WY U.S. DIST. CT. 2:03-CV-00108

**7,214.** **DIRECTV INC V. THORP**
May 21, 2003 NM U.S. DIST. CT. 6:03-CV-00609

**7,215.** **DIRECTV INC V. TRIPP, ET AL**
May 21, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40289

**7,216. DIRECTV INC V. TYSON ET AL**
May 21, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-01108


**7,217. DIRECTV INC V. VANKHAM, ET AL**
May 21, 2003 IA U.S. DIST. CT., SOUTH 4:03-CV-40292


**7,218. DIRECTV INC V. WATKINS**
May 21, 2003 KS U.S. DIST. CT. 2:03-CV-02286


**7,219. DIRECTV INC V. WHITE ET AL**
May 21, 2003 KS U.S. DIST. CT. 2:03-CV-02288


**7,220. DIRECTV INC V. WILLIAMS**
May 21, 2003 KS U.S. DIST. CT. 2:03-CV-02289


**7,221. DIRECTV INC V. WILSON ET AL**
May 21, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-01099


**7,222. DIRECTV INC., ET AL. V. ESPINOZA, ET AL.**
May 21, 2003 NM U.S. DIST. CT. 2:03-CV-00618


**7,223. DIRECTV V. ROSEN, ET AL**
May 21, 2003 UT U.S. DIST. CT. 2:03-CV-00472


**7,224. DIRECTV, INC. V. ALDERMAN, ET AL**
May 21, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00661


**7,225. DIRECTV, INC. V. ASKEW, ET AL**
May 21, 2003 NC U.S. DIST. CT., EAST 03-CV-00028


**7,226. DIRECTV, INC. V. BERRY ET AL**
May 21, 2003 MO U.S. DIST. CT., WEST 4:03-CV-00440


**7,227. DIRECTV, INC. V. CREECH, ET AL**
May 21, 2003 NC U.S. DIST. CT., EAST 03-CV-00394


**7,228. DIRECTV, INC. V. DAY**
May 21, 2003 MA U.S. DIST. CT. 4:03-CV-40104

**7,229. DIRECTV, INC. V. DONAHOO**
May 21, 2003 TX U.S. DIST. CT., NORTH 5:03-CV-00111


**7,230. DIRECTV, INC. V. DUNN, ET AL**
May 21, 2003 NC U.S. DIST. CT., EAST 4:03-CV-00075


**7,231. DIRECTV, INC. V. FLUHARTY, ET AL**
May 21, 2003 NC U.S. DIST. CT., EAST 03-CV-00384


**7,232. DIRECTV, INC. V. FORD, ET AL**
May 21, 2003 NC U.S. DIST. CT., EAST 7:03-CV-00092


**7,233. DIRECTV, INC. V. FROMME ET AL**
May 21, 2003 CA U.S. DIST. CT., NORTH 3:03-CV-02387


**7,234. DIRECTV, INC. V. GASCO, ET AL**
May 21, 2003 SD U.S. DIST. CT. 03-CV-01010


**7,235. DIRECTV, INC. V. GLENNON**
May 21, 2003 NC U.S. DIST. CT., EAST 03-CV-00386


**7,236. DIRECTV, INC. V. HARRIS, ET AL**
May 21, 2003 NC U.S. DIST. CT., EAST 03-CV-00396


**7,237. DIRECTV, INC. V. HART**
May 21, 2003 NC U.S. DIST. CT., EAST 03-CV-00030


**7,238. DIRECTV, INC. V. HOUGHTON**
May 21, 2003 NC U.S. DIST. CT., EAST 5:03-CV-00400


**7,239. DIRECTV, INC. V. LEKARTSEV**
May 21, 2003 NY U.S. DIST. CT., EAST 1:03-CV-02571


**7,240. DIRECTV, INC. V. LUE ET AL**
May 21, 2003 CA U.S. DIST. CT., NORTH 5:03-CV-02409


**7,241. DIRECTV, INC. V. MORRIS**
May 21, 2003 MA U.S. DIST. CT. 4:03-CV-40105

**7,242. DIRECTV, INC. V. PARHAM**
May 21, 2003 NC U.S. DIST. CT., EAST 03-CV-00399

**7,243. DIRECTV, INC. V. PEASLEE**
May 21, 2003 MA U.S. DIST. CT. 4:03-CV-40102

**7,244. DIRECTV, INC. V. PETTIT**
May 21, 2003 OK U.S. DIST. CT., EAST 6:03-CV-00290

**7,245. DIRECTV, INC. V. PHELPS, ET AL**
May 21, 2003 NC U.S. DIST. CT., EAST 03-CV-00027

**7,246. DIRECTV, INC. V. SANCHEZ ET AL**
May 21, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-01105

**7,247. DIRECTV, INC. V. SHARP**
May 21, 2003 NC U.S. DIST. CT., EAST 7:03-CV-00093

**7,248. DIRECTV, INC. V. SMITH, ET AL**
May 21, 2003 NC U.S. DIST. CT., EAST 03-CV-00389

**7,249. DIRECTV, INC. V. ST. ANGELO**
May 21, 2003 MA U.S. DIST. CT. 4:03-CV-40103

**7,250. DIRECTV, INC. V. ST. LAURENT**
May 21, 2003 MA U.S. DIST. CT. 4:03-CV-40106

**7,251. DIRECTV, INC. V. STALLINGS**
May 21, 2003 NC U.S. DIST. CT., EAST 03-CV-00094

**7,252. DIRECTV, INC. V. STARLING**
May 21, 2003 NC U.S. DIST. CT., EAST 03-CV-00383

**7,253. DIRECTV, INC. V. STRICKLAND, ET AL**
May 21, 2003 NC U.S. DIST. CT., EAST 03-CV-00395

**7,254. DIRECTV, INC. V. TATUM**
May 21, 2003 NC U.S. DIST. CT., EAST 03-CV-00398

**7,255. DIRECTV, INC. V. VITA ET AL**
May 21, 2003 TX U.S. DIST. CT., NORTH 5:03-CV-00110


**7,256. DIRECTV, INC. V. WALKER, ET AL**
May 21, 2003 NC U.S. DIST. CT., EAST 4:03-CV-00077


**7,257. DIRECTV, INC. V. WILLIAMS, ET AL**
May 21, 2003 NC U.S. DIST. CT., EAST 03-CV-00375


**7,258. DIRECTV, INC., V. LUBERA**
May 21, 2003 NY U.S. DIST. CT., EAST 1:03-CV-02576


**7,259. DIRECTV INC V. ANDREWS, ET AL**
May 20, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00362


**7,260. DIRECTV INC V. BENDIT, ET AL**
May 20, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01069


**7,261. DIRECTV INC V. BRIAN BUTTS, ET AL**
May 20, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03543


**7,262. DIRECTV INC V. BROWN ET AL**
May 20, 2003 KS U.S. DIST. CT. 2:03-CV-02237


**7,263. DIRECTV INC V. COLLIN M SHANKS, ET AL**
May 20, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-00798


**7,264. DIRECTV INC V. COREY BRUSHIA, ET AL**
May 20, 2003 CA U.S. DIST. CT., CENT. 5:03-CV-00568


**7,265. DIRECTV INC V. DAVID DUONG, ET AL**
May 20, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-00792


**7,266. DIRECTV INC V. EPPERSON, ET AL**
May 20, 2003 FL U.S. DIST. CT., NORTH 5:03-CV-00116


**7,267. DIRECTV INC V. GERALD SCARBORO, ET AL**
May 20, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-00799

**7,268. DIRECTV INC V. GRASSA, ET AL**
May 20, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-01019


**7,269. DIRECTV INC V. HASDORFF, ET AL**
May 20, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00365


**7,270. DIRECTV INC V. JAMIE GRICE, ET AL**
May 20, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03536


**7,271. DIRECTV INC V. KEITH HINSON, ET AL**
May 20, 2003 CA U.S. DIST. CT., CENT. 5:03-CV-00566


**7,272. DIRECTV INC V. KRAIG KIRTLEY, ET AL**
May 20, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-00794


**7,273. DIRECTV INC V. LAWLESS, ET AL**
May 20, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00363


**7,274. DIRECTV INC V. MICHAEL S GOSY, ET AL**
May 20, 2003 CA U.S. DIST. CT., CENT. 5:03-CV-00565


**7,275. DIRECTV INC V. ODDO, ET AL**
May 20, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01088


**7,276. DIRECTV INC V. ROBINSON**
May 20, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00253


**7,277. DIRECTV INC V. ROCHA, ET AL**
May 20, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01090


**7,278. DIRECTV INC V. ROCHA, ET AL**
May 20, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05772


**7,279. DIRECTV INC V. SCHOONOVER, ET AL**
May 20, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00366


**7,280. DIRECTV INC V. THOMAS KENNEDY, ET AL**
May 20, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03541

**7,281.** DIRECTV INC V. WILSON ET AL
May 20, 2003 TX U.S. DIST. CT., NORTH 2:03-CV-00136


**7,282.** DIRECTV INC V. WYNN, ET AL
May 20, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01089


**7,283.** DIRECTV INC V. YEAROUT, ET AL
May 20, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-01026


**7,284.** DIRECTV, INC. V. ADAMS, ET AL
May 20, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00465


**7,285.** DIRECTV, INC. V. ANDERSON, ET AL
May 20, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00472


**7,286.** DIRECTV, INC. V. BALLARD, ET AL
May 20, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00454


**7,287.** DIRECTV, INC. V. BORDEAUX, ET AL
May 20, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00449


**7,288.** DIRECTV, INC. V. CAGLE, ET AL
May 20, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00654


**7,289.** DIRECTV, INC. V. COUNCIL, ET AL
May 20, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00446


**7,290.** DIRECTV, INC. V. DANGERFIELD, ET AL
May 20, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00456


**7,291.** DIRECTV, INC. V. EDENS, ET AL
May 20, 2003 OK U.S. DIST. CT., NORTH 4:03-CV-00341


**7,292.** DIRECTV, INC. V. EVANS, ET AL
May 20, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00463


**7,293.** DIRECTV, INC. V. GRAVES, ET AL
May 20, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00468

**7,294.** DIRECTV, INC. V. HAYWARD
**May 20, 2003 OK U.S. DIST. CT., NORTH 4:03-CV-00344**


**7,295.** DIRECTV, INC. V. JEFFRIES, ET AL
**May 20, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00462**


**7,296.** DIRECTV, INC. V. KELLY, ET AL
**May 20, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00466**


**7,297.** DIRECTV, INC. V. KING, ET AL
**May 20, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00469**


**7,298.** DIRECTV, INC. V. KOHN, ET AL
**May 20, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60941**


**7,299.** DIRECTV, INC. V. LEE
**May 20, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00653**


**7,300.** DIRECTV, INC. V. MILLS, ET AL
**May 20, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00453**


**7,301.** DIRECTV, INC. V. PALMER
**May 20, 2003 OK U.S. DIST. CT., NORTH 4:03-CV-00343**


**7,302.** DIRECTV, INC. V. PRIDDY, ET AL
**May 20, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00461**


**7,303.** DIRECTV, INC. V. STROUD, ET AL
**May 20, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00458**


**7,304.** DIRECTV, INC. V. TULLY
**May 20, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00992**


**7,305.** DIRECTV, INC. V. VISCONTI
**May 20, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00991**


**7,306.** DIRECTV, INC. V. WALKER
**May 20, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00990**

**7,307.** DIRECTV, INC. V. WINDSOR, ET AL
**May 20, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00471**


**7,308.** DIRECTV, INC. V. YIP
**May 20, 2003 OK U.S. DIST. CT., NORTH 4:03-CV-00346**


**7,309.** DIRECTV INC V. ALFORD, ET AL
**May 19, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00251**


**7,310.** DIRECTV INC V. ANDUJAR
**May 19, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00248**


**7,311.** DIRECTV INC V. AQUINO, ET AL
**May 19, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00240**


**7,312.** DIRECTV INC V. ARMANDO CALDERON, ET AL
**May 19, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03511**


**7,313.** DIRECTV INC V. ARNDT, ET AL
**May 19, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00063**


**7,314.** DIRECTV INC V. BAGWELL, ET AL
**May 19, 2003 NC U.S. DIST. CT., WEST 1:03-CV-00118**


**7,315.** DIRECTV INC V. BIAN LIEU, ET AL
**May 19, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03503**


**7,316.** DIRECTV INC V. BROWN, ET AL
**May 19, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00066**


**7,317.** DIRECTV INC V. CARRIGAN, ET AL
**May 19, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00071**


**7,318.** DIRECTV INC V. CARSWELL, ET AL
**May 19, 2003 NC U.S. DIST. CT., WEST 1:03-CV-00116**


**7,319.** DIRECTV INC V. CHANEY, ET AL
**May 19, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00065**

**7,320.** DIRECTV INC V. CORRIHER, ET AL
**May 19, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00072**


**7,321.** DIRECTV INC V. CROUSE, ET AL
**May 19, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71917**


**7,322.** DIRECTV INC V. DONALD STRUTNER, ET AL
**May 19, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03504**


**7,323.** DIRECTV INC V. DUSTIN YORK, ET AL
**May 19, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03513**


**7,324.** DIRECTV INC V. ELLIOTT, ET AL
**May 19, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00249**


**7,325.** DIRECTV INC V. FERNANDO GONZALEZ, ET AL
**May 19, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03500**


**7,326.** DIRECTV INC V. GALLOWAY, ET AL
**May 19, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00247**


**7,327.** DIRECTV INC V. GARVITTE, ET AL
**May 19, 2003 NC U.S. DIST. CT., WEST 1:03-CV-00120**


**7,328.** DIRECTV INC V. HEAD, ET AL
**May 19, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00069**


**7,329.** DIRECTV INC V. JOHN C PLUMMER, ET AL
**May 19, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-00783**


**7,330.** DIRECTV INC V. JULIE HADSALL, ET AL
**May 19, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03506**


**7,331.** DIRECTV INC V. LEON REBIBO, ET AL
**May 19, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03502**


**7,332.** DIRECTV INC V. LOHN, ET AL
**May 19, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00250**

**7,333. DIRECTV INC V. LOWE, ET AL**
**May 19, 2003 NC U.S. DIST. CT., WEST 1:03-CV-00121**

**7,334. DIRECTV INC V. LYNN LUJAN, ET AL**
**May 19, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03505**

**7,335. DIRECTV INC V. MARK H MORROW, ET AL**
**May 19, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-00782**

**7,336. DIRECTV INC V. MAY**
**May 19, 2003 NC U.S. DIST. CT., WEST 2:03-CV-00114**

**7,337. DIRECTV INC V. MCCANN**
**May 19, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00070**

**7,338. DIRECTV INC V. MONROE, ET AL**
**May 19, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00243**

**7,339. DIRECTV INC V. MUNN, ET AL**
**May 19, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00245**

**7,340. DIRECTV INC V. NORRIS, ET AL**
**May 19, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00241**

**7,341. DIRECTV INC V. PANAYOTON, ET AL**
**May 19, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00242**

**7,342. DIRECTV INC V. PATRICK CLAYTON, ET AL**
**May 19, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03509**

**7,343. DIRECTV INC V. RAMSEY, ET AL**
**May 19, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00252**

**7,344. DIRECTV INC V. ROBERTS, ET AL**
**May 19, 2003 NC U.S. DIST. CT., WEST 1:03-CV-00119**

**7,345. DIRECTV INC V. ROSS, ET AL**
**May 19, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00239**

**7,346.** DIRECTV INC V. SMITH, ET AL
May 19, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00246


**7,347.** DIRECTV INC V. TOEPPER, ET AL
May 19, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00073


**7,348.** DIRECTV INC V. VECCHIO, ET AL
May 19, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00064


**7,349.** DIRECTV INC V. WAMBOLT, ET AL
May 19, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01054


**7,350.** DIRECTV INC V. WEST
May 19, 2003 NC U.S. DIST. CT., WEST 2:03-CV-00112


**7,351.** DIRECTV INC V. YOUSEF, ET AL
May 19, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00067


**7,352.** DIRECTV INC, ET AL V. BUCKNER, ET AL
May 19, 2003 NC U.S. DIST. CT., WEST 1:03-CV-00117


**7,353.** DIRECTV, INC. V. COOPER
May 19, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21563


**7,354.** DIRECTV, INC. V. FLEARY
May 19, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21569


**7,355.** DIRECTV, INC. V. HUTCHINSON
May 19, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21568


**7,356.** DIRECTV, INC. V. LACOMBE, ET AL
May 19, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60930


**7,357.** DIRECTV, INC. V. MENDEZ, ET AL
May 19, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21249


**7,358.** DIRECTV, INC. V. NUNEZ, ET AL
May 19, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21247

**7,359. DIRECTV, INC. V. OTERO**
**May 19, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00965**


**7,360. DIRECTV, INC. V. PUN, ET AL**
**May 19, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21251**


**7,361. DIRECTV, INC. V. RYAN**
**May 19, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00971**


**7,362. DIRECTV, INC. V. SHOESTER**
**May 19, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00973**


**7,363. DIRECTV, INC. V. SORREL**
**May 19, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00970**


**7,364. DIRECTV, INC. V. SOWERS, ET AL**
**May 19, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00421**


**7,365. DIRECTV, INC. V. STAUFFER**
**May 19, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00972**


**7,366. DIRECTV, INC. V. STEWART**
**May 19, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00976**


**7,367. DIRECTV, INC. V. TRAMONTANO**
**May 19, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00975**


**7,368. DIRECTV, INC. V. VISCOCKIS**
**May 19, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00978**


**7,369. DIRECTV, INC. V. WARD**
**May 19, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00974**


**7,370. DIRECTV, INC. V. WATSON**
**May 19, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00977**


**7,371. DIRECTV, INC., ET AL V. ROYE, ET AL**
**May 19, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80400**

**7,372. DIRECTV INC V. ALTIZER**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00403**


**7,373. DIRECTV INC V. AMOS**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00415**


**7,374. DIRECTV INC V. ANDERSEN**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00399**


**7,375. DIRECTV INC V. BOWEN**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00419**


**7,376. DIRECTV INC V. BURGER, ET AL**
**May 16, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00351**


**7,377. DIRECTV INC V. COLLINS, ET AL**
**May 16, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00354**


**7,378. DIRECTV INC V. DEFIBAUGH**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00401**


**7,379. DIRECTV INC V. GARRINGER, ET AL**
**May 16, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00352**


**7,380. DIRECTV INC V. GOODMAN**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00404**


**7,381. DIRECTV INC V. HAKES**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00405**


**7,382. DIRECTV INC V. HALL**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00413**


**7,383. DIRECTV INC V. HATTAN**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00416**


**7,384. DIRECTV INC V. HAUGH**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00423**

**7,385. DIRECTV INC V. HAWK**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00417**


**7,386. DIRECTV INC V. HOVERSON**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00410**


**7,387. DIRECTV INC V. HUTTON**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00411**


**7,388. DIRECTV INC V. IVEN**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00407**


**7,389. DIRECTV INC V. JACOB**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00412**


**7,390. DIRECTV INC V. JENKINS**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00421**


**7,391. DIRECTV INC V. MATT BEACH, ET AL**
**May 16, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03453**


**7,392. DIRECTV INC V. NASLAND, ET AL**
**May 16, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-01008**


**7,393. DIRECTV INC V. PEARCE, ET AL**
**May 16, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-01006**


**7,394. DIRECTV INC V. ROCAMONTES**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00406**


**7,395. DIRECTV INC V. SILUANGKHOT**
**May 16, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00398**


**7,396. DIRECTV, INC V. STEFFEN, ET AL**
**May 16, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80396**


**7,397. DIRECTV, INC. V. ARMENI**
**May 16, 2003 OH U.S. DIST. CT., NORTH 1-03-00925**

**7,398.** DIRECTV, INC. V. BAJARIAS
**May 16, 2003 OH U.S. DIST. CT., NORTH 1-03-00931**


**7,399.** DIRECTV, INC. V. BAON
**May 16, 2003 OH U.S. DIST. CT., NORTH 1-03-00926**


**7,400.** DIRECTV, INC. V. BARTHOLOMEW
**May 16, 2003 OH U.S. DIST. CT., NORTH 1-03-00929**


**7,401.** DIRECTV, INC. V. BIGLEY
**May 16, 2003 OH U.S. DIST. CT., NORTH 4-03-00927**


**7,402.** DIRECTV, INC. V. CAMPBELL
**May 16, 2003 OH U.S. DIST. CT., NORTH 5-03-00932**


**7,403.** DIRECTV, INC. V. DEEN
**May 16, 2003 OH U.S. DIST. CT., NORTH 3-03-07239**


**7,404.** DIRECTV, INC. V. EVANS
**May 16, 2003 OH U.S. DIST. CT., NORTH 3-03-07241**


**7,405.** DIRECTV, INC. V. FABRICK
**May 16, 2003 OH U.S. DIST. CT., NORTH 1-03-00924**


**7,406.** DIRECTV, INC. V. FEW
**May 16, 2003 OH U.S. DIST. CT., NORTH 1-03-00920**


**7,407.** DIRECTV, INC. V. GILMORE
**May 16, 2003 OH U.S. DIST. CT., NORTH 3-03-07242**


**7,408.** DIRECTV, INC. V. GREENE
**May 16, 2003 OH U.S. DIST. CT., NORTH 3-03-07240**


**7,409.** DIRECTV, INC. V. LOVEJOY
**May 16, 2003 OH U.S. DIST. CT., NORTH 5-03-00930**


**7,410.** DIRECTV, INC. V. MIZRACHI, ET AL
**May 16, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60926**

**7,411. DIRECTV, INC. V. MOGOLOWITZ, ET AL**
May 16, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60924

**7,412. DIRECTV INC V. ALVARO RODRIGUEZ, ET AL**
May 15, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03436

**7,413. DIRECTV INC V. CHRIS EVITTS, ET AL**
May 15, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03435

**7,414. DIRECTV INC V. FRANK VO, ET AL**
May 15, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-00727

**7,415. DIRECTV INC V. PETER OSTRY, ET AL**
May 15, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03433

**7,416. DIRECTV INC V. ROBERT MARTINEZ, ET AL**
May 15, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03432

**7,417. DIRECTV INC V. YAMEL DELGADO, ET AL**
May 15, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03434

**7,418. DIRECTV, INC V. LEWIS, ET AL**
May 15, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80391

**7,419. DIRECTV, INC. V. DE LA TORRE, ET AL**
May 15, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21228

**7,420. DIRECTV, INC. V. FERNANDEZ, ET AL**
May 15, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21225

**7,421. DIRECTV, INC. V. LAFRENIERE**
May 15, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00942

**7,422. DIRECTV, INC. V. LANZA, ET AL**
May 15, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60916

**7,423. DIRECTV, INC. V. LOMBARDO, ET AL**
May 15, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00159

**7,424. DIRECTV, INC. V. LOPEZ**
**May 15, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00939**

**7,425. DIRECTV, INC. V. MCDONELL**
**May 15, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00934**

**7,426. DIRECTV, INC. V. MINTZ, ET AL**
**May 15, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80390**

**7,427. DIRECTV, INC. V. MOHAMMED**
**May 15, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00935**

**7,428. DIRECTV, INC. V. MONTESINO**
**May 15, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00938**

**7,429. DIRECTV, INC. V. MORE**
**May 15, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00940**

**7,430. DIRECTV, INC. V. MURPHREE**
**May 15, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00412**

**7,431. DIRECTV, INC. V. NOBLE, ET AL**
**May 15, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60918**

**7,432. DIRECTV, INC. V. PARKER**
**May 15, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00941**

**7,433. DIRECTV, INC. V. PEFFER**
**May 15, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00937**

**7,434. DIRECTV, INC. V. RHOADES, ET AL**
**May 15, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00413**

**7,435. DIRECTV, INC. V. RUCKER ET AL**
**May 15, 2003 DC U.S. DIST. CT. 1:03-CV-01068**

**7,436. DIRECTV, INC. V. SCONYERS**
**May 15, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00936**

**7,437. DIRECTV, INC. V. VOGT**
**May 15, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00943**


**7,438. DIRECTV INC V. JOSE VELAZCO, ET AL**
**May 14, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03401**


**7,439. DIRECTV INC V. MAXWELL, ET AL**
**May 14, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01029**


**7,440. DIRECTV INC V. RATH, ET AL**
**May 14, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01030**


**7,441. DIRECTV INC V. RON MONTGOMERY, ET AL**
**May 14, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03398**


**7,442. DIRECTV INC V. THOMAS BIESEK, ET AL**
**May 14, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03402**


**7,443. DIRECTV, INC. V. DOSS, ET AL**
**May 14, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00231**


**7,444. DIRECTV, INC. V. LAMELAS**
**May 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00925**


**7,445. DIRECTV, INC. V. LANGLEY**
**May 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00916**


**7,446. DIRECTV, INC. V. LEACH**
**May 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00926**


**7,447. DIRECTV, INC. V. LEBRUN**
**May 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00917**


**7,448. DIRECTV, INC. V. LEHMANN**
**May 14, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00230**


**7,449. DIRECTV, INC. V. LOVE**
**May 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00923**

**7,450. DIRECTV, INC. V. LOVE**
**May 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00924**


**7,451. DIRECTV, INC. V. MALONEY**
**May 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00920**


**7,452. DIRECTV, INC. V. MATIAS**
**May 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00922**


**7,453. DIRECTV, INC. V. MIRANDA**
**May 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00912**


**7,454. DIRECTV, INC. V. MIZRAHI**
**May 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00915**


**7,455. DIRECTV, INC. V. POLIZZI**
**May 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00918**


**7,456. DIRECTV, INC. V. PONTICELLO**
**May 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00910**


**7,457. DIRECTV, INC. V. PUIG**
**May 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00914**


**7,458. DIRECTV, INC. V. RICE**
**May 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00919**


**7,459. DIRECTV, INC. V. SCHEFFSKY**
**May 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00913**


**7,460. DIRECTV INC V. ALAN KUSHNER, ET AL**
**May 13, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03344**


**7,461. DIRECTV INC V. ARYO EHYAEI, ET AL**
**May 13, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03343**


**7,462. DIRECTV INC V. DENNIS VAN ALPHEN, ET AL**
**May 13, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03340**

**7,463.** DIRECTV INC V. JANG, ET AL
May 13, 2003 CA U.S. DIST. CT., EAST 2:03-CV-01013

**7,464.** DIRECTV INC V. LINDA ANGER, ET AL
May 13, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03338

**7,465.** DIRECTV INC V. PERO, ET AL
May 13, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-00958

**7,466.** DIRECTV INC V. TIMOTHY LUC, ET AL
May 13, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03342

**7,467.** DIRECTV, INC. V. BRISBON, ET AL
May 13, 2003 NJ U.S. DIST. CT. 2:03-CV-02214

**7,468.** DIRECTV, INC. V. DECASTANEDA, ET AL
May 13, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21184

**7,469.** DIRECTV, INC. V. GINNIS, ET AL
May 13, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60891

**7,470.** DIRECTV, INC. V. GROSSE, ET AL
May 13, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60894

**7,471.** DIRECTV, INC. V. HOLSTE, ET AL
May 13, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60901

**7,472.** DIRECTV, INC. V. MCCONAHY, ET AL
May 13, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00624

**7,473.** DIRECTV, INC. V. MONIZ
May 13, 2003 MA U.S. DIST. CT. 1:03-CV-10882

**7,474.** DIRECTV, INC. V. NOVOTNY, ET AL
May 13, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00625

**7,475.** DIRECTV, INC. V. PIGG, ET AL
May 13, 2003 MS U.S. DIST. CT., NORTH 1:03-CV-00201

**7,476.** DIRECTV, INC. V. RINALDI, ET AL
**May 13, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00622**


**7,477.** DIRECTV, INC. V. WALLS, ET AL
**May 13, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00623**


**7,478.** DIRECTV INC V. ABLERT VICENCIO, ET AL
**May 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03306**


**7,479.** DIRECTV INC V. CHRISTIE, ET AL
**May 12, 2003 FL U.S. DIST. CT., NORTH 4:03-CV-00150**


**7,480.** DIRECTV INC V. CIOCHO, ET AL
**May 12, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00181**


**7,481.** DIRECTV INC V. CONNOR, ET AL
**May 12, 2003 FL U.S. DIST. CT., NORTH 1:03-CV-00085**


**7,482.** DIRECTV INC V. DENNIS JOYCE, ET AL
**May 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03303**


**7,483.** DIRECTV INC V. JAMES BLUNT, ET AL
**May 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03305**


**7,484.** DIRECTV INC V. SCOTT WOLTZ, ET AL
**May 12, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03307**


**7,485.** DIRECTV INC V. SPAIN, ET AL
**May 12, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-00959**


**7,486.** DIRECTV, INC V. BOATWRIGHT
**May 12, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01090**


**7,487.** DIRECTV, INC V. BOATWRIGHT, ET AL
**May 12, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01091**


**7,488.** DIRECTV, INC V. FLOYD, ET AL
**May 12, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01092**

**7,489. DIRECTV, INC V. ISOM, ET AL**
May 12, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01093

**7,490. DIRECTV, INC V. JOHN, ET AL**
May 12, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01094

**7,491. DIRECTV, INC V. JOHNSTON, ET AL**
May 12, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01095

**7,492. DIRECTV, INC V. JONES, ET AL**
May 12, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01096

**7,493. DIRECTV, INC V. REYNOLDS, ET AL**
May 12, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01097

**7,494. DIRECTV, INC. V. CODY**
May 12, 2003 MA U.S. DIST. CT. 1:03-CV-10877

**7,495. DIRECTV, INC. V. COTTER, ET AL**
May 12, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60882

**7,496. DIRECTV, INC. V. COTTON**
May 12, 2003 MA U.S. DIST. CT. 1:03-CV-10884

**7,497. DIRECTV, INC. V. DELUNA, ET AL**
May 12, 2003 FL U.S. DIST. CT., SOUTH 4:03-CV-10034

**7,498. DIRECTV, INC. V. DOMINGUEZ, ET AL**
May 12, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21181

**7,499. DIRECTV, INC. V. FARESE, ET AL**
May 12, 2003 NJ U.S. DIST. CT. 2:03-CV-02175

**7,500. DIRECTV, INC. V. FAZIO**
May 12, 2003 MA U.S. DIST. CT. 1:03-CV-10888

**7,501. DIRECTV, INC. V. FITZPATRICK**
May 12, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00893

**7,502. DIRECTV, INC. V. FRANKLIN, ET AL**
May 12, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60881


**7,503. DIRECTV, INC. V. GILL**
May 12, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00892


**7,504. DIRECTV, INC. V. GLASGOW**
May 12, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00895


**7,505. DIRECTV, INC. V. GOLEMBIEWSKI**
May 12, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00891


**7,506. DIRECTV, INC. V. GRBIC**
May 12, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14130


**7,507. DIRECTV, INC. V. GREENE**
May 12, 2003 MA U.S. DIST. CT. 4:03-CV-40088


**7,508. DIRECTV, INC. V. GRIFFIN, ET AL**
May 12, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14131


**7,509. DIRECTV, INC. V. HERNANDEZ**
May 12, 2003 MA U.S. DIST. CT. 1:03-CV-10891


**7,510. DIRECTV, INC. V. HUNT**
May 12, 2003 MA U.S. DIST. CT. 1:03-CV-10887


**7,511. DIRECTV, INC. V. JACOBS**
May 12, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61110


**7,512. DIRECTV, INC. V. JEANLOUIS**
May 12, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61122


**7,513. DIRECTV, INC. V. KANE**
May 12, 2003 MA U.S. DIST. CT. 1:03-CV-10894


**7,514. DIRECTV, INC. V. MILLS, ET AL**
May 12, 2003 MS U.S. DIST. CT., SOUTH 2:03-CV-00288

**7,515. DIRECTV, INC. V. MOORE**
**May 12, 2003 MA U.S. DIST. CT. 1:03-CV-10889**


**7,516. DIRECTV, INC. V. PHORN**
**May 12, 2003 MA U.S. DIST. CT. 1:03-CV-10893**


**7,517. DIRECTV, INC. V. VARTANIAN**
**May 12, 2003 MA U.S. DIST. CT. 1:03-CV-10881**


**7,518. DIRECTV, INC., V. HANNA**
**May 12, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61113**


**7,519. DIRECTV INC V. BADE**
**May 09, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00379**


**7,520. DIRECTV INC V. BAKER**
**May 09, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00377**


**7,521. DIRECTV INC V. BEARDEN**
**May 09, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00375**


**7,522. DIRECTV INC V. BIRDSONG**
**May 09, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00381**


**7,523. DIRECTV INC V. BOUMA**
**May 09, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00382**


**7,524. DIRECTV INC V. CLARY**
**May 09, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00378**


**7,525. DIRECTV INC V. MIKE TURNER, ET AL**
**May 09, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03260**


**7,526. DIRECTV INC V. SIKES**
**May 09, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00383**


**7,527. DIRECTV, INC V. CONNORS, ET AL**
**May 09, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80375**

**7,528. DIRECTV, INC. V. CHRISTOPHER, ET AL**
May 09, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00224


**7,529. DIRECTV, INC. V. CONTI, ET AL**
May 09, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60866


**7,530. DIRECTV, INC. V. CORRECES, ET AL**
May 09, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14127


**7,531. DIRECTV, INC. V. DEVRIES, ET AL**
May 09, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00388


**7,532. DIRECTV, INC. V. FARNELL**
May 09, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00881


**7,533. DIRECTV, INC. V. GONZALEZ, ET AL**
May 09, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80376


**7,534. DIRECTV, INC. V. JEFFERS, ET AL**
May 09, 2003 NJ U.S. DIST. CT. 2:03-CV-02126


**7,535. DIRECTV, INC. V. JONES**
May 09, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61126


**7,536. DIRECTV, INC. V. JONES**
May 09, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61131


**7,537. DIRECTV, INC. V. KARP**
May 09, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61120


**7,538. DIRECTV, INC. V. KORNBERG**
May 09, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-61115


**7,539. DIRECTV, INC. V. KREILACH**
May 09, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00883


**7,540. DIRECTV, INC. V. PEAVY, ET AL**
May 09, 2003 MS U.S. DIST. CT., SOUTH 4:03-CV-00181

**7,541. DIRECTV, INC. V. WEEKS, ET AL**
May 09, 2003 MS U.S. DIST. CT., SOUTH 5:03-CV-00271


**7,542. DIRECTV, INC. V. WILSON, ET AL**
May 09, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-00662


**7,543. DIRECTV, INC., ET AL V. THRASH, ET AL**
May 09, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-00661


**7,544. DIRECTV INC V. ABE RIVERA, ET AL**
May 08, 2003 CA U.S. DIST. CT., CENT. 2:03-CV-03236


**7,545. DIRECTV INC V. ALLWORTH, ET AL**
May 08, 2003 CA U.S. DIST. CT., EAST 1:03-CV-05574


**7,546. DIRECTV INC V. BARDSLEY, ET AL**
May 08, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71774


**7,547. DIRECTV INC V. STEVE JONES, ET AL**
May 08, 2003 CA U.S. DIST. CT., CENT. 8:03-CV-00617


**7,548. DIRECTV, INC V. DAVANI, ET AL**
May 08, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80366


**7,549. DIRECTV, INC V. HACKMAN**
May 08, 2003 AL U.S. DIST. CT., NORTH 6:03-CV-01064


**7,550. DIRECTV, INC. V. CARROLL**
May 08, 2003 AL U.S. DIST. CT., NORTH 4:03-CV-01065


**7,551. DIRECTV, INC. V. CURTIS, ET AL**
May 08, 2003 MS U.S. DIST. CT., SOUTH 3:03-CV-00645


**7,552. DIRECTV, INC. V. DACOSTA, ET AL**
May 08, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60854


**7,553. DIRECTV, INC. V. DECKER**
May 08, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00152

**7,554. DIRECTV, INC. V. KIMPLE, ET AL**
**May 08, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00593**

**7,555. DIRECTV, INC. V. PALACIOS, ET AL**
**May 08, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60862**

**7,556. DIRECTV INC V. ROWLAND, ET AL**
**May 07, 2003 CA U.S. DIST. CT., SOUTH 3:03-CV-00911**

**7,557. DIRECTV, INC. V. CISNEROS, ET AL**
**May 07, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21146**

**7,558. DIRECTV, INC. V. DIAZ**
**May 07, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21570**

**7,559. DIRECTV, INC. V. DIAZ**
**May 07, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21567**

**7,560. DIRECTV, INC. V. DIAZ, ET AL**
**May 07, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21147**

**7,561. DIRECTV, INC. V. FREEDMAN**
**May 07, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21562**

**7,562. DIRECTV, INC. V. GARDNER**
**May 07, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21564**

**7,563. DIRECTV, INC. V. MANSON ET AL**
**May 07, 2003 CA U.S. DIST. CT., NORTH 3:03-CV-02147**

**7,564. DIRECTV INC V. ALEMAN, ET AL**
**May 06, 2003 IL U.S. DIST. CT., NORTH 1:03-CV-03020**

**7,565. DIRECTV, INC. V. BLAIR**
**May 06, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00373**

**7,566. DIRECTV, INC. V. CARLSON**
**May 06, 2003 CO U.S. DIST. CT. 1:03-CV-00829**

**7,567. DIRECTV INC V. CARDICE**
**May 05, 2003 FL U.S. DIST. CT., NORTH 4:03-CV-00139**

**7,568. DIRECTV, INC. V. BURGE**
**May 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21116**

**7,569. DIRECTV, INC. V. CAPPELLO, ET AL**
**May 05, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60828**

**7,570. DIRECTV, INC. V. CARBALLOSA, ET AL**
**May 05, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21115**

**7,571. DIRECTV, INC. V. CARTER**
**May 05, 2003 VA U.S. DIST. CT., WEST 7:03-CV-00301**

**7,572. DIRECTV, INC. V. CHINNON, ET AL**
**May 05, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60829**

**7,573. DIRECTV, INC. V. DINH, ET AL**
**May 05, 2003 TX U.S. DIST. CT., WEST 5:03-CV-00359**

**7,574. DIRECTV, INC. V. DRURY**
**May 05, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00850**

**7,575. DIRECTV, INC. V. GADDIS, ET AL**
**May 05, 2003 IL U.S. DIST. CT., CENT. 3:03-CV-03104**

**7,576. DIRECTV, INC. V. GARDNER, ET AL**
**May 05, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00212**

**7,577. DIRECTV, INC. V. HAMPTON**
**May 05, 2003 VA U.S. DIST. CT., WEST 2:03-CV-00067**

**7,578. DIRECTV, INC. V. HIRSCHY, ET AL**
**May 05, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00571**

**7,579. DIRECTV, INC. V. LONG, ET AL**
**May 05, 2003 TX U.S. DIST. CT., WEST 5:03-CV-00360**

**7,580. DIRECTV, INC. V. MEJIA, ET AL**
**May 05, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00570**


**7,581. DIRECTV, INC. V. SAMUEL**
**May 05, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00392**


**7,582. DIRECTV, INC. V. SEIFERT, ET AL**
**May 05, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00213**


**7,583. DIRECTV, INC. V. VETTRUS**
**May 05, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00844**


**7,584. DIRECTV, INC. V. BALTIMORE ET AL**
**May 02, 2003 MD U.S. DIST. CT. 8:03-CV-01310**


**7,585. DIRECTV, INC. V. CARRILLO, ET AL**
**May 02, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00209**


**7,586. DIRECTV, INC. V. CARTER**
**May 02, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00364**


**7,587. DIRECTV, INC. V. KIMPLE, ET AL**
**May 02, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00560**


**7,588. DIRECTV, INC. V. PONCE**
**May 02, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00566**


**7,589. DIRECTV, INC. V. SWETZ**
**May 02, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00565**


**7,590. DIRECTV, INC. V. WARREN**
**May 02, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00365**


**7,591. DIRECTV INC V. AMARENA, ET AL**
**May 01, 2003 LA U.S. DIST. CT., WEST 6:03-CV-00787**


**7,592. DIRECTV INC V. CARUSO, ET AL**
**May 01, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80352**

**7,593.** DIRECTV, INC. V. CARDINALI, ET AL
May 01, 2003 NJ U.S. DIST. CT. 3:03-CV-02005


**7,594.** DIRECTV, INC. V. DUKE
May 01, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00556


**7,595.** DIRECTV, INC. V. JANSHID
May 01, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00835


**7,596.** DIRECTV, INC. V. JOHNSON
May 01, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00839


**7,597.** DIRECTV, INC. V. KESSLER
May 01, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00832


**7,598.** DIRECTV, INC. V. MARTIN
May 01, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00833


**7,599.** DIRECTV, INC. V. MATLOCK
May 01, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00834


**7,600.** DIRECTV, INC. V. MCCROREY, ET AL
May 01, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00557


**7,601.** DIRECTV, INC. V. MOSER
May 01, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00836


**7,602.** DIRECTV, INC. V. MUCHARD
May 01, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00838


**7,603.** DIRECTV, INC. V. SEIBEL
May 01, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00837


**7,604.** DIRECTV INC V. COPELAND, ET AL
April 30, 2003 WA U.S. DIST. CT., WEST 2:03-CV-00992


**7,605.** DIRECTV INC V. LEDU, ET AL
April 30, 2003 CT U.S. DIST. CT. 3:03-CV-00765

**7,606. DIRECTV, INC. V. ADAMS ET AL**
April 30, 2003 PA U.S. DIST. CT., EAST 2:03-CV-02696

**7,607. DIRECTV, INC. V. BALLARD, ET AL**
April 30, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00550

**7,608. DIRECTV, INC. V. BANNISTER**
April 30, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00556

**7,609. DIRECTV, INC. V. BECKLEY, ET AL**
April 30, 2003 NJ U.S. DIST. CT. 1:03-CV-01968

**7,610. DIRECTV, INC. V. EVERETT, ET AL**
April 30, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00203

**7,611. DIRECTV, INC. V. SARDINA**
April 30, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00814

**7,612. DIRECTV, INC. V. THOMS**
April 30, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00817

**7,613. DIRECTV, INC. V. ALLEN, ET AL**
April 29, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00351

**7,614. DIRECTV, INC. V. ALVITE, ET AL**
April 29, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21055

**7,615. DIRECTV, INC. V. BENNASAR, ET AL**
April 29, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21053

**7,616. DIRECTV, INC. V. CALL**
April 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00803

**7,617. DIRECTV, INC. V. CAMMEL**
April 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00802

**7,618. DIRECTV, INC. V. FLYNN, ET AL**
April 29, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00355

**7,619.** DIRECTV, INC. V. FRAGA, ET AL
April 29, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21056

**7,620.** DIRECTV, INC. V. HARDY
April 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00804

**7,621.** DIRECTV, INC. V. LONG
April 29, 2003 VA U.S. DIST. CT., EAST 2:03-CV-00331

**7,622.** DIRECTV, INC. V. PAZIN
April 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00807

**7,623.** DIRECTV, INC. V. PRIESTLEY, ET AL
April 29, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21087

**7,624.** DIRECTV, INC. V. SCOTT
April 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00808

**7,625.** DIRECTV, INC. V. TATKO
April 29, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00805

**7,626.** DIRECTV, INC. V. VACTOR
April 29, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00350

**7,627.** DIRECTV INC V. BRADBURY
April 28, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00334

**7,628.** DIRECTV INC V. BUCKLER
April 28, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00328

**7,629.** DIRECTV INC V. BURROUGHS
April 28, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00329

**7,630.** DIRECTV INC V. BUTKOVICH
April 28, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00332

**7,631.** DIRECTV INC V. CARTWRIGHT
April 28, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00159

**7,632. DIRECTV INC V. CASTILLO**
**April 28, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00327**

**7,633. DIRECTV INC V. CASTILLO**
**April 28, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00331**

**7,634. DIRECTV INC V. DAVIDSON**
**April 28, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00335**

**7,635. DIRECTV INC V. ESCOBAR**
**April 28, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00333**

**7,636. DIRECTV INC V. FUENTES**
**April 28, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00336**

**7,637. DIRECTV, INC. V. ABERNETHY**
**April 28, 2003 MA U.S. DIST. CT. 1:03-CV-10777**

**7,638. DIRECTV, INC. V. AUSHERMAN, ET AL**
**April 28, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80342**

**7,639. DIRECTV, INC. V. BELLAS, ET AL**
**April 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21041**

**7,640. DIRECTV, INC. V. BENTO**
**April 28, 2003 MA U.S. DIST. CT. 1:03-CV-10780**

**7,641. DIRECTV, INC. V. BULLARD**
**April 28, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00773**

**7,642. DIRECTV, INC. V. BUONO, ET AL**
**April 28, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14123**

**7,643. DIRECTV, INC. V. BURBAGE**
**April 28, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00769**

**7,644. DIRECTV, INC. V. BUTLER**
**April 28, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00772**

**7,645. DIRECTV, INC. V. BYINGTON**
April 28, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00781

**7,646. DIRECTV, INC. V. CARELLI**
April 28, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00783

**7,647. DIRECTV, INC. V. CHAN**
April 28, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00782

**7,648. DIRECTV, INC. V. CHUNG**
April 28, 2003 MA U.S. DIST. CT. 1:03-CV-10776

**7,649. DIRECTV, INC. V. CLARK, ET AL**
April 28, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00340

**7,650. DIRECTV, INC. V. COLEFF, ET AL**
April 28, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00196

**7,651. DIRECTV, INC. V. DAVIS**
April 28, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00774

**7,652. DIRECTV, INC. V. DEVILLE**
April 28, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00197

**7,653. DIRECTV, INC. V. DORTON**
April 28, 2003 VA U.S. DIST. CT., WEST 2:03-CV-00064

**7,654. DIRECTV, INC. V. LEIGH**
April 28, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00339

**7,655. DIRECTV, INC. V. MIZER**
April 28, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00778

**7,656. DIRECTV, INC. V. NICOLL**
April 28, 2003 FL U.S. DIST. CT., SOUTH 4:03-CV-10032

**7,657. DIRECTV, INC. V. PADILLA**
April 28, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00768

**7,658.** DIRECTV, INC. V. PALMER
April 28, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00780


**7,659.** DIRECTV, INC. V. PORTER, ET AL
April 28, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00199


**7,660.** DIRECTV, INC. V. RAMEAU
April 28, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00770


**7,661.** DIRECTV, INC. V. SHARP, ET AL
April 28, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00198


**7,662.** DIRECTV, INC. V. SHELTON
April 28, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00547


**7,663.** DIRECTV, INC. V. ADORNA
April 25, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00755


**7,664.** DIRECTV, INC. V. AVERSA ET AL
April 25, 2003 PA U.S. DIST. CT., EAST 2:03-CV-02488


**7,665.** DIRECTV, INC. V. BADIA
April 25, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00753


**7,666.** DIRECTV, INC. V. BAILEY
April 25, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00752


**7,667.** DIRECTV, INC. V. BAMBINO, ET AL
April 25, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60785


**7,668.** DIRECTV, INC. V. BREEDEN, ET AL
April 25, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00141


**7,669.** DIRECTV, INC. V. BROCK, ET AL
April 25, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-00963


**7,670.** DIRECTV, INC. V. BRONSON
April 25, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00192

**7,671. DIRECTV, INC. V. BUFORD**
**April 25, 2003 AL U.S. DIST. CT., NORTH 7:03-CV-00966**

**7,672. DIRECTV, INC. V. FAUDER, ET AL**
**April 25, 2003 NJ U.S. DIST. CT. 2:03-CV-01863**

**7,673. DIRECTV, INC. V. HANLEY**
**April 25, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00751**

**7,674. DIRECTV, INC. V. LEONE**
**April 25, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00756**

**7,675. DIRECTV, INC. V. ORTANO**
**April 25, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00754**

**7,676. DIRECTV, INC V. MORGAN, ET AL**
**April 24, 2003 AL U.S. DIST. CT., NORTH 6:03-CV-00954**

**7,677. DIRECTV, INC. V. ALDAY**
**April 24, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00325**

**7,678. DIRECTV, INC. V. ALVAREZ, ET AL**
**April 24, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80335**

**7,679. DIRECTV, INC. V. ARIAS, ET AL**
**April 24, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21015**

**7,680. DIRECTV, INC. V. BARROCAS, ET AL**
**April 24, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-21012**

**7,681. DIRECTV, INC. V. BATILLO**
**April 24, 2003 FL U.S. DIST. CT., SOUTH 4:03-CV-10029**

**7,682. DIRECTV, INC. V. ELLIS**
**April 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00504**

**7,683. DIRECTV, INC. V. JOURDAN, ET AL**
**April 24, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-00953**

**7,684.** **DIRECTV INC V. BLOOM, ET AL**
April 23, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00154


**7,685.** **DIRECTV, INC V. ANDON, ET AL**
April 23, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-20987


**7,686.** **DIRECTV, INC. V. ADAMEK**
April 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00733


**7,687.** **DIRECTV, INC. V. ALEXANDER**
April 23, 2003 NJ U.S. DIST. CT. 2:03-CV-01797


**7,688.** **DIRECTV, INC. V. ALLEN**
April 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00737


**7,689.** **DIRECTV, INC. V. ANNUNZIATA**
April 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00735


**7,690.** **DIRECTV, INC. V. APPLETON**
April 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00731


**7,691.** **DIRECTV, INC. V. ARCHIELD**
April 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00736


**7,692.** **DIRECTV, INC. V. ATKINSON**
April 23, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14119


**7,693.** **DIRECTV, INC. V. AVERBECK**
April 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00734


**7,694.** **DIRECTV, INC. V. BADALI, ET AL**
April 23, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00184


**7,695.** **DIRECTV, INC. V. BIGON**
April 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00732


**7,696.** **DIRECTV, INC. V. BUQUICCHIO, ET AL**
April 23, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00495

**7,697. DIRECTV, INC. V. CARRAO, ET AL**
April 23, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00496


**7,698. DIRECTV, INC. V. GRUTTADAURIA**
April 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00740


**7,699. DIRECTV, INC. V. LEVINS**
April 23, 2003 NJ U.S. DIST. CT. 2:03-CV-01796


**7,700. DIRECTV, INC. V. MCMURRY**
April 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00730


**7,701. DIRECTV, INC. V. MEER**
April 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00739


**7,702. DIRECTV, INC. V. MEYER**
April 23, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00738


**7,703. DIRECTV, INC. V. ALEXIUS**
April 22, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00484


**7,704. DIRECTV, INC. V. ANGEL**
April 22, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00720


**7,705. DIRECTV, INC. V. HAMRICK**
April 22, 2003 TX U.S. DIST. CT., SOUTH 2:03-CV-00148


**7,706. DIRECTV, INC. V. AMATO**
April 21, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00355


**7,707. DIRECTV, INC. V. BANKE, ET AL**
April 21, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00479


**7,708. DIRECTV, INC. V. DEFEUDIS**
April 21, 2003 MA U.S. DIST. CT. 4:03-CV-40077


**7,709. DIRECTV, INC. V. HUGHES**
April 21, 2003 VA U.S. DIST. CT., WEST 7:03-CV-00270

**7,710. DIRECTV, INC. V. SICILIANO**
**April 21, 2003 MA U.S. DIST. CT. 4:03-CV-40078**


**7,711. DIRECTV INC V. PFISTER, ET AL**
**April 18, 2003 IN U.S. DIST. CT., NORTH 1:03-CV-00130**


**7,712. DIRECTV V. BOLKCOM, ET AL**
**April 18, 2003 UT U.S. DIST. CT. 2:03-CV-00378**


**7,713. DIRECTV INC V. SHULA, ET AL**
**April 17, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00285**


**7,714. DIRECTV, INC. V. GWINN**
**April 17, 2003 VA U.S. DIST. CT., WEST 7:03-CV-00265**


**7,715. DIRECTV, INC. V. CELIA**
**April 15, 2003 VA U.S. DIST. CT., EAST 2:03-CV-00280**


**7,716. DIRECTV INC V. CHIEN**
**April 14, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00285**


**7,717. DIRECTV INC V. CLOUD**
**April 14, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00283**


**7,718. DIRECTV INC V. COBURN**
**April 14, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00284**


**7,719. DIRECTV INC V. CRUMPTON**
**April 14, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00286**


**7,720. DIRECTV INC V. DAVIS**
**April 14, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00282**


**7,721. DIRECTV INC V. DAVIS**
**April 14, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00291**


**7,722. DIRECTV INC V. DONG**
**April 14, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00290**

**7,723.** DIRECTV INC V. DUNCAN
**April 14, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00289**


**7,724.** DIRECTV INC V. ELDRIDGE
**April 14, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00288**


**7,725.** DIRECTV INC V. ENTWISTLE
**April 14, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00287**


**7,726.** DIRECTV INC V. MATTANA, ET AL
**April 14, 2003 WA U.S. DIST. CT., EAST 2:03-CV-00121**


**7,727.** DIRECTV V. BRADLEY
**April 14, 2003 VA U.S. DIST. CT., WEST 3:03-CV-00031**


**7,728.** DIRECTV, INC. V. AREHART
**April 14, 2003 VA U.S. DIST. CT., WEST 5:03-CV-00020**


**7,729.** DIRECTV, INC. V. ARNOLD, ET AL
**April 14, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00167**


**7,730.** DIRECTV, INC. V. HEDAYAT
**April 14, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00667**


**7,731.** DIRECTV, INC. V. OUELLETTE
**April 14, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00481**


**7,732.** DIRECTV, INC. V. ROBERTS
**April 14, 2003 VA U.S. DIST. CT., EAST 4:03-CV-00049**


**7,733.** DIRECTV, INC. V. YU
**April 14, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00336**


**7,734.** DIRECTV, INC. V. BIGTREE
**April 08, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60686**


**7,735.** DIRECTV, INC. V. GLASER
**April 08, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60685**

**7,736. DIRECTV, INC. V. HOPPER**
April 08, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00446


**7,737. DIRECTV, INC. V. BOLT**
April 07, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60682


**7,738. DIRECTV, INC. V. DURST**
April 07, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60678


**7,739. DIRECTV, INC. V. GRANT**
April 07, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60679


**7,740. DIRECTV, INC. V. LEE**
April 07, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00320


**7,741. DIRECTV INC V. ALLEY**
April 04, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00263


**7,742. DIRECTV INC V. BROADNAX**
April 04, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00150


**7,743. DIRECTV INC V. COLLUP**
April 04, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00256


**7,744. DIRECTV INC V. COUCH**
April 04, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00262


**7,745. DIRECTV INC V. CRAGO**
April 04, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00264


**7,746. DIRECTV INC V. JOHNSON**
April 04, 2003 NC U.S. DIST. CT., WEST 3:03-CV-00151


**7,747. DIRECTV INC V. MORRIS**
April 04, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00255


**7,748. DIRECTV, INC V. SUTTON, ET AL**
April 04, 2003 OH U.S. DIST. CT., SOUTH 3:03-CV-00117

**7,749.** DIRECTV, INC. V. BAGGETTA
April 04, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00261


**7,750.** DIRECTV, INC. V. BOWDEN, ET AL
April 04, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00305


**7,751.** DIRECTV, INC. V. BRIER
April 04, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00260


**7,752.** DIRECTV, INC. V. CARTER
April 04, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00259


**7,753.** DIRECTV, INC. V. CHRISTMAN
April 04, 2003 OH U.S. DIST. CT., NORTH 3-03-07160


**7,754.** DIRECTV, INC. V. DICK
April 04, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00258


**7,755.** DIRECTV, INC. V. FINLEY
April 04, 2003 OH U.S. DIST. CT., NORTH 1-03-00616


**7,756.** DIRECTV, INC. V. MILTON, ET AL
April 04, 2003 AL U.S. DIST. CT., NORTH 5:03-CV-00769


**7,757.** DIRECTV, INC. V. PHAM
April 04, 2003 TX U.S. DIST. CT., NORTH 4:03-CV-00257


**7,758.** DIRECTV, INC. V. RAYBORN
April 04, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-20806


**7,759.** DIRECTV, INC. V. RUSS
April 04, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00277


**7,760.** DIRECTV INC V. KOENIG, ET AL
April 02, 2003 WA U.S. DIST. CT., WEST 2:03-CV-00776


**7,761.** DIRECTV INC V. PENHOLLOW, ET AL
April 02, 2003 WA U.S. DIST. CT., WEST 2:03-CV-00775

**7,762. DIRECTV, INC. V. GIVENS**
**April 02, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00605**


**7,763. DIRECTV, INC. V. TRAVERS**
**April 02, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14105**


**7,764. DIRECTV INC V. BARRIENTOS ET AL**
**March 31, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-00656**


**7,765. DIRECTV INC V. BERMAN**
**March 31, 2003 FL U.S. DIST. CT., NORTH 1:03-CV-00063**


**7,766. DIRECTV INC V. CEBULA**
**March 31, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00124**


**7,767. DIRECTV INC V. CLAIBORNE ET AL**
**March 31, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-00655**


**7,768. DIRECTV INC V. MYRES ET AL**
**March 31, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-00654**


**7,769. DIRECTV INC V. WILLIAMSON**
**March 31, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00125**


**7,770. DIRECTV, INC. V. FOBBS ET AL**
**March 31, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-00659**


**7,771. DIRECTV, INC. V. HUYNH ET AL**
**March 31, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-00660**


**7,772. DIRECTV, INC. V. LILES**
**March 31, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-00657**


**7,773. DIRECTV, INC. V. MOORE**
**March 31, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00261**


**7,774. DIRECTV, INC. V. PESCE**
**March 31, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00400**

**7,775. DIRECTV, INC. V. SCHNABEL, ET AL**
March 31, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00398


**7,776. DIRECTV, INC. V. SHIRLEY**
March 31, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00399


**7,777. DIRECTV, INC. V. ZIEGLER**
March 31, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60610


**7,778. DIRECTV, INC. V. COOK**
March 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-20749


**7,779. DIRECTV, INC. V. IBANEZ**
March 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-20734


**7,780. DIRECTV INC V. BENFIELD, ET AL**
March 27, 2003 SC U.S. DIST. CT. 03-CV-00967


**7,781. DIRECTV INC V. HOSTETLER**
March 27, 2003 SC U.S. DIST. CT. 03-CV-00966


**7,782. DIRECTV INC V. HOUSEN**
March 27, 2003 FL U.S. DIST. CT., NORTH 1:03-CV-00061


**7,783. DIRECTV INC V. LANDRY, ET AL**
March 27, 2003 NC U.S. DIST. CT., WEST 1:03-CV-00068


**7,784. DIRECTV INC V. PHILLIPS**
March 27, 2003 SC U.S. DIST. CT. 03-CV-00969


**7,785. DIRECTV INC V. RAY**
March 27, 2003 SC U.S. DIST. CT. 0:03-CV-00968


**7,786. DIRECTV, INC. V. DASILVA**
March 27, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80232


**7,787. DIRECTV, INC. V. DELLORSO**
March 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60549

**7,788. DIRECTV, INC. V. FRAZIER**
**March 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00564**

**7,789. DIRECTV, INC. V. GAROFALO**
**March 27, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00103**

**7,790. DIRECTV, INC. V. KEMP**
**March 27, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14100**

**7,791. DIRECTV, INC. V. MILLERMON**
**March 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00566**

**7,792. DIRECTV, INC. V. PARSONS**
**March 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00565**

**7,793. DIRECTV, INC. V. ROSADO**
**March 27, 2003 FL U.S. DIST. CT., SOUTH 0:03-CV-60550**

**7,794. DIRECTV, INC. V. ANTONINO**
**March 25, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00525**

**7,795. DIRECTV, INC. V. JONES**
**March 25, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00361**

**7,796. DIRECTV INC V. FLEBBE ET AL**
**March 24, 2003 TX U.S. DIST. CT., NORTH 3:03-CV-00610**

**7,797. DIRECTV, INC. V. PETERSON**
**March 24, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00356**

**7,798. DIRECTV INC V. CLARK, ET AL**
**March 21, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00037**

**7,799. DIRECTV, INC. V. FERRARA ET AL**
**March 21, 2003 PA U.S. DIST. CT., EAST 2:03-CV-01713**

**7,800. DIRECTV INC V. GILLEY, ET AL**
**March 20, 2003 TX U.S. DIST. CT., EAST 9:03-CV-00063**

**7,801.** **DIRECTV INC V. DUNHAM**
**March 19, 2003 CT U.S. DIST. CT. 3:03-CV-00488**

**7,802.** **DIRECTV INC V. FARKASH**
**March 19, 2003 CT U.S. DIST. CT. 3:03-CV-00487**

**7,803.** **DIRECTV INC V. LANDRY**
**March 19, 2003 CT U.S. DIST. CT. 3:03-CV-00490**

**7,804.** **DIRECTV INC V. MILLAS**
**March 19, 2003 CT U.S. DIST. CT. 3:03-CV-00489**

**7,805.** **DIRECTV, INC, ET AL V. COLON**
**March 19, 2003 CT U.S. DIST. CT. 3:03-CV-00493**

**7,806.** **DIRECTV, INC. V. BRASCH ET AL**
**March 19, 2003 PA U.S. DIST. CT., EAST 2:03-CV-01657**

**7,807.** **DIRECTV INC V. CONNER, ET AL**
**March 18, 2003 TX U.S. DIST. CT., EAST 6:03-CV-00107**

**7,808.** **DIRECTV INC V. HEDDINS**
**March 18, 2003 TX U.S. DIST. CT., NORTH 7:03-CV-00064**

**7,809.** **DIRECTV INC V. HESSKEW**
**March 18, 2003 TX U.S. DIST. CT., NORTH 1:03-CV-00047**

**7,810.** **DIRECTV INC V. KILLINGSWORTH**
**March 18, 2003 TX U.S. DIST. CT., NORTH 6:03-CV-00022**

**7,811.** **DIRECTV, INC V. INGRAM**
**March 18, 2003 TX U.S. DIST. CT., EAST 5:03-CV-00061**

**7,812.** **DIRECTV, INC. V. BENNETT**
**March 18, 2003 TX U.S. DIST. CT., EAST 5:03-CV-00062**

**7,813.** **DIRECTV INC V. ALBERTS, ET AL**
**March 17, 2003 TX U.S. DIST. CT., EAST 1:03-CV-00161**

**7,814.** DIRECTV INC V. BAREFIELD, ET AL
March 17, 2003 TX U.S. DIST. CT., EAST 6:03-CV-00106

**7,815.** DIRECTV INC V. BENNETT, ET AL
March 17, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00095

**7,816.** DIRECTV INC V. BRAZIEL, ET AL
March 17, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00094

**7,817.** DIRECTV INC V. BRIGGS ET AL
March 17, 2003 TX U.S. DIST. CT., NORTH 2:03-CV-00072

**7,818.** DIRECTV INC V. CYPERT, ET AL
March 17, 2003 TX U.S. DIST. CT., EAST 6:03-CV-00104

**7,819.** DIRECTV INC V. FOGARTY, ET AL
March 17, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00096

**7,820.** DIRECTV INC V. HOLT, ET AL
March 17, 2003 TX U.S. DIST. CT., EAST 2:03-CV-00061

**7,821.** DIRECTV INC V. RAMIREZ
March 17, 2003 TX U.S. DIST. CT., NORTH 5:03-CV-00063

**7,822.** DIRECTV INC V. SHEEHAN, ET AL
March 17, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00097

**7,823.** DIRECTV INC, ET AL V. BALDWIN, ET AL
March 17, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00098

**7,824.** DIRECTV, INC V. HOOKS, ET AL, ET AL
March 17, 2003 TX U.S. DIST. CT., EAST 4:03-CV-00093

**7,825.** DIRECTV INC V. BLACKBURN, ET AL
March 14, 2003 U.S. CT. OF APP., 6TH CIR. 03-3398

**7,826.** DIRECTV INC V. BOYD, ET AL
March 14, 2003 FL U.S. DIST. CT., NORTH 4:03-CV-00079

**7,827. DIRECTV INC V. WILLIAMS**
March 14, 2003 FL U.S. DIST. CT., NORTH 5:03-CV-00055

**7,828. DIRECTV INC V. BISHOP**
March 13, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71022

**7,829. DIRECTV INC V. BOGUCKI**
March 13, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71019

**7,830. DIRECTV INC V. EHEHALT**
March 13, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71017

**7,831. DIRECTV INC V. HERRING**
March 13, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71016

**7,832. DIRECTV INC V. HIRMAN, ET AL**
March 13, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00100

**7,833. DIRECTV INC V. KAMMERS**
March 13, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71024

**7,834. DIRECTV INC V. MILBY**
March 13, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71020

**7,835. DIRECTV INC V. WAGNER**
March 13, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71018

**7,836. DIRECTV, INC. V. CHILDS**
March 13, 2003 OH U.S. DIST. CT., NORTH 1-03-00454

**7,837. DIRECTV INC V. AYALA, ET AL**
March 12, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00055

**7,838. DIRECTV INC V. BORG**
March 12, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71006

**7,839. DIRECTV INC V. COOK**
March 12, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71005

**7,840.** **DIRECTV INC V. COTULLA, ET AL**
**March 12, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00054**


**7,841.** **DIRECTV INC V. DAWSON**
**March 12, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71004**


**7,842.** **DIRECTV INC V. FLORINDI**
**March 12, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71003**


**7,843.** **DIRECTV INC V. HAINES**
**March 12, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71001**


**7,844.** **DIRECTV INC V. JOHNSON**
**March 12, 2003 MI U.S. DIST. CT., EAST 2:03-CV-71000**


**7,845.** **DIRECTV INC V. LITTLE**
**March 12, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70999**


**7,846.** **DIRECTV INC V. MANLEY**
**March 12, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70998**


**7,847.** **DIRECTV INC V. NEUENFELDT**
**March 12, 2003 MI U.S. DIST. CT., EAST 1:03-CV-10066**


**7,848.** **DIRECTV V. CARR**
**March 12, 2003 MA U.S. DIST. CT. 1:03-CV-10473**


**7,849.** **DIRECTV, INC. V. ADAMS, ET AL**
**March 12, 2003 TX U.S. DIST. CT., SOUTH 7:03-CV-00056**


**7,850.** **DIRECTV, INC. V. EMRICK, ET AL**
**March 12, 2003 TX U.S. DIST. CT., SOUTH 7:03-CV-00058**


**7,851.** **DIRECTV, INC. V. SLAYTON**
**March 12, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00453**


**7,852.** **DIRECTV INC V. ADAME, ET AL**
**March 11, 2003 TX U.S. DIST. CT., SOUTH 1:03-CV-00052**

**7,853.** **DIRECTV, INC. V. LAMARINE**
**March 11, 2003 MA U.S. DIST. CT. 1:03-CV-10464**


**7,854.** **DIRECTV, INC., V. BELLO**
**March 11, 2003 NY U.S. DIST. CT., EAST 1:03-CV-01209**


**7,855.** **DIRECTV INC V. AGNOR, ET AL**
**March 10, 2003 KY U.S. DIST. CT., EAST 2:03-CV-00055**


**7,856.** **DIRECTV INC V. CASH, ET AL**
**March 10, 2003 KY U.S. DIST. CT., WEST 1:03-CV-00051**


**7,857.** **DIRECTV INC V. FANE, ET AL**
**March 10, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00098**


**7,858.** **DIRECTV INC V. HUNTER**
**March 10, 2003 CT U.S. DIST. CT. 3:03-CV-00414**


**7,859.** **DIRECTV INC V. RUSSELL, ET AL**
**March 10, 2003 KY U.S. DIST. CT., WEST 5:03-CV-00054**


**7,860.** **DIRECTV INC V. ZWINGMAN**
**March 10, 2003 CT U.S. DIST. CT. 3:03-CV-00413**


**7,861.** **DIRECTV, INC. V. FALCO**
**March 10, 2003 MA U.S. DIST. CT. 1:03-CV-10450**


**7,862.** **DIRECTV, INC. V. GADA**
**March 10, 2003 MA U.S. DIST. CT. 3:03-CV-10451**


**7,863.** **DIRECTV, INC. V. GONET**
**March 10, 2003 MA U.S. DIST. CT. 1:03-CV-10449**


**7,864.** **DIRECTV, INC. V. HACKETT**
**March 10, 2003 MA U.S. DIST. CT. 1:03-CV-10452**


**7,865.** **DIRECTV INC V. ALLI, ET AL**
**March 07, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-00842**

**7,866.** DIRECTV INC V. CAMACHO, ET AL
**March 07, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-00843**

**7,867.** DIRECTV INC V. CHO, ET AL
**March 07, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-00834**

**7,868.** DIRECTV INC V. COX, ET AL
**NC U.S. DIST. CT., WEST 5:03-CV-00032**

**7,869.** DIRECTV INC V. DAVIS, ET AL
**March 07, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-00841**

**7,870.** DIRECTV INC V. FULTON, ET AL
**March 07, 2003 TX U.S. DIST. CT., SOUTH 3:03-CV-00166**

**7,871.** DIRECTV INC V. HUYNH, ET AL
**March 07, 2003 TX U.S. DIST. CT., SOUTH 4:03-CV-00848**

**7,872.** DIRECTV INC V. MOOTY, ET AL
**March 07, 2003 TX U.S. DIST. CT., SOUTH 3:03-CV-00167**

**7,873.** DIRECTV INC V. BINNS
**March 04, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70886**

**7,874.** DIRECTV INC V. BLACKMAN
**March 04, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70892**

**7,875.** DIRECTV INC V. BURNS
**March 04, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70877**

**7,876.** DIRECTV INC V. COON
**March 04, 2003 MI U.S. DIST. CT., EAST 5:03-CV-60050**

**7,877.** DIRECTV INC V. COUTURE
**March 04, 2003 MI U.S. DIST. CT., EAST 1:03-CV-10062**

**7,878.** DIRECTV INC V. FINCK
**March 04, 2003 MI U.S. DIST. CT., EAST 4:03-CV-40051**

**7,879.** **DIRECTV INC V. GANNASCOLI**
**March 04, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70875**


**7,880.** **DIRECTV INC V. HORNSBY**
**March 04, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70872**


**7,881.** **DIRECTV INC V. LOGAN**
**March 04, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70891**


**7,882.** **DIRECTV INC V. MAITROTT**
**March 04, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70874**


**7,883.** **DIRECTV INC V. MEEKS**
**March 04, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70896**


**7,884.** **DIRECTV INC V. MORGAN**
**March 04, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70876**


**7,885.** **DIRECTV INC V. PACELY**
**March 04, 2003 MI U.S. DIST. CT., EAST 4:03-CV-40052**


**7,886.** **DIRECTV INC V. SCHRAMM**
**March 04, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70873**


**7,887.** **DIRECTV INC V. VIDOLICH**
**March 04, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70871**


**7,888.** **DIRECTV INC V. WATERS**
**March 04, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70885**


**7,889.** **DIRECTV, INC. V. O'HARA, ET AL**
**March 04, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00186**


**7,890.** **DIRECTV INC V. HUDDLESTON, ET AL**
**March 03, 2003 KY U.S. DIST. CT., WEST 1:03-CV-00042**


**7,891.** **DIRECTV INC V. WATSON, ET AL**
**March 03, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00081**

**7,892. DIRECTV, INC. V. ANDREWS**
**March 03, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00079**


**7,893. DIRECTV, INC. V. CHAPMAN**
**March 03, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00369**


**7,894. DIRECTV, INC. V. CHEESMAN**
**March 03, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00372**


**7,895. DIRECTV, INC. V. CINCOTTA**
**March 03, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00377**


**7,896. DIRECTV, INC. V. CLEVENGER**
**March 03, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00376**


**7,897. DIRECTV, INC. V. COHEN**
**March 03, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00370**


**7,898. DIRECTV, INC. V. COHEN**
**March 03, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00378**


**7,899. DIRECTV, INC. V. CONNON**
**March 03, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00373**


**7,900. DIRECTV, INC. V. CONRAD**
**March 03, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00379**


**7,901. DIRECTV, INC. V. DIXON**
**March 03, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00374**


**7,902. DIRECTV, INC. V. DOSCHER**
**March 03, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00375**


**7,903. DIRECTV, INC. V. HALL**
**March 03, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00380**


**7,904. DIRECTV, INC. V. HIMBER, ET AL**
**March 03, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80156**

**7,905. DIRECTV, INC. V. MOORE**
March 03, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14071

**7,906. DIRECTV INC V. BELL, ET AL**
February 28, 2003 KY U.S. DIST. CT., EAST 5:03-CV-00100

**7,907. DIRECTV INC V. PATTERSON, ET AL**
February 28, 2003 KY U.S. DIST. CT., EAST 6:03-CV-00099

**7,908. DIRECTV, INC. V. ATWOOD, ET AL**
February 28, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80151

**7,909. DIRECTV, INC. V. BELL, ET AL**
February 28, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80152

**7,910. DIRECTV, INC. V. BROWN, ET AL**
February 28, 2003 FL U.S. DIST. CT., MID. 3:03-CV-00157

**7,911. DIRECTV, INC. V. CORUM**
February 28, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00236

**7,912. DIRECTV, INC. V. DONOVAN**
February 28, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00237

**7,913. DIRECTV, INC. V. FRIEDEBERG, ET AL**
February 28, 2003 FL U.S. DIST. CT., SOUTH 1:03-CV-20451

**7,914. DIRECTV INC V. COE**
February 27, 2003 NC U.S. DIST. CT., WEST 1:03-CV-00046

**7,915. DIRECTV INC V. CUNNINGHAM, ET AL**
February 27, 2003 KY U.S. DIST. CT., WEST 5:03-CV-00042

**7,916. DIRECTV, INC. V. BARBER**
February 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00343

**7,917. DIRECTV, INC. V. BROYES, ET AL**
February 27, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00069

**7,918. DIRECTV, INC. V. BUCHANAN**
February 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00346

**7,919. DIRECTV, INC. V. BULLOCK, ET AL**
February 27, 2003 VA U.S. DIST. CT., EAST 3:03-CV-00196

**7,920. DIRECTV, INC. V. DEANGELIS**
February 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00341

**7,921. DIRECTV, INC. V. DOYLE**
February 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00336

**7,922. DIRECTV, INC. V. GOVEY**
February 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00340

**7,923. DIRECTV, INC. V. HENDERSON**
February 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00345

**7,924. DIRECTV, INC. V. IMBRUNO**
February 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00342

**7,925. DIRECTV, INC. V. KNAPP**
February 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00344

**7,926. DIRECTV, INC. V. LASITA**
February 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00338

**7,927. DIRECTV, INC. V. LIEBGOTT**
February 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00347

**7,928. DIRECTV, INC. V. ROSSER**
February 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00337

**7,929. DIRECTV, INC. V. SIGNORELLI**
February 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00339

**7,930. DIRECTV, INC. V. VERMETTE**
February 27, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00349

**7,931. DIRECTV, INC. V. BOCK**
**February 26, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00327**

**7,932. DIRECTV, INC. V. BRONSON**
**February 26, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00328**

**7,933. DIRECTV, INC. V. CHRISTIAN, ET AL**
**February 26, 2003 FL U.S. DIST. CT., MID. 6:03-CV-00233**

**7,934. DIRECTV, INC. V. TRUITT**
**February 25, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00181**

**7,935. DIRECTV, INC. V. GRIMALDI, ET AL**
**February 24, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00066**

**7,936. DIRECTV INC V. HENNIS, ET AL**
**February 21, 2003 OH U.S. DIST. CT., SOUTH 2:03-CV-00163**

**7,937. DIRECTV, INC. V. GERALD W. DUNNING, ET AL**
**February 21, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00168**

**7,938. DIRECTV, INC. V. ANDRE**
**February 20, 2003 NJ U.S. DIST. CT. 2:03-CV-00757**

**7,939. DIRECTV, INC. V. NEWMAN**
**February 19, 2003 NY U.S. DIST. CT., SOUTH 03-CV-01120**

**7,940. DIRECTV, INC. V. PHILBROOK**
**February 19, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00202**

**7,941. DIRECTV INC V. HAPP**
**February 18, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00055**

**7,942. DIRECTV INC V. HERALD**
**February 18, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00123**

**7,943. DIRECTV INC V. JEFFERY**
**February 18, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00053**

**7,944. DIRECTV INC V. JEN**
**February 18, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00054**

**7,945. DIRECTV INC V. JOHNSON**
**February 18, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00057**

**7,946. DIRECTV INC V. KAMPF**
**February 18, 2003 IN U.S. DIST. CT., NORTH 3:03-CV-00124**

**7,947. DIRECTV INC V. KAZMIERSKI**
**February 18, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00056**

**7,948. DIRECTV INC V. KINGSBURY**
**February 18, 2003 IN U.S. DIST. CT., NORTH 1:03-CV-00061**

**7,949. DIRECTV, INC. V. ALVAREZ**
**February 18, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00275**

**7,950. DIRECTV, INC. V. PARKER**
**February 18, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00276**

**7,951. DIRECTV INC V. HEGYI**
**February 12, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00049**

**7,952. DIRECTV, INC. V. SNEEDEN**
**February 10, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00217**

**7,953. DIRECTV, INC. V. TIPTON**
**February 10, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00219**

**7,954. DIRECTV, INC. V. VERNON**
**February 10, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00215**

**7,955. DIRECTV, INC. V. WAGONMAKER**
**February 10, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00218**

**7,956. DIRECTV, INC. V. WILSON**
**February 10, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00216**

**7,957. DIRECTV INC V. COX**
**February 07, 2003 IN U.S. DIST. CT., NORTH 1:03-CV-00053**


**7,958. DIRECTV INC V. EDWARDS**
**February 06, 2003 IN U.S. DIST. CT., NORTH 2:03-CV-00043**


**7,959. DIRECTV, INC. V. ARROYO**
**February 06, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00068**


**7,960. DIRECTV, INC. V. SILVERS**
**February 06, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00200**


**7,961. DIRECTV INC V. IAGUESSA**
**February 05, 2003 CT U.S. DIST. CT. 3:03-CV-00238**


**7,962. DIRECTV INC V. JOYCE**
**February 05, 2003 CT U.S. DIST. CT. 3:03-CV-00239**


**7,963. DIRECTV, INC. V. BEST**
**February 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00188**


**7,964. DIRECTV, INC. V. BROWN**
**February 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00190**


**7,965. DIRECTV, INC. V. BROYLES**
**February 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00186**


**7,966. DIRECTV, INC. V. FRANCIS**
**February 04, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14034**


**7,967. DIRECTV, INC. V. RICHARDS**
**February 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00191**


**7,968. DIRECTV, INC. V. RIDGEWAY**
**February 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00187**


**7,969. DIRECTV, INC. V. SANDERS**
**February 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00193**

**7,970. DIRECTV, INC. V. SANTOS**
**February 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00194**


**7,971. DIRECTV, INC. V. WHEELES**
**February 04, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00192**


**7,972. DIRECTV INC V. POPE**
**February 03, 2003 IL U.S. DIST. CT., CENT. 3:03-CV-03027**


**7,973. DIRECTV, INC V. BROWN**
**February 03, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80078**


**7,974. DIRECTV, INC, ET AL V. WILSON**
**February 03, 2003 FL U.S. DIST. CT., SOUTH 9:03-CV-80077**


**7,975. DIRECTV, INC. V. DUBRASKY**
**February 03, 2003 FL U.S. DIST. CT., MID. 2:03-CV-00058**


**7,976. DIRECTV INC V. ARD**
**January 31, 2003 FL U.S. DIST. CT., NORTH 3:03-CV-00045**


**7,977. DIRECTV, INC. V. BAYLOG**
**January 31, 2003 FL U.S. DIST. CT., MID. 5:03-CV-00037**


**7,978. DIRECTV, INC. V. COLLUM**
**January 31, 2003 FL U.S. DIST. CT., SOUTH 2:03-CV-14027**


**7,979. DIRECTV, INC. V. GILLEY**
**January 31, 2003 VA U.S. DIST. CT., WEST 7:03-CV-00077**


**7,980. DIRECTV, INC. V. SHEASLEY**
**January 31, 2003 VA U.S. DIST. CT., WEST 4:03-CV-00012**


**7,981. DIRECTV, INC. V. ANDRIOTIS**
**January 30, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00153**


**7,982. DIRECTV, INC. V. BARTH**
**January 30, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00152**

**7,983. DIRECTV, INC. V. CAPINEGRO**
**January 30, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00154**

**7,984. DIRECTV, INC. V. CORTEZ**
**January 30, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00157**

**7,985. DIRECTV, INC. V. DIEBES**
**January 30, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00131**

**7,986. DIRECTV, INC. V. JACKSON**
**January 30, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00132**

**7,987. DIRECTV, INC. V. KONTNEY**
**January 30, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00155**

**7,988. DIRECTV, INC. V. LORD**
**January 30, 2003 FL U.S. DIST. CT., MID. 8:03-CV-00156**

**7,989. DIRECTV INC V. HEATON, ET AL**
**January 29, 2003 SC U.S. DIST. CT. 0:03-CV-00321**

**7,990. DIRECTV INC V. LATTANZI**
**January 29, 2003 SC U.S. DIST. CT. 2:03-CV-00322**

**7,991. DIRECTV INC V. MITCHELL**
**January 29, 2003 SC U.S. DIST. CT. 4:03-CV-00320**

**7,992. DIRECTV INC V. SEIGLER**
**January 29, 2003 SC U.S. DIST. CT. 03-CV-00323**

**7,993. DIRECTV, INC V. BEACH, ET AL**
**January 28, 2003 MN U.S. DIST. CT. 0:03-CV-00940**

**7,994. DIRECTV, INC V. CAPECE**
**January 28, 2003 MN U.S. DIST. CT. 0:03-CV-00938**

**7,995. DIRECTV, INC V. GORNICK**
**January 28, 2003 MN U.S. DIST. CT. 0:03-CV-00925**

**7,996. DIRECTV, INC V. HEINEMAN, ET AL**
January 28, 2003 MN U.S. DIST. CT. 0:03-CV-00941


**7,997. DIRECTV, INC V. LEWIS**
January 28, 2003 MN U.S. DIST. CT. 0:03-CV-00931


**7,998. DIRECTV, INC V. NELSON**
January 28, 2003 MN U.S. DIST. CT. 0:03-CV-00937


**7,999. DIRECTV, INC V. NGO**
January 28, 2003 MN U.S. DIST. CT. 0:03-CV-00939


**8,000. DIRECTV, INC V. VOLD**
January 28, 2003 MN U.S. DIST. CT. 0:03-CV-00930


**8,001. DIRECTV, INC V. WOOD**
January 28, 2003 MN U.S. DIST. CT. 0:03-CV-00924


**8,002. DIRECTV INC V. DUNCAN**
January 27, 2003 NC U.S. DIST. CT., WEST 5:03-CV-00014


**8,003. DIRECTV, INC. V. DAVIS, ET AL**
January 24, 2003 NC U.S. DIST. CT., MID. 1:03-CV-00084


**8,004. DIRECTV, INC. V. WIGGINS**
January 22, 2003 NC U.S. DIST. CT., EAST 03-CV-00057


**8,005. DIRECTV, INC V. HODGES**
January 21, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-00136


**8,006. DIRECTV, INC. V. BRANDONI**
January 21, 2003 NJ U.S. DIST. CT. 2:03-CV-00235


**8,007. DIRECTV, INC. V. CLARKE**
January 21, 2003 NJ U.S. DIST. CT. 2:03-CV-00234


**8,008. DIRECTV, INC. V. JONES**
January 13, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00038

**8,009.** **DIRECTV, INC. V. KESSEL**
January 13, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00036

**8,010.** **DIRECTV, INC. V. LANGAN**
January 13, 2003 VA U.S. DIST. CT., EAST 1:03-CV-00037

**8,011.** **DIRECTV INC. V. BLACK, ET AL.**
January 10, 2003 NM U.S. DIST. CT. 1:03-CV-00048

**8,012.** **DIRECTV INC. V. BRYANT, ET AL.**
January 10, 2003 NM U.S. DIST. CT. 2:03-CV-00049

**8,013.** **DIRECTV INC V. DUNN**
January 09, 2003 ME U.S. DIST. CT. 1:03-CV-00005

**8,014.** **DIRECTV INC V. KOENIG, ET AL**
January 08, 2003 OH U.S. DIST. CT., SOUTH 1:03-CV-00018

**8,015.** **DIRECTV, INC. V. LORENZEN**
January 08, 2003 OH U.S. DIST. CT., NORTH 3-03-07009

**8,016.** **DIRECTV INC V. FRYE**
January 06, 2003 SC U.S. DIST. CT. 03-CV-00041

**8,017.** **DIRECTV INC V. GRISETA**
January 06, 2003 SC U.S. DIST. CT. 6:03-CV-00043

**8,018.** **DIRECTV INC V. MURRAY**
January 06, 2003 SC U.S. DIST. CT. 5:03-CV-00045

**8,019.** **DIRECTV, INC. V. STONE**
January 06, 2003 AL U.S. DIST. CT., NORTH 2:03-CV-00025

**8,020.** **DIRECTV INC V. BLACK**
January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70045

**8,021.** **DIRECTV INC V. BUTTKE**
January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70046

**8,022. DIRECTV INC V. CAMERON**
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70047**


**8,023. DIRECTV INC V. CURNS**
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70033**


**8,024. DIRECTV INC V. GIANNONE**
**January 03, 2003 MI U.S. DIST. CT., EAST 5:03-CV-60003**


**8,025. DIRECTV INC V. HOLMES**
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70022**


**8,026. DIRECTV INC V. JOHNSON**
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70023**


**8,027. DIRECTV INC V. KELSAY**
**January 03, 2003 MI U.S. DIST. CT., EAST 4:03-CV-40002**


**8,028. DIRECTV INC V. KILDOW**
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70032**


**8,029. DIRECTV INC V. KINCAID**
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70036**


**8,030. DIRECTV INC V. LEE**
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70035**


**8,031. DIRECTV INC V. MILLER**
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70037**


**8,032. DIRECTV INC V. PEDERSEN**
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70039**


**8,033. DIRECTV INC V. RACHWAL**
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70020**


**8,034. DIRECTV INC V. SCHLESINGER**
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70042**

**8,035.** DIRECTV INC V. SESLAR
**January 03, 2003 MI U.S. DIST. CT., EAST 4:03-CV-40003**

**8,036.** DIRECTV INC V. SIERMINSKI
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70040**

**8,037.** DIRECTV INC V. WANDREY
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70041**

**8,038.** DIRECTV INC V. WEIDNER
**January 03, 2003 MI U.S. DIST. CT., EAST 5:03-CV-60011**

**8,039.** DIRECTV INC V. WEIDNER
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70031**

**8,040.** DIRECTV INC V. WHITENER
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70030**

**8,041.** DIRECTV INC V. ZUBE
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70029**

**8,042.** DIRECTV V. CURRY
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70044**

**8,043.** DIRECTV V. CURRY
**January 03, 2003 MI U.S. DIST. CT., EAST 4:03-CV-40007**

**8,044.** DIRECTV V. JONES
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70024**

**8,045.** DIRECTV V. ROBERTS
**January 03, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70034**

**8,046.** DIRECTV, INC. V. BOWES
**January 03, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00007**

**8,047.** DIRECTV, INC. V. DEY
**January 03, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00010**

**8,048.** DIRECTV, INC. V. GARD
**January 03, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00012**


**8,049.** DIRECTV, INC. V. KING
**January 03, 2003 MI U.S. DIST. CT., WEST 1:03-CV-00016**


**8,050.** DIRECTV INC V. JONES
**January 02, 2003 MI U.S. DIST. CT., EAST 2:03-CV-70021**


**8,051.** DIRECTV, INC. V. BELUCH, ET AL
**December 27, 2002 NJ U.S. DIST. CT. 1:02-CV-06160**


**8,052.** DIRECTV INC V. FRANCIS BALCHAK, ET AL
**December 26, 2002 CA U.S. DIST. CT., CENT. 2:02-CV-09824**


**8,053.** DIRECTV INC V. JEFFREY A LISKE, ET AL
**December 26, 2002 CA U.S. DIST. CT., CENT. 2:02-CV-09822**


**8,054.** DIRECTV INC V. ALLAN
**December 23, 2002 FL U.S. DIST. CT., NORTH 5:02-CV-00392**


**8,055.** DIRECTV, INC. V. ADHIN
**December 23, 2002 FL U.S. DIST. CT., SOUTH 2:02-CV-14344**


**8,056.** DIRECTV, INC. V. AUSTIN
**December 23, 2002 FL U.S. DIST. CT., MID. 3:02-CV-01163**


**8,057.** DIRECTV, INC. V. CASTELLI
**December 23, 2002 FL U.S. DIST. CT., MID. 5:02-CV-00383**


**8,058.** DIRECTV, INC. V. FALEY
**December 23, 2002 FL U.S. DIST. CT., SOUTH 9:02-CV-81146**


**8,059.** DIRECTV, INC. V. KOHLER
**December 23, 2002 FL U.S. DIST. CT., SOUTH 2:02-CV-14343**


**8,060.** DIRECTV, INC. V. ROSS
**December 23, 2002 FL U.S. DIST. CT., MID. 8:02-CV-02378**

**8,061.** DIRECTV, INC. V. ALLEN, ET AL
**December 19, 2002 FL U.S. DIST. CT., MID. 6:02-CV-01531**


**8,062.** DIRECTV, INC. V. HURWITZ, ET AL
**December 19, 2002 MO U.S. DIST. CT., EAST 4:02-CV-01940**


**8,063.** DIRECTV INC V. MUNCY
**December 18, 2002 OH U.S. DIST. CT., SOUTH 2:02-CV-01249**


**8,064.** DIRECTV, INC. V. ANDREWS
**December 18, 2002 FL U.S. DIST. CT., MID. 6:02-CV-01522**


**8,065.** DIRECTV INC V. SPURRIER, ET AL
**December 17, 2002 NC U.S. DIST. CT., WEST 1:02-CV-00290**


**8,066.** DIRECTV, INC. V. BOWEN, ET AL
**December 17, 2002 NC U.S. DIST. CT., MID. 1:02-CV-01099**


**8,067.** DIRECTV, INC. V. STEIN
**December 17, 2002 MI U.S. DIST. CT., WEST 2:02-CV-00203**


**8,068.** DIRECTV INC V. LALONDE
**December 16, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74978**


**8,069.** DIRECTV, INC. V. ALLEN
**December 16, 2002 FL U.S. DIST. CT., MID. 8:02-CV-02300**


**8,070.** DIRECTV, INC. V. ANTONIO
**December 16, 2002 FL U.S. DIST. CT., MID. 8:02-CV-02297**


**8,071.** DIRECTV, INC. V. BAGNARA
**December 16, 2002 FL U.S. DIST. CT., MID. 8:02-CV-02299**


**8,072.** DIRECTV, INC. V. BOWEN
**December 16, 2002 FL U.S. DIST. CT., MID. 8:02-CV-02298**


**8,073.** DIRECTV, INC. V. THOMPKINS, ET AL
**December 16, 2002 NC U.S. DIST. CT., EAST 02-CV-00205**

**8,074.** **DIRECTV INC V. BENARDO**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74943**


**8,075.** **DIRECTV INC V. CHURCHILL**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74951**


**8,076.** **DIRECTV INC V. JORDAN**
**December 13, 2002 MI U.S. DIST. CT., EAST 5:02-CV-60261**


**8,077.** **DIRECTV INC V. KACHO**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74952**


**8,078.** **DIRECTV INC V. KEENE**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74955**


**8,079.** **DIRECTV INC V. LEAK**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74960**


**8,080.** **DIRECTV INC V. LEFEVE, ET AL**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74958**


**8,081.** **DIRECTV INC V. MALINOWSKI**
**December 13, 2002 MI U.S. DIST. CT., EAST 1:02-CV-10311**


**8,082.** **DIRECTV INC V. MARTIN, ET AL**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74956**


**8,083.** **DIRECTV INC V. MONTEROSSO**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74963**


**8,084.** **DIRECTV INC V. MORALES**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74962**


**8,085.** **DIRECTV INC V. PARR**
**December 13, 2002 MI U.S. DIST. CT., EAST 5:02-CV-60262**


**8,086.** **DIRECTV INC V. REITHEL**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74957**

**8,087. DIRECTV INC V. RIVERA**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74953**


**8,088. DIRECTV INC V. ROWAN**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74944**


**8,089. DIRECTV INC V. RUISI**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74946**


**8,090. DIRECTV INC V. SIELAFF**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74949**


**8,091. DIRECTV INC V. SLAGELL**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74954**


**8,092. DIRECTV INC V. UFFORD**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74959**


**8,093. DIRECTV INC V. WALTER**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74945**


**8,094. DIRECTV INC V. ZSENYUK**
**December 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74950**


**8,095. DIRECTV, ET AL V. AUMAUGHER**
**December 13, 2002 MI U.S. DIST. CT., EAST 4:02-CV-40329**


**8,096. DIRECTV INC V. ALFANO, ET AL**
**December 12, 2002 OH U.S. DIST. CT., SOUTH 1:02-CV-00940**


**8,097. DIRECTV, INC. V. DERITES, ET AL**
**December 09, 2002 NJ U.S. DIST. CT. 1:02-CV-05935**


**8,098. DIRECTV, INC. V. HANSEN**
**December 09, 2002 MI U.S. DIST. CT., WEST 1:02-CV-00885**


**8,099. DIRECTV, INC. V. PINKSTON**
**December 09, 2002 MI U.S. DIST. CT., WEST 02-CV-00886**

**8,100. DIRECTV INC V. PETERSON**
**December 06, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74856**


**8,101. DIRECTV INC V. WHALEY**
**December 06, 2002 MI U.S. DIST. CT., EAST 1:02-CV-10306**


**8,102. DIRECTV INC V. ANTONIO**
**December 05, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74834**


**8,103. DIRECTV INC V. BROWN**
**December 05, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74830**


**8,104. DIRECTV INC V. CADDEN**
**December 05, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74839**


**8,105. DIRECTV INC V. EVARD**
**December 05, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74832**


**8,106. DIRECTV INC V. GIESE**
**December 05, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74837**


**8,107. DIRECTV INC V. GIROUARD**
**December 05, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74833**


**8,108. DIRECTV INC V. HAWKINS**
**December 05, 2002 MI U.S. DIST. CT., EAST 5:02-CV-60258**


**8,109. DIRECTV INC V. KUMLE**
**December 05, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74841**


**8,110. DIRECTV INC V. MCGRAW**
**December 05, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74840**


**8,111. DIRECTV INC V. PROVOST**
**December 05, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74835**


**8,112. DIRECTV INC V. STAPLETON**
**December 05, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74842**

**8,113. DIRECTV INC V. WOOD**
**December 05, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74838**


**8,114. DIRECTV INC V. WOOD**
**December 05, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74831**


**8,115. DIRECTV, INC. V. SHAW, ET AL**
**December 04, 2002 FL U.S. DIST. CT., MID. 6:02-CV-01439**


**8,116. DIRECTV INC V. COLEMAN, ET AL**
**December 03, 2002 CA U.S. DIST. CT., SOUTH 3:02-CV-02356**


**8,117. DIRECTV INC V. JACK UTZ, ET AL**
**December 02, 2002 CA U.S. DIST. CT., CENT. 5:02-CV-01303**


**8,118. DIRECTV INC V. LAWRENCE, ET AL**
**December 02, 2002 CA U.S. DIST. CT., EAST 2:02-CV-02579**


**8,119. DIRECTV INC V. BOHANNON, ET AL**
**November 27, 2002 AZ U.S. DIST. CT. 2:02-CV-02412**


**8,120. DIRECTV INC V. EITEL, ET AL**
**November 27, 2002 AZ U.S. DIST. CT. 2:02-CV-02410**


**8,121. DIRECTV INC V. ERIC FEHMANN, ET AL**
**November 27, 2002 CA U.S. DIST. CT., CENT. 5:02-CV-01296**


**8,122. DIRECTV INC V. TRAUTMAN, ET AL**
**November 27, 2002 AZ U.S. DIST. CT. 2:02-CV-02411**


**8,123. DIRECTV INC. V. HARRISON, ET AL.**
**November 27, 2002 NM U.S. DIST. CT. 6:02-CV-01500**


**8,124. DIRECTV, INC. V. CONNOLLY**
**November 27, 2002 CA U.S. DIST. CT., NORTH 5:02-CV-05619**


**8,125. DIRECTV, INC. V. SOUZA ET AL**
**November 27, 2002 CA U.S. DIST. CT., NORTH 3:02-CV-05625**

**8,126. DIRECTV INC V. REED, ET AL**
November 22, 2002 TX U.S. DIST. CT., SOUTH 4:02-CV-04395


**8,127. DIRECTV, INC. V. HALL, ET AL**
November 22, 2002 FL U.S. DIST. CT., SOUTH 1:02-CV-23397


**8,128. DIRECTV, INC. V. BEASY, ET AL**
November 21, 2002 TX U.S. DIST. CT., WEST 5:02-CV-01104


**8,129. DIRECTV, INC. V. HEATON**
November 20, 2002 FL U.S. DIST. CT., SOUTH 0:02-CV-61645


**8,130. DIRECTV, INC. V. WHITNEY, ET AL**
November 19, 2002 FL U.S. DIST. CT., MID. 6:02-CV-01380


**8,131. DIRECTV INC V. PRITCHARD**
November 15, 2002 IN U.S. DIST. CT., NORTH 3:02-CV-00820


**8,132. DIRECTV INC V. BACKSTROM**
November 14, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74521


**8,133. DIRECTV INC V. JUNG**
November 14, 2002 SC U.S. DIST. CT. 02-CV-03835


**8,134. DIRECTV INC V. BELCHER**
November 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74510


**8,135. DIRECTV INC V. BELL**
November 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74508


**8,136. DIRECTV INC V. BIRES**
November 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74507


**8,137. DIRECTV INC V. DENSTON**
November 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74522


**8,138. DIRECTV INC V. FREEMAN, ET AL**
November 13, 2002 NC U.S. DIST. CT., WEST 3:02-CV-00473

**8,139. DIRECTV INC V. GIBBS**
**November 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74520**

**8,140. DIRECTV INC V. GOVAN**
**November 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74515**

**8,141. DIRECTV INC V. HUTCHINSON**
**November 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74518**

**8,142. DIRECTV INC V. JOSHI**
**November 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74516**

**8,143. DIRECTV INC V. WEIGAUDT**
**November 13, 2002 MI U.S. DIST. CT., EAST 2:02-CV-74517**

**8,144. DIRECTV, INC. V. JACKSON, ET AL**
**November 13, 2002 NC U.S. DIST. CT., MID. 1:02-CV-00988**

**8,145. DIRECTV, INC. V. LUNDY**
**November 12, 2002 NC U.S. DIST. CT., EAST 02-CV-00183**

**8,146. DIRECTV INC V. ACHTEN**
**November 04, 2002 IN U.S. DIST. CT., NORTH 2:02-CV-00444**

**8,147. DIRECTV INC V. GOULIAEV**
**November 04, 2002 IN U.S. DIST. CT., NORTH 2:02-CV-00445**

**8,148. DIRECTV INC V. TURNER**
**November 04, 2002 IN U.S. DIST. CT., NORTH 3:02-CV-00789**

**8,149. DIRECTV INC V. WALSH**
**November 04, 2002 IN U.S. DIST. CT., NORTH 2:02-CV-00446**

**8,150. DIRECTV INC V. HABIB**
**November 01, 2002 IN U.S. DIST. CT., NORTH 3:02-CV-00783**

**8,151. DIRECTV INC V. BENZ**
**October 31, 2002 IL U.S. DIST. CT., CENT. 2:02-CV-02219**

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

**8,152. DIRECTV INC V. SCOTT**
**October 28, 2002 IL U.S. DIST. CT., SOUTH 4:02-CV-04222**


**8,153. DIRECTV INC V. STAEBLER**
**October 24, 2002 CT U.S. DIST. CT. 3:02-CV-01869**


**8,154. DIRECTV, INC V. PIEGER**
**October 24, 2002 CT U.S. DIST. CT. 3:02-CV-01867**


**8,155. DIRECTV INC V. DOSS, ET AL**
**October 23, 2002 NC U.S. DIST. CT., WEST 3:02-CV-00436**


**8,156. DIRECTV INC V. FOGARTY**
**October 23, 2002 CT U.S. DIST. CT. 3:02-CV-01853**


**8,157. DIRECTV INC V. GINGRAS**
**October 23, 2002 CT U.S. DIST. CT. 3:02-CV-01852**


**8,158. DIRECTV INC V. GLOWKA**
**October 23, 2002 CT U.S. DIST. CT. 02-CV-01856**


**8,159. DIRECTV INC V. SPINO**
**October 23, 2002 CT U.S. DIST. CT. 3:02-CV-01854**


**8,160. DIRECTV INC V. WILSON**
**October 23, 2002 CT U.S. DIST. CT. 3:02-CV-01855**


**8,161. DIRECTV, INC. V. BRANHAM, ET AL**
**October 23, 2002 NC U.S. DIST. CT., MID. 1:02-CV-00909**


**8,162. DIRECTV, INC. V. GUTCHESS, ET AL**
**October 22, 2002 CO U.S. DIST. CT. 1:02-CV-02021**


**8,163. DIRECTV, INC. V. PADGETT, ET AL**
**October 22, 2002 NC U.S. DIST. CT., EAST 02-CV-00773**


**8,164. DIRECTV INC V. ATKINS**
**October 21, 2002 SC U.S. DIST. CT. 02-CV-03582**

**8,165.** DIRECTV INC V. ERWIN, ET AL
**October 21, 2002 SC U.S. DIST. CT. 4:02-CV-03583**

**8,166.** DIRECTV INC V. GOOLSBY, ET AL
**October 21, 2002 SC U.S. DIST. CT. 6:02-CV-03584**

**8,167.** DIRECTV INC V. GORE
**October 21, 2002 SC U.S. DIST. CT. 0:02-CV-03585**

**8,168.** DIRECTV INC V. POORBAUGH
**October 21, 2002 SC U.S. DIST. CT. 02-CV-03580**

**8,169.** DIRECTV INC V. TURNER
**October 21, 2002 SC U.S. DIST. CT. 02-CV-03581**

**8,170.** DIRECTV INC V. SMITH, ET AL
**October 18, 2002 TX U.S. DIST. CT., SOUTH 2:02-CV-00459**

**8,171.** DIRECTV V. HOPPIE, ET AL
**October 18, 2002 UT U.S. DIST. CT. 2:02-CV-01149**

**8,172.** DIRECTV, INC. V. WRIGHT
**October 18, 2002 MO U.S. DIST. CT., EAST 4:02-CV-01591**

**8,173.** DIRECTV INC V. BAKER, ET AL
**October 17, 2002 OH U.S. DIST. CT., SOUTH 1:02-CV-00749**

**8,174.** DIRECTV INC V. HORN, ET AL
**October 17, 2002 OH U.S. DIST. CT., SOUTH 2:02-CV-01028**

**8,175.** DIRECTV, INC. V. CALLAHAN, ET AL
**October 10, 2002 NC U.S. DIST. CT., EAST 02-CV-00741**

**8,176.** DIRECTV V. BUHANAN, ET AL
**October 07, 2002 UT U.S. DIST. CT. 02-CV-01110**

**8,177.** DIRECTV, INC. V. SHARP, ET AL
**October 07, 2002 TX U.S. DIST. CT., WEST 1:02-CV-00642**

**8,178. DIRECTV INC V. ANGELA HAIRSTON**
October 04, 2002 CA U.S. DIST. CT., CENT. 5:02-CV-01067

**8,179. DIRECTV INC V. ASHFORD, ET AL**
October 04, 2002 SC U.S. DIST. CT. 02-CV-03303

**8,180. DIRECTV INC V. CROCKER, ET AL**
October 04, 2002 SC U.S. DIST. CT. 8:02-CV-03299

**8,181. DIRECTV INC V. ECKEL**
October 04, 2002 SC U.S. DIST. CT. 0:02-CV-03300

**8,182. DIRECTV INC V. FLORA, ET AL**
October 04, 2002 SC U.S. DIST. CT. 9:02-CV-03305

**8,183. DIRECTV INC V. JORDAN, ET AL**
October 04, 2002 SC U.S. DIST. CT. 8:02-CV-03306

**8,184. DIRECTV INC V. MANGHERA**
October 03, 2002 CA U.S. DIST. CT., EAST 1:02-CV-06222

**8,185. DIRECTV, INC. V. MERRIWEATHER**
October 03, 2002 CA U.S. DIST. CT., NORTH 5:02-CV-04777

**8,186. DIRECTV, INC. V. DAY**
October 02, 2002 MO U.S. DIST. CT., EAST 4:02-CV-01501

**8,187. DIRECTV INC V. HUGHES, ET AL**
October 01, 2002 MI U.S. DIST. CT., EAST 2:02-CV-73924

**8,188. DIRECTV INC V. PITCHER**
October 01, 2002 MI U.S. DIST. CT., EAST 2:02-CV-73926

**8,189. DIRECTV INC V. SOTO**
October 01, 2002 MI U.S. DIST. CT., EAST 2:02-CV-73927

**8,190. DIRECTV INC V. TEMPLE**
October 01, 2002 MI U.S. DIST. CT., EAST 2:02-CV-73925

**8,191. DIRECTV INC, ET AL V. LIEFER**
October 01, 2002 MI U.S. DIST. CT., EAST 2:02-CV-73928


**8,192. DIRECTV, INC. V. ABEL**
October 01, 2002 FL U.S. DIST. CT., SOUTH 1:02-CV-22915


**8,193. DIRECTV, INC. V. LUCAS**
October 01, 2002 FL U.S. DIST. CT., MID. 3:02-CV-00917


**8,194. DIRECTV INC V. SCHUGMMAN**
September 30, 2002 FL U.S. DIST. CT., NORTH 3:02-CV-00408


**8,195. DIRECTV, INC. V. LYTTLE**
September 30, 2002 FL U.S. DIST. CT., SOUTH 9:02-CV-80916


**8,196. DIRECTV, INC. V. LANCASTER**
September 27, 2002 NC U.S. DIST. CT., EAST 02-CV-00700


**8,197. DIRECTV, INC. V. QUEZADA, ET AL**
September 27, 2002 FL U.S. DIST. CT., SOUTH 1:02-CV-22880


**8,198. DIRECTV, INC. V. WOODINGTON, ET AL**
September 27, 2002 FL U.S. DIST. CT., MID. 6:02-CV-01111


**8,199. DIRECTV INC V. BORDERS, ET AL**
September 26, 2002 SC U.S. DIST. CT. 7:02-CV-03199


**8,200. DIRECTV INC V. HENRY**
September 26, 2002 FL U.S. DIST. CT., NORTH 4:02-CV-00333


**8,201. DIRECTV INC V. MCKIMMEY, ET AL**
September 26, 2002 SC U.S. DIST. CT. 4:02-CV-03196


**8,202. DIRECTV INC V. ROOT**
September 26, 2002 SC U.S. DIST. CT. 02-CV-03193


**8,203. DIRECTV INC V. WILSON**
September 26, 2002 FL U.S. DIST. CT., NORTH 5:02-CV-00322

**8,204. DIRECTV, INC. V. COLLINSWORTH**
September 26, 2002 FL U.S. DIST. CT., SOUTH 2:02-CV-14272


**8,205. DIRECTV, INC. V. MCCAULEY, ET AL**
September 26, 2002 FL U.S. DIST. CT., MID. 8:02-CV-01771


**8,206. DIRECTV, INC. V. MCCAULEY, ET AL**
September 26, 2002 FL U.S. DIST. CT., MID. 5:02-CV-00286


**8,207. DIRECTV, INC. V. SYNFELT**
September 26, 2002 FL U.S. DIST. CT., SOUTH 0:02-CV-61360


**8,208. DIRECTV, INC. V. ST. ANDREWS, ET AL**
September 25, 2002 FL U.S. DIST. CT., MID. 6:02-CV-01100


**8,209. DIRECTV V. HASLAM, ET AL**
September 24, 2002 UT U.S. DIST. CT. 2:02-CV-01059


**8,210. DIRECTV V. SISLER, ET AL**
September 24, 2002 UT U.S. DIST. CT. 2:02-CV-01061


**8,211. DIRECTV INC V. JOLLEY**
September 19, 2002 SC U.S. DIST. CT. 02-CV-03087


**8,212. DIRECTV INC V. KENT, ET AL**
September 19, 2002 SC U.S. DIST. CT. 02-CV-03090


**8,213. DIRECTV INC V. MOORE**
September 19, 2002 SC U.S. DIST. CT. 8:02-CV-03089


**8,214. DIRECTV INC V. PEGASUS SATELLITE TV, ET AL**
September 19, 2002 TX U.S. DIST. CT., NORTH 3:02-MC-00085


**8,215. DIRECTV INC V. SITTLEY**
September 19, 2002 SC U.S. DIST. CT. 0:02-CV-03088


**8,216. DIRECTV, INC. V. ELLIS**
September 19, 2002 NC U.S. DIST. CT., EAST 02-CV-00673

**8,217.** DIRECTV, INC. V. MELOY
September 19, 2002 MO U.S. DIST. CT., WEST 4:02-CV-00888


**8,218.** DIRECTV INC V. BROCK
September 18, 2002 SC U.S. DIST. CT. 02-CV-03069


**8,219.** DIRECTV INC V. COKER, ET AL
September 18, 2002 SC U.S. DIST. CT. 9:02-CV-03068


**8,220.** DIRECTV INC V. DAVIDSON, ET AL
September 16, 2002 NC U.S. DIST. CT., WEST 5:02-CV-00111


**8,221.** DIRECTV INC V. VERNON
September 16, 2002 NC U.S. DIST. CT., WEST 5:02-CV-00110


**8,222.** DIRECTV, INC., ET AL V. WIDENER
September 16, 2002 NC U.S. DIST. CT., MID. 1:02-CV-00789


**8,223.** DIRECTV, INC. V. CHAPMAN
September 13, 2002 NC U.S. DIST. CT., EAST 02-CV-00661


**8,224.** DIRECTV, INC. V. COLLINS
September 13, 2002 NC U.S. DIST. CT., MID. 1:02-CV-00786


**8,225.** DIRECTV, INC. V. MERRITT
September 13, 2002 NC U.S. DIST. CT., EAST 02-CV-00660


**8,226.** DIRECTV, INC. V. MOSES
September 13, 2002 NC U.S. DIST. CT., MID. 1:02-CV-00785


**8,227.** DIRECTV, INC. V. TURNER
September 13, 2002 NC U.S. DIST. CT., MID. 1:02-CV-00784


**8,228.** DIRECTV INC V. SCHMALTZ
September 12, 2002 NC U.S. DIST. CT., WEST 3:02-CV-00373


**8,229.** DIRECTV, INC. V. BRENDLE
September 12, 2002 NC U.S. DIST. CT., MID. 1:02-CV-00768

**8,230.** DIRECTV, INC. V. CEPHAS
September 12, 2002 NC U.S. DIST. CT., MID. 1:02-CV-00766

**8,231.** DIRECTV, INC. V. HIGHTOWER
September 12, 2002 NC U.S. DIST. CT., MID. 1:02-CV-00772

**8,232.** DIRECTV, INC. V. OWEN
September 12, 2002 NC U.S. DIST. CT., MID. 1:02-CV-00769

**8,233.** DIRECTV, INC. V. SCALES
September 12, 2002 NC U.S. DIST. CT., MID. 1:02-CV-00767

**8,234.** DIRECTV, INC. V. SMITH
September 12, 2002 NC U.S. DIST. CT., MID. 1:02-CV-00773

**8,235.** DIRECTV, INC. V. WIDENER
September 12, 2002 NC U.S. DIST. CT., MID. 1:02-CV-00771

**8,236.** DIRECTV, INC. V. WIDENER
September 12, 2002 NC U.S. DIST. CT., MID. 1:02-CV-00770

**8,237.** DIRECTV V. CARLSON, ET AL
September 06, 2002 UT U.S. DIST. CT. 02-CV-00999

**8,238.** DIRECTV V. SLAGLE, ET AL
September 06, 2002 UT U.S. DIST. CT. 2:02-CV-01000

**8,239.** DIRECTV, INC. V. FLORIDA ENERGY, ET AL
September 06, 2002 FL U.S. DIST. CT., SOUTH 9:02-CV-80837

**8,240.** DIRECTV, INC. V. LONDON
August 27, 2002 FL U.S. DIST. CT., MID. 3:02-CV-00828

**8,241.** DIRECTV, INC. V. POWERS
August 23, 2002 FL U.S. DIST. CT., SOUTH 2:02-CV-14242

**8,242.** DIRECTV, INC. V. HAUSER
August 21, 2002 FL U.S. DIST. CT., MID. 8:02-CV-02222

**8,243. DIRECTV, INC. V. HILL**
**August 21, 2002 FL U.S. DIST. CT., MID. 8:02-CV-02223**

**8,244. DIRECTV, INC. V. PETERSON**
**August 21, 2002 FL U.S. DIST. CT., MID. 8:02-CV-02224**

**8,245. DIRECTV, INC. V. PRINCIPATO**
**August 21, 2002 FL U.S. DIST. CT., MID. 8:02-CV-02229**

**8,246. DIRECTV, INC. V. PRINE**
**August 21, 2002 FL U.S. DIST. CT., MID. 8:02-CV-02225**

**8,247. DIRECTV, INC. V. ROGERS, ET AL**
**August 21, 2002 FL U.S. DIST. CT., MID. 8:02-CV-02226**

**8,248. DIRECTV, INC. V. STOVER**
**August 21, 2002 FL U.S. DIST. CT., MID. 8:02-CV-02228**

**8,249. DIRECTV, INC. V. VALENTE**
**August 21, 2002 FL U.S. DIST. CT., MID. 8:02-CV-02227**

**8,250. DIRECTV, INC. V. SWEAT**
**August 16, 2002 FL U.S. DIST. CT., MID. 5:02-CV-00244**

**8,251. DIRECTV, INC. V. MCMAHON, ET AL**
**June 18, 2002 FL U.S. DIST. CT., MID. 8:02-CV-01082**

**8,252. DIRECTV, INC. V. SEYMOUR, ET AL**
**May 23, 2002 PA U.S. DIST. CT., WEST 2:02-CV-00938**

**8,253. DIRECTV INC V. MICHAEL J HALL, ET AL**
**May 08, 2002 CA U.S. DIST. CT., CENT. 2:02-CV-03755**

**8,254. DIRECTV, INC. V. AMELL, ET AL**
**May 08, 2002 NY U.S. DIST. CT., NORTH 1:02-CV-00608**

**8,255. DIRECTV INC V. PEGASUS SATELLITE TV, ET AL**
**April 12, 2002 TX U.S. DIST. CT., NORTH 4:02-MC-00013**

**8,256. DIRECTV INC V. EDWARDS, ET AL**
April 03, 2002 WA U.S. DIST. CT., EAST 2:02-CV-05026


**8,257. DIRECTV INC V. HOULIHAN, ET AL**
November 02, 2001 AZ U.S. DIST. CT. 2:01-CV-02143


**8,258. DIRECTV INC V. BROWN, ET AL**
October 18, 2001 WA U.S. DIST. CT., EAST 2:01-CV-03087


**8,259. DIRECTV INC V. GRAVES, ET AL**
June 07, 2001 TX U.S. DIST. CT., EAST 6:01-MC-00018


**8,260. DIRECTV, INC V. WORLD SATELLITE, LLC**
March 30, 2001 MN U.S. DIST. CT. 0:01-CV-00564


**8,261. DIRECTV, INC. V. C.J.'S BEEF BARN**
October 02, 2000 MD U.S. DIST. CT. 1:00-CV-02956


**8,262. DIRECTV INC V. DEFOREST, ET AL**
August 30, 2000 AZ U.S. DIST. CT. 2:00-CV-01673


**8,263. DIRECTV INC V. CURTH, ET AL**
August 14, 2000 IL U.S. DIST. CT., NORTH 1:00-CV-04968


**8,264. DIRECTV INC V. TALARICO**
August 14, 2000 IL U.S. DIST. CT., NORTH 1:00-CV-04969


**8,265. DIRECTV, INC. V. J.D.R. ENTERTAINMENT**
August 03, 2000 FL U.S. DIST. CT., MID. 6:00-CV-01005


**8,266. DIRECTV, INC., ET AL V. MEGA ELECTRONICS INC, ET AL**
May 24, 2000 FL U.S. DIST. CT., MID. 6:00-CV-00650


**8,267. DIRECTV INC V. ORLOSKE**
April 18, 2000 U.S. CT. OF APP., 6TH CIR. 00-5491


**8,268. DIRECTV, INC., ET AL V. GOLNIK, ET AL**
February 24, 2000 PA U.S. DIST. CT., WEST 2:00-CV-00357

**8,269. DIRECTV INC, ET AL V. DURHAM, ET AL**
July 16, 1999 IL U.S. DIST. CT., SOUTH 4:99-CV-04157


**8,270. DIRECTV INC V. REGGIE SCULLION, ET AL**
June 03, 1999 CA U.S. DIST. CT., CENT. 2:99-CV-05803


**8,271. DIRECTV, INC., ET AL V. DICK, ET AL**
December 30, 1998 NJ U.S. DIST. CT. 2:98-MC-00437


**8,272. DIRECTV INC, ET AL V. LEWIS, ET AL**
November 25, 1998 TN U.S. DIST. CT., MID. 3:98-CV-01100


**8,273. DIRECTV INC, ET AL V. MORGAN, ET AL**
July 21, 1998 MI U.S. DIST. CT., EAST 1:98-CV-10219


**8,274. DIRECTV INC V. NO FRILLS GRILL, ET AL**
February 13, 1998 TX U.S. DIST. CT., NORTH 3:98-CV-00408


**8,275. DIRECTV INC V. DZIEDZIC**
September 19, 1997 IL U.S. DIST. CT., NORTH 1:97-CV-06618


**8,276. DIRECTV INC V. KARAABATSOS**
June 02, 1997 IL U.S. DIST. CT., NORTH 1:97-CV-04001


**8,277. DIRECTV INC V. CHAMANARA, ET AL**
May 15, 1997 IL U.S. DIST. CT., NORTH 1:97-CV-03592


**8,278. DIRECTV INC, ET AL V. DAVID H BIRD, ET AL**
March 21, 1997 CA U.S. DIST. CT., CENT. 2:97-CV-01829


**8,279. DIRECTV INC, ET AL V. DONALD S MCLEOD, ET AL**
March 21, 1997 CA U.S. DIST. CT., CENT. 2:97-CV-01830


**8,280. DIRECTV INC, ET AL V. STEVEN J WHITE, ET AL**
March 21, 1997 CA U.S. DIST. CT., CENT. 2:97-CV-01828


**8,281. DIRECTV INC V. SNICKERS INC**
January 10, 1997 IL U.S. DIST. CT., NORTH 1:97-CV-00180

**8,282. DIRECTV INC V. MIRANDA, ET AL**
**December 20, 1996 IL U.S. DIST. CT., NORTH 1:96-CV-08362**


**8,283. DIRECTV, INC. V. GOOD SPORTS LIMITED, ET AL**
**December 20, 1996 NY U.S. DIST. CT., SOUTH 1:96-CV-09584**


**8,284. DIRECTV INC, ET AL V. DICK, ET AL**
**June 26, 1996 WA U.S. DIST. CT., WEST 2:96-CV-00993**


**8,285. DIRECTV, INC. V. MORRIS, ET AL**
**September 05, 1995 PA U.S. DIST. CT., WEST 2:95-CV-01403**


**8,286. DIRECTV INC V. KHAN**
**June 04, 1953 CA U.S. DIST. CT., EAST 2:03-CV-01223**

# EXHIBIT 3

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

------------------------------------------------------------------
DIRECTV, LLC, a California limited
liability company,

                    Plaintiff,

      v.

RODOLPHO FLORES, Individually, and as
officer, director, shareholder, and/or principal of
MEXICO CITY RESTAURANT, INC., d/b/a
MEXICO CITY GRILL,

and

MEXICO CITY RESTAURANT, INC., d/b/a
MEXICO CITY GRILL,

                    Defendants.
------------------------------------------------------------------

**PLAINTIFF'S ORIGINAL
COMPLAINT**

Civil Action No.

        1.      Plaintiff, DIRECTV, LLC, sues RODOLPHO FLORES, Individually, and as officer, director, shareholder, and/or principal of MEXICO CITY RESTAURANT, INC., d/b/a MEXICO CITY GRILL, and MEXICO CITY RESTAURANT, INC., d/b/a MEXICO CITY GRILL, (referred to hereinafter as "Defendants"), and states as follows:

## I.  <u>JURISDICTION</u>

        2.      This lawsuit is brought pursuant to the Cable Communications Policy Act of 1984, 47 U.S.C. § 521, *et seq.* (The "Act"), as an action for declaratory and injunctive relief and damages for the improper receipt, transmission, and exhibition of satellite programming signals in violation of the Act. This Court has jurisdiction of the subject matter to this action under 28

U.S.C. §1331, pursuant to which the United States District Courts have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States.

3.     This Court has personal jurisdiction over the parties in this action.   Defendants to this action had or have an agent or agents who had or have independently transacted business in the State of Indiana and certain activities of Defendants giving rise to this action took place in the State of Indiana; more particularly, Defendants' acts of violating federal laws and the proprietary rights of DIRECTV, LLC, as distributor of the satellite programming transmission signals, took place within the State of Indiana.   Moreover, upon information and belief, Defendants have their principal places of business within the State of Indiana; thus, this Court has personal jurisdiction over Defendants.

## II. VENUE

4.     Venue is proper in this judicial district under 28 U.S.C. §1391(b) as a substantial part of the events or omissions giving rise to the claim occurred within Marion County, which is within the Southern District of Indiana [28 U.S.C.§ 94 (b)(1)].

## III. PARTIES

5.     Plaintiff, DIRECTV, LLC (referred to hereinafter as "DIRECTV"), is at all times relevant hereto a limited liability company under the laws of the State of California.   DIRECTV is a major distributor of satellite programming doing business throughout the United States. Through its operations, DIRECTV provides interstate direct broadcast satellite programming to subscribers with specialized satellite receiving equipment who pay for programming via a

subscription fee and obtain a programming license from DIRECTV in return for a subscription. The obvious result of a user subscription is that users can then watch programs on their televisions and/or listen to certain high quality audio programs communicated electronically by DIRECTV via satellite (referred to hereinafter as the "Satellite Programming"). DIRECTV holds proprietary rights to the Satellite Programming it transmits and DIRECTV is the owner of and/or a lawfully designated distribution agent for such Satellite Programming.

6      Upon information and belief, MEXICO CITY GRILL, is the premises name located at 8028 S. Emerson Avenue, Suites N, O & P, Indianapolis, IN 46237 (the "Establishment").

7.      Upon information and belief, Defendant, RODOLPHO FLORES, is an officer, director, shareholder, and/or principal of MEXICO CITY RESTAURANT, INC., d/b/a MEXICO CITY GRILL, for the premises located at 8028 S. Emerson Avenue, Suites N, O & P, Indianapolis, IN 46237.

8.      Upon information and belief, Defendant, MEXICO CITY RESTAURANT, INC. is a domestic corporation having a principal place of business at 8028 S. Emerson Avenue, Suites N, O & P, Indianapolis, IN 46237.

9.      Upon information and belief, Defendant, RODOLPHO FLORES, resides at 535 Tanninger Drive, Indianapolis, IN 46239.

10.      Upon information and belief, Defendants, RODOLPHO FLORES and MEXICO CITY RESTAURANT, INC., received a financial benefit from the operations of MEXICO CITY RESTAURANT, INC., d/b/a MEXICO CITY GRILL on June 4, 2014.

11.      Upon information and belief, Defendant, RODOLPHO FLORES, was the

-3-

individual with supervisory capacity and control over the activities occurring within the Establishment known as MEXICO CITY GRILL located at 8028 S. Emerson Avenue, Suites N, O & P, Indianapolis, IN 46237 on June 4, 2014.

12.     Upon information and belief, Defendant, RODOLPHO FLORES, was the individual with close control over the internal operating procedures and employment practices of MEXICO CITY RESTAURANT, INC., d/b/a MEXICO CITY GRILL on June 4, 2014.

13.     Upon information and belief, Defendant, RODOLPHO FLORES, assisted in the unauthorized reception of DIRECTV Programming and assisted in the divulging to the public of said Programming by moving a DIRECTV receiver installed and for service only at the authorized location known as MEXICO CITY GRILL located at 11653 Fishers Stations Drive, Fishers, IN 46038 into the commercial establishment known as MEXICO CITY GRILL located at 8028 S. Emerson Avenue, Suites N, O & P, Indianapolis, IN 46237, without authorization from DIRECTV and without having a proper commercial account for service at the establishment known as MEXICO CITY GRILL located at 8028 S. Emerson Avenue, Suites N, O & P, Indianapolis, IN 46237.

## IV. FACTS

14.     DIRECTV incorporates and realleges by reference allegations within paragraphs 1 through 13 of this complaint as if fully set forth herein.

15.     By way of further allegation, DIRECTV alleges that to prevent unauthorized entities and persons from viewing its Satellite Programming, DIRECTV encrypts the satellite transmissions.  Upon payment of the appropriate subscription or license fees, DIRECTV

authorizes and enables the subscriber to unscramble and receive the Satellite Programming. DIRECTV provides services to homes based on residential rates and to commercial establishments under commercial rates.

16.    On or about June 4, 2014, Defendants did not have a valid commercial account with DIRECTV at the establishment known as MEXICO CITY GRILL located at 8028 S. Emerson Avenue, Suites N, O & P, Indianapolis, IN 46237.

17.    On or about June 4, 2014, Defendants, without obtaining valid commercial exhibition rights, willfully received or assisted in receiving and displaying DIRECTV Satellite Programming to the public and for commercial benefit or financial gain, at the commercial establishment known as MEXICO CITY GRILL, located at 8028 S. Emerson Avenue, Suites N, O & P, Indianapolis, IN 46237.    Such Satellite Programming was displayed without authorization from DIRECTV to exhibit in that location.

18.    Defendants, without entitlement, without prior permission or authorization from DIRECTV, and without having paid DIRECTV for the right to receive, broadcast, use or display DIRECTV's Satellite Programming in the commercial establishment known as MEXICO CITY GRILL, located at 8028 S. Emerson Avenue, Suites N, O & P, Indianapolis, IN 46237, have received, assisted in receiving, transmitted, assisted in transmitting, divulged, published and displayed the content and substance of DIRECTV Satellite Programming at the place of business known as MEXICO CITY GRILL. Without authorization, Defendants displayed and/or published and/or assisted in the displaying and publishing of such Satellite Programming to their customers and others.   Defendants' conduct violates several federal statutes, including 18 U.S.C. §§2511 and 2512, and 47 U.S.C. §605, and laws of the State of Indiana.   Moreover, Defendants'

Case 2:15-ml-02669-PSG-SK Document 1061 Filed 12/03/16 Page 633 of 676 Page ID
#:2989
Case 1:14-cv-01993-TWP-DKL Document 61 Filed 12/04/14 Page 6 of 11 PageID #:226

acts were unauthorized, willful, and for purposes of direct or indirect commercial advantage or private financial gain.

19.     DIRECTV has been damaged by Defendants in that (a) DIRECTV has been denied subscription fees for commercial use of its Satellite Programming; (b) DIRECTV's sales revenues have been reduced through Defendants' unfair competition; and (c) DIRECTV's proprietary rights in the Satellite Programming have been impaired.  In addition, Defendants profited and gained commercial advantage from the unauthorized and willful use of DIRECTV's Satellite Programming.

20.     DIRECTV has been required to retain attorneys to prevent Defendants' wrongful acts and to prosecute this action.  Due to Defendants' statutory violations, DIRECTV is entitled to recover the reasonable attorney's  fees and expenses incurred in prosecution of this action under federal law.

## V. CAUSES OF ACTION

### Count 1 - Damages for Violations of Cable Communications Policy Act
[47 U.S.C. §605(e)(3(C)]

21.     DIRECTV realleges the allegations contained in the foregoing paragraphs of this Complaint and incorporates such allegations as if fully set forth herein.

22.     DIRECTV alleges on information and belief, that Defendants effected or assisted in effecting unauthorized interception and receipt of Satellite Programming by moving a receiver for use at a specified commercial establishment into a different commercial establishment without authorization from DIRECTV and in violation of the Cable Communications Policy Act, or by such other means which are unknown to DIRECTV and known only to Defendants.

-6-

23.     Each of the Defendants' acts violates federal law.  Defendants, illegally and without authorization, intercepted, received and exhibited, or otherwise assisted in the unauthorized interception, reception  or exhibition of Satellite Programming transmitted by DIRECTV.  Moreover, Defendants divulged or published the existence, contents, substance, purport, effect or meaning of such satellite communications.  Further, Defendants used such communications for their own benefit or for the benefit of others who were not entitled to such communications.  Each of these acts is a practice prohibited by 47 U.S.C. §605(a).

24.     DIRECTV is a person aggrieved by Defendants' violations of 47 U.S.C. §605 and is authorized to institute this action against Defendants pursuant to 47 U.S.C. §605(e)(3)(A).

25.     Defendants' violations of 47 U.S.C. §605 have injured DIRECTV's ability to maximize the revenues which it seeks to derive from the Satellite Programming, as DIRECTV has been deprived of the benefit of subscribers to the Satellite Programming.  As a further result of such violations, DIRECTV's goodwill and reputation have been usurped by Defendant while Defendants gained and will continue to gain unjust profits and undeserved goodwill.  DIRECTV is entitled to costs, reasonable attorney's fees, actual damages suffered and profits obtained by Defendants attributable to their illegal conduct.

26.     Alternatively, DIRECTV is entitled to statutory damages in an amount not less than $1,000 nor more than $10,000 for each violation of 47 U.S.C. §605(a).

27.     DIRECTV will further show that Defendants' conduct in violation of 47 U.S.C. §605(a) was committed willfully and for purposes of direct or indirect commercial advantage or private financial gain.

28.     Due to Defendants' willful conduct, DIRECTV is entitled to statutory damages in

an amount not less than $10,000 and up to $100,000 for each willful violation of 47 U.S.C. §605(a).

## Count 2 - Damages for Violations of 18 U.S.C. §2511

29.    DIRECTV realleges the allegations contained in the foregoing paragraphs of this Complaint and incorporates such allegations as if fully set forth herein.

30.    For a further cause of action, DIRECTV alleges that Defendants intentionally intercepted, endeavored to intercept, or procured other persons to intercept electronic communications from DIRECTV. Defendants further disclosed or endeavored to disclose to others the contents of electronic communications, knowing or having a reason to know that the information was obtained through the interception of electronic communications in violation of 18 U.S.C. §2511. Defendants further intentionally used or endeavored to use the contents of electronic communications, knowing or having reason to know that the information was obtained through the interception of electronic communications in violation of 18 U.S.C. §2511.

31.    DIRECTV is a person whose electronic communications are being intercepted, disclosed and/or intentionally used in violation of 18 U.S.C. §2511.

32.    Due to Defendants' wrongful conduct, DIRECTV is entitled, under 18 U.S.C. §2520, to the greater of the sum of (1) actual damages suffered by DIRECTV and the profits made by the Defendants as a result of his conduct, or (2) statutory damages in an amount the greater of $10,000 or $100 per day for each day Defendants acted in violation of 18 U.S.C. §2511.

Case 2:15-ml-02669-PSG-SK Document 1961 Filed 12/03/16 Page 636 of 676 Page ID
#:2992
Case 1:14-cv-01995-TWP-DKL Document 61 Filed 12/04/14 Page 9 of 11 PageID #:219

**Count 3 - Civil Conversion**

33.    DIRECTV realleges the allegations contained in the foregoing paragraphs of this Complaint and incorporates such allegations as if fully set forth herein.

34.    By virtue of the conduct set forth above, Defendants have unlawfully converted DIRECTV's property for their own commercial use and benefit.

35.    Such conversion was done intentionally and wrongfully by Defendants to deprive DIRECTV of its proprietary interests, and for Defendants' direct commercial benefit and advantage.

36.    Due to Defendants' wrongful conversion of DIRECTV Satellite Programming, DIRECTV suffered damages.

**VI. REQUEST FOR INJUNCTIVE RELIEF**

37.    DIRECTV realleges the allegations contained in the foregoing paragraphs of this Complaint and incorporates such allegations as if fully set forth herein.

38.    DIRECTV further alleges that unless restrained by this Court, Defendants will continue to receive, intercept, transmit, and exhibit its Satellite Programming, illegally and without authorization, in violation of 47 U.S.C. §605.

39.    The violations of 47 U.S.C. §605 set forth above have caused and will continue to cause DIRECTV irreparable harm.

40.    DIRECTV cannot practicably determine the loss of subscribers and lost revenues resulting from Defendants' unlawful conduct.   In addition to diminishing DIRECTV's revenues,

Defendants' unlawful conduct injures DIRECTV's reputation and goodwill as well as its ability to attract and finance the future acquisition, production, and distribution of quality programming, thereby impairing DIRECTV's ability to enhance its future growth and profitability.

41. DIRECTV has no adequate remedy at law to redress the violations set forth above.

## VII. **PRAYER**

WHEREFORE, Plaintiff, DIRECTV, LLC, prays that this Court enter judgment in its favor and against Defendants, and:

a. Declare that Defendants' unauthorized interception, reception, and public commercial exhibition of DIRECTV's electronic communications, or its assistance in the performance of such unauthorized actions, were in violation of 18 U.S.C. §2511 and 47 U.S.C. §605, and that such violations were committed willfully and for purposes of direct or indirect commercial advantage and private financial gain;

b. In accordance with 18 U.S.C. §2520(b)(1) and 47 U.S.C. §605(e)(3)(B)(I), enjoin Defendants, and Defendant corporation, its owners, officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any of them from (i) interfering with DIRECTV's proprietary rights; (ii) intercepting, receiving, divulging, or displaying DIRECTV's Satellite Programming without prior written consent of DIRECTV; and (iii) further violations;

c. Award DIRECTV statutory damages in the amount of the greater of $10,000 or $100 per day for each day Defendants violated 18 U.S.C. §2511 or, alternatively, DIRECTV requests judgment for actual damages, plus damages equal to any profits attributable to the Defendant'ss' violations of 18 U.S.C. §2511;

d. Award DIRECTV statutory damages in the amount of $10,000 for each violation of 47 U.S.C. §605, plus an additional $100,000 for each violation pursuant to 47 U.S.C. §605(e)(3)(C)(ii); alternatively, DIRECTV requests judgment for actual damages, plus damages equal to any profits attributable to the Defendants' violations of 47 U.S.C. §605;

-10-

    e.      That the Court award punitive damages; and

    f.      That this Court award DIRECTV its costs, including reasonable attorney's fees, prejudgment interest and post-judgment interest, and such other relief to which DIRECTV may be entitled.

Dated: December 4, 2014
    Ellenville, New York

                  **DIRECTV, LLC**

                  By:/s/Julie Cohen Lonstein
                  JULIE COHEN LONSTEIN, ESQ.
                  LONSTEIN LAW OFFICE, P.C.
                  80 North Main Street : P.O. Box 351
                  Ellenville, NY   12428
                  Telephone:   (845) 647-8500
                  Facsimile:   (845) 647-6277
                  Email: Legal@signallaw.com
                  *Our File No. ES14-13IN-27*

# EXHIBIT 4

Case 2:15-ml-02668-PSG-SK Document 196-1 Filed 10/03/16 Page 640 of 676 Page ID
Case 4:14-cv-03249 Document 1 Filed in TXSD on 11/13/14 Page 1 of 11
#:2996

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

--------------------------------------------------------------

DIRECTV, LLC, a California limited liability
company,

                Plaintiff,

      v.

VIMVIRL A. FERRER, a/k/a VIM FERRER,
PERLA A. FERRER and VIRGILIO A. FERRER,
Individually, and as officers, directors, shareholders
and/or principals of FERRER ENTERPRISES,
INC., d/b/a THAI SPICE ASIAN GOURMET,

and

FERRER ENTERPRISES, INC., d/b/a THAI
SPICE ASIAN GOURMET,

                Defendants.

--------------------------------------------------------------

**PLAINTIFF'S ORIGINAL
COMPLAINT**

Civil Action No. 4:14-cv-3249

1.    Plaintiff, DIRECTV, LLC, sues VIMVIRL A. FERRER, a/k/a VIM FERRER,

PERLA A. FERRER and VIRGILIO A. FERRER, Individually, and as officers, directors,

shareholders and/or principals of FERRER ENTERPRISES, INC., d/b/a THAI SPICE ASIAN

GOURMET, and FERRER ENTERPRISES, INC., d/b/a THAI SPICE ASIAN GOURMET,

(referred to hereinafter as "Defendants"), and states as follows:

## I.  **JURISDICTION**

2.    This lawsuit is brought pursuant to the Cable Communications Policy Act of

1984, 47 U.S.C. § 521, *et seq.* (The "Act"), as an action for declaratory and injunctive relief and

Case 2:15-ml-02668-PSG-SK Document 196-1 Filed 10/03/16 Page 641 of 676 Page ID
Case 4:14-cv-03245 Document 1-1 Filed in TXSD on 11/13/14 Page 2 of 11
#:2997

damages for the improper receipt, transmission, and exhibition of satellite programming signals in violation of the Act.   This Court has jurisdiction of the subject matter to this action under 28 U.S.C. §1331, pursuant to which the United States District Courts have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States.

3.      This Court has personal jurisdiction over the parties in this action.   Defendants to this action had or have an agent or agents who had or have independently transacted business in the State of Texas and certain activities of Defendants giving rise to this action took place in the State of Texas; more particularly, Defendants' acts of violating federal laws and the proprietary rights of DIRECTV, LLC, as distributor of the satellite programming transmission signals, took place within the State of Texas.   Moreover, upon information and belief, Defendants have their principal place of business within the State of Texas; thus, this Court has personal jurisdiction over Defendants.

## II. <u>VENUE</u>

4.      Venue is proper in this judicial district under 28 U.S.C. §1391(b) as a substantial part of the events or omissions giving rise to the claim occurred within Harris County, which is within the Southern District of Texas [28 U.S.C.§ 124 (b)(2)].

## III. <u>PARTIES</u>

5.      Plaintiff, DIRECTV, LLC (referred to hereinafter as "DIRECTV"), is at all times relevant hereto a limited liability company under the laws of the State of California.   DIRECTV is a major distributor of satellite programming doing business throughout the United States.

Through its operations, DIRECTV provides interstate direct broadcast satellite programming to subscribers with specialized satellite receiving equipment who pay for programming via a subscription fee and obtain a programming license from DIRECTV in return for a subscription. The obvious result of a user subscription is that users can then watch programs on their televisions and/or listen to certain high quality audio programs communicated electronically by DIRECTV via satellite (referred to hereinafter as the "Satellite Programming"). DIRECTV holds proprietary rights to the Satellite Programming it transmits and DIRECTV is the owner of and/or a lawfully designated distribution agent for such Satellite Programming.

6.      Upon information and belief, THAI SPICE ASIAN GOURMET is the premises name located at 1420 S. Mason Road, Suite # 170, Katy, TX 77450 (the "Establishment").

7.      Upon information and belief, Defendant, FERRER ENTERPRISES, INC., d/b/a THAI SPICE ASIAN GOURMET, is located and doing business at 1420 S. Mason Road, Suite # 170, Katy, TX 77450, as a commercial establishment.

8.      Upon information and belief, Defendants, VIMVIRL A. FERRER, a/k/a VIM FERRER, PERLA A. FERRER and VIRGILIO A. FERRER, are officers, directors, shareholders and/or principals of FERRER ENTERPRISES, INC., d/b/a THAI SPICE ASIAN GOURMET, for the premises located at 1420 S. Mason Road, Suite # 170, Katy, TX 77450.

9.       Upon information and belief, Defendant, FERRER ENTERPRISES, INC. is a domestic corporation having a principal place of business at 1420 S. Mason Road, Suite # 170, Katy, TX 77450.

Case 2:15-ml-02668-PSG-SK Document 196-1 Filed 10/03/16 Page 643 of 676 Page ID
#:2999
Case 4:14-cv-03245 Document 1 Filed in TXSD on 11/13/14 Page 4 of 11

10.    Upon information and belief, Defendant, VIMVIRL A. FERRER, a/k/a VIM FERRER, resides at 7435 Chathan Glen Lane, Richmond, TX 77407.

11.    Upon information and belief, Defendant, PERLA A. FERRER, resides at 4118 Club Valley Drive, Houston, TX 77082.

12.    Upon information and belief, Defendant, VIRGILIO A. FERRER, resides at 17407 Aspen Ridge Court, Richmond, TX 77407.

13.    Upon information and belief, Defendants, VIMVIRL A. FERRER, a/k/a VIM FERRER, PERLA A. FERRER and VIRGILIO A. FERRER, were the individuals with supervisory capacity and control over the activities occurring within the establishment known as FERRER ENTERPRISES, INC., d/b/a THAI SPICE ASIAN GOURMET on November 17, 2012.

14.    Upon information and belief, Defendants, VIMVIRL A. FERRER, a/k/a VIM FERRER, PERLA A. FERRER, VIRGILIO A. FERRER, and FERRER ENTERPRISES, INC., received a financial benefit from the operations of FERRER ENTERPRISES, INC., d/b/a THAI SPICE ASIAN GOURMET on November 17, 2012.

15.    Upon information and belief, Defendants, VIMVIRL A. FERRER, a/k/a VIM FERRER, PERLA A. FERRER and VIRGILIO A. FERRER, were the individuals with close control over the internal operating procedures and employment practices of FERRER ENTERPRISES, INC., d/b/a THAI SPICE ASIAN GOURMET on November 17, 2012.

## IV. <u>FACTS</u>

16.    DIRECTV incorporates and realleges by reference allegations within paragraphs 1

Case 2:15-ml-02668-PSG-SK Document 196-1 Filed 10/03/16 Page 644 of 676 Page ID
Case 4:14-cv-03245K Document 1-1 Filed in TXSD on 11/13/14 Page 5 of 11
#:3000

through 15 of this complaint as if fully set forth herein.

  17.  By way of further allegation, DIRECTV alleges that to prevent unauthorized entities and persons from viewing its Satellite Programming, DIRECTV encrypts the satellite transmissions. Upon payment of the appropriate subscription or license fees, DIRECTV authorizes and enables the subscriber to unscramble and receive the Satellite Programming.

  18.  DIRECTV provides services to homes based on residential rates and to commercial establishments under commercial rates. Because equipment used with DIRECTV services can be moved from residential locations to commercial establishments without DIRECTV's knowledge, owners of commercial establishments wishing to use DIRECTV's programming for their own commercial gain, at the lower residential rates can surreptitiously gain access to DIRECTV programming without proper authorization by subscribing to DIRECTV services under a residential account and then installing/moving the equipment to their businesses and utilizing those services in a commercial environment.

  19.  On or about November 17, 2012, Defendants did not have a valid commercial account with DIRECTV at the establishment known as THAI SPICE ASIAN GOURMET located at 1420 S. Mason Road, Suite # 170, Katy, TX 77450.

  20.  On or about November 17, 2012, Defendants, without obtaining valid commercial exhibition rights, willfully received and displayed DIRECTV Satellite Programming to the public and for commercial benefit or financial gain, at their commercial establishment, THAI SPICE ASIAN GOURMET, located at 1420 S. Mason Road, Suite # 170, Katy, TX 77450. Such Satellite Programming was displayed without authorization from DIRECTV to exhibit in that location.

Case 2:15-ml-02668-PSG-SK Document 196-1 Filed 10/03/16 Page 645 of 676 Page ID
#:3001
Case 4:14-cv-03245 Document 1 Filed in TXSD on 11/13/14 Page 6 of 11

21.     Defendants, without entitlement, without prior permission or authorization from DIRECTV, and without having paid DIRECTV for the right to receive, broadcast, use or display DIRECTV's Satellite Programming in the commercial establishment known as THAI SPICE ASIAN GOURMET, located at 1420 S. Mason Road, Suite # 170, Katy, TX 77450, have received, assisted in receiving, transmitted, assisted in transmitting, divulged, published and displayed the content and substance of DIRECTV Satellite Programming at such Defendants' place of business, THAI SPICE ASIAN GOURMET. Without authorization, Defendants displayed and/or published such Satellite Programming to their customers and others. Defendants' conduct violates several federal statutes, including 18 U.S.C. §§2511 and 2512, and 47 U.S.C. §605, and laws of the State of Texas.   Moreover, Defendants' acts were unauthorized, willful, and for purposes of direct or indirect commercial advantage or private financial gain.

22.     DIRECTV has been damaged by Defendants in that (a) DIRECTV has been denied subscription fees for commercial use of its Satellite Programming; (b) DIRECTV's sales revenues have been reduced through Defendants' unfair competition; and (c) DIRECTV's proprietary rights in the Satellite Programming have been impaired.   In addition, Defendants profited and gained commercial advantage from the unauthorized and willful use of DIRECTV's Satellite Programming.

23.     DIRECTV has been required to retain attorneys to prevent Defendants' wrongful acts and to prosecute this action.   Due to Defendants' statutory violations, DIRECTV is entitled to recover the reasonable attorney's  fees and expenses incurred in prosecution of this action under federal law.

Case 2:15-ml-02668-PSG-SK Document 196-1 Filed 10/03/16 Page 646 of 676 Page ID
Case 2:14-cv-03245K Document 1 Filed in TXSD on 11/13/14 Page 7 of 11 Page ID
#:3002

## V. <u>CAUSES OF ACTION</u>

### <u>Count 1 - Damages for Violations of Cable Communications Policy Act</u>
**[47 U.S.C. §605(e)(3(C)]**

24.     DIRECTV realleges the allegations contained in the foregoing paragraphs of this Complaint and incorporates such allegations as if fully set forth herein.

25.     DIRECTV alleges on information and belief, that Defendants effected unauthorized interception and receipt of Satellite Programming by ordering programming for residential use and subsequently displaying the programming in a commercial establishment for commercial gain without authorization, or by such other means which are unknown to DIRECTV and known only to Defendants.

26.     Each of the Defendants' acts violates federal law.  Defendants, illegally and without authorization, intercepted, received and exhibited, or otherwise assisted in the unauthorized interception, reception or exhibition of Satellite Programming transmitted by DIRECTV.  Moreover, Defendants divulged or published the existence, contents, substance, purport, effect or meaning of such satellite communications.  Further, Defendants used such communications for their own benefit or for the benefit of others who were not entitled to such communications.   Each of these acts is a practice prohibited by 47 U.S.C. §605(a).

27.     DIRECTV is a person aggrieved by Defendants' violations of 47 U.S.C. §605 and is authorized to institute this action against Defendants pursuant to 47 U.S.C. §605(e)(3)(A).

28.     Defendants' violations of 47 U.S.C. §605 have injured DIRECTV's ability to maximize the revenues which it seeks to derive from the Satellite Programming, as DIRECTV has been deprived of the benefit of subscribers to the Satellite Programming.   As a further result

Case 2:15-ml-02668-PSG-SK Document 196-1 Filed 10/03/16 Page 647 of 676 Page ID
Case 2:14-cv-03245-SK Document 1 Filed in TXSD on 11/13/14 Page 8 of 11
#:3003

of such violations, DIRECTV's goodwill and reputation have been usurped by Defendants while

Defendants gained and will continue to gain unjust profits and undeserved goodwill.   DIRECTV

is entitled to costs, reasonable attorney's fees, actual damages suffered and profits obtained by

Defendants attributable to their illegal conduct.

29.     Alternatively, DIRECTV is entitled to statutory damages in an amount not less

than $1,000 nor more than $10,000 for each violation of 47 U.S.C. §605(a).

30.     DIRECTV will further show that Defendants' conduct in violation of 47 U.S.C.

§605(a) was committed willfully and for purposes of direct or indirect commercial advantage or

private financial gain.

31.     Due to Defendants' willful conduct, DIRECTV is entitled to statutory damages in

an amount not less than $10,000 and up to $100,000 for each willful violation of 47 U.S.C.

§605(a).

## Count 2 - Damages for Violations of 18 U.S.C. §2511

32.     DIRECTV realleges the allegations contained in the foregoing paragraphs of this

Complaint and incorporates such allegations as if fully set forth herein.

33.     For a further cause of action, DIRECTV alleges that Defendants intentionally

intercepted, endeavored to intercept, or procured other persons to intercept electronic

communications from DIRECTV.  Defendants further disclosed or endeavored to disclose to

others the contents of electronic communications, knowing or having a reason to know that the

information was obtained through the interception of electronic communications in violation of

18 U.S.C. §2511.  Defendants further intentionally used or endeavored to use the contents of

electronic communications, knowing or having reason to know that the information was obtained

Case 2:15-ml-02668-PSG-SK Document 196-1 Filed 10/03/16 Page 648 of 676 Page ID
Case 2:14-cv-03245-K Document 1 Filed in TXSD on 11/13/14 Page 9 of 11
#:3004

through the interception of electronic communications in violation of 18 U.S.C. §2511.

34.     DIRECTV is a person whose electronic communications are being intercepted, disclosed and/or intentionally used in violation of 18 U.S.C. §2511.

35.     Due to Defendants' wrongful conduct, DIRECTV is entitled, under 18 U.S.C. §2520, to the greater of the sum of (1) actual damages suffered by DIRECTV and the profits made by the Defendants as a result of their conduct, or (2) statutory damages in an amount the greater of $10,000 or $100 per day for each day Defendants acted in violation of 18 U.S.C. §2511.

## Count 3 - Civil Conversion

36.     DIRECTV realleges the allegations contained in the foregoing paragraphs of this Complaint and incorporates such allegations as if fully set forth herein.

37.     By virtue of the conduct set forth above, Defendants have unlawfully converted DIRECTV's property for their own commercial use and benefit.

38.     Such conversion was done intentionally and wrongfully by Defendants to deprive DIRECTV of its proprietary interests, and for Defendants' direct commercial benefit and advantage.

39.     Due to Defendants' wrongful conversion of DIRECTV Satellite Programming, DIRECTV suffered damages.

## VI. REQUEST FOR INJUNCTIVE RELIEF

40.     DIRECTV realleges the allegations contained in the foregoing paragraphs of this Complaint and incorporates such allegations as if fully set forth herein.

41.     DIRECTV further alleges that unless restrained by this Court, Defendants will

Case 2:15-ml-02668-PSG-SK Document 196-1 Filed 10/03/16 Page 649 of 676 Page ID
Case 4:12-cv-03245-SK Document 1 Filed on 11/13/13 in TXSD Page 10 of 11
#:3005

continue to receive, intercept, transmit, and exhibit its Satellite Programming, illegally and
without authorization, in violation of 47 U.S.C. §605.

42.    The violations of 47 U.S.C. §605 set forth above have caused and will continue to
cause DIRECTV irreparable harm.

43.    DIRECTV cannot practicably determine the loss of subscribers and lost revenues
resulting from Defendants' unlawful conduct.   In addition to diminishing DIRECTV's revenues,
Defendants' unlawful conduct injures DIRECTV's reputation and goodwill as well as its ability
to attract and finance the future acquisition, production, and distribution of quality programming,
thereby impairing DIRECTV's ability to enhance its future growth and profitability.

44.    DIRECTV has no adequate remedy at law to redress the violations set forth above.

## VII. <u>PRAYER</u>

WHEREFORE, Plaintiff, DIRECTV, LLC, prays that this Court enter judgment in its
favor and against Defendants, and:

a.    Declare that Defendants' unauthorized interception, reception, and public
commercial exhibition of DIRECTV's electronic communications, or its
assistance in the performance of such unauthorized actions, were in violation of
18 U.S.C. §2511 and 47 U.S.C. §605, and that such violations were committed
willfully and for purposes of direct or indirect commercial advantage and private
financial gain;

b.    In accordance with 18 U.S.C. §2520(b)(1) and 47 U.S.C. §605(e)(3)(B)(I), enjoin
Defendants, and Defendant corporation and establishment, their owners, officers,
agents, servants, employees and attorneys, and all persons in active concert or
participation with any of them from (i) interfering with DIRECTV's proprietary
rights; (ii) intercepting, receiving, divulging, or displaying DIRECTV's Satellite
Programming without prior written consent of DIRECTV; and (iii) further
violations;

c.    Award DIRECTV statutory damages in the amount of the greater of $10,000 or
$100 per day for each day Defendants violated 18 U.S.C. §2511 or, alternatively,
DIRECTV requests judgment for actual damages, plus damages equal to any
profits attributable to the Defendants' violations of 18 U.S.C. §2511;

Case 2:15-ml-02668-PSG-SK Document 196-1 Filed 10/03/16 Page 650 of 676 Page ID
Case 4:16-cv-03249 Document 1 Filed in TXSD on 11/01/16 Page 10 of 11
#:3006

    d.      Award DIRECTV statutory damages in the amount of $10,000 for each violation of 47 U.S.C. §605, plus an additional $100,000 for each violation pursuant to 47 U.S.C. §605(e)(3)(C)(ii); alternatively, DIRECTV requests judgment for actual damages, plus damages equal to any profits attributable to the Defendants' violations of 47 U.S.C. §605;

    e.      That the Court award punitive damages; and

    f.      That this Court award DIRECTV its costs, including reasonable attorney's fees, prejudgment interest and post-judgment interest, and such other relief to which DIRECTV may be entitled.

Dated:   November 13, 2014
         Ellenville, New York

                 **DIRECTV, LLC**

                 By: /s/Julie Cohen Lonstein
                 JULIE COHEN LONSTEIN, ESQ.
                 Attorney for Plaintiff
                 LONSTEIN LAW OFFICE, P.C.
                 80 North Main Street : P.O. Box 351
                 Ellenville, NY   12428
                 Telephone:   (845) 647-8500
                 Facsimile:   (845) 647-6277
                 Email: Legal@signallaw.com
                 *Our File No. ES12-13TX-13A*

# EXHIBIT 5

Case 2:15-cv-02668-RSC-SK3 Document 196-1 Filed 10/08/16 Page 652 of 676   Page ID
#:3008
Case 3:14-cv-30163-MGM   Document 1   Filed 09/05/14   Page 1 of 12

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

-----------------------------------------------------------------

DIRECTV, LLC, a California limited liability company,

                    Plaintiff

          v.

LESBIA NIEVES, Individually, and as officer, director, shareholder, principal, manager and/or member of FELIX BREAKFAST & SANDWICH SHOP, LLC, d/b/a FELIX'S,

and

FELIX BREAKFAST & SANDWICH SHOP, LLC, d/b/a FELIX'S,

and

FELIX L. MARRERO, Individually, and as officer, director, shareholder and/or principal of DOUGH-SHOW, INC., d/b/a FELIX'S,

and

DOUGH-SHOW, INC., d/b/a FELIX'S,

                    Defendants.

-----------------------------------------------------------------

**PLAINTIFF'S ORIGINAL COMPLAINT**

Civil Action No.

       1.      Plaintiff, DIRECTV, LLC, sues LESBIA NIEVES, Individually, and as officer, director, shareholder, principal, manager and/or member of FELIX BREAKFAST & SANDWICH SHOP, LLC, d/b/a FELIX'S, and FELIX BREAKFAST & SANDWICH SHOP, LLC, d/b/a FELIX'S, and FELIX L. MARRERO, Individually, and as officer, director, shareholder and/or principal of DOUGH-SHOW, INC., d/b/a FELIX'S, and DOUGH-SHOW,

-1-

INC., d/b/a FELIX'S, (referred to hereinafter as "Defendants"), and states as follows:

## I. **JURISDICTION**

2.    This lawsuit is brought pursuant to the Cable Communications Policy Act of 1984, 47 U.S.C. § 521, *et seq.* (The "Act"), as an action for declaratory and injunctive relief and damages for the improper receipt, transmission, and exhibition of satellite programming signals in violation of the Act.  This Court has jurisdiction of the subject matter to this action under 28 U.S.C. §1331, pursuant to which the United States District Courts have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States.

3.    This Court has personal jurisdiction over the parties in this action.  Defendants to this action had or have an agent or agents who had or have independently transacted business in the Commonwealth of Massachusetts and certain activities of Defendants giving rise to this action took place in the Commonwealth of Massachusetts; more particularly, Defendants' acts of violating federal laws and the proprietary rights of DIRECTV, LLC, as distributor of the satellite programming transmission signals, took place within the Commonwealth of Massachusetts. Moreover, upon information and belief, Defendants have their principal place of business within the Commonwealth of Massachusetts; thus, this Court has personal jurisdiction over Defendants.

## II. **VENUE**

4.    Venue is proper in this judicial district under 28 U.S.C. §1391(b) as a substantial part of the events or omissions giving rise to the claim occurred within Hampden County, which is within the District of Massachusetts [28 U.S.C. § 101].

-2-

Case 2:15-cv-02668-PSG-SK Document 196-1 Filed 10/03/16 Page 654 of 676 Page ID
#:3010
Case 3:14-cv-30163-MGM Document 1 Filed 09/05/14 Page 3 of 12

## III. PARTIES

5.      Plaintiff, DIRECTV, LLC (referred to hereinafter as "DIRECTV"), is at all times relevant hereto a limited liability company under the laws of the State of California.  DIRECTV is a major distributor of satellite programming doing business throughout the United States. Through its operations, DIRECTV provides interstate direct broadcast satellite programming to subscribers with specialized satellite receiving equipment who pay for programming via a subscription fee and obtain a programming license from DIRECTV in return for a subscription. The obvious result of a user subscription is that users can then watch programs on their televisions and/or listen to certain high quality audio programs communicated electronically by DIRECTV via satellite (referred to hereinafter as the "Satellite Programming").  DIRECTV holds proprietary rights to the Satellite Programming it transmits and DIRECTV is the owner of and/or a lawfully designated distribution agent for such Satellite Programming.

6.      Upon information and belief, FELIX'S is the premises name located at 67 Liberty Street, Springfield, MA 01103 (the "Establishment").

7.      Upon information and belief, Defendant, FELIX BREAKFAST & SANDWICH SHOP, LLC, d/b/a FELIX'S, is located and doing business at 67 Liberty Street, Springfield, MA 01103, as a commercial establishment.

8.      Upon information and belief, Defendant, LESBIA NIEVES, is an officer, director, shareholder, principal, manager and/or member of FELIX BREAKFAST & SANDWICH SHOP, LLC, d/b/a FELIX'S for the premises located at 67 Liberty Street, Springfield, MA 01103.

9.      Upon information and belief, Defendant, LESBIA NIEVES, is an owner of

-3-

Case 2:15-cv-02668-PSG-GJS Document 196-1 Filed 10/03/16 Page 655 of 676 Page ID
#:3011
Case 3:14-cv-30163-MGM Document 1 Filed 09/05/14 Page 4 of 12

FELIX'S for the premises located at 67 Liberty Street, Springfield, MA 01103.

10.     Upon information and belief, Defendant, FELIX BREAKFAST & SANDWICH SHOP, LLC is a limited liability company having a principal place of business at 67 Liberty Street, Springfield, MA 01103.

11.     The Registered Agent for FELIX BREAKFAST & SANDWICH SHOP, LLC is LESBIA NIEVES located at 67 Liberty Street, Springfield, MA 01103.

12.     Upon information and belief, Defendant, LESBIA NIEVES, resides at 280 Oak Grove Street, Manchester, CT 06040.

13.     Upon information and belief, Defendant, LESBIA NIEVES, received a financial benefit from the operations of FELIX BREAKFAST & SANDWICH SHOP, LLC, d/b/a FELIX'S on July 19, 2013.

14.     Upon information and belief, Defendant, LESBIA NIEVES, was the individual with close control over the internal operating procedures and employment practices of FELIX BREAKFAST & SANDWICH SHOP, LLC, d/b/a FELIX'S on July 19, 2013.

15.     Upon information and belief, Defendant, DOUGH-SHOW, INC., d/b/a FELIX'S, is located and doing business at 67 Liberty Street, Springfield, MA 01103, as a commercial establishment.

16.     Upon information and belief, Defendant, FELIX L. MARRERO, is an officer, director, shareholder, and/or principal of DOUGH-SHOW, INC., d/b/a FELIX'S for the premises located at 67 Liberty Street, Springfield, MA 01103.

17.     Upon information and belief, Defendant, FELIX T. MARRERO, is an owner of FELIX'S for the premises located at 67 Liberty Street, Springfield, MA 01103.

18.     Upon information and belief, Defendant, DOUGH-SHOW, INC. is a domestic corporation having a principal place of business at 1985 Main Street, Springfield, MA 01103.

19.     Upon information and belief, Defendant, FELIX L. MARRERO, resides at 42 Brookline Avenue, Springfield, MA 01107.

20.     Upon information and belief, Defendant, FELIX L. MARRERO, received a financial benefit from the operations of DOUGH-SHOW, INC., d/b/a FELIX'S on July 19, 2013.

21.     Upon information and belief, Defendant, FELIX L. MARRERO, was an individual with close control over the internal operating procedures and employment practices of DOUGH-SHOW, INC., d/b/a FELIX'S on July 19, 2013.

22.     Upon information and belief, Defendants, LESBIA NIEVES and FELIX L. MARRERO, were the individuals with supervisory capacity and control over the activities occurring within the Establishment known as FELIX'S on July 19, 2013.

## IV. FACTS

23.     DIRECTV incorporates and realleges by reference allegations within paragraphs 1 through 22 of this complaint as if fully set forth herein.

24.     By way of further allegation, DIRECTV alleges that to prevent unauthorized entities and persons from viewing its Satellite Programming, DIRECTV encrypts the satellite transmissions.   Upon payment of the appropriate subscription or license fees, DIRECTV authorizes and enables the subscriber to unscramble and receive the Satellite Programming.

25.     DIRECTV provides services to homes based on residential rates and to commercial establishments under commercial rates.  Because equipment used with DIRECTV

Case 2:15-cv-02668-PSG-GK3 Document 196-1 Filed 10/03/16 Page 657 of 676 Page ID
Case 3:14-cv-30163-MGM Document 1 Filed 09/05/14 Page 6 of 12
#:3013

services can be moved from residential locations to commercial establishments without DIRECTV's knowledge, owners of commercial establishments wishing to use DIRECTV's programming for their own commercial gain, at the lower residential rates can surreptitiously gain access to DIRECTV programming without proper authorization by subscribing to DIRECTV services under a residential account and then installing/moving the equipment to their businesses and utilizing those services in a commercial environment.

26.    On or about July 19, 2013, Defendants did not have a valid commercial account with DIRECTV at the establishment known as FELIX'S located at 67 Liberty Street, Springfield, MA 01103.

27.    On or about July 19, 2013, Defendants, without obtaining valid commercial exhibition rights, willfully received and displayed DIRECTV Satellite Programming to the public and for commercial benefit or financial gain, at their commercial establishment, FELIX'S, located at 67 Liberty Street, Springfield, MA 01103. Such Satellite Programming was displayed without authorization from DIRECTV to exhibit in that location.

28.    Defendants, without entitlement, without prior permission or authorization from DIRECTV, and without having paid DIRECTV for the right to receive, broadcast, use or display DIRECTV's Satellite Programming in the commercial establishment known as FELIX'S, located at  67 Liberty Street, Springfield, MA 01103, have received, assisted in receiving, transmitted, assisted in transmitting, divulged, published and displayed the content and substance of DIRECTV Satellite Programming at such Defendants' place of business, FELIX'S. Without authorization, Defendants displayed and/or published such Satellite Programming to their customers and others.  Defendants' conduct violates several federal statutes, including 18 U.S.C.

Case 2:15-cv-02668-PSG-GK Document 196-1 Filed 10/03/16 Page 658 of 676 Page ID
#:3014
Case 3:14-cv-30163-MGM Document 1 Filed 09/05/14 Page 7 of 12

§§2511 and 2512, and 47 U.S.C. §605, and laws of the Commonwealth of Massachusetts. Moreover, Defendants' acts were unauthorized, willful, and for purposes of direct or indirect commercial advantage or private financial gain.

29.     DIRECTV has been damaged by Defendants in that (a) DIRECTV has been denied subscription fees for commercial use of its Satellite Programming; (b) DIRECTV's sales revenues have been reduced through Defendants' unfair competition; and (c) DIRECTV's proprietary rights in the Satellite Programming have been impaired.  In addition, Defendants profited and gained commercial advantage from the unauthorized and willful use of DIRECTV's Satellite Programming.

30.     DIRECTV has been required to retain attorneys to prevent Defendants' wrongful acts and to prosecute this action.  Due to Defendants' statutory violations, DIRECTV is entitled to recover the reasonable attorney's  fees and expenses incurred in prosecution of this action under federal law.

## V. <u>CAUSES OF ACTION</u>

### <u>Count 1 - Damages for Violations of Cable Communications Policy Act</u>
### [47 U.S.C. §605(e)(3(C)]

31.     DIRECTV realleges the allegations contained in the foregoing paragraphs of this Complaint and incorporates such allegations as if fully set forth herein.

32.     DIRECTV alleges on information and belief, that Defendants effected unauthorized interception and receipt of Satellite Programming by ordering programming for residential use and subsequently displaying the programming in a commercial establishment for commercial gain without authorization, or by such other means which are unknown to

Case 2:15-cv-02668-PSG-GJS Document 196-1 Filed 10/03/16 Page 659 of 676   Page ID
Case 3:14-cv-30163-MGM   Document 1   Filed 09/05/14   Page 8 of 12
#:3015

DIRECTV and known only to Defendants.

33.     Each of the Defendants' acts violates federal law.  Defendants, illegally and without authorization, intercepted, received and exhibited, or otherwise assisted in the unauthorized interception, reception  or exhibition of Satellite Programming transmitted by DIRECTV.  Moreover, Defendants divulged or published the existence, contents, substance, purport, effect or meaning of such satellite communications.  Further, Defendants used such communications for their own benefit or for the benefit of others who were not entitled to such communications.   Each of these acts is a practice prohibited by 47 U.S.C. §605(a).

34.     DIRECTV is a person aggrieved by Defendants' violations of 47 U.S.C. §605 and is authorized to institute this action against Defendants pursuant to 47 U.S.C. §605(e)(3)(A).

35.     Defendants' violations of 47 U.S.C. §605 have injured DIRECTV's ability to maximize the revenues which it seeks to derive from the Satellite Programming, as DIRECTV has been deprived of the benefit of subscribers to the Satellite Programming.   As a further result of such violations, DIRECTV's goodwill and reputation have been usurped by Defendants while Defendants gained and will continue to gain unjust profits and undeserved goodwill.   DIRECTV is entitled to costs, reasonable attorney's fees, actual damages suffered and profits obtained by Defendants attributable to their illegal conduct.

36.     Alternatively, DIRECTV is entitled to statutory damages in an amount not less than $1,000 nor more than $10,000 for each violation of 47 U.S.C. §605(a).

37.     DIRECTV will further show that Defendants' conduct in violation of 47 U.S.C. §605(a) was committed willfully and for purposes of direct or indirect commercial advantage or private financial gain.

-8-

Case 2:15-cv-02668-PSG-GK3 Document 196-1 Filed 10/03/16 Page 660 of 676   Page ID
Case 3:14-cv-30163-MGM   Document 1   Filed 09/09/14   Page 9 of 12
#:3016

38.     Due to Defendants' willful conduct, DIRECTV is entitled to statutory damages in an amount not less than $10,000 and up to $100,000 for each willful violation of 47 U.S.C. §605(a).

## Count 2 - Damages for Violations of 18 U.S.C. §2511

39.     DIRECTV realleges the allegations contained in the foregoing paragraphs of this Complaint and incorporates such allegations as if fully set forth herein.

40.     For a further cause of action, DIRECTV alleges that Defendants intentionally intercepted, endeavored to intercept, or procured other persons to intercept electronic communications from DIRECTV.  Defendants further disclosed or endeavored to disclose to others the contents of electronic communications, knowing or having a reason to know that the information was obtained through the interception of electronic communications in violation of 18 U.S.C. §2511.  Defendants further intentionally used or endeavored to use the contents of electronic communications, knowing or having reason to know that the information was obtained through the interception of electronic communications in violation of 18 U.S.C. §2511.

41.     DIRECTV is a person whose electronic communications are being intercepted, disclosed and/or intentionally used in violation of 18 U.S.C. §2511.

42.     Due to Defendants' wrongful conduct, DIRECTV is entitled, under 18 U.S.C. §2520, to the greater of the sum of (1) actual damages suffered by DIRECTV and the profits made by the Defendants as a result of their conduct, or (2) statutory damages in an amount the greater of $10,000 or $100 per day for each day Defendants acted in violation of 18 U.S.C. §2511.

Case 2:15-cv-02668-RSS-SK  Document 106-1  Filed 10/09/16  Page 661 of 676  Page ID
Case 3:14-cv-30163-MGM  Document 1  Filed 09/05/14  Page 10 of 12
#:3017

**Count 3 - Civil Conversion**

43.     DIRECTV realleges the allegations contained in the foregoing paragraphs of this

Complaint and incorporates such allegations as if fully set forth herein.

44.     By virtue of the conduct set forth above, Defendants have unlawfully converted

DIRECTV's property for their own commercial use and benefit.

45.     Such conversion was done intentionally and wrongfully by Defendants to deprive

DIRECTV of its proprietary interests, and for Defendants' direct commercial benefit and

advantage.

46.     Due to Defendants' wrongful conversion of DIRECTV Satellite Programming,

DIRECTV suffered damages.

## VI. REQUEST FOR INJUNCTIVE RELIEF

47.     DIRECTV realleges the allegations contained in the foregoing paragraphs of this

Complaint and incorporates such allegations as if fully set forth herein.

48.     DIRECTV further alleges that unless restrained by this Court, Defendants will

continue to receive, intercept, transmit, and exhibit its Satellite Programming, illegally and

without authorization, in violation of 47 U.S.C. §605.

49.     The violations of 47 U.S.C. §605 set forth above have caused and will continue to

cause DIRECTV irreparable harm.

50.     DIRECTV cannot practically determine the loss of subscribers and lost revenues

resulting from Defendants' unlawful conduct.   In addition to diminishing DIRECTV's revenues,

Case 2:15-cv-02668-RSS-SK3 Document 106-1 Filed 10/02/16 Page 662 of 676 Page ID
Case 3:14-cv-30163-MGM Document 1 Filed 09/05/14 Page 11 of 12
#:3018

Defendants' unlawful conduct injures DIRECTV's reputation and goodwill as well as its ability to attract and finance the future acquisition, production, and distribution of quality programming, thereby impairing DIRECTV's ability to enhance its future growth and profitability.

51.     DIRECTV has no adequate remedy at law to redress the violations set forth above.

## VII. <u>PRAYER</u>

WHEREFORE, Plaintiff, DIRECTV, LLC, prays that this Court enter judgment in its favor and against Defendants, and:

a.    Declare that Defendants' unauthorized interception, reception, and public commercial exhibition of DIRECTV's electronic communications, or its assistance in the performance of such unauthorized actions, were in violation of 18 U.S.C. §2511 and 47 U.S.C. §605, and that such violations were committed willfully and for purposes of direct or indirect commercial advantage and private financial gain;

b.    In accordance with 18 U.S.C. §2520(b)(1) and 47 U.S.C. §605(e)(3)(B)(I), enjoin Defendants, and Defendant limited liability company and Defendant corporation and establishment, their owners, officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any of them from (i) interfering with DIRECTV's proprietary rights; (ii) intercepting, receiving, divulging, or displaying DIRECTV's Satellite Programming without prior written consent of DIRECTV; and (iii) further violations;

c.    Award DIRECTV statutory damages in the amount of the greater of $10,000 or $100 per day for each day Defendants violated 18 U.S.C. §2511 or, alternatively, DIRECTV requests judgment for actual damages, plus damages equal to any profits attributable to the Defendants' violations of 18 U.S.C. §2511;

d.    Award DIRECTV statutory damages in the amount of $10,000 for each violation of 47 U.S.C. §605, plus an additional $100,000 for each violation pursuant to 47 U.S.C. §605(e)(3)(C)(ii); alternatively, DIRECTV requests judgment for actual damages, plus damages equal to any profits attributable to the Defendants' violations of 47 U.S.C. §605;

e.    That the Court award punitive damages; and

f.    That this Court award DIRECTV its costs, including reasonable attorney's fees,

Case 2:15-cv-02668-RSS-SK3 Document 196-1 Filed 10/09/16 Page 663 of 676 Page ID
Case 3:14-cv-30163-MGM Document 1 Filed 09/05/14 Page 12 of 12
#:3019

prejudgment interest and post-judgment interest, and such other relief to which
DIRECTV may be entitled.

Dated:    September 4, 2014
          Ellenville, New York

                        DIRECTV, LLC

                        By: /s/Wayne D. Lonstein
                              WAYNE D. LONSTEIN, ESQ. (#629060)
                              Attorney for Plaintiff
                              LONSTEIN LAW OFFICE, P.C.
                              Office and P.O. Address
                              80 North Main Street : P.O. Box 351
                              Ellenville, NY   12428
                              Telephone:   (845) 647-8500
                              Facsimile:    (845) 647-6277
                              Email: Legal@signallaw.com
                              *Our File No. ES13-10MA-17*

# EXHIBIT 6

417 Bridge St.
Danville, VA 24541-1403

DIRECTV

Look inside for your exclusive **DIRECTV** newsletter ❯

## Statement Enclosed

You can pay your bill your way.
Choose how and when to pay.
Visit **directv.com/howtopay**

**DIRECTV.** Now part of the AT&T family

Pay your bill your way.
Choose how and when to pay.
**Visit directv.com/howtopay**

Make this
your last
check payment!
See back of bill
for details.

# DIRECTV. Now part of the AT&T family

## BILLING STATEMENT

**PAGE 1 OF 4**

Account #: ▮▮▮▮▮▮
Statement for: ▮▮▮▮▮▮

**Statement Date:** 09/06/16
**Billing Period:** 09/05/16 to 10/04/16

04082412

### WHAT DO I OWE AND WHEN?

**TOTAL DUE:**

**$120.72**

**PLEASE PAY BY:**

**2016**
**September**
**25**

### WHAT IS MY ACCOUNT OVERVIEW?

| | |
|---|---|
| Previous Balance | $120.72 |
| Payments Received Since Last Bill | -120.72 |
| New Charges: | |
| DIRECTV Channels | 74.99 |
| DIRECTV Equipment Services | 39.00 |
| Other Charges, Adjustments & Taxes | 6.73 |
| **Total New Charges** | **120.72** |
| **TOTAL AMOUNT DUE** | **$120.72** |

### WHAT CHANGED SINCE LAST MONTH?

There were no changes to your account this month.

### WHAT DO I NEED TO KNOW?

- HBO & CINEMAX Free Preview! Next month check out all the hot shows and movies 10/7-10. Tune to Ch. 501-523.

- It's easy to set your DVR! Press RECORD once for an individual show or twice to record an entire series.

- Get answers with live chat. From directv.com/contact look for chat icon to start a conversation and get answers fast!

*For additional information, see page 2.*

**HOW DO I PAY?**   It's easy to pay online at **directv.com/billpay**    By mail—**send remittance below**    Call us at **1.800.531.5000** and say, **"Pay my bill"** Transaction fee may apply    By mobile, text **PAY** to **21880** Text msg rates may apply



2 3 4 6
2 1

PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

# DIRECTV. Now part of the AT&T family

| ACCOUNT NUMBER: | PAYMENT DUE: 09/25/16 | PLEASE PAY: $120.72 | PAYMENT AMOUNT: |
|---|---|---|---|

☐ Note my change of billing address on reverse side.
**DO NOT WRITE OTHER COMMENTS ON THIS FORM.**

To sign up for Auto Bill Pay, see reverse.
Please do not send cash. Make check or money order payable to:



DIRECTV
PO BOX 105261
ATLANTA, GA 30348-5261

**DIRECTV.** Now part of the AT&T family

## CUSTOMER PROMISE

We strive to deliver the best television experience for you every day. Committed to the principles of honesty and integrity, our employees are determined to provide you with prompt, courteous and excellent service. We promise to do our best to resolve any issues that might arise as quickly as possible. And we will continue to develop the unique, innovative programming and services that you have come to expect and enjoy from DIRECTV. **This is our promise to you.**

 10% Recycled Fiber

## OUR AGREEMENT

You received your DIRECTV Customer Agreement with your first bill and/or order confirmation letter. Updates may be mailed periodically. Your Customer Agreement describes the terms and conditions upon which you accept our service. Please consult your Customer Agreement, which is also available at directv.com/agreement or can be mailed to you upon request, for complete information about billing and payment on your account. FOR YOUR CONVENIENCE, WE WILL AUTOMATICALLY CHARGE YOUR CREDIT CARD OR DEBIT CARD ON FILE FOR ANY BILL AMOUNT LEFT UNPAID, PLUS ANY CANCELLATION FEES POSTED TO YOUR ACCOUNT, AND ANY APPLICABLE CANCELLATION AND EQUIPMENT NON-RETURN FEES IF YOU CANCEL YOUR DIRECTV SERVICE. IF WE ARE UNABLE TO RECOVER THE FULL BALANCE, WE WILL ATTEMPT TO RECOVER A PORTION OF THE MONIES DUE. YOU ARE STILL RESPONSIBLE FOR ANY UNPAID BALANCE.

**RETURNED PAYMENT FEE:** If your bank or other financial institution refuses to honor the payment, draft, order, item or instrument you submit to pay this bill, including electronic debits to debit cards and bank accounts, you may be assessed a returned payment fee of the lesser of $30.00 or the maximum amount permitted by applicable law.

If you have a question about your bill, please call or write within 60 days of receiving it to avoid administrative late fees and possible disconnection of your service. We will make every effort to resolve claims informally and will not report your account as delinquent while your claim or dispute is under investigation. Any claims not so resolved may be resolved only through binding arbitration, as provided in the Customer Agreement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. We may issue a draft against your account for the amount of the check if we cannot collect the funds at first presentment.

**Important Notice:** Customers pay all state and local taxes or other government fees and charges applicable, including any such taxes or fees assessed against discounted fees or service credits.

**For immediate closed-captioning issues,** call 1.800.DIRECTV, fax 303.483.6266 or email ClosedCaptions@directv.com. For formal inquiries, contact S. Abrams, Director: email ClosedCaptions@directv.com, call 310.964.1010, fax 303.483.6266 or mail to S. Abrams, Director Closed Captions, P.O. Box 6550, Greenwood Village, CO 80155-6550.

### Reduce your paper mail — get this bill online!

To switch to paperless billing, just use your account information to register on DIRECTV.com, then follow the easy prompts to "Go Paperless." Your monthly bill will be e-mailed to you, and you can pay online anytime.

---

**Sign up for Auto Bill Pay using your checking account, then sign your name for authorization.** Processing takes up to 6 weeks, so please pay this month's bill and retain a copy of this completed form for your records. For a faster way to enroll, go to directv.com/autobillpay and update your account settings.

☐ **Checking Account Auto Bill Pay** *(Don't forget to sign your name below)*
I authorize DIRECTV and my financial institution to automatically deduct from the checking account as shown on my enclosed check all future payments for my DIRECTV bills. I may cancel this request by contacting DIRECTV. I understand the monthly amount may vary and I will receive notification of the date my checking account will be debited.

Signature: _____   Date: _____

**Change My Billing Address to:**
(If you are moving your service location, call 1.800.531.5000.)

Street Address: _____

City: _____

State: _____   ZIP: _____

New home phone: (          )

**Want an email bill instead of paper?**
Go to directv.com/paperless to learn more and enroll today.

**DIRECTV.** *AT&T family*

**Account #:** ▉▉▉▉
**Statement for:** ▉▉▉▉

## ACCOUNT ACTIVITY
Billing Period: 09/05/16 to 10/04/16

| Payments | | |
|---|---|---|
| Previous Balance | | $120.72 |
| Payment received on 08/12/16 | | -120.72 |
| | **BALANCE** | **0.00** |
| **DIRECTV Channels** | | |
| 1. CHOICE | | 74.99 |
| | **SUBTOTAL** | **74.99** |
| **DIRECTV Equipment Services** | | |
| 2. Watch DIRECTV on Multiple TVs | | 14.00 |
| *3 TVs at $7 each; Save $7 off 1st TV* | | |
| 3. Advanced Receiver Service | | 25.00 |
| | **SUBTOTAL** | **39.00** |
| **Other Charges, Adjustments & Taxes** | | |
| 4. Regional Sports Fee | | 4.93 |
| **Taxes** | | |
| 5. Sales Tax | | 1.80 |
| | **SUBTOTAL** | **6.73** |
| **Total New Charges** | | 120.72 |
| **TOTAL AMOUNT DUE** | | **$120.72** |



DIRECTV is the leader in 4K Ultra HD!

4K equipment, ULTIMATE Package or higher, 4K account authorization and professional installation required. Other conditions apply.

Learn how to get started now—**go to directv.com/4K**



AN AT&T ORIGINAL SERIES

FULL CIRCLE

PREMIERES **SEPTEMBER 7TH | 9PM** ET/PT

 **AUDIENCE** | 

### Reliable Internet at a price you'll love

As a valued DIRECTV customer, you can get High Speed Internet with a connection you can count on at an incredible price!

CALL 1.855.210.4786
or visit att.com/AddMyInternet
to find out more.

## NEED TO CONTACT US?

**Customer service is available 24 hours a day, 7 days a week:**

▸ **Online:** directv.com
▸ **Phone: 1.800.531.5000**
▸ **Mail:** DIRECTV, P.O. Box 6550, Greenwood Village, CO 80155
     General inquiries only (do not send payment)




3564

040824 2/2

This space intentionally left blank.

This space intentionally left blank.

©2016 AT&T Intellectual Property. All Rights Reserved. AT&T, Globe logo, DIRECTV, and all other DIRECTV marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.



EVERY LIVE GAME.
EVERY SUNDAY.
Out-of-market games only.

DIRECTV   NFL SUNDAY TICKET
ONLY ON DIRECTV

See back for details

**Choose any live game you want to watch on Sunday, all in HD.** (Out-of-market games only.)
Only with DIRECTV — you can't get this with **Cable** or **DISH.**

**WATCH LIVE GAMES WHEREVER YOU GO**
Stream every live out-of-market game, every
Sunday afternoon, from virtually anywhere with
a tablet, mobile device or computer.

**RED ZONE CHANNEL!†^**
Never miss a play inside the 20, all on one
channel, all in HD.

**DIRECTV FANTASY ZONE™ CHANNEL†^**
Exclusive channel dedicated to fantasy.
Get key stats and player scoring around
the league in real time, right on your screen.

**WATCH UP TO 8 GAMES AT ONCE OR PICK ONE†**
Game Mix Channel lets you watch up to 4 or 8 games
live on one screen.



†Only available in HD. ^With NFL SUNDAY TICKET MAX.

# For more info, visit **directv.com/nfl** or call **1.800.GET.SPORTS.**

NFL SUNDAY TICKET: Package consists of all live out-of-market NFL games (based on customer's service address) broadcast on FOX and CBS. Games on Saturday Dec. 24, 2016 will be included in NFL SUNDAY TICKET. Games available via remote viewing based on device location. Other conditions apply. 2016 NFL SUNDAY TICKET regular full-season retail price is $269.94. 2016 NFL SUNDAY TICKET MAX regular full-season retail price is $359.94. NFL SUNDAY TICKET subscription will automatically continue each season at a special renewal rate unless customer calls to cancel prior to start of season. Subscription cannot be canceled (in part or in whole) after the start of the season and subscription fee cannot be refunded. Only one game may be accessed remotely at any given time. Compatible device/operating system required for online/mobile access. Additional data charges may apply. Visit directv.com/nfl for a list of compatible devices/system requirements. For full Mix Channel and interactive functionality, HD equipment model H/HR 21 or later is required. NFL: AP Photo. NFL, the NFL Shield design and the NFL SUNDAY TICKET name and logo are registered trademarks of the NFL and its affiliates. NFL team names and uniform designs are registered trademarks of the teams indicated. ©2016 AT&T Intellectual Property. All Rights Reserved. AT&T, Globe logo, DIRECTV and all other DIRECTV marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.                    0816NFLST 00164273



# Call us. We're here to help.

It's simple: DIRECTV and AT&T are better together. And since you're one of our loyal customers, we're always looking for new ways to enhance your experience with us. Please call to speak to an expert who can discuss your AT&T service options, including High Speed Internet, Wireless and more. We appreciate your loyalty and look forward to hearing from you soon.

Sincerely,
AT&T Customer Service

call: 877.390.3203        click: att.com/AddMyInternet        visit: your local AT&T store        0916INSTIF 00164274

**Offer Code: AJ18-5001**    Advertised services not available in all areas. ©2016 AT&T Intellectual Property. All rights reserved. AT&T and Globe logo are registered trademarks of AT&T Intellectual Property.



**A simple** *thanks*

Thank you for being a DIRECTV customer. You have our gratitude, and we're committed to providing you with the value, service and experience you deserve.

call: 877.390.3203        click: att.com/AddMyInternet        visit: your local AT&T store        0916INSTIF 00164274



# Watch movies—before they're at the movies.

Love new movies but don't want to go out? DIRECTV CINEMA® Exclusives is your ticket to watching new movies even before they hit the theaters. This October, avoid the lines and overpriced popcorn, and catch *The Monster* (October 6–November 2) before its theatrical release. It's premiering in a living room near you!

Movies start at Channel 125 or go to **directvcinema.com** to order.



*The Monster* only on DIRECTV CINEMA®

---

TV PICKS     Featured Shows



**HALT AND CATCH FIRE**
**Tuesdays** at 10pm ET
on Ch. 254



**BUILDING STAR TREK**
*Special* | **Sun, September 4** at 8pm ET
on Ch. 570



**MASTERS OF SEX**
*Season Premiere* | **Sun, September 11** at 10pm ET
on Ch. 545



**PITCH**
*Series Premiere* | **Thurs, September 22** at 9pm ET
on FOX



**STAR WARS REBELS**
*Season Premiere* | **Sat, September 24** at 8:30pm ET
on Ch. 292

**YOUNGER**
*Season Premiere* | **Wed, September 28** at 10pm ET
on Ch. 304

---

SPORTS     MLB EXTRA INNINGS℠

# The pennant's within reach. For your team and you.

MLB EXTRA INNINGS℠ never drops the ball. Get all-pro coverage of the Major League with MLB EXTRA INNINGS,℠ as teams vie for a playoff spot and race for the pennant.

It's not too late to get almost 100 out-of-market games a week, most of them available in HD.* When it comes to MLB, DIRECTV has your bases covered.

Visit **directv.com/mlb** for more information.



*Actual number of games varies by market. Blackout restrictions may apply. To access DIRECTV HD programming, HD television and equipment req'd.

## Don't miss your favorite shows—record them!

Enjoy every minute of your show or game—whenever you want! Pause, rewind, or fast-forward through parts of recorded shows you want to skip, with just the touch of a button. It's all in your hands!

> Press **GUIDE** on your remote

> Select the show you want to watch

> Press **RECORD**

Visit **directv.com/tips** for tips, tricks and shortcuts.



*You're the Worst* on **FX**

---

**TECH**  Instant Remote Ordering

## Instant upgrade! Order premium channels with the touch of a button.

NEW! Order your favorite Premium Networks instantly by remote. Now you can gain access to the hottest new shows, movies and a library of entertainment, all with the press of a button.

Go to HBO® (Ch. 501), CINEMAX® (Ch. 515), SHOWTIME® (Ch. 545) or STARZ® (Ch. 525) to learn more and to order by remote today.*

For more info, go to **directv.com**

*Must have HR24 or above and be connected to the Internet.



---

**FREE PREVIEWS**  NHL® Center Ice® & more

## Free HBO®, CINEMAX® and NHL® Center Ice® Preview! How Cool is That!

### NHL® Center Ice® Free Preview | Wed 10/12 to Tue 11/1
NHL® Center Ice® gives you up to 40 live out-of-market games a week. Plus, you get NHL Network™ during the season at no extra cost. Catch all the action on Channels 769-787.
Visit **directv.com/nhl** for more information.

### HBO® & CINEMAX® Free Preview | Fri 10/7 to Mon 10/10
Tune into HBO® (Channels 501-511) for brand new comedies *Divorce*℠ and *Insecure,*℠ and the captivating new drama *Westworld.* Also enjoy entertaining movies like *Deadpool* on HBO® and *Mad Max: Fury Road* on CINEMAX® (Channels 515-523)—all for free!

Professional sports subscriptions sold separately. DIRECTV CINEMA: Standard text message & data rates apply when ordering by text. An additional $5 charge applies for an operator-assisted order. Purchases via remote control will only be accessible on the TV and will not be accessible on any other device. To order Pay Per View programming with your remote control, all the DIRECTV Receivers must be continually connected to the same landline and/or the Internet. To order Pay Per View programming, a DIRECTV subscription is required. Programming, pricing, terms and conditions subject to change at any time. Pricing residential. Taxes not included. Warcraft: ©2016 Universal Studios. All Rights Reserved. The Monster ©2015 Monsters, LLC All Rights Reserved. Hail and Catch Fire ©2016 AMC Network Entertainment LLC. All Rights Reserved. Masters of Sex ©Sony Pictures Television and Showtime Networks Inc. All Rights Reserved. ©2016 Showtime Networks Inc. All Rights Reserved. SHOWTIME is a registered trademark of Showtime Networks Inc., a CBS Company. Pitch: PITCH™ & © 2016 Twentieth Century Fox Film Corporation. All Rights Reserved. Major League Baseball trademarks and copyrights used with permission. All Rights Reserved. Star Wars Rebels: © Disney. All Rights Reserved. Younger: ©2016 Viacom International Inc. All Rights Reserved. TV Land and all related titles and logos are trademarks of Viacom International Inc. Jacob deGrom: Christian Petersen/Getty Images. You're the Worst: TM & ©2016 FX Networks, LLC. All Rights Reserved. Me Before You: © 2015 Warner Bros. Entertainment Inc. and Metro-Goldwyn-Mayer Pictures Inc. The Witch: ©2015 By Witch Movie, LLC. All Rights Reserved. Money Monster: ©2016 Columbia Pictures Industries, Inc. and LSC Film Corporation. All Rights Reserved. The Conjuring 2: ©2016 Warner Bros. Entertainment Inc. All Rights Reserved. Captain America: Civil War: ©Marvel. All Rights Reserved. Neighbors 2: Sorority Rising (rated R): ©2016 Universal Studios. All Rights Reserved. Central Intelligence: ©2016 Warner Bros. Entertainment. All Rights Reserved. HBO®, CINEMAX® and related channels and service marks are the property of Home Box Office, Inc. STARZ® and related channels and service marks are the property of Starz Entertainment, LLC. ©2016 AT&T Intellectual Property. All Rights Reserved. AT&T, Globe logo, DIRECTV, and all other DIRECTV marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.



## ENTERTAINMENT CALENDAR September/October at a Glance

**SEPTEMBER 5**
**LABOR DAY**



NOW PLAYING
**ME BEFORE YOU**
ON DIRECTV
CINEMA®



SEPTEMBER 6
**MONEY MONSTER**
ON DIRECTV
CINEMA®



NOW PLAYING
**THE WITCH**
ON DIRECTV CINEMA®



Your HD DVR must be connected
to the Internet to enjoy On Demand.
Not connected? It's easy!

Learn more at **directv.com/connect**



SEPTEMBER 13
**THE CONJURING 2**
ON DIRECTV CINEMA®



Movies start at
Ch. 125. Press
**SELECT** to watch
the movie you
want to enjoy.

SEPTEMBER 13
**CAPTAIN AMERICA:
CIVIL WAR**
ON DIRECTV CINEMA®



Get instant access to
movies that both kids
and parents can enjoy
together on Ch. 1111.



SEPTEMBER 20
**NEIGHBORS 2: SORORITY RISING**
ON DIRECTV CINEMA®

SEPTEMBER 27
**CENTRAL
INTELLIGENCE**
ON DIRECTV
CINEMA®

OCTOBER 8

**UFC 204**

**BISPING**
VS
**HENDERSON 2**

MIDDLEWEIGHT CHAMPIONSHIP
LIVE PAY PER VIEW EVENT
SATURDAY, OCTOBER 8, 10pm ET / 7pm PT

Card and schedule subject to change.

ALL PROGRAMMING AND SCHEDULES ARE SUBJECT TO CHANGE AT ANY TIME.