Marc M. Seltzer (54534)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Scott Martin
Irving Scher
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

Howard Langer
Edward Diver
Peter Leckman
**LANGER GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com
ndiver@langergrogan.com
pleckman@langergrogan.com

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 2:15-ml-02668−BRO (JEMx)<br><br>**DECLARATION OF JASON BAKER OF MUCKY DUCK IN OPPOSITION TO DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>DATE: December 12, 2016<br>TIME: 1:30 p.m.<br>PLACE: Courtroom of the Hon. Beverly Reid O'Connell |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>**DECLARATION OF JASON BAKER OF MUCKY DUCK IN OPPOSITION TO DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Hon. Beverly Reid O'Connell |
|---|---|

I, Jason Baker, declare and state as follows:

1. I am the sole proprietor of Ninth Inning Inc. dba The Mucky Duck ("The Mucky Duck") a neighborhood pub located in San Francisco, California, and one of the Plaintiffs in this case.

2. I am over age 18 and am authorized to make this declaration on behalf of The Mucky Duck. I have personal knowledge of the following facts and I could and would testify competently thereto if called as a witness.

3. I have been the sole proprietor of The Mucky Duck since 1995. The Mucky Duck is located on 9th Avenue between Irving and Judah in the Inner Sunset neighborhood of San Francisco. The Mucky Duck is a small bar with a fire-code occupancy of 49. I am the primary bartender. The Mucky Duck caters to sports fans. My patrons expect to see sports programming while in the bar and

1  they come to The Mucky Duck on Sunday afternoons during football season to
2  watch a diverse range of N.F.L. football games with their friends and colleagues.

3      5.    In 1996, The Mucky Duck first became a subscriber of DirecTV. I
4  sought the subscription for DirecTV services so that The Mucky Duck would be
5  able to show out of market Sunday afternoon football games offered through the
6  Sunday Ticket. These out of market games are blacked out except through the
7  Sunday Ticket service offered by DirecTV.

8      6.    Attached hereto as Exhibit 1 is a true and correct copy of the Public
9  Viewing Agreement I signed on June 6, 1996. This is the only agreement
10 concerning my DirecTV service that I can ever recall signing.

11     7.    I do not recall anyone affiliated with DirecTV ever discussing with
12 me any obligation to arbitrate during the more than 20 years that I have been a
13 customer of DirecTV.

14     8.    Except for recent conversations with my attorneys, I was not aware
15 that DirecTV expected me to arbitrate the claims made in this litigation. I was not
16 aware that any documentation sent to me by DirecTV contained an arbitration
17 clause and I do not recall any special notation on a bill or on an envelope that
18 referenced the existence of an arbitration agreement between DirecTV and me. I
19 have never consented to arbitrate any dispute with DirecTV.

20     9.    DirecTV sends a bill to me on a monthly basis, and has done so for
21 more than twenty years. I understand from my counsel that DirecTV now contends
22 that on one occasion, in June 2014, it sent me a Commercial Subscriber Agreement
23 that contains an arbitration clause. I do not recall receiving that document. I do
24 note that DirecTV frequently includes with its bills a number of inserts that contain
25 advertisements and/or information about upcoming programming, et cetera, that
26 it must think will be of interest to me, but in reality are not. Unless something
27 specific is called out to me for special attention on the invoice or on the envelope,

DECLARATION OF JASON BAKER     2     CASE NO. 15-ML-02668-BRO

I typically would not pay much attention to the additional materials sent with my billing statement. I pay many bills every month and I do not have time to review all of the miscellaneous materials that are included with the multiple billing statements that I must process each month to keep The Mucky Duck operating as a going concern. Accordingly, I expect my vendors to alert me to especially important information that affects my relationship with them. That was not done with respect to any purported agreement to arbitrate with DirecTV.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: September 20, 2016

*Jason Baker*
Jason Baker

# EXHIBIT 1

# PUBLIC VIEWING AGREEMENT
## CUSTOMER INFORMATION


DIRECTV COMMERCIAL

**Customer Name:** Niall Touring Inc. dba The Mucky Duck

**Legal Structure (choose appropriate box):** ☐ Sole Proprietorship  ☐ Partnership  ☒ Corporation

**State of Organization (i.e., CA, NY, etc.):** California

**Billing Address:** 1315 9th St, San F., CA 94

**Telephone Number:** 415.661.4346
**Facsimile Number:** N/A

**Service Address (street address must be given):** 1315 9th St, San Francisco CA 94

**Telephone Number:** 415.661.4346
**Facsimile Number:** N/A

**No. of DSS Receivers at Service Address:** 2

**No. of Television Monitors at Service Address:** 5

| Access Card Nos. | DSS Serial No. | Associated Telephone Nos. |
|---|---|---|
| | | 415.661.4346 |
| | | |
| 1997 cards | | |
| 9501 2639 | | |
| 9501 2761 | | |

**Fire Code Occupancy (attach copy of certificate):** 49

**Principal Line of Business:** Bar

**Tax ID Number:**

**Purchase Order No. (If applicable):** N/A

**Tax Exempt:** (circle one)  Yes  No
If yes, attach copy of tax exemption certificate.

---

**Customer Authorized Signature**
Jason Baker / Manager
**Printed Name and Title**
6-6-96
**Date**

LIBERTY SATELLITE SPORTS PROGRAMMING REPRESENTATIVE, signature
Jack Alexander
**Printed Name**
674025
**DIRECTV - Assigned Dealer Number**