Beth A. Wilkinson (admitted *pro hac vice*)
**WILKINSON WALSH + ESKOVITZ LLP**
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com

Sean Eskovitz (State Bar No. 241877)
**WILKINSON WALSH + ESKOVITZ LLP**
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
seskovitz@wilkinsonwalsh.com

*Counsel for Defendants National Football
League, NFL Enterprises LLC, and the
Individual NFL Clubs*

[Additional Counsel Listed on Signature
Pages]

Marc M. Seltzer (54534)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars,
Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

*Interim Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | ) Case No. 2:15-ml-02668-BRO (JEMx) ) ) |
| _____ | ) ORDER RE: STIPULATION ) REGARDING PRODUCTION OF ) MEDIA AGREEMENTS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) Judge: Hon. Beverly Reid O'Connell |
| Case No. 2:15-cv-09944-BRO-JEM | ) ) ) |

WHEREAS, on June 24, 2016, Plaintiffs in *In re: National Football League's "Sunday Ticket" Antitrust Litigation*, Case No. 2:15-ml-02668-BRO (JEMx) filed their Consolidated Amended Complaint for Damages and Declaratory and Injunctive Relief Pursuant to Sections 1 and 2 of the Sherman Act; and

WHEREAS, on August 8, 2016, Defendants National Football League, NFL Enterprises LLC, and the 32 Individual NFL Clubs (collectively "NFL Defendants") filed their Motion to Dismiss (Dkt. 170); and

WHEREAS, on August 8, 2016, and Defendants DIRECTV Holdings LLC and DIRECTV, LLC (collectively "DIRECTV") filed their Motion to Compel Arbitration and Stay Proceedings (Dkt. 171); and

WHEREAS, the NFL Defendants' Motion to Dismiss and DIRECTV's Motion to Compel Arbitration and Stay Proceedings have been fully briefed and oral argument is scheduled on December 12, 2016; and

WHEREAS, the parties have reached agreement on a protocol for providing limited discovery to Plaintiffs during the pendency of the NFL Defendants' Motion to Dismiss and DIRECTV's Motion to Compel Arbitration and Stay Proceedings that includes the production of certain media agreements between the NFL Defendants and CBS and FOX; and

WHEREAS, CBS and FOX have agreed to the procedures set forth in this Stipulation, to the extent applicable to or affecting CBS and FOX; and

WHEREAS, Plaintiffs and the NFL Defendants ask the Court to approve this Stipulation to facilitate the ongoing process of limited discovery between Plaintiffs and the NFL Defendants.  NOW, therefore, the parties hereby stipulate as follows:

1.   Plaintiffs and the NFL Defendants recognize that, once the CBS and FOX broadcast agreements have been produced as agreed by Plaintiffs and the NFL Defendants, disputes may arise concerning whether redactions to those documents are appropriate.  Conditioned upon approval of this Stipulation by the Court, the

Plaintiffs and the NFL Defendants agree to resolve any such disputes pursuant to the following procedures, as applicable.

2.    CBS and FOX have agreed to provide to Plaintiffs, separately, a reasonable identification of the subject matter of each redaction, if not apparent from the face of the redacted document.  If and to the extent that Plaintiffs take exception to redactions to the broadcast agreements with CBS or FOX, Plaintiffs will provide written notice to CBS or FOX, as relevant, and to the NFL Defendants, and simultaneously provide a complete list of the redactions to which they take exception for discussion with CBS or FOX, as relevant, and the NFL Defendants. Within five (5) business days after Plaintiffs provide such list of redactions, Plaintiffs may submit to the Court a position statement not to exceed five (5) pages challenging such redactions.  No sooner than five (5) business days after receipt of such notice and position statement (i) CBS or FOX, as the case may be, and the NFL Defendants shall be each entitled, separately, to submit a responsive position statement, not to exceed five pages each, and (ii) the NFL Defendants shall submit an unredacted copy of the agreement to the Court in camera for consideration in resolving the dispute.

**ORDER RE: STIPULATION REGARDING PRODUCTION OF MEDIA AGREEMENTS**

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  DATED: November 28, 2016

3  *s/ Marc M. Seltzer*
   Marc M. Seltzer
4  **SUSMAN GODFREY L.L.P.**
   1901 Avenue of the Stars, Suite 950
5  Los Angeles, CA 90067-6029
   Telephone: (310) 789-3100
6  Fax: (310) 789-3150
7  mseltzer@susmangodfrey.com

8

9  Howard I. Langer
   **LANGER, GROGAN & DIVER, P.C.**
10  1717 Arch Street, Suite 4130
   Philadelphia, PA 19103
11  Telephone: (215) 320-5660
   Fax: (215) 320-5703
12  hlanger@langergrogan.com

13

14  Scott Martin
   **HAUSFELD LLP**
15  33 Whitehall Street
   14th Floor
16  New York, NY 10004
   Telephone: (646) 357-1100
17  Fax: (212) 202-4322
   smartin@hausfeld.com
18

19  *Co-Lead Plaintiffs' Counsel*

20

21

22

23

24

25

26

27

28

3

DATED: November 28, 2016

*s/ Beth A. Wilkinson*

Beth A. Wilkinson (admitted *pro hac vice*)
**WILKINSON WALSH + ESKOVITZ LLP**
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com

Sean Eskovitz (Bar No. 241877)
**WILKINSON WALSH + ESKOVITZ LLP**
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
seskovitz@wilkinsonwalsh.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Starts, Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4782
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL
Enterprises LLC, and the Individual NFL Clubs*

**ORDER RE: STIPULATION REGARDING PRODUCTION OF MEDIA AGREEMENTS**

1    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

2        DATED: December 1, 2016

3

4

5    Hon. John E. McDermott

6    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE: STIPULATION REGARDING PRODUCTION OF MEDIA AGREEMENTS