Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Scott Martin
smartin@hausfeld.com
Irving Scher
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

Howard Langer
hlanger@langergrogan.com
Edward Diver
ndiver@langergrogan.com
Peter Leckman
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. ML 15-02668−BRO (JEMx)<br><br>CLASS ACTION<br><br>**PLAINTIFFS' UNOPPOSED APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL** |

4674680v1/014918

Pursuant to Local Rule 79-5.2.2, Plaintiffs Ninth Inning Inc. dba The Mucky Duck, 1465 Third Avenue Restaurant Corp. dba Gael Pub, Robert Gary Lippincott, Jr., and Michael Holinko seek an order authorizing the Plaintiffs to submit under seal a copy of Exhibits 1 and 2 to Plaintiffs' Position Statement on Redactions. Plaintiffs submit the attached Declaration of Ian M. Gore in support of this application. Plaintiffs have met and conferred with the NFL Defendants regarding this application, and the NFL Defendants do not oppose this application.

Plaintiffs seek to file Exhibits 1 and 2 under seal because they contain agreements between the NFL and two of its broadcast partners, CBS and FOX. The NFL, CBS, and FOX contend that the agreements are confidential. The NFL Defendants previously applied to file certain portions of these agreements under seal and Plaintiffs did not oppose that application, without conceding that they should be filed under seal. The Court granted the NFL's application on September 1, 2016. Plaintiffs contend their Position Statement on Redactions requires the Court to be able to view the network agreements in the manner provided by the NFL to the Plaintiffs in order to understand the scope of the redactions, as shown in Exhibits 1 and 2. Therefore, the Plaintiffs seek authorization from the Court to submit Exhibits 1 and 2 to Plaintiffs' Position Statement on Redactions under seal.[1]

Dated: December 14, 2016          Respectfully submitted,

                                  By:  /s/Marc M. Seltzer
                                       Marc M. Seltzer

Marc M. Seltzer                   Arun Subramanian
SUSMAN GODFREY L.L.P.             William Christopher Carmody
1901 Avenue of the Stars, Suite 950   Seth Ard
Los Angeles, CA 90067             Ian M. Gore
Tel: (310) 789-3100               SUSMAN GODFREY LLP
Fax: (310) 789-3150               1301 Avenue of the Americas, 32nd FL.

---

[1] Because the NFL and the Networks essentially contend that the entirety of Exhibits 1 and 2 must be redacted if made public, a redacted version of the documents is not attached pursuant to Local Rule 79-5.2.2(a)(iii).

4674680v1/014918                  1

| | | |
|---|---|---|
| 1 | Email: mseltzer@susmangodfrey.com | New York, NY 10019 |
| 2 | | Tel: (212) 336-8330 |
| | Michael D. Hausfeld | Fax: (212) 336-8340 |
| 3 | HAUSFELD LLP | Email: |
| 4 | 1700 K. Street NW, Suite 650 | asubramanian@susmangodfrey.com |
| | Washington, DC 20006 | Email: bcarmody@susmangodfrey.com |
| 5 | Tel: (202) 540-7200 | Email: sard@susmangodfrey.com |
| 6 | Fax: (202) 540-7201 | Email: igore@susmangodfrey.com |
| | Email: mhausfeld@hausfeld.com | |
| 7 | | Michael P. Lehmann (SBN77152) |
| 8 | Scott Martin | Bonny E. Sweeny (SBN 176174) |
| | Irving Scher | Christopher L. Lebsock (SBN 184546) |
| 9 | HAUSFELD LLP | HAUSFELD LLP |
| 10 | 33 Whitehall Street, 14th Floor | 600 Montgomery St., Suite 3200 |
| | New York, NY 10004 | San Francisco, CA 94111 |
| 11 | Tel: (646) 357-1100 | Tel: (415) 633-1908 |
| 12 | Fax: (212) 202-4322 | Fax: (415) 358-4980 |
| | Email: smartin@hausfeld.com | Email: mlehmann@hausfeld.com |
| 13 | Email: ischer@hausfeld.com | Email: bsweeney@hausfeld.com |
| 14 | | Email: clebsock@hausfled.com |
| 15 | | |
| | | Howard Langer |
| 16 | | Edward Diver |
| 17 | | Peter Leckman |
| | | LANGER GROGAN AND DIVER PC |
| 18 | | 1717 Arch Street, Suite 4130 |
| 19 | | Philadelphia, PA 19103 |
| | | Tel: (215) 320-5660 |
| 20 | | Fax: (215) 320-5703 |
| 21 | | Email: hlanger@langergrogan.com |
| | | Email: diver@langergrogan.com |
| 22 | | Email: pleckman@langergrogan.com |
| 23 | | |
| | | *Interim Class Counsel* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

4674680v1/014918                    2