# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 2:15-ml-02668−BRO (JEMx)<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' UNOPPOSED APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL** |

4674790v1/014918

| | |
|---|---|
| 1 | |
| 2 | Pending before the Court is Plaintiffs' Unopposed Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the Application and GRANTS the Application. |
| 3 | |
| 4 | |
| 5 | IT IS HEREBY ORDERED that an un-redacted version of Exhibits 1 and 2 to Plaintiffs' Position Statement on Redactions be filed under seal. |
| 6 | |
| 7 | |
| 8 | IT IS SO ORDERED. |

Pending before the Court is Plaintiffs' Unopposed Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the Application and GRANTS the Application.

IT IS HEREBY ORDERED that an un-redacted version of Exhibits 1 and 2 to Plaintiffs' Position Statement on Redactions be filed under seal.

IT IS SO ORDERED.

Dated: _____, 2016

_____
John E. McDermott
United States Magistrate Judge

4674790v1/014918                1