| | |
|---|---|
| Beth A. Wilkinson (admitted *pro hac vice*)<br>**WILKINSON WALSH + ESKOVITZ LLP**<br>1900 M Street NW, Suite 800<br>Washington, DC 20036<br>Telephone: (202) 847-4000<br>Facsimile: (202) 847-4005<br>bwilkinson@wilkinsonwalsh.com | Marc M. Seltzer (54534)<br>**SUSMAN GODFREY L.L.P.**<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067-6029<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br>mseltzer@susmangodfrey.com<br><br>*Interim Co-Lead Counsel* |

Sean Eskovitz (Bar No. 241877)
**WILKINSON WALSH + ESKOVITZ LLP**
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
seskovitz@wilkinsonwalsh.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>**STIPULATION FOR ENTRY OF PROPOSED SCHEDULING ORDER**<br><br>Judge: Hon. Beverly Reid O'Connell |

WHEREAS, pending before the Court is a putative antitrust class action filed by Plaintiffs Robert Gary Lippincott, Jr., Michael Holinko, Ninth Inning Inc. dba The Mucky Duck, and 1465 Third Avenue Restaurant Corp. dba Gael Pub (collectively, "Plaintiffs) against the National Football League and its member teams, NFL Enterprises LLC, DIRECTV Holdings LLC, and DIRECTV LLC (collectively, "Defendants").

WHEREAS, on March 25, 2016, Plaintiffs and Defendants filed a Joint Preliminary Report that included the parties' respective positions on a proposed pre-trial schedule;

WHEREAS, on May 18, 2016, a Case Management Conference was held at which the Court approved portions of the proposed pre-trial schedule included in the Joint Preliminary Report;

WHEREAS, Plaintiffs and Defendants have engaged in further meet and confer discussions regarding the pre-trial schedule and hereby stipulate to and petition the Court to enter the attached Proposed Scheduling Order.

**STIPULATON FOR ENTRY OF PROPOSED SCHEDULING ORDER**

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 16, 2016

*s/ Scott Martin*
Scott Martin
HAUSFELD LLP
33 Whitehall Street
14th Floor
New York, NY 10004
Telephone: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com

Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Howard I. Langer
LANGER, GROGAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Telephone: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com

*Co-Lead Plaintiffs' Counsel*

DATED: December 16, 2016

s/ Beth A. Wilkinson
Beth A. Wilkinson (admitted *pro hac vice*)
WILKINSON WALSH + ESKOVITZ LLP
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com

Sean Eskovitz (Bar No. 241877)
WILKINSON WALSH + ESKOVITZ LLP
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
seskovitz@wilkinsonwalsh.com

Neema T. Sahni (Bar No. 274240)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

**STIPULATON FOR ENTRY OF PROPOSED SCHEDULING ORDER**

DATED: December 16, 2016

*s/ Tammy A. Tsoumas*
Michael E. Baumann (Bar No. 145830)
Melissa D. Ingalls (Bar No. 174861)
Robyn E. Bladow (Bar No. 205189)
Tammy A. Tsoumas (Bar No. 250487)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
michael.baumann@kirkland.com
melissa.ingalls@kirkland.com
robyn.bladow@kirkland.com
tammy.tsoumas@kirkland.com

*Counsel for Defendants DIRECTV, LLC and DIRECTV Holdings LLC*

5
**STIPULATON FOR ENTRY OF PROPOSED SCHEDULING ORDER**