# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) <br><br> Hon. Beverly Reid O'Connell <br><br> **[PROPOSED] SCHEDULING ORDER** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

Pursuant to the agreement of the parties, and as previously approved by the Court at the Case Management Conference on May 18, 2016 (Doc. 156), the following case schedule shall apply to this multidistrict litigation. Any revision to the below schedule requires the Court's approval.

| Event | Date |
|---|---|
| Deadline to amend pleadings or add parties without leave of court | September 22, 2016 |
| Order on motions to dismiss/compel arbitration ("MTD Order") | To Be Determined by Court |
| Deadline for answers to Consolidated Amended Complaint ("Answer") | 30 days after MTD Order |

1

| | |
|---|---|
| Discovery commences | The parties agree that the "commencement of discovery" date, as used herein, will not occur any earlier than the Court's resolution of the pending Motion to Dismiss. If the Court decides the Motion to Dismiss before the pending Motion to Compel Arbitration, then the parties will confer in good faith regarding the date for the "commencement of discovery," and Defendants reserve their right to seek a Court-ordered stay. |
| Deadline for substantial production of usable transactional data | 3 months after commencement of discovery |
| Deadline for substantial completion of document production | 7 months after commencement of discovery |
| Close of fact discovery | 11 months after commencement of discovery |
| Deadline for plaintiffs' class certification motion and accompanying expert reports ("Class Certification Motion") | 12 months after Answer |
| Deadline for defendants' response to Class Certification Motion and accompanying class certification expert reports | 75 days after Class Certification Motion |
| Deadline for replies to response to Class Certification Motion and accompanying rebuttal class certification expert reports | 120 days after Class Certification Motion |
| Deadline for plaintiffs to serve opening merits expert reports | 18 months after Answer |

| Deadline for defendants to serve responsive merits expert reports | 75 days after service of plaintiffs' opening merits expert reports |
|---|---|
| Close of expert discovery | 30 days after defendants serve responsive merits expert reports |
| Deadline for summary judgment motions to be filed | 45 days after close of expert discovery |
| Deadline for responses to summary judgment motions | 60 days after filing of summary judgment motions |
| Deadline for replies in support of summary judgment motions | 30 days after filing of oppositions |

With regard to expert witnesses, the following guidelines shall also apply: (a) production of back-up data associated with any expert report shall be served within five calendar days after the report is served; and (b) expert depositions shall be conducted no later than 30 days after an expert's report is served. These deadlines apply to expert witnesses for both class certification and the merits.

Dated: _____

Beverly Reid O'Connell
UNITED STATES DISTRICT JUDGE