Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Scott Martin
smartin@hausfeld.com
Irving Scher
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

Howard Langer
hlanger@langergrogan.com
Edward Diver
ndiver@langergrogan.com
Peter Leckman
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668−BRO (JEMx) <br><br> Hon. Beverly Reid O'Connell |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL PURSUANT TO COURT ORDER DATED DECEMBER 16, 2016** |

4674799v1/014918

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067-6029.

On December 19, 2016, I served the foregoing document(s) described as follows:

1. The Sealed Declaration of Ian M. Gore in Support of Plaintiffs' Unopposed Application Under Local Rule 79-5 to File Documents Under Seal; and

2. The un-redacted sealed version of Exhibits 1 and 2 of Plaintiffs' Position Statement Regarding Redactions.

on the interested parties in this action as stated on the attached service list, as follows:

__XX__ BY ELECTRONIC MAIL: I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on December 19, 2016, at Los Angeles, California.

(State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__XX__ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

  Helen Danielson  
  (Type or Print Name)          (Signature)

4674799v1/014918

1

# SERVICE LIST

Beth A. Wilkinson
WILKINSON WALSH + ESKOVITZ LLP
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com

Sean Eskovitz
WILKINSON WALSH + ESKOVITZ LLP
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
seskovitz@wilkinsonwalsh.com

Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy
Derek Ludwin
John Playforth
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

Michael E. Baumann
Melissa D. Ingalls
Robyn E. Bladow
Tammy A. Tsoumas

4674799v1/014918

2

| | |
|---|---|
| 1 | KIRKLAND & ELLIS LLP |
| 2 | 333 South Hope Street<br>Los Angeles, CA 90071 |
| 3 | Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |
| 4 | michael.baumann@kirkland.com |
| 5 | melissa.ingalls@kirkland.com<br>robyn.bladow@kirkland.com |
| 6 | tammy.tsoumas@kirkland.com |
| 7 | *Counsel for Defendants DIRECTV, LLC and DIRECTV Holdings LLC* |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |