Beth A. Wilkinson (admitted *pro hac vice*)
**WILKINSON WALSH + ESKOVITZ LLP**
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com

Sean Eskovitz (State Bar No. 241877)
**WILKINSON WALSH + ESKOVITZ LLP**
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
seskovitz@wilkinsonwalsh.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Starts, Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4782
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS<br><br>Case No. 2:15-cv-09944-BRO-JEM | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>**DECLARATION OF DEREK LUDWIN IN SUPPORT OF NFL DEFENDANTS' POSITION STATEMENT ON REDACTIONS**<br><br>Judge: Hon. Beverly Reid O'Connell |

I, Derek Ludwin, hereby declare as follows:

1. I am a partner at Covington & Burling LLP, and am counsel to Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs (collectively, "NFL Defendants") in the above-captioned litigation. I submit this declaration in support of NFL Defendants' Position Statement on Redactions.

2. Attached as Exhibit 1 is a true and correct copy of email correspondence on December 8, 2016, from Seth Ard, Susman Godfrey LLP, to Counsel for CBS, Fox, and the NFL Defendants.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of December 2016 in Washington, D.C.

          /s/ Derek Ludwin
          Derek Ludwin