Beth A. Wilkinson (admitted *pro hac vice*)
**WILKINSON WALSH + ESKOVITZ LLP**
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com

Sean Eskovitz (State Bar No. 241877)
**WILKINSON WALSH + ESKOVITZ LLP**
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
seskovitz@wilkinsonwalsh.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Starts, Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4782
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) |
| | **CERTIFICATE OF SERVICE** |
| | Judge: Hon. Beverly Reid O'Connell |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |
| Case No. 2:15-cv-09944-BRO-JEM | |

1   I, Andrew W. Croner, attorney at Wilkinson Walsh + Eskovitz LLP,

2   hereby certify that, on December 21, 2016, I caused the foregoing NFL

3   Defendants' Position Statement on Redactions and accompanying declaration

4   and exhibit to be served via email delivery and Federal Express overnight mail

5   on the following counsel:

6

7   Marc M. Seltzer
    **SUSMAN GODFREY L.L.P.**
8   1901 Avenue of the Stars, Suite 950
    Los Angeles, CA 90067-6029
9   mseltzer@susmangodfrey.com

10  Howard I. Langer
    **LANGER, GROGAN & DIVER, P.C.**
11  1717 Arch Street, Suite 4130
12  Philadelphia, PA 19103
    hlanger@langergrogan.com
13
    Scott Martin
14  **HAUSFELD LLP**
15  33 Whitehall Street
    14th Floor
16  New York, NY 10004
    smartin@hausfeld.com
17
18  *Co-Lead Plaintiffs' Counsel*

19
    Michael E. Baumann (Bar No. 145830)
20  Melissa D. Ingalls (Bar No. 174861)
    Robyn E. Bladow (Bar No. 205189)
21  Tammy A. Tsoumas (Bar No. 250487)
    **KIRKLAND & ELLIS LLP**
22  333 South Hope Street
23  Los Angeles, CA
    90071
24  michael.baumann@kirkland.com
    melissa.ingalls@kirkland.com
25  robyn.bladow@kirkland.com
    tammy.tsoumas@kirkland.com
26
27  *Counsel for Defendants DIRECTV, LLC*
    *and DIRECTV Holdings LLC*
28

1

**CERTIFICATE OF SERVICE**

1

2   Executed on December 21, 2016.

3

4                                  *s/ Andrew W. Croner*
                                    Andrew W. Croner

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**