|  |  |
|---|---|
| 1 | JAMES W. QUINN |
| 2 | james.quinn@weil.com<br>YEHUDAH L. BUCHWEITZ |
| 3 | yehudah.buchweitz@weil.com |
| 4 | ERIC S. HOCHSTADT<br>eric.hochstadt@weil.com |
| 5 | WEIL, GOTSHAL & MANGES LLP |
| 6 | 767 Fifth Avenue<br>New York, NY  10153 |
| 7 | Telephone:  (212) 310-8000 |
| 8 | Facsimile:  (212) 310-8007 |

*Attorneys for Non-Party CBS Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION | Case No. ML 15-02668-BRO (JEMx) |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE                      CASE NO. ML 15-02668-BRO (JEMx)

I, Jessie Mishkin, attorney at Weil, Gotshal & Manges LLP, hereby certify that, on December 21, 2016, I caused the foregoing Response to Plaintiffs' Position Statement on Redactions and accompanying declaration and exhibit to be served via ECF delivery on the following counsel:

Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
mseltzer@susmangodfrey.com

Howard I. Langer
LANGER, GROGAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
hlanger@langergrogan.com

Scott Martin
HAUSFELD LLP
33 Whitehall Street 14th Floor
New York, NY 10004
smartin@hausfeld.com

*Co-Lead Plaintiffs' Counsel*

Beth A. Wilkinson
WILKINSON WALSH + ESKOVITZ LLP
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com

Sean Eskovitz
WILKINSON WALSH + ESKOVITZ LLP
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
seskovitz@wilkinsonwalsh.com

| | |
|---|---|
| 1 | Neema T. Sahni |
| 2 | COVINGTON & BURLING LLP |
|   | 1999 Avenue of the Stars |
| 3 | Suite 1500 |
|   | Los Angeles, CA 90067-6045 |
| 4 | Telephone: (424) 332-4800 |
|   | Facsimile: (424) 332-4749 |
| 5 | nsahni@cov.com |
| 6 | |
|   | Gregg H. Levy |
| 7 | Derek Ludwin |
|   | John Playforth |
| 8 | COVINGTON & BURLING LLP |
|   | One CityCenter |
| 9 | 850 Tenth Street NW |
|   | Washington, DC 20001 |
| 10 | Telephone: (202) 662-6000 |
| 11 | Facsimile: (202) 662-6291 |
|   | glevy@cov.com |
| 12 | dludwin@cov.com |
|   | jplayforth@cov.com |
| 13 | |
| 14 | *Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs* |
| 15 | |
| 16 | Michael E. Baumann |
|   | Melissa D. Ingalls |
| 17 | Robyn E. Bladow |
|   | Tammy A. Tsoumas |
| 18 | KIRKLAND & ELLIS LLP |
|   | 333 South Hope Street |
| 19 | Los Angeles, CA 90071 |
| 20 | Telephone: (213) 680-8400 |
|   | Facsimile: (213) 680-8500 |
| 21 | michael.baumann@kirkland.com |
| 22 | melissa.ingalls@kirkland.com |
|   | robyn.bladow@kirkland.com |
| 23 | tammy.tsoumas@kirkland.com |
| 24 | |
|   | *Counsel for Defendants DIRECTV, LLC and DIRECTV Holdings LLC* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  Executed December 21, 2016

3                       */s/ Jessie Mishkin*
4                       Jessie Mishkin