# Exhibit 1

| | |
|---|---|
| **From:** | Seth Ard |
| **To:** | dludwin@cov.com; seskovitz@wilkinsonwalsh.com; Yehudah.buchweitz@weil.com; eric.hochstadt@weil.com; Schmidtlein, John |
| **Cc:** | Peter Leckman; Seth Ard; Ian Gore; Scott A. Martin; Steven M. Nathan; Arun Subramanian; Rodney Polanco; Howard Langer; Ned Diver; Michael P. Lehmann; Christopher L. Lebsock; Swathi Bojedla; Marc Seltzer |
| **Subject:** | NFL Network Contracts |
| **Date:** | Thursday, December 08, 2016 2:32:37 PM |

Counsel,

We were very disappointed that the Network contracts produced by the NFL were almost entirely redacted and unusable, contrary to our agreement. We object to the wholesale redactions, and ask that you produce to us on an attorneys'-eyes-only basis the full, unredacted contracts with CBS and FOX by tomorrow. Please let us know by 6pm ET today whether you will consent to that.

This email constitutes our objections pursuant to the Stipulation and Order of the Court, filed on November 28, 2016, to the redactions. We note that the wholesale redactions appear to have been done indiscriminately and include redactions of portions of contracts that have already been filed in this case by the NFL. We plan to file our papers with the Court as soon as this evening, absent your agreement to produce the contracts to us.

Thank you,
Seth


Seth Ard, Partner

1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
212-471-8354 (office)
617-899-1140 (cell)