| | |
|---|---|
| 1 | John E. Schmidtlein (163520) |
| 2 | jschmidtlein@wc.com |
|   | WILLIAMS & CONNOLLY LLP |
| 3 | 725 Twelfth Street, NW |
| 4 | Washington, DC 20005 |
|   | Telephone: (202) 434-5000 |
| 5 | Facsimile: (202) 434-5029 |
| 6 | |
| 7 | *Counsel for Non-Party Fox Broadcasting Company* |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx) |
|  | Hon. Beverly Reid O'Connell |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, John E. Schmidtlein, attorney at Williams & Connolly LLP, hereby certify that, on December 21, 2016, I caused the foregoing Non-Party Fox Broadcasting Company's Response to Plaintiffs' Position Statement on Redactions and accompanying exhibits to be served via ECF delivery on the following counsel:

Marc M. Seltzer
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
mseltzer@susmangodfrey.com

Howard I. Langer
**LANGER, GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
hlanger@langergrogan.com

Scott Martin
**HAUSFELD LLP**
33 Whitehall Street
14th Floor
New York, NY 10004
smartin@hausfeld.com

*Co-Lead Plaintiffs' Counsel*

Beth A. Wilkinson
**WILKINSON WALSH + ESKOVITZ LLP**
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com

**CERTIFICATE OF SERVICE**

1

| | |
|---|---|
| 1 | Sean Eskovitz |
| 2 | **WILKINSON WALSH + ESKOVITZ LLP** |
| | 11726 San Vicente Boulevard, Suite 600 |
| 3 | Los Angeles, CA 90049 |
| 4 | Telephone: (424) 316-4000 |
| | Facsimile: (202) 847-4005 |
| 5 | seskovitz@wilkinsonwalsh.com |
| 6 | |
| 7 | Neema T. Sahni |
| | **COVINGTON & BURLING LLP** |
| 8 | 1999 Avenue of the Stars |
| | Suite 1500 |
| 9 | Los Angeles, CA 90067-6045 |
| 10 | Telephone: (424) 332-4800 |
| | Facsimile: (424) 332-4749 |
| 11 | nsahni@cov.com |
| 12 | |
| 13 | Gregg H. Levy |
| | Derek Ludwin |
| 14 | John Playforth |
| 15 | **COVINGTON & BURLING LLP** |
| | One CityCenter |
| 16 | 850 Tenth Street NW |
| | Washington, DC 20001 |
| 17 | Telephone: (202) 662-6000 |
| 18 | Facsimile: (202) 662-6291 |
| | glevy@cov.com |
| 19 | dludwin@cov.com |
| 20 | jplayforth@cov.com |
| 21 | |
| | *Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs* |
| 22 | |

**CERTIFICATE OF SERVICE**

2

Michael E. Baumann (Bar No. 145830)
Melissa D. Ingalls (Bar No. 174861)
Robyn E. Bladow (Bar No. 205189)
Tammy A. Tsoumas (Bar No. 250487)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, CA 90071
michael.baumann@kirkland.com
melissa.ingalls@kirkland.com
robyn.bladow@kirkland.com
tammy.tsoumas@kirkland.com

*Counsel for Defendants DIRECTV, LLC and DIRECTV Holdings LLC*

Executed: December 21, 2016

                                                  /s/ John E. Schmidtlein

                                                John E. Schmidtlein

**CERTIFICATE OF SERVICE**

3