Marc M. Seltzer (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
Email: mseltzer@susmangodfrey.com

Scott Martin
Irving Scher
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322
Email: smartin@hausfeld.com
Email: ischer@hausfeld.com

Howard Langer
Edward Diver
Peter Leckman
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
Email: hlanger@langergrogan.com
Email: ndiver@langergrogan.com
Email: pleckman@langergrogan.com

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. ML 15-02668−BRO (JEMx)<br><br>CLASS ACTION<br><br>**STIPULATION RESETTING THE HEARING ON THE NFL DEFENDANTS' MOTION TO DISMISS AND DIRECTV'S MOTION TO COMPEL ARBITRATION**<br><br>DATE: February 13, 2017<br>TIME: 2:30 P.M.<br>COURTROOM: 7C<br><br>Consolidated Amended Complaint Filed: June 24, 2016<br><br>Judge: Hon. Beverly Reid O'Connell |

**STIPULATON RESETTING THE HEARING ON THE NFL DEFENDANTS' MOTION TO DISMISS AND DIRECTV'S MOTION TO COMPEL ARBITRATION**
4696853v1/014918

WHEREAS, on June 24, 2016, plaintiffs filed their Consolidated Amended Complaint for Damages (Doc. 163);

WHEREAS, on August 8, 2016, defendants National Football League, NFL Enterprises LLC, and the 32 individual NFL clubs (collectively "NFL Defendants") filed their motion to dismiss the Consolidated Amended Complaint (Dkt. 170);

WHEREAS, on August 8, 2016, Defendants DIRECTV Holdings LLC and DIRECTV, LLC (collectively, "DIRECTV") filed their motion to compel arbitration and stay proceedings (Doc. 171);

WHEREAS, on December 15, 2016, plaintiffs' counsel requested a continuance for the hearing on the motion to dismiss and motion to compel arbitration;

WHEREAS, on December 15, 2016, the Court vacated the hearing set for December 16, 2016 and ordered the parties to file a stipulation no later than January 3, 2017 with a new proposed date for the hearing on the motion to dismiss and motion to compel arbitration; and

WHEREAS, the parties have met and conferred regarding a new date for the hearing on the motion to dismiss and motion to compel arbitration and have agreed to reset the hearing for February 13, 2017.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by plaintiffs and defendants, by and through their undersigned attorneys of record, that the hearing on the NFL Defendants' motion to dismiss and DIRECTV's motion to compel arbitration be set for February 13, 2017 at 2:30 p.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 3, 2017

/s/Marc M. Seltzer
Scott Martin
HAUSFELD LLP
33 Whitehall Street
14th Floor
New York, NY 10004
Telephone: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com

Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Howard I. Langer
LANGER, GROGAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Telephone: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com

*Interim Class Counsel*

| | | |
|---|---|---|
| DATED January 3, 2017 | | /s/ *Beth A. Wilkinson* |

Beth A. Wilkinson (admitted *pro hac vice*)
WILKINSON WALSH + ESKOVITZ LLP
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com

Sean Eskovitz (Bar No. 241877)
WILKINSON WALSH + ESKOVITZ LLP
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
seskovitz@wilkinsonwalsh.com

Neema T. Sahni (Bar No. 274240)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

**STIPULATON RESETTING THE HEARING ON THE NFL DEFENDANTS' MOTION TO DISMISS AND DIRECTV'S MOTION TO COMPEL ARBITRATION**

4696853v1/014918

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 3, 2017 | */s/ Tammy A. Tsoumas* |
| | | Michael E. Baumann (Bar No. 145830) |
| 3 | | Melissa D. Ingalls (Bar No. 174861) |
| 4 | | Robyn E. Bladow (Bar No. 205189) |
| | | Tammy A. Tsoumas (Bar No. 250487) |
| 5 | | KIRKLAND & ELLIS LLP |
| 6 | | 333 South Hope Street |
| | | Los Angeles, CA 90071 |
| 7 | | Telephone: (213) 680-8400 |
| | | Facsimile: (213) 680-8500 |
| 8 | | michael.baumann@kirkland.com |
| 9 | | melissa.ingalls@kirkland.com |
| | | robyn.bladow@kirkland.com |
| 10 | | tammy.tsoumas@kirkland.com |
| 11 | | *Counsel for Defendants DIRECTV, LLC and DIRECTV Holdings LLC* |

**STIPULATON RESETTING THE HEARING ON THE NFL DEFENDANTS' MOTION TO DISMISS AND DIRECTV'S MOTION TO COMPEL ARBITRATION**

4696853v1/014918