# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx)<br>Hon. Beverly Reid O'Connell<br><br>**ORDER** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

Pursuant to the agreement of the parties and the approval of the Court, the NFL Defendants' motion to dismiss plaintiffs' Consolidated Amended Complaint and the DirecTV Defendants' motion to compel arbitration are hereby rescheduled to be heard on February 13, 2017, at 2:30 p.m.

IT IS SO ORDERED.

DATED: January 5, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge