Jayne A. Goldstein *(Pro Hac Vice)*
Shepherd, Finkelman, Miller & Shah, LLP
1625 N. Commerce Parkway, Suite 320
Fort Lauderdale, FL  33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
E-mail: jgoldstein@sfmslaw.com

Attorneys for Steven Dassa

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION** | Case No. 2:15-ml-02668-BRO-JEM<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS** |

TO: THE CLERK OF THE COURT AND ALL PARTIES,

**PLEASE TAKE NOTICE** that effective January 1, 2017, Jayne A. Goldstein, counsel of record for plaintiff, became affiliated with Shepherd, Finkelman, Miller & Shah, LLP.  All pleadings, notices, orders, correspondence and other papers in connection with the above-captioned action shall be served at the following address:

>Jayne A. Goldstein
>Shepherd, Finkelman, Miller & Shah, LLP
>1625 N. Commerce Parkway, Suite 320
>Fort Lauderdale, FL  33326
>Telephone: (954) 515-0123
>Facsimile: (866) 300-7367
>E-mail: jgoldstein@sfmslaw.com

Notice of Change of Firm
Affiliation and Address

1

Please revise your records accordingly.

Dated:  January 13, 2017		/s/ Jayne A. Goldstein
Jayne A. Goldstein
Shepherd, Finkelman, Miller & Shah, LLP
1625 N. Commerce Parkway, Suite 320
Fort Lauderdale, FL  33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
E-mail: jgoldstein@sfmslaw.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 13, 2017, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.

/s/ Jayne A. Goldstein
Jayne A. Goldstein

Notice of Change of Firm
Affiliation and Address

2