LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:15-ml-02668-BRO-JEM | Date | February 13, 2017 |
| Title | In re National Football Leagues Sunday Ticket Antitrust Litigation | | |

| | | |
|---|---|---|
| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
| Renee A. Fisher | Myra Ponce | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Mark M. Seltzer; Howard Langer; Scott Martin; Christopher Lebsock; Peter Leckman | | Derek Ludwin; Beth Wilkinson; Robyn E. Bladow;; Michael E. Baumann; Melissa D. Ingalls; Sean Eskovitz; Gregg Levy; John Playforth |

**Proceedings:**   MOTIONS HEARING (Non-Evidentiary) (Held & Completed)

1) NFL DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT (Filed 8/8/2016) [170]; and,
2) DIRECTV DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS (Filed 8/8/2016) [171]

Matter called. Counsel state their appearances for the record. Court questions counsel as stated in court and on the record on above motions and invites counsel to present their oral arguments. Arguments by counsel are heard.

The matter is taken under submission, a written order to follow.

**IT IS SO ORDERED.**

|  | 2 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | rf |