Marc M. Seltzer
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: 310-789-3100
Fax: 310-789-3150
Email: mseltzer@susmangodfrey.com

Howard Langer
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: 215-320-5660
Fax: 215-320-5703
Email: hlanger@langergrogan.com

Scott Martin
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
Email: smartin@hausfeld.com

[Additional Counsel Listed in Signature Block]

*Interim Class Counsel*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO: ALL ACTIONS** | Case No. ML 15-02668-BRO (JEMx)<br><br>**CLASS ACTION**<br><br>**UNOPPOSED APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENT UNDER SEAL** |

APPLICATION TO FILE DOCUMENT
UNDER SEAL

1   On February 13, 2017 a hearing was held on "DirecTV's Motion To Compel Arbitration And Stay Discovery" [Dkt. No. 171]. During oral argument, Plaintiffs' counsel referenced the "Confidential Amended And Restated Agency Agreement Effective As Of April 3, 1997 By And Between NFL Enterprises L.P. and DirecTV, Inc.", bates numbered NFL_0000333-392. Defendants National Football League, NFL Enterprises LLC, and the individual NFL teams (collectively, the "NFL Defendants") have designated this document as HIGHLY CONFIDENTIAL pursuant to the protective order entered herein [Dkt. No. 197].

The document was submitted to the Court, but not filed.  To ensure the proper handling of the document and to ensure that the record is complete, the Plaintiffs request that that Court order that it be filed under seal pursuant to Local Rule 79-5.2.2.[1] This application is unopposed, and the Court has previously granted applications to file the 2009 and 2014 agreements between the NFL and DirecTV under seal [Dkt. No. 178; *see also* Dkt. Nos. 168-69 (application to file documents under seal with supporting evidence)].

Dated: February 22, 2016

　　　　　　　　　　　　　　　　　　　　/s/ *Christopher L. Lebsock*

| | |
|---|---|
| Marc M. Seltzer | Arun Subramanian |
| SUSMAN GODFREY LLP | William Christopher Carmody |
| 1901 Avenue of the Stars, Suite 950 | Seth Ard |
| Los Angeles, CA 90067 | Ian M. Gore |
| Tel: 310-789-3100 | SUSMAN GODFREY LLP |
| Fax: 310-789-3150 | 1301 Avenue of the Americas, 32nd Fl. |
| Email: mseltzer@susmangodfrey.com | New York, NY 10019 |
| | Tel: (212) 336-8330 |
| Michael D. Hausfeld | Fax: (212) 336-8340 |
| HAUSFELD LLP | Email: |

---

[1] Because the NFL Defendants contend that the entire document must be redacted, a redacted version of the document is not attached pursuant to Local Rule 79-5.2.2(a)(iii).

APPLICATION TO FILE DOCUMENT UNDER SEAL                           1

| | |
|---|---|
| 1700 K Street NW, Suite 650 | asubramanian@susmangodfrey.com |
| Washington, DC 20006 | Email: bcarmody@susmangodfrey.com |
| Tel: (202) 540-7200 | Email: sard@susmangodfrey.com |
| Fax: (202)540-7201 | Email: igore@susmangodfrey.com |
| Email: mhausfeld@hausfeld.com | |
| | Michael P. Lehmann (SBN 77152) |
| Scott Martin | Bonny E. Sweeney (SBN 176174) |
| Irving Scher | Christopher L. Lebsock (SBN 184546) |
| HAUSFELD LLP | HAUSFELD LLP |
| 33 Whitehall Street, 14th Floor | 600 Montgomery St., Suite 3200 |
| New York, NY 10004 | San Francisco, CA 94111 |
| Tel: (646) 357-1100 | Tel: (415) 633-1908 |
| Fax: (212) 202-4322 | Fax: (415) 358-4980 |
| Email: smartin@hausfeld.com | Email: mlehmann@hausfeld.com |
| Email: ischer@hausfeld.com | Email: bsweeney@hausfeld.com |
| | Email: clebsock@hausfeld.com |
| | |
| | Howard Langer |
| | Edward Driver |
| | Peter Leckman |
| | LANGER GROGAN AND DIVER PC |
| | 1717 Arch Street, Suite 4130 |
| | Philadelphia, PA 19103 |
| | Tel: 215-320-5660 |
| | Fax: 215-320-5703 |
| | Email: hlanger@langergrogan.com |
| | Email: ndiver@langergrogan.com |
| | Email: pleckman@langergrogan.com |

*Interim Class Counsel*