Marc M. Seltzer
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: 310-789-3100
Fax: 310-789-3150
Email: mseltzer@susmangodfrey.com

Howard Langer
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: 215-320-5660
Fax: 215-320-5703
Email: hlanger@langergrogan.com

Scott Martin
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
Email: smartin@hausfeld.com

[Additional Counsel Listed in Signature Block]

*Interim Class Counsel*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO: ALL ACTIONS** | Case No. ML 15-02668-BRO (JEMx)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF CHRISTOPHER L. LEBSOCK IN SUPPORT OF UNOPPOSED APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENT UNDER SEAL** |

I, CHRISTOPHER L. LEBSOCK, hereby declare:

1. I am a partner at Hausfeld LLP, one of the counsel representing Plaintiffs in the above-captioned litigation. I have personal knowledge of the following facts and could and would testify competently thereto if called as a witness.

2. Defendants National Football League, NFL Enterprises LLC, and the individual NFL teams (collectively, the "NFL Defendants") have designated the "Confidential Amended And Restated Agency Agreement Effective As Of April 3, 1997 By And Between NFL Enterprises L.P. and DirecTV, Inc.", bates numbered NFL_0000333-392 as HIGHLY CONFIDENTIAL pursuant to the protective order entered herein [Dkt. No. 197].

3. This document was referenced by me during the February 13, 2017 argument on "DirecTV's Motion To Compel Arbitration And Stay Discovery" [Dkt. No. 171], and the Court was provided with a copy.

4. To ensure the proper handling of the document, the parties have met and conferred about whether this document should continue to receive protection as a highly confidential document. The NFL Defendants have stated their desire to maintain the document with its current highly confidential designation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 22, 2017 at San Francisco, California.

   /s/ *Christopher L. Lebsock*

DECLARATION OF CHRISTOPHER L. LEBSOCK IN SUPPORT OF APPLICATION TO FILE DOCUMENT UNDER SEAL

1