Marc M. Seltzer
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: 310-789-3100
Fax: 310-789-3150
Email: mseltzer@susmangodfrey.com

Howard Langer
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: 215-320-5660
Fax: 215-320-5703
Email: hlanger@langergrogan.com

Scott Martin
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
Email: smartin@hausfeld.com

[Additional Counsel Listed in Signature Block]

*Interim Class Counsel*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO: ALL ACTIONS** | Case No. ML 15-02668-BRO (JEMx)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER RE: UNOPPOSED APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENT UNDER SEAL** |

1
2       Pending before the Court is Plaintiffs' Unopposed Application Under Local Rule
3   79-5 To File Document Under Seal.  The Court has considered the Application and
4   GRANTS the Application.
5       IT IS HEREBY ORDERED that an un-redacted version of the "Confidential
6   Amended And Restated Agency Agreement Effective As Of April 3, 1997 By And
7   Between NFL Enterprises L.P. and DirecTV, Inc.", bates numbered NFL_0000333-392
8   be filed under seal.
9
10       IT IS SO ORDERED.
11
12   Dated: _____, 2017       _____
13                                                               HON. BEVERLY REID O'CONNELL
                                                            UNITED STATES DISTRICT JUDGE