Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Scott Martin (Pro Hac Vice)
smartin@hausfeld.com
Irving Scher (Pro Hac Vice)
ischer@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

Howard Langer (Pro Hac Vice)
hlanger@langergrogan.com
Edward Diver (Pro Hac Vice)
ndiver@langergrogan.com
Peter Leckman (Pro Hac Vice)
pleckman@langergrogan.com
**LANGER GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

[Additional Counsel for Plaintiffs
Listed in Signature Page]

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 2:15-ml-02668 BRO (JEMx)<br><br>**PLAINTIFFS' NOTICE OF RECENT AUTHORITY CONCERNING DEFENDANT DIRECTV'S MOTION TO COMPEL ARBITRATION** |

Plaintiffs respectfully invite the Courts attention to a recent decision by the California Supreme Court, *McGill v. Citibank, N.A.*, Case No. S224086, 2017 WL 1279700 (Cal. S. Ct., April 6, 2017) ("*McGill*"), a copy of which is attached hereto as Exhibit 1.

In *McGill*, the California Supreme Court held that a predispute arbitration agreement that waives the right to seek the statutory remedy of a public injunction in any forum is contrary to California's public policy and thus unenforceable under California law and, further, that this rule of California law is not preempted by the Federal Arbitration Act. In so ruling, the California Supreme Court noted:

> [T]he [United States Supreme Court] has recently indicated that the FAA does not require enforcement of a provision in an arbitration agreement that "forbid[s] the assertion of certain statutory rights" or that "eliminates . . . [the] right to pursue [a] statutory remedy." (*American Express Co. v. Italian Colors Restaurant* (2013) 570 U.S. __, __ [133 S.Ct. 2304, 2310-2311] (*Italian Colors*); see *Mitsubishi Motors Corp.*, at p. 637, fn. 19 ["[I]n the event the [arbitration] and choice-of-law clauses operated in tandem as a prospective waiver of a party's right to pursue statutory remedies for antitrust violations, we would have little hesitation in condemning the agreement as against public policy."].)

*Id.* at *8.

In *McGill*, the court held "we likewise conclude that the FAA does not require enforcement of a provision in a predispute arbitration agreement that, in violation of generally applicable California contract law, waives the right to seek *in any forum* public injunctive relief under the UCL, the CLRA, or the false advertising law." *Id.* (Emphasis in original.)

The *McGill* decision is relevant to the arguments made by plaintiff Ninth Inning Inc., dba The Mucky Duck, regarding defendant DirectTV's motion to compel arbitration.

Dated: April 14, 2017             Respectfully submitted,

By:   */s/ Christopher L. Lebsock*
      Christopher L. Lebsock

Christopher L. Lebsock (SBN 184546)
clebsock@hausfled.com
Michael P. Lehmann (SBN 77152)
mlehmann@hausfeld.com
Bonny E. Sweeny (SBN 176174)
bsweeney@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

Marc M. Seltzer
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian
asubramanian@susmangodfrey.com
William Christopher Carmody
bcarmody@susmangodfrey.com
Seth Ard
sard@susmangodfrey.com
Ian M. Gore
igore@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Michael D. Hausfeld
mhausfeld@hausfeld.com
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Scott Martin
smartin@hausfeld.com
Irving Scher
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Howard Langer
hlanger@langergrogan.com
Edward Diver
diver@langergrogan.com
Peter Leckman
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Interim Class Counsel*