Eugene A. Spector
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
Email: espector@srkattorneys.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO: ALL ACTIONS** | Case No. ML 15-02668-BRO (JEMx)<br><br>NOTICE OF CHANGE OF FIRM NAME |

TO THE CLERK:

Kindly note that the name of the law firm Spector Roseman Kodroff & Willis, P.C. has been changed to Spector Roseman & Kodroff, P.C. The firm's address, telephone number and fax number will remain unchanged.

Dated: June 14, 2017                    /s/   Eugene A. Spector
                                        Eugene A. Spector

                                        *Attorney for Plaintiffs Main Street America Ltd and Ambrose BD*

- 1 -