Beth A. Wilkinson (admitted *pro hac vice*)
**WILKINSON WALSH + ESKOVITZ LLP**
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com

Sean Eskovitz (Bar No. 241877)
**WILKINSON WALSH + ESKOVITZ LLP**
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
seskovitz@wilkinsonwalsh.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Parties/Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx)<br><br>Hon. Beverly Reid O'Connell |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **NOTICE OF LODGING OF [PROPOSED] FINAL JUDGMENT** |

Pursuant to the Court's June 30, 2017 Order Re the NFL Defendants' Motion to Dismiss ("Order," Dkt. No. 252) in the above-captioned action, Federal Rule of Civil Procedure 58(a), and Local Rule 5-4.4, Defendants National Football League, NFL Enterprises LLC, the Individual NFL Clubs, DIRECTV LLC, and DIRECTV Holdings, LLC hereby file this Notice of Lodging, attaching a [Proposed] Final Judgment in compliance with the Order.

Defendants have conferred with Plaintiffs' counsel with respect to this Notice, and Plaintiffs have stated that they approve as to the form of the [Proposed] Final Judgment submitted herewith.

| | | |
|---|---|---|
| 1 | DATED: July 10, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | *s/ Beth A. Wilkinson*<br>Beth A. Wilkinson (admitted *pro hac vice*) |
| 4 | | **WILKINSON WALSH +<br>ESKOVITZ LLP** |
| 5 | | 1900 M Street NW, Suite 800<br>Washington, DC 20036 |
| 6 | | Telephone: (202) 847-4000<br>Facsimile: (202) 847-4005 |
| 7 | | bwilkinson@wilkinsonwalsh.com |
| 8 | | |
| 9 | | Sean Eskovitz (Bar No. 241877)<br>**WILKINSON WALSH +<br>ESKOVITZ LLP** |
| 10 | | 11726 San Vicente Boulevard, Suite 600 |
| 11 | | Los Angeles, CA 90049 |
| 12 | | Telephone: (424) 316-4000<br>Facsimile: (202) 847-4005 |
| 13 | | seskovitz@wilkinsonwalsh.com |
| 14 | | |
| 15 | | Gregg H. Levy (admitted *pro hac vice*)<br>Derek Ludwin (admitted *pro hac vice*) |
| 16 | | **COVINGTON & BURLING LLP**<br>One CityCenter |
| 17 | | 850 Tenth Street NW<br>Washington, DC 20001 |
| 18 | | Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291 |
| 19 | | glevy@cov.com<br>dludwin@cov.com |
| 20 | | |
| 21 | | Neema T. Sahni (Bar No. 274240)<br>**COVINGTON & BURLING LLP** |
| 22 | | 1999 Avenue of the Stars<br>Suite 1500 |
| 23 | | Los Angeles, CA 90067-6045 |
| 24 | | Telephone: (424) 332-4800<br>Facsimile: (424) 332-4749 |
| 25 | | nsahni@cov.com |
| 26 | | *Counsel for Defendants National Football* |
| 27 | | *League, NFL Enterprises LLC, and the*<br>*Individual NFL Clubs* |
| 28 | | |

NOTICE OF LODGING OF [PROPOSED] FINAL JUDGMENT

1                  *s/ Michael E. Baumann*

2                  Michael E. Baumann (Bar No. 145830)
Melissa D. Ingalls (Bar No. 174861)
Robyn E. Bladow (Bar No. 205189)
Tammy A. Tsoumas (Bar No. 250487)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
michael.baumann@kirkland.com
melissa.ingalls@kirkland.com
robyn.bladow@kirkland.com
tammy.tsoumas@kirkland.com

*Counsel for Defendants DIRECTV, LLC and DIRECTV Holdings LLC*

NOTICE OF LODGING OF [PROPOSED] FINAL JUDGMENT