# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-BRO (JEMx)<br>Hon. Beverly Reid O'Connell |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **FINAL JUDGMENT** |

WHEREAS, these consolidated actions came on for hearing before the Court on February 13, 2017, on a Motion to Dismiss by the National Football League ("NFL") Defendants[1], the Hon. Beverly Reid O'Connell, United States District Judge, presiding;

WHEREAS, the Court has entered an order (*see* Dkt. No. 252), granting the NFL Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Complaint[2];

NOW, THEREFORE, the Court hereby enters judgment in favor of the NFL Defendants and Defendants DIRECTV, LLC and DIRECTV Holdings LLC on each of the claims set forth in the Consolidated Amended Complaint;

---

[1] The NFL Defendants consist of: Arizona Cardinals, Inc.; Atlanta Falcons Football Club LLC; Baltimore Ravens Limited Partnership; Buccaneers Limited Partnership; Buffalo Bills, Inc.; Chicago Bears Football Club Inc.; Cincinnati Bengals, Inc.; Cleveland Browns LLC; Dallas Cowboys Football Club, Ltd.; Denver Broncos Football Club; Detroit Lions, Inc.; Football Northwest LLC; Green Bay Packers, Inc.; Houston NFL Holdings LP; Indianapolis Colts Inc.; Jacksonville Jaguars Ltd.; Kansas City Chiefs Football Club, Inc.; Miami Dolphins, Ltd.; Minnesota Vikings Football Club LLC; NFL Enterprises LLC; National Football League, Inc.; New England Patriots, LP; New Orleans Louisiana Saints LLC; New York Football Giants, Inc.; New York Jets Football Club, Inc.; Oakland Raiders LP; PDB Sports Ltd.; Panthers Football LLC; Philadelphia Eagles Football Club, Inc.; Pittsburgh Steelers Sports, Inc.; San Diego Chargers Football Co.; San Francisco Forty Niners Ltd.; Tennessee Football, Inc.; The Rams Football Company LLC; and, Washington Football Inc.

[2] Because the Court disposed of all claims against all Defendants, it denied DIRECTV, LLC and DIRECTV Holdings LLC's Motion to Compel Arbitration as moot.

It is hereby ADJUDGED that Plaintiffs' claims are dismissed with prejudice in their entirety, and that Plaintiffs shall take nothing by way of their Consolidated Amended Complaint.

IT IS SO ORDERED.

DATED: July 13, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge