| | |
|---|---|
| Marc M. Seltzer (54534)<br>**SUSMAN GODFREY L.L.P.**<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150<br>mseltzer@susmangodfrey.com<br><br>Scott Martin<br>Irving Scher<br>**HAUSFELD LLP**<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>Tel: (646) 357-1100<br>Fax: (2121) 202-4322<br>smartin@hausfeld.com<br>ischer@hausfeld.com | Howard I. Langer<br>Edward Diver<br>Peter Leckman<br>**LANGER GROGAN & DIVER, P.C.**<br>1717 Arch Street, Suite 4130<br>Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703<br>hlanger@langergrogan.com<br>ndiver@langergrogan.com<br>pleckman@langergrogan.com |

[Additional Counsel Listed in Signature Page]

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 2:15-ml-02668−BRO (JEMx)<br><br>**PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

5233218v1/014918

**PLEASE TAKE NOTICE** that Plaintiffs Ninth Inning Inc. dba The Mucky Duck, 1465 Third Avenue Restaurant Corp. dba Gael Pub, Gary Lippincott, Jr., and Michael Holinko hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Final Judgment entered in this action on July 13, 2017 (Docket No. 254), attached hereto as Exhibit A, and the prior orders, rulings, findings, stipulations, and conclusions it encompasses, including the Court's Order Re The NFL Defendants' Motion to Dismiss (Docket No. 251 (redacted version)), attached hereto as Exhibit B.

Pursuant to Ninth Circuit Rule 3-2(b), the Plaintiffs' Representation Statement is attached to this Notice of Appeal as Attachment 1.

Dated: July 28, 2017   Respectfully submitted,

By: */s/ Marc M. Seltzer*
Marc M. Seltzer

Marc M. Seltzer
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian
asubramanian@susmangodfrey.com
William Christopher Carmody
bcarmody@susmangodfrey.com
Seth Ard
sard@susmangodfrey.com
Ian M. Gore
igore@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Fl.

2

New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Michael D. Hausfeld
mhausfeld@hausfeld.com
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Scott Martin
smartin@hausfeld.com
Irving Scher
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Michael P. Lehmann (SBN 77152)
mlehmann@hausfeld.com
Bonny E. Sweeny (SBN 176174)
bsweeney@hausfeld.com
Christopher L. Lebsock (SBN 184546)
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

Howard I. Langer
hlanger@langergrogan.com
Edward Diver
diver@langergrogan.com
Peter Leckman
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130

3

5233218v1/014918

|   |   |
|---|---|
| 1 | Philadelphia, PA 19103 |
| 2 | Tel: (215) 320-5660 |
|   | Fax: (215) 320-5703 |
| 3 |   |
| 4 | *Interim Class Counsel* |

5233218v1/014918