Marc M. Seltzer (54534)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Scott Martin
Irving Scher
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

[Additional Counsel Listed in Signature Page]

*Interim Class Counsel*

Howard I. Langer
Edward Diver
Peter Leckman
**LANGER GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com
ndiver@langergrogan.com
pleckman@langergrogan.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668−BRO (JEMx) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

**PLEASE TAKE NOTICE** that Plaintiffs Ninth Inning Inc. dba The Mucky Duck, 1465 Third Avenue Restaurant Corp. dba Gael Pub, Gary Lippincott, Jr., and Michael Holinko hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Final Judgment entered in this action on July 13, 2017 (Docket No. 254), attached hereto as Exhibit A, and the prior orders, rulings, findings, stipulations, and conclusions it encompasses, including the Court's Order Re The NFL Defendants' Motion to Dismiss (Docket No. 251 (redacted version)), attached hereto as Exhibit B.

Pursuant to Ninth Circuit Rule 3-2(b), the Plaintiffs' Representation Statement is attached to this Notice of Appeal as Attachment 1.

Dated: July 28, 2017                    Respectfully submitted,

                                        By:   /s/ Marc M. Seltzer
                                             Marc M. Seltzer

                                        Marc M. Seltzer
                                        mseltzer@susmangodfrey.com
                                        SUSMAN GODFREY L.L.P.
                                        1901 Avenue of the Stars, Suite 950
                                        Los Angeles, CA 90067
                                        Tel: (310) 789-3100
                                        Fax: (310) 789-3150

                                        Arun Subramanian
                                        asubramanian@susmangodfrey.com
                                        William Christopher Carmody
                                        bcarmody@susmangodfrey.com
                                        Seth Ard
                                        sard@susmangodfrey.com
                                        Ian M. Gore
                                        igore@susmangodfrey.com
                                        SUSMAN GODFREY LLP
                                        1301 Avenue of the Americas, 32nd Fl.

2

1
2
3

New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

4
5
6
7
8

Michael D. Hausfeld
mhausfeld@hausfeld.com
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

9
10
11
12
13
14
15

Scott Martin
smartin@hausfeld.com
Irving Scher
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

16
17
18
19
20
21
22
23

Michael P. Lehmann (SBN 77152)
mlehmann@hausfeld.com
Bonny E. Sweeny (SBN 176174)
bsweeney@hausfeld.com
Christopher L. Lebsock (SBN 184546)
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

24
25
26
27
28

Howard I. Langer
hlanger@langergrogan.com
Edward Diver
diver@langergrogan.com
Peter Leckman
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130

3

Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Interim Class Counsel*

5233218v1/014918