# ATTACHMENT 1


Marc M. Seltzer (54534)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Scott Martin
Irving Scher
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

Howard I. Langer
Edward Diver
Peter Leckman
**LANGER GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com
ndiver@langergrogan.com
pleckman@langergrogan.com

[Additional Counsel Listed in Signature Page]

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668−BRO (JEMx) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **REPRESENTATION STATEMENT** |

5233538v1/014918

The following is a list of all of the parties to this action and the information regarding their counsel:

**Plaintiffs Ninth Inning Inc. dba The Mighty Duck, 1465 Third Avenue Restaurant Corp. dba Gael Pub, Gary Lippincott, Jr. and Michael Holinko:**

Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
Email: mseltzer@susmangodfrey.com

Arun Subramanian
William Christopher Carmody
Seth Ard
Ian M. Gore
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340
Email: asubramanian@susmangodfrey.com
Email: bcarmody@susmangodfrey.com
Email: sard@susmangodfrey.com
Email: igore@susmangodfrey.com

Michael D. Hausfeld
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
Email: mhausfeld@hausfeld.com

Michael P. Lehmann (SBN77152)
Bonny E. Sweeny (SBN 176174)
Christopher L. Lebsock (SBN 184546)
HAUSFELD LLP

2

```
 1                    600 Montgomery St., Suite 3200
 2                    San Francisco, CA 94111
                      Tel: (415) 633-1908
 3                    Fax: (415) 358-4980
                      Email: mlehmann@hausfeld.com
 4                    Email: bsweeney@hausfeld.com
 5                    Email: clebsock@hausfled.com

 6
                             Scott Martin
 7                           Irving Scher
                            HAUSFELD LLP
 8                   33 Whitehall Street, 14th Floor
                         New York, NY 10004
 9
                         Tel: (646) 357-1100
10                       Fax: (212) 202-4322
                      Email: smartin@hausfeld.com
11                    Email: ischer@hausfeld.com
12

13                  Bonny E. Sweeny (SBN 176174)
                 Christopher L. Lebsock (SBN 184546)
14                          HAUSFELD LLP
                    600 Montgomery St., Suite 3200
15                    San Francisco, CA 94111
16                       Tel: (415) 633-1908
                         Fax: (415) 358-4980
17                    Email: mlehmann@hausfeld.com
                      Email: bsweeney@hausfeld.com
18                    Email: clebsock@hausfled.com
19
20
                             Howard Langer
21                           Edward Diver
                             Peter Leckman
22
                    LANGER GROGAN AND DIVER PC
23                     1717 Arch Street, Suite 4130
                         Philadelphia, PA 19103
24                       Tel: (215) 320-5660
25                       Fax: (215) 320-5703
                     Email: hlanger@langergrogan.com
26                   Email: diver@langergrogan.com
                     Email: pleckman@langergrogan.com
27
28


                                    3
     5233538v1/014918
```

**Defendants National Football League Inc., NFL Enterprises LLC, Arizona Cardinals, Inc., Atlanta Falcons Football Club LLC, Baltimore Ravens Limited Partnership, Buffalo Bills, Inc., Panthers Football LLC, Chicago Bears Football Club, Inc., Cincinnati Bengals, Inc., Cleveland Browns LLC, Dallas Cowboys Football Club, Ltd., Denver Broncos Football Club, Detroit Lions, Inc., Green Bay Packers, Inc., Houston NFL Holdings LP, Indianapolis Colts, Inc., Jacksonville Jaguars Ltd., Kansas City Chiefs Football Club, Inc., Miami Dolphins, Ltd., Minnesota Vikings Football Club LLC, New England Patriots, LP, New Orleans Louisiana Saints LLC, New York Football Giants, Inc., New York Jets Football Club, Inc., Oakland Raiders LP, Philadelphia Eagles Football Club, Inc., Pittsburgh Steelers Sports, Inc., San Diego Chargers Football Co., San Francisco Forty Niners Ltd., Football Northwest LLC, The Rams Football Company LLC, Buccaneers Limited Partnership, Tennessee Football, Inc., Washington Football, Inc.:**

Beth A. Wilkinson (admitted pro hac vice)
WILKINSON WALSH + ESKOVITZ LLP
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com

Sean Eskovitz (Bar No. 241877)
WILKINSON WALSH + ESKOVITZ LLP
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
seskovitz@wilkinsonwalsh.com

Neema T. Sahni (Bar No. 274240)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

4

5233538v1/014918

Gregg H. Levy (admitted pro hac vice)
Derek Ludwin (admitted pro hac vice)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

**Defendants DIRECTV, LLC and DIRECTV Holdings LLC:**

Michael E. Baumann (Bar No. 145830)
Melissa D. Ingalls (Bar No. 174861)
Robyn E. Bladow (Bar No. 205189)
Tammy A. Tsoumas (Bar No. 250487)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
michael.baumann@kirkland.com
melissa.ingalls@kirkland.com
robyn.bladow@kirkland.com
tammy.tsoumas@kirkland.com

Dated: July 28, 2017                    Respectfully submitted,


By:   */s/ Marc M. Seltzer*
         Marc M. Seltzer

Marc M. Seltzer
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

5

5233538v1/014918

| | |
|---|---|
| 1 | Arun Subramanian |
| 2 | asubramanian@susmangodfrey.com |
|   | William Christopher Carmody |
| 3 | bcarmody@susmangodfrey.com |
| 4 | Seth Ard |
|   | sard@susmangodfrey.com |
| 5 | Ian M. Gore |
| 6 | igore@susmangodfrey.com |
|   | SUSMAN GODFREY LLP |
| 7 | 1301 Avenue of the Americas, 32nd Fl. |
| 8 | New York, NY 10019 |
|   | Tel: (212) 336-8330 |
| 9 | Fax: (212) 336-8340 |
| 10 | |
|    | Michael D. Hausfeld |
| 11 | mhausfeld@hausfeld.com |
| 12 | HAUSFELD LLP |
|    | 1700 K. Street NW, Suite 650 |
| 13 | Washington, DC 20006 |
| 14 | Tel: (202) 540-7200 |
|    | Fax: (202) 540-7201 |
| 15 | |
| 16 | Scott Martin |
|    | smartin@hausfeld.com |
| 17 | Irving Scher |
| 18 | ischer@hausfeld.com |
|    | HAUSFELD LLP |
| 19 | 33 Whitehall Street, 14th Floor |
| 20 | New York, NY 10004 |
|    | Tel: (646) 357-1100 |
| 21 | Fax: (212) 202-4322 |
| 22 | |
|    | Michael P. Lehmann (SBN 77152) |
| 23 | mlehmann@hausfeld.com |
| 24 | Bonny E. Sweeny (SBN 176174) |
|    | bsweeney@hausfeld.com |
| 25 | Christopher L. Lebsock (SBN 184546) |
| 26 | clebsock@hausfled.com |
|    | HAUSFELD LLP |
| 27 | 600 Montgomery St., Suite 3200 |
| 28 | San Francisco, CA 94111 |
|    | Tel: (415) 633-1908 |

6

5233538v1/014918

| | |
|---|---|
| 1 | Fax: (415) 358-4980 |
| 2 | |
| 3 | Howard I. Langer<br>hlanger@langergrogan.com |
| 4 | Edward Diver<br>diver@langergrogan.com |
| 5 | Peter Leckman |
| 6 | pleckman@langergrogan.com<br>LANGER GROGAN AND DIVER PC |
| 7 | 1717 Arch Street, Suite 4130 |
| 8 | Philadelphia, PA 19103<br>Tel: (215) 320-5660 |
| 9 | Fax: (215) 320-5703 |
| 10 | |
| 11 | *Interim Class Counsel* |

7

5233538v1/014918