

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

August 02, 2017

| | |
|---|---|
| No.: | 17-56119 |
| D.C. No.: | 2:15-ml-02668-BRO-JEM |
| Short Title: | Ninth Inning, Inc., et al v. DIRECTV, LLC, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 02 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: NATIONAL FOOTBALL LEAGUES SUNDAY TICKET ANTITRUST LITIGATION,<br><br>NINTH INNING, INC., DBA The Mucky Duck; 1465 THIRD AVENUE RESTAURANT CORP., DBA Gael Pub; ROBERT GARY LIPPINCOTT, Jr.; MICHAEL HOLINKO, an individual, for himself and all others similarly situated,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>DIRECTV, LLC; DIRECTV HOLDINGS, LLC; NATIONAL FOOTBALL LEAGUE, INC.; NFL ENTERPRISES, LLC; ARIZONA CARDINALS, INC.; ATLANTA FALCONS FOOTBALL CLUB LLC; BALTIMORE RAVENS, LP; BUFFALO BILLS, INC.; PANTHERS FOOTBALL, LLC; CHICAGO BEARS FOOTBALL CLUB, INC.; CINCINNATI BENGALS, INC.; CLEVELAND BROWNS, LLC; DALLAS COWBOYS FOOTBALL CLUB, LTD.; DETROIT LIONS, INC.; GREEN BAY PACKERS, INC.; | No. 17-56119<br><br>D.C. No. 2:15-ml-02668-BRO-JEM<br><br>U.S. District Court for Central California, Los Angeles<br><br>**TIME SCHEDULE ORDER** |

HOUSTON NFL HOLDINGS, LP; INDIANAPOLIS COLTS, INC.; JACKSONVILLE JAGUARS, LTD.; KANSAS CITY CHIEFS FOOTBALL CLUB, INC.; MIAMI DOLPHINS, LTD.; MINNESOTA VIKINGS FOOTBALL CLUB, LLC; NEW ENGLAND PATRIOTS, LP; NEW ORLEANS LOUISIANA SAINTS, LLC; NEW YORK FOOTBALL GIANTS, INC.; NEW YORK JETS FOOTBALL CLUB, INC.; OAKLAND RAIDERS, LP; PHILADELPHIA EAGLES FOOTBALL CLUB, INC.; PITTSBURGH STEELERS SPORTS, INC.; SAN DIEGO CHARGERS FOOTBALL CO.; SAN FRANCISCO FORTY NINERS, LTD.; THE RAMS FOOTBALL COMPANY, LLC; BUCCANEERS, LP; TENNESSEE FOOTBALL, INC.; WASHINGTON FOOTBALL, INC.; FOOTBALL NORTHWEST LLC; DENVER BRONCOS FOOTBALL CLUB,

          Defendants - Appellees.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Wed., August 9, 2017** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., August 28, 2017** | Transcript shall be ordered. |
| **Mon., November 27, 2017** | Transcript shall be filed by court reporter. |
| **Thu., January 4, 2018** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Mon., February 5, 2018** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: John Brendan Sigel
Deputy Clerk
Ninth Circuit Rule 27-7