Name and address:
Ian M. Gore (pro hac vice)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3841
Facsimile: (206) 516-3883

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>PLAINTIFF(S)<br>v.<br>THIS DOCUMENT RELATES TO ALL ACTIONS<br><br>DEFENDANT(S) | CASE NUMBER:<br>MDL No. ML 15-02668–BRO (JEMx)<br><br>NOTICE OF CHANGE OF ATTORNEY BUSINESS OR CONTACT INFORMATION |

## INSTRUCTIONS

*Attorneys with pending cases:*

If you are counsel of record in a case currently pending in this district and you need to update your business or contact information, you must file and serve this form in <u>each</u> of your pending cases. Doing so will satisfy your notice obligation under Local Rule 83-2.4. <u>In addition</u>, if you are a registered CM/ECF User, you must log in to your CM/ECF account and update your information directly in the CM/ECF System. *See* Local Rule 5-4.8.1.

*Attorneys with no pending cases:*

If you are a registered CM/ECF User with no cases currently pending in this district, and you need to update your business or contact information in the Court's records, you must log in to your CM/ECF account and update your information in the CM/ECF System. Doing so satisfies your obligations under Local Rules 5-4.8.1 and 83-2.4; you do not need to submit this or any other form.

If you are <u>not</u> a registered CM/ECF User, have no cases currently pending in this district, and need to update your business or contact information in the Court's records, please complete this form (you may leave the caption and case number blank) and e-mail it to email_update@cacd.uscourts.gov with the subject line "Attention: Attorney Admission Clerk." Doing so satisfies your notice obligation under Local Rule 83-2.4.

*Please note*:

Use this form only to make changes to an attorney's business or contact information, not to change a party's representation. If you need to add, remove, or substitute counsel in a particular case, use Form G-01 ("Request for Approval of Substitution or Withdrawal of Counsel") or Form G-123 ("Notice of Appearance or Withdrawal of Counsel").

## SECTION I - IDENTIFYING INFORMATION

Name: Ian M. Gore

Current e-mail address of record: igore@susmangodfrey.com

Check one: ☐ Member of the Central District Bar; CA Bar No: _____    ☑ Admitted *pro hac vice*

Counsel of record for (if filing in a pending case): Plaintiffs Ninth Inning Inc. dba The Mucky Duck, 1465 Third Avenue Restaurant Corp. dba Gael Pub, Robert Lippincott Jr., and Michael Holinko

If you are an Assistant United States Attorney or Deputy Federal Public Defender in this district, indicate your agency and office:

☐ FPDO    ☐ USAO (specify): ☐ Civil Division  ☐ Criminal Division
☐ Los Angeles    ☐ Santa Ana    ☐ Riverside

**SECTION II - UPDATED INFORMATION**

☐ I need to update the e-mail address associated with my CM/ECF account. My new primary e-mail address is: _____

*Note: if you need to update the secondary e-mail address(es) associated with your CM/ECF account, you must log in to CM/ECF and makes those changes yourself. Court staff will not update that information for you.*

☑ I need to update other business or contact information. Please replace my current contact information with the following new information:

Attorney's name changed to: _____

Name of new firm or government agency: _____

New address: 1201 Third Avenue, Suite 3800, Seattle, Washington 98101-3000

New telephone number: 206-516-3841       New fax number: 206-516-3883

New e-mail address *(for non-CM/ECF Users)*: _____

**SECTION III - APPLICATION TO CLOSED CASES**

If you are a CM/ECF User, you will have the opportunity to change your contact information in cases that are no longer pending when you update your information in CM/ECF. If you are <u>not</u> a registered CM/ECF User, using this form to update your information will affect pending and future cases only, unless you check one of the boxes below:

☑ Update my information in all cases (including closed cases) in which I am listed as counsel of record.

☐ Update my information in only the following cases (*include case name and number; attach additional pages if necessary*):

_____
_____
_____
_____

**SECTION IV - REQUEST A CM/ECF LOGIN AND PASSWORD**

If you are not a registered CM/ECF User, you may register simply by checking the box below and providing an e-mail address. (Attending a training session is no longer required.)

☐ I wish to register as a CM/ECF User. Please send a CM/ECF login and password to me at the e-mail address given above (or at the following e-mail address, if none given above: _____ ). I agree to abide by all Court rules, orders, policies, and procedures governing use of the Court's CM/ECF System, and I understand that the combination of my user ID and password will serve as my signature when filing documents. I will protect the security of my password, and will notify the Court immediately if I suspect that my password has been compromised.

**SECTION V - SIGNATURE**

Pursuant to Rule 83-2.4 of the Local Rules for the Central District of California, I hereby notify the Clerk of Court and all parties to this action, if any action is named above, that my business or contact information has changed as indicated herein.

Date: January 7, 2019       Signature: /s/ Ian M. Gore