UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| In re: National Football League's Sunday Ticket Antitrust Litigation | MDL 2668<br>Case No. 2:15-md-02668-BRO-JEM<br>The Honorable Beverly Reid O'Connell |

## NOTICE OF CHANGE OF ADDRESS

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Please take notice that effective January 4, 2019, the address of Spector Roseman & Kodroff, P.C. has changed to:

SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA  19103

Our email addresses, telephone number, and facsimile number remain the same. Please update your records accordingly.

Dated:  January 29, 2019           **BY:**     /s/ *William G. Caldes*
                                                                William G. Caldes
                                                                **SPECTOR ROSEMAN & KODROFF, P.C.**
                                                                2001 Market Street, Suite 3420
                                                                Philadelphia, PA 19103
                                                                Tel:  (215) 496-0300
                                                                Fax:  (215) 496-6611
                                                                Email:  bcaldes@srkattorneys.com

                                                                *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2019, a true and correct copy of the foregoing Notice of Change of Address was filed with the Clerk of the Court and served upon Counsel of Record *via* ECF.

/s/ *William G. Caldes*
WILLIAM G. CALDES