FILED

OCT 16 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: NATIONAL FOOTBALL LEAGUES SUNDAY TICKET ANTITRUST LITIGATION, _____ NINTH INNING, INC., DBA The Mucky Duck; et al., Plaintiffs-Appellants, v. DIRECTV, LLC; et al., Defendants-Appellees. | No.  17-56119 D.C. No. 2:15-ml-02668-BRO-JEM Central District of California, Los Angeles ORDER |

Before: IKUTA and N.R. SMITH, Circuit Judges, and STEEH,[*] District Judge.

NFL Defendants-Appellees' Motion to Stay Issuance of the Mandate Pending a Petition for Writ of Certiorari is GRANTED. Pursuant to Fed. R. App. P. 41(d)(2), the mandate in the case is stayed until January 8, 2020, to permit appellees to file a petition for writ of certiorari in the Supreme Court. Should the Supreme Court grant certiorari, the mandate will be stayed pending its disposition

---

[*] The Honorable George Caram Steeh III, United States District Judge for the Eastern District of Michigan, sitting by designation.

of the case. Should the Supreme Court deny certiorari, the mandate will issue immediately. The parties shall advise this court immediately upon the Supreme Court's decision.