# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In Re: National Football Leagues Sunday Ticket Antitrust Litigation

PLAINTIFF(S)

v.

DEFENDANT(S).

CASE NUMBER: 2:15-ml-02668-BRO-JEMx

CASE NUMBER IN TRANSFEROR COURT:

## NOTICE OF TRANSFER BACK / REMAND AND REOPENING OF CASE

To: All Counsel / Parties of Record

The above-entitled action has been transferred back or remanded to this court from the U S Judicial Panel ~~District of~~ Multi district Litigation.

The case has been re-opened under its previous case number and assigned to Judge Philip S. Gutierrez and Magistrate Judge John E. McDermott. If you have any questions, you may contact the Courtroom Deputy at (213) 894-8899.

☒ MD JS-5.

Clerk, U. S. District Court

11/12/20
Date

By C. Powers
Deputy Clerk

cc: District Judge
    Magistrate Judge