UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL 15-2668 PSG (JEMx) | Date | November 23, 2020 |
|---|---|---|---|
| Title | In re National Football Leagues Sunday Ticket Antitrust Litigation | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** **The Court instructs the parties to file a joint status report and schedules a status conference for January 12, 2021**

The Court instructs the parties to file a joint status report regarding the instant action by **January 5, 2021**. The Court will hold a status teleconference on **January 12, 2021** at 2:00 p.m. All pleadings are filed in MDL 15-2668.

**IT IS SO ORDERED.**