Name and address:
Edward Delman
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION <br> Plaintiff(s) <br> v. <br> THIS DOCUMENT RELATES TO ALL ACTIONS <br> Defendant(s). | CASE NUMBER <br> 2:15-ml-02668-PSG-JEM <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Delman, Edward J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-336-8330
*Telephone Number*

212-336-8340
*Fax Number*

edelman@susmangodfrey.com
*E-Mail Address*

of

Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Ninth Inning Inc. dba The Mucky Duck, 1465 Third Avenue Restaurant Corp. dba Gael Pub, Robert Gary Lippincott, Jr., and Michael Holinko.

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Seltzer, Marc M.
*Designee's Name (Last Name, First Name & Middle Initial)*

54534
*Designee's Cal. Bar No.*

310-789-3100
*Telephone Number*

310-789-3150
*Fax Number*

mseltzer@susmangodfrey.com
*E-Mail Address*

of

Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge