UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL FOOTBALL LEAGUE'S
"SUNDAY TICKET" ANTITRUST LITIGATION                    MDL No. 2668

### ORDER REASSIGNING LITIGATION

  The Panel has been notified of the need to reassign the above litigation to another judge in the Central District of California.

  IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Philip S. Gutierrez, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

        FOR THE PANEL

        _/s/ Karen K. Caldwell_
        Karen K. Caldwell
        Chair