Name and address:
Edward Delman
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019

E-FILED
DEC - 3 2020
Document #
Link # 272

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:15-ml-02668-PSG-JEM |
| v. | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Delman, Edward J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-336-8330     212-336-8340
*Telephone Number     Fax Number*

edelman@susmangodfrey.com
*E-Mail Address*

of Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Ninth Inning Inc. dba The Mucky Duck, 1465 Third Avenue Restaurant Corp. dba Gael Pub, Robert Gary Lippincott, Jr., and Michael Holinko.

*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

and designating as Local Counsel

Seltzer, Marc M.
*Designee's Name (Last Name, First Name & Middle Initial)*

54534     310-789-3100     310-789-3150
*Designee's Cal. Bar No.   Telephone Number   Fax Number*

mseltzer@susmangodfrey.com
*E-Mail Address*

of Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid, ☒ be refunded  ☐ not be refunded.

Dated 12/1/2020

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1