Name and address:
Roxana C. Guidero (319299)
Wilkinson Stekloff LLP
11601 Wilshire Blvd, Suite 600
Los Angeles, CA 90049
rguidero@wilkinsonstekloff.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: National Football League's Sunday Ticket<br><br>Plaintiff(s),<br><br>v.<br><br><br>Defendant(s), | CASE NUMBER<br><br>Case No. 2:15-ml-02668-PSG<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Barber, Jeremy S.
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*      check here if federal government attorney ☐

Wilkinson Stekloff LLP
_____
*Firm/Agency Name*

130 West 42nd Street                           212-294-8910                    202-847-4005
_____          _____          _____
24th Floor                                     *Telephone Number*              *Fax Number*
_____
*Street Address*

New York, NY 10036                                       jbarber@wilkinsonstekloff.com
_____                      _____
*City, State, Zip Code*                                    *E-mail Address*

**I have been retained to represent the following parties:**

National Football League, NFL Enterprises, LLC, and the    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____
Individual NFL Clubs                                        ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See Section IV | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 12/30/2020

Jeremy S. Barber
Applicant's Name (please type or print)

*[signature]*
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Guidero, Roxana C.
*Designee's Name (Last Name, First Name & Middle Initial)*

Wilkinson Stekloff LLP
*Firm/Agency Name*

11601 Wilshire Blvd

Suite 600
*Street Address*

Los Angeles, CA, 90049
*City, State, Zip Code*

(424) 291-9661
*Telephone Number*

(202) 847-4005
*Fax Number*

rguidero@wilkinsonstekloff.com
*Email Address*

319299
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 1/04/2021

Roxana C. Guidero
*Designee's Name (please type or print)*

*[signature]*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional Court Admissions:

Title of Court - Date of Admission; Active Member in Good Standing

Virginia Supreme Court (#67931) - 10/15/2004; Yes
D.C. Court of Appeals (#493472) - 8/08/2005; Yes
D.C. District Court - 7/25/2006; Yes
New York, First Department (#899077) - 3/30/2015; Yes
U.S. Court of Appeals for the 11th Circuit - 7/15/2020; Yes

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

**JEREMY SCOTT BARBER**

was admitted to practice as an attorney and counsellor at the bar of this Court on January 10, 2005.

I further certify that so far as the records of this office are concerned, JEREMY SCOTT BARBER is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court
This 28th day of December
A.D. 2020

By:_____
*Deputy Clerk*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Jeremy S Barber

was duly qualified and admitted on August 8, 2005 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on December**
**22, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Jeremy S. Barber

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on March 30, 2015, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on

December 22, 2020

Clerk of the Court

9147