# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| v.<br><br>_____ Plaintiff(s)<br><br>_____ Defendant(s). | CASE NUMBER<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE _PRO HAC VICE_** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case _Pro Hac Vice_ filed by**

_____ of _____
_Applicant's Name (Last Name, First Name & Middle Initial)_

_____  _____
_Telephone Number_                  _Fax Number_

_____
_E-Mail Address_                    _Firm/Agency Name & Address_

**for permission to appear and participate in this case on behalf of**

_____
_Name(s) of Party(ies) Represented_    ☐ _Plaintiff(s)_  ☐ _Defendant(s)_  ☐ _Other:_ _____

**and designating as Local Counsel**

_____ of _____
_Designee's Name (Last Name, First Name & Middle Initial)_

_____  _____  _____
_Designee's Cal. Bar No._  _Telephone Number_  _Fax Number_

_____
_E-Mail Address_                    _Firm/Agency Name & Address_

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
         ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
         ☐ for failure to complete Application: _____
         ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
         ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
         ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
U.S. District Judge/U.S. Magistrate Judge