Name and address
Roxana C. Guidero
Wilkinson Stekloff
11601 Wilshire Blvd, Suite 600
Los Angeles, CA 90049
Telephone: (424) 291-9661
Facsimile: (202) 847-4005
rguidero@wilkinsonstekloff.com

E-FILED
JAN - 5 2021

Document #
LINK 280

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: National Football League's Sunday Ticket

v.

Plaintiff(s)

Defendant(s).

CASE NUMBER

Case No. 2:15-ml-02668 — PSG

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Barber, Jeremy S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-294-8910         202-847-4005
*Telephone Number*    *Fax Number*

jbarber@wilkinsonstekloff.com
*E-Mail Address*

of

Wilkinson Stekloff LLP
130 West 42nd Street
24th Floor
New York, NY 10036

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
National Football League, NFL Enterprises, LLC, and the Individual NFL Clubs

☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

*Name(s) of Party(ies) Represented*

**and designating as Local Counsel**

Guidero, Roxana C.
*Designee's Name (Last Name, First Name & Middle Initial)*

319299         (424) 291-9661     (202) 847-4005
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

rguidero@wilkinsonstekloff.com
*E-Mail Address*

of

Wilkinson Stekloff LLP
11601 Wilshire Blvd
Suite 600
Los Angeles, CA 90049

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☒ be refunded ☐ not be refunded.

Dated 1/5/21

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1