**Name and address:**
Roxana C. Guidero
Wilkinson Stekloff
11601 Wilshire Blvd, Suite 600
Los Angeles, CA 90049
rguidero@wilkinsonstekloff.com

E-FILED
JAN - 5 2021
Document #
MWK #281

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re: National Football League's Sunday Ticket

Plaintiff(s)

v.

Defendant(s).

**CASE NUMBER**
Case No. 2:15-ml-02668-PSG

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kilaru, Rakesh N.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-847-4000       202-847-4005
*Telephone Number*   *Fax Number*

rkilaru@wilkinsonstekloff.com
*E-Mail Address*

of Wilkinson Stekloff LLP
2001 M Street NW 10th Floor
Washington, DC 20036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
National Football League, NFL Enterprises, LLC, and the Individual NFL Clubs
*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Guidero, Roxana C.
*Designee's Name (Last Name, First Name & Middle Initial)*

319299        (424) 291-9661    (202) 847-4005
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

rguidero@wilkinsonstekloff.com
*E-Mail Address*

of Wilkinson Stekloff LLP
11601 Wilshire Blvd
Suite 600,
Los Angeles, CA 90049
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated 1/5/21

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1