Marc M. Seltzer (54534)
mseltzer@susmangodrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Scott Martin
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

Howard Langer
hlanger@langergrogan.com
Edward Diver
ndiver@langergrogan.com
Peter Leckman
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Interim Co-Lead Class Counsel*

[Additional Counsel listed in Signature Block]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>CLASS ACTION<br><br>**PLAINTIFFS' SUPPLEMENTAL SUBMISSION TO JOINT STATUS REPORT**<br><br>Hon. Philip S. Gutierrez<br><br>DATE: January 12, 2021<br>TIME: 2:00 p.m.<br>LOCATION: Courtroom 6A |

In the parties' joint status report of January 5, 2021 (Doc. 283), Plaintiffs stated that they would request the Court to set specific deadlines for the exchange of merits expert reports and summary judgment briefing not tied to the Court's decision on Plaintiffs' motion for class certification. Plaintiffs respectfully submit this supplement to propose those suggested dates, consistent with the deadline for the service of merits experts by Plaintiffs previously proposed by Plaintiffs to Defendants and the intervals agreed to by the parties for the remaining portions of the case schedule. Plaintiffs' proposed deadlines are as follows:

| EVENT | DATE |
|---|---|
| Deadline for plaintiffs to serve opening merits expert reports | November 4, 2022 |
| Deadline for defendants to serve responsive merits expert reports | January 18, 2023 |
| Deadline for plaintiffs to serve rebuttal merits expert reports | March 6, 2023 |
| Close of expert discovery | April 5, 2023 |
| Deadline for summary judgment motions to be filed | May 22, 2023 |
| Deadline for responses to summary judgment motions | July 21, 2023 |
| Deadline for replies in support of summary judgment motions | August 21, 2023 |

Dated:  January 8, 2021                              Respectfully submitted,


                                           By:   /s/ Marc M. Seltzer
                                                  Marc M. Seltzer


Marc M. Seltzer                              Arun Subramanian
SUSMAN GODFREY L.L.P.                         William Christopher Carmody

1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Michael D. Hausfeld
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeld.com

Scott Martin
Irving Scher
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

Seth Ard
Ian M. Gore
Edward Delman
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340
asubramanian@susmangodfrey.com
bcarmody@susmangodfrey.com
sard@susmangodfrey.com
igore@susmangodfrey.com
edelman@susmangodfrey.com

Michael P. Lehmann (SBN77152)
Bonny E. Sweeny (SBN 176174)
Christopher L. Lebsock (SBN 184546)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfled.com

Howard Langer
Edward Diver
Peter Leckman
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com
diver@langergrogan.com
pleckman@langergrogan.com

*Interim Class Counsel*