Rosanne L. Mah (State Bar No. 242628)
Email: rmah@zlk.com
**LEVI & KORSINSKY, LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

*Counsel for Plaintiff Duck Duck LLC*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LIGITATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.  2:15-ml-02668-PSG (JEMx)<br><br>CLASS ACTION<br><br>**NOTICE AND MOTION FOR WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 83-2.3.2**<br><br>Judge:      Hon. Philip S. Gutierrez |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF THE RECORD:**

PLEASE TAKE NOTICE that ROSANNE L. MAH, of the law firm of LEVI & KORSINKSY, LLP, pursuant to Rule 83-2.3.2 of the Local Rules of the United States District Court for the Central District of California, hereby requests the Court withdraw her as counsel of record in this matter on behalf of Plaintiff Duck Duck LLC, individually and on behalf of all similarly situated persons.

Plaintiff Duck Duck LLC will continue to be represented by Gordon M. Fauth, Jr. of Finkelstein Thompson LLP, and will continue to serve as counsel of record for the parties indicated.

Further, attached hereto as Exhibit A is a [Proposed] Order Granting Withdrawal of Counsel for entry by the Court.

Respectfully submitted,

Dated: January 12, 2021    **LEVI & KORSINSKY, LLP**

By: /s/ *Rosanne L. Mah*
Rosanne L. Mah
Email: rmah@zlk.com
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

*Counsel for Plaintiff Duck Duck LLC*

## CERTIFICATE OF SERVICE

I, Rosanne L. Mah, hereby affirm and declare that on January 12, 2021, I caused a true and correct copy of the Notice and Motion of Withdrawal of Counsel to be served via the Court's ECF system.

Dated: January 12, 2021    By:    /s/ *Rosanne L. Mah*
                                  Rosanne L. Mah