Rosanne L. Mah (State Bar No. 242628)
Email: rmah@zlk.com
**LEVI & KORSINSKY, LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

*Counsel for Plaintiff Duck Duck LLC*



link 292

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LIGITATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL** |

**[~~PROPOSED~~] ORDER**

Upon consideration of Plaintiffs' Notice and Motion For Withdrawal of Counsel, and good cause appearing, it is HEREBY ORDERED that ROSANNE L. MAH, of the law firm of LEVI & KORSINKSY, LLP, is hereby withdrawn as counsel of record in this matter on behalf of Plaintiff Duck Duck LLC.

The Clerk of the Court is directed to remove Rosanne L. Mah from the record and from the Court's ECF System for this case.

Dated: January 12, 2021            By: _____
                                   Honorable Philip S. Gutierrez
                                   United States District Judge