UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL 15-2668-PSG (JEMx) | Date | January 12, 2021 |
|---|---|---|---|
| Title | IN RE NATIONAL FOOTBALL LEAGUES SUNDAY TICKET ANTITRUST LITIGATION | | |

| Present: The Honorable | Philip S. Gutierrez, United States Chief District Court Judge (video) |
|---|---|

| Wendy Hernandez (video) | Marea Woolrich (video) |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Marc Seltzer (video) | Beth Wilkinson (video)<br>Robyn Bladow (video) |

**Proceedings:** ZOOM STATUS CONFERENCE

The Court, having read and considered the recent filings and having heard from counsel today, adopts the following dates.

| | |
|---|---|
| Parties to Supplement Rule 26(a)(1) Initial Disclosures | January 22, 2021 |
| Discovery Commences | January 22, 2021 |
| Deadline for DIRECTV to File Renewed Motion to Compel Arbitration | February 5, 2021 |
| Deadline for plaintiffs' Opposition to Renewed Motion to Compel Arbitration | February 26, 2021 |
| Deadline for DIRECTV's Reply Brief on Renewed Motion to Compel Arbitration | March 19, 2021 |
| **Hearing on Motion to Compel Arbitration** | **April 19, 2021 at 1:30 p.m.** |
| Deadline for substantial production of usable transactional data | April 22, 2021 |
| Deadline for substantial completion of document productions in response to document requests served by January 22, 2021 | October 22, 2021 |
| Deadline for completion of fact discovery | March 22, 2022 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | MDL 15-2668-PSG (JEMx) | Date | January 12, 2021 |
| Title | IN RE NATIONAL FOOTBALL LEAGUES SUNDAY TICKET ANTITRUST LITIGATION | | |

| | |
|---|---|
| Deadline for plaintiffs' class certification motion and accompanying expert reports ("Class Certification Motion") | May 20, 2022 |
| Deadline for defendants' response to Class Certification Motion and accompanying class certification expert reports | August 3, 2022 |
| Deadline for replies to response to Class Certification Motion and accompanying rebuttal class certification expert reports | September 19, 2022 |
| **Hearing on class certification motion** | **October 17, 2022 at 1:30 p.m.** |
| Deadline for plaintiffs to serve opening merits expert reports | November 4, 2022 |
| Deadline for defendants to serve responsive merits expert reports | January 18, 2023 |
| Deadline for plaintiffs to serve rebuttal merits expert reports | March 6, 2023 |
| Close of expert discovery | April 5, 2023 |
| Deadline for summary judgment motions to be filed | May 22, 2023 |
| Deadline for responses to summary judgment motions | July 21, 2023 |
| Deadline for replies in support of summary judgment motions | August 21, 2023 |
| **Hearing on Motion for Summary Judgment** | **October 9, 2023 at 1:30 p.m.** |

Further, counsel shall submit a stipulation proposing a pretrial and trial date in 2024.

| | : | 21 |
|---|---|---|
| Initials of Preparer | wh | |