David W. Kesselman (SBN 203838)
dkesselman@kbslaw.com
Amy T. Brantly, SBN 210893
abrantly@kbslaw.com
Trevor V. Stockinger (SBN 226359)
tstockinger@kbslaw.com
KESSELMAN BRANTLY STOCKINGER LLP
1230 Rosecrans Ave., Suite 400
Manhattan Beach, CA 90266
Telephone: (310) 307-4555
Facsimile: (310) 307-4570

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LIGITATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>CLASS ACTION<br><br>**NOTICE AND MOTION FOR WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 83-2.3.2**<br><br>Judge: Hon. Philip S. Gutierrez |

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that DAVID W. KESSELMAN, AMY T. BRANTLY and TREVOR V. STOCKINGER of the law firm KESSELMAN BRANTLY STOCKINGER LLP ("KBS"), pursuant to Rule 83-2.3.2 of the Local Rules of the United States District Court for the Central District of California, hereby request that they no longer be listed as counsel of record in this matter. Along with the law firm MoginRubin LLP, KBS originally filed an action on behalf of Plaintiff Sir Waldon, Inc. d/b/a Oggi's Pizza ("Oggi's Pizza"). Ultimately, this Court consolidated the various actions and, after Plaintiffs filed a consolidated class action complaint, Oggi's Pizza was not included among the named class members in the consolidated action. Further, the Court has chosen lead class counsel who continue to represent all putative class members, including the interests of Oggi's Pizza and others. Accordingly, KBS lawyers David W. Kesselman, Amy T. Brantly, and Trevor V. Stockinger, ask to formally withdraw and no longer be listed as counsel of record in the matter.

Attached hereto as Exhibit A is a [Proposed] Order Granting Withdrawal of Counsel for entry by the Court.

DATED: January 20, 2021        Respectfully submitted,

KESSELMAN BRANTLY STOCKINGER LLP

By:     s/ *David W. Kesselman*
         David. W. Kesselman

David W. Kesselman
Amy T. Brantly
Trevor V. Stockinger

2   Case No. 2:15-ml-02668-PSG (JEMx)
NOTICE AND MOTION FOR WITHDRAWAL OF COUNSEL