1 David W. Kesselman (SBN 203838)
  *dkesselman@kbslaw.com*
2 Amy T. Brantly, SBN 210893
  *abrantly@kbslaw.com*
3 Trevor V. Stockinger (SBN 226359)
  *tstockinger@kbslaw.com*
4 KESSELMAN BRANTLY STOCKINGER LLP
  1230 Rosecrans Ave., Suite 400
5 Manhattan Beach, CA 90266
  Telephone: (310) 307-4555
6 Facsimile: (310) 307-4570

7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LIGITATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL** |
|---|---|

Case No. 2:15-ml-02668-PSG-(JEMx)
[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Notice and Motion For Withdrawal of Counsel, and good cause appearing, it is HEREBY ORDERED that DAVID W. KESSELMAN, AMY T. BRANTLY and TREVOR V. STOCKINGER of the law firm KESSELMAN BRANTLY STOCKINGER LLP, are hereby withdrawn as counsel of record in this matter..

The Clerk of the Court is directed to remove David W. Kesselman, Amy T. Brantly and Trevor V. Stockinger from the record and from the Court's ECF System for this case.

DATED: January 20, 2021

_____
The Honorable Philip S. Gutierrez
United States District Judge