David W. Kesselman (SBN 203838)
*dkesselman@kbslaw.com*
Amy T. Brantly, SBN 210893
*abrantly@kbslaw.com*
Trevor V. Stockinger (SBN 226359)
*tstockinger@kbslaw.com*
KESSELMAN BRANTLY STOCKINGER LLP
1230 Rosecrans Ave., Suite 400
Manhattan Beach, CA 90266
Telephone: (310) 307-4555
Facsimile: (310) 307-4570

FILED
CLERK, U.S. DISTRICT COURT
1/21/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

link 296
cc: ATTY ADM

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LIGITATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>CLASS ACTION<br><br>**[~~PROPOSED~~] ORDER GRANTING WITHDRAWAL OF COUNSEL** |

# [~~PROPOSED~~] ORDER

Upon consideration of Plaintiffs' Notice and Motion For Withdrawal of Counsel, and good cause appearing, it is HEREBY ORDERED that DAVID W. KESSELMAN, AMY T. BRANTLY and TREVOR V. STOCKINGER of the law firm KESSELMAN BRANTLY STOCKINGER LLP, are hereby withdrawn as counsel of record in this matter..

The Clerk of the Court is directed to remove David W. Kesselman, Amy T. Brantly and Trevor V. Stockinger from the record and from the Court's ECF System for this case.

1/21/21
DATED: ~~January 20, 2021~~

*[signature]*

The Honorable Philip S. Gutierrez
United States District Judge