1  Tammy A. Tsoumas (Bar No. 250487)
   Jonathan J. Faria (Bar No. 274019)
2  KIRKLAND & ELLIS LLP
   2049 Century Park East, Suite 3700
3  Los Angeles, CA 90067
   Telephone (310) 552-4200
4  tammy.tsoumas@kirkland.com
   jon.faria@kirkland.com
5
   Michael E. Baumann (Bar No. 145830)
6  Melissa D. Ingalls (Bar No. 174861)
   Robyn E. Bladow (Bar No. 205189)
7  KIRKLAND & ELLIS LLP
   555 South Flower Street
8  Los Angeles, CA 90071
   Telephone:  (213) 680-8400
9  Facsimile:  (213) 680-8500
   michael.baumann@kirkland.com
10 melissa.ingalls@kirkland.com
   robyn.bladow@kirkland.com
11
   *Counsel for Defendants DIRECTV, LLC*
12 *and DIRECTV Holdings LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO. 2:15-ml-02668-PSG (JEMx) |
| | **STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DIRECTV'S RENEWED MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |
| THIS DOCUMENT RELATES TO:  ALL ACTIONS | Judge: Hon. Philip S. Gutierrez |
| | Consolidated Amended Complaint Filed: June 24, 2016 |
| | Date:        April 19, 2021<br>Time:        1:30 p.m.<br>Courtroom: 6A |

TO THE HONORABLE COURT IN THE ABOVE-ENTITLED ACTION AND ALL INTERESTED PARTIES:

Defendants DIRECTV, LLC and DIRECTV Holdings LLC ("DIRECTV"), and Plaintiffs Robert Lippincott, Michael Holinko, Gael Pub and The Mucky Duck ("Plaintiffs"), by and through their respective counsel, hereby enter into the following stipulation:

WHEREAS, Plaintiffs and DIRECTV previously agreed to a briefing schedule for DIRECTV's Renewed Motion to Compel Arbitration and Stay Proceedings, setting February 5, 2021 for DIRECTV's opening brief, February 26, 2021 for Plaintiffs' opposition, and March 19, 2021 for DIRECTV's reply;

WHEREAS, in its Order of January 12, 2021, the Court adopted the foregoing dates and set the hearing on the renewed motion for April 19, 2021 at 1:30 p.m.;

WHEREAS, DIRECTV has encountered challenges with individuals working remotely in finalizing its opening brief and supporting materials, and has requested from Plaintiffs a one-week extension for its deadline to file its opening brief;

WHEREAS, Plaintiffs do not object to DIRECTV's request, and the Parties have further agreed to corresponding changes to the remaining deadlines;

WHEREAS, Plaintiffs and DIRECTV agree that the hearing on DIRECTV's motion may remain on April 19, 2021 as scheduled;

NOW THEREFORE, Plaintiffs and DIRECTV hereby agree and stipulate, subject to the Court's approval, as follows:

1. DIRECTV's deadline to file its opening brief in support of its Renewed Motion to Compel Arbitration and Stay Proceedings shall be continued from February 5, 2021 to February 12, 2021;

2. Plaintiffs' deadline to file their opposition to DIRECTV's Renewed Motion to Compel Arbitration and Stay Proceedings shall be continued from February 26, 2021 to March 5, 2021;

1

3. DIRECTV's deadline to file its reply brief in support of its Renewed Motion to Compel Arbitration and Stay Proceedings shall be continued from March 19, 2021 to March 26, 2021; and

4. All other presently scheduled deadlines shall remain unchanged.

DATED: February 1, 2021      Respectfully submitted,

By:  */s/ Robyn E. Bladow*
Michael E. Baumann (Bar No. 145830)
Melissa D. Ingalls (Bar No. 174861)
Robyn E. Bladow (Bar No. 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
michael.baumann@kirkland.com
melissa.ingalls@kirkland.com
robyn.bladow@kirkland.com

Tammy A. Tsoumas (Bar No. 250487)
Jonathan J. Faria (Bar No. 274019)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone (310) 552-4200
tammy.tsoumas@kirkland.com
jon.faria@kirkland.com

*Counsel for Defendants DIRECTV, LLC And DIRECTV Holdings LLC*

| | | |
|---|---|---|
| 1 | DATED: February 1, 2021 | */s/ Marc M. Seltzer*<br>Marc M. Seltzer |

Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Michael D. Hausfeld
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeld.com

Scott Martin
Irving Scher
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

Arun Subramanian
William Christopher Carmody
Seth Ard
Ian M. Gore
Edward Delman
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340
asubramanian@susmangodfrey.com
bcarmody@susmangodfrey.com
sard@susmangodfrey.com
igore@susmangodfrey.com
edelman@susmangodfrey.com

Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
Christopher L. Lebsock (SBN 184546)
HAUSFELD LLP
600 Montgomery St., Suite 320
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

Howard Langer
Edward Diver
Peter Leckman
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com
diver@langergrogan.com
pleckman@langergrogan.com

*Interim Class Counsel*

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

By: */s/ Robyn E. Bladow*
Robyn E. Bladow