1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | CASE NO. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR DIRECTV'S RENEWED MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Consolidated Amended Complaint Filed: June 24, 2016<br><br>Date:  April 19, 2021<br>Time:  1:30 p.m.<br>Courtroom:  6A |

Pursuant to the Stipulation between Plaintiffs and the DIRECTV Defendants filed on February 1, 2021,

IT IS HEREBY ORDERED that:

1. DIRECTV's deadline to file its opening brief in support of its Renewed Motion to Compel Arbitration and Stay Proceedings shall be continued from February 5, 2021 to February 12, 2021;

2. Plaintiffs' deadline to file their opposition to DIRECTV's Renewed Motion to Compel Arbitration and Stay Proceedings shall be continued from February 26, 2021 to March 5, 2021; and

3. DIRECTV's deadline to file its reply brief in support of its Renewed Motion to Compel Arbitration and Stay Proceedings shall be continued from March 19, 2021 to March 26, 2021.

**IT IS SO ORDERED.**

DATED: _____, 2021

Philip S. Gutierrez
CHIEF UNITED STATES DISTRICT JUDGE