Marc M. Seltzer (54534)
mseltzer@susmangodrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Scott Martin
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

Howard Langer
hlanger@langergrogan.com
Edward Diver
ndiver@langergrogan.com
Peter Leckman
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Interim Co-Lead Class Counsel*

[Additional Counsel listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **STIPULATION REGARDING PROPOSED DATES FOR FINAL PRETRIAL CONFERENCE AND TRIAL** |

Pursuant to the Court's Order of January 12, 2021, *see* Dkt. 294 at 2, the parties hereby stipulate and propose, subject to the Court's approval, the following dates:

- the final pretrial conference to be held on February 5, 2024; and
- trial to commence on February 20, 2024.[1]

**SO STIPULATED.**

Dated: February 2, 2021                    Respectfully submitted,

By:    */s/ Marc M. Seltzer*
          Marc M. Seltzer

| | |
|---|---|
| Marc M. Seltzer | Arun Subramanian |
| SUSMAN GODFREY L.L.P. | William Christopher Carmody |
| 1900 Avenue of the Stars, Suite 1400 | Seth Ard |
| Los Angeles, CA 90067 | Edward Delman |
| Tel: (310) 789-3100 | SUSMAN GODFREY L.L.P. |
| Fax: (310) 789-3150 | 1301 Avenue of the Americas, 32nd FL. |
| mseltzer@susmangodfrey.com | New York, NY 10019 |
| | Tel: (212) 336-8330 |
| Michael D. Hausfeld | Fax: (212) 336-8340 |
| HAUSFELD LLP | asubramanian@susmangodfrey.com |
| 1700 K. Street NW, Suite 650 | bcarmody@susmangodfrey.com |
| Washington, DC 20006 | sard@susmangodfrey.com |
| Tel: (202) 540-7200 | igore@susmangodfrey.com |
| Fax: (202) 540-7201 | edelman@susmangodfrey.com |
| mhausfeld@hausfeld.com | |
| | Michael P. Lehmann (SBN77152) |
| Scott Martin | Bonny E. Sweeney (SBN 176174) |
| Irving Scher | Christopher L. Lebsock (SBN 184546) |
| HAUSFELD LLP | HAUSFELD LLP |
| 33 Whitehall Street, 14th Floor | 600 Montgomery St., Suite 3200 |
| New York, NY 10004 | San Francisco, CA 94111 |

---

[1] By agreeing to these dates at the Court's direction, DIRECTV does not waive any right to arbitrate and again expressly reserves all rights set forth in the parties' arbitration agreements.

1

| | |
|---|---|
| Tel: (646) 357-1100 | Tel: (415) 633-1908 |
| Fax: (212) 202-4322 | Fax: (415) 358-4980 |
| smartin@hausfeld.com | mlehmann@hausfeld.com |
| ischer@hausfeld.com | bsweeney@hausfeld.com |
| | clebsock@hausfled.com |

Howard Langer
Edward Diver
Peter Leckman
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com
diver@langergrogan.com
pleckman@langergrogan.com

*Interim Co-Lead Class Counsel*

DATED:   February 2, 2021      /s/ Beth A. Wilkinson

Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)

|   |   |   |
|---|---|---|
| 1 |   | Derek Ludwin (admitted *pro hac vice*) |
| 2 |   | COVINGTON & BURLING LLP |
|   |   | One CityCenter |
| 3 |   | 850 Tenth Street NW |
|   |   | Washington, DC 20001 |
| 4 |   | Telephone: (202) 662-6000 |
|   |   | Facsimile: (202) 662-6291 |
| 5 |   | glevy@cov.com |
|   |   | dludwin@cov.com |

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

DATED: February 2, 2021

*/s/ Tammy A. Tsoumas*
Tammy A. Tsoumas (Bar No. 250487)
Jonathan J. Faria (Bar No. 274019)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
telephone 310-552-4200
tammy.tsoumas@kirkland.com
jon.faria@kirkland.com

Michael E. Baumann (Bar No. 145830)
Melissa D. Ingalls (Bar No. 174861)
Robyn E. Bladow (Bar No. 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
michael.baumann@kirkland.com
melissa.ingalls@kirkland.com
robyn.bladow@kirkland.com

*Counsel for Defendants DIRECTV, LLC and DIRECTV Holdings LLC*

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

By: */s/ Marc M. Seltzer*
Marc M. Seltzer