1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
3  Los Angeles, CA 90067
   Telephone:  (310) 553-6700
4  Facsimile:   (310) 246-6779

5  M. RANDALL OPPENHEIMER (S.B. #77649)
   roppenheimer@omm.com
6  O'MELVENY & MYERS LLP
   400 South Hope Street, 18th Floor
7  Los Angeles, CA 90071
   Telephone:  (213) 430-6000
8  Facsimile:   (213) 430-6407

9  KATRINA ROBSON (S.B. #229835)
   krobson@omm.com
10 O'MELVENY & MYERS LLP
   1625 Eye Street NW
11 Washington, DC 20006
   Telephone:     (212) 326-2128
12 Facsimile:      (212) 326- 2061

13 Attorneys for Defendants DIRECTV, LLC and
   DIRECTV Holdings LLC
14

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG-JEMx<br><br>**NOTICE OF APPEARANCE FOR DANIEL M. PETROCELLI AS COUNSEL OF RECORD FOR DEFENDANTS** |
|---|---|

NOTICE OF APPEARANCE
Case No. 2:15-ml-02668-PSG-JEMx

1  PLEASE TAKE NOTICE that Daniel M. Petrocelli of O'Melveny & Myers
2  LLP enters his appearance as counsel of record for Defendants DIRECTV, LLC
3  and DIRECTV HOLDINGS LLC, in connection with the above-captioned matter.
4  This Notice of Appearance constitutes Daniel M. Petrocelli's first appearance in
5  this case. Effective immediately, please add Daniel M. Petrocelli as an attorney to
6  receive ECF and other notices on all matters at the following address:

Daniel M. Petrocelli
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

Dated: February 12, 2021

Respectfully Submitted
By: s/ Daniel M. Petrocelli
    Daniel M. Petrocelli

Counsel for Defendants DIRECTV, LLC and DIRECTV Holdings LLC