| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
| | dpetrocelli@omm.com |
| 2 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 8th Floor |
| 3 | Los Angeles, CA 90067 |
| | Telephone:  (310) 553-6700 |
| 4 | Facsimile:   (310) 246-6779 |
| 5 | M. RANDALL OPPENHEIMER (S.B. #77649) |
| | roppenheimer@omm.com |
| 6 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street, 18th Floor |
| 7 | Los Angeles, CA 90071 |
| | Telephone:  (213) 430-6000 |
| 8 | Facsimile:   (213) 430-6407 |
| 9 | KATRINA ROBSON (S.B. #229835) |
| | krobson@omm.com |
| 10 | O'MELVENY & MYERS LLP |
| | 1625 Eye Street NW |
| 11 | Washington, DC 20006 |
| | Telephone:     (212) 326-2128 |
| 12 | Facsimile:     (212) 326- 2061 |
| 13 | Attorneys for Defendants DIRECTV, LLC and DIRECTV Holdings LLC |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG-JEMx <br><br> **NOTICE OF APPEARANCE FOR M. RANDALL OPPENHEIMER AS COUNSEL OF RECORD FOR DEFENDANTS** |

PLEASE TAKE NOTICE that M. Randall Oppenheimer of O'Melveny & Myers LLP enters his appearance as counsel of record for Defendants DIRECTV, LLC and DIRECTV HOLDINGS LLC, in connection with the above-captioned matter. This Notice of Appearance constitutes M. Randall Oppenheimer's first appearance in this case. Effective immediately, please add M. Randall Oppenheimer as an attorney to receive ECF and other notices on all matters at the following address:

> M. Randall Oppenheimer
> roppenheimer@omm.com
> O'MELVENY & MYERS LLP
> 400 South Hope Street, 18th Floor
> Los Angeles, CA 90071
> Telephone: (213) 430-6000
> Facsimile: (213) 430-6407

Dated: February 12, 2021

Respectfully Submitted
By: s/ M. Randall Oppenheimer
　　　M. Randall Oppenheimer

Counsel for Defendants DIRECTV, LLC and DIRECTV Holdings LLC