M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

KATRINA ROBSON (S.B. #229835)
krobson@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (212) 326-2128
Facsmile: (212) 326- 2061

Attorneys for Defendants DIRECTV, LLC and DIRECTV Holdings LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG-JEMx<br><br>**NOTICE OF APPEARANCE FOR KATRINA ROBSON AS COUNSEL OF RECORD FOR DEFENDANTS** |

1  PLEASE TAKE NOTICE that Katrina Robson of O'Melveny & Myers LLP
2  enters her appearance as counsel of record for Defendants DIRECTV, LLC and
3  DIRECTV HOLDINGS LLC, in connection with the above-captioned matter. This
4  Notice of Appearance constitutes Katrina Robson's first appearance in this case.
5  Effective immediately, please add Katrina Robson as an attorney to receive ECF
6  and other notices on all matters at the following address:

Katrina Robson
krobson@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone:   (212) 326-2128
Facsmile:    (212) 326- 2061

Dated: February 12, 2021

Respectfully Submitted
By: s/ Katrina Robson
    Katrina Robson

Counsel for Defendants DIRECTV,
LLC and DIRECTV Holdings LLC