Daniel M. Petrocelli (Bar No. 97802)
Randall Oppenheimer (Bar No. 77649)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 553-6700
dpetrocelli@omm.com
dmarroso@omm.com

Robyn E. Bladow (Bar No. 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Tammy A. Tsoumas (Bar No. 250487)
Jonathan J. Faria (Bar No. 274019)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
tammy.tsoumas@kirkland.com
jonathan.faria@kirkland.com

*Attorneys for Defendants DIRECTV, LLC and DIRECTV Holdings LLC*

*[additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DEFENDANTS DIRECTV, LLC AND DIRECTV HOLDINGS LLC'S NOTICE OF MOTION AND RENEWED MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Consolidated Amended Complaint Filed: June 24, 2016<br><br>Date:         April 19, 2021<br>Time:        1:30 p.m.<br>Courtroom:  6A |

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE** that on April 19, 2021 at 1:30 p.m., or as soon |
| 3 | thereafter as the matter can be heard, in Courtroom 6A of the United |
| 4 | States District Court for the Central District of California, located at 350 |
| 5 | West 1st Street, Los Angeles, California, 90012, defendants DIRECTV, |
| 6 | LLC and DIRECTV Holdings LLC ("DIRECTV") will and hereby do renew |
| 7 | their motion for an order compelling Plaintiffs Robert Gary Lippincott, |
| 8 | Michael Holinko, 1465 Third Avenue Restaurant Corp. (d/b/a Gael Pub), |
| 9 | and Ninth Inning, Inc. (d/b/a The Mucky Duck) to resolve their respective |
| 10 | disputes with DIRECTV through binding, individual arbitrations, pursuant |
| 11 | to the terms of Plaintiffs' arbitration agreements with DIRECTV, and for a |
| 12 | stay of these proceedings pending these arbitrations.  This motion is made |
| 13 | following the conferences of counsel pursuant to Local Rule 7-3, which took |
| 14 | place initially on August 1, 2016 as to DIRECTV's original motion to |
| 15 | compel arbitration, and again on December 1, 2020 and December 11, 2020 |
| 16 | as to DIRECTV's renewed motion. |
| 17 | This Motion is based on this Notice; the Memorandum in Support of |
| 18 | DIRECTV's Renewed Motion to Compel Arbitration and Stay Proceedings |
| 19 | filed herewith; the declarations of Alisa Kellogg and Nancy Fossey filed |
| 20 | herewith; the declarations of John Gardner, Michelle Harris, Julianne |
| 21 | Lusain, Amanda Mitchell, Steven Mullins, Kyle Wells, and Carine |
| 22 | Yahinian filed in support of DIRECTV's original motion (Dkt. 171); the |
| 23 | complete files and records in this action; and any further arguments and |
| 24 | evidence that may be presented at the hearing on this matter. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| Dated: February 12, 2021 | Respectfully submitted, |
| | /s/ *Robyn E. Bladow* |
| | Robyn E. Bladow (Bar No. 205189) |
| | KIRKLAND & ELLIS LLP |
| | 555 South Flower Street |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 680-8400 |
| | robyn.bladow@kirkland.com |
| | |
| | Tammy A. Tsoumas (Bar No. 250487) |
| | Jonathan J. Faria (Bar No. 274019) |
| | KIRKLAND & ELLIS LLP |
| | 2049 Century Park East, Suite 3700 |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 552-4200 |
| | tammy.tsoumas@kirkland.com |
| | jonathan.faria@kirkland.com |
| | |
| | Erin E. Murphy (*phv* forthcoming) |
| | KIRKLAND & ELLIS LLP |
| | 1301 Pennsylvania Avenue NW |
| | Washington, DC 20004 |
| | Telephone: (202) 879-5000 |
| | erin.murphy@kirkland.com |
| | |
| | /s/ *Daniel M. Petrocelli* |
| | Daniel M. Petrocelli (Bar No. 97802) |
| | Randall Oppenheimer (Bar No. 77649) |
| | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars |
| | Los Angeles, California 90067 |
| | Telephone: (310) 553-6700 |
| | dpetrocelli@omm.com |
| | dmarroso@omm.com |
| | |
| | Katrina M. Robson (Bar No. 229835) |
| | O'MELVENY & MYERS LLP |
| | 1625 Eye Street, NW |
| | Washington, D.C. 20006 |
| | Telephone: (202) 383-5300 |
| | krobson@omm.com |
| | |
| | *Attorneys for Defendants DIRECTV, LLC and DIRECTV Holdings LLC* |