Daniel M. Petrocelli (Bar No. 97802)
Randall Oppenheimer (Bar No. 77649)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 553-6700
dpetrocelli@omm.com
dmarroso@omm.com

Robyn E. Bladow (Bar No. 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Tammy A. Tsoumas (Bar No. 250487)
Jonathan J. Faria (Bar No. 274019)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
tammy.tsoumas@kirkland.com
jonathan.faria@kirkland.com

*Attorneys for Defendants DIRECTV, LLC
and DIRECTV Holdings LLC*

*[additional counsel on motion signature page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:  ALL ACTIONS | CASE NO. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF NANCY FOSSEY IN SUPPORT OF DIRECTV'S RENEWED MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Consolidated Amended Complaint Filed: June 24, 2016<br><br>Date:        April 19, 2021<br>Time:       1:30 p.m.<br>Courtroom: 6A |

1    I, Nancy Fossey, declare under penalty of perjury that the
2    following is true and correct:
3    1.   I began my employment with the AT&T organization in 1989
4    and have worked in various positions over the years, first with Pacific
5    Bell, then SBC Advanced Solutions, then AT&T. Since 2017 forward, I
6    have worked on a consulting basis as a Program/Project Manager for the
7    Post Sale Customer Experience group with AT&T Mobility &
8    Entertainment Group. In my role with the Post Sale Customer
9    Experience group, my responsibilities included coordinating updates to
10   the DIRECTV Residential Customer Agreement. To fulfill those
11   responsibilities, I have become familiar with the policies, procedures,
12   and automated systems used to provide DIRECTV customers with their
13   updated Customer Agreements. I have been asked to provide
14   information about the manner in which residential subscribers Robert
15   Lippincott and Michael Holinko received updated Customer Agreements
16   following the June 2016 update. The facts contained in this declaration
17   are based on my personal knowledge and my review of DIRECTV's
18   regularly-maintained business records, and I can testify competently to
19   them if called upon to do so.
20   2.   I have reviewed the declaration of Amanda Mitchell, which
21   was filed on August 8, 2016. Ms. Mitchell describes in her declaration
22   the method by which residential DIRECTV customers who have valid e-
23   mail addresses on file receive notice of their updated Residential
24   Customer Agreements via e-mail. I have also reviewed the August 2016
25   declaration of Michelle Harris, which describes the process by which Mr.
26   Lippincott and Mr. Holinko received their updated 2016 Residential
27   Customer Agreement. I have reviewed these subscribers' customer
28   records, which are created, updated, and maintained in the ordinary

1  course of business at DIRECTV, and based on that review and my years
2  of experience with DIRECTV, I am able to detail the transmission of
3  more recent customer agreement updates pursuant to the process
4  described by Ms. Mitchell.

5      3.    A true and correct copy of the e-mail sent to DIRECTV
6  customers with the updated March 2017 Residential Customer
7  Agreement is attached hereto as Exhibit 1. The e-mail is titled
8  "Changes to your DIRECTV® Residential Customer Agreement,"
9  notifies the customers that DIRECTV "recently made some updates to
10 the terms of your service" and describes those updates. The email then
11 informs the customer that "Updates to the Customer Agreement took
12 effect March 1, 2017." and advises customers, "You can view or print the
13 updated Customer Agreement here." The underlined word "here" acts as
14 a hyperlink to a webpage on DIRECTV's website with the full text of the
15 updated customer agreement. A true and correct copy of the March 2017
16 Residential Customer Agreement is attached hereto as Exhibit 2.

17     4.    I have reviewed DIRECTV's regularly-maintained customer
18 records for Mr. Lippincott (DIRECTV Account No. 5248476) and Mr.
19 Holinko (DIRECTV Account No. 5294189 and 261520062). I have also
20 reviewed DIRECTV's data files that detail instructions to DIRECTV's
21 vendor for sending customers the updated March 2017 Residential
22 Customer Agreement by e-mail. Based on this review, I can confirm that
23 both Mr. Lippincott and Mr. Holinko received notices of and links to
24 their updated March 2017 Customer Agreements via e-mail in March
25 2017.

26     5.    Mr. Lippincott and Mr. Holinko were sent their updated 2017
27 Customer Agreement on March 15, 2017 to the e-mail addresses then on
28 file with DIRECTV, karla.lippincott@gmail.com for Mr. Lippincott's

account, and CGLINK@MSN.COM for Mr. Holinko's account. The screenshot below is a true and correct copy of an image of the "command prompt" from DIRECTV's data files that DIRECTV sent to its vendor Experian for execution of the March 2017 email campaign. Specifically, this image indicates that the "DTV_CAPP2017", which refers to the Customer Agreement and Privacy Policy update in 2017, was emailed to these two email addresses on "20170315", which means on March 15, 2017.

```
D:\Users\jg469x\Documents\Projects\Legal\CAPP\CAPP2017\EMAIL>findstr "52484761" DTV_CAPP2017_RES_EMAIL_BC20_BC27_20170315.txt
52484761,LIPPINCOTT,ROB,KARLA.LIPPINCOTT@GMAIL.COM,25

D:\Users\jg469x\Documents\Projects\Legal\CAPP\CAPP2017\EMAIL>findstr "5294189," DTV_CAPP2017_RES_EMAIL_BC28_BC04_20170315.txt
5294189,HOLINKO,MICHAEL,CGLINK@MSN.COM,4

D:\Users\jg469x\Documents\Projects\Legal\CAPP\CAPP2017\EMAIL>
```

Based on my review of Mr. Holinko's and Mr. Lippincott's customer records, upon receiving the updated Customer Agreement, neither Mr. Lippincott nor Mr. Holinko contacted DIRECTV to dispute any terms or conditions in the Customer Agreement, or to cancel their DIRECTV service.

6. A true and correct copy of the e-mail sent to DIRECTV customers with the updated December 2017 Residential Customer Agreement is attached hereto as Exhibit 3. Like the March 2017 email, this email is titled "Changes to your DIRECTV® Residential Customer Agreement" and notifies customers that DIRECTV "recently made some updates to the terms of your DIRECTV service." The email continues, "Updates to the DIRECTV Residential Customer Agreement will take effect for you on **January 21, 2018**." The email also identifies the sections that include new language, and provides a link for the customer to review the new Residential Customer Agreement: "Go here to review the new DIRECTV Residential Customer Agreement language in the

1  introduction and the following sections: [listing sections]." The
2  underlined word "here" acts as a hyperlink to a webpage on DIRECTV's
3  website with the full text of the updated customer agreement. A true
4  and correct copy of the December 2017 Residential Customer Agreement
5  is attached hereto as Exhibit 4.

6      7.    In mid-2017, DIRECTV began using a different vendor
7  named Inbox Marketer (Inbox Marketer is now named Trendline) for
8  emailing customers. I managed multiple projects with Inbox Marketer,
9  and was specifically responsible for managing the 2017 Customer
10 Agreement update, which was provided to existing DIRECTV customers
11 in December 2017. Based on my review of DIRECTV's regularly-
12 maintained data files that detail the specifics associated with each
13 mailing campaign to customers, I confirmed that DIRECTV sent the
14 notice of and link to the December 2017 Residential Customer
15 Agreement by e-mail to Mr. Holinko on December 1, 2017.

16     8.    Mr. Holinko was sent his updated December 2017 Customer
17 Agreement on December 1, 2017 at 19:17:22 to the e-mail address then
18 on file with DIRECTV, CGLINK@MSN.COM. I confirmed this based on
19 the information contained in the screenshot below, which is a true and
20 correct copy of an image of the campaign details from DIRECTV's
21 regularly-maintained data files:

| EML_ADDR_ID | EMAIL_ADDRESS | BILLING_NAME | ACCT_ID | CUST_LOC_ID | BILL_SYS_GEO_ID | BILL_SYS_DE_SC | BLNG_ADDR_LOC_S RC_ADDR_KEY_ID | CHNL_CD | CONTCT_DT_TM | CMPGN_CD | APRIMO # | VNDR_ID | VENDOR_NM | CONTCT_STS_ID | STATUSNA ME | SRC_UPDT_DT_TM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 195601219 | CGLINK@MSN.COM | MICHAEL HOLINKO | 721192608 | 298572093 | | 16 LEGACY_DTV | 807911524 | Email | 12/01/2017 19:17:22 | 000000124624 | 1055413 | 72 | INBOX MARKETER (EMAIL) | 2 | TARGETED | 12/01/2017 19:17:22 |

24 Specifically, this image refers to "APRIMO # 1055413." Based on my
25 personal knowledge as the manager of this update at the time, as well as
26 my review of DIRECTV's regularly-maintained business records,
27 APRIMO 1055413 corresponds to the emailed notice of the December
28 2017 Customer Agreement update. The information in the screenshot

1  further specifies the customer name "Michael Holinko" and email
2  address "CGLINK@MSN.COM", and the date "12/01/2017" and time
3  "19:17:22" the email was sent.

4      9.    Based on my review of Mr. Holinko's customer records, upon
5  receiving the updated Customer Agreement, Mr. Holinko did not contact
6  DIRECTV to dispute any terms or conditions in the Customer
7  Agreement, or to cancel his DIRECTV service.

8      10.    According to Mr. Lippincott's customer records, which are
9  created, updated and maintained in the regular course of business at
10 DIRECTV, he had a valid email address on file
11 (karla.lippincott@gmail.com) at the time notification of the December
12 2017 update was sent to existing customers. Thus, although I could not
13 locate the data file confirming Mr. Lippincott's update, the segmentation
14 criteria for the campaign included all existing customers, which means
15 all existing customers were designated to receive this update. Thus,
16 according to DIRECTV's business rules, procedures, and the
17 segmentation criteria for the December 2017 update that I personally
18 managed, Mr. Lippincott would also have been sent the email
19 notification (at karla.lippincott@gmail.com) with a link to the December
20 2017 Customer Agreement on December 1, 2017.

21     11.    Based on my review of Mr. Lippincott's customer records,
22 upon receiving the updated Customer Agreement, Mr. Lippincott did not
23 contact DIRECTV to dispute any terms or conditions in the Customer
24 Agreement, or to cancel his DIRECTV service. According to Mr.
25 Lippincott's customer records, Mr. Lippincott discontinued his
26 DIRECTV service in August 2020.

27     12.    I have also reviewed the declaration of Carine Yahinian,
28 which was filed on August 8, 2016, and which accurately describes the

processes by which existing customers have received emails confirming their orders for DIRECTV service and equipment. Based on my review of Mr. Lippincott's customer records, I confirmed that on August 13, 2018, Mr. Lippincott was sent an email pursuant to the protocol and business rules described in Ms. Yahinian's declaration, confirming an order he placed for new equipment (a DIRECTV Wireless Genie Mini). A true and correct copy of Mr. Lippincott's August 13, 2018 equipment order confirmation email is attached hereto as Exhibit 5. The order confirmation stated in bold letters, "**Review your customer agreement,**" advised Mr. Lippincott to "[p]lease review the DIRECTV agreement links below," and included a link titled "**View Customer Agreement**," which linked the viewer to the Residential Customer Agreement. The order confirmation letter also included a list titled "**CUSTOMER OFFER TERMS AND CONDITIONS**," which included the following term: "You and DIRECTV agree that any dispute arising under or relating to your agreements or service with DIRECTV, which cannot be resolved informally, will be resolved through binding arbitration as fully set forth in your DIRECTV Customer Agreement (may be viewed at directv.com/legal). Arbitration means you waive your right to a jury trial."

13. Since December 2017, certain terms in the DIRECTV Residential Customer Agreement have been updated, including in December 2019 and in November 2020, but none related to the arbitration clause.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of February, 2021, in Wilton, California.

*Nancy Fossey*
Nancy Fossey