# EXHIBIT 1

Can't see this email? Click here.



# Changes to your DIRECTV® residential customer agreement

Hello,

We hope you are enjoying your DIRECTV service!

We wanted to let you know that we've recently made some updates to the terms of your service. We've added some new paragraphs under Section 2(e)(4) about Advanced Payments and Deposits, Section 3(c) regarding Online Access, and Section 4 regarding Changes in Contract Terms. We've also added a new Fee Schedule as Exhibit 1.

Updates to the Customer Agreement took effect March 1, 2017. You can view or print the updated Customer Agreement here.

Thanks for choosing us,

AT&T

**YOUR EMAIL SUBSCRIPTION**
AT&T and DIRECTV reserve the right to contact you via email regarding your account. For details on how we use your information, please read our Privacy Policy.

To receive special offer emails from DIRECTV or change your email address, manage your email here.

To ensure delivery, add directv@directv.com & directv@cm.directv.com to your address book.

**QUESTIONS OR COMMENTS?**
Please use the contact information above for questions regarding this message or go to support.directv.com/app/contact_us for support. You can also go to att.com/contactus for more options. This is an automated email so we can't answer replies to the address.

©2017 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo and DIRECTV are registered trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.