# EXHIBIT 3

Can't see this email? View online.



Changes to your DIRECTV®
Residential Customer Agreement

Hello,

We hope you are enjoying your DIRECTV® service!

We wanted to let you know that we've recently made some updates to the terms of your DIRECTV service. Updates to the DIRECTV Residential Customer Agreement will take effect for you on **January 21, 2018**.

Go here to review the new DIRECTV Residential Customer Agreement language in the introduction and the following sections:

- 1 (f)   Installation
- 1 (k)   Management of Leased Equipment and Receiving Equipment
- 1 (l)   Repair or Replacement of Equipment
- 1 (n)   Restrictions Related to Equipment
- 2 (a)   Programming
- 2 (b)   Monthly Fees for DIRECTV Receivers, Genie Minis and/or DIRECTV Ready TVs/Devices
- 2 (d)   Auto Bill Pay
- 2 (e)   Other Fees
- 2 (i)   Consents Regarding Credit
- 3 (b)   Contact Information
- 3 (c)   Online Access
- 3 (d)   Authorized User(s)
- 5 (c)   Our Cancellation
- 5 (e)   Payment Upon Cancellation
- 6 (d)   Termination
- 7 (b)   WARRANTY DISCLAIMER
- 7 (c)   Limitations of Liability
- 9 (e)   No Responsibility for Third Party Services

Thanks for choosing us,

AT&T

2

QUESTIONS OR COMMENTS?
Please use the contact information above for questions regarding this message or go to support.directv.com/app/contact_us for support. You can also go to att.com/contactus for more options. This is an automated email so we can't answer replies to the address.

©2017 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo and DIRECTV are registered trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.

Privacy Policy

2

Document1