# EXHIBIT 5

Your DIRECTV Video Order Confirmation                                                                View Online

**DIRECTV**                                                                Subscriber | 52484761

| My Account ▸ | Download the App ▸ | Help Center ▸ |

**Hi ROB,**



Great news! Your DIRECTV experience is about to get even better. We have placed your order for new equipment so please take a moment to review these simple steps below.

**① Check your DIRECTV video order**
(This is NOT a bill)
Please review your order. If you need to make any changes, contact DIRECTV.

**② Review your DIRECTV installation information**
**Your new receiver with simple setup instructions is being shipped to you.**

*If installation by a technician is required, an agent will call you within 24 to 72 hours to schedule an installation appointment.*



**YOUR ORDER—This is not a bill**

Order Date: 08/13/2018
DIRECTV Order Confirmation Number: 290080381
DIRECTV Account Number: 52484761

Address: 1119 SUNNYSIDE DR
HEALDSBURG, CA 95448

| YOUR EQUIPMENT SELECTIONS | |
|---|---|
| **Qty  Description** | |
| 1    DIRECTV Wireless Genie Mini | $0.00 |
| **ADDITIONAL FEES** | |
| Installation Fee | $0.00 |
| Delivery & Handling Fee | $0.00 |
| Tax | $0.00 |
| **ORDER TOTAL PAID**** | **$0.00** |

**③ Review your customer agreement and privacy policy**
Please review the DIRECTV agreement links below.

Please note that upgrading your equipment requires a **12-MO PROGRAMMING AGREEMENT**, which allows us to provide you with reduced equipment fees.

If you decide to cancel your service early or otherwise fail to maintain your minimum programming requirement, you will be responsible for a fee of $10/mo. for the remainder of your contract (up to $120).

[View Customer Agreement »]

[View Privacy Policy »]

## HAVE A QUESTION? Visit us online or call us at 800.531.5000.

*You agree that if you are not present at installation, the adult (18 or older) who will be present is authorized to act on your behalf, including accepting the DIRECTV Customer and Equipment Lease agreements, and agreeing to any additional services or agreements.

**Reflects total amount paid at initial time of order. This is not a bill; please do not send any form of payment to DIRECTV.

**IF YOU HAVE A DIRECTV INSTALLATION APPOINTMENT, THERE ARE SOME SIMPLE THINGS TO KEEP IN MIND:**

**Installation Appointment Confirmation.** We will contact you to confirm your installation date and time. Please note that DIRECTV video only customers can log in to directv.com/myappt to view and set up your appointment notification preferences.

**Authorized Adult Present at Installation.** Make sure you or someone at least 18 years of age and authorized to sign documents on your behalf is present for your installation.

**Broadband Connection or Working Phone Line.** Make sure your phone and/or internet service is already activated prior to your installation appointment to take full advantage of your DIRECTV® service.

**Limited or Restricted Parking.** If you live in an area where parking is restricted or limited, please keep in mind that the installer will need access to parking in order to begin installation.

**CUSTOMER OFFER TERMS AND CONDITIONS**

Please refer to your DIRECTV Lease Addendum for all Terms and Conditions regarding your leased equipment. By placing this order you agree to the following terms:

- You are a current residential DIRECTV customer.
- If you cancel your order prior to installation, we will issue a full refund.
- If you decide to cancel your service early or do not maintain your base level programming, you will be charged an early termination fee of $10 per month for each month remaining on your 12 month contract (up to $120).
- RECEIVERS ARE AT ALL TIMES PROPERTY OF DIRECTV AND MUST BE RETURNED UPON CANCELLATION OF SERVICE OR NON-RETURN FEES APPLY. $45 FOR EACH STANDARD DIRECTV RECEIVER, HD Receiver, and each Genie Mini, and $135 FOR EACH DVR, HD DVR, and GENIE HD DVR . You agree to continuously maintain the minimum level of programming with us as follows: 12 months if you elect to have your Standard, HD, DVR, or HD DVR, DIRECTV Genie, DIRECTV Genie Lite, DIRECTV Genie Mini, Wireless Genie Mini or DIRECTV 4K Genie Mini shipped to you**OR** 24 consecutive months if you elect professional installation of your Standard, HD, DVR, or HD DVR, DIRECTV Genie, DIRECTV Genie Lite, DIRECTV Genie Mini, Wireless Genie Mini or DIRECTV 4K Genie Mini.
- In certain markets, programming and pricing may vary. DIRECTV PROGRAMMING AND PRICING SUBJECT TO CHANGE AT ANY TIME.
- Unless included as part of your base package or promotional offer, there is a TV Access fee of $7/mo. for each receiver, each Genie Mini and each DIRECTV Ready TV/Device (as applicable) on your account. Each TV Access fee represents either an Equipment lease fee for lease of a receiver or Genie Mini, or a service fee for mirroring Service to a DIRECTV Ready TV/Device. All TV Access fees are subject to change at any time.
- If you have the following equipment and your account start date is 2/8/12 or prior, the service fees are as follows:
    - HD Receiver or HD DVR: Advanced Receiver- HD ($10/mo.)
    - DVR or HD DVR: Advanced Receiver- DVR ($10/mo.)
    - HD DVR: Whole-Home DVR service ($10/mo.)
- If you have the following equipment and your account start date is between 2/9/12 and 2/6/13, the service fees are as follows:
    - HD DVR: Advanced Receiver ($23/mo.*)
    - DVR: Advanced Receiver- DVR ($10/mo.)
    - HD Receiver: Advanced Receiver- HD ($10/mo.)
- If you have the following equipment and your account start date is between 2/7/13 and 7/23/14, the service fees are as follows:
    - HD DVR: Advanced Receiver ($25/mo.)
    - DVR: Advanced Receiver- DVR ($10/mo.)
    - HD Receiver: Advanced Receiver- HD ($10/mo.)
- If you have the following equipment and your account start date is between 7/24/14 or after, the service fees are as follows:
    - HD DVR: Advanced Receiver ($15/mo.)
    - HD Receiver: Not applicable
- If you have an All Included programming package, the Advanced Receiver service fee is included in the package price.
- Your receiver must be continuously connected to your broadband service or a land-based phone line to activate certain sports programming and to allow pay per view ordering by remote control.
- If you cease to be DIRECTV's customer for any reason (whether voluntarily or involuntarily), you will receive instructions via email and/or postal mail for returning leased equipment, or you can visit www.att.com/equipmentreturns. Leased equipment must be returned with 21 days to avoid a non-return fee of $45 per standard receiver or $135 per DVR receiver. Any non-return charges will be billed to your account or credit card to be refunded when equiment is received.
- You and DIRECTV agree that any dispute arising under or relating to your agreements or service with DIRECTV, which cannot be resolved informally, will be resolved through binding arbitration as fully set forth in your DIRECTV Customer Agreement (may be viewed at directv.com/legal). Arbitration means you waive your right to a jury trial.

* Advanced Receiver increase of $3.00/mo. applicable only to customers with Advanced Receiver service, an account start date after 2/8/2012, and will be reflected as $23.00/mo. after a $2.00 offsetting bill credit for each month that Advanced Receiver fee is active during its promotional period.

DIRECTV reserves the right to contact you via email regarding your account.

This email was sent to KARLA.LIPPINCOTT@GMAIL.COM. You are receiving this email as a result of your recent DIRECTV order. DIRECTV has the right to contact you via email regarding business transactions. For more details on how DIRECTV uses your information, please read our Privacy Policy.

If you would like to receive special offer emails from DIRECTV, view/change which emails you currently receive or change your email address, manage your email here.

ENSURE EMAIL DELIVERY
Make sure DIRECTV emails reach your inbox. Add directv@directv.com and directv@cm.directv.com to your address book or safe senders list.

Please don't reply to this email directly; replies to this email address cannot be answered. Click here to contact us for support.

©2017 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo and DIRECTV are registered trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

PMCM-081318