Daniel M. Petrocelli (Bar No. 97802)
Randall Oppenheimer (Bar No. 77649)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 553-6700
dpetrocelli@omm.com
dmarroso@omm.com

Robyn E. Bladow (Bar No. 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

Tammy A. Tsoumas (Bar No. 250487)
Jonathan J. Faria (Bar No. 274019)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
tammy.tsoumas@kirkland.com
jonathan.faria@kirkland.com

*Attorneys for Defendants DIRECTV, LLC and DIRECTV Holdings LLC*

*[additional counsel on motion signature page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO: ALL ACTIONS

CASE NO. 2:15-ml-02668-PSG (JEMx)

**DECLARATION OF ALISA KELLOGG IN SUPPORT OF DIRECTV'S RENEWED MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Judge: Hon. Philip S. Gutierrez

Consolidated Amended Complaint Filed: June 24, 2016

Date: April 19, 2021
Time: 1:30 p.m.
Courtroom: 6A

I, Alisa Kellogg, declare under penalty of perjury that the following is true and correct:

1. I have been employed by DIRECTV, LLC ("DIRECTV") since 2010 (AT&T since 2015), and I have held the position of Associate Director of Finance Billing Operations since October 2016. From May 2015 until September 2016, I was Senior Manager of Finance Billing Operations; from September 2011 to May 2015, I was Manager of Billing Output Care; and from November 2010 to August 2011, I held the position of Manager of Customer Care Billing Operations. In these roles, I have worked with DIRECTV subscriber data as part of my daily job functions. I am also familiar with the written contracts that govern DIRECTV's relationships with its customers, including the DIRECTV Customer Agreement, and the process by which customers receive the DIRECTV Customer Agreement. The facts contained in this declaration are based on my personal knowledge, my over ten years of experience with DIRECTV customer and billing records, and my review of certain of DIRECTV's internal records that are created and maintained in the ordinary course of business, and I can testify competently to these facts if called upon to do so.

2. DIRECTV provides digital television services to over 16 million subscribers nationwide. To obtain DIRECTV service, a potential DIRECTV subscriber may sign up directly with DIRECTV (at 1-800-DIRECTV or www.directv.com), or through an authorized DIRECTV dealer or telco (an authorized telecommunications company that is bundling their telephone and internet services with DIRECTV). Once the new customer places an order for one or more of DIRECTV's programming packages and services, DIRECTV then installs the

customer's receiving equipment and activates the customer's programming services.

**The Customer Agreement**

3. The relationship between DIRECTV and each customer is governed principally by the DIRECTV Customer Agreement, which is available for anyone to review at any time on DIRECTV's website, www.directv.com/legal. DIRECTV has updated the Customer Agreement over the years.

4. DIRECTV provides the Customer Agreement then in-effect to new customers shortly after they order service and to existing customers at times when the Agreement is updated. Over the years, DIRECTV has provided copies of the Customer Agreement to its customers by U.S. mail and by e-mail, depending on whether the customer is a new or existing customer and whether the customer receives paper or electronic bills, among other factors. DIRECTV employs the policies and procedures described below on a nationwide basis.

5. DIRECTV sends the Customer Agreement to new customers along with an initial order confirmation letter or e-mail after the customer places his or her order. Before 2012, DIRECTV sent new customers the DIRECTV Customer Agreement by mail, along with their first billing statement, on the date of activation.

6. From time to time, DIRECTV has updated the Customer Agreement. Before 2012, DIRECTV mailed updated Customer Agreements to its customers along with their monthly billing statements. Some customers, however, received their updated Customer Agreements in a separate, stand-alone envelope. This occurred if the customer's DIRECTV service was bundled with a partner telecommunications company's ("telco") service (such as telephone or

internet) and billed via the telco partner. For customers who received their monthly DIRECTV billing statements by e-mail, DIRECTV mailed a copy of the updated Customer Agreement separately to the customer's billing address.

7. In 2012, DIRECTV began e-mailing the updated Customer Agreements to all customers with valid e-mail addresses. If DIRECTV does not have a valid e-mail address for a customer or if a customer has chosen not to receive e-mail from DIRECTV, DIRECTV includes the customer agreement in the paper bill if those customers receive paper bills or will separately mail the Customer Agreement to the customer's billing address. A copy of the updated Customer Agreement also continues to be available to be read and/or printed from DIRECTV's website at www.directv.com/legal.

8. As noted above, for DIRECTV customers who do not have a valid e-mail address on file, or who choose not to receive e-mail from DIRECTV, DIRECTV's business practice for delivering the Customer Agreement has been to include it in the mail along with their monthly DIRECTV billing statement. The vendor responsible for mailing DIRECTV billing statements to DIRECTV customers was DST Output, which was acquired by Broadridge Financial Solutions in mid-2016 and now goes by the name Broadridge Customer Communications. DST Output had been DIRECTV's vendor for this purpose since the launch of DIRECTV's business in June 1994. I am familiar with the procedure by which DST Output, and now Broadridge, perform their services, and I have on multiple occasions visited the operating centers in Hartford, Connecticut and El Dorado Hills, California where the mass mailings for DIRECTV subscriber billing statements are prepared and sent out.

9. DIRECTV contracts with Broadridge to produce and distribute many of DIRECTV's printed and electronic bills. Broadridge uses a web-based tool that tracks every printed bill statement, as well as each document inserted into an envelope with that statement, which is mailed to DIRECTV customers. DIRECTV provides Broadridge with the segmentation criteria of customers who should receive any particular document in their bill envelope. These segmentation criteria, or "business rules," are keyed into Broadridge's Campaign Manager messaging and inserting application. This application permits DIRECTV to dictate the specific items that are to be included with the monthly bill statements mailed to its customers. Broadridge uses automated equipment to print out, insert, and mail the billing statements from data that DIRECTV provides. Broadridge prints out the specific statements daily, which are fed through an "inserting machine" that also inserts individual documents as specified by DIRECTV, via the Campaign Manager application, into the outside bill envelope, such as remittance envelopes, Customer Agreements, and any promotional materials that are to be included with that month's bill.

10. This Campaign Manager messaging and inserting application has been used since January 2001. In my experience, DST Output (and now Broadridge) is a reliable and efficient vendor.

11. DIRECTV bills are mailed to customers via this process coordinated by Broadridge and DIRECTV. The addresses to which these mailings are sent are the billing addresses that the customers have provided DIRECTV. Those addresses are printed on the billing statement, which is inserted into the envelope in a manner that allows the address to be read by the postal service. The mail is sorted by zip

code for different regions of the country, and then mailed using the United States Postal Service.

**The Residential Customer Agreement Update**

12. DIRECTV has updated its Residential Customer Agreement several times over the years. I have been asked to review the records of residential subscribers Robert Gary Lippincott (DIRECTV Account No. 52484761) and Michael Holinko (DIRECTV Account No. 5294189 and 261520062).

13. Mr. Lippincott was a DIRECTV customer beginning in 2010. In 2011, Mr. Lippincott received his DIRECTV service as part of a package bundled with telecommunication services from AT&T. As part of this arrangement, Mr. Lippincott received his DIRECTV billing integrated with his AT&T billing on his AT&T statement. Because Mr. Lippincott did not receive a monthly billing statement from DIRECTV, he was mailed his Customer Agreement separately pursuant to DIRECTV's business rules described in paragraph six above. According to DIRECTV's business rules and based on my review of Mr. Lippincott's customer records, Mr. Lippincott received his 2011 Customer Agreement in a separate mailing in or around April 2011. A true and correct copy of the 2011 Customer Agreement Mr. Lippincott received is attached hereto as Exhibit 1.

14. Upon receiving the 2011 Customer Agreement, Mr. Lippincott did not call DIRECTV to dispute any terms or conditions in the Customer Agreement, or to cancel his DIRECTV service.

15. Mr. Lippincott received subsequent updates of the Customer Agreement via e-mail. I understand that my colleagues, Amanda Mitchell, Michelle Harris and Nancy Fossey, have provided further details on those Customer Agreement updates.

16. Additionally, the monthly billing statements Mr. Lippincott has received informed Mr. Lippincott that "[y]our Customer Agreement describes the terms and conditions upon which you accept our service. Please consult your Customer Agreement, which is also available at directv.com/agreement." True and correct copies of Mr. Lippincott's prior billing statements are attached hereto as Exhibits 2, 3, and 4.

17. Mr. Holinko has been a DIRECTV customer since 1998. According to my understanding of DIRECTV's business rules and based on my review of Mr. Holinko's customer records, Mr. Holinko received his updated Customer Agreements with his monthly billing statements until 2012.

18. Mr. Holinko received his initial Customer Agreement in his September 5, 1998 billing statement. A true and correct copy of the 1997 Customer Agreement Mr. Holinko received is attached hereto as Exhibit 5.

19. Mr. Holinko received his 1999 Customer Agreement in his October 2, 1999 billing statement. A true and correct copy of the 1999 Customer Agreement Mr. Holinko received is attached hereto as Exhibit 6.

20. Mr. Holinko received his 2001 Customer Agreement in his December 5, 2001 billing statement. A true and correct copy of the 2001 Customer Agreement Mr. Holinko received is attached hereto as Exhibit 7.

21. Mr. Holinko received his 2004 Customer Agreement in his October 5, 2004 billing statement. A true and correct copy of the 2004 Customer Agreement Mr. Holinko received is attached hereto as Exhibit 8.

22. Mr. Holinko received his 2006 Customer Agreement in his May 5, 2006 billing statement. A true and correct copy of the 2006 Customer Agreement Mr. Holinko received is attached hereto as Exhibit 9.

23. Mr. Holinko received his 2007 Customer Agreement in his May 5, 2007 billing statement. A true and correct copy of the 2007 Customer Agreement Mr. Holinko received is attached hereto as Exhibit 10.

24. Mr. Holinko received his 2009 Customer Agreement in his May 5, 2009 billing statement. A true and correct copy of the 2009 Customer Agreement Mr. Holinko received is attached hereto as Exhibit 11.

25. Mr. Holinko received his 2010 Customer Agreement in his May 5, 2010 billing statement. A true and correct copy of the 2010 Customer Agreement Mr. Holinko received is attached hereto as Exhibit 12.

26. Mr. Holinko received his 2011 Customer Agreement in his May 5, 2011 billing statement. A true and correct copy of the 2011 Customer Agreement Mr. Holinko received is attached hereto as Exhibit 1.

27. Upon receiving the updated Customer Agreements, Mr. Holinko did not call DIRECTV to dispute any terms or conditions in the Customer Agreements, or to cancel his DIRECTV service.

28. Mr. Holinko received subsequent updates of the Customer Agreement via e-mail. I understand that my colleagues, Amanda Mitchell, Michelle Harris and Nancy Fossey, have provided further details on those Customer Agreement updates.

29. Additionally, monthly billing statements Mr. Holinko has received informed Mr. Holinko that "[y]our Customer Agreement describes the terms and conditions upon which you accept our service. Please consult your Customer Agreement, which is also available at directv.com/agreement." True and correct copies of Mr. Holinko's prior billing statements are attached hereto as Exhibits 13, 14, and 15.

**The Commercial Customer Agreement Update**

30. The DIRECTV Commercial Customer Agreement was most recently updated in 2017. Commercial customers who either did not have a valid e-mail address on file with DIRECTV, or whose privacy settings were set to "Do Not Receive E-mail," were identified by DIRECTV's Business Analytics team as ones that should receive updated Commercial Customer Agreements by mail.

31. The 2017 Commercial Customer Agreement that was inserted into customers' billing statements contains the following statement in bold, capitalized letters in the first paragraph of the Agreement:

> **THIS DIRECTV COMMERCIAL CUSTOMER AGREEMENT (THIS "AGREEMENT") DESCRIBES THE TERMS AND CONDITIONS OF YOUR RECEIPT OF AND PAYMENT FOR DIRECTV SERVICE AND IS SUBJECT TO ARBITRATION (SECTION 10) AND DISCLAIMER OF WARRANTIES (SECTION 9). IF YOU DO NOT ACCEPT THESE TERMS, PLEASE NOTIFY US IMMEDIATELY AND WE WILL CANCEL YOUR ORDER OR SERVICE SUBJECT TO APPLICABLE CANCELLATION TERMS AND/OR FEES (SEE SECTION 5). IF YOU INSTEAD DECIDE TO RECEIVE**

**OUR SERVICE, IT WILL MEAN THAT YOU ACCEPT THESE TERMS AND THEY WILL BE LEGALLY BINDING.**

Section 10 of the 2017 Commercial Customer Agreement contains the arbitration provision. A true and correct copy of the 2017 Commercial Customer Agreement is attached hereto as Exhibit 16.

32. I have been asked to review the records of 1465 3rd Ave. Rest. Corp. (d/b/a Gael Pub) (DIRECTV Account No. 44671534) and Ninth Inning, Inc. (d/b/a The Mucky Duck) (DIRECTV Account No. 1317009).

33. Gael Pub had a valid e-mail address on file with DIRECTV in 2017, but the account was flagged as "no email" in the system used for determining the appropriate delivery channel for communications. Therefore, according to DIRECTV's business rules and based on my review of Gael Pub's records, Gael Pub received the 2017 Commercial Customer Agreement by mail, and it was included in the envelope along with its May 14, 2017 Billing Statement. Specifically, I retrieved DIRECTV's 2017 Configuration Documentation, which is a log that tracks the timing and distribution of various DIRECTV mailing campaigns. This log is maintained electronically in DIRECTV's business systems and is created and maintained in the ordinary course of business at DIRECTV. This log contains the entry captured below:

| 05/02/17-06/01/17 | Insert-Commercial Agreement | Jennifer Sinde | 91861-91862 | 0317ICACOM | 00172467<br>Select: 5 | No | CommAgreement17 (ACCNT ATTRIBUTE 08 EQ 2017 CA COMM) |
|---|---|---|---|---|---|---|---|

34. This screen shot includes the phrase "Insert - Commercial Agreement" and the time frame "05/02/17-06/01/17" which tells me that DIRECTV inserted the updated Commercial Customer Agreement into monthly billing statements between May 2, 2017 and June 1, 2017.

35. In addition to the configuration log, I also reviewed Gael Pub's individual customer records to determine the particular date on which its updated agreement was mailed. The individual customer records reflect Gael Pub's billing and transaction history, and are maintained electronically in DIRECTV's Subscriber Transaction Management System ("STMS"), which is created and maintained in the ordinary course of business at DIRECTV. Gael Pub's STMS records include the information captured below:

```
DTV                                 Show Subscriber                          01/11/21 09:06
Acct: 044671534 Name: GAEL PUB                                                Status: DISC

Create Date:                 09/12/2006       Subscriber Acct Ind:  04
Activate Date:               09/13/2006       Bill Cycle Day:       13
                                              Service Cycle Day:    13
Last Modified Date:          12/14/2020       Last Billed Date:     12/13/2020
Last Modified By:            NON_BILL         Last Bill Due Date:   08/02/2019
                                              Last Bill Amount:           0.00
Service Suspend Date:                         Last Payment Date:    06/17/2019
Disconnect Date:             06/03/2019       Amt Due At Last EOM:        0.00
Disconnect Reason Code:      1950
```

This screen shot includes the phrase "Bill Cycle Day: 13", which tells me the date each month on which Gael Pub's bill is sent. According to DIRECTV's billing procedures, Gael Pub's monthly bills are processed on the day after its assigned billing cycle day, which would be the fourteenth day of each month. These STMS records also log customer interactions with DIRECTV, and there is no log of any call where Gael Pub, upon receiving the 2017 Customer Agreement, disputed any terms or conditions in the Customer Agreement.

36. Based on DIRECTV's 2017 Configuration Documentation, which shows that the 2017 Commercial Agreement was inserted with customer bills between May 2, 2017 and June 1, 2017, and Gael Pub's STMS records, which show that its bill during this timeframe was sent on May 14, 2017, I was able to determine that Gael Pub's 2017

Commercial Customer Agreement was inserted with its May 14, 2017 monthly billing statement.

37. Prior to 2017, DIRECTV updated its Commercial Customer Agreement most recently in 2014. According to my review of the 2014 Configuration Documentation, which, like the 2017 Configuration Documentation, is maintained electronically in DIRECTV's business systems and is created and maintained in the ordinary course of business at DIRECTV, Gael Pub's 2014 Commercial Customer Agreement was included in the envelope along with its May 14, 2014 Billing Statement. This log contains the entry captured below:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/13/14-06/12/14 | Insert - Commercial Agreement | Lily Chacon | 91861-91862 | 0514IUAGCM | N653<br>Select: 1 | No | [1068272-Insert-051314-CommCA/PP Docs]<br>**CommCAPPAcctTypes** (ACCNT ACCOUNT TYPEIN BAR, FIR, GOV, HOS, OIL, POL, STA)<br>**AttributeNoEmail14** (ACCNT ATTRIBUTE 09 EQ 2014 CA/PP DOCS) |

This screen shot includes the phrase "Insert - Commercial Agreement" and the time frame "05/13/14-06/12/14" which tells me that DIRECTV inserted the updated Commercial Customer Agreement into monthly billing statements between May 13, 2014 and June 12, 2014. Read with with Gael Pub's STMS records, which (as discussed above) show that its bill was sent on day fourteen of every monthly bill cycle, I was able to determine that Gael Pub's 2014 Commercial Customer Agreement was inserted with its May 14, 2014 monthly billing statement. A true and correct copy of the 2014 Commercial Customer Agreement is attached hereto as Exhibit 17.

38. Gael Pub's May 14, 2014 billing statement also contained a notification on the back of the bill in bold letters stating "**Commercial Viewing Agreement**." Under this heading the bill states "[y]ou

received your DIRECTV Commercial Viewing Agreement with your contract. The Commercial Viewing Agreement describes the terms and conditions upon which you accept our service." A true and correct copy of Gael Pub's May 14, 2014 billing statement is attached hereto as Exhibit 18.

39. Upon receiving the 2014 and 2017 Commercial Customer Agreements, Gael Pub did not call DIRECTV to dispute any terms or conditions in the Customer Agreements, or to cancel its DIRECTV service. According to Gael Pub's STMS records, Gael Pub discontinued its DIRECTV service on June 3, 2019.

40. Additionally, the other monthly billing statements Gael Pub has received informed it of the Customer Agreement. Gael Pub's billing statements informed it that "[y]ou received your DIRECTV Commercial Customer Agreement with your order confirmation. The Commercial Customer Agreement describes the terms and conditions upon which you accept our service and upon which we provide our service." True and correct copies of Gael Pub's prior billing statements are attached hereto as Exhibits 19, 20, and 21.

41. Like Gael Pub, The Mucky Duck also had a valid e-mail address on file with DIRECTV in 2017, but the account was flagged as "no email" in the system used for determining the appropriate delivery channel for communications. Therefore, according to DIRECTV's business rules and based on my review of The Mucky Duck's records, The Mucky Duck received the 2017 Commercial Customer Agreement by mail, and it was included in the envelope along with its May 7, 2017 Billing Statement. Again, I retrieved DIRECTV's 2017 Configuration Documentation, which is a log that tracks the timing and distribution of various DIRECTV mailing campaigns. This log is maintained

electronically in DIRECTV's business systems and is created and maintained in the ordinary course of business at DIRECTV. This log contains the entry captured below:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/02/17-06/01/17 | Insert-Commercial Agreement | Jennifer Sinde | 91861-91862 | 0317ICACOM | 00172467 Select: 5 | No | CommAgreement17 (ACCNT ATTRIBUTE 08 EQ 2017 CA COMM) |

42. This screen shot includes the phrase "Insert - Commercial Agreement" and the time frame "05/02/17-06/01/17" which tells me that DIRECTV inserted the updated Commercial Customer Agreement into monthly billing statements between May 2, 2017 and June 1, 2017.

43. I then reviewed The Mucky Duck's individual customer records to determine the particular date on which its updated agreement was mailed. The individual customer records reflect The Mucky Duck's billing and transaction history, and are maintained electronically in DIRECTV's Subscriber Transaction Management System ("STMS"), which is created and maintained in the ordinary course of business at DIRECTV. The Mucky Duck's STMS records include the information captured below:

```
DTV                         Show Subscriber                      01/11/21 09:13
Acct: 001317009 Name: THE MUCKY DUCK                              Status: ACTV

Create Date:             06/06/1996     Subscriber Acct Ind: 04
Activate Date:           06/06/1996     Bill Cycle Day:      06
                                        Service Cycle Day:   06
Last Modified Date:      01/07/2021     Last Billed Date:    01/06/2021
Last Modified By:        BILL_UPDT      Last Bill Due Date:  01/26/2021
                                        Last Bill Amount:        219.48
Service Suspend Date:    12/22/2020     Last Payment Date:   03/17/2020
Disconnect Date:                        Amt Due At Last EOM:       0.00
Disconnect Reason Code:
```

This screen shot includes the phrase "Bill Cycle Day: 06", which tells me the date each month on which The Mucky Duck's bill is sent. According to DIRECTV's billing procedures, The Mucky Duck's monthly bills are processed on the day after its assigned billing cycle day, which would be the seventh day of each month. These STMS records also log customer

interactions with DIRECTV, and there is no log of any call where The Mucky Duck, upon receiving the 2017 Customer Agreement, disputed any terms or conditions in the Customer Agreement.

44. Based on DIRECTV's 2017 Configuration Documentation, which shows that the 2017 Commercial Agreement was inserted with customer bills between May 2, 2017 and June 1, 2017, and The Mucky Duck's STMS records, which show that its bill during this timeframe was sent on May 7, 2017, I was able to determine that The Mucky Duck's 2017 Commercial Customer Agreement was inserted with its May 7, 2017 monthly billing statement.

45. As for the prior update in 2014, according to my review of the 2014 Configuration Documentation discussed above, The Mucky Duck's 2014 Commercial Customer Agreement was included in the envelope along with its June 7, 2014 Billing Statement. Again, this log contains the entry captured below:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/13/14-06/12/14 | Insert - Commercial Agreement | Lily Chacon | 91861-91862 | 0514IUAGCM | N653<br>Select: 1 | No | [1068272-Insert-051314-CommCA/PP Docs]<br>**CommCAPPAcctTypes** (ACCNT ACCOUNT TYPE IN BAR, FIR, GOV, HOS, OIL, POL, STA)<br>**AttributeNoEmail14** (ACCNT ATTRIBUTE 09 EQ 2014 CA/PP DOCS) |

This screen shot includes the phrase "Insert - Commercial Agreement" and the time frame "05/13/14-06/12/14" which tells me that DIRECTV inserted the updated Commercial Customer Agreement into monthly billing statements between May 13, 2014 and June 12, 2014. Read with with The Mucky Duck's STMS records, which (as discussed above) show that its bill was sent on day seven of every monthly bill cycle, I was able to determine that The Mucky Duck's 2014 Commercial Customer Agreement was inserted with its June 7, 2014 monthly billing

statement. A true and correct copy of the 2014 Commercial Customer Agreement is also attached hereto as Exhibit 17.

46. The Mucky Duck's June 7, 2014 billing statement also contained a notification on the back of the bill in bold letters stating "**Commercial Viewing Agreement**." Under this heading the bill states "[y]ou received your DIRECTV Commercial Viewing Agreement with your contract. The Commercial Viewing Agreement describes the terms and conditions upon which you accept our service." A true and correct copy of The Mucky Duck's June 7, 2014 billing statement is attached hereto as Exhibit 22.

47. Upon receiving the 2014 and 2017 Commercial Customer Agreements, The Mucky Duck did not call DIRECTV to dispute any terms or conditions in the Customer Agreements, or to cancel its DIRECTV service. The Mucky Duck has continued to receive DIRECTV service as of the date of this declaration.

48. Additionally, other monthly billing statements The Mucky Duck has received informed it of the Customer Agreement. The Mucky Duck's statements informed it that "[y]ou received your DIRECTV Commercial Customer Agreement with your order confirmation. The Commercial Customer Agreement describes the terms and conditions upon which you accept our service and upon which we provide our service." True and correct copies of The Mucky Duck's prior billing statements are attached hereto as Exhibits 23, 24, and 25.

49. Prior to 2014, DIRECTV updated its Commercial Customer Agreement from time to time, most recently in 2009. My former colleague, Steven Mullins, described the method by which commercial customers received the 2009 Commercial Customer Agreement in a prior declaration.

Executed on this 11th day of February, 2021 in El Segundo, California.

Alisa Kellogg