# EXHIBIT 2



# BILLING STATEMENT

**Account #:** 52484761
**Statement for:** ROB LIPPINCOTT
369 SUMMER RAIN DR
WINDSOR, CA 95492-8029

**Statement Date:** 06/26/15
**Billing Period:** 06/25/15 to 07/24/15

## *PAST DUE*

### WHAT DO I OWE AND WHEN?

**TOTAL DUE:** $253.38

**SERVICE INTERRUPTION:** 2015 July 11

Balance must be paid on or before 07/11/15 to avoid losing service.

### WHAT IS MY ACCOUNT OVERVIEW?

| | |
|---|---|
| Previous Balance | $248.38 |
| Payments Received Since Last Bill | -121.69 |
| Balance | 126.69 |
| *Balance due immediately* | |
| New Charges: | |
|   DIRECTV Channels | 79.49 |
|   DIRECTV Equipment Services | 37.49 |
|   Other Charges, Adjustments & Taxes | 9.71 |
| Total New Charges | 126.69 |
| *New Charges payment due by 07/15/15* | |
| **TOTAL AMOUNT DUE** | **$253.38** |

### WHAT CHANGED SINCE LAST MONTH?

Any changes to your account can be found in the Account Activity section of this bill.

### WHAT DO I NEED TO KNOW?

- Sports Package is renewing for another exciting season. Additional information included. Any cancellation must be prior to season start. No refunds thereafter.

- **IMPORTANT**: Please pay your bill immediately to avoid losing your service; additional information included.

- The Wimbledon Experience 6/29-7/6! Tune to Chs. 701 - 707 for exclusive coverage, interactive features & more!

*For additional information, see below.*

### HOW DO I PAY?

    

It's easy to pay online at directv.com/billpay | By mail—send remittance below | Call us at 1.800.531.5000 and say, "Pay my bill" Transaction fee may apply | By mobile, text PAY to 21880 Text msg rates may apply

---

PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

| ACCOUNT NUMBER: | PAYMENT DUE: | PLEASE PAY: | PAYMENT AMOUNT: |
|---|---|---|---|
| 52484761 | IMMEDIATELY | $253.38 | |

ROB LIPPINCOTT
369 SUMMER RAIN DR
WINDSOR, CA 95492-8029

To sign up for Auto Bill Pay, see reverse.
Please do not send cash. Make check or money order payable to:

Please do not mail.

Account #: 52484761
Statement for: ROB LIPPINCOTT

| ACCOUNT ACTIVITY | |
|---|---|
| Billing Period: 06/25/15 to 07/24/15 | |
| **Payments** | |
| Previous Balance | $248.38 |
| Payment received on 05/28/15 | -121.69 |
| BALANCE | 126.69 |
| **DIRECTV Channels** | |
| 1. CHOICE XTRA CLASSIC | 79.49 |
| **Seasonal Sports Subscriptions** | |
| 2. NFL SUNDAY TICKET MAX 2015 | 0.00 |
| See Renewal details included Season starts on 09/13 | |
| 3. NFL SUNDAY TICKET MAX 2015 | 0.00 |
| See Renewal details included Season starts on 09/13 | |
| SUBTOTAL | 79.49 |
| **DIRECTV Equipment Services** | |
| 4. Watch DIRECTV on Multiple TVs | 6.50 |
| 2 TVs at $6.50; Save $6.50 off 1st TV | |
| 5. Advanced Receiver Service - HD | 10.00 |
| 6. DIRECTV Protection Plan | 7.99 |
| 7. Advanced Receiver Service - DVR | 10.00 |
| 8. DIRECTV Whole-Home DVR Service | 3.00 |
| SUBTOTAL | 37.49 |
| **Other Charges, Adjustments & Taxes** | |
| 9. Late Fee on 06/26 | 5.00 |
| 10. Regional Sports Fee | 3.63 |
| **Taxes** | |
| 11. Sales Tax | 1.08 |
| SUBTOTAL | 9.71 |
| **Total New Charges** | 126.69 |
| **TOTAL AMOUNT DUE** | **$253.38** |







**NEED TO CONTACT US?**

Customer service is available 24 hours a day, 7 days a week:
- **Online:** directv.com
- **Phone:** 1.800.531.5000
- **Mail:** DIRECTV, P.O. Box 6550, Greenwood Village, CO 80155
  General inquiries only (do not send payment)

**IMPORTANT RENEWAL NOTICE:**
You are all set to enjoy another exciting season of NFL SUNDAY TICKET MAX only available on DIRECTV. We will be renewing you at 6 monthly payments of $58.99 each. Look for the first charge to appear on an upcoming bill. If you wish to cancel to avoid payment, you must do so before the season starts. Refunds not available after the season starts on Sunday, Sept. 13th.

**Account is Past Due**
Please pay your bill immediately to avoid losing your service. If your service is interrupted, you must return all leased receivers to DIRECTV or be charged a non-return fee.

**See Page 1 for a list of payment methods.**
Avoid the $5 service representative convenience fee by paying online or mailing your payment!

**Reduce your paper mail -- get this bill online!**
To switch to paperless billing, just use your account information to register on DIRECTV.com, then follow the easy prompts to "Go Paperless." Your monthly bill will be e-mailed to you, and you can pay online anytime.

Referred customers must provide your DIRECTV account number when signing up for new service w/qualifying package and 24-mo agreement at 1.855.567.1619. You and referred customer will each receive 10 nonrefundable/nontransferable bill credits of $10 each over 10 DIRECTV billing cycles. DIRECTV reserves sole right to modify, suspend or cancel program at any time without notice. Not combinable with other offers. Conditions apply. Visit directv.com/refer for details.

Programming, pricing, terms and conditions subject to change at any time. Hardware and programming available separately. Pricing is residential. © 2015 DIRECTV. DIRECTV and the Cyclone Design logo are registered trademarks of DIRECTV, LLC. All other trademarks and service marks are the property of their respective owners.

**Payment Mailing Address**
If you choose to mail in your payment, include your account number and send to the following address: DIRECTV, LLC, Payment Center, P.O. Box 78626, Phoenix, AZ 85062-8626.

**Our Agreement**
You received your DIRECTV Customer Agreement with your order confirmation. Updates may be mailed periodically. Your Customer Agreement describes the terms and conditions upon which you accept our service. Please consult your Customer Agreement, which is also available at directv.com/agreement , for complete information about billing and payment on your account. FOR YOUR CONVENIENCE, WE WILL AUTOMATICALLY CHARGE YOUR CREDIT CARD OR DEBIT CARD ON FILE FOR ANY BILL AMOUNT LEFT UNPAID, PLUS ANY CANCELLATION FEES POSTED TO YOUR ACCOUNT, AND ANY APPLICABLE CANCELLATION AND EQUIPMENT NON-RETURN FEES IF YOU CANCEL YOUR DIRECTV SERVICE. IF WE ARE UNABLE TO RECOVER THE FULL BALANCE, WE WILL ATTEMPT TO RECOVER A PORTION OF THE MONIES DUE. YOU ARE STILL RESPONSIBLE FOR ANY UNPAID BALANCE.

**Questions About Your Bill**
Please call or write within 60 days of receiving your bill to avoid administrative late fees and possible disconnection of your service. We will make every effort to resolve claims informally and will not report your account as delinquent while your claim or dispute is under investigation. Any claims not so resolved may be resolved only through binding arbitration, as provided in the Customer Agreement. We reserve the right to process checks electronically and we may issue a draft against your account for the amount of the check if we cannot collect the funds at first presentment.

For immediate closed-captioning issues, call 1.800.DIRECTV, fax 303.483.6266, or email ClosedCaptions@directv.com. For formal inquiries, contact L. Warren, Sr. Manager: email ClosedCaptions@directv.com, call 310.964.1010, fax 303.483.6266 or mail to L. Warren, Sr. Manager Closed Captions, P.O. Box 6550, Greenwood Village, CO 80155-6550.

To see the information that prints on the back of our paper bill, please go to directv.com/backofbill