# EXHIBIT 4



# BILLING STATEMENT

**Account #:** 52484761
**Statement for:** ROB LIPPINCOTT
1119 SUNNYSIDE DR
HEALDSBURG, CA95448-3536

**Statement Date:** 08/26/18
**Billing Period:** 08/25/18 to 09/24/18

## WHAT DO I OWE AND WHEN?

**TOTAL DUE:** $237.15

**PLEASE PAY BY:** September 14, 2018

## WHAT IS MY ACCOUNT OVERVIEW?

| | |
|---|---:|
| **Previous Balance** | $386.78 |
| **Payments Received Since Last Bill** | -386.78 |
| **New Charges:** | |
|   DIRECTV Channels | 167.47 |
|   DIRECTV Equipment Services | 52.99 |
|   DIRECTV CINEMA & Pay Per View | 11.98 |
|   Activity Since Last Bill | 2.10 |
|   Other Charges, Adjustments & Taxes | 2.61 |
| **Total New Charges** | 237.15 |
| **TOTAL AMOUNT DUE** | **$237.15** |

## WHAT CHANGED SINCE LAST MONTH?

Your programming or equipment charges have changed since your last bill. See Account Activity for more detail.

## WHAT DO I NEED TO KNOW?

- Your sports subscription has renewed for another exciting season. Additional information included. Any cancellation must be prior to the date provided herein. No refunds thereafter.

- Watch more *US Open* tennis with the DIRECTV Mix Experience 8/27 - 9/2. 6 matches on 1 screen! Ch. 701-707.

- Stephen King's *Mr. Mercedes* is back for season two! Tuesday, August 22 at 10pm et/pt on AUDIENCE ch.239

*For additional information, see below.*

**HOW DO I PAY?**
- It's easy to pay online at directv.com/billpay
- By mail—send remittance below
- Call us at 1.800.531.5000 and say, "Pay my bill" Transaction fee may apply
- By mobile, text PAY to 21880* *Text msg rates may apply

---

PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT



| ACCOUNT NUMBER: | PAYMENT DUE: | PLEASE PAY: | PAYMENT AMOUNT: |
|---|---|---|---|
| 52484761 | 09/14/18 | $237.15 | |

KARLA LIPPINCOTT
1119 SUNNYSIDE DR
HEALDSBURG, CA95448-3536

To sign up for Auto Bill Pay, see reverse.
Please do not send cash. Make check or money order payable to:

Please do not mail.

Account #: 52484761
Statement for: ROB LIPPINCOTT

| ACCOUNT ACTIVITY | |
|---|---|
| Billing Period: 08/25/18 to 09/24/18 | |
| **Payments** | |
| Previous Balance | $386.78 |
| Payment received on 08/03/18 - Master Card | -386.78 |
| BALANCE | 0.00 |
| **DIRECTV Channels** | |
| 1. CHOICE XTRA CLASSIC | 93.99 |
| 2. SHOWTIME | 0.00 |
|    2 Months Free until 09/25 | |
| 3. Regional Sports Fee | 7.49 |
| **Seasonal Sports Subscriptions** | |
| 4. NFL SUNDAY TICKET MAX 2018 | 65.99 |
|    Early Renewal in 6 Payments (2 of 6) Season starts on 09/09 | |
| SUBTOTAL | 167.47 |
| **DIRECTV Equipment Services** | |
| 5. Watch DIRECTV on Multiple TVs | 21.00 |
|    4 TVs at $7 each; Save $7 off 1st TV | |
| 6. Advanced Receiver Service - HD | 10.00 |
| 7. DIRECTV Protection Plan | 8.99 |
| 8. Advanced Receiver Service - DVR | 10.00 |
| 9. DIRECTV Whole-Home DVR Service | 3.00 |
| SUBTOTAL | 52.99 |
| **DIRECTV CINEMA & Pay Per View** | |
| 10. VOD:Mission: Impossible | 3.99 |
|    Ordered 08/2018 via Remote. Charged on 08/04/18 | |
| 11. VOD:Mission: Impossible | -3.99 |
|    Adjusted on 08/05/18 | |
| 12. VOD:Ready Player One | 5.99 |
|    Ordered 08/2018 via Remote. Charged on 08/07/18 | |
| 13. VOD:Rampage | 5.99 |
|    Ordered 08/2018 via Remote. Charged on 08/13/18 | |
| SUBTOTAL | 11.98 |
| **Activity Since Last Bill** | |
| **Partial Month Charges/Credits** | |
| 14. Watch DIRECTV on One or More TVs | 2.10 |
|    Charged from 08/16 to 08/24 | |
| SUBTOTAL | 2.10 |
| **Other Charges, Adjustments & Taxes** | |
| **Taxes** | |
| 15. Sales Tax | 2.61 |
| SUBTOTAL | 2.61 |
| **Total New Charges** | 237.15 |
| **TOTAL AMOUNT DUE** | **$237.15** |





**RENEWAL NOTICE:**
You are all set to enjoy another exciting season of NFL SUNDAY TICKET MAX only available on DIRECTV. We have renewed your subscription at 6 monthly payments of $65.99 each. If you wish to cancel to avoid payment, you must do so no later than two weeks after the season starts. Refunds not available after Sunday, Sept. 23rd.

**Reduce your paper mail -- get this bill online!**
To switch to paperless billing, just use your account information to register on DIRECTV.com, then follow the easy prompts to "Go Paperless." Your monthly bill will be e-mailed to you, and you can pay online anytime.

©2018 AT&T Intellectual Property. All Rights Reserved. AT&T, Globe logo, DIRECTV, and all other DIRECTV marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

**Payment Mailing Address**
If you choose to mail in your payment, include your account number and send to the following address: DIRECTV, LLC, Payment Center, PO Box 5007, Carol Stream, IL 60197-5007.

**Our Agreement**
You received your DIRECTV Customer Agreement with your order confirmation. Updates may be mailed periodically. Your Customer Agreement describes the terms and conditions upon which you accept our service. Please consult your Customer Agreement, which is also available at [directv.com/agreement](directv.com/agreement), for complete information about billing and payment on your account.

**Questions About Your Bill**
Please call or write within 60 days of receiving your bill to avoid administrative late fees and possible disconnection of your service. We will make every effort to resolve claims informally and will not report your account as delinquent while your claim or dispute is under investigation. Any claims not so resolved may be resolved only through binding arbitration, as provided in the Customer Agreement. We reserve the right to process checks electronically and we may issue a draft against your account for the amount of the check if we cannot collect the funds at first presentment.

For immediate closed-captioning issues, call 1.800.347.3288, fax 314.335.5735 or email ClosedCaptioning@att.com. For formal inquiries, contact Mr. Timmermans, Associate Director - Office of the President: email ClosedCaptioning@att.com, call 314.235.3333, fax 314.335.5735 or mail to AT&T Closed Captioning, ATTN: Mr. Timmermans, 1010 Pine St, 11E-X-04, St. Louis, MO 63101.

To see the information that prints on the back of our paper bill, please go to [directv.com/backofbill](directv.com/backofbill)