# EXHIBIT 5

0397



# DIRECTV®

# CUSTOMER AGREEMENT

effective as of March 1, 1997, until replaced

Thank you for choosing DIRECTV® for your programming service. DIRECTV provides programming service to residents of the continental United States and certain parts of Alaska. This is your copy of the Customer Agreement ("Agreement") between DIRECTV and you as a customer of DIRECTV. Please keep this for your records.

**CONTACTING DIRECTV:**
You may contact our Customer Service Center 24 hours a day, any day of the year, by calling **1-800-531-5000** or by writing to:

> **DIRECTV, Inc.**
> **Customer Service**
> **P.O. Box 92600**
> **Los Angeles, CA 90009**

**DEFINITIONS:**
As used in this Agreement:

*"DIRECTV," "we," "company," "us," or "our"* means DIRECTV, Inc. or any of its authorized agents;

*"You," "your," or "Customer"* means the DIRECTV subscriber;

*"Applicable Fees and Charges"* means the fees and charges identified below;

*"Access Card"* means the conditional access card inserted into the DSS receiver unit and used in the reception of DIRECTV programming services;

*"DSS"* means the equipment (e.g., a DSS receiver unit, Access Card, remote control unit, and receiving antenna) that is used to receive DIRECTV programming services; and

*"Service(s)"* means DIRECTV programming (including subscription programming), DIRECT TICKET® Pay Per View services, and any other service that we provide to you.

1) **AGREEMENT TO TERMS AND CONDITIONS:**
Customer promises to pay amounts billed by DIRECTV for programming services and related fees, taxes, and charges. Customer authorizes DIRECTV to make inquiries into Customer's credit worthiness, including receipt and review of credit bureau information. Customer's receipt of services constitutes Customer's acceptance of and agreement to all terms and conditions of this Agreement. DIRECTV reserves the right to change these terms and conditions, including the Applicable Fees and Charges. If any changes are made, we will send you a written notice describing the change and its effective date to your last known address. If a change is not acceptable to you, you may cancel your service; provided, however, that if you do cancel service you will not be entitled to a refund of any prepaid subscription amounts paid in connection with a DIRECTV offer or promotion. If you do not cancel your service, your continued receipt of any service is considered to be your acceptance of that change. In addition, the individual terms and conditions in this Agreement, whether or not modified, shall survive the cancellation of your service.

2) **BILLING STATEMENTS AND PAYMENTS:**
DIRECTV will send you a statement for each billing cycle (usually once every

Commission, and the laws and regulations of the state and local area where service is provided. These terms and conditions are subject to amendment, modification, or termination if required by such regulations or laws.

If any provision in this Agreement is declared to be illegal or in conflict with any law or regulation, that provision may be deleted or modified, without affecting the validity of the other provisions.

19) **NOTICE:**
Notices to you shall be deemed given when deposited in the U.S. Mail and addressed to you at your last known address, or hand delivered to you or your place of residence. We reserve the right to provide notice to you electronically or by telephone, and such notice shall be deemed given when left with you. Your notice to us shall be deemed given when received by us.

20) **APPLICABLE FEES AND CHARGES:**
You may be charged, and agree to pay, the fees described below in amounts not to exceed the following:

| | |
|---|---|
| Access Card Replacement Fee | up to $ 150.00 |
| Additional DSS Receiver Authorization Fee (monthly) | $ 4.99 |
| Administrative Late Fee | $ 5.00 |
| Change of Service Fee | $ 5.00 |
| DIRECT TICKET Order Assistance Fee | $ 5.00 |
| Duplicate Statement Fee | $ 1.00 |
| Overnight Delivery Fee | $ 16.50 |
| Disconnect Fee | $ 15.00 |
| Returned Payment Fee | $ 20.00* |

*$15 for residents of Louisiana, Maryland, North Dakota, Utah, West Virginia and Wyoming.

21) **PROGRAMMING REQUIRING PHONE CONNECTION:**
DIRECTV may require that the DSS receiver unit(s) be directly and continuously connected to a land-based telephone line as a condition of its provision of certain services to you. If the DSS receiver unit(s) is not so connected, or if the unit(s) is connected to a telephone line other than that which you have identified, or if the telephone line is not performing in accordance with DIRECTV's requirements, DIRECTV may, at its discretion, inactivate such services. If such services are inactivated, you are still responsible for payment of all outstanding balances for such services accrued through the date of inactivation. Information regarding the telephone line. During the short information transmission period, you may not have the ability to otherwise use this telephone line.

22) **MINIMUM LEVEL OF SERVICE:**
As a condition of DIRECTV's provision of certain programming services and/or its making available special/promotional offerings to you including, without limitation, pay per view programming, a la carte programming and DSS equipment offers, DIRECTV may require that you purchase and maintain a minimum level of programming services.

23) **ARBITRATION:**
Any controversy, claim, dispute or disagreement arising out of, or relating to, this Agreement or any services provided by DIRECTV which cannot be settled by the parties shall be resolved according to binding arbitration conducted in accordance with the Commercial Arbitration Rules of the American Arbitration Association then in effect. The decision of the arbitrator shall be final and binding on the parties and any award of the arbitrator may be entered in any court of competent jurisdiction. Notwithstanding the foregoing, the arbitrator shall not be authorized to award punitive damages with respect to any such controversy, claim or dispute. The cost of any arbitration hereunder, including the cost of the record or transcripts thereof, if any, administrative fees, attorneys' fees and all other fees involved, shall be paid by the party determined by the arbitrator or not be the prevailing party, or otherwise allocated in an equitable manner as determined by the arbitrator.

©1997 DIRECTV Inc. DIRECTV, DSS and DIRECT TICKET are official trademarks of DIRECTV, Inc., a unit of Hughes Electronics Corp. D TV C097IOISAG

10) **PROVISION OF SERVICE:**
DIRECTV is not responsible for interruptions of service that are beyond our control including, without limitation, acts of God, power failure, or any other cause. WE MAKE NO WARRANTY, EITHER EXPRESSED OR IMPLIED, REGARDING THE DSS EQUIPMENT OR ANY SERVICES PROVIDED TO YOU. ALL SUCH WARRANTIES INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE EXPRESSLY EXCLUDED. WE ARE ALSO NOT RESPONSIBLE FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES RELATING TO THE DSS EQUIPMENT OR ANY SERVICES PROVIDED TO YOU, WHETHER BASED ON NEGLIGENCE OR OTHERWISE. In addition, it is your responsibility to impose any restrictions on viewing by you, other members of your household, your or their invitees, and DIRECTV shall have no liability to anyone due to or based on the content of any of the programming or other services provided by DIRECTV. You acknowledge that your DSS equipment has been acquired separate and apart from this Agreement. Any rights and remedies with respect to the DSS equipment must be handled directly with the manufacturer or supplier of such equipment.

11) **DSS ACCESS CARDS:**
DSS Access Cards are the property of News Datacom, Inc., and any tampering or other unauthorized modification to the Access Card may result in, and subject you to, legal action.

12) **LIABILITY FOR UNAUTHORIZED USE:**
If your DSS equipment is stolen or otherwise removed from your premises without your authorization, you must notify DIRECTV Customer Service immediately, but in any event not more than five (5) days after such removal, or else you may be liable for payment to DIRECTV for unauthorized use of your DSS system. You will not be liable for unauthorized use after we have received your notification.

13) **PRIVATE VIEWING:**
DIRECTV provides programming and other services to you for your private use, enjoyment, and home viewing. You agree that the programming will not be viewed in areas open to the public. The programming services may not be rebroadcast, transmitted, or performed, nor may admission be charged for its viewing.

14) **PROGRAMMING AVAILABILITY – BLACKOUTS:**
Certain programming services transmitted by DIRECTV, including some subscription programming services, sports events, and/or the broadcast network services, may be blacked out in your local reception area. If you circumvent or attempt to circumvent any of these blackouts, you may be subject to legal action.

15) **CHANGE OF NAME, ADDRESS, OR TELEPHONE NUMBER:**
You agree to give us prompt notice of your change of name, mailing address, residency address, or telephone number. You may do this by notifying DIRECTV Customer Service by telephone or in writing.

16) **ASSIGNMENT OF ACCOUNT:**
DIRECTV may sell, assign, or transfer your account to a third party without notice to you. In the absence of a notice of such sale or transfer, you must continue to make all required payments to DIRECTV in accordance with your billing statement.

17) **SALE OR TRANSFER OF DSS EQUIPMENT/DIRECTV PROGRAMMING SERVICES:**
You agree to notify DIRECTV immediately, but in any event not more than five (5) days, after you sell, give away, or otherwise transfer your DSS equipment to anyone else. You are considered the registered owner of the DSS equipment and recipient of the DIRECTV programming services until we receive such notice, and you may be liable for any charges or fees incurred by the use of your DSS equipment by anyone else up to the time that we receive your notice. You may not assign or transfer your programming service without our written consent. If you do, DIRECTV may inactivate your service.

18) **APPLICABLE LAW:**
The terms and conditions in this Agreement, including all matters relating to their validity, construction, performance, and enforcement, shall be governed by applicable federal law, the rules and regulations of the Federal Communications

thirty [30] days) unless you have a zero or nominal balance, or a nominal credit balance, on your account at the end of a billing cycle. Statements will show:

a) Payments, credits, purchases, and any other charges to your account; and

b) The amount you owe to DIRECTV, and that payment is due upon receipt.

Payment must be made via check or money order payable to DIRECTV in U.S. Dollars. DIRECTV reserves the right, but not the obligation, to accept credit card payments made in U.S. Dollars. DIRECTV also reserves the right to require that payment be made via cashier's check or money order. Payment of the outstanding balance is due in full each month. If we do not receive payment from you before your next statement is issued, or if you fail to pay in a timely manner any other obligation(s) of whatever kind or nature to DIRECTV and/or any third party seller, financier, or lessor of the DSS equipment with whom DIRECTV, its authorized agents, or affiliates has a contractual agreement (whether or not such obligation[s] results from this Agreement or DIRECTV's provision of programming services to you), DIRECTV has the right, subject to applicable law, to inactivate your service upon the expiration of any applicable grace period(s) with respect to the amount(s) due. DIRECTV may, but is not required to, accept partial payments from you. If partial payments are made, they will be applied to statements starting with the oldest outstanding statement. Administrative Late Fees will be assessed monthly as allowed by applicable law until the total outstanding account balance, including Administrative Late Fees and all other charges, are paid. If you send us checks or money orders marked "payment in full" or otherwise labeled with restrictive endorsements, DIRECTV can, but is not required to, accept them, without losing any of our rights to collect all amounts owed by you under this Agreement.

3) **PAYMENT FOR SERVICE:**
You promise to pay for:

a) All DIRECTV subscription and pay per view programming and other services ordered by you or anyone who uses your DSS system, whether with or without your permission, through all periods until you cancel the subscription and other services;

b) Administrative fees (e.g., Administrative Late Fees, Returned Payment Fees, Disconnect Fees) and any other fees as provided for in this Agreement or by applicable law; and

c) All taxes or other governmental fees, including, but not limited to, payment of all federal, state, local, and user taxes, franchise fees, and other charges, if any, which are now or may in the future be assessed because you receive our service.

If you paid for an annual subscription to any DIRECTV programming service and your account is past due for any amounts owed to DIRECTV, DIRECTV has the right, but not the obligation, to convert your annual subscription to a monthly subscription. If DIRECTV elects to make this conversion, it will prorate your annual subscription and all monies owed to DIRECTV to the present date. The resulting credit, if any, is applied to any past due amounts, and any remaining credit is applied to your future monthly services.

4) **WHAT TO DO WHEN THERE IS A QUESTION ABOUT YOUR STATEMENT:**
If you think your statement is incorrect or if you need more information about an item on your statement, you can contact DIRECTV Customer Service in writing at the address indicated above or by calling 1-800-531-5000. DIRECTV is committed to responding to you and resolving any disputes you have as promptly as we can. You must call DIRECTV Customer Service or mail all correspondence separately to the address indicated above.
If you would like to contact us in writing, please include the following information:

- Your name and account number;
- The dollar amount in question;
- A description of the suspected error. Explain, if you can, why you believe there is an error; and

- Please include any suggestions you may have for solving the problem. If you need more information about an item, describe the item and what information you need.

Call or write us as soon as possible. You must contact us within sixty (60) days of the date you receive the statement on which the error or problem appeared. Undisputed portions of the statement must be paid before the next statement is issued to avoid an Administrative Late Fee and possible inactivation of services.

5) **CLOSING YOUR ACCOUNT:**
You may inactivate or modify services you receive, or cancel your account, by notifying DIRECTV Customer Service. Your notice becomes effective when received by us. If you cancel your account, you are still responsible for payment of all outstanding balances accrued through the date of cancellation as well as the Disconnect Fee specified in Section 6 below. DIRECTV will credit your final statement for any amounts prepaid or paid in advance by you, with the exception of non-refundable payments. If you do not pay in full the amount due on your final statement, any outstanding balances will continue to accrue Administrative Late Fees and other charges as permitted by law and will be subject to the terms and conditions of this Agreement.

6) **FEES AND CHARGES:**
You understand and agree that DIRECTV does not extend credit to customers and that any charges or fees assessed for late payments, returned payments, and reactivation are not interest charges. You understand and agree that all such fees are as prescribed by law in the state in which your service address is located and if not so prescribed, are reasonably related to the actual expense DIRECTV incurs or is required to expend as a result of late or unsatisfied payment. In the case of late payment or non-payment for any of the DIRECTV programming services ordered by you or any of the charges stated below, you understand and agree that DIRECTV may report such late payment or non-payment to the appropriate credit reporting agencies.
In addition to the amounts due for DIRECTV programming services, you agree to pay the charges referenced below.

**Access Card Replacement Fee:** If you report to DIRECTV Customer Service that the Access Card for your DSS receiver unit is lost, damaged, defective, or stolen, and our evaluation of the Access Card (if available) does not reveal unauthorized tampering or modification, then DIRECTV agrees to replace the Access Card upon your request. You may be charged an Access Card Replacement Fee up to the amount stated in Section 20 below. If you return your old Access Card to DIRECTV Customer Service, you may receive partial credit to your account. If you request overnight delivery of the replacement Access Card, you must pay the cost incurred by DIRECTV for shipping the Access Card plus a handling fee (the Overnight Delivery Fee) up to the amount stated in Section 20 below.

Access Cards are non-transferable. Your Access Card will only work in the DSS receiver unit that came with it.

**Additional DSS Receiver Authorization Fee:** DIRECTV may charge you a monthly fee up to the amount stated in Section 20 below for each additional DSS receiver that you request to be authorized to receive the same programming as your initial DSS receiver. This reduced rate is only applicable if your initial DSS receiver and all additional receiver(s) are located at your residence and are continuously connected to the same land-based telephone line. If such additional receiver(s) are not so connected, you will be responsible for the full amount of DIRECTV's programming charges then in effect for each receiver.

**Administrative Late Fee:** If your payment is not received by DIRECTV before the due date appearing on the bill, you may be charged an Administrative Late Fee up to the amount stated in Section 20 below.

**Change of Service Fee:** When you request a change of DIRECTV service from one programming package to another, you may be charged a Change of Service Fee up to the amount stated in Section 20 below.

**Deposits:** If your service is inactivated because you did not submit payment on time or for any other reason, in addition to payment of past due amounts,

including the Disconnect Fee, DIRECTV may require a deposit before reactivating your programming service. Amounts deposited by you will appear on your statement as credits, and programming service charges and other fees will be deducted each billing cycle from the deposit amount. Deposits shall not earn or accrue interest.

**DIRECT TICKET Order Assistance Fee:** The most convenient method of ordering DIRECT TICKET Pay Per View services is by using the on-screen program guide and DSS remote control unit to select the movies and other events we offer. To use this method, your DSS digital receiver unit must be continuously connected to a land-based telephone line as described in Section 21 below. If you choose to order a DIRECT TICKET movie or event over the telephone by calling DIRECTV Customer Service, a DIRECT TICKET Order Assistance Fee up to the amount stated in Section 20 below may be charged to your account for each DIRECT TICKET movie, event, or other service that you order with Customer Service's assistance, whether or not you later cancel the order.

**Duplicate Statement Fee:** You may be charged a Duplicate Statement Fee for each statement copy that you request up to the amount stated in Section 20 below.

**Disconnect Fee:** If your DIRECTV programming service is inactivated because of your failure to pay any past due amounts referenced in Section 2 above, you agree to pay a Disconnect Fee up to the amount stated in Section 20 below. To reactivate service, you must bring your account up to date by payment in full of any outstanding balance, fees, and charges, and timely paying any other past due obligation(s) (whether or not such obligation[s] result from this Agreement or DIRECTV's provision of programming services to you) owed to DIRECTV and/or any third party seller, financier, or lessor of the DSS equipment with whom DIRECTV, its authorized agents, or affiliates has a contractual agreement. If your DIRECTV programming service is inactivated in accordance with your request, we may charge you, and you agree to pay, a Disconnect Fee up to the amount stated in Section 20 below.

**Returned Payment Fee:** If the bank or other financial institution on which your payment is drawn refuses to pay DIRECTV for any reason and the check, money order, credit card payment, or any other instrument is returned to DIRECTV unpaid, you agree to pay a Returned Payment Fee up to the amount stated in Section 20 below (to the extent allowed by applicable law).

7) **CHANGES IN PROGRAMMING SERVICE AND FEES:**
DIRECTV reserves the right to change the programming packages, programming services, or other services we offer, and our prices or fees, at any time. We may also rearrange, delete, add to, or otherwise change the service provided on all programming packages. For any changes to the programming packages, prices, or fees that are within our control, DIRECTV will endeavor to notify you of the change and its effective date by sending a notice to your last known address. In most cases, where the change is within our control, notice will be approximately one (1) month in advance. If the change is not acceptable to you, you may cancel your programming service in whole or in part; provided, however, that if you do cancel service you will not be entitled to a refund of any prepaid subscription amounts paid in connection with a DIRECTV offer or promotion. If you do not cancel your service, your continued receipt of any DIRECTV programming service after the effective date of the change will be deemed to be your acceptance of that change, and you will continue to be responsible for payment.

8) **COLLECTION OF AMOUNTS OWED TO DIRECTV:**
If DIRECTV chooses to use any collection agency or attorney to collect money that you owe us or to assert any other right which DIRECTV may have against you, you agree to pay the reasonable costs of collection and/or other action including, but not limited to, the costs of a collection agency, reasonable attorneys' fees, and court costs, as provided by applicable law.

9) **SERVICE RENEWAL:**
DIRECTV programming services and packages that you subscribe to on a periodic basis (i.e., payments are made either monthly or annually) may be renewed automatically unless you contact DIRECTV Customer Service to cancel the services.