# EXHIBIT 15

 **DIRECTV**

**BILLING STATEMENT**

**Account #:** 5294189
**Statement for:** MICHAEL HOLINKO
20 WOODVIEW DR
BELLE MEAD, NJ08502-4647

**Statement Date:** 10/05/18
**Billing Period:** 10/04/18 to 11/03/18

## WHAT DO I OWE AND WHEN?

**AMOUNT PAID:**



$216.29

**PAYMENT CHARGED ON:**

2018
October
**5**

## WHAT IS MY ACCOUNT OVERVIEW?

| | |
|---|---:|
| **Previous Balance** | **$0.00** |
| **Payments Received Since Last Bill** | **0.00** |
| **New Charges:** | |
| DIRECTV Channels | 173.45 |
| DIRECTV Equipment Services | 41.00 |
| Other Charges, Adjustments & Taxes | 1.84 |
| **Total New Charges** | **216.29** |
| **Total Amount Due** | 216.29 |
| **Payment Charged to Auto Bill Pay Credit Card** | -216.29 |
| **CURRENT AMOUNT DUE** | **$0.00** |

## WHAT CHANGED SINCE LAST MONTH?

| Date | Activity |
|---|---|
| 09/14/18 | Charged for 1 of 6 installments for NFL SUNDAY TICKET MAX 2018. |

## WHAT DO I NEED TO KNOW?

- Ready for a family-friendly adventure? Catch *The Legend of Hallowaiian* - Now Playing EXCLUSIVELY on DIRECTV CINEMA®!

- Our favorite sober coach is back! *Loudermilk*, season 2 premieres Tues Oct 16 - 10pm ET/PT on AUDIENCE ch.239

- Get more out of your DIRECTV when you add other AT&T services. Call 877.943.0871 today.

BILLING INFO ▷     It's easy to **pay online**     By mobile, text **PAY** to **21880**\* *Text msg rates may apply     View all **Statements**

 **DIRECTV**

| ACCOUNT NUMBER: | PAYMENT DUE: | TOTAL DUE: | PAYMENT AMOUNT: |
|---|---|---|---|
| **5294189** | None | **$0.00** | No action required |

MICHAEL HOLINKO
20 WOODVIEW DR
BELLE MEAD, NJ08502-4647

CONFIRMATION of Auto Bill Pay Enrollment by CREDIT CARD. Payment was charged on bill statement date. See above.

Please do not mail.

**Account #:** 5294189
**Statement for:** MICHAEL HOLINKO

| ACCOUNT ACTIVITY | | |
|---|---|---|
| Billing Period: 10/04/18 to 11/03/18 | | |
| **Payments** | | |
| Previous Balance | | $0.00 |
| | BALANCE | 0.00 |
| | | |
| **DIRECTV Channels** | | |
| 1. CHOICE XTRA CLASSIC | | 93.99 |
| 2. HBO | | 17.99 |
| 3. MOVIES EXTRA PACK | | 4.99 |
| 4. Regional Sports Fee | | 7.49 |
| **Seasonal Sports Subscriptions** | | |
| 5. NFL SUNDAY TICKET MAX 2018 | | 48.99 |
| *Kick-Off Special in 6 Payments (1 of 6)* | | |
| | SUBTOTAL | 173.45 |
| | | |
| **DIRECTV Equipment Services** | | |
| 6. Watch DIRECTV on Multiple TVs | | 21.00 |
| *4 TVs at $7 each; Save $7 off 1st TV* | | |
| 7. Advanced Receiver Service - HD | | 10.00 |
| 8. Advanced Receiver Service - DVR | | 10.00 |
| | SUBTOTAL | 41.00 |
| | | |
| **Other Charges, Adjustments & Taxes** | | |
| **Taxes** | | |
| 9. Sales Tax | | 1.84 |
| | SUBTOTAL | 1.84 |
| | | |
| **Total Amount Due** | | **216.29** |
| **Payment charged on 10/05/18 - VISA** | | **-216.29** |
| | | |
| **CURRENT AMOUNT DUE** | | **$0.00** |





Catch up or discover new

shows&movies

Thousands of titles at **NO EXTRA COST!**

> Tune to **CH. 1000** or
> Click **MENU**, then **ON DEMAND** On HR44 Receivers or higher

**DIRECTV ON DEMAND**

**CALL TO FIND OUT ABOUT SPECIAL OFFERS**
WHEN YOU BUNDLE PREMIUM PRODUCTS FROM AT&T!

TV + Wireless + Internet + Digital Home Phone

Ask about ways you can save and learn more about products that may be available in your area.

**CALL TO ORDER: 877.943.0873**
**GO TO: att.com/ChooseBundles**
**VISIT: your local AT&T store**

Advertised services not available in all areas.

**NEED TO CONTACT US?**

Customer service is available:

 ONLINE: directv.com

 PHONE: 1.800.531.5000

©2018 AT&T Intellectual Property. All Rights Reserved. AT&T, Globe logo, DIRECTV, and all other DIRECTV marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

We love to hear from our customers, but please don't reply to this email directly; replies to this email address cannot be answered. Click here to contact us for support.

**Payment Mailing Address**
If you choose to mail in your payment, include your account number and send to the following address: DIRECTV, LLC, Payment Center, PO Box 5007, Carol Stream, IL 60197-5007.

**Our Agreement**
You received your DIRECTV Customer Agreement with your order confirmation. Updates may be mailed periodically. Your Customer Agreement describes the terms and conditions upon which you accept our service. Please consult your Customer Agreement, which is also available at directv.com/agreement, for complete information about billing and payment on your account. WE MAY AUTOMATICALLY CHARGE YOUR CREDIT CARD ON FILE FOR ANY BILL AMOUNT LEFT UNPAID, PLUS ANY CANCELLATION FEES POSTED TO YOUR ACCOUNT, AND ANY APPLICABLE CANCELLATION AND EQUIPMENT NON-RETURN FEES IF YOU CANCEL YOUR DIRECTV SERVICE. IF WE ARE UNABLE TO RECOVER THE FULL BALANCE, WE WILL ATTEMPT TO RECOVER A PORTION OF THE MONIES DUE. YOU ARE STILL RESPONSIBLE FOR ANY UNPAID BALANCE.

**Questions About Your Bill**
Please call or write within 60 days of receiving your bill to avoid administrative late fees and possible disconnection of your service. We will make every effort to resolve claims informally and will not report your account as delinquent while your claim or dispute is under investigation. Any claims not so resolved may be resolved only through binding arbitration, as provided in the Customer Agreement. We reserve the right to process checks electronically and we may issue a draft against your account for the amount of the check if we cannot collect the funds at first presentment.

For immediate closed-captioning issues, call 1.800.347.3288, fax 314.335.5735 or email ClosedCaptioning@att.com. For formal inquiries, contact Mr. Timmermans, Associate Director: email ClosedCaptioning@att.com, call 314.235.3333, fax 314.335.5735 or mail to AT&T Closed Captioning, ATTN: Mr. Timmermans, 1010 Pine St, 11E-X-04, St. Louis, MO 63101.

To see the information that prints on the back of our paper bill, please go to directv.com/backofbill