# EXHIBIT 20



**DIRECTV**

| ACCOUNT NUMBER | DATE DUE | AMOUNT DUE | INVOICE NUMBER |
|---|---|---|---|
| 044671534 | 12/03/18 | $634.28 | 35427621214 |

To contact us call **1-888-388-4249**

## Summary

Statement Date: 11/14/18
Page 1 of 1 for:
**GAEL PUB**
For Service at:
ATTN EUGENE LENNON
1465 3RD AVE
NEW YORK, NY 10028-1926

| | |
|---|---|
| Previous Balance | 634.28 |
| Payments | -634.28 |
| Current Charges & Fees | 634.28 |
| Adjustments & Credits | 0.00 |
| Taxes | 0.00 |
| **Amount Due** | **$634.28** |

## Activity

| Start | End | Description | Amount |
|---|---|---|---|
| | | Previous Balance | 634.28 |
| 11/02 | | Payment - Thank You | -634.28 |

**Current Charges for Service Period 11/13/18 - 12/12/18**

| Start | End | Description | Amount |
|---|---|---|---|
| 11/13 | 12/12 | Xtra Pack 3of3 Monthly | 47.51 |
| 11/13 | 12/12 | Xtra Pack 2of3 Monthly | 14.99 |
| 11/13 | 12/12 | HD Access Monthly | 25.00 |
| 11/13 | 12/12 | Xtra Pack 1of3 Monthly | 93.99 |
| 11/13 | 12/12 | Xtra Pack Receiver Fee 4 | 60.00 |
| 12/11 | 01/10 | NFL SUNDAY TICKET 2018 5-Pay Renewal | 381.80 |

**Fees**

| | | | |
|---|---|---|---|
| 11/14 | | RSN Fee | 10.99 |

**AMOUNT DUE** $634.28

005267 1/1

23911

---

**PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT**


**DIRECTV**

| INVOICE NUMBER | DATE DUE | ACCOUNT NUMBER | AMOUNT DUE | PAYMENT ENCLOSED |
|---|---|---|---|---|
| 35427621214 | 12/03/18 | 044671534 | $634.28 | |

☐ Note my change of address on reverse side.
**DO NOT WRITE OTHER COMMENTS ON THIS FORM**

(212) 517-4141

To sign up for Auto Bill Pay, See Reverse.

Please do not send cash. Make check or money order payable to:

#BWNHPWR
#PDDFGAECD4#
------ manifest line ---------
GAEL PUB
ATTN:EUGENE LENNON
3 KINGSWOOD DR
ORANGEBURG NY 10962-1805

DIRECTV
PO BOX 5006
CAROL STREAM IL 60197-5006

0000000000000000000044671534  4  0028  00063428  00063428  8

## Important Information

Our electronic payment processing system does not read comments enclosed with your payment. Please do not write comments on the bottom of your bill or enclose correspondence with your payment.

### How to Contact Us

**PHONE:** 1.888.388.4249

**EMAIL:** directv.com/commercialemail

**U.S. MAIL:**

DIRECTV, LLC
Business Service Center
P.O. Box 410347
Charlotte, NC 28241

### Commercial Customer Agreement

You received your DIRECTV Commercial Customer Agreement with your order confirmation. The Commercial Customer Agreement describes the terms and conditions upon which you accept our service and upon which we provide our service. Please consult the Commercial Customer Agreement for complete information about billing and payment on your account. The Commercial Customer Agreement is available at www.directv.com/commagreement.

### Errors or Questions About Your Invoice

If you have a question about your invoice, please call or write to us as soon as possible. You must contact us within 60 days of receiving the invoice in question, and you must pay undisputed portions of the invoice by the due date in order to avoid an administrative late fee and possible disconnection of your service. We will not report your account as delinquent or take any action to collect the disputed amount while your dispute is under investigation. We will make every effort to resolve claims informally. Any claims not so resolved may be resolved only through binding arbitration, as provided in the Commercial Customer Agreement.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. We may issue a draft against your account for the amount of the check if we cannot collect the funds at first presentment.

### Returned Payment Fee

If your bank or other financial institution refuses to honor the payment, draft, order, item or instrument you submit to pay this bill, including electronic debits to debit cards and bank accounts, you may be assessed a returned payment fee of the lesser of $30.00 or the maximum amount permitted by applicable law, which may be in addition to fees imposed by your bank or financial institution.

**For immediate closed-captioning issues,** call 1.800.347.3288, fax 314.335.5735 or email ClosedCaptioning@att.com. For formal inquiries, contact Mr. Timmermans, Associate Director – Office of the President: email ClosedCaptioning@att.com, call 314.235.3333, fax 314.335.5735 or mail to AT&T Closed Captioning, ATTN: Mr. Timmermans, 1010 Pine St, 11E-X-04, St. Louis, MO 63101.

### Thank you for choosing DIRECTV.



Programming, pricing, terms and conditions subject to change at any time. DIRECTV services not provided outside the U.S. ©2018 AT&T Intellectual Property. All Rights Reserved. AT&T, Globe logo, DIRECTV, and all other DIRECTV marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

---

**Sign up for Auto Bill Pay using your checking account, then sign your name for authorization.**
Processing takes up to 6 weeks, so please pay this month's bill and retain a copy of this completed form for your records.

☐ **Checking Account Auto Bill Pay** *(Don't forget to sign your name below)*
   I authorize DIRECTV and my financial institution to automatically deduct from the checking account as shown on my enclosed check all future payments for my DIRECTV bills. I may cancel this request by contacting DIRECTV. I understand the monthly amount may vary and I will receive notification of the date my checking account will be debited.

**Change My Billing Address to:**
(If you are moving your service location, call 1.888.388.4249.)

Street Address: _____

_____

City: _____

State: _____   ZIP: _____

New home phone: ( _____ ) _____

Signature: _____   Date: _____