# EXHIBIT 23

**DIRECTV**
Now part of the AT&T family

| ACCOUNT NUMBER | DATE DUE | AMOUNT DUE | INVOICE NUMBER |
|---|---|---|---|
| 001317009 | 06/26/16 | $900.97 | 28702281231 |

To contact us call 1-888-388-4249

## Summary

**Statement Date:** 06/07/16
Page 1 of 1 for:
**THE MUCKY DUCK**
**For Service at:**
ATTN: JASON BAKER
1315 9TH AVE
SAN FRANCISCO, CA 94122-2308

| | |
|---|---|
| Previous Balance | 900.97 |
| Payments | -900.97 |
| Current Charges & Fees | 900.97 |
| Adjustments & Credits | 0.00 |
| Taxes | 0.00 |
| **Amount Due** | **$900.97** |

**DIRECTV**
Open for Business
24 7 365

## Activity

| Start | End | Description | Amount |
|---|---|---|---|
| | | Previous Balance | 900.97 |
| 05/17 | | Payment - Thank You | -900.97 |
| | | **Current Charges for Service Period 06/06/16 - 07/05/16** | |
| 06/06 | 07/05 | Xtra Pack 3of3 Monthly | 45.51 |
| 06/06 | 07/05 | Xtra Pack 2of3 Monthly | 13.99 |
| 06/06 | 07/05 | HD Access Monthly | 25.00 |
| 06/06 | 07/05 | Xtra Pack 1of3 Monthly | 84.49 |
| 06/06 | 07/05 | Xtra Pack Additional Outlet 10 | 150.00 |
| 06/06 | 07/05 | HD Business Pkge Monthly | 9.99 |
| 02/18 | 03/17 | NBA LEAGUE PASS 2015-16 5-Pay Renewal | 0.00 |
| 03/04 | 04/03 | NHL CENTER ICE 2015-16 5-Pay Renewal | 0.00 |
| 05/29 | 06/28 | NFL SUNDAY TICKET 2016 5-Pay | 291.60 |
| 06/06 | 07/05 | Fox Soccer Plus Monthly | 100.00 |
| 06/06 | 07/05 | ESPN College Extra 3 Installments | 0.00 |
| 07/02 | 08/01 | MLB Extra Innings 2016 5-Pay Renewal | 172.40 |
| 04/29 | 05/28 | NFL SUNDAY TICKET HD 2016 | 0.00 |
| | | **Fees** | |
| 06/07 | | RSN Fee | 7.99 |
| | | **AMOUNT DUE** | **$900.97** |

000658 1/1

3 11

---

**DIRECTV**
Now part of the AT&T family

PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

| INVOICE NUMBER | DATE DUE | ACCOUNT NUMBER | AMOUNT DUE | PAYMENT ENCLOSED |
|---|---|---|---|---|
| 28702281231 | 06/26/16 | 001317009 | $900.97 | |

☐ Note my change of address on reverse side.
DO NOT WRITE OTHER COMMENTS ON THIS FORM

(415) 661-4340

To sign up for Auto Bill Pay, See Reverse.

Please do not send cash. Make check or money order payable to:

#BWNHPWR
#PPACAGPPI7#
------ manifest line ---------
THE MUCKY DUCK
ATTN: JASON BAKER
1315 9TH AVE
SAN FRANCISCO CA 94122-2308

DIRECTV
PO BOX 105249
ATLANTA GA 30348-5249

0000000000000000001317009 7 0028 00090097 00090097 8

## Important Information

Our electronic payment processing system does not read comments enclosed with your payment. Please do not write comments on the bottom of your bill or enclose correspondence with your payment.

### How to Contact Us

**PHONE:** 1.888.388.4249

**EMAIL:** directv.com/commercialemail

**U.S. MAIL:**
DIRECTV, LLC
Business Service Center
P.O. Box 25392
Miami, FL 33102-5392

### Commercial Customer Agreement

You received your DIRECTV Commercial Customer Agreement with your order confirmation. The Commercial Customer Agreement describes the terms and conditions upon which you accept our service and upon which we provide our service. Please consult the Commercial Customer Agreement for complete information about billing and payment on your account. The Commercial Customer Agreement is available at www.directv.com/commagreement.

### Errors or Questions About Your Invoice

If you have a question about your invoice, please call or write to us as soon as possible. You must contact us within 60 days of receiving the invoice in question, and you must pay undisputed portions of the invoice by the due date in order to avoid an administrative late fee and possible disconnection of your service. We will not report your account as delinquent or take any action to collect the disputed amount while your dispute is under investigation. We will make every effort to resolve claims informally. Any claims not so resolved may be resolved only through binding arbitration, as provided in the Commercial Customer Agreement.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. We may issue a draft against your account for the amount of the check if we cannot collect the funds at first presentment.

### Returned Payment Fee

If your bank or other financial institution refuses to honor the payment, draft, order, item or instrument you submit to pay this bill, including electronic debits to debit cards and bank accounts, you may be assessed a returned payment fee of the lesser of $30.00 or the maximum amount permitted by applicable law, which fee may be in addition to fees imposed by your bank or financial institution.

**For immediate closed-captioning issues,** call 1.800.DIRECTV, fax 303.483.6266 or email ClosedCaptions@directv.com. For formal inquiries, contact S. Abrams, Director: email ClosedCaptions@directv.com, call 310.964.1010, fax 303.483.6266 or mail to Closed Captions, P.O. Box 6550, Greenwood Village, CO 80155-6550.

### Thank you for choosing DIRECTV.

Programming, pricing, terms and conditions subject to change at any time. DIRECTV services not provided outside the U.S. ©2016 AT&T Intellectual Property. All Rights Reserved. AT&T, Globe logo, DIRECTV, and all other DIRECTV marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.


DIRECTV
Now part of the AT&T family

---

**Sign up for Auto Bill Pay using your checking account, then sign your name for authorization.**
Processing takes up to 6 weeks, so please pay this month's bill and retain a copy of this completed form for your records.

☐ **Checking Account Auto Bill Pay** *(Don't forget to sign your name below)*
   I authorize DIRECTV and my financial institution to automatically deduct from the checking account as shown on my enclosed check all future payments for my DIRECTV bills. I may cancel this request by contacting DIRECTV. I understand the monthly amount may vary and I will receive notification of the date my checking account will be debited.

**Change My Billing Address to:**
(If you are moving your service location, call 1.888.388.4249.)

Street Address: _____

_____

City: _____

State: _____  ZIP: _____

New home phone: (_____) _____



Signature: _____  Date: _____