# EXHIBIT 25



| ACCOUNT NUMBER | DATE DUE | AMOUNT DUE | INVOICE NUMBER |
|---|---|---|---|
| 001317009 | 02/26/20 | $524.78 | 37152406031 |

To contact us call 1-888-388-4249

## Summary

Statement Date: 02/07/20
Page 1 of 1 for:
THE MUCKY DUCK
**For Service at:**
ATTN: JASON BAKER
1315 9TH AVE
SAN FRANCISCO, CA 94122-2308

| | |
|---|---|
| Previous Balance | 703.07 |
| Payments | -703.07 |
| Current Charges & Fees | 524.78 |
| Adjustments & Credits | 0.00 |
| Taxes | 0.00 |
| **Amount Due** | **$524.78** |

**Thank you for choosing DIRECTV.**

We're committed to bringing you the **best entertainment experience.**

## Activity

| Start | End | Description | Amount |
|---|---|---|---|
| | | Previous Balance | 703.07 |
| 01/22 | | Payment - Thank You | -703.07 |
| | | *Current Charges for Service Period 02/06/20 - 03/05/20* | |
| 02/06 | 03/05 | Xtra Pack 3of3 Monthly | 47.51 |
| 02/06 | 03/05 | Xtra Pack 2of3 Monthly | 15.49 |
| 02/06 | 03/05 | HD Access Monthly | 25.00 |
| 02/06 | 03/05 | Xtra Pack 1of3 Monthly | 106.99 |
| 02/06 | 03/05 | Xtra Pack Receiver Fee 7 | 105.00 |
| 02/06 | 03/05 | HD Business Pkge Monthly | 9.99 |
| 10/06 | 11/05 | ESPN College Extra 3 Installments | 0.00 |
| 01/03 | 02/02 | NFL SUNDAY TICKET 2019 5-Pay Renewal | 0.00 |
| 01/22 | 02/21 | MLB Extra Innings 2020 Renewal: 5-Pay @ $213.80/mo | 0.00 |
| 01/30 | 02/29 | NHL CENTER ICE 2019-20 5-Pay Renewal | 0.00 |
| 02/06 | 03/05 | NBA LEAGUE PASS 2019-20 5-Pay Renewal | 199.80 |
| 02/22 | 03/21 | MLB Extra Innings 2020 Renewal: 5-Pay @ $213.80/mo | 0.00 |
| 06/03 | 08/02 | NFL SUNDAY TICKET 2019 HD | 0.00 |
| | | **Fees** | |
| 02/07 | | RSN Fee | 15.00 |
| | | **AMOUNT DUE** | **$524.78** |

**IMPORTANT RENEWAL NOTICE:
MLB EXTRA INNINGS®**
This is your renewal notification for the 2020 MLB EXTRA INNINGS® season. The first of 5 monthly installments will be reflected on your next bill statement. Watch up to 90 out-of-market MLB games every week. MLB EXTRA INNINGS® will automatically renew each season unless you call 888-388-4249 to cancel prior to the start of the season. Refunds are not available once the season begins. Blackout rules and other conditions apply to all sports programming.

For Public Viewing establishments, MLB EXTRA INNINGS® pricing is based on Fire Code Occupancy (FCO) and cannot be activated unless we have your FCO. To update your FCO, email your documentation to: fco@att.com.

000828 1/1

2 3 4 1 1

---

**PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT**



| INVOICE NUMBER | DATE DUE | ACCOUNT NUMBER | AMOUNT DUE | PAYMENT ENCLOSED |
|---|---|---|---|---|
| 37152406031 | 02/26/20 | 001317009 | $524.78 | |

☐ Note my change of address on reverse side.
**DO NOT WRITE OTHER COMMENTS ON THIS FORM**

(415) 661-4340

To sign up for Auto Bill Pay, See Reverse.

Please do not send cash. Make check or money order payable to:

#BWNHPWR
#PPACAGPPI7#
------ manifest line ---------
THE MUCKY DUCK
ATTN: JASON BAKER
1315 9TH AVE
SAN FRANCISCO CA 94122-2308

DIRECTV
PO BOX 105249
ATLANTA GA 30348-5249

0000000000000000000001317009 7 0028 00052478 00052478 4

## Important Information

Our electronic payment processing system does not read comments enclosed with your payment. Please do not write comments on the bottom of your bill or enclose correspondence with your payment.

## How to Contact Us

**PHONE:** 1.888.388.4249

**EMAIL:** commercialcustsat@att.com

**U.S. MAIL:**

DIRECTV, LLC
Business Service Center
P.O. Box 410347
Charlotte, NC 28241

## Commercial Customer Agreement

You received your DIRECTV Commercial Customer Agreement with your order confirmation. The Commercial Customer Agreement describes the terms and conditions upon which you accept our service and upon which we provide our service. Please consult the Commercial Customer Agreement for complete information about billing and payment on your account. The Commercial Customer Agreement is available at www.directv.com/commagreement.

## Errors or Questions About Your Invoice

If you have a question about your invoice, please call or write to us as soon as possible. You must contact us within 60 days of receiving the invoice in question, and you must pay undisputed portions of the invoice by the due date in order to avoid an administrative late fee and possible disconnection of your service. We will not report your account as delinquent or take any action to collect the disputed amount while your dispute is under investigation. We will make every effort to resolve claims informally. Any claims not so resolved may be resolved only through binding arbitration, as provided in the Commercial Customer Agreement.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. We may issue a draft against your account for the amount of the check if we cannot collect the funds at first presentment.

## Returned Payment Fee

If your bank or other financial institution refuses to honor the payment, draft, order, item or instrument you submit to pay this bill, including electronic debits to debit cards and bank accounts, you may be assessed a returned payment fee of the lesser of $30.00 or the maximum amount permitted by applicable law, which may be in addition to fees imposed by your bank or financial institution.

**For closed-captioning issues,** you may contact us immediately at ClosedCaptioning@att.com or 1.800.347.3288, or in writing at AT&T Closed Captioning, ATTN: Mr. Timmermans, Assoc. Dir., 1010 Pine St, 11E-X-04, St. Louis, MO 63101.

## Thank you for choosing DIRECTV.

Programming, pricing, terms and conditions subject to change at any time. DIRECTV services not provided outside the U.S. ©2020 AT&T Intellectual Property. All Rights Reserved. AT&T, Globe logo, DIRECTV, and all other DIRECTV marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.



**Sign up for Auto Bill Pay using your checking account, then sign your name for authorization.** Processing takes up to 6 weeks, so please pay this month's bill and retain a copy of this completed form for your records.

☐ **Checking Account Auto Bill Pay** *(Don't forget to sign your name below)*
   I authorize DIRECTV and my financial institution to automatically deduct from the checking account as shown on my enclosed check all future payments for my DIRECTV bills. I may cancel this request by contacting DIRECTV. I understand the monthly amount may vary and I will receive notification of the date my checking account will be debited.

**Change My Billing Address to:**
(If you are moving your service location, call 1.888.388.4249.)

Street Address: _____

_____

City: _____

State: _____ ZIP: _____

New home phone: (_____) _____



Signature: _____   Date: _____