Name and address:
Ian Simmons
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: National Football League Sunday Ticket Antitrust Litigation<br><br>v.<br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>2:15-ml-02668-PSG-JEMx<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Simmons, Ian
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 383-5300
*Telephone Number*

(202) 383-5414
*Fax Number*

isimmons@omm.com
*E-Mail Address*

of O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
DIRECTV, LLC and DIRECTV Holdings LLC

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*    ☒ *Defendant(s)*    ☐ *Other:*

**and designating as Local Counsel**

Petrocelli, Daniel M.
*Designee's Name (Last Name, First Name & Middle Initial)*

(S.B. #97802)
*Designee's Cal. Bar No.*

(310) 246-6850
*Telephone Number*

(310) 246-6779
*Fax Number*

dpetrocelli@omm.com
*E-Mail Address*

of O'Melveny & Myers LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge