FILED

MAR 2 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: NATIONAL FOOTBALL LEAGUE'S SUNDAY TICKET ANTITRUST LITIGATION, _____ NINTH INNING, INC., DBA The Mucky Duck; et al.,         Plaintiffs-Appellants, v. DIRECTV, LLC; et al.,         Defendants-Appellees. | No. 17-56119 D.C. No. 2:15-ml-02668-BRO-JEM Central District of California, Los Angeles ORDER |

Before: IKUTA and N.R. SMITH, Circuit Judges, and STEEH,[*] District Judge.

The Application for Exemption from Ninth Circuit Rule 46-5 (Dkt. 86) is GRANTED.

---

[*] The Honorable George Caram Steeh III, United States District Judge for the Eastern District of Michigan, sitting by designation.