Marc M. Seltzer (54534)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Scott Martin
Irving Scher
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

Howard Langer
Edward Diver
Peter Leckman
**LANGER GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com
ndiver@langergrogan.com
pleckman@langergrogan.com

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 2:15-ml-02668–PSG (JEMx)<br><br>**DECLARATION OF ROBERT GARY LIPPINCOTT, JR. IN OPPOSITION TO DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>DATE:  April 19, 2021<br>TIME:  1:30 p.m.<br>PLACE: 6A |

I, Robert Gary Lippincott, Jr., declare and state as follows:

1. I am one of the Plaintiffs in this case.

2. I am over age 18. I have personal knowledge of the following facts and I could and would testify competently thereto if called as a witness.

3. I am an avid football fan, and I have been for as long as I can remember. My favorite team is the New Orleans Saints, and I look forward to the fall football season every year.

4. I have purchased DirecTV's Sunday Ticket for a decade or so, although I recently suspended my DirecTV service because I needed to upgrade my internet bandwidth to support my family's needs during the COVID-19 pandemic. I am currently receiving internet and television through Xfinity.

5. I intend to reactivate my DirecTV account as soon as reasonably possible so that I have access to Sunday Ticket. As an avid football fan who had only one provider from which to obtain out-of-market team games that weren't broadcast, the relief sought in this litigation is extremely important to me. Among other things, if there were competition for providing such games, I could have choices of what is available for purchase and from whom in the marketplace – potentially different menus of games and teams, and from different providers and types of providers (cable, streaming, satellite, etc.) – that are not available now through the exclusive DirecTV service.

6. I do not recall anyone affiliated with DirecTV ever discussing with me any obligation to arbitrate any claim that I might have with the company.

7. Except for conversations with my attorneys after I filed this lawsuit, I was not aware that DirecTV expected me to arbitrate the claims made in this litigation.

8. I do not recall ever seeing any notice from DirecTV that mentions the existence of an arbitration clause.

9. I have never consented to arbitrate any dispute with DirecTV, and I wish

to continue pursuing my claims in this Court.

10. I understand from my counsel that DirecTV contends that since this litigation commenced in summer 2015, it has sent email communications to me that suggest that I will need to arbitrate any disputes with the company, including the present one. I further understand that DirecTV contends that it emailed these communications to the email address karla.lippincott@gmail.com. This is not my email address. I have never used this email address, and I do not have the password to sign into this email account. Karla Lippincott is my wife. I am not sure how DirecTV obtained my wife's email address, but on occasion, Karla has assisted with household tasks, including paying the monthly bills. It is possible that she gave her email address to DirecTV at some point in time.

11. I do not recall receiving any emails from DirecTV in recent years.

12. I recall that the DirecTV monthly statements were addressed to me, and not Karla Lippincott. The envelope containing the bill frequently includes a number of inserts that contain advertisements and/or information about upcoming programming that DirecTV thought might be of interest to me. I generally do not pay any attention to this extra material, which every company seems to insert with their bills. I have a lot of demands on my time, and I expect to see important information about my account right on the front of my bill. I recall seeing boxes on the front of the monthly statements for this purpose. I don't recall seeing anything about an obligation to arbitrate disputes with DirecTV.

13. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Healdsburg, California on March 3, 2021.

_____
ROBERT LIPPINCOTT