Marc M. Seltzer (54534)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Scott Martin
Irving Scher
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

Howard Langer
Edward Diver
Peter Leckman
**LANGER GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com
ndiver@langergrogan.com
pleckman@langergrogan.com

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**SUPPLEMENTAL DECLARATION OF JASON BAKER OF MUCKY DUCK IN OPPOSITION TO DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>DATE:   April 19, 2021<br>TIME:   1:30 p.m.<br>PLACE:  6A |

I, Jason Baker, declare and state as follows:

1. I am the sole proprietor of Ninth Inning Inc. dba The Mucky Duck ("The Mucky Duck") a neighborhood pub located in San Francisco, California, and one of the Plaintiffs in this case.

2. I am over age 18 and am authorized to make this declaration on behalf of The Mucky Duck. I have personal knowledge of the following facts and I could and would testify competently thereto if called as a witness.

3. This declaration supplements my prior declaration in this matter.

4. I have been the sole proprietor of The Mucky Duck since 1995. The Mucky Duck is located on 9th Avenue between Irving and Judah in the Inner Sunset neighborhood of San Francisco. The Mucky Duck is a small bar with a fire-code occupancy of 49. I am the primary bartender. The Mucky Duck caters to sports fans. My patrons expect to see sports programming while in the bar and they come to The Mucky Duck on Sunday afternoons during football season to watch a diverse range of N.F.L. football games with their friends and colleagues.

5. In 1996, The Mucky Duck first became a subscriber of DirecTV. I sought the subscription for DirecTV services so that The Mucky Duck would be able to show out of market Sunday afternoon football games offered through the Sunday Ticket. These out of market games are blacked out except through the Sunday Ticket service offered by DirecTV.

6. I do not recall anyone affiliated with DirecTV ever discussing with me any obligation to arbitrate during the more than 20 years that I have been a customer of DirecTV.

7. Except for conversations with my attorneys after I filed this lawsuit, I was not aware that DirecTV expected me to arbitrate the claims made in this litigation.

8. I do not recall ever seeing any notice from DirecTV that mentions the existence of an arbitration clause.

9. I have never consented to arbitrate any dispute with DirecTV, and I wish

1

SUPPLEMENTAL DECLARATION OF JASON BAKER                         CASE NO. 2:15-ML-02668

1   to continue pursuing my claims in this Court.

2   10. As I noted in my prior declaration, DirecTV sends a bill to me on a monthly basis. I understand from my counsel that DirecTV now contends that on three occasions, it sent me a Commercial Customer Agreement that contains an arbitration clause. I do not ever recall receiving those documents. I do note that DirecTV frequently includes with its bills a number of inserts that contain advertisements and/or information about upcoming programming, et cetera, that it thinks might be of interest to me. Unless something specific is called out to me for special attention on the invoice or on the envelope, I typically would not pay much attention to the additional materials sent with my billing statement. I pay many bills every month and I do not have time to reviewall of the miscellaneous materials that are included with the multiple billing statements that I must process each month to keep The Mucky Duck operating asa going concern. Accordingly, I expect my vendors to alert me to especially important information that affects my relationship with them. That was not done with respect to any purported agreement to arbitrate with DirecTV.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in San Francisco on March 3, 2021.

_Jason Baker_
Jason Baker