Marc M. Seltzer (54534)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Scott Martin
Irving Scher
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

Howard Langer
Edward Diver
Peter Leckman
**LANGER GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com
ndiver@langergrogan.com
pleckman@langergrogan.com

[Additional Counsel Listed in Signature Page]

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**DECLARATION OF GAEL PUB IN OPPOSITION TO DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>DATE:    April 19, 2021<br>TIME:    1:30 p.m.<br>PLACE:   6A |

I, Gene Lennon, declare and state as follows:

1. I am one of the partners in 1465 Third Avenue Restaurant Corp., which used to operate a pub in New York City called Gael Pub. The corporation remains in good standing, but Gael Pub was closed in May 2019.

2. I am over age 18 and am authorized to make this declaration on behalf of 1465 Third Avenue Restaurant Corp. I have personal knowledge of the following facts and I could and would testify competently thereto if called as a witness.

3. Gael Pub was a local Irish-themed pub on the Upper East Side of Manhattan. On Sunday afternoons in the fall it catered to football fans, who would come to the pub to watch football with their friends and family.

4. In approximately 2006, Gael Pub became a subscriber of DirecTV. I sought the subscription for DirecTV services so that Gael Pub would be able to show out of market Sunday afternoon football games offered through the Sunday Ticket.

5. In May 2019, Gael Pub closed due to a change of ownership of its building.

6. I do not recall anyone affiliated with DirecTV ever discussing with me any obligation to arbitrate during the approximately 13 years that my pub was a customer of DirecTV.

7. Except for conversations with my attorneys after I filed this lawsuit, I was not aware that DirecTV expected me to arbitrate the claims made in this litigation.

8. I do not recall ever seeing any notice from DirecTV that mentions the existence of an arbitration clause.

9. I have never consented to arbitrate any dispute with DirecTV, and I wish to continue pursuing my claims in this Court.

10. DirecTV used to send a bill to Gael Pub on a monthly basis. I understand from my counsel that DirecTV now contends that in May 2017, it sent Gael Pub a Commercial Customer Agreement that contains an arbitration clause. I do not ever

1  recall receiving that document.

2      11.   I do recall that DirecTV frequently includes with its invoices a number of inserts that contain advertisements and/or information about upcoming programming that it thinks might be of interest to the pub. Unless something specific is called out to me for special attention on the invoice or on the envelope, I typically would not pay much attention to the additional materials sent with my billing statement. I pay many bills every month on behalf of several business ventures in which I am involved, and I do not have

time to review all of the miscellaneous materials that are included with the multiple billing statements that I must process each month. I expect my vendors to alert me to especially important information that affects my relationship with them. That was not done with respect to any purported agreement to arbitrate with DirecTV.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in New York, NY on March 3, 2021.

1

DECLARATION OF _____   CASE NO. 2:15-ML-02668

*/s/ Gene Lemon*