Marc M. Seltzer (54534)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Scott Martin
Irving Scher
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

Howard Langer
Edward Diver
Peter Leckman
**LANGER GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com
ndiver@langergrogan.com
pleckman@langergrogan.com

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**DECLARATION OF MICHAEL HOLINKO IN OPPOSITION TO DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>DATE:   April 19, 2021<br>TIME:   1:30 p.m.<br>PLACE:  6A |

I, Michael Holinko, declare and state as follows:

1. I am one of the Plaintiffs in this case.

2. I am over age 18. I have personal knowledge of the following facts and I could and would testify competently thereto if called as a witness.

3. I am an avid football fan, and I have been for as long as I can remember. My favorite team is the Las Vegas Raiders, and I look forward to the fall football season every year.

4. I have purchased DirecTV's Sunday Ticket since 1998.

5. I do not recall anyone affiliated with DirecTV ever discussing with me any obligation to arbitrate any claim that I might have with the company.

6. Except for conversations with my attorneys after I filed this lawsuit, I was not aware that DirecTV expected me to arbitrate the claims made in this litigation.

7. I do not recall ever seeing any notice from DirecTV that mentions the existence of an arbitration clause.

8. I have never consented to arbitrate any dispute with DirecTV, and I wish to continue pursuing my claims in this Court.

9. I understand from my counsel that DirecTV contends that since this litigation commenced in summer 2015, it has sent email communications to me that suggest that I will need to arbitrate any disputes with the company, including the present one. In connection with preparing this declaration, I searched my inbox, sent items, and trash folders in my email, cglink@msn.com, and I did not see any emails from DirecTV. I do not recall ever receiving them.

10. Other individuals have access to this email, including Carla Holinko, and it is possible that one of them received and deleted emails from DirecTV. I understand that my internet service provider may have a spam filter on my account, and so it is possible that any emails directed to my account were never delivered to my inbox.

11. My DirectTV fees are automatically charged against my credit card every

1

1  month. I do not believe that I have received paper bills for years. If I receive any paper
2  information from DirecTV, I am unaware of it. I generally do not pay any attention to
3  extra material. I have a lot of demands on my time, and I expect to see important
4  information about my account right brought conspicuously to my attention. I don't
5  recall seeing anything about an obligation to arbitrate disputes with DirecTV.

6     12.  I declare under penalty of perjury under the laws of the United States of
7  America that the foregoing is true and correct to the best of my knowledge and that
8  this declaration was executed in Belle Mead, New Jersey on March 2, 2021.

                                  MICHAEL HOLINKO