| | |
|---|---|
| Marc M. Seltzer (54534)<br>**SUSMAN GODFREY L.L.P.**<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150<br>mseltzer@susmangodfrey.com<br><br>Scott Martin<br>Irving Scher<br>**HAUSFELD LLP**<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>Tel: (646) 357-1100<br>Fax: (2121) 202-4322<br>smartin@hausfeld.com<br>ischer@hausfeld.com | Howard Langer<br>Edward Diver<br>Peter Leckman<br>**LANGER GROGAN & DIVER, P.C.**<br>1717 Arch Street, Suite 4130<br>Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703<br>hlanger@langergrogan.com<br>ndiver@langergrogan.com<br>pleckman@langergrogan.com |

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**SUPPLEMENTAL DECLARATION OF CHRISTOPHER L. LEBOSCK IN OPPOSITION TO DIRECTV'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>DATE:   April 19, 2021<br>TIME:   1:30 p.m.<br>PLACE:  6A |

I, Christopher L. Lebsock, declare and state as follows:

1. I am a partner at the law firm of Hausfeld LLP. I am attorney of record for the named Plaintiffs Ninth Inning Inc. dba The Mucky Duck ("The Mucky Duck"), 1465 Third Avenue Restaurant Corp. dba Gael Pub ("Gael Pub"), Robert Gary Lippincott, Jr. ("Lippincott"), and Michael Holinko ("Holinko").

2. I make this declaration in opposition to DirecTV's motion to compel arbitration and stay proceedings. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

3. Attached as Exhibit 1 is a true and correct copy of a page on DirecTV's website captioned "Game blacked out on a DirecTV channel".

Dated: March 3, 2021

By: /s/ *Christopher L. Lebsock*
Christopher L. Lebsock

# EXHIBIT 1

    

Showing Content for CA | Change your ZIP Code

Support  >  DIRECTV  >  Channels, packages, & programs  >  Sports packages  >  Sports packages & programs  >  Game blacked out on a DIRECTV channel

   

# Game blacked out on a DIRECTV channel

*Learn about blacked out games for TV and mobile devices on DIRECTV below.*

**DETAILED INFO**

## Blacked out sporting events

Our agreements with sports leagues and associations restrict us from showing events near where a game is played or broadcast locally. In other situations, national networks like ESPN and TNT have exclusive distribution rights to some events.

Sports blackouts are controlled by the leagues, associations, and networks that purchase the rights to broadcast individual games. To protect their rights, DIRECTV must enforce their restrictions and air a blackout message.

If a game is blacked out from certain DIRECTV channels or sports subscriptions, you may be able to see it on another DIRECTV channel or on one of your local broadcast channels.

**Blacked out games on NFL SUNDAY TICKET**
In general, you receive all games outside your local market unless your local FOX or CBS station shows the game. A regular season Sunday afternoon home game could also be blacked out in the home team's territory if the game fails to sell out 72 hours before kickoff. In special situations, a local station may decide at the last minute to show a different game, in which case we will change the NFL SUNDAY TICKET blackouts when permitted by the NFL. If a local station switches coverage due to a one sided or extra-long game, we will lift the blackouts (when permitted by the NFL) so that you will get the game.

NFL rules require that locally televised Sunday afternoon games on CBS/FOX are blocked from watching on mobile devices based on your device's location. If the app cannot determine your device's location, your account information will be used. Only out-of-market Sunday afternoon games (1 p.m. ET and 4 p.m. ET) can be watched on your mobile device.

## Looking for more info?

Watch NFL games on DIRECTV
Get DIRECTV channel info
DIRECTV error codes & messages

Chat

Case 2:15-ml-02668-PSG-SK  Document 315-5  Filed 03/05/21  Page 5 of 6  Page ID #:4684

## Did you get the help you needed?

Yes    No

---

### Community discussion
*Check out the DIRECTV forum*

Ask questions. Get answers. Help others. Join the conversation! ...Go to discussion

---

**Advertisement**

**Refinance Calculator**

TODAY'S RATE
**1.98% APR**

Calculate how much you could save

Terms & Conditions apply. NMLS#1136

Rates are at historic lows!


2021

**Loan amount**
$400,000

**Loan term**
15-Year Fixed

**Credit score**
Excellent

Calculate Payment

---

Find a store

Make a store appointment

Coverage maps

Learn about 5G

---

TechBuzz blog

Community forums

| About AT&T | Contact us |
| Feedback | Ver en español |
| Site map | Terms of use |
| Accessibility | Broadband details |

Chat

Legal policy center

Advertising choices

Privacy center

Do Not Sell My Personal Information

©2021 AT&T Intellectual Property. All rights reserved.

Chat