DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
M. RANDALL OPPENHEIMER (S.B. #77649)
  roppenheimer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

IAN SIMMONS (*Pro Hac Vice*)
  isimmons@omm.com
KATRINA ROBSON (S.B. #229835)
  krobson@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone:   (202) 326-2128
Facsimile:    (202) 383-5414

Attorneys for Defendants DIRECTV, LLC and DIRECTV Holdings LLC

[*Additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION | Hon. Philip S. Gutierrez<br><br>Case No. 2:15-ml-02668-PSG-JEM<br><br>**STIPULATION TO VACATE THE APRIL 22, 2021 DEADLINE FOR SUBSTANTIAL PRODUCTION OF DIRECTV DEFENDANTS' USABLE TRANSACTIONAL DATA AND SET DEADLINE FOR PARTIES TO SUBMIT PROPOSED REVISED DEADLINE OR OTHERWISE UPDATE THE COURT** |

Pursuant to Federal Rule of Civil Procedure 29(b) and Local Rules 7-1 and 52-4, Defendants DIRECTV, LLC and DIRECTV Holdings LLC (collectively, "DIRECTV") and Plaintiffs state and stipulate as follows:

1. On January 12, 2021, the Court adopted the parties' proposed deadline for substantial production of usable transactional data. Dkt. 294 (adopting deadlines proposed in Joint Status Report, Dkt. 283).

2. On January 22, 2021, Plaintiffs served their First Set of Requests for Production of Documents to DIRECTV including requests for usable transactional data.

3. On March 10, 2021, DIRECTV served Responses and Objections to Plaintiffs' Requests for Production to DIRECTV.

4. On April 1, April 6, April 9, and April 14, 2021 DIRECTV and Plaintiffs met and conferred regarding Plaintiffs' Requests. The transactional data in DIRECTV's custody or control is voluminous and DIRECTV and Plaintiffs have engaged diligently in good-faith, productive discussions to reach an agreement regarding an appropriate and reasonable scope of production, but need additional time to complete their negotiations.

5. The amount of time required to pull, process, and produce the data will depend on the scope of the transactional data to be produced.

6. DIRECTV cannot reasonably comply with the Court's deadline to substantially complete its production of usable transactional data by April 22, 2021.

7. Accordingly, DIRECTV and Plaintiffs stipulate that good cause exists to vacate the Court's April 22, 2021, deadline for DIRECTV to produce usable transactional data.

8. DIRECTV and Plaintiffs further stipulate to the following:
    a. The parties will submit to the Court a proposed revised date for substantial production of usable transactional data, or will otherwise update the Court on the status of negotiations, by April

30, 2021;

b. DIRECTV will produce any data on which the parties agree, or which the Court orders it to produce, regardless of the outcome of DIRECTV's pending motion to compel arbitration;

c. In the event DIRECTV's pending motion to compel arbitration is granted, DIRECTV will treat Plaintiffs' First Set of Requests for the Production of Documents as equivalent to service by subpoena;

d. DIRECTV will not seek reimbursement of costs and expenses associated with producing any agreed-to data, but reserves its right to seek costs and expenses to the extent Plaintiffs seek the production of data that exceeds the scope of data which DIRECTV agrees to produce;

e. The parties will continue to meet and confer regarding the proper scope and pace of production on at least a weekly basis until data is produced, unless agreed-by the parties that a more-frequent or less-frequent schedule is appropriate; and

f. Plaintiffs do not, by entering into this stipulation, waive any right to seek all data requested by Plaintiffs' Request for Production No. 79, or to propound future requests for data.

9. DIRECTV and Plaintiffs have met all other deadlines set by the Court's January 12, 2021, scheduling order and have not requested any continuances or the vacation of any deadlines. The relief requested in this stipulation and the attached proposed order will not impact the other deadlines imposed by the Court's January 12, 2021 order, including the March 22, 2022, deadline for completion of fact discovery, or the parties' proposed February 20, 2024, trial date. *See* Dkt. 299.

10. National Football League, NFL Enterprises LLC, and the Individual NFL Clubs (collectively, "NFL Defendants") do not possess usable transactional data

subject to the current deadline. NFL Defendants have informed DIRECTV and Plaintiffs that the NFL Defendants do not oppose this stipulation or vacating the current deadline for DIRECTV's production of usable transactional data.

**NOW THEREFORE**, subject to Court approval for good cause appearing, DIRECTV and Plaintiffs hereby respectfully request an order (1) vacating the Court's January 12, 2021, order requiring DIRECTV to substantially produce usable transactional data to Plaintiffs by April 22, 2021; and (2) requiring DIRECTV and Plaintiffs to submit a proposed revised date for substantial production of usable transactional data, or to otherwise update the Court on the status of negotiations, by April 30, 2021.

*   *   *

Dated: April 18, 2021

By: */s/ Daniel M. Petrocelli*
Daniel M. Petrocelli

DANIEL M. PETROCELLI
M. RANDALL OPPENHEIMER
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

IAN SIMMONS
KATRINA ROBSON
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone:    (202) 326-2128
Facsimile:     (202) 383-5414

ROBYN E. BLADOW
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

TAMMY A. TSOUMAS
JONATHAN J. FARIA
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200

*Attorneys for Defendants DIRECTV, LLC and DIRECTV Holdings LLC*

| | | |
|---|---|---|
| 1 | Dated: April 18, 2021 | By:  /s/ Ian M. Gore |
| 2 | | |
| 3 | | Marc M. Seltzer |
| | | SUSMAN GODFREY L.L.P. 1900 |
| 4 | | Avenue of the Stars, Suite 1400 Los |
| 5 | | Angeles, CA 90067 |
| | | Tel: (310) 789-3100 |
| 6 | | Fax: (310) 789-3150 |
| 7 | | mseltzer@susmangodfrey.com |
| 8 | | Arun Subramanian |
| | | William Christopher Carmody |
| 9 | | Seth Ard |
| | | Ian M. Gore |
| 10 | | Edward Delman |
| 11 | | SUSMAN GODFREY L.L.P. |
| | | 1301 Avenue of the Americas, 32nd FL. |
| 12 | | New York, NY 10019 |
| | | Tel: (212) 336-8330 |
| 13 | | Fax: (212) 336-8340 |
| 14 | | asubramanian@susmangodfrey.com |
| | | bcarmody@susmangodfrey.com |
| 15 | | sard@susmangodfrey.com |
| | | igore@susmangodfrey.com |
| 16 | | edelman@susmangodfrey.com |
| 17 | | Michael P. Lehmann (SBN77152) |
| | | Bonny E. Sweeney (SBN 176174) |
| 18 | | Christopher L. Lebsock (SBN 184546) |
| 19 | | HAUSFELD LLP |
| | | 600 Montgomery St., Suite 3200 |
| 20 | | San Francisco, CA 94111 |
| | | Tel: (415) 633-1908 |
| 21 | | Fax: (415) 358-4980 |
| 22 | | mlehmann@hausfeld.com |
| | | bsweeney@hausfeld.com |
| 23 | | clebsock@hausfled.com |
| 24 | | Michael D. Hausfeld |
| 25 | | HAUSFELD LLP |
| | | 1700 K. Street NW, Suite 650 Washington, |
| 26 | | DC 20006 |
| | | Tel: (202) 540-7200 |
| 27 | | Fax: (202) 540-7201 |
| 28 | | mhausfeld@hausfeld.com |

| | |
|---|---|
| 1 | |
| 2 | Scott Martin |
|  | Irving Scher |
| 3 | HAUSFELD LLP |
|  | 33 Whitehall Street, 14th Floor |
| 4 | New York, NY 10004 |
|  | Tel: (646) 357-1100 |
| 5 | Fax: (212) 202-4322 |
|  | smartin@hausfeld.com |
| 6 | ischer@hausfeld.com |

Scott Martin
Irving Scher
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

Howard Langer
Edward Diver
Peter Leckman
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com
diver@langergrogan.com
pleckman@langergrogan.com

*Interim Co-Lead Class Counsel*

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

By: */s/ Daniel M. Petrocelli*
    Daniel M. Petrocelli