UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL 15-2668-PSG (JEMx) | Date | April 19, 2021 |
|---|---|---|---|
| Title | IN RE NATIONAL FOOTBALL LEAGUES SUNDAY TICKET ANTITRUST LITIGATION | | |

| Present: The Honorable | Philip S. Gutierrez, United States Chief District Court Judge (video) |
|---|---|

| W. Hernandez (video) | Marea Woolrich (video) |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christopher Lebsock (video) | Daniel Petrocelli (video)<br>Beth Wilkinson (video) |

**Proceedings:** ZOOM HEARING
DEFENDANTS DIRECTV, LLC AND DIRECTV HOLDINGS LLC'S RENEWED MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS
[ FILED 02/12/21 (DOC. 306)

The Court, having considered all papers submitted in support of and in opposition to the Motion referenced above and the oral argument presented today, takes the motion under submission.

: 30

Initials of Preparer   wh