FILED
CLERK, U.S. DISTRICT COURT
4/20/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LINK 318

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION | Hon. Philip S. Gutierrez<br><br>Case No. 2:15-ml-02668-PSG-JEM<br><br>**ORDER VACATING THE APRIL 22, 2021 DEADLINE FOR SUBSTANTIAL PRODUCTION OF DIRECTV DEFENDANTS' USABLE TRANSACTIONAL DATA AND SETTING DEADLINE FOR PARTIES TO SUBMIT PROPOSED REVISED DEADLINE OR OTHERWISE UPDATE THE COURT** |

**IT IS HEREBY ORDERED** that, having reviewed the stipulation of Defendants DIRECTV, LLC and DIRECTV Holdings LLC (collectively, "DIRECTV") and Plaintiffs, the parties' stipulation is GRANTED, and it is further ORDERED that:

(1) the Court's January 12, 2021, order requiring DIRECTV to produce usable transactional data to Plaintiffs by April 22, 2021 is hereby vacated; and

(2) DIRECTV and Plaintiffs shall submit a proposed revised date for DIRECTV to substantially produce usable transactional data, or shall otherwise update the Court on the status of negotiations, by April 30, 2021.

4/19/21

Date

Hon. Philip S. Gutierrez

Case No. 2:15-ml-02668-PSG-JEMx