UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter
directly immediately after e-filing form.  *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| | | | |
|---|---|---|---|
| 1a. Contact Person for this Order | Renee Bien-Aime | 2a. Contact Phone Number | (212) 471-8352 |
| 3a. Contact E-mail Address | rbien-aime@susmangodfrey.com | | |

| 1b. Attorney Name (if different) | Seth Ard | 2b. Attorney Phone Number | (212) 471-8354 |
|---|---|---|---|
| 3b. Attorney E-mail Address | sard@susmangodfrey.com | | |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

Susman Godfrey LLP
1301 Avenue of the Americas
Fl. 32
New York, NY 10019

5. Name & Role of Party Represented: Plaintiffs Tavern Corp. d/b/a Bench Sports Bar

6. Case Name: In Re National Football Leagues Sunday Ticket Antitrust Litigation

7a. District Court Case Number: 2:15-ml-02668-PSG-JEM

7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:

☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Marea Woolrich

9. THIS TRANSCRIPT ORDER IS FOR:  ☐ Appeal  ☒ Non-Appeal  |  ☐ Criminal ☒ Civil  |  ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):  *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary.  If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*)

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/19/2021 | Gutierrez | Zoom Hearing | ● | ○ | ○ | ○ | ○ | ○ | None | ORDINARY (30-day) ▼ |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | _____ | ▼ |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | _____ | ▼ |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | _____ | ▼ |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | _____ | ▼ |

b. SELECT FORMAT(S) (*CM/ECF access included with purchase of transcript.*)

c. RELEASE OF TRANS. RESTRICTION DATE (*Provide release date of efiled transcript, or check to certify none yet on file.*)

d. DELIVERY TYPE (*One per line, but check with court reporter before choosing any type but "ordinary."*)

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.  *CJA Orders:  Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION.  By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 4/21/2021    Signature: /s/ Seth Ard

G-120 (06/18)