MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
RAYMOND K. WRIGHT (331950)
rwright@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100/Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
IRVING SCHER
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100/ Fax: (2121) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660/ Fax: (215) 320-5703

[Additional Counsel listed in Signature Page]

*Plaintiffs' Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (JEMx) <br><br> CLASS ACTION |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **JOINT STATUS REPORT ON SUBSTANTIAL PRODUCTION OF DIRECTV DEFENDANTS' USABLE TRANSACTIONAL DATA** |

Pursuant to the Court's April 20, 2021 Order Vacating the April 22, 2021 Deadline for Substantial Production of DIRECTV Defendants' Usable Transactional Data and Setting Deadline for Parties to Submit Proposed Revised Deadline or Otherwise Update the Court, Dkt. 321, Plaintiffs and Defendants DIRECTV, LLC and DIRECTV Holdings LLC (collectively, "DIRECTV") state as follows:

1. On January 12, 2021, the Court adopted the parties' proposed deadline for substantial production of usable transactional data. Dkt. 294 (adopting deadlines proposed in Joint Status Report, Dkt. 283).

2. On April 20, 2021, the Court adopted Plaintiffs' and DIRECTV's proposed order (1) vacating the Court's January 12, 2021 order requiring DIRECTV to produce usable transactional data to Plaintiffs by April 22, 2021, and (2) ordering Plaintiffs and DIRECTV to submit a proposed revised date or otherwise update the Court on the status of negotiations by April 30, 2021. Dkt. 321.

3. Pursuant to the Court's April 20, 2021 order, Plaintiffs and DIRECTV have engaged in several good-faith, productive discussions to reach an agreement regarding DIRECTV's production. In addition to correspondence between the parties, Plaintiffs and DIRECTV have conferred telephonically on April 21, 2021, April 23, 2021, and on April 28, 2021.

4. To date, the parties have not finalized an agreement regarding the scope of the data. This is due largely to the Plaintiffs gaining a better understanding of the manner in which the data is maintained. Nevertheless, the parties intend to continue their discussions on a regular basis.

5. DIRECTV and Plaintiffs shall submit a status report on or before May 14, 2021 updating the Court on the status of negotiations or proposing a revised date for substantial production of usable transactional data.

Dated: April 30, 2021

4011916v1/014918

| | |
|---|---|
| By: /s/ *Raymond K. Wright*<br>    Raymond K. Wright<br><br>MARC M. SELTZER<br>RAYMOND K. WRIGHT<br>SUSMAN GODFREY L.L.P.<br><br>SCOTT MARTIN<br>IRVING SCHER<br>HAUSFELD LLP<br><br>HOWARD LANGER<br>EDWARD DIVER<br>PETER LECKMAN<br>LANGER GROGAN AND DIVER PC<br><br>ARUN SUBRAMANIAN<br>asubramanian@susmangodfrey.com<br>WILLIAM C. CARMODY<br>bcarmody@susmangodfrey.com<br>SETH ARD<br>sard@susmangodfrey.com<br>EDWARD DELMAN<br>edelman@susmangodfrey.com<br>SUSMAN GODFREY LLP<br>1301 Avenue of the Americas, 32nd FL.<br>New York, NY 10019<br>Tel: (212) 336-8330<br>Fax: (212) 336-8340<br><br>IAN M. GORE<br>igore@susmangodfrey.com<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101<br>Tel: (206) 505-3841<br>Fax: (206) 516-3883<br><br>MICHAEL D. HAUSFELD<br>mhausfeld@hausfeld.com | By: /s/ *Daniel M. Petrocelli*<br>    Daniel M. Petrocelli<br><br>DANIEL M. PETROCELLI<br>M. RANDALL OPPENHEIMER<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br><br>IAN SIMMONS<br>KATRINA ROBSON<br>O'MELVENY & MYERS LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>Telephone: (202) 326-2128<br>Facsimile: (202) 383-5414<br><br>ROBYN E. BLADOW<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street<br>Los Angeles, CA 90071<br>Telephone: (213) 680-8400<br>robyn.bladow@kirkland.com<br><br>TAMMY A. TSOUMAS<br>JONATHAN J. FARIA<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067<br>Telephone: (310) 552-4200<br><br>*Attorneys for Defendants DIRECTV, LLC and DIRECTV Holdings LLC* |

2

HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

MICHAEL P. LEHMANN
mlehmann@hausfeld.com
BONNY E. SWEENY
bsweeney@hausfeld.com
CHRISTOPHER L. LEBSOCK
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

*Attorneys for Plaintiffs' Interim Co-Lead*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

By: */s/ Raymond K. Wright*
Raymond K. Wright

3

4011916v1/014918