DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
KATRINA ROBSON (S.B. #229835)
krobson@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 326-2128
Facsimile: (202) 383-5414

Attorneys for Defendants DIRECTV, LLC and DIRECTV Holdings LLC

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Hon. Philip S. Gutierrez<br><br>CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **JOINT STATUS REPORT ON SUBSTANTIAL PRODUCTION OF DIRECTV DEFENDANTS' USABLE TRANSACTIONAL DATA** |

Pursuant to the Court's April 20, 2021 Order Vacating the April 22, 2021 Deadline for Substantial Production of DIRECTV Defendants' Usable Transactional Data and Setting Deadline for Parties to Submit Proposed Revised Deadline or Otherwise Update the Court, Dkt. 321, and the parties' April 30 report indicating the parties would provide another update by May 14, 2021, Dkt. 327, Plaintiffs and Defendants DIRECTV, LLC and DIRECTV Holdings LLC (collectively, "DIRECTV") state as follows:

1. Pursuant to the Court's April 20, 2021 order, Plaintiffs and DIRECTV submitted a joint status report on April 30, 2021, informing the Court that Plaintiffs and DIRECTV had engaged in several good-faith, productive discussions to reach an agreement regarding DIRECTV's production. Dkt. 327. Plaintiffs and DIRECTV informed the Court that they would provide another update by May 14, 2021.

2. Plaintiffs and DIRECTV are continuing their good-faith, productive discussions. In addition to correspondence between the parties, Plaintiffs and DIRECTV conferred telephonically on May 5 and May 14, 2021. Counsel for the National Football League Defendants have joined these discussions.

3. To date, the parties have not finalized an agreement regarding the scope of the data. This is due largely to the Plaintiffs gaining a better understanding of the manner in which the data is maintained and Plaintiffs working with their experts to define a reasonable sampling methodology for certain data. The parties intend to continue their discussions on a regular basis.

4. DIRECTV and Plaintiffs shall submit a status report on or before June 11, 2021, updating the Court on the status of negotiations or proposing a revised date for substantial production of usable transactional data.

///
///
///
///

1

| | | |
|---|---|---|
| 1 | Dated: May 14, 2021 | |
| 2 | | |
| 3 | By: /s/ *Raymond K. Wright* | By: /s/ *Daniel S. Petrocelli* |
| |     Raymond K. Wright |     Daniel M. Petrocelli |

Dated: May 14, 2021

By: /s/ *Raymond K. Wright*
   Raymond K. Wright

ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
WILLIAM C. CARMODY
bcarmody@susmangodfrey.com
SETH ARD
sard@susmangodfrey.com
EDWARD DELMAN
edelman@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas,
32nd FL.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

IAN M. GORE
igore@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

MICHAEL D. HAUSFELD
mhausfeld@hausfeld.com
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

MICHAEL P. LEHMANN
mlehmann@hausfeld.com
BONNY E. SWEENY
bsweeney@hausfeld.com
CHRISTOPHER L. LEBSOCK

By: /s/ *Daniel S. Petrocelli*
   Daniel M. Petrocelli

DANIEL M. PETROCELLI
M. RANDALL OPPENHEIMER
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

IAN SIMMONS
KATRINA ROBSON
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 326-2128
Facsimile: (202) 383-5414

ROBYN E. BLADOW
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

TAMMY A. TSOUMAS
JONATHAN J. FARIA
KIRKLAND & ELLIS LLP
2049 Century Park East,
Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200

*Attorneys for Defendants DIRECTV, LLC and DIRECTV Holdings LLC*

clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

*Attorneys for Plaintiffs' Interim Co-Lead*


**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

By: */s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI