1  MARC M. SELTZER (54534)
   mseltzer@susmangodfrey.com
2  RAYMOND K. WRIGHT (331950)
   rwright@susmangodfrey.com
3  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
4  Los Angeles, CA 90067-6029
   Phone: (310) 789-3100
5  Fax: (310) 789-3150

6  SCOTT MARTIN
   smartin@hausfeld.com
7  IRVING SCHER
   ischer@hausfeld.com
8  HAUSFELD LLP
   33 Whitehall Street, 14th Floor
9  New York, NY 10004
   Tel: (646) 357-1100
10 Fax: (212) 202-4322

11 HOWARD LANGER
   hlanger@langergrogan.com
12 EDWARD DIVER
   ndiver@langergrogan.com
13 PETER LECKMAN
   pleckman@langergrogan.com
14 LANGER GROGAN AND DIVER PC
   1717 Arch Street, Suite 4130
15 Philadelphia, PA 19103
   Tel: (215) 320-5660
16 Fax: (215) 320-5703

17 [Additional Counsel listed on Signature Page]

   *Plaintiffs' Interim Co-Lead Class Counsel*

18 **UNITED STATES DISTRICT COURT**

19 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20 IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" 21 ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| | **DISCOVERY MATTER** |
| 22 THIS DOCUMENT RELATES TO ALL ACTIONS | **NOTICE OF MOTION AND MOTION RE PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL CLUB DEFENDANTS** |
| 23 | |
| 24 | |
| 25 | Magistrate Judge: Hon. John E. McDermott Date/Time: June 22, 2021 at 10:00 a.m. Place: Courtroom 640 |
| 26 | |
| 27 | Discovery Cutoff Date: 3/22/2022 Pretrial Conference Date: TBD Trial Date: TBD |
| 28 | |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2       PLEASE TAKE NOTICE that on June 22, 2021 at 10:00 a.m., or as soon thereafter

3   as this matter may be heard, Plaintiffs, on behalf themselves and all others similarly

4   situated, ("Plaintiffs") will and hereby respectfully move for an order to Compel

5   Production of Documents By NFL Club Defendants pursuant to Federal Rule of Civil

6   Procedure 37.

7       This Motion will be heard in the Courtroom of the Honorable John E. McDermott

8   for the United States District Court in the Central District of California. The Court is

9   located at the Roybal Federal Building and United States Courthouse, 255 E. Temple

10  Street, Los Angeles, California 90012, Courtroom 640, 6th Floor.

11      This Motion is based upon this notice, the concurrently filed joint stipulation, the

12  exhibits and declarations attached thereto, the pleadings and records on file in this action

13  and such other matters as the Court deems necessary and proper.

14      This Motion is made following conferences of counsel pursuant to Local Rule 7-

15  3 which took place on April 16, 2021 and May 14, 2021.

16

17  DATED: June 1, 2021                 Respectfully submitted,

18                                      MARC M. SELTZER
19                                      RAYMOND KEITH WRIGHT
20                                      SUSMAN GODFREY L.L.P.

21                                      SCOTT MARTIN
22                                      IRVING SCHER
                                        HAUSFELD LLP
23
24                                      HOWARD LANGER
                                        EDWARD DIVER
25                                      PETER LECKMAN
                                        LANGER GROGAN AND DIVER PC
26
27                                      ARUN SUBRAMANIAN
                                        asubramanian@susmangodfrey.com

WILLIAM CHRISTOPHER CARMODY
bcarmody@susmangodfrey.com
SETH ARD
sard@susmangodfrey.com
EDWARD DELMAN
edelman@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019
Tel: (212) 336-8330/ Fax: (212) 336-8340

IAN M. GORE
igore@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841/Fax: (206) 516-3883

MICHAEL D. HAUSFELD
mhausfeld@hausfeld.com
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200/Fax: (202) 540-7201

MICHAEL P. LEHMANN
mlehmann@hausfeld.com
BONNY E. SWEENY
bsweeney@hausfeld.com
CHRISTOPHER L. LEBSOCK
lebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908/Fax: (415) 358-4980

By:    */s/ Marc M. Seltzer*
         Marc M. Seltzer

*Attorneys for Plaintiffs' Interim Co-Lead Class Counsel*

3