MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
RAYMOND K. WRIGHT (331950)
rwright@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone:  (310) 789-3100
Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
IRVING SCHER
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Additional Counsel listed on Signature Page

*Plaintiffs' Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 2:15-ml-02668−PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF RAYMOND K. WRIGHT IN SUPPORT OF JOINT STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL CLUB DEFENDANTS**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: June 22, 2021 at 10:00 a.m.<br>Place: Courtroom 640<br><br>Discovery Cutoff Date: 3/22/2022<br>Pretrial Conference Date: TBD<br>Trial Date: TBD |

I, Raymond K. Wright, declare under penalty of perjury that the following is true and correct:

1. I am over the age of twenty-one (21) years and am employed as an associate of Susman Godfrey LLP. I am counsel of record for Plaintiffs Ninth Inning, Inc., 1465 Third Avenue Restaurant Corp., Robert Gary Lippincott, Jr., and Michael Holinko in the above-captioned litigation. I submit this declaration in support of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NFL Club Defendants.

2. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

3. Attached hereto as Exhibit 1 is a copy of the Court's scheduling order in this case pursuant to Local Civil Rule 37-2. Exhibit 1 is a true and correct copy of the Court's Order filed on January 12, 2021. *See* Dkt. No. 294.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Rule 37-1 letter Plaintiffs' counsel sent to Defendants' counsel on April 7, 2021.

5. Attached hereto as Exhibit 3 is a true and correct copy of correspondence sent by Defendants' counsel to Plaintiffs' counsel on April 27, 2021.

6. Attached hereto as Exhibit 4 is a true and correct copy of correspondence I sent to Defendants' counsel on May 3, 2021. This correspondence included three (3) attachments, Exhibits A-C, which are appended to my letter to Defendants' counsel.

7. Attached hereto as Exhibit 5 is a true and correct copy of correspondence sent by Defendants' counsel to me on May 12, 2021.

8. Attached hereto as Exhibit 6 is a webpage titled "Inside the Sports-Industrial Complex (Ep. 364)" that I personally retrieved on May 19, 2021. I obtained this document by directing my computer's web browser software Google Chrome to the following URL: https://freakonomics.com/podcast/sports-5/. I then used Google Chrome's print function to transform the document, shown in my computer's web

browser, into a .pdf file. In utilizing that function, the "Headers and footers" and "Background graphics" options were selected. The document at Exhibit 6 is a true and correct copy of the content I obtained, at the URL described above, on the date stated above. I did not make any changes to the content in the process of generating this document.

9. Attached hereto as Exhibit 7 is a webpage titled "Integrity of the Game" that I personally retrieved on May 19, 2021. I obtained this document by directing my computer's web browser software Google Chrome to the following URL: https://operations.nfl.com/inside-football-ops/nfl-operations/integrity-of-the-game. I then used Google Chrome's print function to transform the document, shown in my computer's web browser, into a .pdf file. In utilizing that function, the "Headers and footers" and "Background graphics" options were selected. The document at Exhibit 7 is a true and correct copy of the content I obtained, at the URL described above, on the date stated above. I did not make any changes to the content in the process of generating this document.

10. Attached hereto as Exhibit 8 is a webpage titled "N.F.L. Signs Media Deals Worth Over $100 Billion" that I personally retrieved on May 19, 2021. I obtained this document by directing my computer's web browser software Google Chrome to the following URL: https://www.nytimes.com/2021/03/18/sports/football/nfl-tv-contracts.html. I then used Google Chrome's print function to transform the document, shown in my computer's web browser, into a .pdf file. In utilizing that function, the "Headers and footers" and "Background graphics" options were selected. The document at Exhibit 8 is a true and correct copy of the content I obtained, at the URL described above, on the date stated above. I did not make any changes to the content in the process of generating this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1  Signed this 1st day of June, 2021, in Los Angeles, California.

2

3  <u>*/s/ Raymond K. Wright*</u>
4  Raymond K. Wright