EXHIBIT 4

## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 1400

1900 AVENUE OF THE STARS

LOS ANGELES, CALIFORNIA 90067-6029

(310) 789-3100

FAX (310) 789-3150

WWW.SUSMANGODFREY.COM

| | | |
|---|---|---|
| SUITE 5100 | SUITE 3800 | 32ND FLOOR |
| 1000 LOUISIANA STREET | 1201 THIRD AVENUE | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10019-6023 |
| (713) 651-9366 | (206) 516-3880 | (212) 336-8330 |

RAYMOND WRIGHT

DIRECT DIAL (310) 789-3162

E-MAIL RWright@susmangodfrey.com

May 3, 2021

VIA E-MAIL

Jeremy Barber
Wilkinson Stekloff LLP
130 W 42nd Street, 24th Floor
New York, NY 10036

Re:     *In re National Football League's "Sunday Ticket" Antitrust Litigation*,
        Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)

Dear Jeremy:

Plaintiffs write regarding the NFL Defendants' proposed ESI custodians and response to our Rule 37-1 letter.  Plaintiffs request a meet and confer on these issues and to discuss search terms on May 6, 2021, at 12:00pm Pacific.  If that date does not work, please propose an alternative time.

## 1.   ESI Custodians and Search Terms

With respect to ESI custodians, the NFL Defendants propose a list of twelve current and former employees.  The NFL Defendants also state that they will conduct custodial searches for RFP Nos. 4, 6, 7, 13, 17, 24, 29, 30, 31, 32, 34, 49, 51, 52, 59, 66, 67, 74, 76, 93, 97, 102, and 104.   In providing Plaintiffs with this proposal, the NFL Defendants also attached their current organizational charts.

The NFL Defendants' proposal is deficient for several reasons.  First, the NFL Defendants refuse to search the files of the individual clubs and fail to propose any custodians for the Clubs.  The position taken by the NFL Defendants—that the Clubs as parties to this litigation and direct participants in the underlying restraint of trade are not proper subjects of independent discovery—is untenable and directly contrary to decades of decisional law.  Plaintiffs propose that the files of each club

May 3, 2021
Page 2

be searched for responsive materials. Plaintiffs further propose the ESI Custodians for each individual Club that are listed on Exhibit A attached to this letter.  Plaintiffs will agree to limit the RFPs that shall apply to the Clubs to the following RFPs: 1-2, 4-5, 7-8, 12-16, 22-27, 30-31, 35-36, 40-44, 51-53, 55, 60-63, 65, 67-70, 72-74, 89, 92-93, 95-96.  Plaintiffs reserve the right to conduct custodial searches for additional RFPs, or to otherwise propose additional ESI Custodians for the Clubs

Second, in providing Plaintiffs with their current organizational chart, the NFL Defendants fail to provide information as to former officers, directors, or employees with responsibilities relating to the licensing and distribution of NFL football games on television.  (*See*, RFP No. 2).  Plaintiffs accordingly request that the archived files of any former employee with the title of an agreed-upon custodian from 1994 to 2021 be included in the NFL Defendants' custodial searches.

Third, although Plaintiffs have not yet received all relevant organizational charts from the NFL Defendants, additional ESI Custodians from the NFL Defendants are appropriate.  To that end, Plaintiffs propose additional ESI Custodians for the NFL Defendants, attached as Exhibit B to this letter.  This list includes persons identified by the NFL Defendants in their initial disclosures, as well as persons who held a set of positions within the NFL, and Plaintiffs anticipate proposing specific individuals for each of these positions after receiving the NFL Defendants' historical organizational charts. Plaintiffs reserve the right to propose additional ESI Custodians for the NFL Defendants after receiving full organizational charts.

Finally, the NFL Defendants propose conducting custodial searches for a limited subset of RFPs propounded by Plaintiffs.  However, as Plaintiffs stated in their April 7, 2021 Rule 37-1 letter, search terms are appropriate for at least the following additional RFPs: 12, 14, 26, 28, 35, 53, 54, 61-62, 65, 72-73, 75, 79, 99, and 103.  To begin identifying search terms for custodial searches and central files, Plaintiffs attach as Exhibit C to this letter our proposed search terms.  These search terms encompass each of the RFPs identified above, as well as additional RFPs for which the NFL Defendants have raised concerns as to burden of production. If there are any acronyms or internal shorthand for any of the terms Plaintiffs have provided, please add them to the strings.

Please agree that the NFL Defendants will search for responsive documents for all of the ESI custodians proposed by plaintiffs by May 6, 2021.  Furthermore, please provide Plaintiffs with the NFL Defendants' proposed search terms by May 6, 2021.

May 3, 2021
Page 3

### 2.  Rule 37-1 Letter Responses

With respect to the NFL Defendants' written response to Plaintiffs' Rule 37-1 letter, Plaintiffs provide the following responses:

### a.  Plaintiffs' proposed time periods are a reasonable accommodation.

The NFL Defendants provide no response to Plaintiffs' position that documents relating to the formation of the conspiracy in 1994 and its ongoing operations are directly relevant to this action and must be produced.  In an effort to compromise with the NFL Defendants, Plaintiffs proposed several time periods starting after 1994 for specific subsets of RFPs.

The NFL Defendants' response to this proposal—refusing to produce any documents generated prior to June 2011—is based on a fundamental misinterpretation of Instruction No. 1.  Nothing in Instruction No. 1 limits Plaintiffs' requests for "*all*" documents, minutes, or communications in the NFL Defendants' custody or control.  *See* Instruction No. 1 ("***Unless otherwise specified***, these requests for documents call for documents, data, and other information prepared, created, sent, altered, or received since June 17, 2011").  By specifying that Plaintiffs seek all documents on various topics, Plaintiffs clearly state that we seek documents outside of the limitation imposed by Instruction No. 1.

Additionally, even if the NFL Defendants were correct in their interpretation of Instruction No. 1, Plaintiffs are entitled to documents going back at least to the formation of the conspiracy in 1994, as shown in our April 7, 2021 letter.  In an effort to avoid unnecessary, duplicative RFPs or motions practice, Plaintiffs refer the NFL Defendants to the accommodated schedule outlined in our April 7, 2021 letter.  Please confirm in writing whether the NFL Defendants will produce documents in accordance with the time periods Plaintiffs proposed by May 6, 2021.

Lastly, on the end date for production, the NFL Defendants' response that Plaintiffs' complaint contains "only vague and overly generalized allegations of a continued conspiracy," is nonsense.  There is no dispute that the NFL continues to restrain individual Clubs from broadcasting out-of-market games, as alleged in our complaint, and documents related to this ongoing restraint of trade are clearly relevant to Plaintiffs' claims.

May 3, 2021
Page 4

**b. Plaintiffs seek clarification on whether the NFL Defendants withdraw their boilerplate objections.**

In responding to Plaintiffs' first set of requests for production, the NFL Defendants provided a laundry-list of boilerplate objections without explaining why any of those objections were warranted. The NFL Defendants now state that Plaintiffs' concerns with these boilerplate objections are "unwarranted" because the NFL Defendants have agreed to produce documents or have offered to meet and confer. Because the NFL Defendants have not "state[d] with specificity the grounds for objecting to the request, ***including the reasons***," *O. L. v. City of El Monte*, No. 20-cv-00797, 2021 WL 922078, at *2 (C.D. Cal. Jan. 27, 2021), the NFL Defendants fail to cure any of the boilerplate language included in their responses. Please confirm in writing by May 6, 2021, at 12:00pm Pacific whether the NFL Defendants withdraw the boilerplate objections identified in Plaintiffs' April 7, 2021 letter.

**c. Plaintiffs are entitled to more than formal studies and final contracts.**

In responding to RFP Nos. 4-7 17, 29-30, 67, 101, and 104, the NFL Defendants unilaterally imposed restrictions on the types of documents they would produce, agreeing to provide only formal studies or final contracts. Although Plaintiffs appreciate the NFL Defendants' willingness to search for documents related to negotiations concerning the licensing or carriage of any out of market games in the United States or the licensing or carriage of the NFL Sunday Ticket package on an exclusive or non-exclusive basis, documents related to all studies, reports, presentations, reviews, or surveys regarding a host of other topics as identified in the RFPs are also relevant to Plaintiffs' claims.

**d. All documents related to revenue sharing between the Clubs and the League are relevant.**

In responding to RFP No. 22, the NFL Defendants agreed to produce only the NFL's Constitution and Bylaws. Plaintiffs responded to this proposal by stating that it excludes clearly relevant documents concerning revenue sharing between the Clubs and the League, including " [c]ommunications between the Clubs, as well as communications between the Clubs and the League and communications within each Club, relating to the sharing of revenue between the Clubs and the League." (Letter at 10). Rather than addressing Plaintiffs' argument that these communications are relevant, the NFL Defendants state simply that Plaintiffs have not shown relevance. Because Plaintiffs have demonstrated that documents beyond the NFL Defendants' highly limited proposal are relevant, we look forward to the NFL Defendants' compliance with this request.

May 3, 2021
Page 5

    **e.**  **All documents created by or related to the special committee created under the NFL's 2004 Resolution BV-4 concerning revenue and cost-sharing alternatives are relevant.**

    In responding to RFP No. 99, the NFL Defendants stated that "[a]ny Resolutions resulting from the League's 2004 Resolution BV-4 will be produced as part of the League's Constitution and Bylaws." Plaintiffs responded to this proposal by noting that we requested all documents created by or related to the special committee created under the League's 2004 Resolution BV-4 concerning revenue and cost-sharing alternatives. (Letter at 11). The NFL Defendants now appear to take the position that any additional documents relating to this special committee—including communications related to Resolution BV-4 concerning revenue and cost-sharing alternatives—are irrelevant. (Response Letter at 5).

    This position ignores the clear relevancy of the documents Plaintiffs requested. As you are well-aware, the League's 2004 Resolution BV-4 created a special committee of nine Club owners to make recommendations on revenue and cost sharing alternatives among the Clubs. Any recommendations made by this committee, as well as any work-product produced by this committee or any communications among committee members regarding the committee's work, are clearly relevant to Plaintiffs' claims, as they address revenue sharing among alleged co-conspirators during the period of Plaintiffs' claims. Because the documents Plaintiffs requested are plainly relevant, and the NFL Defendants have not demonstrated any burden from producing these documents, the documents should be produced forthwith.

**3.**  **Conclusion**

    Plaintiffs look forward to receiving the NFL Defendants' responses as requested in this letter, and look forward to the parties meet and confer on May 6, 2021. If the parties cannot resolve these issues at our next meet and confer, Plaintiffs anticipate moving forward with raising these issues before the Court.

Sincerely,

Raymond K. Wright

Cc: All NFL Defendants' counsel

# EXHIBIT A

**In re: Sunday Ticket Antitrust Litigation – Plaintiffs' Proposed Club Custodians:**

**49ers:**

1. Jed York (CEO)
2. John York (Co-Chairman)
3. Denise DeBartolo York (Co-Chairman)
4. John Lynch (General Manager)
5. Al Guido (President)
6. Alex Chang (Chief Marketing Officer)
7. Adam Peters (Assistant General Manager)

**Bears:**

1. Ted Phillips (President, CEO)
2. Ryan Pace (General Manager)
3. Scott Hagel (Senior Vice President, Marketing and Communications)
4. Karen Murphy (Senior Vice President, Business Strategy & Chief Financial Officer)

**Bengals:**

1. Jeff Brickner (Director of Operations)
2. Bob Bedinghaus (Director of Business Development)

**Bills:**

1. Brandon Beane (General Manager)
2. Mark Preisler (Executive Vice President of Media & Content)
3. Jeff Matthews (Vice President of Media & Content)
4. Jordan McCarren (Vice President of Marketing)
5. Steve Asposto (Senior Director of Broadcast Operations)

**Broncos:**

1. George Patton (General Manager)
2. Mac Freeman (Chief Commercial Officer)
3. Chip Conway (Senior Vice President of Operations)
4. Ted Santiago (Senior Director of Marketing)

**Browns:**

1. Andrew Berry (Executive Vice President, Football Operations & General Manager)
2. David A. Jenkins (Executive Vice President, Chief Operating Officer)

**Buccaneers:**

1. Jason Licht (General Manager)
2. Brian Ford (Chief Operating Officer)
3. Nikki Donofrio (Vice President of Marketing)

**Cardinals:**

1. Steven Keim (General Manager)
2. Orlando Avila (Director, Marketing and Broadcast Services)
3. Tim DeLaney (Vice President, Broadcasting/Digital Content)

**Chargers:**

1. Jeanne M. Bonk (Chief Operating Officer)
2. Tom Telesco (General Manager)
3. A.G. Spanos (President of Business Operations)

**Chiefs:**

1. Mark Donovan (President)
2. Brett Veach (General Manager)
3. Tyler Epp (Executive Vice President of Business Operations)

**Colts:**

1. James Irsay (Owner, CEO)
2. Pete Ward (Chief Operating Officer)
3. Chris Ballard (General Manager)
4. Stephanie Pemberton (Vice President of Marketing)

**Cowboys:**

1. Jerry Jones (Owner, President, General Manager)
2. Stephen Jones (Chief Operating Officer)
3. Jerry Jones, Jr. (Executive Vice President, Chief Sales & Marketing Officer)

**Dolphins:**

1. Tom Garfinkel (Vice Chairman, President, CEO)
2. Chris Grier (General Manager)
3. Laura Sandall (Vice President, Marketing)
4. Ben Roller (Vice President, Marketing Analytics)

**Eagles:**

1. Don Smolenski (President)
2. Jeffrey Lurie (Chairman, CEO)
3. Jen Kavanagh (Senior Vice President, Media and Marketing)\
4. Poorya Nayerahmadi (Director of Marketing)
5. Brian Papson (Vice President of Marketing)

**Falcons:**

1. Steve Cannon (CEO)
2. Rich McKay (President & CEO)
3. Terry Fontenot (General Manager)

**Giants:**

1. John K. Mara (President, CEO)
2. Steve Tisch (Chairman, Executive Vice President)
3. Dave Gettleman (Senior Vice President, General Manager)
4. Pete Guelli (Senior Vice President, Chief Commercial Officer)

**Jaguars:**

1. Mark Lamping (President)
2. Trent Baalke (General Manager)
3. Kenny Klanagan (Executive Vice President of Business Planning)
4. Asia Gholston (Director of Marketing)

**Jets:**

1. Joe Douglas (General Manager)
2. Brian Friedman (Executive Vice President & Chief Operating Officer)
3. Ian Lasher (Senior Vice President, Corporate Partnership)
4. Jeff Fernandez (Vice President, Business Development & Ventures)

**Lions:**

1. Rod Wood (President, CEO)
2. Brad Holmes (Executive Vice President & General Manager)
3. Kelly Kozole (Senior Vice President of Business Development)
4. Emily Griffin (Vice President of Marketing)
5. Todd Argust (Vice President of Operations)

**Packers:**

1. Mark Murphy (President, CEO)

2. Ed Policy (Chief Operating Officer, General Counsel)
3. Craig Benzel (Vice President of Sales and Business Development)
4. Gabrielle Valdez Dow (Vice President of Marketing and Fan Engagement)

**<u>Panthers:</u>**

1. Scott Fitterer (General Manager)
2. Tom Glick (President – Business Operations)
3. Bryan Lodigiani (Director of Business Strategy and Analytics)
4. Paul McGoohan (Vice President – Business Development)

**<u>Patriots:</u>**

1. Robert Kraft (Chairman, CEO)
2. Jonathan Kraft (President)
3. Bill Belichick (Coach/General Manager)

**<u>Raiders:</u>**

1. Marc Badain (President)
2. Mike Mayock (General Manager)
3. Brandon Doll (Senior Vice President – Strategy & Business Development)

**<u>Rams:</u>**

1. Kevin Demoff (Chief Operating Officer)
2. Les Snead (General Manager)
3. Tony Pastoors (Vice President, Football & Business Administration)

**<u>Ravens:</u>**

1. Richard W. Cass (President)
2. Eric DeCosta (Executive Vice President, General Manager)
3. Stephen J. Bisciotti (Owner)

**<u>Saints:</u>**

1. Mickey Loomis (Executive Vice President, General Manager)
2. Ben Hales (Sr. Vice President, Chief Operating Officer)
3. Mel Barry (Marketing Manager)
4. Keith Claverie (Assistant Marketing Manager)

**<u>Seahawks:</u>**

1. Chris McGowan (CEO)
2. John Schneider (Executive Vice President, General Manager)
3. Jeff Dunn (Vice President of Business Strategy & Analytics)
4. Jeff Richards (Vice President of Marketing & Community Engagement)

**<u>Steelers:</u>**

1. Arthur J. Rooney II (President)
2. Arthur J, Rooney Jr. (Vice President)
3. Kevin Colbert (Vice President & General Manager)
4. Ryan Huzjak (Vice President, Sales & Marketing)

**<u>Texans:</u>**

1. Nick Caserio (General Manager)
2. Greg Grissom (President)
3. Jennifer Davenport (Senior Vice President & Chief Marketing Officer)

**<u>Titans:</u>**

1. Jon Robinson (Executive Vice President, General Manager)
2. Burke Nihill (President, CEO)
3. Gil Beverly (Senior Vice President, Chief Marketing & Revenue Officer)
4. Adam Nuse (Vice President, Business Operations)
5. Amie Wells (Broadcasting Manager)

**<u>Vikings:</u>**

1. Andrew Miller (Chief Operating Officer)
2. Rick Spielman (General Manager)
3. Rob Brzezinski (Executive Vice President, Football Operations)
4. Martin Nance (Executive Vice President and Chief Marketing Officer)
5. Jeff Diamond (Former General Manager)
6. Kevin Warren (Former Chief Operating Officer)

**<u>Washington</u>**

1. Jason Wright (President)
2. Martin Mayhew (General Manager)
3. Julie Donaldson (Senior Vice President of Media & Content)

# EXHIBIT B

**In re: Sunday Ticket Antitrust Litigation – Plaintiffs' Additional Proposed Custodians:**

**National Football League, Inc., NFL Enterprises, LLC:**

**Current employees**

1. Roger Goodell (Commissioner)

2. Maryann Turcke (Executive Advisor)

3. Damani Leech (Chief Operating Officer, International)

4. Blake Jones (Director, Broadcasting)

5. Grace Senko (Director, Media Strategy & Business Development)

6. Tim Ellis (Chief Marketing Officer)

7. Jeff Miller (Executive Vice President, Communications, Public Affairs & Policy)

8. David Highhill (Vice President, Strategy & Analytics)

9. Justin Friedman (Director, Fan Centric Marketing Analysis)

10. Bobby Yang (Senior Director, League Wide Data & Analytics)

11. Adriane Berman (Director, Media Reporting & Analytics)

12. Joshua Helmrich (Director)

13. David Jurenka (Senior Vice President, NFL Media & General Manager)

14. Manpal Arora (Director, Media Strategy & Business Development)

15. Blake Stuchin (Vice President, Digital Media Business Development)

16. Julie Moeller (Vice President, Digital Media Business Development)

**Former employees**

1. Paul Tagliabue (Former Commissioner)

2. Neil Austrian (Former President & Chief Operating Officer)

3. Frank Hawkins (Former Senior Vice President, Business Affairs)

4. Tom Spock (Former Executive Vice President, New Media & Enterprises)

5. Tod Leiweke (Former Chief Operating Officer)

6. All other persons who held the position of President or Chief Operating Officer, or their historical equivalents, from 1994 to 2021.

7. All other persons who held the position of Senior Vice President, Business Affairs or its historical equivalent from 1994 to 2021.

8. All persons who held the position of Vice President, Digital Media Business Development or its historical equivalent from 1994 to 2021.

9. All persons who held the position of Chief Marketing Officer or its historical equivalent from 1994 to 2021.

10. All other persons who held the position of Executive Vice President, New Media & Enterprises, NFL or its historical equivalent from 1994 to 2021.

11. All persons who held the position of Chief Operating Officer, International or is historical equivalent from 1994 to 2021.

12. All persons who held the position of Senior Vice President, NFL Media or its historical equivalent from 1994 to 2021.

13. All persons who held the position of General Manager or its historical equivalent from 1994 to 2021.

14. All persons who held the position of Director, Media Reporting & Analytics or its historical equivalent from 1994 to 2021.

15. All persons who held the position of Senior Director, League Wide Data & Analytics or its historical equivalent from 1994 to 2021.

16. All persons who held the position of Director, Fan Centric Marketing Analysis or its historical equivalent from 1994 to 2021.

17. All persons who held the position of Vice President, Strategy & Analytics or its historical equivalent from 1994 to 2021.

18. All persons who held the position of Senior Vice President of Media & Strategy & Business Development or its historical equivalent from 1994 to 2021.

19. All persons who held the position of Managing Director, NFL Media Partnership or its historical equivalent from 1994 to 2021.

20. All persons who held the position of Chairman, NFL Broadcast Committee or its historical equivalent from 1994 to 2021.

21. All persons who held the position of Vice President, Media Strategy & Business Development or its historical equivalent from 1994 to 2021.

22. All persons who held the position of Senior Vice President, Media Strategy & Business Development or it historical equivalent from 1994 to 2021.

**Administrative assistants:**

1. All administrative assistants or secretaries who sent or received emails on behalf of the custodians.

# EXHIBIT C

**In re: Sunday Ticket Antitrust Litigation – Plaintiffs' Proposed Search Terms – NFL**

(1953 or 1959) w/10 ("Pennsylvania" OR "E.D.Pa." OR "E.D. Pa." OR  judgment)

"A la carte" OR "a-la-carte"

"American Needle" OR "Am. Needle"

(Antitrust OR (Sherman w/3 Act) OR (competition w/2 law*) OR "restraint of trade" OR
monopol* OR "price-fixing" OR (horizontal w/2 comp*)) AND (TV OR tele* OR internet OR
stream OR broadcast OR sale* OR "Sunday Ticket" OR NFLST OR license OR mark OR
trademark OR relocat* OR territor* OR "home marketing area" OR HMA OR DMA OR
exempt* OR structure OR inqui* OR investigat* OR CID OR demand)

(Antitrust OR (Sherman w/3 Act) OR (competition w/2 law*) OR "restraint of trade" OR
monopol* OR "price-fixing" OR (horizontal w/2 comp*)) AND (Justice OR DOJ OR FTC OR
"Federal Trade Commission" OR government OR Fed OR State)

Arbitrat* w/50 ("Sunday Ticket" OR NFLST OR ST)

"black out" OR "black-out" OR blackout OR "blacked out"

"Brian Higgins"

(broadcast* OR tele*) w/10 interfer*

(broadcast* OR tele*) w/50 market

(broadcast OR tele* OR network OR stream* OR wireless OR carriage) w/10 (contract OR
agreement OR deal)

Bundle w/10 (rights OR program* OR serv* OR game* OR team* OR club*)

carriage w/25 (dispute OR disagree* OR fight OR problem OR negotiat*)

Change w/10 rule AND (TV OR tele* OR broadcast OR stream OR "Sunday Ticket" OR NFLST
OR ST OR "Red Zone" OR RedZone OR RZ OR NFLNetwork OR NFLN OR "NFL Network"
OR territor* OR "home marketing area" OR HMA OR DMA)

Chozick

Compet* w/50 (broadcast* OR tele*)

"Competitive balance"

(Complain* OR dissatisf*) w/25 (blackout OR (black w/2 out*) OR "Sunday Ticket" OR
NFLST OR ST OR "Red Zone" OR RedZone OR RZ OR NFLNetwork OR NFLN OR "NFL

Network" OR DirecTV OR DTV OR DAZN)

("Consumer" OR "fan") w/40 (tv OR tele* OR broadcast* OR stream*)

Cartel

Conspiracy

"content delivery network" OR CDN

(Cost OR pric* OR dollar OR expen* OR rev* OR profit* OR margin*) w/50 ("Sunday Ticket"
OR NFLST OR ST OR "Red Zone" OR RedZone OR RZ OR NFLNetwork OR NFLN OR
"NFL Network")

(Cost OR pric* OR dollar OR expen* OR rev* OR profit* OR margin*) w/50 (online OR
compet*)

(Cost OR pric* OR dollar OR expen* OR rev* OR profit* OR margin*) w/50 (sports OR ESPN
OR NBC OR CBS OR Fox OR NBCSN OR Amazon OR Twitter OR Verizon OR DAZN)

"David Goodfriend" OR "Sports Fan Coalition" OR "Sports Fans Coalition" OR "SFC" or
Locast

(Demand OR output OR viewer* OR supply OR rat*) w/50 ("Sunday Ticket" OR NFLST OR
ST OR "Red Zone" OR RedZone OR RZ OR NFLNetwork OR NFLN OR "NFL Network")

"digital" w/10 (market OR consumer)

(Distribut* OR carriage) w/50 ("Sunday Ticket" OR NFLST OR ST OR "Red Zone" OR
RedZone OR RZ OR NFLNetwork OR NFLN OR "NFL Network")

divide w/20 (market OR broadc* OR tele*)

(DMA OR "market area" OR "marketing area" OR territor*  OR HMA OR HTT) w/25 (team
OR club OR  cowboys OR Dallas OR patriots OR "New England" OR packers OR "Green Bay"
OR 49ers OR "San Francisco" OR buccaneers OR "Tampa Bay" OR steelers OR Pittsburgh OR
eagles OR Philadelphia OR seahawks OR Seattle OR bears OR Chicago OR raiders OR "Las
Vegas" OR browns OR Cleveland OR dolphins OR Miami OR giants OR "New York" OR bills
OR Buffalo OR jets OR redskins OR Washington OR broncos OR Denver OR ravens OR
Baltimore OR saints OR "New Orleans" OR colts OR Indianapolis OR panthers OR Carolina
OR cardinals OR Arizona OR rams OR "Los Angeles" OR falcons OR Atlanta OR bengals OR
Cincinnati OR titans OR Tennessee OR texans OR Houston OR chargers OR jaguars OR
Jacksonville OR vikings OR Minnesota OR chiefs OR "Kansas City")

"Easterbrook"

("economic self-interest" OR "economic interest" OR independent) AND (tv OR tele* OR
broadcast* OR   stream*)

3

Elastic*

("ESPN+" OR ESPNPlus OR "ESPN Plus") w/20 (NFL OR football)

(exclus* OR home OR HMA OR HTT) w/50 (territor* OR right* OR broadc* OR stream* OR area)

exclus* AND (directv OR DTV OR "Sunday Ticket" OR NFLST OR ST OR "Red Zone" OR RedZone  OR RZ OR NFLNetwork OR NFLN OR "NFL Network")

("Sunday Ticket" OR NFLST OR ST OR "Red Zone" OR RedZone OR RZ OR NFLNetwork OR NFLN OR "NFL Network") w/50 (contract OR price OR terms OR agree* OR compet* OR rule* OR "indemn* OR problem)

"access" w/20 (tv OR tele* OR streaming OR ((view OR watch OR see) w/5 (online OR internet OR net OR web)))

("favorite" OR "preferred") w/25 (tele* OR tv OR broadcast* OR stream* OR online)

(rights w/10 fee) AND (tv OR tele* OR broadcast* OR stream* OR media)

Freakonomics

(Gain OR increase) w/20 subscri*

Garber w/5 (MLB OR baseball)

(Geographic* OR tele* OR tv) w/20 territor*

Grim

in-market w/25 (right* OR tv OR tele* OR broadc* OR stream*)

(Internet w/20 streaming) AND (sports OR team OR club OR baseball OR MLB OR hockey OR NHL OR football OR NFL OR basketball OR NBA OR league OR soccer OR MLS OR EPL OR Liga)

Inelastic*

"joint venture"

Kingray

Laumann w/5 (NHL OR hockey OR Garber)

License w/50 ("Sunday Ticket" OR NFLST OR ST OR "Red Zone" OR RedZone OR RZ OR
NFLNetwork OR NFLN OR "NFL Network")

local w/10 (stream* OR (tele* w/10 (revenue OR right* OR territor*)))

Lockout w/20 ((broadcast* w/10 revenue) OR (tele* w/10 revenue) OR (tv w/10 revenue))

(Loss OR reduc*) w/20 subscrib*

Market w/50 ("Sunday Ticket" OR NFLST OR ST OR "Red Zone" OR RedZone OR RZ OR
NFLNetwork OR NFLN OR "NFL Network")

"market power"

("O'bannon" OR Alston) w/10 (NCAA OR colleg*)

(television OR broadcast* OR stream* OR "Sunday Ticket" OR NFLST OR ST OR "Red Zone"
OR RedZone OR RZ OR NFLNetwork OR NFLN OR "NFL Network") AND (("executive
committee" OR owners OR "annual meeting" OR "special meeting" OR "executive committee"
OR "broadcast committee" OR "media committee" OR commissioner) w/25 (meeting OR
minutes))

("Sunday Ticket" OR NFLST OR ST OR "Red Zone" OR RedZone OR RZ OR NFLNetwork
OR NFLN OR "NFL Network") w/25 (price OR compet* OR rule* OR study OR analy*)

(MLB OR baseball) w/50 (air OR broadcast* OR tele* OR tv OR stream*)

(MLS OR soccer OR Premier OR EPL OR Liga) w/50 (air OR broadcast* OR tele* OR tv OR
stream*)

"National Football League Properties" /10 ("Dallas Cowboys" OR "95 Civ 7951" OR "95-1153"
OR "NFL v. Cowboys" OR "Cowboys v. NFL")

"national right*"

"NBA League Pass"

(NBA OR "National Basketball Association") w/50 (air OR broadcast* OR tele* OR tv OR
stream*)

NCAA OR (coll* w/5 Regents) OR court OR case OR antitrust OR compet* OR restrain* OR
anticompet*

(NHL OR "National Hockey League") w/50 (air OR broadcast* OR tele* OR tv OR stream*)

(Online OR Internet) w/20 compet*

"out of market" OR "out-of-market"

5

Output w/50 (game OR video OR present* OR "Sunday Ticket" OR NFLST OR ST OR "Red Zone" OR RedZone OR RZ OR NFLNetwork OR NFLN OR "NFL Network")

(Overcharge OR premium OR Excess) w/50 ("Sunday Ticket" OR NFLST OR ST OR "Red Zone"  RedZone OR RZ OR NFLNetwork OR NFLN OR "NFL Network")

("Pass through" OR "pass on") w/50 (cost OR price OR expens* OR charge OR increase OR add* OR surcharge)

"profit-maximizing"

"pay-per-view" OR "pay per view" OR PPV

Protect* w/20 broadcast*

(reason OR justif* OR caus*OR motiv* OR benefit OR analy* OR study) w/25 ("Sunday Ticket" OR NFLST OR ST OR "Red Zone" OR RedZone OR RZ OR NFLNetwork OR NFLN OR "NFL Network")

Refus* w/20 (carr* OR distribut*)

Reduc* w/20 compet*

Revenue w/20 shar* w/50 (tv OR tele* OR broadcast* OR stream* OR report OR analy* OR complain* OR meeting OR minutes OR study OR "Sunday Ticket" OR NFLST OR ST OR "Red Zone" OR RedZone OR RZ OR NFLNetwork OR NFLN OR "NFL Network")

Rozelle w/25 (nation* OR central* OR consol*)

"Robert /2 Baade" OR "David /2 Berri" OR "Timothy /2 Bresnahan" OR "Dennis /2 Coates" OR "Craig /2 Depken" OR "Rodney /2 Fort" OR "Ira /2 Horowitz" OR "Brad /2 Humphreys" OR "Lawrence /2 Kahn" OR "Leo /2 Kehane" OR "Stefan /2 Kesenne" OR "Roger /2 Noll" OR "James /2 Quirk" OR "Allen /2 Sanderson" OR "Martin /2 Schmidt" OR "John /2 Siegfried" OR "John /2 Solow" OR "Stefan /2 Szymanski" OR "Lawrence /2 White" OR "Andrew /2 Zimbalist"

Salvino

Shaw w/10 ("Dall." OR Dallas)

(single or sole or independent) w/25 (tv OR tele* OR broadcast OR stream* OR "Sunday Ticket" OR NFLST OR  ST OR "Red Zone" OR RedZone OR RZ OR NFLNetwork OR NFLN OR "NFL Network")

(single or sole or independent) w/25 (tv OR tele* OR broadcast OR stream*).

"Sponsored telecasting"

"Sports Broadcasting Act" OR SBA

sports w/2 right

"Stephen Ross" Stelter

Stream* w/50 compet*

Subserv* w/25 (language OR provision OR contract OR agreement)

Superstation

Szymanski

"United States v. National Football League" OR "US v. NFL" OR Radovich OR "American
Football League" OR "U.S. Football League"

("United States" OR "U.S.") w/10 "AT&T"

(CBS OR Fox OR ESPN OR NBC OR "NFL Network") w/10 contract*

(price OR "product price" OR (pric* w/2 guideline*) OR (pricing w/2 method*) OR (pricing w/2
formula*) OR (pricing w/2 procedure*) OR (authorization w/2 procedure*)) w/10 contract*

(revenue* OR profit* OR solven* OR liquid*) w/10 (radio OR "radio broadcast*")

(produc* OR distribut*) w/10 (("Sunday Ticket" OR NFLST OR ST) AND Cost*)

(produc* OR distribut*) w/10 ("Sunday Ticket" OR NFLST OR ST)

(television OR TV OR "T.V.") w/10 ((market w/2 share*) OR consolidat* OR (fixed w/2 cost*)
OR (variable w/2 cost*) OR "pricing" OR (entry w/2 condition*) OR (exit w/2 condition*) OR
demand OR substitut*).

football w/10 ((market w/2 share*) OR consolidat* OR (fixed w/2 cost*) OR (variable w/2
cost*) OR "pricing" OR (entry w/2 condition*) OR (exit w/2 condition*) OR demand OR
substitut*)

((NFL w/2 club*) OR club* OR (NFL w/2 team*) OR team*) w/10 ((broadcast* w/2 right*) OR
(right* w/2 broadcast))

(club* OR team*) w/10 (pool or consolidate or aggregate)

(club* OR team*) w/10 (licens* w/5 (broadcast OR television OR TV OR "T.V." OR game*))
(Broadcast OR (Live w/2 broadcast*) OR stream* OR livestream* OR (live w/2 stream*) OR

#:4899

live-stream*) w/10 ((mobile w/2 device*) OR iPhone* OR Android* OR iPad* OR smartphone*
OR (smart w/2 phone*) OR tablet* OR (tablet w/2 device*) OR phone*)

(Broadcast OR (Live w/2 broadcast*) OR stream* OR livestream* OR (live w/2 stream*) OR
live-stream*) w/10 (Internet OR online OR "the net" OR "the web")

(benefit* OR merit*) w/10 (advertis* OR sponsor*) w/10 (NFL or "the League" or "National
Football League")

(benefit* OR merit*) w/10 (advertis* OR sponsor*) w/10 ((NFL w/2 Club*) OR Club* OR (NFL
w/2 Team*) OR Team*)

(benefit* OR merit*) w/10 (advertis* OR sponsor*) w/10 ("football programming" OR football
OR "professional football")

(advertising AND (pric* OR "buy-in rate" OR "buy in rate" OR "buy-in rates" OR "buy in
rates")) w/10 ("live football programming" OR "live programming" OR football OR game* OR
"football game" OR "football games" OR "NFL game" OR "NFL games")

((advertis* w/2 pric*) OR (cost w/2 advertis*) OR (price w/2 advertis*)) w/10 (CBS OR Fox OR
ESPN OR NBC OR "NFL Network")

Attendance w/10 (impact OR effect) w/10 (television OR TV OR streaming OR broadcasting OR
phone OR internet)

("Sunday Ticket" OR NFLST OR ST) AND (Canada OR Mexico OR UK OR "United
Kingdom" OR England OR foreign OR "outside the  United States" OR "outside the U.S." OR
overseas)

((broadcast OR license OR telecast OR air) w/20 (exclusive OR exclusivity OR  exclusively)
AND (Canada OR Mexico OR UK OR "United Kingdom" OR England OR foreign OR "outside
the United States" OR "outside  the U.S." OR overseas)

Price w/5 ((baseball OR hockey OR basketball OR MLB OR NHL OR NBA) w/3 (bundle OR
package OR deal)) w/10 (Canada OR foreign OR outside OR overseas)

Compet* w/5 (fans OR viewers OR consumers)

"In re National Football League's Sunday Ticket Antitrust Litigation" OR "In re National
Football League's Sunday Ticket Antitrust Litig."

("Sunday Ticket" or NFLST OR ST OR "Red Zone" OR RedZone OR RZ OR NFLNetwork OR
NFLN OR "NFL Network") w/5 (antitrust OR anti-trust OR lawsuit OR litigation OR
monopol*)

"2004 Resolution BV-4"

((analysis OR study Or report OR draft) w/10 marks

("NFL Game Pass" OR "Game Pass") w/5 (study OR report OR analys)

("NFL Game Pass" OR "Game Pass") w/10 ("Sunday Ticket" OR NFLST OR ST)

("NFL Game Pass" OR "Game Pass") w/10 (impact OR effect) w/10 (coverage OR press OR
media)

("NFL Game Pass" OR "Game Pass") w/10 (impact OR effect) w/10 (fan* OR loyalty OR
viewership)

("NFL Game Pass" OR "Game Pass") w/5 (cost w/3 (produc* OR broadcast* OR distribut*))

("NFL Game Pass" OR "Game Pass") w/10 (impact OR effect) w/10 (viewership OR audience
OR ratings)

("NFL Game Pass" OR "Game Pass") w/10 (distribut* w/5 (cable OR internet OR mobile OR
digital))