# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 2:15-ml-02668−PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL CLUB DEFENDANTS**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: June 22, 2021 at 10:00 a.m.<br>Place: Courtroom 640<br><br>Discovery Cutoff Date: 3/22/2022<br>Pretrial Conference Date: TBD<br>Trial Date: TBD |

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents By NFL Club Defendants pursuant to Federal Rule of Civil Procedure 37. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion to Compel Production of Documents by NFL Club Defendants, and orders as follows:

IT IS ORDERED that, within 60 days of the date of this Order, the Club Defendants shall produce the documents requested in Plaintiffs' First Set of Requests for Production of Documents Nos. 1–2, 4–5, 7–8, 12–16, 22–27, 30–31, 35–36, 41, 43–44, 51–53, 60–63, 65, 67–70, 72–74, 89, 92–93, and 95–96.

**IT IS SO ORDERED.**

Date: _____, 2021

_____
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE DISTRICT JUDGE