DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
KATRINA ROBSON (S.B. #229835)
krobson@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 326-2128
Facsimile: (202) 383-5414

Attorneys for DIRECTV, LLC and
DIRECTV Holdings LLC

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Hon. Philip S. Gutierrez<br><br>CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>CLASS ACTION<br><br>**JOINT STATUS REPORT ON SUBSTANTIAL PRODUCTION OF DIRECTV'S USABLE TRANSACTIONAL DATA** |

Pursuant to the Court's April 20, 2021 Order vacating the April 22, 2021 deadline for substantial production of DIRECTV, LLC's and DIRECTV Holdings LLC's (collectively, "DIRECTV's") usable transactional data, Dkt. 321, and Plaintiffs' and DIRECTV's May 14 report indicating they would provide another update by June 11, 2021, Dkt. 329, Plaintiffs and DIRECTV state as follows:

1.  Pursuant to the Court's April 20, 2021 order, Plaintiffs and DIRECTV submitted a joint status report on May 14, 2021, informing the Court that Plaintiffs and DIRECTV had engaged in several good-faith, productive discussions to reach an agreement regarding DIRECTV's production. Dkt. 329. Plaintiffs and DIRECTV informed the Court that they would provide another update by June 11, 2021.

2.  Plaintiffs and DIRECTV are continuing their good-faith, productive discussions. In addition to correspondence between the parties, Plaintiffs and DIRECTV conferred telephonically on May 21 and May 28, 2021. Counsel for the National Football League Defendants have joined these discussions.

3.  Plaintiffs and DIRECTV have made progress in reaching an agreement regarding the requested data. In particular, they have reached an agreement regarding transactional data that will be produced. Plaintiffs and DIRECTV are still discussing how that data will be provided and the timing. Plaintiffs and DIRECTV are continuing to discuss the scope of viewership data that will be produced in the case.

4.  DIRECTV and Plaintiffs shall submit a status report on or before July 9, 2021, updating the Court on the status of negotiations or proposing a revised date for substantial production of usable transactional data.

Dated: June 11, 2021

| | |
|---|---|
| By: /s/Ian M. Gore<br>    Ian M. Gore | By: /s/ Daniel M. Petrocelli<br>    Daniel M. Petrocelli |

ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
WILLIAM C. CARMODY
bcarmody@susmangodfrey.com
SETH ARD
sard@susmangodfrey.com
EDWARD DELMAN
edelman@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas,
32nd FL.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

IAN M. GORE
igore@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

MICHAEL D. HAUSFELD
mhausfeld@hausfeld.com
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

MICHAEL P. LEHMANN
mlehmann@hausfeld.com
BONNY E. SWEENY
bsweeney@hausfeld.com
CHRISTOPHER L. LEBSOCK
clebsock@hausfled.com

DANIEL M. PETROCELLI
M. RANDALL OPPENHEIMER
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

IAN SIMMONS
KATRINA ROBSON
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 326-2128
Facsimile: (202) 383-5414

ROBYN E. BLADOW
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

TAMMY A. TSOUMAS
JONATHAN J. FARIA
KIRKLAND & ELLIS LLP
2049 Century Park East,
Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200

*Attorneys for DIRECTV, LLC and DIRECTV Holdings LLC*

1  HAUSFELD LLP
2  600 Montgomery St., Suite 3200
   San Francisco, CA 94111
3  Tel: (415) 633-1908
   Fax: (415) 358-4980
4
5  *Attorneys for Plaintiffs' Interim Co-Lead*

3

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

By: /s/ Daniel M. Petrocelli
DANIEL M. PETROCELLI