MDL 15-2668-PSG

Case: 2:15ml2668  Doc: 300

Roger A Sachar                                    Jr
Morgan and Morgan PC
28 West 44th Street   Suite 2001
New York, NY 10036