# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 15ML2668 | Date | June 30, 2021 |
| Title | In Re National Footbal Leagues Sunday Ticket Antitrust Litigation | | |

**Present: The Honorable   JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | ZOOM |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Raymond Wright<br>Marc Seltzer<br>Susman Godfrey LLP | Beth Wilkinson<br>Jeremy Barber<br>Wilkinson Stekloff LLP |

**Proceedings:**   (In Chambers Minutes) Motion to Compel Hearing (#330)

The Court heard argument this day on Plaintiffs' Motion to Compel Production of Documents from the Club Defendants.  The Court ORDERED the parties to prepare a Proposed Order based on the Court's comments at the hearing.

|  |  : | 44 |
|---|---|---|
|  | Initials of Preparer | slo |