Robyn E. Bladow (State Bar No. 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, California 90071
robyn.bladow@kirkland.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re National Football Leagues Sunday Ticket Antitrust Litigation<br><br>Plaintiff(s)<br>v.<br><br><br>Defendant(s). | CASE NUMBER:<br>2:15-ml-02668-PSG-JEM<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of: <u>DIRECTV, LLC, DIRECTV Sports Network, LLC and DIRECTV Holdings LLC</u>   ☐ Plaintiff   ☒ Defendants   ☐ Other _____
*Name of Party*

to substitute   <u>Daniel M. Petrocelli</u>   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

<u>O'Melveny & Myers LLP, 1999 Avenue of the Start, 8th Floor</u>
*Street Address*

<u>Los Angeles, California 90067</u>                    <u>dpetrocelli@omm.com</u>
*City, State, Zip*                                                  *E-Mail Address*

<u>(310) 553-6700</u>           <u>(310) 246-6779</u>           <u>97802</u>
*Telephone Number*           *Fax Number*                       *State Bar Number*

as attorney of record instead of   <u>Robyn E. Bladow, Melissa D. Ingalls, Tammy A. Tsoumas,</u>
<u>and Michael E. Baumann</u>
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**   ☐ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                          U. S. District Judge/U.S. Magistrate Judge