Robyn E. Bladow (State Bar No. 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, California 90071
robyn.bladow@kirkland.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re National Football Leagues Sunday Ticket Antitrust Litigation | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:15-ml-02668-PSG-JEM |
| v. | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [340] |
| Defendant(s). | |

The Court hereby orders that the request of:   DIRECTV, LLC, DIRECTV Sports Network, LLC and DIRECTV Holdings LLC     ☐ Plaintiff  ☑ Defendants  ☐ Other _____
*Name of Party*

to substitute   Daniel M. Petrocelli   who is

☑ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

O'Melveny & Myers LLP, 1999 Avenue of the Start, 8th Floor
*Street Address*

Los Angeles, California 90067                    dpetrocelli@omm.com
*City, State, Zip*                                *E-Mail Address*

(310) 553-6700            (310) 246-6779            97802
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of   Robyn E. Bladow, Melissa D. Ingalls, Tammy A. Tsoumas, and Michael E. Baumann
*List **all** attorneys from same firm or agency who are withdrawing*

is hereby    ☒ GRANTED     ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   7/2/2021

U. S. District Judge/~~U.S. Magistrate Judge~~

G-01 ORDER (09/17)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY