1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  M. RANDALL OPPENHEIMER (S.B. #77649)
   roppenheimer@omm.com
3  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
4  Los Angeles, CA 90067
   Telephone:  (310) 553-6700
5  Facsimile:   (310) 246-6779

6  IAN SIMMONS (*pro hac vice*)
   isimmons@omm.com
7  KATRINA ROBSON (S.B. #229835)
   krobson@omm.com
8  O'MELVENY & MYERS LLP
   1625 Eye Street NW
9  Washington, DC 20006
   Telephone:   (202) 326-2128
10 Facsimile:    (202) 383-5414

11 Attorneys for DIRECTV, LLC and
   DIRECTV Holdings LLC

12 [*Additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Hon. Philip S. Gutierrez<br><br>CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **JOINT STATUS REPORT ON SUBSTANTIAL PRODUCTION OF DIRECTV'S USABLE TRANSACTIONAL DATA** |

Pursuant to the Court's April 20, 2021 Order vacating the April 22, 2021 deadline for substantial production of DIRECTV, LLC's and DIRECTV Holdings LLC's (collectively, "DIRECTV's") usable transactional data, Dkt. 321, and Plaintiffs' and DIRECTV's June 11 report indicating they would provide another update by July 9, 2021, Dkt. 332, Plaintiffs and DIRECTV state as follows:

1. Plaintiffs and DIRECTV are continuing their good-faith, productive discussions. In addition to correspondence between the parties, Plaintiffs and DIRECTV conferred telephonically on June 18 and July 2, 2021. Counsel for the National Football League Defendants have joined these discussions.

2. Plaintiffs and DIRECTV have made progress in reaching an agreement regarding the requested data. In particular, they have reached an agreement regarding transactional data that will be produced. Plaintiffs and DIRECTV are still discussing how that data will be provided and the timing. Plaintiffs and DIRECTV are continuing to discuss the scope of viewership data that will be produced in the case.

3. DIRECTV and Plaintiffs shall submit a status report on or before August 13, 2021, updating the Court on the status of negotiations or proposing a revised date for substantial production of usable transactional data.

Dated: July 9, 2021

By: */s/ Ian M. Gore*
    Ian M. Gore

ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
WILLIAM C. CARMODY
bcarmody@susmangodfrey.com
SETH ARD
sard@susmangodfrey.com
EDWARD DELMAN
edelman@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

IAN M. GORE
igore@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

MICHAEL D. HAUSFELD
mhausfeld@hausfeld.com
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

MICHAEL P. LEHMANN
mlehmann@hausfeld.com
BONNY E. SWEENY
bsweeney@hausfeld.com

By: */s/ Daniel M. Petrocelli*
    Daniel M. Petrocelli

DANIEL M. PETROCELLI
M. RANDALL OPPENHEIMER
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

IAN SIMMONS
KATRINA ROBSON
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 326-2128
Facsimile: (202) 383-5414

*Attorneys for DIRECTV, LLC and DIRECTV Holdings LLC*

2

CHRISTOPHER L. LEBSOCK
clebsock@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

*Attorneys for Plaintiffs' Interim Co-Lead*

3

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

By: */s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI

4