MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
RAYMOND K. WRIGHT (331950)
rwright@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
IRVING SCHER
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Additional Counsel listed on Signature Page]

*Plaintiffs' Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 2:15-ml-02668−PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**JOINT STIPULATION AND PROPOSED ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION BY THE NFL CLUB DEFENDANTS**<br><br>Magistrate Judge: Hon. John E. McDermott<br><br>Discovery Cutoff Date: 3/22/2022<br>Pretrial Conference Date: TBD<br>Trial Date: TBD |

1  WHEREAS, the Court issued an Order requiring Plaintiffs and the NFL Club
2  Defendants to confer and prepare a Proposed Order based on the Court's comments at
3  the hearing on Plaintiffs' Motion to Compel Production of Documents by the NFL Club
4  Defendants (Doc. No. 335);

5  WHEREAS, Interim Class Counsel and counsel for the NFL Club Defendants
6  have conferred and agreed to a Proposed Order based on the Court's comments at the
7  hearing on Plaintiffs' Motion to Compel Production of Documents by the NFL Club
8  Defendants.

9  IT IS HEREBY STIPULATED AND AGREED that Plaintiffs and the NFL Club
10  Defendants jointly request the Court to issue the attached Proposed Order.

12  DATED: July 19, 2021          Respectfully submitted,

14                    By:   /s/ Marc M. Seltzer
                            Marc M. Seltzer

16                    MARC M. SELTZER
                      RAYMOND KEITH WRIGHT
17                    **SUSMAN GODFREY L.L.P.**

18                    SCOTT MARTIN
19                    IRVING SCHER
20                    **HAUSFELD LLP**

21                    HOWARD LANGER
22                    EDWARD DIVER
                      PETER LECKMAN
23                    **LANGER GROGAN AND DIVER PC**

24                    ARUN SUBRAMANIAN
25                    asubramanian@susmangodfrey.com
                      WILLIAM CHRISTOPHER CARMODY
26                    bcarmody@susmangodfrey.com
27                    SETH ARD
                      sard@susmangodfrey.com
                      EDWARD DELMAN

1

edelman@susmangodfrey.com
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019
Tel: (212) 336-8330/ Fax: (212) 336-8340

IAN M. GORE
igore@susmangodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841/Fax: (206) 516-3883

MICHAEL D. HAUSFELD
mhausfeld@hausfeld.com
**HAUSFELD LLP**
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200/Fax: (202) 540-7201

MICHAEL P. LEHMANN
mlehmann@hausfeld.com
BONNY E. SWEENY
bsweeney@hausfeld.com
CHRISTOPHER L. LEBSOCK
lebsock@hausfled.com
**HAUSFELD LLP**
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908/Fax: (415) 358-4980

*Attorneys for Plaintiffs' Interim Co-Lead Class Counsel*

Dated: July 19, 2021     By: /s/ *Beth A. Wilkinson*
                             Beth A. Wilkinson

BETH A. WILKINSON (admitted *pro hac vice*)
bwilkinson@wilkinsonstekloff.com
BRIAN L. STEKLOFF (admitted *pro hac vice*)
bstekloff@wilkinsonstekloff.com
RAKESH N. KILARU (admitted *pro hac vice*)

2

rkilaru@wilkinsonstekloff.com
JEREMY S. BARBER (admitted *pro hac vice*)
jbarber@wilkinsonstekloff.com
ROXANA C. GUIDERO
rguidero@wildinsonstekloff.com
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

NEEMA T. SAHNI (Bar No. 274240)
nsahni@cov.com
**COVINGTON & BURLING LLP**
2029 Century Park East Suite 3100
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4782

GREGG H. LEVY (admitted *pro hac vice*)
glevy@cov.com
DEREK LUDWIN (admitted *pro hac vice*)
dludwin@cov.com
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*