| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 2:15-ml-02668−PSG (JEMx)<br>**DISCOVERY MATTER**<br>**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL CLUB DEFENDANTS**<br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: June 30, 2021 at 10:00 a.m.<br>Place: Courtroom 640<br>Discovery Cutoff Date: 3/22/2022<br>Pretrial Conference Date: TBD<br>Trial Date: TBD |

    This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents by the NFL Club Defendants pursuant to Federal Rule of Civil Procedure 37. The Court having considered the arguments of the parties, and good cause appearing therefor,

    IT IS HEREBY ORDERED that each of the NFL Club Defendants shall produce documents requested in Plaintiffs' First Set of Requests for Production Nos. 1–2, 4, 7–8, 12–15, 26–27, 30, 53, and 93 that can be located through a reasonable, non-custodial search. With respect to Request for Production Nos. 1–2, 7–8, 12–15, 26–27, 30, 53, and 93, the NFL Club Defendants shall produce such documents that were generated during the period from June 17, 2011 to the present, as well as documents generated during any

additional time frame negotiated by the parties or ordered by the Court. With respect to Request for Production No. 4, the NFL Club Defendants shall produce such documents that were generated during the period from January 1, 1987 to the present. The deadline for substantial completion of document production in response to this Order shall be seventy-five days from the date of issuance of this Order.

    IT IS HEREBY FURTHER ORDERED that Plaintiffs and the NFL Club Defendants shall meet and confer in good faith as to the scope and time frames for production required in response to Plaintiffs' First Set of Requests for Production.

    IT IS HEREBY FURTHER ORDERED that Plaintiffs and the NFL Club Defendants shall also meet and confer in good faith beginning not later than sixty days after the date of issuance of this Order regarding whether document discovery related to specific custodians may proceed and, if so, the process for conducting document discovery related to specific custodians.

    IT IS HEREBY FURTHER ORDERED that if the parties are unable to resolve any disputes with respect to the issues raised in Plaintiffs' Motion to Compel Production of Documents by the NFL Club Defendants, they may request an informal conference with the Court to resolve those disputes.

    **IT IS SO ORDERED.**

Date: July 20, 2021

                                                                  */s/ John E. McDermott*
                                                                 John E. McDermott
                                          UNITED STATES MAGISTRATE JUDGE