DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
KATRINA ROBSON (S.B. #229835)
krobson@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 326-2128
Facsimile: (202) 383-5414

Attorneys for DIRECTV, LLC and
DIRECTV Holdings LLC

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Hon. Philip S. Gutierrez<br><br>CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **JOINT STATUS REPORT ON SUBSTANTIAL PRODUCTION OF DIRECTV'S USABLE TRANSACTIONAL DATA** |

Pursuant to the Court's April 20, 2021 Order vacating the April 22, 2021 deadline for substantial production of DIRECTV, LLC's and DIRECTV Holdings LLC's (collectively, "DIRECTV's") usable transactional data, Dkt. 321, and Plaintiffs' and DIRECTV's July 9, 2021 report indicating they would provide another update by August 13, 2021, Dkt. 344, Plaintiffs and DIRECTV state as follows:

1. Plaintiffs and DIRECTV are continuing their good-faith, productive discussions. In addition to correspondence between the parties, Plaintiffs and DIRECTV conferred telephonically on July 26, 2021 and August 2, 2021.

2. Plaintiffs and DIRECTV have reached an agreement regarding the scope of data that will be produced, and are now working on the timing and logistics of export and delivery.

3. DIRECTV and Plaintiffs shall submit a status report on or before September 15, 2021, updating the Court on the status of discussions or proposing a revised date for substantial production of usable transactional data.

| | | |
|---|---|---|
| 1 | Dated: August 13, 2021 | |
| 2 | | |
| 3 | By: /s/ *Ian M. Gore*<br>    Ian M. Gore | By: /s/ *Daniel M. Petrocelli*<br>    Daniel M. Petrocelli |
| 4 | | |
| 5 | ARUN SUBRAMANIAN | DANIEL M. PETROCELLI<br>M. RANDALL OPPENHEIMER |
| 6 | asubramanian@susmangodfrey.com<br>WILLIAM C. CARMODY | O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 8th Floor |
| 7 | bcarmody@susmangodfrey.com | Los Angeles, CA 90067 |
| 8 | SETH ARD<br>sard@susmangodfrey.com | Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779 |
| 9 | EDWARD DELMAN | |
| 10 | edelman@susmangodfrey.com<br>SUSMAN GODFREY LLP | IAN SIMMONS<br>KATRINA ROBSON |
| 11 | 1301 Avenue of the Americas,<br>32nd FL. | O'MELVENY & MYERS LLP<br>1625 Eye Street NW |
| 12 | New York, NY 10019 | Washington, DC 20006 |
| 13 | Tel: (212) 336-8330<br>Fax: (212) 336-8340 | Telephone: (202) 326-2128<br>Facsimile: (202) 383-5414 |
| 14 | | |
| 15 | IAN M. GORE | *Attorneys for DIRECTV, LLC and*<br>*DIRECTV Holdings LLC* |
| 16 | igore@susmangodfrey.com<br>SUSMAN GODFREY LLP | |
| 17 | 1201 Third Avenue, Suite 3800<br>Seattle, WA 98101 | |
| 18 | Tel: (206) 505-3841 | |
| 19 | Fax: (206) 516-3883 | |
| 20 | MICHAEL D. HAUSFELD | |
| 21 | mhausfeld@hausfeld.com | |
| 22 | HAUSFELD LLP<br>1700 K. Street NW, Suite 650 | |
| 23 | Washington, DC 20006<br>Tel: (202) 540-7200 | |
| 24 | Fax: (202) 540-7201 | |
| 25 | | |
| 26 | MICHAEL P. LEHMANN<br>mlehmann@hausfeld.com | |
| 27 | BONNY E. SWEENY<br>bsweeney@hausfeld.com | |
| 28 | CHRISTOPHER L. LEBSOCK | |

clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

*Attorneys for Plaintiffs' Interim Co-Lead*

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

By: */s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI

4