DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
KATRINA ROBSON (S.B. #229835)
krobson@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone:    (202) 326-2128
Facsimile:    (202) 383-5414

Attorneys for DIRECTV, LLC and
DIRECTV Holdings LLC

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Hon. Philip S. Gutierrez |
| | CASE NO.: 2:15-ml-02668−PSG (JEMx) |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **JOINT STATUS REPORT ON SUBSTANTIAL PRODUCTION OF DIRECTV'S USABLE TRANSACTIONAL DATA** |

Pursuant to the Court's April 20, 2021 Order vacating the April 22, 2021 deadline for substantial production of DIRECTV, LLC's and DIRECTV Holdings LLC's (collectively, "DIRECTV's") usable transactional data, Dkt. 321, and Plaintiffs' and DIRECTV's August 13, 2021 report indicating they would provide another update by September 15, 2021, Dkt. 348, Plaintiffs and DIRECTV state as follows:

1.    Plaintiffs and DIRECTV have reached an agreement regarding the scope of data that will be produced, and are now working on the timing and logistics of export and delivery.

2.    DIRECTV expects to produce viewership data on or before September 24, 2021.

3.    DIRECTV and Plaintiffs will file a further joint status report regarding the status of producing the transactional data no later than September 30, 2021.

1  Dated: September 15, 2021

2

3  By: /s/ Ian M. Gore                                By: /s/ Daniel M. Petrocelli
        Ian M. Gore                                        Daniel M. Petrocelli

4

5      ARUN SUBRAMANIAN                        DANIEL M. PETROCELLI
6      asubramanian@susmangodfrey.com          M. RANDALL OPPENHEIMER
       WILLIAM C. CARMODY                      O'MELVENY & MYERS LLP
7      bcarmody@susmangodfrey.com              1999 Avenue of the Stars, 8th Floor
8      SETH ARD                                Los Angeles, CA 90067
       sard@susmangodfrey.com                  Telephone: (310) 553-6700
9      EDWARD DELMAN                           Facsimile: (310) 246-6779
10     edelman@susmangodfrey.com
       SUSMAN GODFREY LLP                      IAN SIMMONS
11     1301 Avenue of the Americas,            KATRINA ROBSON
       32nd FL.                                O'MELVENY & MYERS LLP
12     New York, NY 10019                      1625 Eye Street NW
13     Tel: (212) 336-8330                     Washington, DC 20006
       Fax: (212) 336-8340                     Telephone: (202) 326-2128
14                                             Facsimile: (202) 383-5414
15     IAN M. GORE
16     igore@susmangodfrey.com                 Attorneys for DIRECTV, LLC and
       SUSMAN GODFREY LLP                      DIRECTV Holdings LLC
17     1201 Third Avenue, Suite 3800
18     Seattle, WA 98101
       Tel: (206) 505-3841
19     Fax: (206) 516-3883

20     MICHAEL D. HAUSFELD
21     mhausfeld@hausfeld.com
       HAUSFELD LLP
22     1700 K. Street NW, Suite 650
23     Washington, DC 20006
       Tel: (202) 540-7200
24     Fax: (202) 540-7201

25     MICHAEL P. LEHMANN
26     mlehmann@hausfeld.com
       BONNY E. SWEENY
27     bsweeney@hausfeld.com
28     CHRISTOPHER L. LEBSOCK

1    clebsock@hausfled.com
     HAUSFELD LLP
2    600 Montgomery St., Suite 3200
     San Francisco, CA 94111
3    Tel: (415) 633-1908
     Fax: (415) 358-4980
4

5    *Attorneys for Plaintiffs' Interim Co-Lead*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**SIGNATURE CERTIFICATION**

2        Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed,

3   and on whose behalf this filing is submitted, concur in the filing's content and have

4   authorized this filing.

5                                              By:   */s/ Daniel M. Petrocelli*
                                                      DANIEL M. PETROCELLI

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28