DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
KATRINA ROBSON (S.B. #229835)
krobson@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 326-2128
Facsimile: (202) 383-5414

Attorneys for DIRECTV, LLC and
DIRECTV Holdings LLC

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Hon. Philip S. Gutierrez<br><br>CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **JOINT STATUS REPORT ON SUBSTANTIAL PRODUCTION OF DIRECTV'S USABLE TRANSACTIONAL DATA** |

Pursuant to the Court's April 20, 2021 Order vacating the April 22, 2021 deadline for substantial production of DIRECTV, LLC's and DIRECTV Holdings LLC's (collectively, "DIRECTV's") usable transactional data, Dkt. 321, and Plaintiffs' and DIRECTV's September 15, 2021 report indicating they would provide another update by September 30, 2021, Dkt. 349, Plaintiffs and DIRECTV state as follows:

1. Plaintiffs and DIRECTV have reached an agreement regarding the scope of data that will be produced, and are now working on the timing and logistics of export and delivery.

2. DIRECTV has commenced the process of transferring viewership data to Plaintiffs and the National Football League. That process is currently ongoing.

3. Regarding transactional data, DIRECTV states that the data is broken into two tranches. The first (Enabler data) is currently being moved into a cloud service to facilitate production to the parties. DIRECTV anticipates moving the second set (STMS data) to a cloud service to facilitate production in the near future. DIRECTV will provide Plaintiffs with a status report regarding the production of the STMS data by October 5, 2021.

4. DIRECTV and Plaintiffs will file a further joint status report regarding the status of producing the transactional data no later than October 15, 2021.

Dated: September 30, 2021

| | |
|---|---|
| By: */s/ Ian M. Gore*<br>　　Ian M. Gore | By: */s/ Daniel M. Petrocelli*<br>　　Daniel M. Petrocelli |
| ARUN SUBRAMANIAN<br>asubramanian@susmangodfrey.com<br>WILLIAM C. CARMODY<br>bcarmody@susmangodfrey.com<br>SETH ARD<br>sard@susmangodfrey.com<br>EDWARD DELMAN<br>edelman@susmangodfrey.com<br>SUSMAN GODFREY LLP<br>1301 Avenue of the Americas,<br>32nd FL.<br>New York, NY 10019<br>Tel: (212) 336-8330<br>Fax: (212) 336-8340<br><br>IAN M. GORE<br>igore@susmangodfrey.com<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101<br>Tel: (206) 505-3841<br>Fax: (206) 516-3883<br><br>MICHAEL D. HAUSFELD<br>mhausfeld@hausfeld.com<br>HAUSFELD LLP<br>1700 K. Street NW, Suite 650<br>Washington, DC 20006<br>Tel: (202) 540-7200<br>Fax: (202) 540-7201<br><br>MICHAEL P. LEHMANN<br>mlehmann@hausfeld.com<br>BONNY E. SWEENY<br>bsweeney@hausfeld.com<br>CHRISTOPHER L. LEBSOCK | DANIEL M. PETROCELLI<br>M. RANDALL OPPENHEIMER<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br><br>IAN SIMMONS<br>KATRINA ROBSON<br>O'MELVENY & MYERS LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>Telephone: (202) 326-2128<br>Facsimile: (202) 383-5414<br><br>*Attorneys for DIRECTV, LLC and DIRECTV Holdings LLC* |

clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

*Plaintiffs' Interim Co-Lead Counsel*

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

By: _/s/Ian M. Gore_
IAN M. GORE