DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone:   (310) 553-6700
Facsimile:   (310) 246-6779

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
KATRINA ROBSON (S.B. #229835)
krobson@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone:   (202) 326-2128
Facsimile:   (202) 383-5414

Attorneys for DIRECTV, LLC and
DIRECTV Holdings LLC

[*Additional counsel listed on signature page*]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Hon. Philip S. Gutierrez |
| | CASE NO.: 2:15-ml-02668–PSG (JEMx) |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **JOINT STATUS REPORT ON SUBSTANTIAL PRODUCTION OF DIRECTV'S USABLE TRANSACTIONAL DATA** |

1    Pursuant to the Court's April 20, 2021 Order vacating the April 22, 2021 deadline
2    for substantial production of DIRECTV, LLC's and DIRECTV Holdings LLC's
3    (collectively, "DIRECTV's") usable transactional data, Dkt. 321, and Plaintiffs' and
4    DIRECTV's September 30, 2021 report indicating they would provide another update
5    by October 15, 2021, Dkt. 350, Plaintiffs and DIRECTV state as follows:

6         1.    Plaintiffs, the NFL Defendants, and DIRECTV have reached an
7    agreement regarding the scope of data that will be produced, and are working on the
8    timing and logistics of export and delivery.

9         2.    DIRECTV has made available for copying viewership data to Plaintiffs
10   and the NFL Defendants.  The parties are securely copying from DIRECTV's electronic
11   location what consists of hundreds of terabytes of viewership data.

12        3.    Regarding transactional data, DIRECTV states that despite its best efforts,
13   attempts to move the data from its archive facilities using secure protocols over the
14   internet have been unsuccessful.  Accordingly, DIRECTV is coordinating a secure
15   transfer of physical media containing the data to its discovery vendor.  After transfer the
16   data will be pseudonymized and produced to Plaintiffs and the NFL Defendants.
17   DIRECTV is keeping the parties informed of its progress and the parties are working
18   cooperatively in this effort.

19        4.    DIRECTV and Plaintiffs will file a further joint status report regarding the
20   status of producing the transactional data no later than November 16, 2021.

21
22
23
24
25
26
27
28

1

1    Dated: October 15, 2021

2

3    By: */s/ Ian M. Gore*             By: */s/ Daniel M. Petrocelli*
        Ian M. Gore                        Daniel M. Petrocelli

4

5      ARUN SUBRAMANIAN            DANIEL M. PETROCELLI
     asubramanian@susmangodfrey.com       M. RANDALL OPPENHEIMER

6      WILLIAM C. CARMODY            O'MELVENY & MYERS LLP
     bcarmody@susmangodfrey.com          1999 Avenue of the Stars, 8th Floor

7      SETH ARD                             Los Angeles, CA 90067
     sard@susmangodfrey.com               Telephone: (310) 553-6700

8      EDWARD DELMAN                Facsimile: (310) 246-6779
     edelman@susmangodfrey.com

9      SUSMAN GODFREY LLP
     1301 Avenue of the Americas,       IAN SIMMONS

10     32nd FL.                            KATRINA ROBSON
     New York, NY 10019             O'MELVENY & MYERS LLP

11     Tel: (212) 336-8330              1625 Eye Street NW
     Fax: (212) 336-8340              Washington, DC 20006

12                                  Telephone: (202) 326-2128
                                 Facsimile: (202) 383-5414

13

14

15     IAN M. GORE                     *Attorneys for DIRECTV, LLC and*
     igore@susmangodfrey.com           *DIRECTV Holdings LLC*

16     SUSMAN GODFREY LLP
     1201 Third Avenue, Suite 3800

17     Seattle, WA 98101
     Tel: (206) 505-3841

18     Fax: (206) 516-3883

19

20     MICHAEL D. HAUSFELD
     mhausfeld@hausfeld.com

21     HAUSFELD LLP
     1700 K. Street NW, Suite 650

22     Washington, DC 20006
     Tel: (202) 540-7200

23     Fax: (202) 540-7201

24

25     MICHAEL P. LEHMANN
     mlehmann@hausfeld.com

26     BONNY E. SWEENY
     bsweeney@hausfeld.com

27     CHRISTOPHER L. LEBSOCK

28

clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

*Plaintiffs' Interim Co-Lead Counsel*

3

1

**SIGNATURE CERTIFICATION**

2      Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed,

3 and on whose behalf this filing is submitted, concur in the filing's content and have

4 authorized this filing.

5                              By:   /s/Daniel M. Petrocelli
                                     DANIEL M. PETROCELLI

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4