

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*Kevin Patrick Trainer, Esq.*

DATE OF ADMISSION

*October 26, 2018*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 12, 2021

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk