Kevin Trainer
Langer Grogan & Diver P.C.
1717 Arch St., Suite 4020
Philadelphia, PA 19103

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br>Plaintiff(s)<br>v.<br>THIS DOCUMENT RELATES TO ALL ACTIONS<br>Defendant(s) | CASE NUMBER<br>ML 15-02668-PSG (JEMx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
|---|---|

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Trainer, Kevin P.
*Applicant's Name (Last Name, First Name & Middle Initial)*

215.320.5706         215-320-5703
*Telephone Number*    *Fax Number*

ktrainer@langergrogan.com
*E-Mail Address*

of

Langer Grogan & Diver P.C.
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Ninth Inning Inc. dba The Mucky Duck ("Mucky Duck"); 1465 Third Avenue Restaurant Corp. dba Gael Pub; Robert Gary Lippincott, Jr.; Michael Holinko

*Name(s) of Party(ies) Represent*       ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Seltzer, Marc. M.
*Designee's Name (Last Name, First Name & Middle Initial)*

54534            310.789.3100         310.789.3150
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*

mseltzer@susmangodfrey.com
*E-Mail Address*

of

Susman Godfrey L.L.P.
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge