Langer Grogan & Diver P.C.
1717 Arch St., Suite 4020
Philadelphia, PA 19103

FILED
CLERK, U.S. DISTRICT COURT

OCT 26 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

Plaintiff(s)

v.

THIS DOCUMENT RELATES TO ALL ACTIONS

Defendant(s).

CASE NUMBER

ML 15-02668-PSG (JEMx)  link # 352

(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Trainer, Kevin P.
*Applicant's Name (Last Name, First Name & Middle Initial*

215.320.5706         215-320-5703
*Telephone Number*    *Fax Number*

ktrainer@langergrogan.com
*E-Mail Address*

of  Langer Grogan & Diver P.C.
1717 Arch Street, Suite 4020
Philadelphia, PA 19103

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Ninth Inning Inc. dba The Mucky Duck ("Mucky Duck"); 1465 Third Avenue Restaurant Corp. dba Gael Pub; Robert Gary Lippincott, Jr.; Michael Holinko

*Name(s) of Party(ies) Represent*    ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Seltzer, Marc. M.
*Designee's Name (Last Name, First Name & Middle Initial*

54534              310.789.3100       310.789.3150
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

mseltzer@susmangodfrey.com
*E-Mail Address*

of  Susman Godfrey L.L.P.

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☑ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☑ be refunded  ☐ not be refunded.

Dated: 10/26/21

_____
U.S. District Judge/U.S. Magistrate Judge