FILED
CLERK, U.S. DISTRICT COURT

NOV - 9 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In Re National Football Leagues Sunday Ticket Antitrust Litigation    PLAINTIFF(S) | CASE NUMBER: MDL 15-2668-PSG |
|---|---|
| DEFENDANT(S). | ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S) |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

_____11/08/21_____ / ___354___ / _____Pro Hac Vice Application_____
      Date Filed              Doc. No.              Title of Document

_____ / _____ / _____
      Date Filed              Doc. No.              Title of Document

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☑ Other: Application and proposed order are inconsistent as to parties counsel is to represent. Application lists 3 parties -one of which that is not a party to the matter and the proposed order lists 4 parties.

Dated: ___11/9/21___          By: _____
                                    U.S. District Judge / ~~U.S. Magistrate Judge~~

cc: Assigned District and/or Magistrate Judge

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)           ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)