SUSMAN GODFREY L.L.P.
1301 Avenue of Americas, 32nd Floor
New York, New York 10019

#:5062

FILED
CLERK, U.S. DISTRICT COURT

NOV 12 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Lnk #357

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NUMBER |
| | 2:15-ml-02668–PSG (JEMx) |
| v.            Plaintiff(s) | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Finn, Tyler M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019

(212) 336-8330    (212) 336-8340
*Telephone Number    Fax Number*

tfinn@susmangodfrey.com
*E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Ninth Inning Inc.; 1465 Third Avenue Restaurant Corp., Robert Gary Lippincott, Jr., and Michael Holinko.

*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Seltzer, Marc M.
*Designee's Name (Last Name, First Name & Middle Initial)*

of Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067

54534    (310) 789-3100    (310) 789-3150
*Designee's Cal. Bar No.   Telephone Number   Fax Number*

mseltzer@susmangodfrey.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ **GRANTED.**
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☒ be refunded  ☐ not be refunded.

Dated  11/12/21

_____
U.S. District Judge/U.S. Magistrate Judge