1   MARC M. SELTZER (54534)
    mseltzer@susmangodfrey.com
2   SUSMAN GODFREY L.L.P.
    1900 Avenue of the Stars, Suite 1400
3   Los Angeles, CA 90067-6029
    Tel: (310) 789-3100/Fax: (310) 789-3150
4
    SCOTT MARTIN
5   smartin@hausfeld.com
    IRVING SCHER
6   ischer@hausfeld.com
    HAUSFELD LLP
7   33 Whitehall Street, 14th Floor
    New York, NY 10004
8   Tel: (646) 357-1100/ Fax: (212) 202-4322

9   HOWARD LANGER
    hlanger@langergrogan.com
10  EDWARD DIVER
    ndiver@langergrogan.com
11  PETER LECKMAN
    pleckman@langergrogan.com
12  LANGER GROGAN AND DIVER PC
    1717 Arch Street, Suite 4130
13  Philadelphia, PA 19103
    Tel: (215) 320-5660/ Fax: (215) 320-5703
14
    [Additional Counsel listed in Signature Page]
15
    Plaintiffs' Interim Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (JEMx) |
| | Judge: Hon. Philip S. Gutierrez |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **STIPULATED SUPPLEMENTAL PROTECTIVE ORDER** |

   The parties hereby stipulate to and petition the Court to enter the following Stipulated Supplemental Protective Order (the "Non-Party Order"). The parties agree that the Non-Party Order is in supplement to the Stipulated Protective Order (the "Protective Order") entered by the Court on October 4, 2016 (Dkt. 197), and should not be interpreted to in any way alter the provisions set forth in the Protective Order except as expressly set forth herein.

   1. This Protective Order shall be applicable to and govern all depositions taken and all documents produced in response to subpoena, and all other discovery taken pursuant to the Federal Rules of Civil Procedure, and other information hereafter furnished, directly or indirectly, by or on behalf of any non-party in connection with this action which a non-party designates as "HIGHLY CONFIDENTIAL/COMMERCIALLY SENSITIVE." The designation "HIGHLY CONFIDENTIAL/COMMERCIALLY SENSITIVE" shall only apply to carriage rate information, sensitive material implicated in the negotiation and execution of affiliation agreements, and sensitive material implicated in the negotiation and execution of licensing agreements with the NFL.  The terms "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" will continue to have the same meanings as that which is given to them in the Protective Order.

   2. All provisions governing "Protected Information" in the Protective Order shall apply to any document designated as "HIGHLY CONFIDENTIAL/COMMERCIALLY SENSITIVE" by a non-party, except as otherwise modified by this Non-Party Order.

   3. Unless otherwise ordered by the Court or permitted in writing by the designating non-party, the parties may disclose any information or item designated "HIGHLY CONFIDENTIAL/COMMERCIALLY SENSITIVE" by a non-party only to persons described in Paragraph 7.3 of the Protective Order with the following additional limitations:

     a. Regarding outside counsel described in Paragraph 7.2(a) of the

Protective Order, the parties may not disclose any information or items designated "HIGHLY CONFIDENTIAL/COMMERCIALLY SENSITIVE" by a non-party to any outside counsel in this litigation who has any responsibility for advising any person regarding the negotiation or execution of affiliation agreements or licensing agreements with the NFL, or to such outside counsel's staff and supporting personnel of such attorneys, such as paralegals, secretaries, stenographic and clerical employees and contractors, who are working on this litigation under the direction of such attorneys.

      b.    Regarding testifying or consulting experts of the Receiving Party described in Paragraph 7.2(c) of the Protective Order, the parties may not disclose any information or items designated "HIGHLY CONFIDENTIAL/ COMMERCIALLY SENSITIVE" by a non-party to any outside consultant or retained expert who has any responsibility for negotiating or advising any person with respect to the negotiation of affiliation agreements or licensing agreements with the NFL. Any outside consultant or expert who receives any information or items designated as "HIGHLY CONFIDENTIAL/ COMMERCIALLY SENSITIVE" will not negotiate or advise any person with respect to the negotiation of affiliation agreements or licensing agreements with the NFL for a period of two years following the initial conclusion of this action in the district court. This paragraph in no way limits or precludes any outside consultant or retained expert from providing services during, or in anticipation of, litigation, arbitration, or any other forms of dispute resolution relating to affiliation agreements or licensing agreements with the NFL. Before disclosing any of the material, documents, or information covered by this Order to any such outside consultant or expert, counsel for the party retaining that outside consultant or expert shall ensure each outside consultant or expert so retained or employed is willing to commit to the obligations set forth herein, and obtain confirmation of such from each outside consultant or expert in writing.

c.  For each person set forth in Paragraphs 7.2 and 7.3 of the Protective Order who must execute the Protective Order's Acknowledgment and Agreement to Be Bound, counsel for a Receiving Party shall further provide a copy of this Non-Party Order.

1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2 | Dated:  November 16, 2021

3 | *s/Marc M. Seltzer*
MARC M. SELTZER
4 | SUSMAN GODFREY L.L.P.

5 | SCOTT MARTIN
IRVING SCHER
6 | HAUSFELD LLP

7 | HOWARD LANGER
EDWARD DIVER
8 | PETER LECKMAN
LANGER GROGAN AND DIVER PC

9 |
10 | ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
11 | WILLIAM CHRISTOPHER CARMODY
bcarmody@susmangodfrey.com
12 | SETH ARD
sard@susmangodfrey.com
13 | EDWARD DELMAN
edelman@susmangodfrey.com
14 | SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd FL.
15 | New York, NY 10019
Tel: (212) 336-8330/ Fax: (212) 336-8340

16 | IAN M. GORE
igore@susmangodfrey.com
17 | SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
18 | Seattle, WA 98101
Tel: (206) 505-3841/Fax: (206) 516-3883

19 |
20 | MICHAEL D. HAUSFELD
mhausfeld@hausfeld.com
21 | HAUSFELD LLP
1700 K. Street NW, Suite 650
22 | Washington, DC 20006
Tel: (202) 540-7200
23 | Fax: (202) 540-7201

24 | MICHAEL P. LEHMANN
mlehmann@hausfeld.com
25 | BONNY E. SWEENY
bsweeney@hausfeld.com
26 | CHRISTOPHER L. LEBSOCK
clebsock@hausfled.com
27 | HAUSFELD LLP
600 Montgomery St., Suite 3200
28 | *Attorneys for Plaintiffs' Interim Co-Lead Class Counsel*

DATED: November_16, 2021

*s/ Beth A. Wilkinson*
Beth A. Wilkinson
bwilkinson@wilkinsonstekloff.com
Rakesh Kilaru
rkilaru@wilkinsonstekloff.com
Brian L. Stekloff
bstekloff@wilkinsonstekloff.com
Jeremy S. Barber
jbarber@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, Suite 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000

Gregg H. Levy
glevy@cov.com
Derek Ludwin
dludwin@cov.com
John Playforth
jplayforth@cov.com
COVINGTON & BURLING LLP
850 Tenth Street NW One City Center
Washington, DC 20001-4956
Telephone: (202) 622-5292
Facsimile: (202) 662-6804

Neema Trivedi Sahni
nsahni@cov.com
COVINGTON & BURLING LLP
2029 Century Park East Suite 3100
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4782

*Counsel for Defendants National Football League, Inc. and NFL Enterprises LLC and the Individual NFL Clubs*

1  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
2        DATED: _____
3
4
5        John E. McDermott
         United States Magistrate Judge
6
7
...
28

5