MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100/Fax: (310) 789-3150

SCOTT MARTIN (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100/ Fax: (212) 202-4322

HOWARD LANGER (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660/ Fax: (215) 320-5703

[Additional Counsel listed in Signature Page]

*Plaintiffs' Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx)<br><br>**STIPULATION REGARDING MODIFICATIONS TO SCHEDULING ORDER** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge: Hon. Philip S. Gutierrez |

WHEREAS, upon remand from the U.S. Court of Appeals for the Ninth Circuit, this multi-district litigation proceeding was reassigned to the Court for further proceedings, *see* Dkt. No. 270;

WHEREAS, the Court held a status conference on January 12, 2021 and subsequently issued an order setting a schedule for this proceeding the same day, *see* Dkt. No. 294;

WHEREAS, Defendants DIRECTV, LLC and DIRECTV Holdings LLC filed a motion seeking to compel arbitration of all claims asserted against them. The Court granted the motion and stayed all proceedings against the DIRECTV defendants, *see* Dkt. No. 320;

WHEREAS, since the Court's January 12, 2021 scheduling order, Plaintiffs have served five sets of document requests and three sets of interrogatories on the NFL defendants, served two sets of document requests on the DIRECTV defendants, and served several subpoenas on third parties. *See* Decl. of Ian M. Gore ("Gore Decl.") at ¶ 2-3.

WHEREAS, the NFL Defendants likewise have pursued discovery in this matter from Plaintiffs, including serving two sets of document requests on Plaintiffs, *see* Gore Decl. ¶ 4;

WHEREAS, in compliance with the Court's scheduling order, both Plaintiffs and the NFL Defendants contend they have substantially completed their document productions to each other;

WHEREAS, the NFL Defendants have produced nearly 65,000 documents totaling more than 500,000 pages in response to Plaintiffs' discovery requests to date, *see* Gore Decl. ¶ 5;

WHEREAS, counsel for DIRECTV has represented that collecting responsive documents was made considerably more difficult as many document custodians and personnel assisting in that process continue to be working remotely as a result of the SARS-CoV-2 pandemic. In any event, counsel for DIRECTV has stated that the collection process is complete, but has stated that—based on search

term results—it will likely produce approximately 600,000 documents and that it will not be able to complete its document productions until mid-January 2022, *see* Gore Decl. ¶ 6;

WHEREAS, DIRECTV is the principal holder of transactional data for purposes of this litigation. The Court's original scheduling order required that such data be produced by April 22, 2021. *See* Dkt. No. 294. Given technical difficulties and the substantial amount of data to be processed, however, that deadline was vacated. *See* Dkt. No. 321. DIRECTV continues to process the transactional data to produce to both the Plaintiffs and the NFL Defendants, but it has not yet been produced, *see* Gore Decl. ¶ 7;

WHEREAS, the Plaintiffs believe that an extension to the fact discovery deadline is necessary due to the volume of discovery produced to date, the volume of discovery that remains to be produced by DIRECTV (including the substantial volume of transactional data yet to be produced), and the need to review and analyze that information before conducting key depositions in this matter or for the parties' experts to analyze;

WHEREAS, the parties understand the Court disfavors extensions of time and have thus reached an agreement regarding a modest extension of the fact discovery deadline while preserving key dates in the Court's current scheduling order to minimize the impact on the Court. As shown in the chart below, the parties' proposed changes to the schedule do ***not*** affect the timing for class certification briefing to be concluded, the hearing date for the class certification motion, or any subsequent deadlines already set by the Court;

WHEREAS, Plaintiffs further agree not to serve any Requests for Production, Interrogatories, or Requests for Admission on the NFL Defendants, or any subpoenas on third parties, after February 22, 2022, *see* Gore Decl. ¶ 9; and

WHEREAS, this is the first time the parties have sought an extension of the fact discovery deadline in this matter.

NOW, therefore, the parties hereby stipulate, subject to the Court's approval, to the schedule set forth below:

| Event | Current | Proposed |
|---|---|---|
| Fact Discovery Deadline | 3/22/22 | 5/15/22 |
| Class Cert Motion (and accompanying expert reports) | 5/20/22 | 6/5/22 |
| Opposition to Class Cert (and accompanying expert reports) | 8/3/22 | 8/19/22 |
| Reply Brief on Class Cert (and accompanying expert reports) | 9/19/22 | No Change |
| Class Cert Hearing | 10/17/22 | No Change |
| Opening Merits Expert Reports | 11/4/22 | No Change |
| Responsive Merits Expert Reports | 1/18/23 | No Change |
| Rebuttal Merits Expert Reports | 3/6/23 | No Change |
| Expert Discovery Deadline | 4/5/23 | No Change |
| Summary Judgment Motions | 5/22/23 | No Change |
| Summary Judgment Oppositions | 7/21/23 | No Change |
| Summary Judgment Reply Briefs | 8/21/23 | No Change |
| Summary Judgment Hearing Date | 10/9/23 | No Change |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: November 19, 2021

*s/ Marc M. Seltzer*

MARC M. SELTZER
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogran.com
PETER LECKMAN
pleckman@langergrogan.com
KEVIN TRAINER
ktrainer@langergrogan.com
LANGER GROGAN & DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
WILLIAM C. CARMODY
bcarmody@susmangodfrey.com
SETH ARD
sard@susmangodfrey.com
EDWARD DELMAN
edelman@susmangodfrey.com
TYLER FINN
tfinn@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Ave. of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

IAN M. GORE
igore@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

*Plaintiffs' Interim Co-Lead Class Counsel*

*s/ Beth A. Wilkinson*
BETH A. WILKINSON
bwilkinson@wilkinsonstekloff.com
RAKESH KILARU
rkilaru@wilkinsonstekloff.com
BRIAN L. STEKLOFF
bstekloff@wilkinsonstekloff.com
JEREMY S. BARBER
jbarber@wilkinsonstekloff.com
ROXANA CATALINA GUIDERO
rguidero@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, Suite 10th Floor

Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005

GREGG H. LEVY
glevy@cov.com
DEREK LUDWIN
dludwin@cov.com
JOHN PLAYFORTH
jplayforth@cov.com
COVINGTON & BURLING LLP
850 Tenth Street NW One City Center
Washington, DC 20001-4956
Tel: (202) 622-5292
Fax: (202) 662-6804

NEEMA TRIVEDI SAHNI
nsahni@cov.com
COVINGTON & BURLING LLP
2029 Century Park East Suite 3100
Los Angeles, CA 90067
Tel: (424) 332-4800
Fax: (424) 332-4782

*Counsel for Defendants National Football League, Inc., NFL Enterprises LLC, and the Individual NFL Clubs*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*