**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**





FILED
CLERK, U.S. DISTRICT COURT

DEC - 7 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Case: 2:15ml2668   Doc: 356

Roger A Sachar                                              Jr
Morgan and Morgan PC
28 West 44th Street   Suite 2001
New York, NY 10036