UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



FILED
CLERK, U.S. DISTRICT COURT
DEC - 9 2021
CENTRAL DISTRICT OF CALIFORNIA
BY

FILED
CLERK, U.S. DISTRICT COURT
DEC - 8 2021
CENTRAL DISTRICT OF CALIFORNIA
BY

Case: 2:15ml2668  Doc: 360

Roger A Sachar                                              Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036