MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100/Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
IRVING SCHER
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100/ Fax: (212) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660/ Fax: (215) 320-5703

[Additional Counsel listed in Signature Page]

*Plaintiffs' Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (JEMx) |
| | **DISCOVERY MATTER** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **DECLARATION OF EDWARD DELMAN IN SUPPORT OF JOINT STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS** |
| | Magistrate Judge: Hon. John E. McDermott |
| | Date/Time: January 11, 2022 at 10:00 a.m. |
| | Discovery Cutoff Date: 5/15/2022 |
| | Pretrial-Conference Date: TBD |
| | Trial Date: TBD |

I, Edward Delman, declare under penalty of perjury that the following is true and correct:

1. I am over the age of twenty-one (21) years and am an associate in the firm of Susman Godfrey LLP. I am counsel of record for Plaintiffs Ninth Inning, Inc., 1465 Third Avenue Restaurant Corp., Robert Gary Lippincott, Jr., and Michael Holinko in the above-captioned litigation. I submit this declaration in support of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NFL Defendants.

2. I am competent to testify as to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

3. Attached hereto as Exhibit 1 is a copy of the Court's scheduling order in this case pursuant to Local Civil Rule 37-2. Exhibit 1 is a true and correct copy of the Court's Order filed on January 12, 2021. *See* Dkt. 294.

4. Attached hereto as Exhibit 2 is a copy of the Court's Order Regarding Modifications to Scheduling Order. Exhibit 2 is a true and correct copy of the Court's Order filed on November 29, 2021. *See* Dkt. 363.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Rule 37-1 letter Plaintiffs' counsel sent to the NFL Defendants' counsel on November 8, 2021.

6. Attached hereto as Exhibit 4 is a true and correct copy of a Letter Agreement between the NFL, NFL Productions LLC, NFL Enterprises LLC, and CBS Broadcasting Inc., dated March 16, 2021, and produced as NFL_0458529.

7. Attached hereto as Exhibit 5 is a true and correct copy of a Letter Agreement between the NFL, NFL Productions LLC, NFL Enterprises LLC, and NBCUniversal Media, LLC, dated March 16, 2021, and produced as NFL_0458574.

8. Attached hereto as Exhibit 6 is a true and correct copy of a Letter Agreement between the NFL, NFL Productions LLC, NFL Enterprises LLC, NFL International Licensing, Inc., ESPN, Inc., and American Broadcasting Companies, Inc., dated March 18, 2021, and produced as NFL_0458617.

9. Attached hereto as Exhibit 7 is a true and correct copy of a Letter Agreement between the NFL, NFL Productions LLC, NFL Enterprises LLC, and Fox Corporation, dated March 18, 2021, and produced as NFL_0458699.

10. Attached hereto as Exhibit 8 is a true and correct copy of the National Football League Amazon Thursday Night Package Production and Distribution Agreement, produced as NFL_0458755.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 14th day of December 2021 in New York, New York.

                                         */s/ Edward Delman*
                                         Edward Delman