# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: January 11, 2022 at 10:00 a.m.<br>Discovery Cutoff Date: 5/15/2022<br>Pretrial-Conference Date: TBD<br>Trial Date: TBD |

| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents by NFL Defendants pursuant to Federal Rule of Civil Procedure 37. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion to Compel Production of Documents by NFL Defendants, and orders as follows:

IT IS ORDERED that, within seven (7) days of the date of this Order, the NFL Defendants shall produce unredacted versions of their licensing and distribution agreements with CBS, ESPN, FOX, and NBC.

IT IS SO ORDERED.

Dated: _____

_____
JOHN E. MCDERMOTT
United States Magistrate Judge