1  MARC M. SELTZER (54534)
   mseltzer@susmangodfrey.com
2  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067-6029
   Tel: (310) 789-3100/Fax: (310) 789-3150
4
   SCOTT MARTIN
5  smartin@hausfeld.com
   IRVING SCHER
6  ischer@hausfeld.com
   HAUSFELD LLP
7  33 Whitehall Street, 14th Floor
   New York, NY 10004
8  Tel: (646) 357-1100/ Fax: (212) 202-4322

9  HOWARD LANGER
   hlanger@langergrogan.com
10 EDWARD DIVER
   ndiver@langergrogan.com
11 PETER LECKMAN
   pleckman@langergrogan.com
12 LANGER GROGAN AND DIVER PC
   1717 Arch Street, Suite 4130
13 Philadelphia, PA 19103
   Tel: (215) 320-5660/ Fax: (215) 320-5703
14
   [Additional Counsel listed in Signature Page]
15
   *Plaintiffs' Interim Co-Lead Class Counsel*
16

17                **UNITED STATES DISTRICT COURT**

18                **CENTRAL DISTRICT OF CALIFORNIA**

| 19 | IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (JEMx) |
|---|---|---|
| 20 | | |
| 21 | THIS DOCUMENT RELATES TO ALL ACTIONS | **PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL** |
| 22 | | |
| 23 | | Magistrate Judge: Hon. John E. McDermott |
| 24 | | Date/Time: January 11, 2022 at 10:00 a.m. |
| 25 | | Discovery Cutoff Date: 5/15/2022<br>Pretrial-Conference Date: TBD<br>Trial Date: TBD |

26

27

28

10208839v1/014918

TO THE ABOVE-CAPTIONED COURT AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), Plaintiffs, by and through their counsel of record, hereby submit this application requesting the Court lodge provisionally under seal the following documents (lodged concurrently herewith):

1. The sealed Declaration of Edward Delman in Support of Plaintiffs' Application to File Documents Under Seal;
2. The unredacted version of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NFL Defendants;
3. Exhibits 4, 5, 6, 7, and 8 to the Declaration of Edward Delman in Support of Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NFL Defendants; and
4. The unredacted versions of the NFL Defendants' Exhibits 9, 10, 11, and 12.

Pursuant to a meet and confer and correspondence regarding confidentiality issues, the NFL Defendants do not oppose Plaintiffs' request to seal the designated documents.

DATED: December 14, 2021        Respectfully submitted,

MARC M. SELTZER
SUSMAN GODFREY L.L.P.

SCOTT MARTIN
IRVING SCHER
HAUSFELD LLP

HOWARD LANGER
EDWARD DIVER
PETER LECKMAN
LANGER GROGAN AND DIVER PC

ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
WILLIAM CHRISTOPHER CARMODY
bcarmody@susmangodfrey.com

1

SETH ARD
sard@susmangodfrey.com
EDWARD DELMAN
edelman@susmangodfrey.com
TYLER FINN
tfinn@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019
Tel: (212) 336-8330/ Fax: (212) 336-8340

IAN M. GORE
igore@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841/Fax: (206) 516-3883

MICHAEL D. HAUSFELD
mhausfeld@hausfeld.com
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

MICHAEL P. LEHMANN
mlehmann@hausfeld.com
BONNY E. SWEENY
bsweeney@hausfeld.com
CHRISTOPHER L. LEBSOCK
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

By: */s/ Edward Delman*
    Edward Delman

*Attorneys for Plaintiffs' Interim Co-Lead Class Counsel*