# EXHIBIT 10

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1  Beth A. Wilkinson (admitted pro hac vice)
 2  Brian L. Stekloff (admitted pro hac vice)
    Rakesh N. Kilaru (admitted pro hac vice)
 3  Jeremy S. Barber (admitted pro hac vice)
 4  WILKINSON STEKLOFF LLP
    2001 M Street NW, 10th Floor
 5  Washington, DC 20036
    Telephone: (202) 847-4000
 6  Facsimile: (202) 847-4005
 7  bwilkinson@wilkinsonstekloff.com
    bstekloff@wilkinsonstekloff.com
 8  rkilaru@wilkinsonstekloff.com
 9  jbarber@wilkinsonstekloff.com
10
    Gregg H. Levy (admitted pro hac vice)
11  Derek Ludwin (admitted pro hac vice)
    COVINGTON & BURLING LLP
12  One CityCenter, 850 Tenth Street NW
    Washington, DC 20001
13  Telephone: (202) 662-6000
14  Facsimile: (202) 662-6291
    glevy@cov.com
15  dludwin@cov.com
16
    Counsel for Defendants National Football League,
17  NFL Enterprises LLC, and the Individual NFL
18  Clubs
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (JEMx) |
| | Magistrate Judge: Hon. John E. McDermott |
| THIS DOCUMENT RELATES TO: | DECLARATION OF KAI DHALIWAL IN SUPPORT OF NFL DEFENDANTS' POSITION IN RESPONSE TO PLAINITFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS |
| ALL ACTIONS | |

I, Kai Dhaliwal, hereby declare as follows:

1. I am Senior Vice President of Business and Legal Affairs for Fox Sports Media Group ("FSMG"). As part of my duties, I have been involved in the negotiation of and have personal knowledge of the terms of the 2015 National Football League Fox Sunday NFC Package Television Agreement ("2015 Fox Sunday NFC Television Agreement") and the 2021 National Football League Fox Sunday NFC Package Television Agreement ("2021 Fox Sunday NFC Television Agreement") that was executed by Twenty-First Century Fox, Inc. and the National Football League in 2015, and by Fox Corporation and the National Football League in 2021, respectively. The 2015 Fox Sunday NFC Television Agreement is in effect today. I am competent to testify about the matters described in this declaration.

2. I understand that Plaintiffs seek to compel fully unredacted copies of the 2015 and 2021 Fox Sunday NFC Television Agreements. Both Agreements are complex, highly confidential contractual agreements that set forth the detailed terms and conditions under which Fox broadcasts NFL games. Both agreements contain highly sensitive business information that is central to Fox's business strategy. The information in these agreements include highly proprietary economic and non-economic business terms that represent the result of intense business negotiations between Fox and the NFL.

3. Fox competes with other broadcasters for the rights to broadcast NFL games. If the terms of the 2015 or 2021 Fox Sunday NFC Television Agreements were made publicly available, Fox would suffer significant irreparable competitive harm because competing broadcasters would learn valuable business information that could help them in future competitions to obtain sports broadcasting rights, including but not limited to future NFL broadcast rights. Similarly, public disclosure of the terms of these Agreements would provide other sports content rights holders (e.g.,

**DECLARATION OF KAI DHALIWAL IN SUPPORT OF NFL DEFENDANTS' POSITION IN RESPONSE TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS**

other sports leagues) with valuable insights into Fox's negotiating strategies and positions that could negatively impact Fox's negotiations for other sports programming. [REDACTED]

[REDACTED]

4. The terms of the 2015 and 2021 Fox Sunday NFC Television Agreements are among the most closely guarded, strategic business information at Fox. The terms of the Agreements are known only by those employees at Fox who have a need to know such terms and a copy of the Agreements is only available to a very small number of executives of Fox. As a matter of internal business practice, the universe of Fox employees who are authorized to review the terms of the Agreements is extremely limited.

5. I understand that outside counsel for Fox communicated with Plaintiffs' counsel on November 22, 2021 regarding the redactions requested by Fox and invited Plaintiffs' counsel to explain specific concerns they had with any provisions redacted in Fox's agreements. Plaintiffs' counsel never responded to this request, and instead initiated their motion to compel on December 3, 2021 without notice to Fox.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: December 10, 2021

_Kai Dhaliwal_
KAI DHALIWAL

**DECLARATION OF KAI DHALIWAL IN SUPPORT OF NFL DEFENDANTS' POSITION IN RESPONSE TO PLAINITFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS**