# EXHIBIT 11

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF BRETT GOODMAN IN SUPPORT OF NON-PARTY NBCUNIVERAL MEDIA, LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PREODUCTION OF DOCUMENTS BY NFL DEFENDANTS**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: January 4, 2022 at 10:00 A.M.<br><br>Discovery Cutoff Date: 5/15/2022<br>Pretrial-Conference Date: TBD<br>Trial Date: TBD |

I, Brett Goodman, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am General Counsel to NBC Sports at NBCUniversal Media, LLC ("NBCUniversal"). I have been employed by NBCUniversal since 2000. I oversee a team of lawyers who are collectively responsible for the business and legal affairs work for the NBC Sports businesses. I make this declaration based on my personal knowledge.

2. I understand that in response to Plaintiffs' requests for production, the NFL produced highly confidential information relating to the National Football League's (the "NFL") distribution and media rights strategy, including copies of the NFL's agreements with each of the major networks (collectively, the "Network Agreements"), including those with NBCUniversal. I also understand that Plaintiffs are seeking to compel production of the Network Agreements without redactions.

3. I have reviewed NBCUniversal's network agreement (the "NBCUniversal Agreement") with the NFL and the redactions thereto. I submit this declaration to attest that the redacted material is highly competitively sensitive information for NBCUniversal, and there are compelling reasons to protect it from disclosure.

4. The NBCUniversal Agreement reflects NBCUniversal's strategy and decision-making regarding key contractual terms. Such information is highly competitive and sensitive information.

5. Further, sports media rights are one of NBCUniversal's largest recurring expenses. As a result, the Network Contract was heavily negotiated as to both price and non-price terms. NBCUniversal keeps these non-public terms confidential.

2

1       6.      

9       7.      The Stipulated Protective Order in this action does not fully protect against inadvertent disclosure of the redacted information, or the admission and disclosure of the redacted information at trial.  Public disclosure of the redacted information, whether intentional or inadvertent, would reveal key aspects of NBCUniversal's negotiating and sports programming strategy to NBCUniversal's competitors and current or future counterparties in programming negotiations.

        8.      The misuse or disclosure of such competitively sensitive information, whether intentional or inadvertent, would greatly prejudice NBCUniversal.  Any such misuse or disclosure would alter the bargaining dynamic between NBCUniversal and counterparties—including, in particular, sports leagues and content distributors—to the detriment of NBCUniversal and the benefit of those counterparties.  Such disclosure would provide valuable insight into key terms NBCUniversal has negotiated with the NFL, as well as strategic and economic information regarding NBCUniversal's sports programming strategy.  Misuse of NBCUniversal's competitively sensitive information, whether or not inadvertent, would also likely advantage NBCUniversal's competitors in seeking to acquire sports media rights in competition with NBCUniversal.

3

9. I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated December 10, 2021

_____
Brett Goodman
General Counsel, NBC Sports
NBCUniversal Media, LLC

4