1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL** |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Edward Delman in Support of Plaintiffs' Application to File Documents Under Seal;

2. The unredacted version of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NFL Defendants;

3. Exhibits 4, 5, 6, 7, and 8 to the Declaration of Edward Delman in Support of Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NFL Defendants; and

4. The unredacted versions of the NFL Defendants' Exhibits 9, 10, 11, and 12.

IT IS SO ORDERED.

1

Dated: _____

2

JOHN E. MCDERMOTT
United States Magistrate Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28