1  MARC M. SELTZER (54534)
   mseltzer@susmangodfrey.com
2  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067-6029
   Tel: (310) 789-3100/Fax: (310) 789-3150
4
   SCOTT MARTIN
5  smartin@hausfeld.com
   IRVING SCHER
6  ischer@hausfeld.com
   HAUSFELD LLP
7  33 Whitehall Street, 14th Floor
   New York, NY 10004
8  Tel: (646) 357-1100/ Fax: (212) 202-4322

9  HOWARD LANGER
   hlanger@langergrogan.com
10 EDWARD DIVER
   ndiver@langergrogan.com
11 PETER LECKMAN
   pleckman@langergrogan.com
12 LANGER GROGAN AND DIVER PC
   1717 Arch Street, Suite 4130
13 Philadelphia, PA 19103
   Tel: (215) 320-5660/ Fax: (215) 320-5703
14
   [Additional Counsel listed in Signature Page]
15
   *Plaintiffs' Interim Co-Lead Class Counsel*
16

17                **UNITED STATES DISTRICT COURT**

18                **CENTRAL DISTRICT OF CALIFORNIA**

| 19 | IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (JEMx) |
|---|---|---|
| 20 | | |
| 21 | THIS DOCUMENT RELATES TO ALL ACTIONS | **PROOF OF SERVICE OF DOCUMENTS SOUGHT TO BE FILED UNDER SEAL** |
| 22 | | |

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is 1301 Avenue of the Americas, 32nd Floor, New York, NY 10019.

On December 15, 2021, I served the foregoing document(s) described as follows:

1) the sealed Declaration of Edward Delman in Support of Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal;

2) an unredacted copy of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NFL Defendants;

3) the entirety of Exhibit 4 to the Declaration of Edward Delman in Support of Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NFL Defendants (the "Delman Declaration");

4) the entirety of Exhibit 5 to the Delman Declaration;

5) the entirety of Exhibit 6 to the Delman Declaration;

6) the entirety of Exhibit 7 to the Delman Declaration;

7) the entirety of Exhibit 8 to the Delman Declaration;

8) an unredacted copy of Exhibit 9, which is the Declaration of Daniel Weinberg in Support of Non-Party CBS Broadcasting Inc.'s Opposition to Plaintiffs' Motion to Compel Production of Documents by NFL Defendants;

9) an unredacted copy of Exhibit 10, which is the Declaration of Kai Dhaliwal in Support of NFL Defendants' Position in Response to Plaintiffs' Motion to Compel Production of Documents by NFL Defendants;

10) an unredacted copy of Exhibit 11, which is the Declaration of Brett Goodman in Support of Non-Party NBCUniversal Media, LLC's Opposition to Plaintiffs' Motion to Compel Production of Documents by NFL Defendants; and

11)     an unredacted copy of Exhibit 12, which is the Declaration of Robert Burke Magnus III.

on the interested parties in this action as follows:

\_\_\_\_\_BY MAIL:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_BY PERSONAL SERVICE:

I caused to be delivered such envelope by hand to the offices of the addressee.

\_\_\_\_\_BY FEDERAL EXPRESS OR OVERNIGHT COURIER

\_\_\_\_\_BY FAX
I served by facsimile as indicated on the attached service list.

  XX  \_BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on December 15, 2021, at New York, New York.

\_\_\_\_\_(State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  XX  \_(Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Edward Delman                                             */s/ Edward Delman*
(Type or Print Name)                                      (Signature)

2

# SERVICE LIST

Re: *In re National Football Leagues Sunday Ticket Antitrust Litigation*
United States District Court Case No. 2:15-ml-02668-PSG-JEM

## Attorneys for
### *NFL Defendants*

Gregg H. Levy
glevy@cov.com
Derek Ludwin
dludwin@cov.com
John Playforth
jplayforth@cov.com
COVINGTON & BURLING LLP
850 Tenth Street NW One City Center
Washington, DC 20001-4956
Telephone: (202) 622-5292
Facsimile: (202) 662-6804

Beth A. Wilkinson
bwilkinwon@wilkinsonstekloff.com
Rakesh Kilaru
rkilaru@wilkinsonstekloff.com
Brian L. Stekloff
bstekloff@wilkinsonstekloff.com
Jeremy S. Barber
jbarber@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, Suite 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000

Neema Trivedi Sahni
nsahni@cov.com
COVINGTON & BURLING LLP
2029 Century Park East Suite 3100
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4782