DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
KATRINA ROBSON (S.B. #229835)
krobson@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone:    (202) 326-2128
Facsimile:    (202) 383-5414

Attorneys for DIRECTV, LLC and
DIRECTV Holdings LLC

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Hon. Philip S. Gutierrez<br><br>CASE NO.: 2:15-ml-02668–PSG (JEMx)<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **JOINT STATUS REPORT ON SUBSTANTIAL PRODUCTION OF DIRECTV'S USABLE TRANSACTIONAL DATA** |

Pursuant to the Court's April 20, 2021 Order vacating the April 22, 2021 deadline for substantial production of DIRECTV, LLC's and DIRECTV Holdings LLC's (collectively, "DIRECTV's") usable transactional data, Dkt. 321, and Plaintiffs' and DIRECTV's November 16, 2021 report indicating they would provide another update by December 15, 2021, Dkt. 361, Plaintiffs and DIRECTV state as follows:

1. Plaintiffs and DIRECTV have reached an agreement regarding the scope of data that will be produced, and are now working on the timing and logistics of export and delivery.

2. DIRECTV made available for copying on September 23, 2021 the viewership data to Plaintiffs and the National Football League.

3. Regarding transactional data, DIRECTV states that the data has been copied out of the multiple datacenters, aggregated and pseudonymized, and is currently being compressed, encrypted, and copied onto external hard drives for production. Because of the volume of data—expected to total approximately 10 TB after significant compression and encryption—DIRECTV states that it is difficult to predict with certainty when the machine process will complete. But DIRECTV's current best estimate is that the drives will be ready for service by early next week.

4. DIRECTV and Plaintiffs will file a further joint status report regarding the status of producing the transactional data no later than January 18, 2022.

Dated: December 15, 2021

By: */s/ Ian M. Gore*
    Ian M. Gore

ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
WILLIAM C. CARMODY
bcarmody@susmangodfrey.com
SETH ARD
sard@susmangodfrey.com
EDWARD DELMAN
edelman@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas,
32nd FL.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

IAN M. GORE
igore@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

MICHAEL D. HAUSFELD
mhausfeld@hausfeld.com
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

MICHAEL P. LEHMANN
mlehmann@hausfeld.com
BONNY E. SWEENY
bsweeney@hausfeld.com
CHRISTOPHER L. LEBSOCK
clebsock@hausfled.com

By: */s/ Daniel M. Petrocelli*
    Daniel M. Petrocelli

DANIEL M. PETROCELLI
M. RANDALL OPPENHEIMER
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

IAN SIMMONS
KATRINA ROBSON
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 326-2128
Facsimile: (202) 383-5414

*Attorneys for DIRECTV, LLC and DIRECTV Holdings LLC*

HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

*Plaintiffs' Interim Co-Lead Counsel*

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

By: */s/ Daniel M. Petrocelli*
Daniel M. Petrocelli

4