DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

IAN SIMMONS (*Pro Hac Vice*)
isimmons@omm.com
KATRINA ROBSON (S.B. #229835)
krobson@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 326-2128
Facsimile: (202) 383-5414

Attorneys for Defendants DIRECTV, LLC and DIRECTV Holdings LLC

[*Additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION | Hon. Philip S. Gutierrez<br><br>Case No. 2:15-ml-02668-PSG-JEM<br><br>**STIPULATION REGARDING THIRD PARTY DIRECTV, LLC AND DIRECTV HOLDINGS LLC PRODUCTION OF CUSTODIAL AND NON-CUSTODIAL DOCUMENTS** |
|---|---|

Pursuant to Federal Rule of Civil Procedure 29(b) and Local Rules 7-1, third party DIRECTV, LLC and DIRECTV Holdings LLC (collectively, "DIRECTV") and Plaintiffs state and stipulate as follows:

1. DIRECTV and Plaintiffs are entering into a stipulation to set dates for the upcoming productions of DIRECTV's custodial and non-custodial documents;

2. The parties stipulate to the following schedule under the terms of Plaintiffs' and DIRECTV's June 9, 2021 agreement regarding discovery on DIRECTV and July 2, 2021 and September 9, 2021 agreements regarding productions relating to Plaintiffs' First and Second Set of Requests for Production;

3. DIRECTV will make a rolling production on or before December 23, 2021;

4. DIRECTV will make a further rolling production on or before January 14, 2022;

5. DIRECTV will be substantially complete with its productions on or before January 31, 2022;

6. DIRECTV will produce a privilege log on or before February 18, 2022;

7. DIRECTV will make any clean up productions on or before February 18, 2022.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 17, 2021

By: */s/ Daniel M. Petrocelli*
Daniel M. Petrocelli

DANIEL M. PETROCELLI
M. RANDALL OPPENHEIMER
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

IAN SIMMONS
KATRINA ROBSON
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 326-2128
Facsimile: (202) 383-5414

*Attorneys for Defendants DIRECTV, LLC and DIRECTV Holdings LLC*

Dated: December 17, 2021

By: */s/ Ian M. Gore*

Marc M. Seltzer
SUSMAN GODFREY L.L.P. 1900
Avenue of the Stars, Suite 1400 Los
Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Arun Subramanian
William Christopher Carmody
Seth Ard
Ian M. Gore
Edward Delman
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340
asubramanian@susmangodfrey.com
bcarmody@susmangodfrey.com
sard@susmangodfrey.com
igore@susmangodfrey.com
edelman@susmangodfrey.com

Michael P. Lehmann (SBN77152)
Bonny E. Sweeney (SBN 176174)
Christopher L. Lebsock (SBN 184546)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfled.com

Michael D. Hausfeld
HAUSFELD LLP
1700 K. Street NW, Suite 650 Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeld.com

Scott Martin
Irving Scher
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

Howard Langer
Edward Diver
Peter Leckman
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
hlanger@langergrogan.com
diver@langergrogan.com
pleckman@langergrogan.com

*Interim Co-Lead Class Counsel*

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

By: *<u>/s/ Daniel M. Petrocelli</u>*
Daniel M. Petrocelli