1  MARC M. SELTZER (54534)
   mseltzer@susmangodfrey.com
2  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067-6029
   Tel: (310) 789-3100/Fax: (310) 789-3150
4
   SCOTT MARTIN
5  smartin@hausfeld.com
   IRVING SCHER
6  ischer@hausfeld.com
   HAUSFELD LLP
7  33 Whitehall Street, 14th Floor
   New York, NY 10004
8  Tel: (646) 357-1100/ Fax: (212) 202-4322

9  HOWARD LANGER
   hlanger@langergrogan.com
10 EDWARD DIVER
   ndiver@langergrogan.com
11 PETER LECKMAN
   pleckman@langergrogan.com
12 LANGER GROGAN AND DIVER PC
   1717 Arch Street, Suite 4130
13 Philadelphia, PA 19103
   Tel: (215) 320-5660/ Fax: (215) 320-5703
14
   [Additional Counsel listed in Signature Page]
15
   *Plaintiffs' Interim Co-Lead Class Counsel*
16

17                **UNITED STATES DISTRICT COURT**

18                **CENTRAL DISTRICT OF CALIFORNIA**

| 19 | IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (JEMx) |
|---|---|---|
| 20 | | **DISCOVERY MATTER** |
| 21 | THIS DOCUMENT RELATES TO ALL ACTIONS | **NOTICE OF MOTION AND MOTION RE PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NON-PARTY CHARTER COMMUNICATIONS, INC.** |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | Magistrate Judge: Hon. John E. McDermott |
| 26 | | Date/Time: January 11, 2022 at 10:00 a.m. |
| 27 | | Discovery Cutoff Date: 5/15/2022 |
| 28 | | Pretrial-Conference Date: TBD<br>Trial Date: TBD |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 11, 2022 at 10:00 a.m., or as soon thereafter as this matter may be heard, Plaintiffs, on behalf themselves and all others similarly situated, ("Plaintiffs") will and hereby respectfully move for an order to Compel Production of Documents by Non-Party Charter Communications, Inc. pursuant to Federal Rule of Civil Procedure 45.

This Motion will be heard in the Courtroom of the Honorable John E. McDermott for the United States District Court in the Central District of California. The Court is located at the Roybal Federal Building and United States Courthouse, 255 E. Temple Street, Los Angeles, California 90012, Courtroom 640, 6th Floor.

This Motion is based upon this notice, the concurrently filed joint stipulation, the exhibits and declarations attached thereto, the pleadings and records on file in this action and such other matters as the Court deems necessary and proper.

This Motion is made following conference of counsel pursuant to Local Rule 37-1, which took place on November 5, 2021.

DATED: December 21, 2021          Respectfully submitted,

MARC M. SELTZER
SUSMAN GODFREY L.L.P.

SCOTT MARTIN
IRVING SCHER
HAUSFELD LLP

HOWARD LANGER
EDWARD DIVER
PETER LECKMAN
LANGER GROGAN AND DIVER PC

ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
WILLIAM CHRISTOPHER CARMODY
bcarmody@susmangodfrey.com
SETH ARD
sard@susmangodfrey.com
EDWARD DELMAN
edelman@susmangodfrey.com
TYLER FINN
tfinn@susmangodfrey.com

1

|   |   |
|---|---|
| 1 | SUSMAN GODFREY LLP |
| 2 | 1301 Avenue of the Americas, 32nd FL.<br>New York, NY 10019<br>Tel: (212) 336-8330/ Fax: (212) 336-8340 |
| 3 | |
| 4 | IAN M. GORE<br>igore@susmangodfrey.com |
| 5 | SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101 |
| 6 | Tel: (206) 505-3841/Fax: (206) 516-3883 |
| 7 | MICHAEL D. HAUSFELD<br>mhausfeld@hausfeld.com |
| 8 | HAUSFELD LLP<br>1700 K. Street NW, Suite 650 |
| 9 | Washington, DC 20006<br>Tel: (202) 540-7200 |
| 10 | Fax: (202) 540-7201 |
| 11 | MICHAEL P. LEHMANN<br>mlehmann@hausfeld.com |
| 12 | BONNY E. SWEENY<br>bsweeney@hausfeld.com |
| 13 | CHRISTOPHER L. LEBSOCK<br>clebsock@hausfled.com |
| 14 | HAUSFELD LLP<br>600 Montgomery St., Suite 3200 |
| 15 | San Francisco, CA 94111<br>Tel: (415) 633-1908 |
| 16 | Fax: (415) 358-4980 |
| 17 | By:  */s/ Marc M. Seltzer* |
| 18 | Marc M. Seltzer |
| 19 | |
| 20 | *Attorneys for Plaintiffs' Interim Co-Lead Class Counsel* |