MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

[Additional Counsel listed on Signature Page]

*Plaintiffs' Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (JEMx) **DISCOVERY MATTER** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **DECLARATION OF EDWARD DELMAN IN SUPPORT OF JOINT STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NON-PARTY CHARTER COMMUNICATIONS, INC.** Magistrate Judge: Hon. John E. McDermott Date/Time: January 4, 2022 at 10:00 a.m. Discovery Cutoff Date: 5/12/2022 Pretrial-Conference Date: TBD Trial Date: TBD |

10225623v1/014918

I, Edward Delman, declare under penalty of perjury that the following is true and correct:

1. I am over the age of twenty-one (21) years and am employed as an associate of Susman Godfrey LLP. I am counsel of record for Plaintiffs Ninth Inning, Inc., 1465 Third Avenue Restaurant Corp., Robert Gary Lippincott, Jr., and Michael Holinko in the above-captioned litigation. I submit this declaration in support of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by Non-Party Charter Communications, Inc.

2. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Court's scheduling order in this case pursuant to Local Civil Rule 37-2. Exhibit 1 is a true and correct copy of the Court's initial Order filed on January 12, 2021. *See* Dkt. No. 294.

4. Attached hereto as Exhibit 2 is a true and correct Copy of the Court's amended scheduling order filed on November 29, 2021, Dkt. No. 363.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Subpoena that Plaintiffs' counsel served on Charter on June 18, 2021.

6. Attached hereto as Exhibit 4 is a true and correct copy of Charter's response to Plaintiff's June 18, 2021 subpoena, dated July 2, 2021.

7. Attached hereto as Exhibit 5 is a true and correct copy of correspondence between the undersigned and Charter's counsel, spanning from August 5, 2021 to October 25, 2021.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Rule 37-1 letter Plaintiffs' counsel sent to Charter's counsel on October 19, 2021.

9. Attached hereto as Exhibit 7 is a true and correct copy of a letter sent by Charter's counsel to Plaintiffs' counsel on October 21, 2021.

10. Attached hereto as Exhibit 8 is a true and correct copy of a letter sent by Charter's counsel to Plaintiffs' counsel on November 19, 2021.

11. Two other Multichannel Video Programming Distributor ("MVPD") platforms, Comcast and Dish Network, have agreed to produce carriage rates to Plaintiffs in response to third-party subpoenas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 9th day of December, 2021, in New York, New York.

*/s/ Edward Delman*

Edward Delman

10225623v1/014918