# EXHIBIT 5

| | |
|---|---|
| **From:** | Greenbaum, Carter <cgreenbaum@paulweiss.com> |
| **Sent:** | Monday, October 25, 2021 12:23 PM |
| **To:** | Edward Delman |
| **Cc:** | Cohen, Jay; Arun Subramanian; Bill Carmody; Christopher L. Lebsock; hlanger; Ian Gore; ktrainer; Leland Shelton; Marc Seltzer; Michael Lehmann; Ned Diver; Peter Leckman; Renee Bien-Aime; Rodney Polanco; smartin; Seth Ard; Swathi Bojedla |
| **Subject:** | RE: In re NFL Sunday Ticket - M&C Summary |

**EXTERNAL Email**

Ed,

3 PM works for me. As I mentioned on our call, Charter's agreements with individual clubs are not relevant to Plaintiffs' claims. We will produce the agreements so that you understand the basis for Charter's view in that regard and do not believe any further discovery related to those contracts (to the extent it exists) is warranted.

If, after reviewing the contracts, you have a different view, we would be prepared to hear and consider your arguments concerning the relevancy of anything more than the agreements themselves.

Thanks,
Carter


**Carter E. Greenbaum** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3955 (Direct Phone) | 212 492 0955 (Direct Fax)
cgreenbaum@paulweiss.com | www.paulweiss.com


**From:** Edward Delman <EDelman@susmangodfrey.com>
**Sent:** Monday, October 25, 2021 11:42 AM
**To:** Greenbaum, Carter <cgreenbaum@paulweiss.com>
**Cc:** Cohen, Jay <jaycohen@paulweiss.com>; Arun Subramanian <asubramanian@SusmanGodfrey.com>; Bill Carmody <bcarmody@SusmanGodfrey.com>; Christopher L. Lebsock <clebsock@hausfeld.com>; hlanger <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; ktrainer <ktrainer@langergrogan.com>; Leland Shelton <lshelton@hausfeld.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Michael Lehmann <mlehmann@hausfeld.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Renee Bien-Aime <RBien-Aime@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; smartin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Swathi Bojedla <sbojedla@hausfeld.com>
**Subject:** RE: In re NFL Sunday Ticket - M&C Summary

Carter,

Next Friday sounds good. Shall we say 3:00pm ET?

Thanks for the clarification. Is Charter representing that it possesses no responsive documents other than the agreements themselves, or is it simply objecting to searching for and producing any such documents?

Best,

**Edward Jacob Delman**
Associate | **Susman Godfrey LLP**
Office: (212) 729-2052 | Mobile: (516) 428-3397
edelman@susmangodfrey.com

---

**From:** Greenbaum, Carter <cgreenbaum@paulweiss.com>
**Sent:** Monday, October 25, 2021 11:29 AM
**To:** Edward Delman <EDelman@susmangodfrey.com>
**Cc:** Cohen, Jay <jaycohen@paulweiss.com>; Arun Subramanian <asubramanian@SusmanGodfrey.com>; Bill Carmody <bcarmody@SusmanGodfrey.com>; Christopher L. Lebsock <clebsock@hausfeld.com>; hlanger <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; ktrainer <ktrainer@langergrogan.com>; Leland Shelton <lshelton@hausfeld.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Michael Lehmann <mlehmann@hausfeld.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Renee Bien-Aime <RBien-Aime@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; smartin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Swathi Bojedla <sbojedla@hausfeld.com>
**Subject:** RE: In re NFL Sunday Ticket - M&C Summary

==EXTERNAL Email==
Ed,

Thank you for your time and for the list of channels for which Plaintiffs seek carriage rate information from Charter. We will discuss and get back to you. I am generally free next Friday for a follow up discussion on the issue of carriage rates and viewership information. As a point of clarification to your email below, Charter will produce only its agreements with individual Clubs in response to the second category of documents below, notwithstanding our view that the contracts are not relevant to this litigation.

Please let me know what time works best next Friday.

Best,
Carter


**Carter E. Greenbaum** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3955 (Direct Phone) | 212 492 0955 (Direct Fax)
cgreenbaum@paulweiss.com | www.paulweiss.com

---

**From:** Edward Delman <EDelman@susmangodfrey.com>
**Sent:** Monday, October 25, 2021 11:05 AM
**To:** Greenbaum, Carter <cgreenbaum@paulweiss.com>
**Cc:** Cohen, Jay <jaycohen@paulweiss.com>; Arun Subramanian <asubramanian@SusmanGodfrey.com>; Bill Carmody <bcarmody@SusmanGodfrey.com>; Christopher L. Lebsock <clebsock@hausfeld.com>; hlanger <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; ktrainer <ktrainer@langergrogan.com>; Leland Shelton <lshelton@hausfeld.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Michael Lehmann <mlehmann@hausfeld.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Renee Bien-Aime <RBien-Aime@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; smartin

<smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Swathi Bojedla <sbojedla@hausfeld.com>
**Subject:** RE: In re NFL Sunday Ticket - M&C Summary

Carter,

Thanks for the productive call this morning. I'm following up with a brief summary and, as discussed, providing a list of the channels for which we'd like carriage rates.

1. Charter has agreed to search for and produce documents responsive to the first category outlined in Plaintiffs' recent letter (i.e., valuations of NFL Sunday Ticket, NFL Network, and NFL RedZone).
2. While maintaining its arguments regarding relevancy, Charter has likewise agreed to search for and produce documents responsive to the third category outlined in Plaintiffs' recent letter (i.e., internal studies, reports, documents, and communications about contractual arrangements with individual Clubs).
3. Counsel is going to confer with its client about producing viewership information for NFL football and college football. I explained that Plaintiffs have received such information from other MVPDs and highlighted marketing decks for advertisers as a potential source for this information.
4. Finally, Charter maintains its objections as to producing carriage rates, but counsel is willing to continue the conversation based on a specified list of channels. As discussed, those channels are as follows: FOX, CBS, NBC, ESPN, NFL Network, NFL RedZone, SEC Network, FS1, ESPNU, Pac-12 Network, ACCN, and Big Ten Network (BTN).

Please let me know if you have follow-up comments to any of the above. I think it would be a good idea to set a time now to check in on the viewership information and carriage rates. Can you please send me your availability for next week so that we can get something on the calendar?

Thanks again,

**Edward Jacob Delman**
Associate | **Susman Godfrey LLP**
Office: (212) 729-2052 | Mobile: (516) 428-3397
edelman@susmangodfrey.com

---

**From:** Greenbaum, Carter <cgreenbaum@paulweiss.com>
**Sent:** Thursday, October 21, 2021 3:57 PM
**To:** Edward Delman <EDelman@susmangodfrey.com>
**Cc:** Cohen, Jay <jaycohen@paulweiss.com>; Arun Subramanian <asubramanian@SusmanGodfrey.com>; Bill Carmody <bcarmody@SusmanGodfrey.com>; Christopher L. Lebsock <clebsock@hausfeld.com>; hlanger <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; ktrainer <ktrainer@langergrogan.com>; Leland Shelton <lshelton@hausfeld.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Michael Lehmann <mlehmann@hausfeld.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Renee Bien-Aime <RBien-Aime@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; smartin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Swathi Bojedla <sbojedla@hausfeld.com>
**Subject:** RE: In re NFL Sunday Ticket - M&C Summary

EXTERNAL Email
Ed,

Please find attached our reply on behalf of Charter to your October 19 Letter. We look forward to discussing further Monday.

Best,
Carter

**Carter E. Greenbaum** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3955 (Direct Phone) | 212 492 0955 (Direct Fax)
cgreenbaum@paulweiss.com | www.paulweiss.com

---

**From:** Edward Delman <EDelman@susmangodfrey.com>
**Sent:** Tuesday, October 19, 2021 5:08 PM
**To:** Greenbaum, Carter <cgreenbaum@paulweiss.com>
**Cc:** Cohen, Jay <jaycohen@paulweiss.com>; Arun Subramanian <asubramanian@SusmanGodfrey.com>; Bill Carmody <bcarmody@SusmanGodfrey.com>; Christopher L. Lebsock <clebsock@hausfeld.com>; Edward Delman <EDelman@susmangodfrey.com>; hlanger <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; ktrainer <ktrainer@langergrogan.com>; Leland Shelton <lshelton@hausfeld.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Michael Lehmann <mlehmann@hausfeld.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Renee Bien-Aime <RBien-Aime@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; smartin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Swathi Bojedla <sbojedla@hausfeld.com>
**Subject:** RE: In re NFL Sunday Ticket - M&C Summary

Carter,

Please find attached Plaintiffs' letter to Charter, written pursuant to Local Rule 37-1.

Thank you,

**Edward Jacob Delman**
Associate | **Susman Godfrey LLP**
Office: (212) 729-2052 | Mobile: (516) 428-3397
edelman@susmangodfrey.com

---

**From:** Edward Delman
**Sent:** Wednesday, October 6, 2021 9:29 AM
**To:** Greenbaum, Carter <cgreenbaum@paulweiss.com>
**Cc:** Renee Bien-Aime <rbien-aime@susmangodfrey.com>; Cohen, Jay <jaycohen@paulweiss.com>
**Subject:** RE: In re NFL Sunday Ticket - M&C Summary

Carter,

I'm following up to see if there is any response to Plaintiffs' position as laid out in my prior email. Let me know if it would be helpful to discuss further over the phone.

Thanks,

**Edward Jacob Delman**
Associate | **Susman Godfrey LLP**
Office: (212) 729-2052 | Mobile: (516) 428-3397
edelman@susmangodfrey.com

---

**From:** Edward Delman
**Sent:** Friday, September 24, 2021 1:06 PM
**To:** Greenbaum, Carter <cgreenbaum@paulweiss.com>

**Cc:** Renee Bien-Aime <rbien-aime@susmangodfrey.com>; Cohen, Jay <jaycohen@paulweiss.com>
**Subject:** RE: In re NFL Sunday Ticket - M&C Summary

Carter,

I'm following up on our conversation from Monday. As we discussed on that call, Charter indicated a willingness to produce—subject to certain confidentiality provisions and a global agreement on what Charter will and will not produce—its valuations of NFL Sunday Ticket and NFL Network/NFL RedZone. However, Charter stated that it will not produce any contracts, studies, or communications with or about the individual Clubs, nor would it produce any viewership information regarding viewers of NFL football and collegiate football. Charter also asked for clarification on the relevancy of carriage rates for professional football and collegiate football.

Working backwards, carriage rates for channels airing professional football and college football are clearly relevant—both for liability and damages. As you know, the NCAA's distribution of college football is far less centralized than the NFL's—Spectrum, for example, carries five separate channels entirely devoted to college sports, including networks devoted to specific athletic conferences—and therefore can serve as a proxy for how NFL games might be distributed in a world without the restraints Plaintiffs are challenging here. Carrier fees are a significant cost that influence whether and how MVPDs choose to distribute channels and we need a better understanding of the differences in carriage rates for the channels that air college and/or professional football. Plaintiffs therefore expect that Charter will produce documents sufficient to show these rates. Another subpoenaed MVPD has already agreed to do so.

Plaintiffs also disagree with Charter's refusal to produce documents and communications concerning its dealings with individual Clubs. As we discussed on the phone, this category of documents and communications directly relates to the conduct of the Clubs. Insofar as Charter possesses internal documents and communications about its dealings with individual Clubs (such as the Carolina Panthers), those documents and communications should be produced. These are not items that Plaintiffs can receive from the Clubs or the NFL.

Finally, Plaintiffs disagree with Charter's refusal to produce viewership information about viewers of NFL football and viewers of collegiate football. Plaintiffs have received such information from other subpoenaed MVPDs, and it is not an adequate response that Plaintiffs can seek Nielsen data directly from the NFL Defendants. Charter will have superior information to the NFL on how many of its subscribers are watching NFL football, and Charter almost certainly has prepared decks and other materials providing its own analysis of NFL viewers. And, of course, the NFL is not an appropriate source from which to seek information about viewers of *collegiate* football. Charter is a far superior source.

In summary, Plaintiffs believe that Charter should, at minimum, produce the following in response to Plaintiffs' subpoena:

1. Valuations of NFL Sunday Ticket, NFL Network, and NFL RedZone.
2. Carriage rates for channels that carry professional football, and carriage rates for channels that carry collegiate football.
3. Internal studies, reports, documents, and communications about contractual arrangements with individual Clubs, such as the Carolina Panthers.
4. Viewership information about viewers of NFL football and viewers of college football, including documents sufficient to show the number of viewers watching either/both sport(s) and Charter's analysis of the viewership for either/both sport(s).

If you'd like to discuss further, I'm happy to set up another call.

Thanks,

**Edward Jacob Delman**
Associate | **Susman Godfrey LLP**
Office: (212) 729-2052 | Mobile: (516) 428-3397
edelman@susmangodfrey.com

**From:** Edward Delman
**Sent:** Monday, September 20, 2021 4:57 PM
**To:** Greenbaum, Carter <cgreenbaum@paulweiss.com>
**Cc:** Renee Bien-Aime <rbien-aime@susmangodfrey.com>; Cohen, Jay <jaycohen@paulweiss.com>
**Subject:** RE: In re NFL Sunday Ticket - M&C Summary

Carter,

Thanks for speaking just now. As promised, I'll get back to you regarding the carriage rates as soon as I can. And as discussed, I'll look forward to getting a more detail explanation tomorrow or Wednesday of Charter's objections to producing documents and information relating to viewership of NFL football and college football.

Thanks again,

**Edward Jacob Delman**
Associate | **Susman Godfrey LLP**
Office: (212) 729-2052 | Mobile: (516) 428-3397
edelman@susmangodfrey.com

**From:** Edward Delman
**Sent:** Thursday, September 16, 2021 9:30 PM
**To:** Greenbaum, Carter <cgreenbaum@paulweiss.com>
**Cc:** Renee Bien-Aime <rbien-aime@susmangodfrey.com>; Cohen, Jay <jaycohen@paulweiss.com>
**Subject:** RE: In re NFL Sunday Ticket - M&C Summary

No problem, and hope you had an easy and meaningful fast.

**Edward Jacob Delman**
Associate | **Susman Godfrey LLP**
Office: (212) 729-2052 | Mobile: (516) 428-3397
edelman@susmangodfrey.com

**From:** Greenbaum, Carter <cgreenbaum@paulweiss.com>
**Sent:** Wednesday, September 15, 2021 7:38 PM
**To:** Edward Delman <EDelman@susmangodfrey.com>
**Cc:** Renee Bien-Aime <RBien-Aime@susmangodfrey.com>; Cohen, Jay <jaycohen@paulweiss.com>
**Subject:** RE: In re NFL Sunday Ticket - M&C Summary

EXTERNAL Email
Thanks, Ed.  Will do.  Apologies for the inconvenience.  I am in the west coast time zone and didn't mean for my email to be time sensitive.  Have an easy fast.


**Carter E. Greenbaum** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3955 (Direct Phone) | 212 492 0955 (Direct Fax)
cgreenbaum@paulweiss.com | www.paulweiss.com


**From:** Edward Delman <EDelman@susmangodfrey.com>
**Sent:** Wednesday, September 15, 2021 5:35 PM
**To:** Greenbaum, Carter <cgreenbaum@paulweiss.com>

**Cc:** Renee Bien-Aime <RBien-Aime@susmangodfrey.com>; Cohen, Jay <jaycohen@paulweiss.com>
**Subject:** Re: In re NFL Sunday Ticket - M&C Summary

Carter, I am available at 4PM ET on Monday. Please send a dial-in. In the future, I would appreciate not receiving time-sensitive emails less than an hour before Yom Kippur begins.

On Sep 15, 2021, at 5:22 PM, Greenbaum, Carter <cgreenbaum@paulweiss.com> wrote:

EXTERNAL Email
Hi Ed,

I am available next Monday before 11 AM ET and after 3:30 PM ET.  If that does not work, and given your unavailability on the 21st and 22nd, we can schedule a time for the following week.

Best,
Carter

**Carter E. Greenbaum** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3955 (Direct Phone) | 212 492 0955 (Direct Fax)
cgreenbaum@paulweiss.com | www.paulweiss.com

**From:** Edward Delman <EDelman@susmangodfrey.com>
**Sent:** Friday, September 10, 2021 2:33 PM
**To:** Greenbaum, Carter <cgreenbaum@paulweiss.com>
**Cc:** Renee Bien-Aime <RBien-Aime@susmangodfrey.com>; Cohen, Jay <jaycohen@paulweiss.com>
**Subject:** RE: In re NFL Sunday Ticket - M&C Summary

Hi Carter,

Understood on next week, but I'm not sure why we need to wait to schedule a call. Let's schedule something now for the week of September 20, when you'll have returned. That will be one month out from the October 22 deadline for substantial completion of fact discovery. I'll be out September 21 and 22 for Sukkot, but am otherwise free.

Thanks,

**Edward Jacob Delman**
Associate | **Susman Godfrey LLP**
Office: (212) 729-2052 | Mobile: (516) 428-3397
edelman@susmangodfrey.com

**From:** Greenbaum, Carter <cgreenbaum@paulweiss.com>
**Sent:** Friday, September 10, 2021 2:28 PM
**To:** Edward Delman <EDelman@susmangodfrey.com>
**Cc:** Renee Bien-Aime <RBien-Aime@susmangodfrey.com>; Cohen, Jay <jaycohen@paulweiss.com>
**Subject:** RE: In re NFL Sunday Ticket - M&C Summary

**EXTERNAL Email**

Hi Ed,

I hope you've had a restful Labor Day and happy new year as well.  I'm out of the office next week, but I will get back to you shortly about scheduling a call after I get back to provide a status update.

Best,
Carter


**Carter E. Greenbaum** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3955 (Direct Phone) | 212 492 0955 (Direct Fax)
cgreenbaum@paulweiss.com | www.paulweiss.com

---

**From:** Edward Delman <EDelman@susmangodfrey.com>
**Sent:** Thursday, September 9, 2021 9:01 AM
**To:** Greenbaum, Carter <cgreenbaum@paulweiss.com>
**Cc:** Renee Bien-Aime <RBien-Aime@susmangodfrey.com>; Cohen, Jay <jaycohen@paulweiss.com>
**Subject:** RE: In re NFL Sunday Ticket - M&C Summary

Carter,

I hope you had a restful Labor Day weekend (and a happy Rosh Hashanah, if it applies). I'd like to get a status update on Charter's response to Plaintiffs' subpoena. Please let me know when you'll be free next week.

Thanks so much,

**Edward Jacob Delman**
Associate | **Susman Godfrey LLP**
Office: (212) 729-2052 | Mobile: (516) 428-3397
edelman@susmangodfrey.com

**From:** Edward Delman
**Sent:** Thursday, August 26, 2021 9:07 AM
**To:** Greenbaum, Carter <cgreenbaum@paulweiss.com>
**Cc:** Renee Bien-Aime <rbien-aime@susmangodfrey.com>; Cohen, Jay <jaycohen@paulweiss.com>
**Subject:** RE: In re NFL Sunday Ticket - M&C Summary

Hi Carter,

Regarding the scope of the NFL Defendants' production, we have reached an agreement with the NFL Defendants about the scope of our RFPs to them. However, that agreement has been reached over a series of meet and confers, and it does not exist in any one formalized agreement. I'm happy to address any specific questions you may have about that, but I don't think it's necessary or productive for me to relay for you the discussions we've had with the NFL Defendants over the past several months.

Regardless, I don't think the above should cause us any delay in conferring on Plaintiffs' limited requests to Charter. Will you be available to meet and confer next week? The high holidays are approaching and time is going to become much more scarce.

Thanks so much,

**Edward Jacob Delman**
Associate | **Susman Godfrey LLP**
Office: (212) 729-2052 | Mobile: (516) 428-3397
edelman@susmangodfrey.com

---

**From:** Greenbaum, Carter <cgreenbaum@paulweiss.com>
**Sent:** Wednesday, August 25, 2021 7:14 PM
**To:** Edward Delman <EDelman@susmangodfrey.com>
**Cc:** Renee Bien-Aime <RBien-Aime@susmangodfrey.com>; Cohen, Jay <jaycohen@paulweiss.com>
**Subject:** RE: In re NFL Sunday Ticket - M&C Summary

EXTERNAL Email
Thank you, Ed, for that clarification. Please let us know when you reach a formalized discovery agreement with Defendants concerning the scope of what they will be producing. I'll be in touch about rescheduling our meet and confer.

Much appreciated,
Carter


**Carter E. Greenbaum** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3955 (Direct Phone) | 212 492 0955 (Direct Fax)
cgreenbaum@paulweiss.com | www.paulweiss.com

---

**From:** Edward Delman <EDelman@susmangodfrey.com>
**Sent:** Wednesday, August 25, 2021 4:24 PM
**To:** Greenbaum, Carter <cgreenbaum@paulweiss.com>
**Cc:** Renee Bien-Aime <RBien-Aime@susmangodfrey.com>
**Subject:** RE: In re NFL Sunday Ticket - M&C Summary

Hi Carter,

Thanks for your follow-up on this, and happy to provide what answers I can.

As to the timeframes, you'll find at the bottom of this email the six categories we discussed with parentheticals indicating the appropriate timeframe for each category. In general, the timeframes are either going to be the class period (2011-present), or a shorter period (2016-present).

As to the scheduling order, I've attached that here.

I'm not quite sure what you mean by a discovery agreement or protocol. We have a Protective Order and an ESI Order in place with the NFL and Club Defendants—is that what you mean? Those were attached to the subpoena we served on Charter, but I'm happy to resend them to you. Beyond those, we don't have any formalized discovery agreements with Defendants as of yet.

I'm fine to reschedule tomorrow's call. Do you have a sense of when you'll have more particularized answers from the client? Let me know and we can reschedule the follow-up.

1. Any valuations of NFL Sunday Ticket. **(2011-present)**

2. Any valuations of NFL Network or NFL RedZone. **(2011-present)**
3. Carriage rates for any channels that carry professional football. **(2016-present)**
4. Carriage rates for any channels that carry college football. **(2016-present)**
5. Contracts, studies, and communications with and about individual Clubs, such as the Carolina Panthers. **(2011-present)**
6. Any studies or reports on viewers of NFL football and viewers of college football, including studies or reports providing numbers and demographic characteristics. **(2016-present)**

Thanks again,

**Edward Jacob Delman**
Associate | **Susman Godfrey LLP**
Office: (212) 729-2052 | Mobile: (516) 428-3397
edelman@susmangodfrey.com

---

**From:** Greenbaum, Carter <cgreenbaum@paulweiss.com>
**Sent:** Wednesday, August 25, 2021 1:47 PM
**To:** Edward Delman <EDelman@susmangodfrey.com>
**Cc:** Renee Bien-Aime <RBien-Aime@susmangodfrey.com>
**Subject:** RE: In re NFL Sunday Ticket - M&C Summary

EXTERNAL Email
Hi Ed,

Just wanted to follow up here. We are continuing to investigate whether Charter possesses any information responsive to the six categories of documents you mentioned below and we are continuing to evaluate your proposal.

We had a few questions in order to do so.

First, what is the time period for which Plaintiffs are requesting discovery pertaining to each of the below requests?

Second, are you able to share the discovery agreement/protocol that you have reached with the NFL and Club Defendants, if you have reached an agreement?

Third, you mentioned on our call that the substantial completion deadline for discovery is October. Is there a scheduling order that memorializes that date? If so, can you provide it?

The answers to those questions will help facilitate our review of your requests. In the meantime, can we postpone our meet-and-confer as I think it would be more productive to have those answers so that we can be in a position to discuss your requests with more particularity?

Thanks so much,
Carter

**Carter E. Greenbaum** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064

212 373 3955 (Direct Phone) | 212 492 0955 (Direct Fax)
cgreenbaum@paulweiss.com | www.paulweiss.com

---

**From:** Edward Delman <EDelman@susmangodfrey.com>
**Sent:** Thursday, August 5, 2021 4:47 PM
**To:** Greenbaum, Carter <cgreenbaum@paulweiss.com>
**Cc:** Renee Bien-Aime <RBien-Aime@susmangodfrey.com>
**Subject:** In re NFL Sunday Ticket - M&C Summary

Carter,

It was great speaking with you earlier, and thank you again for taking the time to meet and confer on Charter's responses and objections to Plaintiffs' third-party subpoena. As discussed, below are the categories of documents that we hope to receive from Charter. I understand that Charter may not be in possession of any documents valuing or reporting on Sunday Ticket, and I will follow up if I find further information about where such information may be located. I also understand that your viewership data is only good for 2020-21, and that we will need to negotiate a separate protective order to secure the production of that data. We have a follow-up conversation scheduled for August 26th at 4:00pm ET, and my secretary will circulate a dial-in for that shortly. In the meantime, please let me know if you have any follow-up questions. I will be sure to do the same.

1. Any valuations of NFL Sunday Ticket.
2. Any valuations of NFL Network or NFL RedZone.
3. Carriage rates for any channels that carry professional football.
4. Carriage rates for any channels that carry college football.
5. Contracts, studies, and communications with and about individual Clubs, such as the Carolina Panthers.
6. Any studies or reports on viewers of NFL football and viewers of college football, including studies or reports providing numbers and demographic characteristics.

All best,

**Edward Jacob Delman**
Associate | **Susman Godfrey LLP**
Office: (212) 729-2052 | Mobile: (516) 428-3397
edelman@susmangodfrey.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.