1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NON-PARTY CHARTER COMMUNICATIONS, INC.**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: January 11, 2022 at 10:00 a.m.<br>Discovery Cutoff Date: 5/15/2022<br>Pretrial-Conference Date: TBD<br>Trial Date: TBD |
|---|---|

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents by Non-Party Charter Communications, Inc. pursuant to Federal Rule of Civil Procedure 45. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion to Compel Production of Documents by Non-Party Charter Communications, Inc., and orders as follows:

IT IS ORDERED that, within thirty (30) days of the date of this Order, Charter Communications, Inc. shall produce (1) carriage rates for the following channels: FOX, CBS, NBC, ESPN, NFL Network, NFL RedZone, SEC Network, FS1, ESPNU, Pac-12 Network, ACCN, and Big Ten Network (BTN); and (2) its communications about contractual arrangements with individual NFL Clubs.

IT IS SO ORDERED.

Dated: _____

JOHN E. MCDERMOTT
United States Magistrate Judge