MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100/Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
IRVING SCHER
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100/ Fax: (212) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660/ Fax: (215) 320-5703

[Additional Counsel listed in Signature Page]

*Plaintiffs' Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>**PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: January 11, 2022 at 10:00 a.m.<br>Discovery Cutoff Date: 5/15/2022<br>Pretrial-Conference Date: TBD<br>Trial Date: TBD |

1  TO THE ABOVE-CAPTIONED COURT AND TO DEFENDANTS AND
2  THEIR COUNSEL OF RECORD:
3  PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), Plaintiffs, by
4  and through their counsel of record, hereby submit this application requesting the
5  Court lodge provisionally under seal the unredacted version of Plaintiffs'
6  Supplemental Memorandum in Support of Motion to Compel Production of
7  Documents by NFL Defendants.
8      Pursuant to a meet and confer and correspondence regarding confidentiality
9  issues, the NFL Defendants do not oppose Plaintiffs' request to seal the designated
10 documents.

11
12 DATED: December 28, 2021        Respectfully submitted,

13                                 MARC M. SELTZER
                                   SUSMAN GODFREY L.L.P.
14
15                                 SCOTT MARTIN
                                   IRVING SCHER
                                   HAUSFELD LLP
16
17                                 HOWARD LANGER
                                   EDWARD DIVER
18                                 PETER LECKMAN
                                   LANGER GROGAN AND DIVER PC
19
                                   ARUN SUBRAMANIAN
20                                 asubramanian@susmangodfrey.com
                                   WILLIAM CHRISTOPHER CARMODY
21                                 bcarmody@susmangodfrey.com
                                   SETH ARD
22                                 sard@susmangodfrey.com
                                   EDWARD DELMAN
23                                 edelman@susmangodfrey.com
                                   TYLER FINN
24                                 tfinn@susmangodfrey.com
                                   SUSMAN GODFREY LLP
25                                 1301 Avenue of the Americas, 32nd FL.
                                   New York, NY 10019
26                                 Tel: (212) 336-8330/ Fax: (212) 336-8340

27                                 IAN M. GORE
                                   igore@susmangodfrey.com
28                                 SUSMAN GODFREY LLP
                                   1201 Third Avenue, Suite 3800

Seattle, WA 98101
Tel: (206) 505-3841/Fax: (206) 516-3883

MICHAEL D. HAUSFELD
mhausfeld@hausfeld.com
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

MICHAEL P. LEHMANN
mlehmann@hausfeld.com
BONNY E. SWEENY
bsweeney@hausfeld.com
CHRISTOPHER L. LEBSOCK
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

By: */s/ Edward Delman*
     Edward Delman

*Attorneys for Plaintiffs' Interim Co-Lead Class Counsel*