# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL |
|---|---|

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Edward Delman in Support of Plaintiffs' Application to File Documents Under Seal; and

2. The unredacted version of Plaintiffs' Supplemental Memorandum in Support of Motion to Compel Production of Documents by NFL Defendants.

IT IS SO ORDERED.

Dated: 12/29/2021

/S/
JOHN E. MCDERMOTT
United States Magistrate Judge