Name and address:
Patrick J. Somers (318766)
KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA 90067
psomers@kbkfirm.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>v.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>2:15-ML-02668-PSG (JEMx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Cohen, Jay
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-373-3163
*Telephone Number*

212-492-0163
*Fax Number*

jaycohen@paulweiss.com
*E-Mail Address*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Charter Communications, Inc.

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*   ☐ *Defendant(s)*   ☒ *Other:* Non-Party

and designating as Local Counsel
Patrick J. Somers
*Designee's Name (Last Name, First Name & Middle Initial)*

318766
*Designee's Cal. Bar No.*

310.556.2700
*Telephone Number*

310.556.2705
*Fax Number*

psomers@kbkfirm.com
*E-Mail Address*

KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____                                                   _____
                                                                   **U.S. District Judge/U.S. Magistrate Judge**