Name and address:
Patrick J. Somers (318766)
KENDALL BRILL & KELY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA 90067
psomers@kbkfirm.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>v.<br>Plaintiff(s)<br><br><br>Defendant(s). | CASE NUMBER<br><br>2:15-ML-02668-PSG (JEMx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Greenbaum, Carter, E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
*Firm/Agency Name & Address*

212-373-3955    212-492-0955
*Telephone Number*    *Fax Number*

cgreenbaum@paulweiss.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of
Charter Communications, Inc.

*Name(s) of Party(ies) Represented*  ☐ Plaintiff(s) ☐ Defendant(s) ☒ Other: Non-Party

and designating as Local Counsel

Somers, Patrick, J.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA 90067
*Firm/Agency Name & Address*

318766    310.556.2700    310.556.2705
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

psomers@kbkfirm.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　☐ for failure to complete Application: _____
　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____    _____
　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**