KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA 90067
psomers@kbkfirm.com

FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LINK #386

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>v.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>2:15-ML-02668-PSG (JEMx)<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Cohen, Jay  of  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*       1285 Avenue of the Americas
212-373-3163        212-492-0163         New York, New York 10019
*Telephone Number*    *Fax Number*
jaycohen@paulweiss.com
*E-Mail Address*                      *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Charter Communications, Inc.

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Non-Party

**and designating as Local Counsel**
Patrick J. Somers  of  KENDALL BRILL & KELLY LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    10100 Santa Monica Blvd., Suite 1725
318766       310.556.2700      310.556.2705   Los Angeles, CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*
psomers@kbkfirm.com
*E-Mail Address*                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated  1/7/22                                  _____
                                               U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)  (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1