KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA 90067
psomers@kbkfirm.com

FILED
CLERK, U.S. DISTRICT COURT

JAN - 7 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

link #387

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

Plaintiff(s)
v.
Defendant(s).

CASE NUMBER
2:15-ML-02668-PSG (JEMx)

(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Greenbaum, Carter, E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019

212-373-3955    212-492-0955
*Telephone Number   Fax Number*

cgreenbaum@paulweiss.com
*E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Charter Communications, Inc.

*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Non-Party

**and designating as Local Counsel**

Somers, Patrick, J.
*Designee's Name (Last Name, First Name & Middle Initial)*

of KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA 90067

318766    310.556.2700    310.556.2705
*Designee's Cal. Bar No.   Telephone Number   Fax Number*

psomers@kbkfirm.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated    1/7/22

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1