# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 15ML2668 | Date | January 11, 2022 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

**Present: The Honorable** JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE

| S. Lorenzo | ZOOM / CS01/11/2022 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Kevin Trainer | Jeremy Barber |
| Langer Grogan and Diver PC | Wilkinson Stekloff LLP |

**Proceedings:** **IN CHAMBERS MINUTES - Motion to Compel Hearing (Dkt. #367)**

Parties state their appearances. The Court heard oral argument. The Motion is continued. The Court ordered the parties and non-parties to meet and confer on a process for resolving the disputed redactions in the Network contracts with the NFL. The objective of that process is to provide Plaintiffs with sufficient information to make informed judgments about whether redacted material is relevant and responsive. Plaintiffs shall meet and confer with the Networks, separately or jointly as appropriate, as well as the NFL.

The parties shall file a Joint Status Report on or before **January 25, 2022**, indicating any agreements and any remaining issues. The parties shall attach a Proposed Order as to any agreements reached.

: 43

Initials of Preparer    slo