# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 15ML2668 | Date | January 11, 2022 |
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

**Present: The Honorable** JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE

| S. Lorenzo | ZOOM / CS01/11/2022 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Tyler Finn<br>Susman Godfrey LLP | Carter Greenbaum<br>Paul, Weiss Rifkind, Wharton & Garrison LLP |

**Proceedings:** IN CHAMBERS MINUTES - Motion to Compel Hearing (Dkt. #377)

The Court heard oral argument and the motion is now under submission.

|  | : | 34 |
|---|---|---|
| | Initials of Preparer | slo |