# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Stephanie Cohen | 2a. Contact Phone Number: 202-847-4016 | 3a. Contact E-mail Address: scohen@wilkinsonstekloff.com |
| 1b. Attorney Name (if different): Roxana Guidero | 2b. Attorney Phone Number: 202-847-4000 | 3b. Attorney E-mail Address: rguidero@wilkinsonstekloff.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Wilkinson Stekloff LLP
2001 M Street NW, 10 FL
Washington DC 20036

**5. Name & Role of Party Represented:** NFL Enterprises LLC, Defendant

**6. Case Name:** In Re National Football League Sunday Ticket Antitrust Litigation

**7a. District Court Case Number:** 2:15-ml-02668

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
[X] DIGITALLY RECORDED   [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [X] Non-Appeal   [ ] Criminal  [X] Civil   [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11/2022 | 393 | McDermott | Hearing on Motion to Compel Production of Documents by NFL Defendants | ● | ○ | ○ | ● | ○ | ○ | ● None | HOURLY (2 hrs) |
| 01/11/2022 | 394 | McDermott | Hearing on Motion to Compel Production of Documents by Charter Communications | ● | ○ | ○ | ● | ○ | ○ | ● None | HOURLY (2 hrs) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: January 13, 2022   Signature: /s/ Roxana Guidero

G-120 (06/18)