# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Renee Bien-Aime | 2a. Contact Phone Number: 212-471-8352 | 3a. Contact E-mail Address: rbien-aime@susmangodfrey.com |
| 1b. Attorney Name (if different): Seth Ard | 2b. Attorney Phone Number: 212-335-8330 | 3b. Attorney E-mail Address: sard@susmangodfrey.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Susman Godfrey LLP
1301 Avenue of the Americas
32nd Floor
New York, New York 10019

5. Name & Role of Party Represented: Plaintiff 8812 Tavern Corp. d/b/a Bench Sports Bar

6. Case Name: In Re National Football League Sunday Ticket Antitrust Litigation

7a. District Court Case Number: 2:15-ml-02668

7b. Appeals Court Case Number:

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
[X] DIGITALLY RECORDED
[ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [X] Non-Appeal  [ ] Criminal  [X] Civil  [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | b. SELECT FORMAT(S) | | | | | | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | | |
| 1/11/2022 | 393 | McDermott | Hearing on Motion to Compel Production by NFL Defs | ● | ○ | ○ | ○ | ○ | ○ | ● None | EXPEDITED (7-day) |
| 1/11/2022 | 394 | McDermott | Hearing on Motion to Compel Production by Charter Com. | ● | ○ | ○ | ○ | ○ | ○ | ● None | EXPEDITED (7-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 1/13/2022          Signature: /s/Seth Ard

G-120 (06/18)