UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION

Hon. Philip S. Gutierrez

Case No. 2:15-ml-02668-PSG-JEM

[PROPOSED] ORDER VACATING THE APRIL 20, 2021 DEADLINE REQUIRING STATUS UPDATES TO THE COURT

**IT IS HEREBY ORDERED** that Plaintiffs and DIRECTV no longer need to update the Court on the status of negotiations on DIRECTV's production of usable transactional data since DIRECTV produced usable viewership and transactional data on September 23, 2021 and December 20, 2021, respectively.

1/19/22
Date

Hon. Philip S. Gutierrez

Case No. 2:15-ml-02668-PSG-JEMx