MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

[Additional Counsel listed on Signature Page]

*Plaintiffs' Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>Discovery Cutoff Date: 5/15/2022<br>Pretrial-Conference Date: TBD<br>Trial Date: TBD |

TO THE ABOVE-CAPTIONED COURT AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), Plaintiffs, by and through their counsel of record, hereby submit this application requesting the Court lodge provisionally under seal the following documents (lodged concurrently herewith):

1. The sealed Declaration of Kevin Trainer in Support of Plaintiffs' Application to File Documents Under Seal; and
2. The unredacted version of the Joint Status Report on Production of Broadcast Agreements.

Pursuant to correspondence and the parties' conferences regarding confidentiality issues, the NFL Defendants requested that Plaintiffs move the Court to seal the designated documents.

Dated: January 25, 2022

Respectfully submitted,

By: */s/ Ian M. Gore*

Marc M. Seltzer
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian
asubramanian@susmangodfrey.com
William Christopher Carmody
bcarmody@susmangodfrey.com
Seth Ard
sard@susmangodfrey.com
Tyler Finn

1

| | |
|---|---|
| 1 | tfinn@susmangodfrey.com |
| 2 | SUSMAN GODFREY L.L.P |
| | 1301 Avenue of the Americas, 32nd Fl. |
| 3 | New York, NY 10019 |
| 4 | Tel: (212) 336-8330 |
| | Fax: (212) 336-8340 |

Ian M. Gore
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin
smartin@hausfeld.com
Irving Scher
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Michael P. Lehmann (SBN 77152)
mlehmann@hausfeld.com
Bonny E. Sweeny (SBN 176174)
bsweeney@hausfeld.com
Christopher L. Lebsock (SBN 184546)
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

Howard Langer
hlanger@langergrogan.com
Edward Diver
diver@langergrogan.com
Peter Leckman

2

pleckman@langergrogan.com
Kevin Trainer
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Interim Co-Lead Class Counsel*