# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>Magistrate Judge: Hon. John E. McDermott Place: Courtroom 640<br><br>Discovery Cutoff Date: 5/15/2022<br>Pretrial-Conference Date: TBD<br>Trial Date: TBD |
|---|---|

| | |
|---|---|
| 1 | Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to |
| 2 | File Documents Under Seal. The Court has considered the application and GRANTS |
| 3 | the application. |
| 4 | IT IS HEREBY ORDERED that the following documents are to be filed under |
| 5 | seal: |
| 6 | 1. The sealed Declaration of Kevin Trainer in Support of Plaintiffs' |
| 7 | Application to File Documents Under Seal; and |
| 8 | 2. The unredacted version of the Joint Status Report on Production of |
| 9 | Broadcast Agreements. |

IT IS SO ORDERED.

Dated: _____    _____
JOHN E. MCDERMOTT
United Sates Magistrate Judge

1