MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100/Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
IRVING SCHER
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100/ Fax: (212) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660/ Fax: (215) 320-5703

*Plaintiffs' Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **PROOF OF SERVICE OF DOCUMENTS SOUGHT TO BE FILED UNDER SEAL** |

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of Philadelphia, State of Pennsylvania. I am over the age of 18 and not a party to the within action; my business address is 1717 Arch Street, Suite 4020, Philadelphia, PA 19103.

On January 25, 2022, I served the foregoing document(s) described as follows:

1. the sealed Declaration of Kevin Trainer in Support of Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal;

2. an unredacted copy of the Joint Status Report on Production of Broadcast Agreements, along with the accompanying exhibit and proposed orders.

on the interested parties in this action as follows:

_____BY MAIL:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____BY PERSONAL SERVICE:

I caused to be delivered such envelope by hand to the offices of the addressee.

_____BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____BY FAX

I served by facsimile as indicated on the attached service list.

_XX_BY ELECTRONIC MAIL

I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on January 25, 2022, at Philadelphia, Pennsylvania.

1
2
3      \_\_\_\_\_(State) I declare under penalty of perjury under the laws of the State of
4      California that the above is true and correct.
       \_XX\_(Federal) I declare that I am employed in the office of a member of the bar of
5      this Court at whose direction the service was made.
6
7
       Kevin Trainer                                  /s/ Kevin Trainer
8
       (Type or Print Name)                           (Signature)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# SERVICE LIST

Re:   *In re National Football Leagues Sunday Ticket Antitrust Litigation*

United States District Court Case No. 2:15-ml-02668-PSG-JEM

**Attorneys for NFL Defendants**

| | |
|---|---|
| Gregg H. Levy | Neema Trivedi Sahni |
| glevy@cov.com | nsahni@cov.com |
| Derek Ludwin | COVINGTON & BURLING LLP |
| dludwin@cov.com | 2029 Century Park East Suite 3100 |
| John Playforth | Los Angeles, CA 90067 |
| jplayforth@cov.com | Telephone: (424) 332-4800 |
| COVINGTON & BURLING LLP | Facsimile: (424) 332-4782 |
| 850 Tenth Street NW One City Center | |
| Washington, DC 20001-4956 | |
| Telephone: (202) 622-5292 | |
| Facsimile: (202) 662-6804 | |

Beth A. Wilkinson
bwilkinwon@wilkinsonstekloff.com
Rakesh Kilaru
rkilaru@wilkinsonstekloff.com
Brian L. Stekloff
bstekloff@wilkinsonstekloff.com
Jeremy S. Barber
jbarber@wilkinsonstekloff.com
Max Warren
mwarren@wilkinsonstekloff.com
Roxana Guidero
rguidero@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, Suite 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000

1