Name and address:
Farhad Mirzadeh
Hausfeld LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>Plaintiff(s)<br>v.<br><br>Defendant(s). | CASE NUMBER<br>2:15-ml-02668-PSG (JEMx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mirzadeh, Farhad
*Applicant's Name (Last Name, First Name & Middle Initial)*

of  Hausfeld LLP
888 16th Street NW, Suite 300
Washington, DC 20006
*Firm/Agency Name & Address*

202-849-4763  *Telephone Number*
202-540-7201  *Fax Number*
fmirzadeh@hausfeld.com  *E-Mail Address*

**for permission to appear and participate in this case on behalf of**

1465 Third Avenue Restaurant Corp.; Ninth Inning Inc.
Michael Holinko; Robert Gary Lippincott, Jr.;
*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Lebsock, Christopher L.
*Designee's Name (Last Name, First Name & Middle Initial)*

of  Hausfeld LLP
600 Montgomery Street, Suite 3200
San Francisco CA 94111
*Firm/Agency Name & Address*

184546  *Designee's Cal. Bar No.*
415-633-1949  *Telephone Number*
415-633-4980  *Fax Number*
clebsock@hausfeld.com  *E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1