1  | MARC M. SELTZER (54534)
2  | mseltzer@susmangodfrey.com
   | SUSMAN GODFREY L.L.P.
3  | 1900 Avenue of the Stars, Suite 1400
   | Los Angeles, CA 90067-6029
   | Tel: (310) 789-3100/Fax: (310) 789-3150
4  |
5  | SCOTT MARTIN
   | smartin@hausfeld.com
6  | IRVING SCHER
   | ischer@hausfeld.com
7  | HAUSFELD LLP
   | 33 Whitehall Street, 14th Floor
8  | New York, NY 10004
   | Tel: (646) 357-1100/ Fax: (212) 202-4322
9  | HOWARD LANGER
10 | hlanger@langergrogan.com
   | EDWARD DIVER
11 | ndiver@langergrogan.com
   | PETER LECKMAN
12 | pleckman@langergrogan.com
   | LANGER GROGAN AND DIVER PC
13 | 1717 Arch Street, Suite 4130
   | Philadelphia, PA 19103
14 | Tel: (215) 320-5660/ Fax: (215) 320-5703

15 | *Plaintiffs' Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (JEMx) |
|---|---|
| THIS DOCUMENT RELATES TO ALL ACTIONS | **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of Philadelphia, State of Pennsylvania. I am over the age of 18 and not a party to the within action; my business address is 1717 Arch Street, Suite 4020, Philadelphia, PA 19103.

On January 28, 2022, I served the foregoing document(s) described as follows:

1. the sealed Declaration of Kevin Trainer in Support of Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal;

2. an unredacted copy of the Joint Status Report on Production of Broadcast Agreements, along with the accompanying exhibit and proposed orders.

on the interested parties in this action as follows:


_____BY MAIL:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____BY PERSONAL SERVICE:

I caused to be delivered such envelope by hand to the offices of the addressee.

_____BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____BY FAX

I served by facsimile as indicated on the attached service list.

_XX_BY ELECTRONIC MAIL

I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on January 28, 2022, at Philadelphia, Pennsylvania.

1

2

3      _____(State) I declare under penalty of perjury under the laws of the State of

4      California that the above is true and correct.

5      _XX_(Federal) I declare that I am employed in the office of a member of the bar of

6      this Court at whose direction the service was made.

7

8      Kevin Trainer                                    /s/ Kevin Trainer

9      (Type or Print Name)                             (Signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SERVICE LIST**

Re:   *In re National Football Leagues Sunday Ticket Antitrust Litigation*

United States District Court Case No. 2:15-ml-02668-PSG-JEM

**Attorneys for NFL Defendants**

Gregg H. Levy
glevy@cov.com
Derek Ludwin
dludwin@cov.com
John Playforth
jplayforth@cov.com
COVINGTON & BURLING LLP
850 Tenth Street NW One City Center
Washington, DC 20001-4956
Telephone: (202) 622-5292
Facsimile: (202) 662-6804

Beth A. Wilkinson
bwilkinwon@wilkinsonstekloff.com
Rakesh Kilaru
rkilaru@wilkinsonstekloff.com
Brian L. Stekloff
bstekloff@wilkinsonstekloff.com
Jeremy S. Barber
jbarber@wilkinsonstekloff.com
Max Warren
mwarren@wilkinsonstekloff.com
Roxana Guidero
rguidero@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, Suite 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000

Neema Trivedi Sahni
nsahni@cov.com
COVINGTON & BURLING LLP
2029 Century Park East Suite 3100
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4782