Name and address:

Farhad Mirzadeh
Hausfeld LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NUMBER |
|---|---|
| | 2:15-ml-02668-PSG (JEMx) |
| Plaintiff(s) v. Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mirzadeh, Farhad
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-849-4763        202-540-7201
*Telephone Number*    *Fax Number*

fmirzadeh@hausfeld.com
*E-Mail Address*

of

Hausfeld LLP
888 16th Street NW, Suite 300
Washington, DC 20006
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

1465 Third Avenue Restaurant Corp.; Ninth Inning Inc.; Michael Holinko; Robert Gary Lippincott, Jr.

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Seltzer, Marc M.
*Designee's Name (Last Name, First Name & Middle Initial)*

54534              310- 789-3100        310-789-3150
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

mseltzer@susmangodfrey.com
*E-Mail Address*

of

Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA, 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated:**

**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1