# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' PROPOSAL FOR THE REVIEW OF BROADCAST AGREEMENTS<br><br>Magistrate Judge: Hon. John E. McDermott<br><br>Place: Courtroom 640<br><br>Discovery Cutoff Date: 5/15/2022<br>Pretrial-Conference Date: TBD<br>Trial Date: TBD |

|   |   |
|---|---|
| 1 | This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents by NFL Defendants pursuant to Federal Rule of Civil Procedure 37. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Proposal for Review of Broadcast Agreements, and orders as follows: |

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents by NFL Defendants pursuant to Federal Rule of Civil Procedure 37. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Proposal for Review of Broadcast Agreements, and orders as follows:

IT IS ORDERED that, by February 7, 2022, the NFL Defendants shall produce unredacted versions of their licensing and distribution agreements with CBS, ESPN, FOX, and NBC to Edward Diver, counsel for Plaintiffs. Such production shall be on an attorneys'-eyes-only basis, and the NFL Defendants shall highlight all material they wish to redact.

IT IS FURTHER ORDERED that, by February 11, 2022, Mr. Diver shall identify the clauses or portions of clauses that he agrees may remain redacted, should any exist. Mr. Diver shall offer reasons why each other clause or portion of clause should be unredacted.

IT IS FURTHER ORDERED that the parties and any applicable network shall meet and confer and work in good faith to resolve any dispute remaining after this process. The parties shall complete all such meet and confers by February 18, 2022.

IT IS FURTHER ORDERED that, once an agreement on redactions is reached, or the dispute is otherwise resolved, Mr. Diver shall properly dispose of the unredacted copies of the broadcast agreements.

The parties shall file a Joint Status Report on or before February 25, 2022, indicating any agreements and any remaining issues. The parties shall attach a Proposed Order as to any agreements reached.

IT IS SO ORDERED.

Dated: 2/3/2022

*John E. McDermott*

JOHN E. McDERMOTT
United Sates Magistrate Judge