Marc M. Seltzer (54534)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
Irving Scher (*Pro Hac Vice*)
ischer@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (*Pro Hac Vice*)
pleckman@langergrogan.com
**LANGER GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

[Additional Counsel Listed in Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**PLAINTIFFS' NOTICE OF MOTION TO AMEND SCHEDULING ORDER**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: April 15, 2022<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that on April 15, 2022, at 1:30 p.m., or as soon thereafter as the matter may be heard,[1] before the Honorable Philip S. Gutierrez in Courtroom 6A of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, CA 90012. Plaintiffs in the above-captioned matter will move to amend the Court's Scheduling Order for good cause. This Motion is made following the conferences of counsel pursuant to Local Rule 7-3, which conferences took place beginning January 20, 2022 and continued until February 11, 2022. Defendants did not agree to amend the scheduling order. Thus, Plaintiffs had no choice but to file this Motion seeking court intervention.

Plaintiffs seek to modify the schedule in this case to the dates shown below:

| Event | Current | Proposed |
|---|---|---|
| Fact Discovery Deadline | 5/15/22 | 8/5/22 |
| Class Certification Motion (and accompanying expert reports) | 6/5/22 | 8/19/22 |
| Opposition to Class Certification (and accompanying expert reports) | 8/19/22 | 11/4/22 |
| Reply Brief on Class Certification (and accompanying expert reports) | 9/19/22 | 12/2/22 |
| Class Certification Hearing | 10/17/22 | To Be Set By Court |

---

[1] Plaintiffs have noticed this motion for April 15, 2022, the first available motion hearing date on the Court's calendar. Given that fact discovery is currently scheduled to conclude on May 15, 2022, though, Plaintiffs anticipate filing a separate *ex parte* application to advance the date of the hearing of this motion to March 18, 2022. Given the filing date of this motion, March 18 would be the normal timing for a hearing under the Local Rules. Thus, advancing the hearing date will not prejudice the NFL Defendants because they would have the normal time under the Local Rules to respond. Plaintiffs anticipate filing their *ex parte* application on February 22, 2022, pursuant to their discussions with the NFL Defendants.

| Opening Merits Expert Reports | 11/4/22 | 12/9/22 |
|---|---|---|
| Responsive Merits Expert Reports | 1/18/23 | 2/17/23 |
| Rebuttal Merits Expert Reports | 3/6/23 | 3/31/23 |
| Expert Discovery Deadline | 4/5/23 | 4/28/23 |
| Summary Judgment Motions | 5/22/23 | No Change |
| Summary Judgment Oppositions | 7/21/23 | No Change |
| Summary Judgment Reply Briefs | 8/21/23 | No Change |
| Summary Judgment Hearing Date | 10/9/23 | No Change |
| Final Pretrial Conference | 2/5/24 | No Change |
| Trial | 2/20/24 | No Change |

Plaintiffs' proposed schedule does not seek to change the Court's current deadlines for summary judgment briefing or trial.

This Motion is based upon this Notice and Motion, the Memorandum of Points and Authorities in support of this motion filed herewith, the declarations of Scott A. Martin and Peter Leckman, all pleadings and records on file in this case, and upon such evidence and argument as may be presented at or before the hearing on this Motion.

Dated: February 18, 2022              Respectfully submitted,


                                      By:   /s/ Marc M. Seltzer
                                            Marc M. Seltzer

                                            Marc M. Seltzer (54534)
                                            mseltzer@susmangodfrey.com
                                            SUSMAN GODFREY L.L.P.
                                            1901 Avenue of the Stars, Suite 950
                                            Los Angeles, CA 90067
                                            Tel: (310) 789-3100
                                            Fax: (310) 789-3150

2

Arun Subramanian (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
William Christopher Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206)

Michael D. Hausfeld (*Pro Hac Vice*)
mhausfeld@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
Irving Scher (*Pro Hac Vice*)
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Michael P. Lehmann (77152)
mlehmann@hausfeld.com
Bonny E. Sweeny (176174)
bsweeney@hausfeld.com
Christopher L. Lebsock (184546)
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (*Pro Hac Vice*)
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*