Marc M. Seltzer (54534)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Scott Martin
smartin@hausfeld.com
Irving Scher
ischer@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

Howard Langer
hlanger@langergrogan.com
Edward Diver
ndiver@langergrogan.com
Peter Leckman
pleckman@langergrogan.com
**LANGER GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF SCOTT A. MARTIN IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND THE SCHEDULING ORDER** |

I, Scott A. Martin, declare as follows:

1. I am a partner at the law firm of Hausfeld LLP and attorney of record (Court-appointed Co-Lead Counsel) for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. On January 19, 2022, I reached out by email to Jeremy Barber, counsel for the NFL Defendants, intending to discuss a potential stipulated extension of the fact discovery cutoff in this litigation. Mr. Barber and I connected by telephone the next day concerning the matter. Subsequently, we exchanged proposals by email and spoke by telephone on multiple occasions concerning the matter. As has been true of all of my interactions with Mr. Barber, the discussions were thoughtful and professional in every respect, but unfortunately, the parties reached impasse as of February 11, 2022.

3. My understanding is that the NFL Defendants are opposed to an extension of the fact discovery period of the length that we discussed (which was from 2-1/2 to 3 months, in varying potential adjustments to the current schedule), and that the NFL Defendants wish to have the Court's decision on class certification in hand prior to the submission of opening expert merits reports. With respect to the latter point, Plaintiffs have no objection to the NFL Defendants' expert(s) adjusting opinions (if even necessary) to the Court's ruling on class certification in responsive and/or reply expert merits reports. Plaintiffs also offered a proposed schedule that

potentially could accommodate incorporation of the class certification ruling in opinions in the opening expert merits reports (though the parties cannot, of course, presume the Court's timing on its decision).

4. Plaintiffs did not in their proposals, and do not through this motion, seek to shorten the NFL Defendants' time to respond to any briefing or their experts' time to respond to any report. Additionally, while Plaintiffs are open to adjustments in the summary judgment briefing schedule, it is our desire to disturb as few dates as possible so as to preserve flexibility in advance of the pretrial and trial dates.

5. In my discussions with Mr. Barber, I also informed him of the unexpected death in January 2022 of Michael Holinko, one of the two named Residential Class representatives in this matter. Mr. Holinko had served in that capacity since the filing of the Consolidated Amended Complaint in 2016, including through production of documents in 2021. Plaintiffs are currently working promptly to identify and substitute another suitable second Residential Class representative, by stipulation or motion, in order to minimize any potential future delay that could result from having a single class representative. Plaintiffs anticipate seeking an appropriate substitution this month and working expeditiously to respond on behalf of such a representative plaintiff to the NFL Defendants' discovery and to prepare and present that individual for deposition without undue delay.

Signed on this 18th day of February 2022 in New York, New York.

/s/ *Scott A. Martin*
Scott A. Martin