# EXHIBIT A

1  MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
2  SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067-6029
Phone:  (310) 789-3100/Fax: (310) 789-3150
4
SCOTT MARTIN
5  smartin@hausfeld.com
IRVING SCHER
6  ischer@hausfeld.com
HAUSFELD LLP
7  33 Whitehall Street, 14th Floor
New York, NY 10004
8  Tel: (646) 357-1100/ Fax: (2121) 202-4322

9  HOWARD LANGER
hlanger@langergrogan.com
10  EDWARD DIVER
ndiver@langergrogan.com
11  PETER LECKMAN
pleckman@langergrogan.com
12  LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
13  Philadelphia, PA 19103
Tel: (215) 320-5660/ Fax: (215) 320-5703
14
[Additional Counsel listed on Signature
15  Page]

16  *Plaintiffs' Interim Co-Lead Class Counsel*

17              **UNITED STATES DISTRICT COURT**

18              **CENTRAL DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| 20  IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (JEMx) |
| 21 | CLASS ACTION |
| 22 | |
| 23  THIS DOCUMENT RELATES TO ALL ACTIONS | **PLAINTIFFS' FIRST SET OF INTERROGATORIES TO THE NFL DEFENDANTS** |
| 24 | |

25

26

27

28

PROPOUNDING PARTY:     Plaintiffs Ninth Inning Inc., dba The Mucky Duck,

1465 Third Avenue Restaurant Corp. dba Gael Pub,

Robert Gary Lippincott, Jr., and Michael Holinko

RESPONDING PARTY:      NFL Defendants

SET NUMBER:            ONE

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiffs hereby request that each NFL Defendant to separately answer the following Interrogatory fully in writing and under oath within thirty days from the date of service.

## **DEFINITIONS**

1.     The terms "and" and "or" shall be construed either conjunctively or disjunctively to bring within the scope of the interrogatory which might otherwise be construed to be outside the scope so as to give the broadest possible meaning to a particular interrogatory in which either or both is used. The singular includes the plural number and vice versa. The masculine includes the feminine and neuter genders. The past tense includes the present tense where the clear meaning is not distorted by change of tense.

2.     "Demographics" means, but is not limited to, the age, education level, ethnicity, income level, nationality, and sex of the consumer.

3.     "NFL" means the National Football League, including its predecessors, wholly-owned or controlled subsidiaries or affiliates, successors, parents, other subsidiaries, departments, divisions, joint ventures, other affiliates, and any organization or entity that the NFL manages or controls, including those merged with or acquired the NFL, together with all present and former directors, officers, employees, agents, attorneys, representatives, or any persons acting or purporting to act on their behalf.

1

4011916v1/014918

4.     "NFL Defendants" means the NFL, NFL Enterprises, LLC and the following NFL member Clubs:

Arizona Cardinals, Inc., Atlanta Falcons Football Club LLC, Baltimore Ravens Limited Partnership, Buffalo Bills, Inc., Panthers Football LLC, Chicago Bears Football Club, Inc., Cincinnati Bengals, Inc., Cleveland Browns LLC, Dallas Cowboys Football Club, Ltd., Denver Broncos Football Club, Detroit Lions, Inc., Green Bay Packers, Inc., Houston NFL Holdings LP, Indianapolis Colts, Inc., Jacksonville Jaguars Ltd., Kansas City Chiefs Football Club, Inc., Miami Dolphins, Ltd., Minnesota Vikings Football Club LLC, New England Patriots, LP, New Orleans Louisiana Saints LLC, New York Football Giants, Inc., New York Jets Football Club, Inc., Oakland Raiders LP, Philadelphia Eagles Football Club, Inc., Pittsburgh Steelers Sports, Inc., Chargers Football Co., San Francisco Forty Niners Ltd., Football Northwest LLC, The Los Angeles Rams LLC, Buccaneers Limited Partnership, Tennessee Football, Inc., and Washington Football Inc.

5.     "Personal identification" means:

a.     when used in reference to a natural person, that individual's name, home address, business address, and home and business telephone numbers;

b.     when used in reference to any entity, such as a partnership, joint venture, trust, or corporation, the full legal name of such entity, the jurisdiction where such entity is incorporated or registered, the names under which the entity does business, the entity's street address, the entity's telephone number, and the identity of the chief operating officer, manager, trustee, or other principal representative of the entity.

6.     "Team" means any football team or club that is a member of the NFL.

7.     "You," "your," or "your company," unless otherwise noted, means each Defendant to whom this Interrogatory is directed, including its predecessors, wholly-owned or controlled subsidiaries or affiliates, successors, parents, other

2

4011916v1/014918

1   subsidiaries, departments, divisions, joint ventures, other affiliates, and any

2   organization or entity that it manages or controls, including those merged with or

3   acquired, together with all present and former directors, officers, employees, agents,

4   attorneys, representatives, or any persons acting or purporting to act on their behalf.

5                                                    **INSTRUCTIONS**

6          1.      Unless otherwise specified, this Interrogatory calls for documents,

7   data, and other information prepared, created, sent, altered, or received since

8   June 17, 2011.

9          2.      You are requested to quote the Interrogatory in full immediately

10  preceding the corresponding response. Your answer, objection, or response to this

11  Interrogatory should be identified by the same number and subpart of the

12  corresponding Interrogatory and should appear in the same order as the

13  corresponding Interrogatory subpart.

14         3.      To the extent that you believe the Interrogatory is objectionable,

15  answer as much of the Interrogatory that, in your view, is not objectionable.

16  Separately state the portion of the Interrogatory to which you object and the legal

17  and factual basis for your objection.

18         4.      To the extent that you believe the Interrogatory calls for information

19  subject to a privilege, provide as much information in response to the Interrogatory

20  that, in your view, is not privileged. Separately state the extent to which a privilege

21  is asserted and describe and set forth the basis of the privilege that you contend

22  protects or excuses the providing of the responsive information.

23         5.      To the extent any information called for by this Interrogatory is

24  unknown to you, so state, and set forth whatever information you have that is

25  response to the Interrogatory.

26         6.      This Interrogatory seeks disclosure to the fullest extent permitted

27  under the Federal Rules of Civil Procedure and shall be interpreted as inclusive

28  rather than exclusive. This Interrogatory shall be deemed continuing, so that you

4011916v1/014918

1   must supplement your answers if, after answering the Interrogatory, you obtain

2   information by which you determine, believe, or suspect, that your answer was

3   incorrect or incomplete when made or is no longer completely true and complete

4   and the circumstances are such that a failure to amend the answer is in substance

5   misleading. You are obligated to furnish such information to Plaintiffs' counsel at

6   the earliest practicable time.

7        7.      If you opt to produce business records in lieu of a written response to

8   the Interrogatory pursuant to Federal Rule of Civil Procedure 33(d), identify the

9   responsive business record in Your response.

10

11                        **INTERROGATORY**

12  **INTERROGATORY NO. 1:**

13       Describe all categories of information in your possession, custody, or control

14  that reflects or is or can be associated with individual consumers or viewers of live

15  NFL football telecasts, including, but not limited to (a) the personal identification

16  of consumers and viewers; (b) the number of such viewers and consumers of NFL

17  telecasts and their demographics; (c) purchases of any product; (d) preferred NFL

18  football teams of consumers or viewers of NFL telecasts; and (e) viewership of

19  other sports programming by consumers or viewers of NFL telecasts.

20

21  Dated:  January 25, 2021          Respectfully submitted,

22                                    MARC M. SELTZER
                                      SUSMAN GODFREY L.L.P.
23

24                                    SCOTT MARTIN
                                      IRVING SCHER
25                                    HAUSFELD LLP

26                                    HOWARD LANGER
                                      EDWARD DIVER
27                                    PETER LECKMAN
                                      LANGER GROGAN AND DIVER PC
28

                                    4

ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
WILLIAM CHRISTOPHER CARMODY
bcarmody@susmangodfrey.com
SETH ARD
sard@susmangodfrey.com
EDWARD DELMAN
edelman@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019
Tel: (212) 336-8330/ Fax: (212) 336-8340

IAN M. GORE
igore@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841/Fax: (206) 516-3883

MICHAEL D. HAUSFELD
mhausfeld@hausfeld.com
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200/Fax: (202) 540-7201

MICHAEL P. LEHMANN
mlehmann@hausfeld.com
BONNY E. SWEENY
bsweeney@hausfeld.com
CHRISTOPHER L. LEBSOCK
lebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908/Fax: (415) 358-4980

By:     /s/ *Marc M. Seltzer*
        Marc M. Seltzer

Plaintiffs' Interim Co-Lead Class Counsel

5

4011916v1/014918

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, Suite 1400, Los Angeles, California 90067-6029.

On January 25, 2021, I served the foregoing document(s) described as follows:

## PLAINTIFFS' FIRST SET OF INTERROGATORIES TO THE NFL DEFENDANTS

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

## See Attached Service List

_____ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

_____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____ BY FAX
I served by facsimile as indicated on the attached service list.

_XX_ BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on January 25, 2021, at Los Angeles, California.

_____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_XX_ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Helen Danielson
(Type or Print Name)                              (Signature)

6

4011916v1/014918

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | Michael E. Baumann<br>michael.baumann@kirkland.com |
| 3 | Robyn E. Bladow<br>robyn.bladow@kirkland.com |
| 4 | Melissa D. Ingalls<br>melissa.ingalls@kirkland.com |
| 5 | Tammy A. Tsoumas<br>tammy.tsoumas@kirkland.com |
| 6 | KIRKLAND & ELLIS LLP<br>333 S. Hope Street |
| 7 | Los Angeles, CA 90071<br>Telephone: (213) 680-8400 |
| 8 | Facsimile: (213) 680-8500 |
| 9 | *Counsel for Defendants DirecTV LLC and DirecTV Holdings LLC* |
| 10 | Gregg H. Levy<br>glevy@cov.com |
| 11 | Derek Ludwin<br>dludwin@cov.com |
| 12 | John Playforth<br>jplayforth@cov.com |
| 13 | COVINGTON & BURLING LLP<br>850 Tenth Street NW One City Center |
| 14 | Washington, DC 20001-4956<br>Telephone: (202) 622-5292 |
| 15 | Facsimile: (202) 662-6804 |
| 16 | Neema Trivedi Sahni<br>nsahni@cov.com |
| 17 | COVINGTON & BURLING LLP<br>2029 Century Park East Suite 3100 |
| 18 | Los Angeles, CA 90067<br>Telephone: (424) 332-4800 |
| 19 | Facsimile: (424) 332-4782 |
| 20 | Roxana C. Guidero<br>rguidero@wildinsonstekloff.com |
| 21 | Beth A. Wilkinson<br>bwilkinwon@wilkinsonstekloff.com |
| 22 | Rakesh Kilaru<br>rkilaru@wilkinsonstekloff.com |
| 23 | Brian L. Stekloff<br>bstekloff@wilkinsonstekloff.com |
| 24 | Jeremy S. Barber<br>jbarber@wilkinsonstekloff.com |
| 25 | WILKINSON STEKLOFF LLP<br>2001 M Street NW, Suite 10th Floor |
| 26 | Washington, DC 20036<br>Telephone: (424) 291-9661 |
| 27 | |
| 28 | *Counsel for Defendants National Football League, Inc. and NFL Enterprises LLC and the Individual NFL Clubs* |

7

4011916v1/014918