Marc M. Seltzer (54534)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Scott A. Martin (*Pro Hac Vice*)
smartin@hausfeld.com
Irving Scher (*Pro Hac Vice*)
ischer@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
**LANGER GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*
[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>***EX PARTE* APPLICATION FOR AN ORDER TO ADVANCE THE HEARING DATE ON PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER; AND DECLARATION OF SCOTT A. MARTIN IN SUPPORT THEREOF**<br><br>Judge: Hon. Philip S. Gutierrez |

## *EX PARTE* APPLICATION

Pursuant to Local Rule 7-19, plaintiffs hereby respectfully make this *ex parte* application to advance the hearing date on their motion to amend the scheduling order currently noticed for April 15, 2022, to March 18, 2022. On February 18, 2022, plaintiffs filed their motion to amend the Court's case scheduling order (Dkt. No. 423). The motion was noticed to be heard on April 15, 2022, the first available date on the Court's calendar. The motion seeks a continuance of the fact discovery cut-off, now set for May 15, 2022, and related dates for the briefing of plaintiffs' motion for class certification and conducting expert discovery consistent with the time periods permitted under the current case schedules.

In their motion and in their meet and confer sessions with the NFL Defendants regarding their motion, plaintiffs explained that in light of the fast approaching deadline for conducting fact discovery, they would be applying *ex parte* to advance the hearing date to March 18, 2022, a date that would be consistent with a 28-day timeline for noticing a hearing on a motion pursuant to Local Rules 7-9 and 7-10. Were the Court to rule on the motion on the same day now set for the hearing of the motion—April 15, 2022—the ruling would come only one month prior to the current close of fact discovery. Advancing the hearing is necessary to enable the parties to know sooner whether the case schedule and accompanying deadlines will be modified to allow them to plan accordingly. If the current hearing and case schedule is not modified, then plaintiffs will need to complete their review and analysis of many thousands of pages of document recently produced by the defendants and third parties, including five gigabits of data relating to football fan demographics produced just this past Saturday, and schedule numerous depositions to be taken prior to the current May 15, 2022 fact discovery cut-off. For these reasons, plaintiffs seek an order advancing the hearing date on their motion.

While plaintiffs believe they would have been justified to request an expedited hearing schedule on their motion, they only request that the hearing be set on ordinary

rule time. The NFL Defendants will thus have the time permitted for response provided for by the Local Rules.

Pursuant to Local Rule 7-19.1, counsel for plaintiffs gave notice of this *ex parte* application by way of a telephone call with counsel for the NFL Defendants on February 18, 2022. *See* Declaration of Scott A. Martin in Support of Plaintiffs' *Ex Parte* Application, ¶ 3, accompanying this application. Counsel for plaintiffs informed counsel for the NFL Defendants of their intention to file their *ex parte* application on February 22, 2022. Counsel for the NFL Defendants stated that they will "defer to the Court's preference," but do not consent to relief requested by this *ex parte* application.

Contact information for the NFL Defendants' counsel is as follows:

- Gregg H. Levy, glevy@cov.com 850 Tenth Street NW One City Center, Washington, DC 20001, Tel: (202) 622-5292
- Derek Ludwin, dludwin@cov.com, 850 Tenth Street NW One City Center, Washington, DC 20001, Tel: (202) 622-5292
- John Playforth, jplayforth@cov.com, 850 Tenth Street NW One City Center, Washington, DC 20001, Tel: (202) 622-5292
- Neema Trivedi Sahni, nsahni@cov.com, 2029 Century Park East Suite 3100, Los Angeles, CA 90067, Tel: (424) 332-4800
- Beth A. Wilkinson, bwilkinson@wilkinsonstekloff.com, 2001 M Street NW, Suite 10th Floor, Washington, DC 20036, Tel: (202) 847-4000
- Rakesh Kilaru, rkilaru@wilkinsonstekloff.com, 2001 M Street NW, Suite 10th Floor, Washington, DC 20036, Tel: (202) 847-4000
- Jeremy S. Barber, jbarber@wilkinsonstekloff.com, 130 W 42nd Street, 24th Floor New York, NY 10036, Tel: (212) 294-8910
- Max Warren, mwarren@wilkinsonstekloff.com, 2001 M Street NW, Suite 10th Floor, Washington, DC 20036, Tel: (202) 847-4000

- Roxana Guidero, rguidero@wilkinsonstekloff.com, 11601 Wilshire Boulevard, Suite 600, Los Angeles, CA 90025, Tel: (424) 291-9655

Dated: February 22, 2022

Respectfully submitted,

By: */s/ Marc M. Seltzer*
Marc M. Seltzer

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
William Christopher Carmody
(*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206)

Michael D. Hausfeld (*Pro Hac Vice*)
mhausfeld@hausfeld.com
Farhad Mirzadeh (Pro Hac Vice)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com

3

Irving Scher (*Pro Hac Vice*)
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Michael P. Lehmann (77152)
mlehmann@hausfeld.com
Bonny E. Sweeny (176174)
bsweeney@hausfeld.com
Christopher L. Lebsock (184546)
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Plaintiffs' Co-Lead Counsel

**MEMORANDUM OF POINTS AND AUTHORITIES**

On February 18, 2022, based on the NFL Defendants' failure to comply with the Court's deadline for substantially completing their production of documents, and the prejudice plaintiffs will suffer as a result of the late production if the fact discovery deadline were not extended, plaintiffs moved to amend the Court's case scheduling order to extend the time to conduct fact discovery and continue related deadlines for briefing plaintiffs' motion for class certification and to conduct expert discovery. (Dkt. No. 423) The earliest hearing date that plaintiffs' motion could be noticed for hearing was April 15, 2022, which is only one month prior to the close of fact discovery. Plaintiffs make this *ex parte* application to advance the hearing on their motion to March 18, 2022.

A party seeking *ex parte* relief must show (1) irreparable injury if the underlying motion is heard on the current schedule; and (2) that the moving party did not create the crisis that requires *ex parte* relief. *See Mission Power Eng'g. Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

As discussed in more detail below, plaintiffs will suffer irreparable injury if the hearing date is not advanced. Proceeding with the current hearing date would require that plaintiffs immediately deploy their resources to conduct a highly compressed review and analysis of many thousands of pages of documents belatedly produced by the NFL Defendants—and notice numerous depositions based on that review and analysis—to meet the current May 15, 2022 deadline. Plaintiffs respectfully submit that earlier resolution of whether the fact discovery cut-off will be extended is in the best interests of the parties and efficient case management.

Plaintiffs filed their motion to modify the Court's scheduling order shortly after reaching an impasse with the NFL Defendants regarding plaintiffs' proposed modifications to the case schedule.

Plaintiffs are not seeking the *ex parte* relief to gain any unfair advantage over the NFL Defendants. If this *ex parte* application is granted, they will have the same

5

time to file their opposition to plaintiffs' motion as they would have had pursuant to the briefing schedule contemplated in the Local Rules.

### A. **Plaintiffs will Suffer Irreparable Injury if Their Motion is Heard on the Current Schedule.**

As explained in their motion, plaintiffs are seeking to amend the Court's scheduling order because: (a) the NFL Defendants produced many thousands of pages of documents *after* the Court-ordered deadline to substantially complete their production of documents and *after* the date they represented they had substantially completed their production of documents; and (b) the NFL Defendants made inaccurate statements in an interrogatory response denying the existence of important football fan data they actually possessed and which was only produced this past Saturday. Plaintiffs will be prejudiced if their motion can only be heard just one month before the current fact discovery cut-off.

### B. **The NFL Defendants' Actions Created the Need for *Ex Parte* Relief.**

The NFL Defendants' late production of documents and shortcomings in their discovery responses have caused the problems giving rise to plaintiffs' motion and their *ex parte* application. Plaintiffs' requested *ex parte* relief should be granted so that they are not prejudiced by circumstances not of their making.

For the foregoing reasons, plaintiffs respectfully request that their *ex parte* application be granted.

Dated: February 22, 2022

Respectfully submitted,

By: */s/ Marc M. Seltzer*
Marc M. Seltzer

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067

| | |
|---|---|
| 1 | Tel: (310) 789-3100<br>Fax: (310) 789-3150 |
| 2 | Arun Subramanian (*Pro Hac Vice*) |
| 3 | asubramanian@susmangodfrey.com<br>William Christopher Carmody |
| 4 | (*Pro Hac Vice*)<br>bcarmody@susmangodfrey.com |
| 5 | Seth Ard (*Pro Hac Vice*)<br>sard@susmangodfrey.com |
| 6 | Tyler Finn (*Pro Hac Vice*)<br>tfinn@susmangodfrey.com |
| 7 | SUSMAN GODFREY L.L.P<br>1301 Avenue of the Americas, 32nd Fl. |
| 8 | New York, NY 10019<br>Tel: (212) 336-8330 |
| 9 | Fax: (212) 336-8340 |
| 10 | Ian M. Gore (*Pro Hac Vice*)<br>igore@susmangodfrey.com |
| 11 | SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800 |
| 12 | Seattle, WA 98101<br>Tel: (206) 505-3841 |
| 13 | Fax: (206) |
| 14 | Michael D. Hausfeld (*Pro Hac Vice*)<br>mhausfeld@hausfeld.com |
| 15 | Farhad Mirzadeh (*Pro Hac Vice*)<br>fmirzadeh@hausfeld.com |
| 16 | HAUSFELD LLP<br>888 16th Street, N.W., Suite 300 |
| 17 | Washington, DC 20006<br>Tel: (202) 540-7200 |
| 18 | Fax: (202) 540-7201 |
| 19 | Scott Martin (*Pro Hac Vice*)<br>smartin@hausfeld.com |
| 20 | Irving Scher (*Pro Hac Vice*)<br>ischer@hausfeld.com |
| 21 | HAUSFELD LLP<br>33 Whitehall Street, 14th Floor |
| 22 | New York, NY 10004<br>Tel: (646) 357-1100 |
| 23 | Fax: (212) 202-4322 |
| 24 | Michael P. Lehmann (77152)<br>mlehmann@hausfeld.com |
| 25 | Bonny E. Sweeny (176174)<br>bsweeney@hausfeld.com |
| 26 | Christopher L. Lebsock (184546)<br>clebsock@hausfled.com |
| 27 | HAUSFELD LLP<br>600 Montgomery St., Suite 3200 |
| 28 | San Francisco, CA 94111<br>Tel: (415) 633-1908 |

Fax: (415) 358-4980

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Plaintiffs' Co-Lead Counsel