Marc M. Seltzer (54534)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
Irving Scher (*Pro Hac Vice*)
ischer@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
**LANGER GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*
[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**PLAINTIFFS' REPLY TO NFL DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION FOR ORDER TO ADVANCE THE HEARING DATE ON PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER**<br><br>Judge: Hon. Philip S. Gutierrez |

In response to the NFL Defendants' opposition to plaintiffs' *ex parte* application to advance the hearing date on their motion to modify the Court's scheduling order, filed this morning, and for the Court's fair appreciation of the facts and circumstances concerning plaintiffs' *ex parte* application, we respectfully note the following points in reply:

- *First*, plaintiffs seek no more than to have the hearing on their underlying motion held on an earlier date consistent with the Local Rules that would still provide the NFL Defendants the full time to respond that would be permitted for a regularly noticed motion, *i.e.*, for the motion to be heard on March 18, 2022.

- *Second*, and by contrast, the NFL Defendants' inequitable conduct has put plaintiffs into a position, in terms of their ability to review and analyze hundreds of thousands of pages of documents and prepare for and take depositions, that plaintiffs were properly entitled to be in last October – *seven months*, not three, before the current fact discovery cutoff of May 15, 2022.

- *Third*, the NFL Defendants' assertion that they produced the majority of their materials "months ago" is demonstrably, quantitatively incorrect: they produced a greater volume in the past seven weeks than they did in all the time prior to the "substantial completion" deadline in October 2021 (which they incorrectly confirmed the following month they had met), even *before* taking into account last Saturday's production of approximately five gigabytes of fan database material.

- *Fourth*, the relevant fact concerning the fan database is not when the NFL Defendants disclosed its existence, but when plaintiffs discovered that the NFL Defendants' representations in their interrogatory responses concerning its existence and nature were also incorrect – just

last month, in response to which revelation the NFL Defendants capitulated to its production (which only occurred last Saturday).

- *Fifth*, advancing the hearing date by one month is significant here, as less than three months remain until the close of fact discovery. The prejudice that would result from uncertainty concerning the fact discovery cutoff lingering for two-thirds of that time (until April 15, 2022) is self-evident. Defendants are simply trying to win this motion through delay by deferring for another month resolution of whether the discovery cut-off will be extended, thereby placing further pressure on plaintiffs in circumstances where the NFL Defendants' late production of documents has already unfairly disadvantaged plaintiffs.

Plaintiffs are acutely aware of the Court's standard for granting *ex parte* relief. We have not sought such relief previously, and do so here only of necessity.

Dated: February 23, 2022

Respectfully submitted,

By: __/s/ Marc M. Seltzer__
Marc M. Seltzer

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
William Christopher Carmody
(*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330

Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206)

Michael D. Hausfeld (*Pro Hac Vice*)
mhausfeld@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
Irving Scher (*Pro Hac Vice*)
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Michael P. Lehmann (77152)
mlehmann@hausfeld.com
Bonny E. Sweeny (176174)
bsweeney@hausfeld.com
Christopher L. Lebsock (184546)
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Plaintiffs' Co-Lead Counsel