**FILED**
CLERK, U.S. DISTRICT COURT
02/23/22
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

LINK 424

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[PROPOSED] ORDER ADVANCING HEARING DATE ON PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER |

For good cause shown, plaintiffs' *Ex Parte* Application for an Order to Advance the Hearing Date on Plaintiffs' Motion to Amend Scheduling Order is hereby GRANTED; and

IT IS HEREBY ORDERED the hearing date on Plaintiffs' Motion to Amend the Scheduling Order shall be advanced to March 18, 2022, at 1:30 p.m. Any papers in opposition to plaintiffs' motion, and any reply papers in support, shall be filed by the dates specified in the Court's Local Rules based on the March 18, 2022 hearing date.

Dated: February 23, 2022

Philip S. Gutierrez
CHIEF UNITED STATES DISTRICT JUDGE

1