MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

[Additional Counsel listed on Signature Page]

*Plaintiffs' Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**JOINT STATUS REPORT ON PRODUCTION OF BROADCAST AGREEMENTS**<br><br>Discovery Cutoff Date: 5/15/2022<br>Pretrial-Conference Date: TBD<br>Trial Date: TBD |

Pursuant to the Court's February 3, 2022 order regarding the production of the NFL Defendants' network broadcast agreements (ECF No. 419), Plaintiffs and the NFL Defendants respectfully submit this Joint Status Report.

## I. BRIEF SUMMARY OF THE ISSUE

On December 14, 2021, the parties filed a Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NFL Defendants ("Joint Stipulation") (ECF No. 367), in which Plaintiffs sought an order compelling the NFL Defendants to produce unredacted versions of the licensing and distribution agreements with their four network partners (*i.e.*, CBS, Fox, NBC, and ESPN). (ECF No. 367-5.)

The Court held a hearing on the issue on January 11, 2022. After argument from both sides, the Court continued the motion and ordered the parties and the network partners "to meet and confer on a process for resolving the disputed redactions in the Network contracts with the NFL . . . to provide Plaintiffs with sufficient information to make informed judgments about whether redacted material is relevant and responsive." (ECF No. 393.) The Court also ordered the parties to file a Joint Status Report on or before January 25, 2022. (*Id.*)

Plaintiffs met and conferred with the NFL Defendants and representatives from CBS, Fox, NBC, and ESPN. On January 25, 2022, the parties filed a Joint Status Report. In that Report, the parties indicated that they were unable to reach agreement on a process for resolving the disputed redactions in the NFL Defendants' broadcast agreements with their network partners. (ECF Nos. 405, 406-1.)

The Court thereafter ordered the NFL Defendants to produce unredacted copies of their licensing and distribution agreements with CBS, Fox, ESPN, and NBC to Edward Diver, a senior member of Plaintiffs' legal team. (ECF No. 419.) In doing so, the Court ordered the NFL Defendants and the networks to "re-examine their redactions to determine if redaction is necessary." (ECF No. 416.) The Court also ordered Plaintiffs (through Mr. Diver) to "focus their redaction challenges on the

most important provisions, such as those that tend to demonstrate antitrust restraints," (ECF No. 416, at 5), "identify the clauses or portions of clauses that he agrees may remain redacted," (ECF No. 419, at 1), and "offer reasons why each other clause or portion of clause should be unredacted," *id.*

The NFL Defendants subsequently produced to Mr. Diver unredacted copies of their broadcast agreements. On February 11, 2022, after reviewing the unredacted agreements with the proposed redactions, Mr. Diver sent the NFL Defendants a proposal that outlined Plaintiffs' redaction position with respect to each applicable broadcast agreement.

Subsequently, the parties and the network parties exchanged proposals and met and conferred to try to resolve their differences. The parties and NBC have reached agreement with respect to the appropriate redactions to the NFL Defendants' broadcast agreement with NBC, which will be produced forthwith. Disputes remain as to the appropriate scope of redactions with respect to the NFL Defendants' broadcast agreements with CBS, Fox, and ESPN.

### A. Plaintiffs' Position

Plaintiffs, through Mr. Diver, are prepared today to fully brief their position on the redactions in the NFL Defendants' broadcast agreements with CBS, Fox, and ESPN. This Court's Order instructed the parties to be prepared to do just that. The Court ordered the parties to "file a Joint Status Report on or before February 25, 2022, indicating any agreements and *any remaining issues*." (ECF No. 419) (emphasis added).

While the parties have reached agreement on the NFL Defendants' broadcast agreement with NBC, as indicated in the attached Proposed Order, there are significant remaining issues separating the parties with respect to the NFL Defendants' broadcast agreements with Fox, CBS, and ESPN. Plaintiffs, through Mr. Diver, were prepared today to demonstrate to the Court that each broadcast agreement between the NFL Defendants and their network partners should be

produced in its entirety.

Nevertheless, in conversations between Plaintiffs and counsel for the NFL Defendants, Plaintiffs learned that the NFL Defendants were not prepared to make a similar filing. Therefore, Plaintiffs have agreed to delay the substantive filing until March 2, 2022, in accordance with the attached Proposed Order.

Plaintiffs, who have been represented by Mr. Diver, disagree with the NFL Defendants' description and characterization of the process and current status of their attempt to resolve the inappropriateness of the redactions to the NFL Defendants' network broadcast agreements. In their view, important and relevant provisions of those contracts are subject to unjustified claims that Plaintiffs should be precluded from using those contracts in support of their claims in this litigation. While Plaintiffs continue to believe that the contracts should be useable in full, they have nonetheless agreed to limited redactions. They were prepared to present their position on the remaining disputed provisions to the Court today but have agreed to defer that submission until this coming Wednesday, subject to the approval of the Court.

### B. The NFL Defendants' Position

The NFL Defendants and each of the networks have made every effort to produce broadcast agreements without redactions to relevant provisions, in line with this Court's Order. In total, the networks have agreed to remove redactions from hundreds of provisions and the parties are close to a resolution. We have reached an agreement to produce NBC's agreement with only a single redaction. Fox and ESPN each request that only three provisions be redacted from their agreements. CBS has agreed to all or part of 80 of Plaintiffs' 115 challenges to its redactions, with only 35 remaining.

The networks continued to seek a resolution following meet and confers with Plaintiffs. Each network with outstanding provisions at issue reached out to Mr. Diver this week in an attempt to reach agreement and avoid continued Court intervention. It was not until today that the NFL Defendants and the networks learned

| | |
|---|---|
| 1 | that Plaintiffs apparently did not plan to respond to any of these offers. Plaintiffs' |
| 2 | statement that the NFL Defendants were not ready to make a submission today is |
| 3 | thus misleading. |
| 4 | Given the continued hope of a resolution and in line with the Court's reminder |
| 5 | to "confer in good faith to eliminate or reduce the number of issues in dispute," (ECF |
| 6 | No. 416 at 4), the NFL Defendants did not believe an *in camera* submission was |
| 7 | appropriate today. As Plaintiffs have now indicated an impasse on the remaining |
| 8 | provisions, the parties will be prepared to submit substantive briefing *in camera* on |
| 9 | March 2, 2022. Due to the confidential nature of these highly commercially-sensitive |
| 10 | provisions and in line with the Court's order that only Mr. Diver view the specific |
| 11 | language of the provisions at issue, the NFL Defendants believe *in camera* review is |
| 12 | necessary. |

Dated: February 25, 2022                    Respectfully submitted,

                                            */s/ Marc M. Seltzer*
                                            Marc M. Seltzer
                                            mseltzer@susmangodfrey.com
                                            SUSMAN GODFREY L.L.P.
                                            1900 Avenue of the Stars, Suite 1400
                                            Los Angeles, CA 90067
                                            Tel: (310) 789-3100
                                            Fax: (310) 789-3150

                                            Arun Subramanian
                                            asubramanian@susmangodfrey.com
                                            William Christopher Carmody
                                            bcarmody@susmangodfrey.com
                                            Seth Ard
                                            sard@susmangodfrey.com
                                            Tyler Finn
                                            tfinn@susmangodfrey.com
                                            SUSMAN GODFREY L.L.P

```
                         1301 Avenue of the Americas, 32nd Fl.
                         New York, NY 10019
                         Tel: (212) 336-8330
                         Fax: (212) 336-8340

                         Ian M. Gore
                         igore@susmangodfrey.com
                         SUSMAN GODFREY L.L.P.
                         1201 Third Avenue, Suite 3800
                         Seattle, WA 98101
                         Tel: (206) 505-3841
                         Fax: (206) 516-3883

                         Scott Martin
                         smartin@hausfeld.com
                         Irving Scher
                         ischer@hausfeld.com
                         HAUSFELD LLP
                         33 Whitehall Street, 14th Floor
                         New York, NY 10004
                         Tel: (646) 357-1100
                         Fax: (212) 202-4322

                         Michael P. Lehmann (SBN 77152)
                         mlehmann@hausfeld.com
                         Bonny E. Sweeny (SBN 176174)
                         bsweeney@hausfeld.com
                         Christopher L. Lebsock (SBN 184546)
                         clebsock@hausfled.com
                         HAUSFELD LLP
                         600 Montgomery St., Suite 3200
                         San Francisco, CA 94111
                         Tel: (415) 633-1908
                         Fax: (415) 358-4980

                         Howard Langer
                         hlanger@langergrogan.com
                         Edward Diver
                         diver@langergrogan.com
                         Peter Leckman
                         pleckman@langergrogan.com
                         Kevin Trainer
```

ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Co-Lead Plaintiffs Counsel*

Dated: February 25, 2022

/s/ *Beth A. Wilkinson*
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com


Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000

Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized this filing.