# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER COMPELLING NFL DEFENDANTS TO PRODUCE NBC UNIVERSAL BROADCAST AGREEMENT AND PROVIDING FOR IN CAMERA SUBMISSIONS**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Place: Courtroom 640<br><br>Discovery Cutoff Date: 5/15/2022<br>Pretrial-Conference Date: TBD<br>Trial Date: TBD |

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents by NFL Defendants pursuant to Federal Rule of Civil Procedure 37. The Court, having considered the Joint Status Report of the parties, hereby Orders as follows:

IT IS ORDERED that, within three days of this Order, the NFL Defendants shall produce to Plaintiffs their licensing and distribution agreement(s) with NBC Universal in the unredacted form as agreed to by Mr. Diver and counsel for NBC Universal. Such production shall be via the parties' ordinary discovery platforms in accordance with the ESI Order.

IT IS FURTHER ORDERED that the parties shall submit substantive arguments with respect to the redactions that remain in the NFL Defendants' broadcast agreements with CBS, Fox, and ESPN in a joint submission due on Tuesday, March 2, 2022.

IT IS FURTHER ORDERED that the parties' joint submission due March 2, 2022, shall be filed in camera.

IT IS SO ORDERED.

Dated: 3/1/2022            /s/John E. McDermott
                           JOHN E. MCDERMOTT
                           United Sates Magistrate Judge