# EXHIBIT C

## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

| Suite 5100 | Suite 1400 | Suite 3800 |
|---|---|---|
| 1000 Louisiana Street | 1900 Avenue of the Stars | 1201 Third Avenue |
| Houston, Texas 77002-5096 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

Edward Delman
Direct Dial (212) 729-2052

E-Mail EDelman@susmangodfrey.com

August 23, 2021

VIA E-MAIL

Jeremy Barber
Wilkinson Stekloff LLP
130 W 42nd Street, 24th Floor
New York, NY 10036

Re: *In re National Football League's "Sunday Ticket" Antitrust Litigation*, Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)

Dear Jeremy:

Please find enclosed with this letter Plaintiffs' Third Set of Requests for Production of Documents to NFL Club Defendants. As you will see, these Requests are largely duplicative of Plaintiffs' prior Requests for Production. Indeed, the instant Requests are being served solely due to the NFL Defendants' objection to producing documents prior to 2011. Plaintiffs look forward to receiving responsive documents from the NFL Club Defendants. Please feel free to reach out if you have any questions.

Sincerely,

Edward Delman