UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15ML02668 PSG (JEMx) | Date | March 7, 2022 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

| Present: The Honorable | JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE |
|---|---|
| S. Lorenzo | |
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER RE JOINT STATUS REPORT ON PRODUCTION OF BROADCAST AGREEMENTS (Dkt. 428)**

In their February 25, 2022 Joint Status Report on Production of Broadcast Agreements (Dkt. 428), the parties advised the Court that there are no further redaction issues regarding the NFL's agreement with NBC. (Id. at 3.) The parties, however, further advised the Court that both Fox and ESPN request that three provisions continue to be redacted and that CBS seeks approval of 35 redactions. (Id.)

On March 2, 2022, the parties presented the Court in camera a Joint Submission ("JS") containing the broadcast agreements, disputed redaction provisions and legal and factual arguments. The Court has reviewed the Joint Submission and makes the following rulings. The Court finds that the disputed ESPN and Fox redactions are relevant to Plaintiffs' theory of the case and should be unredacted. See JS 5-10; 4 fn.2. As to CBS, the Court finds that all but one category of the disputed redactions are relevant to Plaintiffs' theory of the case and should be unredacted. See Weil, Gotshal & Manger LLP, p. 3. The Court, however, will not order unredaction of the 13 product specifications provisions as the Court deems these provisions to be of secondary importance.

CBS, ESPN and Fox shall produce final copies of all the broadcast agreements in accordance with the parties' agreements and with this Order, **within 3 days of this Order**.

| | : | |
|---|---|---|
| | Initials of Preparer | slo |