Armstead C. Lewis
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366 / Fax: (713) 654-6666
alewis@susmangodfrey.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION <br><br> Plaintiff(s) <br><br> v. <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS <br><br> Defendant(s). | CASE NUMBER <br><br> 2:15-ML-02668-PSG (JEMx) <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE _PRO HAC VICE_** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case _Pro Hac Vice_ filed by**

Lewis, Armstead C.                    of

_Applicant's Name (Last Name, First Name & Middle Initial)_

(713) 651-9366          (713) 654-6666

_Telephone Number_     _Fax Number_

alewis@susmangodfrey.com

_E-Mail Address_

Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002

_Firm/Agency Name & Address_

**for permission to appear and participate in this case on behalf of**

Ninth Inning Inc., Robert Gary Lippincott, Jr., Michael Holinko, 1465 Third Avenue Restaurant Corp.

_Name(s) of Party(ies) Represented_          ☒ _Plaintiff(s)_  ☐ _Defendant(s)_  ☐ _Other:_

**and designating as Local Counsel**

Seltzer, Marc M.                    of

_Designee's Name (Last Name, First Name & Middle Initial)_

54534          (310) 789-3100          (310) 789-3150

_Designee's Cal. Bar No._   _Telephone Number_   _Fax Number_

mseltzer@susmangodfrey.com

_E-Mail Address_

Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067

_Firm/Agency Name & Address_

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

　　　　　☐ for failure to complete Application: _____

　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____          _____
                                          **U.S. District Judge/U.S. Magistrate Judge**