Armstead C. Lewis
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366 / Fax: (713) 654-6666
alewis@susmangodfrey.com

**FILED**
CLERK, U.S. DISTRICT COURT
03/15/22
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

LINK 433

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>Plaintiff(s)<br>v.<br>THIS DOCUMENT RELATES TO ALL ACTIONS<br><br>Defendant(s). | CASE NUMBER<br>2:15-ML-02668-PSG (JEMx)<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lewis, Armstead C.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(713) 651-9366      (713) 654-6666
*Telephone Number*    *Fax Number*

alewis@susmangodfrey.com
*E-Mail Address*

of

Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Ninth Inning Inc., Robert Gary Lippincott, Jr., Michael Holinko, 1465 Third Avenue Restaurant Corp.

*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

and designating as Local Counsel

Seltzer, Marc M.
*Designee's Name (Last Name, First Name & Middle Initial)*

54534        (310) 789-3100    (310) 789-3150
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

mseltzer@susmangodfrey.com
*E-Mail Address*

of

Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated  03/15/22          _____
                         U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1