| | |
|---|---|
| Marc M. Seltzer (54534)<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150<br>mseltzer@susmangodfrey.com<br><br>Scott Martin (*Pro Hac Vice*)<br>smartin@hausfeld.com<br>Irving Scher (*Pro Hac Vice*)<br>ischer@hausfeld.com<br>**HAUSFELD LLP**<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>Tel: (646) 357-1100<br>Fax: (2121) 202-4322 | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com<br>Edward Diver (*Pro Hac Vice*)<br>ndiver@langergrogan.com<br>Peter Leckman (235721)<br>pleckman@langergrogan.com<br>**LANGER GROGAN & DIVER, P.C.**<br>1717 Arch Street, Suite 4130<br>Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703 |

*Plaintiffs' Co-Lead Counsel*
[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**STIPULATION TO ADD JONATHAN FRANTZ AS NAMED PLAINTIFF, WITHDRAW MICHAEL HOLINKO AS NAMED PLAINTIFF, AND FILE A CONFORMING SECOND CONSOLIDATED AMENDED COMPLAINT** |

WHEREAS, Plaintiffs filed a Consolidated Amended Complaint in this multi-district litigation on June 24, 2016 and named Michael Holinko as one of the named Plaintiffs to represent the Residential Class;

WHEREAS, Michael Holinko unexpectedly passed away in January 2022, and counsel for Plaintiffs informed counsel for NFL Defendants that Plaintiffs would seek to replace him with another suitable class representative;

WHEREAS, Plaintiffs recently identified Jonathan Frantz as a suitable representative for the Residential Class and informed NFL Defendants of their decision to replace Michael Holinko with Jonathan Frantz during a meet-and-confer session on March 4, 2022;

WHEREAS, Plaintiffs have agreed that Jonathan Frantz will adopt Michael Holinko's objections and the product of meet-and-confer sessions concerning outstanding discovery and will produce documents and respond to all outstanding written discovery by April 4, 2022;

NOW, therefore, the parties hereby stipulate, agree, and consent, under Federal Rules of Civil Procedure 15(a)(2) and 21, to the removal of Michael Holinko as named plaintiff for the Residential Class, the addition of Jonathan Frantz as named plaintiff for the Residential Class, and Plaintiffs' filing of a conforming Second Consolidated Amended Complaint (with no other changes). Two versions of the Second Consolidated Amended Complaint are included as exhibits to this Stipulation: a redlined version and a clean version.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: March 16, 2022          Respectfully submitted,

By: _/s/ Marc M. Seltzer_
       Marc M. Seltzer

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950

Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
William Christopher Carmody
(*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Michael D. Hausfeld (*Pro Hac Vice*)
mhausfeld@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
Irving Scher (*Pro Hac Vice*)
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Michael P. Lehmann (77152)
mlehmann@hausfeld.com
Bonny E. Sweeny (176174)
bsweeney@hausfeld.com
Christopher L. Lebsock (184546)
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200

San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

/s/ Jeremy S. Barber
Beth A. Wilkinson (*Pro Hac Vice*)
Brian L. Stekloff (*Pro Hac Vice*)
Rakesh N. Kilaru (*Pro Hac Vice*)
Jeremy S. Barber (*Pro Hac Vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted pro hac vice)
Derek Ludwin (admitted pro hac vice)
COVINGTON & BURLING LLP

One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

Counsel for Defendants National Football League, NFL *Enterprises LLC, and the Individual NFL Clubs*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.*