1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO ADD JONATHAN FRANTZ AS NAMED PLAINTIFF, WITHDRAW MICHAEL HOLINKO AS NAMED PLAINTIFF, AND FILE A CONFORMING SECOND CONSOLIDATED AMENDED COMPLAINT** |
| --- | --- |

1

1        The Court, having considered the parties' Stipulation to Add Jonathan Frantz

2  as Named Plaintiff, Withdraw Michael Holinko as Named Plaintiff, and File a

3  Conforming Second Consolidated Amended Complaint and determined that the

4  requirements of Federal Rules of Civil Procedure 15(a)(2) and 21 have been met,

5        IT IS HEREBY ORDERED as follows:

6        Pursuant to Federal Rule of Civil Procedure 21, Jonathan Frantz shall be added

7  as named plaintiff for the Residential Class, and Michael Holinko shall be removed

8  as a named plaintiff for the Residential Class.

9        Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs may amend

10  their pleading by filing their Second Consolidated Amended Complaint.

11

12  Dated: _____

13                           Philip S. Gutierrez
                             CHIEF UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28