**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**ORDER REGARDING STIPULATION TO ADD JONATHAN FRANTZ AS NAMED PLAINTIFF, WITHDRAW MICHAEL HOLINKO AS NAMED PLAINTIFF, AND FILE A CONFORMING SECOND CONSOLIDATED AMENDED COMPLAINT** |

The Court, having considered the parties' Stipulation to Add Jonathan Frantz as Named Plaintiff, Withdraw Michael Holinko as Named Plaintiff, and File a Conforming Second Consolidated Amended Complaint and determined that the requirements of Federal Rules of Civil Procedure 15(a)(2) and 21 have been met,

IT IS HEREBY ORDERED as follows:

Pursuant to Federal Rule of Civil Procedure 21, Jonathan Frantz shall be added as named plaintiff for the Residential Class, and Michael Holinko shall be removed as a named plaintiff for the Residential Class.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs may amend their pleading by filing their Second Consolidated Amended Complaint.

Dated: March 18, 2022

Philip S. Gutierrez
CHIEF UNITED STATES DISTRICT JUDGE