1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

7   IN RE: NATIONAL FOOTBALL
    LEAGUE'S "SUNDAY TICKET"
8   ANTITRUST LITIGATION

9   THIS DOCUMENT RELATES TO
    ALL ACTIONS
10

Case No. 2:15-ml-02668-PSG (JEMx)

**[PROPOSED] ORDER RE
PLAINTIFFS' APPLICATION
UNDER LOCAL RULE 79-5 TO
FILE DOCUMENTS UNDER SEAL**

11
12

Magistrate Judge: Hon. John E.
McDermott; Place: Courtroom 640

13

Discovery Cutoff Date: 8/5/2022
Pretrial-Conference Date: 2/9/2024
Trial Date: 2/22/2024

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to

2 File Documents Under Seal. The Court has considered the application and GRANTS

3 the application.

4    IT IS HEREBY ORDERED that the following documents are to be filed under

5 seal:

6    1.  The sealed Declaration of Edward Diver in Support of Plaintiffs'

7        Application to File Documents Under Seal; and

8    2.  The unredacted version of the Plaintiffs' Memorandum in Support of

9        Motion to Clarify March 7 Order.

10

11

12                               IT IS SO ORDERED.

13

14  Dated: _____        _____

15                                        JOHN E. MCDERMOTT
                                          United Sates Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

27

28