# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[~~XXXXXXXX~~] [PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL<br><br>Magistrate Judge: Hon. John E. McDermott; Place: Courtroom 640<br><br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

1 | Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to
2 | File Documents Under Seal. The Court has considered the application and GRANTS
3 | the application.
4 | IT IS HEREBY ORDERED that the following documents are to be filed under
5 | seal:
6 | 1. The sealed Declaration of Edward Diver in Support of Plaintiffs'
7 | Application to File Documents Under Seal; and
8 | 2. The unredacted version of the Plaintiffs' Memorandum in Support of
9 | Motion to Clarify March 7 Order.

IT IS SO ORDERED.

*John E. McDermott*

Dated: 4/14/22

JOHN E. MCDERMOTT
United Sates Magistrate Judge

1