

Case: 2:15ml02668  Doc: 435

Roger A Sachar                                                    Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036