UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

**FILED**
CLERK, U.S. DISTRICT COURT
April 13, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: DB  DEPUTY

**UNDELIVERABLE**

-N-T-S-  150361050-1J7  04/02/22

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

PSG

FILED
CLERK, U.S. DISTRICT COURT
APR 12 2022
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
APR - 8 2022
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

NEOPOST
01/21/2022
US POSTAGE $001.36⁰
ZIP 90012
041M11461109
FIRST-CLASS MAIL

Case: 2:15ml2668 Doc: 402

Roger A Sachar                               Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036