1  MARC M. SELTZER (54534)
   mseltzer@susmangodfrey.com
2  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067-6029
   Phone: (310) 789-3100/Fax: (310) 789-3150
4
5  SCOTT MARTIN (*Pro Hac Vice*)
   smartin@hausfeld.com
   HAUSFELD LLP
6  33 Whitehall Street, 14th Floor
   New York, NY 10004
7  Tel: (646) 357-1100/ Fax: (212) 202-4322

8  HOWARD LANGER (*Pro Hac Vice*)
   hlanger@langergrogan.com
9  LANGER GROGAN AND DIVER PC
   1717 Arch Street, Suite 4130
10 Philadelphia, PA 19103
   Tel: (215) 320-5660/ Fax: (215) 320-5703
11

12 *Plaintiffs' Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF ARMSTEAD LEWIS IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE NFL'S RESPONSES TO PLAINTIFFS' THIRD SET OF INTERROGATORIES, OR ALTERNATIVELY, TO EXPAND INTERROGATORY LIMITS**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 5/17/2022, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

I, Armstead Lewis, declare under penalty of perjury that the following is true and correct:

1. I am over the age of twenty-one (21) years and am an associate at Susman Godfrey LLP. I am counsel of record for Plaintiffs Ninth Inning, Inc., 1465 Third Avenue Restaurant Corp., Robert Gary Lippincott, Jr., and Jonathan Frantz in the above-captioned litigation. I submit this declaration in support of Plaintiffs' Motion to Compel Responses to Plaintiffs' Third Set of Interrogatories to the NFL.

2. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

3. Attached as Exhibit 1 is a true and correct copy of the Court's amended scheduling order filed on March 15, 2022, Dkt. 434.

4. Attached as Exhibit 2 is a true and correct copy the NFL Defendants' Objections and Responses to Plaintiffs' Third Set of Interrogatories.

5. Attached hereto as Exhibit 3 is a true and correct copy of a letter sent by Jeremy Barber to me, dated March 28, 2022.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Rule 37-1 letter sent by me, counsel for Plaintiffs, to Jeremy Barber, counsel for the NFL Defendants, on March 11, 2022.

7. Attached hereto as Exhibit 5 is a true and correct copy of the Court's scheduling order filed on January 12, 2021, Dkt. 294.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Court's scheduling order filed on November 29, 2021, Dkt. 363.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 19th day of April, in Houston, Texas.

*/s/ Armstead Lewis*
Armstead Lewis

2