Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

_____

THIS DOCUMENT RELATES TO:
ALL ACTIONS

_____

) Case No. 2:15-ml-02668-PSG (JEMx)
)
) **DECLARATION OF JEREMY S. BARBER IN SUPPORT OF THE NFL'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**
)
) Magistrate Judge: Hon. John E. McDermott
) Date/Time: 5/13/2022, 10:00 a.m.
) Discovery Cutoff Date: 8/5/2022
) Pretrial-Conference Date: 2/9/2024
) Trial Date: 2/22/2024

I, Jeremy S. Barber, declare as follows:

1.      I am a partner at the law firm of Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted *pro hac vice* to practice before the United States Central District of California in this litigation.

2.      I make this declaration in support of the NFL's Opposition to Plaintiffs' Motion to Compel.

3.      On October 15, 2021, Plaintiffs served their Second Set of Interrogatories to the NFL, consisting of Interrogatories Nos. 2 and 3.  At a meet and confer on November 5, 2021, the parties stipulated to a deadline of November 29, 2021 for the NFL to respond to Plaintiffs' Second Set of Interrogatories.  The NFL served its Objections and Responses to Plaintiffs' Second Set of Interrogatories on November 29, 2021.  Attached hereto as Exhibit A is a true and correct copy of the NFL's Objections and Responses to Plaintiffs' Second Set of Interrogatories.

4.      On December 8, 2021, Plaintiffs requested a meet and confer to discuss, *inter alia*, the NFL's objections to Interrogatory No. 2.  Attached hereto as Exhibit B is a true and correct copy of a letter sent by Tyler Finn, counsel for Plaintiffs, to me on December 8, 2021.  During the parties' meet and confer on December 16, 2021, the NFL stood by its objections to Interrogatory No. 2, but agreed to supplement its responses in an effort to resolve the dispute.

5.      On January 24, 2022, the NFL served its Supplemental Objections and Responses to Plaintiffs' Interrogatory No. 2.  Attached hereto as Exhibit C is a true and correct copy of the NFL's Supplemental Objections and Responses to Plaintiffs' Interrogatory No. 2.

6.      On February 1, 2022, Plaintiffs served their Third Set of Interrogatories to the NFL, consisting of Interrogatories Nos. 4 to 22.  On March 3, 2022, the NFL served

---

**Case No. 2:15-ml-02668-PSG (JEMx)**     **Declaration of Jeremy S. Barber in Support of the NFL's Opposition to Plaintiffs' Motion to Compel**

its Objections and Responses to Plaintiffs' Third Set of Interrogatories.  Ex. 2.

7.      On March 11, 2022, Plaintiffs requested a meet and confer to discuss the NFL's Objections and Responses to Plaintiffs' Third Set of Interrogatories.  Ex. 4.  The parties held a meet and confer on March 22, 2022, and the NFL followed up with a letter on March 28, 2022.  Ex. 3.

8.      At no point before serving their portion of the Joint Stipulation regarding the instant Motion to Compel on April 8, 2022, did Plaintiffs request or express any interest to the NFL in expanding Plaintiffs' presumptive 25-interrogatory limit pursuant to Rule 33(a)(1) of the Federal Rules of Civil Procedure.  They have neither requested a stipulation to this expansion, nor requested a meet and confer to discuss requesting this expansion before the Court.

9.      Pursuant to the parties' Stipulation Regarding Modifications to Scheduling Order on November 19, 2021 (ECF No. 362) and Plaintiffs' briefing in connection with their Motion to Amend the Scheduling Order filed on February 18, 2022 (ECF No. 423-1, at 7 n.3), Plaintiffs agreed not to serve on the NFL Defendants any written discovery requests, including interrogatories, after February 22, 2022.  Attached hereto as Exhibit D is a true and correct copy of the parties' November 19, 2021 Stipulation Regarding Modifications to Scheduling Order (ECF No. 362).  Attached hereto as Exhibit E is a true and correct copy of Plaintiffs' Memorandum in Support of Their Motion to Amend the Scheduling Order (ECF No. 423-1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 15th day of April 2022 in New York, N.Y.

Dated:  April 15, 2022                    Respectfully submitted,

                                          */s/ Jeremy S. Barber*
                                          Jeremy S. Barber (admitted *pro hac vice*)
                                          Beth A. Wilkinson (admitted *pro hac vice*)

2

Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football
League, NFL Enterprises LLC, and the
Individual NFL Clubs*

3