**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL RESPONSES TO PLAINTIFFS' THIRD SET OF INTERROGATORIES BY NFL DEFENDANTS, OR ALTERNATIVELY, TO EXPAND INTERROGATORY LIMITS**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 5/17/2022 at 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

This matter is before the Court on Plaintiffs' Motion to Compel Responses by the Defendants National Football League and NFL Enterprises, LLC (collectively, the "NFL") to Plaintiffs' Third Set of Interrogatories, or Alternatively, to Expand Interrogatory Limits. The Court, having considered the arguments of the parties and good cause appearing therefor, hereby GRANTS Plaintiffs' Motion to Compel, and orders as follows:

IT IS HEREBY ORDERED that the NFL fully respond to Plaintiffs' Interrogatory Nos. 15-22. The NFL's numerosity objection is hereby OVERRULED. Plaintiffs did not exceed the limit for interrogatories set forth under Federal Rule of

1 | Civil Procedure 33(a)(1) with Plaintiffs' Third Set of Interrogatories.
2 | **IT IS SO ORDERED.**
3 | Date: April 19, 2022

_____
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

Error! Unknown document property name.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Error! Unknown document property name.**