1  MARC M. SELTZER (54534)
   mseltzer@susmangodfrey.com
2  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067-6029
   Phone: (310) 789-3100/Fax: (310) 789-3150
4
   SCOTT MARTIN (*Pro Hac Vice*)
5  smartin@hausfeld.com
   HAUSFELD LLP
6  33 Whitehall Street, 14th Floor
   New York, NY 10004
7  Tel: (646) 357-1100/ Fax: (212) 202-4322

8  HOWARD LANGER (*Pro Hac Vice*)
   hlanger@langergrogan.com
9  LANGER GROGAN AND DIVER PC
   1717 Arch Street, Suite 4130
10 Philadelphia, PA 19103
   Tel: (215) 320-5660/ Fax: (215) 320-5703
11
   [Additional Counsel listed in Signature Page]
12
   *Plaintiffs' Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **PROOF OF SERVICE OF DOCUMENTS SOUGHT TO BE FILED UNDER SEAL** |

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of Harris, State of Texas. I am over the age of 18 and not a party to the within action; my business address is 1000 Louisiana Street, Suite 5100, Houston, Texas 77002.

On April 19, 2022, I served the foregoing document(s) described as follows:

1. the sealed Declaration of Armstead C. Lewis In Support of Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal;

2. the Unredacted copy of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Responses to Plaintiffs' Third Set of Interrogatories, by the NFL, or Alternatively, to Expand Interrogatory Limits; and

3. Exhibits 2, 3, 4, A, B and C filed under seal,

on the interested parties in this action as stated on the attached service list, as follows:

__XX__  BY ELECTRONIC MAIL: I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on April 19, 2022, at Houston, Texas.

 (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__XX__ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Armstead C. Lewis                           /s/ Armstead C. Lewis
(Type or Print Name)                        (Signature)

2

# SERVICE LIST

Beth A. Wilkinson
bwilkinson@wilkinsonstekloff.com
Rakesh Kilaru
rkilaru@wilkinsonstekloff.com
Brian L. Stekloff
bstekloff@wilkinsonstekloff.com
Jeremy S. Barber
jbarber@wilkinsonstekloff.com
Roxana Catalina Guidero
rguidero@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, Suite 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005

Gregg H. Levy
glevy@cov.com
Derek Ludwin
dludwin@cov.com
John Playforth
jplayforth@cov.com
COVINGTON & BURLING LLP
850 Tenth Street NW One City Center
Washington, DC 20001-4956
Tel: (202) 622-5292
Fax: (202) 662-6804

Neema Trivedi Sahni
nsahni@cov.com
COVINGTON & BURLING LLP
2029 Century Park East Suite 3100
Los Angeles, CA 90067
Tel: (424) 332-4800
Fax: (424) 332-4782

*Counsel for Defendants National Football League, Inc. and NFL Enterprises LLC and the Individual NFL Clubs*