# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8812 TAVERN CORP., D/B/A BENCH SPORTS BAR, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>DIRECTV, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:15-ml-02668-PSG-JEM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed: __4/19/2022__

Document Number(s): __453__

Title of Document(s): __Notice (Notice of Motion and Motion to Compel)__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Motions and Related Filings – Discovery Motions: Compel

Other:

The Motion was filed as a Notice when it should have been filed as a Motion to Compel, thereby preventing the motion to be calendared on the judges calendar.

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __April 20, 2022__      By: __/s/ *Evelyn Synagogue  Evelyn_Synagogue@cacd.uscourts.gov*__
                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G-112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**