# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**ORDER GRANTING APPLICATION UNDER LOCAL RULE 79-5 TO FILE UNDER SEAL PLAINTIFFS' MOTION TO COMPEL RESPONSES TO PLAINTIFFS' THIRD SET OF INTERROGATORIES BY NFL DEFENDANTS**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 5/17/2022 at 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

This matter is before the Court on the Parties' Application Under Local Rule 79-5 to file Parties' Joint Stipulation regarding Plaintiffs' Motion to Compel Responses by the Defendants National Football League and NFL Enterprises, LLC (collectively, the "NFL") to Plaintiffs' Third Set of Interrogatories pursuant to Federal Rule of Civil Procedure 37 and exhibits. Th Court, having considered the arguments of the parties and good cause appearing therefor, hereby GRANTS the Application to file portions of the Parties' Joint Stipulation and Exhibits 2, 3, 4, A, B, and C regarding Plaintiffs' Motion to Compel under seal.

**IT IS SO ORDERED.**

Date: April 20, 2022

_____
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

**Error! Unknown document property name.**