# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[~~PROPOSED~~] ORDER COMPELLING NFL DEFENDANTS TO PRODUCE NATIONAL FEED PROVISION IN BROADCAST AGREEMENTS<br><br>Magistrate Judge: Hon. John E. McDermott; Place: Courtroom 640<br><br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

1  This matter is before the Court on Plaintiffs' Motion to Clarify this Court's
2  March 7 Order pursuant to Federal Rule of Civil Procedure 7 and Local Rules 7-3
3  through 7-8. The Court, having considered the arguments of the parties, hereby finds
4  that the "National Feed" provision contained in the NFL Defendants' broadcast
5  agreement with CBS is relevant to Plaintiffs' theory of the case and should be
6  unredacted, notwithstanding any previous ruling of this Court. The Court therefore
7  rules as follows:
8  IT IS ORDERED that, within ~~three~~ five days of this Order, the NFL Defendants
9  shall produce to Plaintiffs their 2021 licensing and distribution agreement(s) with
10 CBS without redaction of Schedule 2, titled "National Feed."
11 IT IS FURTHER ORDERED that, within ~~three~~ five days of this Order, the NFL
12 Defendants shall remove any redaction on any "National Feed," Schedule 2, or
13 substantially similar provision in each of their licensing and distribution
14 agreement(s) with CBS and, to the extent applicable, Fox, NBC, and ESPN.
15 Such production shall be via the parties' ordinary discovery platforms in
16 accordance with the ESI Order.

IT IS SO ORDERED.

Dated: April 21, 2022

*John E. McDermott*
JOHN E. MCDERMOTT
United Sates Magistrate Judge

- Motion was unopposed.