MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100/Fax: (310) 789-3150

SCOTT MARTIN (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100/ Fax: (212) 202-4322

HOWARD LANGER (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660/ Fax: (215) 320-5703

[Additional Counsel listed in Signature Page]

*Plaintiffs' Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **PROOF OF SERVICE OF DOCUMENTS SOUGHT TO BE FILED UNDER SEAL** |

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of Harris, State of Texas. I am over the age of 18 and not a party to the within action; my business address is 1000 Louisiana Street, Suite 5100, Houston, Texas 77002.

On April 21, 2022, I served the foregoing document(s) described as follows:

1. the Unredacted copy of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Responses to Plaintiffs' Third Set of Interrogatories, by the NFL, or Alternatively, to Expand Interrogatory Limits; and

2. Exhibits 2, 3, 4, A, B and C filed under seal,

on the interested parties in this action as stated on the attached service list, as follows:

__XX__  BY ELECTRONIC MAIL:  I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on April 21, 2022, at Houston, Texas.

 (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__XX__ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Armstead C. Lewis                                /s/ Armstead C. Lewis
(Type or Print Name)                             (Signature)

2