Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx) <br><br> **DISCOVERY MATTER** <br><br> **NOTICE OF MOTION AND NFL DEFENDANTS' MOTION TO COMPEL COMMERCIAL PLAINTIFFS TO RESPOND TO INTERROGATORY NO. 10** <br><br> Magistrate Judge: Hon. John E. McDermott <br> Date/Time: 5/17/2022, 10:00 a.m. <br><br> Discovery Cutoff Date: 8/5/2022 <br> Pretrial-Conference Date: 2/9/2024 <br> Trial Date: 2/22/2024 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 17, 2022 at 10:00 a.m., or as soon thereafter as this matter may be heard, Defendants National Football League, Inc., NFL Enterprises LLC, and the 32 NFL member Clubs (collectively, the "NFL Defendants") will and hereby respectfully move for an Order to Compel Responses from Plaintiffs Ninth Inning Inc., dba The Mucky Duck, and 1465 Third Avenue Restaurant Corp., dba Gael Pub (collectively, "Commercial Plaintiffs") to Interrogatory No. 10, which was served on Commercial Plaintiffs as part of the NFL Defendants' First Set of Interrogatories on November 29, 2021.

This Motion will be heard before the Honorable John E. McDermott of the United States District Court for the Central District of California, in the Roybal Federal Building and United States Courthouse, 255 E. Temple Street, Los Angeles, California 90012, Courtroom 640, 6th floor.

This Motion is made following conference of counsel on March 22, 2022 pursuant to Local Rule 37-1, and is based upon this Notice and Motion, the concurrently filed Joint Stipulation, the declaration of Justin Mungai, the exhibits attached thereto, such evidence and argument as may be presented at or before the hearing on this Motion, and such other matters as the Court deems necessary and proper.

DATED: April 26, 2022

By: */s/ Beth A. Wilkinson*
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com

**Case No. 2:15-ml-02668-PSG (JEMx)**

1

rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045 Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com
Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)

**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*