Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>———————————————<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**DECLARATION OF JUSTIN MUNGAI IN SUPPORT OF THE NFL DEFENDANTS' MOTION TO COMPEL COMMERCIAL PLAINTIFFS TO RESPOND TO INTERROGATORY NO. 10**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 5/17/2022, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

I, Justin Mungai, declare as follows:

1. I am an associate at the law firm of Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. I make this declaration in support of the NFL Defendants' Motion to Compel Commercial Plaintiffs to Respond to Interrogatory No. 10.

3. On November 29, 2021, the NFL Defendants served their First Set of Interrogatories on Commercial Plaintiffs, attached hereto as Exhibit A. The First Set of Interrogatories contained thirteen interrogatories, including Interrogatory No. 10: "Identify the approximate amount of revenue generated on each day of the week and identify the day of the week that Your establishment generated the most revenue."

4. On January 24, 2022, Commercial Plaintiffs served their responses to the NFL Defendants' First Set of Interrogatories to Commercial Plaintiffs. Mucky Duck's responses are attached hereto as Exhibit B and Gael Pub's responses are attached hereto as Exhibit C.

5. On February 9, 2022, pursuant to Local Rule 37-1, the NFL Defendants sent a letter to Commercial Plaintiffs pointing out the deficiencies in their responses to the NFL Defendants' First Set of Interrogatories, attached hereto as Exhibit D.

6. On February 18, 2022, the parties met and conferred regarding Commercial Plaintiffs' deficient responses to the NFL Defendants' First Set of Interrogatories to Commercial Plaintiffs.

7. On March 7, 2022, Commercial Plaintiffs served amended responses to the NFL Defendants' First Set of Interrogatories. Mucky Duck's amended responses are attached hereto as Exhibit E and Gael Pub's amended responses are attached here as Exhibit F.

1

Case No. 2:15-ml-02668-PSG (JEMx)   Declaration of Justin Mungai in Support of the NFL Defendants' Motion to Compel Commercial Plaintiffs to Respond to Interrogatory No. 10.

8. On March 15, 2022, pursuant to Local Rule 37-1, the NFL Defendants served another letter to Commercial Plaintiffs pointing out the woefully inadequate amendments to their responses to the NFL Defendants' First Set of Interrogatories, attached hereto as Exhibit G.

9. On March 22, 2022, the parties met and conferred to discuss Commercial Plaintiffs' amended responses to the NFL Defendants First Set of Interrogatories.

10. On April 1, 2022, Mucky Duck served Second Amended Responses to the NFL Defendants' First Set of Interrogatories, supplementing their response to Interrogatory No. 9, and attached hereto as Exhibit H. Gael Pub did not serve Second Amended Responses to the NFL Defendants' First Set of Interrogatories.

11. Neither Commercial Plaintiff made any amendments to their responses to Interrogatory No. 10.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 15th day of April 2022 in New York, New York.

Dated: April 15, 2022                    Respectfully submitted,

                                         _____
                                         Justin Mungai

                                         Beth A. Wilkinson (admitted *pro hac vice*)
                                         Brian L. Stekloff (admitted *pro hac vice*)
                                         Rakesh N. Kilaru (admitted *pro hac vice*)
                                         Jeremy S. Barber (admitted pro hac vice)
                                         **WILKINSON STEKLOFF LLP**
                                         2001 M Street NW, 10th Floor
                                         Washington, DC 20036
                                         Telephone: (202) 847-4000
                                         Facsimile: (202) 847-4005

2

bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

3

**Case No. 2:15-ml-02668-PSG (JEMx)**   **Declaration of Justin Mungai in Support of the NFL Defendants' Motion to Compel Commercial Plaintiffs to Respond to Interrogatory No. 10**