# EXHIBIT G



130 West 42nd Street, 24th Floor
New York, New York 10036

WWW.WILKINSONSTEKLOFF.COM
———
A LIMITED LIABILITY PARTNERSHIP

March 15, 2022

**VIA EMAIL**

Scott Martin
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004

**Re:** ***In re National Football League's "Sunday Ticket" Antitrust Litigation***, Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)

Dear Scott:

The NFL Defendants write this letter pursuant to Local Rule 37-1, addressing Plaintiffs' Amended Responses to NFL Defendants' First Set of Interrogatories to Commercial Plaintiffs received on March 7, 2022. The NFL Defendants are disappointed with the minimal, non-substantive amendments to Commercial Plaintiffs' responses, despite an amiable meet and confer on February 18, 2022, during which Plaintiffs seemed to recognize that their previous responses were deficient.

In particular, the NFL Defendants are particularly dismayed by Commercial Plaintiffs' refusal to amend their responses to Interrogatory No. 10, as well as their minimal and superficial modifications to their responses to Interrogatory No. 9. Because the NFL Defendants have addressed their position with respect to those Interrogatories at length in our February 9, 2022 Local Rule 37-1 letter, and during our February 18 meet and confer, we do not reiterate those arguments again here. Rather, we propose a meet and confer on March 18, 2022 at 3:00 PM EST to determine if the parties are at an impasse. If that date does not work for you, please propose an alternative date within the time period allowed by Local Rule 37-1.

Sincerely,

Justin Mungai

cc:      Plaintiffs' Counsel (by email)