# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION, <br><br>———————————————— <br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS. | Case No. 2:15-ml-02668-PSG (JEMx) <br><br>**DISCOVERY MATTER** <br><br>**[PROPOSED] ORDER REGARDING THE NFL DEFENDANTS' MOTION TO COMPEL COMMERCIAL PLAINTIFFS TO RESPOND TO INTERROGATORY NO. 10** <br><br>Magistrate Judge: Hon. John E. McDermott <br>Date/Time: 5/17/2022, 10:00 a.m. <br><br>Discovery Cutoff Date: 8/5/2022 <br>Pretrial Conference Date: 2/9/2024 <br>Trial Date: 2/22/2024 |

This matter is before the Court on the NFL Defendants' Motion to Compel Commercial Plaintiffs to Respond to Interrogatory No. 10. The Court having considered the arguments of the parties, orders as follows:

IT IS HEREBY ORDERED that Commercial Plaintiffs will provide a response to Interrogatory No. 10 within ten days of the entry of this Order.

**IT IS SO ORDERED.**

Date: _____                           _____

John E. McDermott

UNITED STATES MAGISTRATE JUDGE