Name and address:
Rahul R.A. Hari
Wilkinson Stekloff LLP
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Tel: (424) 291-9664
Fax: (202) 847-4005
rhari@wilkinsonstekloff.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

Plaintiff(s)

v.

THIS DOCUMENT RELATES TO ALL ACTIONS

Defendant(s).

CASE NUMBER

2:15-ml-02668-PSG

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Mungai, Justin
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 294-8920
*Telephone Number*

(202) 847-4005
*Fax Number*

jmungai@wilkinsonstekloff.com
*E-Mail Address*

of

Wilkinson Stekloff LLP
130 West 42nd Street
24th Floor
New York, NY 10036
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
National Football League, NFL Enterprises, LLC, and the Individual NFL Clubs

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: _____

and designating as Local Counsel

Hari, Rahul R.A.
*Designee's Name (Last Name, First Name & Middle Initial)*

313528
*Designee's Cal. Bar No.*

(424) 291-9664
*Telephone Number*

(202) 847-4005
*Fax Number*

rhari@wilkinsonstekloff.com
*E-Mail Address*

of

Wilkinson Stekloff LLP
11601 Wilshire Blvd
Suite 600
Los Angeles, CA 90049
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1