Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**SUPPLEMENTAL MEMORANDUM TO JOINT STIPULATION REGARDING THE NFL DEFENDANTS' MOTION TO COMPEL A RESPONSE TO INTERROGATORY NO. 10**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 5/17/2022, 10:00 a.m.<br><br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

Commercial Plaintiffs respectfully submit this Supplemental Memorandum in opposition to the NFL Defendants' motion to compel a response to Interrogatory No. 10.

Simply put, the requested downstream discovery has no relevance to this action alleging and seeking damages for conspiratorial overcharges imposed on Commercial Plaintiffs from upstream. Such discovery is rightfully disfavored by courts because it risks chilling private enforcement of antitrust laws by otherwise conscientious plaintiffs—which is particularly apt where, as here, Commercial Plaintiffs have otherwise accommodated all of NFL Defendants' requests and even made additional efforts to respond by, *e.g.*, reaching out to DirecTV for copies of invoices not in Commercial Plaintiffs' records.

From the outset, Commercial Plaintiffs also have maintained that replying to Interrogatory No. 10 is unduly burdensome. To avoid any doubt on this issue, Commercial Plaintiffs submit herewith the declarations of Eugene Lennon and Jason Baker (as Exhibits A and B, respectively) to demonstrate that both named Commercial Plaintiffs do not have information about the amount of revenue generated on any particular day; do not have information about which day of the week they generate the most revenue; do not possess a way of approximating the amount of respective daily revenues made during the entirety of the eleven-year class period; and have no single source of information that could readily yield the information sought by the NFL Defendants. The burden, if not impossibility, of trying to construct such information that is demonstrated by these declarations constitutes an additional, independent reason for denial of the NFL Defendants' motion.

For the reasons set forth in Commercial Plaintiffs' portion of the NFL Defendants' joint stipulation and herein, Commercial Plaintiffs respectfully ask that the Court deny the NFL Defendants' motion to compel a response to Interrogatory No. 10.

Dated: May 3, 2022

Respectfully submitted,

By: */s/ Marc M. Seltzer*
Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Armstead Lewis (*Pro Hac Vice*)
alewis@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)

clebsock@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*