# EXHIBIT A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**DECLARATION OF EUGENE LENNON OF GAEL PUB IN OPPOSITION TO NFL DEFENDANTS' MOTION TO COMPEL**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 5/17/2022, 10:00 a.m.<br><br>Discovery Cutoff Date: 8/5/2022<br>Pretrial Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

I, Gene Lennon, declare and state as follows:

1. I am one of the partners in 1465 Third Avenue Restaurant Corp., which used to operate a pub in New York City called Gael Pub. The corporation remains in good standing, but Gael Pub was closed in May 2019.

2. I am over age 18 and am authorized to make this declaration on behalf of 1465 Third Avenue Restaurant Corp. I have personal knowledge of the following facts and I could and would testify competently thereto if called as a witness.

3. I understand from counsel that the NFL Defendants have requested that Gael Pub identify the approximate amount of revenue generated on each day of the week, and identify the day of the week that Gael Pub generated the most revenue.

4. Gael Pub is not in possession of any documents or information responsive to this request.

5. Gael Pub does not possess information about revenue generated on each day of the week, or information about which day of the week generated the most revenue.

6. Gael Pub has no way of approximating the amount of revenue generated on each day of the week during the class period or at certain times during the class period.

7. Gael Pub's accounting records vary considerably at different points in time during the class period, including as to what information I have kept in the ordinary course of business over the last decade and beyond. There is no single source of information that could readily yield the information sought by the NFL.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: May 3, 2022

/s/ Eugene Lennon

Eugene Lennon