# EXHIBIT B

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (JEMx) |
| | **DISCOVERY MATTER** |
| | **DECLARATION OF JASON BAKER OF MUCKY DUCK IN OPPOSITION TO NFL DEFENDANTS' MOTION TO COMPEL** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 5/17/2022, 10:00 a.m. |
| | Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

I, Jason Baker, declare and state as follows:

1.     I am the sole proprietor of Ninth Inning Inc. dba The Mucky Duck ("The Mucky Duck"), a neighborhood pub located in San Francisco, California, and one of the named Plaintiffs in this case.

2.     I am over age 18 and am authorized to make this declaration on behalf of The Mucky Duck. I have personal knowledge of the following facts and I could and would testify competently thereto if called as a witness.

3.     I have been the sole proprietor of The Mucky Duck since 1995. The Mucky Duck is located on 9th Avenue between Irving and Judah in the Inner Sunset neighborhood of San Francisco. The Mucky Duck is a small bar with a fire-code occupancy of 49.

4.     Intentionally left blank.

1        5.    The Mucky Duck has never calculated nor maintained the amount of
2    revenue it generates on any particular day of the week.

3        6.    The Mucky Duck has never calculated on which day of the week it
4    has generated the most revenue.

5        7.    The Mucky Duck has no way of approximating the amount of revenue
6    generated on each day of the week during the class period or at certain times during
7    the class period.

8        8.    The Mucky Duck accounting records vary considerably at different
9    points in time during the class period, including as to what information I have kept
10   in the ordinary course of business over the last decade and beyond. There is no
11   single source of information that could yield the information sought by the NFL.

12       I declare under penalty of perjury under the laws of the United States of
13   America that the foregoing is true and correct to the best of my knowledge.

14

15   Dated: May 3, 2022

16

17

18   Jason Baker

19

20

21

22

23

24

25

26

27