Name and address:
Rahul R.A. Hari
Wilkinson Stekloff LLP
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Tel: (424) 291-9664
Fax: (202) 847-4005
rhari@wilkinsonstekloff.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:15-ml-02668-PSG |
| v. | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Warren, Max J.    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 847-4008     (202) 847-4005

*Telephone Number*    *Fax Number*

mwarren@wilkinsonstekloff.com

*E-Mail Address*

Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

National Football League, NFL Enterprises LLC, and the Individual NFL Clubs

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Hari, Rahul R.A.    of

*Designee's Name (Last Name, First Name & Middle Initial)*

313528    (424) 291-9664    (202) 847-4005

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

rhari@wilkinsonstekloff.com

*E-Mail Address*

Wilkinson Stekloff LLP
11601 Wilshire Blvd
Suite 600
Los Angeles, CA 90049

*Firm/Agency Name & Address*

## HEREBY ORDERS THAT the Application be:

☐ **GRANTED.**

☐ **DENIED:** ☐ for failure to pay the required fee.

     ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

     ☐ for failure to complete Application: _____

     ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

     ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

     ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**