Case 2:15-ml-02668-PSG-JEM   Document 471-1   Filed 05/09/22   Page 1 of 1   Page ID #:7792

Name and address:
Rahul R.A. Hari
Wilkinson Stekloff LLP
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Tel: (424) 291-9664
Fax: (202) 847-4005
rhari@wilkinsonstekloff.com

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 2 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DBE _____ DEPUTY

Link 471

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

Plaintiff(s)

v.

THIS DOCUMENT RELATES TO ALL ACTIONS

Defendant(s).

CASE NUMBER

2:15-ml-02668-PSG

(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Warren, Max J.                                            of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 847-4008          (202) 847-4005

*Telephone Number*     *Fax Number*

mwarren@wilkinsonstekloff.com

*E-Mail Address*

Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
National Football League, NFL Enterprises LLC, and the Individual NFL Clubs

*Name(s) of Party(ies) Represented*      ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Hari, Rahul R.A.                                          of

*Designee's Name (Last Name, First Name & Middle Initial)*

313528          (424) 291-9664          (202) 847-4005

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

rhari@wilkinsonstekloff.com

*E-Mail Address*

Wilkinson Stekloff LLP
11601 Wilshire Blvd
Suite 600
Los Angeles, CA 90049

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated   5/12/22

U.S. District Judge/U.S. Magistrate Judge