Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF MOTION AND MOTION REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 6/7/2022, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that on June 7, 2022 at 10:00 a.m., or as soon
3  thereafter as this matter may be heard, Plaintiffs, on behalf of themselves and all
4  others similarly situated, ("Plaintiffs") will and hereby respectfully move for an
5  order to Compel Production of Documents by Defendants National Football
6  League, Inc. and NFL Enterprises LLC (the "NFL") pursuant to Federal Rule of
7  Civil Procedure 37.

8      This Motion will be heard in the Courtroom of the Honorable John E.
9  McDermott for the United States District Court in the Central District of California.
10 The Court is located at the Roybal Federal Building and United States Courthouse,
11 255 E. Temple Street, Los Angeles, California 90012, Courtroom 640, 6th Floor.

12     This Motion is based upon this notice, the concurrently filed joint stipulation,
13 the exhibits and declarations attached thereto, the pleadings and records on file in
14 this action and such other matters as the Court deems necessary and proper.

15     This Motion is made following conferences of counsel pursuant to Local
16 Rule 37-1, which took place on March 30, April 8, and April 20, 2022.

17

18 DATED: May 17, 2022         By:   */s/ Marc M. Seltzer*
                                          Marc M. Seltzer

19
20                               Marc M. Seltzer (54534)
                              mseltzer@susmangodfrey.com
21                               SUSMAN GODFREY L.L.P.
                              1900 Avenue of the Stars, Suite 1400
22                               Los Angeles, CA 90067
                              Tel: (310) 789-3100
23                               Fax: (310) 789-3150

24                               Arun Subramanian (*Pro Hac Vice*)
                              asubramanian@susmangodfrey.com
25                               William C. Carmody (*Pro Hac Vice*)
                              bcarmody@susmangodfrey.com
26                               Seth Ard (*Pro Hac Vice*)
                              sard@susmangodfrey.com
27                               Tyler Finn (*Pro Hac Vice*)
                              tfinn@susmangodfrey.com
                              SUSMAN GODFREY L.L.P
28                               1301 Avenue of the Americas, 32nd Fl.
                              New York, NY 10019
                              Tel: (212) 336-8330

Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Armstead Lewis (*Pro Hac Vice*)
alewis@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*