Marc M. Seltzer (54534)  
mseltzer@susmangodfrey.com  
SUSMAN GODFREY L.L.P.  
1900 Avenue of the Stars, Suite 1400  
Los Angeles, CA 90067-6029  
Phone: (310) 789-3100  
Fax: (310) 789-3150  

Howard Langer (*Pro Hac Vice*)  
hlanger@langergrogan.com  
LANGER GROGAN AND DIVER PC  
1717 Arch Street, Suite 4020  
Philadelphia, PA 19103  
Tel: (215) 320-5660  
Fax: (215) 320-5703  

Scott Martin (*Pro Hac Vice*)  
smartin@hausfeld.com  
HAUSFELD LLP  
33 Whitehall Street, 14th Floor  
New York, NY 10004  
Tel: (646) 357-1100  
Fax: (2121) 202-4322  

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF TYLER FINN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 6/7/2022, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

I, Tyler Finn, declare under penalty of perjury that the following is true and correct:

1. I am over the age of twenty-one (21) years and am an associate at Susman Godfrey LLP. I am counsel of record for Plaintiffs Ninth Inning, Inc., 1465 Third Avenue Restaurant Corp., Robert Gary Lippincott, Jr., and Jonathan Frantz in the above-captioned litigation. I submit this declaration in support of Plaintiffs' Motion to Compel Production of Documents by NFL Defendants.

2. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Court's scheduling order in this case pursuant to Local Civil Rule 37-2. Exhibit 1 is a true and correct copy of the Court's Order filed on January 12, 2021. *See* Dkt. No. 294.

4. Attached hereto as Exhibit 2 is a true and correct Copy of the Court's amended scheduling order filed on November 29, 2021, Dkt. No. 363.

5. Attached hereto as Exhibit 3 is a true and correct Copy of the Court's second amended scheduling order filed on March 15, 2022, Dkt. No. 434.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Rule 37-1 letter sent by Ian Gore, counsel for Plaintiffs, to Jeremy Barber, counsel for the NFL Defendants, on January 20, 2022.

7. Attached hereto as Exhibit 5 is a true and correct copy of a letter sent by Jeremy Barber to Ian Gore, dated February 8, 2022.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Rule 37-1 letter that I sent to Jeremy Barber on March 7, 2022.

9. On March 18, 2022, Plaintiffs served on the NFL Defendants their portion of a joint stipulation for a motion to compel the production of prior-litigation documents.

10. In response to that motion, the NFL Defendants agreed to contact the law firms identified in the joint stipulation who represented the League about requesting the prior-litigation documents.

11. On March 30, 2022, I participated in a meet-and-confer with counsel for the NFL Defendants. During that meet-and-confer, the NFL's counsel represented that Skadden Arps and Covington & Burling had located pertinent documents in hard copy storage while Wachtell Lipton represented that it no longer had any documents. The NFL refused to contact Wilmer Hale, whose predecessor firm Wilmer Cutler & Pickering represented the Dallas Cowboys in *NFL Properties*, because the relevant request for production was directed towards the League, but not the Club defendants.

12. On April 8, 2022, I participated in a meet-and-confer with counsel for the NFL Defendants. During that meet-and-confer, the NFL's counsel represented that it would not be producing any documents from *United States Football League v. Nat'l Football League* on the basis of relevance and proportionality.

13. On April 20, 2022, the parties met-and-conferred again, but were unable to reach a resolution on the production of documents from *United States Football League v. Nat'l Football League* or *NFL Properties v. Dallas Cowboys*.

14. On April 29, 2022, the NFL Defendants served on Plaintiffs their Supplemental Objections and Responses to Plaintiffs' Third Set of Interrogatories. A true and correct copy of those interrogatory responses is attached hereto as Exhibit 7.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 6th day of May, in New York, NY.

*/s/ Tyler Finn*
Tyler Finn