# EXHIBIT 4

## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

---

| SUITE 5100 | SUITE 1400 | 32ND FLOOR |
|---|---|---|
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | NEW YORK, NEW YORK 10019-6023 |
| (713) 651-9366 | (310) 789-3100 | (212) 336-8330 |

IAN M. GORE
DIRECT DIAL (206) 505-3841

E-MAIL IGORE@SUSMANGODFREY.COM

January 20, 2022

VIA E-MAIL

Jeremy Barber
Wilkinson Stekloff LLP
130 W 42nd Street, Floor 24
New York, NY 10036

Re: *In re National Football League's Sunday Ticket Antitrust Litigation*, Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)

Dear Jeremy:

Plaintiffs in the above-referenced action write, pursuant to Local Rule 37-1 of the U.S. District Court for the Central District of California, to request a meet-and-confer session regarding the NFL's failure to produce documents responsive to certain of Plaintiffs' document requests. Plaintiffs propose conducting the conference on January 25, 2022 at 11:00 am Pacific. If that time does not work for you, please propose an alternative within the timeframe provided in Rule 37-1.

Certain of Plaintiffs' document requests seek the production of deposition transcripts and expert reports from prior litigation in which the NFL Defendants have been a party. In particular, Plaintiffs seek such documents in Requests for Production 87, 88, 109, and 110. However, it does not appear that the NFL Defendants have produced any documents responsive to those requests—especially deposition transcripts and expert reports. Plaintiffs intend to seek an order from the Court requiring the production of those documents.

Sincerely,

Ian M. Gore