# EXHIBIT C



2001 M Street NW, 10th Floor
Washington, DC 20036

WWW.WILKINSONSTEKLOFF.COM
–––
A LIMITED LIABILITY PARTNERSHIP

August 25, 2021

**VIA EMAIL**

Peter Leckman
Langer Grogan & Diver, PC
1717 Arch Street
Suite 4020
Philadelphia, PA 19103

**Re:**   ***In re National Football League's Sunday Ticket Antitrust Litigation,*** Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)

Dear Peter:

Thank you for your August 12, 2021, response to the NFL's letter of August 10, 2021. The NFL writes to confirm resolutions, as detailed below, on the topics raised in your letter.

**I.      Search Terms**

The NFL confirms that any reference to the agreed-upon League custodians' files in both our August 10, 2021 letter and in this letter includes the Media Department shared document repository.

**II.      Requests**

The NFL also wishes to address the specific additional requests identified in your recent letter.  By agreeing to produce documents responsive to the following topics, the NFL is not waiving any prior argument that the documents sought are irrelevant, unduly burdensome, or disproportionate to the needs of the case.  The NFL's agreement to conduct the searches outlined in this letter and the letter of August 10, 2021, shall not be interpreted to imply that responsive documents exist in the agreed-upon League custodians' files, or that the NFL acknowledges the appropriateness of the Requests.  The NFL reserves all rights to object to requests for additional discovery, including on these topics.

For **Request No. 1**, the National Football League, Inc., does not possess financial information relevant to the NFL Sunday Ticket package or other broadcast agreements.  NFL Enterprises LLC does possess financial information relating to the NFL Sunday Ticket package but does not create annual or quarterly financial statements.  We are willing to meet and confer to further discuss this request.

For **Request No. 21**, the League will conduct a reasonable search, using the agreed-upon search terms on only the agreed-upon League custodians' files, for non-transaction specific documents related to the price that subscribers pay for NFL Sunday Ticket and comparable packages in Canada, Mexico, and other foreign countries.

For **Request No. 27**, the League will conduct a reasonable search, using the agreed-upon search terms on only the agreed-upon League custodians' files, for any financial analysis related to the distribution of live regular season NFL football games over television.

For **Request No. 36**, Plaintiffs seek documents related to any possible violation of federal, state, or international antitrust laws.  Among other things, this request is entirely overbroad and irrelevant to the instant litigation.  The NFL will not produce documents in response to this request.

For **Request No. 40**, the League will conduct a reasonable search, using the agreed-upon search terms on only the agreed-upon League custodians' files, for documents related to the number of NFL fans in the United States, Canada, and any other country.

For **Request No. 41**, the League will conduct a reasonable search, using the agreed-upon search terms on only the agreed-upon League custodians' files, for documents related to the number of NFL fans in the United States by Club and city.

For **Request No. 42**, the League will conduct a reasonable search, using the agreed-upon search terms on only the agreed-upon League custodians' files, for documents related to the number of NFL fans of any NFL Club residing or viewing games outside their Club city.

For **Request No. 60**, the League will conduct a reasonable search, using the agreed-upon search terms on only the agreed-upon League custodians' files, for documents comparing the characteristics of NFL football games and fans of NFL football with the games, events, or fans of other sporting or entertainment activities.

For **Request No. 61**, the League will conduct a reasonable search, using the agreed-upon search terms on only the agreed-upon League custodians' files, for any analysis related to the benefits of advertising and sponsorship opportunities with the League or any member Club.

For **Request No. 62**, the League will conduct a reasonable search, using the agreed-upon search terms on only the agreed-upon League custodians' files, for any analysis related to the benefits or relative merits of advertising and sponsorship opportunities associated with professional football programming.

For **Request No. 87**, the League will conduct a reasonable search, using the agreed-upon search terms on only the agreed-upon League custodians' files, for documents produced and transcripts of any depositions taken in *U.S. v. Nat'l Football League*, Civil No. 12808 (E.D. Pa.). The NFL will not take steps to determine whether documents reviewed during the search described above were actually produced in this litigation, and will only produce documents if, on their face, it is clear they were indeed previously produced.

For **Request No. 88**, the League will conduct a reasonable search, using the agreed-upon search terms on only the agreed-upon League custodians' files, for documents produced and transcripts of any depositions taken in *Shaw v. Dallas Cowboys Football Club*, Civil No. 97-5184 (E.D. Pa.).  The NFL will not take steps to determine whether documents reviewed during

Case 2:15-ml-02668-PSG-SK   Document 476-13   Filed 05/17/22   Page 4 of 4   Page ID #:7971

the search described above were actually produced in this litigation, and will only produce documents if, on their face, it is clear they were indeed previously produced.

For **Request No. 94**, the League will conduct a reasonable search, using the agreed-upon search terms on only the agreed-upon League custodians' files, for any analysis of broadcasting arrangements for other professional sports leagues in the United States.

For **Request No. 96**, the League will conduct a reasonable search, using the agreed-upon search terms on only the agreed-upon League custodians' files, for any analysis of the effect of non-exclusive licensing agreements on viewership, pricing, and quality of broadcast with regard to the broadcasting of collegiate football.

For **Request No. 109**, the League will conduct a reasonable search, using the agreed-upon search terms on only the agreed-upon League custodians' files, for documents produced and transcripts of depositions taken in *National Football League Properties, Inc. v. Dallas Cowboys Football Club, Ltd.*, No. 1:95-cv-07951-SAS-THK (S.D.N.Y.).  The NFL will not take steps to determine whether documents reviewed during the search described above were actually produced in this litigation, and will only produce documents if, on their face, it is clear they were indeed previously produced.

For **Request No. 110**, the League will conduct a reasonable search, using the agreed-upon search terms on only the agreed-upon League custodians' files, for final expert reports exchanged in, and non-privileged communications explicitly referencing, *National Football League Properties, Inc. v. Dallas Cowboys Football Club, Ltd.*, No. 1:95-cv-07951-SAS-THK (S.D.N.Y.).

Sincerely,

Max Warren

cc:     Plaintiffs' Counsel

3