# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 6/7/2022, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |
|---|---|

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents by Defendants National Football League, Inc. and NFL Enterprises LLC (the "NFL") pursuant to Federal Rule of Civil Procedure 37. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion to Compel Production of Documents by the NFL, and orders as follows:

IT IS ORDERED that, within thirty (30) days of the date of this Order, the NFL shall produce 1) trial transcripts, deposition transcripts of NFL employees, and expert reports from *United States Football League v. Nat'l Football League*, Case No. 84 Civ. 7484 (S.D.N.Y.) and 2) deposition transcripts of NFL employees, expert reports, and the settlement agreement from *National Football League Properties, Inc. v. Dallas Cowboys Football Club, Ltd.*, No. 1:95-cv-07951-SAS-THK (S.D.N.Y.).

IT IS SO ORDERED.

Dated: _____

JOHN E. MCDERMOTT
United States Magistrate Judge