Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF FARHAD MIRZADEH IN SUPPORT OF COMMERCIAL PLAINTIFFS' POSITION IN THE JOINT STATUS REPORT ON THE NFL DEFENDANTS' MOTION TO COMPEL COMMERCIAL PLAINTIFFS TO RESPOND TO INTERROGATORY NO. 10**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date: 5/17/2022<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

I, Farhad Mirzadeh, declare that the following is true and correct:

1. I am an associate at the law firm Hausfeld LLP and represent Plaintiffs in the above-captioned litigation. I submit this declaration in support of Commercial Plaintiffs' Position in the Joint Status Report on the NFL Defendants' Motion to Compel Commercial Plaintiffs to Respond to Interrogatory No. 10. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct to the best of my knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter sent from Scott Martin to Roxana Guidero on October 21, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 17th day of May 2022 in Washington, District of Columbia.

Dated: May 17, 2022                    Respectfully submitted,

                                       */s/ Farhad Mirzadeh*
                                       Farhad Mirzadeh