Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**SUPPLEMENTAL DECLARATION OF EUGENE LENNON OF GAEL PUB IN OPPOSITION TO NFL DEFENDANTS' MOTION TO COMPEL**<br><br>Magistrate Judge: Hon. John E. McDermott<br><br>Discovery Cutoff Date: 8/5/2022<br>Pretrial Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

I, Gene Lennon, declare and state as follows:

1. I am one of the partners in 1465 Third Avenue Restaurant Corp., which used to operate a pub in New York City called Gael Pub. The corporation remains in good standing, but Gael Pub was closed in May 2019.

2. I am over age 18 and am authorized to make this declaration on behalf of 1465 Third Avenue Restaurant Corp. I have personal knowledge of the following facts, and I could and would testify competently thereto if called as a witness.

3. I understand that the NFL Defendants have requested via Interrogatory No. 10 that Gael Pub identify the approximate amount of revenue generated on each day of the week and identify the day of the week that Gael Pub generated the most revenue.

4. I also understand that the Court has requested additional information, including whether Gael Pub has any revenue documents, data, or information within its possession, custody, or control.

5. Gael Pub does not have within its possession, custody, or control revenue documents, data, or information responsive to Interrogatory No. 10 or that would otherwise permit the calculations of daily revenues the NFL seeks (*e.g.*, from any raw data).

6. The sum total of revenue records during the class period within Gael Pub's possession, custody, or control are federal and state tax returns from 2010 to 2019, which reflect only Gael Pub's annual revenues—not anything more granular.

7. I had previously understood that the NFL's Interrogatory No. 10 asks only for "the approximate amount of revenue generated on each day of the week and . . . the day of the week that your establishment generated the most revenue"; because Gael Pub's federal and state tax returns do not enable this analysis, I did not understand those records to bear on the question presented to this Court.

8. All told, I have spent approximately two hours conferring with counsel

1

Supp. Declaration Of Eugene Lennon     Case No. 2:15-ML-02668

1  and evaluating Gael Pub's possession, custody, or control of revenue documents, data, or information potentially responsive to Interrogatory No. 10.

9. Even when Gael Pub was open, it did not, in the course of its business, maintain revenue data at the daily level. Gael Pub had no reason to do so and it did not have a business purpose for maintaining its financial records sorted by daily revenue. The norm was instead to keep weekly or monthly tallies for accounting purposes. As to individual-transaction receipts, Gael Pub typically stored those for up to a year, in the ordinary course of business, at which point they were discarded. Over the course of more than a decade, these time intervals and practices varied too, which informed my earlier statement that "Gael Pub's accounting records vary considerably at different points in time during the class period, including as to what information I have kept in the ordinary course of business over the last decade and beyond. There is no single source of information that could readily yield the information sought by the NFL."

10. For all of these reasons, and as previously submitted to the Court, Gael Pub "does not possess information about revenue generated on each day of the week, or information about which day of the week generated the most revenue." Likewise, "Gael Pub has no way of approximating the amount of revenue generated on each day of the week during the class period or at certain times during the class period."

11. I understand too that the NFL Defendants are principally inquiring which day of the week *during the NFL season* yielded the highest revenues for Gael Pub. While I cannot answer that question with precision, and certainly not for every day/week of the class period, I can offer the following: To the best of my recollection, from 2010 to Gael Pub's closing in 2019, and during the NFL regular season, Sundays were rarely, if ever, the highest-grossing day of the week. Outside of the NFL regular season, during this same time period and to the best of my recollection, the same is true. To the best of my recollection, Fridays or Saturdays were typically the highest-

2

Supp. Declaration Of Eugene Lennon                                   Case No. 2:15-ml-02668

grossing days of the week. If helpful to the Court and the NFL Defendants, I am prepared to amend the response to Interrogatory No. 10 to reflect this information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: May 16, 2022

Eugene Lennon