| | |
|---|---|
| 1 | Beth A. Wilkinson (admitted *pro hac vice*) |
| | Brian L. Stekloff (admitted *pro hac vice*) |
| 2 | Rakesh N. Kilaru (admitted *pro hac vice*) |
| | Jeremy S. Barber (admitted *pro hac vice*) |
| 3 | **WILKINSON STEKLOFF LLP** |
| | 2001 M Street NW, 10th Floor |
| 4 | Washington, DC 20036 |
| | Telephone: (202) 847-4000 |
| 5 | Facsimile: (202) 847-4005 |
| | bwilkinson@wilkinsonstekloff.com |
| 6 | bstekloff@wilkinsonstekloff.com |
| | rkilaru@wilkinsonstekloff.com |
| 7 | jbarber@wilkinsonstekloff.com |

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668−PSG (JEMx) |
| | **DECLARATION OF JUSTIN MUNGAI IN SUPPORT OF THE NFL DEFENDANTS' POSITION IN THE JOINT STATUS REPORT ON THE NFL DEFENDANTS' MOTION TO COMPEL COMMERCIAL PLAINTIFFS TO RESPOND TO INTERROGATORY NO. 10** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |
| | Magistrate Judge: Hon. John E. McDermott |
| | Date: 5/17/2022 |
| | Discovery Cutoff Date: 8/5/2022 |
| | Pretrial-Conference Date: 2/9/2024 |
| | Trial Date: 2/22/2024 |

I, Justin Mungai, declare as follows:

1. I am an associate at the law firm of Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation. I have been admitted to practice in the Central District of California *pro hac vice*. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. I make this declaration in support of the NFL Defendants' Position in the Joint Status Report on the NFL Defendants' Motion to Compel Commercial Plaintiffs to Respond to Interrogatory No. 10.

3. On March 31, 2021, the NFL Defendants served their First Set of Requests for Production of Documents to Commercial Plaintiffs, attached hereto as Exhibit A. The First Set of Requests for Production of Documents contained 22 document requests.

4. On April 30, 2021, Commercial Plaintiffs served their responses to the NFL Defendants' First Set of Requests for Production of Documents, attached hereto as Exhibit B.

5. On October 22, 2021, the parties met and conferred to address deficiencies in Commercial Plaintiffs' responses to the NFL Defendants First Set of Requests for Production of Documents, following a Rule 37-1 letter served by the NFL Defendants on October 15, 2021 and a response letter from Commercial Plaintiffs on October 21, 2022. I am aware of the discussion that took place at that conference and the NFL Defendants did not accept a limited production of yearly summaries in lieu of the documents requested in the Requests For Production Nos. 19–20. The NFL Defendants were provided with a slate of reasons why several documents, including the requested financial documents, did not exist. For example, Commercial Plaintiffs represented that a robbery took place at one of Commercial Plaintiff's establishment and that documents were lost in that incident. The NFL Defendants reached no agreement to only accept year-by-year summaries of the Commercial Plaintiffs' financial information.

1

Case No. 2:15-ml-02668-PSG (JEMx)    Declaration of Justin Mungai in Support of the NFL Defendants' Position in the Joint Status Report on the NFL Defendants' Motion to Compel Commercial Plaintiffs to Respond to Interrogatory No. 10.

6. On October 29, 2021, Commercial Plaintiffs informed the NFL Defendants via email that they had produced all the responsive documents they had located in their search in response to the NFL Defendants' First Set of Requests for the Production of Documents. That communication was an email from Scott Martin to Roxana Guidero on Friday, October 29, 2021 at 4:36 PM, and is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 17th day of May 2022 in New York, New York.

Dated:  May 17, 2022                    Respectfully submitted,

_____
Justin Mungai (admitted *pro hac vice*)

Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

2

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

**Case No. 2:15-ml-02668-PSG (JEMx)**   **Declaration of Justin Mungai in Support of the NFL Defendants' Position in the Joint Status Report on the NFL Defendants' Motion to Compel Commercial Plaintiffs to Respond to Interrogatory No. 10.**