# EXHIBIT C

**From:** Scott A. Martin <smartin@hausfeld.com>
**Sent:** Friday, October 29, 2021 4:36:30 PM
**To:** Roxana Guidero <rguidero@wilkinsonstekloff.com>
**Cc:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>
**Subject:** In re NFL Sunday Ticket Antitrust Litigation



Dear Roxana,

Thank you and Max for taking the time to confer last week with respect to the document productions.  I write in follow-up to the matters we discussed, summarized below.

Residential Plaintiffs Michael Holinko and Robert Lippincott have each conducted reasonably diligent searches for documents and communications responsive to the NFL Defendants' First Set of Requests for Production of Documents to Residential Plaintiffs.  Each has produced any responsive, non-privileged documents that were located.  For Plaintiff Holinko, he has produced such responsive, non-privileged documents as were located with respect to Requests Nos. 1, 3, 4, and 10.  With respect to the remaining requests, Holinko has not located any responsive, non-privileged documents not otherwise produced and is unaware of any such documents.  For Plaintiff Lippincott, he has produced such responsive, non-privileged documents as were located with respect to Requests Nos. 1, 3, 4, and 10. With respect to the remaining requests, Lippincott also has not located any responsive, non-privileged documents not otherwise produced and is unaware of any such documents, <u>except</u> as to Request No. 11, for which a renewed search is still ongoing and as to which we will update with any results (and produce additional documents, if any) early next week.

Commercial Plaintiffs Gael Pub and The Mucky Duck have each conducted reasonably diligent searches for documents and communications responsive to the NFL Defendants' First Set of Requests for Production of Documents to Commercial Plaintiffs. Each has produced any responsive, non-privileged documents that were located. As specifically discussed with respect to Requests seeking financial information (tax filings, register receipts, etc.) of the Commercial Plaintiffs, and without waiver of objections, The Mucky Duck agrees to provide a year-by-year summary of profits/losses, as Gael Pub already has, from 2011 forward. We anticipate receiving that completed summary next week, and we will produce it immediately upon receipt.

For Plaintiff Gael Pub, such responsive, non-privileged documents as were located with respect to Requests Nos. 1, 3, 4, and 10-16 (and 19 by way of the summary of profits/losses, without waiver of objections) have been produced. With respect to the remaining requests, Gael Pub has not located any responsive, non-privileged documents not otherwise produced and is unaware of any such documents, except as set forth above. For Plaintiff The Mucky Duck, such responsive, non-privileged documents as were located with respect to Requests Nos. 1, 3, 4, and 10-16 have been produced. Commercial Plaintiff The Mucky Duck also has identified one additional responsive document in the way of internet marketing materials, which will be added to the production. For convenience, I am also attaching a copy of that document. With respect to the remaining requests, The Mucky Duck has not located any responsive, non-privileged documents not otherwise produced and is unaware of any such documents, except as set forth above.

As agreed, in addition to the RFP responses, both Commercial Plaintiffs have agreed to compile a list of their employees from 2011 forward, to the best of their resources.  For Gael Pub, the list is as follows:
Jack Murphy, bartender

Fintan Dunne, bartender
Paul Smith, bartender
Kylie Brenner, bartender
Antonio Perez, cook
Mario Morales, cook
Jim Lenord, chef
Peter Korb, manager
Rory Galligan, bartender
Niall Cunningham, bartender
Jennifer Crossin, waitress
Rebecca Merridith, waitress
Eoin Finnigan, waiter
Conor Kolbrennor, bartender
Conall Lennon, bartender
Maurice Poole, security
Michael Riordan, security
Liam White, bartender
Aileen Lennon, waitress

We are also working with the Mucky Duck to compile as fulsome a list of employees as practicable, which has taken a bit longer but we anticipate will be completed and provided next week.

Best,
Scott


**SCOTT A. MARTIN**
Partner
smartin@hausfeld.com
+1 646-357-1195 direct



33 Whitehall Street
14th Floor
New York, NY 10004
+1 646 357 1100
**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.