UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15-ml-02668 PSG (JEMx) | Date | May 23, 2022 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|
| S. Lorenzo | |
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER RE DEFENDANTS' MOTION TO COMPEL COMMERCIAL PLAINTIFFS TO RESPOND TO INTERROGATORY NO. 10 (Dkt. 462)**

The Court DENIES the NFL Defendants' Motion To Compel Commercial Plaintiffs To Respond To Interrogatory No. 10 ("Motion") without prejudice.

The Court addressed the Motion in its prior order dated May 9, 2022. (Dkt. 472.) As the Court could not say Plaintiffs' inquiry was irrelevant to market definition, it indicated it would consider discoverability of "downstream" data sought by Interrogatory No. 10 if the burden is not undue. (Dkt 472 at 2.) The Court then directed the parties to meet and confer on what, if any, revenue data exists and whether it can be feasibly produced, and submit a Joint Status Report by May 17, 2022. (Dkt. 472-3.) The parties submitted a Joint Status Report on May 17, 2022 as directed. (Dkt. 477.) The parties were unable to resolve their differences regarding the two Commercial Plaintiffs' answers to Interrogatory No. 10.

Commercial Plaintiffs Gael Pub and Mucky Duck produced declarations from their partner/proprietors Eugene Lennon and Jason Baker. (Dkt. 477-3 and 477-4.) These declarations identify what revenue records exist. In the case of Gael Pub, Mr. Lennon states that only federal and state tax returns which reflect annual revenues exist. (Dkt. 477-3, ¶ 6.) The tax returns would not enable calculation of daily revenues as requested by Interrogatory No. 10. (Id., ¶ 7.) Gael Pub discarded individual transaction receipts and, the Court infers, weekly and monthly tallies (Id., ¶ 9) which would not enable the requested calculations anyway.

In the case of Mucky Duck, Mr. Baker states that the only revenue documents that

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15-ml-02668 PSG (JEMx) | Date | May 23, 2022 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

exist are federal and state tax returns and monthly aggregate revenue tallies, "which do not reflect or enable calculation of daily revenues." (Dkt. 477-4, ¶ 6.) It too did not retain individual transaction receipts. (Id., ¶ 9.)

The Court has no factual basis for rejecting the above statements in the two declarations made under oath and subject to penalty of perjury. Plaintiffs, moreover, offered two compromises to resolve the Motion: (1) the NFL Defendants can probe the highest grossing data of the week and ask questions about daily revenues in Commercial Plaintiffs' future depositions, and (2) Plaintiffs will amend their interrogatory responses to reflect their best recollection of the highest grossing day of the week during and outside the NFL regular season. The Court will so order. Plaintiffs are to prepare and submit a proposed order **within 5 days** reflecting these compromises and requiring amended interrogatory responses **within 10 days** of the Court's entry of the order. The Court has DENIED the NFL Defendants' Motion to Compel without prejudice in the event that deposition questioning demonstrates falsity in the two declarations or additional information indicating that data exists that would enable the calculation of daily revenues and the highest grossing day of the week.

The NFL Defendants appear focused on production of annual and monthly records but these records would not enable the calculations requested in Interrogatory No. 10. Defendants assert that these records are responsive to prior document requests. The Court will not undertake to consider here what would be a separate motion to compel production of documents that would not enable the calculations requested in Interrogatory No. 10. The NFL Defendants would have to bring a separate motion regarding the monthly and weekly tallies in compliance with Local Rule 37.

|  | : |  |
|---|---|---|
| Initials of Preparer | slo | |