# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION, <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS. | Case No. 2:15-ml-02668-PSG (JEMx) <br><br> **ORDER REFLECTING THE COMPROMISES COMMERCIAL PLAINTIFFS ADVANCED IN THE PARTIES' MAY 17, 2022 JOINT STATUS REPORT AND REQUIRING AMENDED INTERROGATORY RESPONSES** <br><br> Magistrate Judge:  Hon. John E. McDermott <br> Date: 5/23/2022 <br><br> Discovery Cutoff Date: 8/5/2022 <br> Pretrial Conference Date: 2/9/2024 <br> Trial Date: 2/22/2024 |

WHEREAS, on May 23, 2022, the Court denied the NFL Defendants' Motion to Compel Commercial Plaintiffs to Respond to Interrogatory No. 10 (Dkt. 479) and directed Plaintiffs to prepare and submit a proposed order within 5 days reflecting the compromises Commercial Plaintiffs advanced in the parties' May 17, 2022 Joint

**Error! Unknown document property name.**

Status Report and requiring amended interrogatory responses within 10 days of the Court's entry of the order;

IT IS HEREBY ORDERED that the Commercial Plaintiffs amend their responses to Interrogatory No. 10 within ten days of this order to reflect their best recollection of the highest grossing day of the week during and outside the NFL regular season;

IT IS HEREBY FURTHER ORDERED that the NFL Defendants can inquire into the highest grossing data of the week and ask questions about daily revenues in Commercial Plaintiffs' future depositions.

**IT IS SO ORDERED.**

Date: May 26, 2022

_____
John E. McDermott
UNITED STATES MAGISTRATE JUDGE