# EXHIBIT 2

FILED
CLERK, U.S. DISTRICT COURT
Nov. 29, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____VRV_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) **ORDER REGARDING MODIFICATIONS TO SCHEDULING ORDER [362]** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

Having considered the parties' Stipulation Regarding Modifications to Scheduling Order and finding good cause therein, the Court hereby modifies the case management order (ECF No. 294) by adopting the proposed dates in the table below:

| Event | Current | Proposed |
|---|---|---|
| Fact Discovery Deadline | 3/22/22 | 5/15/22 |
| Class Cert Motion (and accompanying expert reports) | 5/20/22 | 6/5/22 |
| Opposition to Class Cert (and accompanying expert reports) | 8/3/22 | 8/19/22 |
| Reply Brief on Class Cert (and accompanying expert reports) | 9/19/22 | No Change |
| Class Cert Hearing | 10/17/22 | No Change |
| Opening Merits Expert Reports | 11/4/22 | No Change |
| Responsive Merits Expert Reports | 1/18/23 | No Change |

1

| Rebuttal Merits Expert Reports | 3/6/23 | No Change |
|---|---|---|
| Expert Discovery Deadline | 4/5/23 | No Change |
| Summary Judgment Motions | 5/22/23 | No Change |
| Summary Judgment Oppositions | 7/21/23 | No Change |
| Summary Judgment Reply Briefs | 8/21/23 | No Change |
| Summary Judgment Hearing Date | 10/9/23 | No Change |

Dated: November 29, 2021

_____
Philip S. Gutierrez
Chief United States District Judge

2