# EXHIBIT 10

MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100/Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
IRVING SCHER
ischer@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100/ Fax: (212) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660/ Fax: (215) 320-5703

[Additional Counsel listed in Signature Page]

Plaintiffs' Interim Co-Lead Class Counsel

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>Judge: Hon. Philip S. Gutierrez |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **AMENDED STIPULATED SUPPLEMENTAL PROTECTIVE ORDER** |

The parties hereby stipulate to and petition the Court to enter the following Stipulated Supplemental Protective Order (the "Non-Party Order"). The parties agree that the Non-Party Order is in supplement to the Stipulated Protective Order (the "Protective Order") entered by the Court on October 4, 2016 (Dkt. 197), and should not be interpreted to in any way alter the provisions set forth in the Protective Order except as expressly set forth herein.

1. This Protective Order shall be applicable to and govern all depositions taken and all documents produced in response to subpoena, and all other discovery taken pursuant to the Federal Rules of Civil Procedure, and other information hereafter furnished, directly or indirectly, by or on behalf of any non-party in connection with this action which a non-party designates as "HIGHLY CONFIDENTIAL/COMMERCIALLY SENSITIVE." The designation "HIGHLY CONFIDENTIAL/COMMERCIALLY SENSITIVE" shall only apply to carriage rate information, sensitive material implicated in the negotiation and execution of affiliation agreements, and sensitive material implicated in the negotiation and execution of licensing agreements with the NFL, the NCAA, any NCAA athletic conference, or any Non-Party who received a subpoena in this Action prior to December 31, 2021. The terms "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" will continue to have the same meanings as that which is given to them in the Protective Order.

2. All provisions governing "Protected Information" in the Protective Order shall apply to any document designated as "HIGHLY CONFIDENTIAL/COMMERCIALLY SENSITIVE" by a non-party, except as otherwise modified by this Non-Party Order.

3. Unless otherwise ordered by the Court or permitted in writing by the designating non-party, the parties may disclose any information or item designated "HIGHLY CONFIDENTIAL/COMMERCIALLY SENSITIVE" by a non-party only to persons described in Paragraph 7.3 of the Protective Order with the following additional limitations:

      a.    Regarding outside counsel described in Paragraph 7.2(a) of the Protective Order, the parties may not disclose any information or items designated "HIGHLY CONFIDENTIAL/COMMERCIALLY SENSITIVE" by a non-party to any outside counsel in this litigation who has any responsibility for advising any person regarding the negotiation or execution of affiliation agreements or licensing agreements with the NFL, the NCAA, any NCAA athletic conference, or any Non-Party who received a subpoena in this Action prior to December 31, 2021, or to such outside counsel's staff and supporting personnel of such attorneys, such as paralegals, secretaries, stenographic and clerical employees and contractors, who are working on this litigation under the direction of such attorneys.

      b.    Regarding testifying or consulting experts of the Receiving Party described in Paragraph 7.2(c) of the Protective Order, the parties may not disclose any information or items designated "HIGHLY CONFIDENTIAL/ COMMERCIALLY SENSITIVE" by a non-party to any outside consultant or retained expert who has any responsibility for negotiating or advising any person with respect to the negotiation of affiliation agreements or licensing agreements with the NFL, the NCAA, any NCAA athletic conference, or any Non-Party who received a subpoena in this Action prior to December 31, 2021. Any outside consultant or expert who receives any information or items designated as "HIGHLY CONFIDENTIAL/ COMMERCIALLY SENSITIVE" will not negotiate or advise any person with respect to the negotiation of affiliation agreements or licensing agreements with the NFL, the NCAA, any NCAA athletic conference, or any Non-Party who received a subpoena in this Action prior to December 31, 2021 for a period of two years following the initial conclusion of this action in the district court. This paragraph in no way limits or precludes any outside consultant or retained expert from providing services during, or in anticipation of, litigation, arbitration, or any other forms of dispute resolution relating to affiliation agreements or licensing agreements with the NFL, the NCAA, any NCAA athletic conference, or any Non-Party who received a subpoena in this Action prior to

3

December 31, 2021. Before disclosing any of the material, documents, or information covered by this Order to any such outside consultant or expert, counsel for the party retaining that outside consultant or expert shall ensure each outside consultant or expert so retained or employed is willing to commit to the obligations set forth herein, and obtain confirmation of such from each outside consultant or expert in writing.

        c.    For each person set forth in Paragraphs 7.2 and 7.3 of the Protective Order who must execute the Protective Order's Acknowledgment and Agreement to Be Bound, counsel for a Receiving Party shall further provide a copy of this Non-Party Order.

4

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 10, 2022

*s/ Marc M. Seltzer*
MARC M. SELTZER
SUSMAN GODFREY L.L.P.

SCOTT MARTIN
IRVING SCHER
HAUSFELD LLP

HOWARD LANGER
EDWARD DIVER
PETER LECKMAN
LANGER GROGAN AND DIVER PC

ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
WILLIAM CHRISTOPHER CARMODY
bcarmody@susmangodfrey.com
SETH ARD
sard@susmangodfrey.com
TYLER FINN
tfinn@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019
Tel: (212) 336-8330/ Fax: (212) 336-8340

IAN M. GORE
igore@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841/Fax: (206) 516-3883

MICHAEL D. HAUSFELD
mhausfeld@hausfeld.com
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

MICHAEL P. LEHMANN
mlehmann@hausfeld.com
BONNY E. SWEENY
bsweeney@hausfeld.com
CHRISTOPHER L. LEBSOCK
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200

*Attorneys for Plaintiffs' Interim Co-Lead Class Counsel*

DATED: February 10, 2022

s/ Jeremy S. Barber
Beth A. Wilkinson
bwilkinson@wilkinsonstekloff.com
Rakesh Kilaru
rkilaru@wilkinsonstekloff.com
Brian L. Stekloff
bstekloff@wilkinsonstekloff.com
Jeremy S. Barber
jbarber@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, Suite 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000

Gregg H. Levy
glevy@cov.com
Derek Ludwin
dludwin@cov.com
John Playforth
jplayforth@cov.com
COVINGTON & BURLING LLP
850 Tenth Street NW One City Center
Washington, DC 20001-4956
Telephone: (202) 622-5292
Facsimile: (202) 662-6804

Neema Trivedi Sahni
nsahni@cov.com
COVINGTON & BURLING LLP
2029 Century Park East Suite 3100
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4782

*Counsel for Defendants National Football League, Inc. and NFL Enterprises LLC and the Individual NFL Clubs*

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: 2/11/2022           _____John E. McDermott_____
                           John E. McDermott
                           United States Magistrate Judge

6