# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY APPLE, INC.** |

This matter is before the Court on Plaintiffs' Motion to Compel Responses by the Apple Inc. to Plaintiffs' subpoena for the production of documents pursuant to Federal Rule of Civil Procedure 45. The Court, having considered the arguments of the parties and good cause appearing therefor, hereby GRANTS Plaintiffs' Motion to Compel, and orders as follows:

IT IS HEREBY ORDERED that Apple produce documents identified as responsive to Plaintiffs' subpoena Requests 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 and, within 10 days of this Order, produce such documents pursuant to the protective order entered in this matter.

**IT IS SO ORDERED.**

Date: June _, 2022

_____
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE