**REDACTED VERSION OF DOCUMENT PROPOSED TO BE**

**FILED UNDER SEAL**

1    Marc M. Seltzer (54534)                     Howard Langer (*Pro Hac Vice*)
     mseltzer@susmangodfrey.com                  hlanger@langergrogan.com
2    SUSMAN GODFREY L.L.P.                        LANGER GROGAN AND DIVER PC
     1900 Avenue of the Stars, Suite 1400        1717 Arch Street, Suite 4020
3    Los Angeles, CA 90067-6029                  Philadelphia, PA 19103
     Phone: (310) 789-3100                       Tel: (215) 320-5660
4    Fax: (310) 789-3150                         Fax: (215) 320-5703

5    Scott Martin (*Pro Hac Vice*)
     smartin@hausfeld.com
6    HAUSFELD LLP
     33 Whitehall Street, 14th Floor
7    New York, NY 10004
     Tel: (646) 357-1100
8    Fax: (2121) 202-4322

9
     *Plaintiffs' Co-Lead Counsel*
10

11

12                    **UNITED STATES DISTRICT COURT**

13                    **CENTRAL DISTRICT OF CALIFORNIA**

14   IN RE: NATIONAL FOOTBALL            Case No. 2:15-ml-02668-PSG (JEMx)
     LEAGUE'S "SUNDAY TICKET"
     ANTITRUST LITIGATION               **DISCOVERY MATTER**
15
                                        **DECLARATION OF FARHAD**
16   THIS DOCUMENT RELATES TO           **MIRZADEH IN SUPPORT OF**
     ALL ACTIONS                        **PLAINTIFFS' MOTION TO**
17                                       **COMPEL PRODUCTION OF**
                                        **DOCUMENTS BY APPLE, INC.**
18

19

20

21

22

23

24

25

26

27

28

1    I, Farhad Mirzadeh, declare under penalty of perjury that the following is true

2  and correct:

3    1.    I am over the age of twenty-one (21) years and am an associate at

4  Hausfeld LLP. I am counsel of record for Plaintiffs Ninth Inning, Inc., 1465 Third

5  Avenue Restaurant Corp., Robert Gary Lippincott, Jr., and Jonathan Frantz in the

6  above-captioned litigation. I submit this declaration in support of Plaintiffs' Motion

7  to Compel Production of Documents by Apple, Inc.

8    2.    I am competent to testify to the matters stated herein, have personal

9  knowledge of the facts and statements in this declaration, and each of the facts and

10  statements is true and correct to the best of my knowledge.

11    3.    Attached hereto as Exhibit 1 is a true and correct copy of the Court's

12  scheduling order in this case pursuant to Local Civil Rule 37-2. Exhibit 1 is a true

13  and correct copy of the Court's Order filed on January 12, 2021. *See* Dkt. No. 294.

14    4.    Attached hereto as Exhibit 2 is a true and correct Copy of the Court's

15  amended scheduling order filed on November 29, 2021, Dkt. No. 363.

16    5.    Attached hereto as Exhibit 3 is a true and correct Copy of the Court's

17  second amended scheduling order filed on March 15, 2022, Dkt. No. 434.

18    6.    Attached hereto as Exhibit 4 is a true and correct copy of the Subpoena

19  served upon Apple, Inc. on September 17, 2021.

20    7.    Attached hereto as Exhibit 5 is a true and correct copy of a letter sent

21  by Hannah Cannom to Leland Shelton on November 2, 2021.

22    8.    Attached hereto as Exhibit 6 is a true and correct copy of a document

23  produced by the NFL Defendants bearing the bates number NFL_1103248.

24    9.    Attached hereto as Exhibit 7 is a true and correct copy of a document

25  produced by the NFL Defendants bearing the bates number NFL_1104799.

26    10.    Attached hereto as Exhibit 8 is a true and correct copy of a document

27  produced by the NFL Defendants bearing the bates number NFL_0883184.

28    11.    Attached hereto as Exhibit 9 is a true and correct copy of a letter sent

by Farhad Mirzadeh to Bethany Stevens, dated March 30, 2022.

1    12.    Attached hereto as Exhibit 10 is a true and correct copy of the

2    Amended Stipulated Protective Order, entered on February 11, 2022, Dkt. No. 422.

3    13.    I met and conferred with counsel for Apple, Inc. on May 3, 2022 and

4    on May 17, 2022 to discuss document productions responsive to Plaintiffs'

5    subpoena. On the May 17, 2022 meet and confer, █████████████████████

6    ███████████████████████████████████████████████████████████████

7    ██████████████████████████████████████████████

8    14.    ████████████████████████████████████████████

9    █████████████████████████████████

10

11

12    I declare under penalty of perjury under the laws of the United States of America

13    that the foregoing is true and correct.

14    Signed this 20th day of May, in Washington, District of Columbia.

15

16    */s/ Farhad Mirzadeh*
Farhad Mirzadeh

17

18

19

20

21

22

23

24

25

26

27

28