**REDACTED VERSION OF DOCUMENT PROPOSED TO BE**

**FILED UNDER SEAL**

| | |
|---|---|
| 1 | Hannah Cannom (SBN 245635) |
| | hcannom@wscllp.com |
| 2 | Bethany Stevens (SBN 245672) |
| | bstevens@wscllp.com |
| 3 | WALKER STEVENS CANNOM LLP |
| | 500 Molino Street, Suite 118 |
| 4 | Los Angeles, CA 90013 |
| | Phone: (213) 712-9145 |
| 5 | Fax: (213) 403-4906 |
| 6 | *Attorneys for Non-Party Apple Inc.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (JEMx) |
| | **DISCOVERY MATTER** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **DECLARATION OF BETHANY STEVENS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY APPLE INC.** |

## DECLARATION OF BETHANY STEVENS

I, Bethany Stevens, declare as follows:

1. I am a partner at Walker Stevens Cannom LLP, counsel for Apple Inc. in connection with the third-party subpoena issued by Plaintiffs in the above-captioned litigation. I make this declaration in opposition to Plaintiffs' Motion to Compel Production of Documents from Apple Inc. (the "Motion"). I have personal knowledge of the facts stated herein and, if called and sworn as a witness, I could competently testify as set forth below.

2. Apple received the subpoena attached as Exhibit 4 to the concurrently filed Mirzadeh Declaration on or around September 21, 2021, and timely objected thereto on November 2, 2021, via the letter objections attached as Exhibit 5 to the same declaration. Apple has steadfastly maintained its objections to the production ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ since its initial letter objections to Plaintiffs.

3. Plaintiffs first threatened to move to compel compliance with the Subpoena in December 2021, prior to any meaningful effort to work with Apple or address Apple's concerns regarding the improper and overbroad scope of the subpoena. Attached hereto as **Exhibit 1** and **Exhibit 2**, respectively, are true and correct copies of a letter from Plaintiffs' counsel to my partner, Hannah Cannom, dated December 21, 2021, and Ms. Cannom's response thereto dated December 24, 2021.

4. In Ms. Cannom's December 24, 2021 letter attached as Exhibit 2, and again in subsequent telephonic meet and confers with Plaintiffs' counsel, Apple's counsel made clear Apple did not consent to the transfer of any subpoena-related motion out of the districts where compliance was required (N.D. Cal.).

5. In subsequent meet and confers, including on a telephonic meet and confer on January 10, 2022, Plaintiffs' counsel represented they were not seeking production of Apple documents or communications in the possession of the NFL and available via party discovery.

1

1  6. Thereafter, my firm worked diligently with Plaintiffs's counsel to attempt to narrow the scope of the subpoena and to investigate what documents Apple could produce, or work with the NFL to produce in party discovery, that would provide Plaintiffs with the information they sought without compromising Apple's objection ▮

7. To date, I ▮

8. My firm has cooperated with the NFL's counsel to quickly review and consent to the production in party discovery of multiple NFL document productions containing or comprising ▮

9. Further, in connection with the review of Apple documents collected in response to this subpoena, Apple identified ▮ that had not been produced to Plaintiffs, including a document ▮ and worked with Plaintiffs and the NFL to ensure production of such materials in party discovery.

10. As a result, I understand that Plaintiffs have already received information ▮

11. My firm, on behalf of Apple, also has reviewed, redacted, and produced ▮. On May 20, 2022, Apple produced these documents. I understand that Plaintiffs now object to the

1 | redactions Apple applied ███████████████████████████
2 | ████████████████████████████████████

3 |   12. Apple also undertook an investigation and confirmed prior to the filing
4 | of this Joint Stipulation that it has been unable to locate, after a reasonable search,
5 | any non-privileged documents responsive to Request Nos. 11, 16, 17, 18, and 19.
6 |   13. During the most recent telephonic meet and confers with Plaintiffs'
7 | counsel, after Plaintiff served its portion of the Joint Stipulation on Apple, Plaintiffs'
8 | counsel appeared unaware of the substance of the documents recently produced by
9 | Apple and the NFL ████████████████████████ and did not identify with
10 | any specificity the additional information, beyond that already disclosed in the
11 | produced documents, that they are seeking.
12 |   14. In a final attempt to avoid motion practice, on telephonic meet and
13 | confers on May 24 and 25, 2022, Apple offered to produce — ███████████
14 | ████████████████████████████████████
15 | ████████████████████████████████████
16 | ████████████████████████████████████
17 | ████████████████████████████████████
18 | ████████████████████████████████████
19 | Plaintiffs refused, and confirmed it would move to compel ███████████
20 | ██████ Attached hereto as **Exhibit 3** is a true and correct copy an email chain dated
21 | May 25-26, 2022, between Plaintiffs' counsel and my firm relating to the same.
22 |   15. In connection with this motion, I again reiterated that Apple did not
23 | consent to the transfer of any subpoena-related motions out of N.D. Cal. (the district
24 | in which compliance with the subpoena was required), and urged Plaintiffs to file
25 | their motion in N.D. Cal. in accordance with the procedures set forth in Fed. R. Civ.
26 | P. 45(f). Apple agreed it would not oppose a motion to expedite briefing in
27 | connection with such a filing, in consideration of Plaintiffs' discovery deadlines. *See*
28 | Exhibit 3.

16. I, through discussions with Apple, have confirmed, and conveyed to Plaintiffs' counsel, ████████████████████████████████████

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 27 day of May, 2022, at Los Angeles, CA.

*/s/ Bethany Stevens*

Bethany Stevens

4