| | |
|---|---|
| Marc M. Seltzer (54534)<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150<br>mseltzer@susmangodfrey.com<br><br>Scott Martin (*Pro Hac Vice*)<br>smartin@hausfeld.com<br>Irving Scher (*Pro Hac Vice*)<br>ischer@hausfeld.com<br>HAUSFELD LLP<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>Tel: (646) 357-1100<br>Fax: (2121) 202-4322 | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com<br>Edward Diver (*Pro Hac Vice*)<br>ndiver@langergrogan.com<br>Peter Leckman (235721)<br>pleckman@langergrogan.com<br>LANGER GROGAN & DIVER, P.C.<br>1717 Arch Street, Suite 4130<br>Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703 |

*Plaintiffs' Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>**PROOF OF SERVICE OF DOCUMENTS SOUGHT TO BE FILED UNDER SEAL** |

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the District of Columbia. I am over the age of 18 and not a party to the within action; my business address is 888 16th Street, Suite 300, Washington, DC 20006.

On May 31, 2022, I served the foregoing document(s) described as follows:

1. the sealed Declaration of Farhad Mirzadeh in Support of Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal;

2. an unredacted copy of the Joint Stipulation Regarding Plaintiffs' Motion to Compel the Production of Documents by Apple, Inc.;

3. unredacted copies of the Mirzadeh Declaration, Stevens Declaration, and Smith Declaration;

4. unredacted copies of Exhibits 4, 5, 6, 7, 8, and 9 to the declaration of Farhad Mirzadeh; and

5. unredacted copies of Exhibits 1, 2, and 3 to the declaration of Bethany Stevens.

\_\_\_\_\_BY MAIL:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_BY PERSONAL SERVICE:

I caused to be delivered such envelope by hand to the offices of the addressee.

\_\_\_\_\_BY FEDERAL EXPRESS OR OVERNIGHT COURIER

\_\_\_\_\_BY FAX

I served by facsimile as indicated on the attached service list.

_XX_ BY ELECTRONIC MAIL

I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list. Executed on May 31, 2022, at Washington, District of Columbia.

_____(State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_XX_(Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| Farhad Mirzadeh | /s/ Farhad Mirzadeh |
| (Type or Print Name) | (Signature) |

# SERVICE LIST

Beth A. Wilkinson
bwilkinson@wilkinsonstekloff.com
Brian L. Stekloff
bstekloff@wilkinsonstekloff.com
Rakesh Kilaru
rkilaru@wilkinsonstekloff.com
Max Warren
mwarren@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005

Jeremy S. Barber
jbarber@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
130 West 42nd Street 24th Floor
New York, NY 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005

Rahul Hari
rhari@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
11601 Wilshire Blvd. Suite 600
Los Angeles, CA 90025
Tel: (424) 291-9661
Fax: (202) 847-4005

*Counsel for Defendants National Football League, Inc. and NFL Enterprises LLC and the Individual NFL Clubs*