# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**ORDER REGARDING PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 6/21/2022, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Farhad Mirzadeh in Support of Plaintiffs' Application to File Documents Under Seal;
2. Joint Stipulation Regarding Plaintiffs' Motion To Compel Production Of Documents By Apple, Inc.;
3. Declarations of Mirzadeh, Smith, and Stevens;
4. Exhibits 4, 5, 6, 7, 8, and 9 to the Declaration of Farhad Mirzadeh;
5. Exhibits 1, 2, and 3 to the Declaration of Bethany Stevens.

IT IS SO ORDERED.

Dated: 6/1/22

_____
JOHN E. MCDERMOTT
United Sates Magistrate Judge

1