WALKER STEVENS CANNOM LLP
Hannah L. Cannom (SBN 245635)
hcannom@wscllp.com
Bethany M. Stevens (SBN 245672)
bstevens@wscllp.com
500 Molino Street #118
Los Angeles, CA 90013
Telephone:   (213) 337-9972
Facsimile:    (213) 403-4906

*Attorneys for Non-Party Apple Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**APPLE INC.'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY APPLE INC.**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 6/21/2022, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

Pursuant to Civil Local Rule 37-2.3, Apple Inc. respectfully submits the following Supplemental Memorandum in Opposition to Plaintiffs' Motion to Compel to inform this Court of the status of discovery matters that have transpired since Plaintiffs filed the Joint Stipulation to Compel Production of Documents by Apple on May 31, 2022 (Dkt. No. 486, "Motion to Compel").

That same day, Apple Inc. filed a Motion to Quash Plaintiffs' Subpoena in the United States District Court for the Northern District of California as the proper court to address the subpoena pursuant to Federal Rule of Civil Procedure 45(f). *See In re National Football League's "Sunday Ticket" Litig.*, Case No. 3:22-mc-80140-DMR, Dkt. No. 1 ("Motion to Quash"). On Tuesday, June 7, 2022, Apple filed an Administrative Motion to Expedite the Motion to Quash, requesting that any hearing thereon be set on or before June 21, 2022.[1] *See id.* Dkt. No. 7. At this time, the Administrative Motion to Expedite is pending. Apple thus reiterates its position that this Court should, at a minimum, decline to consider Plaintiffs' Motion to Compel unless the Northern District of California court assigned to Apple's Motion to Quash finds that Plaintiffs have made the requisite showing that "exceptional circumstances" exist that outweigh the interests of Apple in having the subpoena resolved locally.

Moreover, despite the Motion to Compel pending before this Court and the Motion to Quash pending in the Northern District of California, Plaintiffs' harassment of non-party Apple continues. On June 3, 2022, Plaintiffs sent Apple another meet and confer letter pursuant to Local Rule 37-1 demanding that Apple meet and confer with Plaintiffs regarding the propriety of redactions to documents produced by Apple. (Declaration of Bethany Stevens ("Stevens Decl.") at ¶ 2, Ex. A.) This was already raised in the Motion to Compel. (*See* Dkt. Nos. 491 at 23, n. 7 and 491-8 at ¶ 11.) Moreover, Apple's redactions are proper. As discussed in the

---

[1] In the alternative, Apple requested its Motion to Quash be set for hearing on the N.D. Cal. court's regular June 23, 2022 civil motion hearing date.

Motion to Compel, Apple redacted certain information in an attempt to avoid motion practice. (*See id.*) Despite undertaking this onerous review and redactions, Plaintiffs continue to demand documents and information to which they are not entitled. Plaintiffs' apparent intention to engage in sequential motion practice against non-party Apple regarding issues that wholly overlap with those now pending before two courts — that is, the sufficiency of Apple's objection to the production of the redacted information, and the insufficiency of the Protective Order in the underlying litigation to address Apple's objections — exacerbates the already undue burden and expense being imposed on a non-party by Plaintiffs, and would further drain judicial resources.

For the reasons stated in the Motion to Compel, and for the additional reasons set forth above, the Court should refuse Plaintiffs' escalating and improper demands of non-party Apple and deny the Motion to Compel.

Dated: June 7, 2022                            Respectfully submitted,

WALKER STEVENS CANNOM LLP

*/s/ Bethany Stevens*
Bethany Stevens

*Attorneys for Non-Party Apple Inc.*