Hannah Cannom (SBN 245635)
hcannom@wscllp.com
Bethany Stevens (SBN 245672)
bstevens@wscllp.com
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, CA 90013
Phone: (213) 712-9145
Fax: (213) 403-4906

*Attorneys for Non-Party Apple Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF BETHANY STEVENS IN SUPPORT OF NON-PARTY APPLE INC.'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY APPLE INC.** |

## DECLARATION OF BETHANY STEVENS

I, Bethany Stevens, declare as follows:

1. I am a partner at Walker Stevens Cannom LLP, counsel for Apple Inc. ("Apple") in connection with the third-party subpoena issued by Plaintiffs in the above-captioned litigation. I make this declaration in support of Apple's Supplemental Memorandum in opposition to Plaintiffs' Motion to Compel Production of Documents from Apple Inc. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, I could competently testify as set forth below.

2. Attached hereto as **Exhibit A** is a true and correct copy of a letter I received from Plaintiffs' counsel on June 3, 2022.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 7th day of June, 2022, at Los Angeles, CA.

                                       */s/ Bethany Stevens*
                                       Bethany Stevens