1  Hannah Cannom (SBN 245635)
   hcannom@wscllp.com
2  Bethany Stevens (SBN 245672)
   bstevens@wscllp.com
3  WALKER STEVENS CANNOM LLP
   500 Molino Street, Suite 118
4  Los Angeles, CA 90013
   Phone: (213) 712-9145
5  Fax: (213) 403-4906

6  *Attorneys for Non-Party Apple Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**PROOF OF SERVICE OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL** |
|---|---|

I, Bethany Stevens, declare:

I am over the age of 18 and not a party to the within action. I am a citizen of the United States and a resident of the State of California. I am employed in the County of Los Angeles, State of California by Walker Stevens Cannom LLP. My business address is 500 Molino Street #118, Los Angeles, California 90013.

I certify that on June 9, 2022, I served the following document:

1. Order Re Plaintiffs' Motion to Compel Production of Documents by Apple Inc.

on the following parties' counsel by email to the email address identified below:

| | |
|---|---|
| Marc M. Seltzer (54534)<br>SUSMAN GODFREY LLP<br>mseltzer@susmangodfrey.com<br><br>Scott Martin (Pro Hac Vice)<br>smartin@hausfeld.com<br>Irving Scher (Pro Hac Vice)<br>ischer@hausfeld.com<br>Farhad Mirzadeh (Pro Hac Vice)<br>fmirzadeh@hausfeld.com<br>HAUSFELD LLP<br><br>Howard Langer (Pro Hac Vice)<br>hlanger@langergrogan.com<br>Edward Diver (Pro Hac Vice)<br>ndiver@langergrogan.com<br>Peter Leckman (235721)<br>pleckman@langergrogan.com<br>LANGER GROGAN & DIVER, P.C.<br><br>*Plaintiffs' Co-Lead Counsel* | Jeremy S. Barber<br>Wilkinson Stekloff LLP<br>jbarber@wilkinsonstekloff.com<br><br>*Attorneys for National Football League, Inc.* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of June, 2022, in Los Angeles, California.

                                                  */s/ Bethany Stevens*
                                                  Bethany Stevens