1  Hannah Cannom (SBN 245635)
   hcannom@wscllp.com
2  Bethany Stevens (SBN 245672)
   bstevens@wscllp.com
3  WALKER STEVENS CANNOM LLP
   500 Molino Street, Suite 118
4  Los Angeles, CA 90013
   Phone: (213) 712-9145
5  Fax: (213) 403-4906

6  *Attorneys for Non-Party Apple Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**ORDER GRANTING NON-PARTY APPLE INC.'S APPLICATION UNDER LOCAL RULE 79-5 TO SEAL PORTION OF ORDER ON MOTION TO COMPEL** |

Pending before the Court is non-party Apple Inc.'s Application Under Local Rule 79-5 to Seal Portion of the Court's Order Re Plaintiffs' Motion to Compel Production of Documents by Apple Inc.

IT IS HEREBY ORDERED that:

1. The unredacted version of the Order Re Plaintiffs' Motion to Compel Production of Documents by Apple Inc. (Dkt. No. 499) shall be removed from the public docket; and

2. The following document shall be filed under seal: Order Re Plaintiffs' Motion to Compel Production of Documents by Apple Inc.

**IT IS SO ORDERED.**

Dated: 6/10/22

_John E. McDermott_
The Hon. John E. McDermott
United States Magistrate Judge