Beth Wilkinson (admitted *pro hac vice*)
Brian Stekloff (admitted *pro hac vice*)
Rakesh Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION,<br><br>_____<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS. | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**JOINT STATUS REPORT REGARDING THE COURT'S MAY 31 ORDER ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THE NFL**<br><br>Magistrate Judge: Hon. John E. McDermott |

Pursuant to the Court's May 31, 2022 Order, Dkt. 485, the NFL and Plaintiffs submit the following Joint Status Report regarding the ongoing review of the documents from *United States Football League v. Nat'l Football League*, Case No. 84 Civ. 7484 (S.D.N.Y.).

1. On May 17, 2022, the parties filed a joint stipulation regarding Plaintiffs' motion to compel the production of documents from prior litigations involving the NFL. Dkt. 476-1. On May 31, 2022, the Court granted in part and denied in part Plaintiffs' motion, Dkt. 485 at 1, and ordered the NFL to review boxes of hard copy documents in the possession of the NFL's former counsel that potentially contain trial transcripts, deposition transcripts of NFL employees, and expert reports from *USFL* "for the limited purpose of ascertaining whether the documents indicate they are subject to the Protective Order." *Id.* at 2. The Court also ordered that the following steps be taken within 15 days of the order: (i) the NFL provide a declaration indicating whether and how many, if any, of the documents have been marked subject to the Protective Order; and (ii) the parties meet and confer on the propriety of producing those documents that are not explicitly marked as subject to the Protective Order. *Id.*

2. The NFL has worked diligently to obtain and review the documents in question. In the process, the NFL discovered that its prior counsel possessed approximately 35 boxes of hard copy documents that potentially contain responsive materials. The process of working with prior counsel to collect those documents from off-site storage, digitize them, and process them for review was extensive, and the final two boxes of documents were not received by the NFL until Tuesday, June 14.

3. The NFL is working in good faith to organize and review the collected materials in an efficient and thorough manner, but needs additional time to complete that process. A meet and confer between the parties was held on Monday, June 13, and the NFL explained the circumstances surrounding its ongoing review.

1

Case No. 2:15-ml-02668-PSG (JEMx)    Joint Status Report Regarding the Court's May 31 Order on Plaintiffs' Motion to Compel Production of Documents by NFL Defendants

4. For these reasons, the NFL requests an additional week, until June 22, 2022, to comply with the Court's May 31 Order. Plaintiffs consent to this requested extension.

Dated: June 15, 2022

By: */s/ Jeremy S. Barber*
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

2

```
 1                          By: /s/ Tyler Finn
                                 MARC M. SELTZER (54534)
 2                               mseltzer@susmangodfrey.com
                                 SUSMAN GODFREY L.L.P.
 3                               1900 Avenue of the Stars, 14th Floor
                                 Los Angeles, CA 90067
 4                               Tel: (310) 789-3100
                                 Fax: (310) 789-3150
 5                               Arun Subramanian (Pro Hac Vice)
                                 asubramanian@susmangodfrey.com
 6                               William C. Carmody (Pro Hac Vice)
                                 bcarmody@susmangodfrey.com
 7                               Seth Ard (Pro Hac Vice)
                                 sard@susmangodfrey.com
 8                               Tyler Finn (Pro Hac Vice)
                                 tfinn@susmangodfrey.com
 9                               SUSMAN GODFREY L.L.P
                                 1301 Avenue of the Americas, 32nd Fl.
10                               New York, NY 10019
                                 Tel: (212) 336-8330
11                               Fax: (212) 336-8340

12                               Ian M. Gore (Pro Hac Vice)
                                 igore@susmangodfrey.com
13                               SUSMAN GODFREY L.L.P.
                                 1201 Third Avenue, Suite 3800
14                               Seattle, WA 98101
                                 Tel: (206) 505-3841
15                               Fax: (206) 516-3883

16                               Armstead Lewis (Pro Hac Vice)
                                 alewis@susmangodfrey.com
17                               SUSMAN GODFREY L.L.P.
                                 1000 Louisiana, Suite 5100
18                               Houston, TX 77002
                                 Tel: (713) 651-9366
19                               Fax: (713) 654-6666

20                               Scott Martin (Pro Hac Vice)
                                 smartin@hausfeld.com
21                               HAUSFELD LLP
                                 33 Whitehall Street, 14th Floor
22                               New York, NY 10004
                                 Tel: (646) 357-1100
23                               Fax: (212) 202-4322

24                               Christopher L. Lebsock (184546)
                                 clebsock@hausfled.com
25                               HAUSFELD LLP
                                 600 Montgomery St., Suite 3200
26                               San Francisco, CA 94111
                                 Tel: (415) 633-1908
27                               Fax: (415) 633-4980

28                                           3
```

Case No. 2:15-ml-02668-PSG (JEMx)                Joint Status Report Regarding the Court's May 31 Order on
                                                  Plaintiffs' Motion to Compel Production of Documents by NFL
                                                  Defendants

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

4

Case No. 2:15-ml-02668-PSG (JEMx)

Joint Status Report Regarding the Court's May 31 Order on Plaintiffs' Motion to Compel Production of Documents by NFL Defendants