**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**


NEOPOST   FIRST-CLASS MAIL
05/25/2022
US POSTAGE $001.36⁰
ZIP 90012
041M11461109


RECEIVED
CLERK, U.S. DISTRICT COURT
JUN -9 2022
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

NIXIE   061   7E 1        0206/05/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299   0060M156134-02265


FILED
CLERK, U.S. DISTRICT COURT
JUN 15 2022
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

undeliverable

Case: 2:15ml2668  Doc: 479

Roger A Sachar                                      Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036