UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15-ml-02668 PSG (JEMx) | Date | June 27, 2022 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

| Present: The Honorable | JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER RE JOINT STATUS REPORT REGARDING THE COURT'S MAY 31 ORDER ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THE NFL (Dkt. 511)**

The Court has reviewed the parties' Joint Status Report on production of trial transcripts, expert reports, deposition transcripts and deposition exhibits in the United States Football League v. Nat'l Football League ("USFL") case, Case No. 84 Civ. 7484 (S.D.N.Y.). (Dkt. 511.) The parties' only dispute is whether 13 deposition transcripts are covered by the USFL's protective order and designated as confidential. The Court cannot resolve the dispute on the current status of the pleadings. The parties will have to file a Supplemental Joint Stipulation. Before doing so, the parties are to meet and confer to eliminate as many issues as possible, as required by Local Rule 37-1.

Additionally, Plaintiffs contend that the NFL has the burden of proving the USFL protective order covers the requested documents, citing Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1131 (9th Cir. 2003). Plaintiffs also contend that NFL bears the burden of proving the applicability of the work product doctrine to the documents the NFL asserts are subject to it. The Court would like the NFL's response to these contentions and to Plaintiffs' additional contention that the requested documents cannot be withheld based on an assumption that they may be covered by the USFL protective order.

The Court ORDERS the parties to meet and confer by **July 7, 2022**. The Joint Stipulation will be due **July 14, 2022**. Any Supplemental Memorandum will be due **July 21, 2022**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15-ml-02668 PSG (JEMx) | Date | June 27, 2022 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

|  | : |
|---|---|
| Initials of Preparer | slo |