

Case: 2:15ml02668   Doc: 485

Roger A Sachar                                                    Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov
Message-Id:<34003621@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion to Compel
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 5/31/2022 at 2:20 PM PDT and filed on 5/31/2022

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-JEM |
| **Filer:** | |
| **Document Number:** | 485 |

**Docket Text:**
**MINUTES (IN CHAMBERS) ORDER RE PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS (Dkt. 476) by Magistrate Judge John E. McDermott. Before the Court is Plaintiffs' Motion To Compel Production Of Documents By NFL Defendants ("Motion"), filed on May 17, 2022. (Dkt. 476.) The parties filed a Joint Stipulation on that same date. (Dkt. 476-1.) Neither party filed a supplemental memorandum. The Court GRANTS Plaintiffs' Motion in part and DENIES it in part. SEE ORDER FOR DETAILS. granting in part and denying in part [476] Motion to Compel (ch)**

**2:15-ml-02668-PSG-JEM Notice has been electronically mailed to:**
Robert S Kitchenoff    kitchenoff@wka-law.com
Daniel G Swanson    dswanson@gibsondunn.com
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Craig W Hillwig    chillwig@kohnswift.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Gregory E Woodard    gwoodard@lwwllp.com, gw@woodardlegal.com
Tyler M. Finn    tfinn@susmangodfrey.com

Peter Leckman   pleckman@langergrogan.com
Jeffrey B Gittleman   jgittleman@barrack.com
Brian C Gudmundson   brian.gudmundson@zimmreed.com
Jonathan M. Jagher   jjagher@fklmlaw.com
Scott Allan Martin   smartin@hausfeld.com
Natasha Naraghi Serino   natashaserino@amslawoffice.com, joanbennett@amslawoffice.com
Marc H Edelson   medelson@edelson-law.com
Max J. Warren   mwarren@wilkinsonstekloff.com
Neema Trivedi Sahni   jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Mickel M. Arias   mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli   dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver   ndiver@langergrogan.com
Carl Malmstrom   malmstrom@whafh.com
Christina H Connolly Sharp   8388361420@filings.docketbird.com, ssandeen@girardsharp.com, avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector   jspector@srkattorneys.com
Caleb Marker   josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, kelly.bourette@zimmreed.com, 5920479420@filings.docketbird.com
Mark S Goldman   goldman@lawgsp.com
Armstead C. Lewis   alewis@susmangodfrey.com
Hart L. Robinovitch   hart.robinovitch@zimmreed.com, kelly.bourette@zimmreed.com
Carter E. Greenbaum   cgreenbaum@paulweiss.com
John D Radice   jradice@radicelawfirm.com
Alexander M Schack   alexschack@amslawoffice.com
Scott A Edelman   sedelman@gibsondunn.com
Katrina M Robson   krobson@omm.com, katrina-robson-6207@ecf.pacerpro.com
Rachele R Byrd   fileclerk@whafh.com, byrd@whafh.com
Marc I Gross   migross@pomlaw.com
Arun Subramanian   asubramanian@susmangodfrey.com, ehenke@susmangodfrey.com, ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com
Stephen R Basser   sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Fred Taylor Isquith   ftisquith@zsz.com
Garrett D Blanchfield   g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge   ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody   esullivan-vasquez@susmangodfrey.com, bcarmody@susmangodfrey.com
James B. Zouras   mortega@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
David H Weinstein   weinstein@wka-law.com
Eugene A Spector   espector@srkattorneys.com
Gregg H Levy   glevy@cov.com
Thomas H Burt   burt@whafh.com
Sara F Khosroabadi   daniella@kandhlawgroup.com, sara@kandhlawgroup.com
Ian M Gore   ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz   mco.ecf@weil.com, jessie.mishkin@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com

Beth A. Wilkinson   bwilkinson@wilkinsonstekloff.com, sundayticket-associates@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com

Daniel R Karon   bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com

Derek Ludwin   dludwin@cov.com

Brian L. Stekloff   bstekloff@wilkinsonstekloff.com

Brittany DeJong   fileclerk@whafh.com, dejong@whafh.com

Jeffrey S. Goldenberg   svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com

Ramzi Abadou   ramzi.abadou@ksfcounsel.com

Arthur J Burke   arthur.burke@davispolk.com

Gary F Lynch   jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com

Lee Albert   lalbert@glancylaw.com

John E Schmidtlein   jschmidtlein@wc.com

William G Caldes   bcaldes@srkattorneys.com

Robert J Larocca   rlarocca@kohnswift.com

Arnold C Wang   jessica@asstlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com, arnold@asstlawyers.com

Marisa C Livesay   fileclerk@whafh.com, livesay@whafh.com

Michael J Boni   mboni@bonizack.com

James D Ludwig   jdl@mlg-lpa.com

Charles T Spagnola   cspagnola@sullivankrieger.com

Amid T Bahadori   atb@bahadorilaw.com

Kevin P. Trainer   ktrainer@langergrogan.com

Jay Cohen   jaycohen@paulweiss.com

Justin Mungai   jmungai@wilkinsonstekloff.com

Ryan F. Stephan   mortega@stephanzouras.com, malmeida@stephanzouras.com, kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com, rstephan@stephanzouras.com

Arthur M Murray   aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com, thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com

Mark A Wendorf   m.wendorf@rwblawfirm.com

Christopher P. Ridout   christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com, 5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com

Rakesh N. Kilaru   rkilaru@wilkinsonstekloff.com

Sathya S Gosselin   sgosselin@hausfeld.com

Rosemary M Rivas   2746730420@filings.docketbird.com, rmr@classlawgroup.com

Farhad Mirzadeh   fmirzadeh@hausfeld.com

Daniel J. Mogin   jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com, ngeraci@moginrubin.com, jchatfield@moginrubin.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com

Karen H Riebel   amraak@locklaw.com, jpgramlich@locklaw.com, lgn-khriebel@ecf.courtdrive.com, crjohnson@locklaw.com, khriebel@locklaw.com

Jodie Williams   jwilliams@moginrubin.com

Matthew C De Re   tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com

Lesley E Weaver   lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com

Seth Ard   laura-parrella-0577@ecf.pacerpro.com, ecf-cb051334f073@ecf.pacerpro.com, ecf-7bb0ee8b6051@ecf.pacerpro.com, mritter@susmangodfrey.com, sard@susmangodfrey.com, rbien-aime@susmangodfrey.com

Samuel M Ward   sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Jayne A Goldstein   pleadings@millershah.com, jagoldstein@millershah.com
Whitney E Street   whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty   aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt   mco.ecf@weil.com, nymao@ecf.pacerpro.com, eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos   alfredo@aswtlawyers.com
Shawn M Larsen   slarsen@lwwllp.com
Jeremy S. Barber   jbarber@wilkinsonstekloff.com
Joshua Brandon Swigart   josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Kenneth B Pickle   kpickle@radicelawfirm.com
Gordon M Fauth   gmf@classlitigation.com
Patrick J Somers   tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns   drehns@hrsclaw.com
Betsy C Manifold   fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Rahul Raghav Athrey Hari   rhari@wilkinsonstekloff.com
Melinda A Nicholson   bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer   mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com, hdanielson@susmangodfrey.com
Bryan Matthew Thomas   bthomas@macdonaldcody.com
Lionel Zevi Glancy   lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer   hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner   bbleichner@chestnutcambronne.com
Christopher L Lebsock   clebsock@hausfeldllp.com, ischer@hausfeld.com
Joshua D Snyder   jsnyder@bonizack.com
Thomas A Zimmerman   tom@attorneyzim.com, firm@attorneyzim.com
Tracy D Rezvani   tracy@rezvanilaw.com
Eliot F Krieger   ekrieger@skt.law
M. Randall Oppenheimer   m-randall-oppenheimer-5053@ecf.pacerpro.com, roppenheimer@omm.com
Richard A Koffman   rkoffman@cohenmilstein.com
John E Sindoni   jsindoni@bonizack.com
Heidi M Silton   hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian   ak@kazlg.com, mona@kazlg.com

**2:15-ml-02668-PSG-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Melissa Phan
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles CA 90071-3197
Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036
James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 15-ml-02668 PSG (JEMx) | Date | May 31, 2022 |

| | |
|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation |

| | |
|---|---|
| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Proceedings:    **(IN CHAMBERS) ORDER RE PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS (Dkt. 476)**

Before the Court is Plaintiffs' Motion To Compel Production Of Documents By NFL Defendants ("Motion"), filed on May 17, 2022. (Dkt. 476.) The parties filed a Joint Stipulation on that same date. (Dkt. 476-1.) Neither party filed a supplemental memorandum. The Court GRANTS Plaintiffs' Motion in part and DENIES it in part.[1]

Plaintiffs seek production of documents from two prior NFL litigations that they claim are relevant to this case. Specifically, Plaintiffs seek production of: (1) trial transcripts, deposition transcripts of NFL employees and expert reports from United States Football League v. Nat'l Football League ("USFL"), Case No. 84 Civ. 7484 (S.D.N.Y.) and (2) deposition transcripts of NFL employees, expert reports and the settlement agreement from National Football League Properties, Inc. v. Dallas Cowboys football Club, Ltd., No. 1:95-cv-07951 (S.D.N.Y.). (Dkt. 476-18.) The NFL Defendants contend that the documents sought by Plaintiffs are irrelevant, disproportionate and would result in undue burden. (JS 6-9.)

The USFL case dates back 35 years. The NFL Defendants contend it has nothing to do with the NFL Sunday Ticket package which did not exist at the time of the suit.

---

[1] The Court finds this matter appropriate for resolution without oral argument and thus vacated the June 7, 2022 hearing date on the Motion. (Dkt. 484.) See F. R. Civ. P. 78(b); Local Rule 5-15.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15-ml-02668 PSG (JEMx) | Date | May 31, 2022 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

Nonetheless, it was an antitrust case against the NFL asserting a monopoly and restraint of trade and thus arguably is of some relevance to market definition in this case under Fed. R. Civ. P. Rule 26(b)(1). See Epic Games, Inc. v. Apple, 559 F. Supp. 3d 898, 1014-15 (N.D. Cal. 2021). Its former counsel, Skadden Arps, LLP has located 20 boxes of hard copy documents, including a box labeled "depositions." (Dkt. 476-10, Barber Decl., ¶ 17.) The NFL Defendants have not produced these documents because the docket in the case reveals the existence of a Protective Order limiting use of discovery material solely to that litigation. (Id., Ex. G.) It apparently would take months to obtain the Protective Order from offsite storage. (Id., , ¶ 18.) Even if located, the parties likely would have to seek modification of the Order from the issuing court. See Foltz v. State Farm Mut. Auto Ins. Co., 331 F.3d 1122, 1131-32 (9th Cir. 2003). The Court considers it highly likely that at least some of the documents and deposition testimony are subject to the Protective Order.

The Court, however, requires more information before ruling on the Motion as to the USFL case. Typically, sealed documents contain a legend that the documents, deposition transcripts or expert reports are subject to a protective order. The documents here already have been assembled. The Court does not believe that it would be unduly burdensome to review 20 boxes of documents for the limited purpose of ascertaining whether the documents indicate they are subject to the Protective Order. The Court ORDERS the NFL Defendants to provide a declaration indicating whether and how many, if any, of the documents have been marked subject to the Protective Order, **within 15 days of this Order**. The parties also are ORDERED to meet and confer on the propriety of producing those documents without a legend and submit a Joint Status Report **within 15 days of this Order**.

The Dallas Cowboys case, filed in 1995, is a 25 year old trademark case that did not involve antitrust claims, broadcasting or Sunday Ticket. NFL Properties, Inc. v. Dallas Cowboys Football Club, 922 F. Supp. 849 (S.D.N.Y. 1996). Again, the records sought are of some relevance as to similar restraints. The NFL's counsel in this litigation, however, no longer has hard copy records. (Dkt. 476-10, , ¶ 16.) Plaintiffs asked the NFL Defendants to obtain the documents from the opposing counsel Wilmer firm which represented the Cowboys. Wilmer refused because the applicable request was directed only to the NFL Defendants, not the Clubs. Plaintiffs argue that, because the Cowboys are a member organization of the NFL, the NFL has custody, control and possession of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15-ml-02668 PSG (JEMx) | Date | May 31, 2022 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

the documents and possession under Rule 34. Plaintiffs' authority to order the NFL to obtain documents from an opposing counsel is not compelling.

It is undisputed that the NFL Defendants do not have custody or possession of the relevant documents. To have control a party must have "the legal right to obtain certain documents." Clark v. Vega Wholesale Inc., 181 F.R.D. 470, 472 (D. Nev.) Plaintiffs have not presented any contractual provision or other document that would give the NFL Defendants the legal right to require the Cowboys to give up the requested documents. The very fact that the NFL Defendants were in litigation with the Cowboys demonstrates that they are independent actors except where contractually bound otherwise. The problem here is that Plaintiffs failed to make their request for production of prior litigation documents to the Cowboys which is a defendant in the case. It is now too late to do so. As the NFL Defendants do not have custody or possession of the relevant documents and do not have any legal right to compel the Cowboys to give up the documents or control them, Plaintiffs' Motion is DENIED as to the documents from the NFL Properties case.

|  | : |  |
|---|---|---|
| Initials of Preparer | | slo |