

Case: 2:15ml2668  Doc: 499

James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis, MN 55403

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov
Message-Id:<34055675@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion to Compel
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 6/9/2022 at 11:43 AM PDT and filed on 6/9/2022

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-JEM |
| **Filer:** | |
| **Document Number:** | 499 |

**Docket Text:**
**MINUTES (IN CHAMBERS) ORDER RE PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY APPLE INC. (Dkt. 486) by Magistrate Judge John E. McDermott: The Court DENIES the Motion because it has no authority to rule on it, at least for now. Denying [486] Motion to Compel. [See Order for details.] (es)**

**2:15-ml-02668-PSG-JEM Notice has been electronically mailed to:**
Robert S Kitchenoff    kitchenoff@wka-law.com
Daniel G Swanson    dswanson@gibsondunn.com
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Craig W Hillwig    chillwig@kohnswift.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Gregory E Woodard    gwoodard@lwwllp.com, gw@woodardlegal.com
Tyler M. Finn    tfinn@susmangodfrey.com
Peter Leckman    pleckman@langergrogan.com
Jeffrey B Gittleman    jgittleman@barrack.com
Brian C Gudmundson    brian.gudmundson@zimmreed.com

Jonathan M. Jagher   jjagher@fklmlaw.com
Scott Allan Martin   smartin@hausfeld.com
Natasha Naraghi Serino   natashaserino@amslawoffice.com, joanbennett@amslawoffice.com
Marc H Edelson   medelson@edelson-law.com
Max J. Warren   mwarren@wilkinsonstekloff.com
Neema Trivedi Sahni   jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Mickel M. Arias   mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli   dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver   ndiver@langergrogan.com
Carl Malmstrom   malmstrom@whafh.com
Christina H Connolly Sharp   8388361420@filings.docketbird.com, ssandeen@girardsharp.com, avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector   jspector@srkattorneys.com
Caleb Marker   josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, kelly.bourette@zimmreed.com, 5920479420@filings.docketbird.com
Mark S Goldman   goldman@lawgsp.com
Armstead C. Lewis   alewis@susmangodfrey.com
Hart L. Robinovitch   hart.robinovitch@zimmreed.com, kelly.bourette@zimmreed.com
Carter E. Greenbaum   cgreenbaum@paulweiss.com
John D Radice   jradice@radicelawfirm.com
Alexander M Schack   alexschack@amslawoffice.com
Scott A Edelman   sedelman@gibsondunn.com
Katrina M Robson   krobson@omm.com, katrina-robson-6207@ecf.pacerpro.com
Marc I Gross   migross@pomlaw.com
Arun Subramanian   asubramanian@susmangodfrey.com, ehenke@susmangodfrey.com, ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com
Stephen R Basser   sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Fred Taylor Isquith   ftisquith@zsz.com
Garrett D Blanchfield   g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge   ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody   esullivan-vasquez@susmangodfrey.com, bcarmody@susmangodfrey.com
James B. Zouras   mortega@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
David H Weinstein   weinstein@wka-law.com
Eugene A Spector   espector@srkattorneys.com
Gregg H Levy   glevy@cov.com
Thomas H Burt   burt@whafh.com
Sara F Khosroabadi   daniella@kandhlawgroup.com, sara@kandhlawgroup.com
Ian M Gore   ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz   mco.ecf@weil.com, jessie.mishkin@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com
Beth A. Wilkinson   bwilkinson@wilkinsonstekloff.com, sundayticket-associates@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com

Daniel R Karon   bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com
Derek Ludwin   dludwin@cov.com
Brian L. Stekloff   bstekloff@wilkinsonstekloff.com
Brittany DeJong   fileclerk@whafh.com, dejong@whafh.com
Jeffrey S. Goldenberg   svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com
Ramzi Abadou   ramzi.abadou@ksfcounsel.com
Arthur J Burke   arthur.burke@davispolk.com
Gary F Lynch   jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com
Lee Albert   lalbert@glancylaw.com
John E Schmidtlein   jschmidtlein@wc.com
William G Caldes   bcaldes@srkattorneys.com
Robert J Larocca   rlarocca@kohnswift.com
Arnold C Wang   jessica@asstlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com, arnold@asstlawyers.com
Marisa C Livesay   fileclerk@whafh.com, livesay@whafh.com
Michael J Boni   mboni@bonizack.com
James D Ludwig   jdl@mlg-lpa.com
Charles T Spagnola   cspagnola@sullivankrieger.com
Amid T Bahadori   atb@bahadorilaw.com
Kevin P. Trainer   ktrainer@langergrogan.com
Jay Cohen   jaycohen@paulweiss.com
Justin Mungai   jmungai@wilkinsonstekloff.com
Ryan F. Stephan   mortega@stephanzouras.com, malmeida@stephanzouras.com, kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com, rstephan@stephanzouras.com
Arthur M Murray   aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com, thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com
Rachele R. Byrd   fileclerk@whafh.com, byrd@whafh.com
Mark A Wendorf   m.wendorf@rwblawfirm.com
Christopher P. Ridout   christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com, 5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com
Rakesh N. Kilaru   rkilaru@wilkinsonstekloff.com
Sathya S Gosselin   sgosselin@hausfeld.com
Rosemary M Rivas   2746730420@filings.docketbird.com, rmr@classlawgroup.com
Farhad Mirzadeh   fmirzadeh@hausfeld.com
Daniel J. Mogin   jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com, ngeraci@moginrubin.com, jchatfield@moginrubin.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com
Karen H Riebel   amraak@locklaw.com, jpgramlich@locklaw.com, lgn-khriebel@ecf.courtdrive.com, crjohnson@locklaw.com, khriebel@locklaw.com
Jodie Williams   jwilliams@moginrubin.com
Matthew C De Re   tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com
Lesley E Weaver   lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com
Seth Ard   laura-parrella-0577@ecf.pacerpro.com, ecf-cb051334f073@ecf.pacerpro.com, ecf-7bb0ee8b6051@ecf.pacerpro.com, mritter@susmangodfrey.com, sard@susmangodfrey.com, rbien-aime@susmangodfrey.com
Samuel M Ward   sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Jayne A Goldstein   pleadings@millershah.com, jagoldstein@millershah.com
Whitney E Street   whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com

Emily C. Curran-Huberty    aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt    mco.ecf@weil.com, nymao@ecf.pacerpro.com, eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos    alfredo@aswtlawyers.com
Shawn M Larsen    slarsen@lwwllp.com
Jeremy S. Barber    jbarber@wilkinsonstekloff.com
Joshua Brandon Swigart    josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Kenneth B Pickle    kpickle@radicelawfirm.com
Gordon M Fauth    gmf@classlitigation.com
Patrick J Somers    tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns    drehns@hrsclaw.com
Betsy C Manifold    fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Rahul Raghav Athrey Hari    rhari@wilkinsonstekloff.com
Melinda A Nicholson    bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer    mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com, hdanielson@susmangodfrey.com
Bryan Matthew Thomas    bthomas@macdonaldcody.com
Lionel Zevi Glancy    lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer    hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner    bbleichner@chestnutcambronne.com
Christopher L Lebsock    clebsock@hausfeldllp.com, ischer@hausfeld.com
Joshua D Snyder    jsnyder@bonizack.com
Thomas A Zimmerman    tom@attorneyzim.com, firm@attorneyzim.com
Tracy D Rezvani    tracy@rezvanilaw.com
Eliot F Krieger    rrobitaille@skt.law, ekrieger@skt.law
M. Randall Oppenheimer    m-randall-oppenheimer-5053@ecf.pacerpro.com, roppenheimer@omm.com
Richard A Koffman    rkoffman@cohenmilstein.com
John E Sindoni    jsindoni@bonizack.com
Bethany M Stevens    bstevens@wscllp.com
Heidi M Silton    hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian    ak@kazlg.com, mona@kazlg.com

**2:15-ml-02668-PSG-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Melissa Phan
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles CA 90071-3197

Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036

James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15-ml-02668 PSG (JEMx) | | Date | June 9, 2022 |
|---|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Proceedings: | **(IN CHAMBERS) ORDER RE PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY APPLE INC. (Dkt. 486)** |
|---|---|

Before the Court is Plaintiffs' Motion To Compel Production Of Documents By Apple, Inc. ("Motion"), filed on May 31, 2022. (Dkt. 486.) The parties filed a Joint Stipulation on that same date. (Dkt. 487, 488.) Both parties filed a Supplemental Memorandum on June 7, 2022. (Dkt. 493, 494.) The Motion is now ready for decision.[1] The Court DENIES the Motion because it has no authority to rule on it, at least for now.

Plaintiffs served a Rule 45 subpoena duces tecum on non-party Apple, Inc. to obtain documents concerning Apple's discussions with the NFL over media rights, and reports and analyses of how Apple evaluated a potential agreement to distribute football programming on an exclusive and non-exclusive basis. (Dkt 488-1, JS 1; Dkt. 488-3 at 3-5.) The subpoena commands compliance in San Francisco near Apple's corporate headquarters, in the Northern District of California. (Dkt. 488-1 at 8; 488-3 at 3.) Apple has objected to production of purely internal documents. (Dkt. 488-1 at JS 22.) Apple also maintains that Plaintiffs' Motion seeking production of those documents is required to be filed in the Northern District of California where compliance is required. (Dkt. 488-3 at 3.)

Rule 45(a)(2) provides that a subpoena must issue from the court where the action is pending, in this case the Central District of California. Rule 45(d)(1) admonishes that a party issuing a subpoena must take reasonable steps to avoid imposing "undue burden or expense" on the party subject to subpoena. Rule 45(d)(1) further provides, "The Court

---

[1] The Court finds this matter appropriate for resolution without oral argument and thus vacates the June 21, 2022 hearing date on the Motion. See F. R. Civ. P. 78(b); Local Rule 5-15.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15-ml-02668 PSG (JEMx) | Date | June 9, 2022 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

for the district <u>where compliance is required</u> must enforce this duty." (Emphasis added.) Rule 45(d)(2), addressing document production subpoenas, provides that "the serving party may move the court for the district <u>where compliance is required</u> for an order compelling production." Rule 45(d)(2)(i). (Emphasis added.)[2]

In 2013, Rule 45(f) was added providing that a court "<u>where compliance is required</u>" may transfer a motion to the issuing court "if the person subject to the subpoena consents or if the court finds exceptional circumstances." (Emphasis added.) It is clear that the court where compliance is required makes the determination of exceptional circumstances, not the issuing court.

The Advisory Committee Notes indicate that the proponent of transfer bears the burden of showing exceptional circumstances. Additionally, "[t]he prime concern should be avoiding burdens on local non-parties subject to subpoenas, and it should not be assumed that the issuing court is in a superior position to resolve subpoena-related motions." See Woods ex rel U.S. v. SouthernCare, Inc., 303 F.R.D. 405, 407-08 (N.D. Ala., 2014) ("[L]ocal non-parties should be burdened as little as practicable by litigation in which they are not involved").

Apple has not consented to transfer and Plaintiffs have not sought transfer in the Northern District. Plaintiffs seek to avoid the requirements of Rules 45(d)(2)(i) and 45(f) by invoking the multi-district litigation ("MDL") statute authorizing an MDL judge to enforce subpoenas in any district "for the purpose of conducting pretrial depositions." 28 U.S.C. § 1407(b). Plaintiffs rely on In re Am. Med. Sys. Inc., 2017 WL 1090029*1 (S.D.W. Va.) which ruled that a deposition subpoena issued to a non-party in another district could be enforced in the issuing MDL district.

The Southern District of California, however, distinguished Am. Med., ruling that 28 U.S.C. § 1407(b) does not apply to document-only subpoenas. In re Packaged Seafood Products Antitrust Litigation, 2018 WL 454440*2 (S.D. Cal.) ("The extension of jurisdiction in MDL cases to the conduct of pretrial depositions, however, is not tantamount to extending jurisdiction to enforce document subpoenas on third parties"); see also VISX v. Nidek Co., 207 F.R.D. 616, 616 (N.D. Cal. 2002) ("Had Congress

---

[2] The Court notes that motions to quash also are brought in the court for the district where compliance is required. Rule 45(d)(3)(A) and (B).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15-ml-02668 PSG (JEMx) | Date | June 9, 2022 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

wanted to expand these powers [under § 1407(b)] to document subpoenas, it should have said so").

The Court in Packaged Seafood also noted that the cases relied on by Am. Med. pre-date the addition of Rule 45(f) in 2013. 2018 WL 454440*2. The Court also observed, "That the underlying action is an MDL case does not automatically confer exceptional circumstances." Id. The Court found that the district where compliance is required may or may not consider the dispute as presenting exceptional circumstances, "especially considering that Rule 45 is designed, in large part, to minimize the burden placed upon a non-party" under 45(d)(1). Id. The Court concluded it lacked jurisdiction to enforce the subpoena. Id.

There is no definitive 9th Circuit case governing the applicability of Rule 45(f) in MDL cases. California cases in this Circuit establish that Rule 45(f) applies to document only subpoenas in MDL cases. There are some cases in other Circuits that follow another rule. This Court will follow Packaged Seafood. As the law is unsettled and § 1407(b) is not explicit, the Court will not abrogate the compliance court's authority so plainly and unequivocally conferred by Rule 45(d)(1), Rule 45 (d)(2)(i) and Rule 45(f). Nor will it disregard new Rule 45(f)'s exceptional circumstances test for transfer, intended to avoid undue burdens on local non-parties.[3]

Plaintiffs will have to enforce their subpoena in the Northern District or demonstrate exceptional circumstances to that Court to obtain transfer back to this Court. This Court lacks the discretion, authority or jurisdiction to enforce the subpoena at this time.

cc: Parties

Initials of Preparer    slo

---

[3] Plaintiffs note that this Court enforced a subpoena issued in this case against out-of-district non-party Charter Communications, Inc. (Dkt. 403.) Charter Communications, however, never objected to having Plaintiffs' motion to compel heard in this District.