1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

7
8
9
10

IN RE: NATIONAL FOOTBALL
LEAGUE'S "SUNDAY TICKET"
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO
ALL ACTIONS

Case No. 2:15-ml-02668-PSG (JEMx)

**[PROPOSED] ORDER
REGARDING PRODUCTION OF
NBCUNIVERSAL'S BROADCAST
AGREEMENT WITH NOTRE
DAME PURSUANT TO COURT'S
FEBRUARY 3 ORDER**

11
12

Magistrate Judge: Hon. John E.
McDermott; Place: Courtroom 640

13
14

Discovery Cutoff Date: 8/5/2022
Pretrial-Conference Date: 2/9/2024
Trial Date: 2/22/2024

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1     This matter is before the Court on the Plaintiffs and NBCUniversal's Joint

2 Status Report Regarding Production of NBCUniversal's Broadcast Agreement with

3 Notre Dame Pursuant to the Court's February 3 Order.  The Court having considered

4 the arguments of the parties, orders as follows:

5     IT IS HEREBY ORDERED that, within three days of this Order,

6 NBCUniversal shall produce to Plaintiffs their licensing and distribution

7 agreement(s) with Notre Dame in the unredacted form as proposed by Mr. Diver.

8 Such production shall be via the parties' ordinary discovery platforms in accordance

9 with the ESI Order.

10

11                                         IT IS SO ORDERED.

12

13 Dated: _____          _____

14                                        JOHN E. MCDERMOTT
                                          United Sates Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1