MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100/Fax: (310) 789-3150

SCOTT MARTIN (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100/ Fax: (212) 202-4322

HOWARD LANGER (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660/ Fax: (215) 320-5703

[Additional Counsel listed in Signature Page]

*Plaintiffs' Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| | **DISCOVERY MATTER** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL** |
| | Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 7/26/2022, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

TO THE ABOVE-CAPTIONED COURT AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), Plaintiffs, by and through their counsel of record, hereby submit this application requesting the Court lodge provisionally under seal the following documents (lodged concurrently herewith):

1. The sealed Declaration of Kevin Trainer in Support of Plaintiffs' Application to File Documents Under Seal.
2. The unredacted version of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NBCUniversal Media, LLC.
3. The declaration of Edward Diver in support of Plaintiffs' Motion to Compel Production of Documents by NBCUniversal Media, LLC.
4. Exhibit 7 to the parties' Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NBCUniversal Media, LLC.

Pursuant to correspondence regarding confidentiality issues, NBCUniversal requested that Plaintiffs move the Court to seal the designated documents.

Dated: July 5, 2022                    Respectfully submitted,

        Edward Diver (*Pro Hac Vice*)
        ndiver@langergrogan.com
        Howard Langer (*Pro Hac Vice*)
        hlanger@langergrogan.com
        Peter Leckman (235721)
        pleckman@langergrogan.com
        Kevin Trainer (*Pro Hac Vice*)
        ktrainer@langergrogan.com
        LANGER GROGAN AND DIVER PC
        1717 Arch Street, Suite 4020
        Philadelphia, PA 19103
        Tel: (215) 320-5660
        Fax: (215) 320-5703

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Armstead Lewis (*Pro Hac Vice*)
alewis@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com

|||
|---|---|
| 1 | Farhad Mirzadeh (*Pro Hac Vice*) |
| 2 | fmirzadeh@hausfeld.com |
|   | HAUSFELD LLP |
| 3 | 888 16th Street, N.W., Suite 300 |
|   | Washington, DC 20006 |
| 4 | Tel: (202) 540-7200 |
|   | Fax: (202) 540-7201 |

By:

/s/ Kevin Trainer
Kevin Trainer


*Plaintiffs' Co-Lead Counsel*