MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100/Fax: (310) 789-3150

SCOTT MARTIN (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100/ Fax: (212) 202-4322

HOWARD LANGER (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660/ Fax: (215) 320-5703

[Additional Counsel listed in Signature Page]

*Plaintiffs' Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **DECLARATION OF EDWARD DIVER REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NBC UNIVERSAL MEDIA, LLC**<br><br>Magistrate Judge: Hon. John E. McDermott<br><br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1      I, Edward Diver, declare as follows:

2      1.      On April 26, 2022, NBCUniversal Media, LLC ("NBCU") produced a copy of its rights agreement with Notre Dame for the distribution of Notre Dame football.

3      2.      Soon after production, I requested that NBCU unredact various provisions in accordance with this Court's previous redactions rulings. *See, e.g.*, Dkt. Nos. 416, 419, 432, 459. NBCU declined, and counsel for NBCU and I agreed to resolve the parties' discovery dispute following the structure established by the Court's February 3 Order. *See* Exhibit 5 (Email Chain between Edward Diver and Counsel for NBCU), at 7 (referencing Dkt. 419).

4      3.      The structure of this Court's February 3 Order, as applied to NBCU here, stipulated as follows:

       a.      that NBCU produce an unredacted version of its rights agreement with Notre Dame to Edward Diver, counsel for Plaintiffs, on an attorneys'-eyes-only basis, and NBCU shall highlight all material they wish to redact.

       b.      that, after one week, Mr. Diver identify the clauses or portions of clauses that he agrees may remain redacted, should any exist; and that Mr. Diver offer reasons why each other clause or portion of clause should be unredacted.

       c.      and that, over the following week, Mr. Diver and NBCU meet and confer and work in good faith to resolve any dispute over redactions.

4.      Accordingly, on Friday, April 29, NBCU produced an unredacted version of its rights agreement with Notre Dame to me. In that production, NBCU proposed redacting the same provisions it had previously redacted, that is, Section 4.2 ("Adjustments to Annual Rights Fees"), Section 4.3 ("Bonus Structure"), and Sections 9.4(B), (C), (D), and (E) (parts of a section titled "Renewal Rights"). NBCU noted that its production was made "[p]ursuant to the procedure outlined in the Court's Order of February 3, 2022." Exhibit 5, at 7.

5. On May 5 and then again on May 6, I agreed to the redaction of Section 9(B), Section 9(C), Section 9(D), Section 9(E), and all but one sentence of Section 4.2(E). *Id.* at 5-6. However, I did not agree to NBCU's redaction of the last sentence of Section 4.2(E) or Provision 4.3. *Id.* I also requested the "remov[al] [of] the redactions on the subject headings," while agreeing to "[leave the redactions] on the substantive text." *Id.* at 6.

6. In proposing my compromise position on redactions, I noted to NBCU that many of the provisions I was agreeing to leave redacted—including all redactions NBCU proposed for Section 9.4—"are relevant, broadly understood, but I have tried to take a pragmatic approach." *Id.*

7. Counsel for NBCU never responded to my initial proposal. On May 18, two weeks after I sent his proposal to NBCU, having not heard from NBCU, I wrote to NBCU's counsel to ask, "when will I hear from you on [my redactions proposal]?" *Id.* at 4. I observed that, "[t]o the extent we are following the protocol from [this Court's February 3 Order], we are out of time, obviously, which required M&Cs within a week." *Id.* I also noted that, if NBCU continued to ignore my requests to work toward a compromise solution, he would need to consider moving to compel production. *Id.*

8. NBCU continued to ignore my attempts to reach a compromise. By May 26, having still not heard from NBCU, I again wrote to NBCU. I stated that "[t]he procedures in the court's order of February 3 contemplated that you would respond [to my redactions proposal] within one week. I haven't even received a response to my request over a week ago for information about when I might get a substantive response." *Id.* I noted that, if I did not receive a response, I would assume that NBCU had accepted the redactions I proposed in my May 5 and May 6 correspondences and share that version with the rest of my legal team. *Id.*

9. NBCU responded on May 26. In that response, which came three weeks after I sent my proposal on redactions to them, NBCU "agree[d] to the unredaction

of the headings that you propose," but claimed "[w]e are not at this point able to agree to further un-redactions." *Id.* at 3. Counsel for NBCU requested another meet and confer regarding the disputed redactions, to which I agreed. *Id.*

10.   I and counsel for NBCU met and conferred the following week, and the parties agreed that NBCU would respond to my initial proposal by that Friday, June 3, 2022. On June 3, 2022, however, counsel for NBCU wrote to me and said: "We are writing to let you know that our client is in the midst of a deposition and we will therefore not be in a position to provide an update to you today." *Id.* at 2.

11.   On June 14, 2022, having not heard from NBCU, I wrote and said that I "assume that you have accepted my offer, and I will share the contract so redacted with my colleagues and the experts." *Id.* at 1.

12.   On June 15, counsel for NBCU finally gave me a firm answer on their redactions position. On June 15, counsel for NBCU wrote that it "does not agree to the un-redaction of the last sentence of Section 4.2E or the un-redaction of Section 4.3." *Id.*

13.   Therefore, from its original slate of proposed redactions, NBCU has agreed to unredact only the headings of each provision.

14.   I, however, representing Plaintiffs, have agreed to the redaction of Section 9(B), Section 9(C), Section 9(D), Section 9(E), and all but one sentence of Section 4.2(E).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. EXECUTED on July 5, 2022, in Philadelphia, Pennsylvania.

July 5, 2022                Respectfully submitted,

                                       By: */s/ Ned Diver*
                                              Ned Diver

| | |
|---|---|
| 1 | Edward Diver (*Pro Hac Vice*) |
| 2 | ndiver@langergrogan.com<br>Howard Langer (*Pro Hac Vice*) |
| 3 | hlanger@langergrogan.com<br>Peter Leckman (235721) |
| 4 | pleckman@langergrogan.com<br>Kevin Trainer (*Pro Hac Vice*) |
| 5 | ktrainer@langergrogan.com<br>LANGER GROGAN AND DIVER PC |
| 6 | 1717 Arch Street, Suite 4020<br>Philadelphia, PA 19103 |
| 7 | Tel: (215) 320-5660<br>Fax: (215) 320-5703 |
| 8 | |
| | Marc M. Seltzer (54534) |
| 9 | mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 10 | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 |
| 11 | Tel: (310) 789-3100<br>Fax: (310) 789-3150 |
| 12 | |
| | Arun Subramanian (*Pro Hac Vice*) |
| 13 | asubramanian@susmangodfrey.com<br>William C. Carmody (*Pro Hac Vice*) |
| 14 | bcarmody@susmangodfrey.com<br>Seth Ard (*Pro Hac Vice*) |
| 15 | sard@susmangodfrey.com<br>Tyler Finn (*Pro Hac Vice*) |
| 16 | tfinn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P |
| 17 | 1301 Avenue of the Americas, 32nd Fl.<br>New York, NY 10019 |
| 18 | Tel: (212) 336-8330<br>Fax: (212) 336-8340 |
| 19 | |
| | Ian M. Gore (*Pro Hac Vice*) |
| 20 | igore@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 21 | 1201 Third Avenue, Suite 3800<br>Seattle, WA 98101 |
| 22 | Tel: (206) 505-3841<br>Fax: (206) 516-3883 |
| 23 | |
| | Armstead Lewis (*Pro Hac Vice*) |
| 24 | alewis@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 25 | 1000 Louisiana, Suite 5100<br>Houston, TX 77002 |
| 26 | Tel: (713) 651-9366<br>Fax: (713) 654-6666 |
| 27 | |
| | Scott Martin (*Pro Hac Vice*) |
| 28 | smartin@hausfeld.com<br>HAUSFELD LLP |

33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

*Plaintiffs' Co-Lead Counsel*