# EXHIBIT 5

| | |
|---|---|
| **From:** | Ned Diver |
| **To:** | |
| **Subject:** | FW: In re National Football League"s "Sunday Ticket" Antitrust Litigation – NBCU Document Production |
| **Date:** | Wednesday, June 15, 2022 3:09:13 PM |

**From:** Dacher, Matt <matthew.dacher@davispolk.com>
**Sent:** Wednesday, June 15, 2022 3:01 PM
**To:** Ned Diver <ndiver@langergrogan.com>
**Cc:** Burke, Arthur J. <arthur.burke@davispolk.com>; Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Subject:** RE: In re National Football League's "Sunday Ticket" Antitrust Litigation – NBCU Document Production

Hi Ned –

NBCU does not agree to the un-redaction of the last sentence of Section 4.2E or the un-redaction of Section 4.3.  As such, do not share these provisions with your colleagues, experts, or any other individuals.

Best,
Matt
**Matt Dacher**

**Davis Polk & Wardwell** LLP
+1 212 450 4256 office
+1 347 721 8835 mobile
matthew.dacher@davispolk.com

**From:** Ned Diver <ndiver@langergrogan.com>
**Sent:** Tuesday, June 14, 2022 3:43 PM
**To:** Dacher, Matt <matthew.dacher@davispolk.com>
**Cc:** Burke, Arthur J. <arthur.burke@davispolk.com>; Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Subject:** RE: In re National Football League's "Sunday Ticket" Antitrust Litigation – NBCU Document Production

Matt and Gregory, if I don't get an answer by 5 p.m. tomorrow, I will assume that you have accepted my offer, and I will share the contract so redacted with my colleagues and the experts.

Ned Diver
Langer, Grogan & Diver, P.C.
1717 Arch Street
Suite 4020
Philadelphia, PA 19103
Tel: 215-320-5663 Fax: 215-320-5703
ndiver@langergrogan.com

www.langergrogan.com

This message originates from the law firm of Langer, Grogan & Diver, P.C. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Langer, Grogan & Diver, P.C. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately at ndiver@langergrogan.com

**From:** Dacher, Matt <matthew.dacher@davispolk.com>
**Sent:** Friday, June 03, 2022 12:56 PM
**To:** Ned Diver <ndiver@langergrogan.com>
**Cc:** Burke, Arthur J. <arthur.burke@davispolk.com>; Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Subject:** RE: In re National Football League's "Sunday Ticket" Antitrust Litigation – NBCU Document Production

Hi Ned –

Thank you for the time this week. We are writing to let you know that our client is in the midst of a deposition and we will therefore not be in a position to provide an update to you today.

We will plan to reach out once that information is available.

Thanks,
Matt
**Matt Dacher**

**Davis Polk & Wardwell LLP**
+1 212 450 4256 office
+1 347 721 8835 mobile
matthew.dacher@davispolk.com

**From:** Ned Diver <ndiver@langergrogan.com>
**Sent:** Friday, May 27, 2022 1:10 PM
**To:** Morrison, Gregory S. <gregory.morrison@davispolk.com>; Dacher, Matt <matthew.dacher@davispolk.com>
**Cc:** Burke, Arthur J. <arthur.burke@davispolk.com>
**Subject:** RE: In re National Football League's "Sunday Ticket" Antitrust Litigation – NBCU Document Production

Great.

**From:** Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Sent:** Friday, May 27, 2022 12:34 PM
**To:** Ned Diver <ndiver@langergrogan.com>; Dacher, Matt <matthew.dacher@davispolk.com>
**Cc:** Burke, Arthur J. <arthur.burke@davispolk.com>
**Subject:** RE: In re National Football League's "Sunday Ticket" Antitrust Litigation – NBCU Document Production

Hi Ned,

Thanks very much.  We'll send a dial in around for Tuesday at noon, if that still works for you.

Many thanks,
Gregory

**Gregory S. Morrison**

**Davis Polk & Wardwell** LLP
+1 212 450 3455 office
+1 803 240 4958 mobile
gregory.morrison@davispolk.com

---

**From:** Ned Diver <ndiver@langergrogan.com>
**Sent:** Thursday, May 26, 2022 3:12 PM
**To:** Morrison, Gregory S. <gregory.morrison@davispolk.com>; Dacher, Matt <matthew.dacher@davispolk.com>
**Cc:** Burke, Arthur J. <arthur.burke@davispolk.com>
**Subject:** RE: In re National Football League's "Sunday Ticket" Antitrust Litigation – NBCU Document Production

Yes, I can meet on Tuesday between 12 and 2, and after 3.

---

**From:** Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Sent:** Thursday, May 26, 2022 2:08 PM
**To:** Ned Diver <ndiver@langergrogan.com>; Dacher, Matt <matthew.dacher@davispolk.com>
**Cc:** Burke, Arthur J. <arthur.burke@davispolk.com>
**Subject:** RE: In re National Football League's "Sunday Ticket" Antitrust Litigation – NBCU Document Production

Ned,

Thank you for your note.  NBCU agrees to the unredaction of the headings that you propose. We are not at this point able to agree to further un-redactions. Are you available to meet and confer next week regarding the redactions where NBCU and plaintiffs disagree?

Regards,
Gregory

**Gregory S. Morrison**

**Davis Polk & Wardwell** LLP
+1 212 450 3455 office
+1 803 240 4958 mobile
gregory.morrison@davispolk.com

---

**From:** Ned Diver <ndiver@langergrogan.com>

**Sent:** Thursday, May 26, 2022 1:57 PM
**To:** Morrison, Gregory S. <gregory.morrison@davispolk.com>; Dacher, Matt <matthew.dacher@davispolk.com>
**Cc:** Burke, Arthur J. <arthur.burke@davispolk.com>
**Subject:** RE: In re National Football League's "Sunday Ticket" Antitrust Litigation – NBCU Document Production

I sent my proposal to you on May 6. The procedures in the court's order of February 3 contemplated that you would respond within one week. I haven't even received a response to my request over a week ago for information about when I might get a substantive response.

At this point, if I don't get a response by Monday, I am simply going to share the unredacted version with my colleagues and our experts.

Ned Diver
Langer, Grogan & Diver, P.C.
1717 Arch Street
Suite 4020
Philadelphia, PA 19103
Tel: 215-320-5663 Fax: 215-320-5703
ndiver@langergrogan.com

www.langergrogan.com

This message originates from the law firm of Langer, Grogan & Diver, P.C. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Langer, Grogan & Diver, P.C. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately at ndiver@langergrogan.com

**From:** Ned Diver <ndiver@langergrogan.com>
**Sent:** Wednesday, May 18, 2022 10:45 PM
**To:** Morrison, Gregory S. <gregory.morrison@davispolk.com>; Dacher, Matt <matthew.dacher@davispolk.com>
**Cc:** Burke, Arthur J. <arthur.burke@davispolk.com>
**Subject:** Re: In re National Football League's "Sunday Ticket" Antitrust Litigation – NBCU Document Production

Gregory et al, when will I hear from you on this? To the extent we are following the protocol from before, we are out of time, obviously, which required M&Cs within a week. If I don't get an answer this week, I will need to elevate this. Please let me know when I can expect an answer.

Ned Diver
Langer, Grogan & Diver, P.C.
1717 Arch Street

Suite 4020
Philadelphia, PA 19103
Tel: 215-320-5663 Fax: 215-320-5703
ndiver@langergrogan.com

This message originates from the law firm of Langer, Grogan & Diver, P.C. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Langer, Grogan & Diver, P.C. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately at ndiver@langergrogan.com

**De:** Morrison, Gregory S. <gregory.morrison@davispolk.com>

**Fecha:** viernes, 6 de mayo de 2022, 17:34

**Para:** Ned Diver <ndiver@langergrogan.com>, Dacher, Matt <matthew.dacher@davispolk.com>

**CC:** Burke, Arthur J. <arthur.burke@davispolk.com>

**Asunto:** RE: In re National Football League's "Sunday Ticket" Antitrust Litigation – NBCU Document Production

Hi Ned,

Thank you. We have received this and will be back to you once we have had a chance to discuss with our client.

Thanks,
Gregory

**Gregory S. Morrison**

**Davis Polk & Wardwell** LLP
+1 212 450 3455 office
+1 803 240 4958 mobile
gregory.morrison@davispolk.com

**From:** Ned Diver <ndiver@langergrogan.com>
**Sent:** Friday, May 6, 2022 3:01 PM
**To:** Morrison, Gregory S. <gregory.morrison@davispolk.com>; Dacher, Matt <matthew.dacher@davispolk.com>
**Cc:** Burke, Arthur J. <arthur.burke@davispolk.com>
**Subject:** RE: In re National Football League's "Sunday Ticket" Antitrust Litigation – NBCU Document Production

Gregory: I am attaching a new version that eliminates the redaction of one sentence of paragraph 4.2(E). Please use this one with your client.

Thanks.

Ned

---

**From:** Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Sent:** Friday, May 06, 2022 8:59 AM
**To:** Ned Diver <ndiver@langergrogan.com>; Dacher, Matt <matthew.dacher@davispolk.com>
**Cc:** Burke, Arthur J. <arthur.burke@davispolk.com>
**Subject:** RE: In re National Football League's "Sunday Ticket" Antitrust Litigation – NBCU Document Production

Hi Ned,

Thanks for your note. We will confer with our client and reach back out to you regarding the redactions soon.

Thanks,
Gregory

**Gregory S. Morrison**

**Davis Polk & Wardwell** LLP
+1 212 450 3455 office
+1 803 240 4958 mobile
gregory.morrison@davispolk.com

---

**From:** Ned Diver <ndiver@langergrogan.com>
**Sent:** Thursday, May 5, 2022 5:13 PM
**To:** Dacher, Matt <matthew.dacher@davispolk.com>
**Cc:** Burke, Arthur J. <arthur.burke@davispolk.com>; Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Subject:** RE: In re National Football League's "Sunday Ticket" Antitrust Litigation – NBCU Document Production

Matt, attached are my proposed redactions. I have highlighted the sections that I can agree to stay redacted. In short, I can accept everything except for paragraph 4.3. In the other paragraphs, I removed the redactions on the subject headings, but left them on the substantive text. It is clear that these provisions are relevant, broadly understood, but I have tried to take a pragmatic approach. If for some reason, these kinds of provisions were to become directly relevant to say, an unexpected defense asserted by the league, then we would reserve the right to revisit the issue.

I am mostly free, especially in the afternoons, if you wish to discuss.

Best,
Ned

Ned Diver
Langer, Grogan & Diver, P.C.
1717 Arch Street
Suite 4020
Philadelphia, PA 19103
Tel: 215-320-5663 Fax: 215-320-5703
ndiver@langergrogan.com

www.langergrogan.com

This message originates from the law firm of Langer, Grogan & Diver, P.C. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Langer, Grogan & Diver, P.C. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately at ndiver@langergrogan.com

**From:** Dacher, Matt <matthew.dacher@davispolk.com>
**Sent:** Friday, April 29, 2022 4:56 PM
**To:** Ned Diver <ndiver@langergrogan.com>
**Cc:** Burke, Arthur J. <arthur.burke@davispolk.com>; Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Subject:** In re National Football League's "Sunday Ticket" Antitrust Litigation – NBCU Document Production

Hi Ned,

I hope this finds you well. I am reaching out on behalf of NBCUniversal Media, LLC ("NBCU"), with regards to the NFL Sunday Ticket litigation. Pursuant to the procedure outlined in the Court's Order of February 3, 2022, as agreed to by Plaintiffs for this contract, and the Protective Orders entered in this case, please see the attached correspondence as well as a copy of NBCU's un-redacted Rights Agreement with Notre Dame.

Please let me know if you have any questions.

Regards,
Matt


**Matt Dacher**

+1 212 450 4256 office
+1 347 721 8835 mobile
matthew.dacher@davispolk.com

**Davis Polk & Wardwell** LLP
Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent

responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's [privacy notice](#) for important information on how we process personal data. Our website is at [davispolk.com](#).