# EXHIBIT 6

# Dacher, Matt

| | |
|---|---|
| **From:** | Ned Diver <ndiver@langergrogan.com> |
| **Sent:** | Tuesday, June 21, 2022 11:58 AM |
| **To:** | Morrison, Gregory S. |
| **Cc:** | Kevin Trainer; Burke, Arthur J.; Dacher, Matt |
| **Subject:** | Re: NFL Sunday Ticket Antitrust Litigation \| joint status report re production of NBCU contract with Notre Dame |

Gregory, I am sorry for the confusion. The "compromise solution" to which I referred is my offer to accept each of NBCU's proposed redactions except for the last sentence of 4.2E and provision 4.3. The portions of section 9.4 that I have agreed to remain redacted also are plainly relevant. Indeed, they are of a category of provisions that were produced unredacted in other contracts as a result of the procedures put in place by the Court earlier. The other redacted parts of 4.2 are also unquestionably relevant. But I agreed to leave these provisions redacted to focus on the most relevant portions and to avoid needless litigation.

NBCU has yet to make any serious counteroffer. From NBCU's initial proposal, the only concession NBCU has offered to Plaintiffs is to unredact section headings. But that is no concession at all. It has been standard practice in this litigation for the parties to produce agreements with the section heading unredacted.

In any event, I have looked at those parts of section 4 again, and I do not see a way to compromise further.

Best,
Ned

Ned Diver
Langer, Grogan & Diver, P.C.
1717 Arch Street
Suite 4020
Philadelphia, PA 19103
Tel: 215-320-5663 Fax: 215-320-5703
ndiver@langergrogan.com

This message originates from the law firm of Langer, Grogan & Diver, P.C. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Langer, Grogan & Diver, P.C. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately at ndiver@langergrogan.com

**De:** Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Fecha:** martes, 21 de junio de 2022, 10:14
**Para:** Ned Diver <ndiver@langergrogan.com>
**CC:** Kevin Trainer <ktrainer@langergrogan.com>, Burke, Arthur J. <arthur.burke@davispolk.com>, Dacher, Matt <matthew.dacher@davispolk.com>
**Asunto:** RE: NFL Sunday Ticket Antitrust Litigation \| joint status report re production of NBCU contract with Notre Dame

Dear Ned,

We appreciate the commitment you express to resolving our present dispute without the Court's intervention, although that is different from the position you expressed during our meet and confer on this issue on May

31.  During that meet and confer, you made clear that Plaintiffs would move to compel unredaction of the last sentence of Section 4.2E and the un-redaction of Section 4.3 unless NBCU agreed to unredact those provisions in their entirety.  Your email below is the first time you have suggested that a "compromise solution" may exist short of wholesale unredaction of the contractual provisions at issue. We are willing to meet and confer regarding such a "compromise solution" and look forward to receiving further details from you regarding the contours of a "compromise solution" acceptable to Plaintiffs.

Regards,
Gregory


**Gregory S. Morrison**

**Davis Polk & Wardwell** LLP
+1 212 450 3455 office
+1 803 240 4958 mobile
gregory.morrison@davispolk.com

---

**From:** Ned Diver <ndiver@langergrogan.com>
**Sent:** Friday, June 17, 2022 9:39 PM
**To:** Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Cc:** Kevin Trainer <ktrainer@langergrogan.com>
**Subject:** NFL Sunday Ticket Antitrust Litigation | joint status report re production of NBCU contract with Notre Dame


Dear Gregory,

Concerning NBCU's production of its rights agreement with Notre Dame, and pursuant to this Court's February 3, 2022, Order, please find attached a draft Joint Status Report. Please insert NBCU's position by Tuesday at 3 PM EST. I will file with the Court by Tuesday at 6 PM EST.

In addition to the Joint Status Report, I will attach the email chain between us that I cite, along with a proposed order. You may include a proposed order, as well. I remain committed to resolving our present dispute without the Court's intervention. But given NBCU's continued ignoring of each of my requests to work toward a compromise solution, I see no path forward but to move to compel production.

Best,
Ned