# EXHIBIT 7

REDACTED VERSION OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

| | |
|---|---|
| **From:** | Morrison, Gregory S. |
| **To:** | Ned Diver; Burke, Arthur J. |
| **Cc:** | Kevin Trainer |
| **Subject:** | RE: Sunday Ticket |
| **Date:** | Tuesday, July 5, 2022 4:51:51 PM |
| **Attachments:** | image002.png |

Dear Ned,

NBCUniversal does not agree to unredact the last sentence of paragraph 4.2(E).  We will proceed with your team to finalize the joint stipulation for filing.

Regards,
Gregory

**Gregory S. Morrison**

**Davis Polk & Wardwell** LLP
+1 212 450 3455 office
+1 803 240 4958 mobile
gregory.morrison@davispolk.com

---

**From:** Ned Diver <ndiver@langergrogan.com>
**Sent:** Tuesday, July 5, 2022 2:23 PM
**To:** Burke, Arthur J. <arthur.burke@davispolk.com>; Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Cc:** Kevin Trainer <ktrainer@langergrogan.com>
**Subject:** RE: Sunday Ticket

Gregory, your note does not mention the last sentence of Paragraph 4.2(E). That is important to us. Please let us know ASAP if you are agreeing to unredact it.

> **Ned Diver** | Partner
> 215-320-5663
> ndiver@langergrogan.com
>
> Langer Grogan & Diver P.C.
> 1717 Arch Street, Suite 4020
> Philadelphia, PA 19103
> www.langergrogan.com

This electronic mail from Langer, Grogan & Diver, P.C. may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender and delete the message without copying or disclosing it.

---

**From:** Burke, Arthur J. <arthur.burke@davispolk.com>
**Sent:** Tuesday, July 05, 2022 2:02 PM
**To:** Morrison, Gregory S. <gregory.morrison@davispolk.com>; Ned Diver <ndiver@langergrogan.com>
**Cc:** Kevin Trainer <ktrainer@langergrogan.com>

**Subject:** RE: Sunday Ticket

+ Kevin.

**Arthur J. Burke**

**Davis Polk & Wardwell LLP**
+1 212 450 4352 office
+1 917 533 3747 mobile
arthur.burke@davispolk.com

---

**From:** Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Sent:** Tuesday, July 5, 2022 1:58 PM
**To:** Ned Diver <ndiver@langergrogan.com>
**Cc:** Burke, Arthur J. <arthur.burke@davispolk.com>
**Subject:** RE: Sunday Ticket

Dear Ned,

Thank you for your proposal. NBCUniversal agrees to the unredaction of (1) the various redacted section headings (as we have previously communicated), and (2) the first sentence of Section 4.3. [REDACTED] agree that the other redactions NBCUniversal applied may remain.

Please advise us if we have reached agreement with respect to the redactions NBCUniversal seeks to the Notre Dame contract. If so, please confirm that plaintiffs agree that Plaintiffs and NBCUniversal no longer need to file a Joint Stipulation on this subject.

Regards,
Gregory


**Gregory S. Morrison**

**Davis Polk & Wardwell LLP**
+1 212 450 3455 office
+1 803 240 4958 mobile
gregory.morrison@davispolk.com

---

**From:** Ned Diver <ndiver@langergrogan.com>
**Sent:** Friday, July 1, 2022 9:47 PM
**To:** Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Cc:** Burke, Arthur J. <arthur.burke@davispolk.com>
**Subject:** Re: Sunday Ticket

I just saw this. The unredaction of the single sentence of 4.2 is still required, which is something that I mentioned in my discussion with Art the other day.

---

**De:** Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Fecha:** viernes, 1 de julio de 2022, 20:37

**Para:** Ned Diver <ndiver@langergrogan.com>
**CC:** Burke, Arthur J. <arthur.burke@davispolk.com>
**Asunto:** RE: Sunday Ticket

Dear Ned,

███████████████████████████████████ We understand that plaintiffs agree that no further unredactions are required, other than to the section headings (to which NBCUniversal has already agreed, including as to section 4.3).

Please confirm you agree to this approach by 9:30 pm ET. If so, then we believe we have reached a compromise on this issue and we no longer need to seek intervention of the Court.

Regards,
Gregory

**Gregory S. Morrison**

**Davis Polk & Wardwell** LLP
+1 212 450 3455 office
+1 803 240 4958 mobile
gregory.morrison@davispolk.com

---

**From:** Ned Diver <ndiver@langergrogan.com>
**Sent:** Friday, July 1, 2022 7:02 PM
**To:** Burke, Arthur J. <arthur.burke@davispolk.com>
**Cc:** Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Subject:** Re: Sunday Ticket

████████████████████████████████ If you have another suggestion, I'm all ears.

---

**De:** Ned Diver <ndiver@langergrogan.com>
**Fecha:** viernes, 1 de julio de 2022, 17:02
**Para:** Burke, Arthur J. <arthur.burke@davispolk.com>
**CC:** Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Asunto:** Re: Sunday Ticket

OK, as long as the heading of paragraph 4.3 is unredacted.

---

**De:** Burke, Arthur J. <arthur.burke@davispolk.com>
**Fecha:** viernes, 1 de julio de 2022, 14:15
**Para:** Ned Diver <ndiver@langergrogan.com>
**CC:** Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Asunto:** Re: Sunday Ticket

This is not really what we discussed. I don't think it's acceptable for my client █████████ ████████████████████████████████████████

On Jul 1, 2022, at 1:34 PM, Ned Diver <ndiver@langergrogan.com> wrote:

OK. ███████████████████████████████████████████████████
███ if you unredact the introductory sentence of Paragraph 4.3, and if you agree to unredact the other disputed provision in 4.2.

Ned

---

**De:** Burke, Arthur J. <arthur.burke@davispolk.com>
**Fecha:** viernes, 1 de julio de 2022, 13:05
**Para:** Ned Diver <ndiver@langergrogan.com>
**CC:** Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Asunto:** Re: Sunday Ticket

Thanks. We're still working on the joint statement. Sooner would be better.

On Jul 1, 2022, at 10:35 AM, Ned Diver <ndiver@langergrogan.com> wrote:

I will get back to you this afternoon.

---

**De:** Burke, Arthur J. <arthur.burke@davispolk.com>
**Fecha:** viernes, 1 de julio de 2022, 1:17
**Para:** Ned Diver <ndiver@langergrogan.com>
**CC:** Morrison, Gregory S. <gregory.morrison@davispolk.com>
**Asunto:** Sunday Ticket

Ned,

████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████
████████████████████████████████

I have spoken with my client and they are open to this approach. Would something like this work for you?

If this is a promising approach, it would be good know sooner rather than later as our joint stipulation is due today.

Thanks,

Art

PS, I'm on a flight till about 1030am but Gregory (copied) should be available in the morning.