# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF BRETT GOODMAN REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NBC UNIVERSAL MEDIA, LLC**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time:<br><br>Discovery Cutoff Date: 8/06/2022<br>Pretrial-Conference Date: TBD<br>Trial Date: TBD |

I, Brett Goodman, pursuant to 28 U.S.C. § 1746, hereby declare:

1.  I am the General Counsel to NBC Sports at NBCUniversal Media, LLC ("NBCUniversal"). I have been employed by NBCUniversal since 2000. I oversee a team of lawyers who are collectively responsible for the legal affairs of the NBC Sports businesses. I make this declaration based on my personal knowledge.

2.  I understand that in response to Plaintiffs' request, NBCUniversal produced highly confidential information relating to NBCUniversal's distribution and media rights strategy for Notre Dame University football games, specifically, copies of NBCUniversal's rights agreement with Notre Dame ("the Rights Agreement"). NBCUniversal redacted a small number of highly sensitive provisions of this agreement. I understand that Plaintiffs are now seeking to compel the production of these provisions of the Rights Agreement without redactions.

3.  I have reviewed the Rights Agreement with Notre Dame and the redactions thereto. I submit this declaration to attest that the redacted material is highly competitively sensitive for NBCUniversal, and there are compelling reasons to protect it from disclosure.

4.  The Rights Agreement in question reflects a decades-long commercial relationship between NBCUniversal and Notre Dame University and as such, is particularly instructive as to NBCUniversal's past, present, and future strategy and decision-making regarding sport programming and key contractual terms in rights agreements. Such information is among the most highly competitively sensitive information within NBCUniversal's sports organization, specifically in light of the long-standing relationship between NBCUniversal and Notre Dame.

5.  Given this long-standing relationship, and the fact that sports media rights are one of NBCUniversal's largest recurring expenses, the Rights Agreement

has been heavily negotiated over many years as to both price and non-price terms and includes unique provisions, specific to this relationship. NBCUniversal keeps these non-public terms confidential.

6. The redacted portions of the Rights Agreement in dispute are unique, and contain information that is confidential and highly competitively sensitive. The redacted information includes detailed terms relating to the valuation of NBCUniversal's Notre Dame rights as compared to other potentially available rights, as well as the terms of a Bonus Structure. The disputed provisions NBCUniversal has redacted are restricted to one sentence and one sub-section, and are limited only to that information that is highly sensitive.

7. To the extent the provisions at issue reflect monetary terms, the amounts are comparatively insignificant to those of the wider Rights Agreement, as evidenced by the fact that NBCUniversal does not account for the value of this provision in its yearly financial planning.

8. The disclosure of these provisions, even if entirely inadvertent, would significantly harm NBCUniversal. NBCUniversal is engaged in the ongoing and regular process of negotiating agreements to acquire and distribute sport programming across multiple sports, leagues, teams, and distributors. Any disclosure of the terms at issue could alter the bargaining dynamic between NBCUniversal and these and other counterparties to the detriment of NBCUniversal and the benefit of those counterparties. Such disclosure would provide valuable insight into key terms, particularly those developed over the long-standing relationship between NBCUniversal and Notre Dame, as well as strategic and economic information regarding NBCUniversal's greater sports programming strategy. Such disclosure could also provide NBCUniversal's negotiating partners greater leverage to seek provisions similar to those in the Rights Agreement in their own agreements with NBCUniversal, to the detriment of NBCUniversal.

9. I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: July 1, 2022

*[signature]*

Brett Goodman
General Counsel, NBC Sports
NBCUniversal Media, LLC