1
2
3
4
5              **UNITED STATES DISTRICT COURT**
6              **CENTRAL DISTRICT OF CALIFORNIA**
7
8
9
10
11
12
13

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL<br><br>Magistrate Judge: Hon. John E. McDermott; Place: Courtroom 640<br><br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |
|---|---|

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Kevin Trainer in Support of Plaintiffs' Application to File Documents Under Seal.
2. The parties' Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NBCUniversal Media, LLC.
3. The declaration of Edward Diver in support of Plaintiffs' Motion to Compel Production of Documents by NBCUniversal Media, LLC.
4. Exhibit 7 to the parties' Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NBCUniversal Media, LLC.

IT IS SO ORDERED.

Dated: 7/6/22

JOHN E. MCDERMOTT
United Sates Magistrate Judge