# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[~~PROPOSED~~] ORDER REGARDING PRODUCTION OF NBCUNIVERSAL'S BROADCAST AGREEMENT WITH NOTRE DAME PURSUANT TO COURT'S FEBRUARY 3 ORDER<br><br>Magistrate Judge: Hon. John E. McDermott; Place: Courtroom 640<br><br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

This matter is before the Court on the Plaintiffs and NBCUniversal's Joint Status Report Regarding Production of NBCUniversal's Broadcast Agreement with Notre Dame Pursuant to the Court's February 3 Order. The Court having considered the arguments of the parties, orders as follows:

IT IS HEREBY ORDERED that, within three days of this Order, NBCUniversal shall produce to Plaintiffs their licensing and distribution agreement(s) with Notre Dame in the unredacted form as proposed by Mr. Diver. Such production shall be via the parties' ordinary discovery platforms in accordance with the ESI Order.

IT IS SO ORDERED.

Dated: 7/6/22

John E. McDermott

JOHN E. MCDERMOTT
United Sates Magistrate Judge