Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 2:15-ml-02668−PSG (JEMx)<br><br>**STIPULATION REGARDING DEPOSITIONS AFTER FACT DISCOVERY CUTOFF** |

WHEREAS, fact discovery in this action is set to conclude on August 5, 2022 (Dkt. No. 434 at 5);

WHEREAS, for several months, the parties have been working diligently and in good faith to schedule depositions and conclude discovery prior to the Court's fact discovery cutoff;

WHEREAS, the parties and DIRECTV have reached an agreement regarding the number and identity of witnesses they seek to depose;

WHEREAS, the parties anticipate that they will have completed 25 or more depositions prior to the fact discovery cutoff;

WHEREAS, the parties believe that some depositions will need to be conducted after the fact discovery cutoff, subject to the Court's approval, and that such depositions may be conducted without otherwise affecting the Court's schedule in this case;

WHEREAS, the parties have agreed to work together in good faith to ensure that the scheduling of any depositions that need to be conducted after the fact discovery cutoff is acceptable to all parties;

**Neil Austrian Deposition**

WHEREAS, Plaintiffs have advised the NFL Defendants they wish to take the deposition of Neil Austrian, a former NFL executive involved in the initial creation of the NFL Sunday Ticket product and who was identified in the NFL Defendants' initial disclosures in this case;

WHEREAS, the NFL Defendants do not object to Plaintiffs taking Mr. Austrian's deposition;

WHEREAS, due to recent health issues that have made Mr. Austrian unavailable to be deposed before the fact discovery deadline, the parties have agreed, subject to the Court's approval, that Mr. Austrian's deposition may be conducted after the fact discovery deadline;

**DIRECTV Depositions**

WHEREAS, the Court granted the DIRECTV Defendants' motion to compel arbitration on April 20, 2021 (Dkt. No. 320);

WHEREAS, as a result of the Court's order to compel arbitration, which stayed proceedings against DIRECTV, the Plaintiffs and NFL Defendants have treated DIRECTV as a third-party in seeking discovery from DIRECTV in this case;

WHEREAS, DIRECTV has produced over 380,000 documents, including transactional and viewership data regarding Sunday Ticket subscribers, and agreed to a protocol to address questions about DIRECTV's data to assist the parties' experts in their analysis of the data;

WHEREAS, Plaintiffs requested DIRECTV several weeks ago to provide dates for conducting the depositions of witnesses currently or formerly employed by, or associated with, DIRECTV;

WHEREAS, several of the DIRECTV witnesses, who were identified in the NFL Defendants' or the DIRECTV Defendants' initial disclosures in this case, are no longer affiliated with DIRECTV;

WHEREAS, counsel for DIRECTV have attempted to schedule depositions for all witnesses prior to the fact discovery cutoff, but scheduling conflicts have made it impracticable to do so; and

WHEREAS, Plaintiffs and the NFL Defendants have agreed, subject to the Court's approval, that the following depositions may be conducted after the fact discovery cutoff: Daniel York, Robert Thun, Alex Kaplan, Chase Carey, Robert Stecklow, and any remaining DIRECTV 30(b)(6) witnesses;

THEREFORE, it is hereby stipulated and agreed by and between the undersigned parties, subject to approval by the Court, that:

1. The depositions of Neil Austrian, Daniel York, Robert Thun, Alex Kaplan, Chase Carey, Robert Stecklow, and any remaining DIRECTV 30(b)(6)

witnesses who have not been deposed by August 5, 2022 can be taken after that date.

    2. Other than permitting the discovery described above after the August 5, 2022 fact discovery cutoff, all remaining deadlines in this case shall remain unchanged.

Dated: July 7, 2022

Respectfully submitted,

By:   /s/ Marc M. Seltzer
       Marc M. Seltzer

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

|   |   |
|---|---|
| 1 | Christopher L. Lebsock (184546) |
|   | clebsock@hausfled.com |
| 2 | HAUSFELD LLP |
|   | 600 Montgomery St., Suite 3200 |
| 3 | San Francisco, CA 94111 |
|   | Tel: (415) 633-1908 |
| 4 | Fax: (415) 633-4980 |

Christopher L. Lebsock (184546)
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

*/s/ Jeremy S. Barber*
Jeremy S. Barber (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars

5

Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*