Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars, Suite 1500
Los Angeles, CA 90067-6045
Telephone:  (424) 332-4800
Facsimile:  (424) 332-4749
nsahni@cov.com

*Counsel for Defendants National Football League,
NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**NOTICE OF ERRATA REGARDING DOCKET ENTRY NO. 523** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

# NOTICE OF ERRATA

As reflected in the Notice of Change of Local Counsel filed on July 6, 2022, *see* Dkt. No. 524, I, Neema T. Sahni of Covington & Burling LLP, serve as local counsel to Beth Wilkinson, Brian Stekloff, Rakesh Kilaru, Jeremy Barber, Max J. Warren, and Justin Mungai of Wilkinson Stekloff LLP who were admitted *pro hac vice* in the above-referenced case. I submit this notice of errata in order to correct an inadvertent clerical error concerning Dkt. No. 523.

When filing the Notice of Change of Local Counsel on July 6, 2022, the vendor retained by Covington & Burling LLP to complete the filing incorrectly listed the event description for Dkt. No. 523 as "Notice of Change of Lead Counsel." *See* Dkt. No. 523. As the document filed under Dkt. No. 523 reflects, the notice in fact relates to local counsel in this proceeding, not lead counsel. There has been no change to lead counsel in this proceeding. The Notice of Change of Local Counsel was filed again on the docket under Dkt. No. 524. The description for Dkt. No. 523 on the docket should be amended to read "Notice of Change of Local Counsel."

| | | |
|---|---|---|
| 1 | Dated: July 7, 2022 | Respectfully Submitted, |
| 2 | | /s/ Neema T. Sahni |

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars, Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
Justin Mungai (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com
jmungai@wilkinsonstekloff.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*