# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>v.<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS<br>Plaintiff(s) / Defendant(s). | CASE NUMBER<br>2:15-ml-02668-PSG<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Neal, Blake
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 991-5255   *Telephone Number*
(202) 847-4005   *Fax Number*
bneal@wilkinsonstekloff.com   *E-Mail Address*

of

Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

National Football League, NFL Enterprises LLC, and the Individual NFL Clubs
*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**

Sahni, Neema T.
*Designee's Name (Last Name, First Name & Middle Initial)*

274240   *Designee's Cal. Bar No.*
(424) 332-4800   *Telephone Number*
(424) 332-4749   *Fax Number*
nsahni@cov.com   *E-Mail Address*

of

COVINGTON & BURLING LLP
1999 Avenue of the Stars
Suite 3500
Los Angeles, CA 90067-6045
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge