1
2
3
4
5
6
7
8

FILED
CLERK, U.S. DISTRICT COURT

JUL - 8 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

LNK#528

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668-PSG (JEMx) [PROPOSED] ORDER REGARDING DEPOSITIONS AFTER FACT DISCOVERY CUTOFF |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

Having considered the parties' Stipulation Regarding Limited Discovery After Fact Discovery Cutoff and finding good cause therein, the Court ORDERS that:

1. The depositions of Neil Austrian, Daniel York, Robert Thun, Alex Kaplan, Chase Carey, Robert Stecklow, and any remaining DIRECTV 30(b)(6) witnesses who have not been deposed by August 5, 2022 can be taken after that date.

2. Other than permitting the discovery described above after the August 5, 2022 fact discovery cutoff, all remaining deadlines in this case shall remain unchanged.

1
2  Dated: 7/8/22
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Philip S. Gutierrez
Chief United States District Judge