**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York, NY 10036

Jr

-R-T-E- 100365036-IN    05/26/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

FILED
CLERK, U.S. DISTRICT COURT
JUL 11 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

JEM

NEOPOST   06/02/2022
US POSTAGE   $001.36⁰
ZIP 90012
041M11465139

Case: 2:15ml02668  Doc: 484

Roger A Sachar                                                    Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<34000027@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 5/31/2022 at 9:46 AM PDT and filed on 5/31/2022

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-JEM |
| **Filer:** | |
| **Document Number:** | 484(No document attached) |

**Docket Text:**
**SCHEDULING NOTICE TEXT ONLY ENTRY (In Chambers) by Magistrate Judge John E. McDermott previously scheduled for June 7, 2022, 10:00 a.m., is HEREBY VACATED. [476] THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ch) TEXT ONLY ENTRY**

**2:15-ml-02668-PSG-JEM Notice has been electronically mailed to:**
Alexander M Schack     alexschack@amslawoffice.com
Alfredo Torrijos     alfredo@aswtlawyers.com
Amanda M Steiner     asteiner@terrellmarshall.com, docketrequests@terrellmarshall.com, filing@terrellmarshall.com, hbrown@terrellmarshall.com, hrota@terrellmarshall.com, jnuss@terrellmarshall.com
Amid T Bahadori     atb@bahadorilaw.com
Armstead C. Lewis     alewis@susmangodfrey.com
Arnold C Wang     arnold@asstlawyers.com, jessica@asstlawyers.com, ladonna@asstlawyers.com, maricela@asstlawyers.com
Arthur J Burke     arthur.burke@davispolk.com
Arthur M Murray     amurray@murray-lawfirm.com, aonstott@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, thorne@murray-lawfirm.com
Arun Subramanian     asubramanian@susmangodfrey.com, ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com, ehenke@susmangodfrey.com

Beth A. Wilkinson    bwilkinson@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-associates@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com
Betsy C Manifold    manifold@whafh.com, donovan@whafh.com, fileclerk@whafh.com
Brian C Gudmundson    brian.gudmundson@zimmreed.com
Brian D Penny    penny@lawgsp.com
Brian L. Stekloff    bstekloff@wilkinsonstekloff.com
Brittany DeJong    dejong@whafh.com, fileclerk@whafh.com
Bryan L Bleichner    bbleichner@chestnutcambronne.com
Bryan Matthew Thomas    bthomas@macdonaldcody.com
Caleb Marker    Caleb.Marker@zimmreed.com, 5920479420@filings.docketbird.com, josephine.lu@zimmreed.com, kelly.bourette@zimmreed.com
Carl Malmstrom    malmstrom@whafh.com
Carter E. Greenbaum    cgreenbaum@paulweiss.com
Charles T Spagnola    cspagnola@sullivankrieger.com
Christina H Connolly Sharp    dsharp@girardsharp.com, 8388361420@filings.docketbird.com, avongoetz@girardsharp.com, ssandeen@girardsharp.com
Christopher L Lebsock    clebsock@hausfeldllp.com, ischer@hausfeld.com
Christopher P. Ridout    christopher.p.ridout@gmail.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com, josephine.lu@zimmreed.com, sabine.king@zimmreed.com
Craig W Hillwig    chillwig@kohnswift.com
Daniel Brett Rehns    drehns@hrsclaw.com
Daniel G Swanson    dswanson@gibsondunn.com
Daniel J. Mogin    dmogin@moginrubin.com, jchatfield@moginrubin.com, jwilliams@moginrubin.com, ngeraci@moginrubin.com, sbuack@moginrubin.com, sejercito@moginrubin.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com
Daniel M. Petrocelli    dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Daniel R Karon    dkaron@karonllc.com, bhollowell@karonllc.com, cgood@karonllc.com
David H Weinstein    weinstein@wka-law.com
Derek Ludwin    dludwin@cov.com
Edward Diver    ndiver@langergrogan.com
Eliot F Krieger    ekrieger@skt.law
Emily C. Curran-Huberty    emily.curran-huberty@mto.com, aileen.beltran@mto.com
Eric S Hochstadt    eric.hochstadt@weil.com, eric-hochstadt-1174@ecf.pacerpro.com, mco.ecf@weil.com, nymao@ecf.pacerpro.com
Eugene A Spector    espector@srkattorneys.com
Farhad Mirzadeh    fmirzadeh@hausfeld.com
Fred Taylor Isquith    ftisquith@zsz.com
Garrett D Blanchfield , Jr    g.blanchfield@rwblawfirm.com, k.schulte@rwblawfirm.com, r.yard@rwblawfirm.com
Gary F Lynch    Gary@lcllp.com, dan@lcllp.com, ecf@lcllp.com, jamisen@lcllp.com
Gordon M Fauth , Jr    gmf@classlitigation.com
Gregg H Levy    glevy@cov.com
Gregory E Woodard    gwoodard@lwwllp.com, gw@woodardlegal.com
Hart L. Robinovitch    hart.robinovitch@zimmreed.com, kelly.bourette@zimmreed.com
Heidi M Silton    hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Howard Langer    courtnotices@langergrogan.com, hlanger@langergrogan.com
Ian Simmons    isimmons@omm.com, ian-simmons-4931@ecf.pacerpro.com
Ian M Gore    igore@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com,

ecf-67c2cc05d65a@ecf.pacerpro.com, jgrounds@susmangodfrey.com
James B. Zouras    jzouras@stephanzouras.com, esantana@stephanzouras.com, hhudson@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com, mortega@stephanzouras.com
James D Ludwig    jdl@mlg-lpa.com
Jay Cohen    jaycohen@paulweiss.com
Jayne A Goldstein    jagoldstein@millershah.com, pleadings@millershah.com
Jeffrey B Gittleman    jgittleman@barrack.com
Jeffrey L Spector    jspector@srkattorneys.com
Jeffrey S. Goldenberg    jgoldenberg@gs-legal.com, cpence@gs-legal.com, svaaler@gs-legal.com
Jeremy S. Barber    jbarber@wilkinsonstekloff.com
Jodie Williams    jwilliams@moginrubin.com
John D Radice    jradice@radicelawfirm.com
John E Schmidtlein    jschmidtlein@wc.com
John E Sindoni    jsindoni@bonizack.com
Jonathan M. Jagher    jjagher@fklmlaw.com
Joshua Brandon Swigart    josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Joshua D Snyder    jsnyder@bonizack.com
Justin Mungai    jmungai@wilkinsonstekloff.com
Karen H Riebel    Khriebel@locklaw.com, amraak@locklaw.com, crjohnson@locklaw.com, jpgramlich@locklaw.com, lgn-khriebel@ecf.courtdrive.com
Katrina M Robson    krobson@omm.com, katrina-robson-6207@ecf.pacerpro.com
Kenneth B Pickle    KPickle@radicelawfirm.com
Kevin P. Trainer    ktrainer@langergrogan.com
Lee Albert    lalbert@glancylaw.com
Lesley E Weaver    lweaver@bfalaw.com, lesley-weaver-4669@ecf.pacerpro.com
Lionel Zevi Glancy    lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
M. Randall Oppenheimer    roppenheimer@omm.com, m-randall-oppenheimer-5053@ecf.pacerpro.com
Marc H Edelson    medelson@edelson-law.com
Marc I Gross    migross@pomlaw.com
Marc M Seltzer    mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com, hdanielson@susmangodfrey.com
Marisa C Livesay    livesay@whafh.com, fileclerk@whafh.com
Mark A Wendorf    m.wendorf@rwblawfirm.com
Mark S Goldman    goldman@lawgsp.com
Matthew C De Re    matt@attorneyzim.com, firm@attorneyzim.com, tom@attorneyzim.com
Max J. Warren    mwarren@wilkinsonstekloff.com
Melinda A Nicholson    melinda.nicholson@ksfcounsel.com, Bronwyn.Gibson@ksfcounsel.com
Michael J Boni    mboni@bonizack.com
Mickel M. Arias    mike@aswtlawyers.com, jessica@aswtlawyers.com, ladonna@aswtlawyers.com, maricela@aswtlawyers.com, mayra@aswtlawyers.com
Natasha Naraghi Serino    natashaserino@amslawoffice.com, joanbennett@amslawoffice.com
Neema Trivedi Sahni    nsahni@cov.com, achristian@cov.com, dlistengourt@cov.com, docketing@cov.com, jplayforth@cov.com, SLahrPastor@cov.com
Patrick J Somers    psomers@kbkfirm.com, crossi@kbkfirm.com, tvaldezco@kbkfirm.com
Peter Leckman    pleckman@langergrogan.com
Rachele R Byrd    byrd@whafh.com, fileclerk@whafh.com
Rahul Raghav Athrey Hari    rhari@wilkinsonstekloff.com
Rakesh N. Kilaru    rkilaru@wilkinsonstekloff.com

Ramzi Abadou     ramzi.abadou@ksfcounsel.com
Richard A Koffman     rkoffman@cohenmilstein.com
Richard A Lockridge     ralockridge@locklaw.com, bmemmons@locklaw.com
Robert J Larocca     rlarocca@kohnswift.com
Robert S Kitchenoff     kitchenoff@wka-law.com
Rosemary M Rivas     rmr@classlawgroup.com, 2746730420@filings.docketbird.com
Ryan F. Stephan     rstephan@stephanzouras.com, esantana@stephanzouras.com, hhudson@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com, mortega@stephanzouras.com
Samuel M Ward     sward@barrack.com, cfessia@barrack.com, sbasser@barrack.com
Sara F Khosroabadi     sara@kandhlawgroup.com, daniella@kandhlawgroup.com
Sathya S Gosselin     sgosselin@hausfeld.com
Scott A Edelman     sedelman@gibsondunn.com
Scott Allan Martin     smartin@hausfeld.com
Scott M Grzenczyk     scottg@girardsharp.com, 7488696420@filings.docketbird.com, avongoetz@girardsharp.com
Seth Ard     sard@susmangodfrey.com, ecf-7bb0ee8b6051@ecf.pacerpro.com, ecf-cb051334f073@ecf.pacerpro.com, laura-parrella-0577@ecf.pacerpro.com, mritter@susmangodfrey.com, rbien-aime@susmangodfrey.com
Seyed Abbas Kazerounian     ak@kazlg.com, mona@kazlg.com
Shawn M Larsen     slarsen@lwwllp.com
Stephen R Basser     sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Thomas A Zimmerman , Jr     tom@attorneyzim.com, firm@attorneyzim.com
Thomas H Burt     burt@whafh.com
Tracy D Rezvani     tracy@rezvanilaw.com
Tyler M. Finn     tfinn@susmangodfrey.com
Whitney E Street     WhitneySt@hbsslaw.com, whitney-street-0082@ecf.pacerpro.com
William C Carmody     bcarmody@susmangodfrey.com, esullivan-vasquez@susmangodfrey.com
William G Caldes     Bcaldes@srkattorneys.com
Yehudah L Buchweitz     yehudah.buchweitz@weil.com, jessie.mishkin@weil.com, mco.ecf@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com

**2:15-ml-02668-PSG-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis, MN 55403
Melissa Phan
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Roger A Sachar , Jr
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York, NY 10036