

Case: 2:15ml2668  Doc: 505

Roger A Sachar                                      Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<34061785@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion for Leave to File Document Under Seal Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 6/10/2022 at 10:33 AM PDT and filed on 6/10/2022

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-JEM |
| **Filer:** | |
| **Document Number:** | 505 |

**Docket Text:**
**ORDER GRANTING NON-PARTY APPLE INC.'S APPLICATION UNDER LOCAL RULE 79-5 TO SEAL PORTION OF ORDER ON MOTION TO COMPEL by Magistrate Judge John E. McDermott: Granting [502] APPLICATION to Seal Document. IT IS HEREBY ORDERED that: 1. The unredacted version of the Order Re Plaintiffs' Motion to Compel Production of Documents by Apple Inc. (Dkt. No. 499) shall be removed from the public docket; and 2. The following document shall be filed under seal: Order Re Plaintiffs'Motion to Compel Production of Documents by Apple Inc. (es)**

**2:15-ml-02668-PSG-JEM Notice has been electronically mailed to:**
Robert S Kitchenoff    kitchenoff@wka-law.com
Daniel G Swanson    dswanson@gibsondunn.com
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Craig W Hillwig    chillwig@kohnswift.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Gregory E Woodard    gwoodard@lwwllp.com, gw@woodardlegal.com
Tyler M. Finn    tfinn@susmangodfrey.com

Peter Leckman	pleckman@langergrogan.com
Jeffrey B Gittleman	jgittleman@barrack.com
Brian C Gudmundson	brian.gudmundson@zimmreed.com
Jonathan M. Jagher	jjagher@fklmlaw.com
Scott Allan Martin	smartin@hausfeld.com
Natasha Naraghi Serino	natashaserino@amslawoffice.com, joanbennett@amslawoffice.com
Marc H Edelson	medelson@edelson-law.com
Max J. Warren	mwarren@wilkinsonstekloff.com
Neema Trivedi Sahni	jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Mickel M. Arias	mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli	dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver	ndiver@langergrogan.com
Carl Malmstrom	malmstrom@whafh.com
Christina H Connolly Sharp	8388361420@filings.docketbird.com, ssandeen@girardsharp.com, avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector	jspector@srkattorneys.com
Caleb Marker	josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, kelly.bourette@zimmreed.com, 5920479420@filings.docketbird.com
Mark S Goldman	goldman@lawgsp.com
Armstead C. Lewis	alewis@susmangodfrey.com
Hart L. Robinovitch	hart.robinovitch@zimmreed.com, kelly.bourette@zimmreed.com
Carter E. Greenbaum	cgreenbaum@paulweiss.com
John D Radice	jradice@radicelawfirm.com
Alexander M Schack	alexschack@amslawoffice.com
Scott A Edelman	sedelman@gibsondunn.com
Katrina M Robson	krobson@omm.com, katrina-robson-6207@ecf.pacerpro.com
Marc I Gross	migross@pomlaw.com
Arun Subramanian	asubramanian@susmangodfrey.com, ehenke@susmangodfrey.com, ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com
Stephen R Basser	sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Fred Taylor Isquith	ftisquith@zsz.com
Garrett D Blanchfield	g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge	ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody	esullivan-vasquez@susmangodfrey.com, bcarmody@susmangodfrey.com
James B. Zouras	mortega@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
David H Weinstein	weinstein@wka-law.com
Eugene A Spector	espector@srkattorneys.com
Gregg H Levy	glevy@cov.com
Thomas H Burt	burt@whafh.com
Sara F Khosroabadi	daniella@kandhlawgroup.com, sara@kandhlawgroup.com
Ian M Gore	ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz	mco.ecf@weil.com, jessie.mishkin@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com
Beth A. Wilkinson	bwilkinson@wilkinsonstekloff.com,

sundayticket-associates@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com
Daniel R Karon     bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com
Derek Ludwin     dludwin@cov.com
Brian L. Stekloff     bstekloff@wilkinsonstekloff.com
Brittany DeJong     fileclerk@whafh.com, dejong@whafh.com
Jeffrey S. Goldenberg     svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com
Ramzi Abadou     ramzi.abadou@ksfcounsel.com
Arthur J Burke     arthur.burke@davispolk.com
Gary F Lynch     jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com
Lee Albert     lalbert@glancylaw.com
John E Schmidtlein     jschmidtlein@wc.com
William G Caldes     bcaldes@srkattorneys.com
Robert J Larocca     rlarocca@kohnswift.com
Arnold C Wang     jessica@asstlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com, arnold@asstlawyers.com
Marisa C Livesay     fileclerk@whafh.com, livesay@whafh.com
Michael J Boni     mboni@bonizack.com
James D Ludwig     jdl@mlg-lpa.com
Charles T Spagnola     cspagnola@sullivankrieger.com
Amid T Bahadori     atb@bahadorilaw.com
Kevin P. Trainer     ktrainer@langergrogan.com
Jay Cohen     jaycohen@paulweiss.com
Justin Mungai     jmungai@wilkinsonstekloff.com
Ryan F. Stephan     mortega@stephanzouras.com, malmeida@stephanzouras.com, kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com, rstephan@stephanzouras.com
Arthur M Murray     aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com, thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com
Rachele R. Byrd     fileclerk@whafh.com, byrd@whafh.com
Mark A Wendorf     m.wendorf@rwblawfirm.com
Christopher P. Ridout     christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com, 5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com
Rakesh N. Kilaru     rkilaru@wilkinsonstekloff.com
Sathya S Gosselin     sgosselin@hausfeld.com
Rosemary M Rivas     2746730420@filings.docketbird.com, rmr@classlawgroup.com
Farhad Mirzadeh     fmirzadeh@hausfeld.com
Daniel J. Mogin     jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com, ngeraci@moginrubin.com, jchatfield@moginrubin.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com
Karen H Riebel     amraak@locklaw.com, jpgramlich@locklaw.com, lgn-khriebel@ecf.courtdrive.com, crjohnson@locklaw.com, khriebel@locklaw.com
Jodie Williams     jwilliams@moginrubin.com
Matthew C De Re     tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com
Lesley E Weaver     lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com
Seth Ard     laura-parrella-0577@ecf.pacerpro.com, ecf-cb051334f073@ecf.pacerpro.com, ecf-7bb0ee8b6051@ecf.pacerpro.com, mritter@susmangodfrey.com, sard@susmangodfrey.com, rbien-aime@susmangodfrey.com

Samuel M Ward     sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Jayne A Goldstein     pleadings@millershah.com, jagoldstein@millershah.com
Whitney E Street     whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty     aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt     mco.ecf@weil.com, nymao@ecf.pacerpro.com, eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos     alfredo@aswtlawyers.com
Shawn M Larsen     slarsen@lwwllp.com
Jeremy S. Barber     jbarber@wilkinsonstekloff.com
Joshua Brandon Swigart     josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Kenneth B Pickle     kpickle@radicelawfirm.com
Gordon M Fauth     gmf@classlitigation.com
Patrick J Somers     tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns     drehns@hrsclaw.com
Betsy C Manifold     fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Rahul Raghav Athrey Hari     rhari@wilkinsonstekloff.com
Melinda A Nicholson     bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer     mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com, hdanielson@susmangodfrey.com
Bryan Matthew Thomas     bthomas@macdonaldcody.com
Lionel Zevi Glancy     lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer     hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner     bbleichner@chestnutcambronne.com
Christopher L Lebsock     clebsock@hausfeldllp.com, ischer@hausfeld.com
Joshua D Snyder     jsnyder@bonizack.com
Thomas A Zimmerman     tom@attorneyzim.com, firm@attorneyzim.com
Tracy D Rezvani     tracy@rezvanilaw.com
Eliot F Krieger     rrobitaille@skt.law, ekrieger@skt.law
M. Randall Oppenheimer     m-randall-oppenheimer-5053@ecf.pacerpro.com, roppenheimer@omm.com
Richard A Koffman     rkoffman@cohenmilstein.com
John E Sindoni     jsindoni@bonizack.com
Bethany M Stevens     bstevens@wscllp.com
Heidi M Silton     hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian     ak@kazlg.com, mona@kazlg.com

**2:15-ml-02668-PSG-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Melissa Phan
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles CA 90071-3197
Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036
James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403

Hannah Cannom (SBN 245635)
hcannom@wscllp.com
Bethany Stevens (SBN 245672)
bstevens@wscllp.com
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, CA 90013
Phone: (213) 712-9145
Fax: (213) 403-4906

*Attorneys for Non-Party Apple Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**ORDER GRANTING NON-PARTY APPLE INC.'S APPLICATION UNDER LOCAL RULE 79-5 TO SEAL PORTION OF ORDER ON MOTION TO COMPEL** |

Pending before the Court is non-party Apple Inc.'s Application Under Local Rule 79-5 to Seal Portion of the Court's Order Re Plaintiffs' Motion to Compel Production of Documents by Apple Inc.

IT IS HEREBY ORDERED that:

1. The unredacted version of the Order Re Plaintiffs' Motion to Compel Production of Documents by Apple Inc. (Dkt. No. 499) shall be removed from the public docket; and

2. The following document shall be filed under seal: Order Re Plaintiffs' Motion to Compel Production of Documents by Apple Inc.

**IT IS SO ORDERED.**

Dated: 6/10/22

John E. McDermott
The Hon. John E. McDermott
United States Magistrate Judge