| | |
|---|---|
| Marc M. Seltzer (54534)<br>mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150 | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com<br>LANGER GROGAN AND DIVER PC<br>1717 Arch Street, Suite 4020<br>Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703 |

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF TYLER FINN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 8/9/2022, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

I, Tyler Finn, declare under penalty of perjury that the following is true and correct:

1. I am over the age of twenty-one (21) years and am an associate at Susman Godfrey LLP. I am counsel of record for Plaintiffs Ninth Inning, Inc., 1465 Third Avenue Restaurant Corp., Robert Gary Lippincott, Jr., and Jonathan Frantz in the above-captioned litigation. I submit this declaration in support of Plaintiffs' Motion to Compel Production of Documents by NFL Defendants.

2. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Court's scheduling order in this case pursuant to Local Civil Rule 37-2. Exhibit 1 is a true and correct copy of the Court's Order filed on January 12, 2021. *See* Dkt. No. 294.

4. Attached hereto as Exhibit 2 is a true and correct Copy of the Court's amended scheduling order filed on November 29, 2021, Dkt. No. 363.

5. Attached hereto as Exhibit 3 is a true and correct Copy of the Court's second amended scheduling order filed on March 15, 2022, Dkt. No. 434.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Rule 37-1 letter that I sent to Jeremy Barber, counsel for the NFL defendants, on March 7, 2022.

7. On April 29, 2022, the NFL Defendants served on Plaintiffs their Supplemental Objections and Responses to Plaintiffs' Third Set of Interrogatories. A true and correct copy of those interrogatory responses is attached hereto as Exhibit 5.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Rule 37-1 letter that I sent to Mr. Barber on June 15, 2022.

9. On June 17, 2022, I participated in a meet-and-confer with counsel for the NFL Defendants during which the NFL agreed to consider Plaintiffs' proposal that the NFL complete three additional productions responsive to RFP 112.

10. On June 24, 2022, I participated in another meet-and-confer with NFL's counsel, during which Mr. Barber represented to me that the NFL Defendants would not be producing any further documents in response to RFP 112, ▮▮▮▮▮▮▮▮▮▮

11. On June 27, 2022, I wrote to the NFL's counsel to propose a compromise whereby the NFL would produce, at least 14 days before the 30(b)(6) deposition of the NFL, documents sufficient to show ▮▮▮▮▮▮▮▮▮▮

12. Attached hereto as Exhibit 7 is a true and correct copy of an email chain between myself and Jeremy Barber, spanning from June 15 to June 29, 2022.

13. On June 29, 2022, I spoke with counsel with the NFL about Plaintiffs' compromise proposal. During that call, the NFL agreed to produce documents as requested by Plaintiffs before the 30(b)(6) deposition. The NFL would not agree, however, to producing any additional custodial discovery prior to ▮▮▮▮▮▮▮▮▮▮ I subsequently sent a follow-up email outlining Plaintiffs' reaction to that counterproposal, seeking assurances that the production would be made in a timely fashion, that it would encompass documents ▮▮▮▮▮▮▮▮▮▮ and that an NFL witness would be made available for deposition. That email is part of the email chain on Exhibit 7.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 1st day of July, in New York, NY.

*/s/ Tyler Finn*
Tyler Finn