Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO: ALL ACTIONS

Case No. 2:15-ml-02668−PSG (JEMx)

**DECLARATION OF JEREMY BARBER IN SUPPORT OF THE NFL DEFENDANTS' POSITION IN THE JOINT STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS**

Magistrate Judge: Hon. John E. McDermott

Discovery Cutoff Date: 8/5/2022
Pretrial-Conference Date: 2/9/2024
Trial Date: 2/22/2024

I, Jeremy S. Barber, declare as follows:

1. I am a partner at the law firm of Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation. I have been admitted to practice in the Central District of California *pro hac vice*. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. I make this declaration in support of the NFL Defendants' Position in the Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NFL Defendants.

3. In total, Plaintiffs have served six sets of document requests on the NFL Defendants, totaling 161 document requests.

4. On January 22, 2021, Plaintiffs served their First Set of Requests for Production of Documents to the NFL Defendants. [REDACTED]

5. The parties reached an agreement on May 14, 2021, that "the appropriate end date for the production of documents requested in Plaintiffs' First Set of Requests for Production is the date on which the NFL Defendants collect ESI for agreed-upon custodians." The collection of ESI for the agreed-upon custodians occurred across the summer of 2021.

6. On January 20, 2022, Plaintiffs served their Fifth Set of Requests for Production of Documents to the NFL Defendants, which included Document Request No. 112. The full text of RFP No. 112 is included in the Joint Stipulation.

7. On February 22, 2022, [REDACTED]

1

Case No. 2:15-ml-02668-PSG (JEMx)    Declaration of Jeremy Barber in Support of the NFL Defendants' Position in the Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NFL Defendants.

Documents. A true and correct copy of the NFL Defendants' Objections and Responses to Plaintiffs' Fifth Set of Requests for Production of Documents, served on February 22, 2022, is attached hereto as Exhibit A.

8. In response to all of Plaintiffs' document requests, the NFL Defendants have produced over 136,000 documents, spanning over 1,250,000 pages.

9. On March 7, 2022, Plaintiffs served a letter to the NFL Defendants pursuant to Rule 37-1 regarding Document Request No. 112. Finn Decl. Ex. 4. The parties thereafter met and conferred on numerous occasions to discuss potential compromises with respect to Document Request No. 112.

10. On March 15, 2022, the Court granted Plaintiffs' request for a modification of the scheduling order, moving the fact discovery deadline from May 15 to August 5. Finn Ex. 3 (Dkt. 434). Plaintiffs' motion seeking the schedule modification explained that they sought the extension because the May 15 deadline gave them "inadequate time to review and analyze the many thousands of new documents produced by the NFL Defendants, identify additional witnesses for deposition, conduct those depositions, and allow their experts sufficient time to analyze the results of discovery in preparing their class certification and merits expert reports." Dkt. 423-1 at 1. Attached hereto as Exhibit B is a true and correct copy of this Memorandum in Support of their Motion.

11. Also on March 15, 2022, Judge Philip Gutierrez entered an Order for Jury Trial. Dkt. No. 435. In this Order, Judge Gutierrez provided that the discovery cut-off date of August 5 is "**<u>not</u> the date by which discovery requests must be served; it is the date by which all discovery is to be completed"** and that **"[a]ny motion challenging the adequacy of responses to discovery must be filed timely, and served and calendared sufficiently in advance of the discovery cut–off date to permit the responses to be obtained before that date, if the motion is granted.**" *Id.* at 2 (emphasis in original). Attached hereto as Exhibit C is a true and correct copy of this Order.

2

Case No. 2:15-ml-02668-PSG (JEMx)

Declaration of Jeremy Barber in Support of the NFL Defendants' Position in the Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NFL Defendants.

12. On April 4, 2022, the NFL Defendants, without waiving any of its previous objections and in an attempt to reach a compromise, offered to conduct a collection of additional documents from three custodians and to search those files using search terms to be negotiated, [REDACTED] On April 5, 2022, Plaintiffs accepted the NFL Defendants' proposal. Attached hereto as Exhibit D is a true and correct copy of an email showing this agreement.

13. On May 7, 2022, the NFL Defendants produced documents consistent with the parties' agreement.

14. In May 2022, the parties also negotiated the number of depositions that Plaintiffs would be permitted to take, consistent with Rule 30(a)(2). After lengthy discussions, the parties agreed that Plaintiffs would be permitted to take 14 depositions of specific individuals associated with the NFL Defendants, plus one 30(b)(6) deposition of the NFL itself.

15. On June 15, 2022, Plaintiffs served the NFL Defendants another letter pursuant to Rule 37-1 [REDACTED] Finn Decl. Ex. 6. The parties met and conferred on June 17, 2022. Following the parties meet and confer, Plaintiffs confirmed in writing that they were seeking three additional custodial productions on the following dates: July 21, 2022; September 9, 2022; and following the date a new rightsholder is announced. Finn Decl. Ex. 7. The parties subsequently met and conferred on multiple occasions in order to try and resolve this dispute.

16. On June 28, 2022, the NFL Defendants discussed a potential compromise, under which the NFL Defendants would: (1) produce documents, by July 14, 2022, sufficient to show [REDACTED] and (2) make a final limited non-custodial production [REDACTED] the contours

of which would be negotiated at a later date. Plaintiffs claimed to accept this proposal, but instead made a counter proposal on June 29, 2022, to only accept the NFL Defendants' suggested compromise if: (1) the production would be completed by December 1, 2022, at the latest; (2) the production would include [REDACTED] [REDACTED] and (3) the NFL would make a witness available for deposition to give testimony about these documents. Finn Decl. Ex. 7. In a subsequent meet and confer on July 6, 2022, Plaintiffs clarified that their counterproposal included an additional required term that all future productions would require burdensome custodial collections and that they would not agree to negotiate a limited non-custodial production.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 8th day of July, 2022 in New York, New York.

Dated: July 8, 2022

Respectfully submitted,

*/s/ Jeremy Barber*

Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

4

Case No. 2:15-ml-02668-PSG (JEMx)

Declaration of Jeremy Barber in Support of the NFL Defendants' Position in the Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NFL Defendants.

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

5

**Case No. 2:15-ml-02668-PSG (JEMx)**

**Declaration of Jeremy Barber in Support of the NFL Defendants' Position in the Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NFL Defendants.**