# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 8/9/2022, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents by Defendants National Football League, Inc. and NFL Enterprises LLC (the "NFL") pursuant to Federal Rule of Civil Procedure 37. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion to Compel Production of Documents by the NFL, and orders as follows:

IT IS ORDERED that, within fifteen (15) days of the date of this Order, the NFL shall produce all ███████████████████████████████████████████ ███████████████████████████████████████ from April 4, 2022 to the date of this Order.

IT IS FURTHER ORDERED that, within fifteen (15) days of the date on ████ ██████████████████████████████████████████████████████ the NFL shall produce ██████████████████████████████████████████ ████████████████████████████████████ from the date of this Order to the date on which ████████████████ Within fifteen (15) days of that production, the NFL shall make a witness available for deposition to provide testimony on behalf of the NFL regarding the ████████████████████████████

IT IS SO ORDERED.

Dated: _____

                                                JOHN E. MCDERMOTT
                                              United States Magistrate Judge