

LINK 531

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION <br><br> Plaintiff(s) <br> v. <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS <br><br> Defendant(s). | CASE NUMBER <br><br> 2:15-ml-02668-PSG <br><br> (~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Neal, Blake
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 991-5255
*Telephone Number*

(202) 847-4005
*Fax Number*

bneal@wilkinsonstekloff.com
*E-Mail Address*

of

Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

National Football League, NFL Enterprises LLC, and the Individual NFL Clubs
*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**

Sahni, Neema T.
*Designee's Name (Last Name, First Name & Middle Initial)*

274240
*Designee's Cal. Bar No.*

(424) 332-4800
*Telephone Number*

(424)332-4749
*Fax Number*

nsahni@cov.com
*E-Mail Address*

of

COVINGTON & BURLING LLP
1999 Avenue of the Stars
Suite 3500
Los Angeles, CA 90067-6045
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

⦿ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　☐ for failure to complete Application: _____
　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated   07/12/22

_____
U.S. District Judge/U.S. Magistrate Judge