Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| | **DISCOVERY MATTER** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **JOINT STATUS REPORT REGARDING THE COURT'S JUNE 27 ORDER ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THE NFL** |
| | JUDGE: Hon. John E. McDermott |

1  Pursuant to the Court's June 27, 2022 Order, Dkt. 513, the NFL and
2  Plaintiffs submit the following Joint Status Report regarding the potential
3  production of certain documents associated with *United States Football League v.*
4  *Nat'l Football League*, Case No. 84 Civ. 7484 (S.D.N.Y.) (*"USFL"*).

5  1.  On July 6, 2022, Plaintiffs and the NFL met and conferred to discuss
6  the only remaining dispute from the May 17, 2022 joint stipulation regarding
7  Plaintiffs' motion to compel the production of documents from prior litigations
8  involving the NFL, Dkt. 476-1—the issue of whether the 13 *USFL* deposition
9  transcripts of NFL employees located by the NFL are designated as confidential by
10 the *USFL* protective order.

11 2.  Pursuant to that discussion, Plaintiffs agreed to table their request for
12 those deposition transcripts, while reserving all rights to seek those transcripts at a
13 later date based on a showing of good cause.  The NFL has agreed to produce: 1)
14 the approximately 15 *USFL* trial transcripts located in the collected materials, with
15 redactions where present; and 2) the unmarked non-confidential pages of the one
16 deposition transcript of an NFL employee with express confidentiality markings.

17

18 Dated:  July 14, 2022                          Respectfully submitted,

19

20                                    By:   */s/ Tyler Finn*
                                           Tyler Finn
21
                                     Marc M. Seltzer (54534)
22                                   mseltzer@susmangodfrey.com
                                     SUSMAN GODFREY L.L.P.
23                                   1900 Avenue of the Stars, Suite 1400
                                     Los Angeles, CA 90067
24                                   Tel: (310) 789-3100
                                     Fax: (310) 789-3150
25
                                     Arun Subramanian (*Pro Hac Vice*)
26                                   asubramanian@susmangodfrey.com
                                     William C. Carmody (*Pro Hac Vice*)
27                                   bcarmody@susmangodfrey.com
                                     Seth Ard (*Pro Hac Vice*)
28                                   sard@susmangodfrey.com
                                     Tyler Finn (*Pro Hac Vice*)
                                     tfinn@susmangodfrey.com

SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Armstead Lewis (*Pro Hac Vice*)
alewis@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC

1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

By:  */s/ Jeremy S. Barber*

Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football
League, NFL Enterprises LLC, and the
Individual NFL Clubs*