# EXHIBIT 9

| | |
|---|---|
| **From:** | Armstead Lewis |
| **To:** | Max Warren; Jeremy Barber; glevy@cov.com; dludwin@cov.com; nsahni@cov.com; Beth Wilkinson; Rakesh Kilaru; Brian Stekloff |
| **Cc:** | Marc Seltzer; Arun Subramanian; Seth Ard; Ian Gore; hlanger; Peter Leckman; Ned Diver; Kevin Trainer; smartin; Farhad Mirzadeh; Sathya S. Gosselin; Rodney Polanco |
| **Subject:** | RE: NFLST: Local Rule 37-1 Letter re NFL Privilege Log |
| **Date:** | Thursday, April 21, 2022 4:16:47 PM |

Max,

Thanks for sending this information along. We'll take a look at it and the rest of the issues you raise, but reserve our rights to challenge the NFL's privilege log based on the issues we've raised.

Armstead Lewis | Susman Godfrey LLP
Office. 713.653.7852| Cell. 281.413.2606
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON** • LOS ANGELES • SEATTLE • NEW YORK

**From:** Max Warren <mwarren@wilkinsonstekloff.com>
**Sent:** Wednesday, April 20, 2022 5:07 PM
**To:** Armstead Lewis <ALewis@susmangodfrey.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; glevy@cov.com; dludwin@cov.com; nsahni@cov.com; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Arun Subramanian <asubramanian@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; hlanger <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Rodney Polanco <RPolanco@susmangodfrey.com>
**Subject:** RE: NFLST: Local Rule 37-1 Letter re NFL Privilege Log

==EXTERNAL Email==

Armstead,

As discussed during our meet and confer on April 14, the titles and dates of employment for the counsel list identified in your letter are attached. You represented that Plaintiffs would provide the same in return and we look forward to receiving that.

Also attached is the sender/recipient information for the documents you identified in your April 5 letter as missing this information. We explained last week that the reference numbers you identified were privileged attachments to non-privileged or partially privileged emails, which is why the complete sender and recipient information did not carry over. For your convenience, we have also provided the corresponding Bates numbers of the parent emails. Note that our additional review of Reference No. 196 indicated that we are comfortable removing our privilege claim. It will be included in our next production.

Finally, and as we made clear during the meet and confer, our privilege descriptions are complete and well within the bounds of the Federal Rules and the applicable case law. We are also in the midst of conducting an additional review of the documents you identified in your letter, and while we believe the overwhelming majority were properly withheld as privileged, we do expect that a limited set of documents may be removed from the privilege log and produced. Any such documents will be included in our next production.

Best,
Max


**Max Warren** | Counsel

**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Flr, Washington, DC 20036
Direct: (202) 847-4008 | Fax: (202) 847-4005
mwarren@wilkinsonstekloff.com
wilkinsonstekloff.com


The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**From:** Armstead Lewis <ALewis@susmangodfrey.com>
**Sent:** Monday, April 11, 2022 5:29 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Roxana Guidero <rguidero@wilkinsonstekloff.com>; glevy@cov.com; dludwin@cov.com; nsahni@cov.com; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Arun Subramanian <asubramanian@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; hlanger <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Rodney Polanco <RPolanco@susmangodfrey.com>
**Subject:** RE: NFLST: Local Rule 37-1 Letter re NFL Privilege Log


Following up on this. Please let me know when you have availability confer regarding this Rule

37-1 letter?

Armstead Lewis | Susman Godfrey LLP

Office. 713.653.7852| Cell. 281.413.2606

1000 Louisiana St. | Suite 5100 | Houston, Texas 77002

**HOUSTON  •  LOS ANGELES  •  SEATTLE  •  NEW YORK**

---

**From:** Armstead Lewis
**Sent:** Tuesday, April 5, 2022 3:19 PM
**To:** jbarber@wilkinsonstekloff.com; rguidero@wilkinsonstekloff.com; glevy@cov.com; dludwin@cov.com; nsahni@cov.com; bwilkinson@wilkinsonstekloff.com; rkilaru@wilkinsonstekloff.com; mwarren@wilkinsonstekloff.com; bstekloff@wilkinsonstekloff.com
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Arun Subramanian <asubramanian@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; hlanger <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Rodney Polanco <RPolanco@susmangodfrey.com>
**Subject:** NFLST: Local Rule 37-1 Letter re NFL Privilege Log

Jeremy,

I have attached our Local Rule 37-1 regarding the NFL's initial privilege log.

Armstead Lewis | Susman Godfrey LLP
Office. 713.653.7852| Cell. 281.413.2606
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON  •  LOS ANGELES  •  SEATTLE  •  NEW YORK**