# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: August 19, 2022<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Tyler Finn in Support of Plaintiffs' Application to File Documents Under Seal.
2. The unredacted version of Plaintiffs' Memorandum of Points and Authorities in Support of Motion to Take Limited Discovery after the Deadline for Fact Discovery.
3. The unredacted version of the declaration of Tyler Finn in support of Plaintiff's Motion to Take Limited Discovery after the Deadline for Fact Discovery ("Finn Declaration").
4. Exhibit 1 to the Finn Declaration.
5. Exhibit 2 to the Finn Declaration.
6. Exhibit 3 to the Finn Declaration.
7. Exhibit 4 to the Finn Declaration.
8. Exhibit 5 to the Finn Declaration.
9. Exhibit 6 to the Finn Declaration.
10. Exhibit 7 to the Finn Declaration.
11. Exhibit 8 to the Finn Declaration.
12. Exhibit 10 to the Finn Declaration.
13. The unredacted version of the declaration of Farhad Mirzadeh in support of Plaintiff's Motion to Take Limited Discovery after the Deadline for Fact Discovery ("Mirzadeh Declaration").
14. Exhibit A to the Mirzadeh Declaration.
15. Exhibit B to the Mirzadeh Declaration.

16. Exhibit C to the Mirzadeh Declaration.
17. Exhibit D to the Mirzadeh Declaration.
18. The unredacted version of the Proposed Order Granting Motion to Take Limited Discovery After the Deadline for Fact Discovery.

IT IS SO ORDERED.

Dated: _____                    _____
                                                                          PHILIP S. GUTIERREZ
                                                                          United Sates District Judge