| | |
|---|---|
| Marc M. Seltzer (54534) | Howard Langer (*Pro Hac Vice*) |
| mseltzer@susmangodfrey.com | hlanger@langergrogan.com |
| SUSMAN GODFREY L.L.P. | LANGER GROGAN AND DIVER PC |
| 1900 Avenue of the Stars, Suite 1400 | 1717 Arch Street, Suite 4020 |
| Los Angeles, CA 90067-6029 | Philadelphia, PA 19103 |
| Phone: (310) 789-3100 | Tel: (215) 320-5660 |
| Fax: (310) 789-3150 | Fax: (215) 320-5703 |

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF FARHAD MIRZADEH IN SUPPORT OF MOTION TO TAKE LIMITED DISCOVERY AFTER THE DEADLINE FOR FACT DISCOVERY**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: August 19, 2022<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

I, Farhad Mirzadeh, declare under penalty of perjury that the following is true and correct:

1. I am over the age of twenty-one (21) years and am an associate at Hausfeld LLP. I am counsel of record for Plaintiffs Ninth Inning, Inc., 1465 Third Avenue Restaurant Corp., Robert Gary Lippincott, Jr., and Jonathan Frantz in the above-captioned litigation. I submit this declaration in support of Plaintiffs' Motion to Take Limited Discovery After the Deadline for Fact Discovery.

**The Subpoena to Apple**

2. Attached hereto as Exhibit A is a true and correct copy of the subpoena served upon Apple Inc. on September 17, 2021.

3. Attached hereto as Exhibit B is a true and correct copy of a letter sent by Hannah Cannom to Leland Shelton on November 2, 2021.

4. I understand that Plaintiffs' counsel and counsel for Apple met on several occasions in 2021 to discuss Plaintiffs' subpoena to Apple.

5. Since serving their objections and responses, Plaintiffs have met and conferred with counsel for Apple on several occasions to discuss Plaintiffs' subpoena ███████████████████████████████████. To the best of my recollection and after reviewing my calendar, Plaintiffs have met with counsel for Apple at least on the following dates: January 19, 2022; January 31, 2022; February 22, 2022; February 25, 2022; March 4, 2022; March 16, 2022; March 23, 2022; April 8, 2022; May 3, 2022; May 17, 2022; May 24, 2022; May 25, 2022; and May 27, 2022.

6. The purpose of many of these meetings was for Plaintiffs to clarify the subpoena requests, narrow the scope of the subpoena at Apple's request, and to receive updates ███████████████████████████████████████████████████████████████████████████████████████████████████████

7. During these meet and confers, ███████████████████████████████████████████████

1. ███████████████████████████████████████████████████
2. ███████████████████████████████████████████████████████
3. ███████████████████████████████████████████████████
4. ████████████████ Further, Plaintiffs clarified that they were not seeking privileged
5. materials.
6.     8.    Given the lack of meaningful effort by Apple to produce documents in
7. response to Plaintiffs' subpoena, Plaintiffs sent Apple a letter pursuant to Local
8. Rule 37-1 of the Central District of California. Attached hereto as Exhibit C is a
9. true and correct copy of a letter sent by Farhad Mirzadeh to Bethany Stevens, dated
10. March 30, 2022.
11.     9.    ███████████████████████████████████████████
12. ███████████████████████████████████████████████████████
13. ████████████████████████████████████████
14.     10.    On May 11, 2022, Plaintiffs informed Apple's counsel that they would
15. move to compel for the production of documents absent any meaningful effort by
16. Apple to comply with the subpoena. A true and correct copy of that email is
17. attached hereto as Exhibit D.
18.     11.    On May 20, 2022, on the same day that Plaintiffs served their portion
19. of a joint stipulation in connection with their Motion to Compel, Apple made its
20. first—and only—production of documents. The production consisted of only
21. thirteen documents, many of which contained redactions.
22.     12.    On May 31, 2022, Apple filed a motion to quash the September 17,
23. 2021 subpoena in the Northern District of California. The hearing was initially
24. scheduled for August 11, but Plaintiffs and Apple jointly requested the hearing date
25. be moved up to July 28. On July 14, the hearing date was continued to August 25.
26. **The Dispute Over DIRECTV'S Privilege Log**
27.     13.    DIRECTV produced its initial privilege log on February 18, 2022.
28. That log contained over 25,000 entries.

14. Attached hereto as Exhibit E is a true and correct copy of the 37-1 letter that I sent to DIRECTV's counsel on March 22, 2022.

15. Since serving their objections and responses, Plaintiffs have met and conferred with counsel for DIRECTV to discuss the deficiencies in its privilege log. To the best of my recollection and after reviewing my calendar, Plaintiffs have met with counsel for DirecTV at least on the following dates: April 12, April 20, and April 27.

16. On May 16, 2022, DIRECTV served an amended privilege log and a letter identifying documents it would produce to Plaintiffs that had been initially withheld for privilege but later determined to be not privileged.

17. On May 18, 2022, I wrote to counsel to DIRECTV requesting that DIRECTV provide, as promised, details about when it would supply additional fields for its privilege log sufficient to "describe the nature of the documents, communications, or tangible things not produced or disclosed."

18. On June 6, DIRECTV served a presumptively final privilege log.

19. Attached hereto as Exhibit F is a true and correct copy of the 37-1 letter that I sent to DIRECTV's counsel on July 8, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 15th day of July in San Francisco, California.

*/s/ Farhad Mirzadeh*
Farhad Mirzadeh