# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO TAKE LIMITED DISCOVERY AFTER THE DEADLINE FOR FACT DISCOVERY**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: August 19, 2022<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

This matter is before the Court on Plaintiffs' Motion to Take Limited Discovery After the Deadline for Fact Discovery pursuant to Federal Rule of Civil Procedure 16. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion to Take Limited Discovery After the Deadline for Fact Discovery, and orders as follows:

IT IS ORDERED that the following discovery may take place after the August 5 deadline for fact discovery:  1) adjudication and enforcement of the Joint Stipulation for Motion to Compel Production of Documents by NFL Defendants;  2) document and deposition discovery concerning ████████████████████████████████; 3) adjudication and enforcement of the pending motions to enforce a subpoena to third-party Apple, Inc; and 4) adjudication and enforcement of forthcoming motions to compel the NFL and DIRECTV to produce documents withheld on the basis of privilege.

IT IS SO ORDERED.

Dated: _____           _____
                                        PHILIP S. GUTIERREZ
                                        United States District Judge

1