# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>Magistrate Judge: Hon. John E. McDermott; Place: Courtroom 640<br><br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |
|---|---|

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

///

///

///

///

///

///

///

///

///

///

///

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Tyler Finn in Support of Plaintiffs' Application to File Documents Under Seal.
2. The unredacted version of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NFL Defendants
3. The unredacted version of the declaration of Tyler Finn in support of Plaintiff's Motion to Compel Production of Documents by NFL Defendants ("Finn Declaration").
4. Exhibit 4 to the Finn Declaration.
5. Exhibit 5 to the Finn Declaration.
6. Exhibit 6 to the Finn Declaration.
7. Exhibit 7 to the Finn Declaration.
8. The unredacted version of the declaration of Jeremy Barber in support of the NFL Defendants' Position in the Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NFL Defendants ("Barber Declaration").
9. Exhibit A to the Barber Declaration.
10. Exhibit D to the Barber Declaration.
11. The unredacted version of the Proposed Order Granting Plaintiffs' Motion to Compel Production of Documents by NFL Defendants.

IT IS SO ORDERED.

Dated: 7/19/22

/s/John E. McDermott
JOHN E. MCDERMOTT
United Sates Magistrate Judge