# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER STAYING COURT'S JULY 22, 2022 ORDER PENDING RESOLUTION OF NFL'S FORTHCOMING OBJECTIONS**<br><br>Magistrate Judge: Hon. John E. McDermott<br><br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

1  This matter is before the Court on the NFL's *Ex Parte* Application for a Stay
2  of Court Order Pending Resolution of Forthcoming Objections.
3  WHEREAS, on July 22, 2022, the Court granted Plaintiffs' Motion to Compel
4  Production of Documents by the NFL (Dkt. 553); and
5  WHEREAS the NFL intends to timely file Objections to the Court's July 22,
6  2022 Order pursuant to Federal Rule of Civil Procedure 72 and Local Rule 72-2.1;
7  IT IS HEREBY ORDERED that the Court's July 22, 2022 Order (Dkt. 553)
8  is STAYED pending resolution of the NFL's forthcoming Objections.

IT IS SO ORDERED.

Dated: _____          _____
                                      JOHN E. MCDERMOTT
                                      United Sates Magistrate Judge