Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>———————————————<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**DECLARATION OF JEREMY S. BARBER IN SUPPORT OF THE NFL'S *EX PARTE* APPLICATION FOR STAY OF COURT ORDER**<br><br>Magistrate Judge: Hon. John E. McDermott<br><br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

I, Jeremy S. Barber, declare as follows:

1. I am a partner at the law firm of Wilkinson Stekloff LLP and represent the NFL in this litigation. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted *pro hac vice* to practice before the United States Central District of California in this litigation.

2. I make this declaration in support of the NFL's *Ex Parte* Application for Stay of Court Order.

3. On January 20, 2022, Plaintiffs served their Fifth Set of Requests for Production of Documents to the NFL Defendants, which included RFP 112, the subject of the Court's July 22, 2022 Order. Following numerous meet-and-confers between the parties, the NFL agreed to conduct an additional custodial collection on April 4, 2022.

4. The NFL diligently collected, and reviewed documents collected on or around April 4, 2022 that were potentially responsive to RFP 112, but could not finalize those documents for production until May 7, 2022. At the time, the parties had not yet begun any fact depositions.

5. The ███████████████████████████ is highly important to the NFL's media business, and ███████████████████████████ are incredibly commercially sensitive. Thus, all documents that potentially implicate those negotiations must go through multiple levels of attorney review before they may be produced. Furthermore, due to the commercial sensitivity of ███████████ and ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████, the review process becomes even more lengthy and complicated.

6. On July 12, 2022, Plaintiffs filed a motion to compel the NFL to produce additional documents, created after April 4, 2022, that are responsive to RFP 112, as well as an additional deposition after the fact discovery cutoff to provide testimony regarding these ███████████████. Dkt. 536.

2

Case No. 2:15-ml-02668-PSG (JEMx)   Declaration of Jeremy S. Barber in Support of the NFL's *Ex Parte* Application for Stay of Court's Order

7. On July 15, 2022, Plaintiffs filed a motion before Judge Gutierrez for permission to take limited discovery after the August 5, 2022 deadline for purposes of taking discovery relating to ▮▮▮▮▮▮▮▮▮▮▮▮; resolving their motion to compel production of documents by Apple, currently pending in the Northern District of California; and challenging the NFL's and DIRECTV's privilege logs. Dkt. 545; Dkt. 547-1. Hearing regarding that motion was noticed for August 19, 2022. Dkt. 545. Pursuant to Local Rule 7-9, the NFL's response to Plaintiffs' motion is due on July 29, 2022. The NFL will timely file its opposition this week.

8. On July 22, 2022, the Court granted Plaintiffs' motion to compel the NFL to produce documents responsive to RFP 112, and ordered production within 15 days of that Order. Dkt. 553. Pursuant to Federal Rule of Civil Procedure 6(a), the deadline for this production is August 8, 2022. The Court also ordered, within 15 days of the date on which ▮▮▮▮▮▮▮▮▮▮▮▮, an additional production of documents and a deposition of an NFL witness to provide testimony regarding ▮▮▮▮▮▮▮▮. *Id.*

9. Between now and August 5, 2022, the parties are scheduled to conduct depositions of eight fact witnesses, including the 30(b)(6) deposition of the NFL's corporate representative.

10. In light of the foregoing deposition schedule, the additional collection, review, and production of documents would be unduly burdensome for the NFL to complete within the deadline provided by the Court's July 22, 2022 Order.

11. The NFL intends to timely file its objections to the Court's July 22, 2022 Order pursuant to Federal Rule of Civil Procedure 72 and Local Rule 72-2.1.

12. Earlier today, I spoke with Plaintiffs' counsel Tyler Finn to provide notice of the NFL's instant *ex parte* application for a stay of the Court's July 22, 2022 Order. Mr. Finn followed up via e-mail to state that Plaintiffs would oppose any motion the NFL would file with respect to the Court's July 22, 2022 Order.

3

Case No. 2:15-ml-02668-PSG (JEMx)   Declaration of Jeremy S. Barber in Support of the NFL's *Ex Parte* Application for Stay of Court's Order

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 25th day of July 2022 in New York, N.Y.

Dated:  July 25, 2022                    Respectfully submitted,

*/s/ Jeremy S. Barber*
Jeremy S. Barber (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

4

Case No. 2:15-ml-02668-PSG (JEMx)                    Declaration of Jeremy S. Barber in Support of the NFL's *Ex Parte* Application for Stay of Court's Order

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

5

Case No. 2:15-ml-02668-PSG (JEMx)  Declaration of Jeremy S. Barber in Support of the NFL's *Ex Parte* Application for Stay of Court's Order