

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
444 West Ocean Boulevard   Suite 1700
Long Beach, CA 90802

-R-T-S-   90802512O-1N   07/20/22
RETURN TO SENDER
UNABLE TO FORWARD
RETURN TO SENDER

FILED
CLERK, U.S. DISTRICT COURT
JUL 26 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

JEM

Case: 2:15ml2668  Doc: 522

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
444 West Ocean Boulevard   Suite 1700
Long Beach, CA 90802

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<34190840@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 7/6/2022 at 11:00 AM PDT and filed on 7/6/2022

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-JEM |
| **Filer:** | |
| **Document Number:** | 522 |

**Docket Text:**
**ORDER REGARDING PRODUCTION OF NBCUNIVERSAL'S BROADCAST AGREEMENT WITH NOTRE DAME PURSUANT TO COURT'S FEBRUARY 3 ORDER by Magistrate Judge John E. McDermott, re Sealed Declaration in Support Declaration, [519] IT IS HEREBY ORDERED that, within three days of this Order, NBCUniversal shall produce to Plaintiffs their licensing and distribution agreement(s) with Notre Dame in the unredacted form as proposed by Mr. Diver. Such production shall be via the parties' ordinary discovery platforms in accordance with the ESI Order. (es)**

**2:15-ml-02668-PSG-JEM Notice has been electronically mailed to:**
Robert S Kitchenoff     kitchenoff@wka-law.com
Daniel G Swanson     dswanson@gibsondunn.com
Amanda M Steiner     hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny     penny@lawgsp.com
Ian Simmons     ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Craig W Hillwig     chillwig@kohnswift.com
Scott M Grzenczyk     avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Gregory E Woodard     gwoodard@lwwllp.com, gw@woodardlegal.com
Tyler M. Finn     tfinn@susmangodfrey.com
Peter Leckman     pleckman@langergrogan.com

Jeffrey B Gittleman	jgittleman@barrack.com
Brian C Gudmundson	brian.gudmundson@zimmreed.com
Jonathan M. Jagher	jjagher@fklmlaw.com
Scott Allan Martin	smartin@hausfeld.com
Natasha Naraghi Serino	natashaserino@amslawoffice.com, joanbennett@amslawoffice.com
Marc H Edelson	medelson@edelson-law.com
Max J. Warren	mwarren@wilkinsonstekloff.com
Neema Trivedi Sahni	jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Mickel M. Arias	mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli	dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver	ndiver@langergrogan.com
Carl Malmstrom	malmstrom@whafh.com
Thomas A. Zimmerman	tom@attorneyzim.com, firm@attorneyzim.com
Christina H Connolly Sharp	8388361420@filings.docketbird.com, ssandeen@girardsharp.com, avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector	jspector@srkattorneys.com
Caleb Marker	josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, kelly.bourette@zimmreed.com, 5920479420@filings.docketbird.com
Mark S Goldman	goldman@lawgsp.com
Armstead C. Lewis	alewis@susmangodfrey.com
Hart L. Robinovitch	hart.robinovitch@zimmreed.com, kelly.bourette@zimmreed.com
Carter E. Greenbaum	cgreenbaum@paulweiss.com
John D Radice	jradice@radicelawfirm.com
Alexander M Schack	alexschack@amslawoffice.com
Scott A Edelman	sedelman@gibsondunn.com
Katrina M Robson	krobson@omm.com, katrina-robson-6207@ecf.pacerpro.com
Marc I Gross	migross@pomlaw.com
Arun Subramanian	asubramanian@susmangodfrey.com, ehenke@susmangodfrey.com, ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com
Stephen R Basser	sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Fred Taylor Isquith	ftisquith@zsz.com
Garrett D Blanchfield	g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge	ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody	esullivan-vasquez@susmangodfrey.com, bcarmody@susmangodfrey.com
James B. Zouras	mortega@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
David H Weinstein	weinstein@wka-law.com
Eugene A Spector	espector@srkattorneys.com
Gregg H Levy	glevy@cov.com
Thomas H Burt	burt@whafh.com
Sara F Khosroabadi	daniella@kandhlawgroup.com, sara@kandhlawgroup.com
Ian M Gore	ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz	mco.ecf@weil.com, jessie.mishkin@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com
Beth A. Wilkinson	bwilkinson@wilkinsonstekloff.com,

sundayticket-associates@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com

Daniel R Karon   bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com

Derek Ludwin   dludwin@cov.com

Brian L. Stekloff   bstekloff@wilkinsonstekloff.com

Brittany DeJong   fileclerk@whafh.com, dejong@whafh.com

Jeffrey S. Goldenberg   svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com

Ramzi Abadou   ramzi.abadou@ksfcounsel.com

Arthur J Burke   arthur.burke@davispolk.com

Gary F Lynch   jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com

Lee Albert   lalbert@glancylaw.com

John E Schmidtlein   jschmidtlein@wc.com

William G Caldes   bcaldes@srkattorneys.com

Robert J Larocca   rlarocca@kohnswift.com

Arnold C Wang   jessica@asstlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com, arnold@asstlawyers.com

Marisa C Livesay   fileclerk@whafh.com, livesay@whafh.com

Michael J Boni   mboni@bonizack.com

James D Ludwig   jludwig@graydon.law

Charles T Spagnola   cspagnola@sullivankrieger.com

Amid T Bahadori   atb@bahadorilaw.com

Kevin P. Trainer   ktrainer@langergrogan.com

Jay Cohen   jaycohen@paulweiss.com

Justin Mungai   jmungai@wilkinsonstekloff.com

Ryan F. Stephan   mortega@stephanzouras.com, malmeida@stephanzouras.com, kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com, rstephan@stephanzouras.com

Arthur M Murray   aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com, thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com

Rachele R. Byrd   fileclerk@whafh.com, byrd@whafh.com

Mark A Wendorf   m.wendorf@rwblawfirm.com

Christopher P. Ridout   christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com, 5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com

Rakesh N. Kilaru   rkilaru@wilkinsonstekloff.com

Sathya S Gosselin   sgosselin@hausfeld.com

Rosemary M Rivas   2746730420@filings.docketbird.com, rmr@classlawgroup.com

Farhad Mirzadeh   fmirzadeh@hausfeld.com

Daniel J. Mogin   jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com, ngeraci@moginrubin.com, jchatfield@moginrubin.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com

Karen H Riebel   amraak@locklaw.com, jpgramlich@locklaw.com, lgn-khriebel@ecf.courtdrive.com, crjohnson@locklaw.com, khriebel@locklaw.com

Jodie Williams   jwilliams@moginrubin.com

Matthew C De Re   tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com

Lesley E Weaver   lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com

Seth Ard   laura-parrella-0577@ecf.pacerpro.com, ecf-cb051334f073@ecf.pacerpro.com, ecf-7bb0ee8b6051@ecf.pacerpro.com, mritter@susmangodfrey.com, sard@susmangodfrey.com, rbien-aime@susmangodfrey.com

Samuel M Ward    sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Jayne A Goldstein    pleadings@millershah.com, jagoldstein@millershah.com
Whitney E Street    whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty    aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt    mco.ecf@weil.com, nymao@ecf.pacerpro.com, eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos    alfredo@aswtlawyers.com
Shawn M Larsen    slarsen@lwwllp.com
Jeremy S. Barber    jbarber@wilkinsonstekloff.com
Joshua Brandon Swigart    josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Kenneth B Pickle    kpickle@radicelawfirm.com
Gordon M Fauth    gmf@classlitigation.com
Samuel Maida    smaida@hausfeld.com
Patrick J Somers    tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns    drehns@hrsclaw.com
Betsy C Manifold    fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Rahul Raghav Athrey Hari    rahul.hari@usdoj.gov, julie.morales@usdoj.gov
Melinda A Nicholson    bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer    mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com, hdanielson@susmangodfrey.com
Bryan Matthew Thomas    bthomas@macdonaldcody.com
Lionel Zevi Glancy    lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer    hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner    bbleichner@chestnutcambronne.com
Christopher L Lebsock    clebsock@hausfeldllp.com, ischer@hausfeld.com
Joshua D Snyder    jsnyder@bonizack.com
Tracy D Rezvani    tracy@rezvanilaw.com
Eliot F Krieger    rrobitaille@skt.law, ekrieger@skt.law
M. Randall Oppenheimer    m-randall-oppenheimer-5053@ecf.pacerpro.com, roppenheimer@omm.com
Richard A Koffman    rkoffman@cohenmilstein.com
John E Sindoni    jsindoni@bonizack.com
Bethany M Stevens    bstevens@wscllp.com
Heidi M Silton    hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian    ak@kazlg.com, mona@kazlg.com

**2:15-ml-02668-PSG-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Melissa Phan
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles CA 90071-3197

Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036

James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[~~PROPOSED~~] ORDER REGARDING PRODUCTION OF NBCUNIVERSAL'S BROADCAST AGREEMENT WITH NOTRE DAME PURSUANT TO COURT'S FEBRUARY 3 ORDER<br><br>Magistrate Judge: Hon. John E. McDermott; Place: Courtroom 640<br><br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

This matter is before the Court on the Plaintiffs and NBCUniversal's Joint Status Report Regarding Production of NBCUniversal's Broadcast Agreement with Notre Dame Pursuant to the Court's February 3 Order. The Court having considered the arguments of the parties, orders as follows:

IT IS HEREBY ORDERED that, within three days of this Order, NBCUniversal shall produce to Plaintiffs their licensing and distribution agreement(s) with Notre Dame in the unredacted form as proposed by Mr. Diver. Such production shall be via the parties' ordinary discovery platforms in accordance with the ESI Order.

IT IS SO ORDERED.

Dated: 7/6/22

JOHN E. MCDERMOTT
United Sates Magistrate Judge