UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15-ml-02668 PSG (JEMx) | Date | July 26, 2022 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:**   **(IN CHAMBERS) ORDER RE EX PARTE APPLICATION (Dkt. 557)**

On July 22, 2022, this Court inadvertently and by mistake entered an order granting Plaintiffs' Motion to Compel Production of Documents. (Dkt. 553.) The NFL Defendants filed an Ex Parte Application For a Stay of the above Order on July 25, 2022. (Dkt. 557.) The Court on July 26, 2022 withdrew its July 22, 2022 Order. (Dkt. 561.) This action by the Court MOOTS the NFL Defendants' Ex Parte Application and the subsequently filed Plaintiffs' Opposition (Dkt. 562) thereto. The Court will consider the Plaintiffs' Motion to Compel as before with a hearing date of August 9, 2022.

|  | : |
|---|---|
| Initials of Preparer | slo |