# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| | **DISCOVERY MATTER** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **[NBCU PROPOSED ORDER] REGARDING PRODUCTION OF NBCU'S BROADCAST AGREEMENT WITH NOTRE DAME PURSUANT TO COURT'S JULY 6 AND JULY 18 ORDERS** |
| | DISCOVERY CUT-OFF: August 5, 2022 |
| | Pretrial-Conference Date: 2/9/2024 |
| | Trial Date: 2/22/2024 |

1  This matter is before the Court on the Plaintiffs and NBCU's Joint Status Report Pursuant to Court's July 6 [Dkt. No. 522] and July 18 [Dkt. No. 549] Orders Regarding Production of Documents by NBCUniversal Media, LLC.  The Court having considered the arguments of the parties, orders as follows:

IT IS HEREBY Ordered that Plaintiffs' Motion to Compel Production is denied and the last sentence of Section 4.2E and the entirety of Section 4.3 of the Notre Dame Broadcast Agreement are to remain redacted.

**IT IS SO ORDERED**

Date: _____       _____

John E. McDermott

UNITED STATES MAGISTRATE JUDGE

1