James D. Ludwig (0065234)
jludwig@graydon.law
GRAYDON HEAD & RITCHEY LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone:(513) 629-2882
Fax:(513) 651-3836

*Counsel for Plaintiffs Ambrose BD, LLC,
Ambrose BD 2, LLC and Keystone University Square, LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| | **NOTICE OF WITHDRAW AS COUNSEL** |
| THIS DOUMEN RELATES TO ALL ACTIONS | |

## NOTICE OF WITHDRAWAL

Attorney James D. Ludwig and the law firm of Graydon Head & Ritchey LLP give Notice of Withdrawal from this matter. Jeffrey S. Goldenberg of Goldenberg Schneider, LPA continues as counsel for Plaintiffs, Ambrose BD, LLC, Ambrose BD 2, LLC, and Keystone University Square, LLC. All pleadings, correspondence and other communication should be directed to Jeffrey S. Goldenberg.

Dated: July 27, 2022

                                                Respectfully submitted,

                                                */s/ James D. Ludwig*
                                                James D. Ludwig (0065234)
                                                GRAYDON HEAD & RITCHEY LLP
                                                312 Walnut Street, Suite 1800

                                          Cincinnati, OH 45202
                                          Phone:(513) 629-2882
                                          Fax:(513) 651-3836
                                          E-Mail: jludwig@graydon.law

*Counsel for Plaintiffs Ambrose BD, LLC, Ambrose BD 2, LLC and Keystone University Square, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July 2022, the foregoing was served via the courts CM/ECF system on all counsel of record.

                                          /s/ James D. Ludwig
                                          James D. Ludwig (0065234)

12001825.1