**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[~~PROPOSED~~] ORDER REGARDING PRODUCTION OF NBCUNIVERSAL'S BROADCAST AGREEMENT WITH NOTRE DAME PURSUANT TO COURT'S FEBRUARY 3 ORDER<br><br>Magistrate Judge: Hon. John E. McDermott; Place: Courtroom 640<br><br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

This matter is before the Court on the Plaintiffs and NBCUniversal's Joint Status Report Pursuant to THE Court's July 6 and July 18 Orders Regarding Production of Documents by NBCUniversal Media, LLC. The Court having considered the report of the parties, hereby finds that Section 4.3 and the one sentence of 4.2(E) contained in NBCUniversal's licensing and distribution agreement with Notre Dame is relevant to Plaintiffs' theory of the case and should be unredacted, notwithstanding any previous ruling of this Court.

IT IS HEREBY FURTHER ORDERED that Plaintiffs will provide three (3) days' notice prior to filing or citing Section 4.3 or the unredacted sentence of Section 4.2(E) in documents that would be filed on the docket or used in depositions other than the deposition of Comcast Corporation or NBCUniversal.

IT IS HEREBY FURTHER ORDERED that Plaintiffs will file any document referencing the unredacted provisions, including the contract itself, under seal.

IT IS SO ORDERED.

Dated: 7/28/22

/s/John E. McDermott
_____
JOHN E. MCDERMOTT
United Sates Magistrate Judge