UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15-ml-02668 PSG (JEMx) | Date | July 28, 2022 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:**  **(IN CHAMBERS) ORDER RE JOINT STATUS REPORT (Dkt. 568)**

The Court has reviewed the parties' July 26, 2022 Joint Status Report (Dkt. 568) regarding unredaction of Section 4.3 and one sentence of Section 4.2(E) of the Notre Dame licensing and distribution agreement with NBCUniversal Media, LLC ("NBCU"). The Joint Status Report was filed in response to this Court's Orders of July 6, 2022 (Dkt. 522) and July 18, 2022. (Dkt. 549.)

In its February 1, 2022 Order, the Court rejected the argument that the two protective orders already in place in this case (Dkt. 197, 360) would be inadequate to protect against inadvertent disclosure of commercially sensitive business information. (Dkt. 416 at 4.) NBCU and Plaintiffs, moreover, have now agreed to three additional protections that would supplement the two protective orders already in place, if the Court orders unredaction of the two disputed provisions. (Dkt. 568 at 4-5, 6 n.2.)

With these additional protections, the Court finds that the risk of inadvertent disclosure is too remote to justify redaction of the disputed provisions which are relevant to Plaintiffs' theory of the case. The Court will sign the Plaintiffs' Proposed Order (Dkt. 568-1) which incorporates the added protections.

|  | : |  |
|---|---|---|
| Initials of Preparer | | slo |