



Case: 2:15ml2668  Doc: 521

Roger A Sachar                                                    Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<34190733@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion for Leave to File Document Under Seal Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 7/6/2022 at 10:55 AM PDT and filed on 7/6/2022

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-JEM |
| **Filer:** | |
| **Document Number:** | 521 |

**Docket Text:**
ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL by Magistrate Judge John E. McDermott: Granting [518] APPLICATION to Seal Document. IT IS HEREBY ORDERED that the following documents are to be filed under seal: 1. The sealed Declaration of Kevin Trainer in Support of Plaintiffs' Application to File Documents Under Seal. 2. The parties' Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NBCUniversal Media, LLC. 3. The declaration of Edward Diver in support of Plaintiffs' Motion to Compel Production of Documents by NBCUniversal Media, LLC. 4. Exhibit 7 to the parties' Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NBCUniversal Media, LLC. (es)

**2:15-ml-02668-PSG-JEM Notice has been electronically mailed to:**
Robert S Kitchenoff     kitchenoff@wka-law.com
Daniel G Swanson     dswanson@gibsondunn.com
Amanda M Steiner     hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny     penny@lawgsp.com
Ian Simmons     ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Craig W Hillwig     chillwig@kohnswift.com
Scott M Grzenczyk     avongoetz@girardsharp.com, scottg@girardsharp.com,

7488696420@filings.docketbird.com
Gregory E Woodard    gwoodard@lwwllp.com, gw@woodardlegal.com
Tyler M. Finn    tfinn@susmangodfrey.com
Peter Leckman    pleckman@langergrogan.com
Jeffrey B Gittleman    jgittleman@barrack.com
Brian C Gudmundson    brian.gudmundson@zimmreed.com
Jonathan M. Jagher    jjagher@fklmlaw.com
Scott Allan Martin    smartin@hausfeld.com
Natasha Naraghi Serino    natashaserino@amslawoffice.com, joanbennett@amslawoffice.com
Marc H Edelson    medelson@edelson-law.com
Max J. Warren    mwarren@wilkinsonstekloff.com
Neema Trivedi Sahni    jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Mickel M. Arias    mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli    dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver    ndiver@langergrogan.com
Carl Malmstrom    malmstrom@whafh.com
Thomas A. Zimmerman    tom@attorneyzim.com, firm@attorneyzim.com
Christina H Connolly Sharp    8388361420@filings.docketbird.com, ssandeen@girardsharp.com, avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector    jspector@srkattorneys.com
Caleb Marker    josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, kelly.bourette@zimmreed.com, 5920479420@filings.docketbird.com
Mark S Goldman    goldman@lawgsp.com
Armstead C. Lewis    alewis@susmangodfrey.com
Hart L. Robinovitch    hart.robinovitch@zimmreed.com, kelly.bourette@zimmreed.com
Carter E. Greenbaum    cgreenbaum@paulweiss.com
John D Radice    jradice@radicelawfirm.com
Alexander M Schack    alexschack@amslawoffice.com
Scott A Edelman    sedelman@gibsondunn.com
Katrina M Robson    krobson@omm.com, katrina-robson-6207@ecf.pacerpro.com
Marc I Gross    migross@pomlaw.com
Arun Subramanian    asubramanian@susmangodfrey.com, ehenke@susmangodfrey.com, ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com
Stephen R Basser    sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Fred Taylor Isquith    ftisquith@zsz.com
Garrett D Blanchfield    g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge    ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody    esullivan-vasquez@susmangodfrey.com, bcarmody@susmangodfrey.com
James B. Zouras    mortega@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
David H Weinstein    weinstein@wka-law.com
Eugene A Spector    espector@srkattorneys.com
Gregg H Levy    glevy@cov.com
Thomas H Burt    burt@whafh.com
Sara F Khosroabadi    daniella@kandhlawgroup.com, sara@kandhlawgroup.com
Ian M Gore    ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com,

jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz    mco.ecf@weil.com, jessie.mishkin@weil.com,
yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com
Beth A. Wilkinson    bwilkinson@wilkinsonstekloff.com,
sundayticket-associates@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com,
rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com,
jbarber@wilkinsonstekloff.com
Daniel R Karon    bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com
Derek Ludwin    dludwin@cov.com
Brian L. Stekloff    bstekloff@wilkinsonstekloff.com
Brittany DeJong    fileclerk@whafh.com, dejong@whafh.com
Jeffrey S. Goldenberg    svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com
Ramzi Abadou    ramzi.abadou@ksfcounsel.com
Arthur J Burke    arthur.burke@davispolk.com
Gary F Lynch    jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com
Lee Albert    lalbert@glancylaw.com
John E Schmidtlein    jschmidtlein@wc.com
William G Caldes    bcaldes@srkattorneys.com
Robert J Larocca    rlarocca@kohnswift.com
Arnold C Wang    jessica@asstlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com,
arnold@asstlawyers.com
Marisa C Livesay    fileclerk@whafh.com, livesay@whafh.com
Michael J Boni    mboni@bonizack.com
James D Ludwig    jludwig@graydon.law
Charles T Spagnola    cspagnola@sullivankrieger.com
Amid T Bahadori    atb@bahadorilaw.com
Kevin P. Trainer    ktrainer@langergrogan.com
Jay Cohen    jaycohen@paulweiss.com
Justin Mungai    jmungai@wilkinsonstekloff.com
Ryan F. Stephan    mortega@stephanzouras.com, malmeida@stephanzouras.com,
kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com,
rstephan@stephanzouras.com
Arthur M Murray    aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com,
thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com,
cdimaggio@murray-lawfirm.com
Rachele R. Byrd    fileclerk@whafh.com, byrd@whafh.com
Mark A Wendorf    m.wendorf@rwblawfirm.com
Christopher P. Ridout    christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com,
5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com
Rakesh N. Kilaru    rkilaru@wilkinsonstekloff.com
Sathya S Gosselin    sgosselin@hausfeld.com
Rosemary M Rivas    2746730420@filings.docketbird.com, rmr@classlawgroup.com
Farhad Mirzadeh    fmirzadeh@hausfeld.com
Daniel J. Mogin    jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com,
ngeraci@moginrubin.com, jchatfield@moginrubin.com,
steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com
Karen H Riebel    amraak@locklaw.com, jpgramlich@locklaw.com,
lgn-khriebel@ecf.courtdrive.com, crjohnson@locklaw.com, khriebel@locklaw.com
Jodie Williams    jwilliams@moginrubin.com
Matthew C De Re    tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com

Lesley E Weaver    lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com
Seth Ard    laura-parrella-0577@ecf.pacerpro.com, ecf-cb051334f073@ecf.pacerpro.com, ecf-7bb0ee8b6051@ecf.pacerpro.com, mritter@susmangodfrey.com, sard@susmangodfrey.com, rbien-aime@susmangodfrey.com
Samuel M Ward    sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Jayne A Goldstein    pleadings@millershah.com, jagoldstein@millershah.com
Whitney E Street    whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty    aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt    mco.ecf@weil.com, nymao@ecf.pacerpro.com, eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos    alfredo@aswtlawyers.com
Shawn M Larsen    slarsen@lwwllp.com
Jeremy S. Barber    jbarber@wilkinsonstekloff.com
Joshua Brandon Swigart    josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Kenneth B Pickle    kpickle@radicelawfirm.com
Gordon M Fauth    gmf@classlitigation.com
Samuel Maida    smaida@hausfeld.com
Patrick J Somers    tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns    drehns@hrsclaw.com
Betsy C Manifold    fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Rahul Raghav Athrey Hari    rahul.hari@usdoj.gov, julie.morales@usdoj.gov
Melinda A Nicholson    bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer    mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com, hdanielson@susmangodfrey.com
Bryan Matthew Thomas    bthomas@macdonaldcody.com
Lionel Zevi Glancy    lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer    hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner    bbleichner@chestnutcambronne.com
Christopher L Lebsock    clebsock@hausfeldllp.com, ischer@hausfeld.com
Joshua D Snyder    jsnyder@bonizack.com
Tracy D Rezvani    tracy@rezvanilaw.com
Eliot F Krieger    rrobitaille@skt.law, ekrieger@skt.law
M. Randall Oppenheimer    m-randall-oppenheimer-5053@ecf.pacerpro.com, roppenheimer@omm.com
Richard A Koffman    rkoffman@cohenmilstein.com
John E Sindoni    jsindoni@bonizack.com
Bethany M Stevens    bstevens@wscllp.com
Heidi M Silton    hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian    ak@kazlg.com, mona@kazlg.com

**2:15-ml-02668-PSG-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Melissa Phan
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles CA 90071-3197
Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036

James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL<br><br>Magistrate Judge: Hon. John E. McDermott; Place: Courtroom 640<br><br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Kevin Trainer in Support of Plaintiffs' Application to File Documents Under Seal.
2. The parties' Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NBCUniversal Media, LLC.
3. The declaration of Edward Diver in support of Plaintiffs' Motion to Compel Production of Documents by NBCUniversal Media, LLC.
4. Exhibit 7 to the parties' Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents by NBCUniversal Media, LLC.

IT IS SO ORDERED.

Dated: 7/6/22

JOHN E. MCDERMOTT
United Sates Magistrate Judge