Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 2:15-ml-02668−PSG (JEMx)<br><br>**SECOND STIPULATION REGARDING DEPOSITIONS AFTER FACT DISCOVERY CUTOFF** |

WHEREAS, fact discovery in this action is set to conclude on August 5, 2022 (Dkt. No. 434 at 5);

WHEREAS, for several months, the parties have been working diligently and in good faith to schedule depositions and conclude discovery prior to the Court's fact-discovery cutoff;

WHEREAS, the parties anticipate that they will have completed 25 or more depositions prior to the fact discovery cutoff;

WHEREAS, the Court has Ordered that a few specified depositions may occur after the fact-discovery cutoff (Dkt. No. 532);

WHEREAS, the parties believe that portions of one additional deposition will need to be conducted after the fact discovery cutoff, subject to the Court's approval, and that such deposition may be conducted without otherwise affecting the Court's schedule in this case;

**Comcast Corporation Rule 30(b)(6) Deposition**

WHEREAS, on May 25, 2022, Plaintiffs served on Comcast Corporation a deposition subpoena to testify in the present action pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure;

WHEREAS, Plaintiffs and Comcast Corporation have reached an agreement regarding such a deposition, including with respect to topics and witnesses;

WHEREAS, Comcast Corporation has designated two witnesses to testify on its behalf;

WHEREAS, counsel for Comcast Corporation have attempted to schedule depositions for both witnesses designated pursuant to Rule 30(b)(6) prior to the fact discovery cutoff, but scheduling conflicts have made it impracticable to do so;

WHEREAS, the Rule 30(b)(6) deposition of Comcast Corporation currently is scheduled to take place on August 3, 2022, and August 16, 2022;

WHEREAS, Plaintiffs and the NFL Defendants do not object, subject to the Court's approval, to complete the Rule 30(b)(6) deposition of Comcast Corporation after the fact discovery cutoff.

THEREFORE, it is hereby stipulated and agreed by and between the undersigned parties, subject to approval by the Court, that:

1. The deposition of Comcast Corporation to be taken pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure may be completed after the fact-discovery cutoff of August 5, 2022.

2. Other than permitting the discovery described above after the August 5, 2022 fact-discovery cutoff, all remaining deadlines in this case shall remain unchanged.

Dated: July 29, 2022                                   Respectfully submitted,

By:   */s Kevin Trainer*
        Kevin Trainer

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P

```
                                        1301 Avenue of the Americas, 32nd Fl.
                                        New York, NY 10019
                                        Tel: (212) 336-8330
                                        Fax: (212) 336-8340

                                        Ian M. Gore (*Pro Hac Vice*)
                                        igore@susmangodfrey.com
                                        SUSMAN GODFREY L.L.P.
                                        1201 Third Avenue, Suite 3800
                                        Seattle, WA 98101
                                        Tel: (206) 505-3841
                                        Fax: (206) 516-3883

                                        Scott Martin (*Pro Hac Vice*)
                                        smartin@hausfeld.com
                                        HAUSFELD LLP
                                        33 Whitehall Street, 14th Floor
                                        New York, NY 10004
                                        Tel: (646) 357-1100
                                        Fax: (212) 202-4322

                                        Christopher L. Lebsock (184546)
                                        clebsock@hausfled.com
                                        HAUSFELD LLP
                                        600 Montgomery St., Suite 3200
                                        San Francisco, CA 94111
                                        Tel: (415) 633-1908
                                        Fax: (415) 633-4980

                                        Sathya S. Gosselin (269171)
                                        sgosselin@hausfeld.com
                                        Farhad Mirzadeh (*Pro Hac Vice*)
                                        fmirzadeh@hausfeld.com
                                        HAUSFELD LLP
                                        888 16th Street, N.W., Suite 300
                                        Washington, DC 20006
                                        Tel: (202) 540-7200
                                        Fax: (202) 540-7201
```

*Plaintiffs' Co-Lead Counsel*

/s/ *Jeremy S. Barber*
Jeremy S. Barber (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com

4

bstekloff@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*