Hannah Cannom (SBN 245635)
hcannom@wscllp.com
Bethany Stevens (SBN 245672)
bstevens@wscllp.com
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, CA 90013
Phone: (213) 712-9145
Fax: (213) 403-4906

*Attorneys for Non-Party Apple Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF BETHANY STEVENS IN SUPPORT OF NON-PARTY APPLE INC.'S STATEMENT REGARDING PLAINTIFFS' MOTION TO TAKE LIMITED DISCOVERY AFTER THE DEADLINE FOR FACT DISCOVERY**<br><br>**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date/Time: 8/19/22, 1:30 p.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

## DECLARATION OF BETHANY STEVENS

I, Bethany Stevens, declare as follows:

1. I am a partner at Walker Stevens Cannom LLP, counsel for Apple Inc. in connection with the third-party subpoena issued by Plaintiffs in the above-captioned litigation. I make this declaration in opposition to Non-Party Apple Inc.'s Statement Regarding Plaintiffs' Motion To Take Limited Discovery After the Deadline for Fact Discovery. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, I could competently testify as set forth below.

2. Apple timely objected to the subpoena issued by Plaintiffs in the above-captioned litigation on November 2, 2021 via the letter objections, a true and correct copy of which is attached hereto as **Exhibit A**. Apple has, since its initial letter objections to Plaintiffs, steadfastly (i) insisted on the jurisdiction of N.D. Cal. with respect to any subpoena-related motion practice, and (ii) maintained its objections to the production of ▒▒▒▒▒▒▒▒▒▒▒▒▒.

3. Thereafter, my firm worked diligently with Plaintiffs' counsel to attempt to narrow the scope of the subpoena and to investigate what documents Apple could produce, or work with the NFL to produce in party discovery, that would provide Plaintiffs with the information they sought without compromising Apple's objection to the production of ▒▒▒▒▒▒▒▒▒▒▒▒▒.

4. Apple has already produced or consented to the NFL's production via party discovery of documents comprising or reflecting ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒, including, for example, information reflecting ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒.

5. On May 26, 2022, prior to the filing of Plaintiffs' motion to compel, I sent an email to Plaintiffs' counsel reiterating again that Apple did not consent to the transfer of any subpoena-related motions out of N.D. Cal. (the district in which

compliance with the subpoena was required) and urging Plaintiffs to file their motion in N.D. Cal. in accordance with the procedures set forth in Fed. R. Civ. P. 45(f). Apple agreed it would not oppose a motion to expedite briefing in connection with such a filing, in consideration of Plaintiffs' discovery deadlines. A true and correct copy of my May 26, 2022 email is attached hereto as **Exhibit B**. On May 27, 2022, I met and conferred by telephone with Plaintiffs' counsel, during which call Plaintiffs' counsel indicated they would not move in N.D. Cal. to enforce the subpoena and would proceed with the filing of their motion to compel in the Central District.

6. On June 6, 2022, I emailed Plaintiffs' counsel regarding Apple's request to expedite and seal any hearing on the motion to quash in the Northern District. A true and correct copy of the email chain that includes my June 6, 2022 email is attached hereto as **Exhibit C**. I met and conferred by telephone with Plaintiffs' counsel on June 7, 2022, but Plaintiffs were unwilling to stipulate to an expedited or sealed hearing.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 29th day of July, 2022, at Truckee, CA.

                                        */s/ Bethany Stevens*
                                          Bethany Stevens