# EXHIBIT A

# DOCUMENT PROPOSED TO BE FILED UNDER SEAL