# EXHIBIT B

# DOCUMENT PROPOSED TO BE FILED UNDER SEAL