# EXHIBIT C

| | |
|---|---|
| **Subject:** | Re: In re NFL Sunday Ticket Antitrust Litigation, Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.) |
| **Date:** | Monday, June 6, 2022 at 12:25:16 PM Pacific Daylight Time |
| **From:** | Bethany Stevens |
| **To:** | Farhad Mirzadeh |
| **CC:** | Hannah Cannom, Scott A. Martin, Sathya S. Gosselin, Samuel Maida, Marc Seltzer, Ian Gore, Seth Ard, Tyler Finn, Howard Langer, Ned Diver, Peter Leckman, Kevin Trainer |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png, image005.png, image006.png |

Thanks, Farhad – that works for us.

---

**From:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>
**Date:** Monday, June 6, 2022 at 12:20 PM
**To:** "bstevens@wscllp.com" <bstevens@wscllp.com>
**Cc:** Hannah Cannom <hcannom@wscllp.com>, "Scott A. Martin" <smartin@hausfeld.com>, "Sathya S. Gosselin" <sgosselin@hausfeld.com>, Samuel Maida <smaida@hausfeld.com>, Marc Seltzer <MSeltzer@SusmanGodfrey.com>, Ian Gore <IGore@susmangodfrey.com>, Seth Ard <sard@susmangodfrey.com>, Tyler Finn <TFinn@susmangodfrey.com>, Howard Langer <hlanger@langergrogan.com>, Ned Diver <ndiver@langergrogan.com>, Peter Leckman <pleckman@langergrogan.com>, Kevin Trainer <ktrainer@langergrogan.com>
**Subject:** RE: In re NFL Sunday Ticket Antitrust Litigation, Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)

Hi Bethany,

We are unavailable this afternoon but can plan to speak about both items on tomorrow's call at 1p PT. I'll circulate the dial-in information.

Best,
Farhad



**FARHAD MIRZADEH**
Associate
fmirzadeh@hausfeld.com
+1 202 849 4763 direct

# HAUSFELD
## FOR THE CHALLENGE

888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200
**hausfeld.com**



This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Bethany Stevens <bstevens@wscllp.com>
**Sent:** Monday, June 6, 2022 1:26 PM
**To:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>
**Cc:** Hannah Cannom <hcannom@wscllp.com>; Scott A. Martin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ian Gore <IGore@susmangodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>
**Subject:** Re: In re NFL Sunday Ticket Antitrust Litigation, Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)

Hi Farhad,
We can be available at 1pm PT tomorrow to discuss your letter. Also, are you available for a brief call today to meet and confer regarding an Administrative Motion Apple intends to file in ND Cal to expedite and seal any hearing on its Motion to Quash? If you'd like to discuss your letter today, as well, that works for us.
Thank you,
Bethany

**From:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>
**Date:** Friday, June 3, 2022 at 2:17 PM
**To:** "bstevens@wscllp.com" <bstevens@wscllp.com>
**Cc:** Hannah Cannom <hcannom@wscllp.com>, "Scott A. Martin" <smartin@hausfeld.com>, "Sathya S. Gosselin" <sgosselin@hausfeld.com>, Samuel Maida <smaida@hausfeld.com>, Marc Seltzer <MSeltzer@SusmanGodfrey.com>, Ian Gore <IGore@susmangodfrey.com>, Seth Ard <sard@susmangodfrey.com>, Tyler Finn <TFinn@susmangodfrey.com>, Howard Langer <hlanger@langergrogan.com>, Ned Diver <ndiver@langergrogan.com>, Peter Leckman <pleckman@langergrogan.com>, Kevin Trainer <ktrainer@langergrogan.com>
**Subject:** In re NFL Sunday Ticket Antitrust Litigation, Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)
**Resent-From:** Proofpoint Essentials <do-not-reply@proofpointessentials.com>
**Resent-To:** "bstevens@wscllp.com" <bstevens@wscllp.com>
**Resent-Date:** Friday, June 3, 2022 at 2:13 PM

Bethany,

Please see the attached Local Rule 37-1 letter.

Thanks,
Farhad

**FARHAD MIRZADEH**
Associate
fmirzadeh@hausfeld.com
+1 202 849 4763 direct



888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200
**hausfeld.com**



This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.