Hannah Cannom (SBN 245635)
hcannom@wscllp.com
Bethany Stevens (SBN 245672)
bstevens@wscllp.com
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, CA 90013
Phone: (213) 712-9145
Fax: (213) 403-4906

*Attorneys for Non-Party Apple Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**PROOF OF SERVICE OF DOCUMENTS SOUGHT TO BE FILED UNDER SEAL** |

I, Bethany Stevens, declare:

I am over the age of 18 and not a party to the within action. I am a citizen of the United States and a resident of the State of California. I am employed in the County of Los Angeles, State of California by Walker Stevens Cannom LLP. My business address is 500 Molino Street #118, Los Angeles, California 90013.

I certify that on July 29, 2022, I served the following document:

1. The unredacted version of Non-Party Apple Inc.'s Statement Regarding Plaintiffs' Motion to Take Limited Discovery After the Deadline for Fact Discovery;

2. The unredacted Declaration of Bethany Stevens in Support of Non-Party Apple Inc.'s Statement Regarding Plaintiffs' Motion to Take Limited Discovery After the Deadline for Fact Discovery ("Stevens Declaration");

3. Exhibit A to the Stevens Declaration; and

4. Exhibit B to the Stevens Declaration

on the following parties' counsel by email to the email address identified below:

| | |
|---|---|
| Marc M. Seltzer (54534)<br>SUSMAN GODFREY LLP<br>mseltzer@susmangodfrey.com<br><br>Scott Martin (Pro Hac Vice)<br>smartin@hausfeld.com<br>Irving Scher (Pro Hac Vice)<br>ischer@hausfeld.com<br>Farhad Mirzadeh (Pro Hac Vice)<br>fmirzadeh@hausfeld.com<br>HAUSFELD LLP<br><br>Howard Langer (Pro Hac Vice)<br>hlanger@langergrogan.com<br>Edward Diver (Pro Hac Vice)<br>ndiver@langergrogan.com<br>Peter Leckman (235721)<br>pleckman@langergrogan.com<br>LANGER GROGAN & DIVER, P.C.<br><br>*Plaintiffs' Co-Lead Counsel* | Jeremy S. Barber<br>Wilkinson Stekloff LLP<br>jbarber@wilkinsonstekloff.com<br><br>*Attorneys for National Football League, Inc.* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of July, 2022, in Truckee, California.

                                              */s/ Bethany Stevens*
                                              Bethany Stevens