1   DANIEL M. PETROCELLI (S.B. #97802)
       dpetrocelli@omm.com
2   M. RANDALL OPPENHEIMER (S.B. #77649)
3      roppenheimer@omm.com
    O'MELVENY & MYERS LLP
4   1999 Avenue of the Stars, 8th Floor
    Los Angeles, CA 90067
5   Telephone:  (310) 553-6700
    Facsimile:    (310) 246-6779
6
7   *Attorneys for Non-Party DIRECTV, LLC and*
    *DIRECTV Holdings LLC*
8
9   [*Additional counsel listed on signature page*]

10              **UNITED STATES DISTRICT COURT**

11            **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (JEMx) |
| 14 | **DECLARATION OF JEFFREY A. N. KOPCZYNSKI IN SUPPORT OF** |
| 15  THIS DOCUMENT RELATES TO ALL ACTIONS | **NON-PARTY DIRECTV, LLC AND DIRECTV HOLDINGS LLC'S STATEMENT REGARDING** |
| 16 | **PLAINTIFFS' MOTION TO TAKE LIMITED DISCOVERY AFTER** |
| 17 | **THE DEADLINE FOR FACT DISCOVERY** |
| 18 | |
| 19 | JUDGE: Hon. Philip S. Gutierrez |
| 20 | DATE: August 19, 2022 TIME: 1:30 p.m. |
| 21 | COURTROOM: First Street Courthouse 350 West 1st Street |
| 22 | Courtroom 6A Los Angeles, CA 90012 |

23

24

25

26

27

28

I, Jeffrey A. N. Kopczynski, declare under penalty of perjury that the following is true and correct:

1. I am over the age of twenty-one (21) years and am a counsel at O'Melveny & Myers LLP. I am counsel for Non-Party DIRECTV, LLC and DIRECTV Holdings LLC's ("DIRECTV") Statement Regarding Plaintiffs' Motion To Take Limited Discovery After The Deadline For Fact Discovery. I submit this declaration in support of DIRECTV's statement.

2. Attached as **Exhibit 1** is a true and correct redacted copy of DIRECTV's April 8, 2022 response to Plaintiffs' questions about DIRECTV's privilege log. We have redacted from this Exhibit and others submitted today certain competitive and/or personally sensitive information unrelated to the substance relevant to DIRECTV's statement.

3. Attached as **Exhibit 2** is a true and correct redacted copy of DIRECTV's April 29, 2022 Affiliation List.

4. Attached as **Exhibit 3** is a true and correct copy of DIRECTV's May 16, 2022 letter to Plaintiffs regarding its privilege log.

5. Attached as **Exhibit 4** is a true and correct copy of a transmittal email, attaching DIRECTV's June 6, 2022 revised privilege log.

6. Attached as **Exhibit 5** is a true and correct redacted copy of DIRECTV's July 15, 2022 response to Plaintiffs' July 8, 2022 letter about DIRECTV's privilege log.

7. DIRECTV asserted privilege over approximately 6 percent of documents responsive to Plaintiffs' document requests, totaling approximately 30,000 documents. Of those 30,000 documents, DIRECTV produced in redacted form over 8,000 of them.

8. After spending multiple hours engaging with Plaintiffs, including across three separate meet-and-confer calls, and repeatedly urging Plaintiffs to identify with more specificity their privilege challenges, on April 29, 2022, DIRECTV produced at significant expense, an affiliation list, which contained the names and affiliations of each individual on DIRECTV's privilege log. This document contained over 3500 entries.

9.  On June 6, 2022, DIRECTV further produced to Plaintiffs an updated privilege log which included the email subject fields for fully withheld emails and filenames for attachments and loose files.

10. Plaintiffs' July 8, 2022 letter contained widespread data issues.   Plaintiffs committed to providing an updated spreadsheet of their challenges to DIRECTV's privilege log on July 25, and sent DIRECTV that spreadsheet on July 26.

11. DIRECTV has spent hundreds of hours interviewing DIRECTV's data engineers and consultants in order to respond to the parties' structured data questions, which now total over 300 (many of which include dozens of subparts and alternative options making one question in fact dozens of questions).

12. DIRECTV has spent several dozen hours tracking down witnesses Plaintiffs' intend to depose in their 30(b)(1) and 30(b)(6) capacities, six of whom are former employees and some of whom have not been at DIRECTV for more than a decade. DIRECTV spent countless more hours scheduling depositions for DIRECTV witnesses on dates that Plaintiffs' originally told DIRECTV they were available, only to have Plaintiffs request DIRECTV go back to each witness to find new dates because Plaintiffs' (at least) three law firms were unable to accommodate any of their originally proposed dates.  Indeed, DIRECTV spent hours preparing a witness in his 30(b)(6) capacity, only to have Plaintiffs cancel his 30(b)(6) deposition on the week of his deposition due to Plaintiffs' inability to go forward.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1       Signed this 29th day of July in Krakow, Poland.

2

3  Dated: July 29, 2022

4                         By:_____

5                         Jeffrey A. N. Kopczynski
                          (*pro hac vice forthcoming*)

6                         O'MELVENY & MYERS LLP
                          Times Square Tower

7                         7 Times Square
                          New York, NY 10036

8                         (212) 326-2000 (telephone)

9                         (212) 326-2061 (facsimile)

10

11                         *Attorneys for Non-Party DIRECTV, LLC*
                           *and DIRECTV Holdings LLC*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28