# EXHIBIT 2

O'Melveny

April 29, 2022

**VIA EMAIL**
**HIGHLY CONFIDENTIAL**

Farhad Mirzadeh
Hausfeld
888 16th Street, N.W.
Suite 300
Washington, DC 20006
fmirzadeh@hausfeld.com

**Re:** ***In re National Football League's Sunday Ticket Antitrust Litigation,*** **Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)**

Dear Farhad,

We write on behalf of DIRECTV, LLC and DIRECTV Holdings, LLC (collectively, "DIRECTV") in further response to Plaintiffs' March 22, 2022 letter challenging our privilege claims over documents listed on our February 18, 2022 privilege log.

As we committed to produce in our April 8, 2022 letter, attached as **Exhibit A** is an affiliations list which contains the names and affiliations of each individual on our privilege log. DIRECTV designates Exhibit A as "Highly Confidential" under the terms of the October 4, 2016 Stipulated Protective Order, and we expect you will take all reasonable steps to protect it under the terms of that Order.

* * *

Please let us know if you have any questions.

Very truly yours,

*/s/ Jeffrey A. N. Kopczynski*

Jeffrey A. N. Kopczynski
*for* O'Melveny & Myers

[redacted]

[redacted]

**Kopczynski Exhibit 2**

[redacted]

[redacted]

[redacted]

**Kopczynski Exhibit 2**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Kopczynski Exhibit 2**

[redacted]

Kopczynski Exhibit 2

[redacted]

Kopczynski Exhibit 2

[redacted]

[redacted]

[redacted]

[redacted]

Kopczynski Exhibit 2

[redacted]

[redacted]

[redacted]

**Kopczynski Exhibit 2**

[redacted]

[redacted]

[redacted]

[redacted]

**Kopczynski Exhibit 2**

[redacted]

Kopczynski Exhibit 2

[redacted]

[redacted]

[redacted]

**Kopczynski Exhibit 2**

[redacted]

[redacted]

Kopczynski Exhibit 2

[redacted]

Kopczynski Exhibit 2

[redacted]

[redacted]

[redacted]

**Kopczynski Exhibit 2**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Kopczynski Exhibit 2

[redacted]

[redacted]

[redacted]

[redacted]

**Kopczynski Exhibit 2**

[redacted]

[redacted]

[redacted]

Kopczynski Exhibit 2

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Kopczynski Exhibit 2**

[redacted]

**Kopczynski Exhibit 2**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Kopczynski Exhibit 2**

[redacted]

[redacted]

**Kopczynski Exhibit 2**

[redacted]

[redacted]

[redacted]

Kopczynski Exhibit 2

[redacted]

**Kopczynski Exhibit 2**

[redacted]

[redacted]

**Kopczynski Exhibit 2**

[redacted]

[redacted]