# EXHIBIT 3



O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:
35586-21

May 16, 2022

**Jeffrey A. N. Kopczynski**
D: +1 212 728 5675
jkopczynski@omm.com

<u>**VIA EMAIL**</u>
<u>**HIGHLY CONFIDENTIAL**</u>

Farhad Mirzadeh
Hausfeld LLP
888 16th Street, N.W.
Suite 300
Washington, DC 20006
fmirzadeh@hausfeld.com

Re: <u>*In re National Football League's Sunday Ticket Antitrust Litigation*,
Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)</u>

Dear Farhad,

    We write on behalf of DIRECTV, LLC and DIRECTV Holdings, LLC (collectively, "DIRECTV") in further response to Plaintiffs' March 22, 2022 letter challenging our privilege claims over documents listed on our February 18, 2022 privilege log.

    As we agreed to do in our April 8, 2022 letter, attached is an updated privilege log. We have corrected some of the scrivener-type mistakes Plaintiffs identified in our privilege log. We have also reevaluated our privilege claims over the documents identified in Plaintiffs' letter. Through that process we have determined the following documents are not privileged, which we will produce under separate cover:

| | | | |
|---|---|---|---|
| DIRECTV-PRIV-0000012 | DIRECTV-PRIV-0001312 | DIRECTV-PRIV-0011615 | DIRECTV-PRIV-0019032 |
| DIRECTV-PRIV-0000013 | DIRECTV-PRIV-0001313 | DIRECTV-PRIV-0011616 | DIRECTV-PRIV-0019033 |
| DIRECTV-PRIV-0000014 | DIRECTV-PRIV-0001314 | DIRECTV-PRIV-0011621 | DIRECTV-PRIV-0019034 |
| DIRECTV-PRIV-0000015 | DIRECTV-PRIV-0001315 | DIRECTV-PRIV-0011622 | DIRECTV-PRIV-0019035 |
| DIRECTV-PRIV-0000016 | DIRECTV-PRIV-0001400 | DIRECTV-PRIV-0011626 | DIRECTV-PRIV-0019050 |
| DIRECTV-PRIV-0000017 | DIRECTV-PRIV-0001509 | DIRECTV-PRIV-0011627 | DIRECTV-PRIV-0019051 |
| DIRECTV-PRIV-0000025 | DIRECTV-PRIV-0001513 | DIRECTV-PRIV-0011628 | DIRECTV-PRIV-0019379 |
| DIRECTV-PRIV-0000034 | DIRECTV-PRIV-0001999 | DIRECTV-PRIV-0011630 | DIRECTV-PRIV-0019535 |
| DIRECTV-PRIV-0000035 | DIRECTV-PRIV-0002002 | DIRECTV-PRIV-0011631 | DIRECTV-PRIV-0019536 |
| DIRECTV-PRIV-0000036 | DIRECTV-PRIV-0002003 | DIRECTV-PRIV-0011729 | DIRECTV-PRIV-0019690 |
| DIRECTV-PRIV-0000037 | DIRECTV-PRIV-0002275 | DIRECTV-PRIV-0011823 | DIRECTV-PRIV-0019759 |
| DIRECTV-PRIV-0000038 | DIRECTV-PRIV-0002277 | DIRECTV-PRIV-0011824 | DIRECTV-PRIV-0019914 |
| DIRECTV-PRIV-0000039 | DIRECTV-PRIV-0002286 | DIRECTV-PRIV-0011825 | DIRECTV-PRIV-0019915 |
| DIRECTV-PRIV-0000040 | DIRECTV-PRIV-0002287 | DIRECTV-PRIV-0011826 | DIRECTV-PRIV-0020038 |

Austin • Century City • Dallas • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo

**Kopczynski Exhibit 3**
**92**

| | | | |
|---|---|---|---|
| DIRECTV-PRIV-0000041 | DIRECTV-PRIV-0002394 | DIRECTV-PRIV-0011827 | DIRECTV-PRIV-0020040 |
| DIRECTV-PRIV-0000042 | DIRECTV-PRIV-0002510 | DIRECTV-PRIV-0011828 | DIRECTV-PRIV-0020041 |
| DIRECTV-PRIV-0000043 | DIRECTV-PRIV-0002511 | DIRECTV-PRIV-0011835 | DIRECTV-PRIV-0020043 |
| DIRECTV-PRIV-0000044 | DIRECTV-PRIV-0002749 | DIRECTV-PRIV-0011836 | DIRECTV-PRIV-0020222 |
| DIRECTV-PRIV-0000045 | DIRECTV-PRIV-0002818 | DIRECTV-PRIV-0011838 | DIRECTV-PRIV-0020223 |
| DIRECTV-PRIV-0000046 | DIRECTV-PRIV-0002854 | DIRECTV-PRIV-0011844 | DIRECTV-PRIV-0020285 |
| DIRECTV-PRIV-0000047 | DIRECTV-PRIV-0002855 | DIRECTV-PRIV-0011845 | DIRECTV-PRIV-0020286 |
| DIRECTV-PRIV-0000049 | DIRECTV-PRIV-0002856 | DIRECTV-PRIV-0011846 | DIRECTV-PRIV-0020287 |
| DIRECTV-PRIV-0000050 | DIRECTV-PRIV-0002857 | DIRECTV-PRIV-0011847 | DIRECTV-PRIV-0020772 |
| DIRECTV-PRIV-0000051 | DIRECTV-PRIV-0002858 | DIRECTV-PRIV-0011848 | DIRECTV-PRIV-0021069 |
| DIRECTV-PRIV-0000052 | DIRECTV-PRIV-0002859 | DIRECTV-PRIV-0011856 | DIRECTV-PRIV-0021162 |
| DIRECTV-PRIV-0000053 | DIRECTV-PRIV-0002920 | DIRECTV-PRIV-0011865 | DIRECTV-PRIV-0021173 |
| DIRECTV-PRIV-0000054 | DIRECTV-PRIV-0002921 | DIRECTV-PRIV-0011866 | DIRECTV-PRIV-0021448 |
| DIRECTV-PRIV-0000055 | DIRECTV-PRIV-0003391 | DIRECTV-PRIV-0011867 | DIRECTV-PRIV-0022335 |
| DIRECTV-PRIV-0000056 | DIRECTV-PRIV-0003392 | DIRECTV-PRIV-0011914 | DIRECTV-PRIV-0022336 |
| DIRECTV-PRIV-0000057 | DIRECTV-PRIV-0003393 | DIRECTV-PRIV-0011922 | DIRECTV-PRIV-0022338 |
| DIRECTV-PRIV-0000058 | DIRECTV-PRIV-0003394 | DIRECTV-PRIV-0012103 | DIRECTV-PRIV-0022339 |
| DIRECTV-PRIV-0000059 | DIRECTV-PRIV-0003395 | DIRECTV-PRIV-0012206 | DIRECTV-PRIV-0022340 |
| DIRECTV-PRIV-0000060 | DIRECTV-PRIV-0003435 | DIRECTV-PRIV-0012489 | DIRECTV-PRIV-0022359 |
| DIRECTV-PRIV-0000061 | DIRECTV-PRIV-0003436 | DIRECTV-PRIV-0012529 | DIRECTV-PRIV-0022413 |
| DIRECTV-PRIV-0000062 | DIRECTV-PRIV-0003437 | DIRECTV-PRIV-0012530 | DIRECTV-PRIV-0022414 |
| DIRECTV-PRIV-0000063 | DIRECTV-PRIV-0003438 | DIRECTV-PRIV-0012543 | DIRECTV-PRIV-0022415 |
| DIRECTV-PRIV-0000064 | DIRECTV-PRIV-0003726 | DIRECTV-PRIV-0012544 | DIRECTV-PRIV-0022416 |
| DIRECTV-PRIV-0000065 | DIRECTV-PRIV-0004165 | DIRECTV-PRIV-0012644 | DIRECTV-PRIV-0022417 |
| DIRECTV-PRIV-0000066 | DIRECTV-PRIV-0004166 | DIRECTV-PRIV-0012645 | DIRECTV-PRIV-0022418 |
| DIRECTV-PRIV-0000067 | DIRECTV-PRIV-0004167 | DIRECTV-PRIV-0012646 | DIRECTV-PRIV-0022430 |
| DIRECTV-PRIV-0000068 | DIRECTV-PRIV-0004337 | DIRECTV-PRIV-0012880 | DIRECTV-PRIV-0022431 |
| DIRECTV-PRIV-0000069 | DIRECTV-PRIV-0004421 | DIRECTV-PRIV-0012886 | DIRECTV-PRIV-0022432 |
| DIRECTV-PRIV-0000070 | DIRECTV-PRIV-0004423 | DIRECTV-PRIV-0012887 | DIRECTV-PRIV-0022433 |
| DIRECTV-PRIV-0000071 | DIRECTV-PRIV-0004533 | DIRECTV-PRIV-0012916 | DIRECTV-PRIV-0022434 |
| DIRECTV-PRIV-0000074 | DIRECTV-PRIV-0004534 | DIRECTV-PRIV-0012917 | DIRECTV-PRIV-0022435 |
| DIRECTV-PRIV-0000075 | DIRECTV-PRIV-0004535 | DIRECTV-PRIV-0013011 | DIRECTV-PRIV-0022436 |
| DIRECTV-PRIV-0000076 | DIRECTV-PRIV-0004536 | DIRECTV-PRIV-0013019 | DIRECTV-PRIV-0022437 |
| DIRECTV-PRIV-0000077 | DIRECTV-PRIV-0004806 | DIRECTV-PRIV-0013169 | DIRECTV-PRIV-0022896 |
| DIRECTV-PRIV-0000082 | DIRECTV-PRIV-0004807 | DIRECTV-PRIV-0013220 | DIRECTV-PRIV-0023452 |
| DIRECTV-PRIV-0000084 | DIRECTV-PRIV-0004853 | DIRECTV-PRIV-0013609 | DIRECTV-PRIV-0023936 |
| DIRECTV-PRIV-0000085 | DIRECTV-PRIV-0004970 | DIRECTV-PRIV-0013610 | DIRECTV-PRIV-0023937 |
| DIRECTV-PRIV-0000086 | DIRECTV-PRIV-0005023 | DIRECTV-PRIV-0013640 | DIRECTV-PRIV-0023938 |
| DIRECTV-PRIV-0000091 | DIRECTV-PRIV-0005024 | DIRECTV-PRIV-0013641 | DIRECTV-PRIV-0023939 |
| DIRECTV-PRIV-0000092 | DIRECTV-PRIV-0005025 | DIRECTV-PRIV-0014830 | DIRECTV-PRIV-0023940 |
| DIRECTV-PRIV-0000099 | DIRECTV-PRIV-0005091 | DIRECTV-PRIV-0015779 | DIRECTV-PRIV-0024072 |
| DIRECTV-PRIV-0000108 | DIRECTV-PRIV-0005092 | DIRECTV-PRIV-0016158 | DIRECTV-PRIV-0024073 |

| | | | |
|---|---|---|---|
| DIRECTV-PRIV-0000109 | DIRECTV-PRIV-0005275 | DIRECTV-PRIV-0016160 | DIRECTV-PRIV-0024128 |
| DIRECTV-PRIV-0000110 | DIRECTV-PRIV-0005276 | DIRECTV-PRIV-0016171 | DIRECTV-PRIV-0024129 |
| DIRECTV-PRIV-0000114 | DIRECTV-PRIV-0005363 | DIRECTV-PRIV-0016172 | DIRECTV-PRIV-0024531 |
| DIRECTV-PRIV-0000115 | DIRECTV-PRIV-0005556 | DIRECTV-PRIV-0016173 | DIRECTV-PRIV-0024727 |
| DIRECTV-PRIV-0000116 | DIRECTV-PRIV-0005557 | DIRECTV-PRIV-0016174 | DIRECTV-PRIV-0024728 |
| DIRECTV-PRIV-0000124 | DIRECTV-PRIV-0005558 | DIRECTV-PRIV-0016187 | DIRECTV-PRIV-0024729 |
| DIRECTV-PRIV-0000125 | DIRECTV-PRIV-0005651 | DIRECTV-PRIV-0016215 | DIRECTV-PRIV-0024769 |
| DIRECTV-PRIV-0000126 | DIRECTV-PRIV-0005652 | DIRECTV-PRIV-0016265 | DIRECTV-PRIV-0024770 |
| DIRECTV-PRIV-0000127 | DIRECTV-PRIV-0005653 | DIRECTV-PRIV-0016280 | DIRECTV-PRIV-0024914 |
| DIRECTV-PRIV-0000165 | DIRECTV-PRIV-0005654 | DIRECTV-PRIV-0016872 | DIRECTV-PRIV-0024915 |
| DIRECTV-PRIV-0000166 | DIRECTV-PRIV-0005655 | DIRECTV-PRIV-0016873 | DIRECTV-PRIV-0024916 |
| DIRECTV-PRIV-0000168 | DIRECTV-PRIV-0005656 | DIRECTV-PRIV-0017156 | DIRECTV-PRIV-0024917 |
| DIRECTV-PRIV-0000175 | DIRECTV-PRIV-0005657 | DIRECTV-PRIV-0017157 | DIRECTV-PRIV-0025968 |
| DIRECTV-PRIV-0000176 | DIRECTV-PRIV-0005658 | DIRECTV-PRIV-0017158 | DIRECTV-PRIV-0026045 |
| DIRECTV-PRIV-0000177 | DIRECTV-PRIV-0005659 | DIRECTV-PRIV-0017159 | DIRECTV-PRIV-0026070 |
| DIRECTV-PRIV-0000178 | DIRECTV-PRIV-0005677 | DIRECTV-PRIV-0017160 | DIRECTV-PRIV-0026076 |
| DIRECTV-PRIV-0000179 | DIRECTV-PRIV-0005678 | DIRECTV-PRIV-0017161 | DIRECTV-PRIV-0026212 |
| DIRECTV-PRIV-0000180 | DIRECTV-PRIV-0005679 | DIRECTV-PRIV-0017162 | DIRECTV-PRIV-0026213 |
| DIRECTV-PRIV-0000181 | DIRECTV-PRIV-0005680 | DIRECTV-PRIV-0017208 | DIRECTV-PRIV-0026440 |
| DIRECTV-PRIV-0000182 | DIRECTV-PRIV-0005800 | DIRECTV-PRIV-0017209 | DIRECTV-PRIV-0026441 |
| DIRECTV-PRIV-0000183 | DIRECTV-PRIV-0005853 | DIRECTV-PRIV-0017210 | DIRECTV-PRIV-0026442 |
| DIRECTV-PRIV-0000184 | DIRECTV-PRIV-0006613 | DIRECTV-PRIV-0017213 | DIRECTV-PRIV-0026443 |
| DIRECTV-PRIV-0000185 | DIRECTV-PRIV-0006614 | DIRECTV-PRIV-0017214 | DIRECTV-PRIV-0026444 |
| DIRECTV-PRIV-0000186 | DIRECTV-PRIV-0006615 | DIRECTV-PRIV-0018058 | DIRECTV-PRIV-0026449 |
| DIRECTV-PRIV-0000187 | DIRECTV-PRIV-0006616 | DIRECTV-PRIV-0018071 | DIRECTV-PRIV-0026453 |
| DIRECTV-PRIV-0000188 | DIRECTV-PRIV-0006617 | DIRECTV-PRIV-0018630 | DIRECTV-PRIV-0026454 |
| DIRECTV-PRIV-0000189 | DIRECTV-PRIV-0006618 | DIRECTV-PRIV-0018631 | DIRECTV-PRIV-0026455 |
| DIRECTV-PRIV-0000190 | DIRECTV-PRIV-0006619 | DIRECTV-PRIV-0018632 | DIRECTV-PRIV-0026502 |
| DIRECTV-PRIV-0000191 | DIRECTV-PRIV-0007084 | DIRECTV-PRIV-0018633 | DIRECTV-PRIV-0026503 |
| DIRECTV-PRIV-0000192 | DIRECTV-PRIV-0007085 | DIRECTV-PRIV-0018638 | DIRECTV-PRIV-0026504 |
| DIRECTV-PRIV-0000196 | DIRECTV-PRIV-0007611 | DIRECTV-PRIV-0018639 | DIRECTV-PRIV-0026505 |
| DIRECTV-PRIV-0000197 | DIRECTV-PRIV-0007736 | DIRECTV-PRIV-0018640 | DIRECTV-PRIV-0026506 |
| DIRECTV-PRIV-0000198 | DIRECTV-PRIV-0008139 | DIRECTV-PRIV-0018641 | DIRECTV-PRIV-0026507 |
| DIRECTV-PRIV-0000199 | DIRECTV-PRIV-0008141 | DIRECTV-PRIV-0018642 | DIRECTV-PRIV-0026508 |
| DIRECTV-PRIV-0000200 | DIRECTV-PRIV-0008142 | DIRECTV-PRIV-0018702 | DIRECTV-PRIV-0026509 |
| DIRECTV-PRIV-0000201 | DIRECTV-PRIV-0008143 | DIRECTV-PRIV-0018747 | DIRECTV-PRIV-0026510 |
| DIRECTV-PRIV-0000202 | DIRECTV-PRIV-0008146 | DIRECTV-PRIV-0018748 | DIRECTV-PRIV-0026511 |
| DIRECTV-PRIV-0000203 | DIRECTV-PRIV-0009166 | DIRECTV-PRIV-0018749 | DIRECTV-PRIV-0026519 |
| DIRECTV-PRIV-0000204 | DIRECTV-PRIV-0009167 | DIRECTV-PRIV-0018856 | DIRECTV-PRIV-0026520 |
| DIRECTV-PRIV-0000205 | DIRECTV-PRIV-0009169 | DIRECTV-PRIV-0018857 | DIRECTV-PRIV-0026521 |
| DIRECTV-PRIV-0000206 | DIRECTV-PRIV-0009172 | DIRECTV-PRIV-0018858 | DIRECTV-PRIV-0026522 |
| DIRECTV-PRIV-0000217 | DIRECTV-PRIV-0010701 | DIRECTV-PRIV-0018862 | DIRECTV-PRIV-0026554 |

O'Melveny

| | | | |
|---|---|---|---|
| DIRECTV-PRIV-0000218 | DIRECTV-PRIV-0010705 | DIRECTV-PRIV-0018863 | DIRECTV-PRIV-0026561 |
| DIRECTV-PRIV-0000219 | DIRECTV-PRIV-0010711 | DIRECTV-PRIV-0018866 | DIRECTV-PRIV-0026562 |
| DIRECTV-PRIV-0000220 | DIRECTV-PRIV-0010723 | DIRECTV-PRIV-0018867 | DIRECTV-PRIV-0026563 |
| DIRECTV-PRIV-0000221 | DIRECTV-PRIV-0010724 | DIRECTV-PRIV-0018904 | DIRECTV-PRIV-0026564 |
| DIRECTV-PRIV-0000222 | DIRECTV-PRIV-0010728 | DIRECTV-PRIV-0018905 | DIRECTV-PRIV-0026565 |
| DIRECTV-PRIV-0000223 | DIRECTV-PRIV-0010729 | DIRECTV-PRIV-0018906 | DIRECTV-PRIV-0026615 |
| DIRECTV-PRIV-0000224 | DIRECTV-PRIV-0010731 | DIRECTV-PRIV-0018917 | DIRECTV-PRIV-0026617 |
| DIRECTV-PRIV-0000225 | DIRECTV-PRIV-0010781 | DIRECTV-PRIV-0018982 | DIRECTV-PRIV-0026618 |
| DIRECTV-PRIV-0000417 | DIRECTV-PRIV-0010795 | DIRECTV-PRIV-0018983 | DIRECTV-PRIV-0026619 |
| DIRECTV-PRIV-0000418 | DIRECTV-PRIV-0010931 | DIRECTV-PRIV-0018999 | DIRECTV-PRIV-0026620 |
| DIRECTV-PRIV-0000453 | DIRECTV-PRIV-0010989 | DIRECTV-PRIV-0019000 | DIRECTV-PRIV-0026621 |
| DIRECTV-PRIV-0000565 | DIRECTV-PRIV-0010990 | DIRECTV-PRIV-0019001 | DIRECTV-PRIV-0026837 |
| DIRECTV-PRIV-0000566 | DIRECTV-PRIV-0011059 | DIRECTV-PRIV-0019027 | DIRECTV-PRIV-0027106 |
| DIRECTV-PRIV-0000594 | DIRECTV-PRIV-0011473 | DIRECTV-PRIV-0019028 | DIRECTV-PRIV-0027119 |
| DIRECTV-PRIV-0000595 | DIRECTV-PRIV-0011474 | DIRECTV-PRIV-0019029 | DIRECTV-PRIV-0027170 |
| DIRECTV-PRIV-0001289 | DIRECTV-PRIV-0011533 | DIRECTV-PRIV-0019030 | DIRECTV-PRIV-0027171 |
| DIRECTV-PRIV-0001310 | DIRECTV-PRIV-0011614 | DIRECTV-PRIV-0019031 | |

DIRECTV also identified some documents inadvertently produced containing information protected by the attorney-client privilege and/or work product doctrine bearing the below Beginning Bates numbers.  Pursuant to Section 11 of the October 4, 2016 Protective Order (ECF No. 197), please promptly return or destroy all copies of (including summaries or notes relating to) the below-listed documents and accompanying metadata.  Please confirm when the Plaintiffs have complied with the Protective Order.  DIRECTV has updated its privilege log to reflect these documents.  DIRECTV will send a link under separate cover for accessing a production overlay containing slipsheets or redacted versions of these documents (as appropriate).

| | | | |
|---|---|---|---|
| DIRECTV-ST-02174729 | DIRECTV-ST-01551890 | DIRECTV-ST-01906887 | DIRECTV-ST-02225632 |
| DIRECTV-ST-01245709 | DIRECTV-ST-01620839 | DIRECTV-ST-01906889 | DIRECTV-ST-02225633 |
| DIRECTV-ST-01245712 | DIRECTV-ST-01621358 | DIRECTV-ST-01906939 | DIRECTV-ST-01344816 |
| DIRECTV-ST-01245716 | DIRECTV-ST-01621364 | DIRECTV-ST-01906941 | DIRECTV-ST-01344817 |
| DIRECTV-ST-01245719 | DIRECTV-ST-02400034 | DIRECTV-ST-02907780 | DIRECTV-ST-02225687 |
| DIRECTV-ST-01245722 | DIRECTV-ST-01621759 | DIRECTV-ST-02907783 | DIRECTV-ST-02225690 |
| DIRECTV-ST-01245725 | DIRECTV-ST-01621768 | DIRECTV-ST-02907784 | DIRECTV-ST-01345545 |
| DIRECTV-ST-01245728 | DIRECTV-ST-02400088 | DIRECTV-ST-02907855 | DIRECTV-ST-01345547 |
| DIRECTV-ST-01245730 | DIRECTV-ST-02400092 | DIRECTV-ST-02907857 | DIRECTV-ST-02227191 |
| DIRECTV-ST-01245733 | DIRECTV-ST-02400096 | DIRECTV-ST-02907858 | DIRECTV-ST-02227192 |
| DIRECTV-ST-01279358 | DIRECTV-ST-01626817 | DIRECTV-ST-01982992 | DIRECTV-ST-02227210 |
| DIRECTV-ST-01279361 | DIRECTV-ST-01626826 | DIRECTV-ST-01982999 | DIRECTV-ST-02232773 |
| DIRECTV-ST-01279365 | DIRECTV-ST-01626834 | DIRECTV-ST-01983977 | DIRECTV-ST-02232787 |
| DIRECTV-ST-01279368 | DIRECTV-ST-01627149 | DIRECTV-ST-01984960 | DIRECTV-ST-02232802 |

O'Melveny

| | | | |
|---|---|---|---|
| DIRECTV-ST-01279371 | DIRECTV-ST-01627155 | DIRECTV-ST-01985065 | DIRECTV-ST-02232821 |
| DIRECTV-ST-01279374 | DIRECTV-ST-01627166 | DIRECTV-ST-01985073 | DIRECTV-ST-02232840 |
| DIRECTV-ST-01279377 | DIRECTV-ST-01627182 | DIRECTV-ST-01985081 | DIRECTV-ST-02232859 |
| DIRECTV-ST-01279379 | DIRECTV-ST-01628676 | DIRECTV-ST-01986274 | DIRECTV-ST-02232881 |
| DIRECTV-ST-01279382 | DIRECTV-ST-01628696 | DIRECTV-ST-01990327 | DIRECTV-ST-01356735 |
| DIRECTV-ST-01353575 | DIRECTV-ST-01628705 | DIRECTV-ST-01990329 | DIRECTV-ST-01356736 |
| DIRECTV-ST-01417715 | DIRECTV-ST-01628783 | DIRECTV-ST-02026462 | DIRECTV-ST-02233919 |
| DIRECTV-ST-01417717 | DIRECTV-ST-02400792 | DIRECTV-ST-02026464 | DIRECTV-ST-02233947 |
| DIRECTV-ST-01417718 | DIRECTV-ST-02400796 | DIRECTV-ST-02030499 | DIRECTV-ST-02233950 |
| DIRECTV-ST-02384131 | DIRECTV-ST-02410338 | DIRECTV-ST-02061420 | DIRECTV-ST-02233954 |
| DIRECTV-ST-02385233 | DIRECTV-ST-02410343 | DIRECTV-ST-02061423 | DIRECTV-ST-02234448 |
| DIRECTV-ST-02385235 | DIRECTV-ST-02410347 | DIRECTV-ST-02061425 | DIRECTV-ST-02234452 |
| DIRECTV-ST-01485416 | DIRECTV-ST-02410362 | DIRECTV-ST-02061561 | DIRECTV-ST-02234455 |
| DIRECTV-ST-01485419 | DIRECTV-ST-02410367 | DIRECTV-ST-02064446 | DIRECTV-ST-02234522 |
| DIRECTV-ST-01485420 | DIRECTV-ST-02410372 | DIRECTV-ST-02124765 | DIRECTV-ST-02234772 |
| DIRECTV-ST-01485423 | DIRECTV-ST-02410377 | DIRECTV-ST-02124767 | DIRECTV-ST-02234832 |
| DIRECTV-ST-01485425 | DIRECTV-ST-02410381 | DIRECTV-ST-02146967 | DIRECTV-ST-02324637 |
| DIRECTV-ST-01485428 | DIRECTV-ST-01671808 | DIRECTV-ST-02147831 | DIRECTV-ST-01401738 |
| DIRECTV-ST-01485439 | DIRECTV-ST-01671811 | DIRECTV-ST-01213925 | DIRECTV-ST-02328446 |
| DIRECTV-ST-01485441 | DIRECTV-ST-01671815 | DIRECTV-ST-01213930 | DIRECTV-ST-01410375 |
| DIRECTV-ST-01485449 | DIRECTV-ST-01671818 | DIRECTV-ST-01214439 | DIRECTV-ST-02328716 |
| DIRECTV-ST-01485450 | DIRECTV-ST-01671821 | DIRECTV-ST-01214443 | DIRECTV-ST-02328718 |
| DIRECTV-ST-01485454 | DIRECTV-ST-01671824 | DIRECTV-ST-01215899 | DIRECTV-ST-01411682 |
| DIRECTV-ST-01485462 | DIRECTV-ST-01671827 | DIRECTV-ST-01224443 | DIRECTV-ST-01411684 |
| DIRECTV-ST-02387518 | DIRECTV-ST-01671829 | DIRECTV-ST-01224449 | DIRECTV-ST-01442316 |
| DIRECTV-ST-02387520 | DIRECTV-ST-01671832 | DIRECTV-ST-01259552 | DIRECTV-ST-01464481 |
| DIRECTV-ST-02387521 | DIRECTV-ST-01758901 | DIRECTV-ST-01259575 | DIRECTV-ST-01464523 |
| DIRECTV-ST-02387522 | DIRECTV-ST-01759004 | DIRECTV-ST-01259710 | DIRECTV-ST-01682626 |
| DIRECTV-ST-02387525 | DIRECTV-ST-01759012 | DIRECTV-ST-01259883 | DIRECTV-ST-01682649 |
| DIRECTV-ST-02387526 | DIRECTV-ST-01759020 | DIRECTV-ST-01323491 | DIRECTV-ST-01682783 |
| DIRECTV-ST-01205736 | DIRECTV-ST-02429608 | DIRECTV-ST-01338524 | DIRECTV-ST-01682954 |
| DIRECTV-ST-01205737 | DIRECTV-ST-01889765 | DIRECTV-ST-01344565 | |
| DIRECTV-ST-02225697 | DIRECTV-ST-01889773 | DIRECTV-ST-02225614 | |
| DIRECTV-ST-02225701 | DIRECTV-ST-01889800 | DIRECTV-ST-02225616 | |

\*     \*     \*

5



Please let us know if you have any questions.

Very truly yours,

*/s/ Jeffrey A. N. Kopczynski*

Jeffrey A. N. Kopczynski
*for* O'Melveny & Myers

6