# EXHIBIT 4

**From:** Sirajee, Monsura A.
**Sent:** Monday, June 6, 2022 12:59 PM
**To:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>
**Cc:** mseltzer@susmangodfrey.com; igore@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; hlanger@langergrogan.com; pleckman@langergrogan.com; ndiver@langergrogan.com; ktrainer@langergrogan.com; Scott A. Martin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>; Rodney Polanco <RPolanco@susmangodfrey.com>
**Subject:** In re NFL Sunday Ticket

**HIGHLY CONFIDENTIAL**

Farhad,

Attached is our revised privilege log. The password will be sent under separate cover.

Monsura



**O'Melveny**

**Monsura A. Sirajee**
msirajee@omm.com
O: +1-310-246-8578

O'Melveny & Myers LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message*