Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668−PSG (JEMx) |
| _____ | **DECLARATION OF JEREMY S. BARBER IN SUPPORT OF THE NFL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO TAKE LIMITED DISCOVERY AFTER THE DEADLINE FOR FACT DISCOVERY** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |
| | Judge: Hon. Philip S. Gutierrez<br>Date/Time: 8/19/2022, 1:30pm<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

I, Jeremy S. Barber, declare as follows:

1. I am a partner at the law firm of Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted *pro hac vice* to practice before the United States Central District of California in this litigation.

2. I make this declaration in support of the NFL Defendants' Opposition to Plaintiffs' Motion to Take Limited Discovery After the Deadline for Fact Discovery.

3. The current deadline for completion of fact discovery is August 5, 2022. *See* Dkt. 434, at 5.

4. On July 12, 2022, Plaintiffs filed their motion to compel the NFL to produce ████████████████████████████████████████████████████████████████ ████████, as well as to produce an additional witness for deposition after the fact discovery cutoff, to provide testimony regarding ██████████████████. Dkt. 536; *see* Dkt. 551-1.

5. The NFL Defendants had previously produced documents on this topic on numerous occasions, as recently as May 7, 2022. The NFL Defendants also agreed to make available a corporate representative to be deposed about this topic under Rule 30(b)(6) of the Federal Rules of Civil Procedure. That 30(b)(6) deposition occurred on July 28, 2022.

6. In an effort to reach compromise and avoid the need to involve the Court, the NFL Defendants also offered to produce limited documents regarding the ████████████████████████████████████████████████████████████████ ██████████████████████████████████. Plaintiffs rejected this request, opting to seek relief by way of their motion to compel instead.

2

Case No. 2:15-ml-02668-PSG (JEMx)    Declaration of Jeremy S. Barber in Support of the NFL Defendants' Opposition to Plaintiffs' Motion to Take Limited Discovery After the Deadline for Fact Discovery

7. Plaintiffs' motion to compel is scheduled for hearing before Judge McDermott on August 9, 2022. *See* Dkt. 564.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 29th day of July 2022 in New York, N.Y.

Dated: July 29, 2022               Respectfully submitted,

*/s/ Jeremy S. Barber*
Jeremy S. Barber (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter

3

Case No. 2:15-ml-02668-PSG (JEMx)         Declaration of Jeremy S. Barber in Support of the NFL Defendants' Opposition to Plaintiffs' Motion to Take Limited Discovery After the Deadline for Fact Discovery

| | |
|---|---|
| 1 | 850 Tenth Street NW |
| 2 | Washington, DC 20001 |
| | Telephone: (202) 662-6000 |
| 3 | Facsimile: (202) 662-6291 |
| | glevy@cov.com |
| 4 | dludwin@cov.com |
| 5 | |
| | *Counsel for Defendants National Football* |
| 6 | *League, NFL Enterprises LLC, and the* |
| | *Individual NFL Clubs* |

4

**Case No. 2:15-ml-02668-PSG (JEMx)** — **Declaration of Jeremy S. Barber in Support of the NFL Defendants' Opposition to Plaintiffs' Motion to Take Limited Discovery After the Deadline for Fact Discovery**