Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

*Counsel for Defendants National
Football League, NFL Enterprises LLC,
and the Individual NFL Clubs*

[Additional Counsel Listed on Signature
Pages]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION, | Case No. 2:15-ml-02668-PSG (JEMx) |
| _____ | **THE NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS. | Magistrate Judge: Hon. John E. McDermott |
| | Discovery Cutoff Date: 8/5/2022 |
| | Pre-trial Conference Date: 2/9/2024 |
| | Trial Date: 2/22/2024 |

1   TO THE ABOVE-CAPTIONED COURT AND TO PLAINTIFFS AND

2   THEIR COUNSEL OF RECORD:

3   PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), the NFL

4   Defendants, by and through their counsel of records, hereby submit this application

5   requesting that the Court lodge provisionally under seal the following documents

6   (lodged concurrently herewith):

7   1.   The unredacted version of the NFL Defendants' Opposition to Plaintiffs'

8        Motion to Take Limited Discovery After the Deadline for Fact Discovery.

9   2.   The unredacted Declaration of Jeremy S. Barber in Support of the NFL

10       Defendants' Opposition to Plaintiffs' Motion to Take Limited Discovery

11       After the Deadline for Fact Discovery.

12   Pursuant to confidentiality and commercial sensitivity issues, the NFL

13   Defendants request the Court to seal and redact the designated documents.

14

15   Dated:  July 29, 2022

16                                          By:  */s/ Jeremy S. Barber*
         Beth A. Wilkinson (admitted *pro hac vice*)
17       Brian L. Stekloff (admitted *pro hac vice*)
         Rakesh N. Kilaru (admitted *pro hac vice*)
18       Jeremy S. Barber (admitted *pro hac vice*)
         **WILKINSON STEKLOFF LLP**
19       2001 M Street NW, 10th Floor
         Washington, DC 20036
20       Telephone: (202) 847-4000
         Facsimile: (202) 847-4005
21       bwilkinson@wilkinsonstekloff.com
         bstekloff@wilkinsonstekloff.com
22       rkilaru@wilkinsonstekloff.com
         jbarber@wilkinsonstekloff.com
23
         Neema T. Sahni (Bar No. 274240)
24       **COVINGTON & BURLING LLP**
         1999 Avenue of the Stars
25       Suite 1500
         Los Angeles, CA 90067-6045
26       Telephone: (424) 332-4800
         Facsimile: (424) 332-4749
27       nsahni@cov.com

28       Gregg H. Levy (admitted *pro hac vice*)
         Derek Ludwin (admitted *pro hac vice*)

                                          1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football
League, NFL Enterprises LLC, and the
Individual NFL Clubs*

2