FILED
CLERK, U.S. DISTRICT COURT
8/1/22
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

LINK 581

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>[PROPOSED] ORDER REGARDING RULE 30(b)(6) DEPOSITION OF COMCAST CORPORATION AFTER FACT DISCOVERY CUTOFF |

Having considered the parties' Second Stipulation Regarding Depositions After Fact Discovery Cutoff and finding good cause therein, the Court ORDERS that:

1. The deposition of Comcast Corporation to be taken pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure may be completed after the August 5, 2022 fact discovery cutoff.

2. Other than permitting the discovery described above after the August 5, 2022 fact discovery cutoff, all remaining deadlines in this case shall remain unchanged.

Dated: 8/1/22  _____

Philip S. Gutierrez
Chief United States District Judge

1