Jeffrey A. N. Kopczynski
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In Re: National Football League Sunday Ticket Antitrust Litigation

v.

Plaintiff(s)

Defendant(s).

**CASE NUMBER**

2:15-ml-02668-PSG-JEMx

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kopczynski, Jeffrey A. N.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 728-5675
*Telephone Number*

(212) 326-2061
*Fax Number*

jkopczynski@omm.com
*E-Mail Address*

of

O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

DIRECTV, LLC and DIRECTV Holdings LLC

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

and designating as Local Counsel

Petrocelli, Daniel M.
*Designee's Name (Last Name, First Name & Middle Initial)*

(S.B. #97802)
*Designee's Cal. Bar No.*

(310) 246-6850
*Telephone Number*

(310) 246-6779
*Fax Number*

dpetrocelli@omm.com
*E-Mail Address*

of

O'Melveny & Myers LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

　　　　　☐ for failure to complete Application: _____

　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1