# EXHIBIT 1

| | |
|---|---|
| **From:** | Tyler Finn |
| **To:** | Tyler Finn |
| **Subject:** | FW: NFL Sunday Ticket - DirecTV Open Items |
| **Date:** | Tuesday, August 2, 2022 8:46:41 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

**From:** Farhad Mirzadeh
**Sent:** Monday, May 23, 2022 1:20 PM
**To:** Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>
**Cc:** Sirajee, Monsura A. <msirajee@omm.com>; Pena, Ana <apena@omm.com>; mseltzer@susmangodfrey.com; igore@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; hlanger@langergrogan.com; pleckman@langergrogan.com; ndiver@langergrogan.com; ktrainer@langergrogan.com; Scott A. Martin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>
**Subject:** RE: NFL Sunday Ticket - DirecTV Open Items

Jeff,

We appreciate your efforts to resolve these issues, but the delays are becoming problematic. We are amenable to your proposal regarding an amended privilege log on the condition that it be served no later than June 3. Please confirm that DirecTV will provide the material you propose by that date. Plaintiffs reserve all rights arising out of the delays and deficiencies in the assertion of privilege by DirecTV.

Farhad

**FARHAD MIRZADEH**
Associate
fmirzadeh@hausfeld.com
+1 202 849 4763 direct



888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200
**hausfeld.com**



This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>

**Sent:** Thursday, May 19, 2022 3:50 PM
**To:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>
**Cc:** Sirajee, Monsura A. <msirajee@omm.com>; Pena, Ana <apena@omm.com>; mseltzer@susmangodfrey.com; igore@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; hlanger@langergrogan.com; pleckman@langergrogan.com; ndiver@langergrogan.com; ktrainer@langergrogan.com; Scott A. Martin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>
**Subject:** Re: NFL Sunday Ticket - DirecTV Open Items

Hi Farhad,

As indicated to your co-counsel during our meet-and-confer last Monday, updating the log took longer than anticipated and we needed a little additional time to finish that work.

We have been analyzing the reasonableness of providing the email subject field for fully withheld emails and filename for attachments and loose files.  As we suspected, providing such data for certain entries would reveal the substance of the privilege (e.g., indicating either the legal advice sought or received; the selection of information for review in providing advice).  That said, although burdensome, we are willing to undertake the exercise of reviewing that data and redacting certain fields, as appropriate, subject to the condition below.  If we start now we believe we can finish that exercise in about two weeks, near the end of the month.

In combination with the affiliation list we provided to you a few weeks ago, providing this additional layer of information will give Plaintiffs far more information than necessary to evaluate any entry you are studying.  We will agree to undertake this additional exercise if Plaintiffs will move-on from the structural concerns about DIRECTV's log and agree they have sufficient information to evaluate our privilege assertions.  We will be willing to continue to meet and confer about any reasonable, narrowly tailored selection of privilege entries on the substance of the claim.  But as a third-party our log is—on its face, but certainly with these additional layers—more than reasonable under the Rules.  We see no reason to continue the back-and-forth over format and structure.

Please let us know your thoughts.

Thanks,
Jeff

:: sent from my mobile ::

> On May 18, 2022, at 10:18 PM, Farhad Mirzadeh <fmirzadeh@hausfeld.com> wrote:
>
> [EXTERNAL MESSAGE]
>
> Monsura,

Thanks for sending this corrected privilege log. I will note this is received several weeks past the agreed timeframe. Further, it has been several weeks since our last meet and confer where Jeff stated he would soon follow up with a proposal about what additional fields DirecTV could include in their privilege log, per the discussions we had over the issue.

We still have not received a proposal about what additional fields DirecTV could include for its privilege log, and I did not receive a response to my May 6 email requesting further information.  As it stands, your privilege log does not contain information to "describe the nature of the documents, communications, or tangible things not produced or disclosed--and do so in a manner that,. . . **will enable other parties to assess the claim**." Fed. R. Civ. P. 26(b)(5). We intend to seek relief from the Court based on the issues outlined in my March 22 letter.

Thanks,
Farhad

**FARHAD MIRZADEH**
Associate
fmirzadeh@hausfeld.com
+1 202 849 4763 direct

# HAUSFELD
## FOR THE CHALLENGE

888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200
hausfeld.com



This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Sirajee, Monsura A. <msirajee@omm.com>
**Sent:** Monday, May 16, 2022 9:34 PM
**To:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>
**Cc:** Pena, Ana <apena@omm.com>; mseltzer@susmangodfrey.com; igore@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; hlanger@langergrogan.com; pleckman@langergrogan.com; ndiver@langergrogan.com; ktrainer@langergrogan.com; Scott A. Martin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Sirajee, Monsura A. <msirajee@omm.com>
**Subject:** [WARNING : MESSAGE ENCRYPTED]RE: NFL Sunday Ticket - DirecTV Open

Items

Hi Farhad,

See attached.  We'll send the password for the privilege log under separate cover.

Best,
Monsura

# O'Melveny

**Monsura A. Sirajee**
msirajee@omm.com
O: +1-310-246-8578

O'Melveny & Myers LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA  90067

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message*

**From:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>
**Sent:** Friday, May 6, 2022 12:53 PM
**To:** Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>
**Cc:** Pena, Ana <apena@omm.com>; Sirajee, Monsura A. <msirajee@omm.com>; mseltzer@susmangodfrey.com; igore@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; hlanger@langergrogan.com; pleckman@langergrogan.com; ndiver@langergrogan.com; ktrainer@langergrogan.com; Scott A. Martin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>
**Subject:** NFL Sunday Ticket - DirecTV Open Items

[EXTERNAL MESSAGE]

Hi Jeff,

We are in receipt of the April 29 affiliation list for DirecTV's privilege log. During our meet and confer, you stated that we could expect a corrected privilege log this week, as well as a production of additional documents. Can you please let us know if you anticipate producing a corrected privilege log today or, if not, when we can expect one?

You also stated we would receive a proposal, in response to Plaintiffs' letter and our meet and confers to date, regarding what additional fields of information you would agree to provide in an amended privilege log. Please let me know when we can expect more information on this.

Finally, I want to follow up with our request for Plaintiffs' invoices from DirecTV. Have you had a chance to discuss our request with your client and gather a response about whether DirecTV could provide older invoices for the Plaintiffs in the action? Please let me know.

Best,
Farhad

**FARHAD MIRZADEH**

Associate

fmirzadeh@hausfeld.com

+1 202 849 4763 direct

# HAUSFELD
## FOR THE CHALLENGE

888 16th Street, N.W.
Suite 300
Washington, DC 20006

+1 202 540 7200

**hausfeld.com**



This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.