Jeffrey A. N. Kopczynski
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036



.38



FILED
CLERK, U.S. DISTRICT COURT
08/05/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 593

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In Re: National Football League Sunday Ticket Antitrust Litigation

v.

Plaintiff(s)

Defendant(s).

CASE NUMBER

2:15-ml-02668-PSG-JEMx

~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kopczynski, Jeffrey A. N.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 728-5675
*Telephone Number*

(212) 326-2061
*Fax Number*

jkopczynski@omm.com
*E-Mail Address*

O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
DIRECTV, LLC and DIRECTV Holdings LLC

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

and designating as Local Counsel
Petrocelli, Daniel M.
*Designee's Name (Last Name, First Name & Middle Initial)*

(S.B. #97802)
*Designee's Cal. Bar No.*

(310) 246-6850
*Telephone Number*

(310) 246-6779
*Fax Number*

dpetrocelli@omm.com
*E-Mail Address*

O'Melveny & Myers LLP
1999 Avenue of the Stars
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
🔘 GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated 8/5/22

_____
U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)  (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*  Page 1 of 1