# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 15ML2668 | Date | August 9, 2022 |
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

**Present: The Honorable** JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE

| S. Lorenzo | CS08082022/ZOOM |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Tyler M. Finn<br>Susman Godfrey LLP | Jeremy S. Barber<br>Max Warren<br>Wilkinson Stekloff LLP |

**Proceedings:** Minutes Regarding Plaintiffs' Motion to Compel Production of Documents by NFL Defendants (Dkt. 536)

The Court heard argument this day on Plaintiffs' Motion to Compel Production of Documents by NFL Defendants. (Dkt. 536.) The parties agreed to meet and confer on an order for the production of documents relating to current negotiations and any ultimate agreement about the future rights to NFL Sunday Ticket. The parties shall file a Joint Status Report re same by **September 9, 2022**.

| | : | 31 |
|---|---|---|
| Initials of Preparer | | slo |