Case: 2:15ml2668  Doc: 564



FILED
CLERK, U.S. DISTRICT COURT

8/8/22

CENTRAL DISTRICT OF CALIFORNIA
BY: ___slo___ DEPUTY

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
444 West Ocean Boulevard   Suite 1700
Long Beach, CA 90802



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

-R-T-S-
90802525239-1N     08/04/22
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEP
AUG - 8 2022

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<34304986@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 7/26/2022 at 4:21 PM PDT and filed on 7/26/2022

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-JEM |
| **Filer:** | |
| **Document Number:** | 564 |

**Docket Text:**
MINUTE ORDER (IN CHAMBERS) ORDER RE EX PARTE APPLICATION(Dkt. 557) by Magistrate Judge John E. McDermott: On July 22, 2022, this Court inadvertently and by mistake entered an order granting Plaintiffs' Motion to Compel Production of Documents. (Dkt. 553.) The NFL Defendants filed an Ex Parte Application For a Stay of the above Order on July 25, 2022. (Dkt. 557.) The Court on July 26, 2022 withdrew its July 22, 2022 Order. (Dkt. 561.) This action by the Court MOOTS the NFL Defendants' Ex Parte Application and the subsequently filed Plaintiffs' Opposition (Dkt. 562) thereto. The Court will consider the Plaintiffs' Motion to Compel as before with a hearing date of August 9, 2022. (es)

**2:15-ml-02668-PSG-JEM Notice has been electronically mailed to:**
Robert S Kitchenoff      kitchenoff@wka-law.com
Daniel G Swanson     dswanson@gibsondunn.com
Amanda M Steiner     hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny      penny@lawgsp.com
Ian Simmons      ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Craig W Hillwig     chillwig@kohnswift.com
Scott M Grzenczyk      avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Gregory E Woodard      gwoodard@lwwllp.com, gw@woodardlegal.com

Tyler M. Finn     ehenke@susmangodfrey.com, tfinn@susmangodfrey.com
Peter Leckman     pleckman@langergrogan.com
Jeffrey B Gittleman     jgittleman@barrack.com
Brian C Gudmundson     brian.gudmundson@zimmreed.com
Jonathan M. Jagher     jjagher@fklmlaw.com
Scott Allan Martin     smartin@hausfeld.com
Natasha Naraghi Serino     natashaserino@amslawoffice.com, joanbennett@amslawoffice.com
Marc H Edelson     medelson@edelson-law.com
Max J. Warren     mwarren@wilkinsonstekloff.com
Neema Trivedi Sahni     jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Mickel M. Arias     mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli     dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver     ndiver@langergrogan.com
Carl Malmstrom     malmstrom@whafh.com
Thomas A. Zimmerman     tom@attorneyzim.com, firm@attorneyzim.com
Christina H Connolly Sharp     8388361420@filings.docketbird.com, ssandeen@girardsharp.com, avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector     jspector@srkattorneys.com
Caleb Marker     josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, kelly.bourette@zimmreed.com, 5920479420@filings.docketbird.com
Mark S Goldman     goldman@lawgsp.com
Armstead C. Lewis     alewis@susmangodfrey.com
Hart L. Robinovitch     hart.robinovitch@zimmreed.com, kelly.bourette@zimmreed.com
Carter E. Greenbaum     cgreenbaum@paulweiss.com
John D Radice     jradice@radicelawfirm.com
Alexander M Schack     alexschack@amslawoffice.com
Scott A Edelman     sedelman@gibsondunn.com
Katrina M Robson     krobson@omm.com, katrina-robson-6207@ecf.pacerpro.com
Marc I Gross     migross@pomlaw.com
Arun Subramanian     asubramanian@susmangodfrey.com, ehenke@susmangodfrey.com, ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com
Stephen R Basser     sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Fred Taylor Isquith     ftisquith@zsz.com
Garrett D Blanchfield     g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge     ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody     esullivan-vasquez@susmangodfrey.com, bcarmody@susmangodfrey.com
James B. Zouras     mortega@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
David H Weinstein     weinstein@wka-law.com
Gregg H Levy     glevy@cov.com
Eugene A Spector     espector@srkattorneys.com
Thomas H Burt     burt@whafh.com
Sara F Khosroabadi     daniella@kandhlawgroup.com, sara@kandhlawgroup.com
Ian M Gore     ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz     mco.ecf@weil.com, jessie.mishkin@weil.com,

yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com
Beth A. Wilkinson    bwilkinson@wilkinsonstekloff.com,
sundayticket-associates@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com,
rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com,
jbarber@wilkinsonstekloff.com
Daniel R Karon    bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com
Derek Ludwin    dludwin@cov.com
Brian L. Stekloff    bstekloff@wilkinsonstekloff.com
Brittany DeJong    fileclerk@whafh.com, dejong@whafh.com
Jeffrey S. Goldenberg    svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com
Ramzi Abadou    ramzi.abadou@ksfcounsel.com
Arthur J Burke    arthur.burke@davispolk.com
Gary F Lynch    jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com
Lee Albert    lalbert@glancylaw.com
John E Schmidtlein    jschmidtlein@wc.com
William G Caldes    bcaldes@srkattorneys.com
Robert J Larocca    rlarocca@kohnswift.com
Arnold C Wang    jessica@asstlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com,
arnold@asstlawyers.com
Marisa C Livesay    fileclerk@whafh.com, livesay@whafh.com
Michael J Boni    mboni@bonizack.com
James D Ludwig    jludwig@graydon.law
Amid T Bahadori    atb@bahadorilaw.com
Kevin P. Trainer    ktrainer@langergrogan.com, courtnotices@langergrogan.com,
9263800420@filings.docketbird.com
Jay Cohen    jaycohen@paulweiss.com
Justin Mungai    jmungai@wilkinsonstekloff.com
Ryan F. Stephan    mortega@stephanzouras.com, malmeida@stephanzouras.com,
kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com,
rstephan@stephanzouras.com
Arthur M Murray    aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com,
thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com,
cdimaggio@murray-lawfirm.com
Rachele R. Byrd    fileclerk@whafh.com, byrd@whafh.com
Mark A Wendorf    m.wendorf@rwblawfirm.com
Christopher P. Ridout    christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com,
5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com
Rakesh N. Kilaru    rkilaru@wilkinsonstekloff.com
Sathya S Gosselin    sgosselin@hausfeld.com
Rosemary M Rivas    2746730420@filings.docketbird.com, rmr@classlawgroup.com
Farhad Mirzadeh    fmirzadeh@hausfeld.com
Daniel J. Mogin    jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com,
ngeraci@moginrubin.com, jchatfield@moginrubin.com,
steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com
Karen H Riebel    amraak@locklaw.com, atajagbusi@locklaw.com, lgn-khriebel@ecf.courtdrive.com,
crjohnson@locklaw.com, khriebel@locklaw.com
Jodie Williams    jwilliams@moginrubin.com
Matthew C De Re    tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com
Lesley E Weaver    lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com
Seth Ard    laura-parrella-0577@ecf.pacerpro.com, ecf-cb051334f073@ecf.pacerpro.com,

ecf-7bb0ee8b6051@ecf.pacerpro.com, mritter@susmangodfrey.com, sard@susmangodfrey.com, rbien-aime@susmangodfrey.com
Samuel M Ward    sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Jayne A Goldstein    pleadings@millershah.com, jagoldstein@millershah.com
Whitney E Street    whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty    aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt    mco.ecf@weil.com, nymao@ecf.pacerpro.com, eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos    alfredo@aswtlawyers.com
Shawn M Larsen    slarsen@lwwllp.com
Jeremy S. Barber    jbarber@wilkinsonstekloff.com
Joshua Brandon Swigart    josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Kenneth B Pickle    kpickle@radicelawfirm.com
Gordon M Fauth    gmf@classlitigation.com
Samuel Maida    smaida@hausfeld.com
Patrick J Somers    tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns    drehns@hrsclaw.com
Blake Neal    bneal@wilkinsonstekloff.com
Betsy C Manifold    fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Melinda A Nicholson    bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer    mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com, hdanielson@susmangodfrey.com
Bryan Matthew Thomas    bthomas@macdonaldcody.com
Lionel Zevi Glancy    lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer    hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner    bbleichner@chestnutcambronne.com
Christopher L Lebsock    clebsock@hausfeldllp.com, ischer@hausfeld.com
Joshua D Snyder    jsnyder@bonizack.com
Tracy D Rezvani    tracy@rezvanilaw.com
Eliot F Krieger    rrobitaille@skt.law, ekrieger@skt.law
M. Randall Oppenheimer    m-randall-oppenheimer-5053@ecf.pacerpro.com, roppenheimer@omm.com
Richard A Koffman    rkoffman@cohenmilstein.com
John E Sindoni    jsindoni@bonizack.com
Bethany M Stevens    bstevens@wscllp.com
Heidi M Silton    hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian    ak@kazlg.com, mona@kazlg.com

**2:15-ml-02668-PSG-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
444 West Ocean Boulevard Suite 1700
Long Beach CA 90802
USA
Melissa Phan
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles CA 90071-3197
Roger A Sachar

Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036
James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15-ml-02668 PSG (JEMx) | Date | July 26, 2022 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

**Present: The Honorable** JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER RE EX PARTE APPLICATION (Dkt. 557)**

On July 22, 2022, this Court inadvertently and by mistake entered an order granting Plaintiffs' Motion to Compel Production of Documents. (Dkt. 553.) The NFL Defendants filed an Ex Parte Application For a Stay of the above Order on July 25, 2022. (Dkt. 557.) The Court on July 26, 2022 withdrew its July 22, 2022 Order. (Dkt. 561.) This action by the Court MOOTS the NFL Defendants' Ex Parte Application and the subsequently filed Plaintiffs' Opposition (Dkt. 562) thereto. The Court will consider the Plaintiffs' Motion to Compel as before with a hearing date of August 9, 2022.

|  | : |
|---|---|
| Initials of Preparer | slo |