

-R-T-S-
9086024575-1N
RETURN TO SENDER
UNABLE TO FORWARD
RETURN TO SENDER

08/04/22

JEM

FILED
CLERK, U.S. DISTRICT COURT

8/8/22

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ slo _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:15ml2668  Doc: 553

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
444 West Ocean Boulevard   Suite 1700
Long Beach, CA 90802

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov
Message-Id:<34281695@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-JEM In re
National Football Leagues Sunday Ticket Antitrust Litigation Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 7/22/2022 at 9:06 AM PDT and filed on 7/22/2022

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-JEM |
| **Filer:** | |
| **Document Number:** | 553 |

**Docket Text:**
**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
DOCUMENTS BY NFL DEFENDANTS; UNREDACTED VERSION OF DOCUMENT FILED
UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JULY 19, 2022 by
Magistrate Judge John E. McDermott, re Sealed Document, [551], APPLICATION to file
document under seal [537]. See Order for details. (es)**

**2:15-ml-02668-PSG-JEM Notice has been electronically mailed to:**
Robert S Kitchenoff    kitchenoff@wka-law.com
Daniel G Swanson    dswanson@gibsondunn.com
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com,
hrota@terrellmarshall.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com,
jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Craig W Hillwig    chillwig@kohnswift.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com,
7488696420@filings.docketbird.com
Gregory E Woodard    gwoodard@lwwllp.com, gw@woodardlegal.com
Tyler M. Finn    tfinn@susmangodfrey.com
Peter Leckman    pleckman@langergrogan.com
Jeffrey B Gittleman    jgittleman@barrack.com
Brian C Gudmundson    brian.gudmundson@zimmreed.com

Jonathan M. Jagher    jjagher@fklmlaw.com
Scott Allan Martin    smartin@hausfeld.com
Natasha Naraghi Serino    natashaserino@amslawoffice.com, joanbennett@amslawoffice.com
Marc H Edelson    medelson@edelson-law.com
Max J. Warren    mwarren@wilkinsonsteklofff.com
Neema Trivedi Sahni    jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com,
slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Mickel M. Arias    mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com,
mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli    dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver    ndiver@langergrogan.com
Carl Malmstrom    malmstrom@whafh.com
Thomas A. Zimmerman    tom@attorneyzim.com, firm@attorneyzim.com
Christina H Connolly Sharp    8388361420@filings.docketbird.com, ssandeen@girardsharp.com,
avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector    jspector@srkattorneys.com
Caleb Marker    josephine.lu@zimmreed.com, caleb.marker@zimmreed.com,
kelly.bourette@zimmreed.com, 5920479420@filings.docketbird.com
Mark S Goldman    goldman@lawgsp.com
Armstead C. Lewis    alewis@susmangodfrey.com
Hart L. Robinovitch    hart.robinovitch@zimmreed.com, kelly.bourette@zimmreed.com
Carter E. Greenbaum    cgreenbaum@paulweiss.com
John D Radice    jradice@radicelawfirm.com
Alexander M Schack    alexschack@amslawoffice.com
Scott A Edelman    sedelman@gibsondunn.com
Katrina M Robson    krobson@omm.com, katrina-robson-6207@ecf.pacerpro.com
Marc I Gross    migross@pomlaw.com
Arun Subramanian    asubramanian@susmangodfrey.com, ehenke@susmangodfrey.com,
ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com
Stephen R Basser    sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Fred Taylor Isquith    ftisquith@zsz.com
Garrett D Blanchfield    g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com,
k.schulte@rwblawfirm.com
Richard A Lockridge    ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody    esullivan-vasquez@susmangodfrey.com, bcarmody@susmangodfrey.com
James B. Zouras    mortega@stephanzouras.com, kbowers@stephanzouras.com,
malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com,
esantana@stephanzouras.com
David H Weinstein    weinstein@wka-law.com
Gregg H Levy    glevy@cov.com
Eugene A Spector    espector@srkattorneys.com
Thomas H Burt    burt@whafh.com
Sara F Khosroabadi    daniella@kandhlawgroup.com, sara@kandhlawgroup.com
Ian M Gore    ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com,
jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz    mco.ecf@weil.com, jessie.mishkin@weil.com,
yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com
Beth A. Wilkinson    bwilkinson@wilkinsonstekloff.com,
sundayticket-associates@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com,
rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com,

jbarber@wilkinsonstekloff.com
Daniel R Karon   bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com
Derek Ludwin   dludwin@cov.com
Brian L. Stekloff   bstekloff@wilkinsonstekloff.com
Brittany DeJong   fileclerk@whafh.com, dejong@whafh.com
Jeffrey S. Goldenberg   svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com
Ramzi Abadou   ramzi.abadou@ksfcounsel.com
Arthur J Burke   arthur.burke@davispolk.com
Gary F Lynch   jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com
Lee Albert   lalbert@glancylaw.com
John E Schmidtlein   jschmidtlein@wc.com
William G Caldes   bcaldes@srkattorneys.com
Robert J Larocca   rlarocca@kohnswift.com
Arnold C Wang   jessica@asstlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com, arnold@asstlawyers.com
Marisa C Livesay   fileclerk@whafh.com, livesay@whafh.com
Michael J Boni   mboni@bonizack.com
James D Ludwig   jludwig@graydon.law
Amid T Bahadori   atb@bahadorilaw.com
Kevin P. Trainer   ktrainer@langergrogan.com, courtnotices@langergrogan.com, 9263800420@filings.docketbird.com
Jay Cohen   jaycohen@paulweiss.com
Justin Mungai   jmungai@wilkinsonstekloff.com
Ryan F. Stephan   mortega@stephanzouras.com, malmeida@stephanzouras.com, kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com, rstephan@stephanzouras.com
Arthur M Murray   aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com, thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com
Rachele R. Byrd   fileclerk@whafh.com, byrd@whafh.com
Mark A Wendorf   m.wendorf@rwblawfirm.com
Christopher P. Ridout   christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com, 5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com
Rakesh N. Kilaru   rkilaru@wilkinsonstekloff.com
Sathya S Gosselin   sgosselin@hausfeld.com
Rosemary M Rivas   2746730420@filings.docketbird.com, rmr@classlawgroup.com
Farhad Mirzadeh   fmirzadeh@hausfeld.com
Daniel J. Mogin   jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com, ngeraci@moginrubin.com, jchatfield@moginrubin.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com
Karen H Riebel   amraak@locklaw.com, jpgramlich@locklaw.com, lgn-khriebel@ecf.courtdrive.com, crjohnson@locklaw.com, khriebel@locklaw.com
Jodie Williams   jwilliams@moginrubin.com
Matthew C De Re   tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com
Lesley E Weaver   lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com
Seth Ard   laura-parrella-0577@ecf.pacerpro.com, ecf-cb051334f073@ecf.pacerpro.com, ecf-7bb0ee8b6051@ecf.pacerpro.com, mritter@susmangodfrey.com, sard@susmangodfrey.com, rbien-aime@susmangodfrey.com
Samuel M Ward   sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Jayne A Goldstein   pleadings@millershah.com, jagoldstein@millershah.com

Whitney E Street     whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty     aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt     mco.ecf@weil.com, nymao@ecf.pacerpro.com,
eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos     alfredo@aswtlawyers.com
Shawn M Larsen     slarsen@lwwllp.com
Jeremy S. Barber     jbarber@wilkinsonstekloff.com
Joshua Brandon Swigart     josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Kenneth B Pickle     kpickle@radicelawfirm.com
Gordon M Fauth     gmf@classlitigation.com
Samuel Maida     smaida@hausfeld.com
Patrick J Somers     tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns     drehns@hrsclaw.com
Blake Neal     bneal@wilkinsonstekloff.com
Betsy C Manifold     fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Melinda A Nicholson     bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer     mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com,
ecf-67366a65900c@ecf.pacerpro.com, hdanielson@susmangodfrey.com
Bryan Matthew Thomas     bthomas@macdonaldcody.com
Lionel Zevi Glancy     lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer     hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner     bbleichner@chestnutcambronne.com
Christopher L Lebsock     clebsock@hausfeldllp.com, ischer@hausfeld.com
Joshua D Snyder     jsnyder@bonizack.com
Tracy D Rezvani     tracy@rezvanilaw.com
Eliot F Krieger     rrobitaille@skt.law, ekrieger@skt.law
M. Randall Oppenheimer     m-randall-oppenheimer-5053@ecf.pacerpro.com,
roppenheimer@omm.com
Richard A Koffman     rkoffman@cohenmilstein.com
John E Sindoni     jsindoni@bonizack.com
Bethany M Stevens     bstevens@wscllp.com
Heidi M Silton     hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com,
lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian     ak@kazlg.com, mona@kazlg.com
**2:15-ml-02668-PSG-JEM Notice has been delivered by First Class U. S. Mail or by other means**
**BY THE FILER to :**
Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
444 West Ocean Boulevard Suite 1700
Long Beach CA 90802
USA
Melissa Phan
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles CA 90071-3197
Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036
James W Anderson

Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403

1
2
3
4

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS |
| | UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JULY 19, 2022 |
| | Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 8/9/2022, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents by Defendants National Football League, Inc. and NFL Enterprises LLC (the "NFL") pursuant to <u>Federal Rule of Civil Procedure 37</u>. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion to Compel Production of Documents by the NFL, and orders as follows:

IT IS ORDERED that, within fifteen (15) days of the date of this Order, the NFL shall produce all presentations, analyses, strategic planning documents, and communications regarding the current negotiations for the rights to Sunday Ticket from April 4, 2022 to the date of this Order.

IT IS FURTHER ORDERED that, within fifteen (15) days of the date on which the NFL reaches an agreement for the future rights to NFL Sunday Ticket, the NFL shall produce all presentations, analyses, strategic planning documents, and communications regarding the negotiations for the rights to Sunday Ticket from the date of this Order to the date on which agreement is reached.  Within fifteen (15) days of that production, the NFL shall make a witness available for deposition to provide testimony on behalf of the NFL regarding the negotiations for the rights to Sunday Ticket.

IT IS SO ORDERED.

Dated:  7/22/22

JOHN E. MCDERMOTT
United States Magistrate Judge