

Case: 2:15ml2668   Doc: 553

Roger A Sachar                                            Jr
Morgan and Morgan PC
28 West 44th Street   Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<34281695@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 7/22/2022 at 9:06 AM PDT and filed on 7/22/2022

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-JEM |
| **Filer:** | |
| **Document Number:** | 553 |

**Docket Text:**
ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS; UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JULY 19, 2022 by Magistrate Judge John E. McDermott, re Sealed Document, [551], APPLICATION to file document under seal [537]. See Order for details. (es)

**2:15-ml-02668-PSG-JEM Notice has been electronically mailed to:**
Robert S Kitchenoff    kitchenoff@wka-law.com
Daniel G Swanson    dswanson@gibsondunn.com
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Craig W Hillwig    chillwig@kohnswift.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Gregory E Woodard    gwoodard@lwwllp.com, gw@woodardlegal.com
Tyler M. Finn    tfinn@susmangodfrey.com
Peter Leckman    pleckman@langergrogan.com
Jeffrey B Gittleman    jgittleman@barrack.com
Brian C Gudmundson    brian.gudmundson@zimmreed.com

Jonathan M. Jagher     jjagher@fklmlaw.com
Scott Allan Martin     smartin@hausfeld.com
Natasha Naraghi Serino     natashaserino@amslawoffice.com, joanbennett@amslawoffice.com
Marc H Edelson     medelson@edelson-law.com
Max J. Warren     mwarren@wilkinsonstekloff.com
Neema Trivedi Sahni     jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Mickel M. Arias     mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli     dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver     ndiver@langergrogan.com
Carl Malmstrom     malmstrom@whafh.com
Thomas A. Zimmerman     tom@attorneyzim.com, firm@attorneyzim.com
Christina H Connolly Sharp     8388361420@filings.docketbird.com, ssandeen@girardsharp.com, avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector     jspector@srkattorneys.com
Caleb Marker     josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, kelly.bourette@zimmreed.com, 5920479420@filings.docketbird.com
Mark S Goldman     goldman@lawgsp.com
Armstead C. Lewis     alewis@susmangodfrey.com
Hart L. Robinovitch     hart.robinovitch@zimmreed.com, kelly.bourette@zimmreed.com
Carter E. Greenbaum     cgreenbaum@paulweiss.com
John D Radice     jradice@radicelawfirm.com
Alexander M Schack     alexschack@amslawoffice.com
Scott A Edelman     sedelman@gibsondunn.com
Katrina M Robson     krobson@omm.com, katrina-robson-6207@ecf.pacerpro.com
Marc I Gross     migross@pomlaw.com
Arun Subramanian     asubramanian@susmangodfrey.com, ehenke@susmangodfrey.com, ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com
Stephen R Basser     sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Fred Taylor Isquith     ftisquith@zsz.com
Garrett D Blanchfield     g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge     ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody     esullivan-vasquez@susmangodfrey.com, bcarmody@susmangodfrey.com
James B. Zouras     mortega@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
David H Weinstein     weinstein@wka-law.com
Gregg H Levy     glevy@cov.com
Eugene A Spector     espector@srkattorneys.com
Thomas H Burt     burt@whafh.com
Sara F Khosroabadi     daniella@kandhlawgroup.com, sara@kandhlawgroup.com
Ian M Gore     ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz     mco.ecf@weil.com, jessie.mishkin@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com
Beth A. Wilkinson     bwilkinson@wilkinsonstekloff.com, sundayticket-associates@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com,

jbarber@wilkinsonstekloff.com
Daniel R Karon bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com
Derek Ludwin dludwin@cov.com
Brian L. Stekloff bstekloff@wilkinsonstekloff.com
Brittany DeJong fileclerk@whafh.com, dejong@whafh.com
Jeffrey S. Goldenberg svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com
Ramzi Abadou ramzi.abadou@ksfcounsel.com
Arthur J Burke arthur.burke@davispolk.com
Gary F Lynch jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com
Lee Albert lalbert@glancylaw.com
John E Schmidtlein jschmidtlein@wc.com
William G Caldes bcaldes@srkattorneys.com
Robert J Larocca rlarocca@kohnswift.com
Arnold C Wang jessica@asstlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com, arnold@asstlawyers.com
Marisa C Livesay fileclerk@whafh.com, livesay@whafh.com
Michael J Boni mboni@bonizack.com
James D Ludwig jludwig@graydon.law
Amid T Bahadori atb@bahadorilaw.com
Kevin P. Trainer ktrainer@langergrogan.com, courtnotices@langergrogan.com, 9263800420@filings.docketbird.com
Jay Cohen jaycohen@paulweiss.com
Justin Mungai jmungai@wilkinsonstekloff.com
Ryan F. Stephan mortega@stephanzouras.com, malmeida@stephanzouras.com, kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com, rstephan@stephanzouras.com
Arthur M Murray aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com, thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com
Rachele R. Byrd fileclerk@whafh.com, byrd@whafh.com
Mark A Wendorf m.wendorf@rwblawfirm.com
Christopher P. Ridout christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com, 5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com
Rakesh N. Kilaru rkilaru@wilkinsonstekloff.com
Sathya S Gosselin sgosselin@hausfeld.com
Rosemary M Rivas 2746730420@filings.docketbird.com, rmr@classlawgroup.com
Farhad Mirzadeh fmirzadeh@hausfeld.com
Daniel J. Mogin jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com, ngeraci@moginrubin.com, jchatfield@moginrubin.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com
Karen H Riebel amraak@locklaw.com, jpgramlich@locklaw.com, lgn-khriebel@ecf.courtdrive.com, crjohnson@locklaw.com, khriebel@locklaw.com
Jodie Williams jwilliams@moginrubin.com
Matthew C De Re tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com
Lesley E Weaver lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com
Seth Ard laura-parrella-0577@ecf.pacerpro.com, ecf-cb051334f073@ecf.pacerpro.com, ecf-7bb0ee8b6051@ecf.pacerpro.com, mritter@susmangodfrey.com, sard@susmangodfrey.com, rbien-aime@susmangodfrey.com
Samuel M Ward sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Jayne A Goldstein pleadings@millershah.com, jagoldstein@millershah.com

Whitney E Street whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt mco.ecf@weil.com, nymao@ecf.pacerpro.com, eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos alfredo@aswtlawyers.com
Shawn M Larsen slarsen@lwwllp.com
Jeremy S. Barber jbarber@wilkinsonstekloff.com
Joshua Brandon Swigart josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Kenneth B Pickle kpickle@radicelawfirm.com
Gordon M Fauth gmf@classlitigation.com
Samuel Maida smaida@hausfeld.com
Patrick J Somers tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns drehns@hrsclaw.com
Blake Neal bneal@wilkinsonstekloff.com
Betsy C Manifold fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Melinda A Nicholson bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com, hdanielson@susmangodfrey.com
Bryan Matthew Thomas bthomas@macdonaldcody.com
Lionel Zevi Glancy lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner bbleichner@chestnutcambronne.com
Christopher L Lebsock clebsock@hausfeldllp.com, ischer@hausfeld.com
Joshua D Snyder jsnyder@bonizack.com
Tracy D Rezvani tracy@rezvanilaw.com
Eliot F Krieger rrobitaille@skt.law, ekrieger@skt.law
M. Randall Oppenheimer m-randall-oppenheimer-5053@ecf.pacerpro.com, roppenheimer@omm.com
Richard A Koffman rkoffman@cohenmilstein.com
John E Sindoni jsindoni@bonizack.com
Bethany M Stevens bstevens@wscllp.com
Heidi M Silton hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian ak@kazlg.com, mona@kazlg.com

**2:15-ml-02668-PSG-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
444 West Ocean Boulevard Suite 1700
Long Beach CA 90802
USA
Melissa Phan
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles CA 90071-3197
Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036
James W Anderson

Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668-PSG (JEMx)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS<br><br>**UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JULY 19, 2022**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 8/9/2022, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents by Defendants National Football League, Inc. and NFL Enterprises LLC (the "NFL") pursuant to Federal Rule of Civil Procedure 37. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion to Compel Production of Documents by the NFL, and orders as follows:

IT IS ORDERED that, within fifteen (15) days of the date of this Order, the NFL shall produce all presentations, analyses, strategic planning documents, and communications regarding the current negotiations for the rights to Sunday Ticket from April 4, 2022 to the date of this Order.

IT IS FURTHER ORDERED that, within fifteen (15) days of the date on which the NFL reaches an agreement for the future rights to NFL Sunday Ticket, the NFL shall produce all presentations, analyses, strategic planning documents, and communications regarding the negotiations for the rights to Sunday Ticket from the date of this Order to the date on which agreement is reached. Within fifteen (15) days of that production, the NFL shall make a witness available for deposition to provide testimony on behalf of the NFL regarding the negotiations for the rights to Sunday Ticket.

IT IS SO ORDERED.

Dated: 7/22/22

*John E. McDermott*

JOHN E. MCDERMOTT
United States Magistrate Judge