# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.  *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Renee Bien-Aime | 2a. Contact Phone Number: (212)471-8352 | 3a. Contact E-mail Address: rbien-aime@susmangodfrey.com |
| 1b. Attorney Name (if different): Seth Ard | 2b. Attorney Phone Number: (212)471-8354 | 3b. Attorney E-mail Address: sard@susmangodfrey.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019

**5. Name & Role of Party Represented:** Plaintiffs Tavern Corp. d/b/a Bench Sports Bar

**6. Case Name:** In Re National Football Leagues Sunday Ticket Antitrust Litigation

**7a. District Court Case Number:** 2:15-ml-02668-PSG-JEM

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form):*

[X] DIGITALLY RECORDED    [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: ____

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [X] Non-Appeal    [ ] Criminal  [X] Civil    [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | FORMAT | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|
| 8/09/2022 | 599 | McDermott | Zoom Hearing of Motion To Compel Argument | PDF (email) | None | 3-Day |

Format options: PDF (email), TEXT/ASCII (email), PAPER, CONDENSED (email), CM/ECF ACCESS (web), WORD INDEXING

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 8/10/2022   Signature: /s/ Seth Ard

G-120 (06/18)