**MANDATORY COPY**

1  Hannah Cannom (SBN 245635)
   hcannom@wscllp.com
2  Bethany Stevens (SBN 245672)
   bstevens@wscllp.com
3  WALKER STEVENS CANNOM LLP
   500 Molino Street, Suite 118
4  Los Angeles, CA 90013
   Phone: (213) 712-9145
5  Fax: (213) 403-4906

6  *Attorneys for Non-Party Apple Inc.*

FILED
CLERK, U.S. DISTRICT COURT

AUG 11 2022

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

unk #583

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY APPLE INC.'S APPLICATION UNDER LOCAL RULE 79-5 TO SEAL PORTIONS OF ITS STATEMENT REGARDING PLAINTIFFS' MOTION TO TAKE LIMITED DISCOVERY AFTER THE DEADLINE FOR FACT DISCOVERY**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

Pending before the Court is non-party Apple Inc.'s Application Under Local Rule 79-5 to Seal Portions of Its Statement Regarding Plaintiffs' Motion to Take Limited Discovery After the Deadline for Fact Discovery.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The unredacted version of Non-Party Apple Inc.'s Statement Regarding Plaintiffs' Motion to Take Limited Discovery After the Deadline for Fact Discovery;
2. The unredacted Declaration of Bethany Stevens in Support of Non-Party Apple Inc.'s Statement Regarding Plaintiffs' Motion to Take Limited Discovery After the Deadline for Fact Discovery ("Stevens Declaration");
3. Exhibit A to the Stevens Declaration; and
4. Exhibit B to the Stevens Declaration.

**IT IS SO ORDERED.**

Dated: 8/15/22

The Hon. Philip S. Gutierrez
United States District Judge