FILED
CLERK, U.S. DISTRICT COURT
AUG 11 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LMK #595

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: August 19, 2022<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Tyler Finn in Support of Plaintiffs' Application to File Documents Under Seal.
2. The unredacted version of the Reply in Support of Plaintiffs' Motion to Take Limited Discovery after the Deadline for Fact Discovery.
3. The unredacted version of the Reply Declaration of Farhad Mirzadeh in support of Plaintiffs' Motion to Take Limited Discovery after the Deadline for Fact Discovery.

IT IS SO ORDERED.

Dated: 8/10/22

PHILIP S. GUTIERREZ
United Sates District Judge

1