Case: 2:15ml2668  Doc: 541

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
444 West Ocean Boulevard   Suite 1700
Long Beach, CA 90802

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



NEOPOST    FIRST-CLASS MAIL
07/13/2022
US POSTAGE $001.92⁰
ZIP 90012
041M11461109



-R-T-S-   908025120-1N    07/20/22

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



FILED
CLERK, U.S. DISTRICT COURT
JUL 27 2022
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY



RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 26 2022
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY