Case: 2:15ml2668   Doc: 532

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
444 West Ocean Boulevard   Suite 1700
Long Beach, CA 90802

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

NEOPOST  FIRST-CLASS MAIL
07/13/2022
US POSTAGE $001.92⁰



ZIP 90012
041M11461109





FILED
CLERK, U.S. DISTRICT COURT
JUL 27 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

```
-R-T-S-   908025120-1N        07/20/22

          RETURN TO SENDER
          UNABLE TO FORWARD
          UNABLE TO FORWARD
          RETURN TO SENDER
```



RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 26 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY