Case: 2:15ml2668   Doc: 542

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
444 West Ocean Boulevard   Suite 1700
Long Beach, CA 90802

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS



NEOPOST          FIRST-CLASS MAIL
07/14/2022
US POSTAGE  $001.44⁰

NIXIE   910  4E 1           7207/31/22
    RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 90012333299    2347N212195-00805    UTF



FILED
CLERK, U.S. DISTRICT COURT
AUG - 4 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 2 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

CSO ROY
X-RA