Marc M. Seltzer (54534)  
mseltzer@susmangodfrey.com  
SUSMAN GODFREY L.L.P.  
1900 Avenue of the Stars, Suite 1400  
Los Angeles, CA 90067-6029  
Phone: (310) 789-3100  
Fax: (310) 789-3150  

Howard Langer (*Pro Hac Vice*)  
hlanger@langergrogan.com  
LANGER GROGAN AND DIVER PC  
1717 Arch Street, Suite 4020  
Philadelphia, PA 19103  
Tel: (215) 320-5660  
Fax: (215) 320-5703  

Scott Martin (*Pro Hac Vice*)  
smartin@hausfeld.com  
HAUSFELD LLP  
33 Whitehall Street, 14th Floor  
New York, NY 10004  
Tel: (646) 357-1100  
Fax: (2121) 202-4322  

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: December 16, 2022<br>TIME: 1:30 p.m.<br>COURTROOM:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 16, 2022, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Philip S. Gutierrez, Chief United States District Judge, Courtroom 6A, United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012, Plaintiffs will and hereby do move pursuant to Rule 23 of the Federal Rules of Civil Procedure for an order certifying two classes regarding Plaintiffs' claims defined as follows:

> **Commercial Class.** All DirecTV commercial subscribers that purchased the NFL Sunday Ticket from DirecTV, or its subsidiaries, at any time between June 17, 2011 and the date of the Court's class certification order ("Commercial Class"). The Commercial Class excludes the Defendants and any of their current or former parents, subsidiaries, or affiliates. The Commercial Class also excludes all judicial officers presiding over this action and their immediate family members and staff, and any juror assigned to this action.

> **Residential Class.** All DirecTV residential subscribers that purchased the NFL Sunday Ticket from DirecTV, or its subsidiaries, at any time between June 17, 2011 and the date of the Court's class certification order ("Residential Class"). The Residential Class excludes the Defendants and any of their current or former parents, subsidiaries, or affiliates. The Residential Class also excludes all judicial officers presiding over this action and their immediate family members and staff, and any juror assigned to this action.

Plaintiffs also hereby move the Court to appoint Plaintiffs Ninth Inning Inc., dba The Mucky Duck, and 1465 Third Avenue Restaurant Corp., dba Gael Pub, as class representatives for the Commercial Class, and Plaintiffs Robert Gary Lippincott, Jr. and Jonathan Frantz as class representatives for the Residential Class.

Plaintiffs further move the Court to appoint Marc M. Seltzer and Susman Godfrey L.L.P., Scott Martin and Hausfeld LLP, and Howard Langer and Langer, Grogan & Diver P.C. as class counsel for both the Commercial Class and Residential Class pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

This motion for class certification is based upon this notice, the concurrently-filed memorandum of points and authorities, the exhibits and declarations submitted in connection thereto, the pleadings, documents, and records on file in this action, any argument that may be presented to the Court on this motion, and such other matters as the Court deems appropriate.

This motion is made following the conference of counsel pursuant to the meet and confer requirements of Local Rule 7-3 that took place on August 15, 2022.[1]

Dated:  August 19, 2022

Respectfully submitted,

By:  /s/ Marc M. Seltzer
Marc M. Seltzer

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019

---

[1] Due to the unavailability of defendants' counsel to hold the meet and confer on August 12, 2022, the parties agreed to conduct the meet and confer on August 15, 2022. Plaintiffs have been advised by the NFL Defendants that they agree that the parties have complied with Local Rule 7-3.

|   |   |
|---|---|
| 1 | Tel: (212) 336-8330<br>Fax: (212) 336-8340 |
| 2 | Ian M. Gore (*Pro Hac Vice*)<br>igore@susmangodfrey.com |
| 3 | SUSMAN GODFREY L.L.P.<br>401 Union Street, Suite 3000 |
| 4 | Seattle, WA 98101<br>Tel: (206) 505-3841 |
| 5 | Fax: (206) 516-3883 |
| 6 | Scott Martin (*Pro Hac Vice*)<br>smartin@hausfeld.com |
| 7 | HAUSFELD LLP<br>33 Whitehall Street, 14th Floor |
| 8 | New York, NY 10004<br>Tel: (646) 357-1100 |
| 9 | Fax: (212) 202-4322 |
| 10 | Christopher L. Lebsock (184546)<br>clebsock@hausfled.com |
| 11 | HAUSFELD LLP<br>600 Montgomery St., Suite 3200 |
| 12 | San Francisco, CA 94111<br>Tel: (415) 633-1908 |
| 13 | Fax: (415) 633-4980 |
| 14 | Farhad Mirzadeh (*Pro Hac Vice*)<br>fmirzadeh@hausfeld.com |
| 15 | HAUSFELD LLP<br>888 16th Street, N.W., Suite 300 |
| 16 | Washington, DC 20006<br>Tel: (202) 540-7200 |
| 17 | Fax: (202) 540-7201 |
| 18 | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com |
| 19 | Edward Diver (*Pro Hac Vice*)<br>ndiver@langergrogan.com |
| 20 | Peter Leckman (235721)<br>pleckman@langergrogan.com |
| 21 | Kevin Trainer (*Pro Hac Vice*)<br>ktrainer@langergrogan.com |
| 22 | LANGER GROGAN AND DIVER PC<br>1717 Arch Street, Suite 4020 |
| 23 | Philadelphia, PA 19103<br>Tel: (215) 320-5660 |
| 24 | Fax: (215) 320-5703 |
| 25 | *Plaintiffs' Co-Lead Counsel* |
| 26 | |
| 27 | |
| 28 | |