# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

This matter is before the Court on Plaintiffs' Motion for Class Certification. The Court has considered the motion, all other papers filed relating to the motion, other documents and pleadings filed in this action, and the arguments of counsel.

IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Class Certification is GRANTED.

2. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court hereby certifies the following "Commercial Class" for purposes of Plaintiffs' claims in this action:

All DirecTV commercial subscribers that purchased the NFL Sunday Ticket from DirecTV, or its subsidiaries, at any time between June 17, 2011 and the date of the Court's class certification order ("Commercial Class"). The Commercial Class excludes the Defendants and any of their current or former parents, subsidiaries, or affiliates. The Commercial Class also excludes all judicial officers presiding over

this action and their immediate family members and staff, and any juror assigned to this action.

3. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court further certifies the following "Residential Class" for purposes of Plaintiffs' claims in this action:

> All DirecTV residential subscribers that purchased the NFL Sunday Ticket from DirecTV, or its subsidiaries, at any time between June 17, 2011 and the date of the Court's class certification order ("Residential Class"). The Residential Class excludes the Defendants and any of their current or former parents, subsidiaries, or affiliates. The Residential Class also excludes all judicial officers presiding over this action and their immediate family members and staff, and any juror assigned to this action.

4. The Court certifies both the Commercial Class and the Residential Class as injunctive relief classes pursuant to Rule 23(b)(2), and damages classes pursuant to Rule 23(b)(3).

5. The Court appoints Plaintiffs Ninth Inning Inc., dba The Mucky Duck, and 1465 Third Avenue Restaurant Corp., dba Gael Pub, as class representatives for the Commercial Class.

6. The Court further appoints Plaintiffs Robert Gary Lippincott, Jr. and Jonathan Frantz as class representatives for the Residential Class.

7. Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, the Court appoints the Marc M. Seltzer and Susman Godfrey L.L.P., Scott Martin and Hausfeld LLP, and Howard Langer and Langer, Grogan & Diver P.C. as class counsel for both the Commercial Class and Residential Class.

8. Within 45 days of this Order, Plaintiffs shall file a motion to disseminate class notice with a proposed form of notice for the Commercial Class and a separate form of notice for the Residential Class.

IT IS SO ORDERED.

Dated: _____

PHILIP S. GUTIERREZ
Chief United States District Judge