1   Marc M. Seltzer (54534)
    mseltzer@susmangodfrey.com
2   SUSMAN GODFREY L.L.P.
    1900 Avenue of the Stars, Suite 1400
3   Los Angeles, CA 90067-6029
    Phone: (310) 789-3100
4   Fax: (310) 789-3150

    Howard Langer (*Pro Hac Vice*)
    hlanger@langergrogan.com
    LANGER GROGAN AND DIVER PC
    1717 Arch Street, Suite 4020
    Philadelphia, PA 19103
    Tel: (215) 320-5660
    Fax: (215) 320-5703

5   Scott Martin (*Pro Hac Vice*)
    smartin@hausfeld.com
6   HAUSFELD LLP
    33 Whitehall Street, 14th Floor
7   New York, NY 10004
    Tel: (646) 357-1100
8   Fax: (2121) 202-4322

9
    [Additional Counsel on Signature Page]
10
    *Plaintiffs' Co-Lead Counsel*
11

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14

15  | IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
16

17  | THIS DOCUMENT RELATES TO ALL ACTIONS | **DECLARATION OF MARC M. SELTZER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
18
19
20
                JUDGE: Hon. Philip S. Gutierrez
21              DATE: December 16, 2022
                TIME: 1:30 p.m.
22              COURTROOM: First Street Courthouse
                     350 West 1st Street
23                   Courtroom 6A
                     Los Angeles, CA 90012
24

25

26

27

28

I, Marc M. Seltzer, hereby declare:

1.    I am a member in good standing of the bar of this Court, an active member of the State Bar of California, a partner in the law firm of Susman Godfrey L.L.P., and was appointed interim co-lead counsel for the Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2.    I make this declaration in support of Plaintiffs' Motion for Class Certification.

3.    Susman Godfrey is a nationally-recognized law firm that focuses entirely on high-stakes commercial litigation. The firm maintains offices in Houston, Seattle, Los Angeles, and New York. A copy of Susman Godfrey's firm profile is attached as Exhibit 1.

4.    I have practiced law in this district and in courts across the country for nearly five decades, and have been appointed to serve as plaintiffs' lead counsel in several class action cases, including one of three co-lead counsel in *In re Toyota Motor Corp. Unintended Acceleration Litig.*, Case No. CV 10-ML-2151 (C.D. Cal.), which settled for $1.6 billion. The Court in the *Toyota* litigation remarked that "[c]lass counsel has consistently demonstrated extraordinary skill and effort" in representing the interests of the plaintiff class. Dkt. No. 3933 at 12. In *White v. NCAA*, 06-cv-0999 (C.D. Cal.), I served as co-lead counsel and achieved benefits netting the class approximately $220 million. My experience in managing complex litigation resulted in me being named a Law360 "Class Action MVP" in 2013, one of only three attorneys in the nation to receive that honor. I have also demonstrated leadership in this case, including in successfully arguing before the Ninth Circuit to obtain a reversal of the Court's prior dismissal in this case. A copy of my attorney profile is attached as Exhibit 2.

6.    My colleague Bill Carmody is part of the Susman Godfrey team involved in this action. A copy of his attorney profile is attached as Exhibit 3.

7.     My colleague Arun Subramanian is also part of the Susman Godfrey team involved in this action. A copy of his attorney profile is attached as Exhibit 4.

8.     My colleague Seth Ard is also part of the Susman Godfrey team involved in this action. A copy of his attorney profile is attached as Exhibit 5.

9.     My colleague Ian Gore is also part of the Susman Godfrey team involved in this action. A copy of his attorney profile is attached as Exhibit 6.

10.     My colleague Tyler Finn is also part of the Susman Godfrey team involved in this action. A copy of his attorney profile is attached as Exhibit 7.

11.     My colleague Armstead Lewis is also part of the Susman Godfrey team involved in this action. A copy of his attorney profile is attached as Exhibit 8.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 19, 2022, in Los Angeles, California.

_____*/s/ Marc M. Seltzer*_____
Marc M. Seltzer

# EXHIBIT 1
# to the Declaration
# of Marc M. Seltzer

SUSMAN GODFREY

## The Susman Godfrey Difference

For over forty years, Susman Godfrey has focused its nationally recognized practice on just one thing: high-stakes commercial litigation. We are one of the nation's leading litigation boutique law firms, with offices in Houston, Los Angeles, New York and Seattle. We have a unique perspective, the will to win, and an uncommon structure, which taken together provide the way to win.

## The Will to Win

At Susman Godfrey, we want to win because we are stand-up trial attorneys, not discovery litigators. We approach each case as if it is headed for trial. Everything that we do is designed to prepare our attorneys to persuade a jury. When you are represented by Susman Godfrey, the opposing party will know that you are willing to take the case all the way to a verdict if necessary; this fact alone can make a good settlement possible.

Susman Godfrey has a longstanding reputation as one of the premier firms of trial lawyers in the United States. We are often brought in on the eve of trial to "rescue" troubled cases or to take the reins when the case requires trial lawyers with a proven record of courtroom success.

We also want to win because we share the risk with our clients. We prefer to work on a contingency-fee basis so that our time and efforts pay off only when we win. Our interests are aligned with our clients—we want to achieve the best-possible outcome at the lowest possible cost.

Finally, we want to win because each of our attorneys shares a commitment to your success. Each attorney at the firm—associate as well as partner—examines every proposed contingent fee case and has an equal vote on whether or not to accept it. The resulting profit or loss affects the compensation of every attorney at the firm. This model has been a tremendous success for both our attorneys and our clients. In recent years, we have achieved the highest profit-per-partner results in the nation. Our associates have enjoyed performance bonuses equal to their annual salaries. When you win, our attorneys win.

## Unique Perspective

Susman Godfrey represents both plaintiffs and defendants. We thrive on variety, flexibility, and creativity. Clients appreciate the insights that our broad experience brings. "I think that's how they keep their tools sharp," says one.

Many companies who have had to defend cases brought by Susman Godfrey on behalf of plaintiffs are so impressed with our work in the courtroom that they hire us themselves next time around—companies like El Paso Corporation, Georgia-Pacific Corporation, Mead Paper, and Nokia Corporation.

We know from experience what motivates both plaintiffs and defendants. This dual perspective informs not just our trial tactics, but also our approach to settlement negotiations and mediation

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided.  Please call us for the most recent edition.*

SUSMAN GODFREY

presentations. We are successful in court because we understand our opponent's case as well as our own.

## An Uncommon Structure

At Susman Godfrey, our clients hire us to achieve the best possible result in the courtroom at the least possible cost. Because we learned to run our practice on a contingency-fee model where preparation of a case is at our expense, we have developed a very efficient approach to commercial litigation. We proved that big cases do not require big hours. And, because we staff and run all cases using the same model, clients who prefer to hire us by the hour also benefit from our approach.

There is no costly pyramid structure at Susman Godfrey. As a business, we are lean, mean and un-leveraged—with a two-to-one ratio between partners and associates. To counter the structural bloat of our opponents, who often have three associates for each partner, we rely on creativity and efficiency.

Susman Godfrey's experience has taught what is important at trial and what can be safely ignored. We limit document discovery and depositions to the essential. For most depositions and other case-related events we send one attorney and one attorney alone to handle the matter. After three decades of trials, we know what we need—and what is just a waste of time and money.

## Unparalleled Talent

Susman Godfrey prides itself on a talent pool as deep as any firm in the country. Clerking for a judge in the federal court system is considered to be the best training for a young trial attorney, 100% of our Associates and over 90% of our Partners served in these highly sought-after clerkships after law school. Ten of our trial lawyers have clerked at the highest level—for Justices of the United States Supreme Court.

Our associates are not document-churning drones. Each associate at Susman Godfrey is expected to second-chair cases in the courtroom from the start. Because we are so confident in their abilities, we consider associates for partnership after seven years with the firm, unless they joined us following a federal judicial clerkship. In that case, we give credit for the clerkship, and the partnership track is generally six years. We pay them top salaries and bonuses, make them privy to the firm's financials, and let them vote—on an equal standing with partners—on virtually all firm decisions.

Each trial attorney at Susman Godfrey is invested in our unique model and stands ready to handle your big-stakes commercial litigation.

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided.  Please call us for the most recent edition.*

SUSMAN GODFREY

## A Record of Winning

One of Susman Godfrey's early cases, the Corrugated Container antitrust trial, led to one of the highest antitrust jury verdicts ever obtained. Since that extraordinary start, the firm has remained devoted to helping businesses and individuals achieve similarly extraordinary results.

Recent high-profile victories include:

- Secured a $600 million settlement for residents of Flint, Michigan in the nationally followed Flint Water Crisis litigation.

- Won a $706.2 million unanimous jury verdict for client HouseCanary, in a breach of contract and misappropriation of trade secrets case against Quicken Loans affiliate, Title Source, Inc. The judgement appears at number four on *The National Law Journal*'s "Top 100 Verdicts of the Year" list.

- Won a $25.25 million jury verdict for client, Steven Lamar, in a contract and intellectual property dispute with Dr. Dre and Jimmy Iovine over the iconic Beats headphones — this verdict was also included on *The National Law Journal*'s "Top 100 Verdicts of the Year" list.

- Secured a favorable settlement for Uber in its epic battle against Google's Waymo over self-driving car technology.

- Won a jury verdict valued at $128 million for client General Electric, in its legal battle against the Nebraska Investment Finance Authority.

- Secured one of the largest settlement awards ever to a single whistleblower in a False Claims Act case—over $450 million from Novartis Pharmaceuticals, who was accused of defrauding Medicare and Medicaid by illegally paying kickbacks to pharmacies so they would recommend Novartis's medications to doctors and patients.

- Secured a settlement valued at $100 million for a certified class of plaintiffs in a copyright infringement class action against well-known music streaming service, Spotify.

- Recovered $40 million for a class of derivatives investors in a securities class action against Valeant Pharmaceuticals International, Inc. The deal is believed to be the largest recovery ever obtained on behalf of derivative investors in history.

- Won a $50.3 million federal jury verdict for client, Green Mountain Glass, in a patent infringement lawsuit against Ardagh Glass, Inc. This verdict was #34 on *The National Law Journal*'s "Top 100 Verdicts of 2017" list.

- Secured a $91.25 million settlement for insurance policy owners in *37 Besen Parkway, LLC v. John Hancock Life Insurance Company*

- Secured nearly $600 million with various international investment banks on behalf of our plaintiff clients in the ongoing LIBOR antitrust class action. The agreement with these banks represents the resolution of claims by investors that transacted directly with the

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided.  Please call us for the most recent edition.*

SUSMAN GODFREY

international banks on the panel to determine US Dollar LIBOR. Just recently the class that Susman Godfrey represents became the first and only class certified by the SDNY.

- Won a $70 million judgement for Wellstat Therapeutics against BTG International, Inc. in a pharmaceutical contract dispute in the Delaware Court of Chancery.

- Secured a settlement valued at $73 million while representing Flo & Eddie (the founding members of 60's music group, The Turtles) along with a class of owners of pre-1972 sound recordings for copyright violations by music provider Sirius XM. Susman Godfrey attorneys on this matter were named "California Lawyer Attorneys of the Year" by *The Daily Journal* for their legal work on this case.

- Won an over $43.2 million federal court jury award in favor of Apache Deepwater LLC and against W&T Offshore in an oil and gas related breach of contract case having to do with deepwater wells in the Gulf of Mexico. This verdict was named by *The National Law Journal* as one of "The Top 100 Verdicts of 2016" and appeared on Texas Lawyer's "Hall of Fame Verdicts" in 2019.

- Secured over $1.2 billion with several international automobile parts suppliers in the In Re Automotive Parts (Auto Parts) price-fixing class action. The multidistrict litigation, pending in the United States District Court for the Eastern District of Michigan, alleges long-running global collusion by auto parts companies to fix prices of automotive component parts.

- Secured as lead counsel in a case that challenged Phoenix Life Insurance Company's and PHL Variable Insurance Company's decision to raise the cost of insurance ("COI") nationwide on life insurance policy owners. The case settled with plaintiffs receiving a $48.5 million cash fund, COI freeze through 2020, and a covenant by Phoenix not to challenge the policies, worth $9 billion in face value.

- Secured a $244 million settlement in a federal monopolization and antitrust class action against News Corporation (News Corp) on behalf of a certified class of more than 500 consumer packaged goods companies. The media giant also agreed to change its business practices regarding in-store advertising.


## Pro Bono

Susman Godfrey is committed to improving the laws and the legal system by representing those who cannot afford to pay for legal services. We encourage our attorneys to participate in pro bono opportunities and make firm resources available to ensure our pro bono efforts are meaningful and effective.

Lawyers at Susman Godfrey are often tapped by trial and appellate courts across the country to assist on precedent-setting pro bono matters. We also regularly partner with various organizations to drive forward significant and timely pro bono litigation. These organizations include, among many, the American Civil Liberties Union (ACLU), the Civil Rights Corps, the Texas Fair Defense Project, the Next Generation Action Network Legal Advocacy, and the International Rescue Committee.

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided. Please call us for the most recent edition.*

SUSMAN GODFREY

In 2021, Susman Godfrey launched its Minority-Owned Business (MOBUS) Pro Bono Program which provides legal representation to minority-owned businesses in Houston in connection with commercial litigation, such as breach of contract, fraud, and other business disputes.

Susman Godfrey has been included on National Law Journal's Pro Bono Hot List and our lawyers have been honored with awards such as Texas Lawyer's Attorney of the Year, University of Texas School of Law's Distinguished Alumnus for Community Service Award, and Texas Appleseed's J. Chrys Dougherty Good Apple Award.

Should you want to partner with Susman Godfrey on a pro bono initiative, you can contact our Pro Bono Committee at ProBono@susmangodfrey.com.

The cases below illustrate the variety and importance of the matters we litigate pro bono.

<u>Constitutional Challenges</u>

- ***O'Donnell v. Harris County.*** For decades, the Harris County Jail held tens of thousands of people who were arrested for misdemeanors but were financially unable to post bail. Though arrested for the same minor offense, a person with money could avoid jail entirely while an indigent person would spend days or weeks in jail before determination of merits. Along with Civil Rights Corps and the Texas Fair Defense Project, Susman Godfrey represents on a pro bono basis a class of indigent arrestees who challenged the constitutionality of Harris County's money bail practices. After an eight-day evidentiary hearing, the US District Court found Harris County's system unconstitutional and ordered broad injunctive relief. After the bail reforms went into effect, the US Court of Appeals for the Fifth Circuit affirmed the district court's rulings that the system was unconstitutional. In the first year in which the injunctive relief was in effect, more than 12,000 people were released from jail.

<u>Human Rights/Anti-Discrimination</u>

- ***Faculty, Alumni and Students Opposed to Racial Preferences v. New York University Law Review.*** Susman Godfrey defended New York University Law Review against allegations that its diversity and inclusiveness initiatives violate federal bias law by favoring female and minority applicants and authors. The Hon. Edgardo Ramos of the Southern District of New York granted the motion filed by Susman Godfrey to dismiss the case. The Second Circuit later affirmed the decision.

- ***Texas v. United States of America and the International Rescue Committee.*** Represented the International Rescue Committee (IRC) pro bono when the state of Texas sued to block the federal government and the IRC from resettling any Syrian refugees in Texas. Working with the ACLU, and the Southern Poverty Law Center, the team defeated the state's multiple requests for injunctive relief. The federal district court later dismissed all of the state's claims.

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided.  Please call us for the most recent edition.*

SUSMAN GODFREY

- ***Jared Woodfill et al. v. Annise Parker et al.*** Served as lead trial counsel for the city of Houston and won a jury verdict and a final judgment in a closely-watched trial over a challenge to Houston's Equal Rights Ordinance, a law that prohibits discrimination based on an individual's sex, race, color, ethnicity, national origin, age, familial status, marital status, military status, religion, disability, sexual orientation, genetic information, gender identity, or pregnancy in city employment and city services, city contracts, public accommodations, private employment (excluding religious organizations), and housing. The city asked Susman Godfrey to represent it pro bono and defend the ordinance. After a two-week trial, the jury issued its verdict resoundingly in the city's favor. After two months of post-verdict briefing, the court issued a final judgment in favor of the city.

- ***International Franchise Ass'n, Inc. et al. v. City of Seattle, et al.*** Retained by the city of Seattle on a partial pro bono basis to defend its landmark $15 per hour minimum wage ordinance. Several Seattle franchise businesses challenged the ordinance on a number of legal grounds, including violation of the Equal Protection Clause and Dormant Commerce Clause of the US Constitution. The district court denied the plaintiff franchise group's motion for a preliminary injunction and found that the plaintiffs had failed to demonstrate a likelihood of succeeding on the merits of any of their claims.

Death Penalty Appeals/Prisoners' Rights

- ***David Daniels et al. v. Dallas County Sheriff Marian Brown.*** Partnered with the American Civil Liberties Union, ACLU of Texas, Civil Rights Corps, and the Next Generation Action Network Legal Advocacy Fund to bring a federal class-action lawsuit for emergency relief to remedy the Dallas County Jail's ongoing failure to manage the extraordinary risks COVID-19 poses to its detainees, staff, and the larger community.

- ***In re: Alfred DeWayne Brown.*** Represented a wrongfully convicted man, Alfred Dewayne Brown, in his now successful quest to obtain an "actual innocence" finding from the Harris County D.A.'s office after nearly a decade on death row for a murder he didn't commit.

- ***Harris v. Fischer.*** Secured an important pro bono appellate victory on behalf of a former Bedford Hills Correctional Facility inmate who alleged her Fourth and Eighth Amendment rights were violated during a body cavity search while she was incarcerated. In its ruling, the US Court of Appeals for the Second Circuit vacated the district court's decision dismissing the case and remanded for further consideration.

- **Death Penalty Appeals.** Handled several death penalty appeals focusing on the requirement for the State of Texas to release information about the chemicals used to put prisoners to death in order for counsel to protect the rights of their clients not to be subject to cruel and unusual punishment. In one case, the Susman Godfrey team obtained an injunction against execution due to this issue.

Other Significant Pro Bono Work

- ***Alley Theater v. Hanover Insurance Co.*** The Tony Award-winning Alley Theatre, the oldest professional theatre company in Texas and the third-oldest resident theatre in the

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided.  Please call us for the most recent edition.*

country, suffered devastating destruction during Hurricane Harvey, incurring millions in losses from property damage, lost income and expenses. Susman Godfrey represented the Theatre pro bono in insurance litigation related to hurricane-caused business interruption. Susman Godfrey first secured a partial summary judgment ruling on behalf of Alley in a coverage lawsuit against Hanover over claims the theatre was not properly reimbursed for hurricane-related business interruption losses. The firm later scored a second victory for the theater when they settled the final piece of the litigation.

- *First Presbyterian Church of Houston v. Presbytery of the New Covenant, Inc.* Represented First Presbyterian Church of Houston (FPC), one of the oldest congregations in Houston, in a property dispute against the Presbyterian Church (PCUSA), which claimed for close to 30 years that it has a trust interest in FPC's property in Houston, Texas. The Court ruled in FPC's favor on summary judgment, entering final judgment and a permanent injunction against the Presbytery of the New Covenant and finding that the PCUSA has no interest in FPC's property. After appellate arguments, the parties settled, with the denomination releasing any claim to any interest in FPC's property.

- **Law Center to Prevent Gun Violence.** For years, Susman Godfrey has provided pro bono legal research, consultation, and strategy advice to the Law Center to Prevent Gun Violence regarding measures to regulate the sale and use of firearms.

## Office Locations

**Houston**
1000 Louisiana St
Suite 5100
Houston, TX, 77002
T: 713-651-9366
F: 713-654-6666

**Los Angeles**
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
T: 310-789-3100
F: 310-789-3150

**New York**
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
T: 212-336-8330
F: 212-336-8340

**Seattle**
1201 Third Avenue
Suite 3800
Seattle, WA 98101
T: 206-516-3880
F: 206-516-3883

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided. Please call us for the most recent edition.*

# EXHIBIT 2
# to the Declaration
# of Marc M. Seltzer

# SUSMAN GODFREY L.L.P.



## Marc M. Seltzer
### Partner

Los Angeles
(310) 789-3102
mseltzer@susmangodfrey.com

## Overview

Marc Seltzer has practiced law for more than forty-five years, litigating complex cases in state and federal courts throughout the United States.  Before joining Susman Godfrey, he was a principal in the law firm of Corinblit & Seltzer, a Professional Corporation. Marc Seltzer's relationship with the lawyers of  Susman Godfrey began in the late 1970's, when he worked with Steve Susman on the *Corrugated Container* antitrust case. In the ensuing years, Mr. Seltzer joined forces with Susman Godfrey on a number of other cases. In February 1998, Marc Seltzer became a partner of the firm, and opened the firm's Los Angeles office. Since then, the firm's Los Angeles office has become one of the leading litigation boutiques in California.

Marc Seltzer's involvement in nationally prominent litigation began in the mid-1970's, when he was tapped by Jack Corinblit to work on the massive *Equity Funding* securities litigation. That case consisted of more than 100 consolidated class and individual cases, and was settled in 1976 for over $60 million, then the largest recovery ever achieved in a securities fraud class action. *See In re Equity Funding Corp. of America Securities Litigation*, 438 F. Supp. 1303 (C.D. Cal. 1977). Later, in the 1980's, Mr. Seltzer was appointed by the Los Angeles federal court to serve as sole lead counsel to represent the plaintiff class in the *ZZZZ Best* securities fraud case. The *ZZZZ Best* fraud was described by the United States Attorney for the Central District of California as "the most massive and elaborate securities fraud perpetrated on the West Coast in over a decade," harking back to the *Equity Funding* case. The case resulted in several important published decisions sustaining plaintiffs' claims. *See In re ZZZZ Best Securities Litigation*, 864 F. Supp. 960 (C.D. Cal. 1994).

Since joining the firm, Mr. Seltzer has continued to represent both plaintiffs and defendants in a wide variety of high stakes cases.  Among other prominent cases, Mr. Seltzer served as co-trial counsel with Steve Susman in representing Frank McCourt in his marital property litigation with his former wife which involved competing claims to ownership of the Los Angeles Dodgers. In 2015, Mr. Seltzer successfully argued the appeal taken by Ms. McCourt from the order denying her motion to set aside the settlement reached in that case.

In the *In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, Marc Seltzer was appointed by the Court to serve as one of the co-lead counsel for the economic loss class action plaintiffs.  After three years of hard fought litigation, an historic settlement was reached valued by the Court at approximately $1.6 billion, with the class receiving net benefits valued at approximately $1.4 billion.

Mr. Seltzer is currently leading Susman Godfrey's efforts as one of co-lead counsel for plaintiffs in *In re Automotive Parts Antitrust Litigation,* pending in the Detroit federal court.  The United States Department of Justice has called the cartels that are the subject of this litigation the largest group of price-fixing conspiracies

ever uncovered.  The cases have been partially settled for more than a billion dollars.

In 2019, Seltzer was named one of the "Thought Leaders in Competition – Plaintiff" by *Who's Who Legal* (Law Business Research Ltd).  Seltzer is one of only seventeen lawyers in the United States and one of only twenty six lawyers across the world to receive this distinction.

In 2020 and 2021 Seltzer was named one of  California's "Top Antitrust Lawyers" by the *Los Angeles Daily Journal.* In 2018, Seltzer was named one of thirty "Top Plaintiffs Lawyers" and one of the "Top 100 Lawyers" in California by the same publication. He was named a "Top Plaintiffs Lawyer" again in 2022. Seltzer was honored twice in late 2017 for his ground-breaking antitrust work. In December, 2017, he was named an "Competition MVP" by *Law360* and in September were 2017, Seltzer was named a "Giant Slayer" by *The Recorder* (ALM Publication). These recognition were in large part due to his leadership roles in *In re: Auto Parts* and  *In re Animation Workers Antitrust Litigation,* the latter in which Seltzer took on the world's largest animation companies, including Disney, Pixar, Lucasfilm Ltd., Dreamworks and Sony, on behalf of animation employees and recovered nearly $170 million.

In December 2013, Mr. Seltzer was named to *Law360's* annual list of legal "MVPs."  He was one of just three attorneys in the nation selected by *Law360* for recognition in the Class Action category.  He has also been named to the *International Who's Who of Competition Lawyers & Economists.*  Nominees were selected by *Global Competition Review* based upon "comprehensive, independent survey work with both general counsel and private practice lawyers worldwide."  Seltzer has been named to this list many times, most recently in 2018.

Additionally, Mr. Seltzer's many significant class action achievements helped secure Susman Godfrey's recognition as *Law360's* "Class Action Group of the Year" in 2017 and 2018.

Over his many years of practice, Mr. Seltzer has also represented defendants in antitrust, securities, copyright, trademark, trade secret, unfair competition, class action and other complex litigation.

Mr. Seltzer has also been recognized for his service to the legal community.


## Education

- University of California at Berkeley (B.A., 1969)
- UCLA School of Law (J.D., 1972)


## Honors and Distinctions

- Selected as one of the 30 Top Plaintiff Lawyers in all of California in 2018  and in 2022 by *The Los Angeles Daily Journal*

- Selected as one of the Top Antitrust Lawyers in California in 2020 and 2021 by *The Los Angeles Daily Journal.*

- Recognized by the American Jewish Committee (AJC) at its 39th Annual Learned Hand Award Dinner (2019)

- Recognized by the National Association of Legal Fee Analysis (Specializing in Attorney's Fees and Legal Billing) as "*Highly Experienced in Dealing with Fee Issues Arising in Complex Litigation.*" (2019, 2020)

- Recognized for Outstanding Antitrust Litigation Achievement in Private Law Practice by the American Antitrust Institute (2019) for work on *In re: Automotive Parts Antitrust Litigation.*

- Recognized on Lawdragon 500's list of the country's Leading Plaintiff Financial Lawyers (2019, 2020, 2021, 2022)

- Named one of the Thought Leaders in Competition – Plaintiff by Who's Who Legal (Law Business Research Ltd) – (2019, 2020, 2021)

- Ranked by Martindale-Hubble as a Judicial AV Preeminent Lawyer – the highest possible rating in both legal ability and ethical standards (2017 -2022)

- Selected as one of the Top 100 Lawyers in California in 2018 by *The Los Angeles Daily Journal*

- Recognized by Chambers U.S. for Litigation: General Commercial in California (2018, 2019, 2020)

- Recognized by Chambers U.S. for Antitrust Litigation in California (2020)

- Named a "Leading Lawyers" for "Antitrust – Civil litigation/Class Actions – Plaintiff" by The Legal 500 (2018, 2019, 2020, 2021)

- Named to the Global Competition Review's *Who's Who Legal: Competition* – a guide to the world's leading competition lawyers and economists (2018, 2019, 2020).

- Named a Giant Slayer by *The Recorder* (2017, ALM)

- Named a Competition MVP by *Law360* (2017)

- Selected as one of the 30 Top Plaintiff Lawyers in all of California in 2016 by *The Los Angeles Daily Journal*

- Named a "Super Lawyer" by Southern California Law & Politics magazine (2004-2022, Thomson Reuters)

- Named a National Practice Area Star by *Benchmark Litigation* (2019, 2022)

- Named a Litigation Star by *Benchmark Litigation* (2014 – 2022)

- Named by *US News* as one of the *Best Lawyers in America* for Commercial Litigation and Litigation – Securities (Los Angeles, 2016-2022, Woodward-White, Inc.)

- Named a "Class Action MVP" by *Law360* (2013)

- Recipient, 2012 Jewish Federation of Los Angeles' Bruce I. Hochman-Maimonides Torch of Justice Award

- Recipient, 2004 American ORT Jurisprudence Award

- Named one of Law Dragon's 500 Leading Plaintiff's Lawyers (2007)

- Named one of Law Dragon's 100 Lawyers You Need To Know in Securities Litigation (2008)

## Books and Articles

- Co-author, California Federal Civil Rules (LexisNexis 2017)

- Co-author, California State Antitrust and Unfair Competition Law (Matthew Bender & Co. 2014), published by the Antitrust and Unfair Competition Law Section, State Bar of California

- "Choosing Between Class and Derivative Actions," published in Second Annual Institute, Class and Derivative Litigation in the 1990's — The New Frontier (Prentice Hall Law & Bus. 1991); and the same topic for subsequent Annual Institutes

- "Measures of Damages in Private Actions for Violations of the Federal Securities Laws: The Basic Rules and Selected Problems," published in Securities Litigation 1990 (PLI 1990)

- "Shareholders' Derivative Suits in Contests for Corporate Control," published in Securities Litigation 1986: Prosecution and Defense Strategies (PLI 1986)

## Professional Associations and Memberships

- Past Vice-Chair of the Executive Committee, Antitrust and Unfair Competition Law Section, State Bar of California

- Past President and current member of the Board of Directors of the Ninth Judicial Circuit Historical Society
- Past President and current member of the Board of Directors of the Legal Aid Foundation of Los Angeles
- Life Member of the American Law Institute
- Member, Advisory Board of the American Antitrust Institute
- Member, The Chancery Club
- Member, Board of Directors of the American Constitution Society for Law and Policy
- Member, Board of Directors of the National Equal Justice Library
- Member, Board of Directors, American Friends of Hebrew University, Western Region
- Member, Board of Trustees of the Lawyers Committee for Civil Rights Under Law
- Member, Board of Directors of the Friends of the Los Angeles County Law Library
- Life Fellow of the American Bar Foundation
- Member, American Bar Association (and its Business Law, Antitrust Law, Torts and Insurance Law, and Litigation Sections)
- Member, Board of Counselors for Equal Justice Works

## Notable Representation

- In re: *Libor-Based Financial Instruments Antitrust Litigation,* Susman Godfrey serves as court-appointed co-lead counsel in this consolidated antitrust proceeding arising out of the LIBOR scandal. Seltzer is one of most senior members of the Susman Godfrey trial team in this litigation.  Susman Godfrey represents the over-the-counter direct purchaser class, which was certified by the Court in 2018- the only one of several proposed classes to receive certification. Recent agreements with several defendants have brought settlements to date to nearly $600 million. Each of the settling defendants has also agreed to cooperate in the ongoing litigation against the remaining non-settling defendants.

- *In re Animation Workers Antitrust Litigation*, consolidated class actions filed in San Jose federal court on behalf of animation workers who were allegedly subject to wage suppression as a result of "no poaching" agreements by their employers.  Marc Seltzer and the firm were appointed to serve as co-lead counsel for the plaintiffs. Over $168 million in settlements, before fees and expenses, were secured for the benefit of the class. Seltzer was named a "Giant Slayer" by *The Recorder* (2017, ALM Publication) for his work on this case.

- *In re Korean Air Lines Co., Ltd. Antitrust Litigation*, consisting of more than eighty consolidated antitrust class action cases pending in the Los Angeles federal court. Marc Seltzer was appointed by the Los Angeles federal court to serve as one of the co-lead counsel for the class. Plaintiffs alleged that the two airline company defendants conspired to fix the prices of tickets for travel between the United States and Korea. The case was settled for $86 million in cash and travel vouchers, with the class receiving approximately $60 million.

- *Schulein, et al. v. Petroleum Development Corp., et al.,* a case in which Marc Seltzer served as lead counsel for the plaintiffs in a class action brought in Santa Ana federal court on behalf of more than 7000 limited partners who invested in 12 oil and gas limited partnerships.  Plaintiffs alleged the defendants made false and misleading statements and omitted material information regarding the value of the partnerships in proxy statements used to solicit votes in favor of mergers that cashed the plaintiffs out of their investments. After three years of hard fought litigation, the case was settled on the eve of trial for $37.5 million, with the class receiving approximately $24 million.

- *In re Structured Settlement Litigation*, a series of consolidated class actions were brought in the Los Angeles Superior Court in which Marc Seltzer served as one of the lead counsel for the plaintiffs. The plaintiffs were parties to structured settlements that resolved their personal injury and wrongful death cases. They were victimized years later by the alleged fraudulent conversion of U.S. Treasury bonds

backing their settlements. The litigation was settled for approximately $130 million.  More than $100 million was distributed to the class.

- *McGuire v. Dendreon Corp.*, consolidated securities fraud class action cases filed in Seattle federal court in which Marc Seltzer was appointed by the Court to serve as lead counsel for the class. Plaintiffs alleged that defendants had made false and misleading statements about a new drug that the company planned to sell.  The case was settled for $16.5 million, with the class receiving approximately $12 million.

- *Clark v. AdvanceMe, Inc.*, a class action brought in Los Angeles federal court challenging financial arrangements with retail merchants under California's laws against usury. Marc Seltzer served as lead counsel for the class. The case was settled for approximately $23.4 million in cash and other economic consideration, with the class receiving approximately $19 million.

- *CLRB Hanson Industries, LLC v. Google, Inc.,* a class action for alleged overcharging for advertising services which was settled for $20 million, with the class receiving $15 million.  Marc Seltzer successfully argued the appeal from the judgment approving the settlement before the Ninth Circuit. *See* 465 Fed. Appx. 617 (9th Cir. 2012)

- *In Re Universal Service Fund Telephone Billing Practices Litigation*, an antitrust and breach of contract class action involving more than fifty consolidated cases in which Marc Seltzer served as co-lead counsel for plaintiffs. The case was settled as to one defendant for benefits to the class totaling $25 million, and tried to a verdict as to the remaining defendant.  The jury found in favor of defendant on the antitrust claim and returned a verdict in favor of plaintiffs on the breach of contract claim which was affirmed by the Tenth Circuit. The trial court issued numerous published decisions in this matter. *See, e.g., In Re Universal Service Fund Telephone Billing Practices Litigation*, 300 F. Supp.2d 1107 (D. Kan. 2003).

- *Masimo Corp. v. Tyco Healthcare Group L.P.*, an individual antitrust case for monopolization and restraint of trade in which Marc Seltzer served as co-trial counsel for the plaintiff. The case was tried to a verdict resulting in an award in favor of our client. A new trial was granted as to damages. On retrial, the Court awarded approximately $45 million in damages (after trebling). The Ninth Circuit affirmed the liability verdict and damages award.  *See* 350 Fed. Appx. 95 (9th Cir. 2009).  Our client received a net recovery of approximately $27 million.

- *White v. NCAA*, an antitrust class action brought in Los Angeles federal court challenging limitations on financial assistance provided by colleges and universities to student athletes. Marc Seltzer served as co-lead counsel for the plaintiff class. The case was settled for benefits netting the class approximately $220 million, plus court-approved attorneys' fees and costs.

- *Livid Holdings, Ltd. v. Salomon Smith Barney, Inc.*, a securities fraud case brought on behalf of an investor in a start up company. Marc Seltzer was retained to represent the plaintiff on appeal following the dismissal of the action by the trial court, and was successful in overturning the dismissal of the case. *See Livid Holdings Ltd. v. Salomon Smith Barney, Inc.*, 416 F.3d 940 (9th Cir. 2005). The case was subsequently settled for a confidential amount.

- *In Motorcar Parts & Accessories Securities Litigation*, fourteen consolidated securities fraud class actions in which Marc Seltzer was appointed by the Los Angeles federal court to serve as lead counsel for the class. The case was settled for $7.5 million. *See Z-Seven Fund, Inc. v. Motorcar Parts & Accessories*, 231 F.3d 1215 (9th Cir. 2000).

- *In re IDB Communications Group, Inc. Securities Litigation*, in which Marc Seltzer served as one of four co-lead counsel appointed by the Los Angeles federal court to represent the plaintiff class in more than twenty consolidated securities fraud class action cases. The case was settled for $75 million.

- *In re Taxable Municipal Bond Securities Litigation*, in which four lawyers, including Marc Seltzer, served on Plaintiffs' Executive Committee, and together with plaintiffs' lead counsel, supervised and managed every aspect of the litigation. This litigation was a consolidated multi-district proceeding brought on behalf of defrauded purchasers of taxable municipal bonds. The case resulted in numerous reported decisions on important recurring issues arising under the federal securities laws. *See, e.g., In re Taxable Municipal Bond Litigation*, [1993 Transfer Binder] Fed. Sec. L. Rep. (CCH) 97,742 (E.D. La. 1993). After several years of intense litigation, the case was settled for approximately $110 million.

- *Cowles v. Gannett Outdoor Co., Inc.*, of Southern California, coordinated class actions brought in Los Angeles federal court for an alleged conspiracy to suppress competition for leases for billboards sites in Southern California in violation of § 1 of the Sherman Act. Marc Seltzer served as co-lead counsel for the class. The case was settled for $6.5 million.

- *Slaven v. B. P. America, Inc.*, a class action brought in Los Angeles federal court on behalf of fishermen and business owners for economic losses suffered as a result of the spill of more than 200,000 gallons of crude oil from a tanker off the coast of Huntington Beach, California that befouled coastal waters and nearby beaches. The case was brought under the Trans-Alaska Pipeline Authorization Act, admiralty law and the law of California, and resulted in several published decisions in the district court and the Ninth Circuit. *See*, e.g., *Slaven v. B. P. America*, Inc., 973 F.2d 1468 (9th Cir. 1992). Marc Seltzer served as co-lead counsel for the class. The case was ultimately settled for $4 million, plus court-approved attorneys' fees and costs.

- *In re Carnation Company Securities Litigation*, consolidated class actions for violation of the federal securities laws brought in Los Angeles federal court. The plaintiffs alleged that false denials were made relating to the potential takeover of Carnation Company by Nestle, S.A., before the merger of the two firms was announced. Marc Seltzer served as co-lead counsel for the class. The case was settled for $13 million.

- *In re International Technology Securities Litigation*, consolidated securities class actions filed in Los Angeles federal court. The plaintiffs alleged that the Company's financial statements were materially misleading for failing to earlier write off or set up appropriate accounting reserves relating to the Company's off-site waste disposal operations. Marc Seltzer served as co-lead counsel for plaintiffs. The case was settled for $12 million in cash and newly-issued securities.

- *Guenther v. Cooper Life Sciences, Inc.*, a combined stockholders class and derivative action brought in San Francisco federal court for alleged false and misleading statements regarding the Company's products and prospects. Marc Seltzer served as co-lead counsel for plaintiffs. The case was settled for $9.85 million in cash plus non-cash economic benefits valued at $8.3 million.

- *Heckmann v. Ahmanson,* consolidated class and derivative actions arising out of the alleged "greenmailing" of the Walt Disney Co. by Saul Steinberg. Marc Seltzer was one of the lead counsel for the class of stockholders. The case was settled after three weeks of trial for approximately $60 million. *See Heckmann v. Ahmanson*, [1989 Transfer Binder] Fed. Sec. L. Rep. ¶ 94, 447 (Cal. Sup. Ct. April 12, 1989) (order denying summary judgment).

- *Financial Federation, Inc. v. Ashkenazy*, in which Marc Seltzer and his co-trial counsel successfully defended at trial an anti-takeover case brought by a financial institution in Los Angeles federal court under the federal securities laws and the RICO statute  against persons who allegedly sought to take control of the institution. *See Financial Federation, Inc. v. Ashkenazy*, [1984 Transfer Binder] Fed. Sec. L. Rep. (CCH) 91,489 (C.D. Cal. 1983).

- *Green v. Occidental Petroleum Corp.*, in which Marc Seltzer, together with co-counsel, represented plaintiffs in consolidated securities fraud class action cases that established important precedent in the Ninth Circuit regarding the certification of plaintiff classes and the computation of damages in securities fraud cases. *See Green v. Occidental Petroleum Corp.*, 541 F.2d 1335 (9th Cir. 1976). The case was settled for $12 million.

- *Wool v. Tandem Computers, Inc.*, a securities fraud class action in which Marc Seltzer played a leading role. One of the notable achievements in this case was a victory for the plaintiffs in the Ninth Circuit which established important precedent concerning the measure of damages recoverable in federal securities fraud class action cases, the standard for "controlling person" liability under the federal securities laws and the requirements for pleading fraud with the particularity specified under Rule 9(b), Fed.R. Civ. P.  S*ee Wool v. Tandem Computers, Inc.*, 818 F.2d 1433 (9th Cir. 1987). Following the issuance of the Ninth Circuit's decision, the case was settled for $16.5 million.

- *Plaine v. McCabe*, a securities class action, in which Marc Seltzer argued before the Ninth Circuit, obtaining a substantial victory for plaintiffs, and establishing significant precedent in the Ninth Circuit regarding the standards for liability and remedies for violations of tender offer disclosure rules under the federal securities laws. *See Plaine v. McCabe*, 797 F.2d 713 (9th Cir. 1986).

- *Biben v. Card*, consolidated securities fraud class actions where Marc Seltzer served as co-lead counsel for plaintiffs. The plaintiffs achieved substantial pretrial victories, including establishing the validity of their claims under the federal securities laws against the defendants in that case. *See Biben v. Card*, [1984-1985 Transfer Binder] Fed. Sec. L. Rep. (CCH) 92,010 (W.D. Mo. 1985), on denial of motion for reconsideration, [1984-1985 Transfer Binder] Fed. Sec. L. Rep. (CCH) 92,083 (W.D. Mo. 1985). The case settled for approximately $12 million.

- *Sanwa Bank California v. Facciani*, where Marc Seltzer was co-lead counsel for a plaintiff class in which settlements totaling approximately $26 million in cash were obtained on behalf of defrauded investors who were victimized by an alleged Ponzi scheme.

- *In re California Indirect-Purchaser Infant Formula Antitrust Class Action Litigation*, comprised of several consolidated consumer class actions brought for alleged price-fixing of infant formula products. Marc Seltzer was appointed by the Court to serve as one of two co-lead counsel for plaintiffs and the class. The case was settled for approximately $20 million.

- *Small v. Sunset Park*, where Marc Seltzer was lead counsel for a class of investors involving an alleged Ponzi scheme in which settlements totaling more than $16.8 million were achieved ($11.8 million net to the class), including $12 million paid in settlement by a then "Big Five" accounting firm.

- *In re Applied Magnetics Corporation Securities Litigation*, consolidated securities fraud class actions, filed in Los Angeles federal court, where Marc Seltzer was appointed co-lead counsel for the class. Plaintiffs successfully defended against defendants' motion to dismiss plaintiffs' consolidated complaint. *See In re Applied Magnetics Corp. Sec. Litig.*, [1994-1995 Transfer Binder] Fed. Sec. L. Rep. (CCH) ¶ 98,345 (C.D. Cal. 1994). The case was subsequently settled.

- *Schneider v. Traweek*, federal and state court securities fraud class actions in which Marc Seltzer served as lead counsel for the plaintiffs. Significant victories were obtained on plaintiffs' behalf in defeating motions to dismiss and in obtaining class certification. *See Schneider v. Traweek* [1990 Transfer Binder] Fed. Sec. L. Rep. (CCH) 95,419 and 95,505 (C.D. Cal. 1990). The case was settled for approximately $14 million, $10.8 million net to the class.

- *Johnson v. Boston*, where Marc Seltzer was co-lead counsel for a nationwide class of investors in promissory notes victimized by an alleged Ponzi scheme. Approximately $20 million in settlements were obtained for the defrauded investors.

- *Lilienthal v. Levi Strauss & Co.*, an individual minority shareholder's action for alleged breach of fiduciary duty by the majority owners, which resulted in a judgment after trial for the plaintiff providing for a recovery in excess of $3 million. Plaintiff subsequently collected more than $2 million net of attorneys' fees. Marc Seltzer was co-trial counsel for the plaintiff with Jack Corinblit.

# EXHIBIT 3
# to the Declaration
# of Marc M. Seltzer

# SUSMAN GODFREY

## BILL CARMODY

### PARTNER

Bet Your Business Litigation      pg. 2
Selected Case Briefs              pg. 4
Trial References                  pg. 7

With the trial of a generation captivating the nation, ABC News needed an authority on the psychology of juries. Millions of viewers were following the O. J. Simpson murder trial, and ABC wanted to show America how jurors really decide cases. It tracked down a heralded Texas trial lawyer known for his use of mock trials, Bill Carmody, who was busy preparing a long-shot case for a fired employee of a large steel company. ABC



filmed Bill's presentation of the evidence to the mock jurors as well as their deliberations. The network used the footage…and so did Bill. He played ABC's tape of the mock jury's deliberations at an eleventh hour mediation session – and his client walked away with a substantial settlement.

In the decades since, Bill Carmody's reputation has only grown. Today he is a nationally recognized trial lawyer who tries bet-the-company cases for plaintiffs and defendants in state and federal courts throughout the country. He is a permanent member of Susman Godfrey's Executive Committee and heads its New York office. Carmody is best known for stepping into big high-stakes trials shortly before they are set to begin and getting paid on his results. He's described as a storyteller with a "preternatural ability" to connect with juries – and "someone whose core skill set is persuading a lay jury in a complex business case." *Click* for press coverage.

bcarmody@susmangodfrey.com

New York, NY   tel: 212-336-8334
            fax: 212-336-8340

Admitted in New York and Texas

**EDUCATION:**

United States Merchant Marine Academy
Kings Point, N.Y. (B.S. 1981)

The University of Tulsa College of Law
(J.D. with honors, 1988); Order of the
Curule Chair, TULSA LAW JOURNAL

Hall of Fame Inductee, The University of
Tulsa College of Law

Distinguished Alumni, The University of Tulsa

Trial Lawyers College (2000)

## RECENT WORK

- In what's been described as the "tech trial of the century" – the epic clash over self-driving car technology that pitted Google/Waymo against Uber – Bill stepped in shortly before trial to defend Uber. Although Waymo sought damages of almost $2 billion, Bill and his team got all of Waymo's experts' damages opinions struck. After Bill's public and private opening statements and the presentation of four days of evidence to a federal jury in San Francisco, this high-profile case ended in a favorable settlement. *Benchmark Litigation* awarded Bill and his team the National Impact Case of the Year for their work. *Click* for press coverage.



*Uber attorney Bill Carmody (R) and Waymo attorney Charles Verhoeven (L) at the Phillip Burton Federal Building after the trial ended in San Francisco. (Getty Images)*

- In one of the largest individual claims to be litigated this century, WeWork founder Adam Neumann turned to Bill Carmody as part of a multi-firm trial team after SoftBank withdrew its offer to buy up to $3 billion in WeWork stock from Mr. Neumann and other shareholders. The litigation was placed on an expedited schedule in the Delaware Chancery Court. Days before trial was set to begin, the case settled as reported by *The New York Times* and media outlets throughout the world. *Click* for press coverage.

- For General Electric, Bill successfully tried a contract case before a jury in the Southern District of New York, leading to a judgment in favor of GE worth more than $160 million. *Click* for press coverage.

- On behalf of a pharmaceutical industry whistleblower, Bill and his team prosecuted novel anti-kickback claims in the *Novartis* qui tam litigation that resulted in total settlements of $465 million – which for a case of its kind is the largest recovery ever. *Click* for press coverage.

- The City of Baltimore – whose citizens are more likely to die of an opioid overdose than those of nearly any other city in the country – retained Bill and recently filed suit to hold opioid manufacturers and distributors responsible for the harm they've done to the city. *Click* for press coverage.

- On behalf of some of California's largest political subdivisions that claimed to be overcharged by the "Big 3" wireless carriers, Bill and his team recently secured settlements totaling $175 million. *Click* for press coverage.

- As co-lead counsel in the nationwide LIBOR antitrust litigation, for Yale University and a class of purchasers of LIBOR-based instruments, Bill and his team have led a fight through the United States Supreme Court to overcome Defendants' motions to dismiss Plaintiffs' price-fixing claims, certify a national litigation class, and secure settlements so far with 4 of the 16 Defendants for $590 million. *Click* for press coverage.

- Bill and his team won a summary judgment that was upheld on appeal in late 2017 by the New Jersey Supreme Court for Dan Loeb and his hedge fund Third Point in the *Fairfax* litigation, where plaintiffs sought damages of $8 billion. *Click* for press coverage.

## BET YOUR BUSINESS LITIGATION

Whether representing plaintiffs or defendants, Bill puts his money where his mouth is by betting on his ability to win for his clients. A pioneer in structuring success-based fee deals, he aligns his interests with those of his clients by making his fees dependent on the success he earns – and not on hours billed. *Click* for press coverage. It's a creative approach to billing in a profession that doesn't often stray outside the box.



That's never been a problem for Bill, whose bold and creative trial tactics have earned the respect of his peers, the media, and legal educators. He has been elected to *Law360*'s esteemed Trials Editorial Advisory Board in 2019, '20 and '21. Carmody previously taught Trial Advocacy at Southern Methodist University School of Law, and served on the law school's Executive Board. Currently, he serves

on the Board of Trustees of The University of Tulsa. He is also a member of the American Board of Trial Advocates, a fellow of the Litigation Counsel of America, and a fellow of the American Bar Foundation.

Carmody's ranked in the *Chambers USA Guide to America's Leading Lawyers* in three departments, including its ranking of Nationwide Trial Lawyers and General Commercial Litigation in New York. According to *Chambers*:

> "Clients call on Bill for big high-stakes matters. He's the real deal."
>
> "Bill Carmody is on every client's shortlist if there is a case to try… A leader, strategist and negotiator. If you want to win, you want Bill on your side."
>
> Clients praise Carmody as a "*born trial lawyer,*" and highly rate his ability to "*swoop into a complicated case, master it, and try it … He can turn complex legal matters into a telling story, and he then finds stories that resonate with the jury.*"

He is routinely included in *Benchmark's Top 100 Trial Lawyers*. According to *Benchmark*, Carmody is a "*universally recognized and nationally hired*" trial lawyer, and here is how his peers describe him:

> "*When you hire him, your metric should not just be 'How much do I want to win?' but more 'How much can I afford to lose?' If the answer is 'I can't,' you should hire Bill.*"
>
> "*Of all the lawyers I've worked with in all my years, this guy [Carmody] was the best in every respect. As a trial lawyer he could do it all. He's based in New York now but stylistically was absolutely 'Texas hot!' He is just in another league.*"

Carmody is listed in *The Best Lawyers in America* in six categories, including Bet-the-Company Litigation. Bill has been named to the *National Law Journal's* lists of Elite Trial Lawyers and Plaintiffs' Attorney Trailblazers. He is also listed in *Who's Who Legal* in Commercial Litigation. His peers have voted him both a "New York Super Lawyer" and a "Texas Super Lawyer", and he's listed in *The Legal 500,* in addition to being selected among America's Top 100 High Stakes Litigators by *America's Top 100*. Carmody was honored by *Law360* as one of its 10 Titans of the Plaintiffs Bar. He is also perennially listed in the *Lawdragon 500,* the guide to America's leading 500 lawyers and was lauded as one of its 41 *Legal Legends*.

Carmody was a top three finalist in 2018 for the *New York Law Journal's* Attorney of the Year. In 2019 *Lawdragon* selected Bill as one of its Leading Plaintiff Financial Lawyers and *The National Law Journal* selected him as one of its Masters of the Courtroom - Winning Litigators. In 2021, *Benchmark* placed Bill on its shortlist – of six lawyers – for Trial Lawyer of the Year.

Carmody appears frequently in national and international media, and his trials have been featured in hundreds of publications, including *The New York Times, The Wall Street Journal, The Washington Post, The Financial Times, the San Francisco Chronicle, Business Week, Bloomberg, The National Law Journal, Texas Lawyer,* and *The American Lawyer*. He has been profiled by *Lawdragon* in its "Producers" series, by *Law 360* for its "Trial Pro" series, and by *Forbes*. While his trial tactics and betting on his clients' results have received widespread acclaim, most important to Bill and his clients are the victories earned in the courtroom – and following are just a few.

## SELECTED CASE BRIEFS

### Dare To Be Different

> "I've dealt with lots of trial lawyers and, by far, Bill Carmody is the best I've ever seen."

In a huge defense victory, Bill orchestrated events outside the lawsuit to defeat a local hero in his hometown court. Carmody's client, a Dallas investment brokerage, got sued for over $50 million. businessman who had sued Bill's client in his "small pond," the little town of Rockport, Texas.

The case stood second on the trial docket. If the first case went as set, Carmody's case would be bumped for months. A postponement could have cost the brokerage an advantage it had gained during discovery: Although Bill had deposed all of the opponent's experts, he had shielded his client's key expert from deposition. So, the opposition was ill prepared for the expert's trial testimony. If the case was reset, the opposition would be able to depose the expert and erase their disadvantage.

To prevent this, Bill took the unprecedented step of brokering a deal in which his client funded a $180,000 settlement of the first case on the docket. This enabled Carmody's case to be tried while his client still had the edge. Bill did go to trial and won a resounding take-nothing judgment – and jury debriefing confirmed the deciding role of the key expert's testimony. Bill's client also won a counterclaim of almost $700,000.

Despite the plaintiff's vigorous attempts to overturn the take-nothing judgment, this remarkable victory withstood appellate scrutiny; it was affirmed by both the Corpus Christi Court of Appeals and the Texas Supreme Court. Wowed with Carmody's results throughout the trial and appellate process, the company's CEO remarked: "I've dealt with lots of trial lawyers and, by far, Bill Carmody is the best I've ever seen."  *Bill Woodruff, CEO, Wm. K. Woodruff and Co., Dallas, Texas.*



For media coverage of the brokered settlement, see *National Law Journal*, February 2, 1998, "Two Texas Litigators Leapfrog to Trial Win."

### David Beats Goliath

By uncovering evidence of commercial fraud, Bill helped a small contractor conquer a multi-national conglomerate. This "David v. Goliath" scenario pitted Carmody's plaintiff client against one of the world's largest oil companies. The case centered around the defendant's refusal to pay for refinery construction work performed by the plaintiff in El Paso. But Bill capitalized on then-favorable venue rules to hold the case more than 800 miles away, in Beaumont – where the oil company had recently laid off hundreds of workers.

> "Any firm can supply lots of bodies. I'd rather have just one brain like Bill Carmody's."

The case was originally viewed only as a million-dollar breach of contract claim; however, Carmody identified a wholly different type of claim that his client's previous lawyers had missed. It capitalized on the oil company's most vulnerable conduct – its reckless disregard for worker safety. The argument was novel: The defendant's false assurances of safe working conditions inside crude oil towers constituted fraudulent misrepresentations. While the damages of the workers who suffered illnesses were obvious, much less obvious was his client's fraud damages, in the form of increased workers compensation premiums. After an arduous 2-month trial – featuring a paperless, multi-media presentation, complete with an in-court full-size model of a quarter section of a crude oil tower – the jury found that the oil company committed fraud and awarded Bill's client over $61 million.



To cash in on this big verdict, Bill quickly negotiated a substantial confidential settlement on behalf of his client. The client's reaction to this happy ending? "Any firm can supply lots of bodies. I'd rather have just one brain like Bill Carmody's." *Jerry Strickland, CEO, AltairStrickland, Inc., Houston, Texas.*

See, *National Law Journal*, February 10, 1997, "The Big Numbers of 1996" and *Dallas Business Journal*, January 17-23, 1997, "Carmody Firm May be Tiny, but Judgment was Mighty."

# Eleventh Hour Save

> *"It's never too late to bring in Bill Carmody."*

In a perfect world, a lawyer would always have unlimited time and resources to prepare for trial. But the world is not perfect and, often, time is not on your side. In a case where he suited up for the defense, Carmody demonstrated the experience and guts required to take over and win big at the eleventh hour.

The case arose when a life insurance company was sued in a class action case by 25,000 of its policyholders. The plaintiff class alleged that the insurer had breached the terms of its policies, causing the plaintiffs to be overcharged for their insurance. The class sought $108 million in damages. In this bet-your-company case, a loss could have wiped out the company's net worth – and forced a shutdown.

The case had been pending for five years, as the insurance company was represented by a large, full-service law firm. But with the make-or-break trial looming, the insurance company decided it needed a proven trial lawyer – someone who made his reputation in the courtroom.

So, just 6 days before trial, the insurer asked Carmody to try the case. Carmody quickly learned the case cold, devised the trial strategy, and presented the case during an eight-day jury trial. The jury promptly and unanimously delivered a complete defense verdict – and the case was dismissed. Given a new lease on life, the company heaved a sigh of relief and its General Counsel praised Carmody's command: "Just six days before trial, most lawyers would have refused to take the case. But Bill Carmody thought of, and seized upon, every tactical advantage. Bill was a clutch performer winning us an incredible trial victory." *Bryan R. Newcombe, General Counsel, Legal & General America, Inc., Rockville, Maryland.*



See, *The American Lawyer*, Sept. 2007, Big Suits, "Beller et al. v. William Penn."

## SUSMAN GODFREY

# TRIAL REFERENCES

It's one thing just to read about the way Bill Carmody tries a case. But the best proof of his unique approach comes from talking to people who have actually seen Carmody at work. The following people are clients who have hired Carmody to represent them, lawyers who tried a case with or against him, and judges who presided over one of Carmody's trials. All are willing to speak with you about Bill Carmody's prowess in the courtroom.

| Clients | | | |
|---|---|---|---|
| **Brad Berenson**  General Counsel  **TPG**  San Francisco, CA  415-743-6363 | | | |
| **Richard Heyman**  CEO  **Seragon Pharmaceuticals**  San Diego, CA  858-735-4581 | | | |
| **Avi Katz**  Pres./Gen. Counsel  **Loral Space & Communications**  New York, NY  212-697-1105 | | | |
| **Chris Moore**  General Counsel  **Angelo Gordon**  New York, NY  212-962-2009 | | | |
| **Robert Mnuchin**  CEO  **Mnuchin Gallery**  New York, NY  212-861-6269 | | | |
| **Bryan Newcombe**  Gen. Counsel  **Legal & General America**  Rockville, MD  301-294-6968 | | | |
| **Josh Targoff**  General Counsel  **Third Point LLC**  New York, NY  212-715-3403 | | | |

| Co-counsel | | | |
|---|---|---|---|
| Daryl Barger  **Hartline, Dacus, Barger, Dreyer & Kern**  Corpus Christi, TX  361-866-8009 | | | |
| Mike Carlinsky  **Quinn Emanuel**  New York, NY  212-849-7000 | | | |
| Matthew Dontzin  **Dontzin, Nagy & Fleissig**  New York, NY  212-717-2900 | | | |
| Karen Dunn  **Boies Schiller Flexner**  Washington, DC  202-895-5235 | | | |
| Gordon Shapiro  **Jackson Walker**  Dallas, Texas  214-953-6059 | | | |
| Johnny Ward  **Ward & Smith**  Longview, Texas  903-935-3868 | | | |

| Opposing Counsel | | | |
|---|---|---|---|
| Trent Bausch  **Cline Williams**  Omaha, Nebraska  402-397-1700 | | | |
| David Beck  **Beck, Redden & Secrest**  Houston, Texas  713-951-3700 | | | |
| Josh Dubin  **Dubin Law**  New York, New York  212-219-1469 | | | |
| Barry McNeil  **Haynes and Boone**  Dallas, Texas  214-651-5000 | | | |
| Paul Saunders  **Cravath, Swaine & Moore**  New York, New York  212-474-1404 | | | |
| Orin Snyder  **Gibson Dunn**  New York, New York  212-351-2400 | | | |
| Jeffrey Tillotson  **Tillotson Law Firm**  Dallas, Texas  214-382-3040 | | | |
| Charles Verhoeven  **Quinn Emanuel**  San Francisco, California  415-875-6600 | | | |

| Judges | | | |
|---|---|---|---|
| **Hon. William Alsup**  U.S. District Court  San Francisco, California  415-522-2020 | | | |
| **Hon. Sidney Fitzwater**  U.S. District Court  Dallas, Texas  214-753-2333 | | | |
| **Hon. David Godbey**  U.S. District Court  Dallas, Texas  214-753-2700 | | | |
| **Hon. Marilyn Huff**  U.S. District Court  San Diego, California  619-557-6016 | | | |
| **Hon. William J. Monahan**  Santa Clara Superior Court  San Jose, CA  408-882-2270 | | | |
| **Hon. Lorna G. Schofield**  U.S. District Court  New York, New York  212-805-0288 | | | |
| **Hon. Ira Warshawsky**  Supreme Court, Comm. Div.  Nassau Co., New York  516-571-3351 | | | |

†Bill has been listed in Lawdragon 500 (Lawdragon Lawyer Profiles and Legal News) since its inception in 2003. Super Lawyers are published in Law & Politics Magazine by Thomson Reuters. Bill was a Texas Super Lawyer from 2003 to 2006 and a New York Super Lawyer from 2008 through 2018. Bill has been listed in The Best Lawyers in America (published by Woodward White Inc.) since 2004.

*Attorney advertising  **Prior results do not guarantee similar future outcomes  ***Internet mail is not fully secure or private. Therefore, please do not transmit confidential information via Internet mail. Transmission of information is not intended to and does not create an attorney-client relationship. Please do not assume that your communications sent using Internet mail are privileged or confidential. Please do not send Susman Godfrey any confidential information via the Internet without previously consulting one of our attorneys.  ****Nothing on this web page is intended to represent that Susman Godfrey currently represents any particular clients mentioned because matters and client relationships naturally terminate from time to time.  Copyright © 2018 SUSMAN GODFREY L. L. P. Attorneys at Law. All rights reserved. Unless otherwise noted in website - Not certified by Texas Board of Legal Specialization.

# EXHIBIT 4
# to the Declaration
# of Marc M. Seltzer

# SUSMAN GODFREY L.L.P.



## Arun Subramanian
### Partner, Pro Bono Chair

New York
(212) 471-8346
asubramanian@susmangodfrey.com

## Overview

Arun is a partner at Susman Godfrey; a member of the firm's Executive Committee; a former law clerk to three Federal judges, including Justice Ruth Bader Ginsburg; and has been appointed by the Chief Justice of the United States to serve on the Advisory Committee for the Federal Rules of Evidence.

> *"His intellectual horsepower is rivaled by few. He can take in information, analyze it very quickly and come up with a solution quicker than anyone."*
> As quoted in Chambers USA NY Commercial Litigation, 2022

Arun has tried and arbitrated high-stakes cases on both sides of the "v," and has successfully recovered over a billion dollars for public and private entities who were the victims of fraud and other illegal conduct.  Arun's expertise isn't limited to any practice area. He has taken up the cause of public entities and whistleblowers in False Claims Act cases, victims of trafficking in child pornography, consumers and individuals injured by unfair and illegal practices, and has for over a decade focused on complex commercial litigation, including antitrust, patent infringement, and breach of contract cases.

> *"[Arun is] an 'agile thinker' with the ability to 'master complex problems and distill them to their essence in writing and presentation to the court'"*
> Assured Guaranty General Counsel and Managing Director, Ed Newman

Arun has been actively involved in a variety of landmark matters for Susman Godfrey. No matter the arena, Arun has a proven track record of success. This includes:

- Securing over $400 million for state and federal governmental entities in *United States ex rel. Kester v. Novartis Pharmaceuticals Corp.* Working collaboratively with state and federal enforcement agencies, Arun and his team at SG have recovered over $600 million for the public fisc in the False Claims Act arena.

- Recovering $590 million in settlements in the ongoing LIBOR price-fixing class action. Susman Godfrey, as co-lead counsel to the OTC plaintiffs, won class certification on behalf of the class and continues to pursue relief against the global banks alleged to have conspired to fix the "LIBOR" financial benchmark.

- Achieving a complete jury victory in Tyler, Texas as co-lead counsel on behalf of defendant Globus Medical in a spinal insert patent infringement suit brought by Flexuspine, a local Tyler company.

- Securing a trailblazing judgment victory of over $100 million for client Assured Guaranty against Flagstar Bank in one of the first trials concerning repurchases of faulty RMBS—a significant milestone in forcing banks to honor contractual commitments made which they sought to avoid after the financial crisis.

> *"He's able to get right to the heart of the matter quickly. He is super thoughtful and articulate, has an amazing skill set, and is very tough when he has to be"*
> Client quote in Chambers USA NY Commercial Litigation, 2021

Arun also focuses on briefing and arguing appeals in both state and federal court, including securing important rulings on emotional distress claims under New York law, the validity of inventors' patents under Section 101 of Patent Act, prisoners' rights under the Fourth and Eighth Amendments, and unjust enrichment claims arising under New York law.  Most recently, Arun was counsel of record for the respondents before the Supreme Court in *Ninth Inning v. NFL,* where the Court rejected the NFL and DirecTV's bid for certiorari, leaving in place the Ninth Circuit's decision upholding antitrust claims asserted by a nationwide class of "Sunday Ticket" consumers.  You can read Arun's brief in opposition to the petition for certiorari here.

> *"He had a really good handle on reading the judges and he also has a very deep understanding of the law."*
> Client quote in Chambers USA NY Commercial Litigation, 2018

Outside of the courtroom, Arun contributes to the legal community by taking on pro bono cases and has for years served on the pro bono panel for the United States Court of Appeals for the Second Circuit. Arun serves as Chairperson of  Susman Godfrey's 2022 Pro Bono Committee and is also a longtime Director of the *Columbia Law Review*, one of the Nation's pre-eminent legal journals.  You can read Arun's recent piece for the *Review*, honoring the career and legacy of the late Justice Ginsburg, here: "A Titan Among Us: On Dissents, Waymaking, and Strong Coffee." Arun was recently named a member of the Development Committee for The Appellate Project, an organization that provides opportunities for minority lawyers and law students in the field of appellate law.

> *"Arun Subramanian is praised by clients for his 'strategic thinking, legal expertise and client communications.' He acts for both plaintiffs and defendants in large-scale disputes, including antitrust, breach of contract and healthcare mandates."*
> As quoted in Chambers USA NY Commercial Litigation, 2020

## Education

- Columbia Law School, J.D., 2004; Executive Articles Editor, *Columbia Law Review*; James Kent & Harlan Fiske Stone Scholar

- Case Western Reserve University, B.A., Computer Science & English, 2001: *summa cum laude*

## Clerkship

- Honorable Ruth Bader Ginsburg, Supreme Court of the United States
- Honorable Gerard Lynch, United States District Court for the Southern District of New York
- Honorable Dennis Jacobs, United States Court of Appeals for the Second Circuit

## Notable Representations

**WHISTLEBLOWER & FALSE CLAIM ACT LITIGATION**

- ***State of California ex rel. On the Go Wireless v. CELLCO Partnership et al.*** Served as counsel to a whistleblower and numerous political subdivisions in California—including the University of California system, the California State University System, and the City of Sacramento—in a ground-breaking False Claims Act lawsuit against wireless carriers AT&T, Sprint, Verizon, and T-Mobile. The whistleblower alleged that the carriers fraudulently overbilled the government for wireless services by failing to provide contractually required "lowest cost available" service by means of "optimization reports." We secured record settlements with the four telecommunication giants valued at $174 million for the government plaintiffs in California and Nevada.

- ***United States ex rel. Kester v. Novartis Pharmaceuticals Corp.*** Working collaboratively with the United States Attorney's Office for the Southern District of New York and several state attorneys general, secured over $400 million in settlements for state and federal governmental entities in a case alleging Novartis defrauded the Medicare and Medicaid programs by illegally paying kickbacks to pharmacies so that they would recommend Novartis drugs to doctors and patients. The recovery was the largest of its kind for the type of pharmacy kickback scheme involved in the case.

- ***United States of America ex rel. Martinez v. Apria Healthcare Group***. Representing three whistleblowers and working with the United States Attorney's Office for the Southern District of New York, secured a $40.5 million settlement in a False Claims Act case from Apria Healthcare Group, Inc. and its affiliate, Apria Healthcare LLC (Apria). Arun and a team from SG represented qui tam whistleblowers who alleged that Apria continually charged federal health programs, including Medicare and Medicaid, for rentals of non-invasive medical ventilators that were not being used by patients, or that were being used in a therapy mode that did not qualify for the billing codes used. After investigating the relators' allegations, the United States government intervened in the case and filed its own complaint, which closely tracked the allegations first made by the firm's clients.

**REGULATORY AND BANKING**

- ***In re: Libor-Based Financial Instruments Antitrust Litigation***. Representing the City of Baltimore, Yale University, and other public and private entities damaged by the fixing of LIBOR, a global financial benchmark and "the world's most important number," Arun and SG have secured $590 million in settlements to date as co-lead counsel for the over-the-counter direct purchaser class, which was the only class certified by the District Court in 2018. The case is proceeding against the non-settling banks in the Southern District of New York.

- ***Assured Guaranty Municipal Corp v Flagstar Bank***. As counsel to Assured Guaranty, Arun and SG secured a judgment valued at $90 million plus contractual interest and attorneys' fees and costs in a case involving breach of contract by the originator and sponsor of residential mortgage-backed securities. This amount was substantially all of the damages sought by Assured Guaranty in the first case of its kind to go to trial. The ruling was a significant milestone in forcing the banks to honor the contractual commitments they made and had long sought to avoid after the financial crisis.

## INTELLECTUAL PROPERTY

- ***Flexuspine Inc. v. Globus Medical Inc.*** Represented Globus Medical in spinal insert patent infringement litigation brought by Flexuspine, Inc., a local Tyler company. After SG secured the grant of summary judgment on one of Flexuspine's patents, and after a week-long trial in Tyler, a jury in the U.S. District Court for the Eastern District of Texas issued a take-nothing verdict in Globus Medical's favor.

- ***BASCOM v. AT&T Corp.*** Served as lead counsel to client Bascom Global Internet Services in a patent infringement case against AT&T. The District Court, following developing Supreme Court and Federal Circuit caselaw under 35 U.S.C. §101 dismissed the case.  Arun argued the appeal of the District Court's ruling before the Federal Circuit, which overturned the lower court's decision. This is one of the first cases to uphold a software patent under the Supreme Court's *Alice* decision after a string of losses doled out to plaintiffs by the appellate court.

## PROTECTING THE RIGHTS OF CONSUMERS, EMPLOYEES, AND THE PUBLIC

- ***Jane Doe v. MindGeek USA Incorporated et al.*** Arun and partners Krysta Kauble Pachman and Davida Brook recently filed and are prosecuting a class action on behalf of victims of trafficking in child pornography against PornHub and its parent company, MindGeek. The case alleges that the defendants violated federal sex trafficking and child pornography laws by knowingly posting, enabling the posting of and profiting from thousands of pornographic videos featuring persons under the age of 18.

- ***Jane Doe v. Reddit, Inc.*** Currently prosecuting a class action on behalf of victims against Reddit, Inc. for violation of federal sex trafficking laws and California's child pornography laws. Plaintiffs allege that Reddit facilitates sex trafficking and the distribution of child pornography on its site by targeting individuals who are seeking access to child pornography, failing to appropriately moderate its subreddits, and failing to take action in response to victims who have notified Reddit of the presence of child pornography.

- ***Rich v. Fox News.*** Represented Joel and Mary Rich, the parents of Seth Rich, in a groundbreaking lawsuit against Fox News and its collaborators for intentional infliction of emotional distress and related torts stemming from Fox's news coverage concerning Seth Rich's murder.  The case was initially dismissed by the District Court. Arun argued the case before the United States Court of Appeals for the Second Circuit, and the court reversed the district court's dismissal of the Riches' claims. The case subsequently settled on confidential terms.  You can read the *New York Times'* coverage of the case <u>here</u>.

- ***FASORP v. New York University and the NYU Law Review***. Defending New York University and the NYU Law Review's efforts to foster diversity in its faculty and on the NYU Law Review against challenges under Title VI and Title IX. Susman Godfrey won a motion to dismiss all of the claims against NYU and the Law Review, and won the case at the Second Circuit on appeal. You can read the District Court's order <u>here</u> and more about the decision <u>here</u>, <u>here</u>,* and <u>here</u>*. (*subscription required).

- ***Avi Dorfman v. Compass*** Represented Avi Dorfman in a co-founder dispute against real estate brokerage Compass. After Arun argued and beat back Compass's bid for summary judgment both in the trial court and on appeal, the parties settled on confidential terms, with Compass acknowledging Dorfman's role as a founding team member.

- ***City of Baltimore Opioid Litigation.*** Representing the Mayor and City Council of Baltimore in fraud and public tort litigation against the manufacturers and distributors of opioids, whose conduct has devastated cities, counties, and states nationwide. Baltimore's case is currently pending in the Circuit Court of Baltimore City.

- ***Mittal v. Investment Technology Group Inc.*** After a multi-day arbitration, won an award totaling millions of dollars for Hitesh Mittal, the former head of head of liquidity management at Investment Technology Group Inc (ITG), before the Financial Industry Regulatory Authority. Mittal, a former ITG employee, claimed that the brokerage wrongly implicated him in a regulatory probe that he says led to his termination from hedge fund AQR Capital Management. Read more about the win in *Bloomberg* <u>here</u>.

- ***In re: NYC Bus Tour Antitrust Litigation.*** SG was appointed lead counsel for consumers who had been overcharged for "hop on, hop off" bus rides in New York City for years, based on a horizontal agreement to

fix prices between the two largest providers of bus rides in the city, Coach USA and City Sights. These competitors formed a joint venture accounting for 99% of New York City's hop-on, hop-off sightseeing bus tours. Arun and his team secured millions of dollars in recoveries for the consumer class and worked collaboratively with the New York Attorney General's office and Department of Justice in pursuing relief against the Defendants.

- ***Clark v. AdvanceMe. Inc***. Represented merchants, including restaurant owners, in a class action brought in Los Angeles federal court challenging AdvanceMe's "cash advance" lending program under California's laws against usury. The case was successfully settled for millions of dollars in cash, forgiven debt and other consideration to members of the class.

- ***Ileana D. Platt & Rafael Urquidi v. Barclays Capital Inc***. Prevailed on behalf of clients Ileana Platt and Rafael Urquidi against claims by Barclays Capital that the bank was entitled to recover $4 million in bonuses paid to the two former brokers. Hundreds of note collection cases are litigated every year that result in banks being awarded a full recovery, but for the second time in three years, Susman Godfrey successfully defeated the claims before the FINRA panel.

- ***Harris v. Fischer***. Appointed by the Second Circuit to represent Audra Lynn Harris on her appeal of the dismissal of claims that her Fourth and Eighth Amendment rights were violated during a body cavity search while she was incarcerated. Arun successfully briefed and argued the case before the Second Circuit, securing a vacatur of the District Court's dismissal and remand for further proceedings. Arun continued his representation of Ms. Harris on remand and after depositions of the corrections officers involved in the search, the case was settled on confidential terms.

- ***Plavin v. GHI.*** Leading a putative class action brought by a retired NYPD officer on behalf of hundreds of thousands of New York City police officers, front-line workers, and other employees and retirees against Group Health Incorporated (GHI), challenging GHI's improper out-of-network benefits policies and misleading disclosures concerning the scope of coverage under GHI's health plans. The New York Court of Appeals affirmed the "consumer oriented" nature of the misleading statements alleged in the complaint and the Third Circuit subsequently confirmed the sufficiency of the Plaintiffs' complaint. The case is proceeding in District Court.

## BREACH OF CONTRACT

- ***Saba Capital CEF Opportunities v. Voya Prime Rate Trust***. After a hearing in Arizona state court, Arun and a team from SG secured a preliminary injunction for Saba Capital that precluded a closed-end fund, its trustees, and its investment advisor from attempting to entrench themselves by enforcing a anti-voting bylaw that was enacted during a shareholder proxy contest and would prevent a free and fair vote of shareholders in the fund to choose the fund's managers.

- ***Wade Emory Johnson v. Transparent Value, LLC.*** Achieved a total victory for client Wade Emory Johnson in a "David v. Goliath" breach of contract arbitration against Transparent Value, LLC, a subsidiary of global bank Guggenheim Partners. After a four-day hearing, the AAA arbitration panel awarded Johnson damages and securities worth millions of dollars (net of attorneys' fees and expenses). The award was subsequently confirmed in full by the New York State Supreme Court.

- ***Neumann et al. v. SoftBank.*** SG represented Adam Neumann—founder of WeWork—in litigation in Delaware Chancery Court concerning SoftBank's efforts to terminate a $3 Billion tender offer owed to WeWork's shareholders, including thousands of its employees, under the terms of the governing "Master Transaction Agreement." The case settled on confidential terms just weeks before trial was set to commence.

- ***GenOn Energy, Inc. v. NRG Retail LLC***. Successfully represented GenOn Energy, Inc. in a multi-million-dollar breach of contract action against NRG Retail, LLC filed in New York Supreme Court. The case was settled on confidential terms shortly after Arun filed a pre-discovery motion for summary judgment against NRG.

## Honors and Distinctions

- Leading Litigator in Commercial Litigation, Chambers USA (2020, 2021, 2022)

- 500 Leading Lawyers in the US, *Lawdragon* (2020, 2021, 2022)

- 500 Leading Plaintiff Financial Lawyers List, Lawdragon (2019, 2020, 2021, 2022)

- Recommended Practitioner, Dispute Resolution—General Commercial Disputes, Legal 500 (2017-2021)

- Super Lawyer, New York Super Lawyers (2020, 2021, Thomson Reuters)

- Rising Star, New York Super Lawyers (2014-2019, Thomson Reuters)

- Up & Coming Lawyer – General Commercial Litigation, Chambers USA, (2016 – 2018)

- Future Star, Benchmark Litigation (2022, Euromoney)

- Under 40 Hot List, Benchmark Litigation (2016, 2017, 2018, Euromoney)

- Rising Star, *New York Law Journal* (2018, ALM)

- Rising Star – Bankruptcy Litigation, *Euromoney Legal Media* (2018)

- Leading Patent Practitioner, International Asset Management Patent 1000 (2018)

- Outstanding Service to the Legal Aid Society (2016, 2018)

- Outstanding Antitrust Litigation Achievement in Private Law Practice, American Antitrust Institute, for work on *In re: Municipal Derivatives Antitrust Litigation* (2016)

## Articles

- "A Titan Among Us: On Dissents, Waymaking, and Strong Coffee." Columbia Law Review (2021)

- "Clerking For Ginsburg: How To Play The Long Game," *Law360* (2018)

- "Winning on the Road," *The Corporate Counselor* (ALM, 2016)

- "Will the Supreme Court Weigh in on Claim Construction Appeals?" *IPWatchdog* (2014)

- "Assessing the Rights of IRU Holders in Uncertain Times," *103 L. Rev.* 2094 (2003)

## Professional Associations and Memberships

**COURT ADMISSIONS**

- New York State Bar

- United States District Court for the Eastern and Southern Districts of New York, the Eastern and Western Districts of Texas, and the Eastern District of Michigan

- United States Court of Appeals for the Second, Third, Sixth, Ninth and Federal Circuits

- Supreme Court of the United States

**PROFESSIONAL ASSOCIATIONS**

- Member of the Advisory Committee for the Federal Rules of Evidence

- Board of Directors, The Columbia Law Review Association, Inc.

- Board of Directors, Fund for Modern Courts

- Member of the Advisory Council, The Sonia & Celina Sotomayor Judicial Internship Program

- Member of the Development Committee, The Appellate Project

- Fellow, American Bar Foundation

# EXHIBIT 5
# to the Declaration
# of Marc M. Seltzer

# SUSMAN GODFREY L.L.P.



## Seth Ard
### Partner

New York
(212) 471-8354
sard@susmangodfrey.com

## Overview

Seth Ard, a partner in Susman Godfrey's New York office and a member of the firm's Executive Committee, has secured substantial litigation victories for both plaintiffs and defendants.  For plaintiffs, Ard was co-lead counsel for a certified class of insurance policy owners, helping them achieve what the Court in the Southern District of New York described as "the best settlement pound for pound for the class that I've ever seen."  For defendants, Ard has obtained take-nothing judgments for NASDAQ and Dorfman Pacific in contract and intellectual property actions seeking tens of millions of dollars. Since 2019, Mr. Ard has been named one of the country's Leading Plaintiff Financial Lawyers by *Lawdragon*.

Before joining the firm, Mr. Ard clerked for the Honorable Shira A. Scheindlin of the United States District Court for the Southern District of New York, and for the Honorable Rosemary S. Pooler of the United States Court of Appeals for the Second Circuit. Mr. Ard graduated magna cum laude from Harvard Law School and completed his undergraduate work first in his class with a perfect GPA from Michigan State University, with dual degrees in philosophy and French literature.  For the past three years, Ard has been recognized as a "Rising Star" in New York by Super Lawyers magazine.

## Education

- Michigan State University, first in class, highest honors (B.A., Philosophy & French Literature, 1997)
- Northwestern University (M.A., A.B.D., Philosophy, 2003)
- Harvard Law School, magna cum laude (J.D. 2007)

## Clerkship

Law Clerk to the Honorable Shira A. Scheindlin, United States District Court for the Southern District of New York, 2008-2009

Law Clerk to the Honorable Rosemary S. Pooler, United States Court of Appeals for the Second Circuit, 2007-2008

## Honors and Distinctions

- Recognized on Lawdragon 500's 2019 list of the country's Leading Plaintiff Financial Lawyers (2019, 2020, 2021 2022)

- 2013-2015 listings of Super Lawyers "Rising Stars" in New York (Law & Politics Magazine, Thomson Reuters)
- Teaching and Research Assistant for Professor Arthur Miller (Harvard Law School)
- Teaching Assistant for Professor Jon Hanson (Harvard Law School)
- Editorial Board, Harvard Civil Rights/Civil Liberties Law Review

## Professional Associations and Memberships

State of New York

## Notable Representations

***In re LIBOR-Based Financial Instruments Litigation (SDNY)*** Along with Bill Carmody, Marc Seltzer, and Arun Subramanian, Ard serves as co-lead counsel for the class of over-the-counter purchasers of LIBOR-based instruments, directly representing Yale University and the Mayor and City Council of Baltimore as named plaintiffs. We reached a $120 million settlement with Barclays, and pursue claims against the rest of the 16 LIBOR panel banks.

***In re Municipal Derivatives Litigation (SDNY)*** Along with Bill Carmody and Marc Seltzer, Ard serves as co-lead counsel to a class of municipalities suing 10 large banks and broker for rigging municipal auctions.   On behalf of the class and class counsel, Ard argued final approval and fee application motions approving cash settlements in excess of $100 million, as well as several key discovery motions against defendants and the DOJ that paved the way for those settlements.

***Fleisher et al. v. Phoenix Life Insurance Company (SDNY)*** Along with Steven Sklaver and Frances Lewis, Ard served as class counsel in a seminal action challenging 2 cost of insurance increases by Pheonix.  After winning class certification and defeating two motions for class decertification and a motion for summary judgment, the case settled the day of the final Pretrial Conference in a settlement valued by the Court at over $140 million.  Judge Colleen McMahon praised Susman Godfrey's settlement of the case as "an excellent, excellent result for the class," which "may be the best settlement pound for pound for the class that I've ever seen."

***Globus Medical v. Bonutti Skeletal (EDPA)*** Along with Jacob Buchdahl and Arun Subramanian, Ard represents defendant Bonutti Skeletal in patent litigation brought by Globus Medical.   Ard successfully argued a partial motion to dismiss the patent complaint, defeating claims of indirect infringement, vicarious liability and punitive damages.

***Sentius v. Microsoft (NDCA)*** Along with Max Tribble and Vineet Bhatia, Ard represented plaintiff Sentius in a patent infringement suit against Microsoft.  A few weeks before trial, Ard successfully argued a Daubert motion that sought to exclude plaintiff's survey expert.  The case settled on highly favorable terms within 24 hours of that motion being denied.  Previously, Ard had successfully argued an early summary judgment motion and supplemental claim construction, both of which would have gutted plaintiff's claims.

***Jefferies v. NASDAQ Arbitration (New York)*** Along with Steve Susman and Steve Morrissey, Ard represented NASDAQ and its affiliate IDCG in an arbitration in New York. The plaintiff, Jefferies & Co., sought tens of millions of dollars in damages based on a claim that it was fraudulently induced to clear interest rate swaps through the IDCG clearinghouse. After a one week arbitration trial in the fall of 2012, at which Ard put on NASDAQ's expert and crossed Jefferies' expert, the Panel issued a decision in January 2013 denying all of Jefferies' claims and awarding no damages. The arbitrators were former Judge Layn Phillips, Judge Vaughn R. Walker, and Judge Abraham D. Sofaer.

***GMA v. Dorfman Pacific (SDNY)*** Along with Bill Carmody and Jacob Buchdahl, Ard obtained a complete defense victory on summary judgment in a trademark infringement dispute before Judge Forrest in SDNY.

We were hired after the close of discovery and after our client had suffered significant discovery sanctions that threatened to undermine its defense.  We were able to overturn those sanctions, reopen discovery and obtain key admissions during a deposition of Plaintiff's CEO, and win on summary judgment (without argument and based on briefing done by Ard).

**Washington Mutual Bankruptcy (Bkrtcy. Del.)** Along with Parker Folse, Edgar Sargent, and Justin Nelson, Ard represented the Official Committee of Equity Holders in Washington Mutual, Inc. at two trials contesting $7 billion reorganization plans that would have wiped out shareholders stemming from the largest bank failure in American financial history.  Both plans were supported by the debtor and all major creditors.  After the first trial, at which Ard put on the Equity Committee's expert and crossed the debtor's expert, the Judge denied the plan of reorganization.  The debtors and creditors negotiated a new reorganization plan that again would have wiped out shareholders.  After the second trial, at which Ard put on the Equity Committee's expert, crossed the debtor's expert, and conducted a full-day cross examination of hedge fund Appaloosa Management that held over $1 billion in creditor claims and that was accused of insider trading, the Court again denied the plan of reorganization, finding that the Equity Committee stated a viable claim of insider trading against the hedge funds.  The Equity Committee then negotiated with the debtor and certain key creditors a resolution that provided shareholders with 95 percent of the post-bankruptcy WaMu plus other assets in a package worth hundreds of millions of dollars – an outstanding result especially given that when we were appointed counsel, the debtor tried to disband the equity committee on the ground that equity was "hopelessly out of the money" without any chance of recovery.

**Lincoln Life v. LPC Holdings (Supreme Court Onandaga, New York)** Along with Steven Sklaver and Arun Subramanian, Ard represented an insurance trust in STOLI litigation against an insurance company seeking to rescind a life insurance policy with a face value of $20 million.  After Ard argued and won a hotly contested motion to compel in which the Court threatened to revoke the pro hoc license of opposing counsel, Lincoln settled the case on very favorable terms.

# EXHIBIT 6
# to the Declaration
# of Marc M. Seltzer

# SUSMAN GODFREY L.L.P.



## Ian Gore
### Partner

Seattle
(206) 505-3841
igore@susmangodfrey.com

## Overview

Ian Gore represents both plaintiffs and defendants in high-stakes litigation in federal and state courts across the United States. Ian has been recognized with the American Antitrust Institute's Outstanding Antitrust Litigation Achievement by a Young Lawyer Award and was a part of the Susman Godfrey team recognized by *Benchmark Litigation*'s National Impact Case of the Year . He was also recognized as a Rising Star of the Plaintiffs Bar by *National Law Journal's* Elite Trial Lawyers series (2022, ALM).

Ian's practice covers a variety of practice areas, including antitrust and competition, commercial disputes, intellectual property, product liability, and energy disputes. On the plaintiffs' side, Ian has recovered nearly $200 million for his clients. For defendants, Ian has successfully defended clients against billions of dollars of potential exposure.

Some of Ian's significant matters include:

**ANTITRUST & COMPETITION**

- ***In re National Football League's "Sunday Ticket" Antitrust Litigation*** **(C.D. Cal.).** Ian plays a leading role in the team appointed by the Court to serve as co-lead counsel for the plaintiffs in this multidistrict class action case. In this case that has the potential to impact sports broadcasting, plaintiffs challenge the structure behind Sunday Ticket, including the elimination of competition among the NFL's teams and the NFL's decision to offer Sunday Ticket to DIRECTV on an exclusive basis. Ian was instrumental in his team's success in upholding the plaintiffs' allegations before the Ninth Circuit and later when the Supreme Court declined to review that decision. The case is ongoing.

- ***Markson v. CRST International, Inc.*** **(C.D. Cal.).** Ian leads a team of lawyers from Susman Godfrey and three other firms in a class action against several trucking companies for an alleged agreement among those companies not to poach each other's contract drivers. Specifically, Ian successfully opposed multiple motions to dismiss and won multiple discovery motions against the defendants. To date, Ian and the Susman Godfrey team have secured $9.75 million in settlements for the class (pending Court approval; net recovery to be determined) and the case is ongoing against the remaining defendants.

- ***In re Dental Supplies Antitrust Litigation*** **(E.D.N.Y.).** Ian was a part of a team of lawyers from Susman Godfrey appointed co-lead counsel for the plaintiffs in a nationwide antitrust class action against the largest distributors of dental supplies and equipment. Plaintiffs alleged that the defendants had illegally agreed not to compete on prices for products sold to dental offices and laboratories. In 2018, a settlement was reached for $80 million (net recovery $48 million). Ian was honored by the American Antitrust Institute with the Outstanding Antitrust Litigation Achievement by a Young Lawyer Award for his work on this matter.

- ***Waymo v. Uber*** **(N.D. Cal.).** Ian and a team from Susman Godfrey were hired by Uber Technologies, Inc.

just months before trial in the lawsuit between Waymo and Uber regarding self-driving car technology. Alphabet's Waymo claimed more than $2 billion in damages against Uber over allegations of stolen trade secrets and patent infringement. In a critical move, Ian's team got all of Waymo's expert damages opinions struck and the case settled during the first week of trial. The case was highly publicized in the media, including the *New York Times*, *Reuters*, *CNN*, *Wired*, and *The Verge*. *Benchmark Litigation* awarded Ian and the Susman Godfrey team National Impact Case of the Year for their work on this matter.

## COMMERCIAL DISPUTES

- ***Mirada Energy v. Oasis Petroleum* (Texas State Court).** On behalf of Mirada Energy, Ian prosecuted claims against Oasis Petroleum for breach of a contractual right to participate in midstream oil and gas facilities that Oasis constructed to serve the prolific Wild Basin area in the Bakken and Three Forks shale plays in North Dakota. The case settled with Oasis agreeing to pay Mirada Energy $42.75 million.

- ***Papua New Guinea Oil and Gas Dispute* (International Centre for Dispute Resolution).** Ian represented a group of oil and gas investors in a dispute arising from oil and gas interests in Papua New Guinea. The dispute was resolved after the conclusion of a full arbitration hearing.

- ***Quality Is Our Recipe (Wendy's) v. DavCo.* (Ohio State Court).** Ian defended one of the largest Wendy's franchisees in a lawsuit brought by Wendy's in a franchise compliance dispute. The case had significant implications for the relationship between franchisors and franchisees, particularly within the Wendy's franchise system, and resulted in a favorable settlement with the purchase of DavCo's franchised restaurants.

## INTELLECTUAL PROPERTY

- ***Fitbit v. Jawbone* (International Trade Commission).** Ian defended Jawbone in a patent infringement action before the ITC. Ian briefed motions regarding the invalidity of Fitbit's patents and argued at the *Markman* hearing before the presiding administrative law judge. Ian and the Susman Godfrey team successfully secured a ruling that Fitbit's patents were invalid.

## PRODUCT LIABILITY

- ***Blitz Gas Can Litigation – Walmart* (Federal Courts in Arizona, Kansas, New Jersey, and Texas; State Courts in Arkansas and Oklahoma).** Ian successfully defended Walmart in several product liability lawsuits in state and federal courts arising from injuries caused by plastic portable gasoline containers manufactured by Blitz. The cases were resolved with favorable dispositive motions or settlements.

## PRO BONO

- ***Military Discharge Upgrade.*** For several years, Ian has represented a former Marine that was discharged from the Marine Corps with a bad conduct discharge. Ian's client later discovered that he suffered from a severe form of post-traumatic stress disorder that caused the behavior underlying the court-martial. Ian extensively researched the legal and factual record, obtained a forensic psychiatrist to evaluate his client, and prepared an application to the Naval Discharge Review Board. Despite a record of being one of the most difficult fora to receive a discharge upgrade, the Board granted an upgrade to Ian's client.

Ian joined Susman Godfrey after starting his career in the U.S. Army. After graduating from the U.S. Military Academy (West Point) as a distinguished cadet, Ian went served for five years as a military intelligence officer. During that time, Ian deployed in support of operations in both Iraq and Afghanistan.

After his military service, Ian graduated *cum laude* from Harvard Law School, where he was the Editor-in-Chief of the *Harvard Journal on Legislation*. Upon graduation, Ian clerked for the Honorable Dennis Jacobs of the U.S. Court of Appeals for the Second Circuit.

## Education

- U.S. Military Academy (West Point), distinguished cadet (B.S.)
- Harvard Law School, *cum laude* (J.D.)

## Clerkship

Law Clerk to the Honorable Dennis Jacobs, United States Court of Appeals for the Second Circuit, 2013-2014

## Honors and Distinctions

- <u>Rising Stars of the Plaintiffs Bar</u>, *National Law Journal's* Elite Trial Lawyers (2022, ALM)
- <u>Outstanding Antitrust Litigation Achievement by a Young Lawyer</u>, American Antitrust Institute for work on *In re: Dental Supplies Antitrust Litigation* (2019)
- <u>National Impact Case of the Year Award</u>, Benchmark Litigation for *Waymo LLC v. Uber Technologies, Inc.* (2019)
- Editor-in-Chief, *Harvard Journal on Legislation*
- Dean's Award for Community Leadership, Harvard Law School
- Bronze Star, U.S. Army

## Professional Associations and Memberships

- U.S. Supreme Court
- State of Washington
- State of New York
- U.S. Court of Appeals for the Third Circuit
- U.S. Court of Appeals for the Sixth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York

# EXHIBIT 7
# to the Declaration
# of Marc M. Seltzer

# SUSMAN GODFREY L.L.P.



## Tyler Finn
### Associate

New York
(212) 729-2016
tfinn@susmangodfdrey.com

## Overview

Tyler Finn joined Susman Godfrey after clerking for Judge Amalya Kearse of the U.S. Court of Appeals for the Second Circuit and Judge Ronnie Abrams of the U.S. District Court for the Southern District of New York.  He received his J.D. from Columbia Law School, where he was an Essays and Reviews Editor for the Columbia Law Review and a recipient of the Ruth Bader Ginsburg prize.  Before entering the legal profession, Tyler served as an electoral officer with the Organization of American States, providing electoral assistance to governments throughout Latin America and the Caribbean.  He holds a master's degree in comparative politics from New York University and a bachelor's degree from Oberlin College.

## Education

Columbia Law School (J.D.)

New York University (M.A. in Politics)

Oberlin College (B.A. with High Honors in Politics)

## Clerkship

Honorable Ronnie Abrams, United States District Court for the Southern District of New York

Honorable Amalya Kearse, United States Court of Appeals for the Second Circuit

## Honors and Distinctions

Ruth Bader Ginsburg Prize

Wilfred Feinberg Prize

Charles Bathgate Beck Prize

James Kent Scholar

Essays and Reviews Editor, *Columbia Law Review*

## Publications

Qualified Immunity Formalism: "Clearly Established Law" and the Right to Record Police Activity, 119 Colum. L. Rev. 445 (2019)

## Professional Associations and Memberships

State Bar of New York

# EXHIBIT 8
# to the Declaration
# of Marc M. Seltzer

# SUSMAN GODFREY L.L.P.



# Armstead Lewis
## Associate

Houston
(713) 653-7852
alewis@susmangodfrey.com

## Overview

Armstead Lewis represents clients in federal and state courts across the country in a wide variety of high stakes matters including business disputes, trust and probate litigation, real estate litigation, telecommunication contract disputes, civil rights litigation, and energy disputes. The common thread in each case he takes on is his strategy – Armstead takes the time to understand his client's goals and helps them visualize what success looks like for their particular dispute.

Armstead's recent prominent matters include:

- **YH Lex Estates LLC v. HFZ, et al**. A real estate action in which Armstead obtained $18.1 million in summary judgment rulings against three different defendants for YH Lex Estates LLC in a New York state court over unpaid debt. Armstead initially won an early summary judgment ruling against one of the two guarantors of an unpaid real estate project-related loan. Armstead later won a unanimous summary judgment ruling on appeal against the real estate firm defendant and the other guarantor.

- **Huston-Tillotson University v. Nextel Spectrum Acquisition Corp.** An Educational Broadband Service license contract dispute, where Armstead settled a breach of contract matter on behalf of Huston-Tillotson University, a historically black college and university, against Sprint/T-Mobile. Huston-Tillotson held an Educational Broadband Service license that it leased to Sprint/T-Mobile and alleged that the wireless carrier breached contractual obligations. Armstead's leadership and commitment to this matter led to a confidential settlement for the University.

- **State of Louisiana and Louisiana Parishes v. Chevron.** An environmental dispute where Armstead is defending American multinational energy corporation, Chevron, in more than forty lawsuits relating to the loss of marsh land in Louisiana filed by Louisiana Parishes and the Louisiana Department of Natural Resources.

- **KHC, LLC, et al. v. Kim Ogg, et al.** A constitutional violation case where he represented a defendant in the multi-defendant litigation seeking the dismissal of § 1983 claims linked to alleged violations of constitutional rights. Armstead's dedicated work in this matter positioned his client for success by helping secure dismissal of many alleged claims in pre-trial motions and a confidential settlement.

Armstead's understanding of how to effectively advocate for his clients is primarily attributed to the mentoring he has received from judges on the federal judiciary. Prior to joining Susman Godfrey, Armstead completed federal clerkships for Chief Judge Carl E. Stewart of the United States Court of Appeals for the Fifth Circuit and Judge Ed Kinkeade of the United States District Court for the Northern District of Texas. During law school, he also worked as a legal extern for Judge Frank M. Hull of the United States Court of Appeals for the Eleventh Circuit and Judge Amy Totenberg of the United States District Court for the Northern District of Georgia. These experiences gave him an in-depth knowledge of the workings of the bench as well as an

appreciation and understanding of both sides of the "v."

Armstead further incorporates his training in business – which includes an M.B.A. and experience writing and researching about new developing business and consumer bankruptcy issues – as a means to understand client goals and navigate them toward favorable results.

Armstead graduated with honors from Emory University School of Law where he was Editor in Chief of the *Emory Bankruptcy Developments Journal*. For his publication in the *Emory Bankruptcy Developments Journal*, Armstead received the Keith J. Shapiro Award for excellence in consumer bankruptcy writing. Armstead also earned a B.B.A. in business management and M.B.A. from Dallas Baptist University. Armstead remains an active alumnus of Dallas Baptist University and serves on the Dallas Baptist University Alumni Board.

## Education

Emory University (J.D., *with honors*)

Dallas Baptist University (M.B.A.)

Dallas Baptist University (B.B.A., business management)

## Clerkship

Law Clerk to the Honorable Carl E. Stewart, Chief Judge, United States Court of Appeals for the Fifth Circuit (2017-2018)

Law Clerk to the Honorable Ed Kinkeade, United States District Court for the Northern District of Texas (2016-2017)

## Honors and Distinctions

Editor in Chief, *Emory Bankruptcy Developments Journal*

Keith J. Shapiro Writing Award for Excellence in Consumer Bankruptcy Writing

## Professional Associations and Memberships

State Bar of Texas

United States Court of Appeals for the Fifth Circuit

Houston Young Lawyers Association