Marc M. Seltzer (54534)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
Irving Scher (*Pro Hac Vice*)
ischer@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
**LANGER GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF SCOTT A. MARTIN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Philip S. Gutierrez |

I, Scott A. Martin, declare as follows:

1.     I am a partner of the law firm Hausfeld LLP and attorney of record (Court-appointed Co-Lead Counsel) for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted *pro hac vice* to practice before the United States District Court for the Central District of California in this action.

2.     I make this declaration in support of Plaintiffs' Motion for Class Certification.

3.     In 2016, this Court appointed me personally and my law firm, Hausfeld LLP, as one of the Interim Co-Lead Plaintiffs' Counsel, with responsibilities to supervise, direct, and oversee the management of the litigation. In making its selections, this Court recognized the Interim Co-Lead Plaintiffs' Counsel's demonstrated ability to cooperate and make decisions on behalf of the Plaintiffs, as well as the highly qualified nature of the attorneys and law firms chosen for this role.

4.     Since 2016, I and my law firm, Hausfeld LLP—alongside our fellow Interim Co-Lead Plaintiffs' Counsel—have exercised our Court-appointed responsibilities to (1) brief and argue motions and file opposing briefs in proceedings initiated by other parties; (2) initiate and conduct discovery proceedings; (3) act as spokesperson at pretrial conferences; (3) negotiate with defense counsel; (4) call meetings of plaintiffs' counsel where appropriate; (4) make work assignments to plaintiffs' counsel to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort; (5) consult with and employ experts; (6) coordinate and communicate with defendants' counsel with respect to all matters related to this litigation; and (7) supervise, direct, and coordinate the activities of plaintiffs' counsel, among other tasks. Acting together, Interim Co-Lead Plaintiffs' Counsel have cooperatively and diligently prosecuted the litigation on behalf of our clients and the proposed classes.

5.      I and my law firm, Hausfeld LLP—alongside our fellow Interim Co-Lead Plaintiffs' Counsel—are committed to continue prosecuting this matter, and to continue advocating zealously for the proposed classes, through trial and on appeal.

6.      Attached as Exhibit 1 is a true and correct copy of Hausfeld's "Firm Resume," which details Hausfeld's recent leadership roles in various class action antitrust cases; our experience in handling class actions, other complex litigation, and the types of claims asserted in the action; our recent antitrust class recoveries; and various recognitions from federal courts and legal publications. Also included with Exhibit 1 are true and correct copies of my professional profile and the professional profiles of key team members from my firm, including my partner Sathya Gosselin and our associates Farhad Mirzadeh and Samuel Maida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 19th day of August 2022 in New York, New York.


__/s/ *Scott A. Martin*___
Scott A. Martin

# EXHIBIT 1
# to the Declaration of Scott A. Martin

**HAUSFELD**
FOR THE CHALLENGE

# HAUSFELD FIRM RESUME

www.hausfeld.com

# About Hausfeld

In the last decade, Hausfeld attorneys have won landmark trials, negotiated complex settlements among dozens of defendants, and recovered billions of dollars for clients both in and out of court. Renowned for skillful prosecution and resolution of complex and class-action litigation, Hausfeld is the only claimants' firm to be ranked in the top tier in private enforcement of antitrust/competition law in both the United States and the United Kingdom by The Legal 500 and Chambers & Partners. Our German office was also ranked by The Legal 500 for general competition law.

From our locations in Washington, D.C., Boston, New York, Philadelphia, San Francisco, Amsterdam, Berlin, Brussels, Paris, Düsseldorf, Stockholm, and London, Hausfeld contributes to the development of law in the United States and abroad in the areas of Antitrust/Competition, Commercial and Financial Disputes, Environmental and Product Liability, Human Rights, and Technology and Data Breach. Hausfeld attorneys have studied the global integration of markets—and responded with innovative legal theories and a creative approach to claims in developed and emerging markets.

Hausfeld was founded by Michael D. Hausfeld, who is widely recognized as one of the country's top civil litigators and a leading expert in the fields of private antitrust/competition enforcement and international human rights. The New York Times has described Mr. Hausfeld as one of the nation's "most prominent antitrust lawyers," while Washingtonian Magazine characterizes him as a lawyer who is "determined to change the world—and succeeding," noting that he "consistently brings in the biggest judgments in the history of law."

## Antitrust and competition litigation

Hausfeld's reputation for leading groundbreaking antitrust class actions in the United States is well-earned. Having helmed more than 40 antitrust class actions, Hausfeld attorneys are prepared to **litigate and manage cases with dozens of defendants** (*In re Blue Cross Blue Shield Antitrust Litigation,* with more than thirty defendants), **negotiate favorable settlements for class members and clients** (*In re Air Cargo Shipping Services Antitrust Litigation,* settlements of more than $1.2 billion, and *In re Blue Cross Blue Shield Antitrust Litigation,* $2.67 billion settlement), **take on the financial services industry** (*In re Foreign Exchange Antitrust Litigation,* with settlements of more than $2.3 billion), take cartelists to trial (*In re Vitamin C Antitrust Litigation,* trial victory of $162 million against Chinese manufacturers of Vitamin C), and **push legal boundaries where others have not** (*O'Bannon v. NCAA,* another trial victory in which the court found that NCAA rules prohibiting additional scholarship payments to players as part of the recruiting process are unlawful).



**Hausfeld is 'the world's leading antitrust litigation firm.'**

Politico

**HAUSFELD**

FOR THE CHALLENGE

# Hausfeld: a global reach

Hausfeld's international reach enables it to advise across multiple jurisdictions and pursue claims on behalf of clients worldwide. Hausfeld works closely with clients to deliver outstanding results while always addressing their business concerns. Hausfeld does so by anticipating issues, considering innovative strategies, and maximizing the outcome of legal disputes in a way that creates shareholder value. Its inventive cross border solutions work to the benefit of the multinational companies it often represents.

## Creative solutions to complex legal challenges

Hausfeld lawyers consistently apply forward-thinking ideas and creative solutions to the most vexing global legal challenges faced by clients. As a result, the firm's litigators have developed numerous innovative legal theories that have expanded the quality and availability of legal recourse for claimants around the globe that have a right to seek recovery. Hausfeld's impact was recognized by the Financial Times, which honored Hausfeld's European team with the "Innovation in Legal Expertise - Dispute Resolution," award, which was followed up by FT commending Hausfeld's North American team for its innovative work in the same category. In addition, The Legal 500 has ranked Hausfeld as the only top tier claimants firm in private enforcement of antitrust/competition law in both the United States and the United Kingdom. For example, the landmark settlement that Hausfeld negotiated to resolve claims against Parker ITR for antitrust overcharges on marine hoses represented the first private resolution of a company's global cartel liability without any arbitration, mediation, or litigation—creating opportunities never before possible for dispute resolution and providing a new model for global cartel settlements going forward.

## Unmatched global resources

The firm combines its U.S. offices on both coasts and vibrant European presence with a broad and deep network around the globe to offer clients the ability to seek redress or confront disputes in every corner of the world and across every industry. With over 160 lawyers in offices in Washington, D.C., Boston, New York, Philadelphia, San Francisco, Amsterdam, Berlin, Düsseldorf, Brussels, Paris, Stockholm, and London, Hausfeld is a "market leader for claimant-side competition litigation" (The Legal 500).



**A prominent litigation firm, renowned for its abilities representing plaintiffs in multidistrict class action antitrust suits across the country involving a wide variety of antitrust issues including monopolization, price manipulation and price-fixing.**

Chambers and Partners



**Hausfeld, which 'commits extensive resources to the most difficult cases,' widely hails as one of the few market-leading plaintiff firms.**

The Legal 500



**Primarily in the antitrust capacity, Hausfeld is an undisputed trailblazer, identified as a ubiquitous presence by peers on both the plaintiff and defense sides of the 'V.'**

Benchmark Litigation

**HAUSFELD**

FOR THE CHALLENGE

# Antitrust litigation

### Hausfeld's antitrust litigation experience is unparalleled

Few, if any, U.S. law firms are litigating more class actions on behalf of companies and individuals injured by anticompetitive conduct than Hausfeld. The firm has litigated cases involving price-fixing, price manipulation, monopolization, tying, and bundling, through individual and class representation and has experience across a wide variety of industries, including automotive, aviation, energy, financial services, food & beverage, healthcare, manufacturing, retail, and the transportation and logistics sectors. Clients rely on us for our antitrust expertise and our history of success in the courtroom, and at the negotiation table, and the firm does not shy away from challenges, taking on some of the most storied institutions.



**Hausfeld, 'one of the most capable plaintiffs' firms involved in the area of civil cartel enforcement,' is [w]idely recognised as a market leader for claimant-side competition litigation… [It is the] market leader in terms of quantity of cases, and also the most advanced in terms of tactical thinking.**

The Legal 500

Hausfeld is not only trusted by its clients, it is trusted by judges to pursue these claims, as evidenced by the fact that the firm has been appointed as lead or co-lead counsel in dozens of antitrust cases in the last decade. In one example, Judge Morrison C. England of the Eastern District of California praised Hausfeld for having "the breadth of experience, resources and talent necessary to navigate" cases of import.

Recognizing the firm's antitrust prowess, Global Competition Review has opined that Hausfeld is "one of—if not the— top Plaintiffs' antitrust firm in the U.S." The Legal 500 and Chambers and Partners likewise consistently rank Hausfeld among the top five firms in the United States for antitrust

litigation on behalf of plaintiffs. And in naming Hausfeld to its Plaintiffs' Hot List, The National Law Journal opined that Hausfeld "punches above its weight" and "isn't afraid to take on firms far larger than its size and deliver results, especially in antitrust litigation."

### Hausfeld has achieved outstanding results in antitrust cases

Hausfeld lawyers have achieved precedent-setting legal decisions and historic trial victories, negotiated some of the world's most complex settlement agreements, and have collectively recovered billions of dollars in settlement and judgments in antitrust cases. Key highlights include:

- *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, 13-cv-7789 (S.D.N.Y.)
  Hausfeld serves as co-lead counsel in this case alleging financial institutions participated in a conspiracy to manipulate a key benchmark in the foreign exchange market. To date, the firm has obtained over **$2.3 billion** in settlements from **fifteen defendants.** The case is ongoing against the remaining defendant.

- *In re LIBOR-Based Financial Instruments Antitrust Litig.*, No. 11-md-2262 (S.D.N.Y.)
  Hausfeld serves as co-lead counsel in this case against sixteen of the world's largest financial institutions for conspiring to fix LIBOR, the primary benchmark for short-term interest rates. To date, the firm has obtained **$590 million** in settlements with four defendants. An antitrust class has been certified and the case is ongoing against the remaining defendants.

- *In re Blue Cross Blue Shield Antitrust Litig.,* No. 13-mdl- 2496 (N.D. Ala.)
  The Court appointed Hausfeld attorneys as co-lead counsel, and to the Plaintiffs' Steering Committee, in this case against Blue Cross Blue Shield entities. This case was brought against over 30 Blue Cross companies and its trade association (BCBSA), and alleges that they illegally agreed not to compete with each other for health insurance subscribers across the United States. After defeating motions to dismiss, Hausfeld marshalled evidence from a record that consisted of over 14 million documents from more than thirty defendants and won a landmark ruling when the district court ruled that the per se standard would

# HAUSFELD

## FOR THE CHALLENGE

be applied to defendants' conduct. In November 2020, the Court granted preliminary approval to the proposed settlement agreement resolving the claims of Blue Cross Blue Shield subscribers for $2.67 billion. In addition to monetary relief, the settlement proposes systemic injunctive relief that will change the landscape for competition in healthcare.

- *O'Bannon v. NCAA*, No. 09-cv-03329 (N.D. Cal.)
  In the landmark O'Bannon litigation, Hausfeld represented college athletes who collectively alleged that the NCAA, its members, and its commercial partners, violated federal antitrust law by unlawfully foreclosing former players from receiving any compensation related to the use of their names, images, and likenesses in television broadcasts, rebroadcasts, and videogames. In 2013, the plaintiffs announced a $40 million settlement agreement with defendant Electronic Arts, Inc., which left the NCAA as the remaining defendant. Following trial in 2014, the Court determined that the NCAA had violated the antitrust laws and issued a permanent injunction. The Ninth Circuit affirmed the NCAA's violation of the antitrust laws and upheld significant injunctive relief—the practical effect of which is that college athletes can now each receive up to $5,000 more every year as part of their scholarship package (to cover their education, travel and medical expenses, and acquire pre-professional training as they enter the work force).

- *In re Vitamin C Antitrust Litig.*, No. 06-md-01738 (E.D.N.Y.)
  Hausfeld serves as co-lead counsel in the first class antitrust case in the United States against Chinese manufacturers. Hausfeld obtained settlements for the class of **$22.5 million from two of the defendants**—the first after summary judgment, and the second just before closing arguments at trial. Days later, the jury reached a verdict against the remaining defendants, and the court entered a judgment for **$148 million** after trebling the damages awarded. On appeal to the U.S. Supreme Court, our clients prevailed, and the case was remanded for further consideration by the Second Circuit.

- *In re Dental Supplies Antitrust Litig.*, No. 1:16-cv-00696 (E.D.N.Y.)
  Hausfeld served as co-lead counsel in this litigation in which a proposed class of private dental practices claimed that the four major distributors of dental products and equipment conspired to fix margins, divide markets and allocate customers, and orchestrate industry boycotts of lower-priced, innovative rivals. The Federal Trade Commission filed a related lawsuit against the dental distributor companies a year after the private plaintiffs first initiated their action, borrowing legal theories first investigated and advanced by the private plaintiffs. In 2019 the private plaintiffs' action was settled just minutes before a class certification Daubert hearing was set to commence for **$80 million**.

- *In re Disposable Contact Lens Antitrust Litig.*, No. 3:15-md-2626-J-20JRK (M.D. Fla.)
  Hausfeld serves as one of the three co-lead counsel for a nationwide class of consumers alleging horizontal and vertical conspiracies by the four leading contact lens manufacturers and their primary distributor to impose minimum resale price maintenance policies called "unilateral pricing policies," or "UPPs." case. On June 16, 2016, the court overseeing the litigation denied the defendants' motion to dismiss; on December 4, 2018, the court certified litigation classes of consumers who purchased contact lenses subject to UPPs; and on November 27, 2019, the Court denied the defendants' four motions for summary judgment. Plaintiffs have thus far reached settlements with three defendants in the case: Bausch & Lomb, CooperVision, and ABB Optical Group totaling more than $40 million.

- *In re International Air Passenger Surcharge Antitrust Litig.*, No. 06-md-01793 (N.D. Cal.)
  Hausfeld served as co-lead counsel in this case against two international airlines alleged to have fixed fuel surcharges on flights between the United States and United Kingdom. Lawyers at the firm negotiated a ground-breaking **$200 million** international settlement that provides recovery for both U.S. purchasers under U.S. antitrust laws and U.K. purchasers under U.K. competition laws.

# HAUSFELD

## FOR THE CHALLENGE

- ***In re Municipal Derivatives Antitrust Litig.*, No. 08-cv-2516 (S.D.N.Y.)**
  Hausfeld served as co-lead counsel in this case against banks, insurance companies, and brokers accused of rigging bids on derivative instruments purchased by municipalities. The firm obtained over **$200 million** in settlements with more than **ten defendants**.

- ***In re Automotive Aftermarket Lighting Products Antitrust Litig.*, No. 09-ML-2007 (C.D. Cal.)**
  Hausfeld served as co-lead counsel in this case against three manufacturers for participating in an international conspiracy to fix the prices of aftermarket automotive lighting products. The firm obtained over **$50 million** in settlements.

- ***In re Processed Egg Products Antitrust Litig.*, No. 08-cv-04653 (E.D. Pa.)**
  Hausfeld served as co-lead counsel in this case alleging that egg producers, through their trade associations, engaged in a scheme to artificially inflate egg prices by agreeing to restrict the supply of both laying hens and eggs. The firm obtained over **$135 million** in settlements, won certification of a class of shell egg purchasers, and tried the case against the remaining defendants.

- ***In re American Express Anti-Steering Rules Antitrust Litig.*, No. 11-md-2221 (E.D.N.Y)**
  As lead counsel, Hausfeld represents a two classes of merchants against American Express ("Amex"): Amex-accepting merchants and merchants that accept Visa, MasterCard, and/or Discover cards but not Amex (the "V/MC/D Class"). The merchants allege that Amex violated antitrust laws by requiring them to accept all Amex cards, and by preventing them from steering their customers to other payment methods. The V/MC/D Class also asserted that Amex's conduct had, among other things, created an elevated price "umbrella" marketwide and stifled price competition among other card networks. In January 2020, Judge Garaufis granted Amex's motion to compel arbitration of the Amex Class' claims, and he dismissed the V/MC/D Class' claims. An appeal addressing umbrella liability is pending.

- ***In re Domestic Airline Travel Antitrust Litig.*, No. 15-1404 (CKK) (D.D.C.)**
  Hausfeld serves as co-lead counsel for a proposed class of domestic air passengers that collectively allege the defendants, the four major U.S. passenger air carriers — United, American, Delta, and Southwest — conspired to fix domestic airfares by colluding to limit their respective capacity. The passengers allege that Defendants, in which a common set of investors owned significant shares during the conspiracy period, carried out the conspiracy through repeated assurances to each other on earnings calls and other statements that they each were engaging in "capacity discipline". In October 2016, the court denied defendants' motion to dismiss. Since that time, the firm has obtained **$60 million** in settlements with American and Southwest. The litigation against United and Delta is ongoing.

**HAUSFELD**

**FOR THE CHALLENGE**

# Litigation achievements

## Significant trial victories

While many law firms like to talk about litigation experience, Hausfeld lawyers regularly bring cases to trial—and win. Among our trial victories are some of the largest antitrust cases in the modern era. For example, in *O'Bannon v. NCAA* (N.D. Cal.), we conducted a three-week bench trial before the chief judge of the Northern District of California, resulting in a complete victory for college athletes who alleged an illegal agreement among the National Collegiate Athletic Association and its member schools to deny payment to athletes for the commercial licensing of their names, images, and likenesses. Our victory in the *O'Bannon* litigation followed the successful trial efforts in *Law v. NCAA* (D. Kan.), a case challenging earning restrictions imposed on assistant college coaches in which the jury awarded **$67 million** to the class plaintiffs that one of our lawyers represented.

In *In re Vitamin C Antitrust Litigation* (E.D.N.Y.), we obtained, on behalf of our direct purchaser clients, a **$148 million** jury verdict and judgment against Chinese pharmaceutical companies that fixed prices and controlled export output of Vitamin C—on the heels of $22.5 million in settlements with other defendants, which represented the first civil settlements with Chinese companies in a U.S. antitrust cartel case. Years earlier, we took on a global vitamin price-fixing cartel in *In re Vitamins* (D.D.C.), in which we secured a **$1.1 billion settlement** for a class of vitamin purchasers and then took the remaining defendants to trial, culminating in a **$148 million jury verdict**.

Our trial experience extends to intellectual property matters and general commercial litigation as well. Recently, we represented entertainment companies that sought to hold internet service provider Cox Communications accountable for willful contributory copyright infringement by ignoring the illegal downloading activity of its users. Following a trial in *BMG Rights Management (US) LLC, v. Cox Enterprises, Inc.* (E.D. Va.), the jury returned a **$25 million verdict** for our client. After the defendants appealed and prior to a new trial, the parties settled.

## Exceptional settlement results

Over the past decade, Hausfeld has recouped over $20 billion for clients and the classes they represented. We are proud of our record of successful dispute resolution. Among our settlement achievements, a selection of cases merit special mention.

Most recently, on November 30, 2020, the Court granted preliminary approval to the proposed settlement agreement in *In re Blue Cross Blue Shield Antitrust Litigation* (M.D. Ala.), resolving the claims of Blue Cross Blue Shield subscribers represented by Hausfeld for $2.67 billion. In addition to monetary relief, the settlement proposes systemic injunctive relief that will change the landscape for competition in healthcare.

In the high profile *In re Foreign Exchange Benchmark Rates Antitrust Litigation* (S.D.N.Y.), we negotiated settlements totaling more than $2.3 billion with fifteen banks accused of conspiring to manipulate prices paid in the foreign-exchange market. In another case involving allegations of price-fixing among the world's largest airfreight carriers, *In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y.), we negotiated settlements with more than 30 defendants totaling over $1.2 billion—all in advance of trial. In the ongoing *In re: LIBOR-Based Financial Instruments Antitrust Litigation* (S.D.N.Y.) case, we have secured settlements to date totaling $590 million with Barclays ($120 million), Citi ($130 million), Deutsche Bank ($240 million), and HSBC ($100 million). The court has granted final approval to each of these settlements.

Hausfeld served as class counsel in *Hale v. State Farm Mutual Automobile Insurance Co.* (S.D.Ill.). This case involved allegations that State Farm worked to help elect an Illinois state supreme court justice in order to overturn a billion-dollar judgment against it. On the day opening statements were to be delivered to the jury, State Farm agreed to settle for $250 million. Finally, in the global *Marine Hose* matter, we broke new ground with the first private resolution of a company's global cartel liability without any arbitration, mediation, or litigation. That settlement enabled every one of Parker ITR's non-US marine-hose purchasers to recover up to 16% of their total purchases.

These cases are just a few among dozens of landmark settlements across our practice areas.

**HAUSFELD**

**FOR THE CHALLENGE**

# Reputation and leadership in the antitrust bar

## Court commendations

Judges across the country have taken note of Hausfeld's experience and results achieved in antitrust litigation.



**This has just been an absolute gem of an experience from the standpoint of having the opportunity to have just great lawyers fighting over something that's really important and significant.**

**– District Judge R. David Proctor**
*In re Blue Cross Blue Shield Antitrust Litigation,* MDL No. 2406 (N.D. Ala.) (granting preliminary approval of settlement in case where Hausfeld serves as co-lead counsel.)



**All class actions generally are more complex than routine actions… But this one is a doozy. This case is now I guess nearly more than ten years old. The discovery as I've noted has been extensive. The motion practice has been extraordinary… The recovery by the class is itself extraordinary. The case, the international aspect of the case is extraordinary. Chasing around the world after all these airlines is an undertaking that took enormous courage.**

**– Judge Brian M. Cogan**
*In re Air Cargo Shipping Services Antitrust Litigation*, No. 06-md-1775 (E.D.N.Y.)



**Comparing Hausfeld's work through trial to *Game of Thrones*: 'where individuals with seemingly long odds overcome unthinkable challenges… For plaintiffs, their trial victory in this adventurous, risky suit, while more than a mere game, is nothing less than a win…'**

**– Magistrate Judge Nathanael M. Cousins**
*O'Bannon v. Nat'l College Athletic Ass'n,* No. 09-cv-3329 (N.D. Cal.)



**Hausfeld lawyers achieved 'really, an outstanding settlement in which a group of lawyers from two firms coordinated the work… and brought an enormous expertise and then experience in dealing with the case.'**
**Hausfeld lawyers are 'more than competent. They are outstanding.'**

**– Judge Charles R. Breyer**
*In re International Air Passenger Surcharge Antitrust Litig.*, No. 06-md-01793 (N.D. Cal.) (approving a ground-breaking $200 million international settlement that provided recovery for both U.S. purchasers under U.S. antitrust laws, and U.K. purchasers under U.K. competition laws.)



**Hausfeld has 'the breadth of experience, resources and talent necessary to navigate a case of this import.'**
**Hausfeld 'stands out from the rest.'**

**– District Judge Morrison C. England Jr.**
*Four In One v. SK Foods*, No. 08-cv-3017 (E.D. Cal.)



**The class is represented by what I would describe as an all-star group of litigators…**

**– District Judge David R. Herdon**
*Hale v. State Farm, No. 12-cv-00660-DRH-SCW (S.D. Ill.)*



# Awards and recognitions



## The Legal 500

In 2021, for the 12th consecutive year, Hausfeld was ranked in the top tier nationally for firms in antitrust civil litigation and class actions by The Legal 500. The publication described Hausfeld lawyers as "top-notch in all respects and particularly expert in everything about antitrust law." The publication has previously stated that:

Hausfeld lawyers are, "pragmatic, smart and focused litigation experts," and the firm is "at the top of its game," with "a number of heavyweight practitioners."

"DC firm Hausfeld LLP remains top-notch in antitrust litigation… Hausfeld LLP is one of the most capable plaintiffs firms involved in the area of civil cartel enforcement, and is handling some of the major cartel-related cases…"

Hausfeld is a "market transformer," the "most innovative firm with respect to antitrust damages," is "[d]riven by excellence," "anticipates the evolving needs of clients," and delivers "outstanding advice not only in legal terms but also with a true entrepreneurial touch. . . ."



## Concurrences

In 2020, the Hausfeld Competition Bulletin article titled, "Data Exploiting as an Abuse of Dominance: The German Facebook Decision," authored by Hausfeld lawyer Thomas Höppner, was awarded Concurrences' 2020 Writing Award in its Unilateral Conduct (Business) category.

In 2018, an article authored by Hausfeld lawyer Scott Martin, joined by co-authors Brian Henry and Michaela Spero, was awarded Concurrences' 2018 Writing Award for Private Enforcement (Business) Category. The article, "Cartel Damage Recovery: A Roadmap for In-House Counsel," was originally published in Antitrust Magazine.

In 2017, Hausfeld's Competition Bulletin was selected to be ranked among the top antitrust firms distributing newsletters and bulletins. Hausfeld is the only Plaintiffs' firm to be ranked, and we secured the number one spot for Private Enforcement Newsletters.

In 2015, Hausfeld Partners Michael Hausfeld, Michael Lehmann and Sathya Gosselin won the Concurrences' 2015 Antitrust Writing Awards in the Private Enforcement (Academic) category for their article, "Antitrust Class Proceedings—Then and Now," Research in Law and Economics, Vol. 26, 2014.



## Benchmark Litigation

In 2021, for the second consecutive year, Benchmark Litigation highlighted Hausfeld as a leader in the domain of dispute resolution, recognizing the firm at the national level, as well as regionally on both coasts.

Hausfeld was ranked by Benchmark for Antitrust/Competition Nationwide, and is one of only a small handful of plaintiff-side firms on the list. Hausfeld was also honored as a 'Recommended Top Plaintiff Firm' Nationwide, and described by the publication as"an undisputed trailblazer, identified as a ubiquitous presence by peers on both the plaintiff and defense sides of the 'V'." A peer on the defense side commented to the publication that Hausfeld is always in mix among antitrust and sports matters, "at least in the biggest and



best cases." Further to Hausfeld's national recognitions, Benchmark recognized several individuals in the firm's San Francisco and Washington, DC offices.



### 2020 Antitrust Report

In 2021, for a third consecutive year, Hausfeld has been recognized as one of the leading claimant firms for recovery in antitrust litigation in the US. In the 2020 Antitrust Annual Report, published by the University of San Francisco Law School and The Huntington National Bank, Hausfeld is listed as the top firm out of the 25 analyzed, having achieved an aggregate settlement recovery totaling over $5.24 billion over 12 years from 2009-2020. Hausfeld also ranked first among lead counsel in relation to the number of complaints filed in US federal courts (Hausfeld was responsible for 292 filings between 2009 and 2020) and first among lead counsel in the total amounts recovered for class members (Hausfeld recovered 113 settlements for its clients between 2009 and 2020 totaling over $5.24 billion).



### Who's Who Legal

In 2019, Who's Who Legal honored Hausfeld as the 'Competition Plaintiff Firm of the Year,' noting that the firm is, "a giant in the competition plaintiff field that once again demonstrates the strength and depth of its expertise..."

In 2018, the publication recognized the firm as "[a] powerhouse in the plaintiffs' litigation field, with particularly deep capability in competition matters," highlighting "nine outstanding litigators."



### Financial Times

In 2019, the Financial Times named Hausfeld one of the 25 'Most Innovative Law Firms: Overall' in North America. Notably, Hausfeld was the only plaintiffs' firm to make the list. In 2018, the Financial Times' Innovative Lawyers Report honored Hausfeld with the 'Innovation in Legal Expertise - Dispute Resolution' award for the firm's work with Dutch transportation insurer TVM. The Financial Times followed up this award by commending Hausfeld in its 2018 North America Innovative Lawyers Report for its representation of plaintiffs in *In Re Foreign Exchange Benchmark Rates Antitrust Litigation.* Hausfeld is proud to be the only plaintiffs' firm to have received recognition in the category of 'dispute resolution' for 2018 on both sides of the Atlantic.

In 2016, the Financial Times named Hausfeld as a top innovative law firm. Writing about Hausfeld's innovation in the legal market, the Financial Times noted: "The firm has taken the litigation finance model to Germany, to turn company inhouse legal departments into profit centres."

In 2015, Michael Hausfeld was recognized by the Financial Times as one of the Top 10 Innovative Lawyers in North America.

In 2013, Hausfeld won the Financial Times Innovative Lawyer Dispute Resolution Award. The FT stated that Hausfeld has "[p]ioneered a unique and market-changing litigation funding structure that improved accessibility and enabled victims to pursue actions with little or no risk."



### U.S. News & World Report & Best Lawyers

Hausfeld was the only firm awarded the honor of best law firm in the 'Litigation – Antitrust' category by U.S. News and Best Lawyers in its 2022 Best Law Firms edition.





## Global Competition Review

In 2021, the firm won Global Competition Review's award for "Litigation of the Year – Cartel Prosecution" in recognition of the firm's work on *In re Blue Cross Blue Shield Antitrust Litigation.* After eight years of litigation, the proposed class of subscribers secured a $2.67 billion settlement from the Blue Cross Blue Shield (BCBS) network, which was preliminarily approved in 2020 and pending final approval.

In 2018, Hausfeld attorneys were awarded Global Competition Review's "Litigation of the Year – Cartel Prosecution" commending its work on *In re Vitamin C Antitrust Litigation.* In this historic case, the Supreme Court ruled in favor of Hausfeld's clients, setting forth criteria and a framework for courts to use when assessing the credibility and weight to give to a foreign government's expression of its own laws.

In 2016, Hausfeld was awarded Global Competition Review's "Litigation of the Year – Cartel Prosecution" for its work on *In re Foreign Exchange Antitrust Benchmark Litigation.* The award recognized Hausfeld's success in the Foreign Exchange litigation to date, which has included securing settlements for more than $2.3 billion in on behalf of a class of injured foreign exchange investors and overcoming three motions to dismiss in the action.

In 2015, Hausfeld attorneys were awarded Global Competition Review's "Litigation of the Year – Non-Cartel Prosecution," which recognized their trial victory in *O'Bannon v. NCAA*, a landmark case brought on behalf of college athletes challenging the NCAA's restrictions on payment for commercial licensing of those athletes' names, images, and likenesses in various media.

## U.S. News & World Report

Since 2016, U.S. News & World Report – Best Law Firms has named Hausfeld to its top tier in both Antitrust Law and Litigation, and among its top tiers in Commercial Litigation. Hausfeld was also recognized in New York, San Francisco, and Washington, DC in Antitrust Law, Litigation, Mass Torts and Commercial Litigation.





## American Antitrust Institute

In 2021, Hausfeld and its co-counsel received the American Antitrust Institute's award for 'Outstanding Antitrust Litigation Achievement in Private Law Practice' for collective work on behalf of our clients in *In re Blue Cross Blue Shield Antitrust Litigation.*

In 2018, Hausfeld and its co-counsel received the American Antitrust Institute's award for 'Outstanding Antitrust Litigation Achievement in Private Law Practice' for their trial and appellate victories in *In re Vitamin C Antitrust Litigation.*

In 2016, the American Antitrust Institute honored two Hausfeld case teams—*In re Air Cargo Shipping Services Antitrust Litig.* (E.D.N.Y.) and *In re Municipal Derivatives Antitrust Litig.* (S.D.N.Y.)—with its top award for Outstanding Antitrust Litigation Achievement in Private Law Practice. Taken together, these two cases have yielded settlements of over $1.4 billion to class members after nearly a decade of litigation. The award celebrates private civil actions that provide significant benefits to clients, consumers, or a class and contribute to the positive development of antitrust policy.

In 2015, Hausfeld and fellow trial counsel won the American Antitrust Institute's award for Outstanding Antitrust Litigation Achievement in Private Law Practice for their trial and appellate victories in *O'Bannon v. NCAA*.



FOR THE CHALLENGE



## Chambers & Partners

In 2021, Chambers and Partners named Hausfeld to its highest tier, Band 1, for "Antitrust: Plaintiff – USA – Nationwide," noting that the firm:

"has fantastic lawyers who are out-of-the-box thinkers, client service-oriented and a pleasure to work with."

Hausfeld was one of just five law firms ranked in Band 1. Hausfeld's New York office was also named to Band 1 for "Antitrust: Mainly Plaintiff – New York."

The publication has also previously noted about the firm:

"Able to deploy a deep bench of trial attorneys with outstanding litigation experience," and is "renowned for its abilities representing plaintiffs in multidistrict class action antitrust suits across the country involving a wide variety of antitrust issues."

Clients reported to the publication that "Hausfeld is a great partner that makes sure to understand our perspective," and peers have commended the firm's "terrific, deep bench."

- A reputation as a "[m]arket-leading plaintiffs' firm with considerable experience in antitrust class action suits and criminal cartel investigations."

- "[N]umerous successes in the area, resulting in major recovery or settlements for its clients."

- Firm Chair Michael Hausfeld's record as "a very successful and able antitrust litigator," and "one of the titans of the Plaintiffs Bar."

Additionally, between 2016 and 2020, Chambers & Partners UK ranked Hausfeld in the top tier among London firms representing private claimants in competition matters and recognized the firm's accomplishments in Banking Litigation. .

## National Law Journal

In 2015, Hausfeld was named to the National Law Journal's "Plaintiffs Hot List" for the fourth year in a row. The publication elaborated:

"Hausfeld's creative approaches underpinned key antitrust wins last year, including a trailblazing victory for former college athletes over the use of their likenesses in television broadcasts and video games…" and Hausfeld, along with its co-counsel, "nailed down a $99.5 million settlement with JPMorgan Chase & Co. in January in New York federal court for alleged manipulation of market benchmarks. And it helped land nearly $440 million in settlements last year, and more than $900 million thus far, in multidistrict antitrust litigation against air cargo companies."

In 2014, The National Law Journal named Hausfeld as one of a select group of America's Elite Trial Lawyers, as determined by "big victories in complex cases that have a wide impact on the law and legal business." The award notes that Hausfeld is among those "doing the most creative and substantial work on the plaintiffs side."

**HAUSFELD**

**FOR THE CHALLENGE**

# Diversity, equity & inclusion

Hausfeld is committed to diversity and inclusion, because we know that embracing a variety of viewpoints and backgrounds allows us to gain better insights and strengthen our practice. Our diversity is reflected throughout our dozens of case teams leading class actions across the country. We are proud that half of our lawyers are women, who lead some of the largest price-fixing and market manipulation antitrust MDLs in the United States on behalf of our firm.

Hausfeld's Diversity, Equity and Inclusion Committee is committed to examining and improving all aspects of our hiring, benefits, training, support, and promotion practices to ensure that we maintain the highest standards for ourselves, and continually strive for improvement. We seek to ensure that all of our attorneys are provided the resources they need to excel, and are given opportunities to lead, both within and outside the firm.

# Thought leadership

Hausfeld lawyers do more than litigation. They exercise thought leadership in many fields. Hausfeld lawyers host, lecture at, and participate in leading legal conferences worldwide and address ground-breaking topics including: the pursuit of damages actions in the United States and the European Union on behalf of EU and other non-U.S. plaintiffs; nascent private civil enforcement of EU competition laws; application of the FTAIA; the impact of *Wal-Mart Stores, Inc. v. Dukes* and *Comcast Corp. v. Behrend* on class certification; reforms to the Federal Civil Rules of Procedure; emerging issues in complex litigation; and legal technology and electronic discovery.

Hausfeld attorneys have presented before Congressional subcommittees, regulators, judges, business leaders, in-house counsel, private lawyers, public-interest advocates, elected officials and institutional investors, and hold leadership positions in organizations such as the American Bar Association, the American Antitrust Institute, the Women Antitrust Plaintiffs' Attorneys network group, the Sedona Conference and the Institute for the Advancement of the American Legal System.

## Selected articles

- **"Confusion continues in the antitrust evaluation of Most Favored Nations Provisions,"** Irving Scher, Hausfeld Competition Bulletin/Lexology (Spring 2021)

- **"Supreme Court Justices foreshadow a turbulent future for the NCAA,"** Swathi Bojedla & Eduardo Carlo, Hausfeld Competition Bulletin/Lexology (Summer 2021)

- **"Can a non-signatory compel arbitration?"** Walter D. Kelley Jr., Hausfeld Competition Bulletin/Lexology (Summer 2021)

- **"*Briseño v. Henderson*: new considerations for class action settlements today,"** Christopher Lebsock & Kyle Bates, Hausfeld Competition Bulletin/Lexology (Summer 2021)

- **"Umbrella Liability: Has Its Time Come?"** Michael D. Hausfeld and Irving Scher, Competition Policy International (October 24, 2020)

- **"Third Circuit's Suboxone Class Certification Affirmance Clarifies Commonality and Predominance Requirements,"** Swathi Bojedla, Hausfeld Competition Bulletin/Lexology (Fall 2020)

- **"Class Actions & Competition Law, An Overview Of EU and National Case Law,"** Michael D. Hausfeld, Anthony Maton, David R. Wingfield, Concurrences e-Competition Bulletin - Special Issue on Class Actions (August 27, 2020)

- **"Personal Jurisdiction in Federal Class Actions: Three New Rulings but Little Clarity,"** Sarah LaFreniere, Hausfeld Competition Bulletin/Lexology (Spring 2020)

- **"In Defense of Class Actions: A Response to Makan Delrahim's Commentary on the UK Mastercard Case,"** Michael D. Hausfeld, Irving Scher, Laurence T. Sorkin, Competition Policy International (June 8, 2020)

- **"From Silicon Valley to the Burger Joint: The Evolving Landscape of Vertical 'No-Poach' Cases,"** Jeanette Bayoumi, Hausfeld Competition Bulletin/Lexology (Fall 2019).

- **"Social Media and Antitrust: A Discovery Primer,"** Nathaniel C. Giddings & Aaron Patton, Antitrust Magazine (Summer 2018).

# Scott Martin

Partner
New York



✉ smartin@hausfeld.com

☎ +1 646 357 1195

in https://www.linkedin.com/pub/scott-martin/10/100/747

## EXPERIENCE

### Antitrust/Competition

- *In re National Football League's "Sunday Ticket" Antitrust Litigation* – Scott serves as co-lead counsel on behalf of businesses against DirecTV, a leading provider of digital entertainment in the United States, and the National Football League ("NFL"), alleging that the NFL's exclusive agreement to allow DirecTV to broadcast out-of-market Sunday NFL football games violated the antitrust laws.
- *In re Libor-Based Financial Instruments Antitrust Litigation* – Class action lawsuit alleging a global conspiracy by some of the world's largest financial institutions to manipulate LIBOR. The manipulation of LIBOR, which is the primary benchmark for short-term interest rates for trillions of dollars-worth of financial transactions worldwide, is alleged to have caused billions of dollars in damage to municipalities, businesses, and investors.
- *In re Blue Cross Blue Shield Antitrust Litigation* – In one of the largest and most complex antitrust class action cases ever litigated, Scott represents tens of millions of subscriber plaintiffs alleging higher premiums and loss of competition in the market for health insurance due to a conspiracy among 36 insurer defendants to allocate geographic territories. In 2018, the subscriber plaintiffs achieved summary judgment on the application of a per se standard to the alleged conduct, streamlining the case for class certification and trial.
- *Core-Mark NY CMSA Litigation* – Multi-plaintiff action asserted against leading distributors of cigarettes and other consumer goods in New York under the Cigarette Marketing Sales Act.
- Scott regularly presents compliance talks to businesspersons at industry-leading apparel, industrial, retailing, and distribution clients.
- Scott currently is providing competition advocacy before the Federal Trade Commission and merger advice to a Fortune 100 company.

### Environmental & Product Liability

- *SCWA v. Dow, et al. and SCWA v. 3M Company, et al.* – Scott is currently representing the largest municipal groundwater provider in the United States for recovery in various water contamination matters.

### Public Entity

We have extensive experience representing public and governmental entities, including state Attorneys General Offices, municipal utility boards, and counties in high-stakes investigations and litigation involving a variety of legal practice areas, including antitrust, consumer protection, financial services, and environmental law. The firm's public entity portfolio includes:

- Retention by state Attorneys General Offices for antitrust litigation against Big Tech platforms.
- Retention by the largest public water supplier in the country relating to environmental contamination.
- Retention by public entities to pursue antitrust claims relating to fraud in financial markets; and
- Retention by the state of West Virginia in one of the earliest cases against the pharmaceutical industry relating to the opioid crisis, filed decades before the current wave of opioid litigation.

## OVERVIEW

### Experience

Scott is co-chair of the firm's Antitrust practice group. Scott's perspective is a unique one, as prior to joining the firm in 2015, he played major roles in defending antitrust and class action cases as a partner in two leading international law firms. Over the course of more than 25 years, he also has negotiated resolutions of numerous regulatory investigations and actions on behalf of corporate clients. Scott's practice extends to bench and jury trials in both federal and state courts, complex federal multidistrict actions, class actions involving direct and indirect purchasers, *parens patriae* cases, FTC and DOJ investigations as well as other regulatory actions, and *qui tam* litigation.

### Clients

Scott has two decades of counseling experience across a broad range of industries on pricing, distribution, competitive intelligence, joint ventures, and non-compete agreements, among other competition issues, and has designed antitrust compliance programs for some of the world's largest corporations.

## EDUCATION

Stanford Law School, J.D., 1990

Stanford University, A.B., with honors, 1987

## BAR ADMISSIONS

New York

District of Columbia

Supreme Court of the United States

Numerous Federal District and Circuit Courts

## AFFILIATIONS

Fellow, American Bar Foundation

Programs Officer, American Bar Association, Antitrust Law Section (2021-22)

- Previous positions include: Secretary and Communications Officer, Council member, Chair of Trial Practice Committee, Chair of Civil RICO Committee, Chair of Global Private Litigation Conference, and Editorial Board of Antitrust Law Developments, (among others)

Executive Committee, New York State Bar Association, Antitrust Section

Editorial Board (Competition), *Law360* (2012-2018)

Treasurer and Board of Directors member, WHEDco (leading Bronx non-profit housing, educational and community development organization)

## NEWS

**Legal 500 US 2022 ranks Hausfeld as top-tier in Antitrust for 13th consecutive year**

ANTITRUST / COMPETITION  /  UNITED STATES  / JUN 24 2022

**Hausfeld renews numerous Tier 1 rankings in Chambers and Partners USA 2022**

ANTITRUST / COMPETITION  / TECHNOLOGY & DATA BREACH  / UNITED STATES  /  JUN 15 2022

**The Legal 500 US (2021) ranks Hausfeld as first tier in Antitrust for a 12th consecutive year**

ANTITRUST / COMPETITION  /  UNITED STATES  / JUN 17 2021

**Hausfeld wins 2021 GCR award for 'Litigation of the Year - Cartel Prosecution'**

ANTITRUST / COMPETITION  /  UNITED STATES  / MAY 24 2021

**Hausfeld nominated for 'Litigation of the Year' and 'Litigator of the Year' by GCR Awards 2021**

ANTITRUST / COMPETITION  /  UNITED STATES  / FEB 18 2021

**Seven Hausfeld lawyers named to Lawdragon list of '500 Leading Lawyers in America' for 2021**

ANTITRUST / COMPETITION  /

**Hausfeld Honored with AAI's Award for Outstanding Litigation Achievement in Private Law Practice**

ANTITRUST / COMPETITION  /  UNITED STATES  / NOV 11 2021

**Lawdragon Plaintiff Financial Lawyers Guide Honors 15 Hausfeld Lawyers in 2021**

COMMERCIAL & FINANCIAL DISPUTES  / UNITED STATES  /  SEP 01 2021

**Chambers and Partners USA (2021) recognizes Hausfeld and its lawyers in its highest tier**

ANTITRUST / COMPETITION  / TECHNOLOGY & DATA BREACH  / UNITED STATES  /  MAY 21 2021

**ABA Antitrust Section Nominating Committee taps two Hausfeld Partners**

ANTITRUST / COMPETITION  /  UNITED STATES  / MAY 10 2021

**Peekya App hires global law firm Hausfeld for antitrust case claiming Google has monopolized mobile app marketplace**

ANTITRUST / COMPETITION  /  UNITED STATES  / SEP 30 2020

**Fifteen Hausfeld lawyers named to Lawdragon Plaintiff Financial Lawyer Guide 2020**

COMMERCIAL & FINANCIAL DISPUTES  /

HUMAN RIGHTS  /  UNITED STATES  /  JAN 28 2021

**Best Lawyers 2021 recognizes six Hausfeld lawyers on both coasts**

ANTITRUST / COMPETITION  /
**ENVIRONMENTAL & PRODUCT LIABILITY  /
COMMERCIAL & FINANCIAL DISPUTES  /**
UNITED STATES  /  AUG 20 2020

**The Legal 500 US (2020) ranks Hausfeld as first tier in 'Antitrust' for an 11th consecutive year**

ANTITRUST / COMPETITION  /  UNITED STATES  /
JUN 12 2020

**U.S. News & World Report and Best Lawyers rank Hausfeld as a top firm for 2020**

ANTITRUST / COMPETITION  /
**COMMERCIAL & FINANCIAL DISPUTES  /**
UNITED STATES  /  NOV 01 2019

**Fifteen Hausfeld lawyers named to Lawdragon Plaintiff Financial Lawyer Guide 2019**

**COMMERCIAL & FINANCIAL DISPUTES  /**
UNITED STATES  /  SEP 19 2019

**U.S. News & World Report and Best Lawyers rank Hausfeld as a top firm for 2019**

ANTITRUST / COMPETITION  /
**COMMERCIAL & FINANCIAL DISPUTES  /**
UNITED STATES  /  NOV 20 2018

**Hausfeld LLP names Bonny Sweeney and Scott Martin as U.S. Antitrust practice group Co-Chairs**

ANTITRUST / COMPETITION  /  UNITED STATES  /
NOV 19 2018

**Hausfeld achieves historic healthcare ruling in Blue Cross Blue Shield Antitrust Litigation**

ANTITRUST / COMPETITION  /  UNITED STATES  /  MAY 03 2018

**Hausfeld expands to New York, welcoming renowned antitrust litigators Scott Martin and Irving Scher**

**Chambers and Partners USA (2020) again recognizes Hausfeld and its lawyers in its highest tier**

ANTITRUST / COMPETITION  /  UNITED STATES  /
APR 24 2020

**Super Lawyers recognizes 21 Hausfeld lawyers spanning both coasts and multiple practice areas**

ANTITRUST / COMPETITION  /
**COMMERCIAL & FINANCIAL DISPUTES  /
ENVIRONMENTAL & PRODUCT LIABILITY  /
HUMAN RIGHTS  /**  UNITED STATES  /  NOV 18 2019

**The Legal 500 US (2019) ranks Hausfeld as first tier in 'Antitrust' for a 10th consecutive year**

ANTITRUST / COMPETITION  /  UNITED STATES  /
MAY 30 2019

**Chambers and Partners USA (2019) recognizes Hausfeld and its lawyers in its highest tier**

ANTITRUST / COMPETITION  /  UNITED STATES  /
APR 29 2019

**Six Hausfeld lawyers recognized in 2019 edition of 'Best Lawyers in America'**

ANTITRUST / COMPETITION  /
**COMMERCIAL & FINANCIAL DISPUTES  /
ENVIRONMENTAL & PRODUCT LIABILITY  /**
UNITED STATES  /  AUG 28 2018

**Chambers and Partners USA (2018) recognizes Hausfeld and its lawyers**

ANTITRUST / COMPETITION  /  UNITED STATES  /
MAY 22 2018

UNITED STATES, FRANCE, GERMANY, UNITED KINGDOM, NETHERLANDS, SWEDEN, BELGIUM  /  JUL 13 2015

# ✎ EVENTS

**ABA's 2019 Global Private Litigation Conference**
━━

**ANTITRUST / COMPETITION**  /  BERLIN  17 JUN 2019

/

**Scott has been asked to speak at a wide array of events over the course of his career including:**

- "Honest Broker Or Advocate: Effective Expert Testimony," ABA Section of Antitrust Law Virtual Spring Meeting (April 2020), Panelist
- "Competition Tort Claims Around the Globe," ABA Section of Antitrust Law Spring Meeting, (March 2019), Panelist
- "Competitor Collaborations: US and EU Joint Venture Law," ABA Section of Antitrust Law (April 2013), Speaker
- "'Have I Got a Deal for You': Big Sellers, Big Issues," New York City Bar Association (January 2013), Speaker
- "Discovery by Leaps and Bounds: Practical Issues in International Antitrust Cases," ABA Section of Antitrust Law (November 2012), Moderator
- "Comcast v. Behrend: Rigorous Analysis – How Much Is Too Much?" New York State Bar Association, Antitrust Law Section (October 2012), Speaker
- "Pricing Fundamentals: Pricing Tied to Other Offerings," ABA Section of Antitrust Law (February 2012), Speaker
- "Settling Class Action Litigation," American Antitrust Institute 5th Annual Future of Private Antitrust Enforcement Conference, (December 2011), Speaker
- "Trying a Case Involving Mixed Vertical and Horizontal Restraints: The Legal, Economic and Practical Considerations," ABA Section of Antitrust Law (October 2011), Speaker
- "International Cartel Enforcement in the Digital Age: Collection and Use of Evidence Beyond Borders," New York State Bar  Association Antitrust Law Section, (January 2011), Speaker
- "New York's Donnelly Act: Another Tool in the Chest?" NYSBA Antitrust Law Section and ABA Section of Antitrust Law (July 2010), Speaker
- "Pricing Issues," PLI Antitrust Counseling & Compliance Seminar (February 2010), Speaker
- "Robinson-Patman - Price Discrimination," Practising Law Institute Advanced Antitrust Seminar: Distribution & Marketing (annually 2003-2009), Speaker
- "Tying and Bundling -- Consumer-Friendly Offers or Exclusionary Conduct?" ABA Section of Antitrust Law (May 2009), Speaker
- "Mastering the Discovery Process for the General Counsel: How to Master the Costs and Burdens of Federal Discovery," Incisive Media (November 2008), Speaker
- "Bundled Discounts: Careful Practice in the Face of Unsettled Law," Ohio State Bar Association Antitrust Institute (November 2008), Speaker
- "Antitrust Developments – A Busy Supreme Court Term Plus A Look at Joint Marketing Activities and Information Sharing," ABA Section of Environment, Energy and Resources, 21st Annual Petroleum Refining and Marketing Law Roundtable (October 2006), Speaker
- "Antitrust Meets Civil RICO on a Grand Scale," ABA Section of Antitrust Law (March 2006), Session Chair
- "Vive le Difference: Dealing Effectively with State Enforcers," ABA Section of Antitrust Law (March 2006), Speaker
- ABA Antitrust Litigation Course: Mock Trial (October 2005), Defense Counsel
- "Lest We Not Forget: State Law Constraints on Price by Robinson-Patman Act," ABA Section of Antitrust

- "Defending Against Employee Raiding," ABA Section of Antitrust Law (March 2005), Session Chair
- "Assessing an Unfair Competition Case Under California Section 17200," ABA Section of Antitrust Law (March 2004), Session Chair
- "Price Discrimination and Slotting Allowances," Conference Board Antitrust Conference (March 2003), Speaker
- "The Front Lines: Prudent Business Decision-Making in Light of the New Realities of Distribution," (March 2003), Speaker

# PUBLICATIONS

### Books and Chapters:

- "Settlement Practice from Both a Plaintiff and Defense Perspective," Chapter, American Antitrust Institute Handbook on Private Enforcement of Competition Law U.S. Edition (2012) Co-Author
- "Litigating International Antitrust Cases," J. von Kalinowski, Chapter, Antitrust Counseling and Litigation Techniques (2007 and update), Author
- "Private Antitrust Litigation," Chapter, Global Competition Review - Getting the Deal Through (2005), Co-Author
- "Advising Foreign Clients on US Antitrust Law," Chapter, Asia Pacific Antitrust & Trade Review (2005), Co-Author
- "Antitrust Adviser," Two-volume treatise, 5th ed., Co-Editor
- "Business Torts & Unfair Competition," Chapter: Section 5 of the FTC Act, Co-Author
- Handbook (3d ed.) Chapter (New York), State Antitrust Practice and Statutes (three editions), Co-Author
- "Competition Damages Actions in the EU: Law and Practice," 2d ed., Contributor

### Articles:

- "Cartel Damage Recovery: A Roadmap for In-House Counsel," Antitrust Magazine, [Winner, Concurrences Writing Award] (Fall 2017), Co-Author
- "SCWA Pursues Legal Action Against Companies Responsible for PFOS, PFOA and 1,4-Dioxane Contamination," Lexology (Nov. 2017), Co-Author
- "Horizontal conspiracy complaints face different fates under Twombly 'plausibility' standard," Lexology, (Oct. 2015), Co-Author
- "After American Needle, Is Everything Old New Again?" Law360 (Aug. 4, 2010), Author
- "Can Anyone Keep a Secret Anymore? Beware the differing privilege regimes in the global environment," New York Law Journal (Nov. 16, 2009), Author
- "The linkLine Decision: Section 2 Gets Squeezed Further," GCP: The Online Magazine for Global Competition Policy (April 2009), Author
- "Antitrust Injury in Robinson-Patman Cases: What's Left?" GCP: The Online Magazine for Global Competition Policy, (Nov. 2008), Author
- "One Year Post-'Twombly,' Trends Emerge," New York Law Journal (Aug. 25, 2008), Author
- "A Rule Of Reason For Vertical Price Fixing - Part II," The Metropolitan Corporate Counsel, Volume 15, No. 11 (Nov. 2007), Co-Authored with Fiona A. Schaeffer
- "A Rule Of Reason For Vertical Price Fixing - Part I," The Metropolitan Corporate Counsel, Volume 15, No. 10 (Oct. 2007), Author
- "Antitrust in Distribution - Tying, Bundling and Loyalty Discounts, Resale Pricing Restraints, Price Discrimination - Part I," The Metropolitan Corporate Counsel, Volume 14, No. 4 (April 2006), Author

# WHAT OTHERS SAY

- Outstanding Antitrust Litigation Achievement in Private Law Practice, an honor he received as part of the *In re Blue Cross Blue Shield Antitrust Litigation* case team in 2021

**Best Lawyers**

- Best Lawyer since 2012
  - Antitrust Law
  - Litigation - Antitrust

A past client commented, "I was extremely impressed with his knowledge and attentiveness as well as his ability to truly enjoy servicing his client in a productive and cost-effective manner."

**Chambers**

- Band 1, Antitrust: Mainly Plaintiff, New York since 2015
- Leading Lawyer since 2006

Sources reported, "He's an expert in antitrust and how it's applied from a commercial perspective. He's an incredible partner." "He has a great reputation and is very collegial." "He is a very good plaintiffs' lawyer." (Chambers US, Antitrust: Mainly Plaintiff, New York, 2021)

"Co-chair of the antitrust group, Scott Martin lends plaintiff clients his cutting-edge expertise in antitrust litigation honed over years of defense-side representation. He regularly appears in state and federal jury and bench trials in the most complex of matters." (Chambers US, Antitrust: Mainly Plaintiff, New York, 2020)

**Global Competition Review**

- Litigation of the Year - Cartel Prosecution in 2021: an honor he received as part of the *In re Blue Cross Blue Shield Antitrust Litigation* case team.

**Legal 500**

- Recommended Lawyer, Antitrust - Civil Litigation/Class Actions: Plaintiff since 2015

Sources have stated that Scott is "friendly, engaging, and spot-on," that "he is extremely polished, an expert in the field and a pleasure to work with," and that "Melinda Coolidge and Scott Martin go above and beyond at all hours to provide the best level of customer service. They are always there with an explanation." (Legal 500 US, Antitrust - Civil Litigation/Class Actions: Plaintiff, 2020)

**Super Lawyers**

- Super Lawyer, Antitrust Litigation in New York since 2006

**Other**

- Outstanding Antitrust Litigation Achievement in Private Law Practice: an honor he received by the American Antitrust Institute in 2016 for *In re Air Cargo Antitrust Litigation*.
- International Who's Who of Competition Lawyers and Economists, Lawdragon, International Who's Who of Business Lawyers,  and others often reflect recognition of Scott's work by his peers.

Clients, colleagues, and adversaries have referred to Scott in print variously as a "terrifically talented and surefooted litigator" and "an astute operator who always adds value to proceedings" while also serving as a "business-oriented lawyer who looks to see what the overall issues are and determines how best to approach the representation of those interests, including common sense approaches to exit strategies where feasible."

# Sathya S. Gosselin

**Partner**
Washington, DC

he/him/his

✉ sgosselin@hausfeld.com

☎ +1 202 540 7175

in http://www.linkedin.com/pub/sathya-gosselin/3b/bbb/b6a/



## ⟋ OVERVIEW

**Experience**

Sathya Gosselin is a partner in the firm's Washington, DC office, where he advises a diverse array of clients, helping each navigate complex litigation and achieve dispute resolution. Sathya takes a hands-on approach to litigation, working with a small team to secure favorable results at the trial and appellate levels and deliver outstanding client service. His work in the arenas of antitrust, intellectual property, and sports and entertainment have earned him various awards and the recognition of his peers.

**Clients**

Sathya represents clients across a broad range of industries, including sports, hospitality, healthcare, transportation, software, film, and music. His client roster has included entertainers and athletes, Fortune 500 companies, apparel retailers, movie theaters, non-profit organizations, software manufacturers, and startups, among others.

Representative clients include:

- Citizens for Responsibility and Ethics in Washington
- CRH Americas
- Denver Film Society
- DJ Erick Morillo
- Ed O'Bannon
- Lotte Global Logistics
- Peabody Energy
- PepsiCo
- Run Gum
- Sims Metal Management
- The Avalon Theatre
- Trammo

## ⟋ EDUCATION

Cornell Law School, J.D., 2007 (Symposium Editor, Cornell Law Review)

Vassar College, B.A., Religion, 1999 (with honors)

## BAR ADMISSIONS

District of Columbia

California

## AFFILIATIONS

Professorial Lecturer in Law, The George Washington University Law School

Elected Fellow, American Bar Foundation

Vice Chair, Trade, Sports and Professional Associations Committee, ABA Section of Antitrust Law (2020-Present)

Law360 Sports Editorial Advisory Board (2016-2018)

Antitrust Representative, American Bar Association Section of Environment, Energy, and Resources' Special Committee on Section, Division, and Forum Coordination, (2013-2014)

Young Lawyer Representative, Transportation and Energy Industries Committee, Section of Antitrust Law, American Bar Association, (2013 – 2014)

Member, Section of Antitrust Law, American Bar Association

## NEWS

**Lawdragon Plaintiff Financial Lawyers Guide Honors 15 Hausfeld Lawyers in 2021**

COMMERCIAL & FINANCIAL DISPUTES  /
UNITED STATES  /  SEP 01 2021

**Hausfeld welcomes historic US Supreme Court victory for college athletes**

ANTITRUST / COMPETITION  /  UNITED STATES  /
JUN 21 2021

**Super Lawyers recognizes 21 Hausfeld lawyers spanning both coasts and multiple practice areas**

ANTITRUST / COMPETITION  /
COMMERCIAL & FINANCIAL DISPUTES  /
ENVIRONMENTAL & PRODUCT LIABILITY  /
HUMAN RIGHTS  /  UNITED STATES  /  NOV 18 2019

**Fifteen Hausfeld lawyers named to Lawdragon Plaintiff Financial Lawyer Guide 2019**

COMMERCIAL & FINANCIAL DISPUTES  /

**Rail shippers defeat BNSF, CSX, NS, and UP's attempts to insulate anticompetitive conduct from liability**

ANTITRUST / COMPETITION  /  UNITED STATES  /
FEB 19 2021

**Fifteen Hausfeld lawyers named to Lawdragon Plaintiff Financial Lawyer Guide 2020**

COMMERCIAL & FINANCIAL DISPUTES  /
UNITED STATES  /  AUG 28 2020

**The Legal 500 US (2019) ranks Hausfeld as first tier in 'Antitrust' for a 10th consecutive year**

ANTITRUST / COMPETITION  /  UNITED STATES  /
MAY 30 2019

**"At the top of its game" - The Legal 500 (2018) again recognizes Hausfeld and its lawyers as first tier in Antitrust**

ANTITRUST / COMPETITION  /  UNITED STATES  /
JUN 08 2018

**Knorr and Wabtec employees file antitrust lawsuit to recover damages stemming from employers' "no-poach" conspiracy**

ANTITRUST / COMPETITION / UNITED STATES / APR 16 2018

## ◢ EVENTS

**ABA Webinar: Emerging Public and Private Enforcement Issues**

ANTITRUST / COMPETITION / ONLINE   16 DEC 2021

/

**ABA Panel Discussion 'NCAA v. Alston: The Decision'**

ONLINE   16 JUL 2021

/

- "Sports and Antitrust: Enforcement Trends on Both Sides of the Atlantic," ABA (May 31, 2022), Panelist
- "*NCAA v. Alston*: Sports and Antitrust Law Going Forward," Philadelphia Bar Association (Apr. 27, 2022)
- "Plaintiff Side Litigation," Cornell Law School Alumni Panel (Feb. 23, 2021), Panelist
- "Competition Advocacy, State Occupational Licensing, and Private Certification - Perspectives from Federal Agencies and State Attorneys General" ABA Section of Antitrust Law (May 6, 2019)
- "Recent Noteworthy Litigation and Trends to Watch," ABA Section of Antitrust Trade, Sports, and Professional Associations Committee's Post-Spring Meeting Town Hall, (April 29, 2019)
- "Sports Law," University of Florida Levin College of Law 2019 Sports Law Symposium (March 1, 2019), Panelist
- "Alston v. NCAA: Will 'Amateurism' Survive?" ABA Trade, Sports, and Professional Associations Committee (Jan. 8, 2019)
- "Antitrust Exemptions in Sports—& More," Legal Talk Network (Aug. 17, 2018)
- "Practicing as an Antitrust and Sports Lawyer," ABA Section of Antitrust Law (May 23, 2018)
- "Recent Developments in Global Class Actions," ABA Section of Antitrust Law Spring Meeting (April 12, 2018)
- "NCAA Amateurism and the *O'Bannon* Litigation," University of Texas School of Law Continuing Legal Education (March 23, 2018)
- "Working With Experts and Economic Evidence in Class Actions," ABA Section of Antitrust Law (Feb. 26, 2018)
- "What's Next -- Hot Issues at the Nexus of Consumer Protection, Antitrust, and Sports," ABA Section of Antitrust Law (Dec. 5, 2017)
- "O'Bannon in the Supreme Court," ABA Section of Antitrust Law (Aug. 4, 2016)
- "Hot Topics in Pro Sports," Cozen O'Connor - Sports Law for Rookies and Veterans (April 15, 2016)
- Oregon Law Summer Sports Institute (Summer 2016; Summer 2015), Guest lecturer
- "Developments in Antitrust Cases against Sports Leagues," American Antitrust Institute Private Antitrust Enforcement Conference (Nov. 18, 2015)
- "Trying the Class Action: Practical Tips From the Pros Seminar," American Association for Justice (June 2015)
- "Amateurism and NCAA Compliance," University of Florida Levin College of Law 2015 Sports Law Symposium (March 27, 2015)
- "Antitrust and the NCAA: The O'Bannon Litigation and More," ABA Section of Antitrust Law (Dec. 5, 2014)
- "The O'Bannon Litigation and the Future of the NCAA and College Athletics," District of Columbia Bar (Nov. 7, 2014)

**Publications:**

- "The Ethical Evolution of the NCAA," Association of Corporate Counsel Docket (cover article Jan. 2020), Author
- Antitrust Law Developments (Eighth), Contributing author
- "Antitrust Class Proceedings – Then and Now," Research in Law and Economics (Vol. 26, 2014), Co-Authored with Michael. D. Hausfeld, Godron C. Rausser, Gareth J. Macartrney and Michael P. Lehmann
- "'CAT'-astrophe: The Failure of 'Follow-On' Actions," International Cartel Workshop, Presented by the ABA Section of Antitrust Law & The International Bar Association (Feb. 1-3, 2012), Co-Authored with Michael D. Hausfeld, Brent W. Landau
- "The Novelty of Wal-Mart v. Dukes," American Bar Association, Business Torts & Civil RICO Committee, Business Torts & RICO News (Vol. 8, Issue 1, Fall 2011), Co-Authored with Brian A. Ratner
- "E-Discovery Today: The Fault Lies Not In Our Rules…," 4 FED. CTS. LAW REV. 2 (2011), Hausfeld LLP and Milberg LLP
- "Parents, Be Aware of the Behavior of Your Children: Intra-Enterprise Accountability and Extraterritorial Jurisdiction in the European Union," 2010 ABA/IBA International Cartel Workshop (Feb. 10-12, 2010), Co-Authored with Michael D. Hausfeld
- "The United States Heightens Plaintiff's Burden of Proof on Class Certification: A Response," Global Competition Litig. Rev., (Volume 2 Issue 4/2009), Co-Authored with Michael D. Hausfeld and Steig D. Olson

**Press:**

- United States District Court for the District of Columbia, Judge Paul Friedman denied a motion by the defendant railroads BNSF, CSX, NS, and UP to exclude certain evidence from future antitrust trials. The press has been covering this development and Sathya Gosselin has been quoted in this Railway Age article, and this Freightwaves article, (Feb. 19, 2021)
- "Sports Betting May Further Complicate NCAA Antitrust Concerns," Bloomberg (June 4, 2018)
- "Federal probe could uncover deeper roots in college basketball scandal," USA Today (Sept. 30, 2017)
- "US judge sends former UNC athletes' lawsuit back to North Carolina courts," The News & Observer (Apr. 27, 2017)
- "MLB Wearable Tech Experiment Raises Athlete Privacy Issues," Law360 (Mar. 14, 2017)
- "Olympian Nick Symmonds's Company Files Lawsuit vs USOC and USATF," Sports Illustrated (Jan. 20, 2016)
- "U.S. Appeals Court Finds NCAA Pay Rules Violate Antitrust Law," Reuters (Sept. 30, 2015)
- "As College Football Season Kicks Off, the NCAA Is Still 'Under Siege,'" The Huffington Post (Sept. 4, 2015)
- "Game Over for Two-a-Days," The Daily Beast (Aug. 31, 2015)
- "Focus Returns to College Antitrust Cases," Sports Business Journal (Aug. 24, 2015)
- "Symmonds 'at a Flashpoint for Athletes' Rights,'" Sports Business Journal (Aug. 17, 2015)
- "Lawyers: Class-action ball now in UNC, NCAA court," The Herald-Sun (Feb. 19, 2015)
- "NCAA Athletes Should Get Publicity Pay, SAG Tells 9th Circ." Law360 (Jan. 29, 2015)
- "Former UNC Student-Athletes Detail Fake 'Paper Classes' in New Lawsuit against School and NCAA," Business Insider (Jan. 23, 2015)
- "Athletes Slap NCAA, UNC with Suit Claiming Sham Classes," Law360 (Jan. 22, 2015)
- "Oliver Luck brings own perspective to NCAA on O'Bannon name and likeness issue," USA Today (Jan. 16, 2015)
- "Big Suits," The American Lawyer (Sept. 29, 2014)
- "Law360's Weekly Verdict: Legal Lions & Lambs" Law360 (Aug. 14, 2014)
- "O'Bannon Trial: Former player testifies about eligibility requirements," Pittsburgh Post-Gazette (June 16, 2014)
- "Reclaiming their image: College athletes sue NCAA for cut of profits," Fault Lines/AlJazeera America (June 10, 2014)

## PERSPECTIVES

**ABA 'Our Curious Amalgam' - The Alston Decision and What It Means for Sports Antitrust Law - a discussion with Sathya Gosselin**

ANTITRUST / COMPETITION   /  UNITED STATES   /  SEP 01 2021

## WHAT OTHERS SAY

**American Antitrust Institute**

- Outstanding Antitrust Litigation Achievement in Private Law Practice: an honor he received as part of the *O'Bannon v. NCAA* case team in 2015.

**Concurrences**

- Winner, Academic: Private Enforcement category in 2015 for his co-authored article titled, "Antitrust Class Proceedings – Then and Now"

**Global Competition Review**

- Finalist, Lawyer of the Year – Under 40 in 2017
- Litigation of the Year - Non-Cartel Prosecution: an honor he received as part of the *O'Bannon v. NCAA* case team in 2015.

**Law360**

- Named one of just five top lawyers under the age of 40 leading the class-action field in 2014.

Sathya has an "adept skill set," a "penchant for high-stakes litigation," and "close attention to detail." (Law360, 2014)

**Lawdragon**

- Leading Plaintiff Financial Lawyer since 2019

**The Legal 500**

- Recommended Lawyer, Antitrust - Civil Litigation/Class Actions: Plaintiff since 2017

A "young star" who "works on the most complex cases brilliantly." (Legal 500 US, Antitrust - Civil Litigation/Class Actions: Plaintiff, 2017)

**Super Lawyers**

- Super Lawyer, Antitrust Litigation in 2022
- Rising Star, Antitrust Litigation from 2016-2021

## EXPERIENCE

**Antitrust/Competition**

Recent engagements include:

- *O'Bannon v. NCAA* – Serving as trial counsel in the landmark litigation, in which Sathya examined and cross-examined witnesses at trial, deposed key NCAA executives, briefed complex constitutional issues advanced by the NCAA and television networks, and helped negotiate a $40 million settlement with Electronic Arts, Inc., which was distributed among current and former college athletes.
- *In re Rail Freight Fuel Surcharge Antitrust Litigation* – Serving as counsel to dozens of rail-freight shippers in a high-profile antitrust case concerning alleged fuel-surcharge collusion among the nation's largest rail-freight carriers.
- Representing specialty-film exhibitors in antitrust litigation concerning a dominant theater chain's abuse of its nationwide 'circuit' power to coerce film distributors into undesirable exclusivity arrangements that harm competition.
- Representing health plans–alongside 47 state attorneys general–that allege that the nation's largest generic drug manufacturers fixed prices and allocated markets on dozens of generic drugs, injuring patients and their insurers through dramatically higher prices.

## Human Rights

- Submitting an amicus brief in the Supreme Court of the United States on behalf of international human-rights scholars urging the Court to grant review as to whether customary international law excuses exhaustion of local remedies where a state accused of wrongdoing unduly delays the local remedial process.

## Intellectual Property

- Representing a leading software manufacturer in copyright-infringement litigation against the federal government.
- Defending an apparel retailer against false intellectual-property infringement claims.

## Sports & Entertainment

- Representing a corporate sponsor of track & field athletes in first-of-its-kind antitrust litigation against the U.S. Olympic Committee and USA Track & Field concerning unduly restrictive limitations on athlete sponsorships.
- Negotiating a favorable settlement for a royalty-rights holder in the college athletics space.
- Obtaining a complete judgment for an internationally acclaimed DJ in commercial litigation.

## WHAT OTHERS SAY

- *Legal 500 US, 2017*
  Sathya is a 'young star,' who 'works on the most complex cases brilliantly.'

- *Law360, 2014*
  Sathya has an 'adept skill set,' a 'penchant for high-stakes litigation,' and 'close attention to detail.'

# WHAT I THINK

**ABA 'Our Curious Amalgam' - The Alston Decision and What It Means for Sports Antitrust Law - a discussion with Sathya Gosselin**

ANTITRUST / COMPETITION   /   UNITED STATES   /   SEP 01 2021

# S. Farhad Mirzadeh

**Associate**
Washington, DC

✉ fmirzadeh@hausfeld.com

☎ +1 202 849 4763



## OVERVIEW

**Experience**

Farhad's practice focuses on antitrust, complex litigation, sports and entertainment, and civil and human rights. Farhad earned his J.D. from The George Washington University Law School, where he served as Senior Production Editor for the *George Washington Journal of Energy & Environmental Law*. During his time at law school, he served as a law clerk for the U.S. Environmental Protection Agency's Office of Enforcement and Compliance Assurance. Additionally, he was a student attorney in the Small Business & Community Economic Development Clinic.

Prior to joining Hausfeld, Farhad worked at a Washington, D.C. firm where he handled a wide range of transactional, litigation, and antitrust matters.

## EDUCATION

The George Washington University Law School, J.D., 2018

University of North Texas, B.A., 2013

## BAR ADMISSIONS

District of Columbia

Texas

## AFFILIATIONS

Student Attorney, Small Business and Community Economic Development Clinic (2018)

Senior Production Editor, George Washington Journal of Energy and Environmental Law (2017-2018)

Member, Moot Court Board, The George Washington University Law School (2016-2018)

Member, Alternative Dispute Resolution Board, The George Washington University Law School (2016-2018)

## NEWS

## ◢ EVENTS

## ◢ PUBLICATIONS

- "GETTING TO YES: Antitrust Class Settlements from a Plaintiffs' Point of View", presented at ABA Antitrust Section's 14th International Cartel Workshop (June 2022), Co-Authored with Megan Jones and Jane Shin

## ◢ PERSPECTIVES

## ◢ EXPERIENCE

### Antitrust/Competition

- *In re Domestic Airline Travel Antitrust Litigation* – A class action lawsuit alleging a conspiracy by United, American, Delta, and Southwest to artificially inflate domestic airline ticket prices by limiting capacity.
- *In re Local TV Advertising Antitrust Litigation* – Representing a class of TV advertisers in multidistrict litigation alleging broadcast giants violated federal law by conspiring to fix prices for local TV advertisements.

# Samuel Maida

**Associate**
San Francisco

✉ smaida@hausfeld.com

📞 +1 415-513-1411



## EXPERIENCE

### Antitrust/Competition

*In re National Football League's "Sunday Ticket" Antitrust Litigation* – proposed class action alleging that the NFL's exclusive agreement to allow DirecTV to broadcast out-of-market Sunday NFL football games violated the antitrust laws.

*In re Da Vinci Surgical Robot Antitrust Litigation* – proposed class action alleging that Intuitive Surgical engages in an anticompetitive scheme pursuant to which it ties the purchase or lease of its da Vinci surgical robot to the additional purchase of da Vinci maintenance and repair services, including the repair and replacement of the surgical system's EndoWrists.

### Technology & Data Breach

*In re Wawa, Inc. Data Security Litigation* – proposed class of financial institutions alleging the convenience-store chain's negligence resulted in a massive data breach, compromising more than 30 million payment cards used at up to 850 store locations on the East Coast.

## OVERVIEW

**Experience**

Sam's practice primarily focuses on complex antitrust matters in federal courts across the country. Sam earned his J.D. from the University of California, Irvine School of Law. During his time at UC Irvine, Sam externed for the Federal Trade Commission, Bureau of Competition, for the U.S. House of Representatives in the office of Congresswoman Katie Porter, and for the Superior Court of Santa Barbara with the Honorable Brian Hill.

Prior to joining Hausfeld, Sam was an associate at a defense firm where he was responsible for initial case evaluation, pleadings, discovery and depositions, motion practice, court appearances and arguments, expert

retention and preparation, settlement negotiations, as well as mediation and trial workup.

**Clients**

Sam represents classes of individual consumers as well as small and large businesses who have been harmed by the anticompetitive conduct or negligence of others.

Sam earned his B.A. in Economics from the University of California, Santa Barbara.

Sam is bilingual in English and Arabic.

## EDUCATION

University of California, Irvine School of Law, J.D., 2020

University of California, Santa Barbara, B.A., Economics, *High Honors*, 2015

## BAR ADMISSIONS

California

## AFFILIATIONS

Member, American Bar Association Section on Antitrust Law

## NEWS

## EVENTS

## PUBLICATIONS

## PERSPECTIVES