| | |
|---|---|
| Marc M. Seltzer (54534)<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150<br>mseltzer@susmangodfrey.com<br><br>Scott Martin<br>smartin@hausfeld.com<br>Irving Scher<br>ischer@hausfeld.com<br>**HAUSFELD LLP**<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>Tel: (646) 357-1100<br>Fax: (2121) 202-4322 | Howard Langer<br>hlanger@langergrogan.com<br>Edward Diver<br>ndiver@langergrogan.com<br>Peter Leckman<br>pleckman@langergrogan.com<br>**LANGER GROGAN & DIVER, P.C.**<br>1717 Arch Street, Suite 4020<br>Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703 |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF HOWARD LANGER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: December 16, 2022<br>TIME: 1:30 p.m.<br>COURTROOM: 6A<br>First Street Courthouse<br>350 West 1st Street<br>Los Angeles, CA 90012<br><br>Discovery Cutoff Date: 8/5/22<br>Pretrial Conference Date: 2/9/24<br>Trial Date: 2/22/24 |

I, Howard Langer, declare as follows:

1. I am a partner at the law firm of Langer, Grogan & Diver P.C., and attorney of record for Plaintiffs in this action. I am admitted to practice in the United States District Court for the Central District of California in this action *pro hac vice*. I am competent to testify to the matters stated herein and have personal knowledge of the facts and statements in this declaration.

2. I submit this declaration in support of the Plaintiffs' Motion for Class Certification of Their Antitrust Claims.

3. I am the founding partner of Langer, Grogan & Diver, P.C. I am also Professor of Law (Adjunct) at the University of Pennsylvania Law School where I have taught antitrust law since 2002. I am the author of The Competition Law of United States (Wolters Kluwer 2d. Ed. 2015). I have practiced law since 1977 and have specialized throughout my career in complex litigation, particularly antitrust law and class actions. I served as sole lead counsel in *In re Linerboard Antitrust Litigation*, 305 F.3d 145 (3d Cir. 2002), which, at the time, resulted in the largest antitrust recovery in the Third Circuit. My firm also served as sole lead counsel in antitrust actions challenging the broadcast practices of the National Hockey League and Major League Baseball. *See Laumann v. Nat'l Hockey League*, 56 F. Supp. 3d 280 (S.D.N.Y. 2014). I have also served as co-lead counsel in a number of antitrust class actions, including among others, *In re Commercial Tissue Products Antitrust Litigation*, 183 F.R.D. 589 (N.D. Fla. 1998), and *In re Carbon Dioxide Antitrust Litigation*, 149 F.R.D. 229 (M.D. Fla. 1993). More information about my firm and its work can be found at langergrogan.com.

4. Edward Diver, Peter Leckman and Kevin Trainer are the primary attorneys from Langer Grogan & Diver, P.C., that have worked on this matter.

5. A copy of my attorney profile, which has been downloaded from the firm's website, is attached as Exhibit 1.

6. A copy of Edward Diver's attorney profile, which has been downloaded from the firm's website, is attached as Exhibit 2.

7. A copy of Peter Leckman's attorney profile, which has been downloaded from the firm's website, is attached as Exhibit 3.

8. A copy of Kevin Trainer's attorney profile, which has been downloaded from the firm's website, is attached as Exhibit 4.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Signed on this 19th day of August 2022 in Philadelphia, Pennsylvania.

*/s/ Howard Langer*
Howard Langer

# EXHIBIT 1
# to the Declaration
# of Howard Langer



Home » Our Team » Howard Langer

# Howard Langer
## Founding Partner



### Academic Positions

- Professor of Law (Adjunct) University of Pennsylvania Law School 2004-2021
- Visiting Fellow, Centre for Competition Law and Policy, Oxford 2009
- Visiting Professor, University of Tokyo Law School, 2014

### Admissions

- Pennsylvania
- Supreme Court of the United States
- United States Court of Appeals for the Third Circuit
- United States Court of Appeals for the Ninth Circuit
- United States Court of Appeals for the Eleventh Circuit
- United States Court of Appeals for the Federal Circuit
- United States District Court for the Eastern District of Pennsylvania
- United States District Court for the Northern District of California
- United States District Court for the Western District of New York

hlanger@langergrogan.com | 215.320.5660 | DOWNLOAD V-CARD

Howard Langer, a founding partner of the firm, has specialized in complex commercial litigation, particularly antitrust law, since graduating the University of Pennsylvania Law School in 1977. He was lead counsel in *In re Linerboard Antitrust Litigation*, which resulted in what was then the largest antitrust recovery ever in the Third Circuit. He was lead counsel in two class actions that recovered over $150 million and $37.5 million respectively, the full sums wrongfully taken from the victims' accounts of telemarketing frauds. *Faloney v. Wachovia Bank* and *Reyes v. Netdeposit, LLC.* In 2016, he shared the award of the American Antitrust Institute for Outstanding Antitrust Litigation Achievement in Private Law Practice for his work in two cases involving the broadcasting of major sports leagues. He is presently co-lead counsel in *In re Nat'l Football League's Sunday Ticket Antitrust Litig.*, No. 17-56119, 2019 WL 3788253 (9th Cir. Aug. 13, 2019), which sustained the plaintiffs' challenge to the National Football League's broadcast policies. In 2019, Howard received the William J. Brennan, Jr. award of the Volunteers for the Indigent Program of the Philadelphia Bar Association for his extensive work on behalf of the underprivileged.

Howard is Professor of Law (Adjunct, 2004-2021) at the University of Pennsylvania Law School where he teaches antitrust law. He has been a visiting professor at the University of Tokyo Law School and a visiting fellow at the Centre for Competition Law and Policy at Oxford. A fourth edition of his treatise, *Competition Law in the United States*, was published in 2019 by Wolters Kluwer. Howard graduated from the City College of New York, magna cum laude, and holds a master's degree from the University of Toronto.

Best Lawyers 2021 ranks Howard as the leading antitrust lawyer in Philadelphia. Chambers & Partners USA Guide has written: "'Terrific' Howard Langer, 'does a spectacular job for his client,' acknowledge his peers. They attribute his success to his "clear thinking, knowledge of the law and understanding of economic theory." In *Cullen v. Whitman Medical Corp.*, 197 F.R.D. 136, 149 (E.D. Pa. 2002), Judge Anita Brody wrote, of Howard: "'if there's anyone who is … going to be able to do that, you will be able to do it … you go after it and you don't let it go….'" At the conclusion of *Linerboard*, Judge Jan DuBois spoke of the quality of the lawyering: "I'm going to end on this note, that when the President of the United States called me and said he was going to nominate me to this position I never dreamed it would be quite as good as it has been in this case." Trans. March 24, 2006 at 86.

## Representative Cases Include:

*In re Nat'l Football League's Sunday Ticket Antitrust Litig.*, No. 17-56119, 2019 WL 3788253 (9th Cir. Aug. 13, 2019) which reversed a dismissal of plaintiffs' claim that the National Football League's "Sunday Ticket" marketed with DirecTV violated the Sherman Act.

*Reyes v. Netdeposit, LLC*, 802 F. 3d 469 (3d Cir. 2015) definitively established the propriety of the consumer class action under the Racketeering and Corrupt Organizations Act. After the Third Circuit reversed denial of class certification in this case, the case settled for $37.5 million, the full damages inflicted on the class. Over 300,000 class members were sent their recoveries without the need to file claims.

*Faloney v. Wachovia Bank, N.A.*, 254 F.R.D. 204 (E.D. Pa. 2008) a class action, brought under the RICO Act, alleged that a major national bank abetted over one hundred fraudulent telemarketing schemes. The bank was required to mail checks totaling over $150 million to over 500,000 persons representing a full recovery of all funds that had been taken from the victims' accounts. It represents the largest consumer recovery ever within the Third Circuit.

*In re Linerboard Antitrust Litig.*, 305 F.3d 145 (3d Cir. 2002) alleged a national conspiracy by manufacturers of corrugated boxes to restrict output and raise prices. After Howard argued a landmark appeal affirming the district court's certification of a national class of box purchasers, the case settled for over $200 million which was, at the time, among the largest antitrust recoveries and was for many years the largest such recovery in the Third Circuit.

*Laumann v. National Hockey League*, No. 12-1817 (S.D.N.Y. 2015) and Garber v. Office of the Commissioner of Baseball, No. 12-3704 (S.D.N.Y. 2015), in which, after hard-fought litigation, the National Hockey League and Major League Baseball settled antitrust allegations related to the leagues' division of broadcast markets to protect home teams from competition in their geographic territory. The settlements significantly reduced prices to millions of consumers and have been valued at more than $200 million.

*Beilowitz v. General Motors Corp.*, 233 F. Supp. 2d 631 (D.N.J. 2002), in which the court entered a preliminary injunction enjoining implementation of a new national parts distribution plan by General Motors, remains among the leading cases under the New Jersey Franchise Practices Act.

*Amarel v. Connell*, 102 F.3d 1494 (9th Cir. 1996); In re Linerboard; and Chemi SpA v. GlaxoSmithKline, 356 F. Supp. 2d 495 (E.D. Pa. 2005) together, established basic principles of the law of standing under federal antitrust law. In each, Howard's clients stood in unusual relationships with defendants, and in each case, Howard successfully argued the propriety of the plaintiff's suit.

## Public Interest

Howard founded the firm with John Grogan with a goal of providing access to justice to those who would not otherwise have that access. The firm's work in the public interest has been frequently recognized. In 2006, each of its named partners received the Equal Justice Award of Community Legal Services. Howard also was instrumental in establishing the Langer Grogan & Diver Fund for Social Justice and the

Langer Grogan & Diver Social Justice Fellowship at the Law School of University of Pennsylvania.

Howard is a member of the Board of Directors of the Public Interest Law Center, and a member of the Board of Trustees of the Jewish Family and Children's Service of Philadelphia. Howard also serves as a member of the Board of Directors of the Magee Rehabilitation Hospital Foundation.

Howard has had a particular interest in the rights of guest workers. He successfully defended, pro bono, leading human rights organizations in a defamation suit brought by an alleged major human trafficker, ultimately winning thousands of dollars in sanctions. *Orian v. Federation Intern. des Droits de L'Homme*, 2012 WL 994643 (C.D.Cal. 2012).

## Publications/Presentations

- Competition Law of The United States, Wolters Kluwer (4th Ed. 2019)

## Awards/Memberships

- Justice William J. Brennan Award for Pro Bono Service, Philadelphia Bar Association 2019
- Equal Justice Award, Community Legal Service 2006
- Social Justice Award, Jewish Social Policy Network 2011
- American Law Institute
- American Inns of Court
- Best Lawyers in America
- Chambers Guide

# EXHIBIT 2
# to the Declaration
# of Howard Langer



Home » Our Team » Edward Diver

# Edward Diver
Partner



## Admissions

- Pennsylvania
- United States Court of Appeals for the Second Circuit
- United States Court of Appeals for the Third Circuit
- United States Court of Appeals for the Sixth Circuit
- United States Court of Appeals for the Federal Circuit

- United States District Court for the Eastern District of Pennsylvania

ndiver@langergrogan.com | 215.320.5663 | DOWNLOAD V-CARD

Ned Diver is a partner and has worked at the firm since 2005. He focuses on consumer and antitrust law, as well as civil rights. He is a leading specialist in sports antitrust law, with a particular expertise in professional league television practices. He is currently one of the principal attorneys representing consumers challenging the National Football League's system of distributing game telecasts. *See In re NFL's "Sunday Ticket" Antitrust Litigation*, 933 F.3d 1136 (9th Cir. 2019) (reversing district court and holding that consumers stated claim that NFL broadcasting restrictions violate the antitrust laws).

Previously, he was lead counsel in major challenges on behalf of consumers to the broadcasting practices of Major League Baseball and the National Hockey League, which resulted in settlements in 2015 and 2016 providing hundreds of millions of dollars in savings to consumers, as well as important changes to sports broadcasting markets. *See Garber v. Office of the Commissioner of Baseball*, No. 12-3704 (S.D.N.Y.) (obtained settlement creating over $200 million in savings for consumers as well as increased availability of MLB telecasts); *Laumann v. National Hockey League*, No. 12-1817 (S.D.N.Y) (obtained settlement increasing out-of-market broadcast availability and lowering prices worth tens of millions of dollars to consumers). For this work, Ned received the award for Outstanding Antitrust Litigation Achievement in Private Law Practice from the American Antitrust Institute and has received numerous other awards for other matters.

Ned has represented individuals, corporations, and classes in a broad range of industries from banking and financial products to pharmaceuticals. *Apotex Inc. v. Sanofi-Aventis*, No. L-2828-08 (N.J. Sup. Ct.) (lead arbitration counsel in dispute concerning attempt to settle patent litigation); *Johnson v. Advance America*, No. 07-3142 (E.D. Pa.) (lead counsel in action challenging payday lender's practices in Pennsylvania); *Reyes v. Zions First National Bank*, No. 10-345 (E.D. Pa.) (recovered $37.5 million to fraud victims in RICO action); *Faloney v. Wachovia Bank*, NA, No. 07-1455 (E.D. Pa.) (recovered over $150 million for consumers victimized by fraud in RICO action); *Buck v. Stankovic*, 485 F. Supp. 2d 576 (M.D. Pa. 2007) (obtained preliminary injunction upholding immigrant's constitutional right to marry).

Ned graduated *summa cum laude* from the University of Pennsylvania Law School and was an editor of the Law Review. He also received a Ph.D. in philosophy from the University of Pennsylvania. He served as law clerk to Honorable Louis H. Pollak, United States District Judge for the Eastern District of Pennsylvania, and Honorable Anthony J. Scirica, Circuit Judge of the United States Court of Appeals for the Third Circuit, including an additional year as special clerk to assist Judge Scirica in his role as chair of the Committee on Rules of Practice and Procedure.

## Public Interest

Ned is actively involved in a wide range of constitutional rights and other pro bono litigation. He is a director of the ACLU of Philadelphia and spent more than a decade as a member of the legal committee of the Philadelphia Chapter. He has regularly worked with the ACLU on litigation involving issues such

as free speech, the right to marry, and immigrants' rights. He has also worked frequently with public interest lawyers seeking assistance in bringing complex litigation. He has received awards from HIAS and Council Migration Service of Philadelphia and Community Legal Services for this work.

## Awards/Memberships

- American Antitrust Institute, Outstanding Antitrust Litigation Achievement in Private Law Practice, 2016
- Jewish Social Policy Advocacy Network, Social Justice Award, 2011
- Community Legal Service, Equal Justice Award, 2006
- HIAS and Council Migration Service of Philadelphia, Pro Bono Award, 2007
- Super Lawyer, 2011-2022
- Member, American Law Institute
- Member, Sports Lawyers Association
- Director, ACLU of Philadelphia

## Languages

English, Spanish (full professional proficiency, CEFR Level C1, SIELE 1 Exam).

# EXHIBIT 3
# to the Declaration
# of Howard Langer



Home » Our Team » Peter Leckman

# Peter Leckman
## Partner



### Education
- University of California, Berkeley School of Law, J.D., *Order of the Coif*, 2004
- Wesleyan University, *Phi Beta Kappa*, 1999

### Admissions

- California
- Pennsylvania
- District of Columbia (inactive)
- United States Court of Appeals for the Third Circuit
- United States Court of Appeals for the Sixth Circuit
- United States Court of Appeals for the Seventh Circuit
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Eastern District of Pennsylvania
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California
- United States District Court for the Eastern District of California
- United States District Court for the Central District of California
- United States District Court for the District of Colorado

pleckman@langergrogan.com | 215.320.5660 | **DOWNLOAD V-CARD**

Peter Leckman is a partner at the firm and focuses on antitrust and consumer class actions. Peter is an elected member of the American Law Institute and also serves on the University of Pennsylvania Law School's adjunct faculty, teaching antitrust and racketeering law.

Peter's antitrust practice has most recently focused on the application of the antitrust laws to sports broadcasting. Together with fellow partners Ned Diver and Howard Langer, he served as lead counsel in a pair of lawsuits challenging the broadcast practices of the National Hockey League and Major League Baseball. The settlement of these cases changed the sports broadcasting landscape, lowering prices and increasing options for consumers. The result led the American Antitrust Institute to honor Ned, Howard, and Peter with their "Outstanding Antitrust Litigation Achievement in Private Law Practice" award. The firm is currently challenging the National Football League's broadcast practices.

Peter has also sought to hold accountable financial institutions that enable telemarketing and internet frauds. Most recently, the firm obtained a $37.5 million settlement in *Reyes v. Zions First National Bank*, a case that alleged the bank had violated the Racketeering Influenced Corrupt Organizations (RICO) Act by knowingly processing fraudulent transactions. The settlement recovered over $8 million more than had been debited from consumers' accounts.

Peter has an active pro bono practice focusing on election law and civil rights. He routinely co-counsels with the American Civil Liberties Union and other local non-profits.

Prior to joining the firm, Peter worked as an attorney at Lieff, Cabraser, Heimann & Bernstein, LLP and Altshuler Berzon LLP in San Francisco. While at Altshuler, Peter was part of a team of lawyers that won California Lawyer magazine's "California Attorney of the Year" awards for defending voting rights and for litigating fraud claims against the for-profit University of Phoenix.

Peter is a graduate of the University of California, Berkeley School of Law, where he was selected as a member of the Order of the Coif. During law school, Peter was an editor of the California Law Review and Director of the International Human Rights Student Board.

After law school, Peter served as a law clerk to Judge Diane P. Wood of the United States Court of Appeals for the Seventh Circuit.

**Awards/Memberships**

- Adjunct Teaching Award, University of Pennsylvania Law School
- Member, American Law Institute
- Outstanding Antitrust Litigation Achievement Award 2016, American Antitrust Institute
- Super Lawyer, *Super Lawyers*, 2017-present
- Rising Star, *Super Lawyers*, 2012-2016
- American Inns of Court, 2013-2015
- Harry S. Truman Fellow
- Eagle Scout

# EXHIBIT 4
# to the Declaration
# of Howard Langer



Home » Our Team » Kevin Trainer

# Kevin Trainer
Associate



### Education
- Temple University, Beasley School of Law, J.D., 2018
- Drexel University, B.S., Physics, 2011

### Judicial Clerkship
- Honorable L. Felipe Restrepo, United States Court of Appeals for the Third Circuit, 2020-21

- Honorable Gerald A. McHugh, United States District Court for the Eastern District of Pennsylvania, 2019-20

### Admissions

- Pennsylvania
- United States Court of Appeals for the Third Circuit

ktrainer@langergrogan.com | 215.320.5660

Kevin Trainer rejoined the firm in September 2021 after clerking for Judge L. Felipe Restrepo of the United States Court of Appeals for the Third Circuit and Judge Gerald A. McHugh of the United States District Court for the Eastern District of Pennsylvania. Kevin graduated from Temple University's Beasley School of Law, where he served as editor-in-chief of Volume 90 of the Temple Law Review, the first evening student to be elected to that position in the school's history. He also was co-president of the Jessup Moot Court Honor Society. Prior to his clerkships, Kevin spent a year at White & Case LLP in Washington, D.C.

### Publications

- Comment: The Values and Consequences of Antitrust Damages, 90 Temple Law Review 555 (2018)
- Introductory Essay, Temple Law Review @ 90, 90 Temple Law Review S1 (2018) (with Sonya C. Bishop)
- Fifty Years of Teaching and Scholarship: An Afternoon with Professor Reinstein, 90 Temple Law Review S45 (with Sonya C. Bishop and David A. Nagdeman)

### Awards

- Arthur G. Raynes Award (Temple Graduation, 2018, for scholarly achievement in production of writing project)
- Jerry Zaslow Award (Temple Graduation, 2018, for academic achievement and dedication to school community)
- Dr. Robert P. Wolf Scholarship (for academic excellence and outstanding written scholarship)