Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF JONATHAN FRANTZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: December 16, 2022<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

**DECLARATION OF JONATHAN FRANTZ**

I, Jonathan Frantz, declare as follows:

1. I am a resident of California. I am over the age of 18 and make this declaration on behalf of myself and the proposed class in the above-captioned matter.

Error! Unknown document property name.

2. I have personal knowledge of the facts described in this declaration and if called upon to do so, I could and would testify competently to the matters stated in this declaration. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned matter.

3. In 2012, I subscribed to DirecTV and obtained the NFL Sunday Ticket package in order to watch out-of-market NFL football games. I subscribed to DirecTV and purchased the NFL Sunday Ticket package each year thereafter until 2019.

4. I am pursuing this case on behalf of myself and all DirecTV residential subscribers who purchased the NFL Sunday Ticket package from DirecTV, or its subsidiaries, at any time between June 17, 2011 and the present (hereinafter "Residential Class").

5. I have sat for a deposition, responded to written discovery, produced documents in response to Defendants' discovery requests, and have otherwise assisted Plaintiffs' counsel in diligently prosecuting this litigation on behalf of the Residential Class.

6. I believe by my efforts, I have demonstrated my commitment to fairly and adequately represent the Residential Class and, if appointed to serve as a class representative, I will endeavor to continue to do so.

7. I intend to continue prosecuting this matter through its conclusion.

8. I am not aware of any conflicts between my claims and interests in this litigation and the claims and interests of the Residential Class members whom I seek to represent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Error! Unknown document property name.**

EXECUTED on this 14th day of August 2022 in Oakland, California.

_____
Jonathan Frantz