| | |
|---|---|
| Marc M. Seltzer (54534)<br>mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150 | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com<br>LANGER GROGAN AND DIVER PC<br>1717 Arch Street, Suite 4020<br>Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703 |

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF JASON BAKER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: December 16, 2022<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>　350 West 1st Street<br>　Courtroom 6A<br>　Los Angeles, CA 90012 |

**DECLARATION OF JASON BAKER**

I, Jason Baker, declare as follows:

1. I am the Secretary and Chief Financial Officer of Ninth Inning, Inc., dba The Mucky Duck ("Mucky Duck").

2. I am over the age of 18 and authorized to make this declaration on behalf of Mucky Duck. I have personal knowledge of the facts described in this

1

declaration and if called upon to do so, I could and would testify competently to the matters stated in this declaration. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned matter.

3. In 1996, Mucky Duck became a DirecTV subscriber and purchased the NFL Sunday Ticket package in order to show out-of-market NFL football games. Mucky Duck continued to subscribe to DirecTV and purchase the NFL Sunday Ticket package thereafter and is a current subscriber of the package.

4. Mucky Duck is pursuing this case on behalf of itself and all DirecTV commercial subscribers who purchased the NFL Sunday Ticket package from DirecTV, or its subsidiaries, at any time between June 17, 2011 and the present (hereinafter "Commercial Class").

5. On behalf of Mucky Duck, I have sat for a deposition, responded to written discovery, produced documents in response to Defendants' discovery requests, and have otherwise assisted Plaintiffs' counsel in diligently prosecuting this litigation on behalf of the Commercial Class.

6. I believe that through its efforts, Mucky Duck has demonstrated its commitment to fairly and adequately represent the Commercial Class and, if appointed to serve as a class representative, Mucky Duck will endeavor to continue to do so.

7. Mucky Duck intends to continue prosecuting this matter through its conclusion.

8. I am not aware of any conflicts between Mucky Duck's claims and interests in this litigation and the claims and interests of the Commercial Class members whom Mucky Duck seeks to represent.

**Error! Unknown document property name.**

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 11 day of August 2022 in San Francisco, California.

_____
Jason Baker