Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF EUGENE LENNON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: December 16, 2022<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

**DECLARATION OF EUGENE LENNON**

I, Eugene Lennon, declare as follows:

1. I am the President of 1465 Third Avenue Restaurant Corp., which owned and operated a restaurant and bar during the class period called Gael Pub ("Gael Pub"). The corporation remains in good standing, but Gael Pub was closed in May 2019.

2. I am over the age of 18 and authorized to make this declaration on behalf of 1465 Third Avenue Restaurant Corp. and the Commercial Class in the above-captioned matter. I have personal knowledge of the facts described in this declaration and if called upon to do so, I could and would testify competently to the matters stated in this declaration. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned matter.

3. In or about 2006, Gael Pub became a DirecTV subscriber and purchased the NFL Sunday Ticket package in order to show out-of-market NFL football games. Gael Pub purchased the NFL Sunday Ticket package each year thereafter, until it closed in 2019.

4. Gael Pub is pursuing this case on behalf of itself and all DirecTV commercial subscribers who purchased the NFL Sunday Ticket package from DirecTV, or its subsidiaries, at any time between June 17, 2011 and the present (hereinafter "Commercial Class").

5. On behalf of Gael Pub, I have sat for a deposition, responded to written discovery, produced documents in response to Defendants' discovery requests, and have otherwise assisted Plaintiffs' counsel in diligently prosecuting this litigation on behalf of the Commercial Class.

6. I believe that through its efforts, Gael Pub has demonstrated its commitment to fairly and adequately represent the Commercial Class and, if appointed to serve as a class representative, Gael Pub will endeavor to continue to do so.

7. Gael Pub intends to continue prosecuting this matter through its conclusion.

8. I am not aware of any conflicts between Gael Pub's claims and interests in this litigation and the claims and interests of the Commercial Class members whom Gael Pub seeks to represent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 15th day of August, 2022 in New York, New York.

*[signature]*

Eugene Lennon