Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **DECLARATION OF IAN M. GORE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: December 16, 2022<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

I, Ian M. Gore, hereby declare:

I am a partner in the law firm Susman Godfrey L.L.P. and am admitted *pro hac vice* to practice before the United States District Court for the Central District of California in this action. *See* Dkt. No. 19. I submit this declaration in support of Plaintiffs' Motion for Class Certification. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

1. Attached hereto as Exhibit 1 is a true and correct copy of NFL_0990063, the NFL-DirecTV agreement for the 2011-2014 NFL seasons. The NFL Defendants authenticated this document in their response to Plaintiffs' Interrogatory No. 15.

2. Attached hereto as Exhibit 2 is a true and correct copy of NFL_1112547, the NFL-DirecTV agreement for the 2015-2022 NFL seasons. The NFL Defendants authenticated this document in their response to Plaintiffs' Interrogatory No. 15.

3. Attached hereto as Exhibit 3 is a true and correct copy of NFL_0012383, the NFL's Constitution and Bylaws. The NFL Defendants authenticated this document in their response to Plaintiffs' Interrogatory No. 21.

4. Attached hereto as Exhibit 4 is a true and correct copy of NFL_0377291, the NFL-CBS agreement for the 2014-2022 NFL seasons. The NFL Defendants authenticated this document in their response to Plaintiffs' Interrogatory No. 15.

5. Attached hereto as Exhibit 5 is a true and correct copy of NFL_0419932, the NFL-Fox agreement for the 2014-2022 NFL seasons. The NFL Defendants authenticated this document in their response to Plaintiffs' Interrogatory No. 15.

6. Attached hereto as Exhibit 6 is a true and correct copy of transcript excerpts from the deposition of NFL witness Brian Rolapp, dated May 18, 2022.

1
2
    7.    Attached hereto as Exhibit 7 is a true and correct copy of transcript excerpts from the deposition of NFL witness Brent Lawton, dated June 22, 2022.

3
4
5
6
    8.    Attached hereto as Exhibit 8 is a true and correct copy of NFL_0609532, a March 2019 presentation entitled "Fan Research Summary." NFL witness Brian Rolapp authenticated this document in deposition. *See* Rolapp Dep. 160:19-162:11.

7
8
9
10
    9.    Attached hereto as Exhibit 9 is a true and correct copy of NFL_0055733, a May 2018 presentation entitled "NFL/ DirecTV Sunday Ticket Insights." NFL witness Roger Goodell authenticated this document in deposition. *See* Goodell Dep. 189:15-195:16.

11
12
13
    10.    Attached hereto as Exhibit 10 is a true and correct copy of transcript excerpts from the deposition of New England Patriots LLC witness Robert Kraft, dated June 23, 2022.

14
15
16
17
    11.    Attached hereto as Exhibit 11 is a true and correct copy of NFL_0090792, a presentation entitled "Evaluation of NFL Sunday Ticket Distribution via Digital Cable." NFL witness Brian Rolapp authenticated this document in deposition. *See* Rolapp Dep. 130:21-131:20.

18
19
    12.    Attached hereto as Exhibit 12 is a true and correct copy of transcript excerpts from the deposition of NFL witness Roger Goodell, dated June 16, 2022.

20
21
22
23
    13.    Attached hereto as Exhibit 13 is a true and correct copy of NFL_0458529, the NFL-CBS Contract from the 2023-2033 NFL seasons. The NFL Defendants authenticated this document in their response to Plaintiffs' Interrogatory No. 15.

24
25
26
27
    14.    Attached hereto as Exhibit 14 is a true and correct copy of NFL_0458699, the NFL-Fox Contract from the 2023-2033 NFL seasons. The NFL Defendants authenticated this document in their response to Plaintiffs' Interrogatory No. 15.

28

15. Attached hereto as Exhibit 15 is a true and correct copy of transcript excerpts from the deposition of CBS Sports witness Sean McManus, dated July 14, 2022.

16. Attached hereto as Exhibit 16 is a true and correct copy of The NFL's Supplemental Objections and Responses to Plaintiffs' Third Set of Interrogatories, dated June 1, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 19, 2022, in Seattle, Washington.

*/s/ Ian M. Gore*
Ian M. Gore