| | |
|---|---|
| Marc M. Seltzer (54534)<br>mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150 | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com<br>LANGER GROGAN AND DIVER PC<br>1717 Arch Street, Suite 4020<br>Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703 |

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: December 16, 2022<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

TO THE ABOVE-CAPTIONED COURT AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), Plaintiffs, by and through their counsel of record, hereby submit this application requesting that the Court lodge provisionally under seal the following documents (lodged concurrently herewith):

1. The sealed Declaration of Ian Gore in Support of Plaintiffs' Application to File Documents Under Seal.
2. The unredacted version of the Memorandum in Support of Plaintiffs' Motion for Class Certification.
3. The unredacted version of the Declaration of Sarah Butler in Support of Plaintiffs' Motion for Class Certification.
4. The Declaration of Doug Zona in Support of Plaintiffs' Motion for Class Certification.
5. The Declaration of Daniel Rascher in Support of Plaintiffs' Motion for Class Certification.
6. Exhibit 1 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.
7. Exhibit 2 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.
8. Exhibit 3 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.
9. Exhibit 4 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.
10. Exhibit 5 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.
11. The unredacted version of Exhibit 6 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

12. The unredacted version of Exhibit 7 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

13. Exhibit 8 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

14. Exhibit 9 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

15. The unredacted version of Exhibit 10 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

16. Exhibit 11 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

17. The unredacted version of Exhibit 12 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

18. Exhibit 13 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

19. Exhibit 14 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

20. Exhibit 15 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

21. Exhibit 16 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

Pursuant to correspondence regarding confidentiality issues, the NFL Defendants and third-parties Amazon, CBS, DirecTV, and ESPN requested that Plaintiffs move the Court to seal and redact the designated documents.

DATED: August 19, 2022                By: */s/ Ian M. Gore*
                                          Ian M. Gore

                                          Marc M. Seltzer (54534)
                                          mseltzer@susmangodfrey.com
                                          SUSMAN GODFREY L.L.P.
                                          1900 Avenue of the Stars, Suite 1400
                                          Los Angeles, CA 90067
                                          Tel: (310) 789-3100

Fax: (310) 789-3150

Arun Subramanian (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Armstead Lewis (*Pro Hac Vice*)
alewis@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*