**HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUES
SUNDAY TICKET ANTITRUST
LITIGATION

Case No.: 2:15-ml-02668-PSG (JEMx)

**DECLARATION OF SARAH BUTLER**

1

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# DECLARATION OF SARAH BUTLER

## Table of Contents

| | | |
|---|---|---|
| I. | QUALIFICATIONS | 3 |
| II. | DOCUMENTS REVIEWED | 4 |
| III. | ASSIGNMENT AND SUMMARY OF OPINIONS | 5 |
| IV. | BACKGROUND | 6 |
| V. | INITIAL RESEARCH | 7 |
| | A. Review of NFL Studies | 8 |
| | *1.* 2010 Red Zone Channel Survey | 9 |
| | *2.* 2011 NFL Sunday Ticket Interest and Pricing Research | 10 |
| | *3.* 2012 Hart/ESPN Survey | 11 |
| | *4.* 2019 Fan Research Survey | 12 |
| | *5.* Amazon Survey | 13 |
| | *6.* Questionnaire Drafts | 14 |
| | B. Focus Groups | 18 |
| | C. Pre-Test | 24 |
| VI. | FULL QUESTIONNAIRE | 25 |
| | A. Survey Population | 26 |
| | B. Sampling of the Relevant Population | 26 |
| | C. Screening Questions | 29 |
| | D. Questions on Viewing Habits | 29 |
| | E. Choice Exercise | 30 |
| VII. | SURVEY RESULTS | 36 |
| | A. Data Cleaning | 36 |
| | B. Respondents' Viewing Habits | 37 |
| | C. Respondents' Package and Price Preferences | 42 |
| | D. Provider Switching Results | 47 |
| VIII. | CONCLUSIONS | 53 |

## I.   QUALIFICATIONS

1.      I am a Managing Director at NERA Economic Consulting ("NERA"), where I am the Chair of the Survey and Sampling Practice and a member of the Intellectual Property, Product Liability, Antitrust, and Labor Practices. My business address is 4 Embarcadero Center, San Francisco, CA 94111. NERA is a firm providing expert statistical, survey, economic, and financial research analysis.

2.      Among my responsibilities, I conduct survey research and market research and design and implement statistical samples for matters involving business and consumer decision-making, consumer choice, and consumer behavior. In the course of my career, I have conducted research for leading corporations and government agencies on consumers, employees, and businesses. My work has been included in numerous lawsuits involving issues related to trademark and trade dress confusion, secondary meaning, false advertising, and patent infringement, as well as in antitrust and employment-related litigations. I am a member of the American Association of Public Opinion Research, the American Statistical Association, the Intellectual Property Section of the American Bar Association, and the International Trademark Association (INTA).

3.      I have also worked as a market researcher conducting surveys of consumers and professionals, focus groups, and in-depth interviews. I worked as an independent consultant conducting research for the Department of Environment and Rural Affairs in the United Kingdom. I have taught courses focused on or involving research methodologies in both the United States and Europe. I hold a Master's Degree from Trinity College, Dublin and another Master's Degree from Temple University.

3

4.      I have substantial experience conducting and using surveys to measure consumer opinions and behaviors regarding products and services including purchase processes, product attributes, branding awareness and strength, new product research, and communications strategies. During my career in academic and commercial research, I have personally designed and conducted a wide range of research including large-scale surveys, in-depth interviews, focus groups, and observational studies.

5.      I have submitted expert reports, been deposed, and have testified at trial within the last five years. A list of my testimony is included on the copy of my current resume, which is attached as **Exhibit A**.

6.      NERA is being compensated for my services in this matter at my standard rate of $700 per hour. Members of the staff at NERA have worked at my direction to assist me in this engagement. No part of my compensation or NERA's compensation depends on the outcome of this litigation. Throughout this declaration, I have used the terms "I" and "my" to refer to work performed by me and/or others under my direction.

## II.    DOCUMENTS REVIEWED

7.      As part of my work, I reviewed the Consolidated Amended Complaint for Damages and Declaratory and Injunctive Relief, the Opinion from the United States Court of Appeals, Ninth Circuit, and other materials.[1] A list of the specific materials I reviewed and relied upon can be found in **Exhibit B**.

---

[1] Consolidated Amended Complaint for Damages and Declaratory and Injunctive Relief Pursuant to Sections 1 and 2 of the Sherman Act, *In Re: National Football League Sunday Ticket Antitrust Litigation*, United States District Court Central District of California, Case No. ML 15-02668-BRO (JEMx), dated June 24, 2016 (hereinafter "*Complaint*"); 933 F.3d 1136, *In Re National Football League's Sunday Ticket Antitrust Litigation*, 9th Circuit Opinion, United States Court of Appeals, Ninth Circuit, dated August 13, 2019, dated August 13, 2019.

4

## III.   ASSIGNMENT AND SUMMARY OF OPINIONS

8.      I was asked by Plaintiffs to design and implement a survey to understand the viewing habits and preferences of consumers interested in NFL football games. Specifically, my survey evaluates consumer preferences for different football game viewing packages including access to all out-of-market games, access to a single team's games, or access to a single game. My survey also examines the extent to which viewers would switch away from, or subscribe to, DirecTV for access to their preferred football viewing package.

9.      To ensure that I measured a full range of consumer preferences, my survey included consumers who have a specific interest in watching their local team, as well as those who follow a team or teams outside of their local market.[2] The survey also included those who currently have, or have had in the past, a subscription to DirecTV's NFL Sunday Ticket, as well as those who have never subscribed to NFL Sunday Ticket.

10.     The results of my survey demonstrate the following:

   a)   Consumers have a range of preferences for NFL package and game viewing options, including numerous options currently unavailable.

   b)   A number of reasons inform consumers viewing preferences, including the desire to watch and follow a particular out-of-market team, limited time to watch content, and a desire to watch particular team match ups without being required to purchase access to all out-of-market games.

---

[2] The exact manner in which in- and out-of-market consumers were defined is explained in ¶ 95.

c)  When asked to make tradeoffs between different packages and different prices,
respondents were able to make reasonable choices (*e.g.,* as the prices of packages
increased, the rates of selecting the package decreased).

d)  Most consumers not currently subscribed to DirecTV would be unwilling to
switch to DirecTV even if it were the only way to access the preferred NFL
package. Respondents unwilling to switch generally remain unwilling even if the
monthly subscription cost of DirecTV was reduced by 15 percent.

e)  Consumers who currently have DirecTV do not generally appear to want to
switch away from DirecTV to access their selected NFL package but do appear to
be willing to switch if the monthly subscription price of DirecTV increased 15
percent.[3]

11.     The remainder of this declaration discusses my general understanding of the
background in this matter, provides a description of the research I conducted, and contains a
detailed discussion of the results of my survey.

## IV.   BACKGROUND

12.     On June 24, 2016, Plaintiffs filed a Consolidated Class Action Complaint alleging
that "[t]he 32 professional football teams ("Teams") that compete in the National Football
League ("NFL") have agreed among themselves, and with DirecTV, and in concert with others,
to eliminate all competition in the broadcasting and sale of live video presentations of
professional football games, including specifically for purposes of this complaint, the

---

[3] Note these are small sample sizes.

broadcasting and sale of DirecTV's NFL Sunday Ticket service to residential and commercial subscribers."[4]

13.     I understand that DirecTV's NFL Sunday Ticket subscription-based package is available to both commercial and residential subscribers and carries all NFL Sunday afternoon games produced by Fox and CBS (except those broadcast on local CBS and Fox affiliates).[5] I further understand that NFL Sunday Ticket is the only subscription package in the United States that contains these telecasts and that it is only available through DirecTV.[6]

14.     Plaintiffs have alleged that the agreement between the Teams, the NFL, and DirecTV has allowed these parties to charge higher prices for viewing access than they otherwise would. Plaintiffs further allege that the arrangement forces consumers to pay for access to all (32) teams' out-of-market games, when in fact, they may only be interested in a single team's games or a single game.[7]

15.     To evaluate consumers' preferences for different viewing options and access to out-of-market NFL games, I designed and implemented a survey.

## V.     INITIAL RESEARCH

16.     The survey I designed included a series of questions about current viewing habits and included a choice exercise to evaluate consumer preferences for different viewing packages at different price points. The final questionnaire also included questions to assess consumers'

---

[4] *Complaint*, ¶ 1.

[5] *Complaint*, ¶ 8.

[6] *Complaint* ¶¶ 7-8.

[7] *Complaint*, ¶ 9.

willingness to subscribe to or switch away from DirecTV given preferred football game viewing packages.

17.    To ensure that my final questionnaire appropriately evaluated the key concepts, reflected a set of understandable viewing and game choices, and was clearly worded and understood by survey respondents, I undertook extensive preliminary research. This preliminary research provided valuable data about consumer preferences and helped me to design my final questionnaire. These initial steps, as well as the quality control measures undertaken in the full study, help ensure that the results of my study are robust and reliable. These preliminary research steps are described in detail below.

## A.    Review of NFL Studies

18.    I understand that a number of consumer studies about NFL viewing habits have been produced as part of this litigation. I reviewed a number of these studies to inform my background understanding of the existing research on NFL consumers. More specifically, a review of these studies provided insight as to how NFL consumers have been defined and characterized, what kinds of preference questions have been put to consumers, the types of packages NFL consumers have been asked to evaluate, and the scenarios used to test different viewing packages. Because I was conducting my own survey, I am not relying on or providing an analysis of any of the data or results associated with these surveys. My goal was to investigate the survey research designs and questionnaire formats that have been used by the NFL, DirecTV, and other organizations conducting research of NFL consumers.

19.    Prior research often included a balance of DirecTV and non-DirecTV subscribers and sampled both Sunday Ticket subscribers and those without subscriptions. The studies I reviewed also included various evaluations of viewing packages, typically juxtaposing an

offering on DirecTV with the same offering on some other provider. The research also provides informative examples of the price point(s) at which NFL Sunday Ticket has been evaluated.

20.     Below I provide some examples of the studies I reviewed and the types of information these studies provided.











███████████████████████████████████████████████

████████████████████████████████████

██     █████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████

### *6.*        **Questionnaire Drafts**

31.        In addition to the summaries of survey research conducted by the NFL, DirecTV, and other parties, I have reviewed a number of survey questionnaires produced as part of this litigation. While it is unclear whether these were the final survey questions used, these documents provide insight as to the specific types of screening criteria and question structures considered and how conjoint studies have been proposed to evaluated consumer viewing package preferences. I have reviewed these documents to understand how particular concepts relevant to this current matter have been constructed and operationalized.









35.     I also reviewed some additional questionnaires that were produced after my survey was complete. These studies provide confirmatory evidence that the types of questions I asked to identify qualified respondents and the framing for my choice and preference exercise was appropriate.

16



|  | |
| --- | --- |
| Sunday Ticket | You receive every game in the regular season for a cost of $21 per month for a minimum of 12 months |
| Favorite 4 | You receive all regular season games played by 4 teams of your choice for a cost of $17 per month for a minimum of 12 months |
| Pick a Conference | You receive all regular season games played by teams in the conference of your choice (i.e., NFC or AFC), including inter-conference games, for a cost of $15 per month for a minimum of 12 months |
| Pick a Division | Your receive Aall regular season games played by teams in a division of your choice (e.g., NFC East) for a cost of $10 per month for a minimum of 12 months |
| Weekly Top 3 | You receive 3 games of national interest picked by the NFL each week for a cost of $8 per month for a minimum of 12 months |

39.     A second study I reviewed focused on an international sports platform called DAZN. Although this study had an international focus its design was still informative and confirms the appropriateness of my survey design. For instance, the survey included a choice-based conjoint exercise presenting respondents with a number of different subscription packages for DAZN.[55] While the conjoint exercise itself did not include price as an option, respondents were asked whether they would subscribe to NFL Sunday Ticket at an additional monthly price



[55] DAZN-NFLST-016536-577 at 554.

of \$24.99 or \$29.99 per month.[56] Respondents were also asked separately if, when considering
changing internet providers, including DAZN for free would have an impact on their
consideration of one provider over another.[57] My review of the questionnaires produced in this
litigation demonstrates that the surveys include measures of interest in the NFL (typically a
Likert-scale item, e.g., an interest scale using fixed data points such as 1 = not at all interested
through 5 = very interested, and some measure of time spent watching content), methods for
classifying a respondent as primarily interested in out-of-market or local teams, and individuals
who currently, have in the past, or are not subscribers to NFL Sunday Ticket. A number of the
questionnaires also include conjoint or discrete choice exercises in which respondents are asked
to select a preferred viewing package option or "none" of the viewing packages. The types of
packages described in these questionnaires have included single games, NFL Sunday Ticket
OTT, NFL Sunday Ticket cable/satellite, and access to the games of one or more teams. As
discussed below, the survey I conducted included similar measures of interest, team preference,
current subscriptions, and a carefully constructed choice exercise.

## B.    Focus Groups

40.    In addition to reviewing studies conducted by the NFL and other researchers, I
conducted qualitative research to help me understand consumers' current preferences for NFL
viewing packages and to gain insight as to how consumers might understand viewing alternatives
that do not currently exist on the market.  To collect this information, I designed and conducted a
series of focus groups.

---

[56] DAZN-NFLST-016536-577 at 561.

[57] DAZN-NFLST-016536-577 at 567.

41.     Focus groups are a qualitative research method based on semi-structured interviews of several individuals simultaneously.[58] Focus group participants are brought together to engage in a guided discussion of a topic – in this case, various aspects of NFL football viewing packages. One of the benefits of a focus group is that group dynamics bring out aspects of a topic that may not have been anticipated by the researcher conducting structured interviews of individuals.[59] Information from focus groups is commonly used to facilitate the design of questionnaires and other research tools.[60]

42.     The focus groups allowed me to gain an understanding of consumers' preferences for NFL games and the types of viewing package(s) they currently have. The focus groups also helped me to determine what features of NFL viewing packages would be relevant and important to test and how survey respondents might reasonably understand trade-offs and choices for viewing out-of-market football games. Data from focus groups are qualitative and provide in-depth insights that can be used to refine question formats and help determine the concepts to be measured, but should not be used for statistical estimates of preferences.

43.     It is standard and accepted practice for each focus group to be composed of between six and twelve participants, and for the researcher to conduct about three groups to gain insight into the research question.[61] I conducted three focus groups of seven people in each group, for a total of 21 participants.[62] To qualify for focus group participation, respondents had to indicate that they had cable, satellite, or fiber television in their home, and that they were

---

[58] Babbie, E. *The Basics of Social Research,* 3rd ed. (2005). Belmont, CA: Thomson Wadsworth, pp. 316-317.

[59] Steward, D. W., Shamdasani, P. N., Rook, D. W. (2007). "Focus groups: Theory and practice. 2nd ed.," *Applied Social Research Methods Series, Volume 20*, Sage Publications (hereinafter, "*Stewart et al.*"), pp. 42-4.

[60] *Stewart et al.,* p. 42.

[61] Stewart et al., p. 58.

[62] The moderator script for the focus groups is attached as **Exhibit C**.

responsible for, or participated in, selecting these services. They also had to indicate that they
were interested in watching NFL games. In order to gain insight into different types of
consumers' views, I included individuals who were and were not NFL Sunday Ticket
subscribers.

44.      Once qualified, participants were assigned to a group based on their age category
– 18 to 34, 35 to 54, or 55 and over. Recruiting a variety of participants who did or did not
subscribe to NFL Sunday Ticket across different age categories helped to ensure that my focus
groups captured a range of consumer preferences. A professional, third-party moderator led the
groups and worked from a script of questions that I drafted and provided.[63] Either myself or
member(s) of my staff monitored each focus group and provided the moderator with real-time
feedback as the group was conducted. The focus groups were conducted on a web-based
platform on November 17 and 18, 2021.

45.      Participants were asked a series of questions pertaining to their basic television
viewing habits, such as what platform(s) they use to watch television and video content at home,
and were asked a series of questions about their viewing of NFL content. Participants were also
asked to identify their favorite in and/or out-of-market team(s), where they watch NFL football,
and whether they have subscribed to or had considered subscribing to any NFL viewing
packages.

46.      The results of the focus groups provided me with an overview of consumers' NFL
viewing habits and preferences. For instance, there were a number of participants who were fans
of out-of-market teams and wanted to watch these games. A few participants were fans of

---

[63] See **Exhibit C**.

football generally and liked being able to watch everything, regardless of where their favorite

team was located. Some participants had one favorite team, while a few had a favorite team and

then a few additional teams they liked to watch.

47.     Many participants also indicated that their viewing time was limited, and they

therefore could only watch so many games or so many teams each week. Younger group

participants seemed more willing to watch highlights or social media recaps of games if unable

to access these games live. The variation in preferences depending on the team or teams favored

and the differences in content consumption by age cohorts (i.e., younger viewers are more

willing to watch review or recap content rather than full games) is generally consistent with

findings in studies mentioned in Section V.A above.

48.     Respondents also discussed the different ways they accessed NFL games and

content. Several examples include:

a)  "I have an NFL Sunday Ticket, so I can pretty much get any game, which makes
    it nice because I'm also a Detroit Lions Fan, I'm originally from Michigan, which
    they are not doing too well this season but I still watch them. So that would be my
    way of watching them when they're not on my local TV." (Age group 35-54,
    13:30-13:53).

b)  "And for me because I'm a Kansas chief fan, the Chiefs games may not be on
    regular TV in Texas all the time, but with NFL Pass, I get to see them." (Age
    group 55+, 15:38-15:47).

c)  "I like the social aspect of watching a game at a bar or watching it with friends
    and so that's probably why I wouldn't get [a viewing package]. It's because I'm
    more apt to go out to watch the game or watch it with somebody else (Age group
    35-54, 18:02-18:18)

d)  "I only watch football on television. Yeah. It just doesn't seem right any other
    way." (Age group 18-34, 8:20-8:34)

e)  "If I wasn't able to access [a game] on cable…I'd probably just watch
    the…highlights on YouTube of the game. If it was a big game. I'd probably just
    go on YouTube and watch the highlights" (Age Group 18-34, 14:27-14:42).

49.     These examples indicate that participants in the focus groups access content in a

number of ways that are currently available, including but not limited to NFL Sunday Ticket.

50.     All of the focus group participants were familiar with the "out-of-market"

terminology. Many were familiar with NFL Sunday Ticket (even if they did not have it) and

some were familiar with viewing packages available for other sports. For instance, one

respondent explained that "they have [packages] for basketball games, hockey, and everything"

(Age group 55+, 13:17-13-21).

51.     Beyond exploring questions related to respondent characteristics and viewing

habits, I also utilized the focus groups to test attributes and levels for the choice exercise. In the

first two groups, I asked respondents to consider the provider, games available, access price, and

platform price. The example of the choice exercise that was provided to the moderator and tested

in the initial focus groups is included as **Exhibit C.**[64]

52.     Participants' preferences for packages were varied. Some participants wanted to

be able to purchase a single game at a time. For instance, one participant stated, "If I could still

purchase any individual game that I wanted because I wanted to see a particular game…it'd be

nice to have the option of always being able to choose a game you really want to see" (Age

Group 35-54, 30:02-30:16). Another noted, "I like the game access, simply because, I'm limited

on time. And the game access will allow me to watch the particular game that I want to watch.

So, I like that" (Age Group 35-54, 32:24-32:37).

53.     Others noted that they liked the team access viewing package. As one example, a

participant noted that "A: I like the team access…Q: So just being able to have the ability to just

---

[64] For full descriptions of the attributes, please refer to **Exhibit C**.

pick your team at the beginning of the year, and say, OK, I'm going to watch every single one of the Giants games this year. A: I don't see myself really wanting the All Access Plus or the all Access" (Age Group 35-54, 27:03-27:24).

54.     Other participants preferred the all-access plus or all-access packages. For instance, one participant who preferred the all-access package indicated: "For me, it's the All Access because I don't really for myself need all the extra hoopla about all the different recaps and things like that. I can get the recaps all over the place now as it is for free. So I don't need to pay a little bit extra for something I can get for free right now" (Age Group 55+, 23:17-23:37).

55.     While focus group participants generally understood the descriptions of the provider types and the differences between them (e.g., cable or satellite TV), some were unclear as to how the options presented would impact their current provider. For example, some respondents were unclear as to whether they would need to switch providers in order to gain access to the viewing package. Other participants were unsure about how available content unrelated to football might change if they switched providers. There was also some ambiguity as to how the provider price related to the access packages or prices.[65] Given that the inclusion of provider as part of a choice exercise caused uncertainty and seemed to suggest that the exercise was valuing content other than football games, I revised the choice exercise shown to the third focus group.

56.     In the third and final focus group, participants were shown an example consisting of two attributes – game access package (viewing package), and package price.[66] Overall,

---

[65] There was also uncertainty related to the provider price in the choice set. Some participants were unsure if it was an additive price relative to the game access price, or that it was some component of the game access price.

[66] These packages and prices were the same as those shown in the first two focus groups.

23

participants in the third focus group indicated that the choice exercise and associated concepts were clear and easy to understand.

## C.     Pre-Test

57.     After conducting the focus groups, I finalized the survey questions and fielded a pre-test. The survey included the revisions to the choice exercise informed by the focus groups as described above. A total of six respondents were recruited to take the conjoint survey online as they normally would, but with a live interviewer present asking questions. It is standard practice for a pre-test to include a small number of respondents whose impressions are studied. As one author explains it, "[t]he purpose of a pretest is to evaluate the survey instrument as well as the data collection and respondent selection procedures. Pretests with small samples…have been standard practice in survey research for a long time."[67] The pre-test interviews I conducted for my study were conducted on December 21, 2021.

58.     Each pre-test interview lasted between 20 and 35 minutes. The interviewer asked respondents if they could understand the questions being asked, if the features being described seemed realistic or were confusing in any way, and whether the survey was easy or difficult to understand. The pre-test interviewer script is attached as **Exhibit D** and the pre-test responses are attached as **Exhibit E**.

59.     I personally listened to several of the pre-test interviews and my NERA research staff listened to the remainder. At least two NERA staff, myself included, listened to all six interviews. Based on the results of the pre-test I concluded that respondents found the survey

---

[67] Groves, R. et al. (2009). *Survey methodology*, 2nd ed., Wiley series in survey methodology, John Wiley & Sons, p. 247.

easy to understand, that the features tested were realistic, and that the concepts were clear and easy to understand.

60.     There was some information from these interviews that I used to make further clarifying changes to my final survey instrument. First, I added language explaining that the NFL games available on respondents' local affiliate remained available regardless of the package selected in the choice exercise. This language was added to ensure that respondents understood that their in-market games played on a local affiliate would still be available.

61.     I also modified the questionnaire to add more detailed information on the percent price increase or decrease in DirectTV monthly subscription rates. Initially, the questions simply asked respondents what they might do if their subscription cost increased or decreased by 5 percent, 10 percent, or 15 percent. I made these figures more precise by calculating the actual dollar amount of the decrease or increase based on respondents' reports of their monthly subscription price in the survey screening questions.

## VI.   FULL QUESTIONNAIRE

62.     After conducting my focus groups and pre-test, I conducted the full survey. In the sections that follow I will describe the screening questions used to identify the relevant population of respondents, questions that were asked to gather information about current NFL viewing habits, and the design of the choice exercise.

63.     The design of my research follows the generally accepted principles for the design of surveys to be used as evidence in litigation.[68] The design of a reliable survey requires careful

---

[68] Diamond, S. S. (2011). "Reference Guide on Survey Research," *Reference Manual on Scientific Evidence*, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council (hereinafter, "*Diamond*"), pp. 359-423.

attention to a number of key areas including the definition of the relevant population, sampling from the relevant population, and the survey questions used.[69] Below, I discuss how the design of the survey I conducted meets these criteria.

## A.    Survey Population

64.    The relevant population for this survey is defined as U.S. residents, age 18 or over, who are interested in watching NFL games. As described in greater detail below, qualified respondents included a mix of individuals who currently have, or who have had in the past, any of the following NFL viewing packages: NFL Sunday Ticket, NFL Red Zone[70], and/or NFL Game Pass.[71, 72] Qualified respondents also included those who have not had Sunday Ticket and who are not DirecTV subscribers.

## B.    Sampling of the Relevant Population

65.    Potential survey respondents were contacted by Veridata Insights ("Veridata"), an online panel and data collection services company.[73] Veridata uses a variety of quality control measures to ensure the reliability and integrity of the responses it provides. Veridata complies

---

[69] The Federal Judicial Center's (2004) *Manual for Complex Litigation, Fourth Edition*, §11.493, p. 103 phrases these key areas as:

- the population was properly chosen and defined;
- the sample chosen was representative of that population;
- the data gathered were accurately reported; and
- the data were analyzed in accordance with accepted statistical principles.

[70] NFL RedZone is a live Sunday broadcast during the NFL regular season that "focuses on the games where an offense is inside the 20 yard line (in the 'RedZone'). https://support nflgamepass.com/hc/en-gb/articles/360004696153-What-is-NFL-RedZone-#:~:text=NFL%20RedZone%20brings%20the%20best,from%20every%20Sunday%20Game%20Day, last accessed April 7, 2022.

[71] In the United States, NFL Game Pass offers live out of market preseason games, full game replays, and access to NFL network shows on-demand; https://digitalcare nfl.com/hc/en-us/articles/4404335666071-What-content-shows-are-included-with-NFL-Game-Pass-, last accessed April 7, 2022.

[72] These are the general criteria, with other, specific qualifying requirements described in **Section VI.C**.

[73] Additional information about Veridata Insights is available on their website at https://www.veridatainsights.com, last accessed April 7, 2022.

with the standards and ethics for online survey data panels set forth by the Insights Association.[74,75] Veridata's standard quality control measures were applied in this study.

66.    The data for my survey were collected between December 21, 2021 and February 8, 2022. Potential respondents were unaware of the purpose or topic of the survey and needed to meet the screening criteria outlined below in order to qualify for the survey. A total of 10,165 potential respondents began the survey and, of these, 975 qualified for and completed the survey.[76] The complete questionnaire is provided in **Exhibit G**, and screenshots of the survey as it appeared to respondents are included as **Exhibit H**.

67.    To ensure that my data are of the highest quality, I implemented quality control measures in addition to those undertaken by Veridata:

    a.   As is standard survey practice for litigation, the survey was conducted in a "double-blind" fashion; that is, neither the staff at Veridata nor any of the respondents was aware of the survey sponsor or the ultimate intention of the survey.[77]

    b.   At least 50 percent of respondents were required to take the survey on a desktop, laptop, or tablet computer. Mobile respondents were shown a mobile optimized version of the survey.

---

[74] The Insights Association is an organization representing the industry and profession of market research and analytics (https://www.insightsassociation.org/About-Us, last accessed April 7, 2022).

[75] The Insights Association puts out *the Code of Standards and Ethics for Marketing Research and Data Analytics* available at https://www.insightsassociation.org/Portals/INSIGHTS/ia_code_revised_november_2021_finalv2.pdf, last accessed April 7, 2022.

[76] The invitation for the survey is included in **Exhibit F**.

[77] *Diamond*, pp. 410-411.

    c.   Respondents had to correctly answer a Google reCAPTCHA question to ensure that a person, and not a computer or "bot," was taking the survey.[78]

    d.   Respondents were also required to enter their state of residence and zip code, and if these data conflicted with one another, the respondent was excluded.

    e.   Respondents who work for or have a household member who works for a cable or satellite television company, a professional sports team, or a telecommunications company were screened out. Respondents were also screened out if they, or someone in their household, worked for a market research or advertising company or indicated they did not know or were unsure.[79]

    f.   Respondents who had previously completed a survey about premium sports broadcast packages,[80] or who indicated that they did not understand or were unwilling to adhere to the survey instructions, were also screened out of the survey.

    g.   As described above, I conducted focus groups and a pre-test to ensure that respondents understood the questionnaire and choice exercise.

    68.   The survey was tested by NERA staff and once fielded, an initial set of results were reviewed to ensure that there were no errors in the programming and that respondents were able to understand and answer the questions as asked.

---

[78] "reCAPTCHA protects your website from fraud and abuse without creating friction. reCAPTCHA uses an advanced risk analysis engine and adaptive challenges to keep malicious software from engaging in abusive activities on your website." https://www.google.com/recaptcha/intro/v3.html, last accessed April 7, 2022.

[79] This is a standard research approach to avoid including respondents who are likely to have specialized knowledge about the survey topic or the survey methodology.

[80] Respondents who indicated "Don't know / unsure" to this question were also screened out.

## C.      Screening Questions

69.      In order to identify the relevant population for the survey, I asked respondents a series of screening questions. Respondents were first asked whether they had satellite, cable, or high-speed internet service in their home, and if they did not, they were screened out.[81] Respondents were also screened out if they reported that they did not have a role in selection of the satellite, cable, or internet services in their home, or did not participate in the decision-making process.[82]

70.      I then asked a series of questions about respondents' interest in different sports. In response to these questions, survey participants had to indicate that they are at least "interested a little bit," "interested a moderate amount," or "very interested" in "American Professional Football (NFL)." I asked, but did not qualify, respondents on whether they have had in the past, or currently have, NFL Sunday Ticket, NFL Red Zone, and/or NFL Game Pass. Respondents also had to indicate that they watch regular season NFL games at home "sometimes" or "often" either on satellite or cable TV; streaming from the internet to TV; or on a phone, tablet, or laptop.

## D.      Questions on Viewing Habits

71.      I asked respondents a series of questions about their NFL viewing habits, including a question about the average number of hours per week they spend watching NFL games during the regular season. Respondents were asked to select one of the following ranges: 1-2 hours, 3-4 hours, 5-10 hours, or 11+ hours,

---

[81] Likewise, respondents were also screened out if they reported that the way they watched NFL football in their own home did not match up with the service(s) they reported subscribing to (e.g. satellite or cable TV).

[82] In the series of questions pertaining to cable, internet, and satellite services, I also asked respondents questions about their bill and bill amounts. These questions were not used to screen respondents.

72.     I next asked respondents "Which of the following NFL teams do you have a specific interest in watching?" Respondents were able to select as many teams as they wanted from a list of all 32 NFL teams. Those who selected more than one team were also asked to select the one team they would watch if they could only pick one.

73.     The final series of questions pertaining to respondents' viewing habits asked them to consider various matchups and indicate their viewing preferences. Respondents were first provided with the following introduction:

> In the following section we will ask about your level of interest in watching specific team matchups. For each series of matchups presented, please select your top three games of interest. You do not have to select three games. If only one or two games are of interest, you can select only one or two.
>
> Please note, for this exercise please assume that you can view all the games listed (in other words, assume they would all be available on a service and a time that works for you).

74.     Respondents were then presented with three series of matchups, and for each were able to select up to three games that they would be interested in watching. The games presented to respondents corresponded with the games occurring in the regular season during the time the survey was fielded.[83]

## E.      Choice Exercise

75.     After respondents qualified for the survey and were asked the series of questions about viewing habits, they were provided with a set of information for the choice exercise portion of the survey. Respondents were first provided with an introduction:

> We would now like to get your opinion on preferences for different ways to watch live NFL games. In the next set of questions, you will be asked to evaluate different packages with different access to different games. These different packages for live

---

[83] For the first wave of data collection, respondents were asked to select from games for weeks 15, 16, and 17. For the second wave of data collection, respondents were asked to select from games for weeks 16, 17, and 18.

games will have different prices. The options you will see will include the
following.

76. Respondents were next presented with the options for the various NFL viewing

packages, as shown below:[84]

**All Access Plus -** Access to <u>all</u> out of market games for the entire season. Out-of-market
games are those that you cannot see on broadcast television in your local market.

With this package, you also get the ability to see eight live games at once, with the score
and time left in each game. You can select which of the eight games to watch and can
toggle back and forth between games.

This package includes weekly recaps of every game played that week, in 30 minutes or
less, and you can access game highlights on demand.

**All access -** Access to <u>all</u> out of market games for the entire season. Out-of-market games
are those that you cannot see on broadcast television in your local market.

**One team access -** Access to <u>one</u> team's out of market games for entire season. Out-of-
market games are those that you cannot see on broadcast television in your local market.

- For some versions of this package, you can select <u>any team</u> you would like to
  watch.[85]

- For other versions of this package, <u>only a particular team's games are offered</u>.[86]

- You will see both types of packages in this survey.

- Regardless of whether you pick the team or only a particular team is offered, once
  the season has started, you cannot select a different team to watch with the team
  access package.

**Game access -** Access to <u>any single</u> game you select, including out of market games.
Out-of-market games are those that you cannot see on broadcast television in your local

---

[84] The order of the four package descriptions were randomized, and within this randomization "All Access Plus" was always
shown before "All Access." See **Exhibit G**.

[85] In the choice exercise, this option appeared to respondents as "Team Access – you select your most preferred team"

[86] In the choice exercise, this option appeared to respondents as "Team Access – Team Available [X]." Six teams were rotated for
each respondent. These six teams include up to three teams selected from list respondent previously selected. If respondents
selected less than three teams, selected teams are included and the rest are randomly selected such that there are six teams. See
**Exhibit G**.

31

market. With this package, you can select as many games as you like, but each game is
priced separately.

77.     Beneath these descriptions, respondents were provided with the following note to

alert them to the distinction between in-market and out-of-market games:

**NOTE: All regular season games that are available to you on your local affiliate <u>remain
available regardless of the package selected</u>.**

78.     The choice exercise also included an attribute for the price of the viewing

package. For all viewing packages aside from single game access, respondents were provided

with both a per-month price and the price of a 6-month subscription.[87] The single game access

price was provided as the price of viewing a single game. The set of prices provided to

respondents was based upon the 2021 costs of a DirecTV subscription, necessary to subscribe to

NFL Sunday Ticket. The monthly price was $64.99 at the low end and $84.99 at the high end.[88]

For each of the five game access packages, I set a series of five price points, including both the

monthly and six-month price, that were randomly assigned to a package at each iteration of the

choice exercise. These prices were on a continuum and were roughly shaped in an even

distribution around the midpoint for each game access concept.[89] The midpoint was informed by

my review of current package offerings. The prices are displayed in **Figure 3** below.

---

[87] The six-month subscription price was calculated as six times the monthly price, i.e., there was no discounting.

[88] https://www.directv.com/packages, last accessed December 13, 2021; https://www.directv.com/stream/packages, last accessed
    December 2, 2021.

[89] This approach, known as conditional pricing, helps to ensure that respondents see reasonable prices for the packages being
    offered and the design is not limited by prohibitions. See, Orme, B. K. & Chrzan, K. (2017). *Becoming an Expert in Conjoint
    Analysis: Choice Modeling for Pros,* Sawtooth Software, Inc. pp. 28-30.

**Figure 3: Viewing Packages and Pricing for Choice Exercise**

| Concept | | Price 1 | Price 2 | Price 3 | Price 4 | Price 5 |
|---|---|---|---|---|---|---|
| All Access Plus | Per month | $57.99 | $60.99 | $65.99 | $75.89 | $85.99 |
| | 6 month subscription | $347.94 | $365.94 | $395.94 | $455.33 | $515.94 |
| All Access | Per month | $34.29 | $41.99 | $48.99 | $56.99 | $63.99 |
| | 6 month subscription | $205.76 | $251.94 | $293.94 | $341.94 | $383.94 |
| Team Access- you select the preferred team | Per month | $17.99 | $20.99 | $24.50 | $28.99 | $31.89 |
| | 6 month subscription | $107.94 | $125.94 | $146.97 | $173.94 | $191.34 |
| Team Access - Team Available [INSERT] | Per month | $17.99 | $20.99 | $24.50 | $28.99 | $31.89 |
| | 6 month subscription | $107.94 | $125.94 | $146.97 | $173.94 | $191.34 |
| Single game access - Wave 1 | | $4.89 | $5.95 | $6.99 | $7.99 | $9.99 |
| Single game access - Wave 2 | | $11.99 | $14.99 | $19.99 | $29.99 | $44.99 |

Source: NERA Survey, December 2021 – February 2022



80.     Respondents were then given instructions for the choice exercises. Specifically, they were told:

> In the next section, we'll show you some different packages and ask you some questions. Please assume that all of the packages shown to you would be available to you. On each screen, you will see three different packages. You will be asked to choose which of these three packages you most prefer.
>
> **Please assume that the viewing packages you see do not vary in any other way beyond the features described**. Also, please assume that you would be watching the games in the package you select using your primary NFL television viewing choice, which you indicated was [respondents' preferred method of watching was inserted here].[91]
>
> Some of the NFL viewing packages you are going to see are not currently available on the market, but we'd like you to **imagine that they were available today**. It is important that you answer in the way you would if you were **actually selecting a viewing package**.

81.     After reading the choice exercise instructions, respondents completed 15 choice tasks. For each task, respondents were asked, "Thinking about the options you see here, which



---

[91] Only one primary NFL television viewing choice was piped into the introduction based on respondents' answers to Questions 2 and/or 3, which asked respondents "Which of the following, if any, are ways you watch NFL football games in your own home?" (Question 2) and if more than one way was selected, "Please select from the list below the primary way you watch NFL games at home" (Question 3).

package would you be most likely to select?" Respondents then selected from one of four

packages and were also able to select "none of these" to indicate that they would not select any

of the packages shown. Respondents were also able to hover over the package name to view the

full description of the package if they desired. An example of a choice task is shown below in

**Figure 4**. In the full survey, each respondent was shown a randomized set of packages with

randomly assigned prices from the relevant package's five different price points.

**Figure 4: Example of Choice Task**



Thinking about the options you see here, which package would you be most likely to select?
For more details, click/hover over the package name.

NOTE: All regular season games that are available to you on your local affiliate <u>remain available regardless of the package selected</u>.

(Screen - 4/15)

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---------|-----------|-----------|-----------|-----------|---|
| Package | Team Access – Team Available: Detroit Lions | All Access | All Access Plus | Team Access – you select your most preferred team | None of these |
| Price | $17.99 per month for six months ($107.94 for entire season) | $56.99 per month for six months ($341.94 for entire season) | $60.99 per month for six months ($365.94 for entire season) | $20.99 per month for six months ($125.94 for entire season) | |
| Select one option | ○ | ○ | ○ | ○ | ○ |

82.     After the first choice set, respondents were asked to indicate, in their own words,

why they selected the particular option they did. Including an open-ended question allows me to

review the responses to ensure that consumers were providing sensible answers and understood

the exercise.

35

83.     The questionnaire is provided in **Exhibit G** and screenshots of the survey as it
appeared to respondents are provided in **Exhibit H**.

## VII.  SURVEY RESULTS[92]

84.     Respondents to my survey were comprised of men and women in a mix of age
categories.[93] They were also distributed across the four U. S. Census Regions.[94] Below, I
describe my survey results[95] describing respondents' viewing habits and their respondents'
selections made during the choice exercise.

### A. Data Cleaning

85.     Prior to conducting my analysis, I conducted a series of checks of my survey data
of completed responses to identify and resolve potential data quality issues. As a result of these
checks, I removed 13 respondents where the age on file with Veridata did not match the
respondent's entry, 27 respondents who provided an inconsistent response indicating that they
watch NFL at home using a certain service (e.g. cable television) but that they do not have a
subscription to that service, 32 respondents who provided inconsistent responses indicating that
they currently have NFL Sunday Ticket but that they do not have satellite at home and they do
not watch NFL games by streaming from internet to TV or on a phone, tablet, or laptop, and 10
respondents who provided bad open-ended responses.[96]

---

[92] The survey data are included as **Exhibit I**.

[94] See **Exhibit J** for the distributions of age, gender, region, and other demographic variables.

[95] I also calculated the weighted results. See **Exhibit K**.

[96] My data also include a small number of respondents who were recorded as taking more than a few hours answering the survey,
but I did not remove them because they likely did not close out the survey at the end.

86.     I also removed three straightliners, *i.e.,* respondents who selected the same

positional choice option (for example, always selecting "option A") across all fifteen of the

choice exercises. Additionally, I removed 29 respondents who indicated that the current price

paid for their service was more or less than two standard deviations from the average price. In

total, I removed 112 of respondents due to these quality control measures.

## B. Respondents' Viewing Habits

87.     I asked respondents a series of questions about the types of services they have for

viewing content, the types of content they subscribe to, the price of the content, and their

viewing habits for NFL football.

88.     Respondents currently have a mix of services in their homes. The majority of

respondents have cable television service (56.3 percent), and 35.6 percent have satellite

television. Nearly all respondents, 95.6 percent, have high-speed internet. Including the internet,

the large majority of respondents, or 76.5 percent, have at least two modes of potentially

accessing NFL viewing content. These results are shown in **Table 1** below.

**Table 1: Services Respondents Currently Have in Their Homes**

| Response | Count | Percent |
|---|---|---|
| High-speed internet service | 932 | 95.6% |
| Cable television service | 549 | 56.3% |
| Satellite television service | 347 | 35.6% |
| **Total Respondents** | **975** | |

*S10. Which of the following services, if any, do you currently have in your home?*
Note: Percent does not sum to 100 because respondents could select multiple
options.

Source: NERA Survey, December 2021 – February 2022

89.     Respondents were also asked to indicate the price they are paying for their

streaming and cable/satellite services. As shown in **Table 2** below, on average respondents are

paying $106.66 for satellite, $99.47 for cable, $70.35 for internet, $138.49 for the satellite and internet bundle, and $152.56 for the cable and internet bundle.[97,98]

### Table 2: Respondents' Monthly Bill for Services in Home

| Response | Average Price |
|---|---|
| Satellite | $106.66 |
| Cable | $99.47 |
| Internet | $70.35 |
| Satellite and Internet Bundle | $138.49 |
| Cable and Internet Bundle | $152.56 |

*S14. On average, what is your monthly bill for the [insert service selected] services you have in your home?*

*S14a. Which of the following ranges best represents your monthly bill for the [INSERT SERVICE INDICATED AS DON'T KNOW/UNSURE.]*

Note: Includes respondents who initially answered "don't know / unsure", then subsequently selected a range. Calculation includes midpoints of price range for those who said "don't know / unsure".

Source: NERA Survey, December 2021 – February 2022

90.     Respondents were then asked to indicate which television or streaming subscriptions they have ever had. As shown in **Table 3**, 32.5 percent of respondents currently have NFL Sunday Ticket.[99] For other NFL viewing subscriptions, 24.4 percent currently have NFL Red Zone and 21.6 percent have NFL Game Pass. Smaller proportions of respondents had these NFL subscriptions in the past, but no longer had them at the time of the survey.

---

[97] If respondents answered that they did not know or were unsure of the amount in response to the open-ended question, they were subsequently asked to select a price range in a follow-up question.

[98] In 2021, the majority of cable and satellite TV users paid more than $100 a month for their pay TV services; https://www.statista.com/statistics/1223181/pay-tv-monthly-cost-us/, last accessed April 7, 2022.

[99] I note that there are 80 respondents who report that they have NFL Sunday Ticket but do not have satellite TV. I understand that there are in fact customers who do access NFL Sunday Ticket via streaming. As a sensitivity check if I remove those who have NFL Sunday Ticket but do not have satellite TV, my results do not change. See, **Exhibit L**.

## Table 3: Television or Streaming Subscription(s) Respondents Have Had

| Response | Currently have | | Had in past but no longer have | | Never had | | Don't know / unsure | |
|---|---|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent | Count | Percent |
| NFL Sunday Ticket | 317 | 32.5% | 158 | 16.2% | 479 | 49.1% | 21 | 2.2% |
| NFL Red Zone | 238 | 24.4% | 161 | 16.5% | 540 | 55.4% | 36 | 3.7% |
| NFL Game Pass | 211 | 21.6% | 171 | 17.5% | 571 | 58.6% | 22 | 2.3% |
| NHL Live | 142 | 14.6% | 106 | 10.9% | 696 | 71.4% | 31 | 3.2% |
| MLB.TV | 198 | 20.3% | 111 | 11.4% | 638 | 65.4% | 28 | 2.9% |
| MLB Extra Innings | 136 | 13.9% | 122 | 12.5% | 687 | 70.5% | 30 | 3.1% |
| ESPN+ | 378 | 38.8% | 129 | 13.2% | 448 | 45.9% | 20 | 2.1% |
| NBA League Pass | 167 | 17.1% | 121 | 12.4% | 664 | 68.1% | 23 | 2.4% |
| NBA Team Pass | 128 | 13.1% | 113 | 11.6% | 710 | 72.8% | 24 | 2.5% |
| NBA TV | 221 | 22.7% | 98 | 10.1% | 633 | 64.9% | 23 | 2.4% |
| **Total Respondents** | **975** | | **975** | | **975** | | **975** | |

*S16. Using the grid below please indicate which of the following paid television or streaming subscriptions, if any, you have had.*

Note: Percent does not sum to 100 because respondents could select multiple options.

Source: NERA Survey, December 2021 – February 2022

91.     I also asked respondents who currently have NFL Sunday Ticket the amount they are paying per month for their subscription. About one-third of respondents indicate that they pay $29.99 or $73.49 per month (33.1 percent and 35.0 percent of respondents, respectively). A smaller proportion, 13.6 percent report that they pay $99.00 per month. Approximately 8.8 percent of respondents indicated that they received their subscription for free, and many of these respondents indicated that they received NFL Sunday Ticket as a promotional offer from DirecTV.  I understand that customers who sign up for DirecTV Choice or any higher package offered by DirecTV receive NFL Sunday Ticket Max for the first year "at no extra cost."[100] These results are shown in **Table 4**, below.

**Table 4: Reported Monthly Fee for NFL Sunday Ticket**

| Response | Count | Percent |
|---|---|---|
| $29.99 per month ($119.96 for four months) | 105 | 33.1% |
| $73.49 per month ($293.96 for four months) | 111 | 35.0% |
| $99.00 per month ($395.99 for four months) | 43 | 13.6% |
| Received for free | 28 | 8.8% |
| Something else | 9 | 2.8% |
| Don't know / unsure | 21 | 6.6% |
| **Total Respondents who have NFL Sunday Ticket** | **317** | **100.0%** |

*S17. You indicated that you currently have NFL Sunday Ticket. Which of the following represents what you currently pay per month for NFL Sunday Ticket?*

Source: NERA Survey, December 2021 – February 2022

92.     Respondents also indicated that they watch NFL games on a variety of viewing platforms. As shown in **Table 5**, the majority of respondents, or 52.2 percent, indicate that they watch NFL games on cable TV in their own home, while about one-third, or 33.4 percent, watch

---

[100] https://www.cabletv.com/directv/nfl-sunday-
      ticket#:~:text=If%20you%20sign%20up%20for,year%20at%20no%20extra%20cost., last accessed April 7, 2022.

on satellite TV. A total of six respondents indicated that they watch local games using an antenna.[101] A sizeable number of respondents also watch using a streaming platform such as streaming to their TV (50.5 percent) or streaming to a phone, laptop, or tablet (33.9 percent). Taken together, 59.8 percent of respondents indicate that they use one or both of these streaming methods. These data indicate that consumers access NFL games using a variety of platforms.

**Table 5: Ways Respondents Watch NFL Football Games at Home**

| Response | Count | Percent |
|---|---|---|
| On cable TV | 509 | 52.2% |
| Streamed from the internet to your TV | 492 | 50.5% |
| On a phone, tablet, or laptop | 331 | 33.9% |
| On satellite TV | 326 | 33.4% |
| Some other way | 16 | 1.6% |
| None of these | 0 | 0.0% |
| Don't know / unsure | 0 | 0.0% |
| **Total Respondents** | **975** | |

*Q2. Which of the following, if any, are ways you watch NFL football games* in your own home *?*

Note: Percent does not sum to 100 because respondents could select multiple options.

Source: NERA Survey, December 2021 – February 2022

93.    I understand that NFL Sunday Ticket is a viewing package for NFL games that are considered out-of-market for consumers, i.e., games that are not shown within the broadcast area where the consumer lives. I therefore asked respondents to select the NFL team(s) that they have specific interest in watching and used this information to categorize respondents' viewing interests into teams that are in-market, out-of-market, or both. This determination was made by comparing respondents' geographic location to the DMA area of the team(s) whose games they are interested in watching.

---

[101] These six respondents are part of the 16 "Some other way" respondents identified in Table 5.

94.     Approximately half of all respondents indicated that they were only interested in
watching out-of-market teams. A total of 34.4 percent of respondents selected both in and out-of-
market teams, and 20.2 percent of respondents only selected in-market teams. A total of 77.5
percent of respondents were interested in watching at least one out-of-market team. Of those who
do not have satellite and who do not subscribe to NFL Sunday Ticket, 37.6 percent are interested
only in out-of-market teams and 35.6 percent are interested in both in and out-of-market teams.
These data suggest that a substantial proportion of consumers are likely to have an interest in
different viewing options for out-of-market games and teams.

**Table 6: Respondents' Team Selection**

| Response | Count | Percent |
|---|---|---|
| In Market Only | 197 | 20.2% |
| Out of Market Only | 420 | 43.1% |
| In and Out of Market | 335 | 34.4% |
| No Particular Team | 23 | 2.4% |
| **Total Respondents** | **975** | **100.0%** |

*Q5. Which of the following NFL teams do you have a specific interest in
watching?*

Source: NERA Survey, December 2021 – February 2022

## C. Respondents' Package and Price Preferences

95.     Respondents then moved on to the conjoint portion of the survey, during which
they were presented with 15 different choice tasks with four options in each set and asked to
select one preferred package. When asked why they selected the particular package, the answers
varied. A number of respondents who selected team access indicated that they are only interested
in their team's games and noted that they cannot access out-of-market games, while others noted
that this was an economical option. A few examples are below:

42

- Respondent 3924 "Because I am only interested in watching the NY Jets play, and they are out of market here in Florida.  The price is good considering I only want to watch one team play."

- Respondent 4272 "Having one specific team (Green Bay Packers) that I watch on a weekly basis I would pick this as the best of any basic, lower-level option, so I at least can follow the team I prefer. And the price is reasonable."

- Respondent 805 "It is the most economical way to follow your favorite team without breaking the bank."

96.     Those selecting single game access generally indicated that they have an interest in particular games and match ups. For example:

- Respondent 1772 "Because I would rather pay for games I'm interested in watching, rather than pay for games I have no interest in."

- Respondent 544 "Get to choose specific games instead of a package where I don't care about many games."

- Respondent 598 "I can usually catch regional teams on local channels, so selecting 1 extra game per week of any team seems like the best option for variety."

97.     Those who selected all access indicated that they wanted to be able to view every game and did not want to be limited.

- Respondent 4186 "Because I have access to all of the football games on tv for the season. I can watch any game I want anytime they play a game.  This way I do not miss anything important about other teams and not get to see what players are healthy or not and is not going to play in that particular game."

98.     **Table 7** below shows the percentage of times respondents selected the different packages shown with their corresponding prices.[102] "Single game access" has a second series of price points as the prices were updated in Wave 2. "None of these" was selected 28.8 percent of the times out of the total number of options respondents were given.

99.     Respondents selected "Single game access" at $4.89 per game 33.2 percent of the times shown in Wave 1 and 12.9 percent of the times shown at $11.99 per game. The most frequently chosen "All Access" package was at $34.29 per month and selected 22.9 percent of the times shown. "All Access Plus" was most popular at $57.99 per month and selected 16.2 percent of the times shown. The most frequent "Team Access – Team Available" was selected at $17.99 per month and was picked 12.4 percent of the times shown. The most popular options for "Team Access – you select the preferred team" were at $17.99 and $20.99 per month – selected 32.2 percent and 30.0 percent of the times shown, respectively.

---

[102] I also calculated package preferences by age, gender, whether respondents have DirecTV and Sunday Ticket, market group, and whether respondents currently have, had in the past, or never had Sunday Ticket. I also examined whether preferences differed between respondents who followed an out of market team that was in the playoffs versus those that did not. This analysis suggests that current year playoff status did not impact overall preferences. See, **Exhibit M**.

## Table 7: Respondents' Package Selection

| Package | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen |
|---|---|---|---|
| **All Access** | | | |
| 34.29 | 517 | 2,260 | 22.9% |
| 41.99 | 503 | 2,323 | 21.7% |
| 48.99 | 437 | 2,324 | 18.8% |
| 56.99 | 362 | 2,350 | 15.4% |
| 63.99 | 317 | 2,534 | 12.5% |
| **All Access Plus** | | | |
| 57.99 | 381 | 2,347 | 16.2% |
| 60.99 | 360 | 2,419 | 14.9% |
| 65.99 | 344 | 2,402 | 14.3% |
| 75.89 | 249 | 2,214 | 11.2% |
| 85.99 | 248 | 2,265 | 10.9% |
| **Single game access (Wave 1)** | | | |
| 4.89 | 513 | 1,545 | 33.2% |
| 5.95 | 489 | 1,627 | 30.1% |
| 6.99 | 414 | 1,606 | 25.8% |
| 7.99 | 364 | 1,567 | 23.2% |
| 9.99 | 262 | 1,439 | 18.2% |
| **Single game access (Wave 2)** | | | |
| 11.99 | 96 | 747 | 12.9% |
| 14.99 | 96 | 784 | 12.2% |
| 19.99 | 77 | 805 | 9.6% |
| 29.99 | 40 | 771 | 5.2% |
| 44.99 | 31 | 710 | 4.4% |
| **Team Access - Team Available [TEAM]** | | | |
| 17.99 | 297 | 2,392 | 12.4% |
| 20.99 | 274 | 2,423 | 11.3% |
| 24.5 | 259 | 2,188 | 11.8% |
| 28.99 | 240 | 2,431 | 9.9% |
| 31.89 | 203 | 2,406 | 8.4% |
| **Team Access- you select the preferred team** | | | |
| 17.99 | 756 | 2,346 | 32.2% |
| 20.99 | 661 | 2,203 | 30.0% |
| 24.5 | 648 | 2,387 | 27.1% |
| 28.99 | 502 | 2,294 | 21.9% |
| 31.89 | 471 | 2,391 | 19.7% |
| **None** | 4,214 | 14,625 | 28.8% |

Source: NERA Survey, December 2021 – February 2022

100.    Since Wave 1 presented respondents with different price points for the "single game access" package than Wave 2, **Table 8** and **9** below report the selections for Wave 1 and Wave 2 separately.

## Table 8: Respondents' Package Selection
### (WAVE 1)

| Package | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen |
|---|---|---|---|
| **All Access** | | | |
| 34.29 | 340 | 1,504 | 22.6% |
| 41.99 | 347 | 1,574 | 22.0% |
| 48.99 | 289 | 1,553 | 18.6% |
| 56.99 | 234 | 1,588 | 14.7% |
| 63.99 | 196 | 1,689 | 11.6% |
| **All Access Plus** | | | |
| 57.99 | 239 | 1,573 | 15.2% |
| 60.99 | 218 | 1,619 | 13.5% |
| 65.99 | 225 | 1,622 | 13.9% |
| 75.89 | 143 | 1,474 | 9.7% |
| 85.99 | 143 | 1,508 | 9.5% |
| **Single game access** | | | |
| 4.89 | 513 | 1,545 | 33.2% |
| 5.95 | 489 | 1,627 | 30.1% |
| 6.99 | 414 | 1,606 | 25.8% |
| 7.99 | 364 | 1,567 | 23.2% |
| 9.99 | 262 | 1,439 | 18.2% |
| **Team Access - Team Available [TEAM]** | | | |
| 17.99 | 185 | 1,594 | 11.6% |
| 20.99 | 174 | 1,627 | 10.7% |
| 24.5 | 160 | 1,447 | 11.1% |
| 28.99 | 160 | 1,634 | 9.8% |
| 31.89 | 128 | 1,611 | 7.9% |
| **Team Access- you select the preferred team** | | | |
| 17.99 | 464 | 1,565 | 29.6% |
| 20.99 | 414 | 1,494 | 27.7% |
| 24.5 | 401 | 1,597 | 25.1% |
| 28.99 | 311 | 1,527 | 20.4% |
| 31.89 | 285 | 1,596 | 17.9% |
| **None** | 2,697 | 9,795 | 27.5% |

Source: NERA Survey, December 2021 – February 2022

**Table 9: Respondents' Package Selection**
**(WAVE 2)**

| Package | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen |
|---|---|---|---|
| **All Access** | | | |
| 34.29 | 177 | 756 | 23.4% |
| 41.99 | 156 | 749 | 20.8% |
| 48.99 | 148 | 771 | 19.2% |
| 56.99 | 128 | 762 | 16.8% |
| 63.99 | 121 | 845 | 14.3% |
| **All Access Plus** | | | |
| 57.99 | 142 | 774 | 18.3% |
| 60.99 | 142 | 800 | 17.8% |
| 65.99 | 119 | 780 | 15.3% |
| 75.89 | 106 | 740 | 14.3% |
| 85.99 | 105 | 757 | 13.9% |
| **Single game access** | | | |
| 11.99 | 96 | 747 | 12.9% |
| 14.99 | 96 | 784 | 12.2% |
| 19.99 | 77 | 805 | 9.6% |
| 29.99 | 40 | 771 | 5.2% |
| 44.99 | 31 | 710 | 4.4% |
| **Team Access - Team Available [TEAM]** | | | |
| 17.99 | 112 | 798 | 14.0% |
| 20.99 | 100 | 796 | 12.6% |
| 24.5 | 99 | 741 | 13.4% |
| 28.99 | 80 | 797 | 10.0% |
| 31.89 | 75 | 795 | 9.4% |
| **Team Access- you select the preferred team** | | | |
| 17.99 | 292 | 781 | 37.4% |
| 20.99 | 247 | 709 | 34.8% |
| 24.5 | 247 | 790 | 31.3% |
| 28.99 | 191 | 767 | 24.9% |
| 31.89 | 186 | 795 | 23.4% |
| **None** | 1,517 | 4,830 | 31.4% |

Source: NERA Survey, December 2021 – February 2022

## D. Provider Switching Results

101.    After respondents completed the choice exercise, I asked a series of questions to gather information related to choosing to install and subscribe to DirectTV (cable, internet, and satellite subscribers who do not subscribe to NFL Sunday Ticket) or switching away from

DirecTV (current DirecTV NFL Sunday Ticket subscribers). These questions provided information about consumers preferences for the platform used to watch NFL content.

### 1. Non- DirecTV / Sunday Ticket Subscribers

102.    Respondents who indicated that they have cable, internet, or satellite but did *not* have NFL Sunday Ticket were asked a series of questions. I asked respondents to assume that (1) their most preferred package type from the choice exercise was available at the lowest price for that package, (2) they could only get this package with a DirecTV subscription for an additional $64.99, and (3) the package was not available any other way.

103.    As shown in **Table 10** below, similar proportions of respondents in Waves 1 and 2 indicated that even if their preferred NFL viewing package were only available on DirecTV, they still would not install DirecTV for a price of $64.99. This indicates that there are consumers who are interested in out-of-market viewing content but do not want to access this content through DirecTV.

**Table 10: Non-subscribers DirecTV Choice if Package only Available on DirecTV**

| Response | Wave 1 | | Wave 2 | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Yes, I would install DirecTV and subscribe for $64.99 | 153 | 32.9% | 85 | 45.7% |
| No, I would not install DirecTV and subscribe for $64.99 | 245 | 52.7% | 76 | 40.9% |
| I would do something else | 12 | 2.6% | 7 | 3.8% |
| Don't know / unsure | 55 | 11.8% | 18 | 9.7% |
| **Total Respondents** | **465** | **100.0%** | **186** | **100.0%** |

*Q19. You indicated that you that you primarily watch NFL games on [viewing type]. In the survey, you indicated that you like [package]. Please assume [package] was available for [$] but you could ONLY get [package] on DirecTV and no other NFL live game packages were available on [viewing type]. If you could only access [package] on DirecTV, would you or would you not install and subscribe to DirecTV for $64.99?*

Note:  At the time the survey began (December 2021), the lowest priced DirecTV package cost $64.99. See directv.com/packages

Source: NERA Survey, December 2021 – February 2022

104.    Further, the majority of respondents who indicated that they would not install and subscribe to DirecTV to access their preferred NFL content also indicated that they would not

install and subscribe to DirecTV even if the monthly subscription cost decreased by 5 percent, 10 percent, or 15 percent.[103] Consumers who do not wish to install and subscribe to DirecTV maintain this preference even with a price decrease. These results are shown below in **Tables 11** and **12**.

**Table 11: Non-subscribers DirecTV Choice if Package only Available on DirecTV – Price Decrease**
**(WAVE 1)**

| Response | 5 Percent Decrease | | 10 Percent Decrease | | 15 Percent Decrease | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Install and subscribe to DirecTV | 7 | 8.4% | 6 | 7.2% | 5 | 6.3% |
| Not install and subscribe to DirecTV | 64 | 77.1% | 64 | 77.1% | 63 | 79.7% |
| Do something else | 1 | 1.2% | 6 | 7.2% | 1 | 1.3% |
| Don't know / unsure | 11 | 13.3% | 7 | 8.4% | 10 | 12.7% |
| **Total Respondents** | **83** | **100.0%** | **83** | **100.0%** | **79** | **100.0%** |

*Q20. If the DirecTV monthly subscription cost decreased by [%] (i.e., [$]) would you....?*

Source: NERA Survey, December 2021 – February 2022

**Table 12: Non-subscribers DirecTV Choice if Package only Available on DirecTV – Price Decrease**
**(WAVE 2)**

| Response | 5 Percent Decrease | | 10 Percent Decrease | | 15 Percent Decrease | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Install and subscribe to DirecTV | 3 | 13.0% | 4 | 18.2% | 4 | 12.9% |
| Not install and subscribe to DirecTV | 17 | 73.9% | 14 | 63.6% | 24 | 77.4% |
| Do something else | 0 | 0.0% | 1 | 4.5% | 0 | 0.0% |
| Don't know / unsure | 3 | 13.0% | 3 | 13.6% | 3 | 9.7% |
| **Total Respondents** | **23** | **100.0%** | **22** | **100.0%** | **31** | **100.0%** |

*Q20. If the DirecTV monthly subscription cost decreased by [%] (i.e., [$]) would you....?*

Source: NERA Survey, December 2021 – February 2022

105.     Finally, respondents who indicated that they would install and subscribe to DirecTV for $64.99 if it was the only way to access their preferred NFL viewing option were asked what they would do if the monthly subscription cost of DirecTV increased by 5 percent, 10

---

[103] Percent decreases were assigned randomly.

percent, or 15 percent.[104] While the sample sizes are small, **Tables 13** and **14** show that

consumers seem less willing to switch to DirecTV to access their preferred NFL content if the

subscription price increased by 10 or 15 percent.

**Table 13: Non-subscribers DirecTV Choice if Package only Available on DirecTV – Price Increase**
**(WAVE 1)**

| Response | 5 Percent Increase | | 10 Percent Increase | | 15 Percent Increase | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Install and subscribe to DirecTV | 34 | 85.0% | 44 | 72.1% | 38 | 73.1% |
| Not install and subscribe to DirecTV | 3 | 7.5% | 12 | 19.7% | 9 | 17.3% |
| Do something else | 1 | 2.5% | 0 | 0.0% | 0 | 0.0% |
| Don't know / unsure | 2 | 5.0% | 5 | 8.2% | 5 | 9.6% |
| **Total Respondents** | **40** | **100.0%** | **61** | **100.0%** | **52** | **100.0%** |

*Q21. If the DirecTV monthly subscription cost increased by [%] (i.e., [$]) would you....?*

Source: NERA Survey, December 2021 – February 2022

**Table 14: Non-subscribers DirecTV Choice if Package only Available on DirecTV – Price Increase**
**(WAVE 2)**

| Response | 5 Percent Increase | | 10 Percent Increase | | 15 Percent Increase | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Install and subscribe to DirecTV | 21 | 80.8% | 19 | 65.5% | 24 | 80.0% |
| Not install and subscribe to DirecTV | 4 | 15.4% | 8 | 27.6% | 4 | 13.3% |
| Do something else | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Don't know / unsure | 1 | 3.8% | 2 | 6.9% | 2 | 6.7% |
| **Total Respondents** | **26** | **100.0%** | **29** | **100.0%** | **30** | **100.0%** |

*Q21. If the DirecTV monthly subscription cost increased by [%] (i.e., [$]) would you....?*

Source: NERA Survey, December 2021 – February 2022

106.    These results generally indicate that consumers who are not currently DirecTV

subscribers would be unwilling to install and subscribe to DirecTV, even if it were the only

provider of their preferred NFL viewing package.

---

[104] Percent increases were assigned randomly.

## 2. DirecTV NFL Sunday Ticket Subscribers

107.     For respondents who subscribe to NFL Sunday Ticket through their DirecTV

satellite TV service, I provided them with the price they reported paying for NFL Sunday Ticket,

as well as the price they indicated paying for their satellite or satellite and internet service. I then

asked them to indicate whether they would keep or cancel their DirecTV subscription if NFL

Sunday Ticket were available on an internet or cable service and there were no penalties for

switching. In both waves of data collection (77.2 percent for Wave 1 and 68.6 percent in Wave 2,

respectively), the majority of respondents stated that they would keep their DirecTV and NFL

Sunday Ticket subscription if there were no cancellation fees, even if they could access NFL

Sunday Ticket via internet streaming or cable service. A total of 12.8 percent of respondents (9

in Wave 1 and 15 in Wave 2) indicated that they would cancel their DirecTV subscription if NFL

Sunday Ticket were made available from another source such as internet or cable. These results

are shown in **Table 15** below.

**Table 15: Subscribers - DirecTV Subscription Choice - Sunday Ticket Available on Other
Platform**

|  | Wave 1 | | Wave 2 | |
|---|---|---|---|---|
| **Response** | **Count** | **Percent** | **Count** | **Percent** |
| Keep my DirecTV subscription | 78 | 77.2% | 59 | 68.6% |
| Cancel my DirecTV subscription | 9 | 8.9% | 15 | 17.4% |
| Do something else | 0 | 0.0% | 1 | 1.2% |
| Don't know / unsure | 14 | 13.9% | 11 | 12.8% |
| **Total Respondents** | **101** | **100.0%** | **86** | **100.0%** |

*Q16. You indicated that you primarily watch NFL games on your DirecTV satellite service. You also
indicated that you have NFL Sunday Ticket. Please imagine that NFL Sunday Ticket was made available to
you for [$], on an internet streaming service and/or cable for [$]. If there were no penalties for cancelling,
would you...?*

Source: NERA Survey, December 2021 – February 2022

108.     Respondents who answered that they would cancel their DirecTV subscription

were then asked whether they would cancel or keep their subscription if the cost decreased by 5

percent, 10 percent, or 15 percent.[105] Though the sample size for this group of respondents is small, these results provide some indication that there are NFL Sunday Ticket subscribers who would cancel their DirecTV/NFL Sunday Ticket subscription in favor of another mode of access (cable or streaming), even if the cost of the service decreased.

109.    Respondents who answered that they would keep their DirecTV / NFL Sunday Ticket subscription if there were no penalties for cancelling were then asked whether they would keep or cancel their subscription if the cost increased by 5 percent, 10 percent, or 15 percent.[106] As shown in **Table 16**, the share of respondents who would cancel their DirecTV subscription increases with the percent increase in subscription price, with the fewest respondents indicating they would cancel with a 5 percent increase, and the most indicating they would cancel with a 15 percent increase.

**Table 16: Subscribers - DirecTV Subscription Choice - Sunday Ticket Available on Other Platform – Price Increase**
**(ALL RESPONDENTS)**

| Response | 5 Percent Increase | | 10 Percent Increase | | 15 Percent Increase | |
|---|---|---|---|---|---|---|
| | **Count** | **Percent** | **Count** | **Percent** | **Count** | **Percent** |
| Keep my DirecTV subscription | 41 | 82.0% | 31 | 70.5% | 28 | 65.1% |
| Cancel my DirecTV subscription | 6 | 12.0% | 10 | 22.7% | 11 | 25.6% |
| Do something else | 0 | 0.0% | 1 | 2.3% | 1 | 2.3% |
| Don't know / unsure | 3 | 6.0% | 2 | 4.5% | 3 | 7.0% |
| **Total Respondents** | **50** | **100.0%** | **44** | **100.0%** | **43** | **100.0%** |

*Q18. If your DirecTV monthly subscription cost increased by [%] (i.e., [$]) would you....? (Again, please assume there are no penalties for cancelling your subscription)*

Source: NERA Survey, December 2021 – February 2022

---

[105] Percent decreases were assigned randomly.

[106] Percent increases were assigned randomly.

# VIII. CONCLUSIONS

110.    I conducted a study of 975 consumers who watch NFL games. Respondents included current and former Sunday Ticket subscribers as well as those who have never subscribed and do not subscribe to DirecTV. These focus group, pre-test and survey results establish that a substantial number of consumers would prefer package options beyond the current Sunday Ticket offering. My research demonstrates that many consumers would prefer to have the ability to select access to a single team's games, or access to single games, and do not want to be limited to a package that provides content they may not want or do not have the time to watch. These data also demonstrate that consumers who are not current DirecTV subscribers would generally be unwilling to switch to DirecTV to access their preferred NFL content.

111.    My conclusions have been reached through the proper application of survey methods and using standard methodologies relied upon by experts in the field of survey and market and consumer research. My opinions will continue to be informed by any additional material that becomes available to me. I reserve the right to update and/or supplement my opinions if I am provided with additional information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed on August 17, 2022, in San Francisco, California.

Sarah Butler, Managing Director

# Exhibit A

# NERA
Economic Consulting

**Sarah Butler**
Managing Director

National Economic Research Associates, Inc
4 Embarcadero, Suite 400
San Francisco, CA 94111
+ 1 415 291 1000 Fax + 1 415 291 1010
Direct dial: + 1 415 291 1022
sarah.butler@nera.com
www.nera.com

# SARAH BUTLER, M.A.
## MANAGING DIRECTOR

Ms. Butler is an expert in survey research, market research, sampling, and statistical analysis. She has applied her expertise in a wide range of litigation and strategic business cases. Her litigation and project experience includes survey research, market research, the design of samples, and the statistical and demographic analysis of large data files in a number of areas including:

Intellectual Property

- Trademark and Trade Dress Infringement:  Design, analysis, and critique of surveys used to measure consumer confusion, secondary meaning, and dilution in trademark and trade design infringement cases.

- False and Misleading Advertising: Design, analysis and critique of surveys used to measure consumer perceptions and the materiality of advertising claims.

- Patent Infringement:  Sample designs and surveys to the value of patented feature of a larger product and to establish rates at which infringing material exist in populations of products.

- Copyright infringement:  Sampling plans and analysis of the rates of infringing material in populations of shared information (such as through websites or other sharing medium).

Mass Torts/Class Actions

- Conduct surveys and design samples providing evidence on issues of commonality and consumers' awareness of key documents or facts and reliance on representations.

- Analyze large databases of claims files to generate invoices, estimate future liabilities and calculate policy shares for insurer liabilities in asbestos, tobacco and pharmaceuticals.

- Design, analyze and critique surveys and sampling plans used to evaluate employment and promotion records. Review and design surveys for purposes of estimating key facts

Sarah Butler

in labor class actions including time to complete activities, exempt/nonexempt activities, and meal and rest break issues.

Antitrust

- Design, analysis and critique of surveys and other market research used as evidence of consumer purchasing and switching behavior in the areas of CPG, entertainment, automobiles, public transportation, sports and consumer electronics.

- Design, analysis and critique of surveys used to demonstrate consumer price sensitivities and willingness to pay.

Prior to joining NERA, Ms. Butler worked in market research, conducting survey research, focus groups and in-depth interviews.

## Education

**Temple University**
Applied Sociology, coursework, exams and dissertation proposal complete (2005).

**Temple University**
M.A. Sociology, (2000).

**Trinity College, Dublin Ireland**
M.Phil. (1997).

**Wellesley College**
B.A. Sociology and History (with honors). (1995).

## Professional Experience

July 2006 - Present        **Senior Consultant – Managing Director**
                           NERA Economic Consulting
                           San Francisco, California, USA

Oct 2005 – May 2006        **Special Consultant**
                           NERA Economic Consulting
                           London, England

Jan 2003 – Oct 2005        **Senior Analyst - Consultant**
                           NERA Economic Consulting
                           Philadelphia, Pennsylvania, USA

Sarah Butler

| 2002 - 2003 | **Consultant**<br>Integrated Marketing Associates<br>Bryn Mawr, PA, USA |
|---|---|
| Oct 1998 - Jan 2002 | **Research Associate – Analyst**<br>NERA Economic Consulting<br>Philadelphia, Pennsylvania, USA |
| Sept 1998 – May 2003 | **Adjunct Professor**<br>Temple University<br>Philadelphia, Pennsylvania, USA |
| Jan 1997 – Feb 1998 | **Manager of Member Research**<br>Society for Neuroscience<br>Washington DC, USA |

## Expert Analysis and Testimony

<u>2022</u>

*Intellectual Property Matters*

<u>Bilt Technologies, Inc. v. BILT, Inc.,</u>\* United States District Court for The Southern District of New York. *Expert Report.*

<u>Sazerac Brands, LLC</u>\* v. Eagle Trace Brewing Company LLC. United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report*.

<u>UV RML NL ASSETS LLC</u>\* v. Coulter Ventures LLC. United States District Court Central District of California. *Expert Report. Rebuttal Report.*

<u>Tortilla Factory, LLC v. GT's Living Foods, LLC.</u>\* United States District Court for The Central District of California. *Expert Report. Trial Testimony.*

<u>Thrive Natural Care, Inc. v. Le-Vel Brands, LLC.</u> United States District Court Central District of California, Southern Division. *Expert Report. Deposition.*

<u>Crystal Lagoons U.S. Corp and Crystal Lagoons Technologies, Inc. v. Desert Color Manager LLC, Desert Color St. George LLC, AJ Construction, Inc., Cole West Home LLC, Holmes Homes, Inc., Sullivan Homes LLC, and Pacific Aquascape International, Inc.</u>\* United States District Court District of Utah, Central Division. *Expert Report.*

<u>Sazerac Brands, LLC,</u>\* v. Buffalo Chip Campground, LLC. United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report.*

Sarah Butler

<u>Nichino America, Inc., v. Valent U.S.A., LLC.*</u> United States District Court District of Delaware. *Expert Report.*

<u>Promotion in Motion Inc.,* v. The J.M. Smucker Company.</u> United States District Court District of New Jersey. *Rebuttal Report.*

<u>Chartwell Studio Inc., v. Team Impressions, Inc., and The Peel People, LLC.*</u> United States District Court Northern District of Illinois Eastern Division. *Rebuttal Report. Deposition.*

<u>Brooks Sports, Inc.* v. SPARC Group, LLC, Authentic Brands Group LLC, BB IPCO, LLC, BB OPCO, LLC., Simon Property Group, INC., Simon Property Group, L.P.</u> United States District Court Western District of Washington at Seattle. *Expert Report.*

<u>Shanghai Zhenglang Technology Co., Ltd,* v. Mengku Technology Co., Ltd, and Qianan Li.</u> United States District Court Eastern District Of New York. *Rebuttal Report.*

<u>Harman International Industries, Inc.,* v. Jem Accessories, Inc.</u> United States District Court for the Central District of California. *Expert Report.*

<u>PepsiCo* v. Rockstar Industries, LLC.</u> United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report.*

<u>EBIN New York v. SIC Enterprise, Inc.*</u> United States District Court Eastern District of New York. *Expert Report. Rebuttal Report. Deposition.*

<u>Aqua Connect, Inc. and Strategic Technology Partners, LLC. v. TeamViewer US, LLC.*</u> United States District Court District of Delaware. *Expert report. Deposition.*

<u>R80 LLC* v. Société des Produits Nestlé S.A., et al.</u> United States District Court District of Maryland Southern Division. *Expert Report. Rebuttal Report.*

<u>H&R Block, Inc.,* and HRB Innovations, Inc. v. Block, Inc.</u> United States District Court Western District of Missouri. *Rebuttal Declaration. Reply Declaration. Expert Report.*

<u>Vans, Inc. and VF Outdoor, LLC v. Walmart, Inc., The Doll Maker, Inc., and Trendy Trading, LLC.*</u> United States District Court Central District of California Southern Division. *Declaration.*

<u>Warner Bros. Entertainment Inc. v. Brian Biggs, Dawn Biggs, and Random Tuesday, Inc. *et al.**</u> United States District Court Central District of California. *Expert Report. Deposition.*

*Class Action Matters*

<u>Mocha Gunaratna and Renee Camenforte v. Dr. Dennis Gross Skincare, LLC.*</u> United States District Court Central District of California. *Expert Report.*

Sarah Butler

Paul Orshan, Christopher Endara, David Henderson, and Steven Neocleous, v. Apple Inc.* United States District Court Northern District of California. *Expert Report. Deposition.*

Elizabeth Maisel v. S. C. Johnson, Inc.* United States District Court Northern District of California. *Expert Report.*

*Other Matters*

Bluebonnet Internet Media Services, LLC* vs. Pandora Media, LLC. United States District Court Western District of Texas Waco Division. *Expert Report*.

United States ex rel. Terrence Barrett, and on behalf of various States* v. Allergan, Inc. United States District Court Central District of California. *Expert Report*.

2021

*Intellectual Property Matters*

Power Home Remodeling Group, LLC* v. Power Home Solar LLC d/b/a Powerhome Solar, also d/b/a Powerhome Solar & Roofing, also d/b/a Power Home Solar and Roofing. United States District Court Eastern District of Pennsylvania. *Expert Report*.

Honda Motor Co., LTD., v. Microsoft Corporation.* United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report.*

Kaifi LLC v. T-Mobile US, Inc.; LAYER3 TV, Inc.; L3TV Dallas Cable System, LLC; METROPCS Texas, LLC; T-Mobile License LLC; T-Mobile USA, INC.; T-Mobile West LLC; T-Mobile West Tower LLC; IBSV LLC; Theory Mobile, Inc.; T-Mobile PCS Holdings LLC; T-Mobile Resources Corporation; and T-Mobile Subsidiary IV Corporation.* United States District Court Eastern District of Texas Marshall Division. *Expert Report. Deposition*.

Premier Specialty Brands LLC, d/b/a Kamado Joe v. Dansons US, LLC and Dansons, Inc. d/b/a Louisiana Grills.* United States District Court for the Norther District of Atlanta, Georgia Division. *Expert Report. Deposition.*

Crocs, Inc.* v. Effervescent, Inc. et. al. United States District Court for the District of Colorado. *Expert Report. Deposition.*

Theia Technologies LLC v. Theia Group, Inc. and Theia Holdings A, Inc.* United States District Court for the Eastern District of Pennsylvania. *Expert Report.*

Lambda Labs, Inc.* v. Lambda Inc.* United States District Court for the Northern District of California Oakland Division. *Expert Report*.

Storage Cap Management LP* v. Robarco, Inc. and SpareSpace Storage, LLC. United States District Court for the Southern District of Ohio Eastern Division. *Expert Report. Deposition.*

Sarah Butler

<u>Clear Imaging Research, LLC v. Samsung Electronics Co. LTD and Samsung Electronics America.*</u> *Expert Report. Deposition.*

<u>Patagonia, Inc. and Patagonia Provisions, Inc. v. Anheuser-Busch, LLC dba Patagonia Brewing Co.*</u> United States District Court for the Central District of California Western Division, Los Angeles. *Expert Report.*

<u>In the Matter of Certain Audio Players and Controllers, Components Thereof, and Products Containing the Same.</u> United States International Trade Commission, Washington DC. *Expert Report. Deposition. Trial Testimony.*

<u>Vivint Inc.* v. Alarm.com.</u> United States District Court for the District of Utah. *Expert Report. Deposition.*

*Class Action Matters*

<u>Kristen Schertzer, Meagan Hicks, Brittany Covell* v. Bank of America, N.A., Cardtronics, Inc., FCTI, Inc., Cash Depot, Ltd. And DOES 1-50.</u> United States District Court Southern District of California. *Expert Report. Deposition.*

<u>Warren Gross, Deborah Levin, Shelby Cooper, and Edward Buchannan v. Vilore Foods Company, Inc., Arizona Canning Company, LLC.*</u> United States District Court Southern District of California. *Expert Report. Rebuttal Report. Deposition.*

<u>Scott and Rhonda Burnett, Ryan Hendrickson, Jerod Breit, Scott Trupiano, and Jeremy Keel v. The National Association of Realtors, Realogy Holdings Corp., Homeservices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, Re/Max LLC, and Keller Williams Realty, Inc.*</u> United States District Court for the Western District of Missouri, Western Division. *Expert Report.*

<u>In re: Marriott International, Inc., Customer Data Security Breach Litigation.</u> United States District Court of Maryland, Southern Division. *Expert Report. Deposition.*

<u>Christopher Julian et. al. v. TTE Technology, Inc., dba TCL North America.*</u> United States District Court for the Northern District of California. *Expert Report.*

<u>Kaylan Morris, et. al. v. Walmart Inc., f/k/a/ Wal-mart Stores Inc.*</u> United States District Court, Northern District of Alabama, Southern Division. *Expert Report. Deposition. Class Certification Testimony.*

<u>Ricardo R. Garcia, Duane K. Glover, Paul E. Jacobson, Gaetano Calise, Mykhalo I. Holovatyuk, Brian Garcia, Paul Thompson, and David Hartman* v. Volkswagen Group of America, Inc. a/k/a Audi of America, Inc. and Volkswagen Aktiengesellschaff.</u> United States District Court for the Eastern District of Virginia, Alexandria Division. *Expert Report. Deposition.*

Sarah Butler

Charles Tillage and Joseph Loomis* v. Comcast Corporation and Comcast Cable Communications, LLC and Does 1-20. United States District Court for the Northern District of California, San Francisco Division. *Expert Report*.

Kathleen Ryan-Blaufuss, Cathleen Mills, and Khek Kuan v. Toyota Motor Corporation, Toyota Motor Sales, U.S.A., INC., and DOE Defendants 1-10.* United States District Court for the Central District of California, Western Division. *Expert Report*. *Deposition*.

H. Cristina Chen-Oster, Shanna Orlich, Allison Gamba, and Mary De Luis* v. Goldman Sachs & Co. and The Goldman Sachs Group, Inc. United States District Court for the Southern District of New York. *Expert Report*. *Deposition*.

Michael Testone, Collin Shanks, and Lamartine Pierre, et. al., v. Barlean's Organic Oils, LLC.* United States District Court Southern District of California. *Expert Report*. *Deposition*.

Susan Wang Rene Lee v. StubHub, Inc.* Superior Court of the State of California for the County of San Francisco. *Expert Report*.

Michael Madea and Rick Smith, et. al, v. Kennedy Endeavors, Inc.* United States District Court for the District of Hawai'i. *Expert Report*. *Deposition*.

Shelly Benson and Lisa Caparelli, et. al, v. Newell Brands, Inc.* United States District Court for the Northern District of Illinois. *Expert Report*. *Deposition*.

Thomas Bailey, et. al, v. Rite Aid Corporation.* United States District Court for the Northern District of California. *Expert Report*. *Deposition*.

2020

*Intellectual Property Matters*

Nirvana LLC v. Marc Jacobs International LLC.* United States District Court Central District of California. *Expert Report*. *Deposition*.

Girl Scouts of the United States of America* v. Boy Scouts of America. United States District Court Southern District of New York. *Expert Report*. *Deposition*.

American Dairy Queen Corporation v. W. B. Mason Co. Inc.* United States District Court for the District of Minnesota. *Expert Report*. *Deposition*. *Trial Testimony*.

Seven Networks, LLC v. Apple Inc.* United States District Court for the Eastern District of Texas Marshall Division. *Expert Report*. *Deposition*.

New NGC, Inc. d/b/a National Gypsum Company, NGC Industries, LLC, and National Gypsum Properties,* LLC v. Alpinebay, Inc. *Expert Report*. *Deposition*.

Sarah Butler

Glaxo Group Limited* v. Respirent Pharmaceuticals Co., LTD. United States District Court Southern District of New York. *Expert Report*.

Kaifi LLC v. AT&T Inc.; AT&T Corp.; AT&T Communications, LLC; AT&T Mobility, LLC; and AT&T Services, Inc.* United States District Court Eastern District of Texas Marshall Division. *Expert Report*. *Deposition*.

CFA Institute v. American Society of Pension Professionals & Actuaries, et. al.* United States District Court for the Western District of Virginia, Charlottesville Division. *Expert Report*. *Deposition*.

Match Group LLC* v. Bumble Trading Inc., Bumble Holding, LTD., Badoo Trading Limited, Magic Lab Co., Worldwide Vision Limited, Badoo Limited, Badoo Software Limited, and Badoo Technologies Limited. United States District Court for the Western District of Texas, Waco Division. *Expert Report*. *Deposition*.

ClearPlay, Inc. v. Dish Network, L.L.C. and Echostar Technologies, L.L.C.* United States District Court, District of Utah, Central Division. *Expert Report*.

*Class Action Matters*

Vicky Maldonado, et. al., v. Apple, Inc.* United States District Court, Northern District of California, San Francisco Division. *Expert Report*. *Deposition*.

Jason DeCarlo v. Costco Wholesale Corporation and MBNR.* United States District Court Southern District of California. *Expert Report*.

Javier Cardenas et al., Plaintiffs v. Toyota Motor Corporation et al., Defendants.* United States District Court Southern District of Florida. *Expert Report*. *Deposition*.

Brian Gozdenovich et al., v. AARP Inc., AARP Services, Inc., AARP Insurance Plan, UnitedHealth Group, Inc., and UnitedHealthCare Insurance Company.* United States District Court District of New Jersey. *Expert Report*.

Barbara Lewis, et al., v. Rodan & Fields, LLC.* United States District Court Northern District of California Oakland Division. *Expert Report*. *Deposition*.

Austin Rugg v. Johnson & Johnson Consumer Inc.* United States District Court Norther District of California San Jose Division. *Expert Report*.

Caryn Gorzo, et al., v. Rodan & Fields, LLC.* The Superior Court of California County of San Francisco. *Expert Report*.

Toya Edwards and Jamal Erakat, et al., v. Walmart, Inc.* United States District Court, Central District of California. *Expert Report*. *Deposition*.

Sarah Butler

<u>Ohio State Troopers Association, Inc., et al., & Miguel Porras v. Point Blank Enterprises, Inc.*</u> United States District Court, Southern District of Florida. *Expert Report*. *Deposition*.

*Other Matters*

<u>TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Strum Foods, Inc.,* v. Keurig Green Mountain, Inc.</u> United States District Court for the Southern District of New York. *Expert Reports*. *Deposition*.

2019

*Intellectual Property Matters*

<u>Sazerac Brands, LLC* v. Bullshine Distillery, LLC.</u> In the United States Patent and Trademark Office Before the Trademark and Trial Appeal Board. Opposition No. 91227653. *Expert Report. Deposition.*

<u>X One* v. Uber Technologies, Inc.</u> United States District Court Northern District of California. *Expert Report. Deposition.*

<u>NIKE, Inc. v. Skechers U.S.A., Inc.*</u> United States District Court, Central District of California. *Expert Report. Deposition.*

<u>Vital Pharmaceuticals, Inc. v. Monster Energy Company and Reign Beverage Company, LLC.*</u> United States District Court Southern District of Florida. *Expert Report. Deposition.*

<u>Mahindra & Mahindra, Ltd. and Mahindra Automotive North America, Inc.* v. FCA US LLC.</u> United States District Court, Eastern District of Michigan. *Expert Report. Deposition. ITC Trial Testimony.*

<u>Rex Real Estate I, L.P., v. Rex Real Estate Exchange, Inc.*</u> United States District Court for the Eastern District of Texas, Sherman Division. *Expert Report.*

<u>adidas America, Inc., et al. v. Forever 21 Inc., et al.*</u> United States District Court District of Oregon Portland Division. *Expert Report.*

<u>Lodestar Anstalt v. Bacardi & Company Limited, Bacardi U.S.A., Inc., and Bacardi Limited.*</u> United States District Court Central District of California, Western Division. *Expert Report. Deposition.*

*Class Action Matters*

<u>Paul Stockinger et al. v. Toyota Motor Sales, U.S.A., Inc.*</u> United States District Court Central District of California. *Expert Report. Deposition.*

Sarah Butler

Thomas Allegra, et. al.* v. Luxottica Retail North America, d/b/a LensCrafters, United States District Court, Eastern District of New York, Brooklyn Division. Survey to evaluate consumers' willingness to pay for Accufit measurement system. *Expert Report. Deposition.*

Collin Shanks v. Jarrow Formulas, Inc.* United States District Court Central District of California. *Expert Report.*

Crystal Hilsley vs. Ocean Spray Cranberries, Inc.*, Arnold Worldwide LLC. United States District Court Western District Southern District of California. *Expert Report. Deposition.*

Erin Allen et al. v. Conagra Foods Inc.* United States District Court Northern District of California San Francisco Division. *Expert Report. Deposition.*

Riley Johannessohn, Daniel C. Badilla, James Kelley, Ronald Krans, Kevin R. Wonders, William Bates, James Pinion* v. Polaris Industries, Inc. United States District Court District of Minnesota. *Expert Report. Deposition.*

*Other Matters*

In re: Windstream Holdings, Inc., et al., Debtors. Windstream Holdings Inc., et. al.* v. Charter Communications, Inc. and Charter Communications Operating, LLC. United States Bankruptcy Court, Southern District of New York. Chapter 11, Case No. 19-22312 (RDD). *Expert Report.*

Belcher Pharmaceuticals, LLC v. Hospira, Inc.* United States District Court for the Middle District of Florida, Tampa Division. *Expert Report. Deposition.*

State of Washington* v. TVI, INC., d/b/a Value Village. State of Washington King County Superior Court. *Expert Report. Deposition. Trial Testimony.*

Obagi Cosmeceuticals LLC* v. ZO Skin Health, Inc. and Zein E. Obagi, M.D. JAMS Arbitration Proceeding. *Expert Report. Deposition. Arbitration Testimony.*

James Pudlowski, Louis C. Cross, III, Gail Henry, Steve Henry v. St. Louis Rams, LLC, St. Louis Rams Partnership, ITB Football Company, LLC.* *Expert Report.*

People of the State of California vs. The Hertz Corporation, American Traffic Solutions, Inc., ATS Processing Services, L.L.C., American Traffic Solutions Consolidated, L.L.C., PlatePass, L.L.C.* *Deposition.*

2018

*Intellectual Property Matters*

Spangler Candy Company vs. Tootsie Roll Industries, LLC.* United States District Court Northern District of Ohio Western Division Toledo. *Expert Report. Deposition.*

Sarah Butler

American Automobile Association of Northern California, Nevada & Utah and A3 Mobility
LLC v. General Motors LLC and Maven Drive LLC.* United States District Court Northern
District of California San Jose Division. *Expert Report. Deposition.*

Merck & Co., Inc., and Merck Sharp & Dohme Corp. v. Merck KGaA*. United States District
Court District of New Jersey. *Expert Report. Deposition.*

MZ Wallace Inc. v. Sue Fuller, d/b/a/ The Oliver Thomas, and Black Diamond Group, Inc.*
United States District Court Southern District of New York. *Expert Report. Deposition.*

Newmark Realty Capital, Inc.* v. BCG Partners, Inc. United States District Court Northern
District of California San Jose Division. *Expert Report. Deposition.*

Advice Interactive Group, LLC* v. Web.Com Group, Inc. United States District Court for the
Middle District of Florida Jacksonville Division. *Expert Report. Deposition.*

Global Brand Holdings, LLC* v. Church & Dwight Co., Inc. United States District Court
Southern District of New York. *Expert Report. Deposition.*

Forever 21, Inc.* v. Gucci America, Inc., and Guccio Gucci S.p.A. United States District Court
Central District of California Western Division. *Expert Report. Deposition.*

Masterbuilt Manufacturing, LLC v. Wal-Mart Stores, Inc.* United States District Court for the
Middle District of Georgia Columbus Division. *Expert Report. Deposition.*

Strategic Partners, Inc.* v. Koi Design, LLC. United States District Court Central District of
California. *Expert Report.*

Hard Rock Café International (USA), Inc., and Tarsadia Hotels v. RockStar Hotels, Inc.* United
States District Court for the Southern District of Florida Fort Lauderdale Division. *Expert
Report.*

Ghostbed, Inc. and Werner Media Partners, LLC d/b/a Nature's Sleep, LLC v. Casper Sleep,
Inc., Red Antler, LLC and ICS, Inc.* United States District Court for the Southern District of
Florida. *Expert Report. Deposition.*

*Class Action Matters*

Kaylee Browning and Sarah Basile v. Unilever United States, Inc.* United States District Court
Central District of California. *Expert Report. Deposition.*

Scott R. Bernard v. Public Power, LLC.* In the Circuit Court of Cook County, Illinois County
Department, Chancery Division. *Expert Report.*

Kristian Zamber v. American Airlines, Inc.* United States District Court Southern District of
Florida Miami Division. *Expert Report. Deposition.*

Sarah Butler

Thomas Blitz v. Monsanto Company.* United States District Court Western District of
Wisconsin. *Expert Report. Deposition.*

*Other Matters*

State of Washington* v. Johnson & Johnson, Ethicon, Inc. Ethicon US, LLC. King County
Superior Court State of Washington. *Expert Report.*

Steven A. Conner DPM, P.C. v. Optum 360, LLC.* United States District Court Eastern District
of Pennsylvania. *Expert Report. Deposition.*

State of Washington* v. Comcast Cable Communications Management, LLC, et. al. State of
Washington King County Superior Court. *Expert Report. Deposition. Trial Testimony.*

Josephine James Edwards v. Hearst Communications, Inc.* United States District Court for the
Southern District of New York. *Expert Report. Deposition.*

2017

*Intellectual Property Matters*

Shelia Dashnaw, et. al. v. New Balance Athletics, Inc.* United States District Court Southern
District of California. *Expert Report. Deposition.*

Tri-Union Seafoods, LLC v. Otis McAllister, Inc.* United States Patent and Trademark Office
before the Trademark Trial and Appeal Board. *Expert Report.*

Michael Kors, L.L.C.* v. Chunma USA, Inc. United States District Court Central District of
California. *Expert Report. Deposition.*

Weems Industries, Inc. v. Plews, Inc.* United States District Court for Northern District of Iowa,
Cedar Rapids Division. *Expert Report. Deposition.*

Mars Incorporated and Mars, Petcare US, Inc. v. The J. M. Smucker Company and Big Heart
Pet, Inc.* United States District Court for the Eastern District of Virginia. *Expert Report.
Deposition.*

Professional Liability Insurance Services, Inc. v. U.S. Risk, Inc. and Crystal Jacobs.* United
States District Court for Western District of Texas, Austin Division. *Expert Report. Deposition.*

Luxe Hospitality Company, Inc.* v. SBE Entertainment Group. United States District Court
Central District of California. *Expert Report. Deposition.*

Sarah Butler

*Class Action Matters*

<u>Martin Schneider, et. al. v. Chipotle Mexican Grill, Inc.</u>* United States District Court Northern
District of California. *Expert Report. Deposition.*

<u>Trevor Singleton et. al. v. Fifth Generation, Inc. d/b/a Tito's Handmade Vodka.</u>* United States
District Court for the Northern District of New York. *Expert Report. Deposition.*

*Other Matters*

<u>State of Arizona v. Volkswagen AG, et. al.</u>* Superior Court of the State of Arizona – Maricopa
County. *Expert Report.*

<u>ADT LLC, and ADT US Holdings, Inc., v. Vivint, Inc.</u>* United States District Court Southern
District of Florida Palm Beach Division. *Expert Report. Deposition.*


* Retaining party



## Publications and Presentations

"A tale of two cups: Acquired distinctiveness and survey evidence before the TTAB." (May-June
2020), with Healey Whitsett. *The Trademark Reporter.*

"Survey response bias and the 'privacy paradox': Evidence from a discrete choice experiment."
(May, 2020), with Garrett Glasgow and Samantha Iyengar in *Applied Economics Letters.* DOI:
10.1080/13504851.2020.1770183.

NAD Panel – "Consumer Perception Survey Design Safeguards & Pitfalls." National
Advertising Division Annual Meeting, New York, NY (September, 2019).

INTA Panel – "Surveys in the Brave New World: Designing and Using Survey Evidence in the
Age of Online Shopping, Influencers and Hashtags." Annual Meeting, Boston MA (May, 2019).

"The value of non-personally identifiable information to consumers of online services: evidence
from a discrete choice experiment," (2016) with Garrett Glasgow in *Applied Economics Letters*,
DOI: 10.1080/13504851.2016.1197357.

"Using Survey Methods to Demonstrate the Value of Personal Information and Privacy" (May
2015) *Panel on Privacy, Security and IRBs – American Association for Public Opinion
Research,* Annual Meeting, Hollywood Florida.

Sarah Butler

"Battle of the Experts—Deploying the Proper Scientific Methodology for Supporting or Challenging Claims" (March 13, 2015) invited panelist at the *Advanced Forum on Resolving & Litigating Advertising Disputes.*

"Effective Use of Surveys in Trademark Litigation," (August, 2014) *Knowledge Group Webinar.*

"The Use of Statistical Sampling Post-Duran," (August, 2014) *Law360.*

"The Value of Personal Information to Consumers of Online Services: Evidence from a Discrete Choice Experiment," (June 19, 2014). *National Economic Research, Inc.*

"An assessment of the nonmarket benefits of the Water Framework Directive for households in England and Wales," with Metcalfe, Baker, Andrews, Atkinson, Bateman, Carson, East, Gueron, Sheldon and Train in *Water Resources Research,* 48:W10516. (Paper awarded Editor's Choice Award for 2013).

ABA Webinar "The Use of Surveys in Advertising Substantiation" (June 23, 2011).

"Meeting the New Standards for Reasonable Royalties," (February, 2011) with Mario Lopez. *Law360.*

"Survey Evidence in False Advertising Cases," (Winter, 2010). *The Antitrust Trial Practice Newsletter.*

"The Use of Surveys in Litigation: Recent Trends," (April, 2010) with Kent Van Liere. National Economic Research Associates, Inc.

"Emerging Issues in the Use of Surveys in Trademark Infringement on the Web," with Kent Van Liere. Paper published in the *Advanced Trademark & Advertising Law Conference* proceedings, September 2007, Seattle, WA.

"An Analysis of the Hypothetical Situations in Willingness to Pay Studies." Paper presented at the July 2006 Thematic Seminar "Quality Criteria in Survey Research," hosted by World Association for Public Opinion Research, Lake Como, Italy.

"Use of Surveys in Intellectual Property Disputes," (2005) with Eugene P. Ericksen, in *Economic Approaches to Intellectual Property Policy, Litigation and Management Issues,* Gregory K. Leonard and Lauren J. Stiroh (eds.) National Economic Research Associates, Inc.

"Response Rate Standards: Lessons from the 2004 Presidential Polls." Paper presented at the 2005 Annual Meeting of American Association of Public Opinion Research, Miami Beach, FL.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, March 2004 Charlotte, NC.

Sarah Butler

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, January 2004 San Diego, CA.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, June 2003, McLean, VA.

## Professional Associations

Member, American Association of Public Opinion Research and World Association for Public Opinion Research, Member, American Statistical Association, Member, American Bar Association, Intellectual Property Section, Member, International Trademark Association (INTA), Reviewer for *Trademark Reporter*, Member, American Marketing Association.

Exhibit B

## Exhibit B
## Documents Relied Upon

### Court Documents

- 933 F.3d 1136, *In Re National Football League's Sunday Ticket Antitrust Litigation*, 9th Circuit Opinion, United States Court of Appeals, Ninth Circuit, dated August 13, 2019.

- Consolidated Amended Complaint for Damages and Declaratory Injunctive Relief Pursuant to Sections 1 and 2 of the Sherman Act, *In Re: National Football League Sunday Ticket Antitrust Litigation,* United States District Court Central District of California, Case No. ML 15-02668-BRO (JEMx), dated June 24, 2016.

### Survey Literature

- Babbie, E. (2005). *The Basics of Social Research,* 3rd ed., Thomson Wadsworth, pp. 316-317.

- Diamond, S. S. (2011). "Reference Guide on Survey Research," *Reference Manual on Scientific Evidence*, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council, pp. 359-423.

- Federal Judicial Center (2004). *Manual for Complex Litigation, Fourth Edition,* §11.493, p. 103.

- Groves, R. et al. (2009). *Survey methodology,* 2nd ed., Wiley series in survey methodology, John Wiley & Sons, p. 247.

- Orme, B. K. & Chrzan, K. (2017) *Becoming an Expert in Conjoint Analysis: Choice Modeling for Pros,* Sawtooth Software, Inc.

- Steward, D. W., Shamdasani, P. N., Rook, D. W. (2007). *"Focus groups: Theory and practice.* 2nd ed.,*" Applied Social Research Methods Series, Volume 20*, Sage Publications.

### Websites

- https://decider.com/2021/09/11/nfl-redzone-hulu-youtube-tv-how-to-watch-nfl-redzone-price/

- https://digitalcare.nfl.com/hc/en-us/articles/4404335666071-What-content-shows-are-included-with-NFL-Game-Pass-

- https://dknation.draftkings.com/nfl/2021/5/12/22432710/2021-nfl-schedule-grid-printable-google-doc-excel

- https://iconarchive.com/show/nfl-helmets-icons-by-evermor-design.html

- https://my.dish.com/upgrades/compare-packages

- https://plus.espn.com/

- https://plus.espn.com/#oursports

- https://support.nflgamepass.com/hc/en-gb/articles/360004696153-What-is-NFL-RedZone-#:~:text=NFL%20RedZone%20brings%20the%20best,from%20every%20Sunday%20Game%20Day

- https://support.watch.nba.com/hc/en-us/articles/115000585813-Purchasing-NBA-League-Pass

1

- https://thestreamable.com/news/mlb-tv-unveils-pricing-for-2021-season-almost-20-percent-price-hike-on-single-team-plan

- https://tvanswerman.com/2021/03/17/verizon-slashes-90-off-extra-innings-price/

- https://watch.nba.com/streaming-subscriptions

- https://web.archive.org/web/20210410165655/https://www.xfinity.com/learn/digital-cable-tv/sports/mlb/extra-innings

- https://www.att.com/support/article/directv/KM1186484/

- https://www.cabletv.com/directv/nfl-sunday-ticket#:~:text=If%20you%20sign%20up%20for,year%20at%20no%20extra%20cost.

- https://www.directv.com/packages

- https://www.directv.com/sports/nfl/

- https://www.directv.com/stream/packages

- https://www.google.com/recaptcha/intro/v3.html

- https://www.insightsassociation.org/About-Us

- https://www.insightsassociation.org/Portals/INSIGHTS/ia_code_revised_november_2021_finalv2.pdf

- https://www.mlb.com/live-stream-games/help-center/extra-innings-what-is-the-difference-between

- https://www.nfl.com/game-pass/learn-more

- https://www.nfl.com/plus/learn-more

- https://www.nfl.com/redzone/

- https://www.nfl.com/ways-to-watch/

- https://www.nhl.com/info/where-to-stream

- https://www.reviews.org/tv-service/mlb-extra-innings-vs-mlb-tv/

- https://www.reviews.org/tv-service/nfl-redzone-review/

- https://www.spectrum.com/cable-tv/sports-packages/nhl/center-ice

- https://www.statista.com/statistics/1223181/pay-tv-monthly-cost-us/

- https://www.usatoday.com/story/sports/nhl/2021/04/28/nhl-espn-turner-broadcast-media-rights-deals-explained/4857987001/

- https://www.veridatainsights.com

- https://www.xfinity.com/learn/digital-cable-tv/sports/nhl/center-ice

2

**Other Documents**

- SP Global Market Intelligence Tech Media  Telecoms_Kagan Databook_English.xlsx

**Bates Documents**

- AMZN_00000009 – AMZN_00000012
- AMZN_00000013
- AMZN_00000014
- AMZN_00000015 – AMZN_00000026
- DAZN-NFLST-016536 – DAZN_NFLST-016577
- DIRECTV-ST-00024920 – DIRECTV-ST-0024942
- NFL_00138 – NFL_00164
- NFL_0059025 – NFL_0059034
- NFL_0059035 – NFL_0059052
- NFL_0299601 – NFL_0299635
- NFL_0402078 – NFL_0402098
- NFL_0490264 – NFL_0490282
- NFL_0596234 – NFL_0596266
- NFL_0728401 – NFL_0728450
- NFL_0753152 – NFL_0753173
- NFL_1212490 – NFL_1212509

Exhibit C

# *NFL Viewer - Discussion Guide*

This document will guide the flow of 60-minute in-person focus groups. It does not have to be used as a verbatim script but, must be used to ensure that we ask each group about all the relevant topics within an intuitive flow.

**RESEARCH GOALS:**

1. Understand how viewers pick how they will watch NFL games

    a. Do they have favorite teams?

    b. Are the teams local?

    c. How do they watch out of market games (is out of market a clearly understood term)?

2. Have they ever bought a special sports viewing package?

3. What factors would impact their consideration of a sports viewing package?

4. Show examples that might be used in quant study and determine if they are understood, if pricing makes sense and what information if any is missing.

## I. INTRODUCTION (5 MINUTES)

Thank you for joining us today. Moderator introduce self as a neutral 3rd party.

Everything you say today will be kept confidential. The session will be recorded only for research purposes. The audio will not be shared outside of those necessary for conducting the research. Your identities will be kept fully confidential, and your full names will not be shared with anyone.

Today we are going to be talking about football.

Throughout our entire discussion, please be honest and speak openly about your opinions. There are no right or wrong answers. We want to hear what you think!

**[MODERATOR – HERE PLEASE EXPLAIN ANY LOGISTICS:
Say something about it being over zoom? Are their mics muted and they need to unmute? Should they feel free to do that any time?]**

Does anyone have any questions before we get started?

1. First, in order to get to know you a little better, let's go around and introduce ourselves to the group. Please tell us your first name and where you're from.

1

## II.  SETTING THE STAGE (5 MINUTES)

1. First, I'd like to understand generally how people are watching television and video content at home.

   a. Do you have cable or satellite?

   b. Do you watch TV on a phone or other device?

   c. Which do you prefer?

   d. How about when you watch football games – is it different?

   e. For those with cable/satellite – do you ever watch a game on a phone/tablet/computer? Do you do this when at home?

## III. TEAMS

2. Does anyone (or does everyone) have a favorite team?

3. Do you have a favorite local and out of market team?

4. What does out of market mean to the group? Is this an understood term?

5. What do you do when there is an out of market game you want to watch?

   a. Do you go to friends/family?

   b. A bar?

6. How often do you feel like there is game you want to watch but it's not available to you?

   a. What makes it unavailable – is it when the game is being shown? Conflicts with another game you want to watch? Not available on local broadcast?

## IV. VIEWING PACKAGES

7. Does anyone currently have any sports packages that allow you particular viewing access to games? Not just football first (generally)

   a. If yes – why did you pick this?

   b. If no – did you consider any packages? Why did you consider but not ultimately select?

8. Are there any types of packages available for other sports that you would like to see available for NFL?

## V.  CHOICE EXERCISE

**Part of the research we are conducting will include a survey and we would like your help in reviewing parts of the survey and letting us know what is clear or unclear and what does or does not seem realistic.**

**I am going to paste a document [OR CAN POST AS SLIDE ON SCREEN] for everyone to read.**

**[SEND TEXT #1 BELOW]**

_____

We would now like to get your opinion on your preferences for different ways to watch NFL games.

You will be asked to evaluate different packages. For example, some of the packages will include an entire NFL season, and will allow you to watch all out of market games. Other packages might allow you to purchase all games for a single team or a purchase a single game. These different packages will have different prices. First you will see the information about packages and then some pricing.

_____

9.  First, is this general description clear? What is unclear?

_____

**Okay here is the next part**

**[SEND TEXT #2 BELOW]**

Game access describes which games and teams you can watch. There are a number of different options:

**All Access Plus -** Access to <u>all</u> out of market games for the entire season. Out-of-market games are those that you cannot see on broadcast television in your local market. With this package, you also get the ability to see eight games at once on a split screen (and can toggle between multi games and a single game). This package includes weekly recaps of every game played that week, in 30 minutes or less, and you can access game highlights on demand.

3

**All Access -** Access to all out of market games for the entire season. Out-of-market games are those that you cannot see on broadcast television in your local market.

**Team Access -** Access to one team's out of market games for entire season. Out-of-market games are those that you cannot see on broadcast television in your local market. You select the team but, you cannot change to a different team once selected and the season has started.

**Game Access -** Access to a single out of market game (you can purchase more than one, but each game is priced separately). Out-of-market games are those that you cannot see on broadcast television in your local market.

**NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.**

_____

10. Are these package descriptions clear? What is the difference between team access and all access? How about game access and team access?

11. Other than the price, are there any questions in your mind about what the different options are?

12. Which of these packages is most appealing to you? Why?

13. Any other package you think would be a realistic option?

14. Are these clear descriptions clear? Is there anything missing that you would want to know about (*if they start asking about other content provided – steer back to we are focused on NFL content*)

_____

Now let's look at a set of choices that might be shown in the survey

4

|  | Choice A | Choice B | Choice C |
|---|---|---|---|
| Games available | All Access | Team Access | Single Game Access |
| Access Price | $48.99 per month for 6 months ($293.94 for the season) | $24.50 per month for 6 months ($147.00 for the season) | $6.99 per game (each additional game $6.99) |

15. Which one would you pick? Why?

16. Do you understand the pricing? Can someone explain the prices?

17. Is it clear that for Choice A you would pay $48.99 per month for NFL PLUS $45.99 a month for basic cable?

18. Is it clear that in Choice C you only are buying one out of market game?

19. Was it clear that you would still get access to local games?

20. Are there any choices that look unrealistic? Which ones? Why?

21. I'd like everyone to select their most preferred NFL package – All Access Plus, All Access, Team Access, Game Access.

   a. Would you be willing to get a new service to get the particular NFL package you selected? In other words, let's say you have cable – would you switch to satellite? If you have satellite would you switch to cable? If you don't have either, would you be willing to get cable or satellite to get the package you want?

   b. If switching cost nothing would you switch? If switching cost $10? $20?

Exhibit D

# *NFLST Pre-test Moderator Script*

QINTRO. Could I speak with **[INSERT NAME]**?

**[If needed]** We are calling [him/her] for a phone interview that [he/she] scheduled with **[INSERT PANEL]**. It is a research study on different television programming that [he/she] may be interested in, and he/she agreed to help us by giving his/her opinions.
   1) Yes
   2) No **[Schedule callback]**

QINTRO2. Thanks for taking the time to do this survey with us, **[INSERT NAME]**.  First off, do you have access to a computer right now?
   1) Yes
   2) No **[Wait until they are at a computer]**

QINTRO3. Thank you!  The website you need to go to is **[INSERT URL]**.  Please enter the following access code **[PROVIDE ACCESS CODE]**. I will be on the phone the entire time you are taking the survey, so feel free to bring up anything you would like while you are taking the survey. Just tell me when you click the next button so I can follow along.  Please be honest and thorough in your response and take as much time as you need.

You will now begin the main survey exercise.  This will take a few minutes.  Please take as much time as you need.  Once you have completed the survey and have arrived at a page that says "Thank you for taking the time to complete this survey today" please let me know.

**[Record in data the length of time it takes for the respondent to complete the survey.  Once the respondent has indicated that he/she finished the survey, ask the following questions and record responses.  Prompt thorough responses:]**

   1. Did you have any problems while taking the survey? **[RECORD VERBATIM]**

   2. Was anything in the survey unclear or hard to understand? **[RECORD VERBATIM]**

   3. How easy or difficult did you find the **survey questions** to answer?  **[RECORD VERBATIM]**

   4. How easy or difficult did you find the **choice tasks** to answer?  **[RECORD VERBATIM]**

   5. You were given information about different viewing packages you might want to purchase to watch live NFL games –Was this information clear? **[RECORD VERBATIM] [IF RESPONDENT INDICATES QUESTIONS WERE DIFFICULT TO ANSWER, PROBE:** What was unclear about it?]

   6. You were given information about different viewing packages you might want to purchase to watch live NFL games –Was this information realistic or unrealistic? **[RECORD VERBATIM] [IF RESPONDENT INDICATES UNREALISTIC, PROBE:** What was unrealistic about it?]

1

7. You were given information about different prices you might pay for the different viewing packages –Was this information clear? **[RECORD VERBATIM] [IF RESPONDENT INDICATES QUESTIONS WERE DIFFICULT TO ANSWER, PROBE:** What was unclear about it?]

8. You were given information about different prices you might pay for the different viewing packages –Was this information realistic or unrealistic? **[RECORD VERBATIM] [IF RESPONDENT INDICATES THE INFORMATION WAS UNREALISTIC, PROBE:** What was unrealistic about it?]

9. **[IF ASKED DIRECTV/SATELLITE BLOCK]** You were asked questions about whether you would keep your DirecTV subscription if other packages were available from another provider. Were these questions easy or difficult to answer? **[RECORD VERBATIM] [IF RESPONDENT INDICATES QUESTIONS WERE DIFFICULT TO ANSWER, PROBE:** What was difficult about it?]

10. **[IF ASKED CABLE/INTERNET BLOCK]** You were asked questions about whether you would subscribe to DirecTV if it was the only way to purchase your preferred NFL viewing package. Were these questions easy or difficult to answer? **[RECORD VERBATIM] [IF RESPONDENT INDICATES QUESTIONS WERE DIFFICULT TO ANSWER, PROBE:** What was difficult about it?]

END: Thank you so much for your time.  Your participation is appreciated, and we will make sure you get credit for completing this survey.

2

# Exhibit E

Data produced in native format.

Exhibit F


unleash your knowledge

# Good News!

We have a new surveys for you to try today. Survey VI-$surveyid

 **$knowledge points**           **$minutes**

## START SURVEY

Your log-in email is:
**$EMAIL_ADDRESS**
If you forgot your password, *click here* to reset.

Sincerely,
Team BizKnowledge

You received this email to $EMAIL_ADDRESS because you registered for **BizKnowledge**. Unsubscribe

1

# Exhibit G

# *NFL Survey*

**[DO NOT ALLOW ROUTED SURVEY TRAFFIC]**

**[PROGRAMMER: DISABLE RESUME LATER BUTTON FOR ENTIRE SURVEY]**

**[INTRODUCTION]** Thank you for your willingness to participate in our study. The responses you give to our questions are very important to us.  If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response, where appropriate.  Your answers will only be used in the aggregate and your personal information will be kept confidential.  The results of this study will not be used to try to sell you anything.  When you are ready to get started, please click the "Continue" button.

S1.   Before continuing with this survey, please carefully read these instructions:
- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

1. I have read the above instructions and understand them, and I will adhere to these instructions.
2. I do not understand the above instructions, or I don't wish to agree to them. **[SCREEN OUT]**

S2.   What device are you using to complete this survey?
1. Desktop computer
2. Laptop computer
3. Tablet computer
4. Mobile phone or cell phone **[CAP AT NO MORE THAN 50%]**
5. Other **[SCREEN OUT]**

S3.   Please verify that you are human.
**[INSERT RECAPTCHA]**

S4.   Are you…?
1. Male
2. Female

3. Non-binary
4. Prefer to self-describe (***Please specify***)
5. Prefer not to say

S5. Please select your age.  **[PROVIDE DROP DOWN BOX WITH AGE]**
**[1-99 RANGE, ALLOW ONLY 18 AND ABOVE WITH PREFER NOT TO ANSWER
OPTION.]**
Prefer not to answer **[INCLUDE IN DROP DOWN BOX**, SCREEN OUT]
**[TERMINATE IF AGE DOES NOT MATCH PANEL DATA]**

S6.   In which state do you currently reside?
**[INSERT ALPHEBETIZED DROP DOWN BOX WITH US STATES AND DC
ONLY; OUTSIDE US OPTION, SCREEN OUT IF SELECTED]**

S7.   Please enter your zip code.
**[SCREEN OUT IF STATE & ZIP DO NOT MATCH]**

S8.   In the past month, have you taken a survey on any of the following topics?
*(Select all that apply)* **[RANDOMIZE 1-5]**
1. Premium sports broadcast packages **[SCREEN OUT]**
2. Premium cable channels (e.g., HBO, Starz)
3. Wi-Fi internet packages
4. Mobile or smartphone plans
5. Digital newspaper subscriptions
6. None of these **[ANCHOR; EXCLUSIVE]**
7. Don't know / unsure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

S9.   Do you or do any members of your household work for any of the following?
*(Select all that apply)* **[RANDOMIZE 1-7]**
1. A market research or advertising company **[SCREEN OUT]**
2. A cable or satellite television company **[SCREEN OUT]**
3. A professional sports team **[SCREEN OUT]**
4. A telecommunications company **[SCREEN OUT]**
5. A company that stages live theater or musical events
6. A company that sells or markets mobile or smartphone plans
7. A company that sells or markets digital newspaper subscriptions
8. None of these **[ANCHOR; EXCLUSIVE]**
9. Don't know / unsure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

2

S10.  Which of the following services, if any, do you currently have in your home? *(Select all that apply)* **[RANDOMIZE 1-3]**
1.  Satellite television service
2.  Cable television service
3.  High-speed internet service
4.  None of these **[SCREEN OUT]**
5.  Don't know / unsure **[SCREEN OUT]**

S11.  Which of the following best represents your role in selecting the services you have in your home? **[USE GRID IF MORE THAN ONE SERVICE IN S10. IF ONLY ONE SERVICE IN S10 "**Which of the following best represents your role in selecting the **[INSERT SINGLE SERVICE FROM S10]** you have in your home?"**] RANDOMIZE ENDS OF SCALE SOLE DECISION TO NO INVOLVEMENT]**

|                                            | Satellite | Cable | Internet |
|--------------------------------------------|-----------|-------|----------|
| I was the sole decision maker              |           |       |          |
| I participated in the decision             |           |       |          |
| I had no involvement in the decision       |           |       |          |
| Don't know / unsure **[ANCHOR]**           |           |       |          |

3

**[IF ONLY "NO INVOLVEMENT" AND/OR "DK/UNSURE" SELECTED, SCREEN
OUT. TO QUALIFY MUST BE SOLE OR PARTICIPATE IN DECISION MAKING
FOR AT LEAST ONE SERVICE.]**

**IF S10 = 1 AND 3 OR 2 AND 3 GO TO S12.**
**IF S10 = 1, 2, AND 3 GO TO S13.**
**ELSE GO TO S14**

S12.  Is your monthly bill for **[INSERT ACCORDING S10 "CABLE AND INTERNET"
      "SATELLITE AND INTERNET"]** a "bundled" bill – *i.e.,* is the bill for cable and internet
      combined or satellite and internet combined? **[ROTATE OPTIONS 1 AND 2]**
   1. Yes **[GO TO S13]**
   2. No **[GO TO S14]**
   3. Don't know / unsure **[SCREEN OUT]**

S13.  Is your monthly bill for internet "bundled" as a combined service with either your cable
      service or your satellite service? **[ROTATE OPTIONS 1 & 2]**
   1. Yes, bundled with cable
   2. Yes, bundled with satellite
   3. No, my internet service is not bundled with either my cable or my satellite service
      **[ANCHOR]**
   4. Don't know / unsure **[SCREEN OUT] [ANCHOR]**

S14.  On average, what is your monthly bill for the **[USE GRID IF MORE THAN ONE
      SERVICE IN S10]** services you have in your home? **[IF ONLY ONE SERVICE IN S10
      "**On average, what is your monthly bill for the **[INSERT SINGLE SERVICE FROM
      S10]** you have in your home?"] [ADD DON'T KNOW CHECK BOX; NUMERIC
      ONLY]**

| Satellite | Cable | Internet | Satellite and Internet Bundle | Cable and Internet Bundle |
|---|---|---|---|---|
| $___.__ | $___.__ | $___.__ | $___.__ | $___.__ |

❐  **IF DON'T KNOW BOX CHECKED**
   Q14a. Which of the following ranges best represents your monthly bill for the
   **[INSERT SERVICE INDICATED AS DON'T KNOW/UNSURE. IF MORE**

4

**THAN ONE SERVICE INDICATED AS DK, ITERATE FOR EACH UNKNOWN.] [RANDOMIZE ENDS OF SCALE 1 – 7, 7 – 1]**

1. Less than $50 a month
2. Between $51 and $75 a month
3. Between $76 and $100 a month
4. Between $101 and $150 a month
5. Between $151 and $200 a month
6. Between $201 and $250 a month
7. More than $250 a month
8. Don't know/ unsure **[SCREEN OUT]**


**[NEXT SCREEN]**

We would now like to ask you about some activities and television programming you may or may not be interested in.

**[NEXT SCREEN]**

S15.  First, how interested would you say you are in watching each of the following sports?
**[RANDOMIZE 1-13. RANDOMIZE ENDS OF SCALE – NOT TO VERY]**

|  | Not interested | Interested a little bit | Interested a moderate amount | Very interested | Don't know/ Unsure |
|---|---|---|---|---|---|
| 1. American Professional football (NFL) | | | | | |
| 2. Baseball (MLB) | | | | | |
| 3. Hockey (NHL) | | | | | |
| 4. Basketball (NBA) | | | | | |
| 5. Women's basketball (WNBA) | | | | | |
| 6. NASCAR | | | | | |
| 7. NCAA football | | | | | |
| 8. NCAA basketball | | | | | |
| 9. Major league soccer (MLS) | | | | | |
| 10. English Premier League soccer | | | | | |
| 11. PGA Golf | | | | | |
| 12. Extreme sports (e.g., Snowboarding, Motorcross) | | | | | |
| 13. Mixed Martial Arts (*e.g.*, UFC) | | | | | |
| 14. I am not interested in any of these sports **[EXCLUSIVE]** | | | | | |

5

S16.  Using the grid below please indicate which of the following paid television or streaming subscriptions, if any, you have had.
      **[RANDOMIZE ORDER OF ROWS. ROTATE ORDER OF COLUMNS 1-3]**

|  | Currently have | Had in past but no longer have | Never had | Don't know / unsure [ANCHOR] |
|---|---|---|---|---|
| NFL Sunday Ticket |  |  |  |  |
| NFL Red Zone |  |  |  |  |
| NFL Game Pass |  |  |  |  |
| NHL Live |  |  |  |  |
| MLB.TV |  |  |  |  |
| MLB Extra Innings |  |  |  |  |
| ESPN+ |  |  |  |  |
| NBA League Pass |  |  |  |  |
| NBA Team Pass |  |  |  |  |
| NBA TV |  |  |  |  |

**[SCREEN OUT IF S15_1 DOES NOT = "NFL – interested a little bit, moderate or very" AND S16_1, S16_2, OR S16_3 (Sunday Ticket, Red Zone, Game Pass) DOES NOT = "Currently have"]**

**[QUAL CRITERIA 1 = S15 _1 = interested a little bit, moderate, or very]**
**[QUAL CRITERIA 2 = S16 INCLUDES "Currently have" ANY OF NFL SUNDAY TICKET, NFL RED ZONE, OR NFL GAME PASS]**

S17.  You indicated that you currently have NFL Sunday Ticket. Which of the following represents what you currently pay per month for NFL Sunday Ticket? **[ROTATE ENDS OF SCALE 1 – 3, 3 – 1]**
      1.  $29.99 per month ($119.96 for four months)
      2.  $73.49 per month ($293.96 for four months)
      3.  $99.00 per month ($395.99 for four months)
      4.  Something else (***Please specify***)
      5.  Don't know/ unsure


**[NEXT SCREEN]**

We would now like to learn more about your interest in NFL football.

**[NEXT SCREEN]**

Q1.   When watching <u>regular season</u> NFL football, how often do you watch in any of the
      following places?
      **[ROTATE ORDER OF ROWS OFTEN-NEVER, NEVER- OFTEN. REQUIRE ONE
      SELECTION PER COLUMN. RANDOMIZE ORDER OF COLUMNS 1-4]**

|  | At my OWN home | At the home of a friend or family member | At a sports bar/restaurant | Live at a stadium |
|---|---|---|---|---|
| Often |  |  |  |  |
| Sometimes |  |  |  |  |
| Rarely |  |  |  |  |
| Never |  |  |  |  |
| Don't know / unsure |  |  |  |  |

**[TO QUALIFY MUST WATCH NFL GAMES AT HOME SOMETIMES OR OFTEN.
OTHERWISE SCREEN OUT.]**

Q2.   Which of the following, if any, are ways you watch NFL football games <u>in your own
      home</u>? (*Select all that apply)* **[RANDOMIZE 1-4]**
      1.   On satellite TV
      2.   On cable TV
      3.   Streamed from the internet to your TV
      4.   On a phone, tablet, or laptop
      5.   Some other way *(Please specify)* **[IF ONLY SOME OTHER WAY SELECTED,
           SCREEN OUT]**
      6.   None of these **[SCREEN OUT]**
      7.   Don't know / unsure **[SCREEN OUT]**

      **[SCREEN OUT IF AT LEAST ONE MODE OF WATCHING RESPONDENTS
      SELECTED IN Q2 WERE NOT SELECTED IN S10 (SATELLITE, CABLE,
      INTERNET); OPTION 3 AND 4 IN Q2 CORRESPOND TO OPTION 3 (HIGH
      SPEED INTERNET SERVICE_ IN S10]
      [IF Q2 ONLY = 4 "ON A PHONE, TABLET, OR LAPTOP" AND S10 = "HIGH
      SPEED INTERNET" ALLOW TO QUALIFY BUT CAP AT 10% OF SAMPLE]**

7

Q3.   **[IF ONLY ONE SELECTED IN Q2 GO TO Q4, OTHERWISE ASK]** You indicated you watch NFL football games <u>in your home</u> in different ways. Please select from the list below the **primary way** you watch NFL games at home. *(Select one)* **[INSERT ALL RESPONSES FROM Q2]**

&#10❒;   ❒   Don't know / unsure

**[ASSIGN RESPONDENT NFL VIEWER TYPE ON BASIS OF WATCHING IN Q3 OR IF ONLY ONE RESPONSE IN Q2 ASSIGN ON THIS BASIS.**
**VIEWER TYPE = CABLE, SATELLITE OR INTERNET]**
**[IF SELECTED 5TH OR 6TH OPTION IN Q3, ASSIGN RESPONDENT NFL VIEWER TYPE FROM RESPONSE IN Q2]**

Q4.   Approximately how many hours on average do you spend each week watching NFL games during the <u>regular season</u>? **[ROTATE ENDS OF SCALE 1-4, 4-1]**
   1.   1 – 2 hours
   2.   3 – 4 hours
   3.   5 – 10 hours
   4.   11+ hours
   5.   Don't know / unsure **[ANCHOR]**

Q5.   Which of the following NFL teams do you have a specific interest in watching? *(Select all that apply)*
  1.   Arizona Cardinals
  2.   Atlanta Falcons
  3.   Baltimore Ravens
  4.   Buffalo Bills
  5.   Carolina Panthers
  6.   Chicago Bears
  7.   Cincinnati Bengals
  8.   Cleveland Browns
  9.   Dallas Cowboys
  10. Denver Broncos

8

11. Detroit Lions
12. Green Bay Packers
13. Houston Texans
14. Indianapolis Colts
15. Jacksonville Jaguars
16. Kansas City Chiefs
17. Las Vegas Raiders
18. Los Angeles Chargers
19. Los Angeles Rams
20. Miami Dolphins
21. Minnesota Vikings
22. New England Patriots
23. New Orleans Saints
24. New York Giants
25. New York Jets
26. Philadelphia Eagles
27. Pittsburgh Steelers
28. San Francisco 49ers
29. Seattle Seahawks
30. Tampa Bay Buccaneers
31. Tennessee Titans
32. Washington Football Team
33. I don't watch any particular teams **[ANCHOR; EXCLUSIVE]**


**[ASSIGN RESPONDENT INTO ONE OF THREE GROUPS BASED ON COMBO OF
RESPONDENT DMA AND TEAM DMA.
SEE ASSOCIATED TEAM-DMA MAP.**
1. **IN MARKET – WATCH AT LEAST ONE TEAM IN OWN DMA**
2. **OUT OF MARKET – WATCH AT LEAST ONE TEAM OUTSIDE OF DMA**
3. **NO PARTICULAR TEAM – Q5=33]**
**[IF QUALIFIES FOR BOTH GROUPS 1 AND 2 – PRIORITIZE ASSIGNMENT TO
GROUP 2]**


Q6.  **[IF MORE THAN ONE TEAM SELECTED IN Q5 ASK Q6, OTHERWISE GO TO
Q7**] You indicated you are interested in watching the following teams: **[LIST ALL
SELECTED IN Q5].** If you could only pick one of these teams to watch, which would you
select? **[INCLUDE BOX FOR DON'T KNOW]**


Q7. In the following section we will ask about your level of interest in watching specific team
matchups. For each series of matchups presented, please select your top three games of
interest. You do not have to select three games. If only one or two games are of interest, you
can select only one or two.

9

Please note, for this exercise please assume that you can view all the games listed (in other words, assume they would all be available on a service and a time that works for you).

**[PROGRAMMER: INSERT EACH SERIES AS SPECIFIED WITH RADIO BUTTONS TO MAKE UP TO THREE SELECTIONS. SHOW HELMET ICON TO THE LEFT OF EACH TEAM NAME IN THE GRID]**

Q7a. [SERIES 1] Please select up to three games from the first series.

**[PROGRAMMER: INSERT SERIES 1]**

Q7b. [SERIES 2] Please select up to three games from the second series.

**[PROGRAMMER: INSERT SERIES 2]**

Q7c. [SERIES 3] Please select up to three games from the third series.

**[PROGRAMMER: INSERT SERIES 3]**

**[NEXT PAGE]**

We would now like to get your opinion on preferences for different ways to watch live NFL games. In the next set of questions, you will be asked to evaluate different packages with different access to different games. These different packages for live games will have different prices.

**[NEXT PAGE]**

The options you will see will include the following:

**RANDOMIZE ORDER OF "ALL ACCESS PLUS" THROUGH "GAME ACCESS" BUT KEEP "ALL ACCESS PLUS" BEFORE "ALL ACCESS"]**

**All Access Plus -** Access to all out of market games for the entire season. Out-of-market games are those that you cannot see on broadcast television in your local market.

With this package, you also get the ability to see eight live games at once, with the score and time left in each game. You can select which of the eight games to watch and can toggle back and forth between games.

10

This package includes weekly recaps of every game played that week, in 30 minutes or less, and you can access game highlights on demand.

**All access -** Access to <u>all</u> out of market games for the entire season. Out-of-market games are those that you cannot see on broadcast television in your local market.

**One team access -** Access to <u>one</u> team's out of market games for entire season. Out-of-market games are those that you cannot see on broadcast television in your local market.

- For some versions of this package, you can select <u>any team</u> you would like to watch.

- For other versions of this package, <u>only a particular team's games are offered</u>.

- You will see both types of packages in this survey.

- Regardless of whether you pick the team or only a particular team is offered, once the season has started, you cannot select a different team to watch with the team access package.

**Game access -** Access to <u>any single</u> game you select, including out of market games. Out-of-market games are those that you cannot see on broadcast television in your local market. With this package, you can select as many games as you like, but each game is priced separately.

**NOTE: All regular season games that are available to you on your local affiliate <u>remain available regardless of the package selected</u>.**

**[NEXT PAGE]**

In the next section, we'll show you some different packages and ask you some questions. Please assume that all of the packages shown to you would be available to you. On each screen, you will see three different packages. You will be asked to choose which of these three packages you most prefer.

**Please assume that the viewing packages you see do not vary in any other way beyond the features described**. Also, please assume that you would be watching the games in the package you select using your primary NFL television viewing choice, which you indicated was **[INSERT CHOICE FROM Q2/Q3].**

11

Some of the NFL viewing packages you are going to see are not currently available on the market, but we'd like you to **imagine that they were available today**. It is important that you answer in the way you would if you were **actually selecting a viewing package**.

[NEXT PAGE]

**EXAMPLE GRID FOR CHOICE EXERCISE**

|  | A | B | C | D |
|---|---|---|---|---|
| Package | All Access | Team Access<br>*Team Available*:<br>Dallas Cowboys | Single Game Access | All Access Plus |
| Price | $48.99 per month for six months ($293.94 for entire season) | $24.50 per month for six months ($147.00 for entire season) | $6.99 per game | $65.99 per month for six months ($395.94 for entire season) |

**[INCLUDE HOVER LINK WHICH ALLOWS RESPONDENT TO SEE THE FULL FEATURE DESCRIPTION. INCLUDE "NONE OF THESE" OPTION FOR EVERY SET]**

**[DISPLAY Q1a ON SAME SCREEN AS CHOICE SET. ASK Q1a FOR FIRST CHOICE ONLY]**

**DO NOT SHOW RESPONDENTS:**

**PACKAGES AVAILABLE IN SURVEY –**

**ALL ACCESS PLUS**

**ALL ACCESS**

**TEAM ACCESS – CONSUMER PICK – [WHEN SHOWN READ "Team Access – you select your most preferred team."]**

**TEAM ACCESS – TEAM PICK - [WHEN SHOWN READ "Team Access – Team Available {INSERT ACCORDING TO LOGIC}."]**

   **{FOR TEAM ACCESS – TEAM PICK RANDOMLY INSERT ONE OF SIX TEAMS. THESE SIX TEAMS INCLUDE UP TO THREE TEAMS SELECTED FROM LIST RESPONDENT SELECTED IN Q5. IF LESS THAN THREE SELECTED AT Q5, INCLUDE SELECTED TEAMS AND RANDOMLY SELECT**

12

**THE REST SUCH THAT THERE ARE SIX. THESE SIX TEAMS ARE THEN RANDOMLY DISPLAYED THROUGHOUT THE 15 CHOICE SETS BELOW.}**

**GAME ACCESS**

_____

Q1.     Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

**[PROGRAMMER – ONLY ASK Q1A FOR FIRST CHOICE TASK]**

Q1a.    Why did you select this option? (***Please type in your response***)

**[NEW SCREEN]**

**[COMPLETE A TOTAL OF 15 CHOICE SETS. Q1 – Q15. INCLUDE ONE HOLDOUT TASK.]**

**SWITCHING BLOCKS:**

**NFL VIEWER TYPE = SATELLITE AND S16 = SUNDAY TICKET**

**[IF S16 = SUNDAY TICKET AND Q2 = 1 "Satellite TV" {IF Q2 = MORE THAN ONE RESPONSE, Q3 = 1 SATELLITE}, ASK Q16, ELSE SKIP TO INSTRUCTION BEFORE Q19]**

Q16. You indicated that you primarily watch NFL games on your DirecTV satellite service. You also indicated that you have NFL Sunday Ticket.

Please imagine that NFL Sunday Ticket was made available to you for **[INSERT CURRENT PRICE PAID FROM S17. IF DK/UNSURE SELECTED, PIPE "**approximately $73.49 per month**"]** on an internet streaming service and/or on cable for **[INSERT CURRENT PRICE PAID FOR SATELLITE OR SATELLITE AND INTERNET FROM S14].** If there were no penalties for cancelling**,** would you…? **[RANDOMIZE 1 AND 2]**

1. Keep my DirecTV subscription **[GO TO Q18]**
2. Cancel my DirecTV subscription **[GO TO Q17]**
3. Do something else (***Please specify***)
4. Don't know / unsure

13

Q17. If your DirecTV monthly subscription cost decreased by **[RANDOMLY SELECT TO
INSERT ONE OF THE FOLLOWING "5 percent" (i.e., $[INSERT PRICE FROM S14
MULTIPLIED BY DISCOUNT])/ "10 percent" (i.e., $[INSERT PRICE FROM S14
MULTIPLIED BY DISCOUNT]) / "15 percent" (i.e., $[INSERT PRICE FROM S14
MULTIPLIED BY DISCOUNT])]** would you….? (Again, please assume there are no penalties
for cancelling your subscription) **[RANDOMIZE 1 AND 2]**

1. Keep my DirecTV subscription **[GO TO S18]**
2. Cancel my DirecTV subscription **[GO TO S18]**
3. Do something else (***Please specify***) **[GO TO S18]**
4. Don't know / unsure **[GO TO S18]**

Q18. If your DirecTV monthly subscription cost increased by **[RANDOMLY SELECT TO
INSERT ONE OF THE FOLLOWING "5 percent" (i.e., $[INSERT PRICE FROM S14
MULTIPLIED BY PREMIUM])/ "10 percent" (i.e., $[INSERT PRICE FROM S14
MULTIPLIED BY PREMIUM]) / "15 percent" (i.e., $[INSERT PRICE FROM S14
MULTIPLIED BY PREMIUM])]** would you….?  (Again, please assume there are no
penalties for cancelling your subscription) **[RANDOMIZE 1 AND 2]**

1. Keep my DirecTV subscription **[GO TO S18]**
2. Cancel my DirecTV subscription **[GO TO S18]**
3. Do something else (***Please specify***) **[GO TO S18]**
4. Don't know / unsure **[GO TO S18]**

**CABLE, INTERNET, AND SATELLITE (NON-SUNDAY TICKET)**

**[DO NOT ASK IF RESPONDENT IS NFL VIEWER TYPE = SATELLITE AND HAS
SUNDAY TICKET (I.E DO NOT ASK IF RESPONDENT WAS ASKED Q16-Q18)]**

**[IF Q2 = 1, 2, OR 3 ASK Q19, OTHERWISE GO TO S18.
IF "NONE OF THESE" SELECTED FOR ALL 15 PACKAGES, SKIP Q19]**

**INSERT PACKAGE TYPE: TALLY MOST FREQUENTLY SELECTED PACKAGE IN
CHOICE SETS.]**

**[IF RESPONDENT SELECTS MULTIPLE PACKAGES THE SAME NUMBER OF
TIMES, PICK ONE BASED ON LEAST-FILL]**

**[IF PACKAGE TYPE INSERTED IS "TEAM ACCESS", RANDOMLY PICK ONE OF 6
TEAMS SELECTED AT Q5]**

**[IF RESPONDENT SELECTS SINGLE GAME ACCESS MOST FREQUENTLY, SHOW
Q19ALT_TEXT]**

14

Q19. You indicated that you that you primarily watch NFL games on **[INSERT FROM Q2/Q3]**. In the survey, you indicated that you like the **[INSERT PACKAGE TYPE]** package**.**

Please assume the **[INSERT PACKAGE TYPE]** package was available for **[INSERT LOWEST PACKAGE PRICE]** but you could ONLY get the **[INSERT PACKAGE TYPE]** package on DirecTV and no other NFL live game packages were available on **[INSERT FROM Q2/Q3]**.

If you could only access the **[INSERT PACKAGE TYPE]** package on DirecTV**,** would you or would you not install and subscribe to DirecTV for **$64.99? [RANDOMIZE 1 AND 2]**

Q19alt_text. You indicated that you that you primarily watch NFL games on **[INSERT FROM Q2/Q3].** In the survey, you indicated that you like Single Game Access**.**

Please assume that Single Game Access was available for **[INSERT LOWEST PACKAGE PRICE]** but you could ONLY get Single Game Access on DirecTV and no other NFL live game packages were available on **[INSERT FROM Q2/Q3]**.

If you could only access Single Game Access on DirecTV**,** would you or would you not install and subscribe to DirecTV for **$64.99? [RANDOMIZE 1 AND 2]**

1. Yes, I would install DirecTV and subscribe for **$64.99 [GO TO Q21]**
2. No, I would not install DirecTV and subscribe for **$64.99 [GO TO Q20]**
3. I would do something else (***Please specify)***
4. Don't know unsure

Q20. If the DirecTV monthly subscription cost decreased by **[RANDOMLY SELECT TO INSERT ONE OF THE FOLLOWING "5 percent" (i.e., $61.74) / "10 percent" (i.e., $58.49) / "15 percent" (i.e., $55.24)]** would you….? **[RANDOMIZE 1 AND 2]**

1. Install and subscribe to DirecTV **[GO TO S18]**
2. Not install and subscribe to DirecTV **[GO TO S18]**
3. Do something else (***Please specify)* [GO TO S18]**
4. Don't know / unsure? **[GO TO S18]**

Q21. If the DirecTV monthly subscription cost increased by **[RANDOMLY SELECT TO INSERT ONE OF THE FOLLOWING "5 percent" (i.e., $68.24) / "10 percent" (i.e., $71.49) / "15 percent" (i.e., $74.74)]** would you….?   **[RANDOMIZE 1 AND 2]**

1. Install and subscribe to DirecTV **[GO TO S18]**
2. Not install and subscribe to DirecTV **[GO TO S18]**
3. Do something else (***Please specify)* [GO TO S18]**
4. Don't know / unsure? **[GO TO S18]**

15

**[NEXT SCREEN]**

Just a few final questions for you.

**[NEXT SCREEN]**


S18.  What is your highest level of education? **[ROTATE ENDS OF SCALE 1-7, 7-1]**
    1.  Less than high school
    2.  High school graduate
    3.  Associate's degree
    4.  Bachelor's degree
    5.  Some graduate school
    6.  Master's degree/MBA/law degree
    7.  Doctoral degree
    8.  Prefer not to say **[ANCHOR]**


S19.  What is your race/ethnicity? (*Select all that apply*)
    1.  White/Caucasian
    2.  Hispanic/Latino
    3.  Black/African-American
    4.  Asian/Pacific Islander
    5.  Other
    6.  Prefer not to say **[ANCHOR; EXCLUSIVE]**


S20.  What is your annual income? **[ROTATE ENDS OF SCALE 1-13, 13-1]**
    1.  Less than $25,000
    2.  $25,000 to $34,999
    3.  $35,000 to $44,999
    4.  $45,000 to $54,999
    5.  $55,000 to $64,999
    6.  $65,000 to $74,999
    7.  $75,000 to $84,999
    8.  $85,000 to $99,999
    9.  $100,000 to $124,999
    10. $125,000 to $149,999
    11. $150,000 to $174,999
    12. $175,000 to $199,999
    13. $200,000 or more
    14. Prefer not to say **[ANCHOR]**

16

**END: Thank you! Those are all the questions we have for you today!**

# Exhibit H

# Desktop Screenshots

1

0%

Thank you for your willingness to participate in our study. The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response, where appropriate. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. When you are ready to get started, please click the "Continue" button.

Continue »

Privacy Policy - Help

0%

Before continuing with this survey, please carefully read these instructions:

- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○ I have read the above instructions and understand them, and I will adhere to these instructions.

○ I do not understand the above instructions, or I don't wish to agree to them.

Continue »

Privacy Policy – Help

1%

What device are you using to complete this survey?

○ Desktop computer

○ Laptop computer

○ Tablet computer

○ Mobile phone or cell phone

○ Other

Continue »

Privacy Policy - Help

Please verify that you are human.

reCAPTCHA

I'm not a robot

reCAPTCHA
Privacy - Terms

Continue »

Privacy Policy - Help

Are you...?

- ◯ Male
- ◯ Female
- ◯ Non-binary
- ◯ Prefer to self-describe *(Please specify)*
- ◯ Prefer not to say

Continue »

Privacy Policy - Help



Please select your age.

Select one...

Continue »

Privacy Policy - Help

7



In which state do you currently reside?

Select one... ⌄

Continue »

Privacy Policy - Help

8

Please enter your zip code.

Continue »

Privacy Policy - Help

9

13%

In the past month, have you taken a survey on any of the following topics?
*(Select all that apply)*

☐ Premium cable channels (e.g., HBO, Starz)
☐ Digital newspaper subscriptions
☐ Premium sports broadcast packages
☐ Wi-Fi internet packages
☐ Mobile or smartphone plans
☐ None of these
☐ Don't know / unsure

Continue »

Privacy Policy - Help

10

15%

Do you or do any members of your household work for any of the following?
*(Select all that apply)*

- [ ] A market research or advertising company
- [ ] A company that sells or markets mobile or smartphone plans
- [ ] A professional sports team
- [ ] A telecommunications company
- [ ] A company that stages live theater or musical events
- [ ] A cable or satellite television company
- [ ] A company that sells or markets digital newspaper subscriptions
- [ ] None of these
- [ ] Don't know / unsure

Continue »

Privacy Policy - Help

11

17%

Which of the following services, if any, do you currently have in your home? *(Select all that apply)*

- Cable television service
- High-speed internet service
- Satellite television service
- None of these
- Don't know / unsure

Continue »

Privacy Policy - Help

19%

Which of the following best represents your role in selecting the services you have in your home?

|  | Satellite | Internet | Cable |
|---|---|---|---|
| I had no involvement in the decision | ○ | ○ | ○ |
| I participated in the decision | ○ | ○ | ○ |
| I was the sole decision maker | ○ | ○ | ○ |
| Don't know / unsure | ○ | ○ | ○ |

Continue »

Privacy Policy - Help

13

21%

Is your monthly bill for **SATELLITE AND INTERNET** a "bundled" bill – i.e., is the bill for satellite and internet combined?

○ No

○ Yes

○ Don't know / unsure

Continue »

Privacy Policy - Help

14

21%

Is your monthly bill for internet "bundled" as a combined service with either your cable service or your satellite service?

○ Yes, bundled with satellite

○ Yes, bundled with cable

○ No, my internet service is not bundled with either my cable or my satellite service

○ Don't know / unsure

Continue »

Privacy Policy - Help

15

23%

On average, what is your monthly bill for below services you have in your home?

| Cable | Satellite and Internet Bundle |
|---|---|
| $ | $ |
| ☐ Don't know | ☐ Don't know |

Continue »



Which of the following ranges best represents your monthly bill for the **Satellite and Internet Bundle**?

- More than $250 a month
- Between $201 and $250 a month
- Between $151 and $200 a month
- Between $101 and $150 a month
- Between $76 and $100 a month
- Between $51 and $75 a month
- Less than $50 a month
- Don't know/ unsure

Continue »

Privacy Policy - Help

17

26%

We would now like to ask you about some activities and television programming you may or may not be interested in.

Continue »

18

First, how interested would you say you are in watching each of the following sports?

| | Very interested | Interested a moderate amount | Interested a little bit | Not interested | Don't know/ Unsure |
|---|---|---|---|---|---|
| NCAA basketball | ○ | ○ | ○ | ○ | ○ |
| PGA Golf | ○ | ○ | ○ | ○ | ○ |
| Extreme sports (e.g., Snowboarding, Motorcross) | ○ | ○ | ○ | ○ | ○ |
| Mixed Martial Arts (e.g., UFC) | ○ | ○ | ○ | ○ | ○ |
| NCAA football | ○ | ○ | ○ | ○ | ○ |
| English Premier League soccer | ○ | ○ | ○ | ○ | ○ |
| NASCAR | ○ | ○ | ○ | ○ | ○ |
| Women's basketball (WNBA) | ○ | ○ | ○ | ○ | ○ |
| Baseball (MLB) | ○ | ○ | ○ | ○ | ○ |
| Hockey (NHL) | ○ | ○ | ○ | ○ | ○ |
| Major league soccer (MLS) | ○ | ○ | ○ | ○ | ○ |
| American Professional football (NFL) | ○ | ○ | ○ | ○ | ○ |
| Basketball (NBA) | ○ | ○ | ○ | ○ | ○ |
| I am not interested in any of these sports | ☐ | | | | |

Continue ▸

Privacy Policy - Help



20

33%

You indicated that you currently have NFL Sunday Ticket. Which of the following represents what you currently pay per month for NFL Sunday Ticket?

○ $99.00 per month ($395.99 for four months)

○ $73.49 per month ($293.96 for four months)

○ $29.99 per month ($119.96 for four months)

○ Something else *(Please specify)*

○ Don't know/ unsure

Continue »



We would now like to learn more about your interest in NFL football.

Continue »

Privacy Policy - Help

22

35%

When watching <u>regular season</u> NFL football, how often do you watch in any of the following places?

| | Live at a stadium | At a sports bar/restaurant | At the home of a friend or family member | At my OWN home |
|---|---|---|---|---|
| Never | ○ | ○ | ○ | ○ |
| Rarely | ○ | ○ | ○ | ○ |
| Sometimes | ○ | ○ | ○ | ○ |
| Often | ○ | ○ | ○ | ○ |
| Don't know / unsure | ○ | ○ | ○ | ○ |

Continue »

Privacy Policy - Help

23

37%

Which of the following, if any, are ways you watch NFL football games <u>in your own home</u>? *(Select all that apply)*

☐ On cable TV

☐ On a phone, tablet, or laptop

☐ Streamed from the internet to your TV

☐ On satellite TV

☐ Some other way *(Please specify)* [                    ]

☐ None of these

☐ Don't know / unsure

Continue »

Privacy Policy - Help

24

39%

You indicated you watch NFL football games in your home in different ways. Please select from the list below the **primary way** you watch NFL games at home.
*(Select one)*

- ○ On cable TV
- ○ On satellite TV
- ○ Streamed from the internet to your TV
- ○ On a phone, tablet, or laptop
- ○ Don't know / unsure

Continue »

Privacy Policy - Help

46%

Approximately how many hours on average do you spend each week watching NFL games during the regular season?

- ◯ 11+ hours
- ◯ 5 – 10 hours
- ◯ 3 – 4 hours
- ◯ 1 – 2 hours
- ◯ Don't know / unsure

Continue »

Privacy Policy - Help

Which of the following NFL teams do you have a specific interest in watching?
**(Select all that apply)**

- [ ] Arizona Cardinals
- [ ] Atlanta Falcons
- [ ] Baltimore Ravens
- [ ] Buffalo Bills
- [ ] Carolina Panthers
- [ ] Chicago Bears
- [ ] Cincinnati Bengals
- [ ] Cleveland Browns
- [ ] Dallas Cowboys
- [ ] Denver Broncos
- [ ] Detroit Lions
- [ ] Green Bay Packers
- [ ] Houston Texans
- [ ] Indianapolis Colts
- [ ] Jacksonville Jaguars
- [ ] Kansas City Chiefs
- [ ] Las Vegas Raiders
- [ ] Los Angeles Chargers
- [ ] Los Angeles Rams
- [ ] Miami Dolphins
- [ ] Minnesota Vikings
- [ ] New England Patriots
- [ ] New Orleans Saints
- [ ] New York Giants
- [ ] New York Jets
- [ ] Philadelphia Eagles
- [ ] Pittsburgh Steelers
- [ ] San Francisco 49ers
- [ ] Seattle Seahawks
- [ ] Tampa Bay Buccaneers
- [ ] Tennessee Titans
- [ ] Washington Football Team
- [ ] I don't watch any particular teams

Continue »

27

You indicated you are interested in watching the following teams: Arizona Cardinals, Atlanta Falcons, Baltimore Ravens, Buffalo Bills, Carolina Panthers, Chicago Bears, Cincinnati Bengals, Cleveland Browns, Dallas Cowboys, Denver Broncos, Detroit Lions, Green Bay Packers, Houston Texans, Indianapolis Colts, Jacksonville Jaguars, Kansas City Chiefs, Las Vegas Raiders, Los Angeles Chargers, Los Angeles Rams, Miami Dolphins, Minnesota Vikings, New England Patriots, New Orleans Saints, New York Giants, New York Jets, Philadelphia Eagles, Pittsburgh Steelers, San Francisco 49ers, Seattle Seahawks, Tampa Bay Buccaneers, Tennessee Titans and Washington Football Team. If you could only pick one of these teams to watch, which would you select?

- Arizona Cardinals
- Atlanta Falcons
- Baltimore Ravens
- Buffalo Bills
- Carolina Panthers
- Chicago Bears
- Cincinnati Bengals
- Cleveland Browns
- Dallas Cowboys
- Denver Broncos
- Detroit Lions
- Green Bay Packers
- Houston Texans
- Indianapolis Colts
- Jacksonville Jaguars
- Kansas City Chiefs
- Las Vegas Raiders
- Los Angeles Chargers
- Los Angeles Rams
- Miami Dolphins
- Minnesota Vikings
- New England Patriots
- New Orleans Saints
- New York Giants
- New York Jets
- Philadelphia Eagles
- Pittsburgh Steelers
- San Francisco 49ers
- Seattle Seahawks
- Tampa Bay Buccaneers
- Tennessee Titans
- Washington Football Team
- Don't know

Continue »

28

50%

In the following section we will ask about your level of interest in watching specific team matchups. For each series of matchups presented, please select your top three games of interest. You do not have to select three games. If only one or two games are of interest, you can select only one or two.

Please note, for this exercise please assume that you can view all the games listed (in other words, assume they would all be available on a service and a time that works for you).

Continue »

Privacy Policy - Help

Please select up to three games from the first series.



30

| | |
|---|---|
| Denver Broncos | Las Vegas Raiders |
| Houston Texans | Los Angeles Chargers |
| Jacksonville Jaguars | NY Jets |
| Kansas City Chiefs | Pittsburgh Steelers |
| Los Angeles Rams | Minnesota Vikings |
| Miami Dolphins | New Orleans Saints |
| NY Giants | Philadelphia Eagles |
| San Francisco 49ers | Tennessee Titans |

Continue »

31

Please select up to three games from the second series.





Detroit Lions

Seattle Seahawks

Green Bay Packers

Minnesota Vikings

Houston Texans

San Francisco 49ers

Indianapolis Colts

Las Vegas Raiders

Jacksonville Jaguars

New England Patriots

Miami Dolphins

Tennessee Titans

NY Jets

Tampa Bay Buccaneers

Philadelphia Eagles

Washington Football Team

Continue »

33

Please select up to three games from the third series.





56%

We would now like to get your opinion on preferences for different ways to watch live NFL games. In the next set of questions, you will be asked to evaluate different packages with different access to different games. These different packages for live games will have different prices.

Continue »

Privacy Policy - Help

36



37

61%

In the next section, we'll show you some different packages and ask you some questions. Please assume that all of the packages shown to you would be available to you. On each screen, you will see three different packages. You will be asked to choose which of these three packages you most prefer.

**Please assume that the viewing packages you see do not vary in any other way beyond the features described**. Also, please assume that you would be watching the games in the package you select using your primary NFL television viewing choice, which you indicated was **CABLE**.

Some of the NFL viewing packages you are going to see are not currently available on the market, but we'd like you to **imagine that they were available today**. It is important that you answer in the way you would if you were **actually selecting a viewing package**.

Privacy Policy - Help

38



Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

NOTE: All regular season games that are available to you on your local affiliate _remain available regardless of the package selected_.

(Screen - 1/15)

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| **Package** | All Access Plus | All Access | Single game access | Team Access - <br><br>*Team Available:* Los Angeles Chargers | **None of these** |
| **Price** | $65.99 per month for six months ($395.94 for entire season) | $63.99 per month for six months ($383.94 for entire season) | $44.99 per game | $31.89 per month for six months ($191.34 for entire season) | |
| **Select one option** | ● | ○ | ○ | ○ | ○ |

Why did you select **Package 1**?

[                                        ]

Continue »

40

Thinking about the options you see here, which package would you be most likely to select?
For more details, click/hover over the package name.
NOTE: All regular season games that are available to you on your local affiliate *remain available regardless of the package selected*.

(Screen - 2/15)

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | Single game access | Team Access - *Team Available: Baltimore Ravens* | Team Access - you select your most preferred team | All Access | None of these |
| Price | $14.99 per game | $31.89 per month for six months ($191.34 for entire season) | $17.99 per month for six months ($107.94 for entire season) | $63.99 per month for six months ($383.94 for entire season) | |
| Select one option | ◯ | ◯ | ◯ | ◯ | ◯ |

Continue »

Privacy Policy - Help

41

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.*

(Screen - 3/15)

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | All Access Plus | All Access | Team Access - you select your most preferred team | Single game access | None of these |
| Price | $85.99 per month for six months ($515.94 for entire season) | $63.99 per month for six months ($383.94 for entire season) | $20.99 per month for six months ($125.94 for entire season) | $14.99 per game | |
| Select one option | ○ | ○ | ○ | ○ | ○ |

Continue »

42

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.*

*(Screen - 4/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | Team Access - Team Available: Detroit Lions | All Access | All Access Plus | Team Access - you select your most preferred team | None of these |
| Price | $17.99 per month for six months ($107.94 for entire season) | $56.99 per month for six months ($341.94 for entire season) | $60.99 per month for six months ($365.94 for entire season) | $20.99 per month for six months ($125.94 for entire season) | |
| Select one option | ◯ | ◯ | ◯ | ◯ | ◯ |

Continue »

Privacy Policy - Help

43

Thinking about the options you see here, which package would you be most likely to select?
*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate <u>remain available regardless of the package selected</u>.*

(Screen - 5/15)

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | <u>Team Access</u> - *Team Available:* New Orleans Saints | <u>All Access</u> | Single game <u>access</u> | <u>All Access Plus</u> | None of these |
| Price | $31.89 per month for six months ($191.34 for entire season) | $34.29 per month for six months ($205.76 for entire season) | $19.99 per game | $60.99 per month for six months ($365.94 for entire season) | |
| Select one option | ○ | ○ | ○ | ○ | ○ |

Continue »

44

Thinking about the options you see here, which package would you be most likely to select?
*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate <u>remain available regardless of the package selected</u>.*

(Screen - 6/15)

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | <u>All Access</u> | <u>Team Access</u> - *Team Available:* Green Bay Packers | Single game <u>access</u> | <u>Team Access</u> - you select your most preferred team | None of these |
| Price | $56.99 per month for six months ($341.94 for entire season) | $28.99 per month for six months ($173.94 for entire season) | $14.99 per game | $17.99 per month for six months ($107.94 for entire season) | |
| Select one option | ○ | ○ | ○ | ○ | ○ |

Continue »

Privacy Policy - Help

45

Thinking about the options you see here, which package would you be most likely to select?
*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate <u>remain available regardless of the package selected</u>.*

*(Screen - 7/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---------|-----------|-----------|-----------|-----------|---|
| **Package** | All Access Plus | <u>Team Access</u> - *Team Available:* Baltimore Ravens | All Access | <u>Team Access</u> - you select your most preferred team | **None of these** |
| **Price** | $85.99 per month for six months ($515.94 for entire season) | $24.50 per month for six months ($146.97 for entire season) | $41.99 per month for six months ($251.94 for entire season) | $17.99 per month for six months ($107.94 for entire season) | |
| **Select one option** | ○ | ○ | ○ | ○ | ○ |

Continue »

76%

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate <u>remain available regardless of the package selected</u>.*

*(Screen - 8/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| **Package** | <u>Team Access</u> - you select your most preferred team | <u>Team Access</u> - *Team Available:* Los Angeles Chargers | Single game access | <u>All Access</u> | **None of these** |
| **Price** | $20.99 per month for six months ($125.94 for entire season) | $28.99 per month for six months ($173.94 for entire season) | $29.99 per game | $48.99 per month for six months ($293.94 for entire season) | |
| **Select one option** | ◯ | ◯ | ◯ | ◯ | ◯ |

Continue »

47

78%

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate <u>remain available regardless of the package selected</u>.*

*(Screen - 9/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---------|-----------|-----------|-----------|-----------|---|
| **Package** | Single game access | <u>Team Access</u> - you select your most preferred team | All Access Plus | <u>Team Access</u> - *Team Available:* Green Bay Packers | None of these |
| **Price** | $11.99 per game | $20.99 per month for six months ($125.94 for entire season) | $65.99 per month for six months ($395.94 for entire season) | $28.99 per month for six months ($173.94 for entire season) | |
| **Select one option** | ○ | ○ | ○ | ○ | ○ |

Continue »

80%

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

NOTE: All regular season games that are available to you on your local affiliate <u>remain available regardless of the package selected</u>.

*(Screen - 10/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---------|-----------|-----------|-----------|-----------|---|
| **Package** | <u>Team Access</u> - you select your most preferred team | <u>All Access</u> | Single game access | <u>All Access Plus</u> | **None of these** |
| **Price** | $17.99 per month for six months ($107.94 for entire season) | $63.99 per month for six months ($383.94 for entire season) | $29.99 per game | $75.89 per month for six months ($455.33 for entire season) | |
| **Select one option** | ◯ | ◯ | ◯ | ◯ | ◯ |

Continue »

Privacy Policy - Help

49

81%

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.*

*(Screen - 11/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---------|-----------|-----------|-----------|-----------|---|
| **Package** | Single game access | Team Access - *Team Available:* Arizona Cardinals | All Access | All Access Plus | None of these |
| **Price** | $44.99 per game | $31.89 per month for six months ($191.34 for entire season) | $34.29 per month for six months ($205.76 for entire season) | $75.89 per month for six months ($455.33 for entire season) | |
| **Select one option** | ○ | ○ | ○ | ○ | ○ |

Continue »

50

83%

Thinking about the options you see here, which package would you be most likely to select?
*For more details, click/hover over the package name.*

NOTE: All regular season games that are available to you on your local affiliate *remain available regardless of the package selected*.

*(Screen - 12/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| **Package** | All Access | All Access Plus | Team Access - you select your most preferred team | Team Access - *Team Available:* Detroit Lions | **None of these** |
| **Price** | $56.99 per month for six months ($341.94 for entire season) | $65.99 per month for six months ($395.94 for entire season) | $24.50 per month for six months ($146.97 for entire season) | $24.50 per month for six months ($146.97 for entire season) | |
| **Select one option** | ◯ | ◯ | ◯ | ◯ | ◯ |

Continue »

85%

Thinking about the options you see here, which package would you be most likely to select?
*For more details, click/hover over the package name.*

NOTE: All regular season games that are available to you on your local affiliate <u>remain available regardless of the package selected</u>.

(Screen - 13/15)

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---------|-----------|-----------|-----------|-----------|---|
| Package | <u>Team Access</u> - you select your most preferred team | <u>All Access</u> | Single game access | All Access Plus | None of these |
| Price | $28.99 per month for six months ($173.94 for entire season) | $41.99 per month for six months ($251.94 for entire season) | $29.99 per game | $57.99 per month for six months ($347.94 for entire season) | |
| Select one option | ◯ | ◯ | ◯ | ◯ | ◯ |

Continue »

86%

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate <u>remain available regardless of the package selected</u>.*

*(Screen - 14/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---------|-----------|-----------|-----------|-----------|---|
| Package | <u>Team Access</u> - *Team Available:* New Orleans Saints | All Access Plus | <u>Team Access</u> - you select your most preferred team | Single game access | None of these |
| Price | $24.50 per month for six months ($146.97 for entire season) | $85.99 per month for six months ($515.94 for entire season) | $31.89 per month for six months ($191.34 for entire season) | $14.99 per game | |
| Select one option | ○ | ○ | ○ | ○ | ○ |

Continue »

Privacy Policy - Help

53

88%

Thinking about the options you see here, which package would you be most likely to select?
*For more details, click/hover over the package name.*

NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.

*(Screen - 15/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | Team Access - you select your most preferred team | All Access Plus | Team Access - *Team Available:* Detroit Lions | All Access | None of these |
| Price | $28.99 per month for six months ($173.94 for entire season) | $60.99 per month for six months ($365.94 for entire season) | $17.99 per month for six months ($107.94 for entire season) | $56.99 per month for six months ($341.94 for entire season) | |
| Select one option | ○ | ○ | ○ | ○ | ○ |

Continue »

90%

You indicated that you primarily watch NFL games on your DirecTV satellite service. You also indicated that you have NFL Sunday Ticket.

Please imagine that NFL Sunday Ticket was made available to you for **$99.00 per month ($395.99 for four months)**, on an internet streaming service and/or cable for **more than $250 a month**. If there were no penalties for cancelling, would you…?

- Cancel my DirecTV subscription
- Keep my DirectTV subscription
- Do something else *(Please specify)*
- Don't know / unsure

Continue »

55

92%

If your DirecTV monthly subscription cost decreased by **10 percent (i.e., $225.00)** would you....? (Again, please assume there are no penalties for cancelling your subscription)

○ Cancel my DirecTV subscription

○ Keep my DirectTV subscription

○ Do something else *(Please specify)*

○ Don't know / unsure?

Continue »

Privacy Policy - Help

56

92%

If your DirecTV monthly subscription cost increased by **10 percent (i.e., $275.00)** would you....? (Again, please assume there are no penalties for cancelling your subscription)

○ Cancel my DirecTV subscription

○ Keep my DirectTV subscription

○ Do something else *(Please specify)*  [                    ]

○ Don't know / unsure

Continue »

Privacy Policy - Help

57

90%

You indicated that you that you primarily watch NFL games on **CABLE**. In the survey, you indicated that you like the **All Access Plus** package.

Please assume the **All Access Plus** package was available for **$57.99** but you could ONLY get the **All Access Plus** package on DirecTV and no other NFL live game packages were available on **CABLE**.

If you could only access the **All Access Plus** package on DirecTV, would you or would you not install and subscribe to DirecTV for **$64.99**?

○ Yes, I would install DirecTV and subscribe for **$64.99**

○ No, I would not install DirecTV and subscribe for **$64.99**

○ I would do something else *(Please specify)*

○ Don't know / unsure

Continue »

Privacy Policy - Help

58

92%

If the DirecTV monthly subscription cost decreased by **5 percent** (i.e., **$61.74**) would you....?

○ Install and subscribe to DirecTV

○ Not install and subscribe to DirecTV

○ Do something else *(Please specify)* _____

○ Don't know / unsure

Continue »

Privacy Policy - Help

59

92%

If the DirecTV monthly subscription cost increased by **10 percent (i.e., $71.49)** would you….?

○ Install and subscribe to DirecTV

○ Not install and subscribe to DirecTV

○ Do something else *(Please specify)*

○ Don't know / unsure

Continue »

Privacy Policy - Help

60



Just a few final questions for you.

Continue »

61

94%

What is your highest level of education?

◯ Doctoral degree
◯ Master's degree/MBA/law degree
◯ Some graduate school
◯ Bachelor's degree
◯ Associate's degree
◯ High school graduate
◯ Less than high school
◯ Prefer not to say

Continue »



96%

**What is your race/ethnicity?**
*(Select all that apply)*

☐ White/Caucasian
☐ Hispanic/Latino
☐ Black/African-American
☐ Asian/Pacific Islander
☐ Other
☐ Prefer not to say

Continue »

Privacy Policy - Help



98%

What is your annual income?

○ $200,000 or more
○ $175,000 to $199,999
○ $150,000 to $174,999
○ $125,000 to $149,999
○ $100,000 to $124,999
○ $85,000 to $99,999
○ $75,000 to $84,999
○ $65,000 to $74,999
○ $55,000 to $64,999
○ $45,000 to $54,999
○ $35,000 to $44,999
○ $25,000 to $34,999
○ Less than $25,000
○ Prefer not to say

Continue »

Privacy Policy - Help

Survey Completed - Thank You

*Thank you! Those are all of the questions we have for you today!*

Privacy Policy - Help

65

# Mobile Screenshots

Thank you for your willingness to participate in our study. The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response, where appropriate. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything. When you are ready to get started, please click the "Continue" button.

Continue »

Privacy Policy - Help

67

Before continuing with this survey, please carefully read these instructions:

- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

I have read the above instructions and understand them, and I will adhere to these instructions.

I do not understand the above instructions, or I don't wish to agree to them.



Continue »

1%

What device are you using to complete this survey?

◯ Desktop computer

◯ Laptop computer

◯ Tablet computer

◯ Mobile phone or cell phone

◯ Other

Continue »

Privacy Policy – Help

69





Privacy Policy - Help

70

Are you...?

○ Male

○ Female

○ Non-binary

○ Prefer to self-describe *(Please specify)*

○ Prefer not to say

Continue »

Privacy Policy - Help

71





Please enter your zip code.

Continue »

Privacy Policy - Help

74

In the <u>past month</u>, have you taken a survey on any of the following topics?

*(Select all that apply)*

☐ Premium cable channels (e.g., HBO, Starz)

☐ Mobile or smartphone plans

☐ Wi-Fi internet packages

☐ Digital newspaper subscriptions

☐ Premium sports broadcast packages

☐ None of these

☐ Don't know / unsure

Continue »

15%

Do you or do any members of your household work for any of the following?

*(Select all that apply)*

☐ A telecommunications company

☐ A company that stages live theater or musical events

☐ A market research or advertising company

☐ A professional sports team

☐ A company that sells or markets digital newspaper subscriptions

☐ A cable or satellite television company

☐ A company that sells or markets mobile or smartphone plans

☐ None of these

☐ Don't know / unsure

Continue »

Privacy Policy – Help

76

Which of the following services, if any, do you currently have in your home?

*(Select all that apply)*

☐ Cable television service

☐ Satellite television service

☐ High-speed internet service

☐ None of these

☐ Don't know / unsure

Continue »

Privacy Policy - Help

77

Which of the following best represents your role in selecting the services you have in your home?

| | Internet | Satellite | Cable |
|---|---|---|---|
| I was the sole decision maker | ○ | ○ | ○ |
| I participated in the decision | ○ | ○ | ○ |
| I had no involvement in the decision | ○ | ○ | ○ |
| Don't know / unsure | ○ | ○ | ○ |

Continue »

Privacy Policy – Help

78

21%

Is your monthly bill for **SATELLITE AND INTERNET** a "bundled" bill – i.e., is the bill for satellite and internet combined?

○ No

○ Yes

○ Don't know / unsure

Continue »

Privacy Policy - Help

Is your monthly bill for internet "bundled" as a combined service with either your cable service or your satellite service?

- ○ Yes, bundled with satellite
- ○ Yes, bundled with cable
- ○ No, my internet service is not bundled with either my cable or my satellite service
- ○ Don't know / unsure

Continue »

Privacy Policy - Help

80

On average, what is your monthly bill for below services you have in your home?

| Satellite | Cable and Internet Bundle |
|---|---|
| $ | $ |
| ☐ Don't know | ☐ Don't know |

Continue »

Privacy Policy – Help

81

26%

Which of the following ranges best represents your monthly bill for the **Satellite and Internet Bundle**?

○ Less than $50 a month

○ Between $51 and $75 a month

○ Between $76 and $100 a month

○ Between $101 and $150 a month

○ Between $151 and $200 a month

○ Between $201 and $250 a month

○ More than $250 a month

○ Don't know/ unsure

Continue »

Privacy Policy - Help

82

We would now like to ask you about some activities and television programming you may or may not be interested in.

Continue »

Privacy Policy – Help

83

First, how interested would you say
you are in watching each of the
following sports?

NASCAR

◯ Not interested

◯ Interested a little bit

◯ Interested a moderate amount

◯ Very interested

◯ Don't know/ Unsure

American Professional football (NFL)

84

○ Not interested

○ Interested a little bit

○ Interested a moderate amount

○ Very interested

○ Don't know/ Unsure

Mixed Martial Arts (e.g., UFC)

○ Not interested

○ Interested a little bit

○ Interested a moderate amount

○ Very interested

85

Don't know/ Unsure

Extreme sports (e.g., Snowboarding, Motorcross)

○ Not interested

○ Interested a little bit

○ Interested a moderate amount

○ Very interested

○ Don't know/ Unsure

Women's basketball (WNBA)

○ Not interested

○ Interested a little bit

86

○ Interested a moderate amount

○ Very interested

○ Don't know/ Unsure

Hockey (NHL)

○ Not interested

○ Interested a little bit

○ Interested a moderate amount

○ Very interested

○ Don't know/ Unsure

NCAA football

87

○ Not interested

○ Interested a little bit

○ Interested a moderate amount

○ Very interested

○ Don't know/ Unsure

Major league soccer (MLS)

○ Not interested

○ Interested a little bit

○ Interested a moderate amount

○ Very interested

88

Don't know/ Unsure

## PGA Golf

○ Not interested

○ Interested a little bit

○ Interested a moderate amount

○ Very interested

○ Don't know/ Unsure

## Basketball (NBA)

○ Not interested

○ Interested a little bit

○ Interested a moderate amount

89

Interested a moderate amount

○ Very interested

○ Don't know/ Unsure

## NCAA basketball

○ Not interested

○ Interested a little bit

○ Interested a moderate amount

○ Very interested

○ Don't know/ Unsure

## English Premier League soccer

○ Not interested

90

○ Not interested

○ Interested a little bit

○ Interested a moderate amount

○ Very interested

○ Don't know/ Unsure

Baseball (MLB)

○ Not interested

○ Interested a little bit

○ Interested a moderate amount

○ Very interested

Don't know/Unsure

I am not interested in any of these sports

Continue »

Privacy Policy - Help

Using the grid below please indicate which of the following paid television or streaming subscriptions, if any, you have had.

**NFL Sunday Ticket**

○ Currently have

○ Had in past but no longer have

○ Never had

○ Don't know / unsure

**NBA TV**

○ Currently have

93

Had in past but no longer have

○ Never had

○ Don't know / unsure

### ESPN+

○ Currently have

○ Had in past but no longer have

○ Never had

○ Don't know / unsure

### NBA League Pass

○ Currently have

○ Had in past but no longer have

94

Never had

◯ Don't know / unsure

---

NHL Live

◯ Currently have

◯ Had in past but no longer have

◯ Never had

◯ Don't know / unsure

---

NFL Red Zone

◯ Currently have

◯ Had in past but no longer have

◯ Never had

95

○ Don't know / unsure

## NFL Game Pass

○ Currently have

○ Had in past but no longer have

○ Never had

○ Don't know / unsure

## MLB Extra Innings

○ Currently have

○ Had in past but no longer have

○ Never had

○ Don't know / unsure

96

NBA Team Pass

○ Currently have

○ Had in past but no longer have

○ Never had

○ Don't know / unsure

MLB.TV

○ Currently have

○ Had in past but no longer have

○ Never had

○ Don't know / unsure

Continue »

Privacy Policy - Help

97

You indicated that you currently have NFL Sunday Ticket. Which of the following represents what you currently pay per month for NFL Sunday Ticket?

○ $29.99 per month ($119.96 for four months)

○ $73.49 per month ($293.96 for four months)

○ $99.00 per month ($395.99 for four months)

○ Something else *(Please specify)*

[                    ]

○ Don't know/ unsure

[ Continue » ]

Privacy Policy - Help

98

We would now like to learn more about your interest in NFL football.



Continue »

Privacy Policy - Help

99

35%

When watching <u>regular season</u> NFL football, how often do you watch in any of the following places?

**At my OWN home**

○ Often

○ Sometimes

○ Rarely

○ Never

○ Don't know / unsure

**At a sports bar/restaurant**

○ Often

100

○ Sometimes

○ Rarely

○ Never

○ Don't know / unsure

### Live at a stadium

○ Often

○ Sometimes

○ Rarely

○ Never

○ Don't know / unsure

### At the home of a friend or family member

○ Often

101

At the home of a friend or family member

○ Often

○ Sometimes

○ Rarely

○ Never

○ Don't know / unsure

Continue »

Privacy Policy - Help

102

Which of the following, if any, are ways you watch NFL football games <u>in your own home</u>?

**(Select all that apply)**

☐ On cable TV

☐ Streamed from the internet to your TV

☐ On satellite TV

☐ On a phone, tablet, or laptop

☐ Some other way **(Please specify)**

[                                        ]

☐ None of these

☐ Don't know / unsure

[ Continue » ]

Privacy Policy - Help

You indicated you watch NFL football games <u>in your home</u> in different ways. Please select from the list below the **primary way** you watch NFL games at home.

*(Select one)*

○ Streamed from the internet to your TV

○ On cable TV

○ On satellite TV

○ On a phone, tablet, or laptop

○ Don't know / unsure

Continue »

Approximately how many hours on average do you spend each week watching NFL games during the <u>regular season</u>?

○ 1 – 2 hours

○ 3 – 4 hours

○ 5 – 10 hours

○ 11+ hours

○ Don't know / unsure

Continue »

<u>Privacy Policy</u> - <u>Help</u>

105

Which of the following NFL teams do you have a specific interest in watching?

*(Select all that apply)*

☐ Arizona Cardinals

☐ Atlanta Falcons

☐ Baltimore Ravens

☐ Buffalo Bills

☐ Carolina Panthers

☐ Chicago Bears

☐ Cincinnati Bengals

☐ Cleveland Browns

☐ Dallas Cowboys

☐ Denver Broncos

☐ Detroit Lions

☐ Green Bay Packers

106

- [ ] Houston Texans
- [ ] Indianapolis Colts
- [ ] Jacksonville Jaguars
- [ ] Kansas City Chiefs
- [ ] Las Vegas Raiders
- [ ] Los Angeles Chargers
- [ ] Los Angeles Rams
- [ ] Miami Dolphins
- [ ] Minnesota Vikings
- [ ] New England Patriots
- [ ] New Orleans Saints
- [ ] New York Giants
- [ ] New York Jets
- [ ] Philadelphia Eagles
- [ ] Pittsburgh Steelers
- [ ] San Francisco 49ers
- [ ] Seattle Seahawks

107



Continue »

Privacy Policy - Help

108

You indicated you are interested in watching the following teams: **Arizona Cardinals, Atlanta Falcons, Baltimore Ravens, Buffalo Bills, Carolina Panthers, Chicago Bears, Cincinnati Bengals, Cleveland Browns, Dallas Cowboys, Denver Broncos, Detroit Lions, Green Bay Packers, Houston Texans, Indianapolis Colts, Jacksonville Jaguars, Kansas City Chiefs, Las Vegas Raiders, Los Angeles Chargers, Los Angeles Rams, Miami Dolphins, Minnesota Vikings, New England Patriots, New Orleans Saints, New York Giants, New York Jets, Philadelphia Eagles, Pittsburgh Steelers, San Francisco 49ers, Seattle Seahawks, Tampa Bay Buccaneers, Tennessee Titans and Washington Football Team**. If you could only pick one of these teams to watch, which would you select?

109

○ Arizona Cardinals

○ Atlanta Falcons

○ Baltimore Ravens

○ Buffalo Bills

○ Carolina Panthers

○ Chicago Bears

○ Cincinnati Bengals

○ Cleveland Browns

○ Dallas Cowboys

○ Denver Broncos

○ Detroit Lions

○ Green Bay Packers

○ Houston Texans

○ Indianapolis Colts

○ Jacksonville Jaguars

○ Kansas City Chiefs

○ Las Vegas Raiders

○ Los Angeles Chargers

110



○ Los Angeles Rams

○ Miami Dolphins

○ Minnesota Vikings

○ New England Patriots

○ New Orleans Saints

○ New York Giants

○ New York Jets

○ Philadelphia Eagles

○ Pittsburgh Steelers

○ San Francisco 49ers

○ Seattle Seahawks

○ Tampa Bay Buccaneers

○ Tennessee Titans

○ Washington Football Team

○ Don't know

Continue »

Privacy Policy – Help

111

In the following section we will ask about your level of interest in watching specific team matchups. For each series of matchups presented, please select your top three games of interest. You do not have to select three games. If only one or two games are of interest, you can select only one or two.

Please note, for this exercise please assume that you can view all the games listed (in other words, assume they would all be available on a service and a time that works for you).

Continue »

Please select up to three games from the first series.



113

Baltimore
Ravens

Cincinnati
Bengals



Buffalo Bills

New
England
Patriots



Carolina
Panthers

Tampa Bay
Buccaneers



Chicago Bears

Seattle
Seahawks

114









Houston Texans

Los Angeles Chargers



Jacksonville Jaguars

NY Jets



Kansas City Chiefs

Pittsburgh Steelers



Los

Minnesota







117

Continue »

Privacy Policy - Help

118

Please select up to three games from the second series.



119



Carolina Panthers

New Orleans Saints



Chicago Bears

NY Giants

Cincinnati Bengals

Kansas City Chiefs



Cleveland Browns

Pittsburgh Steelers

120



Denver Broncos

Los Angeles Chargers

Detroit Lions

Seattle Seahawks

Green Bay Packers

Minnesota Vikings



Houston Texans

San Francisco 49ers

121



Indianapolis
Colts

Las
Vegas Raiders



Jacksonville
Jaguars

New England
Patriots



Miami Dolphins

Tennessee
Titans



NY
Jets

Tampa Bay

122



Continue »

Privacy Policy - Help

Please select up to three games from the third series.





Buffalo Bills

Jets NY



Cleveland Browns

Cincinnati Bengals



Denver Broncos

Kansas City Chiefs





Detroit Lions

Green Bay Packers



Houston Texans

Tennessee Titans



Jacksonville Jaguars

Indianapolis Colts



Los Angeles Rams

San Francisco 49ers



Las Vegas Raiders

Los Angeles Chargers



Miami Dolphins

New England Patriots



Minnesota Vikings

Chicago Bears



NY Giants

Washington Football Team



Philadelphia Eagles

Dallas Cowboys



Tampa Bay Buccaneers

Carolina Panthers

Continue »

We would now like to get your opinion on preferences for different ways to watch live NFL games. In the next set of questions, you will be asked to evaluate different packages with different access to different games. These different packages for live games will have different prices.

Continue »

Privacy Policy - Help

129

The options you will see will include the following:

**All Access Plus** - Access to <u>all</u> out of market games for the entire season. Out-of-market games are those that you cannot see on broadcast television in your local market.

With this package, you also get the ability to see eight live games at once, with the score and time left in each game. You can select which of the eight games to watch and can toggle back and forth between games.

This package includes weekly recaps of every game played that week, in 30 minutes or less, and you can access game highlights on demand.

**All access** - Access to <u>all</u> out of market games for the entire season. Out-of-market games are those that you cannot see on broadcast television in your local market.

130

**Game access** - Access to any single game you select, including out of market games. Out-of-market games are those that you cannot see on broadcast television in your local market. With this package, you can select as many games as you like, but each game is priced separately.

**One team access** - Access to <u>one</u> team's out of market games for entire season. Out-of-market games are those that you cannot see on broadcast television in your local market.

- For some versions of this package, you can select <u>any team</u> you would like to watch.
- For other versions of this package, <u>only a particular team's games are offered</u>.
- You will see both types of packages in this survey.
- Regardless of whether you pick the team or only a particular team is offered, once the season has started, you cannot select a different team to watch with the team access package.

NOTE: All regular season games that are available to you on your local affiliate **remain available regardless of the package selected**.

Continue »

Privacy Policy - Help

132

In the next section, we'll show you some different packages and ask you some questions. Please assume that all of the packages shown to you would be available to you. On each screen, you will see three different packages. You will be asked to choose which of these three packages you most prefer.

**Please assume that the viewing packages you see do not vary in any other way beyond the features described**. Also, please assume that you would be watching the games in the package you select using your primary NFL television viewing choice, which you indicated was **CABLE**.

Some of the NFL viewing packages you are going to see are not currently available on the market, but we'd like you to **imagine that they were available today**. It is important that you answer in the way you would if you were **actually selecting a viewing package**.

Continue »

Privacy Policy - Help

133

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.*

(Screen - 1/15)

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | Single game access | Team Access - you select your most preferred team | All Access Plus | Team Access - Team Available: New York Jets | None of these |
| Price | $19.99 per game | $20.99 per month for six months ($125.94 for entire season) | $57.99 per month for six months ($347.94 for entire season) | $31.89 per month for six months ($191.34 for entire season) | |
| Select one option | ○ | ○ | ○ | ○ | ○ |

Continue »

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

**NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.**

(Screen - 1/15)

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | Single game access | Team Access - you select your most preferred team | All Access Plus | Team Access - Team Available: New York Jets | None of these |
| Price | $19.99 per game | $20.99 per month for six months ($125.94 for entire season) | $57.99 per month for six months ($347.94 for entire season) | $31.89 per month for six months ($191.34 for entire season) | |
| Select one option | ○ | ○ | ● | ○ | ○ |

Why did you select **Package 3**?



Continue ↓

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.*

(Screen - 2/15)

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | Team Access - you select your most preferred team | Single game access | Team Access - Team Available: Carolina Panthers | All Access | None of these |
| Price | $24.50 per month for six months ($146.97 for entire season) | $19.99 per game | $20.99 per month for six months ($125.94 for entire season) | $48.99 per month for six months ($293.94 for entire season) | |
| Select one option | ○ | ○ | ○ | ○ | ○ |

Continue »

136

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.*

(Screen - 3/15)

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | Single game access | Team Access - *Team Available:* Detroit Lions | All Access | All Access Plus | None of these |
| Price | $19.99 per game | $24.50 per month for six months ($146.97 for entire season) | $48.99 per month for six months ($293.94 for entire season) | $57.99 per month for six months ($347.94 for entire season) | |
| Select one option | ○ | ○ | ○ | ○ | ○ |

Continue »

70%

Thinking about the options you see here, which package would you be most likely to
select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate remain
available regardless of the package selected.*

*(Screen - 4/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | All Access Plus | Team Access - *Team Available:* Seattle Seahawks | All Access | Team Access - you select your most preferred team | None of these |
| Price | $75.89 per month for six months ($455.33 for entire season) | $20.99 per month for six months ($125.94 for entire season) | $34.29 per month for six months ($205.76 for entire season) | $28.99 per month for six months ($173.94 for entire season) | |
| Select one option | ◯ | ◯ | ◯ | ◯ | ◯ |

Continue »

138

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.*

*(Screen - 5/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | Team Access - *Team Available:* Washington Football Team | All Access Plus | Single game access | Team Access - you select your most preferred team | None of these |
| Price | $31.89 per month for six months ($191.34 for entire season) | $75.89 per month for six months ($455.33 for entire season) | $29.99 per game | $17.99 per month for six months ($107.94 for entire season) | |
| Select one option | ○ | ○ | ○ | ○ | ○ |



Continue »

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.*

*(Screen - 6/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | Single game access | All Access Plus | All Access | Team Access - you select your most preferred team | None of these |
| Price | $11.99 per game | $60.99 per month for six months ($365.94 for entire season) | $63.99 per month for six months ($383.94 for entire season) | $24.50 per month for six months ($146.97 for entire season) | |
| Select one option | ◯ | ◯ | ◯ | ◯ | ◯ |

Continue »

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.*

*(Screen - 7/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | All Access | Single game access | All Access Plus | Team Access - Team Available: Detroit Lions | None of these |
| Price | $56.99 per month for six months ($341.94 for entire season) | $11.99 per game | $75.89 per month for six months ($455.33 for entire season) | $31.89 per month for six months ($191.34 for entire season) | |
| Select one option | ○ | ○ | ○ | ○ | ○ |

Continue »

Privacy Policy - Help

141

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.*

(Screen - 8/15)

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | All Access | Team Access - *Team Available:* Carolina Panthers | Team Access - you select your most preferred team | All Access Plus | None of these |
| Price | $56.99 per month for six months ($341.94 for entire season) | $24.50 per month for six months ($146.97 for entire season) | $31.89 per month for six months ($191.34 for entire season) | $60.99 per month for six months ($365.94 for entire season) | |
| Select one option | ○ | ○ | ○ | ○ | ○ |

Continue »

142

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.*

(Screen - 9/15)

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | Single game access | All Access | Team Access - you select your most preferred team | All Access Plus | None of these |
| Price | $29.99 per game | $41.99 per month for six months ($251.94 for entire season) | $17.99 per month for six months ($107.94 for entire season) | $75.89 per month for six months ($455.33 for entire season) | |
| Select one option | ○ | ○ | ○ | ○ | ○ |

Continue »

143

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.*

*(Screen - 10/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | All Access | Team Access - you select your most preferred team | All Access Plus | Team Access - Team Available: Seattle Seahawks | None of these |
| Price | $48.99 per month for six months ($293.94 for entire season) | $17.99 per month for six months ($107.94 for entire season) | $65.99 per month for six months ($395.94 for entire season) | $20.99 per month for six months ($125.94 for entire season) | |
| Select one option | ○ | ○ | ○ | ○ | ○ |


Continue »

144

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

**NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.**

*(Screen - 11/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---------|-----------|-----------|-----------|-----------|---|
| Package | Team Access - *Team Available:* Washington Football Team | Team Access - you select your most preferred team | All Access Plus | All Access | None of these |
| Price | $31.89 per month for six months ($191.34 for entire season) | $24.50 per month for six months ($146.97 for entire season) | $57.99 per month for six months ($347.94 for entire season) | $34.29 per month for six months ($205.76 for entire season) | |
| Select one option | ○ | ○ | ○ | ○ | ○ |


Continue »

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.*

*(Screen - 12/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---|---|---|---|---|---|
| Package | All Access | Team Access - you select your most preferred team | Single game access | Team Access - Team Available: New York Jets | None of these |
| Price | $34.29 per month for six months ($205.76 for entire season) | $24.50 per month for six months ($146.97 for entire season) | $19.99 per game | $31.89 per month for six months ($191.34 for entire season) | |
| Select one option | ○ | ○ | ○ | ○ | ○ |

Continue »

146

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

*NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.*

*(Screen - 13/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---------|-----------|-----------|-----------|-----------|---|
| Package | All Access Plus | Team Access - you select your most preferred team | All Access | Single game access | None of these |
| Price | $57.99 per month for six months ($347.94 for entire season) | $24.50 per month for six months ($146.97 for entire season) | $63.99 per month for six months ($383.94 for entire season) | $44.99 per game | |
| Select one option | ◯ | ◯ | ◯ | ◯ | ◯ |

Continue »

147

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

**NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.**

*(Screen - 14/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---------|-----------|-----------|-----------|-----------|---|
| Package | All Access Plus | Single game access | All Access | Team Access - you select your most preferred team | None of these |
| Price | $65.99 per month for six months ($395.94 for entire season) | $11.99 per game | $63.99 per month for six months ($383.94 for entire season) | $31.89 per month for six months ($191.34 for entire season) | |
| Select one option | ◯ | ◯ | ◯ | ◯ | ◯ |

Continue »

148

Thinking about the options you see here, which package would you be most likely to select?

*For more details, click/hover over the package name.*

**NOTE: All regular season games that are available to you on your local affiliate remain available regardless of the package selected.**

*(Screen - 15/15)*

| Concept | Package 1 | Package 2 | Package 3 | Package 4 | |
|---------|-----------|-----------|-----------|-----------|---|
| Package | Single game access | All Access Plus | Team Access - *Team Available:* New York Jets | Team Access - you select your most preferred team | **None of these** |
| Price | $29.99 per game | $65.99 per month for six months ($395.94 for entire season) | $17.99 per month for six months ($107.94 for entire season) | $24.50 per month for six months ($146.97 for entire season) | |
| Select one option | ○ | ○ | ○ | ○ | ○ |

Continue »

You indicated that you primarily watch NFL games on your DirecTV satellite service. You also indicated that you have NFL Sunday Ticket.

Please imagine that NFL Sunday Ticket was made available to you for **$99.00 per month ($395.99 for four months)**, on an internet streaming service and/or cable for **more than $250 a month**. If there were no penalties for cancelling, would you…?

○ Cancel my DirecTV subscription

○ Keep my DirectTV subscription

○ Do something else *(Please specify)*

> [                                ]

○ Don't know / unsure

[ Continue » ]

92%

If your DirecTV monthly subscription cost decreased by **10 percent (i.e., $225.00)** would you....? (Again, please assume there are no penalties for cancelling your subscription)

○ Keep my DirecTV subscription

○ Cancel my DirecTV subscription

○ Do something else *(Please specify)*

[                    ]

○ Don't know / unsure?

Continue »

Privacy Policy - Help

151

92%

If your DirecTV monthly subscription cost increased by **10 percent (i.e., $275.00)** would you....? (Again, please assume there are no penalties for cancelling your subscription)

○ Cancel my DirecTV subscription

○ Keep my DirecTV subscription

○ Do something else *(Please specify)*

[                              ]

○ Don't know / unsure

Continue »

Privacy Policy - Help

152

You indicated that you that you primarily watch NFL games on **CABLE**. In the survey, you indicated that you like Single Game Access.

Please assume that Single Game Access was available for **$4.89** but you could ONLY get Single Game Access on DirecTV and no other NFL live game packages were available on **CABLE**.

If you could only access Single Game Access on DirecTV, would you or would you not install and subscribe to DirecTV for **$64.99**?

○ Yes, I would install DirecTV and subscribe for **$64.99**

○ No, I would not install DirecTV and subscribe for **$64.99**

○ I would do something else *(Please specify)*

[                                        ]

○ Don't know / unsure

Continue »

Privacy Policy - Help

153

92%

If the DirecTV monthly subscription cost decreased by **15 percent (i.e., $55.24)** would you….?

○ Install and subscribe to DirecTV

○ Not install and subscribe to DirecTV

○ Do something else *(Please specify)*

○ Don't know / unsure

Continue »

Privacy Policy - Help

154

If the DirecTV monthly subscription cost increased
by **15 percent (i.e., $74.74)** would you....?



○ Not install and subscribe to DirecTV

○ Install and subscribe to DirecTV

Do something else *(Please specify)*

○ [_____]

○ Don't know / unsure

[ Continue » ]

Privacy Policy - Help

155

Just a few final questions for you.



Continue »

Privacy Policy - Help

## What is your highest level of education?

○ Less than high school

○ High school graduate

○ Associate's degree

○ Bachelor's degree

○ Some graduate school

○ Master's degree/MBA/law degree

○ Doctoral degree

○ Prefer not to say

Continue »

Privacy Policy - Help

157



What is your race/ethnicity?
**(Select all that apply)**

☐ White/Caucasian

☐ Hispanic/Latino

☐ Black/African-American

☐ Asian/Pacific Islander

☐ Other

☐ Prefer not to say

Continue »

Privacy Policy - Help

158

What is your annual income?

○ Less than $25,000

○ $25,000 to $34,999

○ $35,000 to $44,999

○ $45,000 to $54,999

○ $55,000 to $64,999

○ $65,000 to $74,999

○ $75,000 to $84,999

○ $85,000 to $99,999

○ $100,000 to $124,999

○ $125,000 to $149,999

○ $150,000 to $174,999

○ $175,000 to $199,999

○ $200,000 or more

○ Prefer not to say

Continue »

159

Survey Completed - Thank You

*Thank you! Those are all of the questions we have for you today!*

Privacy Policy - Help

# Exhibit I

Data produced in native format.

# Exhibit J

**Unweighted**
**Age by Gender**

| Age Group | Male | | Female | | Overall | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| 18-34 | 141 | 24.7% | 88 | 21.8% | 229 | 23.5% |
| 35-54 | 244 | 42.7% | 146 | 36.2% | 390 | 40.0% |
| 55+ | 187 | 32.7% | 169 | 41.9% | 356 | 36.5% |
| **Total Respondents** | **572** | **100.0%** | **403** | **100.0%** | **975** | **100.0%** |

**Weighted**
**Age by Gender**

| Age Group | Male | | Female | | Overall | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| 18-34 | 229 | 31.6% | 76 | 30.9% | 305 | 31.4% |
| 35-54 | 252 | 34.6% | 80 | 32.5% | 331 | 34.1% |
| 55+ | 245 | 33.8% | 90 | 36.6% | 335 | 34.5% |
| **Total Respondents** | **726** | **100.0%** | **245** | **100.0%** | **972** | **100.0%** |

1

**Unweighted**
**U.S. Census Region**

| Region | Count | Percent |
|---|---|---|
| Northeast | 174 | 17.8% |
| Midwest | 259 | 26.6% |
| South | 383 | 39.3% |
| West | 159 | 16.3% |
| **Total Respondents** | **975** | **100.0%** |

**Weighted**
**U.S. Census Region**

| Region | Count | Percent |
|---|---|---|
| Northeast | 191 | 19.7% |
| Midwest | 246 | 25.3% |
| South | 374 | 38.5% |
| West | 160 | 16.5% |
| **Total Respondents** | **972** | **100.0%** |

Exhibit K

**Weighted Analysis**

**Services Respondents Currently Have in Their Homes**

| Response | Count | Percent |
|---|---|---|
| High-speed internet service | 930 | 95.7% |
| Cable television service | 551 | 56.7% |
| Satellite television service | 362 | 37.2% |
| **Total Respondents** | **972** | |

*S10. Which of the following services, if any, do you currently have in your home?*

Note: Percent does not sum to 100 because respondents could select multiple options.

Source: NERA Survey, December 2021 – February 2022

**Weighted Analysis**

**Respondents' Monthly Bill for Services in Home**

| Response | Average Price |
|---|---|
| Satellite | $104.34 |
| Cable | $99.87 |
| Internet | $70.71 |
| Satellite and Internet Bundle | $139.84 |
| Cable and Internet Bundle | $150.50 |

*S14. On average, what is your monthly bill for the [insert service selected] services you have in your home?*

*S14a. Which of the following ranges best represents your monthly bill for the [INSERT SERVICE INDICATED AS DON'T KNOW/UNSURE.]*

Note: Includes respondents who initially answered "don't know / unsure", then subsequently selected a range. Calculation includes midpoints of price range for those who said "don't know / unsure".

Source: NERA Survey, December 2021 – February 2022

2

**Weighted Analysis**

**Television or Streaming Subscription(s) Respondents Have Had**

| Response | Currently have | | Had in past but no longer have | | Never had | | Don't know / unsure | |
|---|---|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent | Count | Percent |
| NFL Sunday Ticket | 341 | 35.1% | 157 | 16.2% | 452 | 46.5% | 21 | 2.1% |
| NFL Red Zone | 259 | 26.7% | 172 | 17.7% | 511 | 52.6% | 29 | 2.9% |
| NFL Game Pass | 230 | 23.7% | 183 | 18.9% | 537 | 55.3% | 21 | 2.2% |
| NHL Live | 150 | 15.4% | 121 | 12.4% | 671 | 69.1% | 30 | 3.1% |
| MLB.TV | 227 | 23.4% | 121 | 12.5% | 597 | 61.5% | 26 | 2.6% |
| MLB Extra Innings | 143 | 14.7% | 138 | 14.2% | 663 | 68.3% | 28 | 2.8% |
| ESPN+ | 382 | 39.3% | 137 | 14.1% | 432 | 44.5% | 20 | 2.1% |
| NBA League Pass | 185 | 19.1% | 133 | 13.7% | 634 | 65.2% | 19 | 2.0% |
| NBA Team Pass | 137 | 14.1% | 130 | 13.3% | 685 | 70.5% | 20 | 2.0% |
| NBA TV | 252 | 26.0% | 106 | 10.9% | 590 | 60.8% | 23 | 2.3% |
| **Total Respondents** | **972** | | **972** | | **972** | | **972** | |

*S16. Using the grid below please indicate which of the following paid television or streaming subscriptions, if any, you have had.*

Note: Percent does not sum to 100 because respondents could select multiple options.

Source: NERA Survey, December 2021 – February 2022

**Weighted Analysis**

**Reported Monthly Fee for NFL Sunday Ticket**

| Response | Count | Percent |
|---|---|---|
| $29.99 per month ($119.96 for four months) | 108 | 31.6% |
| $73.49 per month ($293.96 for four months) | 122 | 35.8% |
| $99.00 per month ($395.99 for four months) | 51 | 14.8% |
| Received for free | 31 | 9.1% |
| Something else | 8 | 2.5% |
| Don't know / unsure | 21 | 6.2% |
| **Total Respondents who have NFL Sunday Ticket** | **341** | **100.0%** |

*S17. You indicated that you currently have NFL Sunday Ticket. Which of the following represents what you currently pay per month for NFL Sunday Ticket?*

Source: NERA Survey, December 2021 – February 2022

4

**Weighted Analysis**

**Ways Respondents Watch NFL Football Games at Home**

| Response | Count | Percent |
|---|---|---|
| On cable TV | 509 | 52.4% |
| Streamed from the internet to your TV | 503 | 51.8% |
| On a phone, tablet, or laptop | 350 | 36.0% |
| On satellite TV | 339 | 34.9% |
| Some other way | 17 | 1.7% |
| None of these | 0 | 0.0% |
| Don't know / unsure | 0 | 0.0% |
| **Total Respondents** | **972** | |

*Q2. Which of the following, if any, are ways you watch NFL football games <u>in your own home</u> ?*

Note: Percent does not sum to 100 because respondents could select multiple options.

Source: NERA Survey, December 2021 – February 2022

5

**Weighted Analysis**

**Respondents' Team Selection**

| Response | Count | Percent |
|---|---|---|
| In Market Only | 199 | 20.5% |
| Out of Market Only | 433 | 44.6% |
| In and Out of Market | 319 | 32.8% |
| No Particular Team | 20 | 2.1% |
| **Total Respondents** | **972** | **100.0%** |

*Q5. Which of the following NFL teams do you have a specific interest in watching?*

Source: NERA Survey, December 2021 – February 2022

6

**Weighted Analysis**

**Respondents' Package Selection**

| Package | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen |
|---|---|---|---|
| **All Access** | | | |
| 34.29 | 537 | 2,287 | 23.5% |
| 41.99 | 529 | 2,316 | 22.8% |
| 48.99 | 457 | 2,336 | 19.6% |
| 56.99 | 367 | 2,309 | 15.9% |
| 63.99 | 332 | 2,515 | 13.2% |
| **All Access Plus** | | | |
| 57.99 | 392 | 2,391 | 16.4% |
| 60.99 | 362 | 2,355 | 15.4% |
| 65.99 | 354 | 2,406 | 14.7% |
| 75.89 | 256 | 2,208 | 11.6% |
| 85.99 | 269 | 2,281 | 11.8% |
| **Single game access (Wave 1)** | | | |
| 4.89 | 489 | 1,530 | 32.0% |
| 5.95 | 433 | 1,629 | 26.6% |
| 6.99 | 396 | 1,585 | 25.0% |
| 7.99 | 348 | 1,544 | 22.5% |
| 9.99 | 257 | 1,427 | 18.0% |
| **Single game access (Wave 2)** | | | |
| 11.99 | 96 | 747 | 12.9% |
| 14.99 | 96 | 784 | 12.2% |
| 19.99 | 77 | 805 | 9.6% |
| 29.99 | 40 | 771 | 5.2% |
| 44.99 | 31 | 710 | 4.4% |
| **Team Access - Team Available [TEAM]** | | | |
| 17.99 | 293 | 2,395 | 12.2% |
| 20.99 | 263 | 2,414 | 10.9% |
| 24.5 | 270 | 2,197 | 12.3% |
| 28.99 | 254 | 2,403 | 10.6% |
| 31.89 | 214 | 2,400 | 8.9% |
| **Team Access- you select the preferred team** | | | |
| 17.99 | 737 | 2,299 | 32.1% |
| 20.99 | 676 | 2,179 | 31.0% |
| 24.5 | 670 | 2,387 | 28.0% |
| 28.99 | 502 | 2,283 | 22.0% |
| 31.89 | 480 | 2,398 | 20.0% |
| **None** | 4,096 | 14,573 | 28.1% |

Source: NERA Survey, December 2021 – February 2022

7

**Weighted Analysis**

**Respondents' Package Selection**
**(WAVE 1)**

| Package | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen |
|---|---|---|---|
| **All Access** | | | |
| 34.29 | 360 | 1,531 | 23.5% |
| 41.99 | 373 | 1,567 | 23.8% |
| 48.99 | 309 | 1,565 | 19.7% |
| 56.99 | 239 | 1,547 | 15.5% |
| 63.99 | 211 | 1,670 | 12.6% |
| **All Access Plus** | | | |
| 57.99 | 250 | 1,617 | 15.4% |
| 60.99 | 220 | 1,555 | 14.2% |
| 65.99 | 235 | 1,626 | 14.4% |
| 75.89 | 150 | 1,468 | 10.2% |
| 85.99 | 164 | 1,524 | 10.8% |
| **Single game access** | | | |
| 4.89 | 489 | 1,530 | 32.0% |
| 5.95 | 433 | 1,629 | 26.6% |
| 6.99 | 396 | 1,585 | 25.0% |
| 7.99 | 348 | 1,544 | 22.5% |
| 9.99 | 257 | 1,427 | 18.0% |
| **Team Access - Team Available [TEAM]** | | | |
| 17.99 | 181 | 1,597 | 11.3% |
| 20.99 | 163 | 1,618 | 10.1% |
| 24.5 | 171 | 1,456 | 11.8% |
| 28.99 | 174 | 1,606 | 10.8% |
| 31.89 | 139 | 1,605 | 8.7% |
| **Team Access- you select the preferred team** | | | |
| 17.99 | 445 | 1,518 | 29.3% |
| 20.99 | 429 | 1,470 | 29.2% |
| 24.5 | 423 | 1,597 | 26.5% |
| 28.99 | 311 | 1,516 | 20.5% |
| 31.89 | 294 | 1,603 | 18.3% |
| **None** | 2,579 | 9,743 | 26.5% |

Source: NERA Survey, December 2021 – February 2022

**Weighted Analysis**

**Respondents' Package Selection**
**(WAVE 2)**

| Package | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen |
|---|---|---|---|
| **All Access** | | | |
| 34.29 | 177 | 756 | 23.4% |
| 41.99 | 156 | 749 | 20.8% |
| 48.99 | 148 | 771 | 19.2% |
| 56.99 | 128 | 762 | 16.8% |
| 63.99 | 121 | 845 | 14.3% |
| **All Access Plus** | | | |
| 57.99 | 142 | 774 | 18.3% |
| 60.99 | 142 | 800 | 17.8% |
| 65.99 | 119 | 780 | 15.3% |
| 75.89 | 106 | 740 | 14.3% |
| 85.99 | 105 | 757 | 13.9% |
| **Single game access** | | | |
| 11.99 | 96 | 747 | 12.9% |
| 14.99 | 96 | 784 | 12.2% |
| 19.99 | 77 | 805 | 9.6% |
| 29.99 | 40 | 771 | 5.2% |
| 44.99 | 31 | 710 | 4.4% |
| **Team Access - Team Available [TEAM]** | | | |
| 17.99 | 112 | 798 | 14.0% |
| 20.99 | 100 | 796 | 12.6% |
| 24.5 | 99 | 741 | 13.4% |
| 28.99 | 80 | 797 | 10.0% |
| 31.89 | 75 | 795 | 9.4% |
| **Team Access- you select the preferred team** | | | |
| 17.99 | 292 | 781 | 37.4% |
| 20.99 | 247 | 709 | 34.8% |
| 24.5 | 247 | 790 | 31.3% |
| 28.99 | 191 | 767 | 24.9% |
| 31.89 | 186 | 795 | 23.4% |
| **None** | 1,517 | 4,830 | 31.4% |

Source: NERA Survey, December 2021 – February 2022

**Weighted Analysis**

**Non-subscribers DirecTV Choice if Package only Available on DirecTV**

| Response | Wave 1 | | Wave 2 | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Yes, I would install DirecTV and subscribe for $64.99 | 169 | 37.3% | 85 | 45.7% |
| No, I would not install DirecTV and subscribe for $64.99 | 226 | 49.8% | 76 | 40.9% |
| I would do something else | 11 | 2.4% | 7 | 3.8% |
| Don't know / unsure | 47 | 10.4% | 18 | 9.7% |
| **Total Respondents** | **453** | **100.0%** | **186** | **100.0%** |

*Q19. You indicated that you that you primarily watch NFL games on [viewing type]. In the survey, you indicated that you like [package]. Please assume [package] was available for [$] but you could ONLY get [package] on DirecTV and no other NFL live game packages were available on [viewing type]. If you could only access [package] on DirecTV, would you or would you not install and subscribe to DirecTV for $64.99?*

Note: At the time the survey began (December 2021), the lowest priced DirecTV package cost $64.99. See directv.com/cf/plans-and-packages/

Source: NERA Survey, December 2021 – February 2022

**Weighted Analysis**

**Non-subscribers DirecTV Choice if Package only Available on DirecTV – Price Decrease (WAVE 1)**

| Response | 5 Percent Decrease | | 10 Percent Decrease | | 15 Percent Decrease | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Install and subscribe to DirecTV | 7 | 9.5% | 6 | 7.7% | 7 | 10.5% |
| Not install and subscribe to DirecTV | 63 | 79.3% | 63 | 79.6% | 53 | 78.4% |
| Do something else | 0 | 0.5% | 6 | 7.6% | 0 | 0.6% |
| Don't know / unsure | 8 | 10.7% | 4 | 5.2% | 7 | 10.6% |
| **Total Respondents** | **79** | **100.0%** | **79** | **100.0%** | **68** | **100.0%** |

*Q20. If the DirecTV monthly subscription cost decreased by [%] (i.e., [$]) would you....?*

Source: NERA Survey, December 2021 – February 2022

11

**Weighted Analysis**

**Non-subscribers DirecTV Choice if Package only Available on DirecTV – Price Decrease**
**(WAVE 2)**

| Response | 5 Percent Decrease | | 10 Percent Decrease | | 15 Percent Decrease | |
|---|---|---|---|---|---|---|
| | **Count** | **Percent** | **Count** | **Percent** | **Count** | **Percent** |
| Install and subscribe to DirecTV | 3 | 13.0% | 4 | 18.2% | 4 | 12.9% |
| Not install and subscribe to DirecTV | 17 | 73.9% | 14 | 63.6% | 24 | 77.4% |
| Do something else | 0 | 0.0% | 1 | 4.5% | 0 | 0.0% |
| Don't know / unsure | 3 | 13.0% | 3 | 13.6% | 3 | 9.7% |
| **Total Respondents** | **23** | **100.0%** | **22** | **100.0%** | **31** | **100.0%** |

*Q20. If the DirecTV monthly subscription cost decreased by [%] (i.e., [$]) would you....?*

Source: NERA Survey, December 2021 – February 2022

12

**Weighted Analysis**

**Non-subscribers DirecTV Choice if Package only Available on DirecTV – Price Increase**
**(WAVE 1)**

| Response | 5 Percent Increase | | 10 Percent Increase | | 15 Percent Increase | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Install and subscribe to DirecTV | 39 | 92.5% | 49 | 77.2% | 51 | 80.9% |
| Not install and subscribe to DirecTV | 2 | 4.6% | 11 | 17.4% | 8 | 12.3% |
| Do something else | 0 | 1.0% | 0 | 0.0% | 0 | 0.0% |
| Don't know / unsure | 1 | 1.9% | 3 | 5.4% | 4 | 6.8% |
| **Total Respondents** | **42** | **100.0%** | **63** | **100.0%** | **63** | **100.0%** |

*Q21. If the DirecTV monthly subscription cost increased by [%] (i.e., [$]) would you….?*

Source: NERA Survey, December 2021 – February 2022

13

**Weighted Analysis**

**Non-subscribers DirecTV Choice if Package only Available on DirecTV – Price Increase (WAVE 2)**

| Response | 5 Percent Increase | | 10 Percent Increase | | 15 Percent Increase | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Install and subscribe to DirecTV | 21 | 80.8% | 19 | 65.5% | 24 | 80.0% |
| Not install and subscribe to DirecTV | 4 | 15.4% | 8 | 27.6% | 4 | 13.3% |
| Do something else | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Don't know / unsure | 1 | 3.8% | 2 | 6.9% | 2 | 6.7% |
| **Total Respondents** | **26** | **100.0%** | **29** | **100.0%** | **30** | **100.0%** |

*Q21. If the DirecTV monthly subscription cost increased by [%] (i.e., [$]) would you....?*

Source: NERA Survey, December 2021 – February 2022

14

**Weighted Analysis**

**Subscribers - DirecTV Subscription Choice - Sunday Ticket Available on Other Platform**

| Response | Wave 1 | | Wave 2 | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Keep my DirecTV subscription | 85 | 77.7% | 59 | 68.6% |
| Cancel my DirecTV subscription | 10 | 8.9% | 15 | 17.4% |
| Do something else | 0 | 0.0% | 1 | 1.2% |
| Don't know / unsure | 15 | 13.4% | 11 | 12.8% |
| **Total Respondents** | **109** | **100.0%** | **86** | **100.0%** |

*Q16. You indicated that you primarily watch NFL games on your DirecTV satellite service. You also indicated that you have NFL Sunday Ticket. Please imagine that NFL Sunday Ticket was made available to you for [$], on an internet streaming service and/or cable for [$]. If there were no penalties for cancelling, would you…?*

Source: NERA Survey, December 2021 – February 2022

15

**Weighted Analysis**

**Subscribers - DirecTV Subscription Choice - Sunday Ticket Available on Other Platform – Price Increase**
**(ALL RESPONDENTS)**

| Response | 5 Percent Increase | | 10 Percent Increase | | 15 Percent Increase | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Keep my DirectTV subscription | 45 | 83.6% | 30 | 69.5% | 30 | 64.3% |
| Cancel my DirecTV subscription | 6 | 10.9% | 10 | 22.2% | 11 | 24.3% |
| Do something else | 0 | 0.0% | 1 | 2.4% | 2 | 4.9% |
| Don't know / unsure | 3 | 5.6% | 3 | 5.9% | 3 | 6.5% |
| **Total Respondents** | **54** | **100.0%** | **44** | **100.0%** | **46** | **100.0%** |

*Q18. If your DirecTV monthly subscription cost increased by [%] (i.e., [$]) would you....? (Again, please assume there are no penalties for cancelling your subscription)*

Source: NERA Survey, December 2021 – February 2022

16

Exhibit L

**Excluding Respondents who Have Sunday Ticket but Not Satellite Services Respondents Currently Have in Their Homes**

| Response | Count | Percent |
|---|---|---|
| High-speed internet service | 852 | 95.2% |
| Cable television service | 487 | 54.4% |
| Satellite television service | 347 | 38.8% |
| **Total Respondents** | **895** | |

*S10. Which of the following services, if any, do you currently have in your home?*

Note: Percent does not sum to 100 because respondents could select multiple options.

Source: NERA Survey, December 2021 – February 2022

1

**Excluding Respondents who Have Sunday Ticket but Not Satellite**

**Respondents' Monthly Bill for Services in Home**

| Response | Average Price |
| --- | --- |
| Satellite | $106.66 |
| Cable | $98.38 |
| Internet | $69.88 |
| Satellite and Internet Bundle | $138.49 |
| Cable and Internet Bundle | $153.42 |

*S14. On average, what is your monthly bill for the [insert service selected] services you have in your home?*

*S14a. Which of the following ranges best represents your monthly bill for the [INSERT SERVICE INDICATED AS DON'T KNOW/UNSURE.]*

Note: Includes respondents who initially answered "don't know / unsure", then subsequently selected a range. Calculation includes midpoints of price range for those who said "don't know / unsure".

Source: NERA Survey, December 2021 – February 2022

2

**Excluding Respondents who Have Sunday Ticket but Not Satellite**

**Television or Streaming Subscription(s) Respondents Have Had**

| Response | Currently have | | Had in past but no longer have | | Never had | | Don't know / unsure | |
|---|---|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent | Count | Percent |
| NFL Sunday Ticket | 237 | 26.5% | 158 | 17.7% | 479 | 53.5% | 21 | 2.3% |
| NFL Red Zone | 199 | 22.2% | 142 | 15.9% | 522 | 58.3% | 32 | 3.6% |
| NFL Game Pass | 161 | 18.0% | 159 | 17.8% | 555 | 62.0% | 20 | 2.2% |
| NHL Live | 109 | 12.2% | 96 | 10.7% | 665 | 74.3% | 25 | 2.8% |
| MLB.TV | 168 | 18.8% | 92 | 10.3% | 609 | 68.0% | 26 | 2.9% |
| MLB Extra Innings | 113 | 12.6% | 104 | 11.6% | 651 | 72.7% | 27 | 3.0% |
| ESPN+ | 318 | 35.5% | 121 | 13.5% | 436 | 48.7% | 20 | 2.2% |
| NBA League Pass | 136 | 15.2% | 101 | 11.3% | 637 | 71.2% | 21 | 2.3% |
| NBA Team Pass | 107 | 12.0% | 92 | 10.3% | 675 | 75.4% | 21 | 2.3% |
| NBA TV | 184 | 20.6% | 83 | 9.3% | 607 | 67.8% | 21 | 2.3% |
| **Total Respondents** | **895** | | **895** | | **895** | | **895** | |

*S16. Using the grid below please indicate which of the following paid television or streaming subscriptions, if any, you have had.*

Note: Percent does not sum to 100 because respondents could select multiple options.

Source: NERA Survey, December 2021 – February 2022

**Excluding Respondents who Have Sunday Ticket but Not Satellite**

**Reported Monthly Fee for NFL Sunday Ticket**

| Response | Count | Percent |
|---|---|---|
| $29.99 per month ($119.96 for four months) | 57 | 24.1% |
| $73.49 per month ($293.96 for four months) | 89 | 37.6% |
| $99.00 per month ($395.99 for four months) | 38 | 16.0% |
| Received for free | 27 | 11.4% |
| Something else | 8 | 3.4% |
| Don't know / unsure | 18 | 7.6% |
| **Total Respondents who have NFL Sunday Ticket** | **237** | **100.0%** |

*S17. You indicated that you currently have NFL Sunday Ticket. Which of the following represents what you currently pay per month for NFL Sunday Ticket?*

Source: NERA Survey, December 2021 – February 2022

4

**Excluding Respondents who Have Sunday Ticket but Not Satellite**

**Ways Respondents Watch NFL Football Games at Home**

| Response | Count | Percent |
|---|---|---|
| On cable TV | 450 | 50.3% |
| Streamed from the internet to your TV | 422 | 47.2% |
| On satellite TV | 326 | 36.4% |
| On a phone, tablet, or laptop | 278 | 31.1% |
| Some other way | 16 | 1.8% |
| None of these | 0 | 0.0% |
| Don't know / unsure | 0 | 0.0% |
| **Total Respondents** | **895** | |

_Q2. Which of the following, if any, are ways you watch NFL football games  in your own home ?_

Note: Percent does not sum to 100 because respondents could select multiple options.

Source: NERA Survey, December 2021 – February 2022

5

**Excluding Respondents who Have Sunday Ticket but Not Satellite**

**Respondents' Team Selection**

| Response | Count | Percent |
|----------|-------|---------|
| In Market Only | 182 | 20.3% |
| Out of Market Only | 386 | 43.1% |
| In and Out of Market | 305 | 34.1% |
| No Particular Team | 22 | 2.5% |
| **Total Respondents** | **895** | **100.0%** |

*Q5. Which of the following NFL teams do you have a specific interest in watching?*

Source: NERA Survey, December 2021 – February 2022

6

**Excluding Respondents who Have Sunday Ticket but Not Satellite**

**Respondents' Package Selection**

| Package | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen |
|---|---|---|---|
| **All Access** | | | |
| 34.29 | 456 | 2,063 | 22.1% |
| 41.99 | 451 | 2,154 | 20.9% |
| 48.99 | 378 | 2,115 | 17.9% |
| 56.99 | 311 | 2,159 | 14.4% |
| 63.99 | 272 | 2,323 | 11.7% |
| **All Access Plus** | | | |
| 57.99 | 321 | 2,165 | 14.8% |
| 60.99 | 297 | 2,226 | 13.3% |
| 65.99 | 280 | 2,190 | 12.8% |
| 75.89 | 191 | 2,031 | 9.4% |
| 85.99 | 189 | 2,072 | 9.1% |
| **Single game access (Wave 1)** | | | |
| 4.89 | 499 | 1,443 | 34.6% |
| 5.95 | 475 | 1,514 | 31.4% |
| 6.99 | 398 | 1,513 | 26.3% |
| 7.99 | 354 | 1,477 | 24.0% |
| 9.99 | 255 | 1,340 | 19.0% |
| **Single game access (Wave 2)** | | | |
| 11.99 | 86 | 660 | 13.0% |
| 14.99 | 78 | 691 | 11.3% |
| 19.99 | 68 | 710 | 9.6% |
| 29.99 | 37 | 688 | 5.4% |
| 44.99 | 29 | 637 | 4.6% |
| **Team Access - Team Available [TEAM]** | | | |
| 17.99 | 270 | 2,204 | 12.3% |
| 20.99 | 248 | 2,225 | 11.1% |
| 24.5 | 231 | 1,991 | 11.6% |
| 28.99 | 210 | 2,236 | 9.4% |
| 31.89 | 172 | 2,205 | 7.8% |
| **Team Access- you select the preferred team** | | | |
| 17.99 | 681 | 2,135 | 31.9% |
| 20.99 | 614 | 2,043 | 30.1% |
| 24.5 | 589 | 2,181 | 27.0% |
| 28.99 | 467 | 2,122 | 22.0% |
| 31.89 | 420 | 2,187 | 19.2% |
| **None** | 4,098 | 13,425 | 30.5% |

Source: NERA Survey, December 2021 – February 2022

**Excluding Respondents who Have Sunday Ticket but Not Satellite**

**Non-subscribers DirecTV Choice if Package only Available on DirecTV**

| Response | Wave 1 | | Wave 2 | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Yes, I would install DirecTV and subscribe for $64.99 | 126 | 29.8% | 66 | 44.3% |
| No, I would not install DirecTV and subscribe for $64.99 | 231 | 54.6% | 60 | 40.3% |
| I would do something else | 11 | 2.6% | 7 | 4.7% |
| Don't know / unsure | 55 | 13.0% | 16 | 10.7% |
| **Total Respondents** | **423** | **100.0%** | **149** | **100.0%** |

*Q19. You indicated that you that you primarily watch NFL games on [viewing type]. In the survey, you indicated that you like [package]. Please assume [package] was available for [$] but you could ONLY get [package] on DirecTV and no other NFL live game packages were available on [viewing type]. If you could only access [package] on DirecTV, would you or would you not install and subscribe to DirecTV for $64.99?*

Note: At the time the survey began (December 2021), the lowest priced DirecTV package cost $64.99. See directv.com/cf/plans-and-packages/

Source: NERA Survey, December 2021 – February 2022

**Excluding Respondents who Have Sunday Ticket but Not Satellite**

**Non-subscribers DirecTV Choice if Package only Available on DirecTV – Price Decrease**
**(WAVE 1)**

| Response | 5 Percent Decrease | | 10 Percent Decrease | | 15 Percent Decrease | |
|---|---|---|---|---|---|---|
| | **Count** | **Percent** | **Count** | **Percent** | **Count** | **Percent** |
| Install and subscribe to DirecTV | 7 | 8.9% | 5 | 6.6% | 5 | 6.6% |
| Not install and subscribe to DirecTV | 61 | 77.2% | 61 | 80.3% | 60 | 78.9% |
| Do something else | 1 | 1.3% | 4 | 5.3% | 1 | 1.3% |
| Don't know / unsure | 10 | 12.7% | 6 | 7.9% | 10 | 13.2% |
| **Total Respondents** | **79** | **100.0%** | **76** | **100.0%** | **76** | **100.0%** |

*Q20. If the DirecTV monthly subscription cost decreased by [%] (i.e., [$]) would you....?*

Source: NERA Survey, December 2021 – February 2022

9

**Excluding Respondents who Have Sunday Ticket but Not Satellite**

**Non-subscribers DirecTV Choice if Package only Available on DirecTV – Price Decrease**
**(WAVE 2)**

| Response | 5 Percent Decrease | | 10 Percent Decrease | | 15 Percent Decrease | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Install and subscribe to DirecTV | 1 | 5.3% | 4 | 22.2% | 3 | 13.0% |
| Not install and subscribe to DirecTV | 15 | 78.9% | 11 | 61.1% | 18 | 78.3% |
| Do something else | 0 | 0.0% | 1 | 5.6% | 0 | 0.0% |
| Don't know / unsure | 3 | 15.8% | 2 | 11.1% | 2 | 8.7% |
| **Total Respondents** | **19** | **100.0%** | **18** | **100.0%** | **23** | **100.0%** |

*Q20. If the DirecTV monthly subscription cost decreased by [%] (i.e., [$]) would you....?*

Source: NERA Survey, December 2021 – February 2022

**Excluding Respondents who Have Sunday Ticket but Not Satellite**

**Non-subscribers DirecTV Choice if Package only Available on DirecTV – Price Increase (WAVE 1)**

| Response | 5 Percent Increase | | 10 Percent Increase | | 15 Percent Increase | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Install and subscribe to DirecTV | 25 | 83.3% | 34 | 68.0% | 33 | 71.7% |
| Not install and subscribe to DirecTV | 2 | 6.7% | 11 | 22.0% | 8 | 17.4% |
| Do something else | 1 | 3.3% | 0 | 0.0% | 0 | 0.0% |
| Don't know / unsure | 2 | 6.7% | 5 | 10.0% | 5 | 10.9% |
| **Total Respondents** | **30** | **100.0%** | **50** | **100.0%** | **46** | **100.0%** |

*Q21. If the DirecTV monthly subscription cost increased by [%] (i.e., [$]) would you....?*

Source: NERA Survey, December 2021 – February 2022

11

**Excluding Respondents who Have Sunday Ticket but Not Satellite**

**Non-subscribers DirecTV Choice if Package only Available on DirecTV – Price Increase**
**(WAVE 2)**

| Response | 5 Percent Increase | | 10 Percent Increase | | 15 Percent Increase | |
|---|---|---|---|---|---|---|
| | **Count** | **Percent** | **Count** | **Percent** | **Count** | **Percent** |
| Install and subscribe to DirecTV | 15 | 78.9% | 14 | 63.6% | 19 | 76.0% |
| Not install and subscribe to DirecTV | 3 | 15.8% | 6 | 27.3% | 4 | 16.0% |
| Do something else | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Don't know / unsure | 1 | 5.3% | 2 | 9.1% | 2 | 8.0% |
| **Total Respondents** | **19** | **100.0%** | **22** | **100.0%** | **25** | **100.0%** |

*Q21. If the DirecTV monthly subscription cost increased by [%] (i.e., [$]) would you….?*

Source: NERA Survey, December 2021 – February 2022

12

**Excluding Respondents who Have Sunday Ticket but Not Satellite**

**Subscribers - DirecTV Subscription Choice - Sunday Ticket Available on Other Platform**

| Response | Wave 1 | | Wave 2 | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Keep my DirecTV subscription | 78 | 77.2% | 59 | 68.6% |
| Cancel my DirecTV subscription | 9 | 8.9% | 15 | 17.4% |
| Do something else | 0 | 0.0% | 1 | 1.2% |
| Don't know / unsure | 14 | 13.9% | 11 | 12.8% |
| **Total Respondents** | **101** | **100.0%** | **86** | **100.0%** |

*Q16. You indicated that you primarily watch NFL games on your DirecTV satellite service. You also indicated that you have NFL Sunday Ticket. Please imagine that NFL Sunday Ticket was made available to you for [$], on an internet streaming service and/or cable for [$]. If there were no penalties for cancelling, would you…?*

Source: NERA Survey, December 2021 – February 2022

13

**Excluding Respondents who Have Sunday Ticket but Not Satellite**

**Subscribers - DirecTV Subscription Choice - Sunday Ticket Available on Other Platform – Price Increase**
**(ALL RESPONDENTS)**

| Response | 5 Percent Increase | | 10 Percent Increase | | 15 Percent Increase | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| Keep my DirectTV subscription | 41 | 82.0% | 31 | 70.5% | 28 | 65.1% |
| Cancel my DirectTV subscription | 6 | 12.0% | 10 | 22.7% | 11 | 25.6% |
| Do something else | 0 | 0.0% | 1 | 2.3% | 1 | 2.3% |
| Don't know / unsure | 3 | 6.0% | 2 | 4.5% | 3 | 7.0% |
| **Total Respondents** | **50** | **100.0%** | **44** | **100.0%** | **43** | **100.0%** |

*Q18. If your DirecTV monthly subscription cost increased by [%] (i.e., [$]) would you....? (Again, please assume there are no penalties for cancelling your subscription)*

Source: NERA Survey, December 2021 – February 2022

14

# Exhibit M

**Respondents' Package Selection**
**By Age**

| Package | 18-34 | | | 35-54 | | | 55+ | | |
|---|---|---|---|---|---|---|---|---|---|
| | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen |
| **All Access** | | | | | | | | | |
| 34.29 | 175 | 539 | 32.5% | 247 | 900 | 27.4% | 95 | 821 | 11.6% |
| 41.99 | 180 | 549 | 32.8% | 239 | 927 | 25.8% | 84 | 847 | 9.9% |
| 48.99 | 147 | 581 | 25.3% | 206 | 913 | 22.6% | 84 | 830 | 10.1% |
| 56.99 | 125 | 563 | 22.2% | 179 | 913 | 19.6% | 58 | 874 | 6.6% |
| 63.99 | 109 | 596 | 18.3% | 166 | 994 | 16.7% | 42 | 944 | 4.4% |
| **All Access Plus** | | | | | | | | | |
| 57.99 | 128 | 579 | 22.1% | 192 | 904 | 21.2% | 61 | 864 | 7.1% |
| 60.99 | 112 | 535 | 20.9% | 212 | 986 | 21.5% | 36 | 898 | 4.0% |
| 65.99 | 116 | 554 | 20.9% | 187 | 952 | 19.6% | 41 | 896 | 4.6% |
| 75.89 | 80 | 489 | 16.4% | 139 | 902 | 15.4% | 30 | 823 | 3.6% |
| 85.99 | 90 | 543 | 16.6% | 145 | 893 | 16.2% | 13 | 829 | 1.6% |
| **Single game access (Wave 1)** | | | | | | | | | |
| 4.89 | 75 | 327 | 22.9% | 194 | 654 | 29.7% | 244 | 564 | 43.3% |
| 5.95 | 69 | 339 | 20.4% | 193 | 676 | 28.6% | 227 | 612 | 37.1% |
| 6.99 | 77 | 327 | 23.5% | 167 | 676 | 24.7% | 170 | 603 | 28.2% |
| 7.99 | 61 | 317 | 19.2% | 152 | 655 | 23.2% | 151 | 595 | 25.4% |
| 9.99 | 47 | 325 | 14.5% | 116 | 629 | 18.4% | 99 | 485 | 20.4% |
| **Single game access (Wave 2)** | | | | | | | | | |
| 11.99 | 20 | 230 | 8.7% | 28 | 277 | 10.1% | 48 | 240 | 20.0% |
| 14.99 | 19 | 215 | 8.8% | 27 | 278 | 9.7% | 50 | 291 | 17.2% |
| 19.99 | 15 | 235 | 6.4% | 28 | 307 | 9.1% | 34 | 263 | 12.9% |
| 29.99 | 15 | 213 | 7.0% | 7 | 271 | 2.6% | 18 | 287 | 6.3% |
| 44.99 | 14 | 194 | 7.2% | 10 | 240 | 4.2% | 7 | 276 | 2.5% |
| **Team Access - Team Available [INSERT]** | | | | | | | | | |
| 17.99 | 92 | 547 | 16.8% | 130 | 980 | 13.3% | 75 | 865 | 8.7% |
| 20.99 | 90 | 602 | 15.0% | 120 | 971 | 12.4% | 64 | 850 | 7.5% |
| 24.5 | 81 | 513 | 15.8% | 115 | 881 | 13.1% | 63 | 794 | 7.9% |
| 28.99 | 92 | 562 | 16.4% | 107 | 997 | 10.7% | 41 | 872 | 4.7% |
| 31.89 | 80 | 566 | 14.1% | 93 | 942 | 9.9% | 30 | 898 | 3.3% |
| **Team Access- you select the preferred team** | | | | | | | | | |
| 17.99 | 194 | 537 | 36.1% | 320 | 944 | 33.9% | 242 | 865 | 28.0% |
| 20.99 | 189 | 506 | 37.4% | 287 | 905 | 31.7% | 185 | 792 | 23.4% |
| 24.5 | 192 | 586 | 32.8% | 285 | 925 | 30.8% | 171 | 876 | 19.5% |
| 28.99 | 148 | 520 | 28.5% | 227 | 938 | 24.2% | 127 | 836 | 15.2% |
| 31.89 | 161 | 551 | 29.2% | 206 | 970 | 21.2% | 104 | 870 | 12.0% |
| **None** | 442 | 3,435 | 12.9% | 1,126 | 5,850 | 19.2% | 2,646 | 5,340 | 49.6% |

**Respondents' Package Selection**
**By Gender**

| | Male | | | Female | | |
|---|---|---|---|---|---|---|
| **Package** | **Times Package was Chosen** | **Times Package was Shown** | **Rate at which Package was Chosen** | **Times Package was Chosen** | **Times Package was Shown** | **Rate at which Package was Chosen** |
| **All Access** | | | | | | |
| 34.29 | 297 | 1,365 | 21.8% | 220 | 895 | 24.6% |
| 41.99 | 309 | 1,359 | 22.7% | 194 | 964 | 20.1% |
| 48.99 | 275 | 1,385 | 19.9% | 162 | 939 | 17.3% |
| 56.99 | 210 | 1,328 | 15.8% | 152 | 1,022 | 14.9% |
| 63.99 | 191 | 1,466 | 13.0% | 126 | 1,068 | 11.8% |
| **All Access Plus** | | | | | | |
| 57.99 | 225 | 1,417 | 15.9% | 156 | 930 | 16.8% |
| 60.99 | 229 | 1,382 | 16.6% | 131 | 1,037 | 12.6% |
| 65.99 | 208 | 1,438 | 14.5% | 136 | 964 | 14.1% |
| 75.89 | 161 | 1,317 | 12.2% | 88 | 897 | 9.8% |
| 85.99 | 168 | 1,341 | 12.5% | 80 | 924 | 8.7% |
| **Single game access (Wave 1)** | | | | | | |
| 4.89 | 246 | 774 | 31.8% | 267 | 771 | 34.6% |
| 5.95 | 212 | 830 | 25.5% | 277 | 797 | 34.8% |
| 6.99 | 201 | 807 | 24.9% | 213 | 799 | 26.7% |
| 7.99 | 179 | 787 | 22.7% | 185 | 780 | 23.7% |
| 9.99 | 127 | 716 | 17.7% | 135 | 723 | 18.7% |
| **Single game access (Wave 2)** | | | | | | |
| 11.99 | 75 | 562 | 13.3% | 21 | 185 | 11.4% |
| 14.99 | 69 | 568 | 12.1% | 27 | 216 | 12.5% |
| 19.99 | 59 | 619 | 9.5% | 18 | 186 | 9.7% |
| 29.99 | 30 | 567 | 5.3% | 10 | 204 | 4.9% |
| 44.99 | 26 | 535 | 4.9% | 5 | 175 | 2.9% |
| **Team Access - Team Available [INSERT]** | | | | | | |
| 17.99 | 179 | 1,434 | 12.5% | 118 | 958 | 12.3% |
| 20.99 | 152 | 1,412 | 10.8% | 122 | 1,011 | 12.1% |
| 24.5 | 167 | 1,303 | 12.8% | 92 | 885 | 10.4% |
| 28.99 | 145 | 1,398 | 10.4% | 95 | 1,033 | 9.2% |
| 31.89 | 134 | 1,422 | 9.4% | 69 | 984 | 7.0% |
| **Team Access- you select the preferred team** | | | | | | |
| 17.99 | 429 | 1,344 | 31.9% | 327 | 1,002 | 32.6% |
| 20.99 | 384 | 1,253 | 30.6% | 277 | 950 | 29.2% |
| 24.5 | 416 | 1,439 | 28.9% | 232 | 948 | 24.5% |
| 28.99 | 287 | 1,334 | 21.5% | 215 | 960 | 22.4% |
| 31.89 | 271 | 1,418 | 19.1% | 200 | 973 | 20.6% |
| **None** | 2,519 | 8,580 | 29.4% | 1,695 | 6,045 | 28.0% |

2

**Respondents' Package Selection**
**By Market Group**

| Package | In Market Only | | | Out of Market Only | | | In and Out of Market | | | No Particular Team | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen |
| **All Access** | | | | | | | | | | | | |
| 34.29 | 64 | 447 | 14.3% | 243 | 974 | 24.9% | 207 | 782 | 26.5% | 3 | 57 | 5.3% |
| 41.99 | 74 | 481 | 15.4% | 242 | 1,039 | 23.3% | 181 | 751 | 24.1% | 6 | 52 | 11.5% |
| 48.99 | 47 | 447 | 10.5% | 217 | 968 | 22.4% | 170 | 853 | 19.9% | 3 | 56 | 5.4% |
| 56.99 | 52 | 501 | 10.4% | 176 | 990 | 17.8% | 132 | 820 | 16.1% | 2 | 39 | 5.1% |
| 63.99 | 43 | 517 | 8.3% | 137 | 1,088 | 12.6% | 132 | 872 | 15.1% | 5 | 57 | 8.8% |
| **All Access Plus** | | | | | | | | | | | | |
| 57.99 | 42 | 479 | 8.8% | 182 | 1,030 | 17.7% | 154 | 787 | 19.6% | 3 | 51 | 5.9% |
| 60.99 | 38 | 454 | 8.4% | 162 | 1,080 | 15.0% | 152 | 823 | 18.5% | 8 | 62 | 12.9% |
| 65.99 | 44 | 499 | 8.8% | 162 | 1,043 | 15.5% | 134 | 803 | 16.7% | 4 | 57 | 7.0% |
| 75.89 | 32 | 447 | 7.2% | 110 | 942 | 11.7% | 103 | 767 | 13.4% | 4 | 58 | 6.9% |
| 85.99 | 17 | 437 | 3.9% | 117 | 956 | 12.2% | 114 | 819 | 13.9% | 0 | 53 | 0.0% |
| **Single game access (Wave 1)** | | | | | | | | | | | | |
| 4.89 | 86 | 305 | 28.2% | 217 | 666 | 32.6% | 202 | 536 | 37.7% | 8 | 38 | 21.1% |
| 5.95 | 91 | 343 | 26.5% | 212 | 711 | 29.8% | 178 | 527 | 33.8% | 8 | 46 | 17.4% |
| 6.99 | 93 | 360 | 25.8% | 176 | 676 | 26.0% | 133 | 536 | 24.8% | 12 | 34 | 35.3% |
| 7.99 | 75 | 309 | 24.3% | 154 | 698 | 22.1% | 131 | 522 | 25.1% | 4 | 38 | 10.5% |
| 9.99 | 56 | 290 | 19.3% | 106 | 621 | 17.1% | 99 | 506 | 19.6% | 1 | 22 | 4.5% |
| **Single game access (Wave 2)** | | | | | | | | | | | | |
| 11.99 | 16 | 140 | 11.4% | 38 | 318 | 11.9% | 42 | 274 | 15.3% | 0 | 15 | 0.0% |
| 14.99 | 19 | 156 | 12.2% | 45 | 353 | 12.7% | 32 | 258 | 12.4% | 0 | 17 | 0.0% |
| 19.99 | 17 | 155 | 11.0% | 32 | 351 | 9.1% | 25 | 277 | 9.0% | 3 | 22 | 13.6% |
| 29.99 | 5 | 141 | 3.5% | 18 | 339 | 5.3% | 17 | 269 | 6.3% | 0 | 22 | 0.0% |
| 44.99 | 1 | 140 | 0.7% | 14 | 306 | 4.6% | 13 | 249 | 5.2% | 3 | 15 | 20.0% |
| **Team Access - Team Available [INSERT]** | | | | | | | | | | | | |
| 17.99 | 44 | 499 | 8.8% | 133 | 960 | 13.9% | 113 | 860 | 13.1% | 7 | 73 | 9.6% |
| 20.99 | 55 | 513 | 10.7% | 129 | 1,017 | 12.7% | 87 | 841 | 10.3% | 3 | 52 | 5.8% |
| 24.5 | 48 | 418 | 11.5% | 111 | 987 | 11.2% | 97 | 731 | 13.3% | 3 | 52 | 5.8% |
| 28.99 | 39 | 476 | 8.2% | 128 | 1,044 | 12.3% | 68 | 850 | 8.0% | 5 | 61 | 8.2% |
| 31.89 | 26 | 505 | 5.1% | 101 | 1,049 | 9.6% | 74 | 796 | 9.3% | 2 | 56 | 3.6% |
| **Team Access- you select the preferred team** | | | | | | | | | | | | |
| 17.99 | 134 | 476 | 28.2% | 369 | 1,016 | 36.3% | 237 | 807 | 29.4% | 16 | 47 | 34.0% |
| 20.99 | 116 | 430 | 27.0% | 351 | 973 | 36.1% | 186 | 735 | 25.3% | 8 | 65 | 12.3% |
| 24.5 | 110 | 471 | 23.4% | 337 | 1,036 | 32.5% | 194 | 823 | 23.6% | 7 | 57 | 12.3% |
| 28.99 | 84 | 478 | 17.6% | 240 | 939 | 25.6% | 169 | 820 | 20.6% | 9 | 57 | 15.8% |
| 31.89 | 104 | 506 | 20.6% | 227 | 1,030 | 22.0% | 135 | 806 | 16.7% | 5 | 49 | 10.2% |
| **None** | 1,283 | 2,955 | 43.4% | 1,414 | 6,300 | 22.4% | 1,314 | 5,025 | 26.1% | 203 | 345 | 58.8% |

**Respondents' Package Selection
by Sunday Ticket Status**

| Package | Currently Have | | | Had in the past but no longer have | | | Never had | | | Don't know / unsure | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen |
| **All Access** | | | | | | | | | | | | |
| 34.29 | 239 | 728 | 32.8% | 88 | 356 | 24.7% | 182 | 1,128 | 16.1% | 8 | 48 | 16.7% |
| 41.99 | 254 | 759 | 33.5% | 88 | 385 | 22.9% | 150 | 1,132 | 13.3% | 11 | 47 | 23.4% |
| 48.99 | 230 | 768 | 29.9% | 62 | 357 | 17.4% | 132 | 1,155 | 11.4% | 13 | 44 | 29.5% |
| 56.99 | 192 | 761 | 25.2% | 51 | 373 | 13.7% | 108 | 1,165 | 9.3% | 11 | 51 | 21.6% |
| 63.99 | 183 | 794 | 23.0% | 40 | 414 | 9.7% | 82 | 1,269 | 6.5% | 12 | 57 | 21.1% |
| **All Access Plus** | | | | | | | | | | | | |
| 57.99 | 210 | 731 | 28.7% | 74 | 393 | 18.8% | 93 | 1,160 | 8.0% | 4 | 63 | 6.3% |
| 60.99 | 217 | 802 | 27.1% | 62 | 394 | 15.7% | 78 | 1,180 | 6.6% | 3 | 43 | 7.0% |
| 65.99 | 199 | 769 | 25.9% | 64 | 402 | 15.9% | 78 | 1,185 | 6.6% | 3 | 46 | 6.5% |
| 75.89 | 161 | 718 | 22.4% | 28 | 346 | 8.1% | 56 | 1,092 | 5.1% | 4 | 58 | 6.9% |
| 85.99 | 168 | 766 | 21.9% | 36 | 365 | 9.9% | 44 | 1,087 | 4.0% | 0 | 47 | 0.0% |
| **Single game access (Wave 1)** | | | | | | | | | | | | |
| 4.89 | 65 | 389 | 16.7% | 95 | 281 | 33.8% | 337 | 844 | 39.9% | 16 | 31 | 51.6% |
| 5.95 | 86 | 426 | 20.2% | 96 | 282 | 34.0% | 296 | 886 | 33.4% | 11 | 33 | 33.3% |
| 6.99 | 59 | 378 | 15.6% | 79 | 293 | 27.0% | 266 | 897 | 29.7% | 10 | 38 | 26.3% |
| 7.99 | 41 | 368 | 11.1% | 81 | 285 | 28.4% | 226 | 865 | 26.1% | 16 | 49 | 32.7% |
| 9.99 | 41 | 350 | 11.7% | 42 | 278 | 15.1% | 174 | 780 | 22.3% | 5 | 31 | 16.1% |
| **Single game access (Wave 2)** | | | | | | | | | | | | |
| 11.99 | 39 | 382 | 10.2% | 9 | 84 | 10.7% | 45 | 266 | 16.9% | 3 | 15 | 20.0% |
| 14.99 | 51 | 393 | 13.0% | 5 | 85 | 5.9% | 35 | 288 | 12.2% | 5 | 18 | 27.8% |
| 19.99 | 31 | 378 | 8.2% | 5 | 105 | 4.8% | 36 | 308 | 11.7% | 5 | 14 | 35.7% |
| 29.99 | 21 | 377 | 5.6% | 0 | 105 | 0.0% | 19 | 274 | 6.9% | 0 | 15 | 0.0% |
| 44.99 | 21 | 343 | 6.1% | 2 | 70 | 2.9% | 8 | 284 | 2.8% | 0 | 13 | 0.0% |
| **Team Access - Team Available [INSERT]** | | | | | | | | | | | | |
| 17.99 | 103 | 761 | 13.5% | 59 | 397 | 14.9% | 128 | 1,168 | 11.0% | 7 | 66 | 10.6% |
| 20.99 | 93 | 784 | 11.9% | 50 | 391 | 12.8% | 130 | 1,198 | 10.9% | 1 | 50 | 2.0% |
| 24.5 | 113 | 735 | 15.4% | 51 | 340 | 15.0% | 94 | 1,074 | 8.8% | 1 | 39 | 2.6% |
| 28.99 | 116 | 800 | 14.5% | 35 | 404 | 8.7% | 87 | 1,176 | 7.4% | 2 | 51 | 3.9% |
| 31.89 | 105 | 786 | 13.4% | 43 | 407 | 10.6% | 54 | 1,166 | 4.6% | 1 | 47 | 2.1% |
| **Team Access- you select the preferred team** | | | | | | | | | | | | |
| 17.99 | 267 | 791 | 33.8% | 148 | 370 | 40.0% | 334 | 1,134 | 29.5% | 7 | 51 | 13.7% |
| 20.99 | 238 | 710 | 33.5% | 141 | 358 | 39.4% | 278 | 1,095 | 25.4% | 4 | 40 | 10.0% |
| 24.5 | 250 | 766 | 32.6% | 151 | 385 | 39.2% | 239 | 1,185 | 20.2% | 8 | 51 | 15.7% |
| 28.99 | 218 | 729 | 29.9% | 90 | 374 | 24.1% | 188 | 1,133 | 16.6% | 6 | 58 | 10.3% |
| 31.89 | 210 | 778 | 27.0% | 109 | 401 | 27.2% | 144 | 1,166 | 12.3% | 8 | 46 | 17.4% |
| **None** | 534 | 4,755 | 11.2% | 486 | 2,370 | 20.5% | 3,064 | 7,185 | 42.6% | 130 | 315 | 41.3% |

4

**Respondents' Package Selection**
**By Sunday Ticket vs No Sunday Ticket**

| Package | Currently Have Sunday Ticket | | | Currently Have DirecTV but Not Sunday Ticket | | | All Others | | |
|---|---|---|---|---|---|---|---|---|---|
| | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen |
| **All Access** | | | | | | | | | |
| 34.29 | 239 | 728 | 32.8% | 53 | 255 | 20.8% | 225 | 1,277 | 17.6% |
| 41.99 | 254 | 759 | 33.5% | 36 | 241 | 14.9% | 213 | 1,323 | 16.1% |
| 48.99 | 230 | 768 | 29.9% | 22 | 227 | 9.7% | 185 | 1,329 | 13.9% |
| 56.99 | 192 | 761 | 25.2% | 27 | 250 | 10.8% | 143 | 1,339 | 10.7% |
| 63.99 | 183 | 794 | 23.0% | 17 | 240 | 7.1% | 117 | 1,500 | 7.8% |
| **All Access Plus** | | | | | | | | | |
| 57.99 | 210 | 731 | 28.7% | 14 | 262 | 5.3% | 157 | 1,354 | 11.6% |
| 60.99 | 217 | 802 | 27.1% | 13 | 244 | 5.3% | 130 | 1,373 | 9.5% |
| 65.99 | 199 | 769 | 25.9% | 15 | 249 | 6.0% | 130 | 1,384 | 9.4% |
| 75.89 | 161 | 718 | 22.4% | 17 | 226 | 7.5% | 71 | 1,270 | 5.6% |
| 85.99 | 168 | 766 | 21.9% | 9 | 238 | 3.8% | 71 | 1,261 | 5.6% |
| **Single game access (Wave 1)** | | | | | | | | | |
| 4.89 | 65 | 389 | 16.7% | 38 | 126 | 30.2% | 410 | 1,030 | 39.8% |
| 5.95 | 86 | 426 | 20.2% | 40 | 130 | 30.8% | 363 | 1,071 | 33.9% |
| 6.99 | 59 | 378 | 15.6% | 32 | 139 | 23.0% | 323 | 1,089 | 29.7% |
| 7.99 | 41 | 368 | 11.1% | 40 | 142 | 28.2% | 283 | 1,057 | 26.8% |
| 9.99 | 41 | 350 | 11.7% | 25 | 127 | 19.7% | 196 | 962 | 20.4% |
| **Single game access (Wave 2)** | | | | | | | | | |
| 11.99 | 39 | 382 | 10.2% | 20 | 97 | 20.6% | 37 | 268 | 13.8% |
| 14.99 | 51 | 393 | 13.0% | 11 | 114 | 9.6% | 34 | 277 | 12.3% |
| 19.99 | 31 | 378 | 8.2% | 12 | 118 | 10.2% | 34 | 309 | 11.0% |
| 29.99 | 21 | 377 | 5.6% | 5 | 110 | 4.5% | 14 | 284 | 4.9% |
| 44.99 | 21 | 343 | 6.1% | 1 | 90 | 1.1% | 9 | 277 | 3.2% |
| **Team Access - Team Available [INSERT]** | | | | | | | | | |
| 17.99 | 103 | 761 | 13.5% | 39 | 263 | 14.8% | 155 | 1,368 | 11.3% |
| 20.99 | 93 | 784 | 11.9% | 32 | 242 | 13.2% | 149 | 1,397 | 10.7% |
| 24.5 | 113 | 735 | 15.4% | 22 | 215 | 10.2% | 124 | 1,238 | 10.0% |
| 28.99 | 116 | 800 | 14.5% | 24 | 246 | 9.8% | 100 | 1,385 | 7.2% |
| 31.89 | 105 | 786 | 13.4% | 15 | 245 | 6.1% | 83 | 1,375 | 6.0% |
| **Team Access- you select the preferred team** | | | | | | | | | |
| 17.99 | 267 | 791 | 33.8% | 93 | 253 | 36.8% | 396 | 1,302 | 30.4% |
| 20.99 | 238 | 710 | 33.5% | 62 | 220 | 28.2% | 361 | 1,273 | 28.4% |
| 24.5 | 250 | 766 | 32.6% | 72 | 255 | 28.2% | 326 | 1,366 | 23.9% |
| 28.99 | 218 | 729 | 29.9% | 42 | 237 | 17.7% | 242 | 1,328 | 18.2% |
| 31.89 | 210 | 778 | 27.0% | 46 | 259 | 17.8% | 215 | 1,354 | 15.9% |
| **None** | 534 | 4,755 | 11.2% | 621 | 1,515 | 41.0% | 3,059 | 8,355 | 36.6% |

5

**Respondents' Package Selection**
**By in-Playoff and Market Group**

| Package | In-Playoff & Out of Market | | | In-Playoff & In Market | | | Not In-Playoff | | |
|---|---|---|---|---|---|---|---|---|---|
| | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen | Times Package was Chosen | Times Package was Shown | Rate at which Package was Chosen |
| **All Access** | | | | | | | | | |
| 34.29 | 354 | 1,434 | 24.7% | 47 | 287 | 16.4% | 116 | 539 | 21.5% |
| 41.99 | 346 | 1,461 | 23.7% | 43 | 275 | 15.6% | 114 | 587 | 19.4% |
| 48.99 | 306 | 1,490 | 20.5% | 23 | 253 | 9.1% | 108 | 581 | 18.6% |
| 56.99 | 248 | 1,479 | 16.8% | 31 | 303 | 10.2% | 83 | 568 | 14.6% |
| 63.99 | 213 | 1,606 | 13.3% | 25 | 315 | 7.9% | 79 | 613 | 12.9% |
| **All Access Plus** | | | | | | | | | |
| 57.99 | 286 | 1,480 | 19.3% | 22 | 274 | 8.0% | 73 | 593 | 12.3% |
| 60.99 | 264 | 1,538 | 17.2% | 19 | 272 | 7.0% | 77 | 609 | 12.6% |
| 65.99 | 238 | 1,498 | 15.9% | 24 | 300 | 8.0% | 82 | 604 | 13.6% |
| 75.89 | 169 | 1,370 | 12.3% | 14 | 272 | 5.1% | 66 | 572 | 11.5% |
| 85.99 | 195 | 1,464 | 13.3% | 6 | 288 | 2.1% | 47 | 513 | 9.2% |
| **Single game access (Wave 1)** | | | | | | | | | |
| 4.89 | 333 | 980 | 34.0% | 60 | 178 | 33.7% | 120 | 387 | 31.0% |
| 5.95 | 314 | 1,009 | 31.1% | 52 | 189 | 27.5% | 123 | 429 | 28.7% |
| 6.99 | 246 | 1,001 | 24.6% | 47 | 190 | 24.7% | 121 | 415 | 29.2% |
| 7.99 | 222 | 1,003 | 22.1% | 57 | 170 | 33.5% | 85 | 394 | 21.6% |
| 9.99 | 163 | 901 | 18.1% | 42 | 194 | 21.6% | 57 | 344 | 16.6% |
| **Single game access (Wave 2)** | | | | | | | | | |
| 11.99 | 62 | 483 | 12.8% | 7 | 90 | 7.8% | 27 | 174 | 15.5% |
| 14.99 | 64 | 487 | 13.1% | 8 | 91 | 8.8% | 24 | 206 | 11.7% |
| 19.99 | 47 | 499 | 9.4% | 10 | 102 | 9.8% | 20 | 204 | 9.8% |
| 29.99 | 30 | 497 | 6.0% | 7 | 92 | 7.6% | 3 | 182 | 1.6% |
| 44.99 | 21 | 454 | 4.6% | 3 | 90 | 3.3% | 7 | 166 | 4.2% |
| **Team Access - Team Available [INSERT]** | | | | | | | | | |
| 17.99 | 205 | 1,467 | 14.0% | 28 | 301 | 9.3% | 64 | 624 | 10.3% |
| 20.99 | 168 | 1,527 | 11.0% | 34 | 303 | 11.2% | 72 | 593 | 12.1% |
| 24.5 | 163 | 1,392 | 11.7% | 25 | 237 | 10.5% | 71 | 559 | 12.7% |
| 28.99 | 155 | 1,559 | 9.9% | 22 | 300 | 7.3% | 63 | 572 | 11.0% |
| 31.89 | 139 | 1,493 | 9.3% | 17 | 301 | 5.6% | 47 | 612 | 7.7% |
| **Team Access- you select the preferred team** | | | | | | | | | |
| 17.99 | 515 | 1,491 | 34.5% | 92 | 296 | 31.1% | 149 | 559 | 26.7% |
| 20.99 | 439 | 1,396 | 31.4% | 74 | 247 | 30.0% | 148 | 560 | 26.4% |
| 24.5 | 441 | 1,508 | 29.2% | 77 | 289 | 26.6% | 130 | 590 | 22.0% |
| 28.99 | 341 | 1,447 | 23.6% | 59 | 278 | 21.2% | 102 | 569 | 17.9% |
| 31.89 | 297 | 1,486 | 20.0% | 70 | 303 | 23.1% | 104 | 602 | 17.3% |
| **None** | 2,241 | 9,225 | 24.3% | 725 | 1,770 | 41.0% | 1,248 | 3,630 | 34.4% |