# EXHIBIT 7

# To the Declaration of Ian Gore

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**In the Matter Of:**

*NFL Sunday Ticket Antitrust Litigation*

---

*BRENT LAWTON*

*June 22, 2022*

---



**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1

1               UNITED STATES DISTRICT COURT

2               CENTRAL DISTRICT OF CALIFORNIA

3          Civil Action No. 2:15-ml-02668-PSG(JEMx)

4   ----------------------------------------x

5  IN RE:  NATIONAL FOOTBALL

6  LEAGUE'S "SUNDAY TICKET"

7  ANTITRUST LITIGATION

8   ----------------------------------------x

9

10

11

12

13        VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
               BRENT DOUGLAS LAWTON

14           Wednesday, June 22, 2022
               New York, New York

15           8:57 a.m. - 3:32 p.m.

16

17

18

19

20

21

22         Reported stenographically by:
       Richard Germosen, CA CSR No. 14391

23   RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
    NCRA/NJ/NY/CA Certified Realtime Reporter

24    NCRA Realtime Systems Administrator
          Job No. 2022-845603

25

2

1          VIDEOTAPED STENOGRAPHIC DEPOSITION of

2   BRENT DOUGLAS LAWTON, taken in the above-entitled matter

3   before RICHARD GERMOSEN, Certified Court Reporter,

4   (License No. 30XI00184700), Certified Realtime Court

5   Reporter-NJ, (License No. 30XR00016800), California

6   Certified Shorthand Reporter, (License No. 14391),

7   NCRA/NY/CA Certified Realtime Reporter, NCRA Registered

8   Diplomate Reporter, New York Association Certified

9   Reporter, NCRA Realtime Systems Administrator, taken at

10   the offices of COVINGTON & BURLING LLP, 620 Eighth

11   Avenue, New York, New York 10018, on Wednesday, June 22,

12   2022, commencing at 8:57 a.m.

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1   A P P E A R A N C E S:

2

3

4   SUSMAN GODFREY LLP

5   BY:  TYLER M. FINN, ESQ.

6   1301 Avenue of the Americas

7   32nd Floor

8   New York, New York 10019

9   (212) 336.8330 / (212) 336.8340 (FAX)

10   tfinn@susmangodfrey.com

11   Attorneys for the Plaintiffs

12

13   WILKINSON STEKLOFF LLP

14   BY:  JEREMY S. BARBER, ESQ.

15   130 West 42nd Street

16   24th Floor

17   New York, New York 10036

18   (212) 294.8929

19   jbarber@wilkinsonstekloff.com

20   Attorneys for the NFL Defendants

21

22

23

24

25

4

1    A P P E A R A N C E S:  (CONT'D.)

2

3

4    WILKINSON STEKLOFF LLP

5    BY:  ELIZABETH KEYS, ESQ.

6         -and-

7    BY:  MAX WARREN, ESQ., (streaming via BridgeMobile)

8    2001 M Street, N.W.

9    10th Floor

10   Washington, D.C. 20036

11   (202) 847.4034

12   ekeys@wilkinsonstekloff.com

13   mwarren@wilkinsonstekloff.com

14   Attorneys for the NFL Defendants

15

16   ALSO PRESENT:

17   MARCELO RIVERA, Legal Video Specialist

18

19

20

21

22

23

24

25

5

```
 1                       I N D E X

 2    WITNESS                          EXAMINATION

 3    BRENT D. LAWTON

 4      BY MR. FINN                              10

 5      BY MR. BARBER                           202

 6

 7                     E X H I B I T S

 8    EXHIBIT NO.    DESCRIPTION              PAGE

 9    Exhibit 1      document NFL 0239783 through    44

10                   NFL 0239786

11

12    Exhibit 2      document NFL 0418767 through    55

13                   0418776

14

15    Exhibit 3      document NFL 0296803 through    69

16                   0296854

17

18    Exhibit 4      document NFL 0059776 through    86

19                   0059783

20

21    Exhibit 5      document NFL 0060781 through    97

22                   0060791

23

24    Exhibit 6      document NFL 0300100 through   105

25                   0300102
```

6

| 1 | E X H I B I T S   (CONT'D.) | | |
|---|---|---|---|
| 2 | EXHIBIT NO. | DESCRIPTION | PAGE |
| 3 | Exhibit 7 | document NFL 0050139 through | 116 |
| 4 | | 0050157 | |
| 5 | | | |
| 6 | Exhibit 8 | document NFL 0295067 through | 131 |
| 7 | | 0295077 | |
| 8 | | | |
| 9 | Exhibit 9 | document NFL 0402074 through | 138 |
| 10 | | 0402098 | |
| 11 | | | |
| 12 | Exhibit 10 | document NFL 0285367 through | 153 |
| 13 | | 0285368 | |
| 14 | | | |
| 15 | Exhibit 11 | document NFL 0057451 through | 162 |
| 16 | | 0057477 | |
| 17 | | | |
| 18 | Exhibit 12 | document NFL 1215279 and | 171 |
| 19 | | 1215280 | |
| 20 | | | |
| 21 | Exhibit 13 | document NFL 1215678 through | 180 |
| 22 | | 1215700 | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

7

```
1                    E X H I B I T S  (CONT'D.)

2    EXHIBIT NO.    DESCRIPTION                    PAGE

3    Exhibit 14     document NFL 1215804 through    192

4                   1215811

5    **original exhibits returned with original transcript
     by LEXITAS LEGAL to SUSMAN GODFREY LLP
6    (exhibit index concluded)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

8

1          IT IS HEREBY STIPULATED AND AGREED, by

2   and between the attorneys for the respective parties

3   herein, that filing and sealing be and the same are

4   hereby waived.

5          IT IS FURTHER STIPULATED AND AGREED

6   that all objections, except as to the form of the

7   question, shall be preserved to the time of trial.

8          IT IS FURTHER STIPULATED AND AGREED

9   that the within deposition may be signed and sworn

10  to before any officer authorized to administer an

11  oath, with the same force and effect as if signed

12  and sworn to before the officer before whom the

13  within deposition was taken.

14

15

16

17

18

19

20

21

22

23

24

25

9

```
1    --------------------------------------------------
2                    P R O C E E D I N G S
3                         8:57 a.m.
4                      New York, New York
5    --------------------------------------------------
6               THE VIDEOGRAPHER:  Stand by, please.
7               This is the digitized video
8    deposition of Mr. Brent Lawton in the matter in re:
9    NFL Sunday Ticket Antitrust Litigation, in the
10   United States District Court for the Central
11   District of California.
12               This deposition is being held at
13   Covington & Burling, located at 620 Eighth Avenue,
14   New York, New York, on June 22, 2022 at
15   approximately 8:57 a.m.
16               My name is Marcelo Rivera from
17   Lexitas Legal Philadelphia, and I am the video
18   specialist.  The court reporter is Rich Germosen in
19   association with Lexitas Legal Philadelphia.
20               Will present counsel please introduce
21   themselves for the record.
22               MR. FINN:  Tyler Finn for Susman
23   Godfrey on behalf of the plaintiffs.
24               MR. BARBER:  Jeremy Barber on behalf
25   of the NFL defendants.
```

10

1          MS. KEYS:  Liz Keys on behalf of the

2     NFL defendants.

3               THE VIDEOGRAPHER:  Will the court

4     reporter please swear in the witness.

5               (Whereupon, the Certified Realtime

6     Stenographer administered the oath to the witness.)

7

8     B R E N T   D.   L A W T O N,

9     residing at 7 Tranquility Lane, Westport, Connecticut

10    06880, having been first duly sworn or affirmed, was

11    examined and testified as follows:

12    EXAMINATION BY MR. FINN:

13    BY MR. FINN:

14         Q.     Good morning, Mr. Lawton.

15         A.     Good morning.

16         Q.     Could you please state your full name

17    for the record.

18         A.     Sure.  Brent Lawton.

19         Q.     And, Mr. Lawton, who is your

20    employer?

21         A.     The National Football League.

22         Q.     And what is your position with the

23    National Football League?

24         A.     I'm a vice-president in the media

25    strategy and BG group.

1          Q.        And do you live here in New York,

2     Mr. Lawton?

3          A.        I live in Connecticut.

4          Q.        Connecticut.

5                    And I understand that you went to

6     Notre Dame; is that right?

7          A.        I did, yes.

8          Q.        Would I be correct in assuming that

9     you're a Fighting Irish fan, football fan?

10         A.        I do root for The Fighting Irish,

11    yes.

12         Q.        And do you watch Notre Dame games on

13    NBC?

14         A.        I do, yes, from time to time, yeah.

15         Q.        Do you have any allegiance to any

16    particular NFL team?

17         A.        I root for all 32 working for the

18    league, but grew up in Cleveland.

19         Q.        I had a feeling you might say that,

20    equal opportunity to all the members, but do you get

21    a chance to watch the Browns living in Connecticut?

22         A.        I do from time to time, yes.

23         Q.        And I understand that you've been

24    employed by the NFL since August of 2014.  Does that

25    sound right?



89

1













223

C E R T I F I C A T E

I, RICHARD GERMOSEN, Fellow of the

Academy of Professional Reporters, stenographic New

Jersey Certified Court Reporter, New Jersey Certified

Realtime Court Reporter, California Certified

Shorthand Reporter, California Certified Realtime

Reporter, NCRA Registered Diplomate Reporter, and

NCRA Certified Realtime Reporter, do hereby certify:

That BRENT DOUGLAS LAWTON, the witness

whose deposition is hereinbefore set forth, having

been duly sworn, and that such deposition is a true

record of the testimony of said witness.

I further certify that I am not related

to any of the parties to this action by blood or

marriage, and that I am in no way interested in the

outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set

my hand this 27th day of June 2022.

_____

RICHARD GERMOSEN,
FAPR, RDR, CRR, CCR-NJ, CRCR, CSR-CA, CCRR-CA,
NYACR, NYRCR
LICENSE NO. 30XI00184700
LICENSE NO. 30XR00016800
California CSR No. 14391
California CRR No. 198