# EXHIBIT 10

# To the Declaration of Ian Gore

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

                                                                1

1                                    VOLUME:  I
                                     PAGES:  1-63
2                                    EXHIBITS: 1-6

3             UNITED STATES DISTRICT COURT

4             CENTRAL DISTRICT OF CALIFORNIA

5

6     ***********************************
      IN RE: NATIONAL FOOTBALL LEAGUE'S        *
7     "SUNDAY TICKET" ANTITRUST                *
      LITIGATION,                              *
8                                              *
                                               *
9                                              *
      Civil Action No.
10    2:15-ml-02668-PSG(JEMx)
      ***********************************
11

12

13      VIDEOTAPED DEPOSITION of ROBERT K. KRAFT

14             Thursday, June 23, 2022

15                 9:07 a.m.

16

                Held at:  Gillette Stadium
17                 1 Patriots Place
                Foxborough, Massachusetts
18

19

20     ------- Megan M. Castro, RPR, CSR -------

21                 Lexitas
          508-478-9795 ~ 508-478-0595 (Fax)
22             www.LexitasLegal.com

23

24

2

1   APPEARANCES:

2   HAUSFELD
      Scott Martin, Esquire
3     Farhad Mirzadeh, Esquire
      33 Whitehall Street
4     14th Floor
      New York, New York  10004
5     646-357-1100
      smartin@hausfeld.com
6     fmirzadeh@hausfeld.com
      on behalf of the Plaintiffs

7

8   WILKINSON STEKLOFF
      Rakesh N. Kilaru, Esquire
9     2001 M Street, NW
      10th Floor
10    Washington, District of Columbia  20036
      202-847-4000
11    rkilaru@wilkinsonstekloff.com
      on behalf of the NFL

12

13
    ALSO PRESENT:
14
    Robyn Glaser, Esquire, Kraft Group
15
    Janet Noval, Esquire, NFL
16
    Shawn Budd, videographer
17

18

19

20

21

22

23

24

3

1                        I N D E X

2     Witness                                    Page

3     ROBERT K. KRAFT

4       Examination by Mr. Martin                  5

5

6

7                      E X H I B I T S

8      Number          Description              Page

9

      Exhibit 1   Email dated 5-6-21, Bates        14
10                 number NFL_0683418 through
                   683452
11
      Exhibit 2   Email dated 5-23-21, Bates       22
12                 number NFL_1216326 through
                   1216332
13
      Exhibit 3   Email dated 3-8-13, Bates        42
14                 number NFL_0375867 through
                   375868
15
      Exhibit 4   Email dated 7-1-21, Bates        48
16                 number NFL_1221708 through
                   1221709
17
      Exhibit 5   Email dated 9-30-04, Bates       55
18                 number NFL_0350706 through
                   350712
19
      Exhibit 6   Email dated 3-1-19, Bates        59
20                 number NFL_0153735 through
                   153747
21

22
     Original exhibits were retained by the court reporter
23            and returned to Attorney Martin.

24

4

1                    P R O C E E D I N G S

2                           - - -

3          THE VIDEOGRAPHER:  We are on the record.

4     This is the videographer speaking, Shawn Budd,

5     with Lexitas.

6          Today's date is June 23, 2022, and the

7     time is 9:07 a.m.

8          We are here in Foxborough, Massachusetts,

9     to take the video deposition of Robert Kraft in

10    the matter of NFL Sunday Ticket Antitrust

11    Litigation.

12         Would counsel please introduce themselves

13    for the record.

14         MR. MARTIN:  For the plaintiffs, Scott

15    Martin, Hausfeld LLP.

16         MR. MIRZADEH:  And Farhad Mirzadeh, also

17    with Hausfeld LLP.

18         MR. KILARU:  For the defendants, Rakesh

19    Kilaru, from Wilkinson Stekloff.

20         THE VIDEOGRAPHER:  Would the court

21    reporter, Megan Castro, please swear in the

22    witness.

23                          - - -

24         ROBERT K. KRAFT, first having been

5

1   satisfactorily identified by the production of

2   his driver's license and duly sworn by the Notary

3   Public, testified under oath as follows in answer

4   to examination by MR. MARTIN:

5                          - - -

6        Q.  Good morning, Mr. Kraft.

7        A.  Good morning.

8        Q.  It has been over 20 years, but you and I

9   actually spoke in this format once before, years

10  ago, in the Major League Soccer litigation.  So I

11  know you are generally familiar with the

12  deposition process.  I'd just like to remind you

13  of a couple of things -- both of us -- remind

14  both of us of a couple of things.

15       First, there is a court reporter, Megan,

16  here, and she is taking down each of our

17  statements, so it is best if we not speak over

18  one another.  And I know you are very gracious

19  about that.

20       Second, you have very experienced counsel

21  here as well who may object to one or more of my

22  questions, perhaps even meritoriously, but you

23  can answer those regardless, in the absence of an

24  instruction not to answer.

6

1          All good?

2      A.  Fine.

3      Q.  Are you, Mr. Kraft, taking any medication

4  today that would, to your knowledge, impair your

5  ability to testify or your recollection?

6      A.  If I say yes, can I leave?

7          (Laughter.)

8      A.  No.

9      Q.  Okay.  Is there any reason that you

10  cannot give your best truthful testimony here

11  today?

12     A.  No.

13     Q.  Thank you.

14         You're currently the principal owner of

15  the New England Patriots team of the National

16  Football League.  Correct?

17     A.  Yes.

18     Q.  And you acquired ownership in or about

19  1994.  Is that right?

20     A.  Yes.

21     Q.  And as an NFL owner, you currently serve

22  as chair of the league's media committee.

23  Correct?

24     A.  Yes.

7

1     Q.  Is it fair to say that the function of

2  the media committee is to advise the commissioner

3  on the negotiation of television rights?

4     A.  Well, we are partners in that.  We work

5  with the commissioner to do what is in the best

6  interest of the NFL and our fan base.

7     Q.  And does that principally revolve around

8  the negotiation of television rights, or are

9  there other functions of the media committee?

10          MR. KILARU:  Object to the form.

11          THE WITNESS:  Pardon me?

12          MR. KILARU:  Just made an objection, but

13  you can go ahead.

14          THE WITNESS:  I didn't hear what you --

15          MR. KILARU:  I just said, "Object to the

16  form of the question," but you can go ahead.

17     A.  Yes.

18  BY MR. MARTIN:

19     Q.  Was the media committee previously called

20  the broadcast committee, or the broadcast and

21  television committee?

22     A.  I honestly don't remember.  I don't pay

23  attention to the name of the committee.

24     Q.  Okay.  Regardless of the nomenclature,

8

1  when did you become chair of the media committee,

2  as best you recall?

3      A.  I am not sure.  Somewhere between -- I

4  think close to 20 years ago, but I am not --

5  whether it is 15, 18, 20, I don't know.

6      Q.  Were you a member --

7      A.  Do you know?

8      Q.  I don't, sir.

9      A.  Okay.

10     Q.  Do you know when you first became a

11  member of the media committee or its predecessor?

12     A.  I think it was pretty early on, almost as

13  soon as I became -- shortly after I became an

14  owner.  We had owned the local affiliate -- CBS

15  affiliate in this market, so I had a little

16  experience in dealing in media.

17     Q.  As a consequence of your experience

18  dealing in media, were you asked to become a

19  member of the media committee?

20     A.  I believe so.

21     Q.  In connection with your own role on the

22  media committee, you have been involved in

23  negotiations of agreements concerning the sale of

24  television rights.  Correct?

9

1        A.   Can you speak a little louder?

2        Q.   Sure.

3            In connection with your role on the media

4   committee, have you been involved in negotiations

5   of agreements concerning --

6        A.   Yes.

7        Q.   -- the sale of television rights?

8        A.   Yes.

9        Q.   And you are personally acquainted with a

10  number of persons in the broadcasting industry

11  based upon your interactions over the years.  Is

12  that fair to say?

13       A.   Yes.

14       Q.   You have had meetings with

15  representatives of the broadcast networks to

16  discuss proposed terms of contracts for the sale

17  of NFL television rights.  Is that fair to say?

18       A.   Yes.

19       Q.   Do you recall when you first started

20  being involved in those negotiations?

21       A.   No.  We just covered that.  I said it was

22  when I came into the league.

23       Q.   From the outset of your tenure?

24       A.   Yes.











27

1









41

1   that.

2          THE WITNESS:   We'll just try to talk

3   quicker.

4          (Laughter.)

5   BY MR. MARTIN:

6          

42

1   ████████████████████

████████████████

███████████████████████████████████

4          THE WITNESS:  Are we done with this one?

5          MR. MARTIN:  You are done with that one,

6   sir.

7          (Exhibit 3, Email dated 3-8-13, Bates number

8          NFL_0375867 through 375868, marked for

9          identification.)

10  BY MR. MARTIN:

11     Q.  Mr. Kraft, you have been handed a

12  document marked as Kraft Exhibit 3.  It is an

13  email string, and it is Bates numbered at the

14  bottom NFL 0375867.

15         Take as long as you like to look at the

16  document.

17         (Pause.)

18     Q.  Are you finished, Mr. Kraft?

19             ████████████████████████████████

████████████████████████████████████

████████████████████████████████

████████████████████████

███████████████████████████████

███████████████████████████████







62

ATTACH TO DEPOSITION OF:  ROBERT K. KRAFT

CASE:  IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

DATE TAKEN:  06/23/2022

ERRATA SHEET


PAGE     LINE     CHANGE          REASON


_____

_____

_____

_____

_____

_____

_____

        I have read the foregoing transcript of

my deposition and except for any corrections or

changes noted above, I hereby subscribe to the

transcript as an accurate record of the statements

made by me.

        Executed this \_\_\_\_ day of

_____, 20\_\_.



        _____
                  ROBERT K. KRAFT

63

1                          CERTIFICATE

2    Commonwealth of Massachusetts

3    Suffolk, ss.

4

5            I, Megan M. Castro, Registered

6    Professional Reporter and Notary Public in and for

7    the Commonwealth of Massachusetts, do hereby

8    certify:

9            That ROBERT K. KRAFT, the witness whose

10   deposition is hereinbefore set forth, was duly

11   sworn by me and that such deposition is a true

12   record of the testimony given by the said witness.

13           IN WITNESS WHEREOF, I have hereunto set

14   my hand on June 27, 2022.

15

16

17               Megan M. Castro
             Registered Professional Reporter
          Certified Shorthand Reporter No. 152614

18
     My Commission expires:
19   July 22, 2027

20

21

22

23

24