# EXHIBIT 12

# To the Declaration of Ian Gore

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1

2   UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA
3   - - - - - - - - - - - - - - - - - - - - - -x
    IN  RE:  NATIONAL  FOOTBALL  LEAGUE'S  "SUNDAY
4   TICKET" ANTITRUST LITIGATION

5                              Plaintiffs,

6   Civil Action No.:  2:15-ml-02668-PSG(JEMx)

7

8

9   - - - - - - - - - - - - - - - - - - - - -x

10     REALTIME VIDEO-RECORDED DEPOSITION

11                   OF

12            ROGER GOODELL

13      TAKEN ON:  June 16th, 2022

14  - - - - - - -- - - - - - - - - - - - - - -x

15

16

17

18

19

20

21

22

23

24

25

2

1

2                        I N D E X

3    WITNESS              EXAMINATION BY        PAGE

4    ROGER GOODELL      NED DIVER                 9

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1
 2                    MARKED FOR IDENTIFICATION
 3     EXHIBIT              DESCRIPTION            PAGE
 4     Exhibit 1            a document             16
 5
 6     Exhibit 2            PowerPoint             23
 7                          presentation
 8
 9     Exhibit 3            a document             58
10
11     Exhibit 4            a document             62
12
13     Exhibit 5            a document             62
14
15     Exhibit 6            Articles               73
16
17     Exhibit 7            a letter               81
18
19     Exhibit 8            Excerpt                84
20
21     Exhibit B            a document             86
22
23     Exhibit 9            a folder               87
24
25
```

4

1

2                    MARKED FOR IDENTIFICATION

3      EXHIBIT              DESCRIPTION              PAGE

4      Exhibit 10           minutes                 97

5

6      Exhibit 11           PowerPoint              103

7

8      Exhibit 12           memorandum              108

9

10     Exhibit 13           a draft                 114

11

12     Exhibit 14           documents               133

13

14     Exhibit 15           document                139

15

16     Exhibit 16           Broadcasting            142

17                          Committee New Member

18                          Briefing Materials`

19

20     Exhibit 17           data sheet              151

21

22     Exhibit 18           document                154

23

24

25

5

1

2              MARKED FOR IDENTIFICATION

3    EXHIBIT              DESCRIPTION              PAGE

4    Exhibit 19           an email chain          157

5

6    Exhibit 20           a document              164

7

8    Exhibit 21           chart                   167

9

10   Exhibit 22           a document              172

11

12   Exhibit 23           a document              175

13

14   Exhibit 24           a letter                180

15

16   Exhibit 25           chart                   184

17

18   Exhibit 26           slide deck              189

19

20   Exhibit 27           NFL ST Approach         195

21                        Framework

22

23   Exhibit 28           document                199

24

25

```
                                                                  6
 1

 2                    MARKED FOR IDENTIFICATION

 3    EXHIBIT            DESCRIPTION              PAGE

 4    Exhibit 29        an email                  200

 5

 6    Exhibit 30        an email                  202

 7

 8    Exhibit 31        an email                  207

 9

10    Exhibit 32        an email                  210

11

12    Exhibit 33        506sports.com            222

13

14    Exhibit 34        a document               237

15

16    Exhibit 35        a document               241

17

18    Exhibit 36        a folder                 244

19

20

21

22

23

24

25
```

7

1

2    *********************************************

3    REALTIME  VIDEO-RECORDED  DEPOSITION  of  ROGER

4    GOODELL, held  on  June  16th,  2022,  at  9:09

5    a.m., at Convington  &  Burling  LLP,  The  New

6    York Times Building,  620  Eighth  Avenue,  New

7    York, New York 10018  was  reported  by  AMBRIA

8    IANAZZI, a  Registered  Professional  Reporter,

9    Certified  Realtime  Reporter,  and  Certified

10   Shorthand Reporter.

11   *********************************************

12

13

14

15

16

17

18

19

20

21

22

23

24

25

8

1              A P P E A R A N C E S:

2    COVINGTON & BURLING
            Attorneys for Plaintiff
3           620 Eighth Avenue, 43rd Floor
            New York, New York

4

5    BY:  DEREK LUDWIN, ESQ.
            dludwin@cov.com

6

7    WILKINSON STEKLOFF
            Attorneys for Defendant
8           2001 M Street, NW, 10th Floor
            Washington D.C., 20036

9

10   BY:  RAKESH N. KILARU, ESQ.
            rkilaru@wilkinsonstelloff.com

11

12   NATIONAL FOOTBALL LEAGUE
            Counsel for Plaintiff
13          345 Park Avenue
            New York, New York 10154

14

15   BY:  JANET NOVA, ESQ.
            janet.nova@nfl.com

16

17   LANGER GROGAN & DIVER
            Counsel for Plaintiff
18          1717 Arch Street, Suite 4130
            Philadelphia, Pennsylvania 19103

19

20    BY:   NED DIVER, ESQ.
            KEVIN TRAINER, ESQ.

21

22   ERIC FISCHER, Videographer

23

24

25

9

```
 1                    R. GOODELL

 2   EXAMINATION BY

 3   NED DIVER:

 4              THE VIDEOGRAPHER:  We are now on

 5    the record.  This begins video Media Unit

 6    Number 1 in the deposition of Roger Goodell

 7    in the matter of the NFL Sunday Ticket

 8    Antitrust Litigation filed in the United

 9    States District Court Central District of

10    California number 2:15-ml-0268-PSG.

11              Today is Thursday June 16, 2022,

12    and the video time is 9:08 a.m.  This

13    deposition is being taken at 620 8th Avenue

14    New York, New York at the request of

15    Convington & Burling LLP.

16              The videographer is Eric Fisher of

17    Lexitas Legal Services.  The court reporter

18    is Ambria Ianazzi of Lexitas Legal Services.

19              All counsel and people in the room

20    have been noted for the stenographic record.

21              Will the court reporter please

22    swear in the Witness.

23              THE WITNESS:  Yes, I do.

24

25
```

1                          R. GOODELL

2                          - o 0 o -

3                R O G E R   G O O D E L L,

4        having been first duly sworn by a Notary

5    Public of the State of New York was examined and

6                       testified herein:

7                          - o 0 o -

8        BY MR. DIVER:

9                Q.    Good morning, Mr. Goodell.

10       Basic introductory questions; have you been

11       deposed before?

12               A.    Yes.

13               Q.    About how many times?

14               A.    I have no idea.

15               Q.    Many?

16               A.    Many.

17               Q.    And in your capacity as

18       commissioner or in other capacities as well?

19               A.    Other capacities as well.

20               Q.    All was in relationship with the

21       National Football League?

22               A.    I don't recall specifically.

23       I -- probably.

24               Q.    Probably?  So you understand

25       that you're under oath and that that oath

11

```
 1                    R. GOODELL

 2   carries the same weight it would in a court

 3   of law?

 4        A.    Mm-hm.  Yes, I do.

 5        Q.    And you understand that -- that

 6   while your attorneys are likely to make many

 7   objections today, for the most part that

 8   doesn't change the fact that you've got to

 9   answer the question?

10        A.    Yes.

11        Q.    Unless you're instructed not to?

12   Okay.

13             I have a tendency to speak

14   quietly sometimes.  I will try not to, but

15   if you need me to repeat my questions,

16   please don't hesitate to ask and also if you

17   need to take a break at any time, don't

18   hesitate to ask for that to.

19             Let's start.  What is your

20   educational background, starting in college?

21        A.    I went to Washington and

22   Jefferson College.

23          THE REPORTER:  You went to where?

24        A.    Washington and Jefferson

25   College.
```

12

                              R. GOODELL

1

2    BY MR. DIVER:

3           Q.    And what did you study there?

4           A.    Economics and business.

5           Q.    Did you ever get an MBA or any

6    further degree?

7           A.    I did not.

8           Q.    You never studied law?

9           A.    Nope, proud to say.

10          Q.    And you're not an economist,

11   you're somebody who studied economics as a

12   college student?

13          A.    I majored in economics.

14          Q.    And majored in economics?

15                Now, the story of your obtaining

16   a job with the NFL is legend, but did you

17   have any job before joining the National

18   Football League or a team thereof?

19          A.    Yes.

20          Q.    What did you do?

21          A.    I assume you're referring to

22   once I graduated from college or you're

23   talking about pre-college?

24          Q.    Right, yeah once you graduated

25   from college?

169

1







188



189

1



190

1





192

1





194

1



195

1







250

1

2        MR. KILARU:  All right.  Nothing

3  from us.

4        THE VIDEOGRAPHER:  The time now is

5  2:25 p.m., we're going off record.  This

6  ends Media Unit 5.  This concludes today's

7  testimony.

8              -o0o-

9     (Whereupon,  the  examination  of  ROGER

10      GOODELL was concluded at 7:19 p.m.)

11

12

13      _____

14           ROGER GOODELL

15

16

17

18

19

20

21

22

23

24

25

251

```
 1                    C E R T I F I C A T E
 2              I, AMBRIA IANAZZI, a Registered
 3   Professional Reporter, Certified Realtime
 4   Reporter, New York Association Certified Reporter,
 5   New York Realtime Certified Reporter, Certified
 6   Shorthand Reporter and Notary Public in New York
 7   do hereby certify:
 8                  That ROGER GOODELL whose examination
 9   is hereinbefore set forth, was duly sworn, and
10   that such examination is a true record of the
11   testimony given by ROGER GOODELL.
12                  I further certify that I am not
13   related to any of the parties to this action by
14   blood or marriage; and that I am in no way
15   interested in the outcome of this matter.
16
17         In   witness   whereof,   I   have   hereunto   set
18      my hand this 23rd day of June, 2022.
19
20
21                    _____
22              AMBRIA IANAZZI, RPR, CRR, CSR
23
24
25
```