**FILED**
CLERK, U.S. DISTRICT COURT

8/22/22

CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 629

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[~~PROPOSED~~] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: December 16, 2022<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Ian Gore in Support of Plaintiffs' Application to File Documents Under Seal.
2. The unredacted version of the Memorandum in Support of Plaintiffs' Motion for Class Certification.
3. The unredacted version of the Declaration of Sarah Butler in Support of Plaintiffs' Motion for Class Certification.
4. The Declaration of Doug Zona in Support of Plaintiffs' Motion for Class Certification.
5. The Declaration of Daniel Rascher in Support of Plaintiffs' Motion for Class Certification.
6. Exhibit 1 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.
7. Exhibit 2 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.
8. Exhibit 3 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.
9. Exhibit 4 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.
10. Exhibit 5 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.
11. The unredacted version of Exhibit 6 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

12. The unredacted version of Exhibit 7 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

13. Exhibit 8 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

14. Exhibit 9 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

15. The unredacted version of Exhibit 10 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

16. Exhibit 11 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

17. The unredacted version of Exhibit 12 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

18. Exhibit 13 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

19. Exhibit 14 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

20. Exhibit 15 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

21. Exhibit 16 to the Declaration of Ian Gore in Support of Plaintiffs' Motion for Class Certification.

IT IS SO ORDERED.

Dated: 8/22/22

PHILIP S. GUTIERREZ
United Sates District Judge