OFFICIAL BUSINESS

NIXIE 061 72 1 0208/12/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED



RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 17 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY



FILED
CLERK, U.S. DISTRICT COURT
AUG 22 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

PSG

Case: 2:15ml2668   Doc: 592

Roger A Sachar                                              Jr
Morgan and Morgan PC
28 West 44th Street   Suite 2001
New York, NY 10036