**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

NEOPOST
07/29/2022
US POSTAGE $00 1.44⁰

ZIP 90012
041M11461109



FILED
CLERK, U.S. DISTRICT COURT

AUG 22 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PSG

NIXIE 061 7E 1 0208/15/22
RETURN TO SENDER

Case: 2:15ml02668  Doc: 573

Roger A Sachar                                          Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036