UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



NEOPOST         FIRST CLASS MAIL
08/22/2022
US POSTAGE $001.44⁹

ZIP 90012
041M11461109





RECEIVED
CLERK, U.S. DISTRICT COURT
SEP - 6 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY



FILED
CLERK, U.S. DISTRICT COURT
SEP - 7 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY



NIXIE         061    7E  1

RETURN TO SENDER

0208/30/22

Case: 2:15ml2668   Doc: 623

Roger A Sachar                                          Jr
Morgan and Morgan PC
28 West 44th Street   Suite 2001
New York, NY 10036