MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100/Fax: (310) 789-3150

SCOTT MARTIN (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100/ Fax: (212) 202-4322

HOWARD LANGER (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660/ Fax: (215) 320-5703

[Additional Counsel listed in Signature Page]

*Plaintiffs' Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 2:15-ml-02668−PSG (JEMx) <br><br> **CORRECTIONS TO THE EXPERT REPORTS OF DANIEL A. RASCHER, J. DOUGLAS ZONA, AND SARAH BUTLER** <br><br> JUDGE: Hon. Philip S. Gutierrez <br> DATE: December 16, 2022 <br> TIME: 1:30 p.m. <br> COURTROOM: <br>　　First Street Courthouse <br> 350 West 1st Street <br> Courtroom 6A <br> Los Angeles, CA 90012 |

Plaintiffs, by and through their attorneys, hereby provide corrections to the expert reports of Daniel A. Rascher, J. Douglas Zona, and Sarah Butler, along with a brief description of the reason for each correction, attached hereto as Exhibits A, B, and C, respectively. Plaintiffs filed these expert reports in connection with their Motion for Class Certification, filed August 19, 2022. *See* Dkt. Nos. 630-2, 630-3, 630-4.

Dated: September 16, 2022          Respectfully submitted,

By:   /s/ *Ian Gore*
         Ian Gore

      Marc M. Seltzer (54534)
      mseltzer@susmangodfrey.com
      SUSMAN GODFREY L.L.P.
      1900 Avenue of the Stars, Suite 1400
      Los Angeles, CA 90067
      Tel: (310) 789-3100
      Fax: (310) 789-3150

      Arun Subramanian (*Pro Hac Vice*)
      asubramanian@susmangodfrey.com
      William C. Carmody (*Pro Hac Vice*)
      bcarmody@susmangodfrey.com
      Seth Ard (*Pro Hac Vice*)
      sard@susmangodfrey.com
      Tyler Finn (*Pro Hac Vice*)
      tfinn@susmangodfrey.com
      SUSMAN GODFREY L.L.P
      1301 Avenue of the Americas, 32nd Fl.
      New York, NY 10019
      Tel: (212) 336-8330
      Fax: (212) 336-8340

      Ian M. Gore (*Pro Hac Vice*)
      igore@susmangodfrey.com
      SUSMAN GODFREY L.L.P.
      1201 Third Avenue, Suite 3800
      Seattle, WA 98101
      Tel: (206) 505-3841
      Fax: (206) 516-3883

      Armstead Lewis (*Pro Hac Vice*)
      alewis@susmangodfrey.com
      SUSMAN GODFREY L.L.P.

1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

*Plaintiffs' Co-Lead Counsel*

# EXHIBIT A
# RASCHER ERRATA SHEET

| Paragraph(s) | From | To | Reason |
|---|---|---|---|
| 34 n.14 | Certiorari to the United States Court of Appeals for the Seventh Circuit, American Needle, Inc. v. National Football League et. al., p. 2. | American Needle, Inc. v. National Football League, 560 U.S. 183, 196 (2010) | clarify the record |
| 34 n.15 | Certiorari to the United States Court of Appeals for the Seventh Circuit, American Needle, Inc. v. National Football League et. al., p. 2. | *Id.* | clarify the record |
| 44 | who each a paid | who each paid | typographical error |
| 67 | through a different form a distribution | through a different form of distribution | typographical error |
| 70 n.71 | Certiorari to the United States Court of Appeals for the Seventh Circuit, | American Needle, Inc. v. National Football League, | clarify the record |

|  |  |  |  |
|---|---|---|---|
|  | American Needle, Inc. v. National Football League et. al., p. 2. | 560 U.S. 183, 196 (2010) |  |
| 89 | the Sunday Night Football | the Sunday Night Football package | typographical error |
| 89 Ex.2 | NFL Licensing Revenue (NFL Sunday Ticket) | NFL Licensing Revenue (NFL Sunday Ticket) (in millions) | clarify the record |
| 100 | decline in viewership | decline in per-game viewership | clarify the record |
| 103 | thereby increasing their value | thereby increasing the value of the OTA contracts | clarify the record |
| 143 | lending evidence to the notion that NFL teams are regional in nature (and not just local) | lending evidence to the notion that NFL teams are not local in nature | clarify the record |
| 155 | or wider | *strike* | typographical error |
| 158 | The same is true for the USFL case – after a full trial, college football was not found to participate in the | The same is true for the USFL case – after a full trial, college football was found not to participate in the | typographical error |

4

| | | | | |
|---|---|---|---|---|
| | | market the NFL was found to have monopolized | market the NFL was found to have monopolized | |
| | 174 | Likewise, DirecTV charges the same price for DirecTV everywhere in the United States | Likewise, DirecTV charges the same price for Sunday Ticket everywhere in the United States | typographical error |
| | 186 | participants with market power can maintain that power and continue to earn profits at a level about the competitive level | participants with market power can maintain that power and continue to earn profits above the profits they could earn at a competitive level | clarify the record |
| | 187 | since the AFL more than sixty years ago | since the AFL merged with the NFL more than sixty years ago | clarify the record |
| | 202 | $250 | that has been priced at approximately $250 during the class period | clarify the record |
| | 213 | The bulk of the revenues for NBC came from | The bulk of the revenues for NBC came from | clarify the record |

| | | | |
|---|---|---|---|
| | advertising against the NBC and other cable channel programming | advertising on NBC and the other cable channels (as opposed to the website coverage) | |
| 248 | This analogy | Using college football post-*Board of Regents* as a yardstick for professional football absent the challenged conduct | clarify the record |
| 275 | NFL Sunday Ticket – up to 2 or 3 times higher in recent years | NFL Sunday Ticket, which is up to 2 or 3 times higher in recent years | typographical error |
| 277 | MLB and NFL NBA OOM | MLB and NBA OOM | typographical error |
| 284 | would have been about lower than the current price | would have been lower than the current price | typographical error |
| 286(a) | this restriction on output | the Challenged Conduct | clarify the record |
| 288 | estimate is precise | estimates are precise | typographical error |

# EXHIBIT B
# ZONA ERRATA SHEET

| Paragraph(s) | From | To | Reason |
|---|---|---|---|
| 10 n.3 | The operative complaint is Consolidated Amended Complaint | The operative complaint is the Second Consolidated Amended Complaint | typographical error |
| 10 n.3 | C.D. Cal. June 24, 2016), Dkt. No. 163 | C.D. Cal. Mar. 23, 2022), Dkt. No. 441 | typographical error |
| 32 | affected by Challenged Conduct | affected by the Challenged Conduct | typographical error |
| 51 | choses | chooses | typographical error |
| 56 | for subscriptions DirecTV has a variety of subscription tiers | for each of its subscription tiers | typographical error |
| 78 | then DirecTV is able attract more | then DirecTV is able to attract more | typographical error |
| 94 | As with the earlier logsum ("aalogsum"), this "tplogsum" captures how consumers value better choices | As with the earlier logsum ("aalogsum"), this "tplogsum" captures how consumers value better choices | clarify the record |

| | | | | |
|---|---|---|---|---|
| | | and/or a lower The next subsection describes how tplogsum feeds into the Package nest, along with aalogsum from the previous section | and/or a lower package price. The next subsection describes how tplogsum feeds into the Package nest, along with aalogsum from the previous section. | |
| | 111 | question 178 | question 17 | typographical error |
| | 112 | An estimate of this parameter comes from regressing the share changes associated with each of the six price variations on those price variations. | An estimate of this parameter comes from regressing the share changes associated with each of the three price variations on those price variations. | clarify the record |
| | 113 | which is is statistically significant | which is statistically significant | typographical error |
| | 113 n.61 | [-0.2637, -01429] | [-0.2637, -0.1429] | typographical error |

8

# EXHIBIT C
# BUTLER ERRATA SHEET

| Paragraph(s) | From | To | Reason |
|---|---|---|---|
| 7 n.1 | dated June 24, 2016 | dated March 23, 2022), Dkt. No. 441 | clarify the record |
| 12 | ---- | *to end of paragraph, add* <Plaintiffs amended their complaint on March 23, 2022.> | clarify the record |
| 25 n.22 | NFL_00138-164 at 139 | 00138, at -139 | typographical error |
| 25 n.23 | NFL_00138-164 at 141 | 00138, at -141 | typographical error |
| 25 n.24 | NFL_00138-164 at 140 | 00138, at -140 | typographical error |
| 25 n.25 | NFL_00138-00164 at 144-145 | 00138, at -144-45 | typographical error |
| 26 n.26 | NFL_00138-00164 at 144 | 00138, at -144 | typographical error |
| 26 n.27 | NFL_00138-00164 at 1450-53 | 00138, at -150-53 | typographical error |
| 26 n.28 | NFL_00138-00164 at 156 | 00138, at -156 | typographical error |
| 26 n.28 | NFL_00138-00164 at 146 | 00138, at -146 | typographical error |

| | | | |
|---|---|---|---|
| 35 | was appropriate | were appropriate | typographical error |
| 50 | 13:17-13-21 | 13:17-13:21 | typographical error |
| 71 | or 11+ hours, | or 11+ hours. | typographical error |

Dated: September 16, 2022

Respectfully submitted,

By: _/s/ Ian Gore_
    Ian Gore

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Armstead Lewis (*Pro Hac Vice*)
alewis@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

*Plaintiffs' Co-Lead Counsel*

I, Ian Gore, attorney at Susman Godfrey LLP, hereby certify that, on September 16, 2022, I caused the foregoing Corrections to the Expert Reports of Daniel A. Rascher, J. Douglas Zona, and Sarah Butler to be served via email delivery on the following counsel:

Gregg H. Levy
glevy@cov.com
Derek Ludwin
dludwin@cov.com
COVINGTON & BURLING LLP
850 Tenth Street NW One City Center
Washington, DC 20001-4956
Tel: (202) 662-6000
Fax: (202) 662-6804

Neema Trivedi Sahni
nsahni@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel: (424) 332-4800
Fax: (424) 332-4782

Beth A. Wilkinson
bwilkinson@wilkinsonstekloff.com
Brian L. Stekloff
bstekloff@wilkinsonstekloff.com
Rakesh Kilaru
rkilaru@wilkinsonstekloff.com
Max Warren
mwarren@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005

Jeremy S. Barber
jbarber@wilkinsonstekloff.com

WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, NY 10036
Tel: (212) 294-8910
Fax: (202) 847-4005

*Counsel for Defendants National Football League, Inc., NFL Enterprises LLC, and the Individual NFL Clubs*

Executed on September 16, 2022.

By: */s/ Ian Gore*
Ian Gore