**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**


FILED
CLERK, U.S. DISTRICT COURT
SEP 22 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY


NEOPOST
07/29/2022
US POSTAGE $001.44⁰

7208/11/22
910 7E 1
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299       2347N223160-02166
NIXIE


RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 15 2022
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY


FILED
CLERK, U.S. DISTRICT COURT
AUG 17 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY



Case: 2:15ml02668   Doc: 573



Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
444 West Ocean Boulevard   Suite 1700
Long Beach, CA 90802