**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



NIXIE        910  72  1           7208/11/22
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 90012333299      2347N223160-02162

FILED
CLERK, U.S. DISTRICT COURT
SEP 22 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NEOPOST
07/29/2022
US POSTAGE $001.68



FILED
CLERK, U.S. DISTRICT COURT
AUG 17 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 15 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



Case: 2:15ml2668  Doc: 575



Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
444 West Ocean Boulevard   Suite 1700
Long Beach, CA 90802