Beth Wilkinson (admitted *pro hac vice*)
Brian Stekloff (admitted *pro hac vice*)
Rakesh Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

*Counsel for Defendants National
Football League, NFL Enterprises LLC,
and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION,

_____

THIS DOCUMENT RELATES TO: ALL ACTIONS.

Case No. 2:15-ml-02668-PSG (JEMx)

**STIPULATION REGARDING MODIFICATIONS TO SCHEDULING ORDER**

Judge: Hon. Philip S. Gutierrez

Trial Date: 2/22/2024

WHEREAS, on August 19, 2022, Plaintiffs filed a motion for certification of a Commercial Class and a Residential Class pursuant to Rule 23 of the Federal Rules of Civil Procedure (Dkt. 628), along with the declarations of Sarah Butler (Dkt. 633-2), J. Douglas Zona (Dkt. 633-3), and Daniel A. Rascher (Dkt. 633-4);

WHEREAS, the NFL Defendants' opposition to Plaintiffs' motion for class certification and accompanying expert reports are due on November 4, 2022, and Plaintiffs' reply brief and accompanying rebuttal expert reports are due on December 2, 2022 (*see* Dkt. 434, at 5);

WHEREAS, the NFL Defendants anticipate filing motions pursuant to Rule 702 of the Federal Rules of Civil Procedure and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), to exclude one or more of the opinions of Sarah Butler, J. Douglas Zona, and Daniel A. Rascher;

WHEREAS, Plaintiffs reserve the right to file motions pursuant to Rule 702 of the Federal Rules of Civil Procedure and *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993), to exclude one or more of the opinions of any expert report submitted on behalf of the NFL Defendants in opposition to Plaintiffs' motion for class certification;

WHEREAS, the parties will meet and confer regarding the substance of any motions to exclude at least seven (7) days prior to the filing of any such motion, as required by Local Rule 7-3;

WHEREAS, the parties agree to establish a briefing schedule in connection with the motions to exclude, in the event that the meet-and-confers do not resolve the issues;

WHEREAS, the current briefing and hearing schedule poses the risks that (a) Plaintiffs' oppositions to the NFL Defendants' *Daubert* motions would likely be due on November 25, 2022, the day after the Thanksgiving holiday; and (b) any *Daubert* motion filed by Plaintiffs may have to be heard after the currently scheduled hearing on class certification;

1

WHEREAS, the parties agree, subject to the Court's approval, that the current scheduling order should be modified to (a) permit the hearing date for any motion to exclude to be set for the same date as the hearing on Plaintiffs' motion for class certification and (b) allow sufficient time for expert discovery as a result of any delay in the resolution of Plaintiffs' motion for class certification.  As shown in the chart below, the parties' proposed changes to the schedule do not affect the timing for summary judgment briefing or any subsequent deadlines already set by the Court;

WHEREAS, expert rebuttal reports are solely to be used "'to contradict or rebut evidence on the same subject matter identified by another party' in an expert report." *See, e.g.*, *Plumley v. Mockett*, 836 F. Supp. 2d 1053, 1065 (C.D. Cal. 2010) (quoting Fed. R. Civ. P. 26(a)(2)(C)(ii)).  Without prejudice to any other remedies that may be available to the NFL Defendants, Plaintiffs agree to make their experts available for an additional deposition after any rebuttal expert reports are served, should their experts' rebuttal reports set forth new opinions or methodologies.  *See In re TFT-LCD (Flat Panel) Antitrust Litig., 2014 WL 12639392 (N.D. Cal. Dec. 10, 2014)* (finding additional deposition justified, in part, because of "significant amount of new material" in expert's reply report);

WHEREAS, the parties agree to meet and confer in good faith after Plaintiffs' rebuttal reports are served regarding whether any additional depositions are appropriate.  The parties agree that if they are unable to resolve any dispute as to whether additional depositions are appropriate, they may request an informal conference with the Court to resolve those disputes;

WHEREAS, in light of the parties' agreement to modify the deadlines for merits expert discovery, the parties agree that Plaintiffs may supplement their opening merits experts reports if documents related to ECF 645 are produced after December 30, 2022, rather than December 9, 2022 as previously reflected in ECF 643;

2

NOW, therefore, the parties hereby stipulate, subject to the Court's approval, to the schedule set forth below:

| Event | Current | Proposed |
|---|---|---|
| NFL's Opposition on Class Certification | 11/4/22 | No change |
| NFL *Daubert* Motions | N/A | 11/4/22 |
| Plaintiffs' Reply Brief on Class Certification | 12/2/22 | No change |
| Plaintiffs' Opposition to NFL *Daubert* Motions | N/A | 12/2/22 |
| Plaintiffs' *Daubert* Motions | N/A | 12/2/22 |
| NFL Reply Briefs on *Daubert* Motions | N/A | 12/16/22 |
| NFL Opposition to Plaintiffs' *Daubert* Motions | N/A | 12/16/22 |
| Plaintiffs' Reply Briefs on *Daubert* Motions | N/A | 12/30/22 |
| Hearing on Class Certification and *Daubert* Motions | 12/16/22 | 1/13/23 |
| Plaintiffs Serve Opening Merits Expert Reports | 1/6/23 | 1/27/23 |
| Deadline for NFL to Serve Responsive Merits Expert Reports | 3/17/23 | 4/7/23 |
| Plaintiffs to Serve Rebuttal Merits Expert Reports | 5/5/23 | 5/19/23 |
| Close of Expert Discovery | 6/2/23 | 6/9/23 |
| Summary Judgment Motions | 7/21/23 | No change |
| Summary Judgment Oppositions | 8/21/23 | No change |
| Summary Judgment Reply Briefs | 9/22/23 | No change |
| Summary Judgment Hearing Date | 10/27/23 | No change |
| Final Pretrial Conference | 2/9/24 | No change |
| Trial | 2/22/24 | No change |

3

1

Dated:  September 27, 2022

2

By:  */s/ Beth A. Wilkinson*

3      Beth A. Wilkinson (admitted *pro hac vice*)
       Brian L. Stekloff (admitted *pro hac vice*)

4      Rakesh N. Kilaru (admitted *pro hac vice*)
       Jeremy S. Barber (admitted *pro hac vice*)

5      **WILKINSON STEKLOFF LLP**
       2001 M Street NW, 10th Floor

6      Washington, DC 20036
       Telephone: (202) 847-4000

7      Facsimile: (202) 847-4005
       bwilkinson@wilkinsonstekloff.com

8      bstekloff@wilkinsonstekloff.com
       rkilaru@wilkinsonstekloff.com

9      jbarber@wilkinsonstekloff.com

10     Neema T. Sahni (Bar No. 274240)
       **COVINGTON & BURLING LLP**

11     1999 Avenue of the Stars
       Suite 1500

12     Los Angeles, CA 90067-6045
       Telephone: (424) 332-4800

13     Facsimile: (424) 332-4749
       nsahni@cov.com

14
       Gregg H. Levy (admitted *pro hac vice*)

15     Derek Ludwin (admitted *pro hac vice*)
       **COVINGTON & BURLING LLP**

16     One CityCenter
       850 Tenth Street NW

17     Washington, DC 20001
       Telephone: (202) 662-6000

18     Facsimile: (202) 662-6291
       glevy@cov.com

19     dludwin@cov.com

20     *Counsel for Defendants National Football*
       *League, NFL Enterprises LLC, and the*

21     *Individual NFL Clubs*

22
       By:  */s/ Ian M. Gore*

23     IAN M. GORE
       igore@susmangodfrey.com

24     SUSMAN GODFREY LLP
       1201 Third Avenue, Suite 3800

25     Seattle, WA 98101
       Tel: (206) 505-3841/Fax: (206) 516-3883

26

27     MARC M. SELTZER (54534)
       mseltzer@susmangodfrey.com

28     SUSMAN GODFREY L.L.P.

4

1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
WILLIAM CHRISTOPHER CARMODY
bcarmody@susmangodfrey.com
SETH ARD
sard@susmangodfrey.com
TYLER FINN
tfinn@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019
Tel: (212) 336-8330/ Fax: (212) 336-8340

MICHAEL D. HAUSFELD
mhausfeld@hausfeld.com
HAUSFELD LLP
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200/Fax: (202) 540-7201

MICHAEL P. LEHMANN
mlehmann@hausfeld.com
BONNY E. SWEENY
bsweeney@hausfeld.com
CHRISTOPHER L. LEBSOCK
clebsock@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111

5

1  Tel: (415) 633-1908/Fax: (415) 358-4980

2  *Attorneys for Plaintiffs' Co-Lead Counsel*

3  *All signatories listed, and on whose behalf the filing is submitted, concur in the*
4  *filing's content and have authorized the filing.*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6