1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER REGARDING MODIFICATIONS TO SCHEDULING ORDER** |

1

Having considered the parties' Stipulation Regarding Modifications to Scheduling Order and finding good cause therein, the Court ORDERS that the schedule be adjusted as set forth below:

| Event | Current | Proposed |
|---|---|---|
| NFL's Opposition on Class Certification | 11/4/22 | No change |
| NFL *Daubert* Motions | N/A | 11/4/22 |
| Plaintiffs' Reply Brief on Class Certification | 12/2/22 | No change |
| Plaintiffs' Opposition to NFL *Daubert* Motions | N/A | 12/2/22 |
| Plaintiffs' *Daubert* Motions | N/A | 12/2/22 |
| NFL Reply Briefs on *Daubert* Motions | N/A | 12/16/22 |
| NFL Opposition to Plaintiffs' *Daubert* Motions | N/A | 12/16/22 |
| Plaintiffs' Reply Briefs on *Daubert* Motions | N/A | 12/30/22 |
| Hearing on Class Certification and *Daubert* Motions | 12/16/22 | 1/13/23 |
| Plaintiffs Serve Opening Merits Expert Reports | 1/6/23 | 1/27/23 |
| Deadline for NFL to Serve Responsive Merits Expert Reports | 3/17/23 | 4/7/23 |
| Plaintiffs to Serve Rebuttal Merits Expert Reports | 5/5/23 | 5/19/23 |
| Close of Expert Discovery | 6/2/23 | 6/9/23 |
| Summary Judgment Motions | 7/21/23 | No change |
| Summary Judgment Oppositions | 8/21/23 | No change |
| Summary Judgment Reply Briefs | 9/22/23 | No change |
| Summary Judgment Hearing Date | 10/27/23 | No change |
| Final Pretrial Conference | 2/9/24 | No change |
| Trial | 2/22/24 | No change |

1        IT IS HEREBY FURTHER ORDERED that, if, after meeting and conferring,

2    the parties are unable to resolve any dispute regarding whether the NFL Defendants

3    are entitled to conduct additional depositions of Plaintiffs' experts following service

4    of their rebuttal or supplemental reports, the NFL Defendants may request an

5    informal conference with the Court to resolve those disputes.

6

7

8                                             IT IS SO ORDERED.

9

10   Dated: _____

11                                            PHILIP S. GUTIERREZ
                                         Chief United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28