<mark>Case 2:15-ml-02668-PSG-SK Document 650 Filed 09/26/22 Page 1 of 8 Page ID #:14842</mark>



Case: 2:15ml2668  Doc: 645

Roger A Sachar                                              Jr
Morgan and Morgan PC
28 West 44th Street   Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<34555810@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion to Compel Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/12/2022 at 10:32 AM PDT and filed on 9/12/2022

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-JEM |
| **Filer:** | |
| **Document Number:** | 645 |

**Docket Text:**
**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS by Magistrate Judge John E. McDermott: Granting [536] Motion to Compel. IT IS ORDERED that, within forty-five (45) days of the date on which the NFL reaches an agreement for the future rights to NFL Sunday Ticket, the NFL shall produce documents responsive to Plaintiffs' Request for Production 112. This production shall comprise documents dating from April 4, 2022 to the date on which an agreement is reached collected from the custodians agreed-upon by the parties using the electronic search terms agreed-upon by the parties. The NFL shall also make a witness available for deposition to provide testimony, on behalf of the NFL pursuant to Federal Rule of Civil Procedure 30(b)(6), on a topic to be agreed upon by the parties. (es)**

**2:15-ml-02668-PSG-JEM Notice has been electronically mailed to:**
Robert S Kitchenoff    kitchenoff@wka-law.com
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Craig W Hillwig    chillwig@kohnswift.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com

Gregory E Woodard    gwoodard@lwwllp.com, gw@woodardlegal.com
Tyler M. Finn    ehenke@susmangodfrey.com, tfinn@susmangodfrey.com
Peter Leckman    pleckman@langergrogan.com
Brian C Gudmundson    brian.gudmundson@zimmreed.com
Jonathan M. Jagher    jjagher@fklmlaw.com
Scott Allan Martin    smartin@hausfeld.com
Natasha Naraghi Serino    natashaserino@amslawoffice.com, joanbennett@amslawoffice.com
Marc H Edelson    medelson@edelson-law.com
Max J. Warren    mwarren@wilkinsonstekloff.com
Neema Trivedi Sahni    jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Shawn M. Larsen    slarsen@larsennaddour.com
Mickel M. Arias    mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli    dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver    ndiver@langergrogan.com
Carl Malmstrom    malmstrom@whafh.com
Thomas A. Zimmerman    tom@attorneyzim.com, firm@attorneyzim.com
Christina H Connolly Sharp    8388361420@filings.docketbird.com, ssandeen@girardsharp.com, avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector    jspector@srkattorneys.com
Caleb Marker    josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, kelly.bourette@zimmreed.com, 5920479420@filings.docketbird.com
Mark S Goldman    goldman@lawgsp.com
Armstead C. Lewis    alewis@susmangodfrey.com
Hart L. Robinovitch    kelly.bourette@zimmreed.com, hlr@zimmreed.com
Carter E. Greenbaum    cgreenbaum@paulweiss.com
John D Radice    jradice@radicelawfirm.com
Alexander M Schack    alexschack@amslawoffice.com
Katrina M Robson    krobson@omm.com, katrina-robson-6207@ecf.pacerpro.com
Marc I Gross    migross@pomlaw.com
Arun Subramanian    asubramanian@susmangodfrey.com, ehenke@susmangodfrey.com, ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com
Stephen R Basser    sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Fred Taylor Isquith    ftisquith@zsz.com
Garrett D Blanchfield    g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge    ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody    esullivan-vasquez@susmangodfrey.com, bcarmody@susmangodfrey.com
James B. Zouras    mortega@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
Gregg H Levy    glevy@cov.com
Eugene A Spector    espector@srkattorneys.com
Thomas H Burt    burt@whafh.com
Sara F Khosroabadi    daniella@kandhlawgroup.com, sara@kandhlawgroup.com
Ian M Gore    ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz    mco.ecf@weil.com, jessie.mishkin@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com

Beth A. Wilkinson   bwilkinson@wilkinsonstekloff.com, sundayticket-associates@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com

Daniel R Karon   bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com

Derek Ludwin   dludwin@cov.com

Brian L. Stekloff   bstekloff@wilkinsonstekloff.com

Brittany DeJong   fileclerk@whafh.com, dejong@whafh.com

Jeffrey S. Goldenberg   svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com

Ramzi Abadou   ramzi.abadou@ksfcounsel.com

Arthur J Burke   arthur.burke@davispolk.com

Gary F Lynch   jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com

Lee Albert   lalbert@glancylaw.com

John E Schmidtlein   john-schmidtlein-5892@ecf.pacerpro.com, jschmidtlein@wc.com

William G Caldes   bcaldes@srkattorneys.com

Robert J Larocca   rlarocca@kohnswift.com

Arnold C Wang   jessica@asstlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com, arnold@asstlawyers.com

Marisa C Livesay   fileclerk@whafh.com, livesay@whafh.com

Jeffrey A. N. Kopczynski   jkopczynski@omm.com

Michael J Boni   mboni@bonizack.com

Amid T Bahadori   atb@bahadorilaw.com

Kevin P. Trainer   ktrainer@langergrogan.com, courtnotices@langergrogan.com, 9263800420@filings.docketbird.com

Jay Cohen   jaycohen@paulweiss.com

Justin Mungai   jmungai@wilkinsonstekloff.com

Ryan F. Stephan   malmeida@stephanzouras.com, kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com, rstephan@stephanzouras.com, ivolquez@stephanzouras.com

Arthur M Murray   aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com, thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com

Rachele R. Byrd   fileclerk@whafh.com, byrd@whafh.com

Mark A Wendorf   m.wendorf@rwblawfirm.com

Christopher P. Ridout   christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com, 5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com

Rakesh N. Kilaru   rkilaru@wilkinsonstekloff.com

Sathya S Gosselin   sgosselin@hausfeld.com

Rosemary M Rivas   2746730420@filings.docketbird.com, rmr@classlawgroup.com

Farhad Mirzadeh   fmirzadeh@hausfeld.com

Daniel J. Mogin   jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com, ngeraci@moginrubin.com, jchatfield@moginrubin.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com

Joshua Branden Swigart   josh@swigartlawgroup.com, 9620439420@filings.docketbird.com

Karen H Riebel   amraak@locklaw.com, atajagbusi@locklaw.com, lgn-khriebel@ecf.courtdrive.com, crjohnson@locklaw.com, khriebel@locklaw.com

Jodie Williams   jwilliams@moginrubin.com

Matthew C De Re   tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com

Lesley E Weaver   lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com

Seth Ard   laura-parrella-0577@ecf.pacerpro.com, ecf-cb051334f073@ecf.pacerpro.com,

ecf-7bb0ee8b6051@ecf.pacerpro.com, mritter@susmangodfrey.com, sard@susmangodfrey.com, rbien-aime@susmangodfrey.com
Samuel M Ward     sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Jayne A Goldstein     pleadings@millershah.com, jagoldstein@millershah.com
Whitney E Street     whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty     aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt     mco.ecf@weil.com, nymao@ecf.pacerpro.com, eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos     alfredo@aswtlawyers.com
Jeremy S. Barber     jbarber@wilkinsonstekloff.com
Kenneth B Pickle     kpickle@radicelawfirm.com
Gordon M Fauth     gmf@classlitigation.com
Samuel Maida     smaida@hausfeld.com
Patrick J Somers     tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns     drehns@hrsclaw.com
Blake Neal     bneal@wilkinsonstekloff.com
Betsy C Manifold     fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Melinda A Nicholson     bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer     mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com, hdanielson@susmangodfrey.com
Bryan Matthew Thomas     bthomas@macdonaldcody.com
Lionel Zevi Glancy     lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer     hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner     bbleichner@chestnutcambronne.com
Christopher L Lebsock     clebsock@hausfeldllp.com, ischer@hausfeld.com
Joshua D Snyder     jsnyder@bonizack.com
Tracy D Rezvani     tracy@rezvanilaw.com
Eliot F Krieger     rrobitaille@skt.law, ekrieger@skt.law
M. Randall Oppenheimer     m-randall-oppenheimer-5053@ecf.pacerpro.com, roppenheimer@omm.com
Richard A Koffman     rkoffman@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com
John E Sindoni     jsindoni@bonizack.com
Bethany M Stevens     bstevens@wscllp.com
Heidi M Silton     hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian     ak@kazlg.com, mona@kazlg.com

**2:15-ml-02668-PSG-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach CA 90802
USA
Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036
James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 8/9/2022, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents by Defendants National Football League, Inc. and NFL Enterprises LLC (the "NFL") pursuant to Federal Rule of Civil Procedure 37. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion to Compel Production of Documents by the NFL, and orders as follows:

IT IS ORDERED that, within forty-five (45) days of the date on which the NFL reaches an agreement for the future rights to NFL Sunday Ticket, the NFL shall produce documents responsive to Plaintiffs' Request for Production 112. This production shall comprise documents dating from April 4, 2022 to the date on which an agreement is reached collected from the custodians agreed-upon by the parties using the electronic search terms agreed-upon by the parties. The NFL shall also make a witness available for deposition to provide testimony, on behalf of the NFL pursuant to Federal Rule of Civil Procedure 30(b)(6), on a topic to be agreed upon by the parties.

IT IS SO ORDERED.

Dated: 9/12/22

JOHN E. MCDERMOTT
United States Magistrate Judge

1