FILED
CLERK, U.S. DISTRICT COURT
9/27/22
CENTRAL DISTRICT OF CALIFORNIA
BY: slo   DEPUTY

-R-T-S- 908025135-JN   09/23/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 27 2022
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:15ml2668  Doc: 645

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<34555810@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion to Compel Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/12/2022 at 10:32 AM PDT and filed on 9/12/2022

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-JEM |
| **Filer:** | |
| **Document Number:** | 645 |

**Docket Text:**
ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS by Magistrate Judge John E. McDermott: Granting [536] Motion to Compel. IT IS ORDERED that, within forty-five (45) days of the date on which the NFL reaches an agreement for the future rights to NFL Sunday Ticket, the NFL shall produce documents responsive to Plaintiffs' Request for Production 112. This production shall comprise documents dating from April 4, 2022 to the date on which an agreement is reached collected from the custodians agreed-upon by the parties using the electronic search terms agreed-upon by the parties. The NFL shall also make a witness available for deposition to provide testimony, on behalf of the NFL pursuant to Federal Rule of Civil Procedure 30(b)(6), on a topic to be agreed upon by the parties. (es)

**2:15-ml-02668-PSG-JEM Notice has been electronically mailed to:**
Robert S Kitchenoff     kitchenoff@wka-law.com
Amanda M Steiner     hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny     penny@lawgsp.com
Ian Simmons     ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Craig W Hillwig     chillwig@kohnswift.com
Scott M Grzenczyk     avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com

Gregory E Woodard  gwoodard@lwwllp.com, gw@woodardlegal.com
Tyler M. Finn  ehenke@susmangodfrey.com, tfinn@susmangodfrey.com
Peter Leckman  pleckman@langergrogan.com
Brian C Gudmundson  brian.gudmundson@zimmreed.com
Jonathan M. Jagher  jjagher@fklmlaw.com
Scott Allan Martin  smartin@hausfeld.com
Natasha Naraghi Serino  natashaserino@amslawoffice.com, joanbennett@amslawoffice.com
Marc H Edelson  medelson@edelson-law.com
Max J. Warren  mwarren@wilkinsonstekloff.com
Neema Trivedi Sahni  jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Shawn M. Larsen  slarsen@larsennaddour.com
Mickel M. Arias  mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli  dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver  ndiver@langergrogan.com
Carl Malmstrom  malmstrom@whafh.com
Thomas A. Zimmerman  tom@attorneyzim.com, firm@attorneyzim.com
Christina H Connolly Sharp  8388361420@filings.docketbird.com, ssandeen@girardsharp.com, avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector  jspector@srkattorneys.com
Caleb Marker  josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, kelly.bourette@zimmreed.com, 5920479420@filings.docketbird.com
Mark S Goldman  goldman@lawgsp.com
Armstead C. Lewis  alewis@susmangodfrey.com
Hart L. Robinovitch  kelly.bourette@zimmreed.com, hlr@zimmreed.com
Carter E. Greenbaum  cgreenbaum@paulweiss.com
John D Radice  jradice@radicelawfirm.com
Alexander M Schack  alexschack@amslawoffice.com
Katrina M Robson  krobson@omm.com, katrina-robson-6207@ecf.pacerpro.com
Marc I Gross  migross@pomlaw.com
Arun Subramanian  asubramanian@susmangodfrey.com, ehenke@susmangodfrey.com, ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com
Stephen R Basser  sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Fred Taylor Isquith  ftisquith@zsz.com
Garrett D Blanchfield  g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge  ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody  esullivan-vasquez@susmangodfrey.com, bcarmody@susmangodfrey.com
James B. Zouras  mortega@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
Gregg H Levy  glevy@cov.com
Eugene A Spector  espector@srkattorneys.com
Thomas H Burt  burt@whafh.com
Sara F Khosroabadi  daniella@kandhlawgroup.com, sara@kandhlawgroup.com
Ian M Gore  ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz  mco.ecf@weil.com, jessie.mishkin@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com

Beth A. Wilkinson     bwilkinson@wilkinsonstekloff.com,
sundayticket-associates@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com,
rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com,
jbarber@wilkinsonstekloff.com
Daniel R Karon     bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com
Derek Ludwin     dludwin@cov.com
Brian L. Stekloff     bstekloff@wilkinsonstekloff.com
Brittany DeJong     fileclerk@whafh.com, dejong@whafh.com
Jeffrey S. Goldenberg     svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com
Ramzi Abadou     ramzi.abadou@ksfcounsel.com
Arthur J Burke     arthur.burke@davispolk.com
Gary F Lynch     jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com
Lee Albert     lalbert@glancylaw.com
John E Schmidtlein     john-schmidtlein-5892@ecf.pacerpro.com, jschmidtlein@wc.com
William G Caldes     bcaldes@srkattorneys.com
Robert J Larocca     rlarocca@kohnswift.com
Arnold C Wang     jessica@asstlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com,
arnold@asstlawyers.com
Marisa C Livesay     fileclerk@whafh.com, livesay@whafh.com
Jeffrey A. N. Kopczynski     jkopczynski@omm.com
Michael J Boni     mboni@bonizack.com
Amid T Bahadori     atb@bahadorilaw.com
Kevin P. Trainer     ktrainer@langergrogan.com, courtnotices@langergrogan.com,
9263800420@filings.docketbird.com
Jay Cohen     jaycohen@paulweiss.com
Justin Mungai     jmungai@wilkinsonstekloff.com
Ryan F. Stephan     malmeida@stephanzouras.com, kbowers@stephanzouras.com,
hhudson@stephanzouras.com, esantana@stephanzouras.com, rstephan@stephanzouras.com,
ivolquez@stephanzouras.com
Arthur M Murray     aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com,
thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com,
cdimaggio@murray-lawfirm.com
Rachele R. Byrd     fileclerk@whafh.com, byrd@whafh.com
Mark A Wendorf     m.wendorf@rwblawfirm.com
Christopher P. Ridout     christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com,
5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com
Rakesh N. Kilaru     rkilaru@wilkinsonstekloff.com
Sathya S Gosselin     sgosselin@hausfeld.com
Rosemary M Rivas     2746730420@filings.docketbird.com, rmr@classlawgroup.com
Farhad Mirzadeh     fmirzadeh@hausfeld.com
Daniel J. Mogin     jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com,
ngeraci@moginrubin.com, jchatfield@moginrubin.com,
steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com
Joshua Branden Swigart     josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Karen H Riebel     amraak@locklaw.com, atajagbusi@locklaw.com, lgn-khriebel@ecf.courtdrive.com,
crjohnson@locklaw.com, khriebel@locklaw.com
Jodie Williams     jwilliams@moginrubin.com
Matthew C De Re     tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com
Lesley E Weaver     lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com
Seth Ard     laura-parrella-0577@ecf.pacerpro.com, ecf-cb051334f073@ecf.pacerpro.com,

ecf-7bb0ee8b6051@ecf.pacerpro.com, mritter@susmangodfrey.com, sard@susmangodfrey.com, rbien-aime@susmangodfrey.com
Samuel M Ward     sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Jayne A Goldstein     pleadings@millershah.com, jagoldstein@millershah.com
Whitney E Street     whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty     aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt     mco.ecf@weil.com, nymao@ecf.pacerpro.com, eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos     alfredo@aswtlawyers.com
Jeremy S. Barber     jbarber@wilkinsonstekloff.com
Kenneth B Pickle     kpickle@radicelawfirm.com
Gordon M Fauth     gmf@classlitigation.com
Samuel Maida     smaida@hausfeld.com
Patrick J Somers     tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns     drehns@hrsclaw.com
Blake Neal     bneal@wilkinsonstekloff.com
Betsy C Manifold     fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Melinda A Nicholson     bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer     mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com, hdanielson@susmangodfrey.com
Bryan Matthew Thomas     bthomas@macdonaldcody.com
Lionel Zevi Glancy     lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer     hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner     bbleichner@chestnutcambronne.com
Christopher L Lebsock     clebsock@hausfeldllp.com, ischer@hausfeld.com
Joshua D Snyder     jsnyder@bonizack.com
Tracy D Rezvani     tracy@rezvanilaw.com
Eliot F Krieger     rrobitaille@skt.law, ekrieger@skt.law
M. Randall Oppenheimer     m-randall-oppenheimer-5053@ecf.pacerpro.com, roppenheimer@omm.com
Richard A Koffman     rkoffman@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com
John E Sindoni     jsindoni@bonizack.com
Bethany M Stevens     bstevens@wscllp.com
Heidi M Silton     hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian     ak@kazlg.com, mona@kazlg.com

**2:15-ml-02668-PSG-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach CA 90802
USA
Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036
James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 8/9/2022, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents by Defendants National Football League, Inc. and NFL Enterprises LLC (the "NFL") pursuant to Federal Rule of Civil Procedure 37. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion to Compel Production of Documents by the NFL, and orders as follows:

IT IS ORDERED that, within forty-five (45) days of the date on which the NFL reaches an agreement for the future rights to NFL Sunday Ticket, the NFL shall produce documents responsive to Plaintiffs' Request for Production 112. This production shall comprise documents dating from April 4, 2022 to the date on which an agreement is reached collected from the custodians agreed-upon by the parties using the electronic search terms agreed-upon by the parties. The NFL shall also make a witness available for deposition to provide testimony, on behalf of the NFL pursuant to Federal Rule of Civil Procedure 30(b)(6), on a topic to be agreed upon by the parties.

IT IS SO ORDERED.

*John E. McDermott*

Dated: 9/12/22

JOHN E. MCDERMOTT
United States Magistrate Judge

1