Case 2:15-ml-02668-PSG-SK   Document 653-14   Filed 10/25/22   Page 1 of 2   Page ID #:14935

# EXHIBIT 18

O'Melveny

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:
35586-21

September 22, 2022

**Jeffrey A. N. Kopczynski**
D: +1 212 728 5675
jkopczynski@omm.com

**VIA EMAIL**
**HIGHLY CONFIDENTIAL**

Farhad Mirzadeh
Hausfeld LLP
888 16th Street, N.W.
Suite 300
Washington, DC 20006
fmirzadeh@hausfeld.com

**Re:** *In re National Football League's Sunday Ticket Antitrust Litigation,*
Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)

Dear Farhad,

We write on behalf of DIRECTV, LLC and DIRECTV Holdings, LLC (collectively, "DIRECTV"). As mentioned in our September 9, 2022 email, we are producing today documents that are either not privileged or can be produced with redactions.

DIRECTV is designating under the October 4, 2016 Stipulated Protective Order some of these documents as "Confidential" or "Highly Confidential," as indicated on the document image and/or in the metadata and filename. Please handle these documents with the necessary protections as provided by that Order.

Please let us know if you have any questions.

Very truly yours,

*/s/ Jeffrey A. N. Kopczynski*

Jeffrey A. N. Kopczynski
*for* O'Melveny & Myers