# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS ON DIRECTV'S PRIVILEGE LOG** |

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents on DIRECTV's Privilege Log. The Court, having considered the arguments of the parties and good cause appearing therefor, hereby GRANTS Plaintiffs' Motion to Compel, and orders as follows:

IT IS HEREBY ORDERED that DIRECTV, LLC and DIRECTV Holdings LLC (collectively, "DIRECTV") produce the documents in its Privilege Log that have been identified by Plaintiffs as being improperly withheld, and to produce such documents pursuant to the protective order entered in this matter.

**IT IS SO ORDERED.**

Date: November _, 2022

---

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE