MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100/Fax: (310) 789-3150

SCOTT MARTIN (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100/ Fax: (212) 202-4322

HOWARD LANGER (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660/ Fax: (215) 320-5703

[Additional Counsel listed in Signature Page]

*Plaintiffs' Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx)<br><br>**SECOND CORRECTIONS TO THE EXPERT REPORTS OF DANIEL A. RASCHER, J. DOUGLAS ZONA, AND SARAH BUTLER**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: January 13, 2023<br>TIME: 1:30 p.m.<br>COURTROOM:<br>    First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

Plaintiffs, by and through their attorneys, hereby provide additional corrections to the expert reports of Daniel A. Rascher, J. Douglas Zona, and Sarah Butler, along with a brief description of the reason for each additional correction, attached hereto as Exhibits A-2, B-2, and C-2 respectively. The previous corrections to the expert reports of Rascher, Zona, and Butler, along with a brief description of the reason for each correction, were submitted to the Court on September 16, 2022. *See* Dkt. No. 646. Plaintiffs filed the underlying expert reports in connection with their Motion for Class Certification, which was filed with this Court on August 19, 2022. *See* Dkt. Nos. 630-2, 630-3, 630-4.

As detailed in the accompanying Declaration of Kevin Trainer, in addition to complying with all requirements under the Local and Federal Rules, Plaintiffs provided courtesy notice of each of the below listed errata as soon as the need for an errata became evident. The errata made to Dr. Zona's expert report, *see* Exhibit B-2 below, were discovered by Dr. Zona on the day before his deposition and reported to the NFL at that deposition. *See, e.g.*, Deposition of J. Douglas Zona, at 34:19–24, 64:15–24. Similarly, the errata made to Dr. Rascher's expert report, *see* Exhibit A-2 below, were disclosed to the NFL via email immediately upon their discovery and correction.

Dated: October 26, 2022

Respectfully submitted,

By: */s/ Kevin Trainer*
      Kevin Trainer

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian (*Pro Hac Vice*)

1

asubramanian@susmangodfrey.com
William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Armstead Lewis (*Pro Hac Vice*)
alewis@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200

San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

*Plaintiffs' Co-Lead Counsel*

# EXHIBIT A-2

# SECOND RASCHER ERRATA SHEET

| Paragraph(s) | From | To | Reason |
|---|---|---|---|
| 200 | Using those relative prices and mid-season subscription quantities, the estimated mid-season price elasticity is ▮ for Sunday Ticket Basic (2011 through 2015) and ▮ for Sunday Ticket Max (2012 through 2015). Similarly, the mid-season package subscription quantity relative to the full season subscription quantity also normalizes for time trends or demand shifts. Using both price and quantity | Using those relative prices and mid-season subscription quantities, the estimated mid-season price elasticity is ▮ for Sunday Ticket Basic (2011 through 2015) and ▮ for Sunday Ticket Max (2012 through 2015). Similarly, the mid-season package subscription quantity relative to the full season subscription quantity also normalizes for time trends or demand shifts. Using both price and quantity | correct the record |

| | | | | |
|---|---|---|---|---|
| | | ratios of half-season to full season, the estimated price elasticity for Sunday Ticket Basic is ■ for 2011 through 2015, and the estimated price elasticity for Sunday Ticket Max is ■ for 2012 through 2015. | ratios of half-season to full season, the estimated price elasticity for Sunday Ticket Basic is ■ for 2011 through 2015, and the estimated price elasticity for Sunday Ticket Max is ■ for 2012 through 2015. | |
| | Exhibit 10 | See Dkt. No. 633-4, at Page 117, Exhibit 10. | *See below* | correct the record |
| | Exhibit 11 | See Dkt. No. 633-4, at Page 117, Exhibit 11. | *See below* | correct the record |

Rascher Corrected Exhibit 10

**Network Net Effective Rates**

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|
| ■■■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■■■ | ■ | ■ | | | | ■ | |
| ■■■ | ■ | ■ | ■ | ■ | | | |

Sources:
■■■
Appendix C

Rascher Corrected Exhibit 11

```
      Source |       SS           df       MS         Number of obs   =
-------------+----------------------------------      F(5, 22)        =
       Model |                                        Prob > F        =
    Residual |                                        R-squared       =
-------------+----------------------------------      Adj R-squared   =
       Total |                                        Root MSE        =

-----------------------------------------------------------------------------
        rate | Coefficient  Std. err.      t    P>|t|     [95% conf. interval]
-------------+---------------------------------------------------------------
```

7

# EXHIBIT B-2

# SECOND ZONA ERRATA SHEET

| Paragraph(s) | From | To | Reason |
|---|---|---|---|
| 122 n.67 | Reduction factor | Price reduction | clarify the record |
| 122 n.68 | Reduction factor | Price reduction | clarify the record |
| 124 n.69 | Reduction factor | Price reduction | clarify the record |
| 124 n.70 | Reduction factor | Price reduction | clarify the record |
| 126 | ■■■■ | *delete* | clarify the record |
| 128 n.76 (both) | reduction factor | price reduction | clarify the record |
| 128 n.78 | ■■■■ | ■■■■ | clarify the record |

8

# EXHIBIT C-2

# SECOND BUTLER ERRATA SHEET

| Paragraph(s) | From | To | Reason |
|---|---|---|---|
| 9 n.2 | ¶ 95 | ¶ 93 | typographical error |

Dated: October 26, 2022            Respectfully submitted,

By:   */s/ Kevin Trainer*
       Kevin Trainer

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Armstead Lewis (*Pro Hac Vice*)
alewis@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC

1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

*Plaintiffs' Co-Lead Counsel*

I, Kevin Trainer, attorney at Langer Grogan & Diver P.C., hereby certify that, on October 26, 2022, I caused the foregoing Second Corrections to the Expert Reports of Daniel A. Rascher, J. Douglas Zona, and Sarah Butler to be served via email delivery on the following counsel:

Gregg H. Levy
glevy@cov.com
Derek Ludwin
dludwin@cov.com
COVINGTON & BURLING LLP
850 Tenth Street NW One City Center
Washington, DC 20001-4956
Tel: (202) 662-6000
Fax: (202) 662-6804

Neema Trivedi Sahni
nsahni@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel: (424) 332-4800
Fax: (424) 332-4782

Beth A. Wilkinson
bwilkinson@wilkinsonstekloff.com
Brian L. Stekloff
bstekloff@wilkinsonstekloff.com
Rakesh Kilaru
rkilaru@wilkinsonstekloff.com
Max Warren
mwarren@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005

Jeremy S. Barber
jbarber@wilkinsonstekloff.com

WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, NY 10036
Tel: (212) 294-8910
Fax: (202) 847-4005

*Counsel for Defendants National Football League, Inc., NFL Enterprises LLC, and the Individual NFL Clubs*

Executed on October 26, 2022.

By: */s/ Kevin Trainer*
Kevin Trainer