# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| 8812 TAVERN CORP., D/B/A BENCH SPORTS BAR, et al. <br><br> Plaintiff(s), | 2:15–ml–02668–PSG–JEM |
| v. <br><br> DIRECTV, LLC, et al. <br><br> Defendant(s). | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __10/25/2025__ | __653__ | __NOTICE OF MOTION AND MOTION to Compel Production of Documents on DIRECTVs Privilege Log__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: October 27, 2022

_/s/ John E. McDermott_
United States Magistrate Judge