Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF FARHAD MIRZADEH IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DIRECTV'S PRIVILEGE LOG**<br><br>MAGISTRATE JUDGE: Hon. John E. McDermott<br>DATE: November 11, 2022<br>TIME: 10:30 a.m. |

I, Farhad Mirzadeh, declare under penalty of perjury that the following is true and correct:

1. I am over the age of twenty-one (21) years and am an associate at Hausfeld LLP. I am counsel of record for Plaintiffs Ninth Inning, Inc., 1465 Third Avenue Restaurant Corp., Robert Gary Lippincott, Jr., and Jonathan Frantz in the above-captioned litigation. I submit this declaration in support of Plaintiffs' Motion to Compel Production of Documents on DIRECTV's Privilege Log.

2. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct to the best of my knowledge.

3. Attached as Exhibit 1 is a true and correct copy of the Court's scheduling order in this case pursuant to Local Civil Rule 37-2. Exhibit 1 is a true and correct copy of the Court's Order filed on January 12, 2021. See Dkt. No. 294.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Court's amended scheduling order filed on November 29, 2021, Dkt. No. 363.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Court's second amended scheduling order filed on March 15, 2022, Dkt. No. 434.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Court's Order of August 11, 2022, permitting Plaintiffs to take limited discovery after the deadline for fact discovery, including the "filing, adjudication, and potential enforcement of motions for NFL Defendants and/or DirecTV to compel documents that Plaintiffs contend were improperly withheld on privilege grounds." Dkt. No. 607.

7. Attached hereto as Exhibit 5 is a true and correct copy of the Court's Order modifying the scheduling order filed on September 29, 2022, Dkt. No. 652.

8. Attached as Exhibit 6 is a true and correct copy of DIRECTV's Privilege Log noting Plaintiffs' challenges in column P through column T.

9. On February 18, 2022, DIRECTV issued is privilege log containing nearly 30,000 entries. A true and correct copy of Plaintiffs' Local Rule 37-1 Letter sent to DIRECTV on March 22, 2022 is attached as Exhibit 7.

10. Attached as Exhibit 8 is a true and correct copy of a letter from Jeffrey A. N. Kopczynski to Farhad Mirzadeh dated April 8, 2022.

11. Attached as Exhibit 9 is a true and correct copy of the affiliation list provided by DIRECTV dated April 29, 2022.

12. Attached as Exhibit 10 is a true and correct copy of Plaintiffs' Local Rule 37-1 Letter to DIRECTV dated July 8, 2022.

13. Attached as Exhibit 11 is a true and correct copy of a letter from Jeffrey A. N. Kopczynski to Sathya Gosselin and Farhad Mirzadeh dated July 15, 2022.

14. Attached as Exhibit 12 is a true and correct copy of an email sent from Farhad Mirzadeh to Jeffery A. N. Kopczynski dated May 6, 2022.

15. Attached as Exhibit 13 is a true and correct copy of a cover letter from Jeffrey A. N. Kopczynski to Farhad Mirzadeh dated May 16, 2022.

16. Attached as Exhibit 14 is a true and correct copy of an email chain between Plaintiffs' counsel and counsel for DIRECTV, containing email messages dated May 6, 2022, May 16, 2022, May 18, 2022, and May 19, 2022, and May 23, 2022.

17. Attached as Exhibit 15 is a true and correct copy of a cover email from Monsura Sirajee to Farhad Mirzadeh dated June 6, 2022 and containing DIRECTV's revised privilege log.

18. Attached as Exhibit 16 is a true and correct copy of an email from Farhad Mirzadeh to Jeffrey A. N. Kopczynski and Monsura Sirajee dated July 26, 2022.

19. Attached as Exhibit 17 is a true and correct copy of an email from Farhad Mirzadeh to Monsura Sirajee and Jeffrey A. N. Kopczynski dated August 5, 2022.

20. On September 22, 2022, DIRECTV made a production of documents that it previously withheld. Attached as Exhibit 18 is a true and correct copy of a cover letter from Jeffrey A. N. Kopczynski to Farhad Mirzadeh dated September 22, 2022.

21. Exhibit 19 is a true and correct copy of an email from Jeffrey A. N. Kopczynski to Farhad Mirzadeh dated September 9, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 14th day of October in Washington, D.C.

*/s/ Farhad Mirzadeh*
Farhad Mirzadeh