# EXHIBIT 5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[PROPOSED] ORDER REGARDING MODIFICATIONS TO SCHEDULING ORDER |

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 9 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Link # 649

Having considered the parties' Stipulation Regarding Modifications to Scheduling Order and finding good cause therein, the Court ORDERS that the schedule be adjusted as set forth below:

| Event | Current | Proposed |
|---|---|---|
| NFL's Opposition on Class Certification | 11/4/22 | No change |
| NFL *Daubert* Motions | N/A | 11/4/22 |
| Plaintiffs' Reply Brief on Class Certification | 12/2/22 | No change |
| Plaintiffs' Opposition to NFL *Daubert* Motions | N/A | 12/2/22 |
| Plaintiffs' *Daubert* Motions | N/A | 12/2/22 |
| NFL Reply Briefs on *Daubert* Motions | N/A | 12/16/22 |
| NFL Opposition to Plaintiffs' *Daubert* Motions | N/A | 12/16/22 |
| Plaintiffs' Reply Briefs on *Daubert* Motions | N/A | 12/30/22 |
| Hearing on Class Certification and *Daubert* Motions | 12/16/22 | 1/13/23 |
| Plaintiffs Serve Opening Merits Expert Reports | 1/6/23 | 1/27/23 |
| Deadline for NFL to Serve Responsive Merits Expert Reports | 3/17/23 | 4/7/23 |
| Plaintiffs to Serve Rebuttal Merits Expert Reports | 5/5/23 | 5/19/23 |
| Close of Expert Discovery | 6/2/23 | 6/9/23 |
| Summary Judgment Motions | 7/21/23 | No change |
| Summary Judgment Oppositions | 8/21/23 | No change |
| Summary Judgment Reply Briefs | 9/22/23 | No change |
| Summary Judgment Hearing Date | 10/27/23 | No change |
| Final Pretrial Conference | 2/9/24 | No change |
| Trial | 2/22/24 | No change |

IT IS HEREBY FURTHER ORDERED that, if, after meeting and conferring, the parties are unable to resolve any dispute regarding whether the NFL Defendants are entitled to conduct additional depositions of Plaintiffs' experts following service of their rebuttal or supplemental reports, the NFL Defendants may request an informal conference with the Court to resolve those disputes.

IT IS SO ORDERED.

Dated: 5/27/22

PHILIP S. GUTIERREZ
Chief United States District Judge

2