# EXHIBIT 12

| | |
|---|---|
| **From:** | Farhad Mirzadeh |
| **To:** | jkopczynski@omm.com |
| **Cc:** | apena@omm.com; Sirajee, Monsura A.; mseltzer@susmangodfrey.com; igore@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; hlanger@langergrogan.com; pleckman@langergrogan.com; ndiver@langergrogan.com; ktrainer@langergrogan.com; Scott A. Martin; Sathya S. Gosselin; Samuel Maida |
| **Subject:** | NFL Sunday Ticket - DirecTV Open Items |
| **Date:** | Friday, May 6, 2022 3:53:00 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

Hi Jeff,

We are in receipt of the April 29 affiliation list for DirecTV's privilege log. During our meet and confer, you stated that we could expect a corrected privilege log this week, as well as a production of additional documents. Can you please let us know if you anticipate producing a corrected privilege log today or, if not, when we can expect one?

You also stated we would receive a proposal, in response to Plaintiffs' letter and our meet and confers to date, regarding what additional fields of information you would agree to provide in an amended privilege log. Please let me know when we can expect more information on this.

Finally, I want to follow up with our request for Plaintiffs' invoices from DirecTV. Have you had a chance to discuss our request with your client and gather a response about whether DirecTV could provide older invoices for the Plaintiffs in the action? Please let me know.

Best,
Farhad



**FARHAD MIRZADEH**

Associate

fmirzadeh@hausfeld.com

+1 202 849 4763 direct

# HAUSFELD
## FOR THE CHALLENGE

888 16th Street, N.W.
Suite 300
Washington, DC 20006

+1 202 540 7200

**hausfeld.com**



This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.