EXHIBIT 17

| From: | Farhad Mirzadeh |
|---|---|
| To: | "Sirajee, Monsura A."; "Kopczynski, Jeffrey A. N." |
| Cc: | Robson, Katrina; Ian Gore; "asubramanian@susmangodfrey.com"; "sard@susmangodfrey.com"; "tfinn@susmangodfrey.com"; Howard Langer; Peter Leckman; Ned Diver; "ktrainer@langergrogan.com"; Scott A. Martin; Samuel Maida; Sathya S. Gosselin |
| Subject: | RE: Sunday Ticket - Rule 37-1 Letter re Privilege Log |
| Date: | Friday, August 5, 2022 12:34:00 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.jpg |

Monsura and team,

Thanks for the call on Wednesday. You mentioned that you'd circle with your team about a possible call today and would get back to us. Please let us know if there is a time that works for you. I can be available today from 2-4 ET. If not today, we can also be available Monday morning.

I also want to reiterate what we discussed on our call. We have done exactly as requested by DIRECTV, including itemizing specific entries and, more recently, attempting to cull down our challenges to the items appearing most relevant (putting aside the fact that relevance is not grounds for withholding documents on a privilege log). We welcome any effort to supply us with more information about the specific entries we challenge in DIRECTV's privilege log. Further, we will also make ourselves available for meet and confer(s) to discuss the specific entries we highlight. But to be clear, it is Plaintiffs' intention to have our discussions on the privilege log wrapped up no later than August 22nd, at which point we plan to present our issues to the Court. We are hopeful that we can continue to narrow the issues and reach agreement without the Court's intervention at all.

Thanks,
Farhad


**FARHAD MIRZADEH**
Associate
fmirzadeh@hausfeld.com
+1 202 849 4763 direct




888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200
**hausfeld.com**




This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying

or disclosing it.

---

**From:** Farhad Mirzadeh
**Sent:** Wednesday, August 3, 2022 1:14 PM
**To:** Sirajee, Monsura A. <msirajee@omm.com>; Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>
**Cc:** Robson, Katrina <krobson@omm.com>; Ian Gore <IGore@susmangodfrey.com>; asubramanian@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; ktrainer@langergrogan.com; Scott A. Martin <smartin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>
**Subject:** RE: Sunday Ticket - Rule 37-1 Letter re Privilege Log

That works. I'll circulate the dial-in information.

**FARHAD MIRZADEH**

Associate

fmirzadeh@hausfeld.com

+1 202 849 4763 direct





888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200

**hausfeld.com**



This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

---

**From:** Sirajee, Monsura A. <msirajee@omm.com>
**Sent:** Wednesday, August 3, 2022 12:06 PM
**To:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>
**Cc:** Robson, Katrina <krobson@omm.com>; Ian Gore <IGore@susmangodfrey.com>; asubramanian@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; ktrainer@langergrogan.com; Scott A. Martin <smartin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Sirajee, Monsura A. <msirajee@omm.com>

**Subject:** RE: Sunday Ticket - Rule 37-1 Letter re Privilege Log



Hi Farhad,

We are available today at 1:30 pm ET.  Can you please send a dial-in?

Many thanks,
Monsura

# O'Melveny

**Monsura A. Sirajee**
msirajee@omm.com
O: +1-310-246-8578

O'Melveny & Myers LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA  90067

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message*

**From:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>
**Sent:** Tuesday, August 2, 2022 1:05 PM
**To:** Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>; Sirajee, Monsura A. <msirajee@omm.com>
**Cc:** Robson, Katrina <krobson@omm.com>; Ian Gore <IGore@susmangodfrey.com>; asubramanian@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; ktrainer@langergrogan.com; Scott A. Martin <smartin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>
**Subject:** RE: Sunday Ticket - Rule 37-1 Letter re Privilege Log


[EXTERNAL MESSAGE]

Katie, Jeff, and Monsura,

I'm making my second request to see if we can schedule a time to discuss our challenges to DirecTV's privilege log. I can be available tomorrow after 1pm ET, or Friday from 9am-12pm or 2-4pm.

Thanks,
Farhad


**FARHAD MIRZADEH**
Associate
fmirzadeh@hausfeld.com

+1 202 849 4763 direct



888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200
**hausfeld.com**



This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Farhad Mirzadeh
**Sent:** Tuesday, July 26, 2022 7:09 PM
**To:** Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>; Sirajee, Monsura A. <msirajee@omm.com>
**Cc:** Robson, Katrina <krobson@omm.com>; Ian Gore <IGore@susmangodfrey.com>; asubramanian@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; ktrainer@langergrogan.com; Scott A. Martin <smartin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>
**Subject:** RE: Sunday Ticket - Rule 37-1 Letter re Privilege Log

Jeff and Monsura,

Please see attached for an updated excel document containing the entries that Plaintiffs seek to challenge on the basis that these entries do not appear privileged. As discussed on last week's call, we broke out "category A" in our letter into separate categories in the excel chart, including documents where there is no attorney in the allegedly privileged communication and where there does not appear to be a common interest. We also made a substantial reduction in the number of documents that we challenge in each category, per our discussion, and fixed the entries where the control numbers were misplaced.

We are free to discuss on Thursday before, during, or after our call on 30(b)(6) topics, or anytime on Friday, or anytime on Monday. Please let me know when you are available in those windows.

For the avoidance of doubt, we reserve the right to challenge any entry in your privilege log on any ground. The challenges represent our efforts to find resolution and narrow our dispute without Court intervention. We reserve the right to argue that DirecTV has waived attorney-client privilege due to the numerous deficiencies throughout the privilege log.

The password to access the excel document will be sent in a separate email.

Thanks,
Farhad



**FARHAD MIRZADEH**

Associate

fmirzadeh@hausfeld.com

+1 202 849 4763 direct



888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200

**hausfeld.com**



This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Farhad Mirzadeh
**Sent:** Thursday, July 14, 2022 12:49 PM
**To:** Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>
**Cc:** Ian Gore <IGore@susmangodfrey.com>; asubramanian@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; ktrainer@langergrogan.com; Scott A. Martin <smartin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Robson, Katrina <krobson@omm.com>; Sirajee, Monsura A. <msirajee@omm.com>
**Subject:** RE: Sunday Ticket - Rule 37-1 Letter re Privilege Log

Hi Jeff,

I will not be available on Sunday as I will be traveling, but I understand that Sathya can be available to discuss the 30(b)(6) topics.

I will be available on Monday at 5:30 pm ET to discuss Plaintiffs' Rule 37-1 letter. I will circulate a dial-in.

Thanks,
Farhad

**FARHAD MIRZADEH**

Associate

fmirzadeh@hausfeld.com

+1 202 849 4763 direct



888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200
**hausfeld.com**



This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>
**Sent:** Thursday, July 14, 2022 10:50 AM
**To:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>
**Cc:** Ian Gore <IGore@susmangodfrey.com>; asubramanian@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; ktrainer@langergrogan.com; Scott A. Martin <smartin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Robson, Katrina <krobson@omm.com>; Sirajee, Monsura A. <msirajee@omm.com>
**Subject:** RE: Sunday Ticket - Rule 37-1 Letter re Privilege Log

Hi Farhad – 11am today does not work for us.  It sounds like, given all of the depositions, there are few options for the parties to meet-and-confer during the week.  How about Sunday at 11:30am ET?

**From:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>
**Sent:** Thursday, July 14, 2022 10:27 AM
**To:** Sathya S. Gosselin <sgosselin@hausfeld.com>; Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>
**Cc:** Ian Gore <IGore@susmangodfrey.com>; asubramanian@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; ktrainer@langergrogan.com; Scott A. Martin <smartin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Robson, Katrina <krobson@omm.com>; Sirajee, Monsura A. <msirajee@omm.com>
**Subject:** RE: Sunday Ticket - Rule 37-1 Letter re Privilege Log

[EXTERNAL MESSAGE]

Jeff,

I circulated a dial-in for 11a ET. Please let me know if you cannot make it.

Thanks,
Farhad

**FARHAD MIRZADEH**

Associate

fmirzadeh@hausfeld.com

+1 202 849 4763 direct



888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200

**hausfeld.com**



This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

---

**From:** Sathya S. Gosselin <sgosselin@hausfeld.com>
**Sent:** Thursday, July 14, 2022 9:08 AM
**To:** Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>
**Cc:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Ian Gore <IGore@susmangodfrey.com>; asubramanian@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; ktrainer@langergrogan.com; Scott A. Martin <smartin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Robson, Katrina <krobson@omm.com>; Sirajee, Monsura A. <msirajee@omm.com>
**Subject:** RE: Sunday Ticket - Rule 37-1 Letter re Privilege Log

No, I'll be traveling (and I think Farhad will as well).  Let's keep the 11 am time for you all and Farhad today, and perhaps you and I could talk late in the day tomorrow during a break (or after the deposition ends)---or on Monday morning.

**SATHYA S. GOSSELIN**

Partner

sgosselin@hausfeld.com

+1 202-540-7175 direct

*Pronouns: he/him/his*



888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200

**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>
**Sent:** Thursday, July 14, 2022 1:21 AM
**To:** Sathya S. Gosselin <sgosselin@hausfeld.com>
**Cc:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Ian Gore <IGore@susmangodfrey.com>; asubramanian@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; ktrainer@langergrogan.com; Scott A. Martin <smartin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Robson, Katrina <krobson@omm.com>; Sirajee, Monsura A. <msirajee@omm.com>
**Subject:** RE: Sunday Ticket - Rule 37-1 Letter re Privilege Log

Hi Sathya,

Unfortunately I'll be on a flight tomorrow at that time.  Are you two available on Monday at 5 or 5:30pm ET?

Thanks,
Jeff

**From:** Sathya S. Gosselin <sgosselin@hausfeld.com>
**Sent:** Wednesday, July 13, 2022 1:35 PM
**To:** Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>
**Cc:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Ian Gore <IGore@susmangodfrey.com>; asubramanian@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; ktrainer@langergrogan.com; Scott A. Martin <smartin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Robson, Katrina <krobson@omm.com>; Sirajee, Monsura A. <msirajee@omm.com>
**Subject:** Re: Sunday Ticket - Rule 37-1 Letter re Privilege Log


[EXTERNAL MESSAGE]

Jeff,

Comparing schedules with Farhad, our only mutual time tomorrow is 4:30 pm ET if that works for you.  Thanks.

-Sathya

**SATHYA S. GOSSELIN**
Partner
sgosselin@hausfeld.com
+1 202-540-7175 direct
*Pronouns: he/him/his*



888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200

**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>
**Date:** Wednesday, July 13, 2022 at 11:45 AM
**To:** Sathya S. Gosselin <sgosselin@hausfeld.com>
**Cc:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>, Ian Gore <IGore@susmangodfrey.com>, asubramanian@susmangodfrey.com <asubramanian@susmangodfrey.com>, sard@susmangodfrey.com <sard@susmangodfrey.com>, tfinn@susmangodfrey.com <tfinn@susmangodfrey.com>, Howard Langer <hlanger@langergrogan.com>, Peter Leckman <pleckman@langergrogan.com>, Ned Diver <ndiver@langergrogan.com>, ktrainer@langergrogan.com <ktrainer@langergrogan.com>, Scott A. Martin <smartin@hausfeld.com>, Samuel Maida <smaida@hausfeld.com>, Robson, Katrina <krobson@omm.com>, Sirajee, Monsura A. <msirajee@omm.com>
**Subject:** Re: Sunday Ticket - Rule 37-1 Letter re Privilege Log

Hi Sathya — I think for continuity of discussion it makes sense to have you on the privilege log call, and the 30(b)(6) call.  As you're aware, Plaintiffs and the NFL are continuing Mr. Lauricella's deposition on Friday and so 3pm ET does not work.  I'm flying this afternoon.  Is there another time Thursday that would work better for you?

:: sent from my mobile ::

On Jul 12, 2022, at 3:30 PM, Sathya S. Gosselin <sgosselin@hausfeld.com> wrote:

[EXTERNAL MESSAGE]

Hi Jeff,

My understanding is that Farhad can make that time work for privilege-log discussions, but I can't, unfortunately.  If you'd like to talk more about the 30(b)(6) deposition, I can be available tomorrow afternoon (ET) or Friday at 3 pm ET.  Thanks.

**SATHYA S. GOSSELIN**
Partner
sgosselin@hausfeld.com
+1 202-540-7175 direct
*Pronouns: he/him/his*



888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200
**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>
**Sent:** Tuesday, July 12, 2022 1:53 PM
**To:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>
**Cc:** Ian Gore <igore@susmangodfrey.com>; asubramanian@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; ktrainer@langergrogan.com; Scott A. Martin <smartin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Robson, Katrina <krobson@omm.com>; Sirajee, Monsura A. <msirajee@omm.com>
**Subject:** RE: Sunday Ticket - Rule 37-1 Letter re Privilege Log

Hi Sathya and Farhad,

Thank you for your letter.  We are able to meet and confer with about your letter and the remaining 30(b)(6)-related issues on Thursday at 11:00am ET. Please let us know if that time works for your team and if so, we'll circulate a

dial-in.

Thanks,
Jeff

---

**From:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>
**Sent:** Friday, July 8, 2022 7:47 PM
**To:** Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>; Robson, Katrina <krobson@omm.com>; Sirajee, Monsura A. <msirajee@omm.com>
**Cc:** Ian Gore <igore@susmangodfrey.com>; asubramanian@susmangodfrey.com; sard@susmangodfrey.com; tfinn@susmangodfrey.com; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; ktrainer@langergrogan.com; Scott A. Martin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>
**Subject:** [WARNING : MESSAGE ENCRYPTED]Sunday Ticket - Rule 37-1 Letter re Privilege Log

[EXTERNAL MESSAGE]

Counsel,

Please find attached a letter regarding DIRECTV's privilege log, sent pursuant to Local Rule 37-1.  A password to open the excel document will be sent separately.

Best,
Farhad

**FARHAD MIRZADEH**
Associate
fmirzadeh@hausfeld.com
+1 202 849 4763 direct



888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200
**hausfeld.com**



This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.