# EXHIBIT 2

| | |
|---|---|
| **From:** | Farhad Mirzadeh <fmirzadeh@hausfeld.com> |
| **Sent:** | Monday, October 17, 2022 4:02 PM |
| **To:** | Sirajee, Monsura A.; Kopczynski, Jeffrey A. N.; Robson, Katrina |
| **Cc:** | Ian Gore; Tyler Finn; Marc Seltzer; Seth Ard; Armstead Lewis; Howard Langer; Peter Leckman; Ned Diver; Samuel Maida; Scott A. Martin; Kevin Trainer; Sathya S. Gosselin; David Nagdeman |
| **Subject:** | RE: In re NFL Sunday Ticket Antitrust Litigation, Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.) |

[EXTERNAL MESSAGE]

Hi Monsura,

We examined the issue and it appears to have been an error with the password for the zip file. The password to access the zip should be: SOP4dWSoImLv

We have no issues with the privilege log excel file on our end and the password should be the same: GrMbrVzUrg

This should resolve the problem. Let me know if you continue to experience any issues. We look forward to receiving your portion of the joint stipulation seven days from today.

To be clear, we have raised many issues in the two 37-1 letters we sent and have spent months meeting and conferring and revising our challenges up until your production of 9/22. We are at impasse. If you believe the issue can be resolved, then please produce the documents at issue by the deadline next Monday; otherwise, the deadline stands and we intend to file our motion next week.

Best,
Farhad

---

**FARHAD MIRZADEH**
Associate
fmirzadeh@hausfeld.com
+1 202 849 4763 direct



**HAUSFELD**
FOR THE CHALLENGE

888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200
**hausfeld.com**



This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

---

**From:** Sirajee, Monsura A. <msirajee@omm.com>
**Sent:** Monday, October 17, 2022 1:52 PM
**To:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>; Robson, Katrina

<krobson@omm.com>
**Cc:** Ian Gore <IGore@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Armstead Lewis <ALewis@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Samuel Maida <smaida@hausfeld.com>; Scott A. Martin <smartin@hausfeld.com>; Kevin Trainer <ktrainer@langergrogan.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; David Nagdeman <dnagdeman@langergrogan.com>; Sirajee, Monsura A. <msirajee@omm.com>
**Subject:** RE: In re NFL Sunday Ticket Antitrust Litigation, Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)

Farhad,

We were surprised to see this joint stipulation late on a Friday, on the eve of a number of DIRECTV's 30(b)(6) depositions, particularly since on August 26, you represented that you would further cull down your list of challenges based our responses to your questions about certain entries. We provided our response on September 9 and also produced a batch of downgraded documents to you on September 22, but we never heard a further response from you until this joint stipulation.

Not only is this joint stipulation coming out of the blue, but it's also unreadable. We've been working over the weekend with our team to open the files you sent, but neither password you sent to open the Excel and the zip folder related to your joint stipulation are working for us. Please provide us with the correct passwords. We aren't able to respond to a joint stipulation about DIRECTV's privilege log without being able to view what entries Plaintiffs are now challenging. We note that this is the second time Plaintiffs have sent us a deficient privilege log challenge spreadsheet.

We don't believe we've yet reached an impasse on these issues, but to the extent you insist on involving the Court prematurely, then the clock on our response won't start running until you, at minimum, send us documents we can read.

Thanks,
Monsura

# O'Melveny

**Monsura A. Sirajee**
msirajee@omm.com
O: +1-310-246-8578

---

O'Melveny & Myers LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA  90067

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message*

---

**From:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>
**Sent:** Friday, October 14, 2022 8:10 PM
**To:** Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>; Robson, Katrina <krobson@omm.com>; Sirajee, Monsura A. <msirajee@omm.com>
**Cc:** Ian Gore <IGore@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Armstead Lewis <ALewis@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Samuel Maida <smaida@hausfeld.com>; Scott A. Martin <smartin@hausfeld.com>; Kevin Trainer <ktrainer@langergrogan.com>; Sathya S. Gosselin

<sgosselin@hausfeld.com>; David Nagdeman <dnagdeman@langergrogan.com>
**Subject:** RE: In re NFL Sunday Ticket Antitrust Litigation, Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)

[EXTERNAL MESSAGE]

The password to open the zip is: SOP4dWSoImL

The password to access the excel is GrMbrVzUrg

Please let me know if you have any issues accessing the materials.

**FARHAD MIRZADEH**
Associate
fmirzadeh@hausfeld.com
+1 202 849 4763 direct

**HAUSFELD**
FOR THE CHALLENGE

888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200
**hausfeld.com**



This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

---

**From:** Farhad Mirzadeh
**Sent:** Friday, October 14, 2022 11:07 PM
**To:** jkopczynski@omm.com; Robson, Katrina <krobson@omm.com>; Sirajee, Monsura A. <msirajee@omm.com>
**Cc:** 'Ian Gore' <IGore@susmangodfrey.com>; 'Tyler Finn' <TFinn@susmangodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; 'Seth Ard' <sard@susmangodfrey.com>; 'Armstead Lewis' <ALewis@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Samuel Maida <smaida@hausfeld.com>; Scott A. Martin <smartin@hausfeld.com>; 'Kevin Trainer' <ktrainer@langergrogan.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; 'David Nagdeman' <dnagdeman@langergrogan.com>
**Subject:** In re NFL Sunday Ticket Antitrust Litigation, Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)

Counsel,

Attached please find Plaintiffs' portion of a Joint Stipulation regarding Plaintiffs' Motion to Compel Production of Documents on DIRECTV's Privilege Log and accompanying documents.

The exhibits can be found here:

A password to access the zip folder and the excel file will be sent in a separate email.

Pursuant to Local Rule 37-2.2, we look forward to receiving DIRECTV's portion of the stipulation within seven days.

Thanks,
Farhad



**FARHAD MIRZADEH**
Associate
fmirzadeh@hausfeld.com
+1 202 849 4763 direct

# HAUSFELD
## FOR THE CHALLENGE

888 16th Street, N.W.
Suite 300
Washington, DC 20006

+1 202 540 7200

**hausfeld.com**



This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

4