# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 11/22/2022, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

     Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

     IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Farhad Mirzadeh in Support of Plaintiffs' Application to File Documents Under Seal;
2. The unredacted version of the Joint Stipulation regarding Plaintiffs' Motion to Compel the Production of Documents on DIRECTV's Privilege Log;
3. Exhibits 6, 8, 9, 11, and 13 to the Declaration of Farhad Mirzadeh; and
4. Exhibits 1 and 3 to the Declaration of Jeffrey Kopczynski.

IT IS SO ORDERED.

Dated: 10/31/22

*/s/ John E. McDermott*
JOHN E. MCDERMOTT
United Sates Magistrate Judge