FILED
CLERK, U.S. DISTRICT COURT
OCT 26 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA    WK #657

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[~~PROPOSED~~] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: January 13, 2023<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Kevin Trainer in Support of Plaintiffs' Application to File Documents Under Seal.
2. The unredacted version of the Second Corrections to the Expert Reports of Daniel A. Rascher, J. Douglas Zona, and Sarah Butler.
3. The unredacted version of the Clarification of and Addendum to Expert Report of Daniel A. Rascher ISO Motion for Class Certification.

IT IS SO ORDERED.

Dated: 10/28/22

PHILIP S. GUTIERREZ
United Sates District Judge