| | | |
|---|---|---|
| 1 | Marc M. Seltzer (54534) | Howard Langer (*Pro Hac Vice*) |
| 2 | SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400 | hlanger@langergrogan.com<br>LANGER GROGAN & DIVER, P.C. |
| 3 | Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100 | 1717 Arch Street, Suite 4130<br>Philadelphia, PA 19103 |
| 4 | Fax: (310) 789-3150<br>mseltzer@susmangodfrey.com | Tel: (215) 320-5660<br>Fax: (215) 320-5703 |
| 5 | Scott Martin (*Pro Hac Vice*) | |
| 6 | smartin@hausfeld.com<br>HAUSFELD LLP | |
| 7 | 33 Whitehall Street, 14th Floor<br>New York, NY 10004 | |
| 8 | Tel: (646) 357-1100<br>Fax: (212) 202-4322 | |
| 9 | *Plaintiffs' Co-Lead Class Counsel* | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the District of Columbia. I am over the age of 18 and not a party to the within action; my business address is 888 16th Street, N.W., Suite 300, Washington, DC 20006.

On November 1, 2022, I served the foregoing document(s), filed under seal, and described as follows:

1. an unredacted copy of the Joint Stipulation Regarding Plaintiffs' Motion to Compel the Production of Documents on DIRECTV's Privilege Log;
2. Exhibits 6, 8, 9, 11, and 13 to the Declaration of Farhad Mirzadeh;
3. Exhibits 1 and 3 to the Declaration of Jeffrey Kopczynski.

_____BY MAIL:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____BY PERSONAL SERVICE:

I caused to be delivered such envelope by hand to the offices of the addressee.

_____BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____BY FAX

I served by facsimile as indicated on the attached service list.

_XX_BY ELECTRONIC MAIL

I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on November 1, 2022, at Colleyville, Texas.

1

_____(State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_XX_(Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Farhad Mirzadeh | /s/ Farhad Mirzadeh |
|---|---|
| (Type or Print Name) | (Signature) |

**SERVICE LIST**

Beth A. Wilkinson
bwilkinson@wilkinsonstekloff.com
Brian L. Stekloff
bstekloff@wilkinsonstekloff.com
Rakesh Kilaru
rkilaru@wilkinsonstekloff.com
Max Warren
mwarren@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005

Jeremy S. Barber
jbarber@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
130 West 42nd Street 24th Floor
New York, NY 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005

Gregg H. Levy
glevy@cov.com
Derek Ludwin
dludwin@cov.com
COVINGTON & BURLING LLP
850 Tenth Street NW One City Center
Washington, DC 20001-4956
Tel: (202) 662-6000
Fax: (202) 662-6804

Neema Trivedi Sahni
nsahni@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel: (424) 332-4800
Fax: (424) 332-4782

*Counsel for Defendants National Football League, Inc. and NFL Enterprises LLC and the Individual NFL Clubs*

Daniel M. Petrocelli
M. Randall Oppenheimer
O'MELVENY AND MYERS LLP
1999 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (213) 430-6407
dpetrocelli@omm.com

roppenheimer@omm.com

Katrina M. Robson
O'MELVENY AND MYERS LLP
1625 Eye Street NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
krobson@omm.com

Jeffrey A. N. Kopczynski
O'MELVENY & MYERS LLP
Times Square Tower
New York, New York 10036
Tel: 212-326-2000
Fax: 212-326-2061
jkopczynski@omm.com

*Counsel for DIRECTV, LLC and DIRECTV Holdings LLC*