| | |
|---|---|
| Marc M. Seltzer (54534)<br>mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150 | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com<br>LANGER GROGAN AND DIVER PC<br>1717 Arch Street, Suite 4020<br>Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703 |

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**NOTICE OF LODGING OF PLAINTIFFS' REDACTED ADDENDUM TO CLASS CERTIFICATION EXPERT REPORT** |

Pursuant to a meet-and-confer with the NFL Defendants concerning redactions to the Clarification of and Addendum to the Expert Report of Daniel A. Rascher ISO Plaintiffs' Motion for Class Certification, Plaintiffs hereby lodge a redacted version of said Clarification of and Addendum to the Expert Report of Daniel A. Rascher ISO Plaintiffs' Motion for Class Certification that was previously filed under seal (Dkt. No. 663-2).

DATED: November 2, 2022              By: /s/ Kevin Trainer
                                         Kevin Trainer

                                         Marc M. Seltzer (54534)
                                         mseltzer@susmangodfrey.com
                                         SUSMAN GODFREY L.L.P.
                                         1900 Avenue of the Stars, Suite 1400
                                         Los Angeles, CA 90067
                                         Tel: (310) 789-3100
                                         Fax: (310) 789-3150

                                         Arun Subramanian (*Pro Hac Vice*)
                                         asubramanian@susmangodfrey.com
                                         William C. Carmody (*Pro Hac Vice*)
                                         bcarmody@susmangodfrey.com
                                         Seth Ard (*Pro Hac Vice*)
                                         sard@susmangodfrey.com
                                         Tyler Finn (*Pro Hac Vice*)
                                         tfinn@susmangodfrey.com
                                         SUSMAN GODFREY L.L.P
                                         1301 Avenue of the Americas, 32nd Fl.
                                         New York, NY 10019
                                         Tel: (212) 336-8330
                                         Fax: (212) 336-8340

                                         Ian M. Gore (*Pro Hac Vice*)
                                         igore@susmangodfrey.com
                                         SUSMAN GODFREY L.L.P.
                                         401 Union Street, Suite 3000
                                         Seattle, WA 98101
                                         Tel: (206) 505-3841
                                         Fax: (206) 516-3883

                                         Armstead Lewis (*Pro Hac Vice*)
                                         alewis@susmangodfrey.com
                                         SUSMAN GODFREY L.L.P.
                                         1000 Louisiana, Suite 5100
                                         Houston, TX 77002
                                         Tel: (713) 651-9366
                                         Fax: (713) 654-6666

                                         Scott Martin (*Pro Hac Vice*)
                                         smartin@hausfeld.com

HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*