```
1  Beth A. Wilkinson (admitted pro hac vice)
   Brian L. Stekloff (admitted pro hac vice)
2  Rakesh N. Kilaru (admitted pro hac vice)
   Jeremy S. Barber (admitted pro hac vice)
3  WILKINSON STEKLOFF LLP
   2001 M Street NW, 10th Floor
4  Washington, DC 20036
   Telephone: (202) 847-4000
5  Facsimile: (202) 847-4005
   bwilkinson@wilkinsonstekloff.com
6  bstekloff@wilkinsonstekloff.com
   rkilaru@wilkinsonstekloff.com
7  jbarber@wilkinsonstekloff.com

8  Counsel for Defendants National Football
   League, NFL Enterprises LLC, and the
9  Individual NFL Clubs

10 [Additional Counsel Listed on Signature
   Pages]
11
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**DECLARATION OF RAKESH KILARU IN SUPPORT OF NFL DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF SARAH BUTLER**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Date: January 13, 2023<br>Time: 1:30 p.m.<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

I, Rakesh Kilaru, declare as follows:

I am a partner at the law firm of Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation. I submit this declaration in support of the NFL Defendants' Motion to Exclude the Opinions of Sarah Butler. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted *pro hac vice* to practice before the United States Central District of California in this litigation.

1. Attached hereto as Exhibit 1 is a true and correct copy of the expert report of Nancy A. Mathiowetz, Ph.D., dated November 4, 2022.

2. Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the deposition of Plaintiff's survey expert Sarah Butler, taken on October 25, 2022.

3. Attached hereto as Exhibit 3 is a true and correct copy of 506 Sports – NFL TV Schedule and Maps: Week 1, 2021, accessed October 24, 2022, and marked as Exhibit 5 as the deposition of Plaintiffs' survey expert Sarah Butler.

4. Attached hereto as Exhibit 4 is a true and correct copy of a list of DMAs that Plaintiffs' survey expert Sarah Butler assigned to each NFL club for purposes of her survey, which was marked as Exhibit 4 at Ms. Butler's deposition on October 24, 2022.

1

Case No. 2:15-ml-02668-PSG (JEMx)    Declaration of Rakesh Kilaru in Support of NFL Defendants' Motion to Exclude the Opinions of Sarah Butler

1    I declare under penalty of perjury under the laws of the United States of
2    America that the foregoing is true and correct.
3        EXECUTED on this 4th day of November 2022 in Washington, D.C.

Dated: November 4, 2022               Respectfully submitted,

                                      */s/ Rakesh N. Kilaru*
                                      Rakesh N. Kilaru (admitted *pro hac vice*)

2

**Case No. 2:15-ml-02668-PSG (JEMx)**       **Declaration of Rakesh Kilaru in Support of NFL Defendants' Motion to Exclude the Opinions of Sarah Butler**