Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668−PSG (JEMx) |
| | **DECLARATION OF RAKESH KILARU IN SUPPORT OF NFL DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF J. DOUGLAS ZONA** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |
| | Judge: Hon. Philip S. Gutierrez |
| | Date: January 13, 2023<br>Time: 1:30 p.m.<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

I, Rakesh Kilaru, declare as follows:

I am a partner at the law firm of Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation. I submit this declaration in support of the NFL Defendants' Motion to Exclude the Opinions of Sarah Butler. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted pro hac vice to practice before the United States Central District of California in this litigation.

1. Attached hereto as Exhibit 1 is a true and correct copy of the expert report of Ali Yurukoglu, Ph.D., dated November 4, 2022.

2. Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the deposition of Plaintiff's economics expert J. Douglas Zona, taken on October 13, 2022.

3. Attached hereto as Exhibit 3 is a true and correct copy of the expert report of Nancy A. Mathiowetz, Ph.D., dated November 4, 2022.

4. Attached hereto as Exhibit 4 is a true and correct copy of a spreadsheet produced by the NFL with Bates-number NFL_0537793.

5. Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from the deposition of DirecTV 30(b)(6) witness Steven Priesand, taken on October 11, 2022.

6. Attached hereto as Exhibit 6 is a true and correct copy of DIRECTV-ST-01922432, an email from Steven Priesand to Michael Coats, dated February 11, 2021.

7. Attached hereto as Exhibit 7 is a true and correct copy of transcript excerpts from the deposition of DirecTV 30(b)(6) witness James Dyckes, taken on October 27, 2022.

8. Attached hereto as Exhibit 8 is a true and correct copy of transcript excerpts from the deposition of Plaintiff's economics expert Daniel A. Rascher, taken October 3, 2022.

1

Case No. 2:15-ml-02668-PSG (JEMx)    Declaration of Rakesh Kilaru in Support of NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona

9. Attached hereto as Exhibit 9 is a true and correct copy of transcript excerpts from the deposition of the NFL's 30(b)(6) witness Hans Schroeder, taken on July 28, 2022.

10. Attached hereto as Exhibit 10 is a true and correct copy of transcript excerpts from the deposition of DirecTV witness Alex Kaplan, taken on November 2, 2022.

11. Attached hereto as Exhibit 11 is a true and correct copy of the DirecTV Pricing Guide.

12. Attached hereto as Exhibit 12 is a true and correct copy of the DirecTV Channel Guide.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 4th day of November 2022 in Washington, D.C.

Dated: November 4, 2022                Respectfully submitted,

*/s/ Rakesh N. Kilaru*
Rakesh N. Kilaru (admitted *pro hac vice*)

2

Case No. 2:15-ml-02668-PSG (JEMx)     Declaration of Rakesh Kilaru in Support of NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona