# EXHIBIT 9

## To the Declaration of Rakesh N. Kilaru

# REDACTED VERSION OF DOCUMENT FILED PUBLICLY

Case 2:15-ml-02668-PSG-SK Document 678-3 Filed 11/05/22 Page 2 of 18 Page ID #:16179
NFL Sunday Ticket Antitrust Litigation
Hans Schroeder
July 28, 2022

2

```
1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3    --------------------------X
     IN RE: NATIONAL FOOTBALL   |
4    LEAGUE'S "SUNDAY TICKET"   | CASE NO.:
                                | 2:15-ml-02668-PSG(JEMx)
5    ANTITRUST LITIGATION       |
     _____ |
6    THIS DOCUMENT RELATES TO   |
     ALL ACTIONS                |
7    --------------------------X

8

9         Deposition of HANS SCHROEDER, taken on behalf

10        of Plaintiff, at 620 Eighth Avenue, New York,

11        New York, commencing at 10018, Thursday, July

12        28, 2022, before Kiara Miller.
```

```
 1              Susman Godfrey on behalf of the
 2              plaintiffs.
 3                   MR. STEKLOFF:  Brian Stekloff
 4              on behalf of the NFL defendants.
 5              Blake Neal on behalf of the NFL
 6              defendants.  Caroline Li on behalf
 7              of the NFL defendants.  Janet Nova
 8              on behalf of the NFL.
 9                   VIDEOGRAPHER:  Thank you all
10              very much.  The court reporter is
11              Kiara Miller and I would ask her to
12              please now swear in the witness.
13
14   H A N S  S C H R O E D E R, after having first been
15   duly sworn by a Notary Public of the State of New
16   York, was examined and testified as follows:
17                   COURT REPORTER:  Please state
18              your name for the record.
19                   THE WITNESS:  Hans Schroeder.
20                   COURT REPORTER:  Please state
21              your address for the record.
22                   THE WITNESS:  My current home
23              address 279 Rye Beach Avenue, Rye,
24              New York 10580.
25   EXAMINATION BY
```

6

1  MR. GORE:

2  █████████

████████████████████████████████████████

███████████████████████████████████

████████████████████████████████████████

██████████████████████████

█████████████████████████

███████████████████████████████

████████████████████████

████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████

███████████████████████████████

███████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

███████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████

49



50



51



52





258

259



260



261



262



263





264

265



266





267