# EXHIBIT 11

## To the Declaration of Rakesh N. Kilaru

STREAM | SATELLITE | DIRECTV | SUPPORT | SIGN IN

Need help with your order? Call us at (844) 752-1738

DIRECTV $10 off for 12 months!

ENTERTAINMENT ⌄ $64.99/mo. ⌄



Compare channel lineups

DIRECTV

# ENTERTAINMENT

A winning mix of family favorites and sports

✓ 165+ live TV channels

✓ 45,000 On Demand titles

✓ Enjoy major sports channels like ESPN, ESPN2, NBCSN

✓ You can get HBO Max™, Cinemax®, SHOWTIME®, STARZ®, and EPIX for 3 months on us. Read on for more

✓ LIMITED TIME! Save $120 over your first year.

$64.99/mo  ~~$74/mo~~

w/ 24 mo. agmt. 2nd year price currently $102/mo. + tax & fees. Price subj. to change. Offer ends 12/10/22.

See details

Offer price includes limited-time savings of $10/mo. All prices include $5 Autopay & Paperless Bill discount, which may take 1-3 bill cycles to begin (pay $5 more per month until discount begins). New approved residential customers only. Offers may be discontinued at any time. Regional sports fee up to $11.99/mo. is extra & applies. *Reward Card: Select Sales Channels only Redemption required.

Equipment lease required. EARLY TERMINATION FEE OF $20/MO. FOR EACH MONTH REMAINING ON AGMT., EQUIPMENT NON-RETURN & ADD'L FEES APPLY. Price incl. TV Pkg., monthly service and equip. fees for 1 HD DVR. Offers may be discontinued at any time. Credit card req'd (except MA & PA). Restr's apply.

| ENTERTAINMENT ⌄ | $64.99/mo. ⌄ |



Compare channel lineups



■ ENTERTAINMENT ▼                                                                    $64.99/mo.  ▼

over the 1st year          reward card

How does whole home HD DVR work?

Compare channel lineups

Secure checkout

Other packages






ENTERTAINMENT ⌄ $64.99/mo. ⌄

over the 1st year | reward card

How does whole home HD DVR work?

Compare channel lineups

Secure checkout

## Other packages

### THE ESSENTIALS
**MÁS LATINO™**
120+ channels

$59.99/MO ~~$69.99~~
+ tax & fees for 1st yr.
for 12 mos plus tax & fees w/24 mo agreement. AutoPay & Paperless bill req'd. Pay $64.99/mo until discount starts. Regional Sports Fee up to $11.99/mo is extra & tax applies.
See details

- Our basic package with must-have Spanish and English channels
- Includes 55+ channels in Spanish
- LIMITED TIME! Save $120 over your first year.

SHOP NOW

DIRECTV

### THE UPGRADE
**ÓPTIMO MÁS™**
205+ channels

MOST POPULAR

$69.99/MO ~~$79.99~~
+ tax & fees for 1st yr.
for 12 mos plus tax & fees w/24 mo agreement. AutoPay & Paperless bill req'd. Pay $74.99/mo until discount starts. Regional Sports Fee up to $11.99/mo is extra & tax applies.
See details

- More sports and even more top Spanish channels
- Entertainment for the entire family with popular children's programming
- Includes 80+ channels in Spanish
- LIMITED TIME! Save $120 over your first year.

SHOP NOW

DIRECTV

### THE ONE WITH MORE
**MÁS ULTRA™**
240+ channels

$74.99/MO ~~$84.99~~
+ tax & fees for 1st yr.
for 12 mos plus tax & fees w/24 mo agreement. AutoPay & Paperless bill req'd. Pay $79.99/mo until discount starts. Regional Sports Fee up to $11.99/mo is extra & tax applies.
See details

- Enjoy more sports and movie channels with our top-rated package
- Get the best of both worlds with even more English channels
- Includes 80+ channels in Spanish
- LIMITED TIME! Save $120 over your first year.

SHOP NOW

DIRECTV

### THE ONE WI[TH]
**LO MÁXIMO**
350+ channels

$139.99/MO ~~$14[9.99]~~
+ tax & fees for 1st yr.
for 12 mos plus tax & fees & Paperless bill req'd. Pay starts. Regional Sports Fe[e] tax applies.
See details

- Our entertainment movie lovers
- Premium movie ch[annels] Latino, Cinemáx, a[nd]
- Includes 105+ cha[nnels]
- LIMITED TIME! Sa[ve] year.

SHOP

DIR[ECTV]

ENTERTAINMENT ⌄     $64.99/mo. ⌄

over the 1st year    reward card

How does whole home HD DVR work?

Compare channel lineups

Secure checkout

## Other packages

**...TIALS** / ...TM

**THE UPGRADE**
**ÓPTIMO MÁS™**
205+ channels

MOST POPULAR

$69.99/MO  ~~$79~~

+ tax & fees for 1st yr.

for 12 mos plus tax & fees w/24 mo agreement. AutoPay & Paperless bill req'd. Pay $74.99/mo until discount starts. Regional Sports Fee up to $11.99/mo is extra & tax applies.

See details

- More sports and even more top Spanish channels
- Entertainment for the entire family with popular children's programming
- Includes 80+ channels in Spanish
- LIMITED TIME! Save $120 over your first year.

SHOP NOW

DIRECTV

**THE ONE WITH MORE**
**MÁS ULTRA™**
240+ channels

$74.99/MO  ~~$84~~

+ tax & fees for 1st yr.

for 12 mos plus tax & fees w/24 mo agreement. AutoPay & Paperless bill req'd. Pay $79.99/mo until discount starts. Regional Sports Fee up to $11.99/mo is extra & tax applies.

See details

- Enjoy more sports and movie channels with our top-rated package
- Get the best of both worlds with even more English channels
- Includes 80+ channels in Spanish
- LIMITED TIME! Save $120 over your first year.

SHOP NOW

DIRECTV

**THE ONE WITH THE MOST**
**LO MÁXIMO™**
350+ channels

PREMIUMS INCLUDED

$139.99/MO  ~~$149~~

+ tax & fees for 1st yr.

for 12 mos plus tax & fees w/24 mo agreement. AutoPay & Paperless bill req'd. Pay $144.99/mo until discount starts. Regional Sports Fee up to $11.99/mo is extra & tax applies.

See details

- Our entertainment-packed package for movie lovers
- Premium movie channels like HBO, HBO Latino, Cinemáx, and more included
- Includes 105+ channels in Spanish
- LIMITED TIME! Save $120 over your first year.

SHOP NOW

DIRECTV