# EXHIBIT 12

To the Declaration of Rakesh N. Kilaru

Case 2:15-ml-02668-PSG-SK   Document 678-5   Filed 11/05/22   Page 2 of 10   Page ID #:16203



# PACKAGES & CHANNEL LINEUP

Effective 7/1/22

| Channel | # | ENTERTAINMENT | CHOICE | ULTIMATE | PREMIER |
|---|---|---|---|---|---|
| A&E | 265 | | • | • | • |
| ACC Network | 612 | | • | • | • |
| AccuWeather (HD only) | 361 | • | • | • | • |
| ActionMAX² (HD only) | 519 | | | | • |
| AMC | 254 | • | • | • | • |
| American Heroes Channel | 287 | | | • | • |
| Animal Planet | 282 | • | • | • | • |
| ASPiRE² (HD only) | 381 | | | • | • |
| AXS TV² (HD only) | 340 | • | • | • | • |
| BabyFirst TV³ | 293 | • | • | • | • |
| BBC America | 264 | • | • | • | • |
| BBC World News² (HD only) | 346 | | | • | • |
| BET | 329 | • | • | • | • |
| BET HER | 330 | | | • | • |
| BET West HD² (HD only) | 329-1 | • | • | • | • |
| Big Ten Network | 610 | | • | • | • |
| Black News Channel² (HD only) | 342 | • | • | • | • |
| Bloomberg TV | 353 | • | • | • | • |
| Boomerang | 298 | • | • | • | • |
| Bravo | 237 | • | • | • | • |
| BYUtv | 374 | • | • | • | • |
| C-SPAN2 | 351 | • | • | • | • |
| Cartoon Network East | 296 | • | • | • | • |
| Cartoon Network West | 297 | • | • | • | • |
| CBS Sports Network | 221 | | | • | • |
| Cheddar News⁸ | 354 | | • | • | • |
| Cinemax² (HD only) | 523 | | | | • |
| Cinemax 5StarMax HD² (HD only) | 520 | | | | • |
| Cinemax East | 515 | | | | • |
| Cinemax West | 516 | | | | • |
| Cleo TV² (HD only) | 341 | • | • | • | • |
| CMT | 327 | • | • | • | • |
| CNBC | 355 | • | • | • | • |
| CNBC World | 357 | | | • | • |
| CNN | 202 | • | • | • | • |
| CNN En Español³ | 419 | • | • | • | • |
| CNN International | 358 | | | • | • |
| Comedy Central | 249 | • | • | • | • |
| Comedy Central West HD² (HD only) | 249-1 | • | • | • | • |
| Comedy TV² (HD only) | 382 | | • | • | • |
| Cooking Channel | 232 | | • | • | • |
| Cowboy Channel | 603 | | | • | • |
| CTN | 376 | • | • | • | • |
| Daystar | 369 | • | • | • | • |
| Destination America | 286 | | | • | • |
| DIRECTV HD SPORTSMIX®² (HD only) | 205, 600 | | • | • | • |
| Discovery | 278 | • | • | • | • |
| Discovery Family Channel | 294 | | | • | • |
| Discovery Life | 261 | | | • | • |
| Disney Channel (East) | 290 | • | • | • | • |
| Disney Channel (West) | 291 | | | • | • |
| Disney Junior | 289 | | | • | • |
| Disney XD | 292 | | | • | • |
| E! | 236 | | • | • | • |
| Enlace³ | 448 | | | • | • |
| ESNE³ | 456 | | | • | • |
| ESPN | 206 | | • | • | • |
| ESPN College Extra² (HD only) (Games only) | 788-798 | | | | • |
| ESPN2 | 209 | | • | • | • |
| ESPNEWS | 207 | | • | • | • |
| ESPNU | 208 | | • | • | • |
| EWTN | 370 | • | • | • | • |
| FETV | 323 | • | • | • | • |
| FLIX® | 556 | | | | • |
| FM² (HD only) | 386 | | | • | • |
| Food Network | 231 | • | • | • | • |
| Fox Business Network | 359 | • | • | • | • |
| Fox News Channel | 360 | • | • | • | • |
| FOX Sports 1 | 219 | | • | • | • |
| FOX Sports 2 | 618 | | | • | • |
| Free Speech TV³ | 348 | • | • | • | • |
| Freeform | 311 | • | • | • | • |
| Fuse (HD only) | 339 | | | • | • |
| FX | 248 | | • | • | • |
| FX Movie | 258 | | | • | • |
| FXX | 259 | | • | • | • |
| fyi, | 266 | | • | • | • |
| GAC Family | 326 | | | • | • |
| Galavisión | 404 | | | • | • |
| GEB America³ | 363 | • | • | • | • |
| GOD TV³ | 365 | | | • | • |
| Golf Channel | 218 | | | • | • |
| GSN | 233 | | | • | • |
| Hallmark Channel | 312 | • | • | • | • |
| Hallmark Movies & Mysteries² (HD only) | 565 | • | • | • | • |
| HBO Comedy HD² (HD only) | 506 | | | | • |
| HBO East | 501 | | | | • |
| HBO Family East | 507 | | | | • |


| Channel | # | ENTERTAINMENT | CHOICE | ULTIMATE | PREMIER |
|---|---|---|---|---|---|
| HBO Family West | 508 | | | | • |
| HBO Latino[3] | 511 | | | | • |
| HBO Signature | 503 | | | | • |
| HBO West | 504 | | | | • |
| HBO Zone[2] (HD only) | 509 | | | | • |
| HBO2 East | 502 | | | | • |
| HBO2 West | 505 | | | | • |
| HGTV | 229 | • | • | • | • |
| HITN[3] | 461 | • | • | • | • |
| HLN | 204 | • | • | • | • |
| Hope Channel[3] | 368 | • | • | • | • |
| HSN | 240 | • | • | • | • |
| HSN 2 | 310 | • | • | • | • |
| i24 News[8] | 343 | | | • | • |
| IFC | 333 | • | • | • | • |
| IMPACT[3] | 380 | • | • | • | • |
| INSP | 364 | • | • | • | • |
| Investigation Discovery | 285 | • | • | • | • |
| ION Television (East) (HD only) | 305 | • | • | • | • |
| ION Television (West) | 306 | • | • | • | • |
| JBS[3] | 388 | • | • | • | • |
| Jewelry TV | 313 | • | • | • | • |
| Jewish Life TV[3] | 325-1 | • | • | • | • |
| Justice Central[2] (HD only) | 383 | | • | • | • |
| Lifetime | 252 | • | • | • | • |
| Link TV | 375 | • | • | • | • |
| Living Faith Network[3] | 379 | • | • | • | • |
| LMN | 253 | | | • | • |
| Logo HD | 272 | | | • | • |
| Magnolia Network | 230 | | | • | • |
| MAVTV (HD only) | 214 | • | • | • | • |
| MLB Network | 213 | | • | • | • |
| MoreMAX[2] | 517 | | | | • |
| MotorTrend[2] (HD only) | 281 | • | • | • | • |
| MovieMAX[2] (HD only) | 521 | | | | • |
| MSNBC | 356 | • | • | • | • |
| MTV | 331 | • | • | • | • |
| MTV Classic | 336 | | | • | • |
| MTV West HD[2] (HD only) | 331-1 | • | • | • | • |
| MTV2 | 332 | • | • | • | • |
| NASA TV[3] | 352 | • | • | • | • |
| Nat Geo WILD | 283 | | | • | • |
| National Geographic | 276 | • | • | • | • |
| NBA TV | 216 | | • | • | • |
| Newsmax | 349 | • | • | • | • |
| NewsNation | 307 | | • | • | • |
| Next Level Sports[2] (HD only) | 623 | | | | • |
| NFL Network | 212 | | • | • | • |
| NHK[3] | 322, 2049 | • | • | • | • |
| NHL Network | 215 | | | • | • |
| Nick Jr. | 301 | | | • | • |
| Nickelodeon/Nick at Nite (East) | 299 | • | • | • | • |
| Nickelodeon/Nick at Nite (West) | 300 | | | • | • |
| Nicktoons | 302 | | | • | • |
| NRB | 378 | | | • | • |
| Olympic Channel | 624 | | | • | • |
| ONCE MEXICO[3] | 447 | • | • | • | • |
| Outdoor Channel | 606 | | | • | • |
| Ovation | 274 | | • | • | • |
| OWN (Oprah Winfrey Network) | 279 | • | • | • | • |
| OWN West[3] | 279-1 | • | • | • | • |
| Oxygen | 251 | | • | • | • |
| Paramount Network | 241 | • | • | • | • |
| PBS Kids | 288 | • | • | • | • |
| POP | 273 | | | • | • |
| Pursuit | 604 | • | • | • | • |
| QVC | 317 | • | • | • | • |
| QVC2 | 315 | • | • | • | • |
| QVC3 | 318 | • | • | • | • |
| ReelzChannel | 238 | | | • | • |
| Revolt[2] (HD only) | 384 | • | • | • | • |
| RFD-TV (HD only) | 345 | • | • | • | • |
| SBN | 344 | • | • | • | • |
| Science | 284 | | | • | • |
| SEC Network | 611 | | | • | • |
| ShopHQ | 316 | • | • | • | • |
| Shorts TV | 573 | | | • | • |
| SHOWTIME 2® | 547 | | | | • |
| SHOWTIME® East | 545 | | | | • |
| SHOWTIME EXTREME® | 549 | | | | • |
| SHOWTIME FAMILYZONE® HD[2] (HD only) | 552 | | | | • |
| SHOWTIME NEXT® HD[2] (HD only) | 551 | | | | • |
| SHOWTIME® SHOWCASE HD[2] (HD only) | 550 | | | | • |
| SHOWTIME® West | 546 | | | | • |
| SHOxBET®[2] (HD only) | 548 | | | | • |
| Smithsonian Channel | 570 | | | • | • |
| So Yummy[3] | 563 | • | • | • | • |
| Sportsman Channel | 605 | | | • | • |



| Channel | # | ENTERTAINMENT | CHOICE | ULTIMATE | PREMIER |
|---|---|---|---|---|---|
| STARZ | 525 | | | | • |
| STARZ Cinema[2] (HD only) | 531 | | | | • |
| STARZ Comedy[2] (HD only) | 528 | | | | • |
| STARZ Edge[2] | 529 | | | | • |
| STARZ ENCORE | 535 | | | • | • |
| STARZ ENCORE Action | 541 | | | • | • |
| STARZ ENCORE Black | 540 | | | • | • |
| STARZ ENCORE Classic | 537 | | | • | • |
| STARZ ENCORE Family | 542 | | | • | • |
| STARZ ENCORE Suspense | 539 | | | • | • |
| STARZ ENCORE West | 536 | | | • | • |
| STARZ ENCORE Westerns | 538 | | | • | • |
| STARZ in Black | 530 | | | | • |
| STARZ Kids & Family[2] (HD only) | 527 | | | | • |
| STARZ West | 526 | | | | • |
| SundanceTV | 239 | • | • | • | • |
| Syfy | 244 | • | • | • | • |
| Tastemade[8] | 235 | | • | • | • |
| TBN Inspire | 371 | • | • | • | • |
| TBS | 247 | • | • | • | • |
| TBS West HD[2] (HD only) | 247-1 | • | • | • | • |
| TCM | 256 | • | • | • | • |
| TCT Network | 377 | • | • | • | • |
| TeenNick | 303 | • | • | • | • |
| Tennis Channel | 217 | | • | • | • |
| The HISTORY Channel | 269 | | • | • | • |
| THE MOVIE CHANNEL™ EAST | 553 | | | • | • |
| THE MOVIE CHANNEL™ WEST | 554 | | | • | • |
| THE MOVIE CHANNEL™ XTRA EAST HD[2] (HD only) | 555 | | | | • |
| ThrillerMax[2] (HD only) | 522 | | | | • |

| Channel | # | ENTERTAINMENT | CHOICE | ULTIMATE | PREMIER |
|---|---|---|---|---|---|
| TLC | 280 | • | • | • | • |
| TNT | 245 | • | • | • | • |
| TNT West HD[2] (HD only) | 245-1 | • | • | • | • |
| Travel Channel | 277 | | • | • | • |
| Trinity Broadcasting Network (TBN) (HD only) | 372 | • | • | • | • |
| TruTV | 246 | • | • | • | • |
| TUDN[3] | 464 | | • | • | • |
| TV Land | 304 | • | • | • | • |
| TV One (HD only) | 328 | | • | • | • |
| TVG HD[2] (HD only) | 602 | | • | • | • |
| UniMás[3] | 408 | • | • | • | • |
| Universal Kids | 295 | | • | • | • |
| UNIVERSO[3] | 410 | | • | • | • |
| Univision (Este) | 402 | • | • | • | • |
| UPTV | 338 | | • | • | • |
| USA Network | 242 | • | • | • | • |
| VH1 | 335 | • | • | • | • |
| VICE | 271 | | • | • | • |
| Victory | 366 | | • | • | • |
| WE tv | 260 | • | • | • | • |
| Weather Channel, The | 362 | • | • | • | • |
| Word Network, The | 373 | • | • | • | • |
| World Harvest Television (WHT) | 367 | • | • | • | • |

**Also available to add to any package:**

HBO max    SHOWTIME    STARZ Includes STARZ ENCORE℠    EPIX    CINEMAX

Subscription sold separately.

To access DIRECTV HD programming, HD equipment required. ALL PROGRAMMING AND PRICING SUBJECT TO CHANGE AT ANY TIME. Certain channels may not be available in all areas. For the latest updates and information about your area, see tvpromise.com.

Lineups effective as of 7/1/22. Get updates at directv.com/channels. Eligibility for local channels based on service address. Visit directv.com/locals and directv.com to see what is available in your area. To find out if HD locals are available in your area, visit directv.com/hdlocals. [2] This channel requires HD equipment and Advanced Receiver-HD. Please call 1-800-531-5000 for more information. [3] MPEG 4 HD equipment required. Channel will display in SD. Please call 1-800-531-5000 for more information. [8] This channel requires an internet-connected HD-DVR and Advanced Receiver service. Please call 1-800-531-5000 for more information.

All offers, programming, promotions, pricing, terms, restrictions & conditions subject to change & may be modified, discontinued, or terminated at any time without notice. Visit directv.com/legal or call for details. HBO MAX is used under license. Cinemax® and related channels and service marks are the property of Home Box Office, Inc. Separate SHOWTIME subscription required. SHOWTIME is a registered trademark of Showtime Networks Inc., a Paramount Company. All rights reserved. STARZ® and related channels and service marks are the property of Starz Entertainment LLC. EPIX® is a registered trademark of EPIX Entertainment LLC. ©2022 DIRECTV. DIRECTV and all other DIRECTV marks are trademarks of DIRECTV, LLC. All other marks are the property of their respective owners.



# HISPANIC PACKAGES & CHANNEL LINEUP
Effective 7/1/22

| Channel | # | MÁS LATINO | ÓPTIMO MÁS | MÁS ULTRA | LO MÁXIMO |
|---|---|---|---|---|---|
| A&E | 265 | | ● | ● | ● |
| A3Series | 420 | ● | ● | ● | ● |
| ACC Network | 612 | ● | ● | ● | ● |
| AccuWeather (HD only) | 361 | | | | ● |
| ActionMAX[2] (HD only) | 519 | | | | ● |
| AMC | 254 | | ● | ● | ● |
| American Heroes Channel | 287 | | | | ● |
| Animal Planet | 282 | | ● | ● | ● |
| Antena 3 | 458 | ● | ● | ● | ● |
| Atres Cine | 459 | ● | ● | ● | ● |
| AXS TV[2] (HD only) | 340 | ● | ● | ● | ● |
| Azteca | 441 | ● | ● | ● | ● |
| BabyFirst TV[7] | 293 | ● | ● | ● | ● |
| BabyTV | 425 | ● | ● | ● | ● |
| Bandamax | 433 | ● | ● | ● | ● |
| Bloomberg TV | 353 | | | | ● |
| Boomerang | 298 | | ● | ● | ● |
| Bravo | 237 | | | ● | ● |
| BYUtv | 374 | ● | ● | ● | ● |
| C-SPAN2 | 351 | ● | ● | ● | ● |
| Canal 22 Internacional | 446 | ● | ● | ● | ● |
| Caracol TV | 417 | ● | ● | ● | ● |
| Cartoon Network East | 296 | | ● | ● | ● |
| Cartoon Network West | 297 | | | ● | ● |
| CBS Sports Network | 221 | | | | ● |
| Centroamérica TV | 428 | | ● | ● | ● |
| Cine Estelar | 422 | | ● | ● | ● |
| Cine Mexicano | 462 | | ● | ● | ● |
| Cine Nostalgia | 424 | | ● | ● | ● |
| Cinelatino | 423 | | ● | ● | ● |
| Cinemax[2] (HD only) | 523 | | | | ● |
| Cinemax 5StarMax HD[2] (HD only) | 520 | | | | ● |
| Cinemax East | 515 | | | | ● |
| Cinemax West | 516 | | | | ● |
| CNBC World | 357 | | | | ● |
| CNN | 202 | | ● | ● | ● |
| CNN En Español | 419 | ● | ● | ● | ● |
| CNN International | 358 | | | | ● |
| Comedy Central | 249 | | | ● | ● |
| Comedy Central West HD[2] (HD only) | 249-1 | | | ● | ● |
| CTN | 376 | ● | ● | ● | ● |
| Daystar | 369 | | ● | | ● |
| De Película | 451 | ● | ● | ● | ● |
| De Película Clásico | 452 | ● | ● | ● | ● |
| Destination America | 286 | | | | ● |
| Discovery | 278 | | ● | ● | ● |
| Discovery En Español | 413 | ● | ● | ● | ● |
| Discovery Familia | 436 | ● | ● | ● | ● |
| Discovery Family Channel | 294 | | | | ● |
| Discovery Life | 261 | | | | ● |
| Disney Channel (East) | 290 | ● | ● | ● | ● |
| Disney Channel (West) | 291 | ● | ● | ● | ● |
| Disney XD | 292 | | | | ● |
| E! | 236 | | | | ● |
| Ecuador TV | 457 | | | | ● |
| Ecuavisa Internacional | 438 | ● | ● | ● | ● |
| Enlace[7] | 448 | | | | ● |
| ESNE[7] (requires HD access) | 456 | | ● | ● | ● |
| ESPN | 206 | | | ● | ● |
| ESPN College Extra[2] (HD only) (Games only) | 788-798 | | | | |
| ESPN Deportes | 466 | ● | ● | ● | ● |
| ESPN2 | 209 | | | ● | ● |
| ESPNEWS | 207 | | | | ● |
| ESPNU | 208 | | | | ● |
| Estrella News | 473 | ● | ● | ● | ● |
| Estrella TV | 442 | | | | ● |
| EWTN | 370 | ● | ● | ● | ● |
| FLIX® | 556 | | | | ● |
| Food Network | 231 | | ● | ● | ● |
| FOROtv | 453 | ● | ● | ● | ● |
| FOX Deportes | 465 | ● | ● | ● | ● |
| Fox News Channel | 360 | | | | ● |
| FOX Sports 1 | 219 | | | ● | ● |
| FOX Sports 2 | 618 | | | | ● |
| Free Speech TV[7] | 348 | ● | | | |
| Freeform | 311 | | | | ● |
| FX | 248 | | | ● | ● |
| FX Movie | 258 | | | | ● |
| FXX | 259 | | | ● | ● |
| fyi, | 266 | | | | ● |
| GAC Family | 326 | | ● | ● | ● |
| Galavisión | 404 | ● | ● | ● | ● |
| GEB America[7] | 363 | ● | ● | ● | ● |
| GOD TV[7] | 365 | ● | ● | ● | ● |
| Golf Channel | 218 | | | | ● |
| GolTV | 468 | ● | ● | ● | ● |
| Hallmark Channel | 312 | | | | ● |
| HBO Comedy HD[2] (HD only) | 506 | | | | ● |
| HBO East | 501 | | | | ● |
| HBO Family East | 507 | | | | ● |



# HISPANIC PACKAGES & CHANNEL LINEUP (CONTINUED)

Effective 7/1/22

| Channel | # | MÁS LATINO | ÓPTIMO MÁS | MÁS ULTRA | LO MÁXIMO |
|---|---|---|---|---|---|
| HBO Family West | 508 | | | | • |
| HBO Latino | 511 | | | | • |
| HBO Signature | 503 | | | | • |
| HBO West | 504 | | | | • |
| HBO Zone[2] (HD only) | 509 | | | | • |
| HBO2 East | 502 | | | | • |
| HBO2 West | 505 | | | | • |
| HGTV | 229 | | | • | • |
| History En Español | 443 | | • | • | • |
| HITN[7] | 461 | • | • | • | • |
| HLN | 204 | | | • | • |
| Hogar de HGTV | 434 | • | • | • | • |
| ¡Hola! TV | 430 | • | • | • | • |
| Hope Channel[7] | 368 | • | • | • | • |
| HSN | 240 | • | • | • | • |
| HSN 2 | 310 | • | • | • | • |
| IFC | 333 | | | • | • |
| IMPACT[7] | 380 | • | • | • | • |
| INSP | 364 | • | • | • | • |
| Investigation Discovery | 285 | | | | • |
| JBS[7] | 388 | • | | • | • |
| Jewelry TV | 313 | | • | • | • |
| Jewish Life TV[7] | 325-1 | • | • | • | • |
| Lifetime | 252 | | • | • | • |
| Link TV | 375 | • | • | • | • |
| Living Faith Network[7] | 379 | • | • | • | • |
| Logo | 272 | | | | • |
| Magnolia Network | 230 | | | | • |
| Meganoticias | 474 | • | • | • | • |
| MAVTV (HD only) | 214 | • | • | • | • |
| MegaTV[4] | 405 | | • | • | • |
| MLB Network | 213 | | | • | • |
| MoreMAX[2] | 517 | | | | • |
| MotorTrend[2] (HD only) | 281 | • | | • | • |
| MovieMAX[2] (HD only) | 521 | | | | • |
| MSNBC | 356 | | • | • | • |
| MTV | 331 | | • | • | • |
| MTV West HD | 331-1 | | • | • | • |
| MTV2 | 332 | | | • | • |
| Multimedios | 412 | • | | • | • |
| NASA TV[7] | 352 | • | • | • | • |
| Nat Geo Mundo | 435 | • | | • | • |
| Nat Geo WILD | 283 | | | • | • |
| National Geographic | 276 | | • | • | • |
| NBA TV | 216 | | | | • |
| Next Level Sports[2] (HD only) | 623 | | | • | • |
| NFL Network | 212 | | | • | • |
| NHK | 322, 2049 | • | • | • | • |
| Nick Jr. | 301 | | | | • |
| Nickelodeon/Nick at Nite (East) | 299 | • | • | • | • |
| Nickelodeon/Nick at Nite (West) | 300 | • | • | • | • |
| Nicktoons | 302 | | | | • |
| NRB | 378 | • | • | • | • |
| NTN24 | 418 | | | • | • |
| Nuestra Tele | 416 | | | • | • |
| Nuestra Vision | 472 | | | • | • |
| ONCE MEXICO[7] | 447 | • | • | • | • |
| Oxygen | 251 | | | | • |
| Paramount Network | 241 | | • | • | • |
| Pasiones | 444 | | | • | • |
| PBS Kids | 288 | • | • | • | • |
| Perú Mágico | 431 | | • | • | • |
| POP | 273 | | | | • |
| Pursuit | 604 | • | • | • | • |
| QVC | 317 | • | • | • | • |
| QVC2 | 315 | • | • | • | • |
| ReelzChannel | 238 | | | | • |
| SBN | 344 | • | • | • | • |
| Science | 284 | | | | • |
| ShopHQ | 316 | • | • | • | • |
| SHOWTIME 2® SAP | 547 | | | | • |
| SHOWTIME® East SAP | 545 | | | | • |
| SHOWTIME EXTREME® | 549 | | | | • |
| SHOWTIME FAMILYZONE® HD[2] (HD only) | 552 | | | | • |
| SHOWTIME NEXT® HD[2] (HD only) | 551 | | | | • |
| SHOWTIME® SHOWCASE HD[2] SAP | 550 | | | | • |
| SHOWTIME® West SAP | 546 | | | | • |
| SHOxBET®[2] (HD only) | 548 | | | | • |
| So Yummy[2] (requires HD access) | 563 | • | • | • | • |
| Sony Cine | 449 | | • | | • |
| STARZ | 525 | | | | • |
| STARZ Cinema[2] (HD only) SAP | 531 | | | | • |
| STARZ Comedy[2] (HD only) SAP | 528 | | | | • |
| STARZ Edge | 529 | | | | • |
| STARZ ENCORE | 535 | | | | • |
| STARZ ENCORE Action | 541 | | | | • |
| STARZ ENCORE Black | 540 | | | | • |
| STARZ ENCORE Classic | 537 | | | | • |
| STARZ ENCORE En Español | 426 | | • | • | • |
| STARZ ENCORE Family | 542 | | | | • |



| Channel | # | MÁS LATINO | ÓPTIMO MÁS | MÁS ULTRA | LO MÁXIMO |
|---|---|---|---|---|---|
| STARZ ENCORE Suspense | 539 | | | | • |
| STARZ ENCORE West | 536 | | | | • |
| STARZ ENCORE Westerns | 538 | | | | • |
| STARZ in Black | 530 | | | | • |
| STARZ Kids & Family[2] (HD only) SAP | 527 | | | | • |
| STARZ West | 526 | | | | • |
| SundanceTV | 239 | | | | • |
| SUR Perú | 439 | • | • | • | • |
| Syfy | 244 | | | • | • |
| TBN Inspire | 371 | • | • | • | • |
| TBS | 247 | | • | • | • |
| TBS West HD | 247-1 | | • | • | • |
| TCM | 256 | | | • | • |
| TCT Network | 377 | • | • | • | • |
| Teen Nick | 303 | • | • | • | • |
| TeleCentro | 429 | | • | • | • |
| Telefe | 411 | • | • | • | • |
| Telemundo (Este) | 406 | • | • | • | • |
| Telemundo (Oeste) | 407 | • | • | • | • |
| The HISTORY Channel | 269 | | • | • | • |
| THE MOVIE CHANNEL™ EAST | 553 | | | | • |
| THE MOVIE CHANNEL™ WEST | 554 | | | | • |
| THE MOVIE CHANNEL™ XTRA EAST HD[2] (HD only) | 555 | | | | • |
| ThrillerMax[2] (HD only) | 522 | | | | • |
| TLC | 280 | | | • | • |
| TNT | 245 | | • | • | • |
| TNT West HD | 245-1 | | • | • | • |
| Tr3s | 445 | • | • | • | • |
| Travel Channel | 277 | | | • | • |
| Trinity Broadcasting Network (TBN) (HD only) | 372 | • | • | • | • |
| TruTV | 246 | | | | • |
| TUDN | 464 | • | | | • |
| TV Chile | 437 | • | • | • | • |
| TV Land | 304 | | | | • |
| TVE | 460 | • | • | • | • |
| TVG (HD only) | 602 | | | | • |
| TyC Sports | 469 | | • | • | • |
| UniMás[7] | 408 | • | • | • | • |
| Universal Kids | 295 | | | | • |
| UNIVERSO[7] | 410 | | • | • | • |
| Univision (Este) | 402 | • | • | • | • |
| Univision (Oeste) | 403 | • | • | • | • |
| Univision tlnovelas | 454 | • | • | • | • |
| UPTV | 338 | | | | • |
| USA Network | 242 | | | • | • |
| VePlus | 409 | • | • | • | • |
| VH1 | 335 | | | • | • |
| VICE | 271 | | | • | • |
| Videorola | 415 | • | • | • | • |
| ViendoMovies | 450 | | • | • | • |
| Vme | 440 | • | • | • | • |
| WAPA América | 414 | • | • | • | • |
| WE tv | 260 | | | | • |
| Weather Channel, The | 362 | • | • | • | • |
| Word Network, The | 373 | • | • | • | • |
| World Harvest Television (WHT) | 367 | • | • | • | • |
| ZooMoo | 432 | • | • | • | • |

**Also available to add to any package:**

HBO max · SHOWTIME · STARZ Includes STARZ ENCORE℠ · EPIX · CINEMAX

Subscription sold separately.

To access DIRECTV HD programming, HD equipment required. SAP Channel broadcasts in English language with alternate Spanish audio. ALL PROGRAMMING AND PRICING SUBJECT TO CHANGE AT ANY TIME. Certain channels may not be available in all areas. For the latest updates and information about your area, see tvpromise.com.

Lineups effective as of 7/1/22. Get updates at directv.com/channels. Eligibility for local channels based on service address. Visit directv.com/locals and directv.com to see what is available in your area. To find out if HD locals are available in your area, visit directv.com/hdlocals. 2 This channel requires HD equipment and Advanced Receiver-HD. Please call 1-800-531-5000 for more information. 4 MegaTV is available as a nationwide channel exclusively by DIRECTV. 7 MPEG 4 HD equipment required. Channel will display in SD. Please call 1-800-531-5000 for more information.

All offers, programming, promotions, pricing, terms, restrictions & conditions subject to change & may be modified, discontinued, or terminated at any time without notice. Visit directv.com/legal or call for details. HBO MAX is used under license. Cinemax® and related channels and service marks are the property of Home Box Office, Inc. Separate SHOWTIME subscription required. SHOWTIME is a registered trademark of Showtime Networks Inc., a Paramount Company. All rights reserved. STARZ® and related channels and service marks are the property of Starz Entertainment LLC. EPIX® is a registered trademark of EPIX Entertainment LLC. ©2022 DIRECTV. DIRECTV and all other DIRECTV marks are trademarks of DIRECTV, LLC. All other marks are the property of their respective owners.



# REGIONAL SPORTS NETWORKS

Customers with CHOICE,™ ULTIMATE and MÁS ULTRA™ only receive Regional Sports Networks for their market based on ZIP code. Most Regional Sports Networks available in all markets for PREMIER™ and LO MÁXIMO.™ Blackout restrictions and other conditions apply to all sports programming.

Effective 7/1/22

| Channel | Number |
|---|---|
| Altitude Sports[4] | 681 |
| AT&T SportsNet Pittsburgh[1,4] | 659 |
| AT&T SportsNet Rocky Mountain[1,4] | 683 |
| AT&T SportsNet Rocky Mountain West[4] | 684 |
| AT&T SportsNet Southwest[4] | 674 |
| Bally Sports Arizona[4] | 686 |
| Bally Sports Cincinnati[4] | 661 |
| Bally Sports Detroit[4] | 663 |
| Bally Sports Florida[4] | 654 |
| Bally Sports Great Lakes[4] | 662 |
| Bally Sports Indiana[4] | 671 |
| Bally Sports Kansas City[4] | 671 |
| Bally Sports Midwest[4] | 671 |
| Bally Sports New Orleans[4] | 676 |
| Bally Sports North[4] | 668 |
| Bally Sports Ohio[4] | 660 |
| Bally Sports Oklahoma HD[4] | 675 |
| Bally Sports San Diego[4] | 694 |
| Bally Sports SoCal[4] | 693 |
| Bally Sports South[4] | 646 |
| Bally Sports Southeast[4] | 649 |
| Bally Sports Southwest[4] | 676 |
| Bally Sports Sun[4] | 653 |
| Bally Sports West[4] | 692 |
| Bally Sports Wisconsin HD[4] | 669 |
| Longhorn Network HD[2,5] (HD only) | 677 |
| Marquee Sports Network[3] (avail in market only) | 664 |
| MASN[4] | 640 |
| MSG[4] | 634 |
| MSG+[4] | 635 |
| NBC Sports Bay Area[4] | 696 |
| NBC Sports Boston[4] | 630 |
| NBC Sports California[4] | 698 |
| NBC Sports Chicago[4] | 665 |
| NBC Sports Washington[4] | 642 |
| NESN[4] | 628 |
| ROOT SPORTS Northwest[4] | 687 |
| SNY[4] | 639 |
| Spectrum SportsNet[4] | 691 |
| Spectrum SportsNet Los Angeles (Dodgers)[4] | 690 |
| SportsTime Ohio[4] | 662 |
| YES Network[4,6] | 631 |

# MOVIES EXTRA PACK[2]

Effective 7/1/22

| Channel | Number |
|---|---|
| Crime & Investigation | 571 |
| Hallmark Drama HD | 564 |
| Hallmark Movies & Mysteries | 565 |
| HDNet Movies | 566 |
| MGM HD | 567 |
| MTV Live | 572 |
| ShortsTV HD | 573 |
| Smithsonian Channel | 570 |
| Sony Movies | 568 |

**Also available to add to any package:**

  

Subscription sold separately.

Lineups effective as of 7/1/22. Get updates at directv.com/channels. Eligibility for local channels based on service address. Visit directv.com/locals and directv.com to see what is available in your area. To find out if HD locals are available in your area, visit directv.com/hdlocals. **1** In certain ZIP codes, AT&T SportsNet Pittsburgh and AT&T SportsNet Rocky Mountain are only available to customers with ULTIMATE Package and above. **2** This channel requires HD equipment and Advanced Receiver-HD. Please call 1-800-531-5000 for more information. **3** Available with PREMIER™ or LO MÁXIMO™ in certain ZIP codes only. **4** Blackout restrictions and other conditions apply. **5** Longhorn Network is available for Texas residents only with CHOICE™ Package or above. For residents outside of Texas, Longhorn Network is only available with PREMIER™ Package or as part of SPORTS PACK at an additional charge. **6** YES Network available as a local regional sports network package in CT, NY and in parts of NJ and PA as determined by ZIP code. Portions of YES Network programming available in SPORTS PACK premium package in the remainder of DIRECTV service areas.

All offers, programming, promotions, pricing, terms, restrictions & conditions subject to change & may be modified, discontinued, or terminated at any time without notice. Visit directv.com/legal or call for details. HBO MAX is used under license. Cinemax® and related channels and service marks are the property of Home Box Office, Inc. Separate SHOWTIME subscription required. SHOWTIME is a registered trademark of Showtime Networks Inc., a Paramount Company. All rights reserved. STARZ® and related channels and service marks are the property of Starz Entertainment LLC. EPIX® is a registered trademark of EPIX Entertainment LLC. ©2022 DIRECTV. DIRECTV and all other DIRECTV marks are trademarks of DIRECTV, LLC. All other marks are the property of their respective owners.



**INTERNATIONAL ADD-ON PACKAGES & CHANNEL LINEUP**

Effective 7/1/22

## BASIC CHOICE™ and PREFERRED CHOICE™ packages

| Channel | # | BASIC CHOICE™ | PREFERRED CHOICE™ |
|---|---|---|---|
| BabyFirst TV[1] | 293 | • | • |
| BYUtv | 374 | • | • |
| C-SPAN2 | 351 | • | • |
| CNN | 202 | | • |
| CTN | 376 | • | • |
| Daystar | 369 | • | • |
| Disney Channel (East) | 290 | | • |
| Disney Channel (West) | 291 | | • |
| EWTN | 370 | • | • |
| Free Speech TV[1] | 348 | • | • |
| GEB America[1] | 363 | • | • |
| GOD TV[1] | 365 | • | • |
| Hope Channel[1] | 368 | • | • |
| IMPACT[1] | 380 | | • |
| JBS[1] | 388 | • | • |
| Jewish Life TV[1] | 325-1 | • | • |
| Link TV | 375 | • | • |
| Living Faith Network[1] | 379 | • | • |
| NASA TV[1] | 352 | • | • |
| National Geographic | 276 | | • |
| NRB | 378 | • | • |
| QVC | 317 | • | • |
| QVC2 | 315 | • | • |
| ShopHQ | 316 | • | • |
| So Yummy[1] | 563 | | • |
| TBN Inspire | 371 | • | • |
| TCT Network | 377 | • | • |
| TLC | 280 | | • |
| TNT | 245 | | • |
| TNT West HD | 245-1 | | • |
| Travel Channel | 277 | | • |
| Trinity Broadcasting Network (TBN) (HD only) | 372 | • | • |
| TruTV | 246 | | • |
| TV Land | 304 | | • |
| UPTV | 338 | | • |
| USA Network | 242 | | • |
| VH1 | 335 | | • |
| Weather Channel, The | 362 | | • |
| Word Network, The | 373 | • | • |
| World Harvest Television (WHT) | 367 | • | • |

[1] MPEG 4 HD equipment required. Channel will display in SD. Please call 1-800-531-5000 for more information.

## INTERNATIONAL PROGRAMMING ADD-ONS

### Brazilian (Portuguese)

| Channel | # | BRAZILIAN (PORTUGUESE) |
|---|---|---|
| SporTV ■ | 2135 | • |
| TV Globo ■ | 2134 | • |

### Chinese

| Channel | # | CHINESE DIRECT™ | CHINESEDIRECT PLUS™ | MANDARINDIRECT III® |
|---|---|---|---|---|
| 88Films | 2105 | • | • | |
| 88TV | 2103 | • | • | |
| CBO | 2057 | | | • |
| CCTV 4 | 2113 | • | • | |
| CCTV 4 | 2052 | | | • |
| CGTN | 2053 | | | • |
| CGTN | 2119 | • | • | |
| Charming China | 2116 | | • | |
| Charming China | 2055 | | | • |
| CNN | 202 | | • | |

### Chinese

| Channel | # | CHINESE DIRECT™ | CHINESEDIRECT PLUS™ | MANDARINDIRECT III® |
|---|---|---|---|---|
| CTI Zhong-Tian | 2112 | | • | |
| CTI Zhong-Tian | 2056 | | | • |
| GZTV | 2102 | • | • | |
| I-Cable News | 2109 | • | • | |
| iCable Financial Info News | 2108 | • | • | |
| Phoenix Hong Kong Channel | 2104 | • | • | |
| Phoenix Info News | 2051 | | | • |
| Phoenix TV | 2115 | | • | |
| Phoenix TV | 2050 | | | • |

■ available à la carte



# INTERNATIONAL ADD-ON PACKAGES & CHANNEL LINEUP (CONTINUED)
Effective 7/1/22

## INTERNATIONAL PROGRAMMING ADD-ONS

### Filipino

| Channel | # | FILIPINODIRECT™ | TFCDIRECT™ | PINOYDIRECT® |
|---|---|---|---|---|
| Cinema One Global | 2063 | • | • | |
| DZMM (radio) | 2066 | • | • | |
| GMA Life | 2069 | • | | |
| GMA Pinoy TV | 2061 | • | | • |
| Kapatid TV5 | 2071 | • | | |
| MOR 101.9 (radio) | 2065 | • | • | |
| Myx ■ | 2067 | • | • | • |
| PBO | 2062 | • | • | |
| OPM TV | 2064 | • | | |
| SariSari TV | 2068 | • | • | |
| TFC - The Filipino Channel | 2060 | • | • | • |

### Italian

| Channel | # | ITALIANDIRECT | ITALIANDIRECT II | RAI DIRECT |
|---|---|---|---|---|
| ESPN Deportes | 466 | • | | |
| FOX Deportes | 465 | • | | |
| GolTV | 468 | • | | |
| MediaSet Italia | 2020 | • | • | |
| RAI Italia | 2021 | • | • | • |
| RAI News 24 | 2022 | • | • | • |
| RAI Radio | 2024 | • | • | • |
| RAI World Premium | 2023 | • | • | • |
| Telemundo East | 406 | • | | |
| Telemundo West | 407 | • | | |
| TyC Sports | 469 | • | | |
| Universo | 410 | • | | |
| Univision Deportes | 464 | • | | |

### Japanese

| Channel | # | JAPANDIRECT | JAPANDIRECT + TVJAPAN |
|---|---|---|---|
| Neco International[2] | 2042 | • | • |
| NipponTV[2] | 2041 | • | • |
| TV Japan[2] | 2040 | | • |

### Korean

| Channel | # | KOREANDIRECT | KOREANDIRECT GOLF | KOREANDIRECT LITE |
|---|---|---|---|---|
| Arirang TV | 2095 | • | • | • |
| CTS | 2092 | • | • | • |
| EBS | 2087 | • | | • |
| Golf Channel | 218 | | • | |
| KBS America | 2082 | • | • | • |
| KBS Korea | 2085 | • | | |
| MBC | 2081 | • | | |
| MBN | 2088 | • | • | |
| National Geographic Korea | 2090 | • | • | • |
| Radio Korea | 2093 | • | • | • |
| SBS | 2080 | • | • | • |
| SBS Plus | 2084 | • | • | |
| TAN | 2089 | • | • | |
| YTN | 2083 | • | • | • |

### Russian

| Channel | # |
|---|---|
| RTVI | 2148 |

### Vietnamese

| Channel | # | VIETDIRECT PLUS™ |
|---|---|---|
| Film24h | 2037 | • |
| HONVIETV | 2038 | • |
| Little Saigon Radio Channel | 2039 | • |
| S Channel | 2034 | • |
| SBTN ■ | 2030 | • |
| TViet | 2032 | • |
| VGN TV | 2031 | • |
| Vien Thao | 2035 | • |
| VietFace | 2033 | • |
| VIETV | 2036 | • |

[2] This channel requires HD equipment and Advanced Receiver-HD. Please call 1-800-531-5000 for more information.

■ available à la carte