# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER REGARDING THE NFL DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF J. DOUGLAS ZONA** |

1	Pending before the Court is the NFL Defendants' Motion to Exclude the
2	Opinions of J. Douglas Zona. The Court has considered the motion, all other papers
3	relating to the motion, other documents and pleadings filed in this action, and the
4	arguments of counsel.
5	IT IS HEREBY ORDERED that:
6	1.	The NFL Defendants' Motion to Exclude the Opinions of J. Douglas
7	Zona is GRANTED; and
8	2.	The Declaration of J. Douglas Zona (Dkt. 633-4) is EXCLUDED from
9	the Court's consideration of Plaintiffs' Motion for Class Certification (Dkt. 628).

IT IS SO ORDERED.

Dated: _____    _____
                               PHILIP S. GUTIERREZ
                               United Sates District Judge