# EXHIBIT 9

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

2

```
1                 UNITED STATES DISTRICT COURT

2                CENTRAL DISTRICT OF CALIFORNIA

3      ------------------------X
       IN RE: NATIONAL FOOTBALL |
4      LEAGUE'S "SUNDAY TICKET"  | CASE NO.:
                                 | 2:15-ml-02668-PSG(JEMx)
5      ANTITRUST LITIGATION      |
       _____  |
6      THIS DOCUMENT RELATES TO  |
       ALL ACTIONS               |
7      ------------------------X

8

9           Deposition of HANS SCHROEDER, taken on behalf

10          of Plaintiff, at 620 Eighth Avenue, New York,

11          New York, commencing at 10018, Thursday, July

12          28, 2022, before Kiara Miller.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

5

```
 1            Susman Godfrey on behalf of the

 2            plaintiffs.

 3                 MR. STEKLOFF:  Brian Stekloff

 4            on behalf of the NFL defendants.

 5            Blake Neal on behalf of the NFL

 6            defendants.  Caroline Li on behalf

 7            of the NFL defendants.  Janet Nova

 8            on behalf of the NFL.

 9                 VIDEOGRAPHER:  Thank you all

10            very much.  The court reporter is

11            Kiara Miller and I would ask her to

12            please now swear in the witness.

13

14   H A N S   S C H R O E D E R, after having first been

15   duly sworn by a Notary Public of the State of New

16   York, was examined and testified as follows:

17                 COURT REPORTER:  Please state

18            your name for the record.

19                 THE WITNESS:  Hans Schroeder.

20                 COURT REPORTER:  Please state

21            your address for the record.

22                 THE WITNESS:  My current home

23            address 279 Rye Beach Avenue, Rye,

24            New York 10580.

25   EXAMINATION BY
```

6

1    MR. GORE:



49



50



51



52



258



259





260

261



262



263



264



265



266



267

