1  Beth A. Wilkinson (admitted *pro hac vice*)
   Brian L. Stekloff (admitted *pro hac vice*)
2  Rakesh N. Kilaru (admitted *pro hac vice*)
   Jeremy S. Barber (admitted *pro hac vice*)
3  **WILKINSON STEKLOFF LLP**
   2001 M Street NW, 10th Floor
4  Washington, DC 20036
   Telephone: (202) 847-4000
5  Facsimile: (202) 847-4005
   bwilkinson@wilkinsonstekloff.com
6  bstekloff@wilkinsonstekloff.com
   rkilaru@wilkinsonstekloff.com
7  jbarber@wilkinsonstekloff.com

8  *Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*
9

10 [Additional Counsel Listed on Signature Pages]
11

12              **UNITED STATES DISTRICT COURT**
13              **CENTRAL DISTRICT OF CALIFORNIA**

14
   | IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668−PSG (JEMx) |
   |---|---|
   | | **NFL DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE OPINIONS OF DANIEL A. RASCHER** |
   | THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge: Hon. Philip S. Gutierrez |
   | | Date: January 13, 2023 |
   | | Time: 1:30 p.m. |
   | | Courtroom: |
   | |    First Street Courthouse |
   | |    350 West 1st Street |
   | |    Courtroom 6A |
   | |    Los Angeles, CA 90012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 13, 2023, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Philip S. Gutierrez, Chief United States District Judge, Courtroom 6A, United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012, Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs (collectively the "NFL Defendants") will, and hereby do, move pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) to exclude the opinions of Daniel A. Rascher, offered in support of Plaintiffs' motion for class certification.

This motion to exclude is based upon this notice, the concurrently filed memorandum of points and authorities, the exhibits and declarations submitted in connection thereto, the pleadings, documents, and records on file in this action, any argument that may be presented to the Court on this motion, and such other matters as the Court deems appropriate.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 28, 2022.

Dated:  November 4, 2022                         Respectfully submitted,

/s/ *Rakesh N. Kilaru*
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

1

Case No. 2:15-ml-02668-PSG (JEMx)                    NFL Defendants' Notice of Motion and Motion to Exclude the Opinions of Daniel A. Rascher

| | |
|---|---|
| 1 | Neema T. Sahni (Bar No. 274240) |
| 2 | **COVINGTON & BURLING LLP** |
|  | 1999 Avenue of the Stars |
| 3 | Suite 1500 |
|  | Los Angeles, CA 90067-6045 |
| 4 | Telephone: (424) 332-4800 |
|  | Facsimile: (424) 332-4749 |
| 5 | nsahni@cov.com |

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

2