| | |
|---|---|
| 1 | Beth A. Wilkinson (admitted *pro hac vice*) |
| 2 | Brian L. Stekloff (admitted *pro hac vice*) |
|   | Rakesh N. Kilaru (admitted *pro hac vice*) |
| 3 | Jeremy S. Barber (admitted *pro hac vice*) |
|   | **WILKINSON STEKLOFF LLP** |
| 4 | 2001 M Street NW, 10th Floor |
|   | Washington, DC 20036 |
| 5 | Telephone: (202) 847-4000 |
|   | Facsimile: (202) 847-4005 |
| 6 | bwilkinson@wilkinsonstekloff.com |
|   | bstekloff@wilkinsonstekloff.com |
| 7 | rkilaru@wilkinsonstekloff.com |
|   | jbarber@wilkinsonstekloff.com |

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668−PSG (JEMx) |
| ──────────────────── | **DECLARATION OF RAKESH KILARU IN SUPPORT OF NFL DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF DANIEL A. RASCHER** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |
| | Judge: Hon. Philip S. Gutierrez |
| | Date: January 13, 2023 |
| | Time: 1:30 p.m. |
| | Courtroom: |
| |     First Street Courthouse |
| |     350 West 1st Street |
| |     Courtroom 6A |
| |     Los Angeles, CA 90012 |

I, Rakesh Kilaru, declare as follows:

I am a partner at the law firm of Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation. I submit this declaration in support of the NFL Defendants' Motion to Exclude the Opinions of Sarah Butler. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted pro hac vice to practice before the United States Central District of California in this litigation.

1. Attached hereto as Exhibit 1 is a true and correct copy of the expert report of Mark A. Israel, Ph.D., dated November 4, 2022.

2. Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the deposition of Plaintiff expert Daniel A. Rascher, taken on October 3, 2022.

3. Attached hereto as Exhibit 3 is a true and correct copy of transcript excerpts from the deposition of Plaintiff expert Sarah Butler, taken on October 25, 2022.

4. Attached hereto as Exhibit 4 is a true and correct copy of transcript excerpts from the deposition of NFL witness Roger Goodell, taken on June 16, 2022.

5. Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from the deposition of NFL witness Brian Rolapp, taken on May 18, 2022.

6. Attached hereto as Exhibit 6 is a true and correct copy of transcript excerpts from the deposition of Fox witness Larry Jones, taken on July 8, 2022.

7. Attached hereto as Exhibit 7 is a true and correct copy of transcript excerpts from the deposition of CBS witness Sean McManus, taken on July 14, 2022.

8. Attached hereto as Exhibit 8 is a true and correct copy of transcript excerpts from the deposition of NFL witness Paul Tagliabue, taken on June 2, 2022.

9. Attached hereto as Exhibit 9 is a true and correct copy of transcript excerpts from the 30(b)(6) deposition of NBC Universal witness Dave Pietrycha, taken on August 16, 2022.

1

Case No. 2:15-ml-02668-PSG (JEMx)        Declaration of Rakesh Kilaru in Support of NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher

10. Attached hereto as Exhibit 10 is a true and correct copy of transcript excerpts from the 30(b)(6) deposition of DirecTV witness James Dyckes, taken on June 30, 2022.

11. Attached hereto as Exhibit 11 is a true and correct copy of transcript excerpts from the deposition of DirecTV witness Alex Kaplan, taken on November 2, 2022.

12. Attached hereto as Exhibit 12 is a true and correct copy of transcript excerpts from the deposition of DirecTV witness J. Christopher Lauricella, taken on July 15, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 4th day of November 2022 in Washington, D.C.

Dated: November 4, 2022              Respectfully submitted,

/s/ Rakesh N. Kilaru
Rakesh N. Kilaru (admitted *pro hac vice*)

2

Case No. 2:15-ml-02668-PSG (JEMx)      Declaration of Rakesh Kilaru in Support of NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher