# EXHIBIT 4

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

**In the Matter Of:**

*NFL Sunday Ticket Antitrust Litigation*

---

*ROGER GOODELL*

*June 16, 2022*

---



1

```
 1

 2   UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
 3   - - - - - - - - - - - - - - - - - - - - -x
     IN  RE:  NATIONAL  FOOTBALL  LEAGUE'S  "SUNDAY
 4   TICKET" ANTITRUST LITIGATION

 5                            Plaintiffs,

 6   Civil Action No.:  2:15-ml-02668-PSG(JEMx)

 7

 8

 9   - - - - - - - - - - - - - - - - - - - - -x

10      REALTIME VIDEO-RECORDED DEPOSITION

11                   OF

12              ROGER GOODELL

13      TAKEN ON:  June 16th, 2022

14   - - - - - -- - - - - - - - - - - - - - -x

15

16

17

18

19

20

21

22

23

24

25
```

NFL Sunday Ticket Antitrust Litigation

Roger Goodell
June 16, 2022

```
                                                                    2
 1

 2                        I N D E X

 3     WITNESS                 EXAMINATION BY        PAGE

 4     ROGER GOODELL      NED DIVER                    9

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 2:15-ml-02668-PSG-SK   Document 682-3   Filed 11/05/22   Page 5 of 21   Page ID
#:16806
NFL Sunday Ticket Antitrust Litigation

Roger Goodell
June 16, 2022

```
                                                                3
 1

 2                    MARKED FOR IDENTIFICATION

 3     EXHIBIT           DESCRIPTION              PAGE

 4     Exhibit 1         a document              16

 5

 6     Exhibit 2         PowerPoint              23

 7                       presentation

 8

 9     Exhibit 3         a document              58

10

11     Exhibit 4         a document              62

12

13     Exhibit 5         a document              62

14

15     Exhibit 6         Articles                73

16

17     Exhibit 7         a letter                81

18

19     Exhibit 8         Excerpt                 84

20

21     Exhibit B         a document              86

22

23     Exhibit 9         a folder                87

24

25
```

4

1

2                    MARKED FOR IDENTIFICATION

3     EXHIBIT            DESCRIPTION              PAGE

4     Exhibit 10         minutes                  97

5

6     Exhibit 11         PowerPoint               103

7

8     Exhibit 12         memorandum               108

9

10    Exhibit 13         a draft                  114

11

12    Exhibit 14         documents                133

13

14    Exhibit 15         document                 139

15

16    Exhibit 16         Broadcasting             142

17                       Committee New Member

18                       Briefing Materials`

19

20    Exhibit 17         data sheet               151

21

22    Exhibit 18         document                 154

23

24

25

```
                                                                    5
 1

 2                    MARKED FOR IDENTIFICATION

 3    EXHIBIT            DESCRIPTION            PAGE

 4    Exhibit 19        an email chain         157

 5

 6    Exhibit 20        a document             164

 7

 8    Exhibit 21        chart                  167

 9

10    Exhibit 22        a document             172

11

12    Exhibit 23        a document             175

13

14    Exhibit 24        a letter               180

15

16    Exhibit 25        chart                  184

17

18    Exhibit 26        slide deck             189

19

20    Exhibit 27        NFL ST Approach        195

21                      Framework

22

23    Exhibit 28        document               199

24

25
```

6

1

2                    MARKED FOR IDENTIFICATION

3    EXHIBIT            DESCRIPTION            PAGE

4    Exhibit 29         an email               200

5

6    Exhibit 30         an email               202

7

8    Exhibit 31         an email               207

9

10   Exhibit 32         an email               210

11

12   Exhibit 33         506sports.com          222

13

14   Exhibit 34         a document             237

15

16   Exhibit 35         a document             241

17

18   Exhibit 36         a folder               244

19

20

21

22

23

24

25

7

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

REALTIME  VIDEO-RECORDED  DEPOSITION  of  ROGER
GOODELL, held  on  June  16th,  2022,  at  9:09
a.m., at Convington  &  Burling  LLP,  The  New
York Times Building,  620  Eighth  Avenue,  New
York, New York 10018  was  reported  by  AMBRIA
IANAZZI, a  Registered  Professional  Reporter,
Certified  Realtime  Reporter,  and  Certified
Shorthand Reporter.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

```
 1              A P P E A R A N C E S:

 2    COVINGTON & BURLING
              Attorneys for Plaintiff
 3            620 Eighth Avenue, 43rd Floor
              New York, New York
 4

 5    BY:  DEREK LUDWIN, ESQ.
              dludwin@cov.com
 6

 7    WILKINSON STEKLOFF
              Attorneys for Defendant
 8            2001 M Street, NW, 10th Floor
              Washington D.C., 20036
 9

10    BY:  RAKESH N. KILARU, ESQ.
              rkilaru@wilkinsonstelloff.com
11

12    NATIONAL FOOTBALL LEAGUE
              Counsel for Plaintiff
13            345 Park Avenue
              New York, New York 10154
14

15    BY:  JANET NOVA, ESQ.
              janet.nova@nfl.com
16

17    LANGER GROGAN & DIVER
              Counsel for Plaintiff
18            1717 Arch Street, Suite 4130
              Philadelphia, Pennsylvania 19103
19

20     BY:   NED DIVER, ESQ.
              KEVIN TRAINER, ESQ.
21

22    ERIC FISCHER, Videographer

23

24

25
```

9

```
 1              R. GOODELL

 2   EXAMINATION BY

 3   NED DIVER:

 4              THE VIDEOGRAPHER:  We are now on

 5    the record.  This begins video Media Unit

 6    Number 1 in the deposition of Roger Goodell

 7    in the matter of the NFL Sunday Ticket

 8    Antitrust Litigation filed in the United

 9    States District Court Central District of

10    California number 2:15-ml-0268-PSG.

11              Today is Thursday June 16, 2022,

12    and the video time is 9:08 a.m.  This

13    deposition is being taken at 620 8th Avenue

14    New York, New York at the request of

15    Convington & Burling LLP.

16              The videographer is Eric Fisher of

17    Lexitas Legal Services.  The court reporter

18    is Ambria Ianazzi of Lexitas Legal Services.

19              All counsel and people in the room

20    have been noted for the stenographic record.

21              Will the court reporter please

22    swear in the Witness.

23              THE WITNESS:  Yes, I do.

24

25
```

```
 1                      R. GOODELL

 2                    - o 0 o -

 3              R O G E R   G O O D E L L,

 4       having been first duly sworn by a Notary

 5    Public of the State of New York was examined and

 6                   testified herein:

 7                    - o 0 o -

 8       BY MR. DIVER:

 9              Q.    Good morning, Mr. Goodell.

10       Basic introductory questions; have you been

11       deposed before?

12              A.    Yes.

13              Q.    About how many times?

14              A.    I have no idea.

15              Q.    Many?

16              A.    Many.

17              Q.    And in your capacity as

18       commissioner or in other capacities as well?

19              A.    Other capacities as well.

20              Q.    All was in relationship with the

21       National Football League?

22              A.    I don't recall specifically.

23       I -- probably.

24              Q.    Probably?  So you understand

25       that you're under oath and that that oath
```

44

1                    R. GOODELL





46

1                          R. GOODELL



127



128



129



208



209



210



```
 6   BY MR. DIVER:

 7        Q.   Now, we're up to 32.  Goodell

 8   32, email.

 9        (Whereupon, an email was marked as

10        Exhibit 32 for identification, as of

11        June 16th, 2022.)

12   BY MR. DIVER:
```