# EXHIBIT 5

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

**In the Matter Of:**

*NFL Sunday Ticket Antitrust Litigation*

---

*BRIAN ROLAPP*

*May 18, 2022*

---



1

1        UNITED STATES DISTRICT COURT
         CENTRAL DISTRICT OF CALIFORNIA
2

3      Civil Action No. 2:15-ml-02668-PSG(JEMx)

4

5

6    IN RE: NATIONAL FOOTBALL
     LEAGUE'S "SUNDAY TICKET"
7    ANTITRUST LITIGATION

8
         _____/
9

10

11

12              DEPOSITION OF
                 BRIAN ROLAPP
13

14

15          Wednesday, May 18, 2022
            9:03 a.m. - 3:22 p.m.
16

17             Remote Location
           Via Zoom Videoconference
18           All Parties Remote

19

20

21

22

23

24      Stenographically Reported By:
              Erica Field, FPR
25

2

```
1   APPEARANCES:

2

3   On behalf of the Plaintiff:
        LANGER GROGAN & DIVER
4       1717 Arch Street
        Suite 4130
5       Philadelphia, Pennsylvania 19103
        (215) 320-5660
6       BY: PETER LECKMAN, ESQUIRE
            KEVIN TRAINER, ESQUIRE
7       pleckman@langergrogan.com
        ktrainer@langergrogan.com
8

9   On behalf of the Defendant:
        WILKINSON STEKLOFF
10      2001 M Street NW
        10th Floor
11      Washington, DC 20036
        (202) 847-4000
12      BY: RAKESH KILARU, ESQUIRE
        rkilaru@wilkinsonstekloff.com
13

14

15  ALSO PRESENT:
        Kim Ferrari, Paralegal, Langer Grogan
16      Derek Ludwin, Covington & Burling
        Delores DiBella, NFL
17

18  VIDEOGRAPHER:
        Bryan Beltran
19

20

21

22

23

24

25
```

3

```
 1                        INDEX OF PROCEEDINGS

 2    WITNESS                                      PAGE
      BRIAN ROLAPP                                    5
 3    DIRECT EXAMINATION BY MR. LECKMAN               5
      CROSS-EXAMINATION BY MR. KILARU              254
 4    REDIRECT EXAMINATION BY MR. LECKMAN          268
      CERTIFICATE OF REPORTER                      276
 5

 6

 7

 8                            EXHIBITS
       EXHIBIT           DESCRIPTION              PAGE
 9    Exhibit 1    LinkedIn Page                    11
      Exhibit 2    NFL_1089663                      23
10    Exhibit 3    The Jockey Club Article          43
      Exhibit 4    NFL_0511106                      65
11    Exhibit 5    NFL_0244331                      66
      Exhibit 6    NFL_0513393                      76
12    Exhibit 7    NFL_0012383                      78
      Exhibit 8    NFL'S Digital Chief: Football    85
13                 is the Only Sure Bet
      Exhibit 9    NFL_0090791                     131
14    Exhibit 10   NFL_1105761                     137
      Exhibit 11   NFL_0055732                     148
15    Exhibit 12   NFL_0609532                     161
      Exhibit 13   NFL_00335468                    190
16    Exhibit 14   NFL_1089631                     217
      Exhibit 15   NFL_0864442                     226
17    Exhibit 16   NFL_1221708                     233
      Exhibit 17   NFL_1215804                     238
18    Exhibit 18   NFL_1216326                     241
      Exhibit 19   NFL_1199512                     244
19    Exhibit 20   Cached Version of DAZN's Sale   252
                   of NFL Game Pass
20    Exhibit 21   NFL_1137717                     256

21

22

23

24

25
```

4

```
 1   Thereupon,

 2   the proceedings began at 9:03 a.m.:

 3              THE VIDEOGRAPHER:  We are on the

 4        record on May 18, 2022, at

 5        approximately 9:03 a.m. Eastern Time

 6        for the remote video deposition of

 7        Mr. Brian Rolapp in the matter of In

 8        Re:  National Football League Sunday

 9        Ticket Antitrust Litigation.

10              My name is Bryan Beltran, and I

11        am the videographer.

12              Will counsel please introduce

13        themselves for the record beginning

14        with the party noticing this

15        proceeding.

16              MR. LECKMAN:  Peter Leckman from

17        Langer Grogan & Diver.  With me also

18        is Kevin Trainer, another attorney

19        from our office, and Kim Ferrari, a

20        paralegal from the office.

21              MR. KILARU:  And this is Rakesh

22        Kilaru on behalf of defendants from

23        Wilkinson Stekloff.  With me in the

24        room is Max Warren also from Wilkinson

25        Stekloff, Derek Ludwin from Covington
```

5

```
 1              & Burling, and Delores DiBella from

 2              the NFL, and I also have Caroline Li

 3              from Wilkinson Stekloff joining via

 4              Zoom.

 5                   THE VIDEOGRAPHER:  Thank you.

 6              Will the court reporter please swear

 7              in the witness.

 8   Whereupon,

 9                   BRIAN ROLAPP,

10      having been first duly sworn or affirmed, was

11      examined and testified as follows:

12                   THE WITNESS:  I do.

13                    DIRECT EXAMINATION

14      BY MR. LECKMAN:

15         Q.    Good morning, Mr. Rolapp.

16         A.    Good morning.

17         Q.    Have you ever been deposed before?

18         A.    I have.

19         Q.    How many times?

20         A.    I would say roughly five or six.

21         Q.    And were any of those depositions

22      conducted remotely?

23         A.    No.

24         Q.    It's the first for both of us.

25         A.    Yes.
```

Case 2:15-ml-02668-PSG-SK   Document 682-4   Filed 11/05/22   Page 8 of 15   Page ID
#:16830
NFL Sunday Ticket Antitrust Litigation

Brian Rolapp
May 18, 2022

6

1          Q.    So what have you done to prepare

2    for today's deposition?

3          A.    I met with my attorneys several

4    times.

5          Q.    And how many times would you say?

6          A.    Probably three or four.

7          Q.    Okay.  And how long were those

8    meetings?

9          A.    I would probably say on average

10   two to three hours.

11         Q.    And was there anyone else there

12   besides counsel?

13         A.    No.

14         Q.    No other NFL employees?

15         A.    No NFL employees, no.

16         Q.    Okay.  Did you review any

17   documents during those meetings?

18         A.    I did.

19         Q.    And did you select the documents?

20         A.    No.

21         Q.    Did any of the documents you

22   reviewed refresh your recollection of any

23   facts?

24         A.    Not particularly, no.

25         Q.    And besides counsel, have you







30



193



194

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



195

