# EXHIBIT 8

## To the Declaration of Rakesh N. Kilaru

# REDACTED VERSION OF DOCUMENT FILED PUBLICLY

**In the Matter Of:**

*NFL Sunday Ticket Antitrust Litigation*

*PAUL TAGLIABUE*

*June 02, 2022*



1

1

2   UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA
3   -----------------------------------------X
    IN RE:  NATIONAL FOOTBALL LEAGUE'S "SUNDAY
4   TICKET" ANTITRUST LITIGATION,

5

6   Civil Action No. 2:15-ml-02668-PSG(JEMx)
    -----------------------------------------X
7

8

9      VIDEOTAPED DEPOSITION OF PAUL TAGLIABUE

10

11

12

13   DATE:  June 2, 2022

14   TIME:  9:09 a.m.

15   PLACE:  ***REMOTE***

16   BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

17   JOB NO:  2022-845601

18

19

20

21

22

23

24

25

2

```
 1

 2     A  P  P  E  A  R  A  N  C  E  S:

 3


 4

       LANGER GROGAN & DIVER
 5          Attorneys for the Plaintiffs
            1717 Arch Street, Suite 4130
 6          Philadelphia, Pennsylvania 19103
            BY:  HOWARD LANGER, ESQ.
 7               KEVIN TRAINER, ESQ.
                 PETER LECKMAN, ESQ.
 8


 9


10


11     WILKINSON STEKLOFF
            Attorneys for the Defendant
12          NFL
            2001 M Street NW
13          10th Floor
            Washington, D.C. 20336
14          BY:  BLAKE NEAL, ESQ.
                 MAX WARREN, ESQ.
15               RAKESH KILARU, ESQ.

16


17


18

       COVINGTON & BURLING
19          Attorneys for the NFL and
            the witness
20          One CityCenter
            850 Tenth Street, NW
21          Washington, DC 20001-4956
            BY:  DEREK LUDWIN, ESQ.
22


23


24


25
```

3

1

2    ALSO PRESENT:

3

4

         Dolores DiBella, Esq., NFL
5
         Kim Ferrari, paralegal
6
         Aydaline Garcia, videographer
7

8

9
         *              *              *
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                    P. TAGLIABUE

 2            THE VIDEOGRAPHER:  We are going

 3       on the record for the remote video

 4       deposition of Mr. Paul Tagliabue on

 5       June 2, 2022 at 9:09 a.m. Eastern Time

 6       in the matter of NFL Sunday Ticket

 7       antitrust litigation.

 8            My name is Aydaline Garcia and I

 9       will be video recording today's remote

10       deposition on behalf of Lexitas.

11       Everyone present will be noted on the

12       stenographic record.

13            Will the court reporter please

14       swear in the witness.

15  PAUL TAGLIABUE, called as a witness, having

16  been first duly sworn by a Notary Public of

17  the States of New York, New Jersey, and

18  Pennsylvania was examined and testified as

19  follows:

20  EXAMINATION BY

21  MR. LANGER:

22       Q.   Hi, Mr. Tagliabue.

23       ███████████████████████████████
    ████████████████████████████████████
    █████████████
```

67

1                         P. TAGLIABUE





68

1                    P. TAGLIABUE

2

7              MR. LUDWIN:  Object to form.

8



69

1          P. TAGLIABUE

2

195

1          P. TAGLIABUE

2



196

1                    P. TAGLIABUE



197

1                    P.  TAGLIABUE



272

1                    P. TAGLIABUE

2            MR. LUDWIN:   None from me.

3            THE VIDEOGRAPHER:   The time is

4      4:20.   This concludes today's

5      deposition.   Thank you, everyone.

6                (Whereupon, at 4:20 p.m., the

7      Examination of this Witness was

8      concluded.)

9

10

11      _____
             PAUL TAGLIABUE

12

     Subscribed and sworn to before me
13   this _____ day of _____, 2022.

14   _____
             NOTARY PUBLIC

15

16

17

18

19

20

21

22

23

24

25