# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER REGARDING THE NFL DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF DANIEL A. RASCHER** |

Pending before the Court is the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher. The Court has considered the motion, all other papers relating to the motion, other documents and pleadings filed in this action, and the arguments of counsel.

IT IS HEREBY ORDERED that:

1. The NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher is GRANTED; and

2. The Declaration of Daniel A. Rascher (Dkt. 633-5) is EXCLUDED from the Court's consideration of Plaintiffs' Motion for Class Certification (Dkt. 628).

IT IS SO ORDERED.

Dated: _____   _____
PHILIP S. GUTIERREZ
United Sates District Judge