# EXHIBIT 4

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

**In the Matter Of:**

*NFL Sunday Ticket Antitrust Litigation*

---

*ROGER GOODELL*

*June 16, 2022*

---



1

                                                                        1

2   UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA
3   - - - - - - - - - - - - - - - - - - - - - - -x

    IN  RE:  NATIONAL  FOOTBALL  LEAGUE'S   "SUNDAY
4   TICKET" ANTITRUST LITIGATION

5                               Plaintiffs,

6   Civil Action No.:  2:15-ml-02668-PSG(JEMx)

7

8

9   - - - - - - - - - - - - - - - - - - - - - - -x

10      REALTIME VIDEO-RECORDED DEPOSITION

11                   OF

12            ROGER GOODELL

13      TAKEN ON:  June 16th, 2022

14   - - - - - - -- - - - - - - - - - - - - - - -x

15

16

17

18

19

20

21

22

23

24

25

Case 2:15-ml-02668-PSG-SK   Document 683-2   Filed 11/05/22   Page 4 of 21   Page ID
#:16888
NFL Sunday Ticket Antitrust Litigation

Roger Goodell
June 16, 2022

2

1

2                          I N D E X

3    WITNESS                    EXAMINATION BY            PAGE

4    ROGER GOODELL        NED DIVER                        9

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NFL Sunday Ticket Antitrust Litigation

Roger Goodell
June 16, 2022

3

1

2                    MARKED FOR IDENTIFICATION

3     EXHIBIT              DESCRIPTION              PAGE

4     Exhibit 1            a document               16

5

6     Exhibit 2            PowerPoint               23

7                          presentation

8

9     Exhibit 3            a document               58

10

11    Exhibit 4            a document               62

12

13    Exhibit 5            a document               62

14

15    Exhibit 6            Articles                 73

16

17    Exhibit 7            a letter                 81

18

19    Exhibit 8            Excerpt                  84

20

21    Exhibit B            a document               86

22

23    Exhibit 9            a folder                 87

24

25

NFL Sunday Ticket Antitrust Litigation

Roger Goodell
June 16, 2022

4

```
 1

 2                  MARKED FOR IDENTIFICATION

 3     EXHIBIT              DESCRIPTION              PAGE

 4     Exhibit 10          minutes                   97

 5

 6     Exhibit 11          PowerPoint               103

 7

 8     Exhibit 12          memorandum               108

 9

10     Exhibit 13          a draft                  114

11

12     Exhibit 14          documents                133

13

14     Exhibit 15          document                 139

15

16     Exhibit 16          Broadcasting             142

17                         Committee New Member

18                         Briefing Materials`

19

20     Exhibit 17          data sheet               151

21

22     Exhibit 18          document                 154

23

24

25
```

Roger Goodell
June 16, 2022

5

1

2              MARKED FOR IDENTIFICATION

3     EXHIBIT           DESCRIPTION          PAGE

4     Exhibit 19        an email chain       157

5

6     Exhibit 20        a document           164

7

8     Exhibit 21        chart                167

9

10    Exhibit 22        a document           172

11

12    Exhibit 23        a document           175

13

14    Exhibit 24        a letter             180

15

16    Exhibit 25        chart                184

17

18    Exhibit 26        slide deck           189

19

20    Exhibit 27        NFL ST Approach      195

21                      Framework

22

23    Exhibit 28        document             199

24

25

Roger Goodell
June 16, 2022

6

1

2                   MARKED FOR IDENTIFICATION

3      EXHIBIT             DESCRIPTION            PAGE

4      Exhibit 29         an email               200

5

6      Exhibit 30         an email               202

7

8      Exhibit 31         an email               207

9

10     Exhibit 32         an email               210

11

12     Exhibit 33         506sports.com          222

13

14     Exhibit 34         a document             237

15

16     Exhibit 35         a document             241

17

18     Exhibit 36         a folder               244

19

20

21

22

23

24

25

Case 2:15-ml-02668-PSG-SK   Document 683-2   Filed 11/05/22   Page 9 of 21   Page ID
#:16893
NFL Sunday Ticket Antitrust Litigation                                   Roger Goodell
                                                                         June 16, 2022

7

1

2      ***********************************************

3      REALTIME  VIDEO-RECORDED  DEPOSITION  of  ROGER

4      GOODELL, held  on  June  16th,  2022,  at  9:09

5      a.m., at Convington  &  Burling  LLP,  The  New

6      York Times Building,  620  Eighth  Avenue,  New

7      York, New York 10018  was  reported  by  AMBRIA

8      IANAZZI, a  Registered  Professional  Reporter,

9      Certified  Realtime  Reporter,  and  Certified

10     Shorthand Reporter.

11     ***********************************************

12

13

14

15

16

17

18

19

20

21

22

23

24

25

8

```
 1              A P P E A R A N C E S:

 2     COVINGTON & BURLING
              Attorneys for Plaintiff
 3            620 Eighth Avenue, 43rd Floor
              New York, New York
 4

 5     BY:  DEREK LUDWIN, ESQ.
              dludwin@cov.com
 6

 7     WILKINSON STEKLOFF
              Attorneys for Defendant
 8            2001 M Street, NW, 10th Floor
              Washington D.C., 20036
 9

10     BY:  RAKESH N. KILARU, ESQ.
              rkilaru@wilkinsonstelloff.com
11

12     NATIONAL FOOTBALL LEAGUE
              Counsel for Plaintiff
13            345 Park Avenue
              New York, New York 10154
14

15     BY:  JANET NOVA, ESQ.
              janet.nova@nfl.com
16

17     LANGER GROGAN & DIVER
              Counsel for Plaintiff
18            1717 Arch Street, Suite 4130
              Philadelphia, Pennsylvania 19103
19

20      BY:   NED DIVER, ESQ.
              KEVIN TRAINER, ESQ.
21

22     ERIC FISCHER, Videographer

23

24

25
```

9

1                    R. GOODELL

2    EXAMINATION BY

3    NED DIVER:

4              THE VIDEOGRAPHER:  We are now on

5     the record.  This begins video Media Unit

6     Number 1 in the deposition of Roger Goodell

7     in the matter of the NFL Sunday Ticket

8     Antitrust Litigation filed in the United

9     States District Court Central District of

10    California number 2:15-ml-0268-PSG.

11             Today is Thursday June 16, 2022,

12    and the video time is 9:08 a.m.  This

13    deposition is being taken at 620 8th Avenue

14    New York, New York at the request of

15    Convington & Burling LLP.

16             The videographer is Eric Fisher of

17    Lexitas Legal Services.  The court reporter

18    is Ambria Ianazzi of Lexitas Legal Services.

19             All counsel and people in the room

20    have been noted for the stenographic record.

21             Will the court reporter please

22    swear in the Witness.

23             THE WITNESS:  Yes, I do.

24

25

10

```
 1                        R. GOODELL

 2                       - o 0 o -

 3              R O G E R   G O O D E L L,

 4        having been first duly sworn by a Notary

 5   Public of the State of New York was examined and

 6                     testified herein:

 7                       - o 0 o -

 8       BY MR. DIVER:

 9              Q.    Good morning, Mr. Goodell.

10         Basic introductory questions; have you been

11         deposed before?

12              A.    Yes.

13              Q.    About how many times?

14              A.    I have no idea.

15              Q.    Many?

16              A.    Many.

17              Q.    And in your capacity as

18         commissioner or in other capacities as well?

19              A.    Other capacities as well.

20              Q.    All was in relationship with the

21         National Football League?

22              A.    I don't recall specifically.

23         I -- probably.

24              Q.    Probably?  So you understand

25         that you're under oath and that that oath
```

44

1                           R. GOODELL



45

1                              R. GOODELL



46

1                        R. GOODELL



127



128



129



208



209



210

■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■

■■■■■■

■■■■■■■■■■■■■■■■

```
 6    BY MR. DIVER:

 7         Q.    Now, we're up to 32.   Goodell

 8    32, email.

 9         (Whereupon,  an  email  was  marked   as

10         Exhibit 32  for  identification,  as  of

11         June 16th, 2022.)

12    BY MR. DIVER:
```

■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■

■■■■■■■■

■■■■■■■■■■■■■■■■

■■■■

■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■