# EXHIBIT 5

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

**In the Matter Of:**

*NFL Sunday Ticket Antitrust Litigation*

---

*BRIAN ROLAPP*

*May 18, 2022*

---



1

1          UNITED STATES DISTRICT COURT
          CENTRAL DISTRICT OF CALIFORNIA
2

3      Civil Action No. 2:15-ml-02668-PSG(JEMx)

4

5

6  IN RE: NATIONAL FOOTBALL
   LEAGUE'S "SUNDAY TICKET"
7  ANTITRUST LITIGATION

8
        _____/
9

10

11

12              DEPOSITION OF
                 BRIAN ROLAPP
13

14

15          Wednesday, May 18, 2022
            9:03 a.m. - 3:22 p.m.
16

17              Remote Location
           Via Zoom Videoconference
18            All Parties Remote

19

20

21

22

23

24      Stenographically Reported By:
             Erica Field, FPR
25

2

```
1    APPEARANCES:

2

3    On behalf of the Plaintiff:
          LANGER GROGAN & DIVER
4         1717 Arch Street
          Suite 4130
5         Philadelphia, Pennsylvania 19103
          (215) 320-5660
6         BY: PETER LECKMAN, ESQUIRE
              KEVIN TRAINER, ESQUIRE
7         pleckman@langergrogan.com
          ktrainer@langergrogan.com
8

9    On behalf of the Defendant:
          WILKINSON STEKLOFF
10        2001 M Street NW
          10th Floor
11        Washington, DC 20036
          (202) 847-4000
12        BY: RAKESH KILARU, ESQUIRE
          rkilaru@wilkinsonstekloff.com
13

14

15   ALSO PRESENT:
          Kim Ferrari, Paralegal, Langer Grogan
16        Derek Ludwin, Covington & Burling
          Delores DiBella, NFL
17

18   VIDEOGRAPHER:
          Bryan Beltran
19

20

21

22

23

24

25
```

NFL Sunday Ticket Antitrust Litigation

Brian Rolapp
May 18, 2022

3

INDEX OF PROCEEDINGS

| WITNESS | PAGE |
|---|---|
| BRIAN ROLAPP | 5 |
| DIRECT EXAMINATION BY MR. LECKMAN | 5 |
| CROSS-EXAMINATION BY MR. KILARU | 254 |
| REDIRECT EXAMINATION BY MR. LECKMAN | 268 |
| CERTIFICATE OF REPORTER | 276 |

EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | LinkedIn Page | 11 |
| Exhibit 2 | NFL_1089663 | 23 |
| Exhibit 3 | The Jockey Club Article | 43 |
| Exhibit 4 | NFL_0511106 | 65 |
| Exhibit 5 | NFL_0244331 | 66 |
| Exhibit 6 | NFL_0513393 | 76 |
| Exhibit 7 | NFL_0012383 | 78 |
| Exhibit 8 | NFL'S Digital Chief: Football is the Only Sure Bet | 85 |
| Exhibit 9 | NFL_0090791 | 131 |
| Exhibit 10 | NFL_1105761 | 137 |
| Exhibit 11 | NFL_0055732 | 148 |
| Exhibit 12 | NFL_0609532 | 161 |
| Exhibit 13 | NFL_00335468 | 190 |
| Exhibit 14 | NFL_1089631 | 217 |
| Exhibit 15 | NFL_0864442 | 226 |
| Exhibit 16 | NFL_1221708 | 233 |
| Exhibit 17 | NFL_1215804 | 238 |
| Exhibit 18 | NFL_1216326 | 241 |
| Exhibit 19 | NFL_1199512 | 244 |
| Exhibit 20 | Cached Version of DAZN's Sale of NFL Game Pass | 252 |
| Exhibit 21 | NFL_1137717 | 256 |

1    Thereupon,

2    the proceedings began at 9:03 a.m.:

3            THE VIDEOGRAPHER:  We are on the

4        record on May 18, 2022, at

5        approximately 9:03 a.m. Eastern Time

6        for the remote video deposition of

7        Mr. Brian Rolapp in the matter of In

8        Re:  National Football League Sunday

9        Ticket Antitrust Litigation.

10           My name is Bryan Beltran, and I

11       am the videographer.

12           Will counsel please introduce

13       themselves for the record beginning

14       with the party noticing this

15       proceeding.

16           MR. LECKMAN:  Peter Leckman from

17       Langer Grogan & Diver.  With me also

18       is Kevin Trainer, another attorney

19       from our office, and Kim Ferrari, a

20       paralegal from the office.

21           MR. KILARU:  And this is Rakesh

22       Kilaru on behalf of defendants from

23       Wilkinson Stekloff.  With me in the

24       room is Max Warren also from Wilkinson

25       Stekloff, Derek Ludwin from Covington

5

```
 1              & Burling, and Delores DiBella from

 2              the NFL, and I also have Caroline Li

 3              from Wilkinson Stekloff joining via

 4              Zoom.

 5                      THE VIDEOGRAPHER:  Thank you.

 6              Will the court reporter please swear

 7              in the witness.

 8     Whereupon,

 9                      BRIAN ROLAPP,

10        having been first duly sworn or affirmed, was

11        examined and testified as follows:

12                      THE WITNESS:  I do.

13                       DIRECT EXAMINATION

14        BY MR. LECKMAN:

15              Q.    Good morning, Mr. Rolapp.

16              A.    Good morning.

17              Q.    Have you ever been deposed before?

18              A.    I have.

19              Q.    How many times?

20              A.    I would say roughly five or six.

21              Q.    And were any of those depositions

22        conducted remotely?

23              A.    No.

24              Q.    It's the first for both of us.

25              A.    Yes.
```

6

1        Q.    So what have you done to prepare

2   for today's deposition?

3        A.    I met with my attorneys several

4   times.

5        Q.    And how many times would you say?

6        A.    Probably three or four.

7        Q.    Okay.  And how long were those

8   meetings?

9        A.    I would probably say on average

10  two to three hours.

11       Q.    And was there anyone else there

12  besides counsel?

13       A.    No.

14       Q.    No other NFL employees?

15       A.    No NFL employees, no.

16       Q.    Okay.  Did you review any

17  documents during those meetings?

18       A.    I did.

19       Q.    And did you select the documents?

20       A.    No.

21       Q.    Did any of the documents you

22  reviewed refresh your recollection of any

23  facts?

24       A.    Not particularly, no.

25       Q.    And besides counsel, have you







30

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



193



194



195



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25