# EXHIBIT 8

## To the Declaration of Rakesh N. Kilaru

# REDACTED VERSION OF DOCUMENT FILED PUBLICLY

# In the Matter Of:

*NFL Sunday Ticket Antitrust Litigation*

*PAUL TAGLIABUE*

*June 02, 2022*



```
 1

 2   UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
 3   ------------------------------------------X
     IN RE:  NATIONAL FOOTBALL LEAGUE'S "SUNDAY
 4   TICKET" ANTITRUST LITIGATION,

 5

 6   Civil Action No. 2:15-ml-02668-PSG(JEMx)
     ------------------------------------------X
 7

 8

 9      VIDEOTAPED DEPOSITION OF PAUL TAGLIABUE

10

11

12

13   DATE:  June 2, 2022

14   TIME:  9:09 a.m.

15   PLACE:   ***REMOTE***

16   BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

17   JOB NO:  2022-845601

18

19

20

21

22

23

24

25
```

```
 1

 2    A P P E A R A N C E S:

 3


 4

     LANGER GROGAN & DIVER
 5        Attorneys for the Plaintiffs
          1717 Arch Street, Suite 4130
 6        Philadelphia, Pennsylvania 19103
          BY:  HOWARD LANGER, ESQ.
 7             KEVIN TRAINER, ESQ.
               PETER LECKMAN, ESQ.
 8


 9


10


11   WILKINSON STEKLOFF
          Attorneys for the Defendant
12        NFL
          2001 M Street NW
13        10th Floor
          Washington, D.C. 20336
14        BY:  BLAKE NEAL, ESQ.
               MAX WARREN, ESQ.
15             RAKESH KILARU, ESQ.

16


17


18
     COVINGTON & BURLING
19        Attorneys for the NFL and
          the witness
20        One CityCenter
          850 Tenth Street, NW
21        Washington, DC 20001-4956
          BY:  DEREK LUDWIN, ESQ.
22


23


24


25
```

Case 2:15-ml-02668-PSG-SK Document 683-4 Filed 11/05/22 Page 5 of 13 Page ID #:16925
NFL Sunday Ticket Antitrust Litigation
Paul Tagliabue
June 02, 2022

3

```
 1
 2   ALSO PRESENT:
 3
 4
         Dolores DiBella, Esq., NFL
 5
         Kim Ferrari, paralegal
 6
         Aydaline Garcia, videographer
 7
 8
 9
         *          *          *
10
```

```
                                                              4
 1                    P. TAGLIABUE
 2           THE VIDEOGRAPHER:  We are going
 3      on the record for the remote video
 4      deposition of Mr. Paul Tagliabue on
 5      June 2, 2022 at 9:09 a.m. Eastern Time
 6      in the matter of NFL Sunday Ticket
 7      antitrust litigation.
 8           My name is Aydaline Garcia and I
 9      will be video recording today's remote
10      deposition on behalf of Lexitas.
11      Everyone present will be noted on the
12      stenographic record.
13           Will the court reporter please
14      swear in the witness.
15   PAUL TAGLIABUE, called as a witness, having
16   been first duly sworn by a Notary Public of
17   the States of New York, New Jersey, and
18   Pennsylvania was examined and testified as
19   follows:
20   EXAMINATION BY
21   MR. LANGER:
22       Q.   Hi, Mr. Tagliabue.
23           [REDACTED]
```

67

1                    P. TAGLIABUE

2        [REDACTED]

68

1          P. TAGLIABUE
2  ███████████

███████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████

7          MR. LUDWIN:  Object to form.
8  ████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████

██████████████████████████████████████

████████████████████████████████

██████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████

██████████████████████████████

██████████████

██████████████████████████████████

████████████

██████████████████████████████████████

69

1                    P. TAGLIABUE

2   ████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████████
███████████
████████████████████████████████
████████████████████████████████
█████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████████
████████████████████████████████
████████████████████████████████████
████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████
████████████████████████████████████
████████████████████████████
██████████████████████████
████████████

195

1       P. TAGLIABUE

2       [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]



196

1          P. TAGLIABUE

197

1     P. TAGLIABUE

2     ███████████████
███████████████████████████████████
███████████████████████
███████████████████████████████████
███████████████████████████████
████████████████████████
██████████████████████
████████████████████████████████████
███████████████████████████████████
████████████████████████████
████████████████████████████████████
███████████████████████████████████
██████████████████████████
████████████████████████████
████████████████████████████████████
████████████████
████████████████████████████████
██████
████████████████████████████████
████████████████████████████████
████████████████████████
████████████████████████████████████
███████████
████████████████████████████

1    P. TAGLIABUE

2    MR. LUDWIN: None from me.

3    THE VIDEOGRAPHER: The time is

4    4:20. This concludes today's

5    deposition. Thank you, everyone.

6    (Whereupon, at 4:20 p.m., the

7    Examination of this Witness was

8    concluded.)

9

10

11   _____
     PAUL TAGLIABUE

12

13   Subscribed and sworn to before me
     this _____ day of _____, 2022.

14   _____
     NOTARY PUBLIC

15