1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>———————————————<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER REGARDING THE NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Hon. Philip Gutierrez<br><br>Date: January 13, 2023<br>Time: 1:30 p.m.<br>Courtroom:<br>　　First Street Courthouse<br>　　350 West 1st Street<br>　　Courtroom 6A<br>　　Los Angeles, CA 90012 |

Pending before the Court is the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Rakesh N. Kilaru in Support of NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.

2. The unredacted version of the NFL Defendants' Memorandum in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

3. Exhibit 1 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

4. Exhibit 2 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

5. Exhibit 3 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

6. The unredacted version of Exhibit 4 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

7. The unredacted version of Exhibit 5 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

8. Exhibit 6 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

9. Exhibit 7 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

10. The unredacted version of Exhibit 8 to the Declaration of Rakesh N.

1  Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel
2  A. Rascher.
3      11.   Exhibit 9 to the Declaration of Rakesh N. Kilaru in Support of the NFL
4  Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.
5      12.   Exhibit 10 to the Declaration of Rakesh N. Kilaru in Support of the
6  NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.
7      13.   Exhibit 11 to the Declaration of Rakesh N. Kilaru in Support of the
8  NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.
9      14.   Exhibit 12 to the Declaration of Rakesh N. Kilaru in Support of the
10 NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

IT IS SO ORDERED.

Dated: _____     _____
                                                          PHILIP S. GUTIERREZ
                                                          United Sates District Judge