Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>———————————<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**DECLARATION OF RAKESH KILARU IN SUPPORT OF NFL DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Date: January 13, 2023<br>Time: 1:30 p.m.<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

I, Rakesh Kilaru, declare as follows:

I am a partner at the law firm of Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation. I submit this declaration in support of the NFL Defendants' Motion to Exclude the Opinion of Sarah Butler. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted pro hac vice to practice before the United States Central District of California in this litigation.

1. Attached hereto as Exhibit 1 is a true and correct copy of the expert report of Mark A. Israel, Ph.D., dated November 4, 2022.

2. Attached hereto as Exhibit 2 is a true and correct copy of the expert report of Ali Yurukoglu, Ph.D., dated November 4, 2022.

3. Attached hereto as Exhibit 3 is a true and correct copy of the expert report of Nancy Mathiowetz, Ph.D., dated November 4, 2022.

4. Attached hereto as Exhibit 4 is a true and correct copy of transcript excerpts from the deposition of NFL witness Brent Lawton, taken on June 22, 2022.

5. Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from the deposition of NFL witness Frank Hawkins, taken on August 2, 2022.

6. Attached hereto as Exhibit 6 is a true and correct copy of transcript excerpts from the deposition of NFL witness Paul Tagliabue, taken on June 2, 2022.

7. Attached hereto as Exhibit 7 is a true and correct copy of transcript excerpts from the deposition of NFL witness Brian Rolapp, taken on May 18, 2022.

8. Attached hereto as Exhibit 8 is a true and correct copy of transcript excerpts from the deposition of DirecTV witness Chris Lauricella, taken on June 28, 2022.

9. Attached hereto as Exhibit 9 is a true and correct copy of transcript excerpts from the deposition of NFL witness Steve Bornstein, taken on August 3, 2022.

10. Attached hereto as Exhibit 10 is a true and correct copy of transcript excerpts from the deposition of Plaintiff Mucky Duck 30(b)(6) witness Jason Baker, taken on July 15, 2022.

1

Case No. 2:15-ml-02668-PSG (JEMx)        Declaration of Rakesh Kilaru in Support of NFL Defendants' Memorandum In Opposition to Plaintiffs' Motion for Class Certification

11. Attached hereto as Exhibit 11 is a true and correct copy of transcript excerpts from the deposition of DirecTV 30(b)(6) witness Jamie Dyckes, taken on June 30, 2022.

12. Attached hereto as Exhibit 12 is a true and correct copy of transcript excerpts from the deposition of Plaintiff Jonathan Franz, taken on June 28, 2022.

13. Attached hereto as Exhibit 13 is a true and correct copy of transcript excerpts from the deposition of Plaintiff expert Sarah Butler, taken on October 25, 2022.

14. Attached hereto as Exhibit 14 is a true and correct copy of transcript excerpts from the deposition of Plaintiff expert Daniel A. Rascher, taken on October 3, 2022.

15. Attached hereto as Exhibit 15 is a true and correct copy of transcript excerpts from the deposition of Fox witness Larry Jones, taken on July 8, 2022.

16. Attached hereto as Exhibit 16 is a true and correct copy of transcript excerpts from the deposition of CBS witness Sean McManus, taken on July 14, 2022.

17. Attached hereto as Exhibit 17 is a true and correct copy of transcript excerpts from the deposition of DirecTV 30(b)(6) witness Steve Priesand, taken on October 11, 2022

18. Attached hereto as Exhibit 18 is a true and correct copy of transcript excerpts from the deposition of Plaintiff Gael Pub 30(b)(6) witness Eugene Lennon, taken on July 19, 2022.

19. Attached hereto as Exhibit 19 is a true and correct copy of transcript excerpts from the deposition of Plaintiff Robert Lippincott, taken on July 27, 2022.

2

Case No. 2:15-ml-02668-PSG (JEMx)    Declaration of Rakesh Kilaru in Support of NFL Defendants'
Memorandum In Opposition to Plaintiffs' Motion for Class Certification

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 4th day of November 2022 in Washington, D.C.

Dated: November 4, 2022               Respectfully submitted,

                                      */s/ Rakesh N. Kilaru*
                                      Rakesh N. Kilaru (admitted *pro hac vice*)

3

Case No. 2:15-ml-02668-PSG (JEMx)        Declaration of Rakesh Kilaru in Support of NFL Defendants'
                                         Memorandum In Opposition to Plaintiffs' Motion for Class Certification