# EXHIBIT 4

# To the Declaration of Rakesh N. Kilaru

# REDACTED VERSION OF DOCUMENT FILED PUBLICLY

**In the Matter Of:**

*NFL Sunday Ticket Antitrust Litigation*

---

*BRENT LAWTON*

*June 22, 2022*

---



1

1           UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3        Civil Action No. 2:15-ml-02668-PSG(JEMx)

4    ---------------------------------------x

5    IN RE:  NATIONAL FOOTBALL

6    LEAGUE'S "SUNDAY TICKET"

7    ANTITRUST LITIGATION

8    ---------------------------------------x

9

10

11

12

13       VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
             BRENT DOUGLAS LAWTON
14          Wednesday, June 22, 2022
             New York, New York
15           8:57 a.m. - 3:32 p.m.

16

17

18

19

20

21

22         Reported stenographically by:
          Richard Germosen, CA CSR No. 14391
23     RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
        NCRA/NJ/NY/CA Certified Realtime Reporter
24       NCRA Realtime Systems Administrator
              Job No. 2022-845603
25

2

1           VIDEOTAPED STENOGRAPHIC DEPOSITION of

2     BRENT DOUGLAS LAWTON, taken in the above-entitled matter

3     before RICHARD GERMOSEN, Certified Court Reporter,

4     (License No. 30XI00184700), Certified Realtime Court

5     Reporter-NJ, (License No. 30XR00016800), California

6     Certified Shorthand Reporter, (License No. 14391),

7     NCRA/NY/CA Certified Realtime Reporter, NCRA Registered

8     Diplomate Reporter, New York Association Certified

9     Reporter, NCRA Realtime Systems Administrator, taken at

10    the offices of COVINGTON & BURLING LLP, 620 Eighth

11    Avenue, New York, New York 10018, on Wednesday, June 22,

12    2022, commencing at 8:57 a.m.

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1   A P P E A R A N C E S:

 2

 3

 4   SUSMAN GODFREY LLP

 5   BY:  TYLER M. FINN, ESQ.

 6   1301 Avenue of the Americas

 7   32nd Floor

 8   New York, New York 10019

 9   (212) 336.8330 / (212) 336.8340 (FAX)

10   tfinn@susmangodfrey.com

11   Attorneys for the Plaintiffs

12

13   WILKINSON STEKLOFF LLP

14   BY:  JEREMY S. BARBER, ESQ.

15   130 West 42nd Street

16   24th Floor

17   New York, New York 10036

18   (212) 294.8929

19   jbarber@wilkinsonstekloff.com

20   Attorneys for the NFL Defendants

21

22

23

24

25
```

4

```
1    A P P E A R A N C E S:  (CONT'D.)

2

3

4    WILKINSON STEKLOFF LLP

5    BY:  ELIZABETH KEYS, ESQ.

6         -and-

7    BY:  MAX WARREN, ESQ., (streaming via BridgeMobile)

8    2001 M Street, N.W.

9    10th Floor

10   Washington, D.C. 20036

11   (202) 847.4034

12   ekeys@wilkinsonstekloff.com

13   mwarren@wilkinsonstekloff.com

14   Attorneys for the NFL Defendants

15

16   ALSO PRESENT:

17   MARCELO RIVERA, Legal Video Specialist

18

19

20

21

22

23

24

25
```

5

1                              I N D E X

2     WITNESS                            EXAMINATION

3     BRENT D. LAWTON

4       BY MR. FINN                              10

5       BY MR. BARBER                           202

6

7                          E X H I B I T S

8     EXHIBIT NO.    DESCRIPTION                 PAGE

9     

25



7

1                    E X H I B I T S   (CONT'D.)

2     EXHIBIT NO.    DESCRIPTION                    PAGE

3     ███████████████████████████████████████████

4                        ███████████

5     **original exhibits returned with original transcript
      by LEXITAS LEGAL to SUSMAN GODFREY LLP
6     (exhibit index concluded)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

8

1              IT IS HEREBY STIPULATED AND AGREED, by

2   and between the attorneys for the respective parties

3   herein, that filing and sealing be and the same are

4   hereby waived.

5              IT IS FURTHER STIPULATED AND AGREED

6   that all objections, except as to the form of the

7   question, shall be preserved to the time of trial.

8              IT IS FURTHER STIPULATED AND AGREED

9   that the within deposition may be signed and sworn

10  to before any officer authorized to administer an

11  oath, with the same force and effect as if signed

12  and sworn to before the officer before whom the

13  within deposition was taken.

14

15

16

17

18

19

20

21

22

23

24

25

9

```
1    ------------------------------------------------
2                  P R O C E E D I N G S
3                       8:57 a.m.
4                   New York, New York
5    ------------------------------------------------
6              THE VIDEOGRAPHER:  Stand by, please.
7              This is the digitized video
8    deposition of Mr. Brent Lawton in the matter in re:
9    NFL Sunday Ticket Antitrust Litigation, in the
10   United States District Court for the Central
11   District of California.
12             This deposition is being held at
13   Covington & Burling, located at 620 Eighth Avenue,
14   New York, New York, on June 22, 2022 at
15   approximately 8:57 a.m.
16             My name is Marcelo Rivera from
17   Lexitas Legal Philadelphia, and I am the video
18   specialist.  The court reporter is Rich Germosen in
19   association with Lexitas Legal Philadelphia.
20             Will present counsel please introduce
21   themselves for the record.
22             MR. FINN:  Tyler Finn for Susman
23   Godfrey on behalf of the plaintiffs.
24             MR. BARBER:  Jeremy Barber on behalf
25   of the NFL defendants.
```

Case 2:15-ml-02668-PSG-SK   Document 686-2   Filed 11/05/22   Page 12 of 15   Page ID
#:17502
NFL Sunday Ticket Antitrust Litigation

Brent Lawton
June 22, 2022

10

1              MS. KEYS:  Liz Keys on behalf of the

2   NFL defendants.

3              THE VIDEOGRAPHER:  Will the court

4   reporter please swear in the witness.

5              (Whereupon, the Certified Realtime

6   Stenographer administered the oath to the witness.)

7

8   B R E N T   D.   L A W T O N,

9   residing at 7 Tranquility Lane, Westport, Connecticut

10  06880, having been first duly sworn or affirmed, was

11  examined and testified as follows:

12  EXAMINATION BY MR. FINN:

13  BY MR. FINN:

14       Q.      Good morning, Mr. Lawton.

15       A.      Good morning.

16       Q.      Could you please state your full name

17  for the record.

18       A.      Sure.  Brent Lawton.

19       Q.      And, Mr. Lawton, who is your

20  employer?

21       A.      The National Football League.

22       Q.      And what is your position with the

23  National Football League?

24       A.      I'm a vice-president in the media

25  strategy and BG group.





