# EXHIBIT 5

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

**In the Matter Of:**

*In Re: National Football League's "Sunday Ticket" Antitrust Litigation*

*FRANK HAWKINS*

*August 02, 2022*



1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
-----------------------------------X

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY
TICKET" ANTITRUST LITIGATION

                Plaintiffs,

Civil Action No.: 2:15-ml-02668-PSG(JEMx)


-----------------------------------X

        REALTIME VIDEO-RECORDED DEPOSITION

                    OF

              FRANK HAWKINS

        ***  CONFIDENTIAL ***

        TAKEN ON:  August 2, 2022

2

1

2          REALTIME VIDEO-RECORDED DEPOSITION of

3    FRANK HAWKINS, held remotely on August 2, 2022, at

4    9:07 a.m., stenographically before LISA FORLANO,

5    Certified Court Reporter, Certified Realtime

6    Reporter, Registered Merit Reporter and Notary

7    Public.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

In Re: National Football League's "Sunday Ticket" Antitrust Litigation
Confidential

Frank Hawkins
August 02, 2022

3

```
 1    A P P E A R A N C E S:

 2

 3            LANGER GROGAN & DIVER
              BY:   PETER LECKMAN, ESQUIRE
 4            1717 ARCH STREET, SUITE 4130
              PHILADELPHIA, PENNSYLVANIA  19103
 5            (215) 320-5660
              pleckman@langergrogan.com
 6            ATTORNEYS FOR PLAINTIFF

 7

 8            COVINGTON & BURLING LLP
              BY:  DEREK LUDWIN, ESQUIRE
 9            ONE CITYCENTER
              850 TENTH STREET, NW
10            WASHINGTON, D.C.  20001-4956
              (202) 662-5429
11            dludwin@cov.com
              ATTORNEYS FOR DEFENDANT
12

13            WILKINSON STEKLOFF
              BY:  MAX WARREN, ESQUIRE
14            2001 M STREET, NW, 10th FLOOR
              WASHINGTON, D.C.  20036
15            (202) 847-4000
              mwarren@wilkinsonstelloff.com
16            ATTORNEYS FOR THE DEFENDANT

17

18            ADRIAN BELTRAN, VIDEOGRAPHER

19

20

21

22

23

24

25
```

4

I N D E X

WITNESS                                    PAGE

FRANK HAWKINS

   By Mr. Leckman                        7, 197

   By Mr. Ludwin                            176



        E X H I B I T S



5

1          E X H I B I T S (CONTINUED)



6

1          VIDEO OPERATOR:  Good morning,

2     everyone.  We are on the record,

3     August 2, 2022, at approximately

4     9:07 a.m., Eastern Time, for the remote

5     video deposition of Frank Hawkins, in the

6     matter of NFL Sunday Ticket Antitrust

7     Litigation.

8          My name is Adrian Beltran, and I

9     am the videographer.

10         Now, will counsel please introduce

11    themselves for the record, beginning with

12    the party noticing this proceeding?

13         MR. LECKMAN:  This is Peter

14    Leckman, from Langer Grogan & Diver,

15    representing Plaintiffs.

16         MR. LUDWIN:  This is Derek Ludwin,

17    from Covington & Burling, representing

18    the National Football League and the

19    witness.

20         I have with me Max Warren of

21    Wilkinson Stekloff representing the same

22    parties.

23         VIDEO OPERATOR:  Thank you,

24    Counsel.

25         Will the court reporter swear in







171

1



172

