# EXHIBIT 7

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

**In the Matter Of:**

*NFL Sunday Ticket Antitrust Litigation*

---

*BRIAN ROLAPP*

*May 18, 2022*

---



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Civil Action No. 2:15-ml-02668-PSG(JEMx)

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

_________________________________________/

DEPOSITION OF
BRIAN ROLAPP

Wednesday, May 18, 2022
9:03 a.m. - 3:22 p.m.

Remote Location
Via Zoom Videoconference
All Parties Remote

Stenographically Reported By:
Erica Field, FPR

APPEARANCES:

On behalf of the Plaintiff:
LANGER GROGAN & DIVER
1717 Arch Street
Suite 4130
Philadelphia, Pennsylvania 19103
(215) 320-5660
BY: PETER LECKMAN, ESQUIRE
KEVIN TRAINER, ESQUIRE
pleckman@langergrogan.com
ktrainer@langergrogan.com

On behalf of the Defendant:
WILKINSON STEKLOFF
2001 M Street NW
10th Floor
Washington, DC 20036
(202) 847-4000
BY: RAKESH KILARU, ESQUIRE
rkilaru@wilkinsonstekloff.com

ALSO PRESENT:
Kim Ferrari, Paralegal, Langer Grogan
Derek Ludwin, Covington & Burling
Delores DiBella, NFL

VIDEOGRAPHER:
Bryan Beltran

INDEX OF PROCEEDINGS

| WITNESS | PAGE |
|---|---|
| BRIAN ROLAPP | 5 |
| DIRECT EXAMINATION BY MR. LECKMAN | 5 |
| CROSS-EXAMINATION BY MR. KILARU | 254 |
| REDIRECT EXAMINATION BY MR. LECKMAN | 268 |
| CERTIFICATE OF REPORTER | 276 |

EXHIBITS



Thereupon,
the proceedings began at 9:03 a.m.:

THE VIDEOGRAPHER: We are on the record on May 18, 2022, at approximately 9:03 a.m. Eastern Time for the remote video deposition of Mr. Brian Rolapp in the matter of In Re: National Football League Sunday Ticket Antitrust Litigation.

My name is Bryan Beltran, and I am the videographer.

Will counsel please introduce themselves for the record beginning with the party noticing this proceeding.

MR. LECKMAN: Peter Leckman from Langer Grogan & Diver. With me also is Kevin Trainer, another attorney from our office, and Kim Ferrari, a paralegal from the office.

MR. KILARU: And this is Rakesh Kilaru on behalf of defendants from Wilkinson Stekloff. With me in the room is Max Warren also from Wilkinson Stekloff, Derek Ludwin from Covington

& Burling, and Delores DiBella from the NFL, and I also have Caroline Li from Wilkinson Stekloff joining via Zoom.

THE VIDEOGRAPHER: Thank you. Will the court reporter please swear in the witness.

Whereupon,

BRIAN ROLAPP,

having been first duly sworn or affirmed, was examined and testified as follows:

THE WITNESS: I do.

DIRECT EXAMINATION

BY MR. LECKMAN:

[redacted]

99





100



101