# EXHIBIT 9

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

**In the Matter Of:**

*NFL Sunday Ticket Antitrust Litigation*

---

*STEVE BORNSTEIN*

*August 03, 2022*

---



1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | ) |
| | ) CASE NO. |
| | )2:15-ml-02668-PSG |
| IN RE: NATIONAL FOOTBALL | )(JEMx) |
| LEAGUE'S "SUNDAY TICKET" | ) |
| ANTITRUST LITIGATION | )      VOLUME 1 |
| | ) |
| | )PAGES 1 - 260 |
| _____ | ) |

DEPOSITION OF STEVE BORNSTEIN

Wednesday, August 3, 2022

APPEARING REMOTELY FROM HUNTINGTON BEACH, CALIFORNIA

REPORTED BY:              LINDSAY STOKER, CSR NO. 14373

2

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3
                                       )
4                                      ) CASE NO.
                                       )2:15-ml-02668-PSG
5    IN RE: NATIONAL FOOTBALL          )(JEMx)
     LEAGUE'S "SUNDAY TICKET"          )
6    ANTITRUST LITIGATION              )      VOLUME 1
                                       )
7                                      )PAGES 1 - 256
     _____   )
8

9

10

11

12

13

14

15       Deposition of Steve Bornstein at the law offices of

16    Covington & Burling, 1999 Avenue of the Stars, Los

17    Angeles, CA 90067, taken via remote teleconference in

18    Huntington Beach, California, commencing at 9:17 a.m. on

19    Wednesday, August 3, 2022 before Lindsay Stoker,

20    Certified Shorthand Reporter No. 14373, in and for the

21    State of California.

22

23

24

25

3

```
 1        A P P E A R A N C E S

 2

 3   APPEARING ON BEHALF OF THE PLAINTIFF:

 4   SUSMAN GODFREY
     BY:   SETH ARD, ATTORNEY AT LAW
 5   1301 Avenue of the Americas
     32nd Floor
 6   New York, NY 10019-6023
     Telephone:  (212) 471-8354
 7   Facsimile:  (212) 336-8340
     Email:  Sard@susmangodfrey.com
 8

 9

10

11   APPEARING ON BEHALF OF THE DEFENDANT:

12   WILKINSON STEKLOFF LLP
     BY:  JEREMY BARBER, ATTORNEY AT LAW
13   2001 M Street
     NW 10th floor
14   Washington, DC 20036
     Telephone:  (212) 294-8929
15   Email:  Jbarber@wilkinsonstekloff.com

16
     WILKINSON STEKLOFF LLP
17   BY:  BLAKE NEAL, ATTORNEY AT LAW
     2001 M Street
18   NW 10th floor
     Washington, DC 20036
19   Telephone:  (202) 991-5255
     Email:  Bneal@wilkinsonstekloff.com
20
     APPEARANCES CONTINUED:
21
     VIDEOGRAPHER:
22   Jacob Figueroa

23

24

25
```

4

1                          I N D E X

2              WITNESS:  STEVE BORNSTEIN

3      EXAMINATION                                    PAGE

4    MR. ARD (DIRECT)                                 9

5    MR. BARBER (CROSS)                               225

6    MR. ARD (REDIRECT)                               257

7

8

9                     E X H I B I T S

10         NUMBER              DESCRIPTION        PAGE

11





7

1 

3

4          (All Exhibits Attached to the Original Transcript)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

234



235



236



237



238



243



244

