# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER REGARDING THE NFL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

1 | Pending before the Court is Plaintiffs' Motion for Class Certification. The
2 | Court has considered the motion, all other papers relating to the motion, other
3 | documents and pleadings filed in this action, and the arguments of counsel.
4 |     IT IS HEREBY ORDERED that:
5 |     1.    Plaintiffs' Motion for Class Certification is DENIED.
6 |
7 |                                                       IT IS SO ORDERED.
8 |
9 | Dated: _____     _____
10 |                                                       PHILIP S. GUTIERREZ
                                                      United Sates District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1