Beth Wilkinson (admitted *pro hac vice*)
Brian Stekloff (admitted *pro hac vice*)
Rakesh Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

*Counsel for Defendants National
Football League, NFL Enterprises LLC,
and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION, <br><br> _____ <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS. | Case No. 2:15-ml-02668-PSG (JEMx) <br><br> **THE NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL** <br><br> Judge: Hon. Philip Gutierrez <br><br> Date: January 13, 2023 <br> Time: 1:30 p.m. <br> Courtroom: <br> First Street Courthouse <br> 350 West 1st Street <br> Courtroom 6A <br> Los Angeles, CA 90012 |

TO THE ABOVE-CAPTIONED COURT AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), the NFL Defendants, by and through their counsel of records, hereby submit this application requesting that the Court lodge provisionally under seal the following documents (lodged concurrently herewith):

1. The sealed Declaration of Rakesh N. Kilaru in Support of NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.

2. The unredacted version of the NFL Defendants' Memorandum in Opposition to Plaintiffs' Motion for Class Certification.

3. Exhibit 1 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

4. Exhibit 2 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

5. Exhibit 3 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

6. The unredacted version of Exhibit 4 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

7. The unredacted version of Exhibit 5 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

8. The unredacted version of Exhibit 6 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

1

9. The unredacted version of Exhibit 7 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.
10. Exhibit 8 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.
11. The unredacted version of Exhibit 9 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.
12. Exhibit 10 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.
13. Exhibit 11 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.
14. Exhibit 12 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.
15. Exhibit 13 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.
16. Exhibit 14 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.
17. Exhibit 15 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.
18. Exhibit 16 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.
19. Exhibit 17 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.
20. Exhibit 18 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.
21. Exhibit 19 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

Given confidentiality and commercial sensitivity issues, the NFL Defendants request the Court to seal and redact the designated documents. Pursuant to communications regarding confidentiality issues, the Plaintiffs and third-parties DirecTV, CBS, and Fox requested that the NFL Defendants move the Court to seal and redact the designated documents.

Dated: November 4, 2022

By: /s/ Rakesh N. Kilaru

Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

3