# EXHIBIT 4

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

**In the Matter Of:**

*NFL Sunday Ticket Antitrust Litigation*

---

*BRENT LAWTON*

*June 22, 2022*

---



1

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3           Civil Action No. 2:15-ml-02668-PSG(JEMx)

4      ---------------------------------------x

5   IN RE:  NATIONAL FOOTBALL

6   LEAGUE'S "SUNDAY TICKET"

7   ANTITRUST LITIGATION

8      ---------------------------------------x

9

10

11

12

13          VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                  BRENT DOUGLAS LAWTON
14             Wednesday, June 22, 2022
                  New York, New York
15             8:57 a.m. - 3:32 p.m.

16

17

18

19

20

21

22            Reported stenographically by:
           Richard Germosen, CA CSR No. 14391
23      RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
          NCRA/NJ/NY/CA Certified Realtime Reporter
24          NCRA Realtime Systems Administrator
                  Job No. 2022-845603
25

2

1          VIDEOTAPED STENOGRAPHIC DEPOSITION of

2     BRENT DOUGLAS LAWTON, taken in the above-entitled matter

3     before RICHARD GERMOSEN, Certified Court Reporter,

4     (License No. 30XI00184700), Certified Realtime Court

5     Reporter-NJ, (License No. 30XR00016800), California

6     Certified Shorthand Reporter, (License No. 14391),

7     NCRA/NY/CA Certified Realtime Reporter, NCRA Registered

8     Diplomate Reporter, New York Association Certified

9     Reporter, NCRA Realtime Systems Administrator, taken at

10    the offices of COVINGTON & BURLING LLP, 620 Eighth

11    Avenue, New York, New York 10018, on Wednesday, June 22,

12    2022, commencing at 8:57 a.m.

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 2:15-ml-02668-PSG-SK   Document 687-2   Filed 11/05/22   Page 5 of 15   Page ID
#:17597
NFL Sunday Ticket Antitrust Litigation

Brent Lawton
June 22, 2022

3

```
 1    A P P E A R A N C E S:

 2

 3

 4    SUSMAN GODFREY LLP

 5    BY:  TYLER M. FINN, ESQ.

 6    1301 Avenue of the Americas

 7    32nd Floor

 8    New York, New York 10019

 9    (212) 336.8330 / (212) 336.8340 (FAX)

10    tfinn@susmangodfrey.com

11    Attorneys for the Plaintiffs

12

13    WILKINSON STEKLOFF LLP

14    BY:  JEREMY S. BARBER, ESQ.

15    130 West 42nd Street

16    24th Floor

17    New York, New York 10036

18    (212) 294.8929

19    jbarber@wilkinsonstekloff.com

20    Attorneys for the NFL Defendants

21

22

23

24

25
```

Case 2:15-ml-02668-PSG-SK  Document 687-2  Filed 11/05/22  Page 6 of 15  Page ID
#:17598
NFL Sunday Ticket Antitrust Litigation

Brent Lawton
June 22, 2022

4

```
 1   A P P E A R A N C E S:  (CONT'D.)

 2

 3

 4   WILKINSON STEKLOFF LLP

 5   BY:  ELIZABETH KEYS, ESQ.

 6        -and-

 7   BY:  MAX WARREN, ESQ., (streaming via BridgeMobile)

 8   2001 M Street, N.W.

 9   10th Floor

10   Washington, D.C. 20036

11   (202) 847.4034

12   ekeys@wilkinsonstekloff.com

13   mwarren@wilkinsonstekloff.com

14   Attorneys for the NFL Defendants

15

16   ALSO PRESENT:

17   MARCELO RIVERA, Legal Video Specialist

18

19

20

21

22

23

24

25
```

5

1                         I N D E X

2    WITNESS                          EXAMINATION

3    BRENT D. LAWTON

4      BY MR. FINN                            10

5      BY MR. BARBER                          202

6

7                      E X H I B I T S

8    EXHIBIT NO.    DESCRIPTION              PAGE

9    ████████████████████████████████████████

     ███████████████████████████████

     ██

     █████████████████████████████████████████

     ██████████████████████████████

     ██

     █████████████████████████████████████████

     ██████████████████████████████

     ██

     █████████████████████████████████████████

     ██████████████████████████

     █████████████████████████████████████████

     ███████████████████████████████

     ██

     █████████████████████████████████████████

25             ██████████



6

EXHIBITS (CONT'D.)

EXHIBIT NO.   DESCRIPTION                      PAGE

7

```
 1              E X H I B I T S  (CONT'D.)

 2   EXHIBIT NO.    DESCRIPTION                    PAGE

 3   ████████████████████████████████████████████

 4                   ████████████████

 5   **original exhibits returned with original transcript
     by LEXITAS LEGAL to SUSMAN GODFREY LLP
 6   (exhibit index concluded)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Brent Lawton
June 22, 2022

8

1          IT IS HEREBY STIPULATED AND AGREED, by

2     and between the attorneys for the respective parties

3     herein, that filing and sealing be and the same are

4     hereby waived.

5          IT IS FURTHER STIPULATED AND AGREED

6     that all objections, except as to the form of the

7     question, shall be preserved to the time of trial.

8          IT IS FURTHER STIPULATED AND AGREED

9     that the within deposition may be signed and sworn

10    to before any officer authorized to administer an

11    oath, with the same force and effect as if signed

12    and sworn to before the officer before whom the

13    within deposition was taken.

14

15

16

17

18

19

20

21

22

23

24

25

9

```
1    ------------------------------------------------
2                  P R O C E E D I N G S
3                        8:57 a.m.
4                    New York, New York
5    ------------------------------------------------
6                 THE VIDEOGRAPHER:  Stand by, please.
7                 This is the digitized video
8    deposition of Mr. Brent Lawton in the matter in re:
9    NFL Sunday Ticket Antitrust Litigation, in the
10   United States District Court for the Central
11   District of California.
12                This deposition is being held at
13   Covington & Burling, located at 620 Eighth Avenue,
14   New York, New York, on June 22, 2022 at
15   approximately 8:57 a.m.
16                My name is Marcelo Rivera from
17   Lexitas Legal Philadelphia, and I am the video
18   specialist.  The court reporter is Rich Germosen in
19   association with Lexitas Legal Philadelphia.
20                Will present counsel please introduce
21   themselves for the record.
22                MR. FINN:  Tyler Finn for Susman
23   Godfrey on behalf of the plaintiffs.
24                MR. BARBER:  Jeremy Barber on behalf
25   of the NFL defendants.
```

10

```
 1              MS. KEYS:  Liz Keys on behalf of the
 2   NFL defendants.
 3              THE VIDEOGRAPHER:  Will the court
 4   reporter please swear in the witness.
 5              (Whereupon, the Certified Realtime
 6   Stenographer administered the oath to the witness.)
 7
 8   B R E N T   D.   L A W T O N,
 9   residing at 7 Tranquility Lane, Westport, Connecticut
10   06880, having been first duly sworn or affirmed, was
11   examined and testified as follows:
12   EXAMINATION BY MR. FINN:
13   BY MR. FINN:
14        Q.    Good morning, Mr. Lawton.
15        A.    Good morning.
16        Q.    Could you please state your full name
17   for the record.
18        A.    Sure.  Brent Lawton.
19        Q.    And, Mr. Lawton, who is your
20   employer?
21        A.    The National Football League.
22        Q.    And what is your position with the
23   National Football League?
24        A.    I'm a vice-president in the media
25   strategy and BG group.
```



37



