# EXHIBIT 5

To the Declaration of Rakesh N. Kilaru

REDACTED VERSION OF DOCUMENT FILED PUBLICLY

**In the Matter Of:**

*In Re: National Football League's "Sunday Ticket" Antitrust Litigation*

*FRANK HAWKINS*

*August 02, 2022*



In Re: National Football League's "Sunday Ticket" Antitrust Litigation
Confidential
Frank Hawkins
August 02, 2022
1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
------------------------------------X

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

Plaintiffs,

Civil Action No.: 2:15-ml-02668-PSG(JEMx)

------------------------------------X

REALTIME VIDEO-RECORDED DEPOSITION

OF

FRANK HAWKINS

*** CONFIDENTIAL ***

TAKEN ON: August 2, 2022

www.LexitasLegal.com/Premier Lexitas 888-267-1200 Page 1

REALTIME VIDEO-RECORDED DEPOSITION of FRANK HAWKINS, held remotely on August 2, 2022, at 9:07 a.m., stenographically before LISA FORLANO, Certified Court Reporter, Certified Realtime Reporter, Registered Merit Reporter and Notary Public.

A P P E A R A N C E S:

LANGER GROGAN & DIVER
BY: PETER LECKMAN, ESQUIRE
1717 ARCH STREET, SUITE 4130
PHILADELPHIA, PENNSYLVANIA 19103
(215) 320-5660
pleckman@langergrogan.com
ATTORNEYS FOR PLAINTIFF

COVINGTON & BURLING LLP
BY: DEREK LUDWIN, ESQUIRE
ONE CITYCENTER
850 TENTH STREET, NW
WASHINGTON, D.C. 20001-4956
(202) 662-5429
dludwin@cov.com
ATTORNEYS FOR DEFENDANT

WILKINSON STEKLOFF
BY: MAX WARREN, ESQUIRE
2001 M STREET, NW, 10th FLOOR
WASHINGTON, D.C. 20036
(202) 847-4000
mwarren@wilkinsonstelloff.com
ATTORNEYS FOR THE DEFENDANT

ADRIAN BELTRAN, VIDEOGRAPHER

I N D E X


| WITNESS | PAGE |
| --- | --- |
| FRANK HAWKINS | |
| By Mr. Leckman | 7, 197 |
| By Mr. Ludwin | 176 |


E X H I B I T S



EXHIBITS (CONTINUED)

5

VIDEO OPERATOR: Good morning, everyone. We are on the record, August 2, 2022, at approximately 9:07 a.m., Eastern Time, for the remote video deposition of Frank Hawkins, in the matter of NFL Sunday Ticket Antitrust Litigation.

My name is Adrian Beltran, and I am the videographer.

Now, will counsel please introduce themselves for the record, beginning with the party noticing this proceeding?

MR. LECKMAN: This is Peter Leckman, from Langer Grogan & Diver, representing Plaintiffs.

MR. LUDWIN: This is Derek Ludwin, from Covington & Burling, representing the National Football League and the witness.

I have with me Max Warren of Wilkinson Stekloff representing the same parties.

VIDEO OPERATOR: Thank you, Counsel.

Will the court reporter swear in



7

1

<␄</␄>




170
1



171

172

