# EXHIBIT 6

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

**In the Matter Of:**

*NFL Sunday Ticket Antitrust Litigation*

*PAUL TAGLIABUE*

*June 02, 2022*



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
-------------------------------------------X
IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION,

Civil Action No. 2:15-ml-02668-PSG(JEMx)
-------------------------------------------X

VIDEOTAPED DEPOSITION OF PAUL TAGLIABUE

DATE: June 2, 2022

TIME: 9:09 a.m.

PLACE: ***REMOTE***

BEFORE: Rebecca Schaumloffel, RPR, CCR-NJ

JOB NO: 2022-845601

A P P E A R A N C E S:

LANGER GROGAN & DIVER
Attorneys for the Plaintiffs
1717 Arch Street, Suite 4130
Philadelphia, Pennsylvania 19103
BY: HOWARD LANGER, ESQ.
KEVIN TRAINER, ESQ.
PETER LECKMAN, ESQ.

WILKINSON STEKLOFF
Attorneys for the Defendant
NFL
2001 M Street NW
10th Floor
Washington, D.C. 20336
BY: BLAKE NEAL, ESQ.
MAX WARREN, ESQ.
RAKESH KILARU, ESQ.

COVINGTON & BURLING
Attorneys for the NFL and
the witness
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
BY: DEREK LUDWIN, ESQ.

NFL Sunday Ticket Antitrust Litigation
Paul Tagliabue
June 02, 2022
3

ALSO PRESENT:

Dolores DiBella, Esq., NFL

Kim Ferrari, paralegal

Aydaline Garcia, videographer

* * *

www.LexitasLegal.com/Premier Lexitas 888-267-1200 Page 3

P. TAGLIABUE

THE VIDEOGRAPHER: We are going on the record for the remote video deposition of Mr. Paul Tagliabue on June 2, 2022 at 9:09 a.m. Eastern Time in the matter of NFL Sunday Ticket antitrust litigation.

My name is Aydaline Garcia and I will be video recording today's remote deposition on behalf of Lexitas. Everyone present will be noted on the stenographic record.

Will the court reporter please swear in the witness.

PAUL TAGLIABUE, called as a witness, having been first duly sworn by a Notary Public of the States of New York, New Jersey, and Pennsylvania was examined and testified as follows:

EXAMINATION BY

MR. LANGER:

Q. Hi, Mr. Tagliabue.

Mr. Tagliabue, can you tell us the years that you were employed by the National Football League?

P. TAGLIABUE

A. From November of 1989 until August of 2006.

Q. And what was your position?

A. Commissioner.

Q. Did you ever hold any other positions?

A. With the NFL?

Q. Yes.

A. No.



79

P. TAGLIABUE

1                    P. TAGLIABUE

[page content redacted]

P. TAGLIABUE

[redacted]