# EXHIBIT 7

## To the Declaration of Rakesh N. Kilaru

# REDACTED VERSION OF DOCUMENT FILED PUBLICLY

# In the Matter Of:

*NFL Sunday Ticket Antitrust Litigation*

## BRIAN ROLAPP

*May 18, 2022*



```
 1                 UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
 2

 3         Civil Action No. 2:15-ml-02668-PSG(JEMx)

 4

 5

 6    IN RE: NATIONAL FOOTBALL
      LEAGUE'S "SUNDAY TICKET"
 7    ANTITRUST LITIGATION

 8
      _____/
 9

10

11

12                       DEPOSITION OF
                          BRIAN ROLAPP
13

14

15                  Wednesday, May 18, 2022
                     9:03 a.m. - 3:22 p.m.
16

17                      Remote Location
                   Via Zoom Videoconference
18                     All Parties Remote

19

20

21

22

23

24            Stenographically Reported By:
                    Erica Field, FPR
25
```

Case 2:15-ml-02668-PSG-SK   Document 687-5   Filed 11/05/22   Page 4 of 10   Page ID
NFL Sunday Ticket Antitrust Litigation        #:17634                        Brian Rolapp
                                                                             May 18, 2022

2

```
 1   APPEARANCES:

 2


 3   On behalf of the Plaintiff:
         LANGER GROGAN & DIVER
 4       1717 Arch Street
         Suite 4130
 5       Philadelphia, Pennsylvania 19103
         (215) 320-5660
 6       BY: PETER LECKMAN, ESQUIRE
             KEVIN TRAINER, ESQUIRE
 7       pleckman@langergrogan.com
         ktrainer@langergrogan.com
 8

 9   On behalf of the Defendant:
         WILKINSON STEKLOFF
10       2001 M Street NW
         10th Floor
11       Washington, DC 20036
         (202) 847-4000
12       BY: RAKESH KILARU, ESQUIRE
         rkilaru@wilkinsonstekloff.com
13

14

15   ALSO PRESENT:
         Kim Ferrari, Paralegal, Langer Grogan
16       Derek Ludwin, Covington & Burling
         Delores DiBella, NFL
17

18   VIDEOGRAPHER:
         Bryan Beltran
19

20

21

22

23

24

25
```

3

INDEX OF PROCEEDINGS

| WITNESS | PAGE |
|---|---|
| BRIAN ROLAPP | 5 |
| DIRECT EXAMINATION BY MR. LECKMAN | 5 |
| CROSS-EXAMINATION BY MR. KILARU | 254 |
| REDIRECT EXAMINATION BY MR. LECKMAN | 268 |
| CERTIFICATE OF REPORTER | 276 |

EXHIBITS



4

1  Thereupon,

2  the proceedings began at 9:03 a.m.:

3       THE VIDEOGRAPHER:  We are on the

4    record on May 18, 2022, at

5    approximately 9:03 a.m. Eastern Time

6    for the remote video deposition of

7    Mr. Brian Rolapp in the matter of In

8    Re:  National Football League Sunday

9    Ticket Antitrust Litigation.

10       My name is Bryan Beltran, and I

11    am the videographer.

12       Will counsel please introduce

13    themselves for the record beginning

14    with the party noticing this

15    proceeding.

16       MR. LECKMAN:  Peter Leckman from

17    Langer Grogan & Diver.  With me also

18    is Kevin Trainer, another attorney

19    from our office, and Kim Ferrari, a

20    paralegal from the office.

21       MR. KILARU:  And this is Rakesh

22    Kilaru on behalf of defendants from

23    Wilkinson Stekloff.  With me in the

24    room is Max Warren also from Wilkinson

25    Stekloff, Derek Ludwin from Covington

```
                                                               5
1              & Burling, and Delores DiBella from
2              the NFL, and I also have Caroline Li
3              from Wilkinson Stekloff joining via
4              Zoom.
5                    THE VIDEOGRAPHER:  Thank you.
6              Will the court reporter please swear
7              in the witness.
8     Whereupon,
9                    BRIAN ROLAPP,
10      having been first duly sworn or affirmed, was
11      examined and testified as follows:
12                   THE WITNESS:  I do.
13                   DIRECT EXAMINATION
14      BY MR. LECKMAN:
```

[redacted]

99





101

