# EXHIBIT 9

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

**In the Matter Of:**

*NFL Sunday Ticket Antitrust Litigation*

---

*STEVE BORNSTEIN*

*August 03, 2022*

---



1

1

2                  UNITED STATES DISTRICT COURT

3                 CENTRAL DISTRICT OF CALIFORNIA

4
                                        )
5                                       ) CASE NO.
                                        )2:15-ml-02668-PSG
6    IN RE: NATIONAL FOOTBALL           )(JEMx)
     LEAGUE'S "SUNDAY TICKET"           )
7    ANTITRUST LITIGATION               )        VOLUME 1
                                        )
8                                       )PAGES 1 - 260
     _____   )
9

10

11

12

13              DEPOSITION OF STEVE BORNSTEIN

14               Wednesday, August 3, 2022

15      APPEARING REMOTELY FROM HUNTINGTON BEACH, CALIFORNIA

16

17

18

19

20

21

22

23

24

25
        REPORTED BY:            LINDSAY STOKER, CSR NO. 14373

2

1            UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3
                                    )
4                                   ) CASE NO.
                                    )2:15-ml-02668-PSG
5   IN RE: NATIONAL FOOTBALL        )(JEMx)
    LEAGUE'S "SUNDAY TICKET"        )
6   ANTITRUST LITIGATION            )      VOLUME 1
                                    )
7                                   )PAGES 1 - 256
    _____)
8

9

10

11

12

13

14

15      Deposition of Steve Bornstein at the law offices of

16   Covington & Burling, 1999 Avenue of the Stars, Los

17   Angeles, CA 90067, taken via remote teleconference in

18   Huntington Beach, California, commencing at 9:17 a.m. on

19   Wednesday, August 3, 2022 before Lindsay Stoker,

20   Certified Shorthand Reporter No. 14373, in and for the

21   State of California.

22

23

24

25

```
                                                       3
 1              A P P E A R A N C E S

 2

 3    APPEARING ON BEHALF OF THE PLAINTIFF:

 4    SUSMAN GODFREY
      BY:   SETH ARD, ATTORNEY AT LAW
 5    1301 Avenue of the Americas
      32nd Floor
 6    New York, NY 10019-6023
      Telephone:  (212) 471-8354
 7    Facsimile:  (212) 336-8340
      Email:  Sard@susmangodfrey.com
 8

 9

10

11    APPEARING ON BEHALF OF THE DEFENDANT:

12    WILKINSON STEKLOFF LLP
      BY:  JEREMY BARBER, ATTORNEY AT LAW
13    2001 M Street
      NW 10th floor
14    Washington, DC 20036
      Telephone:  (212) 294-8929
15    Email:  Jbarber@wilkinsonstekloff.com

16
      WILKINSON STEKLOFF LLP
17    BY:  BLAKE NEAL, ATTORNEY AT LAW
      2001 M Street
18    NW 10th floor
      Washington, DC 20036
19    Telephone:  (202) 991-5255
      Email:  Bneal@wilkinsonstekloff.com
20
      APPEARANCES CONTINUED:
21
      VIDEOGRAPHER:
22    Jacob Figueroa

23

24

25
```

4

1                          I N D E X

2            WITNESS:  STEVE BORNSTEIN

3     EXAMINATION                                PAGE

4   MR. ARD (DIRECT)                             9

5   MR. BARBER (CROSS)                           225

6   MR. ARD (REDIRECT)                           257

7

8

9                     E X H I B I T S

10         NUMBER              DESCRIPTION         PAGE

11



6



7

1

3

4          (All Exhibits Attached to the Original Transcript)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

234



235



236



237



238



243



244

