

JEM



-R-T-S- 90802105-1N 11/05/22
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

OFFICIAL BUSINESS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**FILED**
**CLERK, U.S. DISTRICT COURT**

NOVEMBER 10, 2022

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ch  DEPUTY

Case: 2:15ml2668  Doc: 669

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802