# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (JEMx) |
| | [PROPOSED] ORDER REGARDING THE NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge: Hon. Philip Gutierrez |
| | Date: January 13, 2023 |
| | Time: 1:30 p.m. |
| | Courtroom: |
| |     First Street Courthouse |
| |     350 West 1st Street |
| |     Courtroom 6A |
| |     Los Angeles, CA 90012 |

FILED
CLERK, U.S. DISTRICT COURT

NOV 15 2022

CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

WK #675

Pending before the Court is the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Max Warren in Support of NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.
2. The unredacted version of the NFL Defendants' Memorandum in Support of the NFL Defendants' Motion to Exclude the Opinions of Sarah Butler.
3. Exhibit 1 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Sarah Butler.
4. Exhibit 2 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Sarah Butler.
5. Exhibit 3 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Sarah Butler.
6. Exhibit 4 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Sarah Butler.

IT IS SO ORDERED.

Dated: 11/14/22

PHILIP S. GUTIERREZ
United Sates District Judge