FILED
CLERK, U.S. DISTRICT COURT
NOV 15 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Link #679

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (JEMx) <br><br> [PROPOSED] ORDER REGARDING THE NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL <br><br> Judge: Hon. Philip Gutierrez <br><br> Date: January 13, 2023 <br> Time: 1:30 p.m. <br> Courtroom: <br>     First Street Courthouse <br>     350 West 1st Street <br>     Courtroom 6A <br>     Los Angeles, CA 90012 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

Pending before the Court is the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Rakesh N. Kilaru in Support of NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.

2. The unredacted version of the NFL Defendants' Memorandum in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

3. Exhibit 1 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

4. Exhibit 2 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

5. Exhibit 3 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

6. Exhibit 4 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

7. Exhibit 5 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

8. Exhibit 6 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

9. Exhibit 7 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

10. Exhibit 8 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

11. The unredacted version of Exhibit 9 to the Declaration of Rakesh N.

Case 2:15-ml-02668-PSG-JEM   Document 679-3   Filed 11/05/22   Page 3 of 3   Page ID #:16269

1. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

    12.   Exhibit 10 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

IT IS SO ORDERED.

Dated: 11/14/22

_____
PHILIP S. GUTIERREZ
United Sates District Judge

2