UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[~~PROPOSED~~] ORDER REGARDING THE NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL<br><br>Judge: Hon. Philip Gutierrez<br><br>Date: January 13, 2023<br>Time: 1:30 p.m.<br>Courtroom:<br> First Street Courthouse<br> 350 West 1st Street<br> Courtroom 6A<br> Los Angeles, CA 90012 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

Pending before the Court is the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Rakesh N. Kilaru in Support of NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.

2. The unredacted version of the NFL Defendants' Memorandum in Opposition to Plaintiffs' Motion for Class Certification.

3. Exhibit 1 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

4. Exhibit 2 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

5. Exhibit 3 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

6. The unredacted version of Exhibit 4 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

7. The unredacted version of Exhibit 5 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

8. The unredacted version of Exhibit 6 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

9. The unredacted version of Exhibit 7 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

10. Exhibit 8 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

11. The unredacted version of Exhibit 9 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

12. Exhibit 10 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

13. Exhibit 11 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

14. Exhibit 12 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

15. Exhibit 13 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

16. Exhibit 14 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

17. Exhibit 15 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

18. Exhibit 16 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

19. Exhibit 17 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

20. Exhibit 18 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

21. Exhibit 19 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Opposition to Plaintiffs' Motion for Class Certification.

Dated: 11/14/22

IT IS SO ORDERED.

_____
PHILIP S. GUTIERREZ
United Sates District Judge