1  Beth A. Wilkinson (admitted *pro hac vice*)
2  Brian L. Stekloff (admitted *pro hac vice*)
   Rakesh N. Kilaru (admitted *pro hac vice*)
   Jeremy S. Barber (admitted *pro hac vice*)
3  **WILKINSON STEKLOFF LLP**
4  2001 M Street NW, 10th Floor
   Washington, DC 20036
5  Telephone: (202) 847-4000
6  Facsimile: (202) 847-4005
   bwilkinson@wilkinsonstekloff.com
7  bstekloff@wilkinsonstekloff.com
   rkilaru@wilkinsonstekloff.com
8  jbarber@wilkinsonstekloff.com

9  *Counsel for Defendants National*
10 *Football League, NFL Enterprises LLC,*
   *and the NFL Member Clubs*
11
12 [Additional Counsel Listed on Signature Pages]

13

14               **UNITED STATES DISTRICT COURT**

15               **CENTRAL DISTRICT OF CALIFORNIA**

16 | IN RE: NATIONAL FOOTBALL | Case No. 2:15-ml-02668-PSG (JEMx) |
17 | LEAGUE'S "SUNDAY TICKET" | |
   | ANTITRUST LITIGATION | **PROOF OF SERVICE OF** |
18 | | **DOCUMENTS FILED UNDER** |
   | | **SEAL** |
19
20 THIS DOCUMENT RELATES TO:
   ALL ACTIONS
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in Washington, D.C. I am over the age of 18 and am not a party to the within action; my business address is 2001 M St NW, 10th Floor, Washington, DC 20036.

On November 17, 2022, I served the foregoing document(s) described as follows:

1.     The sealed Declaration of Rakesh N. Kilaru in Support of NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.

2.     The unredacted version of the NFL Defendants' Memorandum in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

3.     Exhibit 1 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

4.     Exhibit 2 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

5.     Exhibit 3 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

6.     Exhibit 4 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

7.     Exhibit 5 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

8.     Exhibit 6 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

9.     Exhibit 7 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

10.     Exhibit 8 to the Declaration of Rakesh N. Kilaru in Support of the NFL

1

1   Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

2         11.    The unredacted version of Exhibit 9 to the Declaration of Rakesh N.

3   Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of J.

4   Douglas Zona.

5         12.    Exhibit 10 to the Declaration of Rakesh N. Kilaru in Support of the

6   NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

7

8   on the interested parties in this action by placing true copies thereof enclosed in sealed envelope addressed as stated on the attached service list as follows:

9   _____ BY MAIL:

10   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the

11   U.S. Postal Service on that same day with postage thereon fully prepaid at Washington, D.C. in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage

12   meter date is ore than one date after date of deposit for mailing in affidavit.

13   _____ BY PERSONAL SERVICE:

14   I caused to be delivered such envelop by hand to the offices of the addressee.

15   _____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

16   _____ BY FAX:
I served by facsimile as indicated on the attached service list.

17   _XX_ BY ELECTRONIC MAIL:

18   I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service

19   list.

20

21   Executed on November 17, 2022, at Washington, D.C.

22   _____ (State):  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

23   _XX_ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

24

25       Max Warren                        _/s/ Max Warren_____
    (Type or Print Name)                 (Signature)

26

27

28

PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL
CASE NO.  2:15-ML-02668-PSG (JEMX)

1

## SERVICE LIST

2
MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
3
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, 14th Floor
4
Los Angeles, CA 90067
Tel: (310) 789-3100
5
Fax: (310) 789-3150

6
SCOTT MARTIN
smartin@hausfeld.com
7
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
8
New York, NY 10004
Tel: (646) 357-1100
9
Fax: (212) 202-4322

10
HOWARD LANGER
hlanger@langergrogan.com
11
EDWARD DIVER
ndiver@langergrogan.com
12
PETER LECKMAN
pleckman@langergrogan.com
13
KEVIN TRAINER
ktrainer@langergrogan.com
14
**LANGER GROGAN AND DIVER PC**
1717 Arch Street, Suite 4130
15
Philadelphia, PA 19103
Tel: (215) 320-5660
16
Fax: (215) 320-5703

17
ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
18
WILLIAM CHRISTOPHER CARMODY
bcarmody@susmangodfrey.com
19
SETH ARD
sard@susmangodfrey.com
20
TYLER FINN
tfinn@susmangodfrey.com
21
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd FL.
22
New York, NY 10019
Tel: (212) 336-8330/ Fax: (212) 336-8340
23

24
IAN M. GORE
igore@susmangodfrey.com
25
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
26
Tel: (206) 505-3841/Fax: (206) 516-3883

27
FARHAD MIRZADEH
fmirzadeh@hausfeld.com
28
**HAUSFELD LLP**

3

1   1700 K. Street NW, Suite 650
    Washington, DC 20006
2   Tel: (202) 540-7200/Fax: (202) 540-7201

3   CHRISTOPHER L. LEBSOCK
    lebsock@hausfled.com
4   **HAUSFELD LLP**
    600 Montgomery St., Suite 3200
5   San Francisco, CA 94111
    Tel: (415) 633-1908/Fax: (415) 358-4980
6
    *Plaintiffs' Co-Lead Counsel*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL
CASE NO.  2:15-ML-02668-PSG (JEMX)