Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the NFL Member Clubs*

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in Washington, D.C. I am over the age of 18 and am not a party to the within action; my business address is 2001 M St NW, 10th Floor, Washington, DC 20036.

On November 17, 2022, I served the foregoing document(s) described as follows:

1. The sealed Declaration of Rakesh N. Kilaru in Support of NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.

2. The unredacted version of the NFL Defendants' Memorandum in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

3. Exhibit 1 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

4. Exhibit 2 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

5. Exhibit 3 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

6. The unredacted version of Exhibit 4 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

7. The unredacted version of Exhibit 5 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

8. Exhibit 6 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

9. Exhibit 7 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

10. The unredacted version of Exhibit 8 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

11. Exhibit 9 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

12. Exhibit 10 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

13. Exhibit 11 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

14. Exhibit 12 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

on the interested parties in this action by placing true copies thereof enclosed in sealed envelope addressed as stated on the attached service list as follows:

_____ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Washington, D.C. in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is ore than one date after date of deposit for mailing in affidavit.

_____ BY PERSONAL SERVICE:
I caused to be delivered such envelop by hand to the offices of the addressee.

_____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____ BY FAX:
I served by facsimile as indicated on the attached service list.

 XX  BY ELECTRONIC MAIL:
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on November 17, 2022, at Washington, D.C.
_____ (State):  I declare under penalty of perjury under the laws of the State of

2

PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL
CASE NO.  2:15-ML-02668-PSG (JEMX)

1  California that the above is true and correct.

2  __XX__ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

3

4

5        Max Warren                        /s/ Max Warren
   (Type or Print Name)                  (Signature)

# **SERVICE LIST**

MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN
pleckman@langergrogan.com
KEVIN TRAINER
ktrainer@langergrogan.com
**LANGER GROGAN AND DIVER PC**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
WILLIAM CHRISTOPHER CARMODY
bcarmody@susmangodfrey.com
SETH ARD
sard@susmangodfrey.com
TYLER FINN
tfinn@susmangodfrey.com
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019
Tel: (212) 336-8330/ Fax: (212) 336-8340

IAN M. GORE
igore@susmangodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841/Fax: (206) 516-3883

FARHAD MIRZADEH
fmirzadeh@hausfeld.com
**HAUSFELD LLP**

PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL
CASE NO.  2:15-ML-02668-PSG (JEMX)

| | |
|---|---|
| 1 | 1700 K. Street NW, Suite 650 |
| 2 | Washington, DC 20006<br>Tel: (202) 540-7200/Fax: (202) 540-7201 |
| 3 | CHRISTOPHER L. LEBSOCK |
| 4 | lebsock@hausfled.com<br>**HAUSFELD LLP** |
| 5 | 600 Montgomery St., Suite 3200<br>San Francisco, CA 94111 |
| 6 | Tel: (415) 633-1908/Fax: (415) 358-4980 |
| 7 | *Plaintiffs' Co-Lead Counsel* |

5