DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone:  (310) 553-6700
Facsimile:    (310) 246-6779

*Attorneys for Non-Party DIRECTV, LLC and DIRECTV Holdings LLC*

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**NON-PARTY DIRECTV, LLC AND DIRECTV HOLDINGS LLC'S APPLICATION FOR LEAVE TO FILE A SUPPLEMENTAL REPLY OUT OF TIME**<br><br>MAGISTRATE JUDGE: Hon. John E. McDermott<br>DATE/TIME: 11/29/2022, 10:00 am<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Non-Party DIRECTV, LLC and DIRECTV Holdings LLC (collectively, "DIRECTV") respectfully seeks leave to file the attached proposed Reply To Plaintiffs' Supplemental Memorandum Regarding Plaintiffs' Motion To Compel Production Of Documents On DIRECTV's Privilege Log ("DIRECTV's Reply"). Plaintiffs' Supplemental Memorandum Regarding Plaintiffs' Motion To Compel Production Of Documents On DIRECTV's Privilege Log ("Supplemental Memo"), Dkt. No. 694, was filed on the last possible date before the hearing and raises new issues about entries in DIRECTV'S privilege log, which they failed to discuss in their portion of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents on DIRECTV's Privilege Log ("Joint Stipulation"), Dkt. No. 666, filed on October 28, 2022.

Out of an abundance of caution, DIRECTV respectfully requests that this Court allow it to file a Supplemental Reply in order to respond to Plaintiffs' new arguments. *Vancouver Alumni Asset Holdings, Inc. v. Daimler AG*, No. CV 16-2942-SJO (KSX), 2019 WL 4492950, at *5 (C.D. Cal. July 11, 2019) (granting defendants leave to file a response to plaintiffs' supplemental memorandum to a Joint Stipulation, which raised new arguments). Oral argument on Plaintiffs' Motion is set for November 29, 2022. Because Plaintiffs filed their Supplemental Memo on the last possible day prior to the hearing, DIRECTV did not have an opportunity to respond to Plaintiffs' new arguments and its incomplete recitation of the evidence. DIRECTV wants the Court to have before it all of the relevant evidence and information.

## CONCLUSION

DIRECTV respectfully requests that this Court **GRANT** its Motion for Leave to File a Reply and instruct the Clerk to file the attached proposed Reply.

Dated: November 21, 2022

By: */s/ Jeffrey A.N. Kopczynski*
Jeffrey A. N. Kopczynski (*pro hac vice*)
jkopczynski@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Katrina Robson (S.B. #229835)
krobson@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 326-2128
Facsimile: (202) 383-5414

Daniel M. Petrocelli (S.B. #97802)
dpetrocelli@omm.com
M. Randall Oppenheimer
(S.B. #77649)
roppenheimer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Non-Party DIRECTV, LLC and DIRECTV Holdings LLC*