| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
| 2 | dpetrocelli@omm.com |
|   | M. RANDALL OPPENHEIMER (S.B. #77649) |
| 3 | roppenheimer@omm.com |
|   | O'MELVENY & MYERS LLP |
| 4 | 1999 Avenue of the Stars, 8th Floor |
|   | Los Angeles, CA 90067 |
| 5 | Telephone:  (310) 553-6700 |
| 6 | Facsimile:   (310) 246-6779 |
| 7 | *Attorneys for Non-Party DIRECTV, LLC and* |
|   | *DIRECTV Holdings LLC* |
| 8 | |
| 9 | [*Additional counsel listed on signature page*] |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (JEMx) **SUPPLEMENTAL DECLARATION OF JEFFREY A. N. KOPCZYNSKI IN SUPPORT OF NON-PARTY DIRECTV, LLC AND DIRECTV HOLDINGS LLC'S REPLY TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS ON DIRECTV'S PRIVILEGE LOG** Magistrate Judge: Hon. John E. McDermott Date/Time: 11/29/2022, 10:00 a.m. COURTROOM: First Street Courthouse 350 West 1st Street Courtroom 6A Los Angeles, CA 90012 |

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE**

**FILED UNDER SEAL**

Case No. 2:15-ml-02668-PSG-JEMx

**SUPPLEMENTAL DECLARATION OF JEFFREY A. N. KOPCZYNSKI**

I, Jeffrey A. N. Kopczynski, declare and state as follows:

1. I am over the age of twenty-one (21) years and an attorney with the law firm of O'Melveny & Myers LLP, counsel for Non-Party DIRECTV, LLC and DIRECTV Holdings LLC (collectively, "DIRECTV").

2. I submit this supplemental declaration in support of DIRECTV's Reply To Plaintiffs' Supplemental Memorandum Regarding Plaintiffs' Motion To Compel Production Of Documents On DIRECTV's Privilege Log.

3. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct to the best of my knowledge.

4. DIRECTV-PRIV-0018980 is an email that was sent to ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

5. DIRECTV-PRIV-0014874 is an email chain in which ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

6. For DIRECTV-PRIV-0008086, ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌



7. For the few dozen specific documents Plaintiffs were willing to discuss with particularity during meet-and-confers, Plaintiffs stopped challenging nearly 82% of those documents discussed. In some limited circumstances, we have discovered documents that were unintentionally included on the privilege log and produced them, but that has only been .14% of documents.

8. Not one of the 8 privilege log entries that Plaintiffs dropped in the Joint Stipulation had been identified by Plaintiffs and discussed with specificity in a meet-

| | |
|---|---|
| 1 | and-confer despite our offer to be available to discuss any document on the privilege |
| 2 | log. |
| 3 | I declare under penalty of perjury under the laws of the United States that the |
| 4 | foregoing is true and correct. |
| 5 | Signed this day of November 21, 2022 in Hoboken, New Jersey. |

_____
Jeffrey Kopczynski

(*pro hac vice*)
jkopczynski@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorney for Non-Party DIRECTV, LLC and DIRECTV Holdings LLC*