DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

JEFFREY A. N. KOPCZYNSKI (*Pro Hac Vice*)
jkopczynski@omm.com
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Non-Party DIRECTV, LLC and DIRECTV Holdings LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY DIRECTV, LLC AND DIRECTV HOLDINGS LLC'S APPLICATION FOR LEAVE TO FILE A SUPPLEMENTAL REPLY OUT OF TIME**<br><br>JUDGE: Hon. John E. McDermott<br>DATE: November 29, 2022<br>TIME: 10:00 a.m.<br>COURTROOM: First Street Courthouse 350 West 1st Street Courtroom 6A<br>Los Angeles, CA 90012 |

Case No. 2:15-ml-02668-PSG-JEMx

1 | Pending before the Court is Non-Party DIRECTV, LLC and DIRECTV HOLDINGS LLC's Application For Leave To File a Supplemental Reply. The Court has considered the application and GRANTS the application.

IT IS SO ORDERED.

Dated: _____
Hon. John E. McDermott
United States District Magistrate Judge