1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  M. RANDALL OPPENHEIMER (S.B. #77649)
   roppenheimer@omm.com
3  O'MELVENY & MYERS LLP
4  1999 Avenue of the Stars, 8th Floor
   Los Angeles, CA 90067
5  Telephone:  (310) 553-6700
   Facsimile:   (310) 246-6779
6
7  JEFFREY A. N. KOPCZYNSKI (*Pro Hac Vice*)
   jkopczynski@omm.com
8  Times Square Tower
   7 Times Square
9  New York, New York 10036
   Telephone:  (212) 326-2000
10 Facsimile:   (212) 326-2061
11
   *Attorneys for Non-Party DIRECTV, LLC and*
12 *DIRECTV Holdings LLC*
13
   [*Additional counsel listed on signature page*]
14
                    **UNITED STATES DISTRICT COURT**
15
                   **CENTRAL DISTRICT OF CALIFORNIA**
16

| IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**NON-PARTY DIRECTV, LLC AND DIRECTV HOLDINGS LLC'S APPLICATION TO FILE PORTIONS OF DIRECTV, LLC AND DIRECTV HOLDINGS LLC'S REPLY TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS ON DIRECTV'S PRIVILEGE LOG UNDER SEAL**<br><br>JUDGE: Hon. John E. McDermott<br>DATE: November 29, 2022<br>TIME: 10:00 a.m.<br>COURTROOM: First Street Courthouse 350 West 1st Street Courtroom 6A<br>Los Angeles, CA 90012 |
|---|---|

Case No. 2:15-ml-02668-PSG-JEMx

TO THE ABOVE-CAPTIONED COURT AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Pursuant to Local Rules 79-5 and 79-5.2.2(b) and the October 4, 2016 Stipulated Protective Order (the "Protective Order") (Dkt. 197), Non-Party DIRECTV, LLC, and DIRECTV Holdings LLC's (collectively, "DIRECTV"), by and through their counsel of records, will and hereby submit this application requesting that the Court lodge provisionally under seal portions of the following documents (lodged concurrently herewith):

1. DIRECTV's Reply to Plaintiffs' Supplemental Memorandum regarding Plaintiffs' Motion to Compel Production of Documents on DIRECTV's Privilege Log ("DIRECTV Reply").
2. The Declaration of Jeffrey A. N. Kopczynski ("Supp. Kopczynski Decl.") filed concurrently with the DIRECTV Reply.

For the reasons set forth in the Kopczynski Sealing Decl., filed concurrently herewith, DIRECTV respectfully requests that the Court grant this Application to seal the exhibits indicated above.

| | |
|---|---|
| 1 | Dated: November 21, 2022 |
| 2 | |
| 3 | *[signature: Jeffrey Kopczynski]* |
| 4 | By: |
| 5 | |
| 6 | JEFFREY A. N. KOPCZYNSKI (*pro hac vice*) |
| 7 | jkopczynski@omm.com<br>O'MELVENY & MYERS LLP |
| 8 | Times Square Tower<br>7 Times Square |
| 9 | New York, NY 10036 |
| 10 | Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061 |
| 11 | |
| 12 | DANIEL M. PETROCELLI<br>M. RANDALL OPPENHEIMER |
| 13 | O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 8th Floor |
| 14 | Los Angeles, CA 90067<br>Telephone: (310) 553-6700 |
| 15 | Facsimile: (310) 246-6779 |
| 16 | IAN SIMMONS (*pro hac vice*) |
| 17 | KATRINA ROBSON (S.B. #229835)<br>O'MELVENY & MYERS LLP |
| 18 | 1625 Eye Street NW<br>Washington, DC 20006 |
| 19 | Telephone: (202) 326-2128<br>Facsimile: (202) 383-5414 |
| 20 | |
| 21 | *Attorneys for Non-Party DIRECTV, LLC* |
| 22 | *and DIRECTV Holdings LLC* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |