1
2
3
4

# UNITED STATES DISTRICT COURT

5

## CENTRAL DISTRICT OF CALIFORNIA

6

7  | IN RE: NATIONAL FOOTBALL
8  | LEAGUE'S "SUNDAY TICKET"
   | ANTITRUST LITIGATION

9  | THIS DOCUMENT RELATES TO
   | ALL ACTIONS

Case No. 2:15-ml-02668-PSG (JEMx)

**[PROPOSED] ORDER RE
PLAINTIFFS' APPLICATION
UNDER LOCAL RULE 79-5 TO
FILE DOCUMENTS UNDER SEAL**

Magistrate Judge: Hon. John E.
McDermott
Date/Time: 11/29/2022, 10:00 a.m.
Discovery Cutoff Date: 8/5/2022
Pretrial-Conference Date: 2/9/2024
Trial Date: 2/22/2024

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Farhad Mirzadeh in Support of Plaintiffs' Application to File Documents Under Seal;

2. The unredacted version of the Supplemental Memorandum regarding Plaintiffs' Motion to Compel the Production of Documents on DIRECTV's Privilege Log.

IT IS SO ORDERED.

Dated: __11/22/22_____

_____
JOHN E. MCDERMOTT
United Sates Magistrate Judge

1