1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN RE: NATIONAL FOOTBALL
LEAGUE'S "SUNDAY TICKET"
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO
ALL ACTIONS

Case No. 2:15-ml-02668-PSG (JEMx)

**[PROPOSED] ORDER RE
PLAINTIFFS' APPLICATION
UNDER LOCAL RULE 79-5 TO
FILE DOCUMENTS UNDER SEAL**

Magistrate Judge: Hon. John E.
McDermott
Date/Time: 11/29/2022, 10:00 a.m.
Discovery Cutoff Date: 8/5/2022
Pretrial-Conference Date: 2/9/2024
Trial Date: 2/22/2024

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Farhad Mirzadeh in Support of Plaintiffs' Application to File Documents Under Seal;

2. The unredacted version of Plaintiffs' Objections to Non-Party DIRECTV, LLC and DIRECTV Holdings LLC's Application for Leave to File a Supplemental Reply Out of Time.

IT IS SO ORDERED.

Dated: _____          _____
                                        JOHN E. MCDERMOTT
                                        United Sates Magistrate Judge