DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

JEFFREY A. N. KOPCZYNSKI (*Pro Hac Vice*)
jkopczynski@omm.com
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Non-Party DIRECTV, LLC and DIRECTV Holdings LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[~~XXXXXXXX~~ **PROPOSED**] **ORDER GRANTING NON-PARTY DIRECTV, LLC AND DIRECTV HOLDINGS LLC'S APPLICATION TO FILE PORTIONS OF DIRECTV'S REPLY TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS ON DIRECTV'S PRIVILEGE LOG**<br><br>JUDGE: Hon. John E. McDermott<br>DATE: November 29, 2022<br>TIME: 10:00 a.m.<br>COURTROOM: First Street Courthouse 350 West 1st Street Courtroom 6A<br>Los Angeles, CA 90012 |

Case No. 2:15-ml-02668-PSG-JEMx

Pending before the Court is Non-Party DIRECTV, LLC and DIRECTV HOLDINGS LLC's Application To File Portions of DIRECTV's Reply to Plaintiffs' Supplemental Memorandum Regarding Plaintiffs' Motion to Compel Production of Documents on DIRECTV's Privilege Log. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that portions of the following documents are to be filed under seal:

1. DIRECTV's Reply to Plaintiffs' Supplemental Memorandum Regarding Plaintiffs' Motion to Compel Production of Documents on DIRECTV's Privilege Log ("DIRECTV Reply").
2. The Declaration of Jeffrey A. N. Kopczynski ("Supp. Kopczynski Decl.") filed concurrently with the DIRECTV Reply.

IT IS SO ORDERED.

Dated: 11/28/22

_____
Hon. John E. McDermott
United States District Magistrate Judge