# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 15ML2668 | Date | Nov. 29, 2022 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

**Present: The Honorable** **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| C. Howard | ZOOM |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Farhad Mirzadeh<br>Hausfeld LLP | Jeffrey A. N. Kopczynski<br>Katrina M. Robosn<br>O'Melveny and Meyers LLP |

**Proceedings:**   (In Chambers Minutes) Motion to Compel Production of Documents (Docket No. 665)

The matter was called. The Court heard argument this day on Plaintiffs' Motion to Compel Production of Documents on DIRECTV's Privilege Log. The matter is now under submission.

|   |   | 1 | : | 05 |
|---|---|---|---|---|
|   | Initials of Preparer |   | slo |   |