# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Tanya L. Becerra |
| 2a. Contact Phone Number | (213) 430-6327 |
| 3a. Contact E-mail Address | tbecerra@omm.com |
| 1b. Attorney Name (if different) | Jeffrey A. N. Kopczynski |
| 2b. Attorney Phone Number | (212) 728-5675 |
| 3b. Attorney E-mail Address | jkopczynski@omm.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**

O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

| Field | Value |
|---|---|
| 5. Name & Role of Party Represented | Defendants DIRECTV, LLC and DIRECTV Holdings LLC |
| 6. Case Name | In Re National Football Leagues Sunday Ticket Antitrust Litigation |
| 7a. District Court Case Number | 2:15-ml-02668-PSG-JEM |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):

[X] DIGITALLY RECORDED   [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: ____

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [X] Non-Appeal   [ ] Criminal  [X] Civil   [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/29/2022 | 723 | McDermott | Hearing on Motion to Compel Production of Documents | ● | ○ | ○ | ○ | ○ | ○ | ● ____ | DAILY (Next day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 11/29/2022   Signature: /s/ Jeffrey A. N. Kopczynski

G-120 (06/18)