| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
| 2 | dpetrocelli@omm.com |
|   | M. RANDALL OPPENHEIMER (S.B. #77649) |
| 3 | roppenheimer@omm.com |
|   | O'MELVENY & MYERS LLP |
| 4 | 1999 Avenue of the Stars, 8th Floor |
|   | Los Angeles, CA 90067 |
| 5 | Telephone:  (310) 553-6700 |
| 6 | Facsimile:   (310) 246-6779 |

JEFFREY A. N. KOPCZYNSKI (*Pro Hac Vice*)
jkopczynski@omm.com
Times Square Tower
7 Times Square
New York, New York 10036
Telephone:  (212) 326-2000
Facsimile:   (212) 326-2061

*Attorneys for Non-Party DIRECTV, LLC and DIRECTV Holdings LLC*

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |

# PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and employed in the County of Los Angeles, State of California by O'Melveny and Myers LLP. My business address is 1999 Avenue of the Stars, 8th Floor, Los Angeles, CA 90067. I am over the age of eighteen years and not a party to the within action.

On November 29, 2022, I served the foregoing document(s) described as follows:

1. **AN UNREDACTED COPY OF NON-PARTY DIRECTV, LLC AND DIRECTV HOLDINGS LLC'S REPLY TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS ON DIRECTV'S PRIVILEGE LOG;**

2. **AN UNREDACTED COPY OF JEFFREY A. N. KOPCZYNSKI'S DECLARATION IN SUPPORT OF NON-PARTY DIRECTV, LLC AND DIRECTV HOLDINGS LLC'S REPLY TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS ON DIRECTV'S PRIVILEGE LOG**

on the interested parties as stated on the attached service list, as follows:

[X]  by causing the documents to be emailed or electronically transmitted to the persons at the email addresses set forth below, pursuant to a court order or an agreement of the parties to accept service by email or electronic transmission and by confirming, within a reasonable time after the transmission, that no electronic message or other indication was received indicating that the transmission was unsuccessful.

**SEE ATTACHED VIA EMAIL SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29 day of November, 2022, in Los Angeles, California.

/s/ *Ana Pena*

Ana Pena

| | |
|---|---|
| 1 | **VIA EMAIL SERVICE LIST** |
| 2 | Marc M. Seltzer (54534) |
| 3 | mseltzer@susmangodfrey.com<br>SUSMAN GODFREY LLP |
| 4 | |
| 5 | Scott Martin (Pro Hac Vice)<br>smartin@hausfeld.com |
| 6 | Irving Scher (Pro Hac Vice) |
| 7 | ischer@hausfeld.com<br>Farhad Mirzadeh (Pro Hac Vice) |
| 8 | fmirzadeh@hausfeld.com |
| 9 | Sathya Gosselin (Pro Hac Vice)<br>sgosselin@hausfeld.com |
| 10 | HAUSFELD LLP |
| 11 | Howard Langer (Pro Hac Vice) |
| 12 | hlanger@langergrogan.com |
| 13 | Edward Driver (Pro Hac Vice)<br>ndiver@langergrogan.com |
| 14 | Peter Leckman (235721) |
| 15 | pleckman@langergrogan.com<br>LANGER GROGAN & DRIVER, P.C. |
| 16 | |
| 17 | *Plaintiffs' Co-Lead Counsel* |
| 18 | Beth A. Wilkinson |
| 19 | bwilkinson@wilkinsonstekloff.com<br>Brian L. Stekloff |
| 20 | bstekloff@wilkinsonstekloff.com |
| 21 | Rakesh Kilaru<br>rkilaru@wilkinsonstekloff.com |
| 22 | Max Warren |
| 23 | mwarren@wilkinsonstekloff.com<br>WILKINSON STEKLOFF LLP |
| 24 | 2001 M Street NW, 10th Floor |
| 25 | Washington, DC 20036<br>Tel: (202) 847-4000 |
| 26 | Fax: (202) 847-4005 |
| 27 | |
| 28 | Jeremy S. Barber |

jbarber@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
130 West 42nd Street 24th Floor
New York, NY 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005

Gregg H. Levy
glevy@cov.com
Derek Ludwin
dludwin@cov.com
COVINGTON & BURLING LLP
850 Tenth Street NW One City Center
Washington, DC 20001-4956
Tel: (202) 662-6000
Fax: (202) 662-6804

Neema Trivedi Sahni
nsahni@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel: (424) 332-4800
Fax: (424) 332-4782

*Counsel for Defendants National Football League, Inc. and NFL Enterprises LLC and the Individual NFL Clubs*