UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15-ml-02668 PSG (JEMx) | Date | November 29, 2022 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:**   **(IN CHAMBERS) ORDER RE PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS ON DIRECTV'S PRIVILEGE LOG (Dkt. 665)**

Before the Court is Plaintiffs' Motion To Compel Production Of Documents On DirecTV's Privilege Log ("Motion"). (Dkt. 665.) The parties filed a Joint Stipulation on October 28, 2022. (Dkt. 667-1.) Plaintiffs filed a Supplemental Memorandum on November 15, 2022.[1] (Dkt. 694, 695-1.) The Court held a hearing on November 29, 2022. (Dkt. 723.) The Court made the following rulings:

1. The parties are to meet and confer and provide the Court with an update on the number of privilege objections in total and for each of the five categories (P, Q, R, S, T) as soon as possible.

---

[1] On November 21, 2022, DirecTV filed an Application for Leave to File a Supplemental Reply out of time. (Dkt. 709.) DirecTV asserts that Plaintiffs raised for the first time six privilege log entries that they never previously discussed with DirecTV with any specificity and did not raise in their portion of the Joint Stipulation. (Id. at 2.) Plaintiffs filed Objections on November 22, 2022 (Dkt. 716-1) and a Supplemental Memorandum on November 23, 2022. (Dkt. 718-1.) These filings do not dispute that Plaintiffs raised the six privilege log entries for the first time in their Supplemental Memorandum. These filings, moreover, respond substantively to DirecTV's Reply. As there has been no prejudice, the Court ORDERS 709, 716-1 and 718-1 filed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15-ml-02668 PSG (JEMx) | Date | November 29, 2022 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

2. The parties are to provide the Court with a digital version of the privilege log so that the Court can enlarge the print as soon as possible (and already has done so).

3. The Motion is not ready for ruling. There has been no meet and confer on all but a few dozen of the over 1800 privilege log entry objections. The Court cannot make rulings on any objections until there has been a meet and confer regarding each entry challenged and until Plaintiffs (not the Court) provide an analysis of why each entry is insufficient and DirecTV has had an opportunity to respond. The Court ORDERED Plaintiffs to provide DirecTV with a list of 100 entries that Plaintiffs regard as the most important to their case as soon as possible, and to meet and confer with DirecTV on those entries immediately, continuously and intensely. If there is no resolution of an entry's objection, the parties shall file a Joint Status Report in which Plaintiffs present their analysis of why the entry is insufficient and DirecTV will provide its response. At the conclusion of the process, the Court and the parties will assess whether additional entries beyond the 100 addressed above should be permitted.

|  | : |  |
|---|---|---|
| Initials of Preparer | | slo |