Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **STIPULATION REGARDING MODIFICATIONS TO SCHEDULING ORDER**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Trial Date: 2/22/2024 |

| | |
|---|---|
| 1 | WHEREAS, on August 19, 2022, Plaintiffs filed a motion for certification of a Commercial Class and a Residential Class pursuant to Rule 23 of the Federal Rules of Civil Procedure (Dkt. 628), along with supporting expert declarations; |
| 2 | |
| 3 | |
| 4 | WHEREAS, all additional briefing on this motion and any motions to exclude potential experts is scheduled to be completed on December 30, 2022; |
| 5 | |
| 6 | WHEREAS, prior to November 15, 2022, the hearing on Plaintiffs' class certification motion and affiliated motions to exclude the parties' experts was scheduled for January 13, 2023 (Dkt. 652); |
| 7 | |
| 8 | |
| 9 | WHEREAS, the schedule for this case contemplated a period of two weeks after the class certification hearing prior to serving initial merits expert reports; |
| 10 | |
| 11 | WHEREAS, on November 15, 2022, the Court, on its own motion, continued the class certification and *Daubert* motion hearing by two weeks to January 27, 2023 (Dkt. No. 693); |
| 12 | |
| 13 | |
| 14 | WHEREAS, the parties agree that a modest extension of the merits expert discovery and summary judgment briefing deadlines is appropriate; |
| 15 | |
| 16 | WHEREAS, the parties' proposed changes to the schedule do not affect the timing for the summary judgment hearing or any subsequent deadlines already set by the Court; |
| 17 | |
| 18 | |
| 19 | WHEREAS, in light of the parties' agreement to modify the deadlines for merits expert discovery, the parties agree that Plaintiffs may supplement their opening merits experts reports if documents related to ECF 645 are produced after January 13, 2023, rather than December 30, 2022 as previously reflected in Dkt. No. 649; |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | NOW, therefore, the parties hereby stipulate, subject to the Court's approval, to the schedule set forth below: |
| 25 | |
| 26 | |

| Event | Current | Proposed |
|---|---|---|
| Plaintiffs' Reply Brief on Class Certification | 12/2/22 | No change |

| | | |
|---|---|---|
| Plaintiffs' Opposition to NFL *Daubert* Motions | 12/2/22 | No change |
| Plaintiffs' *Daubert* Motions | 12/2/22 | No change |
| NFL Reply Briefs on *Daubert* Motions | 12/16/22 | No change |
| NFL Opposition to Plaintiffs' *Daubert* Motions | 12/16/22 | No change |
| Plaintiffs' Reply Briefs on *Daubert* Motions | 12/30/22 | No change |
| Hearing on Class Certification and *Daubert* Motions | 1/27/23 | No change |
| Plaintiffs Serve Opening Merits Expert Reports | 1/27/23 | 2/10/23 |
| Deadline for NFL to Serve Responsive Merits Expert Reports | 4/7/23 | 4/21/23 |
| Plaintiffs to Serve Rebuttal Merits Expert Reports | 5/19/23 | 6/2/23 |
| Close of Expert Discovery | 6/9/23 | 6/23/23 |
| Summary Judgment Motions | 7/21/23 | 7/28/23 |
| Summary Judgment Oppositions | 8/21/23 | 8/28/23 |
| Summary Judgment Reply Briefs | 9/22/23 | 9/29/23 |
| Summary Judgment Hearing Date | 10/27/23 | No change |
| Final Pretrial Conference | 2/9/24 | No change |
| Trial | 2/22/24 | No change |

Dated: November 30, 2022

Respectfully submitted,

By: */s/ Ian M. Gore*
  Ian M. Gore

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC

1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*


By: */s/ Beth A. Wilkinson*
    Beth A. Wilkinson

Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*