# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER REGARDING MODIFICATIONS TO SCHEDULING ORDER** |

Having considered the parties' Stipulation Regarding Modifications to Scheduling Order and finding good cause therein, the Court ORDERS that the schedule be adjusted as set forth below:

| Event | Current | Proposed |
|---|---|---|
| Plaintiffs' Reply Brief on Class Certification | 12/2/22 | No change |
| Plaintiffs' Opposition to NFL *Daubert* Motions | 12/2/22 | No change |
| Plaintiffs' *Daubert* Motions | 12/2/22 | No change |
| NFL Reply Briefs on *Daubert* Motions | 12/16/22 | No change |
| NFL Opposition to Plaintiffs' *Daubert* Motions | 12/16/22 | No change |
| Plaintiffs' Reply Briefs on *Daubert* Motions | 12/30/22 | No change |
| Hearing on Class Certification and *Daubert* Motions | 1/27/23 | No change |
| Plaintiffs Serve Opening Merits Expert Reports | 1/27/23 | 2/10/23 |
| Deadline for NFL to Serve Responsive Merits Expert Reports | 4/7/23 | 4/21/23 |
| Plaintiffs to Serve Rebuttal Merits Expert Reports | 5/19/23 | 6/2/23 |

| | | |
|---|---|---|
| Close of Expert Discovery | 6/9/23 | 6/23/23 |
| Summary Judgment Motions | 7/21/23 | 7/28/23 |
| Summary Judgment Oppositions | 8/21/23 | 8/28/23 |
| Summary Judgment Reply Briefs | 9/22/23 | 9/29/23 |
| Summary Judgment Hearing Date | 10/27/23 | No change |
| Final Pretrial Conference | 2/9/24 | No change |
| Trial | 2/22/24 | No change |

No other changes to the Court's prior orders are contemplated as a result of the changes above.

IT IS SO ORDERED.

Dated: _____

_____
PHILIP S. GUTIERREZ
Chief United States District Judge