Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF SATHYA S. GOSSELIN IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE NFL DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF SARAH BUTLER**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: January 27, 2023<br>TIME: 1:30 p.m.<br>COURTROOM:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

I, Sathya Gosselin, declare under penalty of perjury that the following is true and correct:

1.      I am over the age of twenty-one (21) years and am a Partner at the law firm of Hausfeld LLP. I am counsel of record for Plaintiffs Ninth Inning, Inc., 1465 Third Avenue Restaurant Corp., Robert Gary Lippincott, Jr., and Jonathan Frantz and the proposed classes in the above-captioned litigation. I submit this declaration in support of Plaintiffs' Memorandum in Opposition to the NFL Defendants' Motion to Exclude the Opinions of Sarah Butler.

2.      Attached as Exhibit 1 is a true and correct copy of the Declaration of Sarah Butler, dated August 17, 2022.

3.      Attached as Exhibit 2 are true and correct excerpts from the transcript of the deposition of Sarah Butler, dated October 25, 2022.

4.      Attached as Exhibit 3 is a true and correct copy of the Expert Report of Nancy A. Mathiowetz, PH.D., dated November 4, 2022.

5.      Attached as Exhibit 4 is a true and correct copy of the Rebuttal Declaration of Sarah Butler, dated December 2, 2022.

6.      Attached as Exhibit 5 are true and correct excerpts from the transcript of the deposition of Nancy A. Mathiowetz, dated November 18, 2022.

7.      Attached as Exhibit 6 is a true and correct copy of Shari Seidman Diamond's *Reference Guide on Survey Research* found in the REFERENCE MANUAL ON SCIENTIFIC EVIDENCE 359 (Fed. Jud. Ctr. 3d ed. 2011).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 2nd day of December, 2022 in Washington, D.C.

*/s/ Sathya Gosselin*
Sathya Gosselin