1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

7   | IN RE: NATIONAL FOOTBALL | Case No. 2:15-ml-02668-PSG (JEMx)
8   | LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION |
9   | THIS DOCUMENT RELATES TO ALL ACTIONS |
10

IN RE: NATIONAL FOOTBALL
LEAGUE'S "SUNDAY TICKET"
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO
ALL ACTIONS

Case No. 2:15-ml-02668-PSG (JEMx)

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' APPLICATION
UNDER RULE 79-5 TO FILE
DOCUMENTS UNDER SEAL IN
SUPPORT OF APPLICATION TO
SEAL PORTIONS OF PLAINTIFFS'
OPPOSITION TO NFL
DEFENDANTS' MOTION TO
EXCLUDE THE OPINION OF
SARAH BUTLER**

JUDGE: Hon. Philip S. Gutierrez
DATE: January 27, 2023
TIME: 1:30 p.m.
COURTROOM: First Street Courthouse
    350 West 1st Street
    Courtroom 6A
    Los Angeles, CA 90012

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Sathya Gosselin in Support of Plaintiffs' Application to File Documents Under Seal;

2. The unredacted Memorandum in Opposition to the NFL Defendants' Motion to Exclude the Opinions of Sarah Butler;

3. Exhibits 1, 2, 3, 4, and 5 to the Declaration of Sathya Gosselin in Support of the Memorandum in Opposition to the NFL Defendants' Motion to Exclude the Opinions of Sarah Butler.

IT IS SO ORDERED.

Dated: _____          _____
                                        PHILIP S. GUTIERREZ
                                        United States District Judge

1