Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE OPINIONS OF MARK A. ISRAEL**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: January 27, 2023<br>TIME: 1:30 p.m.<br>COURTROOM:<br>　　First Street Courthouse<br>　　350 West 1st Street<br>　　Courtroom 6A<br>　　Los Angeles, CA 90012 |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that on January 27, 2023, at 1:30 p.m., or as soon

3 thereafter as counsel may be heard, in the courtroom of the Honorable Philip S.

4 Gutierrez, Chief United States District Judge, Courtroom 6A, United States

5 Courthouse, 350 West 1st Street, Los Angeles, CA 90012, Plaintiffs will, and

6 hereby do, move to exclude the opinions of NFL expert witness Mark A. Israel

7 pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow*

8 *Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

9        This motion is based upon this notice; the concurrently filed memorandum of

10 law; the exhibits and declarations submitted in connection therewith; the pleadings,

11 documents, and records on file in this action; any argument that may be presented

12 to the Court on this motion; and such other matters as the Court deems appropriate.

13        This motion is made following the conference of counsel pursuant to the

14 meet and confer requirements of Local Rule 7-3 that took place on November 28,

15 2022.[1]

16

17 Dated:  December 2, 2022       Respectfully submitted,

18 By:  /s/ Marc M. Seltzer

19           Marc M. Seltzer

20           Marc M. Seltzer (54534)
           mseltzer@susmangodfrey.com

21           SUSMAN GODFREY L.L.P.
           1900 Avenue of the Stars, Suite 1400

22           Los Angeles, CA 90067
           Tel: (310) 789-3100

23           Fax: (310) 789-3150

24           Arun Subramanian (*Pro Hac Vice*)
           asubramanian@susmangodfrey.com

25           William C. Carmody (*Pro Hac Vice*)
           bcarmody@susmangodfrey.com

26           Seth Ard (*Pro Hac Vice*)

27     

28

---

[1] Due to the Thanksgiving holiday and unavailability of counsel to hold the meet and confer on November 25, 2022, the parties agreed to conduct the meet and confer on November 28, 2022. Plaintiffs have been advised by the NFL Defendants that they agree that the parties have complied with Local Rule 7-3.

sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)
smaida@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

1             *Plaintiffs' Co-Lead Counsel*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28