# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS OF MARK A. ISRAEL** |

This matter is before the Court on Plaintiffs' Motion to Exclude the Opinions of the NFL Defendants' expert Mark A. Israel. The Court has considered the motion, all other papers filed relating to the motion, other documents and pleadings filed in this action, and the arguments of counsel.

IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion to Exclude the Opinions of Mark A. Israel is GRANTED.

2. The Expert Report of of Mark A. Israel, Ph.D. (Dkt. 705-2) is EXCLUDED from the Court's consideration of Plaintiffs' Motion for Class Certification (Dkt. 628).

IT IS SO ORDERED.

Dated: _____  _____
PHILIP S. GUTIERREZ
Chief United States District Judge