| | |
|---|---|
| Marc M. Seltzer (54534)<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150<br>mseltzer@susmangodfrey.com | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com<br>LANGER GROGAN & DIVER, P.C.<br>1717 Arch Street, Suite 4130<br>Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703 |

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

*Plaintiffs' Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of King, State of Washington. I am over the age of 18 and not a party to the within action; my business address is 401 Union Street, Suite 3000, Seattle, Washington 98101.

On December 2, 2022, I served the foregoing document(s), filed under seal, and described as follows:

1. Declaration of Scott Martin in Support of Plaintiffs' Application to File Documents Under Seal;
2. The unredacted Memorandum in Support of Plaintiffs' Motion to Exclude the Opinions of Mark A. Israel;
3. The unredacted versions of Exhibits 1, 2, 3, 4, and 5 to the Declaration of Scott Martin in Support of Plaintiffs' Memorandum in Support of Plaintiffs' Motion to Exclude the Opinions of Mark A. Israel.     .

_____BY MAIL:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____BY PERSONAL SERVICE:

I caused to be delivered such envelope by hand to the offices of the addressee.

_____BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____BY FAX

I served by facsimile as indicated on the attached service list.

_XX_BY ELECTRONIC MAIL

1

I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list. Executed on December 2, 2022, at Seattle, Washington.

_____(State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_XX_(Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Ian Gore | /s/ *Ian Gore* |
|---|---|
| (Type or Print Name) | (Signature) |

**SERVICE LIST**

Beth A. Wilkinson
bwilkinson@wilkinsonstekloff.com
Brian L. Stekloff
bstekloff@wilkinsonstekloff.com
Rakesh Kilaru
rkilaru@wilkinsonstekloff.com
Max Warren
mwarren@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005

Jeremy S. Barber
jbarber@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
130 West 42nd Street 24th Floor
New York, NY 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005

Gregg H. Levy
glevy@cov.com
Derek Ludwin
dludwin@cov.com
COVINGTON & BURLING LLP
850 Tenth Street NW One City Center
Washington, DC 20001-4956
Tel: (202) 662-6000
Fax: (202) 662-6804

Neema Trivedi Sahni
nsahni@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel: (424) 332-4800
Fax: (424) 332-4782

*Counsel for Defendants National Football League, Inc. and NFL Enterprises LLC and the Individual NFL Clubs*