| | |
|---|---|
| Marc M. Seltzer (54534)<br>mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150 | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com<br>LANGER GROGAN AND DIVER PC<br>1717 Arch Street, Suite 4020<br>Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703 |

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 2:15-ml-02668−PSG (JEMx)<br><br>**DECLARATION OF TYLER FINN IN SUPPORT OF PLAINTIFFS' CLASS CERTIFICATION REPLY BRIEF**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: January 27, 2023<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

I, Tyler Finn, hereby declare:

I am an associate in the law firm Susman Godfrey L.L.P. and am admitted *pro hac vice* to practice before the United States District Court for the Central District of California in this action. *See* Dkt. No. 358. I submit this declaration in support of Plaintiffs' Class Certification Reply Brief. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

1. Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from the deposition of CBS Sports witness Sean McManus, dated July 14, 2022.

2. Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the deposition of Fox Sports witness Larry Jones, dated July 8, 2022.

3. Attached hereto as Exhibit 3 is a true and correct copy of NFL_0418768, a September 2016 presentation of the NFL Media Committee.

4. Attached hereto as Exhibit 4 is a true and correct copy of transcript excerpts from the deposition of former DirecTV employee Dan York, dated October 6, 2022.

5. Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from the deposition of Plaintiffs' Expert Dr. Daniel Rascher, dated October 3, 2022.

6. Attached hereto as Exhibit 6 is a true and correct copy of transcript excerpts from the deposition of NFL witness Robert Kraft, dated June 23, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed December 2, 2022, in New York, New York

                                        */s/ Tyler Finn*
                                         Tyler Finn