Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **DECLARATION OF EDWARD DIVER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE NFL DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF J. DOUGLAS ZONA**<br><br>JUDGE: Hon. Philip S. Gutierrez<br><br>DATE: January 27, 2023<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

I, Edward Diver, hereby declare:

I am a partner in the law firm Langer Grogan & Diver P.C. and represent Plaintiffs in this litigation. I submit this declaration in support of Plaintiffs' Opposition to the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct. I am admitted *pro hac vice* to practice before the United States District Court for the Central District of California in this action.

1. Attached hereto as Exhibit 1 is a true and correct copy of the expert report of J. Douglas Zona, Ph.D., dated August 19, 2022.

2. Attached hereto as Exhibit 2 is a true and correct copy of the rebuttal expert report of J. Douglas Zona, Ph.D., dated December 2, 2022.

3. Attached hereto as Exhibit 3 is a true and correct copy of transcript excerpts from the deposition of the NFL Defendants' economics expert Ali Yurukoglu, Ph.D., taken November 18, 2022.

4. Attached hereto as Exhibit 4 is a true and correct copy of transcript excerpts from the deposition of the NFL Defendants' economics expert Mark A. Israel, Ph.D., taken November 23, 2022.

5. Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from the deposition of the Plaintiffs' survey expert Sarah Butler, taken October 25, 2022.

6. Attached hereto as Exhibit 6 is a true and correct copy of transcript excerpts from the deposition of Plaintiffs' economics expert J. Douglas Zona, taken on October 13, 2022.

7. Attached hereto as Exhibit 7 is a true and correct copy of transcript excerpts from the deposition of DirecTV witness James Dyckes, taken on June 30, 2022.

8. Attached hereto as Exhibit 8 is a true and correct copy of transcript excerpts from the deposition of NFL Defendants' witness Roger Goodell, taken on June 16, 2022.

9. Attached hereto as Exhibit 9 is a true and correct copy of transcript excerpts from the deposition of NFL Defendants' witness Robert Kraft, taken on June 23, 2022.

10. Attached hereto as Exhibit 10 is a true and correct copy of transcript excerpts from the deposition of NFL Defendants' witness Brent Lawton, taken on June 22, 2022.

11. Attached hereto as Exhibit 11 is a true and correct copy of transcript excerpts from the deposition of NFL Defendants' witness Brian Rolapp, taken on May 18, 2022.

12. Attached hereto as Exhibit 12 is a true and correct copy of excerpts of 2015–2023 agreement between the NFL and DirecTV for Sunday Ticket.

13. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of 2023–2032 agreement between the NFL and CBS for the broadcast of NFL football telecasts.

14. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of public written rebuttal testimony of Mark A. Israel, dated September 15, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed December 2, 2022, in Philadelphia, Pennsylvania.

                                                   */s/ Edward Diver*
                                                   Edward Diver