# EXHIBIT 11

To the Declaration of Edward Diver

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# In the Matter Of:

*NFL Sunday Ticket Antitrust Litigation*

## BRIAN ROLAPP

May 18, 2022



Page 1

```
 1           UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
 2
 3    Civil Action No. 2:15-ml-02668-PSG(JEMx)
 4
 5
 6  IN RE: NATIONAL FOOTBALL
    LEAGUE'S "SUNDAY TICKET"
 7  ANTITRUST LITIGATION
 8
    _____/
 9
10
11
12              DEPOSITION OF
                 BRIAN ROLAPP
13
14
15          Wednesday, May 18, 2022
            9:03 a.m. - 3:22 p.m.
16
17             Remote Location
            Via Zoom Videoconference
18            All Parties Remote
19
20
21
22
23
24      Stenographically Reported By:
                Erica Field, FPR
25
```

Page 2

```
 1  APPEARANCES:
 2
 3  On behalf of the Plaintiff:
      LANGER GROGAN & DIVER
 4    1717 Arch Street
      Suite 4130
 5    Philadelphia, Pennsylvania 19103
      (215) 320-5660
 6    BY: PETER LECKMAN, ESQUIRE
         KEVIN TRAINER, ESQUIRE
 7    pleckman@langergrogan.com
      ktrainer@langergrogan.com
 8
 9  On behalf of the Defendant:
      WILKINSON STEKLOFF
10    2001 M Street NW
      10th Floor
11    Washington, DC 20036
      (202) 847-4000
12    BY: RAKESH KILARU, ESQUIRE
      rkilaru@wilkinsonstekloff.com
13
14
15  ALSO PRESENT:
      Kim Ferrari, Paralegal, Langer Grogan
16    Derek Ludwin, Covington & Burling
      Delores DiBella, NFL
17
18  VIDEOGRAPHER:
      Bryan Beltran
19
20
21
22
23
24
25
```

Page 3

```
 1              INDEX OF PROCEEDINGS
 2   WITNESS                             PAGE
     BRIAN ROLAPP                           5
 3   DIRECT EXAMINATION BY MR. LECKMAN      5
     CROSS-EXAMINATION BY MR. KILARU      254
 4   REDIRECT EXAMINATION BY MR. LECKMAN  268
     CERTIFICATE OF REPORTER              276
 5
 6
 7
 8              EXHIBITS
     EXHIBIT      DESCRIPTION           PAGE
 9   Exhibit 1   LinkedIn Page            11
     Exhibit 2   NFL_1089663              23
10   Exhibit 3   The Jockey Club Article  43
     Exhibit 4   NFL_0511106              65
11   Exhibit 5   NFL_0244331              66
     Exhibit 6   NFL_0513393              76
12   Exhibit 7   NFL_0012383              78
     Exhibit 8   NFL'S Digital Chief: Football  85
13              is the Only Sure Bet
     Exhibit 9   NFL_0090791             131
14   Exhibit 10  NFL_1105761             137
     Exhibit 11  NFL_0055732             148
15   Exhibit 12  NFL_0609532             161
     Exhibit 13  NFL_00335468            190
16   Exhibit 14  NFL_1089631             217
     Exhibit 15  NFL_0864442             226
17   Exhibit 16  NFL_1221708             233
     Exhibit 17  NFL_1215804             238
18   Exhibit 18  NFL_1216326             241
     Exhibit 19  NFL_1199512             244
19   Exhibit 20  Cached Version of DAZN's Sale  252
                 of NFL Game Pass
20   Exhibit 21  NFL_1137717             256
21
22
23
24
25
```

Page 4

```
 1  Thereupon,
 2  the proceedings began at 9:03 a.m.:
 3        THE VIDEOGRAPHER:  We are on the
 4  record on May 18, 2022, at
 5  approximately 9:03 a.m. Eastern Time
 6  for the remote video deposition of
 7  Mr. Brian Rolapp in the matter of In
 8  Re:  National Football League Sunday
 9  Ticket Antitrust Litigation.
10        My name is Bryan Beltran, and I
11  am the videographer.
12        Will counsel please introduce
13  themselves for the record beginning
14  with the party noticing this
15  proceeding.
16        MR. LECKMAN:  Peter Leckman from
17  Langer Grogan & Diver.  With me also
18  is Kevin Trainer, another attorney
19  from our office, and Kim Ferrari, a
20  paralegal from the office.
21        MR. KILARU:  And this is Rakesh
22  Kilaru on behalf of defendants from
23  Wilkinson Stekloff.  With me in the
24  room is Max Warren also from Wilkinson
25  Stekloff, Derek Ludwin from Covington
```

Page 121

1  Redacted

11  Q.  Are you familiar with how other
12  professional leagues distribute their
13  out-of-market packages?
14  **A.  In broad terms, yes.**
15  Q.  Do you know if consumers can
16  subscribe to Major League Baseballs
17  out-of-market package through DirecTV?
18  **A.  Yes, they can.**
19  Q.  Comcast?
20  **A.  I believe so.**
21  Q.  Cox?
22  **A.  I believe so.  I'm not certain,**
23  **but I believe so.**
24  Q.  Dish?
25  **A.  I believe so.**

Page 122

1  Q.  Are you aware that consumers can
2  also buy it through Amazon Prime?
3  **A.  Yes.**
4  Q.  And YouTube TV?
5  **A.  Yes.**
6  Q.  And you can also buy Major League
7  Baseball's Internet package, MLB.TV, directly
8  from the league, right?
9  **A.  That's correct.**
10  Q.  And are you aware you can buy a
11  single team set of games through MLB.TV?
12  **A.  I was not aware of that, but that**
13  **doesn't surprise me.**
14  Q.  How about the NBA's out-of-market
15  package?  Do you have to be a DirecTV
16  subscriber to get the out-of-market package
17  -- or out-of-market games carried on the
18  NBA's package?
19  **A.  I think DirecTV is one of the**
20  **places you can get it.**
21  Q.  But you can also get it from the
22  other sources that we talked about for Major
23  League Baseball?
24  **A.  I believe that's the case.**
25  Q.  For the NHL, you can buy the

Page 123

1  out-of-market package, Center Ice, through
2  most television providers; is that right?
3  **A.  I would believe so, yes.**
4  Q.  I read somewhere you're a Caps
5  fan; is that right?
6  **A.  Yes, I am.  Yes.  I say that --**
7  **no, I say that with enthusiasm -- more**
8  **enthusiasm than I expressed.**
9  Q.  And you live in Connecticut?
10  **A.  I do.**
11  Q.  So you're a displaced Caps fan?
12  **A.  I am.**
13  Q.  Have you ever subscribed to the
14  NHL's out-of-market package?
15  **A.  I have not.**
16  Q.  Okay.  Nowadays do you know that
17  you can get all of the NHL's out-of-market
18  games by subscribing to ESPN Plus?
19  **A.  I did not know that.**
20  Q.  Do you subscribe to ESPN Plus?
21  **A.  I do not.**
22  Q.  Do you know how much it costs a
23  month?
24  **A.  Oh, geez, I think it's roughly --**
25  **I don't know offhand.  I think it's 10 to 12**

Page 124

1  bucks.  I could be wrong, but somewhere
2  around there.
3  Q.  Yeah.  I will represent to you
4  that, as far as I know, it's $6.99.
5  **A.  Okay.  Well, maybe they're**
6  **overcharging me.**
7  Q.  And for that $6.99 or 10 or $12,
8  an ESPN Plus subscriber gets not just all of
9  the NHL's out-of-market games, but also all
10  of the other programming carried on ESPN
11  Plus; is that right?
12  **A.  Yes, I believe that's right.**
13  Q.  And are you aware that ESPN Plus
14  includes live soccer, baseball, boxing, mixed
15  martial arts, golf, tennis, cricket, and
16  lacrosse?
17  **A.  That sounds right.  I haven't**
18  **watched the majority of the sports, but that**
19  **sounds right.**
Redacted



