Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **DECLARATION OF EDWARD DIVER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE NFL DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF DANIEL A. RASCHER**<br><br>JUDGE: Hon. Philip S. Gutierrez<br><br>DATE: January 27, 2023<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

I, Edward Diver, hereby declare:

I am a partner in the law firm Langer Grogan & Diver P.C. and represent Plaintiffs in this litigation. I submit this declaration in support of Plaintiffs' Opposition to the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct. I am admitted *pro hac vice* to practice before the United States District Court for the Central District of California in this action.

1. Attached hereto as Exhibit 1 is a true and correct copy of the expert report of Daniel A. Rascher, dated August 19, 2022.

2. Attached hereto as Exhibit 2 is a true and correct copy of the rebuttal expert report of Daniel A. Rascher, dated December 2, 2022.

3. Attached hereto as Exhibit 3 is a true and correct copy of an exhibit introduced at the deposition of the NFL Defendants' economics expert Mark A. Israel, Ph.D., taken November 23, 2022.

4. Attached hereto as Exhibit 4 is a true and correct copy of transcript excerpts from the deposition of NFL Defendants' witness Brian Rolapp, taken on May 18, 2022.

5. Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from the deposition of NFL Defendants' witness Roger Goodell, taken on June 16, 2022.

6. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the 2022–2032 NFL-ESPN Monday Night Football Agreement.

7. Attached hereto as Exhibit 7 is a true and correct copy of transcript excerpts from the deposition of Plaintiffs' economics expert Daniel A. Rascher, taken October 3, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1      Executed December 2, 2022, in Philadelphia, Pennsylvania.

2

3                                        */s/ Edward Diver*
                                            Edward Diver

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28