**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION UNDER RULE 79-5 TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF APPLICATION TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO NFL DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF DANIEL A. RASCHER**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: January 27, 2023<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>  350 West 1st Street<br>  Courtroom 6A<br>  Los Angeles, CA 90012 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Edward Diver in Support of Plaintiffs' Application to File Documents Under Seal.
2. The unredacted version of Plaintiffs' Memorandum in Opposition to the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.
3. The unredacted versions of Exhibits 1, 2, 3, 4, 5, 6, and 7 to the Declaration of Edward Diver in Support of the Memorandum in Opposition to the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher.

IT IS SO ORDERED.

Dated: _____          _____
                                      PHILIP S. GUTIERREZ
                                      United States District Judge