| | |
|---|---|
| 1   Marc M. Seltzer (54534)<br>mseltzer@susmangodfrey.com | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com |
| 2   SUSMAN GODFREY L.L.P. | LANGER GROGAN AND DIVER PC |

1. Marc M. Seltzer (54534)
   mseltzer@susmangodfrey.com
2. SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
3. Los Angeles, CA 90067-6029
   Phone: (310) 789-3100
4. Fax: (310) 789-3150

   Howard Langer (*Pro Hac Vice*)
   hlanger@langergrogan.com
   LANGER GROGAN AND DIVER PC
   1717 Arch Street, Suite 4020
   Philadelphia, PA 19103
   Tel: (215) 320-5660
   Fax: (215) 320-5703

5. Scott Martin (*Pro Hac Vice*)
   smartin@hausfeld.com
6. HAUSFELD LLP
   33 Whitehall Street, 14th Floor
7. New York, NY 10004
   Tel: (646) 357-1100
8. Fax: (2121) 202-4322

9. [Additional Counsel on Signature Page]

10. *Plaintiffs' Co-Lead Counsel*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISQUALIFY NFL EXPERT DR. ALI YURUKOGLU**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: January 27, 2023<br>TIME: 1:30 p.m.<br>COURTROOM:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

11125848v1/014918

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 27, 2023, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Philip S. Gutierrez, Chief United States District Judge, Courtroom 6A, United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012, Plaintiffs will and hereby do move for an order disqualifying NFL expert witness Dr. Ali Yurukoglu. In addition, Plaintiffs seek an order compelling the NFL to produce its communications with Dr. Yurukoglu and to permit a second deposition of Dr. Yurukoglu limited to the issues raised in this motion.

This motion is based upon this notice, the concurrently filed memorandum of points and authorities, the exhibits and declarations submitted in connection thereto, the pleadings, documents, and records on file in this action, any argument that may be presented to the Court on this motion, and such other matters as the Court deems appropriate.

This motion is made following the conference of counsel pursuant to the meet and confer requirements of Local Rule 7-3 that took place on November 28, 2022.[1]

Dated:  December 2, 2022                Respectfully submitted,

By: */s/ Edward Diver*
     Edward Diver

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100

---

[1] Due to the unavailability of counsel to hold the meet and confer on November 25, 2022 in light of the Thanksgiving holiday, the parties agreed to conduct the meet and confer on November 28, 2022. Plaintiffs have been advised by the NFL Defendants that they agree that the parties have complied with Local Rule 7-3.

2

Fax: (310) 789-3150

Arun Subramanian (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC

3

11125848v1/014918

1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

4

11125848v1/014918