# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISQUALIFY NFL EXPERT DR. ALI YURUKOGLU |

    This matter is before the Court on Plaintiffs' Motion to Disqualify NFL Expert Dr. Ali Yurukoglu. The Court has considered the motion, all other papers filed relating to the motion, other documents and pleadings filed in this action, and the arguments of counsel.

    IT IS HEREBY ORDERED that:

    1.    Plaintiffs' Motion to Disqualify NFL Expert Dr. Ali Yurukoglu is GRANTED.

    2.    Dr. Ali Yurukoglu is disqualified from proffering expert opinions in this litigation. The previously-filed expert report of Dr. Yurukoglu is therefore stricken. The NFL and its experts are barred from considering or relying on Dr. Yurukoglu, including his work on this case to date, for the remainder of this case.

    3.    Within 14 days of this order, the NFL shall produce to Plaintiffs all of its communications with Dr. Yurukoglu.

4. Within 21 days of the production of the NFL's communications with Dr. Yurukoglu, the NFL shall present Dr. Yurukoglu for a deposition. The scope of the deposition shall be limited to the extent that Dr. Yurukoglu disclosed information from his consulting role in *Laumann v. National Hockey League* to the NFL or its counsel in the present case.

IT IS SO ORDERED.

Dated: _____

PHILIP S. GUTIERREZ
Chief United States District Judge