# EXHIBIT 1
# to
# Declaration of
# Edward Diver

HOWARD LANGER
JOHN J. GROGAN*
EDWARD A. DIVER
IRV ACKELSBERG
PETER LECKMAN†
JUDAH LABOVITZ

HOWARD LANGER
DIRECT DIAL (215) 320-5661
hlanger@langergrogan.com

**LANGER & GROGAN, P.C.**
ATTORNEYS AT LAW
1717 ARCH STREET
SUITE 4130
PHILADELPHIA, PA 19103

215-320-5660
FAX: 215-320-5703

GEOFFREY C. HAZARD, JR.†
OF COUNSEL

2263 CALIFORNIA STREET
SAN FRANCISCO, CA 94115
415-292-6535
ghazard@langergrogan.com

† ALSO ADMITTED IN CALIFORNIA
* ALSO ADMITTED IN NEW JERSEY

May 2, 2012

Ali Yurukoglu
*Via email:*

Re:   Thomas Laumann, et al. v. National Hockey League, et al.
      USDC Southern District of New York
      No. 12-cv-1817

Dear Professor Yurukoglu:

I am writing to confirm your retention as a consultant to assist our firm in the above referenced case against National Hockey League, et al. Initially, we have retained you as a non-testimonial consultant to advise us and you have agreed to serve as a testimonial expert as well should we later determine that such testimony will be helpful to the Court.

We understand that your hourly fee is $600 per hour.

Please let me know, if this accurately reflects our agreement, and, if so, I would appreciate your signing on the acknowledgment line and returning a copy of the executed letter to me.

Sincerely,

Howard Langer

Accepted: _____        Dated: 5/3/2012
Ali Yurukoglu