# EXHIBIT 2
# to
# Declaration of
# Edward Diver

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOMAS LAUMANN, ROBERT SILVER, GARRETT TRAUB, and DAVID DILLON, representing themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL HOCKEY LEAGUE et al., <br><br> Defendants. | 12-cv-1817 (SAS) |

I have read and understand the foregoing Stipulated Protective Order entered in the above-captioned action. I hereby undertake and agree to abide by the terms of the Stipulated Protective Order. I understand that unauthorized disclosure of documents or information governed by the Stipulated Protective Order would constitute a violation of the Stipulated Protective Order and constitute contempt of court. Solely for purposes of enforcement of the Stipulated Protective Order as part of this action, I hereby consent to the exercise of personal jurisdiction over me by the United States District Court for the Southern District of New York.

Dated: June 19, 2013

Agreed and accepted:

By: _Ali Yurukoglu_ (signature)

Name (please print): ALI YURUKOGLU

Position/Title: _____

Case 2:15-ml-02668-PSG-SK   Document 765-5   Filed 12/06/22   Page 3 of 3   Page ID
 #:24433
Case 1:12-cv-03704-SAS   Document 130   Filed 01/28/13   Page 19 of 19

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC LERNER, DEREK RASMUSSEN, and GARRETT TRAUB, representing themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, et al.,<br><br>Defendants. | 12-cv-3704 (SAS) |

I have read and understand the foregoing Stipulated Protective Order entered in the above-captioned action. I hereby undertake and agree to abide by the terms of the Stipulated Protective Order. I understand that unauthorized disclosure of documents or information governed by the Stipulated Protective Order would constitute a violation of the Stipulated Protective Order and constitute contempt of court. Solely for purposes of enforcement of the Stipulated Protective Order as part of this action, I hereby consent to the exercise of personal jurisdiction over me by the United States District Court for the Southern District of New York.

Dated: June 18, 2013

Agreed and accepted:

By: _Ali Yurukoglu_

Name (please print): ALI YURUKOGLU

Position/Title: _____