# EXHIBIT 3
# to
# Declaration of
# Edward Diver

Bill to:  
Langer & Grogan  
1717 Arch St  
Suite 4130  
Philadelphia, PA 19103

Date: 1/26/2013

Invoice # ( 1 )

Re:   Invoice for services rendered (4/30/2012-1/21/2013)

## Time

| Date | Project | Description of Work | Total Hours |
|---|---|---|---|
| 4/30/2012 – 6/20/2012 | NHL | Outlining Empirical Strategy, Review Hal Singer RSN Paper | 5.75 |
| 1/12/2013-1/21/2013 | NHL | Reviewing order, Quantification of damages plan, Data request | 3 |
|  |  |  |  |
|  | | Total Hours: | 8.75 |
|  | | Hourly Rate: | 600 |
|  | | Sub Total: | 5250 |

## Expenses

| Expense Category | Description | Client / Time Category | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total Expenses: |  |
|  |  | Invoice Total | 5250 |

Original receipts will be mailed along with a copy of this invoice, if applicable.

Please remit payment to:

Ali Yurukoglu