# EXHIBIT 4
# to
# Declaration of
# Edward Diver

Bill to:  
Langer & Grogan  
1717 Arch St  
Suite 4130  
Philadelphia, PA 19103

Date: 8/5/2013

Invoice # ( 2 )

Re:   Invoice for services rendered (2/21/2013-8/4/2013)

## Time

| Date | Project | Description of Work | Total Hours |
|---|---|---|---|
| 2/21/2013-5/31/2013 | NHL-MLB | Phone Calls, Preliminary Coding | 3.00 |
| 6/1/2013-8/4/2013 | NHL-MLB | Coding of preference estimation and individual stream "but for" simulation | 14.25 |
| | | | |
| | | Total Hours: | 17.25 |
| | | Hourly Rate: | 600 |
| | | Sub Total: | 10,350.00 |

## Expenses

| Expense Category | Description | Client / Time Category | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Expenses: | 0 |
| | | Invoice Total | 10,350.00 |

Original receipts will be mailed along with a copy of this invoice, if applicable.

Please remit payment to:

Ali Yurukoglu

Phone:  
Email:  
SSN:

Bank Name:  
Routing Number:  
Account Number: