# EXHIBIT 5
# to
# Declaration of
# Edward Diver

Bill to:                                                                 Date: 9/3/2014
Langer & Grogan
1717 Arch St
Suite 4130
Philadelphia, PA 19103                                   Invoice # (   3   )

Re:    Invoice for services rendered (8/1/2014-8/31/2014)

**Time**

| Date | Description of Work | Total Hours |
|---|---|---|
| 8/12/2014 | Reading Bates White Memos (Model and Older Data) | 0.5 |
| 8/13/2014 | Phone call | 2.5 |
| 8/15/2014 | Draft response to email questions from Bates White | 0.5 |
| 8/16/2014 | Response email to Bates White | 0.5 |
| 8/19/2014 | Reading updated memos | 0.5 |
| 8/20/2014 | Phone call, Debugging model code | 3 |
| 8/21/2014 | Probing code after estimation finished | 0.5 |
| 8/22/2014 | Phone call with coding team | 0.5 |
| 8/23/2014 | Examining code | 1 |
| 8/25/2014 | Trying different functional forms | 2 |
| 8/26/2014 | Log normal plus exponential works, email to Roger | 2.5 |
| 8/27/2014 | Phone call | 2 |
| | Hours | 16 |
| | Hourly Rate | 600 |
| | Total | 9,600.00 |

**Expenses**

| Expense Category | Description | Client / Time Category | Amount |
|---|---|---|---|
| | | Total Expenses: | 0 |
| | | Invoice Total | 9,600.00 |

Original receipts will be mailed along with a copy of this invoice, if applicable.

**Please remit payment to:**

Ali Yurukoglu

Phone:
Email:
SSN:

Bank Name:
Routing Number:
Account Number: