# EXHIBIT 6
# to
# Declaration of
# Edward Diver

Bill to:  
Langer & Grogan  
1717 Arch St  
Suite 4130  
Philadelphia, PA 19103

Date: 10/6/2014

Invoice # (  4  )

Re: Invoice for services rendered (9/1/2014-9/30/2014)

**Time**

| Date | Description of Work | Total Hours |
|---|---|---|
| 9/2/2014 | Phone call | 1.5 |
| 9/5/2014 | Phone call | 0.5 |
| 9/11/2014 | Phone call | 2.25 |
| 9/12/2014 | Standard error methodology | 0.5 |
| 9/15/2014 | Phone call | 1.5 |
| 9/15/2014 | Coding alternative specifications | 2.5 |
| 9/16/2014 | Email to Roger and Phone Call | 1 |
| 9/18/2014 | Respond to Bates White email | 0.5 |
| | Hours | 10.25 |
| | Hourly Rate | 600 |
| | Total | 6,150.00 |

**Expenses**

| Expense Category | Description | Client / Time Category | Amount |
|---|---|---|---|
| | | Total Expenses: | 0 |
| | | Invoice Total | 6,150.00 |

Original receipts will be mailed along with a copy of this invoice, if applicable.

**Please remit payment to:**

Ali Yurukoglu

Phone:  
Email:  
SSN: