# EXHIBIT 7
# to
# Declaration of
# Edward Diver

Bill to:  
Langer & Grogan  
1717 Arch St  
Suite 4130  
Philadelphia, PA 19103

Date: 11/5/2014

Invoice # ( 5 )

Re:   Invoice for services rendered (10/1/2014-10/31/2014)

**Time**

| Date | Description of Work | Total Hours |
|---|---|---|
| 10/21/2014 | Read Noll Deposition | 1.5 |
| 10/22/2014 | Phone call | 1 |
| 10/31/2014 | Phone call | 1.5 |
| | | |
| | **Hours** | 4 |
| | **Hourly Rate** | 600 |
| | **Total** | 2,400.00 |

**Expenses**

| Expense Category | Description | Client / Time Category | Amount |
|---|---|---|---|
| | | Total Expenses: | 0 |
| | | Invoice Total | 2,400.00 |

Original receipts will be mailed along with a copy of this invoice, if applicable.

**Please remit payment to:**

Ali Yurukoglu

Phone:  
Email:  
SSN: