# EXHIBIT 8
# to
# Declaration of
# Edward Diver

Bill to:  
Langer & Grogan  
1717 Arch St  
Suite 4130  
Philadelphia, PA 19103

Date: 12/3/2014

Invoice # ( 6 )

Re: Invoice for services rendered (11/1/2014-11/30/2014)

## Time

| Date | Description of Work | Total Hours |
|---|---|---|
| 11/13/2014 | read Pakes, McFadden, Ordover, and Memo | 1 |
| 11/14/2014 | read Pakes, McFadden, Ordover, and Memo + Phone call | 2.5 |
| 11/17/2014 | Read Modelling Memo | 0.5 |
| 11/21/2014 | Phone call | 0.5 |
| 11/26/2014 | Phone call | 2.5 |
| | Hours | 7.0 |
| | Hourly Rate | 600 |
| | Total | 4,200.00 |

## Expenses

| Expense Category | Description | Client / Time Category | Amount |
|---|---|---|---|
| | | Total Expenses: | 0 |
| | | Invoice Total | 4,200.00 |

Original receipts will be mailed along with a copy of this invoice, if applicable.

**Please remit payment to:**

Ali Yurukoglu

Phone:  
Email:  
SSN: