# EXHIBIT 10
# to
# Declaration of
# Edward Diver

```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


    IN RE:  NATIONAL FOOTBALL      )
    LEAGUE'S "SUNDAY TICKET"       )
    ANTITRUST LITIGATION           )
                                   )
    _____)
                                   )
                                   ) NO. 2:15-ml-02668-PSG(JEMx)
                                   )
    THIS DOCUMENT RELATES TO:      )
    ALL ACTIONS                    )
                                   )
    _____)




              VIDEOTAPED IN-PERSON DEPOSITION OF
                         JASON BAKER
          THE MUCKY DUCK PURSUANT TO RULE 30(b)(6)
                    FRIDAY, JULY 15, 2022








    STENOGRAPHIC REPORTER:  CHRISTA YAN, CSR NO. 14316
```

Case 2:15-ml-02668-PSG-SK   Document 765-13   Filed 12/06/22   Page 3 of 11   Page ID
                                      #:24468
NFL Sunday Ticket Antitrust Litigation                                    Jason Baker
30(b)(6)                                                                July 15, 2022

2

```
 1   APPEARANCES IN-PERSON:

 2   FOR PLAINTIFFS:
         HAUSFELD LLP
 3       BY:  FARHAD MIRZADEH, ATTORNEY-AT-LAW
         1700 K. Street NW, Suite 650
 4       Washington, DC 20006
         (202) 540-7200
 5       fmirzadeh@hausfeld.com

 6       GLANCY PRONGAY & MURRAY
         BY:  LEE ALBERT, ATTORNEY-AT-LAW
 7       230 Park Avenue, Suite 358
         New York, New York 10169
 8       (212) 884-0988
         lalbert@glancylaw.com
 9

10   FOR DEFENDANTS NATIONAL FOOTBALL LEAGUE, NFL ENTERPRISES
     LLC, AND THE NFL MEMBER CLUBS:
11       WILKINSON STEKLOFF LLP
         BY:  JUSTIN MUNGAI, ATTORNEY-AT-LAW
12            BLAKE NEAL, ATTORNEY-AT-LAW
         2001 M Street NW, 10th Floor
13       Washington, DC 20036
         (202) 847-4000
14       sundayticket-paras@wilkinsonstekloff.com
         bwilkinson@wilkinsonstekloff.com
15       bstekloff@wilkinsonstekloff.com
         rkilaru@wilkinsonstekloff.com
16       jbarber@wilkinsonstekloff.com
         mwarren@wilkinsonstekloff.com
17

18
     ALSO PRESENT IN-PERSON:
19   ANTONIO WOODWARD, The Videographer

20

21
                         --oOo--
22

23

24

25
```

```
 1                    INDEX OF EXAMINATIONS
 2                                                      PAGE
 3    MR. MUNGAI                                         7
 4
 5
 6
 7
 8
 9                         --oOo--
10
11
12
13
14    Witness's Changes or Corrections                   130
15    Reporter's Certificate                             132
16
17
18
19
20                         --oOo--
21
22
23
24
25
```

Case 2:15-ml-02668-PSG-SK Document 765-13 Filed 12/06/22 Page 5 of 11 Page ID #:24470
NFL Sunday Ticket Antitrust Litigation 30(b)(6)
Jason Baker
July 15, 2022

4

```
 1                    E X H I B I T S

 2    EXHIBIT         FOR IDENTIFICATION                   PAGE

 3    Exhibit 1   -   Notice of Deposition                  11

 4    Exhibit 2   -   Mucky_Sundtic_0000001                 27

 5    Exhibit 3   -   Mucky_Sundtic_00000002                36

 6    Exhibit 4   -   Mucky_Sundtic_000000024               50

 7    Exhibit 5   -   Mucky_Sundtic_000000112               53

 8    Exhibit 6   -   Mucky_Sundtic_00000074                57

 9    Exhibit 7   -   Mucky_Sundtic_000000161               77

10    Exhibit 8   -   Mucky_Sundtic_00000024                81

11    Exhibit 9   -   Mucky Duck Website Screen Grabs       97

12    Exhibit 10  -   Mucky Duck Instagram Screen Grab     105

13    Exhibit 11  -   Mucky Duck Facebook Post             111

14

15                           --oOo--

16

17

18

19

20

21

22

23

24

25
```

1  BE IT REMEMBERED that on FRIDAY, the 15th day of JULY
2  2022, at the hour of 9:08 A.M., of said day, at
3  600 Montgomery Street, Suite 300, San Francisco,
4  California 94111, before me in-person, CHRISTA YAN, a
5  Certified Shorthand Reporter, State of California,
6  personally appeared JASON BAKER, who was examined as a
7  witness in said cause; that said transcript format was
8  prepared in accordance with California Code of Regulations
9  section 2473.
10  --oOo--

6

1       THE VIDEOGRAPHER:  Good morning, we are now on the
2    record.  My name is Antonio Woodward.  I'm the
3    videographer retained by Lexitas.  This is the video
4    deposition for the United States District Court, Central
5    District of California.  Today's date is seven -- excuse
6    me, July 15, 2022, and the time is 9:08 a.m., Pacific
7    Daylight time.
8            This deposition is being held at 600 Montgomery
9    Street, Suite 300, San Francisco, 94111.  In re:  National
10   Football League's Sunday Ticket Antitrust Litigation.  The
11   deponent is Jason Baker with The Mucky Duck Pub 30(b)(6).
12           Will counsel in the conference please identify
13   yourselves and state whom you represent, beginning with
14   the questioning attorney.
15      MR. MUNGAI:  Good morning.  My name is Justin Mungai.
16   I'm an attorney at Wilkinson Stekloff, and I represent the
17   NFL defendants.
18      MR. NEAL:  Hi, my name is Blake Neal.  I'm with
19   Wilkinson Stekloff, and I also represent the NFL
20   defendants.
21      MR. ALBERT:  Lee Albert from Glancy Prongay & Murray.
22   I represent the class plaintiffs and Mucky Duck.
23      MR. MIRZADEH:  Farhad Mirzadeh with the law firm
24   Hausfeld for the plaintiffs.
25      THE VIDEOGRAPHER:  The court reporter today is Christa

1  Yan representing Lexitas. And the court reporter will now
2  swear in the witness.
3                    JASON BAKER,
4  the Witness, called on behalf of the Defendants, being
5  duly sworn to state the truth, the whole truth, and
6  nothing but the truth, testified on oath as follows:
7                    EXAMINATION
8  BY MR. MUNGAI:
9      Q    All right. Good morning. I just introduced
10 myself on the record again. But just to go through it
11 again. My name is Justin Mungai and I'm an attorney for
12 the NFL defendants.
13          Can you please state your full name for the
14 record?
15     A    Jason Baker.
16     Q    And Mr. Baker, you understand that you are here
17 to testify on behalf of Mucky Duck as a corporate
18 deponent?
19     A    I do.
20     Q    Have you been deposed before; you, Jason Baker?
21     A    No.
22     Q    Has The Mucky Duck been a deponent?
23     A    No.
24     Q    Okay. And you understand that you're here for a
25 case that was brought by The Mucky Duck against the NFL

72

```
 1      A     I am not -- sorry, I am not.
 2      Q     Okay.  Let's talk a little bit about hockey.
 3            You displayed the NHL on your TVs, right?
 4      A     Not anymore.
 5      Q     Not anymore.
 6            When did you stop?
 7      A     Five years ago.
 8      Q     Why did you stop?
 9      A     Approximately.  Nobody watched.
10      Q     When you did show it, you had a subscription to
11   NHL Center Ice, right?
12      A     Yes.
13      Q     And that's the out-of-market package for NHL
14   hockey, right?
15      A     Yes.
16      Q     And as far as you know, hockey games were not
17   being carried on CBS, Fox, NBC, or ABC during the regular
18   season, right?
19        MR. ALBERT:  Objection; form.
20        THE WITNESS:  As far as I know.
21   BY MR. MUNGAI:
22      Q     All right.  Let's talk a little bit about
23   baseball.
24            You displayed the MLB on your televisions, right?
25      A     Yes.
```

73

1     Q     Still today?

2     A     Still today.

3     Q     Do you show the games of multiple teams in the MLB?

5     A     Yes.

6     Q     And in order to do that, you subscribe to Extra Innings, MLB Extra Innings?

8     A     Yes.

9     Q     And just for the record, MLB Extra Innings is the out-of-market sports package for baseball?

11     A     Yes.

12     Q     Have you been a subscriber for Extra Innings from 2011 to the present?

14     A     Yes.

15     Q     And as far as you know, baseball games -- MLB baseball games are not shown on CBS, NBC, Fox, during the regular season of baseball, right?

18     A     They are on Fox.

19     Q     How often are they shown on Fox?

20     A     Saturdays.

21     Q     Okay.  Are there MLB games -- actually, strike that.

23        In the class period between 2011 to present, Mucky Duck was also subscribed to something called ESPN Game Plan; is that right?

1                    REPORTER'S CERTIFICATE

2        I, Christa Yan, CSR No. 14316, do hereby declare:
         That, prior to being examined, the witness named in
3    the foregoing deposition was by me duly sworn remotely
     pursuant to Section 30(f)(1) of the Federal Rules of Civil
4    Procedure, and the deposition is a true record of the
     testimony given by the witness as accurately as possible.
5    That said deposition was taken down by me in shorthand at
     the time therein named and thereafter reduced to text
6    under my direction.
         ___ That said witness was requested to review the
7    transcript and make any changes to the transcript as a
     result of that review pursuant to Section 30(e) of the
8    Federal Rules of Civil Procedure.
         ___ No changes have been provided by the witness
9    during the period allowed.
         ___ The changes made by the witness are appended to
10   the transcript.
         ___ No request was made that the transcript be
11   reviewed pursuant to Section 30(e) of the Federal Rules of
     Civil Procedure.
12       I further declare that I have no interest in the
     event of the action.  I declare under penalty of perjury
13   under the laws of the United States of America that the
     foregoing is true and correct.
14       WITNESS my hand this 17th day of July 2022.

15   _____

16   Christa Yan, CSR NO. 14316

17

18

19

20

21

22

23

24

25