Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF JASON BAKER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Discovery Cutoff Date: 8/5/2022<br>Pretrial Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

**DECLARATION OF JASON BAKER**

I, Jason Baker, declare as follows:

1. I am the proprietor of Ninth Inning, Inc., dba The Mucky Duck ("Mucky Duck").

2. I am over the age of 18 and authorized to make this declaration on behalf of Mucky Duck. I have personal knowledge of the facts described in this declaration and if called upon to do so, I would testify to the matters stated in this declaration.

3. On behalf of Mucky Duck, I have produced documents in this litigation with the assistance of counsel and have otherwise assisted counsel prosecute this litigation on behalf of the Commercial Class.

4. Attached as Exhibit 1 are true and correct copies of statements sent to me by DIRECTV dated June 7, 2012 and November 7, 2014. I understand that these invoices have been produced in this litigation with the Bates numbers MUCKY_SUNDTIC_00000026 and MUCKY_SUNDTIC_00000084.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 29th day of November 2022 in San Francisco, California.

*(signature)*

Jason Baker