# EXHIBIT 1
# to
# Declaration of
# Jason Baker

# INVOICE

**DIRECTV**

| ACCOUNT NUMBER | DATE DUE | AMOUNT DUE | INVOICE NUMBER |
|---|---|---|---|
| ▓▓▓▓ | 06/26/12 | $803.95 | ▓▓▓▓ |

To contact us call 1-888-388-4249

**DIRECTV Open For Business 24/7/365**

## Summary

Statement Date: 06/07/12
Page 1 of 1 for:
THE MUCKY DUCK
For Service at:

| | |
|---|---|
| Previous Balance | 1,068.61 |
| Payments | 0.00 |
| Current Charges & Fees | 803.95 |
| Adjustments & Credits | -1,068.61 |
| Taxes | 0.00 |
| **Amount Due** | **$803.95** |

## Activity

| Start | End | Description | Amount |
|---|---|---|---|
| | | Previous Balance | 1,068.61 |
| | | Payment | 0.00 |
| | | **Current Charges for Service Period 06/06/12 - 07/05/12** | |
| 06/06 | 07/05 | Xtra Pack 3of3 Monthly | 39.01 |
| 06/06 | 07/05 | Xtra Pack 2of3 Monthly | 12.99 |
| 06/06 | 07/05 | HD Access Monthly | 49.99 |
| 06/06 | 07/05 | Xtra Pack 1of3 Monthly | 68.99 |
| 06/06 | 07/05 | Xtra Pack Additional Outlet 9 | 135.00 |
| 06/06 | 07/05 | HD Business Pkge Monthly | 9.99 |
| 12/07 | 01/06 | NHL CENTER ICE 2011-12 3-Pay Promo | 0.00 |
| 04/02 | 05/01 | NBA LEAGUE PASS 2011-12 3-Pay | 0.00 |
| 05/18 | 06/17 | MLB EXTRA INNINGS 2012 3-Pay | 0.00 |
| 06/03 | 07/02 | NFL SUNDAY TICKET 2012 3-Pay | 347.99 |
| 06/06 | 07/05 | Big Ten Monthly | 39.99 |
| 06/06 | 07/05 | Fox Soccer Plus Monthly | 100.00 |
| | | **Adjustments & Credits** | |
| 05/18 | | Payment Adjustment | -1,068.61 Credit |
| | | **AMOUNT DUE** | **$803.95** |

26



PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

**DIRECTV**

| INVOICE NUMBER | DATE DUE | ACCOUNT NUMBER | AMOUNT DUE | PAYMENT ENCLOSED |
|---|---|---|---|---|
| ▓▓▓▓ | 06/26/12 | ▓▓▓▓ | $803.95 | |

☐ Note my change of address on reverse side.
DO NOT WRITE OTHER COMMENTS ON THIS FORM

(415) 661-4340

To sign up for Auto Bill Pay, See Reverse.

Please do not send cash. Make check or money order payable to:

#BWNHPWR
#PPACAGPPI7#
MB 01 009841 86970 B 29 A
THE MUCKY DUCK

DIRECTV
PO BOX 60036
LOS ANGELES CA 90060-0036

0000000000000000001317009 7 0028 00080395 00080395 8



# INVOICE

| ACCOUNT NUMBER | DATE DUE | AMOUNT DUE | INVOICE NUMBER |
|---|---|---|---|
| ███ | 11/26/14 | $843.97 | ███ |

To contact us call 1-888-388-4249

**DIRECTV — Open For Business 24/7/365**

## Summary

Statement Date: 11/07/14
Page 1 of 1 for:
THE MUCKY DUCK
For Service at: ███

| | |
|---|---:|
| Previous Balance | 1,054.30 |
| Payments | 0.00 |
| Current Charges & Fees | 843.97 |
| Adjustments & Credits | -1,054.30 |
| Taxes | 0.00 |
| **Amount Due** | **$843.97** |

## Activity

| Start | End | Description | Amount |
|---|---|---|---:|
| | | Previous Balance | 1,054.30 |
| | | Payment | 0.00 |
| | | *Current Charges for Service Period 11/06/14 - 12/05/14* | |
| 11/06 | 12/05 | Xtra Pack 3of3 Monthly | 46.51 |
| 11/06 | 12/05 | Xtra Pack 2of3 Monthly | 12.99 |
| 11/06 | 12/05 | HD Access Monthly | 49.99 |
| 11/06 | 12/05 | Xtra Pack 1of3 Monthly | 74.49 |
| 11/06 | 12/05 | Xtra Pack Additional Outlet 9 | 135.00 |
| 11/06 | 12/05 | HD Business Pkge Monthly | 9.99 |
| 08/12 | 09/11 | MLB EXTRA INNINGS 2014 5-Pay Renewal | 0.00 |
| 08/30 | 09/29 | NFL SUNDAY TICKET 2014 5-Pay Renewal | 0.00 |
| 10/17 | 11/16 | ESPN GamePlan 2014 3-Pay Renewal | 0.00 |
| 11/06 | 12/05 | Big Ten Monthly | 39.99 |
| 11/06 | 12/05 | Fox Soccer Plus Monthly | 100.00 |
| 11/06 | 12/05 | NHL CENTER ICE 2014-15 5-Pay Renewal | 149.80 |
| 11/06 | 12/05 | SEC Network Monthly | 39.99 |
| 11/12 | 12/11 | NBA LEAGUE PASS 2014-15 5-Pay Renewal | 177.23 |
| 04/30 | 05/29 | NFL SUNDAY TICKET HD 2014 | 0.00 |

**Fees**

| | | | |
|---|---|---|---:|
| 11/07 | | RSN Fee | 7.99 |

**Adjustments & Credits**

| | | | |
|---|---|---|---:|
| 10/16 | | Payment Adjustment | -1,054.30 Credit |

| **AMOUNT DUE** | **$843.97** |
|---|---:|

---



PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

| INVOICE NUMBER | DATE DUE | ACCOUNT NUMBER | AMOUNT DUE | PAYMENT ENCLOSED |
|---|---|---|---|---|
| ███ | 11/26/14 | ███ | $843.97 | |

☐ Note my change of address on reverse side.
DO NOT WRITE OTHER COMMENTS ON THIS FORM

(415) 661-4340

To sign up for Auto Bill Pay, See Reverse.

Please do not send cash. Make check or money order payable to:

#BWNHPWR
#PPACAGPPI7#
AB 01 007176 06580 E 26 A
THE MUCKY DUCK
███

DIRECTV
PO BOX 60036
LOS ANGELES CA 90060-0036

0000000000000000001317009 7 0028 00084397 00084397 2