| | | |
|---|---|---|
| 1 | Marc M. Seltzer (54534)<br>mseltzer@susmangodfrey.com | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com |
| 2 | SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400 | LANGER GROGAN AND DIVER PC<br>1717 Arch Street, Suite 4020 |
| 3 | Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100 | Philadelphia, PA 19103<br>Tel: (215) 320-5660 |
| 4 | Fax: (310) 789-3150 | Fax: (215) 320-5703 |
| 5 | Scott Martin (*Pro Hac Vice*)<br>smartin@hausfeld.com | |
| 6 | HAUSFELD LLP<br>33 Whitehall Street, 14th Floor | **FILED**<br>CLERK, U.S. DISTRICT COURT |
| 7 | New York, NY 10004<br>Tel: (646) 357-1100 | 12/06/22 |
| 8 | Fax: (2121) 202-4322 | CENTRAL DISTRICT OF CALIFORNIA<br>BY: WH  DEPUTY |
| | | LINK 766 |
| 9 | [Additional Counsel on Signature Page] | |
| 10 | *Plaintiffs' Co-Lead Counsel* | **NOTE CHANGES MADE BY THE COURT** |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **NOTICE OF WITHDRAWAL AND RE-FILING OF DOCUMENTS;**<br>ORDER<br>JUDGE: Hon. Philip S. Gutierrez |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby withdraw the following docket entry and intend to re-file it. Defendants notified Plaintiffs of material that was inadvertently left unredacted. Plaintiffs request the Court to disregard the following docket entry and place it under seal. Plaintiffs will re-file these documents (including all attachments) promptly.

- Dkt. No. 738 – Notice of Motion and Motion to Exclude Disqualify NFL Expert Dr. Ali Yurukoglu.

Dated: December 6, 2022          Respectfully submitted,

By: /s/ Ian M. Gore
    Ian M. Gore

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Armstead Lewis (*Pro Hac Vice*)
alewis@susmangodfrey.com

IT IS SO ORDERED.

DATED: 12/06/22

_____
U.S. DISTRICT JUDGE

SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*