| | | |
|---|---|---|
| 1 | Marc M. Seltzer (54534)<br>mseltzer@susmangodfrey.com | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com |
| 2 | SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400 | LANGER GROGAN AND DIVER PC<br>1717 Arch Street, Suite 4020 |
| 3 | Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100 | Philadelphia, PA 19103<br>Tel: (215) 320-5660 |
| 4 | Fax: (310) 789-3150 | Fax: (215) 320-5703 |
| 5 | Scott Martin (*Pro Hac Vice*)<br>smartin@hausfeld.com | |
| 6 | HAUSFELD LLP<br>33 Whitehall Street, 14th Floor | FILED<br>CLERK, U.S. DISTRICT COURT |
| 7 | New York, NY 10004<br>Tel: (646) 357-1100 | 12/06/22 |
| 8 | Fax: (2121) 202-4322 | CENTRAL DISTRICT OF CALIFORNIA<br>BY: WH DEPUTY |
| 9 | | LINK 763 |
| 10 | [Additional Counsel on Signature Page]<br>*Plaintiffs' Co-Lead Counsel* | **NOTE CHANGES MADE BY THE COURT** |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **NOTICE OF WITHDRAWAL AND RE-FILING OF DOCUMENTS** ; ORDER<br>JUDGE: Hon. Philip S. Gutierrez |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby withdraw the following docket entries and intend to re-file them. Defendants requested that additional matter be redacted from the public versions of the memoranda associated with these docket entries. Plaintiffs request the Court to disregard the following docket entries and place them under seal. Plaintiffs will re-file these documents (including all attachments) promptly.

- Dkt. No. 747 – Memorandum in Opposition to Notice of Motion and Motion to Exclude the Opinions of J. Douglas Zona;
- Dkt. No. 748 – Application to File Documents Under Seal (associated with the Memorandum in Opposition to Notice of Motion and Motion to Exclude the Opinions of J. Douglas Zona);
- Dkt. No. 755 – Opposition to Notice of Motion and Motion to Exclude the Opinions of Daniel A. Rascher; and
- Dkt. No. 756 – Application to File Documents Under Seal (associated with the Opposition to Notice of Motion and Motion to Exclude the Opinions of Daniel A. Rascher).

Dated: December 5, 2022

Respectfully submitted,

By: */s/ Ian M. Gore*
Ian M. Gore

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com

> **IT IS SO ORDERED.**
> DATED: 12/06/22
> _____
> *[signature]*
> _____
> **U.S. DISTRICT JUDGE**

Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Armstead Lewis (*Pro Hac Vice*)
alewis@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfled.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)

3

ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*