FILED
CLERK ... CT COURT
DEC - 6 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

lnk #752

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[~~PROPOSED~~] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: January 27, 2023<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Ian M. Gore in Support of Plaintiffs' Application to File Documents Under Seal.
2. The unredacted version of the Reply Brief in Support of Plaintiffs' Motion for Class Certification.
3. The Rebuttal Declaration of Sarah Butler.
4. The Rebuttal Declaration of Doug Zona.
5. The Rebuttal Declaration of Daniel Rascher.
6. Exhibit 1 to the Declaration of Tyler Finn in Support of Plaintiffs' Class Certification Reply Brief.
7. Exhibit 2 to the Declaration of Tyler Finn in Support of Plaintiffs' Class Certification Reply Brief.
8. Exhibit 3 to the Declaration of Tyler Finn in Support of Plaintiffs' Class Certification Reply Brief.
9. Exhibit 4 to the Declaration of Tyler Finn in Support of Plaintiffs' Class Certification Reply Brief.
10. Exhibit 5 to the Declaration of Tyler Finn in Support of Plaintiffs' Class Certification Reply Brief.
11. Exhibit 6 to the Declaration of Tyler Finn in Support of Plaintiffs' Class Certification Reply Brief.

IT IS SO ORDERED.

Dated: 12/6/22

PHILIP S. GUTIERREZ
United States District Judge