FILED
CLERK, U.S. DISTRICT COURT
DEC - 6 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

link #744

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' APPLICATION UNDER RULE 79-5 TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF APPLICATION TO SEAL PORTIONS OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS OF MARK A. ISRAEL<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: January 27, 2023<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Scott Martin in Support of Plaintiffs' Application to File Documents Under Seal;

2. The unredacted Memorandum in Support of Plaintiffs' Motion to Exclude the Opinions of Mark A. Israel;

3. The unredacted versions of Exhibits 1, 2, 3, 4, and 5 to the Declaration of Scott Martin in Support of the Memorandum in Support of Plaintiffs' Motion to Exclude the Opinions of Mark A. Israel.

IT IS SO ORDERED.

Dated: 12/6/22

PHILIP S. GUTIERREZ
United States District Judge