

FILED
CLERK, U.S. DISTRICT COURT

12/12/22

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ slo ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

—R–T–S—   908025120–1N

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

12/06/22

Case: 2:15ml2668  Doc: 734

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802