Neema T. Sahni
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
nsahni@cov.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: National Football League's "Sunday Ticket" Antitrust Litigation<br><br>**Plaintiff(s)**<br>v.<br>Click here to enter Defendant(s).<br>**Defendant(s).** | CASE NUMBER<br>2:15-ML-02668-PSG (JEMx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Playforth, John S.      of   Covington & Burling LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   One CityCenter
(202) 662-6000    (202) 662-6000    850 10th Street NW
*Telephone Number*    *Fax Number*    Washington, DC  20001
jplayforth@cov.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

National Football League; NFL Enterprises LLC; and the individual NFL clubs.

*Name(s) of Party(ies) Represent*    ☐Plaintiff(s) ☒ Defendant(s) ☐Other: _____

**and designating as Local Counsel**

Sahni, Neema T.      of   Covington & Burling LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   1999 Avenue of the Stars
274240    (424) 332-4800    424 332-4749   Los Angeles, CA  90067
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
nsahni@cov.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐GRANTED
☐DENIED:    ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge