

```
-R-T-S-  908022220-1N      12/03/22

         RETURN TO SENDER
         UNABLE TO FORWARD
         UNABLE TO FORWARD
         RETURN TO SENDER
```



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

**FILED**
CLERK, U.S. DISTRICT COURT
12/13/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ___slo___ DEPUTY

NEOPOST 11/23/2022
US POSTAGE $001.44⁰
ZIP 90012
041M11461109



RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 13 2022
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Case: 2:15ml2668  Doc: 713

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802