

```
Case: 2:15ml2668  Doc: 722
```

```
Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802
```