
# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER REGARDING THE NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Hon. Philip Gutierrez<br><br>Date: January 27, 2023<br>Time: 1:30 p.m.<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

Pending before the Court is the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Derek Ludwin in Support of the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.
2. The unredacted version of the NFL Defendants' Memorandum in Opposition to Plaintiffs' Motion to Exclude the Opinions of Mark A. Israel.
3. The sealed Exhibit 1 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Memorandum in Opposition to Plaintiffs' Motion to Exclude the Opinions of Mark A. Israel.
4. The sealed Exhibit 2 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Memorandum in Opposition to Plaintiffs' Motion to Exclude the Opinions of Mark A. Israel.

IT IS SO ORDERED.

Dated: _____          _____

PHILIP S. GUTIERREZ
United Sates District Judge