Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (*pro hac vice* pending)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx) <br><br> **DECLARATION OF RAKESH KILARU IN SUPPORT OF THE REPLY MEMORANDUM IN SUPPORT OF NFL DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF SARAH BUTLER** <br><br> Judge: Hon. Philip S. Gutierrez <br> Date: January 27, 2023 <br> Time: 1:30 p.m. <br> Courtroom: First Street Courthouse <br>            350 West 1st Street <br>            Courtroom 6A <br>            Los Angeles, CA 90012 |

I, Rakesh Kilaru, declare as follows:

I am a partner at the law firm of Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation. I submit this declaration in support of the Reply Memorandum in Support of the NFL Defendants' Motion to Exclude the Opinions of Sarah Butler. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted *pro hac vice* to practice before the United States Central District of California in this litigation.

1. Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from the deposition of Plaintiffs' survey expert Sarah Butler, taken on October 25, 2022.
2. Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the deposition of Defendants' survey expert Dr. Nancy Mathiowetz, taken on November 18, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 16th day of December 2022 in Washington, D.C.

Dated: December 16, 2022

Respectfully submitted,

*/s/ Rakesh N. Kilaru*
Rakesh N. Kilaru (admitted *pro hac vice*)

---

Case No. 2:15-ml-02668-PSG (JEMx)   Declaration of Rakesh Kilaru in Support of the Reply Memorandum in Support of NFL Defendants' Motion to Exclude the Opinions of Sarah Butler

1