**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER REGARDING THE NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Hon. Philip Gutierrez<br><br>Date: January 27, 2023<br>Time: 1:30 p.m.<br>Courtroom:<br>　First Street Courthouse<br>　350 West 1st Street<br>　Courtroom 6A<br>　Los Angeles, CA 90012 |

Pending before the Court is the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Derek Ludwin in Support of the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.
2. The unredacted version of the NFL Defendants' Memorandum in Opposition to Plaintiffs' Motion to Disqualify NFL Expert Dr. Ali Yurukoglu.
3. The sealed Exhibit 1 to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Memorandum in Opposition to Plaintiffs' Motion to Disqualify NFL Expert Dr. Ali Yurukoglu.

IT IS SO ORDERED.

Dated: _____         _____
PHILIP S. GUTIERREZ
United Sates District Judge