Case: 2:15ml2668  Doc: 713



FILED
CLERK, U.S. DISTRICT COURT

12/15/22

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ slo _____ DEPUTY

Roger A Sachar                                        Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

NIXIE     061   SE 1      02/11/22

RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299     *0060N345193-00242

US POSTAGE $001.44