**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

**FILED**
CLERK, U.S. DISTRICT COURT

**12/20/22**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___slo___ DEPUTY

NIXIE    061    5E 1    02 12/13/22
RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299   0060N347153-02174

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 20 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

Case: 2:15ml2668  Doc: 734

Roger A Sachar                                      Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036