Neema T. Sahni
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
nsahni@cov.com

**FILED**
CLERK, U.S. DISTRICT COURT
12/19/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: hc DEPUTY

Link 784

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: National Football League's "Sunday Ticket" Antitrust Litigation | CASE NUMBER<br>2:15-ML-02668-PSG (JEMx) |
| Plaintiff(s)<br>v.<br>Click here to enter Defendant(s).<br>Defendant(s) | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [784]** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Playforth, John S.     of     Covington & Burling LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     One CityCenter
(202) 662-6000     (202) 662-6000     850 10th Street NW
*Telephone Number*     *Fax Number*     Washington, DC 20001
jplayforth@cov.com
*E-Mail Address*     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

National Football League; NFL Enterprises LLC; and the individual NFL clubs.

*Name(s) of Party(ies) Represent*     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Sahni, Neema T.     of     Covington & Burling LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     1999 Avenue of the Stars
274240     (424) 332-4800     424 332-4749     Los Angeles, CA 90067
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
nsahni@cov.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

*/s/ Philip S. Gutierrez*
Philip S. Gutierrez, U.S. District Judge

Dated: December 19, 2022