Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of Philadelphia, State of Pennsylvania. I am over the age of 18 and not a party to the within action; my business address is 1717 Arch Street, Suite 4020, Philadelphia, Pennsylvania 19103.

On December 21, 2022, I served the document(s) described as follows:

1. The sealed Declaration of Kevin Trainer in Support of Plaintiffs' Application to File Documents Under Seal.

2. The unredacted version of the Errata to the Expert Reply Report of J. Douglas Zona.

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

_____ BY MAIL:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ BY PERSONAL SERVICE:

I caused to be delivered such envelope by hand to the offices of the addressee.

_____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____ BY FAX

I served by facsimile as indicated on the attached service list.

 XX  BY ELECTRONIC MAIL

I caused said documents to be prepared in portable document format (PDF) for emailing and served by electronic mail as indicated on the attached service list.

Executed on December 21, 2022, at Philadelphia, Pennsylvania.

_____(State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

 XX  (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Kevin Trainer                                                    */s/ Kevin Trainer*

(Type of Print Name)                                      (Signature)

1

<b><u>SERVICE LIST</u></b>

2

Gregg H. Levy
glevy@cov.com

3

Derek Ludwin
dludwin@cov.com

4

COVINGTON & BURLING LLP
850 Tenth Street NW One City Center

5

Washington, DC 20001-4956
Tel: (202) 662-6000

6

Fax: (202) 662-6804

7

Neema Trivedi Sahni
nsahni@cov.com

8

COVINGTON & BURLING LLP
1999 Avenue of the Stars

9

Los Angeles, CA 90067
Tel: (424) 332-4800

10

Fax: (424) 332-4782

11

Beth A. Wilkinson
bwilkinson@wilkinsonstekloff.com

12

Brian L. Stekloff
bstekloff@wilkinsonstekloff.com

13

Rakesh Kilaru
rkilaru@wilkinsonstekloff.com

14

Max Warren
mwarren@wilkinsonstekloff.com

15

WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor

16

Washington, DC 20036
Tel: (202) 847-4000

17

Fax: (202) 847-4005

18

Jeremy S. Barber
jbarber@wilkinsonstekloff.com

19

WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor

20

New York, NY 10036
Tel: (212) 294-8910

21

Fax: (202) 847-4005

22

23

*Counsel for Defendants National Football League, Inc., NFL Enterprises LLC, and the Individual NFL Clubs*

24

25

26

27

28