FILED
CLERK, U.S. DISTRICT COURT
12/20/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: hc DEPUTY

Link 804

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**ORDER REGARDING THE NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL [804]**<br><br>Judge: Hon. Philip Gutierrez<br>Date: January 27, 2023<br>Time: 1:30 p.m.<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

Pending before the Court is the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Max Warren in Support of the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.
2. The unredacted version of the Reply Memorandum in Support of the NFL Defendants' Memorandum in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.
3. The sealed Exhibit 1 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.
4. The sealed Exhibit 2 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.
5. The sealed Exhibit 3 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.
6. The sealed Exhibit 4 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona.

IT IS SO ORDERED.

Dated: 12/20/2022

PHILIP S. GUTIERREZ
United States District Judge