FILED
CLERK, U.S. DISTRICT COURT

12/20/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ hc _____ DEPUTY

Link 800

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (JEMx) |
| _____ | **ORDER REGARDING THE NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge: Hon. Philip Gutierrez<br>Date: January 27, 2023<br>Time: 1:30 p.m.<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

Pending before the Court is the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Max Warren in Support of the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.

2. The unredacted version of the Reply Memorandum in Support of the NFL Defendants' Motion to Exclude the Opinions of Sarah Butler.

3. Exhibit 1 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion to Exclude the Opinions of Sarah Butler.

4. Exhibit 2 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion to Exclude the Opinions of Sarah Butler.

IT IS SO ORDERED.

Dated: 12/20/2022

PHILIP S. GUTIERREZ
United Sates District Judge

1