**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

FILED
CLERK, U.S. DISTRICT COURT
DEC 22 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNDELEVIRABLE MAIL

NEOPOST
12/07/2022
US POSTAGE $001.68⁰

NIXIE 910 5E 1 7212/10/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 90012355299 2347N34224-02114



RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 13 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

PSG

Case: 2:15ml02668  Doc: 693

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

Case: 2:15ml2668  Doc: 769

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

Case: 2:15ml2668  Doc: 771

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802