Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (*pro hac vice* pending)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**NFL DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SANCTIONS**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: January 27, 2023<br>Time: 1:30 p.m.<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 27, 2023, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Philip S. Gutierrez, Chief United States District Judge, Courtroom 6A, United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012, Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs (collectively the "NFL Defendants") will, and hereby do, move pursuant to Rule 16(f)(1)(C) of the Federal Rules of Civil Procedure, for sanctions against Plaintiffs. In addition, the NFL Defendants seek an award of expenses for the costs the NFL Defendants incurred due to Plaintiffs' violation of the Stipulated Expert Protocol and the Federal Rules of Civil Procedure.

This motion to exclude is based upon this notice, the concurrently filed memorandum of points and authorities, the exhibits and declarations submitted in connection thereto, the pleadings, documents, and records on file in this action, any argument that may be presented to the Court on this motion, and such other matters as the Court deems appropriate.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 16, 2022.

Dated: December 27, 2022

Respectfully submitted,

/s/ *Rakesh N. Kilaru*
Rakesh N. Kilaru (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com

| | |
|---|---|
| 1 | jbarber@wilkinsonstekloff.com |
| 2 | |
| 3 | Neema T. Sahni (Bar No. 274240)<br>**COVINGTON & BURLING LLP**<br>1999 Avenue of the Stars |
| 4 | Los Angeles, CA 90067-6045<br>Telephone: (424) 332-4800 |
| 5 | Facsimile: (424) 332-4749<br>nsahni@cov.com |
| 6 | |
| 7 | Gregg H. Levy (admitted *pro hac vice*)<br>Derek Ludwin (admitted *pro hac vice*) |
| 8 | John S. Playforth (*pro hac vice* pending)<br>**COVINGTON & BURLING LLP** |
| 9 | One CityCenter<br>850 Tenth Street NW |
| 10 | Washington, DC 20001 |
| 11 | Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291 |
| 12 | glevy@cov.com<br>dludwin@cov.com |
| 13 | jplayforth@cov.com |
| 14 | |
| 15 | *Counsel for Defendants National Football League, NFL Enterprises LLC, and the* |
| 16 | *Individual NFL Clubs* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |