Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (*pro hac vice* pending)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**DECLARATION OF JEREMY BARBER IN SUPPORT OF THE MEMORANDUM IN SUPPORT OF NFL DEFENDANTS' MOTION FOR SANCTIONS**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: January 27, 2023<br>Time: 1:30 p.m.<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

I, Jeremy Barber, declare as follows:

1. I am a partner at the law firm of Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation. I submit this declaration in support of the Memorandum in Support of the NFL Defendants' Motion for Sanctions. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted *pro hac vice* to practice before the United States Central District of California in this litigation.

2. On January 6, 2021, the Court approved a jointly stipulated protocol governing the production of expert opinions and underlying litigation. This expert order provided, in part, that the parties would produce "computer codes and schedules sufficient to reconstruct the work" of the expert and "all data sets exactly as relied upon by the experts" within three days of filing any expert report. *See* Stipulated Expert Protocol, Dkt. 289, at 2.

3. Plaintiffs filed and served the expert report of Dr. J. Douglas Zona on August 19, 2022, and attempted to produce backup filed in connection with this report three business days later, on August 24, 2022. This initial production did not contain all the necessary data Dr. Zona used in forming his opinions, nor were they sufficient to reconstruct his work. Rather, Plaintiffs provided an unusable code and omitted all intermediate data used by Dr. Zona.

4. Compass Lexecon, the NFL Defendants' experts, immediately began attempting to recreate Dr. Zona's calculations from the limited data Plaintiffs provided. Compass Lexecon made use of the Microsoft Azure platform—a public cloud computing vendor used by experts—and used by Dr. Zona—to perform complex computations that cannot be done locally without expending millions of dollars. But Compass Lexecon was unable to replicate his calculations despite its best efforts. Dr. Zona had not run the code prior to its production.

1

Case No. 2:15-ml-02668-PSG (JEMx)     Declaration of Jeremy Barber in Support of the Memorandum in Support of NFL Defendants' Motion for Sanctions

5. On September 7, 2022, after several failed initial attempts to run the code, the NFL Defendants requested to see the results of intermediate steps in Dr. Zona's analysis to allow them to evaluate the final outputs of his models and the conclusions he ultimately reached. On September 9, 2022, Plaintiffs refused, stating that Dr. Zona had not maintained those files and insisting that Compass Lexecon could reproduce the intermediate output files as easily as Dr. Zona could.

6. Over the following weeks, the NFL Defendants continued to catalogue various errors that prohibited the code from running properly and continued to ask Plaintiffs to either produce an error-free code or provide Dr. Zona's intermediate datasets. On September 15, Plaintiffs agreed to provide the previously requested intermediate datasets, but only produced 12 additional files, totaling 580 MB of data which did not allow the NFL Defendants to recreate Dr. Zona's analysis. The NFL Defendants provided additional examples of the code's failings, but Plaintiffs continued to refuse to produce anything else, claiming they had produced everything necessary to recreate Dr. Zona's analysis.

7. On September 28, Plaintiffs finally agreed to help resolve the issues in Dr. Zona's code. In response, the NFL Defendants detailed further typographical errors present in the code as well as other errors precluding their ability to reconstruct Dr. Zona's analysis. On September 29, Plaintiffs produced 68.7 GB of backup files needed to recreate and verify the analysis underlying Dr. Zona's expert report.

8. An updated version of Dr. Zona's code continued not to function properly, necessitating Plaintiffs producing two further corrections to Dr. Zona's code. The final version was served on October 3, 2022, during Dr. Rascher's deposition and only ten days before Dr. Zona's deposition. Compass Lexecon, however, remained unable to execute Dr. Zona's code and relied solely on the recently produced intermediate files to attempt to reproduce Dr. Zona's work.

9. Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from the deposition of Plaintiffs' expert J. Douglas Zona, taken on October 13, 2022.

2

Case No. 2:15-ml-02668-PSG (JEMx)   Declaration of Jeremy Barber in Support of the Memorandum in Support of NFL Defendants' Motion for Sanctions

10. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Ian Gore to Jeremy Barber, dated October 6, 2022.

11. Attached hereto as Exhibit 3 is a true and correct copy of the email exchanges between Ian Gore and Jeremy Barber, dated from September 7, 2022 through September 29, 2022.

12. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Ian Gore to Jeremy Barber, dated September 23, 2022.

3

Case No. 2:15-ml-02668-PSG (JEMx)    Declaration of Jeremy Barber in Support of the Memorandum in Support of NFL Defendants' Motion for Sanctions

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 27th day of December 2022 in New York, NY.

Dated: December 27, 2022                    Respectfully submitted,

                                            */s/ Jeremy S. Barber*
                                            Jeremy S. Barber (admitted *pro hac vice*)

4

Case No. 2:15-ml-02668-PSG (JEMx)        Declaration of Jeremy Barber in Support of the Memorandum in Support of NFL Defendants' Motion for Sanctions