# EXHIBIT 1

## To the Declaration of Michael Sabor

## REDACTED DOCUMENT FILED PUBLICLY

| Date | Name | Hours | Amount | Status | Narrative |
|---|---|---|---|---|---|
| 8/29/2022 | Zhang, Allan | ■ | ■ | B | Summarized and cleaned data for litigation and economic modeling preparation; managed and worked with economic modeling data build team; analyzed opposing side's backup. |
| 8/29/2022 | Nie, Jiaxuan | ■ | ■ | B | Zona backup replication. |
| 8/29/2022 | Azhar, Zoya | ■ | ■ | B | Running Zona report viewership data analysis back-up; team calls |
| 8/30/2022 | Sabor, Michael | ■ | ■ | B | Reviewed and replied to emails; Participated in an internal call. |
| 8/30/2022 | Zhang, Allan | ■ | ■ | B | Summarized and cleaned data for litigation and economic modeling preparation; managed and worked with economic modeling data build team; analyzed opposing side's backup. |
| 8/30/2022 | Nie, Jiaxuan | ■ | ■ | B | Zona backup replication. |
| 8/30/2022 | Azhar, Zoya | ■ | ■ | B | Compiling back-up run tracker; running Zona report viewership analysis back-up; team calls |
| 8/31/2022 | Zhang, Allan | ■ | ■ | B | Summarized and cleaned data for litigation and economic modeling preparation; managed and worked with economic modeling data build team; analyzed opposing side's backup. |
| 8/31/2022 | Nie, Jiaxuan | ■ | ■ | B | Zona backup replication. |
| 8/31/2022 | Azhar, Zoya | ■ | ■ | B | Running Zona report viewership back-up; rewriting viewership compilation SAS/SQL scripts |
| 9/1/2022 | Zhang, Allan | ■ | ■ | B | Summarized and cleaned data for litigation and economic modeling preparation; managed and worked with economic modeling data build team; analyzed opposing side's backup. |
| 9/1/2022 | Nie, Jiaxuan | ■ | ■ | B | Zona backup replication. |
| 9/1/2022 | Azhar, Zoya | ■ | ■ | B | Team calls; running Zona report viewership compilation code back-up |
| 9/2/2022 | Zhang, Allan | ■ | ■ | B | Summarized and cleaned data for litigation and economic modeling preparation; managed and worked with economic modeling data build team; analyzed opposing side's backup. |
| 9/2/2022 | Nie, Jiaxuan | ■ | ■ | B | Zona backup replication. |
| 9/2/2022 | Azhar, Zoya | ■ | ■ | B | Running Zona report viewership compilation code back-up; team calls. |
| 9/5/2022 | Nie, Jiaxuan | ■ | ■ | B | Zona backup replication |
| 9/6/2022 | Sabor, Michael | ■ | ■ | B | Reviewed and replied to emails; Worked on backup reproduction. |

1

| Date | Name | | | | Code | Description |
|---|---|---|---|---|---|---|
| 9/6/2022 | Zhang, Allan | | ■ | | B | Summarized and cleaned data for litigation and economic modeling preparation; managed and worked with economic modeling data build team; analyzed opposing side's backup. |
| 9/6/2022 | Nie, Jiaxuan | | | ■ | B | Zona backup replication |
| 9/6/2022 | Azhar, Zoya | | | ■ | B | Reviewing updated Zona viewership build back-up code; team call; reviewing PySpark documentation for submitting concurrent jobs and multithreading |
| 9/7/2022 | Sabor, Michael | | | ■ | B | Reviewed and replied to emails; Worked on backup reproduction. |
| 9/7/2022 | Zhang, Allan | | | ■ | B | Summarized and cleaned data for litigation and economic modeling preparation; managed and worked with economic modeling data build team; analyzed opposing side's backup. |
| 9/7/2022 | Nie, Jiaxuan | | ■ | | B | Zona backup replication |
| 9/7/2022 | Azhar, Zoya | | ■ | | B | Updating Zona viewership data compilation code to speed up execution; Reviewing PySpark documentation on submitting concurrent jobs and multithreading |
| 9/8/2022 | Sabor, Michael | | ■ | | B | Participated in a call with counsel; Reviewed and replied to emails; Worked on the reproduction of backup. |
| 9/8/2022 | Zhang, Allan | | | ■ | B | Summarized and cleaned data for litigation and economic modeling preparation; managed and worked with economic modeling data build team; analyzed opposing side's backup. |
| 9/8/2022 | Nie, Jiaxuan | | | ■ | B | Zona backup replication |
| 9/8/2022 | Azhar, Zoya | | | ■ | B | Updating Zona viewership data compilation code to speed up execution; Reviewing PySpark documentation on submitting concurrent jobs and multithreading |
| 9/9/2022 | Zhang, Allan | | | ■ | B | Summarized and cleaned data for litigation and economic modeling preparation; managed and worked with economic modeling data build team; analyzed opposing side's backup. |
| 9/9/2022 | Nie, Jiaxuan | | | ■ | B | Zona backup replication |
| 9/9/2022 | Azhar, Zoya | | ■ | | B | Updating Zona viewership data compilation code to speed up execution; Reviewing PySpark documentation on submitting concurrent jobs and multithreading |
| 9/10/2022 | Nie, Jiaxuan | | ■ | | B | Zona backup replication |
| 9/11/2022 | Nie, Jiaxuan | | | ■ | B | Zona backup replication |

| Date | Name | | | | Code | Description |
|---|---|---|---|---|---|---|
| 9/12/2022 | Sabor, Michael | | ▮ | ▮ | B | Reviewed and replied to emails; Met with internal team; Worked on backup reproduction. |
| 9/12/2022 | Nie, Jiaxuan | | ▮ | ▮ | B | Replicated plaintiff's backup. |
| 9/12/2022 | Azhar, Zoya | | ▮ | ▮ | B | Responding to emails; team calls; drafting memo to discuss backup replication issues; running Zona viewership data backup |
| 9/13/2022 | Sabor, Michael | | ▮ | ▮ | B | Reviewed and replied to emails. |
| 9/13/2022 | Nie, Jiaxuan | | ▮ | ▮ | B | Replicated plaintiff's backup. |
| 9/13/2022 | Azhar, Zoya | | ▮ | ▮ | B | Running Zona viewership data backup; team calls to troubleshoot viewership scripts in Zona backup |
| 9/14/2022 | Sabor, Michael | | ▮ | ▮ | B | Reviewed and replied to emails; Met with internal team; Worked on backup reproduction. |
| 9/14/2022 | Nie, Jiaxuan | | ▮ | ▮ | B | Replicated plaintiff's backup. |
| 9/14/2022 | Azhar, Zoya | | ▮ | ▮ | B | Running data-checks and organizing intermediate data-files produced with Zona backup run; reviewing and executing Zona SAS scripts for viewership data analysis |
| 9/15/2022 | Sabor, Michael | | ▮ | ▮ | B | Reviewed and replied to emails; Met with internal team; Worked on backup reproduction. |
| 9/15/2022 | Nie, Jiaxuan | | ▮ | ▮ | B | Replicated plaintiff's backup. |
| 9/15/2022 | Azhar, Zoya | | ▮ | ▮ | B | Running Zona viewership data backup; troubleshooting SAS scripts for viewership data analysis; drafting Zona backup issues tracker; replicating Zona's Zip to DMA crosswalk. |
| 9/16/2022 | Sabor, Michael | | ▮ | ▮ | B | Reviewed and replied to emails; Met with internal team; Worked on backup reproduction. |
| 9/16/2022 | Nie, Jiaxuan | | ▮ | ▮ | B | Replicated plaintiff's backup. |
| 9/16/2022 | Azhar, Zoya | | ▮ | ▮ | B | Running Zona viewership data backup; troubleshooting SAS scripts for viewership data analysis; drafting Zona backup issues tracker; replicating Zona's Zip to DMA crosswalk. |
| 9/17/2022 | Nie, Jiaxuan | | ▮ | ▮ | B | Replicated plaintiff's backup. |
| 9/17/2022 | Azhar, Zoya | | ▮ | ▮ | B | Running Zona viewership data backup; troubleshooting SAS scripts for viewership data analysis |
| 9/19/2022 | Sabor, Michael | | ▮ | ▮ | B | Worked on reproduction of opposing experts analyses. |
| 9/19/2022 | Nie, Jiaxuan | | ▮ | ▮ | B | Replicated Plaintiff's Backup. |
| 9/19/2022 | Azhar, Zoya | | ▮ | ▮ | B | Running Zona viewership data analysis backup |
| 9/20/2022 | Sabor, Michael | | ▮ | ▮ | B | Worked on reproduction of opposing experts analyses. |

| Date | Name | | | | Code | Description |
|---|---|---|---|---|---|---|
| 9/20/2022 | Nie, Jiaxuan | | | | B | Replicated Plaintiff's Backup. |
| 9/20/2022 | Azhar, Zoya | | | | B | Team calls; running/troubleshooting Zona viewership data analysis backup |
| 9/21/2022 | Sabor, Michael | | | | B | Worked on reproduction of opposing experts analyses. |
| 9/21/2022 | Nie, Jiaxuan | | | | B | Replicated Plaintiff's Backup. |
| 9/21/2022 | Azhar, Zoya | | | | B | Emails; comparing Zona's additional backup materials with previously provided backup materials; writing transition memos in preparation for OOO |
| 9/22/2022 | Sabor, Michael | | | | B | Worked on reproduction of opposing experts analyses. |
| 9/22/2022 | Nie, Jiaxuan | | | | B | Replicated Plaintiff's Backup. |
| 9/22/2022 | Azhar, Zoya | | | | B | Team call; writing transition memo |
| 9/23/2022 | Sabor, Michael | | | | B | Worked on reproduction of opposing experts analyses. |
| 9/23/2022 | Nie, Jiaxuan | | | | B | Replicated Plaintiff's Backup. |
| 9/24/2022 | Sabor, Michael | | | | B | Worked on reproduction of opposing experts analyses. |
| 9/24/2022 | Nie, Jiaxuan | | | | B | Replicated plaintiffs' backup. |
| 9/25/2022 | Nie, Jiaxuan | | | | B | Replicated plaintiffs' backup. |
| 9/26/2022 | Sabor, Michael | | | | B | Worked on replication tasks. |
| 9/26/2022 | Nie, Jiaxuan | | | | B | Replicating plaintiff backup. |
| 9/27/2022 | Sabor, Michael | | | | B | Worked on replication tasks. |
| 9/27/2022 | Nie, Jiaxuan | | | | B | Replicating plaintiff backup. |
| 9/28/2022 | Nie, Jiaxuan | | | | B | Replicating plaintiff backup. |
| 9/29/2022 | Sabor, Michael | | | | B | Participated in a call with counsel; Reviewed plaintiffs' materials; Reviewed and responded to emails. |
| 9/29/2022 | Nie, Jiaxuan | | | | B | Replicating plaintiff backup. |
| 9/30/2022 | Sabor, Michael | | | | B | Participated in a call with counsel; Reviewed plaintiffs' materials; Reviewed and responded to emails. |
| 9/30/2022 | Nie, Jiaxuan | | | | B | Replicating plaintiff backup. |

4

| Date | Name | Hours | Amount | Relevant Hours | Relevant Cost |
|---|---|---|---|---|---|
| 8/29/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 8/30/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 8/31/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 9/1/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 9/2/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 9/6/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 9/7/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 9/8/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 9/9/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 9/12/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 9/13/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 9/14/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 9/15/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 9/16/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 9/17/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 9/19/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 9/20/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 9/21/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 9/22/2022 | Azhar, Zoya | ■ | ■ | ■ | ■ |
| 8/29/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 8/30/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 8/31/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/1/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/2/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/5/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/6/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/7/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/8/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/9/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/10/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/11/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/12/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/13/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/14/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/15/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/16/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/17/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/19/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/20/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/21/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/22/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/23/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/24/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/25/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |
| 9/26/2022 | Nie, Jiaxuan | ■ | ■ | ■ | ■ |

| Date | Name | | | | |
|---|---|---|---|---|---|
| 9/27/2022 | Nie, Jiaxuan | | | | |
| 9/28/2022 | Nie, Jiaxuan | | | | |
| 9/29/2022 | Nie, Jiaxuan | | | | |
| 8/30/2022 | Sabor, Michael | | | | |
| 9/6/2022 | Sabor, Michael | | | | |
| 9/7/2022 | Sabor, Michael | | | | |
| 9/8/2022 | Sabor, Michael | | | | |
| 9/12/2022 | Sabor, Michael | | | | |
| 9/13/2022 | Sabor, Michael | | | | |
| 9/14/2022 | Sabor, Michael | | | | |
| 9/15/2022 | Sabor, Michael | | | | |
| 9/16/2022 | Sabor, Michael | | | | |
| 9/19/2022 | Sabor, Michael | | | | |
| 9/20/2022 | Sabor, Michael | | | | |
| 9/21/2022 | Sabor, Michael | | | | |
| 9/22/2022 | Sabor, Michael | | | | |
| 9/23/2022 | Sabor, Michael | | | | |
| 9/24/2022 | Sabor, Michael | | | | |
| 9/26/2022 | Sabor, Michael | | | | |
| 9/27/2022 | Sabor, Michael | | | | |
| 9/29/2022 | Sabor, Michael | | | | |
| 8/29/2022 | Zhang, Allan | | | | |
| 8/30/2022 | Zhang, Allan | | | | |
| 8/31/2022 | Zhang, Allan | | | | |
| 9/1/2022 | Zhang, Allan | | | | |
| 9/2/2022 | Zhang, Allan | | | | |
| 9/6/2022 | Zhang, Allan | | | | |
| 9/7/2022 | Zhang, Allan | | | | |
| 9/8/2022 | Zhang, Allan | | | | |
| 9/9/2022 | Zhang, Allan | | | | |
| | | | | 449.40 | 238,600.00 |



6

| ConsumedService | Usage Description | Total Cost (USD) | Relevant Cost (USD) | First Billing Date Within Relevant Time Period |
|---|---|---|---|---|
| Microsoft.Compute | Cluster Dedicated to Databricks Processing of Viewership Data | $60,575.09 | $60,575.09 | 2022-09-08 |
| Microsoft.Compute | Cluster Shared for Databricks Processing of both Transactions and Viewership Data | $15,530.38 | $7,765.19 | 2022-08-29 |
| Microsoft.Compute | Cluster Dedicated to SAS Processing of Transactions Data | $2,397.61 | $0.00 | 2022-09-20 |
| Microsoft.Databricks | Cluster Dedicated to Databricks Processing of Viewership Data | $209,256.37 | $209,256.37 | 2022-09-08 |
| Microsoft.Databricks | Cluster Shared for Databricks Processing of both Transactions and Viewership Data | $42,279.26 | $21,139.63 | 2022-08-29 |
| Microsoft.Network | | $234.20 | $0.00 | 2022-08-29 |
| Microsoft.Network | Cluster Dedicated to Databricks Processing of Viewership Data | $48.39 | $0.00 | 2022-09-08 |
| Microsoft.Network | Cluster Shared for Databricks Processing of both Transactions and Viewership Data | $36.48 | $0.00 | 2022-08-29 |
| Microsoft.Storage | | $15.72 | $0.00 | 2022-08-29 |
| Microsoft.Storage | | $7,674.43 | $0.00 | 2022-08-29 |
| | Total | | $298,700.00 | |

Source:
Compass Lexecon's August and September 2022 detailed Azure cost exports.

Notes

1. All Compass Lexecon Azure Costs are limited to Compass Lexecon's Azure resource groups titled 'rg-nflcert' and 'databricks-rg-adb-nflcert-snrohegyydpdk'

2. Detailed cost records were classified as "Virtual Machine Cluster Dedicated to Databricks Processing of Viewership Data" if the the "Tags" field included (case-insensitive) the string '"ClusterName": "NFLCERTJOBS"'.

3. Detailed cost records were classified as "Virtual Machine Cluster Shared for Databricks Processing of both Transactions and Viewership Data" if the the "Tags" field included (case-insensitive) the string '"ClusterName": "NFLCERT"'.


2. Detailed cost records were classified as "Virtual Machine Dedicated to SAS Processing of Transactions Data" if the the "ResourceId" field included (case-insensitive) the string 'nflcert-sas-vm'.

| Cost | Amount |
| --- | --- |
| Microsoft Azure Costs | $298,700.00 |
| Billable Personnel | $238,600.00 |
| Total | $537,300.00 |