1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (JEMx) |
|---|---|
| | **[PROPOSED] ORDER REGARDING THE NFL DEFENDANTS' MOTION FOR SANCTIONS** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

Pending before the Court is the NFL Defendants' Motion for Sanctions. The Court has considered the motion, all other papers relating to the motion, other documents and pleadings filed in this action, and the arguments of counsel.

IT IS HEREBY ORDERED that:

1.     The NFL Defendants' Motion for Sanctions is GRANTED; and

2.     Monetary sanctions are hereby imposed against Plaintiffs in the form of reasonable expert fees incurred by the NFL Defendants.  The Court finds an amount of $537,300 to be reasonable in light of the present circumstances.

IT IS SO ORDERED.

Dated: _____          _____

PHILIP S. GUTIERREZ
United Sates District Judge

1