# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[P~~ROPOSED~~] ORDER REGARDING THE NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL |

FILED
CLERK, U.S. DISTRICT COURT
DEC 29 2022
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Link #834

Pending before the Court is the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Max Warren in Support of the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.
2. The unredacted version of the Memorandum in Support of the NFL Defendants' Motion for Sanctions.
3. Exhibit 1 to the Declaration of Jeremy S. Barber in Support of the Memorandum in Support of the NFL Defendants' Motion for Sanctions.
4. The unredacted version of Exhibit 1 to the Declaration of Michael Sabor in Support of the Memorandum in Support of the NFL Defendants' Motion for Sanctions.

IT IS SO ORDERED.

Dated: 12/28/22

PHILIP S. GUTIERREZ
United Sates District Judge