Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (*pro hac vice* pending)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (JEMx) |
| ———————————————————— | **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

# **PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in Washington, D.C. I am over the age of 18 and am not a party to the within action; my business address is 2001 M St NW, 10th Floor, Washington, DC 20036.

On December 29, 2022, I served the foregoing document(s) described as follows:

1. The sealed Declaration of Max Warren in Support of the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.

2. The unredacted version of the Memorandum in Support of the NFL Defendants' Motion for Sanctions.

3. The sealed Exhibit 1 to the Declaration of Jeremy S. Barber in Support of the NFL Defendants' Motion for Sanctions.

4. The unredacted version of Exhibit 1 to the Declaration of Michael Sabor in Support of the NFL Defendants' Motion for Sanctions.

on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed as stated on the attached service list as follows:

_____ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Washington, D.C. in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one date after date of deposit for mailing in affidavit.

_____ BY PERSONAL SERVICE:
I caused to be delivered such envelop by hand to the offices of the addressee.

_____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____ BY FAX:
I served by facsimile as indicated on the attached service list.

__XX__ BY ELECTRONIC MAIL:
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

1

Executed on December 29, 2022, at Washington, D.C.

_____ (State):  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  XX   (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.


_____Max Warren_____          ____/s/ Max Warren_____
    (Type or Print Name)                            (Signature)

2

1

## <u>SERVICE LIST</u>

2  MARC M. SELTZER (54534)
   mseltzer@susmangodfrey.com
3  **SUSMAN GODFREY L.L.P.**
   1900 Avenue of the Stars, 14th Floor
4  Los Angeles, CA 90067
   Tel: (310) 789-3100
5  Fax: (310) 789-3150

6  SCOTT MARTIN
   smartin@hausfeld.com
7  **HAUSFELD LLP**
   33 Whitehall Street, 14th Floor
8  New York, NY 10004
   Tel: (646) 357-1100
9  Fax: (212) 202-4322

10  HOWARD LANGER
    hlanger@langergrogan.com
11  EDWARD DIVER
    ndiver@langergrogan.com
12  PETER LECKMAN
    pleckman@langergrogan.com
13  KEVIN TRAINER
    ktrainer@langergrogan.com
14  **LANGER GROGAN AND DIVER PC**
    1717 Arch Street, Suite 4130
15  Philadelphia, PA 19103
    Tel: (215) 320-5660
16  Fax: (215) 320-5703

17  ARUN SUBRAMANIAN
    asubramanian@susmangodfrey.com
18  WILLIAM CHRISTOPHER CARMODY
    bcarmody@susmangodfrey.com
19  SETH ARD
    sard@susmangodfrey.com
20  TYLER FINN
    tfinn@susmangodfrey.com
21  **SUSMAN GODFREY LLP**
    1301 Avenue of the Americas, 32nd FL.
22  New York, NY 10019
    Tel: (212) 336-8330/ Fax: (212) 336-8340
23

24  IAN M. GORE
    igore@susmangodfrey.com
25  **SUSMAN GODFREY LLP**
    1201 Third Avenue, Suite 3800
26  Seattle, WA 98101
    Tel: (206) 505-3841/Fax: (206) 516-3883
27

    FARHAD MIRZADEH
    fmirzadeh@hausfeld.com
28  **HAUSFELD LLP**

3

1  | 1700 K. Street NW, Suite 650
   | Washington, DC 20006
2  | Tel: (202) 540-7200/Fax: (202) 540-7201

3  | CHRISTOPHER L. LEBSOCK
   | lebsock@hausfeld.com
4  | **HAUSFELD LLP**
   | 600 Montgomery St., Suite 3200
5  | San Francisco, CA 94111
   | Tel: (415) 633-1908/Fax: (415) 358-4980

6  |
7  | *Plaintiffs' Co-Lead Counsel*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4