Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **DECLARATION OF EDWARD DIVER IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO DISQUALIFY NFL EXPERT DR. ALI YURUKOGLU**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: January 27, 2023<br>TIME: 1:30 p.m.<br>COURTROOM:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

I, Edward Diver, hereby declare:

I am a partner in the law firm Langer Grogan & Diver P.C. and am admitted *pro hac vice* to practice before the United States District Court for the Central District of California in this action. I submit this declaration in support of Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion to Disqualify NFL Expert Dr. Ali Yurukoglu. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

1. I served as lead counsel in two class action antitrust cases in the U.S. District Court for the Southern District of New York against the National Hockey League and Major League Baseball: *Laumann v. National Hockey League*, No. 1:12-cv-01817-SAS (S.D.N.Y.); and *Garber v. Office of the Commissioner of Baseball*, No. 1:12-cv-03704-VEC (S.D.N.Y.). Those cases were consolidated, and I refer to them hereafter as "*Laumann*." Howard Langer of our firm, who was also one of the lead attorneys in those cases, has also been appointed co-lead counsel for Plaintiffs in this action.

2. I have reviewed our case files from *Laumann* and confirmed that Dr. Yurukoglu had a confidential consulting relationship with at least one of the class representatives in that case, Vincent Birbiglia. I have also confirmed that Mr. Birbiglia subscribed to NFL Sunday Ticket through DIRECTV during the relevant time period in this case. As a result, he would likely be a part of any class certified in this action.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Declaration of J. Douglas Zona.

4. On October 13, 2022, counsel for the NFL deposed Dr. Zona regarding his opinions in this case. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of that deposition.

5. On November 18, 2022, I deposed Dr. Yurukoglu regarding his opinions in this case. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of that deposition.

6. Attached hereto as Exhibit 4 is a true and correct copy of an article titled "NFL-Apple Sunday Ticket Talks Threaten to Stretch Into New Year," published by Yahoo! Sports on December 16, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed December 30, 2022, in Philadelphia, Pennsylvania.

                                      */s/ Edward Diver*
                                      Edward Diver