# EXHIBIT 4

To the Declaration of Edward Diver

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   Download the Yahoo News app MORE.



Sign in   Mail







# NFL-Apple Sunday Ticket Talks Threaten to Stretch Into New Year

 Roger Goodell

**Anthony Crupi**

December 16, 2022 · 7 min read

**In this article:**



**Roger Goodell**
Commissioner of the National Football League

HOME MAIL NEWS FINANCE SPORTS ENTERTAINMENT LIFE SEARCH SHOPPING YAHOO PLUS MORE... Download the Yahoo News app



Sign in Mail



 Roger Goodell

NFL commissioner Roger Goodell on Wednesday gave a brief update on the state of the Sunday Ticket package, saying that negotiations are at "a very critical point for us," before effectively walking back previous estimates of when a deal might get done. "Our decisions are not based on timelines," Goodell said in the wake of the Dec. 14 league meeting in Irving, Texas. "They're based on getting the best outcome with the best party."

Back in July, Goodell acknowledged that the out-of-market games package, which has been exclusive to DirecTV since its launch in 1994, was heading for a streaming service, and that a deal was expected to be in place "by the fall." Those remarks, which Goodell made during an interview at the Allen & Co. Sun Valley conference, came a full three months after reports began circulating



-50%

-50%

Stutterheim Offic
Stutterheim

**TRENDING**



Biden outpacing Trump, Obama with diverse judicial nominees

Associated Press · 9 min read

Case 2:15-ml-02668-PSG-SK   Document 840-2   Filed 12/30/22   Page 4 of 13   Page ID #:27966

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE...

Download Yahoo News app



yahoo!news                                                                                      Sign in    Mail

deal, the digerati whooped, Apple's all but signed the papers.

chief burns docs, white...

USA TODAY · 6 min read



More from Sportico.com

'Varsity Blues' mastermind Rick Singer pleads for leniency with sentence



- MLS Signs Four-Year Fox Deal Following Apple Partnership

ABC News · 2 min read



- NFLPA Looking to Hire Director With 'Strategic Vision' Beyond CBA

A Buffalo woman found a stranger crying for help in the blizzard with a tote bag frozen t...

INSIDER · 3 min read



 Roger Goodell

- Sporticast: RSN, WTF? What's Up With Sinclair Regional Sports Networks

POPULAR

- ADVERTISEMENT -





The NFL Sunday Ticket Is Officially Moving to YouTube TV

SPY

(While that spring bulletin included a CYA clause in which Apple was said to be keeping the official

Case 2:15-ml-02668-PSG-SK Document 840-2 Filed 12/30/22 Page 5 of 13 Page ID #:27967

HOME  MAIL  NEWS  FINANCE  SPORTS  ENTERTAINMENT  LIFE  SEARCH  SHOPPING  YAHOO PLUS  MORE...  Download the Yahoo News app



Sign in   Mail

time to sit on news of a deal said to be worth more than $2.5 billion per year. Tim Cook's crew may be notoriously buttoned-up, but they're not Trappist monks.)






 Roger Goodell

With three inches of snow projected for Saturday's Dolphins-Bills game and just a handful of days to go before the solstice arrives, it's become apparent that Goodell's earlier prediction about an autumn resolution isn't likely to pan out. The glacial pace of the negotiations—Sunday Ticket has been in play for the better part of the last two years—has been exacerbated by the pertinacity of the NFL and its lead suitor. Forget the old saw about the irresistible force rendezvousing with the immovable object; the NFL-Apple talks are a standoff between two parties that have never heard the word "no." Imagine Oprah negotiating with the Yakuza over some beachfront property in Malibu and you're



**Chuck Norris's Net Worth Left His Family Stunned**

Ad • BrainSharper



**Amazon planning standalone app for sports content - The Information**

Reuters



**If the Jaguars get a home playoff game, here's what to know if you want to buy tickets**




HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE...

Download the Yahoo News app



Sign in   Mail

Here are five quarterbacks that could replace #Raiders QB Derek Carr in 2023

3h ago



**Yahoo Sports**

**Raiders bench Derek Carr with playoffs all but lost, $33M injury guarantee looming**

The decision raises obvious doubts about Carr's future with the franchise.

23h ago



Premium rainwear

Stutterheim

 Roger Goodell

Ad • Capital One Shopping

**Amazon Left In Chaos After Shoppers Find This Out**

Think you're getting the best deal when you shop online? Don't buy a single thing until you try this — you won't regret it.

**ProFootball Talk on NBC Sports**



**Kyle Shanahan on Raiders benching Derek Carr: I see some great players who can beat you**

The 49ers began the week preparing to face Derek Carr on Sunday. They found out before the start of the first practice of Week 17 that Jarrett Stidham will start for the Raiders....

21h ago



Report: Derek Carr steps

HOME  MAIL  NEWS  FINANCE  SPORTS  ENTERTAINMENT  LIFE  SEARCH  SHOPPING  YAHOO PLUS  Download the Yahoo News app MORE.



Mail  Sign in



**Yahoo Sports**

**Davante Adams responds as Derek Carr reportedly leaves Raiders amid demotion: 'The reason why I...'**

Adams on Carr's demotion: "I don't think anybody was excited about it in here."

16h ago

**Ad • SoGoodly**

**Always Put A Crayon In Your Wallet When Traveling**

I was all set for my trip, or so I thought. That's when my friend told me to place a crayon in my wallet when traveling. The reason is quite clever.

 Roger Goodell

**Fresno Bee**

**Here is what Raider Nation and other fans are saying in benching of Derek Carr**

Jarrett Stidham will get the start for the Las Vegas Raiders when they play against the San Francisco 49ers.

21h ago

**Fresno Bee**

**What did Davante...**

"I wouldn't be here right now if he wasn't here."

17h ago

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YAHOO PLUS    MORE...

Download the Yahoo News app



 Sign in    Mail

the exact opposite of the former coach. And the next Broncos coach needs to handle quarterback Russell Wilson...

17h ago



Ad • Power Life

**People Can't Believe He Is 60! Here's His Secret**

Celebrity fitness trainer Tony Horton shares his easy 1-minute routine that aging American's should do daily. (watch now)





NBC Sports Philadelphia

**Eagles react to Lane Johnson's decision to put off surgery**

Lane Johnson's head coach and teammates reacted to his decision to put off surgery until after the playoffs. By Dave Zangaro

6h ago

NBC Sports Boston

**Raiders' Davante Adams has straightforward reaction to Derek Carr benching**

Davante Adams and Derek Carr are close friends, and the Raiders wide receiver made it pretty clear how he felt about Josh McDaniels' decision to bench the veteran quarterback.

3h ago

Draft Wire

**2023 NFL mock draft: Updated 2-round projections for the new year**

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE...

Download the Yahoo News app



Sign in    Mail

Ad • Gundry MD Total Restore

### If You Eat Oatmeal Every Day, This Is What Happens

Top Doctor explains what eating certain fruits, veggies, and whole grains may cause to your body. You might be surprised at the effects!



**Steelers Wire**

### Steelers top 7 2023 free agents to re-sign

The Steelers have a long list of free agents but many won't return.

 Roger Goodell

11h ago

**Niners Wire**

### 49ers practice report: Nick Bosa out with illness to begin Week 17

Nick Bosa was out of practice for the 49ers on Wednesday because of an illness. Here's the full participation report:

16h ago

### Report: Terrell Owens won't

Former 49ers and Pro Football Hall of Fame wide…

18h ago

**NBC Sports BayArea**

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE...

Download the Yahoo News app

# yahoo!news

Sign in   Mail



**Raiders Wire**

**It is the right decision for Raiders to move on from Derek Carr**

Raiders are right to move on from Derek Carr

17h ago



**Patriots Wire**

**Kyle Van Noy admits relationships the biggest difference between Bill Belichick and Brandon Staley**

Kyle Van Noy believes relationships are the biggest difference between Brandon Staley and Bill Belichick.

22h ago

**Esquire**

**Tom Brady Just Shared an Understated**

NFL quarterback Tom Brady just hinted at his…

2d ago

Ad • Dr. Marty | Nature's Blend

**Dont Sleep With Your Dog Until You Watch This**

Top Vet shares the most important thing you can do for your dog if you let him sleep with you!

12/29/2022, NFL-Apple Sunday Ticket Talks Threaten to Stretch Into New Year

Case 2:15-ml-02668-PSG-SK   Document 840-2   Filed 12/30/22   Page 12 of 13   Page ID #:27974

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YAHOO PLUS    MORE...

Download the Yahoo News app

yahoo!news

Sign in    Mail

**What wardrobe change did Dallas Cowboys make for Thursday Night Game against Tennessee Titans?**
Cowboys to offer slightly different look for game at Nissan Stadium.

3h ago

**Ft. Smith Southwest Times Record**

**Should Arkansas football have been flagged for targeting in pivotal OT play in Liberty Bowl?**
Arkansas football celebrated like it had won the AutoZone Liberty Bowl over Kansas in double overtime on Wednesday in Memphis.

12h ago

 Roger Goodell

**The Daily Beast**

**ESPN's Joe Buck and Scott Van Pelt Face Off in Uncomfortably Testy Exchange**
ESPNESPN's Joe Buck appeared to grow increasingly irritated with his colleague Scott Van Pelt during an on-air exchange Monday night, prompting Van Pelt to acknowledge the...

2d ago

HOME MAIL NEWS FINANCE SPORTS ENTERTAINMENT LIFE SEARCH SHOPPING YAHOO PLUS Download the Yahoo News app



 Sign in    Mail





 Roger Goodell