# EXHIBIT 2

## To the Declaration of Edward Diver

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION ) Case No. 2:15-ml-02668-PSG (JEMx)

IN-PERSON VIDEOTAPED DEPOSITION OF
J. DOUGLAS ZONA
THURSDAY, OCTOBER 13, 2022

STENOGRAPHIC REPORTER: CHRISTA YAN, CSR NO. 14316

APPEARANCES IN-PERSON:

FOR PLAINTIFFS:
LANGER GROGAN AND DIVER PC
BY: EDWARD DIVER, ATTORNEY-AT-LAW
KEVIN TRAINER, ATTORNEY-AT-LAW
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
(215) 320-5660
ndiver@langergrogan.com
hlanger@langergrogan.com
pleckman@langergrogan.com

FOR DEFENDANTS NATIONAL FOOTBALL LEAGUE, NFL ENTERPRISES LLC, AND THE NFL MEMBER CLUBS:
WILKINSON STEKLOFF LLP
BY: RAKESH KILARU, ATTORNEY-AT-LAW
CAROLINE LI, ATTORNEY-AT-LAW
MAX WARREN, ATTORNEY-AT-LAW
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4000
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

COVINGTON & BURLING LLP
BY: DEREK LUDWIN, ATTORNEY-AT-LAW
850 10th Street NW
Washington, DC 20001
(202) 662-6000
glevy@cov.com
dludwin@cov.com

ALSO PRESENT IN-PERSON:
STEPHEN SANTOS, The Videographer

--oOo--

INDEX OF EXAMINATIONS

| | PAGE |
|---|---|
| MR. KILARU | 8 |

--oOo--

| | |
|---|---|
| Witness's Changes or Corrections | 259 |
| Reporter's Certificate | 261 |

--oOo--

E X H I B I T S

| EXHIBIT | FOR IDENTIFICATION | PAGE |
|---|---|---|
| Exhibit 1 - | Dr. Zona's Report | 17 |
| Exhibit 2 - | Dr. Rascher's Report | 27 |
| Exhibit 3 - | Document | 95 |
| Exhibit 4 - | Wooldridge's Econometrics | 95 |
| Exhibit 5 - | Document | 97 |
| Exhibit 6 - | Underlying Code Document | 105 |
| Exhibit 7 - | Code Document | 106 |
| Exhibit 8 - | Document with Same Variables | 109 |
| Exhibit 9 - | Another Version of Regression | 114 |
| Exhibit 10 - | Document | 115 |
| Exhibit 11 - | Chart Document | 120 |
| Exhibit 12 - | Chart, Same as Exhibit 15 | 121 |
| Exhibit 13 - | Different Version of Code | 126 |
| Exhibit 14 - | Document | 127 |
| Exhibit 15 - | Printed Spreadsheet | 155 |
| Exhibit 16 - | Satellite P & L | 155 |
| Exhibit 17 - | Document | 162 |
| Exhibit 18 - | Document | 168 |
| Exhibit 19 - | Document | 173 |
| Exhibit 20 - | Code Document | 176 |
| Exhibit 21 - | Exhibit 18 Replicate | 178 |
| Exhibit 22 - | Document | 192 |
| Exhibit 23 - | Document | 210 |

E X H I B I T S Cont'd

| EXHIBIT | FOR IDENTIFICATION | PAGE |
|---|---|---|
| Exhibit 24 - | 2018 Table | 225 |
| Exhibit 25 - | Spreadsheet | 243 |

--oOo--

BE IT REMEMBERED that on THURSDAY, the 13th day of OCTOBER 2022, at the hour of 9:08 A.M., of said day, 600 Montgomery Street, Suite 3200, San Francisco, California 94111, before me in-person, CHRISTA YAN, a Certified Shorthand Reporter, State of California, personally appeared J. DOUGLAS ZONA, who was examined as a witness in said cause; that said transcript format was prepared in accordance with California Code of Regulations section 2473.

--oOo--

THE VIDEOGRAPHER: We are now on the record. My name is Stephen Santos. I am a videographer retained by Lexitas. This is a video deposition for the United States District Court, Central District of California. Today's date is October 12 -- excuse me -- 13, 2022. And the video time is 9:08 a.m.

This deposition is being held at 600 Montgomery Street, Suite 3200, San Francisco, California 94111, in the matter of the National Football League's Sunday Ticket antitrust litigation. The deponent is J. Douglas Zona.

Will all counsel please identify themselves?

MR. DIVER: This is Edward Diver from Langer, Grogan, and Diver for the plaintiffs.

MR. TRAINER: Kevin Trainer, Langer, Grogan, and Diver, also for the plaintiffs.

MR. KILARU: For the NFL defendants, Rakesh Kilaru, along with my colleagues, Caroline Li and Max Warren, from Wilkinson Stekloff, and Derek Ludwin from Covington & Burling.

THE VIDEOGRAPHER: The court reporter is Christa Yan and now will swear in the witness.

J. DOUGLAS ZONA,

the Witness, called on behalf of the Defendants, being duly sworn to state the truth, the whole truth, and nothing but the truth, testified on oath as follows:

EXAMINATION

BY MR. KILARU:

Q Good morning, Dr. Zona. This isn't your first time being deposed, right?

A Right.

Q Okay. So I will skip many of the procedures that we typically go over, but you're able to -- to the best of your knowledge, you're able to give truthful and accurate testimony today?

A Yes.

Q Any reason you can think of why you would be unable to do that?

A Not right now, no.

Q You were retained as an expert by the plaintiffs in this case for purposes of class certification; is that right?

A As retained by Plaintiffs in this case, yes.

Q And you prepared a report that's been submitted in support of class certification, right?

A Yes.

Q Okay. When were you retained by the plaintiffs?

A I'm not sure of the dates.

Q Give me a year?

A Wow. Either 2021 or 2022. Not sure.

Q Okay. So it was pretty -- relatively recently?



143

144

1

151

1  ███



163

165

1  ████████

[Page content redacted]

166

179

REPORTER'S CERTIFICATE

I, Christa Yan, CSR No. 14316, do hereby declare:

That, prior to being examined, the witness named in the foregoing deposition was by me duly sworn remotely pursuant to Section 30(f)(1) of the Federal Rules of Civil Procedure, and the deposition is a true record of the testimony given by the witness as accurately as possible. That said deposition was taken down by me in shorthand at the time therein named and thereafter reduced to text under my direction.

That said witness was requested to review the transcript and make any changes to the transcript as a result of that review pursuant to Section 30(e) of the Federal Rules of Civil Procedure.

No changes have been provided by the witness during the period allowed.

The changes made by the witness are appended to the transcript.

No request was made that the transcript be reviewed pursuant to Section 30(e) of the Federal Rules of Civil Procedure.

I further declare that I have no interest in the event of the action. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

WITNESS my hand this 18th day of October 2022.

_________________________________

Christa Yan, CSR NO. 14316