Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**SUPPLEMENTAL DECLARATION OF SCOTT MARTIN IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS OF MARK A. ISRAEL**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: January 27, 2023<br>TIME: 1:30 p.m.<br>COURTROOM:<br>　First Street Courthouse<br>　350 West 1st Street<br>　Courtroom 6A<br>　Los Angeles, CA 90012 |

I, Scott Martin, declare under penalty of perjury that the following is true and correct:

1. I am over the age of twenty-one (21) years and am a Partner at the law firm of Hausfeld LLP. I am counsel of record for Plaintiffs Ninth Inning, Inc., 1465 Third Avenue Restaurant Corp., Robert Gary Lippincott, Jr., and Jonathan Frantz and the proposed classes in the above-captioned litigation. I submit this declaration in support of Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion to Exclude the Opinions of Mark A. Israel.

2. Attached as Exhibit 1 are true and correct excerpts from the transcript of the deposition of Brian Rolapp dated May 18, 2022.

3. Attached as Exhibit 2 are true and correct excerpts from the transcript of the deposition of Robert Kraft, dated June 23, 2022.

4. Attached as Exhibit 3 is a true and correct copy of a Local Rule 37-1 Letter sent by Plaintiffs to the NFL Defendants dated December 27, 2022.

5. Attached as Exhibit 4 is a true and correct copy of an email from Jeremy Barber to Tyler Finn, dated December 28, 2022.

6. Attached as Exhibit 5 are true and correct excerpts from the transcript of the deposition of Mark A. Israel, dated November 23, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 30th day of December, 2022 in New York, New York.

*/s/ Scott Martin*
Scott Martin

1