# Exhibit 1

# In the Matter Of:

*NFL Sunday Ticket Antitrust Litigation*

*BRIAN ROLAPP*

*May 18, 2022*



## Page 1

```
 1              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
 2
 3       Civil Action No. 2:15-ml-02668-PSG(JEMx)
 4
 5
 6   IN RE: NATIONAL FOOTBALL
     LEAGUE'S "SUNDAY TICKET"
 7   ANTITRUST LITIGATION
 8
     _____/
 9
10
11
12                   DEPOSITION OF
                     BRIAN ROLAPP
13
14
15             Wednesday, May 18, 2022
               9:03 a.m. - 3:22 p.m.
16
17                  Remote Location
                 Via Zoom Videoconference
18                  All Parties Remote
19
20
21
22
23
24         Stenographically Reported By:
                   Erica Field, FPR
25
```

## Page 2

```
 1   APPEARANCES:
 2
 3   On behalf of the Plaintiff:
         LANGER GROGAN & DIVER
 4       1717 Arch Street
         Suite 4130
 5       Philadelphia, Pennsylvania 19103
         (215) 320-5660
 6       BY: PETER LECKMAN, ESQUIRE
             KEVIN TRAINER, ESQUIRE
 7       pleckman@langergrogan.com
         ktrainer@langergrogan.com
 8
 9   On behalf of the Defendant:
         WILKINSON STEKLOFF
10       2001 M Street NW
         10th Floor
11       Washington, DC 20036
         (202) 847-4000
12       BY: RAKESH KILARU, ESQUIRE
         rkilaru@wilkinsonstekloff.com
13
14
15   ALSO PRESENT:
     Kim Ferrari, Paralegal, Langer Grogan
16   Derek Ludwin, Covington & Burling
     Delores DiBella, NFL
17
18   VIDEOGRAPHER:
     Bryan Beltran
19
20
21
22
23
24
25
```

## Page 3

```
 1              INDEX OF PROCEEDINGS
 2   WITNESS                               PAGE
     BRIAN ROLAPP
 3   DIRECT EXAMINATION BY MR. LECKMAN       5
     CROSS-EXAMINATION BY MR. KILARU        254
 4   REDIRECT EXAMINATION BY MR. LECKMAN    268
     CERTIFICATE OF REPORTER                276
 5
 6
 7
 8              EXHIBITS
     EXHIBIT       DESCRIPTION              PAGE
 9   Exhibit 1   LinkedIn Page               11
     Exhibit 2   NFL_1089663                 23
10   Exhibit 3   The Jockey Club Article     43
     Exhibit 4   NFL_0511106                 65
11   Exhibit 5   NFL_0244331                 66
     Exhibit 6   NFL_0513393                 76
12   Exhibit 7   NFL_0012383                 78
     Exhibit 8   NFL'S Digital Chief: Football 85
13               is the Only Sure Bet
     Exhibit 9   NFL_0090791                131
14   Exhibit 10  NFL_1105761                137
     Exhibit 11  NFL_0055732                148
15   Exhibit 12  NFL_0609532                161
     Exhibit 13  NFL_00335468               190
16   Exhibit 14  NFL_1089631                217
     Exhibit 15  NFL_0864442                226
17   Exhibit 16  NFL_1221708                233
     Exhibit 17  NFL_1215804                238
18   Exhibit 18  NFL_1216326                241
     Exhibit 19  NFL_1199512                244
19   Exhibit 20  Cached Version of DAZN's Sale 252
                 of NFL Game Pass
20   Exhibit 21  NFL_1137717                256
21
22
23
24
25
```

## Page 4

```
 1   Thereupon,
 2   the proceedings began at 9:03 a.m.:
 3           THE VIDEOGRAPHER:  We are on the
 4   record on May 18, 2022, at
 5   approximately 9:03 a.m. Eastern Time
 6   for the remote video deposition of
 7   Mr. Brian Rolapp in the matter of In
 8   Re:  National Football League Sunday
 9   Ticket Antitrust Litigation.
10           My name is Bryan Beltran, and I
11   am the videographer.
12           Will counsel please introduce
13   themselves for the record beginning
14   with the party noticing this
15   proceeding.
16           MR. LECKMAN:  Peter Leckman from
17   Langer Grogan & Diver.  With me also
18   is Kevin Trainer, another attorney
19   from our office, and Kim Ferrari, a
20   paralegal from the office.
21           MR. KILARU:  And this is Rakesh
22   Kilaru on behalf of defendants from
23   Wilkinson Stekloff.  With me in the
24   room is Max Warren also from Wilkinson
25   Stekloff, Derek Ludwin from Covington
```

Page 85

1   A.  Yes.
2   Q.  And what is your understanding of
3  this provision?
4   A.  I have no understanding of this
5  provision.  It's the first time I read it.
6   Q.  Do you know if the league's
7  currently telecasting arrangement conformed
8  to the final judgment of the United States as
9  mentioned here?
10      MR. KILARU:  Object to the form.
11   A.  I assume they do.  Again, I
12  negotiate the agreements.  The lawyers make
13  sure we do it right.  So I assume we are in
14  compliance.
15  BY MR. LECKMAN:
16   Q.  All right.  You can put the
17  constitution to one side for the time being.
18  And the next -- you can open Envelope 9.
19      Okay.  Envelope 9 contains an
20  article printed from fortune.com, which will
21  be marked as Rolapp 8, and it's a 2005
22  article which purports to be an edited
23  transcript of two conversations with
24  Mr. Rolapp.
25      (Exhibit 8 was marked for

Page 86

1      identification.)
2  BY MR. LECKMAN:
3   Q.  Do you see this document,
4  Mr. Rolapp?
5   A.  I do.
6   Q.  Do you recall talking with someone
7  at Fortune?
8   A.  I don't remember this, but I'm
9  sure I did.
10   Q.  Do you recall reading this article
11  when it came out?
12   A.  It was a long time ago, I'm sure I
13  did, but I don't remember specifically.
14   Q.  Fair enough.
15      Now, if you go to the bottom of 2
16  of 6 -- and, actually, just -- the only word
17  on this page that I'm going to read is the
18  very last one which is the -- and it
19  continues on to the next page, and says:  The
20  reality is on television right now there's
21  NFL football and then there's everything
22  else.  As far as I can tell, football is the
23  only sure bet on television.
24      Do you see that?
25   A.  I do.

Page 87

1   Q.  Is that something you said as best
2  you recall?
3   A.  As best I recall, yes.
4   Q.  Do you still agree with this
5  statement?
6   A.  Yes.  I think by far NFL football
7  is the most popular content on television.
8   Q.  And what did you mean when you
9  said, as far as you can tell, football is the
10  only sure bet?
11   A.  I think what I meant is it's the
12  only sure bet from an advertising standpoint
13  if you knew you wanted to advertise and reach
14  a large audience, which television used to be
15  really good at in aggregating audiences.  Now
16  it's only really good at doing that for
17  events and more specifically for football.
18      I think it's a sure bet in that
19  the fan knows you're going to get a
20  high-quality product that they can access.  I
21  think it's the bedrock of over-the-air
22  television.
23   Q.  What days of the week are live NFL
24  games telecast during the regular season,
25  let's say, last year?

Page 88

1   A.  Sunday, Monday, Thursday, and late
2  in the season, regular season, Saturdays, the
3  last half of December.
4   Q.  And the league partners with
5  different companies to produce the games; is
6  that right?
7   A.  That is right.
8   Q.  So can you walk us through a week
9  of regular season NFL football, say last
10  year, and explain who produced the games and
11  where the games were telecast?
12   A.  Sure.
13      So in a typical week, the week
14  technically starts on a Thursday night where
15  a fan will watch Thursday Night Football.
16  Last year that was available in three places,
17  Fox Television Network, the NFL Network, you
18  know, on Amazon Prime.
19      Come Sunday, a fan would see games
20  at 1:00 in the their market free over the air
21  as well as at 4:00, 4:25, depending on the
22  game, there's games there.  And then on
23  Sunday night, there's a prime time game on
24  NBC.  The Sunday afternoon games, I should
25  say, are on CBS and Fox.

276

1      CERTIFICATE OF REPORTER

2

3  UNITED STATES DISTRICT COURT )

4

5

6     I, ERICA FIELD, Stenographic Reporter,

7  certify that I was authorized to and did

8  stenographically report the deposition of

9  BRIAN ROLAPP, pages 1 through 275; that a

10 review of the transcript was not requested;

11 and that the transcript is a true and

12 complete record of my stenographic notes.

13    I further certify that I am not a

14 relative, employee, attorney, or counsel of

15 any of the parties, nor am I a relative or

16 employee of any of the parties' attorney or

17 counsel connected with the action, nor am I

18 financially interested in the action.

19

20    DATED this 19th day of May, 2022.

21

22    _____
      Erica Field
23

24

25