# Exhibit 4

| | |
|---|---|
| **From:** | Jeremy Barber |
| **To:** | Tyler Finn; Max Warren; Rakesh Kilaru; Caroline Li; Justin Mungai; Ludwin, Derek |
| **Cc:** | Armstead Lewis; Farhad Mirzadeh; Howard Langer; Ian Gore; Kevin Trainer; Marc Seltzer; Ned Diver; Peter Leckman; Renee Thomas; Rodney Polanco; Sathya S. Gosselin; Scott A. Martin; Seth Ard; Samuel Maida |
| **Subject:** | RE: Letter re: Production of Google-NFL Agreement |
| **Date:** | Wednesday, December 28, 2022 5:43:52 PM |
| **Attachments:** | external.png |

🛡 **External email** ›

Hi Tyler –

We intend to comply with the Court's order regarding discovery related to the new deal. Given that, it is not clear from your letter what, if anything, would need to be discussed during a meet and confer and what relief you might seek from the Court. In any event, we are not available to meet and confer tomorrow and would suggest we speak next week. We can be available on Tuesday, January 3, at 3pm ET. Does that work for you?

Best,
-Jeremy


**Jeremy Barber** | Partner

**WILKINSON STEKLOFF LLP**

130 W 42nd Street, Floor 24, New York, NY 10036
Direct: (212) 294-8929 | Fax: (202) 847-4005
jbarber@wilkinsonstekloff.com
wilkinsonstekloff.com
Pronouns: He/Him/His


The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**From:** Tyler Finn <TFinn@susmangodfrey.com>
**Sent:** Tuesday, December 27, 2022 5:46 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Justin Mungai <jmungai@wilkinsonstekloff.com>; Ludwin, Derek <dludwin@cov.com>
**Cc:** Armstead Lewis <ALewis@susmangodfrey.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Howard Langer <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; Kevin Trainer <ktrainer@langergrogan.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ned Diver

<ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Renee Thomas <rthomas@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; smartin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Samuel Maida <smaida@hausfeld.com>; Tyler Finn <TFinn@susmangodfrey.com>
**Subject:** Letter re: Production of Google-NFL Agreement

Counsel –

Attached please find correspondence concerning the production of the recently executed agreement between the NFL and Google.

Thank you.

**Tyler Finn**
Associate | Susman Godfrey LLP
212.729.2016 (office) | 203.550.7358 (cell)
tfinn@susmangodfrey.com