# Exhibit 2

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# In the Matter Of:

*NFL Sunday Ticket Antitrust Litigation*

*ROBERT KRAFT*

*June 23, 2022*



Page 1

```
 1                      VOLUME: I
                         PAGES: 1-63
 2                       EXHIBITS: 1-6
 3           UNITED STATES DISTRICT COURT
 4           CENTRAL DISTRICT OF CALIFORNIA
 5
 6   *************************************
     IN RE: NATIONAL FOOTBALL LEAGUE'S     *
 7   "SUNDAY TICKET" ANTITRUST             *
     LITIGATION,                           *
 8                                         *
                                           *
 9                                         *
     Civil Action No.
10   2:15-ml-02668-PSG(JEMx)
     *************************************
11
12
13     VIDEOTAPED DEPOSITION of ROBERT K. KRAFT
14             Thursday, June 23, 2022
15                   9:07 a.m.
16
             Held at:  Gillette Stadium
17                1 Patriots Place
             Foxborough, Massachusetts
18
19
20    ------- Megan M. Castro, RPR, CSR -------
21                    Lexitas
         508-478-9795 ~ 508-478-0595 (Fax)
22              www.LexitasLegal.com
23
24
```

Page 2

```
 1   APPEARANCES:
 2   HAUSFELD
       Scott Martin, Esquire
 3     Farhad Mirzadeh, Esquire
       33 Whitehall Street
 4     14th Floor
       New York, New York  10004
 5     646-357-1100
       smartin@hausfeld.com
 6     fmirzadeh@hausfeld.com
       on behalf of the Plaintiffs
 7
 8   WILKINSON STEKLOFF
       Rakesh N. Kilaru, Esquire
 9     2001 M Street, NW
       10th Floor
10     Washington, District of Columbia  20036
       202-847-4000
11     rkilaru@wilkinsonstekloff.com
       on behalf of the NFL
12
13
     ALSO PRESENT:
14
     Robyn Glaser, Esquire, Kraft Group
15
     Janet Noval, Esquire, NFL
16
     Shawn Budd, videographer
17
18
19
20
21
22
23
24
```

Page 3

```
 1                I N D E X
 2   Witness                               Page
 3   ROBERT K. KRAFT
 4     Examination by Mr. Martin            5
 5
 6
 7              E X H I B I T S
 8   Number      Description              Page
 9
     Exhibit 1  Email dated 5-6-21, Bates   14
10              number NFL_0683418 through
                683452
11
     Exhibit 2  Email dated 5-23-21, Bates  22
12              number NFL_1216326 through
                1216332
13
     Exhibit 3  Email dated 3-8-13, Bates   42
14              number NFL_0375867 through
                375868
15
     Exhibit 4  Email dated 7-1-21, Bates   48
16              number NFL_1221708 through
                1221709
17
     Exhibit 5  Email dated 9-30-04, Bates  55
18              number NFL_0350706 through
                350712
19
     Exhibit 6  Email dated 3-1-19, Bates   59
20              number NFL_0153735 through
                153747
21
22
     Original exhibits were retained by the court reporter
23         and returned to Attorney Martin.
24
```

Page 4

```
 1          P R O C E E D I N G S
 2                  - - -
 3       THE VIDEOGRAPHER:  We are on the record.
 4  This is the videographer speaking, Shawn Budd,
 5  with Lexitas.
 6       Today's date is June 23, 2022, and the
 7  time is 9:07 a.m.
 8       We are here in Foxborough, Massachusetts,
 9  to take the video deposition of Robert Kraft in
10  the matter of NFL Sunday Ticket Antitrust
11  Litigation.
12       Would counsel please introduce themselves
13  for the record.
14       MR. MARTIN:  For the plaintiffs, Scott
15  Martin, Hausfeld LLP.
16       MR. MIRZADEH:  And Farhad Mirzadeh, also
17  with Hausfeld LLP.
18       MR. KILARU:  For the defendants, Rakesh
19  Kilaru, from Wilkinson Stekloff.
20       THE VIDEOGRAPHER:  Would the court
21  reporter, Megan Castro, please swear in the
22  witness.
23                  - - -
24       ROBERT K. KRAFT, first having been
```



Page 37

Page 38

Page 39

Page 40

1
3  BY MR. MARTIN:
4     Q.  Are you familiar with the product called
5  NFL Plus?
6     **A.  Vaguely.**
7     Q.  Can you tell me what your general
8  familiarity with NFL Plus is, what it is?
9     **A.  Really minimal.**
10    Q.  As minimal as it may be, can you tell me
11  what you --
12    **A.  I really don't.**
13    Q.  Okay.
14       MR. MARTIN:  We have been going about an
15  hour.  Do you want to take a minute?  It is up to
16  you.
17       MS. GLASER:  Would you like a break, or
18  are you okay?
19       **THE WITNESS:  No.  I am fine.  I would**
20  **like to --**
21       MR. MARTIN:  We will keep going.
22       **THE WITNESS:  Unless it is tiring on you.**
23       MR. MARTIN:  You have far more fortitude
24  than I do, Mr. Kraft.  I have no doubt about



Page 61

[lines 1-18 redacted]

19    MR. MARTIN: Okay. That is all I have.
20    MR. KILARU: Okay. Nothing for me.
21    THE VIDEOGRAPHER: The time is 11:08. We
22 are off the record.
23    (Whereupon, at 11:08 a.m., the deposition
24 was adjourned.)

Page 62

1 ATTACH TO DEPOSITION OF:   ROBERT K. KRAFT
2 CASE:   IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY
   TICKET" ANTITRUST LITIGATION
3
   DATE TAKEN:   06/23/2022
4
                ERRATA SHEET
5
6 PAGE    LINE    CHANGE       REASON
7
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15    I have read the foregoing transcript of
16 my deposition and except for any corrections or
17 changes noted above, I hereby subscribe to the
18 transcript as an accurate record of the statements
19 made by me.
20    Executed this ____ day of
21 _____, 20__.
22
23    _____
              ROBERT K. KRAFT
24

Page 63

1              CERTIFICATE
2 Commonwealth of Massachusetts
3 Suffolk, ss.
4
5    I, Megan M. Castro, Registered
6 Professional Reporter and Notary Public in and for
7 the Commonwealth of Massachusetts, do hereby
8 certify:
9    That ROBERT K. KRAFT, the witness whose
10 deposition is hereinbefore set forth, was duly
11 sworn by me and that such deposition is a true
12 record of the testimony given by the said witness.
13    IN WITNESS WHEREOF, I have hereunto set
14 my hand on June 27, 2022.
15              
16
              Megan M. Castro
17      Registered Professional Reporter
     Certified Shorthand Reporter No. 152614
18
   My Commission expires:
19 July 22, 2027
20
21
22
23
24

# Exhibit A

## Corrections to the Deposition Transcript of Robert Kraft – June 28, 2022

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 8:16 | "experience in dealing in media" | "experience dealing in media" | Transcription error |
| 10:19 | "waiver" | "labor" | Transcription error |
| 23:20 | "emailings" | "mailings" | Transcription error |
| 56:03 | "light" | "lite" | Transcription error |

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: Sept 1, 2022            By: _____
                                    Robert Kraft