# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8812 TAVERN CORP., D/B/A BENCH SPORTS BAR, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> DIRECTV, LLC, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:15–ml–02668–PSG–JEM <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __12/29/2022__

Document No.:   __838__

Title of Document:   __SEALED NOTICE OF MOTION AND MOTION re Order on Motion for Leave to File Document Under Seal__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: SEALED NOTICE OF MOTION AND MOTION re Order on Motion for Leave to File Document Under Seal––>Declaration (Motion Related)

Other:

**Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ January 3, 2023 _          By: _ /s/ Yvette Louis  yvette_louis@cacd.uscourts.gov _
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS