UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

NEOPOST
11/29/2022
US POSTAGE $001.44⁰
ZIP 90012
041M11461109



FILED
CLERK, U.S. DISTRICT COURT
1/4/23
CENTRAL DISTRICT OF CALIFORNIA
BY: slo  DEPUTY

JEM

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN - 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

NIXIE    061    72  1         02/30/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299         0060N364165-021137

CSO

Case: 2:15ml2668  Doc: 720

Roger A Sachar                                    Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036