**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



11/30/2022
US POSTAGE $001.44
ZIP 90012
041M1146

**FILED**
CLERK, U.S. DISTRICT COURT

1/4/23

CENTRAL DISTRICT OF CALIFORNIA
BY: ___slo___ DEPUTY

JEM

-R-T-S-   100365036-1N         12/20/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER



RECEIVED
CLERK, U.S. DISTRICT COURT
JAN - 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

Case: 2:15ml2668  Doc: 723

Roger A Sachar                                                    Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036