FILED
CLERK, U.S. DISTRICT COURT
JAN -3 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

wk#841

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION UNDER RULE 79-5 TO FILE DOCUMENTS UNDER SEAL<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: January 27, 2023<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Edward Diver in Support of Plaintiffs' Application to File Documents Under Seal.
2. The unredacted version of Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion to Disqualify NFL Expert Dr. Ali Yurukoglu.
3. The unredacted versions of Exhibits 1, 2, and 3 to the Declaration of Edward Diver in Support of Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion to Disqualify NFL Expert Dr. Ali Yurukoglu.

IT IS SO ORDERED.

Dated: 1/3/23

PHILIP S. GUTIERREZ
United States District Judge