# Exhibit 3
# to the Declaration of Ian Gore

| | |
|---|---|
| **From:** | Ian Gore |
| **To:** | Ludwin, Derek; Jeremy Barber; Max Warren; Blake Neal; Caroline Li; Brian Stekloff; bwilkinson@wilkinsonstekloff.com; Levy, Gregg; nsahni@cov.com |
| **Cc:** | Marc Seltzer; Seth Ard; Tyler Finn; Howard Langer; Peter Leckman; Ned Diver; Kevin Trainer; Rodney Polanco; smartin; Sathya S. Gosselin; Farhad Mirzadeh; Samuel Maida |
| **Subject:** | NFL Sunday Ticket Antitrust Litigation: Service of Expert Backup Data |
| **Date:** | Wednesday, August 24, 2022 8:09:42 PM |

Counsel,

Pursuant to the expert discovery order, below is a link to a Dropbox containing the backup materials for Plaintiffs' experts. Please note that, for the Rascher data, we encountered some technical issues with the use of the standard Windows zip utility (we suspect because of long filenames with odd characters). As a result, we recommend extracting that zip using the 7zip utility (an open source program).

Dropbox Link: https://www.dropbox.com/sh/qlbuwla4923evca/AADjGxI5myYFlhxb_yy1jPFqa?dl=0

Regards,
Ian

Ian M. Gore | Partner
**Susman Godfrey L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
206-505-3841 (office) | 719-433-0818 (cell)
igore@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.