# Exhibit 5
# to the Declaration of Ian Gore

## Ian Gore

| | |
|---|---|
| **From:** | Ian Gore |
| **Sent:** | Friday, September 9, 2022 3:58 PM |
| **To:** | Jeremy Barber; Max Warren |
| **Cc:** | Marc Seltzer; Seth Ard; Tyler Finn; Howard Langer; Ned Diver; Peter Leckman; Kevin Trainer; smartin; Sathya S. Gosselin; Farhad Mirzadeh; Samuel Maida; Rakesh Kilaru; Brian Stekloff; Caroline Li; Blake Neal; Ledain, Lelia A; Ludwin, Derek |
| **Subject:** | RE: Proposed Dates for Expert Depositions |
| **Attachments:** | NFL All Starts Data.xlsx; conjoint_design.r; NFL3_survey_design.csv |

Jeremy,

Regarding your requests on additional backup materials from our experts, our responses are below:

Sarah Butler

- An executable version of Ms. Butler's survey – *A survey test link that allows clicking through the survey as a respondent would experience it is available at* https://selfserve.decipherinc.com/survey/selfserve/185f/220113/temp-edit-live?SCREENSHOT=0
- The verbatim information collected from the pretest of the six respondents who took the pretest survey (Butler Report Paragraph 57) – *this information was produced in Exhibit E to Ms. Butler's report*.
- Data for the entire universe of 10,165 individuals who began Ms. Butler's survey – *This is attached as "NFL All Starts Data.xlsx."*
- Data from the individuals who qualified for Ms. Butler's survey but whom were nevertheless cut from the final survey results (Butler Report Paragraph 85) – *Also included in the "NFL All Starts Data.xlsx"*
- The file "NFL3_survey_design.csv" that was used to field the conjoint survey – *Attached*
- The file "conjoint_design.r" (with seed) that created the design file for the conjoint survey – *Attached*
- A description of Veridata's sampling frame referenced in Ms. Butler's report – *The sampling frame for the study was Veridata's online panel of respondents across the United States.*
- The number of individuals who were sent an invitation to participate in Ms. Butler's survey – *96,740*
- A description of the weighting used to produce the estimates in Appendix K of Ms. Butler's report – *The first wave of data were weighted so that there are 75% male, 25% female, and 1/3 of respondents in each age group.*

Please note that the last three bullets are informational requests that are appropriately addressed in a deposition. While Plaintiffs are amenable to answering them now, any similar requests in the future will not be answered outside of that context.

Doug Zona
The materials you requested are the output files from the programs that we already provided in Dr. Zona's backup materials. Dr. Zona did not maintain copies of those files as they are all reproducible by running the programs that we already provided to you. For Plaintiffs to provide them, Dr. Zona would have to re-run the programs, which the NFL's experts can just as easily do given what we've provided.

Regards,
Ian

Ian M. Gore | Partner
**Susman Godfrey L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101

206-505-3841 (office) | 719-433-0818 (cell)
igore@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Sent:** Wednesday, September 7, 2022 1:40 PM
**To:** Ian Gore <IGore@susmangodfrey.com>; Max Warren <mwarren@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Ledain, Lelia A <lledain@cov.com>; Ludwin, Derek <dludwin@cov.com>
**Subject:** RE: Proposed Dates for Expert Depositions

EXTERNAL Email
Thanks Ian –

We can confirm the following dates for depositions of your experts:
- Rascher – 10/3
- Zona – 10/13
- Butler – 10/24

As we indicated below, we expect that we will take these depositions in person.  Please propose a location consistent with the parties' prior practices.

We also have an additional request for backup materials related to your expert reports. Please send us the products of Mr. Zona's data build, or everything that lands in his folder "Analyses\Data\Intermediate."  The backup materials previously provided do not include these intermediate datasets.  Please provide by **Friday, September 9, 2022.**

Best,
Jeremy

---

**From:** Ian Gore <IGore@susmangodfrey.com>
**Sent:** Wednesday, September 7, 2022 12:48 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Ludwin, Derek <dludwin@cov.com>; Ledain, Lelia A <lledain@cov.com>
**Subject:** RE: Proposed Dates for Expert Depositions

Jeremy,

We have been working with our experts since Max's email last week to determine alternative dates, but their availability in October is quite limited due to deadlines in other matters. Here are the dates we can offer:

- Rascher – 10/3 or 10/28
- Zona – 10/13 or 10/14
- Butler – 10/24, 10/25, 11/1, or 11/2

Their schedules are often in flux, so please confirm a date as soon as possible.

As to the remainder of your message, we will look into those issues and get back to you.

Regards,
Ian

Ian M. Gore | Partner
**Susman Godfrey L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
206-505-3841 (office) | 719-433-0818 (cell)
igore@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Sent:** Wednesday, September 7, 2022 7:43 AM
**To:** Max Warren <mwarren@wilkinsonstekloff.com>; Ian Gore <IGore@susmangodfrey.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Ludwin, Derek <dludwin@cov.com>; Ledain, Lelia A <lledain@cov.com>
**Subject:** RE: Proposed Dates for Expert Depositions

EXTERNAL Email
Ian –

I write to raise three things.

First, as requested below, can you please provide additional dates in October for the depositions of your experts?  We would appreciate it if we could finalize these dates in the near future.

Second, as noted below, we intend to file Rule 702 motions to exclude some or all of your experts.  Attached are a draft stipulation and a draft proposed order informing the Court of this additional briefing and setting appropriate deadlines.  Please let us know if we have your permission to file.

Third, as we review your class certification expert reports and supporting material, we have noticed several omissions that prevent the NFL Defendants from reconstructing the work, calculations, and analyses upon which the Plaintiffs' experts rely for their opinions.  Please provide the following information by **Friday, September 9, 2022**:

- An executable version of Ms. Butler's survey.
- The verbatim information collected from the pretest of the six respondents who took the pretest survey (Butler Report Para. ¶ 57).
- A description of Veridata's sampling frame referenced in Ms. Butler's report.
- The number of individuals who were sent an invitation to participate in Ms. Butler's survey.
- Data for the entire universe of 10,165 individuals who began Ms. Butler's survey.   This would include any questionnaires that may have been completed with demographic information for the survey participants.
- Data from the individuals who qualified for Ms. Butler's survey but whom were nevertheless cut from the final survey results (Butler Report ¶ 85).
- The file "*NFL3_survey_design.csv*" that was used to field the conjoint survey.
- The file *"conjoint_design.r "* (with seed) that created the design file for the conjoint survey.
- A description of the weighting used to produce the estimates in Appendix K of Ms. Butler' report.

We reserve the right to make further requests as we continue our review.


Best,
Jeremy




**Jeremy Barber |** Partner
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, Floor 24, New York, NY 10036
Direct: (212) 294-8929 | Fax: (202) 847-4005
jbarber@wilkinsonstekloff.com
wilkinsonstekloff.com
*Pronouns: He/Him/His*

---

**From:** Max Warren <mwarren@wilkinsonstekloff.com>
**Sent:** Wednesday, August 31, 2022 3:54 PM
**To:** Ian Gore <IGore@susmangodfrey.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>
**Subject:** RE: Proposed Dates for Expert Depositions

Ian,

We are still confirming, but the dates you proposed do not appear workable for us.  Can you please provide some additional dates in October?  Our preference is to do these in person, but that will depend on what dates we ultimately land on.

As to the other points you raised, while we are willing to make our experts available for deposition prior to your reply/rebuttal reports, we cannot agree to forego additional depositions of your experts, particularly if they materially alter their conclusions or methodologies on reply.  We reserve all rights to seek additional depositions.

Last, we are planning to file Rule 702 motions to exclude some or all of your experts.  We plan to file these motion(s) on November 4, and will notice them for a hearing on December 16. It is our understanding that Plaintiffs' response will be due no later than November 25, with the NFL's reply due no later than December 2.  We are planning to prepare a stipulation to inform the Court of this additional briefing, which we will send your way shortly.

Please let us know if you'd like to meet and confer about any of the above.

Best,
Max

**Max Warren |** Counsel
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Flr, Washington, DC 20036
Direct: (202) 847-4008 | Fax: (202) 847-4005
mwarren@wilkinsonstekloff.com
wilkinsonstekloff.com

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**From:** Ian Gore <IGore@susmangodfrey.com>
**Sent:** Tuesday, August 30, 2022 4:13 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>
**Subject:** Proposed Dates for Expert Depositions

Jeremy/Max:

Plaintiffs propose the following dates for the NFL's depositions of Plaintiffs' experts:

1.  Butler – 9/28 or 10/6
2.  Zona – 9/30
3.  Rascher – 10/3

Please let us know if the NFL intends to take these depositions remotely or in person. If in person, we will propose a location consistent with the parties' prior practices. Please also take note that Plaintiffs intend to offer their experts for only one deposition during the class certification stage. Moreover, Plaintiffs' offer is subject to the NFL's agreement that Plaintiffs will have an opportunity to depose the NFL's experts at a reasonable time prior to the deadline for Plaintiffs' reply/rebuttal reports.

Regards,

Ian

Ian M. Gore | Partner

**Susman Godfrey L.L.P.**

401 Union Street, Suite 3000

Seattle, WA 98101

206-505-3841 (office) | 719-433-0818 (cell)

igore@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.