Exhibit 15
to the Declaration of Ian Gore

## Ian Gore

| | |
|---|---|
| **From:** | Ian Gore <IGore@susmangodfrey.com> |
| **Sent:** | Thursday, September 29, 2022 5:37 PM |
| **To:** | Jeremy Barber; Max Warren |
| **Cc:** | Marc Seltzer; Seth Ard; Tyler Finn; Howard Langer; Ned Diver; Peter Leckman; Kevin Trainer; smartin; Sathya S. Gosselin; Farhad Mirzadeh; Samuel Maida; Rakesh Kilaru; Brian Stekloff; Caroline Li; Blake Neal; Ledain, Lelia A; Ludwin, Derek |
| **Subject:** | RE: Proposed Dates for Expert Depositions |

Jeremy – The intermediate output files below are available at the following Dropbox link:

https://www.dropbox.com/scl/fo/g7t4ajy8jevmmraenmf8a/h?dl=0&rlkey=78fplu1l3os6po5p6vme2v2vg

Regards,
Ian

Ian M. Gore | Partner
**Susman Godfrey L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
206-505-3841 (office) | 719-433-0818 (cell)
igore@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.

**From:** Ian Gore
**Sent:** Thursday, September 29, 2022 4:10 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <tfinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Ledain, Lelia A <lledain@cov.com>; Ludwin, Derek <dludwin@cov.com>
**Subject:** RE: Proposed Dates for Expert Depositions

Jeremy,

Thanks again for providing some greater detail on the issues. Our responses are below:

**Viewership Processing Folder**

- Regarding lines 175-76 of Command 4, those lines are the result of typographical errors left in the code as it was being prepared for production. As the code was being prepared for production, it is altered in non-material ways. For example, changing out the file paths for the data sources. Another change that is made to the code is

deleting lines of code that were used for testing purposes as the code was being written (such as having log files). Thus, those lines should have been deleted as the code was prepared for production to you.

- Regarding the extra period on line 192 of Command 4, you seem to already know that is a typo and can be corrected. It was also introduced in the production process.
- Regarding the union issue, that involved the inadvertent deletion of a line of code in preparing it for production.

To correct these issues, we are producing a new version of the code that remedies these issues. We anticipate providing that to you tomorrow.

**Intermediate Output Files**
We will produce the intermediate files you requested with the following caveats:

- The weekly files for the years 2021 and 2022 will not be produced. While the code was designed to iterate through all of the data, the data for those years from DIRECTV was incomplete and therefore not used. As a result, those files were never created for our expert's analysis.
- Our experts only used the "NFL_DIRECTV_AMS" files, which I understand reflect the set-top box data (as opposed to cell phones, etc.) from DIRECTV. While the other files were not used by our experts, the files were created and so we will produce them.
- The data for "Data for Rascher Exhibit 8.csv" was provided in Dr. Rascher's exhibit 8 information in a tab called data. Nevertheless, we will also produce the .csv as requested.

I anticipate being able to provide those files <u>tonight</u>.

**DMA/Zip Code Processing**
In reviewing all of this, an issue was identified regarding the production of the code that processes the viewership data into a useful extraction for analysis. This file is named "3. Viewership Analysis_V2.sas". First, two versions of that code exist—one to extract 2018 data for Dr. Zona's analysis and a similar one to extract 2019 data for Dr. Rascher's different analysis. The backup we produced for Dr. Zona, however, was compiled from the code used to extract 2019 data for Dr. Rascher's analysis. As such, the code to extract 2018 data for Dr. Zona's analysis was not produced. We anticipate providing that, as well as the complete code used to extract 2019 data for Dr. Rascher's analysis, tomorrow.

Regards,
Ian

Ian M. Gore | Partner
**Susman Godfrey L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
206-505-3841 (office) | 719-433-0818 (cell)
igore@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Sent:** Wednesday, September 28, 2022 9:17 AM
**To:** Ian Gore <IGore@susmangodfrey.com>; Max Warren <mwarren@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>;

Samuel Maida <smaida@hausfeld.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Ledain, Lelia A <lledain@cov.com>; Ludwin, Derek <dludwin@cov.com>
**Subject:** RE: Proposed Dates for Expert Depositions

==EXTERNAL Email==

Ian –

Thank you for your correspondence today and last Friday.  Unfortunately, problems persist.  After using the cluster configurations and settings you provided and updating the various file paths, we have identified additional typographical errors in the code used by Dr. Zona.  And even after fixing these typos, there remains a fundamental coding error that prevents us from reconstructing the work, calculations, and analyses upon which Dr. Zona relies for his opinions.  To remedy this error, please immediately provide the intermediary files we request below by **tomorrow, September 29**.

The issues we have identified are in the programs included in "1. Viewership processing" folder and are related to the code titled "2a. Key Process and ZIP File Creation Script.ipynb"

- At lines 175-176 of Command 4, the following lines of code prohibit successful completion of processing, because the "logs" referenced are not defined in the program.
    - Command 4, Line 175: log.flush()
    - Command 4, Line 176: log2.flush()
- At line 192 of Command 4, the following line includes a period at the end, which breaks execution
    - Command 4, Line 192: dframe = dframe.where(dframe.Source_System == 'XYZ') .
- Further, even after correcting the above-mentioned typo, the following specific error message is produced by line 192:  "Union can only be performed on tables with the same number of columns, but the first table has 83 columns and the second table has 78 columns."  This error results from your iterative loop construction. Specifically:
    - Dr. Zona created an empty placeholder dataset with 78 columns.  This is used as the framework to union data within a loop iteration.
    - In each iteration of the loop, hundreds of individual data files (each containing the same 78 columns) corresponding to a single week of viewership data are read in, stacked with the placeholder dataset through a union command, further processed to yield an additional five columns, and then exported.
    - In the last step prior to the next iteration of the loop, Dr. Zona clears the dataset of all rows but does not remove the five columns created during the current iteration
    - This leads to an issue on the second iteration of the loop, when the hundreds of data files for the week are stacked with the purged dataset from the first iteration, because the dataset from the current iteration has 78 columns whereas the purged dataset has 83 columns.  Databricks explicitly requires the same count of columns present in both datasets being stacked.

Given these issues, Dr. Zona's code, as produced (and ignoring simple updates to file paths), is incapable of successfully creating the intermediary files necessary to reconstruct his work and analyses.  As the code you have provided cannot be run from start to finish without error, please provide the following intermediary files to us immediately, so that we may attempt to reconstruct Dr. Zona's analyses.

1. Intermediary files generated by code titled "1. Azure Directory Hierarchy Weekly File Assignment.sas"
    - NFL_filetree_import.csv

2. Intermediary files generated by code titled "2a. Key Process and ZIP File Creation Script.ipynb" (207 files in total)
    - NFL_DIRECTV_AMS_w20180906.zip
    - NFL_DIRECTV_AMS_w20180913.zip
    - NFL_DIRECTV_AMS_w20180920.zip
    - NFL_DIRECTV_AMS_w20180927.zip
    - NFL_DIRECTV_AMS_w20181004.zip

- o   NFL_DIRECTV_AMS_w20181011.zip
- o   NFL_DIRECTV_AMS_w20181018.zip
- o   NFL_DIRECTV_AMS_w20181025.zip
- o   NFL_DIRECTV_AMS_w20181101.zip
- o   NFL_DIRECTV_AMS_w20181108.zip
- o   NFL_DIRECTV_AMS_w20181115.zip
- o   NFL_DIRECTV_AMS_w20181122.zip
- o   NFL_DIRECTV_AMS_w20181129.zip
- o   NFL_DIRECTV_AMS_w20181206.zip
- o   NFL_DIRECTV_AMS_w20181213.zip
- o   NFL_DIRECTV_AMS_w20181220.zip
- o   NFL_DIRECTV_AMS_w20181227.zip
- o   NFL_DIRECTV_AMS_w20190905.zip
- o   NFL_DIRECTV_AMS_w20190912.zip
- o   NFL_DIRECTV_AMS_w20190919.zip
- o   NFL_DIRECTV_AMS_w20190926.zip
- o   NFL_DIRECTV_AMS_w20191003.zip
- o   NFL_DIRECTV_AMS_w20191010.zip
- o   NFL_DIRECTV_AMS_w20191017.zip
- o   NFL_DIRECTV_AMS_w20191024.zip
- o   NFL_DIRECTV_AMS_w20191031.zip
- o   NFL_DIRECTV_AMS_w20191107.zip
- o   NFL_DIRECTV_AMS_w20191114.zip
- o   NFL_DIRECTV_AMS_w20191121.zip
- o   NFL_DIRECTV_AMS_w20191128.zip
- o   NFL_DIRECTV_AMS_w20191205.zip
- o   NFL_DIRECTV_AMS_w20191212.zip
- o   NFL_DIRECTV_AMS_w20191219.zip
- o   NFL_DIRECTV_AMS_w20191226.zip
- o   NFL_DIRECTV_AMS_w20200910.zip
- o   NFL_DIRECTV_AMS_w20200917.zip
- o   NFL_DIRECTV_AMS_w20200924.zip
- o   NFL_DIRECTV_AMS_w20201001.zip
- o   NFL_DIRECTV_AMS_w20201008.zip
- o   NFL_DIRECTV_AMS_w20201015.zip
- o   NFL_DIRECTV_AMS_w20201022.zip
- o   NFL_DIRECTV_AMS_w20201029.zip
- o   NFL_DIRECTV_AMS_w20201105.zip
- o   NFL_DIRECTV_AMS_w20201112.zip
- o   NFL_DIRECTV_AMS_w20201119.zip
- o   NFL_DIRECTV_AMS_w20201126.zip
- o   NFL_DIRECTV_AMS_w20201203.zip
- o   NFL_DIRECTV_AMS_w20201210.zip
- o   NFL_DIRECTV_AMS_w20201217.zip
- o   NFL_DIRECTV_AMS_w20201224.zip
- o   NFL_DIRECTV_AMS_w20201231.zip
- o   NFL_DIRECTV_AMS_w20210909.zip
- o   NFL_DIRECTV_AMS_w20210916.zip
- o   NFL_DIRECTV_AMS_w20210923.zip
- o   NFL_DIRECTV_AMS_w20210930.zip
- o   NFL_DIRECTV_AMS_w20211007.zip
- o   NFL_DIRECTV_AMS_w20211014.zip

- NFL_DIRECTV_AMS_w20211021.zip
- NFL_DIRECTV_AMS_w20211028.zip
- NFL_DIRECTV_AMS_w20211104.zip
- NFL_DIRECTV_AMS_w20211111.zip
- NFL_DIRECTV_AMS_w20211118.zip
- NFL_DIRECTV_AMS_w20211125.zip
- NFL_DIRECTV_AMS_w20211202.zip
- NFL_DIRECTV_AMS_w20211209.zip
- NFL_DIRECTV_AMS_w20211216.zip
- NFL_DIRECTV_AMS_w20211223.zip
- NFL_DIRECTV_AMS_w20211230.zip
- NFL_DIRECTV_AMS_w20220106.zip
- NFL_DIRECTV_OMN_w20180906.zip
- NFL_DIRECTV_OMN_w20180913.zip
- NFL_DIRECTV_OMN_w20180920.zip
- NFL_DIRECTV_OMN_w20180927.zip
- NFL_DIRECTV_OMN_w20181004.zip
- NFL_DIRECTV_OMN_w20181011.zip
- NFL_DIRECTV_OMN_w20181018.zip
- NFL_DIRECTV_OMN_w20181025.zip
- NFL_DIRECTV_OMN_w20181101.zip
- NFL_DIRECTV_OMN_w20181108.zip
- NFL_DIRECTV_OMN_w20181115.zip
- NFL_DIRECTV_OMN_w20181122.zip
- NFL_DIRECTV_OMN_w20181129.zip
- NFL_DIRECTV_OMN_w20181206.zip
- NFL_DIRECTV_OMN_w20181213.zip
- NFL_DIRECTV_OMN_w20181220.zip
- NFL_DIRECTV_OMN_w20181227.zip
- NFL_DIRECTV_OMN_w20190905.zip
- NFL_DIRECTV_OMN_w20190912.zip
- NFL_DIRECTV_OMN_w20190919.zip
- NFL_DIRECTV_OMN_w20190926.zip
- NFL_DIRECTV_OMN_w20191003.zip
- NFL_DIRECTV_OMN_w20191010.zip
- NFL_DIRECTV_OMN_w20191017.zip
- NFL_DIRECTV_OMN_w20191024.zip
- NFL_DIRECTV_OMN_w20191031.zip
- NFL_DIRECTV_OMN_w20191107.zip
- NFL_DIRECTV_OMN_w20191114.zip
- NFL_DIRECTV_OMN_w20191121.zip
- NFL_DIRECTV_OMN_w20191128.zip
- NFL_DIRECTV_OMN_w20191205.zip
- NFL_DIRECTV_OMN_w20191212.zip
- NFL_DIRECTV_OMN_w20191219.zip
- NFL_DIRECTV_OMN_w20191226.zip
- NFL_DIRECTV_OMN_w20200910.zip
- NFL_DIRECTV_OMN_w20200917.zip
- NFL_DIRECTV_OMN_w20200924.zip
- NFL_DIRECTV_OMN_w20201001.zip
- NFL_DIRECTV_OMN_w20201008.zip
- NFL_DIRECTV_OMN_w20201015.zip

- NFL_DIRECTV_OMN_w20201022.zip
- NFL_DIRECTV_OMN_w20201029.zip
- NFL_DIRECTV_OMN_w20201105.zip
- NFL_DIRECTV_OMN_w20201112.zip
- NFL_DIRECTV_OMN_w20201119.zip
- NFL_DIRECTV_OMN_w20201126.zip
- NFL_DIRECTV_OMN_w20201203.zip
- NFL_DIRECTV_OMN_w20201210.zip
- NFL_DIRECTV_OMN_w20201217.zip
- NFL_DIRECTV_OMN_w20201224.zip
- NFL_DIRECTV_OMN_w20201231.zip
- NFL_DIRECTV_OMN_w20210909.zip
- NFL_DIRECTV_OMN_w20210916.zip
- NFL_DIRECTV_OMN_w20210923.zip
- NFL_DIRECTV_OMN_w20210930.zip
- NFL_DIRECTV_OMN_w20211007.zip
- NFL_DIRECTV_OMN_w20211014.zip
- NFL_DIRECTV_OMN_w20211021.zip
- NFL_DIRECTV_OMN_w20211028.zip
- NFL_DIRECTV_OMN_w20211104.zip
- NFL_DIRECTV_OMN_w20211111.zip
- NFL_DIRECTV_OMN_w20211118.zip
- NFL_DIRECTV_OMN_w20211125.zip
- NFL_DIRECTV_OMN_w20211202.zip
- NFL_DIRECTV_OMN_w20211209.zip
- NFL_DIRECTV_OMN_w20211216.zip
- NFL_DIRECTV_OMN_w20211223.zip
- NFL_DIRECTV_OMN_w20211230.zip
- NFL_DIRECTV_OMN_w20220106.zip
- NFL_NFLST_OMN_w20180906.zip
- NFL_NFLST_OMN_w20180913.zip
- NFL_NFLST_OMN_w20180920.zip
- NFL_NFLST_OMN_w20180927.zip
- NFL_NFLST_OMN_w20181004.zip
- NFL_NFLST_OMN_w20181011.zip
- NFL_NFLST_OMN_w20181018.zip
- NFL_NFLST_OMN_w20181025.zip
- NFL_NFLST_OMN_w20181101.zip
- NFL_NFLST_OMN_w20181108.zip
- NFL_NFLST_OMN_w20181115.zip
- NFL_NFLST_OMN_w20181122.zip
- NFL_NFLST_OMN_w20181129.zip
- NFL_NFLST_OMN_w20181206.zip
- NFL_NFLST_OMN_w20181213.zip
- NFL_NFLST_OMN_w20181220.zip
- NFL_NFLST_OMN_w20181227.zip
- NFL_NFLST_OMN_w20190905.zip
- NFL_NFLST_OMN_w20190912.zip
- NFL_NFLST_OMN_w20190919.zip
- NFL_NFLST_OMN_w20190926.zip
- NFL_NFLST_OMN_w20191003.zip
- NFL_NFLST_OMN_w20191010.zip

- o NFL_NFLST_OMN_w20191017.zip
- o NFL_NFLST_OMN_w20191024.zip
- o NFL_NFLST_OMN_w20191031.zip
- o NFL_NFLST_OMN_w20191107.zip
- o NFL_NFLST_OMN_w20191114.zip
- o NFL_NFLST_OMN_w20191121.zip
- o NFL_NFLST_OMN_w20191128.zip
- o NFL_NFLST_OMN_w20191205.zip
- o NFL_NFLST_OMN_w20191212.zip
- o NFL_NFLST_OMN_w20191219.zip
- o NFL_NFLST_OMN_w20191226.zip
- o NFL_NFLST_OMN_w20200910.zip
- o NFL_NFLST_OMN_w20200917.zip
- o NFL_NFLST_OMN_w20200924.zip
- o NFL_NFLST_OMN_w20201001.zip
- o NFL_NFLST_OMN_w20201008.zip
- o NFL_NFLST_OMN_w20201015.zip
- o NFL_NFLST_OMN_w20201022.zip
- o NFL_NFLST_OMN_w20201029.zip
- o NFL_NFLST_OMN_w20201105.zip
- o NFL_NFLST_OMN_w20201112.zip
- o NFL_NFLST_OMN_w20201119.zip
- o NFL_NFLST_OMN_w20201126.zip
- o NFL_NFLST_OMN_w20201203.zip
- o NFL_NFLST_OMN_w20201210.zip
- o NFL_NFLST_OMN_w20201217.zip
- o NFL_NFLST_OMN_w20201224.zip
- o NFL_NFLST_OMN_w20201231.zip
- o NFL_NFLST_OMN_w20210909.zip
- o NFL_NFLST_OMN_w20210916.zip
- o NFL_NFLST_OMN_w20210923.zip
- o NFL_NFLST_OMN_w20210930.zip
- o NFL_NFLST_OMN_w20211007.zip
- o NFL_NFLST_OMN_w20211014.zip
- o NFL_NFLST_OMN_w20211021.zip
- o NFL_NFLST_OMN_w20211028.zip
- o NFL_NFLST_OMN_w20211104.zip
- o NFL_NFLST_OMN_w20211111.zip
- o NFL_NFLST_OMN_w20211118.zip
- o NFL_NFLST_OMN_w20211125.zip
- o NFL_NFLST_OMN_w20211202.zip
- o NFL_NFLST_OMN_w20211209.zip
- o NFL_NFLST_OMN_w20211216.zip
- o NFL_NFLST_OMN_w20211223.zip
- o NFL_NFLST_OMN_w20211230.zip
- o NFL_NFLST_OMN_w20220106.zip

3. Intermediary files generated by code titled "3. Viewership Analysis_V2.sas"
   - o ZIP_DMA_2019_wide.csv
   - o ZIP_DMA_2020_wide.csv
   - o Data for Rascher Exhibit 8.csv

Best,
Jeremy

---

**From:** Ian Gore <IGore@susmangodfrey.com>
**Sent:** Wednesday, September 28, 2022 12:05 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Ledain, Lelia A <lledain@cov.com>; Ludwin, Derek <dludwin@cov.com>
**Subject:** RE: Proposed Dates for Expert Depositions

Jeremy,

I'm following up on our correspondence last week regarding Dr. Zona's backup materials. With regard to the viewership data, please let us know if there are any issues with the data in light of the Databricks configuration that was provided and the three spreadsheets that were ultimately utilized for our experts' analysis.

As to the other data, you have not indicated any specific issues with running Dr. Zona's code other than the three typos that we addressed. If the NFL is having problems with the code or output, please let us know the specific issues so that we can look into it and help resolve it.

Regards,

Ian

Ian M. Gore | Partner

**Susman Godfrey L.L.P.**

401 Union Street, Suite 3000

Seattle, WA 98101

206-505-3841 (office) | 719-433-0818 (cell)

igore@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.

**From:** Ian Gore
**Sent:** Friday, September 23, 2022 11:54 AM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <tfinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Ledain, Lelia A <lledain@cov.com>; Ludwin, Derek <dludwin@cov.com>
**Subject:** RE: Proposed Dates for Expert Depositions

Jeremy:

Please see the attached correspondence.

Regards,

Ian

Ian M. Gore | Partner

**Susman Godfrey L.L.P.**

401 Union Street, Suite 3000

Seattle, WA 98101

206-505-3841 (office) | 719-433-0818 (cell)

igore@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If
you received this message in error, please notify the sender and delete it immediately.

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Sent:** Wednesday, September 21, 2022 10:48 AM
**To:** Ian Gore <IGore@susmangodfrey.com>; Max Warren <mwarren@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn
<TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>;
Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin
<smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>;
Samuel Maida <smaida@hausfeld.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Brian Stekloff
<bstekloff@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal
<bneal@wilkinsonstekloff.com>; Ledain, Lelia A <lledain@cov.com>; Ludwin, Derek <dludwin@cov.com>
**Subject:** RE: Proposed Dates for Expert Depositions

EXTERNAL Email

Ian,

The additional files you sent to us on Monday for Dr. Zona are still inadequate in multiple different respects.  We
describe those further below.  If you are not willing to produce the missing information detailed below by this Friday, we
should meet and confer promptly pursuant to Rule 37-1 so that we can litigate this issue on an expedited basis with the
Court, given Dr. Zona's deposition is currently scheduled for 10/13.  We have spent considerable time and resources
trying to understand and replicate Dr. Zona's analysis and it is proving impossible.  As you know, the inability to replicate
an expert's analysis raises serious doubts about its reliability and is a classic ground for exclusion under *Daubert*.

At bottom, the newly provided files you sent us do not include all relevant files needed to verify Dr. Zona's analyses.  The
recent production only included a small subset of the files within the originally requested folder of
"Data/Intermediate/Datasets"; you only provided 12 files totaling 580 MB in size, which are the highly aggregated
output from his code files.  Those files are only sufficient to run the last part of Zona's economic models in the backup
folders "5. Viewership analysis" and "6. Transaction data analysis."  They do not, however, provide the level of detail
necessary to recreate Dr. Zona's overall data build and construction, as they do not provide sufficient insight into the
processing steps that go from the individual level raw data to the aggregated data.  Based on Dr. Zona's code files, we
have identified many additional files that should be output into "Data/Intermediate/Datasets" that you have yet to
produce.  Dr. Zona's code files, and the outputs that they generate that we expected to, but did not, receive, include:

1. Code:  "2. 506sports/506 Sports Legend Extraction.py"
    1. Output:

1. "506LegendExtractionIntermediate.csv"
2. "506LegendExtractionFinal.csv"

2. Code: "3. Transaction data processing/1. Service & Event Code lookups/U2.r:"
   1. Output: "U2-NFLST service pricing.csv"
3. Code: "3. Transaction data processing/2. Data extraction/STMS Data http://Extraction.sas:"
   1. Output:
      1. Full_Summary_[file]
         1. Where [file] includes the numbers from 1 to 10 and also "Report"
      2. Full_Extract_[file]
4. Code: "3. Transaction data processing/3. Extract processing/Unique DirecTV Accounts with Zip + DirecTV subs.sas"
   1. Output: "active_accounts_all_zip_updated.csv"

The backup files you submitted are insufficient to run Dr. Zona's viewership data processing scripts.  As mentioned in a previous communication, Dr. Zona's backup files contain a Python script that needs to be run in the cloud environment Databricks, "2a. Key Process and ZIP File Creation Script.ipynb," and the information you provided is insufficient to run this script.  It will not run continuously to generate the output files.  To be more specific, the Databricks platform is configurable in thousands of permutations and the processing of data directly depends on the Databricks runtime version installed (including whether or not Photon, which is a key Databricks setting relating to performance, was enabled), any additional libraries installed, any user specified changes to the default Spark settings, selection of driver node instance, quantity of and selection of worker node instances, and whether the cluster was used in "Interactive" or "Jobs" mode.  Dr. Zona failed to provide any of these necessary Databricks configurations within his README accompanying this code.

Although we have tried many reasonable default settings, such as using the most updated libraries and some of the most powerful hardware available, we have still experienced Dr. Zona's code file crashing at line 132 "K_User.coalesce(1).write.option("delimiter", "\t").csv(K_user_file)."  Furthermore, we have observed that changing several key settings, such as the amount of memory reserved by the Databricks Spark program, allows Dr. Zona's code to run past this point, but we then either see it crash again consistently after processing some portion of the data files, or performance will degrade so that it would take the program weeks in order to output the files needed.  Understanding the settings that Dr. Zona used is crucial for us to successfully run his backup files as produced in a single pass without error.

As produced, Dr. Zona's code is incapable of completing without error in a single pass start-to-finish using a state of the art Databricks configuration, including a modern Databricks cluster using the latest runtime with a multitude of high-performance driver and worker node standard configurations provided by Databricks.  It may be possible that some rare and esoteric Databricks configuration could run Dr. Zona's code, but you have not provided the configuration that could do so.  Given the thousands of permutations a Databricks cluster can be configured with, we cannot be expected to guess at how to configure a Databricks environment to run Dr. Zona's code.

Please confirm that you will produce this missing information by Friday or otherwise let us know when you are free to meet and confer so that we can raise this issue with the Court expeditiously.

Best,

-Jeremy

---

**From:** Ian Gore <IGore@susmangodfrey.com>
**Sent:** Monday, September 19, 2022 3:26 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Ledain, Lelia A <lledain@cov.com>; Ludwin, Derek <dludwin@cov.com>
**Subject:** RE: Proposed Dates for Expert Depositions

Jeremy,

We have uploaded a new production of Dr. Zona's backup materials to the Dropbox folder. There is a zip folder there with today's date.

Regards,

Ian

Ian M. Gore | Partner

**Susman Godfrey L.L.P.**

401 Union Street, Suite 3000

Seattle, WA 98101

206-505-3841 (office) | 719-433-0818 (cell)

igore@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If
you received this message in error, please notify the sender and delete it immediately.

**From:** Ian Gore
**Sent:** Thursday, September 15, 2022 9:36 AM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn
<tfinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>;
Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin
<smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>;
Samuel Maida <smaida@hausfeld.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Brian Stekloff
<bstekloff@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal
<bneal@wilkinsonstekloff.com>; Ledain, Lelia A <lledain@cov.com>; Ludwin, Derek <dludwin@cov.com>
**Subject:** RE: Proposed Dates for Expert Depositions

Jeremy,

Regarding Ms. Butler's materials, the audio recordings of the six pre-test interviews have been uploaded to the Dropbox
folder where we provided the other backup materials. It's a zip named "Audiofiles – Pretests20220915083759.zip."

Regarding Zona, we are looking into the issues you raised and will proceed with providing the intermediate datasets in
an effort to resolve the issue. This requires some additional processing and verification on our end. While we are
hopeful it can be provided earlier, it may take until Monday before we can ensure it is complete and transfer it to you.

Regards,

Ian

Ian M. Gore | Partner

**Susman Godfrey L.L.P.**

401 Union Street, Suite 3000

Seattle, WA 98101

206-505-3841 (office) | 719-433-0818 (cell)

igore@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Sent:** Wednesday, September 14, 2022 2:49 PM
**To:** Ian Gore <IGore@susmangodfrey.com>; Max Warren <mwarren@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Ledain, Lelia A <lledain@cov.com>; Ludwin, Derek <dludwin@cov.com>
**Subject:** RE: Proposed Dates for Expert Depositions

EXTERNAL Email

Ian –

First, Exhibit E of Ms. Butler's report does not include the verbatim responses to the NFLST Pre-test Moderator Script questions found in Exhibit D of her report.  Please provide the verbatim responses to the questions found in Exhibit D of Ms. Butler's report to us this week.

Second, your position regarding Dr. Zona's backup materials is unacceptable.  As you know, the Stipulated Expert Order in this case requires you to produce backup materials "sufficient to reconstruct the work, calculations, and/or analyses upon which the expert witness is relying for their opinion."  *See* ECF 289 III.A.2.a.  It additionally requires you to produce "information, or data processed or modeled by a computer at the direction of any expert" and "all data sets exactly as relied upon by the experts."  *Id.* at III.A.2.b, .c.  You have not met those obligations here because the backup materials you have sent do not allow an outside data analyst the ability to access Dr. Zona's raw datasets, run his programs, and reproduce his results, all of which raise serious questions about their accuracy and reliability.

14

Some of the issues that we are encountering include:

1. The backup materials for Dr. Zona's analysis fail to specify hardware and memory requirements:
    1. Most of the provided backup is in Stata and SAS, but there is also an additional Python code file that was provided that needed to be run in Databricks, "2a. Key Process and ZIP File Creation Script.ipynb."
    2. You provided a README file that provides a rough overview of the requirements to run the code, but running the code using the instructions has resulted in several steps in the process breaking down and not running.
    3. The README file does not provide any information regarding cluster settings, Spark environment settings, library versions, or required hardware information, which would be the minimum amount of information needed to run the code.
2. Dr. Zona's code contains typos that need to be fixed, or else his output cannot be replicated.  Some examples:
    1. In one example, in the script "3. Transaction data processing\1. Service & Event Code lookups\U4.r", the variable "intermediate_folder" is never defined, nor is it defined in any other of the R scripts in that folder.  However, Dr. Zona's programs attempt to read and write information from this undefined location.
    2. In both versions of the file "2a. Key Process and ZIP File Creation Script" that were provided, there is an extra period at the end of line 197: "dframe = dframe.where(dframe.Source_System == 'XYZ') .". This prevents the code from working as intended.
    3. When loading the file "st_processing.do" into the Stata text editor, the first line of the script throws an error as the word "clear" is saved in a different encoding and so the entire script will not run

Please either re-produce the backup materials and code without typos and errors or provide access to the intermediate datasets.  The latter would be the quickest way for us to resolve the issues that we're having with your backup.  If this cannot be resolved immediately, we may need to seek relief from the Court, which may impact the ability to proceed with the currently scheduled deposition date for Mr. Zona.

Best,

Jeremy

---

**From:** Ian Gore <IGore@susmangodfrey.com>
**Sent:** Friday, September 9, 2022 6:58 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Ledain, Lelia A <lledain@cov.com>; Ludwin, Derek <dludwin@cov.com>
**Subject:** RE: Proposed Dates for Expert Depositions

Jeremy,

Regarding your requests on additional backup materials from our experts, our responses are below:

<u>Sarah Butler</u>

1. An executable version of Ms. Butler's survey – *A survey test link that allows clicking through the survey as a respondent would experience it is available at* https://selfserve.decipherinc.com/survey/selfserve/185f/220113/temp-edit-live?SCREENSHOT=0

1. The verbatim information collected from the pretest of the six respondents who took the pretest survey (Butler Report Paragraph 57) – *this information was produced in Exhibit E to Ms. Butler's report*.
2. Data for the entire universe of 10,165 individuals who began Ms. Butler's survey – *This is attached as "NFL All Starts Data.xlsx."*
3. Data from the individuals who qualified for Ms. Butler's survey but whom were nevertheless cut from the final survey results (Butler Report Paragraph 85) – *Also included in the "NFL All Starts Data.xlsx"*
4. The file "NFL3_survey_design.csv" that was used to field the conjoint survey – *Attached*
5. The file "conjoint_design.r" (with seed) that created the design file for the conjoint survey – *Attached*
6. A description of Veridata's sampling frame referenced in Ms. Butler's report – *The sampling frame for the study was Veridata's online panel of respondents across the United States.*
7. The number of individuals who were sent an invitation to participate in Ms. Butler's survey – *96,740*
8. A description of the weighting used to produce the estimates in Appendix K of Ms. Butler's report – *The first wave of data were weighted so that there are 75% male, 25% female, and 1/3 of respondents in each age group.*

Please note that the last three bullets are informational requests that are appropriately addressed in a deposition. While Plaintiffs are amenable to answering them now, any similar requests in the future will not be answered outside of that context.

<u>Doug Zona</u>

The materials you requested are the output files from the programs that we already provided in Dr. Zona's backup materials. Dr. Zona did not maintain copies of those files as they are all reproducible by running the programs that we already provided to you. For Plaintiffs to provide them, Dr. Zona would have to re-run the programs, which the NFL's experts can just as easily do given what we've provided.

Regards,

Ian

Ian M. Gore | Partner

**Susman Godfrey L.L.P.**

401 Union Street, Suite 3000

Seattle, WA 98101

206-505-3841 (office) | 719-433-0818 (cell)

igore@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Sent:** Wednesday, September 7, 2022 1:40 PM
**To:** Ian Gore <IGore@susmangodfrey.com>; Max Warren <mwarren@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Ledain, Lelia A <lledain@cov.com>; Ludwin, Derek <dludwin@cov.com>
**Subject:** RE: Proposed Dates for Expert Depositions

EXTERNAL Email

Thanks Ian –

We can confirm the following dates for depositions of your experts:

1.  Rascher – 10/3
2.  Zona – 10/13
3.  Butler – 10/24

As we indicated below, we expect that we will take these depositions in person.  Please propose a location consistent with the parties' prior practices.

We also have an additional request for backup materials related to your expert reports. Please send us the products of Mr. Zona's data build, or everything that lands in his folder "Analyses\Data\Intermediate."  The backup materials previously provided do not include these intermediate datasets.  Please provide by **Friday, September 9, 2022.**

Best,

Jeremy

**From:** Ian Gore <IGore@susmangodfrey.com>
**Sent:** Wednesday, September 7, 2022 12:48 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Ludwin, Derek <dludwin@cov.com>; Ledain, Lelia A <lledain@cov.com>
**Subject:** RE: Proposed Dates for Expert Depositions

Jeremy,

We have been working with our experts since Max's email last week to determine alternative dates, but their availability in October is quite limited due to deadlines in other matters. Here are the dates we can offer:

1. Rascher – 10/3 or 10/28
2. Zona – 10/13 or 10/14
3. Butler – 10/24, 10/25, 11/1, or 11/2

Their schedules are often in flux, so please confirm a date as soon as possible.

As to the remainder of your message, we will look into those issues and get back to you.

Regards,

Ian

Ian M. Gore | Partner

**Susman Godfrey L.L.P.**

401 Union Street, Suite 3000

Seattle, WA 98101

206-505-3841 (office) | 719-433-0818 (cell)

[igore@susmangodfrey.com](mailto:igore@susmangodfrey.com)

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.

**From:** Jeremy Barber <[jbarber@wilkinsonsteklloff.com](mailto:jbarber@wilkinsonsteklloff.com)>
**Sent:** Wednesday, September 7, 2022 7:43 AM
**To:** Max Warren <[mwarren@wilkinsonsteklloff.com](mailto:mwarren@wilkinsonsteklloff.com)>; Ian Gore <[IGore@susmangodfrey.com](mailto:IGore@susmangodfrey.com)>
**Cc:** Marc Seltzer <[MSeltzer@SusmanGodfrey.com](mailto:MSeltzer@SusmanGodfrey.com)>; Seth Ard <[sard@susmangodfrey.com](mailto:sard@susmangodfrey.com)>; Tyler Finn <[TFinn@susmangodfrey.com](mailto:TFinn@susmangodfrey.com)>; Howard Langer <[hlanger@langergrogan.com](mailto:hlanger@langergrogan.com)>; Ned Diver <[ndiver@langergrogan.com](mailto:ndiver@langergrogan.com)>; Peter Leckman <[pleckman@langergrogan.com](mailto:pleckman@langergrogan.com)>; Kevin Trainer <[ktrainer@langergrogan.com](mailto:ktrainer@langergrogan.com)>; smartin <[smartin@hausfeld.com](mailto:smartin@hausfeld.com)>; Sathya S. Gosselin <[sgosselin@hausfeld.com](mailto:sgosselin@hausfeld.com)>; Farhad Mirzadeh <[fmirzadeh@hausfeld.com](mailto:fmirzadeh@hausfeld.com)>; Samuel Maida <[smaida@hausfeld.com](mailto:smaida@hausfeld.com)>; Rakesh Kilaru <[rkilaru@wilkinsonsteklloff.com](mailto:rkilaru@wilkinsonsteklloff.com)>; Brian Steklloff <[bsteklloff@wilkinsonsteklloff.com](mailto:bsteklloff@wilkinsonsteklloff.com)>; Caroline Li <[cli@wilkinsonsteklloff.com](mailto:cli@wilkinsonsteklloff.com)>; Blake Neal <[bneal@wilkinsonsteklloff.com](mailto:bneal@wilkinsonsteklloff.com)>; Ludwin, Derek <[dludwin@cov.com](mailto:dludwin@cov.com)>; Ledain, Lelia A <[lledain@cov.com](mailto:lledain@cov.com)>
**Subject:** RE: Proposed Dates for Expert Depositions

<mark>EXTERNAL Email</mark>

Ian –

I write to raise three things.

First, as requested below, can you please provide additional dates in October for the depositions of your experts?  We would appreciate it if we could finalize these dates in the near future.

Second, as noted below, we intend to file Rule 702 motions to exclude some or all of your experts.  Attached are a draft stipulation and a draft proposed order informing the Court of this additional briefing and setting appropriate deadlines.  Please let us know if we have your permission to file.

Third, as we review your class certification expert reports and supporting material, we have noticed several omissions that prevent the NFL Defendants from reconstructing the work, calculations, and analyses upon which the Plaintiffs' experts rely for their opinions.  Please provide the following information by **Friday, September 9, 2022**:

2.  An executable version of Ms. Butler's survey.
3.  The verbatim information collected from the pretest of the six respondents who took the pretest survey (Butler Report Para. ¶ 57).
4.  A description of Veridata's sampling frame referenced in Ms. Butler's report.
5.  The number of individuals who were sent an invitation to participate in Ms. Butler's survey.
6.  Data for the entire universe of 10,165 individuals who began Ms. Butler's survey.   This would include any questionnaires that may have been completed with demographic information for the survey participants.
7.  Data from the individuals who qualified for Ms. Butler's survey but whom were nevertheless cut from the final survey results (Butler Report ¶ 85).
8.  The file "*NFL3_survey_design.csv*" that was used to field the conjoint survey.
9.  The file *"conjoint_design.r "* (with seed) that created the design file for the conjoint survey.
10. A description of the weighting used to produce the estimates in Appendix K of Ms. Butler' report.

We reserve the right to make further requests as we continue our review.

Best,

Jeremy

**Jeremy Barber** | Partner
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, Floor 24, New York, NY 10036
Direct: (212) 294-8929 | Fax: (202) 847-4005
jbarber@wilkinsonstekloff.com

wilkinsonstekloff.com
*Pronouns: He/Him/His*

---

**From:** Max Warren <mwarren@wilkinsonstekloff.com>
**Sent:** Wednesday, August 31, 2022 3:54 PM
**To:** Ian Gore <IGore@susmangodfrey.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>
**Subject:** RE: Proposed Dates for Expert Depositions

Ian,

We are still confirming, but the dates you proposed do not appear workable for us.  Can you please provide some additional dates in October?  Our preference is to do these in person, but that will depend on what dates we ultimately land on.

As to the other points you raised, while we are willing to make our experts available for deposition prior to your reply/rebuttal reports, we cannot agree to forego additional depositions of your experts, particularly if they materially alter their conclusions or methodologies on reply.  We reserve all rights to seek additional depositions.

Last, we are planning to file Rule 702 motions to exclude some or all of your experts.  We plan to file these motion(s) on November 4, and will notice them for a hearing on December 16. It is our understanding that Plaintiffs' response will be due no later than November 25, with the NFL's reply due no later than December 2.  We are planning to prepare a stipulation to inform the Court of this additional briefing, which we will send your way shortly.

Please let us know if you'd like to meet and confer about any of the above.

Best,

Max

**Max Warren** | Counsel
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Flr, Washington, DC 20036
Direct: (202) 847-4008 | Fax: (202) 847-4005
mwarren@wilkinsonstekloff.com
wilkinsonstekloff.com

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**From:** Ian Gore <IGore@susmangodfrey.com>
**Sent:** Tuesday, August 30, 2022 4:13 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>
**Subject:** Proposed Dates for Expert Depositions

Jeremy/Max:

Plaintiffs propose the following dates for the NFL's depositions of Plaintiffs' experts:

1. Butler – 9/28 or 10/6
2. Zona – 9/30
3. Rascher – 10/3

Please let us know if the NFL intends to take these depositions remotely or in person. If in person, we will propose a location consistent with the parties' prior practices. Please also take note that Plaintiffs intend to offer their experts for only one deposition during the class certification stage. Moreover, Plaintiffs' offer is subject to the NFL's agreement that Plaintiffs will have an opportunity to depose the NFL's experts at a reasonable time prior to the deadline for Plaintiffs' reply/rebuttal reports.

Regards,

Ian


Ian M. Gore | Partner

**Susman Godfrey L.L.P.**

401 Union Street, Suite 3000

Seattle, WA 98101

206-505-3841 (office) | 719-433-0818 (cell)

[igore@susmangodfrey.com](mailto:igore@susmangodfrey.com)


This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.