# Exhibit 17
# to the Declaration of Ian Gore

**Ian Gore**

| | |
|---|---|
| **From:** | Jeremy Barber <jbarber@wilkinsonstekloff.com> |
| **Sent:** | Friday, September 23, 2022 11:48 AM |
| **To:** | Ian Gore; Caroline Li; Beth Wilkinson; Rakesh Kilaru; Brian Stekloff; Max Warren; Justin Mungai; Blake Neal; Ludwin, Derek; Ledain, Lelia A |
| **Cc:** | Marc Seltzer; Seth Ard; Tyler Finn; Howard Langer; Peter Leckman; Ned Diver; Kevin Trainer; smartin; Sathya S. Gosselin; Farhad Mirzadeh; Samuel Maida; Rodney Polanco |
| **Subject:** | RE: Daubert and Class Cert Briefing Schedule |

EXTERNAL Email

Thank you Ian. We wil get you a revised draft of the stipulation and proposed order as soon as we can.

**From:** Ian Gore <IGore@susmangodfrey.com>
**Sent:** Friday, September 23, 2022 9:09 AM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Justin Mungai <jmungai@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Ludwin, Derek <dludwin@cov.com>; Ledain, Lelia A <lledain@cov.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Rodney Polanco <RPolanco@susmangodfrey.com>
**Subject:** RE: Daubert and Class Cert Briefing Schedule

Jeremy,

Thanks for the call yesterday. We are amenable to the proposal you made on the call. Please send us a revised draft of the stipulation and proposed order.

Regards,
Ian

Ian M. Gore | Partner
**Susman Godfrey L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
206-505-3841 (office) | 719-433-0818 (cell)
igore@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Sent:** Wednesday, September 21, 2022 12:14 PM
**To:** Ian Gore <IGore@susmangodfrey.com>; Caroline Li <cli@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Justin Mungai <jmungai@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Ludwin, Derek <dludwin@cov.com>; Ledain, Lelia A <lledain@cov.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Rodney Polanco <RPolanco@susmangodfrey.com>
**Subject:** RE: Daubert and Class Cert Briefing Schedule

EXTERNAL Email
Ian –

We can agree to your proposal regarding the deadline for the NFL's *Daubert* reply briefs.

With regard to the issue of second depositions, your email and citations have nothing to do with the issue we are raising. Our position is not that we should get to take two depositions of your experts in all circumstances. Instead, our position is focused on situations where your experts disclose new conclusions or methodologies that were not present in their initial reports. As you know, such supplementation is not permitted by the federal rules or the law in this circuit. An expert is required in their initial report to disclose "a **complete statement of all** opinions the witness will express and the basis and reasons for them." Fed. R. Civ. P. 26(a)(2)(B). Rebuttal and supplemental reports are solely to be used "'to contradict or rebut evidence on the same subject matter identified by another party' in an expert report." *See, e.g.*, *Plumley v. Mockett*, 836 F. Supp. 2d 1053, 1065 (C.D. Cal. 2010) (quoting Fed. R. Civ. P. 26(a)(2)(C)(ii)). They are not to be used to "strengthen or deepen opinions expressed in the original expert report," *see id*. at 1062; *Quest Software Inc. v. DirecTv Operations, LLC*, 2012 WL 13014984, at *6 (C.D. Cal. Feb. 10, 2012); or to "change methodologies to account for noted deficiencies." *Matthew Enter. v. Chrysler Gr.*, 2016 WL 4272430, at *2 (N.D. Cal. Aug. 15, 2016) (citation omitted).

If your experts take that step, we will be within our rights not only to depose your experts as to those new opinions or methodologies, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, 2014 WL 12639392 (N.D. Cal. Dec. 10, 2014); *In re Dynamic Random Access Memory (DRAM) Antitrust Litig.*, 2006 WL 3462580, (N.D. Cal. Nov. 29, 2006), but also to exclude those opinions and conclusions outright under Rule 37(c). *See, e.g.*, *Martinez v. Costco Wholesale Corp.*, 336 F.R.D. 183, 189 (S.D. Cal. 2020) (citing *Sherwin-Williams Co. v. JB Collision Servs.*, Inc., 2015 WL 1119406, at *6 (S.D. Cal. Mar. 11, 2015)); *Townsend v. Monster Beverage Corp.*, 303 F. Supp. 3d 1010, 1026-28 (excluding a portion of a reply report where the expert changed his methodology and presented new evidence in reply).

Please confirm you agree. If you wish to litigate this issue further, we are happy to meet and confer and should then promptly set out our positions in the joint stipulation to Judge Gutierrez. We can be available tomorrow afternoon to speak, if necessary, and would suggest 3:30pm ET.

Best,
Jeremy

**From:** Ian Gore <IGore@susmangodfrey.com>
**Sent:** Tuesday, September 20, 2022 3:57 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Rodney Polanco <RPolanco@susmangodfrey.com>
**Subject:** RE: Daubert and Class Cert Briefing Schedule

Jeremy,

As discussed on our call last week, your initial proposal had the NFL's reply due only a week after our opposition and without adding additional depositions of Plaintiffs' experts (or live cross examinations of experts), which are both unnecessary and contrary to the one-deposition rule in Rule 30. Plaintiffs proposed extending the schedule a small amount to accommodate for the holidays and to be efficient with the Court's time by having the *Daubert* issues from both sides addressed at the same time as class certification given the significant overlap those issues will have.

Plaintiffs are amenable to your proposal on the supplementation of opening merits expert reports and your proposal on rebuttal merits expert reports. As to the NFL's *Daubert* reply briefs, we propose 12/16 as a compromise between our two proposals. That still gives you two weeks, the same amount of time we are proposing for ourselves despite the fact that our own reply is in the midst of both the Christmas and New Year's holidays.

Plaintiffs will not agree to a second deposition (or live cross-examination) of their experts. Rule 30 permits only a single deposition of a witness. And courts in the Ninth Circuit have held that second depositions are unnecessary in similar circumstances. *See, e.g.*, *Santa Monica Baykeeper v. City of Malibu*, 2011 WL 13185646 (C.D. Cal. July 22, 2011) (denying request to reopen expert deposition after submission of rebuttal report because defendants could have waited until after submission of the rebuttal report to conduct deposition); *Enns Pontiac, Buick & GMC Truck v. Flores*, 2011 WL 2787729 (E.D. Cal. July 11, 2011) (rejecting request to depose experts twice). Similarly, your initial proposal did not mention anything about second depositions or live testimony, evidencing that the NFL also doesn't believe it is necessary. Moreover, we've made it clear that we would be willing to provide our experts for a second deposition at the merits stage.

Please let us know if the NFL will agree to the above. If not, please let me know your availability this week to meet and confer.

Regards,

Ian

Ian M. Gore | Partner

**Susman Godfrey L.L.P.**

401 Union Street, Suite 3000

Seattle, WA 98101

206-505-3841 (office) | 719-433-0818 (cell)

igore@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Sent:** Friday, September 16, 2022 2:05 PM
**To:** Ian Gore <IGore@susmangodfrey.com>; Caroline Li <cli@wilkinsonstekloff.com>
**Subject:** RE: Daubert and Class Cert Briefing Schedule

EXTERNAL Email

Ian –

Thank you for speaking with us this afternoon.  Following up on our conversation, please see our counterproposal below.  As we discussed, our position is that we are entitled to depose any Plaintiff expert who submits a rebuttal report that contains new opinions or materially alters prior opinions or methodologies.  Our counterproposal below is contingent on your agreement to make any such expert available either for deposition or for live cross-examination at the class certification hearing.

Please let us know if you are amenable to this counterproposal by Tuesday of next week.  If so, we are happy to draft the accompanying filings.

Best,

Jeremy


**

| Event | Current Deadline | Ps' Proposed Change | Our Counterproposal |
|---|---|---|---|
| NFL's Opposition on Class Cert | 11/4/22 | 11/4/22 | 11/4/22 |
| NFL *Daubert* Motions | N/A | 11/4/22 | 11/4/22 |
| Plaintiffs' Reply Brief on Class Cert | 12/2/22 | 12/2/22 | 12/2/22 |
| Plaintiffs' Opposition to NFL *Daubert* Motions | N/A | 12/2/22 | 12/2/22 |
| Plaintiffs' *Daubert* Motions | N/A | 12/2/22 | 12/2/22 |
| NFL Reply Briefs on *Daubert* Motions | N/A | 12/9/22 | 12/23/22 |
| NFL Opposition to Plaintiffs' *Daubert* Motions | N/A | 12/16/22 | 12/16/22 |
| Plaintiffs' Reply Briefs on *Daubert* Motions | N/A | 12/30/22 | 12/30/22 |
| Date after which Plaintiffs shall be permitted to supplement opening merits experts reports if documents related to ECF 643 are produced. | 12/9/22 | N/A | 12/30/22 |
| Hearing on Class Cert and *Daubert Motions* | 12/16/22 | 1/13/23 | 1/13/23 |
| Plaintiffs Serve Opening Merits Expert Reports | 1/6/23 | 1/27/23 | 1/27/23 |
| Deadline for NFL to Serve Responsive Merits Expert Reports | 3/17/23 | 4/7/23 | 4/7/23 |
| Plaintiffs to Serve Rebuttal Merits Expert Reports | 5/5/23 | 5/26/23 | 5/19/23 |
| Close of Expert Discovery | 6/2/23 | 6/9/23 | 6/9/23 |

5

**Jeremy Barber** | Partner
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, Floor 24, New York, NY 10036
Direct: (212) 294-8929 | Fax: (202) 847-4005
jbarber@wilkinsonstekloff.com
wilkinsonstekloff.com
*Pronouns: He/Him/His*

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**From:** Ian Gore <IGore@susmangodfrey.com>
**Sent:** Wednesday, September 14, 2022 6:20 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>
**Subject:** Daubert and Class Cert Briefing Schedule

Jeremy,

Thanks for the call. For all of the reasons I explained on the call, we are not amenable to your proposal. The chart below outlines our counter-proposal:

| Event | Current Deadline | Proposed Change |
|---|---|---|
| NFL's Opposition on Class Cert | 11/4/22 | 11/4/22 |
| NFL *Daubert* Motions | N/A | 11/4/22 |
| Plaintiffs' Reply Brief on Class Cert | 12/2/22 | 12/2/22 |
| Plaintiffs' Opposition to NFL *Daubert* Motions | N/A | 12/2/22 |
| Plaintiffs' *Daubert* Motions | N/A | 12/2/22 |
| NFL Reply Briefs on *Daubert* Motions | N/A | 12/9/22 |
| NFL Opposition to Plaintiffs' *Daubert* Motions | N/A | 12/16/22 |
| Plaintiffs' Reply Briefs on *Daubert* Motions | N/A | 12/30/22 |

6

| | | |
|---|---|---|
| Hearing on Class Cert and *Daubert Motions* | 12/16/22 | 1/13/23 |
| Plaintiffs Serve Opening Merits Expert Reports | 1/6/23 | 1/27/23 |
| Deadline for NFL to Serve Responsive Merits Expert Reports | 3/17/23 | 4/7/23 |
| Plaintiffs to Serve Rebuttal Merits Expert Reports | 5/5/23 | 5/26/23 |
| Close of Expert Discovery | 6/2/23 | 6/9/23 |

Regards,

Ian

Ian M. Gore | Partner

**Susman Godfrey L.L.P.**

401 Union Street, Suite 3000

Seattle, WA 98101

206-505-3841 (office) | 719-433-0818 (cell)

igore@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.