# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: January 27, 2023<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Tyler Finn in Support of Plaintiffs' Application to File Documents Under Seal.
2. The unredacted version of the Plaintiffs' Memorandum in Opposition to the NFL Defendants' Motion for Sanctions
3. The unredacted version of the Declaration of Ian Gore in Opposition to the NFL Defendants' Motion for Sanctions
4. Exhibit 1 to the Declaration of Ian Gore in Opposition to the NFL Defendants' Motion for Sanctions.
5. Exhibit 2 to the Declaration of Ian Gore in Opposition to the NFL Defendants' Motion for Sanctions.

IT IS SO ORDERED.

Dated: _____   _____
                              PHILIP S. GUTIERREZ
                              United States District Judge