1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN RE: NATIONAL FOOTBALL
LEAGUE'S "SUNDAY TICKET"
ANTITRUST LITIGATION

_____

THIS DOCUMENT RELATES TO
ALL ACTIONS

Case No. 2:15-ml-02668-PSG (JEMx)

**[PROPOSED] ORDER REGARDING
THE NFL DEFENDANTS'
APPLICATION UNDER LOCAL
RULE 79-5 TO FILE DOCUMENTS
UNDER SEAL**

Judge: Hon. Philip Gutierrez
Date: January 27, 2023
Time: 1:30 p.m.
Courtroom:
     First Street Courthouse
     350 West 1st Street
     Courtroom 6A
     Los Angeles, CA 90012

Pending before the Court is the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.  The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1.  The sealed Declaration of Max Warren in Support of the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.

2.  The unredacted version of the Reply Memorandum in Support of the NFL Defendants' Motion for Sanctions.

IT IS SO ORDERED.

Dated: _____          _____
                                      PHILIP S. GUTIERREZ
                                      United Sates District Judge

1