UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Link #866

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[PROPOSED] ORDER REGARDING THE NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL<br><br>Judge: Hon. Philip Gutierrez<br>Date: January 27, 2023<br>Time: 1:30 p.m.<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

FILED
CLERK, U.S. DISTRICT COURT
JAN 18 2023
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

Pending before the Court is the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Max Warren in Support of the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.
2. The unredacted version of the Reply Memorandum in Support of the NFL Defendants' Motion for Sanctions.

IT IS SO ORDERED.

Dated: 1/17/23

PHILIP S. GUTIERREZ
United Sates District Judge