Case: 2:15ml2668  Doc: 722

Roger A Sachar                                              Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

NEOPOST
11/29/2022
US POSTAGE $001.44⁰

NIXIE     061  5E  1           0201/03/23
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD
BC: 90012333299    0060N003203-02311

FILED
CLERK, U.S. DISTRICT COURT
JAN 18 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

PSG

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 18 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY