Case: 2:15ml2668  Doc: 721

Roger A Sachar                                          Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

NEOPOST
11/29/2022
US POSTAGE $001.44⁰
ZIP 90012
041M11

NIXIE        061   5E   1         02 01/03/23
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD

BC: 90012333299        0060N003203-02275

FILED
CLERK, U.S. DISTRICT COURT
JAN 18 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 18 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

PSG