Case: 2:15ml2668  Doc: 837

Roger A Sachar                                          Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

