Case: 2:15ml2668   Doc: 837

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**


NEOPOST                           FIRST-CLASS MAIL
12/30/2022
US POSTAGE $001.68⁰

ZIP 90012
041M11461109

```
-R-T-S-    908025556-1N        01/10/23

           RETURN TO SENDER
           UNABLE TO FORWARD
           UNABLE TO FORWARD
           RETURN TO SENDER
```


FILED
CLERK, U.S. DISTRICT COURT
JAN 18 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY




RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 17 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY