Case: 2:15ml2668  Doc: 771

Roger A Sachar                                          Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



NEOPOST
12/07/2022
US POSTAGE $001.44⁰

ZIP 90012
041M11461109

-R-T-S-   100365006-1N     01/02/23

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER



FILED
CLERK, U.S. DISTRICT COURT
JAN 18 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY





RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 13 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY