Case: 2:15ml2668   Doc: 769

Roger A Sachar                          Jr
Morgan and Morgan PC
28 West 44th Street   Suite 2001
New York, NY 10036

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

NEOPOST
12/07/2022
US POSTAGE $001.68⁰

ZIP 90012
041M11461109



FILED
CLERK, U.S. DISTRICT COURT

JAN 18 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

PSG

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 29 2022

CENTRAL DISTRICT OF CALIFORNIA

NIXIE        061     72  1        0212/22/22
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 90012333299        *0060N356223-01105*