Case: 2:15ml2668  Doc: 770

Roger A Sachar                                      Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



NEOPOST
12/07/2022
US POSTAGE $001.44
ZIP 90012
041M11461109

FILED
CLERK, U.S. DISTRICT COURT
JAN 18 2023
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

CSO ROYBAL
X-RAYED

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 29 2022
CENTRAL DISTRICT OF CALIFORNIA
BY

NIXIE  061  7E 1         0212/22/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD