Case: 2:15ml02668  Doc: 693

Roger A Sachar                                              Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

NEOPOST
11/16/2022
US POSTAGE $001.44

ZIP 90012
041M11461109

PSG

FILED
CLERK, U.S. DISTRICT COURT
DEC 21 2022
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 21 2022
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

NIXIE          951        48 1          0212/09/22
      RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
      UNABLE TO FORWARD

MANUAL PROC REQ     0060N3433191-00050

Los Angeles PDDC 900
WED 16 NOV 2022 PM