Case: 2:15ml2668  Doc: 770

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

```
-R-T-S-   908025110-1N         12/21/22

         RETURN TO SENDER
         INSUFFICIENT ADDRESS
         UNABLE TO FORWARD
         RETURN TO SENDER
```

NEOPOST
12/07/2022
US POSTAGE $001.44⁰

ZIP 90012
041M11461109

FILED
CLERK, U.S. DISTRICT COURT
DEC 2 8 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

JEM

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 2 7 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

PSG