Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx) |
|---|---|
| THIS DOCUMENT RELATES TO ALL ACTIONS | **STIPULATION REGARDING MODIFICATIONS TO SCHEDULING ORDER**<br><br>Judge: Hon. Philip S. Gutierrez<br>Trial Date: 2/22/2024 |

11246715v1/014918

WHEREAS, on August 19, 2022, Plaintiffs filed a motion for certification of a Commercial Class and a Residential Class pursuant to Rule 23 of the Federal Rules of Civil Procedure (Dkt. 628), along with supporting expert declarations;

WHEREAS, all additional briefing on this motion and any motions to exclude potential experts was completed on December 30, 2022;

WHEREAS, prior to November 15, 2022, the hearing on Plaintiffs' class certification motion and affiliated motions to exclude the parties' experts was scheduled for January 13, 2023 (Dkt. 652);

WHEREAS, the schedule for this case contemplated a period of two weeks after the class certification hearing prior to serving initial merits expert reports;

WHEREAS, on November 15, 2022, the Court, on its own motion, continued the class certification and *Daubert* motion hearing by two weeks to January 27, 2023 (Dkt. No. 693);

WHEREAS, the parties stipulated to, and the Court approved, a modification of the case schedule to maintain a two-week period of time between the class certification hearing and the deadline for Plaintiffs' initial merits expert reports when the hearing was continued to January 27, 2023 (Dkt. No. 735; 764);

WHEREAS, on January 25, 2023, the Court, on its own motion, continued the class certification and *Daubert* motion hearing one week to February 3, 2023 (Dkt. No. 874);

WHEREAS, the parties agree that a modest extension of the merits expert discovery deadlines is appropriate; and

WHEREAS, the parties' proposed changes to the schedule do not affect the timing for the summary judgment hearing or any subsequent deadlines already set by the Court;

NOW, therefore, the parties hereby stipulate, subject to the Court's approval, to the schedule set forth below:

| Event | Current | Proposed |
|---|---|---|
| Hearing on Class Certification and *Daubert* Motions | 2/3/23 | No change |
| Plaintiffs Serve Opening Merits Expert Reports | 2/10/23 | 2/17/23 |
| Deadline for NFL to Serve Responsive Merits Expert Reports | 4/21/23 | 4/28/23 |
| Plaintiffs to Serve Rebuttal Merits Expert Reports | 6/2/23 | 6/9/23 |
| Close of Expert Discovery | 6/23/23 | 6/30/23 |
| Summary Judgment Motions | 7/28/23 | No change |
| Summary Judgment Oppositions | 8/28/23 | No change |
| Summary Judgment Reply Briefs | 9/29/23 | No change |
| Summary Judgment Hearing Date | 10/27/23 | No change |
| Final Pretrial Conference | 2/9/24 | No change |
| Trial | 2/22/24 | No change |

Dated: January 27, 2023

Respectfully submitted,

By: /s/ Ian M. Gore
    Ian M. Gore

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Arun Subramanian (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P

3

11246715v1/014918

1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

By: */s/ Jeremy S. Barber*
    Jeremy S. Barber

Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)

4

11246715v1/014918

**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

5

11246715v1/014918