# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>———————————————<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO USE ELECTRONIC EQUIPMENT**<br><br>Judge: Hon. Philip Gutierrez<br>Date: February 3, 2023<br>Time: 1:30 p.m.<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

|   |   |
|---|---|
| 1 | Pursuant to the Joint Stipulation of Plaintiffs and the NFL Defendants, and for good cause shown, the Court hereby permits the use of electronic equipment in the courtroom at the February 3, 2023, hearing on the Plaintiffs' Motion for Class Certification, Plaintiffs' Motion to Disqualify NFL Expert Dr. Ali Yurukoglu, Plaintiffs' Motion to Exclude the Opinions of Mark A. Israel, the NFL Defendants' Motion to Exclude the Opinions of Daniel A. Rascher, the NFL Defendants' Motion to Exclude the Opinions of J. Douglas Zona, the NFL Defendants' Motion to Exclude the Opinions of Sarah Butler, and the NFL Defendants' Motion for Sanctions. |

**IT IS SO ORDERED.**

Dated: _____   _____
PHILIP S. GUTIERREZ
United Sates District Judge