# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:15-ml-02668-PSG-JEM | Date | February 3, 2023 |
|---|---|---|---|
| Title | In re National Football Leagues Sunday Ticket Antitrust Litigation | | |

**Present: The Honorable** Philip S. Gutierrez, United States Chief District Judge

| Wendy Hernandez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marc Seltzer | Brian Stekloff |
| Edward Diver | Derek Ludwin |
| Howard Langer | Rakesh Kilaru |
| Sathya Gosselin | |
| Ian Gore | |

**Proceedings:** *DAUBERT* HEARING;

PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [628]

NFL DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF SARAH BUTLER [674]

NFL DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF J. DOUGLAS ZONA [678]

NFL DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF DANIEL A. RASCHER [682]

PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS OF MARK A. ISRAEL [743]

PLAINTIFFS' MOTION TO EXCLUDE  DISQUALIFY NFL EXPERT DR. ALI YURUKOGLU [765]

NFL DEFENDANTS' MOTION FOR SANCTIONS [833]

The Court, having considered all papers submitted in support of and in opposition to the motions referenced above and the oral argument presented today, takes all the motions under submission. A ruling will be issued after full consideration of the submitted pleadings.

| | 2 | : | 00 |
|---|---|---|---|
| Initials of Preparer | wh | | |