**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



02/02/2023
US POSTAGE $001.5



FILED
CLERK, U.S. DISTRICT COURT
FEB 10 2023
CENTRAL DISTRICT OF CA
BY

RECEIVED
CLERK, U.S. DISTRICT
FEB -7 2023
CENTRAL DISTRICT

Case: 2:15ml2668  Doc: 887

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802