



FILED
CLERK, U.S. DISTRICT COURT
FEB 14 2023
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Case: 2:15ml2668  Doc: 886

Roger A Sachar                                            Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036