



NIXIE
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED

Case: 2:15ml2668  Doc: 887

Roger A Sachar                                    Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036