DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

JEFFREY A. N. KOPCZYNSKI (*pro hac vice*)
jkopczynski@omm.com
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Non-Party DIRECTV, LLC and DIRECTV Holdings LLC*

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**JOINT STIPULATION FOR ENTRY OF ORDER REGARDING DISCLOSURE OF DESIGNATED PRIVILEGED DOCUMENTS FROM DIRECTV'S PRIVILEGE LOG PURSUANT TO F.R.E. 502(d)**<br><br>**[FILED CONCURRENTLY WITH PROPOSED STIPULATED ORDER]**<br><br>JUDGE: Hon. John E. McDermott<br>DATE:<br>TIME:<br>COURTROOM: First Street Courthouse 350 West 1st Street Courtroom 6A<br>Los Angeles, CA 90012 |

1  Non-Party DIRECTV, LLC and DIRECTV Holdings LLC (collectively,
2  "DIRECTV") and Plaintiffs, by and through their respective counsel of record, subject
3  to this Court's approval, agree and stipulate as follows concerning the disclosure of
4  designated privileged information from DIRECTV's Privilege Log under Federal Rule
5  of Evidence 502(d). Through this stipulation, Plaintiffs and DIRECTV seek entry of
6  the concurrently-submitted [Proposed] Stipulated Order Regarding the Production of
7  Privileged Documents From DIRECTV's Privilege Log Under F.R.E. 502(d).
8  WHEREAS, in the course of discovery Plaintiffs have requested from Non-
9  Party DIRECTV certain documents and communications from DIRECTV's Privilege
10 Log which DIRECTV has grounds to assert are subject to the attorney-client privilege
11 and/or the work product protection (collectively, "privilege and protection");
12 WHEREAS, these documents are hard copy materials and come from the files
13 of former attorneys for DIRECTV;
14 WHEREAS, the exchange of such documents and communications is likely to
15 promote efficiency in the litigation of this matter by reducing the time, expense and
16 other burdens of discovery; and avoiding the filing of additional discovery and other
17 pretrial motions;
18 WHEREAS, absent an order from the Court, under certain circumstances, the
19 production of privileged or protected documents can operate as a waiver of any
20 applicable privilege, protection, and/or immunity with respect to disclosure in this case
21 and other federal or state proceedings;
22 WHEREAS, Rule 502(a) of the Federal Rules of Evidence provides in relevant
23 part that:
24 When the disclosure is made in a federal proceeding . . . and waives the
25 attorney-client privilege or work-product protection, the waiver extends to an
26 undisclosed communication or information in a federal or state proceeding only if:
27     (1)    The waiver is intentional;
28     (2)    The disclosed and undisclosed communications or information concern

the same subject matter; and

  (3) They ought in fairness to be considered together.

  WHEREAS, pursuant to Rule 502(e) of the Federal Rules of Evidence, an "agreement on the effect of disclosure in a federal proceeding is binding only on the parties to the agreement, unless it is incorporated into a court order";

  WHEREAS, pursuant to Rule 502(d) of the Federal Rules of Evidence, a "federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court – in which event the disclosure is also not a waiver in any other federal or state proceeding";

  WHEREAS, DIRECTV is willing to produce certain designated documents and communications from its Privilege Log and produce them in discovery, but only if they can be certain that such production will not operate as a waiver under Rule 502(a) or any other legal principle of the privilege and protection that may be applicable to other documents and communications involving the same or related subject matters;

  WHEREAS, by agreeing to this Stipulation and production of certain documents, Plaintiffs agree to withdraw its challenges to the privilege log entries contained in Exhibit A, absent good cause;

  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties to this Stipulation, through their respective counsel of record, hereby request that the Court enter the [Proposed] Stipulated Order Regarding the Production of Privileged Documents From DIRECTV's Privilege Log Under F.R.E. 502(d), submitted concurrently with this Stipulation as follows:

  1. This Order shall apply to and govern all designated documents, communications, and information produced pursuant to this Order (collectively, "Designated Information"). Designated Information shall include documents and communications as to which DIRECTV claims the attorney-client privilege and/or work product protection, but as to which DIRECTV agrees to produce to Plaintiffs to promote efficiency in the litigation of this matter,

2. DIRECTV shall label each page of the Designated Information produced pursuant to this Order with the following legend:

**PRIVILEGED — PRODUCED PURSUANT TO STIPULATED ORDER UNDER F.R.E. 502(d)**

3. DIRECTV's disclosure or production of any Designated Information in this proceeding shall not, for the purposes of this proceeding or any other proceeding, constitute a waiver by DIRECTV of any privilege or protection, including the attorney-client privilege, work product protection, and any other privilege or protection recognized by law, applicable to: (a) the Designated Information; (b) any other documents, communications, or information relating to the subject matter of the Designated Information; or (c) any other documents, communications, or information relating to the parties who sent or received or are named in the Designated Information.

4. Nothing herein shall constitute or be construed as a waiver of any objection(s) to discovery or disclosure pursuant to, inter alia and without limitation, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and any other court rule or other federal or state statute, rule, or regulation. Moreover, nothing herein shall prevent DIRECTV from invoking any privilege or protection over any document, information, or communication.

5. Designated Information that DIRECTV agrees produce to Plaintiffs shall continue to be treated as "Highly Confidential" under the Stipulated Protective Order [Dkt. #197] entered in this case on October 04, 2016.

6. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

7. The provisions of Federal Rule of Evidence 502(b) are inapplicable to the production of documents or information under this Order.

The Parties respectfully request that the Court render an order in the form submitted.

| | |
|---|---|
| Dated: February 21, 2023 | By: /s/ *Jeffrey A. N. Kopczynski* <br><br> JEFFREY A. N. KOPCZYNSKI (*pro hac vice*) <br> jkopczynski@omm.com <br> O'MELVENY & MYERS LLP <br> Times Square Tower <br> 7 Times Square <br> New York, NY 10036 <br> Telephone: (212) 326-2000 <br> Facsimile: (212) 326-2061 <br><br> KATRINA ROBSON (S.B. #229835) <br> IAN SIMMONS (*pro hac vice*) <br> O'MELVENY & MYERS LLP <br> 1625 Eye Street NW <br> Washington, DC 20006 <br> Telephone: (202) 326-2128 <br> Facsimile: (202) 383-5414 <br><br> DANIEL M. PETROCELLI <br> M. RANDALL OPPENHEIMER <br> O'MELVENY & MYERS LLP <br> 1999 Avenue of the Stars, 8th Floor <br> Los Angeles, CA 90067 <br> Telephone: (310) 553-6700 <br> Facsimile: (310) 246-6779 <br><br> *Attorneys for Non-Party DIRECTV, LLC and DIRECTV Holdings LLC* |
| | By: /s/ *Marc M. Seltzer* <br><br> Marc M. Seltzer (54534) <br> mseltzer@susmangodfrey.com <br> SUSMAN GODFREY L.L.P. <br> 1900 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067 <br> Tel: (310) 789-3100 <br> Fax: (310) 789-3150 <br><br> Arun Subramanian (*Pro Hac Vice*) <br> asubramanian@susmangodfrey.com <br> William C. Carmody (*Pro Hac Vice*) <br> bcarmody@susmangodfrey.com <br> Seth Ard (*Pro Hac Vice*) <br> sard@susmangodfrey.com <br> Tyler Finn (*Pro Hac Vice*) |

|    |    |
|----|----|
| 1  | tfinn@susmangodfrey.com |
|    | SUSMAN GODFREY L.L.P |
| 2  | 1301 Avenue of the Americas, 32nd Fl. |
|    | New York, NY 10019 |
| 3  | Tel: (212) 336-8330 |
|    | Fax: (212) 336-8340 |
| 4  |    |
|    | Ian M. Gore (*Pro Hac Vice*) |
| 5  | igore@susmangodfrey.com |
|    | SUSMAN GODFREY L.L.P. |
| 6  | 1201 Third Avenue, Suite 3800 |
|    | Seattle, WA 98101 |
| 7  | Tel: (206) 505-3841 |
|    | Fax: (206) 516-3883 |
| 8  |    |
|    | Scott Martin (*Pro Hac Vice*) |
| 9  | smartin@hausfeld.com |
|    | HAUSFELD LLP |
| 10 | 33 Whitehall Street, 14th Floor |
|    | New York, NY 10004 |
| 11 | Tel: (646) 357-1100 |
|    | Fax: (212) 202-4322 |
| 12 |    |
|    | Sathya S. Gosselin (269171) |
| 13 | sgosselin@hausfeld.com |
|    | Farhad Mirzadeh (*Pro Hac Vice*) |
| 14 | fmirzadeh@hausfeld.com |
|    | HAUSFELD LLP |
| 15 | 888 16th Street, N.W., Suite 300 |
|    | Washington, DC 20006 |
| 16 | Tel: (202) 540-7200 |
|    | Fax: (202) 540-7201 |
| 17 |    |
|    | Howard Langer (*Pro Hac Vice*) |
| 18 | hlanger@langergrogan.com |
|    | Edward Diver (*Pro Hac Vice*) |
| 19 | ndiver@langergrogan.com |
|    | Peter Leckman (235721) |
| 20 | pleckman@langergrogan.com |
|    | Kevin Trainer (*Pro Hac Vice*) |
| 21 | ktrainer@langergrogan.com |
|    | LANGER GROGAN AND DIVER PC |
| 22 | 1717 Arch Street, Suite 4020 |
|    | Philadelphia, PA 19103 |
| 23 | Tel: (215) 320-5660 |
|    | Fax: (215) 320-5703 |
| 24 |    |
| 25 | *Plaintiffs' Co-Lead Counsel* |
| 26 |    |
| 27 |    |
| 28 |    |

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: February 21, 2023

By: */s/ Jeffrey A. N. Kopczynski*

JEFFREY A. N. KOPCZYNSKI
(*pro hac vice*)
jkopczynski@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Non-Party DIRECTV, LLC and DIRECTV Holdings LLC*