# EXHIBIT A

| | | | |
|---|---|---|---|
| DIRECTV-PRIV-0002122 | DIRECTV-PRIV-0003274 | DIRECTV-PRIV-0012877 | DIRECTV-PRIV-0027136 |
| DIRECTV-PRIV-0021497 | DIRECTV-PRIV-0022885 | DIRECTV-PRIV-0000567 | DIRECTV-PRIV-0027179 |
| DIRECTV-PRIV-0023390 | DIRECTV-PRIV-0004532 | DIRECTV-PRIV-0010515 | DIRECTV-PRIV-0018975 |
| DIRECTV-PRIV-0022011 | DIRECTV-PRIV-0004543 | DIRECTV-PRIV-0010518 | DIRECTV-PRIV-0020778 |
| DIRECTV-PRIV-0002043 | DIRECTV-PRIV-0014871 | DIRECTV-PRIV-0010692 | DIRECTV-PRIV-0020841 |
| DIRECTV-PRIV-0001545 | DIRECTV-PRIV-0004901 | DIRECTV-PRIV-0012885 | DIRECTV-PRIV-0025873 |
| DIRECTV-PRIV-0001783 | DIRECTV-PRIV-0004539 | DIRECTV-PRIV-0012889 | DIRECTV-PRIV-0013875 |
| DIRECTV-PRIV-0021486 | DIRECTV-PRIV-0004540 | DIRECTV-PRIV-0027128 | DIRECTV-PRIV-0027185 |
| DIRECTV-PRIV-0002674 | DIRECTV-PRIV-0004541 | DIRECTV-PRIV-0020840 | DIRECTV-PRIV-0000990 |
| DIRECTV-PRIV-0011264 | DIRECTV-PRIV-0010685 | DIRECTV-PRIV-0010703 | DIRECTV-PRIV-0001114 |
| DIRECTV-PRIV-0025786 | DIRECTV-PRIV-0010687 | DIRECTV-PRIV-0010693 | DIRECTV-PRIV-0001949 |
| DIRECTV-PRIV-0001809 | DIRECTV-PRIV-0010689 | DIRECTV-PRIV-0006696 | DIRECTV-PRIV-0001994 |
| DIRECTV-PRIV-0016996 | DIRECTV-PRIV-0010690 | DIRECTV-PRIV-0020782 | DIRECTV-PRIV-0002209 |
| DIRECTV-PRIV-0016161 | DIRECTV-PRIV-0010691 | DIRECTV-PRIV-0013838 | DIRECTV-PRIV-0003190 |

| | | | |
|---|---|---|---|
| DIRECTV-PRIV-0016193 | DIRECTV-PRIV-0014865 | DIRECTV-PRIV-0006698 | DIRECTV-PRIV-0003194 |
| DIRECTV-PRIV-0015815 | DIRECTV-PRIV-0014868 | DIRECTV-PRIV-0007738 | DIRECTV-PRIV-0003638 |
| DIRECTV-PRIV-0015816 | DIRECTV-PRIV-0014869 | DIRECTV-PRIV-0008132 | DIRECTV-PRIV-0003986 |
| DIRECTV-PRIV-0021618 | DIRECTV-PRIV-0014876 | DIRECTV-PRIV-0008136 | DIRECTV-PRIV-0005931 |
| DIRECTV-PRIV-0026769 | DIRECTV-PRIV-0014877 | DIRECTV-PRIV-0027116 | DIRECTV-PRIV-0008135 |
| DIRECTV-PRIV-0010802 | DIRECTV-PRIV-0014878 | DIRECTV-PRIV-0006643 | DIRECTV-PRIV-0017757 |
| DIRECTV-PRIV-0008121 | DIRECTV-PRIV-0014880 | DIRECTV-PRIV-0010688 | DIRECTV-PRIV-0017762 |
| DIRECTV-PRIV-0017881 | DIRECTV-PRIV-0014881 | DIRECTV-PRIV-0010714 | DIRECTV-PRIV-0017797 |
| DIRECTV-PRIV-0018495 | DIRECTV-PRIV-0018977 | DIRECTV-PRIV-0010716 | DIRECTV-PRIV-0018629 |
| DIRECTV-PRIV-0022853 | DIRECTV-PRIV-0018981 | DIRECTV-PRIV-0027096 | DIRECTV-PRIV-0022907 |
| DIRECTV-PRIV-0023502 | DIRECTV-PRIV-0010686 | DIRECTV-PRIV-0027127 | DIRECTV-PRIV-0022928 |