**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**


02/07/2023
US POSTAGE $001.50⁰


ZIP 90012
041M11461109



NIXIE        910    5E   1           7202/19/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299         2347N041263-00116


FILED
CLERK, U.S. DISTRICT COURT
FEB 13 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PSG


RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 13 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case: 2:15ml2668   Doc: 890

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802