**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

NEOPOST
02/10/2023
US POSTAGE

FIRST-CLASS MAIL

NIXIE 910 52 1 7202/17/23

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 90012333299 2347N048194-01099

FILED
CLERK, U.S. DISTRICT COURT
FEB 23 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PSG

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 22 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



Case: 2:15ml02668  Doc: 893

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802