

OFFICE OF THE CLERK
ST TEMPLE STREET, ROOM 180
ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

Case: 2:15ml2668  Doc: 894

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802