**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**5 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



02/07/2023
US POSTAGE $001.50

NIXIE  061 SE 1  0202/17/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299  0060N048183-01611

FILED
CLERK, U.S. DISTRICT COURT
FEB 23 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
FEB 21 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JEM PSG

CLERK, U.S. DISTRICT COURT
FEB 21 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case: 2:15ml2668   Doc: 890

Roger A Sachar                                          Jr
Morgan and Morgan PC
28 West 44th Street   Suite 2001
New York, NY 10036