**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

CLERK, U.S. DISTRICT COURT
3/7/23
CENTRAL DISTRICT OF CALIFORNIA
BY: eq   DEPUTY

NEOPOST
02/10/2023
US POSTAGE $001.50
ZIP 90012
041M11461109

JEM



RECEIVED
CLERK, U.S. DISTRICT COURT
MAR - 7 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

NIXIE    061    72    1
0203/01/2...



Case: 2:15ml02668  Doc: 893

Roger A Sachar                                                    Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<35314800@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation Text Only Bounced Notice of Electronic Filing E-mail Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 2/7/2023 at 3:43 PM PST and filed on 2/7/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-JEM |
| **Filer:** | |
| **Document Number:** | 893(No document attached) |

**Docket Text:**
Notice of Electronic Filing re Notice of Filing Transcript[892], Transcript (CV),, [891] e-mailed to Gregory E Woodard at gwoodard@lwwllp.com bounced due to Email address couldn't be found. The primary e-mail address associated with the attorney record has been deleted. Pursuant to Local Rules it is the attorneys obligation to maintain all personal contact information including e-mail address in the CM/ECF system. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ir) TEXT ONLY ENTRY

**2:15-ml-02668-PSG-JEM Notice has been electronically mailed to:**
Alexander M Schack     alexschack@schacklawgroup.com, alexschack@amslawoffice.com
Alfredo Torrijos     alfredo@aswtlawyers.com
Amanda M Steiner     asteiner@terrellmarshall.com, 8682118420@filings.docketbird.com, docketrequests@terrellmarshall.com, filing@terrellmarshall.com, hbrown@terrellmarshall.com, hrota@terrellmarshall.com, jnuss@terrellmarshall.com
Amid T Bahadori     atb@bahadorilaw.com
Armstead C. Lewis     alewis@susmangodfrey.com
Arnold C. Wang     arnold@aswtlawyers.com, jessica@asstlawyers.com, ladonna@asstlawyers.com, maricela@asstlawyers.com
Arthur J Burke     arthur.burke@davispolk.com
Arthur M Murray     amurray@murray-lawfirm.com, aonstott@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, thorne@murray-lawfirm.com

Arun Subramanian   asubramanian@susmangodfrey.com, ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com, ehenke@susmangodfrey.com
Beth A. Wilkinson   bwilkinson@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-associates@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com
Bethany M. Stevens   bstevens@wscllp.com
Betsy C Manifold   manifold@whafh.com, donovan@whafh.com, fileclerk@whafh.com
Blake Neal   bneal@wilkinsonstekloff.com
Brian C Gudmundson   brian.gudmundson@zimmreed.com
Brian D Penny   penny@lawgsp.com
Brian L. Stekloff   bstekloff@wilkinsonstekloff.com
Brittany DeJong   dejong@whafh.com, fileclerk@whafh.com
Bryan L Bleichner   bbleichner@chestnutcambronne.com, pkrzeski@chestnutcambronne.com, rlee@chestnutcambronne.com
Bryan Matthew Thomas   bthomas@macdonaldcody.com
Caleb Marker   Caleb.Marker@zimmreed.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com, josephine.lu@zimmreed.com
Carl Malmstrom   malmstrom@whafh.com
Carter E. Greenbaum   cgreenbaum@paulweiss.com
Christina H Connolly Sharp   dsharp@girardsharp.com, 8388361420@filings.docketbird.com, avongoetz@girardsharp.com, ssandeen@girardsharp.com
Christopher L Lebsock   clebsock@hausfeldllp.com, ischer@hausfeld.com
Christopher P. Ridout   christopher.p.ridout@gmail.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com, josephine.lu@zimmreed.com, sabine.king@zimmreed.com
Craig W Hillwig   chillwig@kohnswift.com
Daniel Brett Rehns   drehns@hrsclaw.com
Daniel J. Mogin   dmogin@moginrubin.com, jchatfield@moginrubin.com, jwilliams@moginrubin.com, ngeraci@moginrubin.com, sbuack@moginrubin.com, sejercito@moginrubin.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com
Daniel M. Petrocelli   dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Daniel R Karon   dkaron@karonllc.com, bhollowell@karonllc.com, cgood@karonllc.com
Derek Ludwin   dludwin@cov.com
Edward Diver   ndiver@langergrogan.com
Eliot F Krieger   ekrieger@skt.law, rrobitaille@skt.law
Emily C. Curran-Huberty   emily.curran-huberty@mto.com, aileen.beltran@mto.com
Eric S Hochstadt   eric.hochstadt@weil.com, eric-hochstadt-1174@ecf.pacerpro.com, mco.ecf@weil.com, nymao@ecf.pacerpro.com
Eugene A Spector   espector@srkattorneys.com
Farhad Mirzadeh   fmirzadeh@hausfeld.com
Fred Taylor Isquith   ftisquith@zsz.com
Garrett D Blanchfield , Jr   g.blanchfield@rwblawfirm.com, k.schulte@rwblawfirm.com, r.yard@rwblawfirm.com
Gary F Lynch   Gary@lcllp.com, dan@lcllp.com, ecf@lcllp.com, jamisen@lcllp.com
Gordon M Fauth , Jr   gmf@classlitigation.com
Gregg H Levy   glevy@cov.com
Hart L. Robinovitch   hlr@zimmreed.com
Heidi M Silton   hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, hxbareentto@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Howard Langer   courtnotices@langergrogan.com, hlanger@langergrogan.com
Ian Simmons   isimmons@omm.com, ian-simmons-4931@ecf.pacerpro.com

Ian M Gore   igore@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com, ecf-67c2cc05d65a@ecf.pacerpro.com, jgrounds@susmangodfrey.com
James B. Zouras   jzouras@stephanzouras.com, esantana@stephanzouras.com, hhudson@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com
Jay Cohen   jaycohen@paulweiss.com
Jayne A Goldstein   jagoldstein@millershah.com, pleadings@millershah.com
Jeffrey A. N. Kopczynski   jkopczynski@omm.com
Jeffrey L Spector   jspector@srkattorneys.com
Jeffrey S Goldenberg   jgoldenberg@gs-legal.com, cpence@gs-legal.com, svaaler@gs-legal.com
Jeremy S. Barber   jbarber@wilkinsonstekloff.com
Jodie Williams   jwilliams@moginrubin.com
John D Radice   jradice@radicelawfirm.com
John E Schmidtlein   jschmidtlein@wc.com, john-schmidtlein-5892@ecf.pacerpro.com
John E Sindoni   jsindoni@bonizack.com
John S. Playforth   jplayforth@cov.com
Jonathan M. Jagher   jjagher@fklmlaw.com
Joshua Branden Swigart   josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Joshua D Snyder   jsnyder@bonizack.com
Justin Mungai   jmungai@wilkinsonstekloff.com
Karen H Riebel   Khriebel@locklaw.com, amraak@locklaw.com, atajagbusi@locklaw.com, crjohnson@locklaw.com, lgn-khriebel@ecf.courtdrive.com
Katrina M Robson   krobson@omm.com, katrina-robson-6207@ecf.pacerpro.com
Kenneth B Pickle   KPickle@radicelawfirm.com
Kevin P. Trainer   ktrainer@langergrogan.com, 9263800420@filings.docketbird.com, courtnotices@langergrogan.com
Lee Albert   lalbert@glancylaw.com
Lesley E Weaver   lweaver@bfalaw.com, jlaw@bfalaw.com, lesley-weaver-4669@ecf.pacerpro.com
Lionel Zevi Glancy   lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
M. Randall Oppenheimer   roppenheimer@omm.com, m-randall-oppenheimer-5053@ecf.pacerpro.com
Marc H Edelson   medelson@edelson-law.com
Marc I Gross   migross@pomlaw.com
Marc M Seltzer   mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com
Marisa C. Livesay   mlivesay@bzbm.com, fileclerk@whafh.com
Mark A Wendorf   m.wendorf@rwblawfirm.com
Mark S Goldman   goldman@lawgsp.com
Matthew C De Re   matt@attorneyzim.com, firm@attorneyzim.com, tom@attorneyzim.com
Max J. Warren   mwarren@wilkinsonstekloff.com
Melinda A Nicholson   melinda.nicholson@ksfcounsel.com, Bronwyn.Gibson@ksfcounsel.com
Michael J Boni   mboni@bonizack.com
Mickel M. Arias   mike@aswtlawyers.com, jessica@aswtlawyers.com, ladonna@aswtlawyers.com, maricela@aswtlawyers.com, mayra@aswtlawyers.com
Natasha Naraghi Serino   natashaserino@schacklawgroup.com, joanbennett@amslawoffice.com, natashaserino@amslawoffice.com
Neema Trivedi Sahni   nsahni@cov.com, achristian@cov.com, dlistengourt@cov.com, docketing@cov.com, jplayforth@cov.com, SLahrPastor@cov.com
Patrick J Somers   psomers@kbkfirm.com, crossi@kbkfirm.com, tvaldezco@kbkfirm.com
Peter Leckman   pleckman@langergrogan.com
Rachele R. Byrd   byrd@whafh.com, fileclerk@whafh.com

Rakesh N. Kilaru    rkilaru@wilkinsonstekloff.com
Ramzi Abadou    ramzi.abadou@ksfcounsel.com
Richard A Koffman    rkoffman@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com
Richard A Lockridge    ralockridge@locklaw.com, bmemmons@locklaw.com
Robert J Larocca    rlarocca@kohnswift.com
Robert S Kitchenoff    kitchenoff@wka-law.com
Rosemary M Rivas    rmr@classlawgroup.com, 2746730420@filings.docketbird.com
Ryan F. Stephan    rstephan@stephanzouras.com, esantana@stephanzouras.com, hhudson@stephanzouras.com, ivolquez@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com
Samuel Maida    smaida@hausfeld.com
Samuel M Ward    sward@barrack.com, cfessia@barrack.com, sbasser@barrack.com
Sara F Khosroabadi    sara@kandhlawgroup.com
Sathya S Gosselin    sgosselin@hausfeld.com
Scott Allan Martin    smartin@hausfeld.com
Scott M Grzenczyk    scottg@girardsharp.com, 7488696420@filings.docketbird.com, avongoetz@girardsharp.com
Seth Ard    sard@susmangodfrey.com, ecf-7bb0ee8b6051@ecf.pacerpro.com, rthomas@susmangodfrey.com
Seyed Abbas Kazerounian    ak@kazlg.com, brianna@kazlg.com, mona@kazlg.com
Shawn M. Larsen    slarsen@larsennaddour.com
Stephen R Basser    sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Thomas A. Zimmerman , Jr    tom@attorneyzim.com, firm@attorneyzim.com
Thomas H Burt    burt@whafh.com
Tracy D Rezvani    tracy@rezvanilaw.com
Tyler M. Finn    tfinn@susmangodfrey.com, mguido@susmangodfrey.com
Whitney E Street    WhitneySt@hbsslaw.com, whitney-street-0082@ecf.pacerpro.com
William C Carmody    bcarmody@susmangodfrey.com, lnand@susmangodfrey.com
William G Caldes    Bcaldes@srkattorneys.com
Yehudah L Buchweitz    yehudah.buchweitz@weil.com, jessie.mishkin@weil.com, mco.ecf@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com

**2:15-ml-02668-PSG-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802
Gregory E Woodard
Woodard Legal PC
7700 Irvine Center Drive
Suite 800 PMB#156
Irvine, CA 92618
United Sta
James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis, MN 55403
Roger A Sachar , Jr
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York, NY 10036