**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**





FILED
CLERK, U.S. DISTRICT COURT
MAR 21 2023
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

undeliverable Mail

FILED
CLERK, U.S. DISTRICT COURT
MAR -9 2023
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

MAR -8 2023

Case: 2:15ml2668  Doc: 894

Roger A Sachar                              Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036