# EXHIBIT 4

# Susman Godfrey l.l.p.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| Suite 5100<br>1000 Louisiana Street<br>Houston, Texas 77002-5096<br>(713) 651-9366 | Suite 1400<br>1900 Avenue of the Stars<br>Los Angeles, California 90067-6029<br>(310) 789-3100 | Suite 3800<br>1201 Third Avenue<br>Seattle, Washington 98101-3000<br>(206) 516-3880 |
|---|---|---|

Tyler Finn
Direct Dial (212) 729-2016

E-Mail TFinn@susmangodfrey.com

December 27, 2022

VIA E-MAIL

Jeremy Barber
Wilkinson Stekloff LLP
130 W 42nd Street, Floor 24
New York, NY 10036

Re:   *In re National Football League's "Sunday Ticket" Antitrust Litigation*, Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)

Dear Jeremy:

Plaintiffs write concerning the December 22, 2022 public announcement about the NFL's agreement with Google for the rights to the Sunday Ticket package beginning with the 2023 NFL season.

The NFL Defendants should immediately produce the executed agreement, as well any documents that support the agreement, such as memoranda of understanding. The terms of the agreement between the League and Google are directly relevant to Plaintiffs' case, as the Court recognized in permitting discovery on this exact subject. This is true as to the merits and the pending motion for class certification. As there is little burden associated with producing such non-custodial documents, the NFL Defendants should complete this production by December 29, 2022 at the latest. As you are aware, December 30, 2022 is the final opportunity for Plaintiffs to submit briefing in relation to their motion for class certification.

The relevance of the agreement between Google and the NFL cannot seriously be questioned. As an initial matter, such documents are plainly responsive to Plaintiffs' Request for Production No. 112, "All presentations, analyses, strategic planning documents, and communications regarding the current negotiations for the rights to Sunday Ticket from January 1, 2021 to the present day (and continuing in nature pursuant to Rule 26(e))," which was served on the NFL Defendants in

December 27, 2022
Page 2

January of 2022. Pursuant to the Court's September 12, 2022 order granting Plaintiff's motion to compel documents responsive to RFP 112, the NFL is obligated to produce the agreement. Because the documents requested are non-custodial and readily available, the NFL should produce the agreement and supporting documents immediately.

      Separately, Plaintiffs propose a meet-and-confer regarding the scope of production of *custodial* documents responsive to RFP 112. Per the Court's order of September 12, 2022, the NFL must produce those documents within forty-five (45) days of the date on which the NFL reaches an agreement for the future rights to NFL Sunday Ticket. As previously agreed, this production should include communications with all potential bidders to Sunday Ticket, not just Google. Because the deal was reached on December 22, 2022, the deadline for the custodial production is February 6, 2023. Plaintiffs propose such a meet-and-confer on December 29, 2022 at 10:00 a.m. EST. If that time does not work for you, please propose an additional time that is within the next week. Plaintiffs hope that the parties can reach a mutually agreeable plan for this production. If such an agreement cannot be reached, Plaintiffs will seek appropriate relief from the Court.

Sincerely,

_____
Tyler Finn