# EXHIBIT 3

To the Declaration of Jeremy S. Barber

MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100/Fax: (310) 789-3150

SCOTT MARTIN (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100/ Fax: (212) 202-4322

HOWARD LANGER (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660/ Fax: (215) 320-5703

[Additional Counsel listed in Signature Page]

*Plaintiffs' Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (JEMx)<br>**STIPULATION REGARDING MODIFICATIONS TO SCHEDULING ORDER** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge: Hon. Philip S. Gutierrez |

| | |
|---|---|
| 1 | WHEREAS, upon remand from the U.S. Court of Appeals for the Ninth Circuit, this multi-district litigation proceeding was reassigned to the Court for further proceedings, *see* Dkt. No. 270; |
| 4 | WHEREAS, the Court held a status conference on January 12, 2021 and subsequently issued an order setting a schedule for this proceeding the same day, *see* Dkt. No. 294; |
| 7 | WHEREAS, Defendants DIRECTV, LLC and DIRECTV Holdings LLC filed a motion seeking to compel arbitration of all claims asserted against them. The Court granted the motion and stayed all proceedings against the DIRECTV defendants, *see* Dkt. No. 320; |
| 11 | WHEREAS, since the Court's January 12, 2021 scheduling order, Plaintiffs have served five sets of document requests and three sets of interrogatories on the NFL defendants, served two sets of document requests on the DIRECTV defendants, and served several subpoenas on third parties. *See* Decl. of Ian M. Gore ("Gore Decl.") at ¶ 2-3. |
| 16 | WHEREAS, the NFL Defendants likewise have pursued discovery in this matter from Plaintiffs, including serving two sets of document requests on Plaintiffs, *see* Gore Decl. ¶ 4; |
| 19 | WHEREAS, in compliance with the Court's scheduling order, both Plaintiffs and the NFL Defendants contend they have substantially completed their document productions to each other; |
| 22 | WHEREAS, the NFL Defendants have produced nearly 65,000 documents totaling more than 500,000 pages in response to Plaintiffs' discovery requests to date, *see* Gore Decl. ¶ 5; |
| 25 | WHEREAS, counsel for DIRECTV has represented that collecting responsive documents was made considerably more difficult as many document custodians and personnel assisting in that process continue to be working remotely as a result of the SARS-CoV-2 pandemic. In any event, counsel for DIRECTV has stated that the collection process is complete, but has stated that—based on search |

| | |
|---|---|
| 1 | term results—it will likely produce approximately 600,000 documents and that it |
| 2 | will not be able to complete its document productions until mid-January 2022, *see* |
| 3 | Gore Decl. ¶ 6; |
| 4 | WHEREAS, DIRECTV is the principal holder of transactional data for |
| 5 | purposes of this litigation. The Court's original scheduling order required that such |
| 6 | data be produced by April 22, 2021. *See* Dkt. No. 294. Given technical difficulties |
| 7 | and the substantial amount of data to be processed, however, that deadline was |
| 8 | vacated. *See* Dkt. No. 321. DIRECTV continues to process the transactional data to |
| 9 | produce to both the Plaintiffs and the NFL Defendants, but it has not yet been |
| 10 | produced, *see* Gore Decl. ¶ 7; |
| 11 | WHEREAS, the Plaintiffs believe that an extension to the fact discovery |
| 12 | deadline is necessary due to the volume of discovery produced to date, the volume |
| 13 | of discovery that remains to be produced by DIRECTV (including the substantial |
| 14 | volume of transactional data yet to be produced), and the need to review and |
| 15 | analyze that information before conducting key depositions in this matter or for the |
| 16 | parties' experts to analyze; |
| 17 | WHEREAS, the parties understand the Court disfavors extensions of time |
| 18 | and have thus reached an agreement regarding a modest extension of the fact |
| 19 | discovery deadline while preserving key dates in the Court's current scheduling |
| 20 | order to minimize the impact on the Court. As shown in the chart below, the |
| 21 | parties' proposed changes to the schedule do ***not*** affect the timing for class |
| 22 | certification briefing to be concluded, the hearing date for the class certification |
| 23 | motion, or any subsequent deadlines already set by the Court; |
| 24 | WHEREAS, Plaintiffs further agree not to serve any Requests for |
| 25 | Production, Interrogatories, or Requests for Admission on the NFL Defendants, or |
| 26 | any subpoenas on third parties, after February 22, 2022, *see* Gore Decl. ¶ 9; and |
| 27 | WHEREAS, this is the first time the parties have sought an extension of the |
| 28 | fact discovery deadline in this matter. |

  NOW, therefore, the parties hereby stipulate, subject to the Court's approval, to the schedule set forth below:

| Event | Current | Proposed |
|---|---|---|
| Fact Discovery Deadline | 3/22/22 | 5/15/22 |
| Class Cert Motion (and accompanying expert reports) | 5/20/22 | 6/5/22 |
| Opposition to Class Cert (and accompanying expert reports) | 8/3/22 | 8/19/22 |
| Reply Brief on Class Cert (and accompanying expert reports) | 9/19/22 | No Change |
| Class Cert Hearing | 10/17/22 | No Change |
| Opening Merits Expert Reports | 11/4/22 | No Change |
| Responsive Merits Expert Reports | 1/18/23 | No Change |
| Rebuttal Merits Expert Reports | 3/6/23 | No Change |
| Expert Discovery Deadline | 4/5/23 | No Change |
| Summary Judgment Motions | 5/22/23 | No Change |
| Summary Judgment Oppositions | 7/21/23 | No Change |
| Summary Judgment Reply Briefs | 8/21/23 | No Change |
| Summary Judgment Hearing Date | 10/9/23 | No Change |

  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: November 19, 2021

            *s/ Marc M. Seltzer*
            MARC M. SELTZER
            mseltzer@susmangodfrey.com
            SUSMAN GODFREY L.L.P.
            1900 Avenue of the Stars, Suite 1400
            Los Angeles, CA 90067-6029
            Phone: (310) 789-3100
            Fax: (310) 789-3150

            SCOTT MARTIN
            smartin@hausfeld.com
            HAUSFELD LLP
            33 Whitehall Street, 14th Floor
            New York, NY 10004
            Tel: (646) 357-1100
            Fax: (212) 202-4322

| | |
|---|---|
| 1 | HOWARD LANGER |
| | hlanger@langergrogan.com |
| 2 | EDWARD DIVER |
| | ndiver@langergrogran.com |
| 3 | PETER LECKMAN |
| | pleckman@langergrogan.com |
| 4 | KEVIN TRAINER |
| | ktrainer@langergrogan.com |
| 5 | LANGER GROGAN & DIVER PC |
| | 1717 Arch Street, Suite 4130 |
| 6 | Philadelphia, PA 19103 |
| | Tel: (215) 320-5660 |
| 7 | Fax: (215) 320-5703 |
| 8 | |
| | ARUN SUBRAMANIAN |
| | asubramanian@susmangodfrey.com |
| 9 | WILLIAM C. CARMODY |
| | bcarmody@susmangodfrey.com |
| 10 | SETH ARD |
| | sard@susmangodfrey.com |
| 11 | EDWARD DELMAN |
| | edelman@susmangodfrey.com |
| 12 | TYLER FINN |
| | tfinn@susmangodfrey.com |
| 13 | SUSMAN GODFREY LLP |
| | 1301 Ave. of the Americas, 32nd Fl. |
| 14 | New York, NY 10019 |
| | Tel: (212) 336-8330 |
| 15 | Fax: (212) 336-8340 |
| 16 | |
| | IAN M. GORE |
| 17 | igore@susmangodfrey.com |
| | SUSMAN GODFREY LLP |
| 18 | 1201 Third Avenue, Suite 3800 |
| | Seattle, WA 98101 |
| 19 | Tel: (206) 505-3841 |
| | Fax: (206) 516-3883 |
| 20 | |
| | *Plaintiffs' Interim Co-Lead Class Counsel* |
| 21 | |
| 22 | |
| 23 | *s/ Beth A. Wilkinson* |
| | BETH A. WILKINSON |
| 24 | bwilkinson@wilkinsonstekloff.com |
| | RAKESH KILARU |
| 25 | rkilaru@wilkinsonstekloff.com |
| | BRIAN L. STEKLOFF |
| 26 | bstekloff@wilkinsonstekloff.com |
| | JEREMY S. BARBER |
| 27 | jbarber@wilkinsonstekloff.com |
| | ROXANA CATALINA GUIDERO |
| 28 | rguidero@wilkinsonstekloff.com |
| | WILKINSON STEKLOFF LLP |
| | 2001 M Street NW, Suite 10th Floor |

5

|   |                                                                                                                                                                                                   |
|---|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1 | Washington, DC 20036<br>Tel: (202) 847-4000<br>Fax: (202) 847-4005                                                                                                                                |
| 2 |                                                                                                                                                                                                   |
| 3 | GREGG H. LEVY<br>glevy@cov.com<br>DEREK LUDWIN<br>dludwin@cov.com<br>JOHN PLAYFORTH<br>jplayforth@cov.com<br>COVINGTON & BURLING LLP<br>850 Tenth Street NW One City Center<br>Washington, DC 20001-4956<br>Tel: (202) 622-5292<br>Fax: (202) 662-6804 |

NEEMA TRIVEDI SAHNI
nsahni@cov.com
COVINGTON & BURLING LLP
2029 Century Park East Suite 3100
Los Angeles, CA 90067
Tel: (424) 332-4800
Fax: (424) 332-4782

*Counsel for Defendants National Football League, Inc., NFL Enterprises LLC, and the Individual NFL Clubs*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*