# EXHIBIT 11

## To the Declaration of Jeremy S. Barber

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>[~~XXXXXXXX~~ ~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NFL DEFENDANTS<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 8/9/2022, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents by Defendants National Football League, Inc. and NFL Enterprises LLC (the "NFL") pursuant to Federal Rule of Civil Procedure 37. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion to Compel Production of Documents by the NFL, and orders as follows:

IT IS ORDERED that, within forty-five (45) days of the date on which the NFL reaches an agreement for the future rights to NFL Sunday Ticket, the NFL shall produce documents responsive to Plaintiffs' Request for Production 112. This production shall comprise documents dating from April 4, 2022 to the date on which an agreement is reached collected from the custodians agreed-upon by the parties using the electronic search terms agreed-upon by the parties. The NFL shall also make a witness available for deposition to provide testimony, on behalf of the NFL pursuant to Federal Rule of Civil Procedure 30(b)(6), on a topic to be agreed upon by the parties.

IT IS SO ORDERED.

Dated: 9/12/22

JOHN E. MCDERMOTT
United States Magistrate Judge