# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY ON THE NEW SUNDAY TICKET AGREEMENT**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 5/2/2023, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

This matter is before the Court on Plaintiffs' Motion to Compel Discovery on the New Sunday Ticket Agreement pursuant to Federal Rule of Civil Procedure 37. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion to Compel Discovery on the New Sunday Ticket Agreement, and orders as follows:

IT IS ORDERED that, within 45 days of this order, the NFL shall produce documents responsive to Plaintiffs' request for production 112, including the NFL's communications with ███████████████████████████████████████, the NFL's internal communications and analyses about negotiations with those parties, and its related communications with ████████ collected from all NFL employees who were party to such communications.

IT IS SO ORDERED.

Dated: _____

JOHN E. MCDERMOTT
United States Magistrate Judge