# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 5/2/2023, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Tyler Finn in Support of Plaintiffs' Application to File Documents Under Seal.
2. The unredacted version of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Discovery on the New Sunday Ticket Agreement.
3. The unredacted version of the Declaration of Tyler Finn in support of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Discovery on the New Sunday Ticket Agreement ("Finn Declaration").
4. Exhibit 3 to the Finn Declaration.
5. Exhibit 5 to the Finn Declaration.
6. Exhibit 6 to the Finn Declaration.
7. Exhibit 7 to the Finn Declaration.
8. The unredacted version of the Declaration of Jeremy Barber in Support of the NFL Defendants' Opposition to Plaintiffs' Motion to Compel ("Barber Declaration").
9. Exhibit 6 to the Barber Declaration.
10. Exhibit 13 to the Barber Declaration.

IT IS SO ORDERED.

Dated: 4/6/23

JOHN E. MCDERMOTT
United States Magistrate Judge

1