FILED
CLERK, U.S. DISTRICT COURT

APR - 7 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re National Football Leagues Sunday Ticket Antitrust Litigation<br><br>PLAINTIFF(S)<br><br>v.<br><br><br>DEFENDANT(S). | **CASE NUMBER:**<br><br>2:15-ml-02668-PSG-JEM<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

___909___ / ___3/22/23___ / ___Notice of Appearance or Withdrawal___
Date Filed          Doc. No.          Title of Document

_____ / _____ / _____
Date Filed          Doc. No.          Title of Document

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing
- ☐ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other: Incorrect case number and case title on document.

Dated: ___4/7/23___          By: _/s/_
                             U.S. District Judge / ~~U.S. Magistrate Judge~~

*cc: Assigned District and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.