**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

---

**OFFICIAL BUSINESS**





NEOPOST
04/07/2023
US POSTAGE $001.50⁰

ZIP 90012
041M11491100

```
FILED
CLERK, U.S. DISTRICT COURT
APR 24 2023
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY
```

Deceased

Undeliverable Mail



```
RECEIVED
CLERK, U.S. DISTRICT COURT
APR 13 2023
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY
```

```
FILED
CLERK, U.S. DISTRICT COURT
APR 14 2023
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY
```

Case: 2:15ml2668   Doc: 916

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802