UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

NEOPOST  FIRST-CLASS MAIL
04/07/2023
US POSTAGE $001.50⁰


ZIP 90012
041M11461109




FILED
CLERK, U.S. DISTRICT COURT
APR 26 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY


FILED
CLERK, U.S. DISTRICT COURT
APR 24 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 24 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NIXIE        961   7E   1           0204/17/23
RETURN TO SENDER



Case: 2:15ml2668  Doc: 916

Roger A Sachar                                              Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036