**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

NIXIE 910 SE 1 7204/29/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299 2347N119153-00230

**FILED**
CLERK, U.S. DISTRICT COURT

MAY 2, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ____ch____ DEPUTY

JEM

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 2 - 2023
CENTRAL DISTRICT OF CALIFORNIA
BY

NEOPOST 04/26/2023
US POSTAGE $001
FIRST-CLASS
ZIP 041M11

Case: 2:15ml2668   Doc: 924

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802