1  Marc M. Seltzer (54534)
   mseltzer@susmangodfrey.com
2  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067-6029
   Phone: (310) 789-3100
4  Fax: (310) 789-3150

   Howard Langer (*Pro Hac Vice*)
   hlanger@langergrogan.com
   LANGER GROGAN AND DIVER PC
   1717 Arch Street, Suite 4020
   Philadelphia, PA 19103
   Tel: (215) 320-5660
   Fax: (215) 320-5703

5  Scott Martin (*Pro Hac Vice*)
   smartin@hausfeld.com
6  HAUSFELD LLP
   33 Whitehall Street, 14th Floor
7  New York, NY 10004
   Tel: (646) 357-1100
8  Fax: (2121) 202-4322

   [Additional Counsel on Signature Page]

   *Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

TO THE ABOVE-CAPTIONED COURT AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), Plaintiffs, by and through their counsel of record, hereby submit this application requesting that the Court lodge provisionally under seal the following documents (lodged concurrently herewith):

1. The unredacted version of the Joint Status Report Regarding the Court's April 25 Order on Plaintiffs' Motion to Compel Production of Documents by the NFL ("Joint Status Report')
2. Exhibit 1 to the Joint Status Report
3. Exhibit 2 to the Joint Status Report
4. Exhibit 3 to the Joint Status Report
5. Exhibit 4 to the Joint Status Report
6. Exhibit 5 to the Joint Status Report
7. Exhibit 6 to the Joint Status Report
8. Exhibit 7 to the Joint Status Report
9. Exhibit 8 to the Joint Status Report
10. Barber Exhibit B
11. Barber Exhibit C
12. Barber Exhibit D

Pursuant to correspondence regarding confidentiality issues, the NFL Defendants and Apple requested that Plaintiffs move the Court to seal and redact the designated documents.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 9, 2023 | By: */s/ Tyler Finn* |
| 3 | | Tyler Finn |

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Armstead Lewis (*Pro Hac Vice*)
alewis@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)
smaida@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908

Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*