# EXHIBIT A

1  BETH A. WILKINSON (admitted *pro hac vice*)
2  **WILKINSON STEKLOFF LLP**
3  2001 M Street NW, 10th Floor
   Washington, DC 20036
4  Telephone: (202) 847-4000
   Facsimile: (202) 847-4005
5  bwilkinson@wilkinsonstekloff.com
6
7  *Counsel for Defendants National*
   *Football League, NFL Enterprises LLC,*
8  *and the NFL Member Clubs*
9  [Additional Counsel Listed on Signature
10 Pages]
11
12                **UNITED STATES DISTRICT COURT**
13                **CENTRAL DISTRICT OF CALIFORNIA**
14
   IN RE: NATIONAL FOOTBALL          Case No. 2:15-ml-02668-PSG-JEM
15 LEAGUE'S "SUNDAY TICKET"
   ANTITRUST LITIGATION             **DISCOVERY MATTER**
16 ─────────────────────────────
17                                  **DECLARATION OF DANIELLE**
   THIS DOCUMENT RELATES TO:        **GARVEY, ESQ., IN SUPPORT OF**
18 ALL ACTIONS                      **DEFENDANTS' POSITION FOR**
                                    **THE JOINT STATUS REPORT**
19
20                                  Magistrate Judge: Hon. John E.
                                    McDermott
21                                  Discovery Cutoff Date: 8/5/2022
                                    Pretrial-Conference Date: 2/9/2024
22                                  Trial Date: 2/22/2024
23
24
25
26
27
28

─────────────────────────────────────────────────────────────
DECLARATION OF DANIELLE GARVEY, ESQ., IN SUPPORT OF DEFENDANTS' POSITION FOR THE JOINT STATUS REPORT

I, Danielle Garvey, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1.      I am an attorney at law admitted to practice in the State of New Jersey and the District of Columbia, and I am employed as a partner with the law firm of Hilgers Graben PLLC ("HG"). HG serves as attorneys for the National Football League ("NFL" or "NFL Defendants"), focusing, among other litigation practice areas, on the management of electronic discovery ("e-discovery") matters in connection with this lawsuit. I am fully familiar with the facts of this case as well as the facts set forth herein. I respectfully submit this declaration in support of the NFL Defendants' Response in Opposition to Plaintiffs' Motion to Compel Production of Documents by NFL Defendants, submitted as part of a Joint Stipulation pursuant to Local Rule 37-1.

2.      I make the foregoing statement based on my more than 15 years of e-discovery experience as an attorney, my knowledge and familiarity with the Federal Rules of Civil Procedure and this Court's local rules for discovery, as well as the extensive discovery efforts already undertaken in the course of my work as the lead HG attorney representing the NFL in this litigation.

3.      To date, NFL Defendants have collected and reviewed hundreds of thousands of documents, ultimately producing more than 137,000 documents in response to Plaintiffs' voluminous requests for production.

4.      Plaintiffs have recently proposed search terms to be employed in the review process for the production of documents concerning the negotiations for NFL Sunday Ticket residential and commercial rights negotiated in recent months.  Plaintiffs' proposed search terms are overbroad and sweep in tens of thousands of documents, the review of which would be an undue burden.  We predict that employing Plaintiffs' latest proposed list of search terms would require approximately 1,700 review-person hours, just for the first-level review.  Assuming a review team of five to seven full-time employees, we predict that this review would require at least six (6) to nine (9) weeks to complete first-

level review, in addition to all of the other tasks related to preparing the ultimate production, including: second-level quality control review; production staging; application of redactions and/or slipsheets where appropriate; and privilege logging.

5.      I hereby certify that the foregoing statements made by me are true to the best of my knowledge.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: May 9, 2023                           */s/ Danielle Garvey*
                                             Name: Danielle Garvey
                                             Law Firm: Hilgers Graben PLLC

                                             Phone: 929-494-2451
                                             Email: dgarvey@hilgersgraben.com