# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The unredacted version of the Joint Status Report Regarding the Court's April 25 Order on Plaintiffs' Motion to Compel Production of Documents by the NFL ("Joint Status Report')
2. Exhibit 1 to the Joint Status Report
3. Exhibit 2 to the Joint Status Report
4. Exhibit 3 to the Joint Status Report
5. Exhibit 4 to the Joint Status Report
6. Exhibit 5 to the Joint Status Report
7. Exhibit 6 to the Joint Status Report
8. Exhibit 7 to the Joint Status Report
9. Exhibit 8 to the Joint Status Report
10. Barber Exhibit B
11. Barber Exhibit C
12. Barber Exhibit D

IT IS SO ORDERED.

Dated: 5/10/2023

JOHN E. MCDERMOTT
United States Magistrate Judge

1