UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15-ml-02668 PSG (JEMx) | Date | May 11, 2023 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|
| S. Lorenzo | |
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER RE JOINT STATUS REPORT (Dkt. 931-1)**

The Court has read and reviewed the parties' Joint Status Report filed on May 9, 2023. (Dkt. 931-1.) In its April 25, 2023 Order, the Court expressed concern that Plaintiffs' 16 additional search terms containing independent search terms would generate thousands of irrelevant documents that the NFL would have to review for responsiveness. (Dkt. 924 at 6.) Plaintiffs explained that the search term was inadequate because it did not include the names of bidders for Sunday Ticket which were not known yet at the time the search term was created. (Id. at 6-7.) Plaintiffs advised that, now that they have sufficient information to identify the major potential purchasers, they can suggest specific search terms to supplement the previously agreed search term. (Id.)

Yet Plaintiffs' new proposed search terms are also complex and overbroad, containing independent search terms not limited to NFLST or Sunday Ticket that surely will generate thousands of irrelevant documents. (Dkt. 931-1 at 2-4.) The NFL has presented a declaration from an e-discovery expert that Plaintiffs' proposed search terms would require 1,700 review-person hours and at least 6 to 9 weeks to complete. (Dkt. 930-2.) Plaintiffs say there are relevant documents that do not mention NFLST or Sunday Ticket but have not been able to propose any method to obtain those documents without generating excessive irrelevant documents. The Court will not order <u>any</u> independent searches like "Hoya" unlimited by a NFLST or Sunday Ticket search term.

That said, the NFL's limitation to names of bidders and domain names is too strict. (Dkt. 931-1 at 4.) The NFL says that 26 of 29 search terms regarding CBS or Fox do not reference Sunday Ticket. The Court, however, sees no reason why the other three which apparently do reference Sunday Ticket should not be adopted. The same is true for Hoya, names of NFL personnel or third party individuals known to have communicated with the three custodians about Sunday Ticket, or any other relevant terms, so long as the terms

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 15-ml-02668 PSG (JEMx) | Date | May 11, 2023 |
|---|---|---|---|
| Title | In Re National Football Leagues Sunday Ticket Antitrust Litigation | | |

are limited by NFLST or Sunday Ticket.

The Court will follow the date range set forth in its September 12, 2022 Order, "documents dating from April 4, 2022 to the date on which an agreement is reached." (Dkt. 645 at 2.)  Plaintiffs agreed to the Order.  (Dkt. 924 at 2; Dkt. 643.)  Plaintiffs never brought a challenge to the search terms used for the NFL's May 7, 2022 document production.  It waited until now to seek relief.  The Court is unwilling to add that additional burden and time commitment to the upcoming search.  It is simply not proportional.

The parties are ORDERED to meet and confer on a proposed order reflecting the Court's statements in this Order, which shall be submitted no later than **May 16, 2023**.

|  | : |
|---|---|
| Initials of Preparer | slo |