| | |
|---|---|
| Marc M. Seltzer (54534)<br>mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150 | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com<br>LANGER GROGAN AND DIVER PC<br>1717 Arch Street, Suite 4020<br>Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703 |

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 2:15-ml-02668−PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**JOINT STATUS REPORT REGARDING THE COURT'S MAY 11 ORDER ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THE NFL**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

Pursuant to the Court's May 11, 2023 Order, Dkt. 934, the NFL Defendants and Plaintiffs submit the following Joint Status Report regarding an order for the production of documents relating to the new Sunday Ticket agreements and the preceding negotiations.

1. On May 12, 2023, Plaintiffs sent to the NFL Defendants a proposed search protocol that reflected the statements made by the Court in the May 11, 2023 order.

2. On May 15, 2023, Plaintiffs and the NFL Defendants met and conferred to discuss that proposal. The parties agreed that the NFL Defendants will make a production of documents responsive to Request for Production No. 112 using the search terms in Plaintiffs' May 12, 2023 proposal. The NFL Defendants will make the production within 30 days of the entry of the proposed order attached to this joint status report.

Dated: May 16, 2023          Respectfully submitted,

By: ___/s/ Tyler Finn___
    Tyler Finn

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com

|   |   |
|---|---|
| 1 | SUSMAN GODFREY L.L.P. |
| 2 | 1201 Third Avenue, Suite 3800<br>Seattle, WA 98101<br>Tel: (206) 505-3841<br>Fax: (206) 516-3883 |
| 3 |   |
| 4 | Armstead Lewis (*Pro Hac Vice*)<br>alewis@susmangodfrey.com |
| 5 | SUSMAN GODFREY L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 |
| 6 | Tel: (713) 651-9366<br>Fax: (713) 654-6666 |
| 7 |   |
| 8 | Scott Martin (*Pro Hac Vice*)<br>smartin@hausfeld.com |
| 9 | HAUSFELD LLP<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004 |
| 10 | Tel: (646) 357-1100<br>Fax: (212) 202-4322 |
| 11 |   |
| 12 | Christopher L. Lebsock (184546)<br>clebsock@hausfeld.com |
| 13 | Samuel Maida (333835)<br>smaida@hausfeld.com |
| 14 | HAUSFELD LLP<br>600 Montgomery St., Suite 3200 |
| 15 | San Francisco, CA 94111<br>Tel: (415) 633-1908<br>Fax: (415) 633-4980 |
| 16 |   |
| 17 | Sathya S. Gosselin (269171)<br>sgosselin@hausfeld.com |
| 18 | Farhad Mirzadeh (*Pro Hac Vice*)<br>fmirzadeh@hausfeld.com |
| 19 | HAUSFELD LLP<br>888 16th Street, N.W., Suite 300 |
| 20 | Washington, DC 20006<br>Tel: (202) 540-7200<br>Fax: (202) 540-7201 |
| 21 |   |
| 22 | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com |
| 23 | Edward Diver (*Pro Hac Vice*)<br>ndiver@langergrogan.com |
| 24 | Peter Leckman (235721)<br>pleckman@langergrogan.com |
| 25 | Kevin Trainer (*Pro Hac Vice*)<br>ktrainer@langergrogan.com |
| 26 | LANGER GROGAN AND DIVER PC<br>1717 Arch Street, Suite 4020 |
| 27 | Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703 |
| 28 |   |

*Plaintiffs' Co-Lead Counsel*

|     |     |
| --- | --- |
| 1   | By: */s/ Jeremy S. Barber* |
| 2   | Beth A. Wilkinson (admitted *pro hac vice*) |
|     | Brian L. Stekloff (admitted *pro hac vice*) |
| 3   | Rakesh N. Kilaru (admitted *pro hac vice*) |
|     | Jeremy S. Barber (admitted *pro hac vice*) |
| 4   | **WILKINSON STEKLOFF LLP** |
|     | 2001 M Street NW, 10th Floor |
| 5   | Washington, DC 20036 |
|     | Telephone: (202) 847-4000 |
| 6   | Facsimile: (202) 847-4005 |
|     | bwilkinson@wilkinsonstekloff.com |
| 7   | bstekloff@wilkinsonstekloff.com |
|     | rkilaru@wilkinsonstekloff.com |
| 8   | jbarber@wilkinsonstekloff.com |
| 9   | Neema T. Sahni (Bar No. 274240) |
|     | **COVINGTON & BURLING LLP** |
| 10  | 1999 Avenue of the Stars |
|     | Suite 1500 |
| 11  | Los Angeles, CA 90067-6045 |
|     | Telephone: (424) 332-4800 |
| 12  | Facsimile: (424) 332-4749 |
|     | nsahni@cov.com |
| 13  | Gregg H. Levy (admitted *pro hac vice*) |
|     | Derek Ludwin (admitted *pro hac vice*) |
| 14  | **COVINGTON & BURLING LLP** |
|     | One CityCenter |
| 15  | 850 Tenth Street NW |
|     | Washington, DC 20001 |
| 16  | Telephone: (202) 662-6000 |
|     | Facsimile: (202) 662-6291 |
| 17  | glevy@cov.com |
|     | dludwin@cov.com |
| 18  |     |
| 19  | *Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs* |
| 20  |     |
| 21  |     |
| 22  |     |
| 23  |     |
| 24  |     |
| 25  |     |
| 26  |     |
| 27  |     |
| 28  |     |