**FILED**
**CLERK, U.S. DISTRICT COURT**

MAY 18, 2023

**CENTRAL DISTRICT OF CALIFORNIA**
**BY:** ch **DEPUTY**

2:15ml02668-PSG (JEMx)



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:15ml2668  Doc: 924

Roger A Sachar Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

NIXIE  061  7E 1  0205/12/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

Case: 2:15ml2668  Doc: 924

Roger A Sachar                                    Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036