```
FILED
CLERK, U.S. DISTRICT COURT

MAY 22, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ch___ DEPUTY
```

2:15ml02668-PSG-JEMx



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:15ml2668  Doc: 933

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

NIXIE    910 5E 1          7205/20/23
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 90012333299    2347N140173-01558

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 22 2023
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Case: 2:15ml2668  Doc: 933

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802