**FILED**
CLERK, U.S. DISTRICT COURT

MAY 22, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ch_____ DEPUTY

2:15ml02668-PSG-JEMx

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:15ml2668   Doc: 934

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

NIXIE                 918  SE  1        7205/19/23
          RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 90012333299        2347N139174-00282

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 22 2023
CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

US POSTAGE $001
05/19/2023

Case: 2:15ml2668  Doc: 934

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802