**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

FILED
CLERK, U.S. DISTRICT COURT
MAY 26, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ch  DEPUTY



Case: 2:15ml2668  Doc: 938

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

NIXIE          910 5E 1          7205/24/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299          2347N144233-00309

Case: 2:15ml2668  Doc: 938

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802