**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

| FILED |
|---|
| CLERK, U.S. DISTRICT COURT |
| MAY 31, 2023 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: ch  DEPUTY |

Case: 2:15ml2668  Doc: 933

Roger A Sachar Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 31 2023
CENTRAL DISTRICT OF CALIFORNIA
BY       DEPUTY

NIXIE  061  7E  1      0205/24/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299  0060N144231-00289

Case: 2:15ml2668  Doc: 933

Roger A Sachar                                              Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036