**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:15ml2668  Doc: 938

**FILED**
**CLERK, U.S. DISTRICT COURT**

JUNE 6, 2023

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ____ch____ DEPUTY
Jr

Roger A Sachar
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

NIXIE          061      7E  1         02 05/31/23
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 90012333299    0060N151142-01417

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN - 6 2023
CENTRAL DISTRICT OF CALIFORNIA
BY:               DEPUTY

NEOPOST
05/18/2023
US POSTAGE $001.
FIRST-CLASS

Case: 2:15ml2668  Doc: 938

Roger A Sachar                                                  Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036