UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

FILED
CLERK, U.S. DISTRICT COURT

JUNE 12, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ch  DEPUTY

Case: 2:15ml2668  Doc: 934

Roger A Sachar Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

NIXIE  061  7E 1  0206/03/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

CLERK, U.S. DISTRICT COURT
RECEIVED
JUN 12 2023
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

NEOPOST
05/15/2023
US POSTAGE $001
FIRST CLASS


Case: 2:15ml2668  Doc: 934

Roger A Sachar                                    Jr
Morgan and Morgan PC
28 West 44th Street   Suite 2001
New York, NY 10036