# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**[PROPOSED] ORDER APPOINTING NOTICE ADMINISTRATOR, AUTHORIZING DISTRIBUTION OF NOTICE TO RESIDENTIAL AND COMMERCIAL CLASSES OF DIRECTV SUNDAY TICKET SUBSCRIBERS, AND COMPELLING PRODUCTION OF CUSTOMER CONTACT INFORMATION** |

Having considered Plaintiffs' Unopposed Motion to Appoint Notice Administrator, Authorize Distribution of Notice to Residential and Commercial Classes of DIRECTV Sunday Ticket Subscribers, and Compel Production of Customer Contact Information ("Plaintiffs' Motion") and finding good cause therein, the Court Orders as follows:

The Motion is hereby **GRANTED.**

1. JND Legal Administration ("JND") is hereby appointed as the Notice Administrator.

2. The Court approves the proposed forms of notice, including the Summary Notice (formatted as Email Notice and Postcard Notice), digital ads, audio scripts, and Detailed Notice, attached as Exhibits B, C, D, E, and F to the

Declaration of Gina Intrepido-Bowden.

3. The Court approves the proposed methods of notice, including:
   a. Direct notice using customer contact information provided to JND;
   b. A dedicated litigation website containing the Detailed Notice; and
   c. Supplemental forms of notice that include digital and radio advertisements.

4. As soon as practicable, but no more than 14 days after entry of this Order, DIRECTV is ordered to produce all class member contact information to JND for the purpose of distributing notice.

5. For the reasons discussed in Plaintiffs' Motion, the Court having duly considered the points therein, to the extent that The Satellite Television Extension and Localism Act of 2010 ("STELA"), 47 U.S.C. § 338(i), permits disclosure of consumers' "personally identifiable information" by an order of a Court (and to the extent that any federal or state law governing the disclosure and/or use of consumers' personal information), this Order:
   a. Qualifies as a "court order" under 47 U.S.C. § 338(i)(4)(B)(2);
   b. Authorizes the production of such personally identifiable information subject to this Order's protections, in which case DIRECTV's production of such information to JND in accordance with this Order constitutes compliance with the applicable law's requirements, and any production by the NFL of a subset of such information to JND in accordance with this Order also constitutes compliance with the applicable law's requirements;
   c. Authorizes the proposed forms of notice and plan of notice as complying with the notice requirements of 47 U.S.C. § 338(i)(4)(B)(2); and
   d. Permits materials produced pursuant to this Order to be marked as "Highly Confidential" pursuant to the protective order.

6. No more than 7 days after the period for class members to opt out of the Class,

DIRECTV shall share the class member contact information with Class Counsel. Class Counsel shall not have access to the class member contact information until that point in time.

7. As soon as practicable, but no more than 25 days after entry of this Order, JND shall begin distribution of notice in the form and method outlined in Plaintiffs' Unopposed Motion to Appoint Notice Administrator, Authorize Distribution of Notice to Residential and Commercial Classes of DIRECTV Sunday Ticket Subscribers, and Compel Production of Customer Contact Information.

8. As soon as practicable, but no more than 25 days after entry of this Order, JND shall make available a litigation website to potential class members and the general public with information contained in the Detailed Notice.

9. As soon as practicable, but no more than 25 days after entry of this Order, JND shall cause the Supplemental Media Notice, including its digital and radio advertisements, to be published.

10. JND shall complete its notice campaign within 30 days after beginning the distribution of notice.

11. Any requests for exclusion from the class action must be postmarked within 35 days after completion of JND's notice campaign.

Dated: _____  _____
                                Philip S. Gutierrez
                                Chief United States District Judge