# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**DECLARATION OF GINA INTREPIDO-BOWDEN ON PROPOSED NOTICE PLAN TO RESIDENTIAL AND COMMERCIAL CLASSES** |
|---|---|

I, Gina Intrepido-Bowden, hereby declare and state as follows:

1. I am a Vice President at JND Legal Administration LLC ("JND"). I am a judicially recognized legal notice expert with more than 20 years of legal experience designing and implementing class action legal notice programs. I have been involved in many of the largest and most complex class action notice programs, including all aspects of notice dissemination. A comprehensive description of my experience is attached as Exhibit A.

2. I submit this Declaration based on my personal knowledge and information provided to me by Class Counsel and experienced JND employees to

1

describe the proposed notice plan for providing notice to members of the certified Classes described below ("Notice Plan") and address why it is consistent with other class notice plans that courts have determined satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), the Due Process Clause of the United States Constitution, and any other applicable statute, law or rule, as well as the Federal Judicial Center ("FJC") guidelines for best practicable due process notice.

## BACKGROUND AND EXPERIENCE

3. JND is a leading legal administration services provider with offices throughout the United States and its headquarters in Seattle, Washington. JND has extensive experience with all aspects of legal administration and has administered hundreds of class action matters. JND's class action division provides all services necessary for the effective administration of class actions including: (1) all facets of providing legal notice to potential class members, such as developing the final class member list and addresses for them, outbound mailing, email notification, and the design and implementation of media programs; (2) website design and deployment, including on-line claim filing capabilities; (3) call center and other contact support; (4) secure class member data management; (5) paper and electronic claims processing; (6) lien verification, negotiation, and resolution; (7) calculation design and programming; (8) payment disbursements through check, wire, PayPal, merchandise credits, and other means; (9) qualified settlement fund management and tax reporting; (10) banking services and reporting; and (11) all other functions related to the secure and accurate administration of class actions.

4. JND is an approved vendor for the United States Securities and Exchange Commission (SEC), the Federal Trade Commission (FTC), and most recently, the Consumer Financial Protection Bureau ("CFPB"). In addition, we have worked with a number of other government agencies including: the U.S. Equal Employment Opportunity Commission (EEOC), the Office of the Comptroller of the

Currency (OCC), the Federal Deposit Insurance Corporation (FDIC), the Federal Communications Commission (FCC), the Department of Justice (DOJ) and the Department of Labor (DOL). We also have Master Services Agreements with various corporations and banks, which were only awarded after JND underwent rigorous reviews of our systems, privacy policies, and procedures. JND has been certified as SOC 2 compliant by noted accounting firm Moss Adams.[1]

5. JND has been recognized by various publications, including, the *National Law Journal*, the *Legal Times* and the *New York Law Journal*, for excellence in class action administration. JND was named the #1 Class Action Claims Administrator in the U.S. by the national legal community for multiple consecutive years and was inducted into the *National Law Journal* Hall of Fame in 2022 and 2023 for having held this title. JND was also recognized last year as the Most Trusted Class Action Administration Specialists in the Americas by *New World Report* (formerly *U.S. Business News*) in the publication's 2022 Legal Elite Awards program.

6. The principals of JND collectively have over 80 years of experience in class action legal and administrative fields and have overseen claims processes for some of the largest legal claims administration matters in the country's history and regularly prepare and implement court approved notice and administration campaigns throughout the United States.

7. JND was appointed the notice and claims administrator in the landmark $2.67 billion Blue Cross Blue Shield antitrust settlement, in which we mailed over 100 million postcard notices; sent hundreds of millions of email notices and reminders; placed notice via print, television, radio, internet, and more; staffed the call center with more than 250 agents during the peak notice program; and received and processed more than eight million claims. JND was also appointed the settlement administrator in the $1.3 billion Equifax Data Breach Settlement, the largest class

---

[1] As a SOC 2 Compliant organization, JND has passed an audit under AICPA criteria for providing data security.

3

1 action in terms of the more than 18 million claims received. Email notice was sent
2 twice to over 140 million class members, the interactive website received more than
3 130 million hits, and the call center was staffed with 1,500 agents at the peak of call
4 volume.

5       8.    Other large JND matters include a voluntary remediation program in
6 Canada on behalf of over 30 million people; the $1.5 billion Mercedes-Benz
7 Emissions class action settlements, the $120 million GM Ignition class action
8 economic settlement, where we sent notice to nearly 30 million class members; and
9 the $215 million USC Student Health Center Settlement on behalf of women who
10 were sexually abused by a doctor at USC, as well as hundreds of others.

11       9.    JND also has considerable experience in the Central District of
12 California including the following matters where we handled the Notice of
13 Pendency: *Defrees v. John Kirkland,* Case No. 2:11-cv-04272-JLS-SP; *Falco v.*
14 *Nissan N. Am., Inc.,* Case No. 2:13-cv-00686-DDP-MAN; *In re Mattel, Inc. Sec.*
15 *Litig.*, Case No. 2:19-CV-10860-MCS; *In re Snap Inc. Securities Litigation*, Case
16 No. 2:17-cv-03679-SVW-AGR; *Lloyd v. CVB Fin. Corp.*, Case No. 2:10-cv-06256-
17 CAS-PJW; *LSIMC, LLC v. Am. Gen. Life Ins. Co.*, Case No. 2:20-cv-11518-SVW;
18 *Mild v. PPG Ind., Inc.,* Case No. 2:18-cv-04231; *Novoa v. The GEO Grp., Inc.,* Case
19 No. 5:17-cv-02514; *Pole v. Estenson Logistics, LLC*, Case No. 2:15-cv-07196-DDP;
20 *Ray v. California Dpt. of Social Serv.,* Case No. 2:17-cv-04239-PA-SK; *Schwartz v.*
21 *Opus Bank,* Case No. 2:16-cv-07991-AB-JPR; *Sonner v. Schwabe N. Am., Inc.*, Case
22 No. 5:15-cv-01358-VAP; *Sonneveldt v. Mazda Motor of Am., Inc.,* Case No. 8:19-
23 cv-01298-JLS-KES; and *Zissa v. County of Los Angeles*, Case No. 2:18-cv-10174-
24 CJC-JDE.

25       10.    As a member of JND's Legal Notice Team, I research, design, develop,
26 and implement a wide array of legal notice programs to meet the requirements of
27 Rule 23 and relevant state court rules. In addition to providing notice directly to
28 potential class members through direct mail and email, our media campaigns, which

4

are regularly approved by courts throughout the United States, have used a variety of media including newspapers, press releases, magazines, trade journals, radio, television, social media and the internet depending on the circumstances and allegations of the case, the demographics of the class, and the habits of its members, as reported by various research and analytics tools. During my career, I have submitted several hundred declarations to courts throughout the country attesting to the creation and launch of various media programs.

## CASE BACKGROUND

11. JND has been asked by Class Counsel to prepare a Notice Plan to reach members of the Classes (collectively, "Class Members") and inform them about their rights and options. Two Classes were certified by the Court pursuant to its Order dated February 7, 2023 (Dkt. 894):

   A. <u>Commercial Class</u>:  Includes all DIRECTV commercial subscribers that purchased the NFL Sunday Ticket from DIRECTV, or its subsidiaries, at any time between June 17, 2011 and the date of the Court's class certification order.

   B. <u>Residential Class</u>:  Includes all DIRECTV residential subscribers that purchased the NFL Sunday Ticket from DIRECTV, or its subsidiaries, at any time between June 17, 2011 and the date of the Court's class certification Order.

12. Excluded from the Classes are the Defendants and any of their current or former parents, subsidiaries, or affiliates, as well as all judicial officers presiding over this action and their immediate family members and staff, and any juror assigned to this action.

## NOTICE PLAN OVERVIEW

13. The objective of the proposed Notice Plan is to provide the best notice practicable, consistent with the methods and tools employed in other court-approved

notice programs and to allow Class Members the opportunity to review a plain language notice with the ability to easily take the next step and learn more about the litigation. The FJC's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* considers a notice plan with a high reach (above 70%) effective.

14. The proposed Notice Plan consists of the following components:

A. Summary Notice through email ("Email Notice") to all Class Members for whom a valid email address is obtainable;

B. Summary Notice through postcard ("Postcard Notice") to Class Members for whom an email address is not available;

C. Supplemental media notice with the leading digital network (Google Display Network – "GDN"), the top social media platform (Facebook), and a popular audio streaming service (SiriusXM);

D. The litigation website through which the Detailed Notice will be posted in English and Spanish; and

E. A case-specific toll-free number, post office box, and email address through which Class Members may obtain more information about the litigation.

15. The direct notice effort alone is expected to reach more than 95% of Class Members. The supplemental media notice will extend reach even further. Based on my experience in developing and implementing class notice programs, I believe the proposed Notice Plan will provide the best notice practicable under the circumstances.

**DIRECT NOTICE EFFORT**

16. An adequate notice plan needs to satisfy "due process" when reaching a class. The United States Supreme Court, in *Eisen v. Carlisle & Jacqueline*, 417 U.S. 156 (1974), stated that direct notice (when possible) is the preferred method for

6

reaching a class. In addition, Rule 23(c)(2) of the Federal Rules of Civil Procedure provides that "the court must direct to class members the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort. The notice may be by one or more of the following: United States mail, electronic means, or other appropriate means.

17. JND will send an Email Notice, attached as <u>Exhibit B</u>, to all Class Members for whom an email address is obtainable and a Postcard Notice, attached as <u>Exhibit C</u>, to all Class Members for whom an email address is not available.

18. Upon receipt of Class Member data, JND promptly load the information into a secure case-specific database for this case. JND employs appropriate administrative, technical and physical controls designed to ensure the confidentiality and protection of Class Member data, as well as to reduce the risk of loss, misuse, or unauthorized access, disclosure or modification of Class Member data.

19. Prior to sending the Email Notice, JND will evaluate the email for potential spam language to improve deliverability. This process includes running the email through spam testing software, DKIM for sender identification and authorization, and hostname evaluation.[2] Additionally, we will check the send domain against the 25 most common IPv4 blacklists.

20. JND uses industry-leading email solutions to achieve the most efficient email notification campaigns. Our Data Team is staffed with email experts and software solution teams to conform each notice program to the particulars of the case. JND provides individualized support during the program and manages our sender reputation with the Internet Service Providers ("ISPs"). For each of our programs, we analyze the program's data and monitor the ongoing effectiveness of the notification campaign, adjusting the campaign as needed. These actions ensure the

---

[2] DomainKeys Identified Mail, or DKIM, is a technical standard that helps protect email senders and recipients from spam, spoofing, and phishing.

highest possible deliverability of the email campaign so that more potential Class Members receive notice.

21. For each campaign, including this one, JND will utilize a verification program to eliminate invalid email and spam traps that would otherwise negatively impact deliverability. We will then clean the list of email addresses for formatting and incomplete addresses to further identify all invalid email addresses.

22. To ensure readability of the email, our team will review and format the body content into a structure that is applicable to all email platforms, allowing the email to pass easily to the recipient. Before launching the email campaign, we will send a test email to multiple ISPs and open and test the email on multiple devices (iPhones, Android phones, desktop computers, tablets, etc.) to ensure the email opens as expected.

23. Additionally, JND included an "unsubscribe" link at the bottom of the email to allow Class Members to opt out of any additional email notices from JND. This step is essential to maintain JND's good reputation among the ISPs and reduce complaints relating to the email campaign.

24. Emails that are returned to JND are generally characterized as either "Soft Bounces" or "Hard Bounces." Hard Bounces are when the ISP rejects the email due to a permanent reason such as the email account is no longer active. Soft Bounces are when the email is rejected for temporary reasons, such as the recipient's email address inbox is full.

25. When an email is returned due to a soft bounce, JND attempts to re-email the email notice up to three additional times in an attempt to secure deliverability. The email is considered undeliverable if it is a Hard Bounce or a Soft Bounce that is returned after a third resend. For any undeliverable email, JND will perform an email append process (using information shared by leading credit bureaus) to identify any better email addresses.

8

26. In situations where an Email Notice cannot be sent or is deemed undeliverable, JND will send a Postcard Notice. Prior to mailing the Postcard Notice, JND will conduct a review of the records and certify the mailing data via the Coding Accuracy Support System ("CASS") to confirm the consistency of the contact information in the database. In addition, JND will verify the mailing addresses through the United States Postal Service ("USPS") National Change of Address ("NCOA") database[3] to ensure that we have the most recent Class Member mailing addresses. JND will track all notices returned undeliverable by the USPS and will promptly re-mail notices that are returned with a forwarding address. In addition, JND will take reasonable efforts to research and determine if it is possible to reach a Class Member for whom a notice is returned without a forwarding address, either by mailing to a more recent mailing address or using available skip-tracing tools to identify a new mailing address and/or an email address by which the potential Class Member may be reached, if an email already has not been sent. All updated addresses will be captured in the database for any potential future communications.

27. The direct notice effort alone is estimated to reach more than 95% of all Class Members.

**SUPPLEMENTAL MEDIA NOTICE**

28. To supplement the direct notice effort, JND designed a targeted media effort with GDN, Facebook, and SiriusXM. More than 19 million impressions will be served over four weeks to adults 35 years of age or older ("Adults 35+") with focused targeting included. The GDN effort will specifically target those with affinity for NFL RedZone, fans of American football and/or those in-market for watching NFL football and football streaming services. A portion of the Facebook effort will target users who have expressed an interest in DIRECTV (television network) AND

---

[3] The NCOA database is the official USPS technology product which makes changes of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mail stream.

9

National Football League, NFL Sunday Ticket (television network). Additionally, a portion of the Facebook effort will target users who are Food & Restaurant Page admins, are restaurant owners (per employers/job titles), and/or have an interest in restaurant management to extend reach to Commercial Class Members. The SiriusXM audio effort will run for two weeks and will include exposure on an array of popular sports channels, such as ESPN Radio, NFL Radio, Mad Dog Sports, CBS Sports, Fox Sports and NBC Sports Audio.

29. Multiple digital targeting strategies will be used, including Look-Alike (LAL) Targeting to individuals whose characteristics match that of individuals who have visited the litigation website; Predictive Targeting (GDN only) which uses multiple data points (search queries, sites visited, and digital behavior trends) to make inferences regarding future behavior/performance for a given campaign; Audience Targeting which optimizes efforts based on demographics, behavior, and interests of potential Class Members; Contextual Targeting which is the practice of displaying a digital ad based on a website's content; and Machine Learning which is used across all digital media platforms in order to optimize campaigns in real time based on placements, times of day and sub-targets within the larger demo and geo target that are likely to visit the litigation website.

30. The digital ads will be served across all devices (desktop, laptop, tablet, and mobile), with an emphasis on mobile. The digital ads, attached as <u>Exhibit D</u>, will directly link to the litigation website, where Class Members can receive more information about the case. The audio script, attached as <u>Exhibit E</u>, will reference both the litigation website and toll-free number.

## **LITIGATION WEBSITE**

31. JND will develop and deploy an informational case-specific litigation website that will allow Class Members to receive more details about the litigation. The litigation website will have an easy-to-navigate design and will be formatted to

emphasize important information and deadlines. Other available features will include a page with answers to frequently asked questions, contact information for the Notice Administrator, notice deadlines, and links to important case documents including the Detailed Notice in English and Spanish. A copy of the Detailed Notice is included as Exhibit F. The litigation website will also include information on how potential Class Members can request exclusion from the Class if they choose to do so. The address for the litigation website will be prominently displayed in the Postcard Notice, Email Notice, and it will be accessible through all digital notices.

32. The litigation website will be ADA-compliant and optimized for mobile visitors so that information loads quickly on mobile devices and will also be designed to maximize search engine optimization through Google and other search engines. Keywords and natural language search terms will be included in the site's metadata to maximize search engine rankings.

**TOLL-FREE NUMBER, P.O. BOX**

33. JND will establish and maintain a toll-free Interactive Voice Recorded (IVR) telephone number for Class Members to call for information related to the litigation. Two IVR options will be provided, one for Class Notice information and one for STELA Notice information. It is my understanding that Defendants will provide a live operator option for the STELA Notice choice.

34. JND will also maintain a dedicated Post Office Box where Class Members may send correspondence, including requests for exclusion.

**NOTICE DESIGN AND CONTENT**

35. The proposed notice documents are designed to comply with Rule 23's guidelines for class action notices, as well as the FJC's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*. The notices contain easy-to-read summaries of the litigation and instructions on how to obtain more information about the case. The Email Notice, Postcard Notice, and Detailed Notice

also contain information about the disclosure of certain customer contact information in connection with this litigation pursuant to STELA.

36. Courts routinely approve notices that have been written and designed in a similar manner.

## REACH

37. Based on JND's experience, we expect the direct notice effort alone to reach more than 95% of Class Members. The supplemental digital notice effort will further enhance that reach. The expected reach of the proposed Notice Plan exceeds that of other court approved programs and is on the high end of the 70–95% reach standard set forth by the FJC.[4]

## CONCLUSION

38. In my opinion, the proposed Notice Plan provides the best notice practicable under the circumstances; is consistent with the requirements of Rule 23; and is consistent with other similar court-approved best notice practicable notice programs. The Notice Plan is designed to reach as many Class Members as possible and inform them about the case and their rights and options.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2023 in Philadelphia, PA

*[signature]*

GINA INTREPIDO-BOWDEN

---

[4] Federal Judicial Center, *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), p. 3 states: "…the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class.  It is reasonable to reach between 70–95%."