# - EXHIBIT B -

From: info@xxxx.com
To: [Class Member email address]
Subject: NFL Sunday Ticket Litigation

---

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**SUMMARY NOTICE OF PENDING CLASS ACTION**

# If you purchased NFL Sunday Ticket, a class action lawsuit may affect your rights.

*This Notice is being provided by order of the U.S. District Court for the Central District of California. It is not a solicitation from a lawyer. You are not being sued.*

*Para una notificación en español, visite www.xxxx.com*

### NOTICE OF PENDING CLASS ACTION

A class action lawsuit is pending in the United States District Court for the Central District of California that alleges that the NFL and the 32 NFL teams have suppressed competition for the sale of professional football game telecasts in violation of the Sherman Act. The name of the case is *In re National Football League's "Sunday Ticket" Antitrust Litigation*, Case No. 2:15-ml-02668-PSG (JEMx).

This lawsuit involves NFL Sunday Ticket, an out-of-market sports viewing package that provides NFL regular-season games unavailable on local television affiliates. Football fans who are not NFL Sunday Ticket subscribers can view only locally available games each Sunday afternoon, but Sunday Ticket subscribers can view both locally available games and out-of-market games. Plaintiffs claim that absent the allegedly anticompetitive agreements at issue, the telecasts available on Sunday Ticket would be available through other means, which would result in more access to telecasts of NFL games at lower prices. The Court has appointed the law offices of Susman Godfrey L.L.P., Hausfeld LLP, and Langer Grogan and Diver PC as class counsel.

No money or benefits are available now because the lawsuit is not resolved. There is no guarantee that money or benefits ever will be available. If they are, you will be notified about how to ask for a share of any recovery. Unless you exclude yourself or your business from the lawsuit, you or your business will be bound by the outcome of the case and you will not be able to file a lawsuit or be part of any lawsuit against Defendants concerning or relating to the claims and allegations that were or could have been raised in this lawsuit.

### LITIGATION CLASS DEFINITION

The Court has certified damages classes and injunctive classes for residential and commercial DIRECTV subscribers that purchased NFL Sunday Ticket at any time between June 17, 2011 and February 7, 2023.

For more detail about the class definitions, and exceptions to class membership, please visit www._____.com.

### PRODUCTION OF PERSONALLY IDENTIFIABLE INFORMATION

Pursuant to the Satellite Television Extension and Localism Act of 2010, 47 U.S.C. § 338, we are also notifying you and other current and former DIRECTV subscribers that DIRECTV has been ordered by the United States District Court for the Central District of California in the case discussed in this notice and captioned *In re National Football League's Sunday Ticket Antitrust Litigation*, No. 2:15-ml-02668-PSG-JEM, to produce certain information from DIRECTV's records to the Court-appointed class counsel (the lawyers representing Plaintiffs), that contain personally identifiable information. The information—which will be kept "Highly Confidential" under the protective order in the *Sunday Ticket* litigation, will not be shared publicly, and will be used only to further notify class members about the litigation and effectuate any settlement or judgment—includes the subscribers' names, addresses, account numbers, dates of service, telephone numbers, and email addresses connected to the account. DIRECTV has not yet provided this information to the Court-appointed class counsel, and to date has provided only contact information to the Notice Administrator sufficient to effectuate this Notice. But DIRECTV will provide this information to Court-appointed class counsel on _____, **2023**.

| YOUR LEGAL RIGHTS AND OPTIONS |
|---|
| **If you are a member of the Residential Damages Class or Commercial Damages Class:**<br>Exclude Yourself: You may write to the Notice Administrator, _____, by ____, **2023** to exclude yourself. If you ask to be excluded from this lawsuit and money is later awarded, you will not be allowed to request a payment. But you (or your business) will keep your right to file your own lawsuit against the Defendants for damages concerning or relating to the claims and factual allegations that were or could have been raised in this action.<br><br>Do Nothing: If you do nothing, you or your business will be bound by the outcome of the case, whether a judgment is rendered for or against Defendants. Unless you exclude yourself or your business, you will not be able to file a lawsuit or be part of any other lawsuit against Defendants concerning or relating to the claims and factual allegations that were or could have been raised in this lawsuit.<br><br>**If you are a member of the Residential Injunctive Class or Commercial Injunctive Class:**<br>You or your business will be bound by the outcome of the litigation. You do not have the ability to opt out of the Injunctive Classes. |
| **DETAILED NOTICE** |
| Important information about this litigation is available in the Detailed Notice at www._____.com or by request from the Notice Administrator. You can contact the Notice Administrator by mail at: In re: National Football League's "Sunday Ticket" Antitrust Litigation, <insert address>, email at <insert email>, or phone at <insert phone number>.<br><br>The deadlines contained in this Notice may be amended by Court Order, so please check www._____.com for any updates.<br><br>You should review the Detailed Notice to inform yourself of your rights in this Action.<br><br>Please do not call the Court or the Clerk of the Court for information about the lawsuit. |

To unsubscribe from this list, please click on the following link: Unsubscribe