# - EXHIBIT D -

## Banner Ads                                          1

**728 x 90**



**160 x 600**



**300 x 250**

**320 x 50**



## Facebook Ads    2

**Facebook News Feed**



**Facebook Stories**

