# - EXHIBIT E -

## NFL Sunday Ticket

Copy template is set up for 13 point, double spaced.

| SFX: | | COPY: |
|---|---|---|
|  | 1 | Purchasers of the NFL SUNDAY TICKET between June 17, 2011 |
|  | 2 | and February 7, 2023 may be affected by a class action lawsuit.  To |
| :10 | 3 | learn more about the NFL SUNDAY TICKET lawsuit, go to |
|  | 4 | XXX.com or call (XXX) xxx-xxxx. That's XXX.com or call (XXX) |
|  | 5 | xxx-xxxx. |
|  | 6 |  |
|  | 7 |  |
| :30 | 8 |  |
|  | 9 |  |
|  | 10 |  |
|  | 11 |  |
|  | 12 |  |
|  | 13 |  |
|  | 14 |  |
| :60 | 15 |  |