# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668−PSG (JEMx) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **DECLARATION OF SATHYA S. GOSSELIN IN SUPPORT OF UNOPPOSED MOTION TO APPOINT NOTICE ADMINISTRATOR, AUTHORIZE DISTRIBUTION OF NOTICE TO RESIDENTIAL AND COMMERCIAL CLASSES OF DIRECTV SUNDAY TICKET SUBSCRIBERS, AND COMPEL PRODUCTION OF CUSTOMER CONTACT INFORMATION** |

I, Sathya S. Gosselin, hereby declare and state as follows:

1. I am a partner at the law firm Hausfeld LLP and attorney of record for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and if called as a witness, could and would testify competently thereto.

2. Beginning in February 2023, Plaintiffs' co-lead counsel submitted requests for proposals ("RFPs") to four leading notice administration firms. Plaintiffs' co-lead counsel carefully evaluated the responses to the RFPs and selected JND to lead the notice administration effort in the above-captioned matter.

3. JND was selected, among other reasons, because its proposal contemplated the most comprehensive notice plan in the most cost-competitive manner. Furthermore, JND has substantial experience administering notice in complex antitrust class actions, including multiple cases in in the United States District Court for the Central District of California.

4. Plaintiffs' co-lead counsel have used JND for various claims-administration services but have no financial ties or other ties with JND.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2023 in Washington, District of Columbia.

                                  *Sathya S. Gosselin*
                                  SATHYA S. GOSSELIN