Beth Wilkinson (admitted *pro hac vice*)
Brian Stekloff (admitted *pro hac vice*)
Rakesh Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION,<br><br>_____<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS. | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**JOINT STIPULATION REGARDING MODIFICATIONS TO SCHEDULING ORDER**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Trial Date: 2/22/2024 |

WHEREAS, on January 30, 2023, the Court approved a modification of the case schedule to extend the deadlines for merits expert discovery (Dkt. No. 886);

WHEREAS, on February 17, 2023, Plaintiffs served opening merits expert reports;

WHEREAS, on April 21, 2023, the NFL Defendants served responsive merits expert reports;

WHEREAS, on June 9, 2023, Plaintiffs served rebuttal merits expert reports;

WHEREAS, expert discovery is currently scheduled to close on June 30, 2023;

WHEREAS, due to scheduling issues for witnesses and counsel, two expert witness depositions could not be scheduled until the week of July 3, 2023;

WHEREAS, the parties jointly request a one-week extension of the deadline for the close of expert discovery until July 7, 2023;

WHEREAS, the parties' proposed changes to the schedule do not affect the timing for summary judgment briefing, the summary judgment hearing, or any subsequent deadlines already set by the Court;

NOW, therefore, the parties hereby stipulate, subject to the Court's approval, to the schedule set forth below:

| Event | Current | Proposed |
|---|---|---|
| Close of Expert Discovery | 6/30/23 | 7/7/23 |
| Summary Judgment Motions | 7/28/23 | No change |
| Summary Judgment Oppositions | 8/28/23 | No change |
| Summary Judgment Reply Briefs | 9/29/23 | No change |
| Summary Judgment Hearing Date | 10/27/23 | No change |
| Final Pretrial Conference | 2/9/24 | No change |
| Trial | 2/22/24 | No change |

Dated: 6/22/2023

By: */s/ Beth A. Wilkinson*

Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

By: */s/ Ian M. Gore*

IAN M. GORE
igore@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841/Fax: (206) 516-3883

MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor

2

```
 1                                    Los Angeles, CA 90067
                                      Tel: (310) 789-3100
 2                                    Fax: (310) 789-3150

 3                                    SCOTT MARTIN
                                      smartin@hausfeld.com
 4                                    HAUSFELD LLP
                                      33 Whitehall Street, 14th Floor
 5                                    New York, NY 10004
                                      Tel: (646) 357-1100
 6                                    Fax: (212) 202-4322

 7                                    HOWARD LANGER
                                      hlanger@langergrogan.com
 8                                    EDWARD DIVER
                                      ndiver@langergrogan.com
 9                                    PETER LECKMAN
                                      pleckman@langergrogan.com
10                                    LANGER GROGAN AND DIVER PC
                                      1717 Arch Street, Suite 4130
11                                    Philadelphia, PA 19103
                                      Tel: (215) 320-5660
12                                    Fax: (215) 320-5703

13                                    WILLIAM CHRISTOPHER CARMODY
                                      bcarmody@susmangodfrey.com
14                                    SETH ARD
                                      sard@susmangodfrey.com
15                                    TYLER FINN
                                      tfinn@susmangodfrey.com
16                                    SUSMAN GODFREY LLP
                                      1301 Avenue of the Americas, 32nd FL.
17                                    New York, NY 10019
                                      Tel: (212) 336-8330/ Fax: (212) 336-8340
18
                                      MICHAEL D. HAUSFELD
19                                    mhausfeld@hausfeld.com
                                      HAUSFELD LLP
20                                    1700 K. Street NW, Suite 650
                                      Washington, DC 20006
21                                    Tel: (202) 540-7200/Fax: (202) 540-7201

22                                    MICHAEL P. LEHMANN
                                      mlehmann@hausfeld.com
23                                    BONNY E. SWEENY
                                      bsweeney@hausfeld.com
24                                    CHRISTOPHER L. LEBSOCK
                                      clebsock@hausfeld.com
25                                    HAUSFELD LLP
                                      600 Montgomery St., Suite 3200
26                                    San Francisco, CA 94111
                                      Tel: (415) 633-1908/Fax: (415) 358-4980
27
                                      Attorneys for Plaintiffs' Co-Lead Counsel
28
```

3

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*