1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION, | Case No. 2:15-ml-02668-PSG (JEMx) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS. | **[PROPOSED] ORDER REGARDING MODIFICATIONS TO SCHEDULING ORDER** |

Having considered the parties' Joint Stipulation Regarding Modifications to Scheduling Order and finding good cause therein, the Court ORDERS that the schedule be adjusted as set forth below:

| Event | Current | Proposed |
|---|---|---|
| Close of Expert Discovery | 6/30/23 | 7/7/23 |
| Summary Judgment Motions | 7/28/23 | No change |
| Summary Judgment Oppositions | 8/28/23 | No change |
| Summary Judgment Reply Briefs | 9/29/23 | No change |
| Summary Judgment Hearing Date | 10/27/23 | No change |
| Final Pretrial Conference | 2/9/24 | No change |
| Trial | 2/22/24 | No change |

No other changes to the Court's prior orders are contemplated as a result of the changes above.

IT IS SO ORDERED.

DATED: _____        _____

PHILIP S. GUTIERREZ
Chief United States District Judge