# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION,<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS. | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**ORDER REGARDING MODIFICATIONS TO SCHEDULING ORDER** |

Having considered the parties' Joint Stipulation Regarding Modifications to Scheduling Order and finding good cause therein, the Court ORDERS that the schedule be adjusted as set forth below:

| Event | Current | Proposed |
|---|---|---|
| Close of Expert Discovery | 6/30/23 | 7/7/23 |
| Summary Judgment Motions | 7/28/23 | No change |
| Summary Judgment Oppositions | 8/28/23 | No change |
| Summary Judgment Reply Briefs | 9/29/23 | No change |
| Summary Judgment Hearing Date | 10/27/23 | No change |
| Final Pretrial Conference | 2/9/24 | No change |
| Trial | 2/22/24 | No change |

No other changes to the Court's prior orders are contemplated as a result of the changes above.

IT IS SO ORDERED.

DATED: June 24, 2023

PHILIP S. GUTIERREZ
Chief United States District Judge

1