Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**NFL DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: October 27, 2023<br>Time: 1:30 p.m.<br>Courtroom:<br>     First Street Courthouse<br>     350 West 1st Street<br>     Courtroom 6A<br>     Los Angeles, CA 90012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 27, 2023, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Philip S. Gutierrez, Chief United States District Judge, Courtroom 6A, United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012, the NFL Defendants[1] will, and hereby do, move pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, for summary judgment.

This motion is based upon this notice, the concurrently filed memorandum of points and authorities, the Statement of Undisputed Facts, exhibits, and declarations submitted in connection thereto, the pleadings, documents, and records on file in this action, any argument that may be presented to the Court on this motion, and such other matters as the Court deems appropriate.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 21, 2023.

Dated: July 28, 2023                    Respectfully submitted,

                                        /s/ *Rakesh N. Kilaru*
                                        Rakesh N. Kilaru (admitted *pro hac vice*)
                                        Beth A. Wilkinson (admitted *pro hac vice*)
                                        Brian L. Stekloff (admitted *pro hac vice*)

---

[1] The NFL Defendants consist of: Arizona Cardinals Football Club, LLC.; Atlanta Falcons Football Club, LLC; Baltimore Ravens Limited Partnership; Buffalo Bills, LLC; Panthers Football, LLC; The Chicago Bears Football Club, Inc.; Cincinnati Bengals, Inc.; Cleveland Browns Football Company LLC; Dallas Cowboys Football Club, Ltd.; Denver Broncos Team, LLC; The Detroit Lions, Inc.; Green Bay Packers, Inc.; Houston NFL Holdings, L.P.; Indianapolis Colts, Inc.; Jacksonville Jaguars, LLC.; Kansas City Chiefs Football Club, Inc.; Miami Dolphins, Ltd.; Minnesota Vikings Football, LLC; National Football League, Inc; NFL Enterprises LLC; New England Patriots LLC; New Orleans Louisiana Saints, LLC; New York Football Giants, Inc.; New York Jets LLC.; Raiders Football Club, LLC; Philadelphia Eagles, LLC; Pittsburgh Steelers LLC.; Chargers Football Company, LLC; Forty Niners Football Company LLC; Football Northwest LLC; The Los Angeles Rams, LLC; Buccaneers Team LLC; Tennessee Football, LLC.; and Pro-Football LLC.

| | |
|---|---|
| 1 | Jeremy S. Barber (admitted *pro hac vice*) |
| 2 | **WILKINSON STEKLOFF LLP**<br>2001 M Street NW, 10th Floor |
| 3 | Washington, DC 20036<br>Telephone: (202) 847-4000 |
| 4 | Facsimile: (202) 847-4005<br>bwilkinson@wilkinsonstekloff.com |
| 5 | bstekloff@wilkinsonstekloff.com<br>rkilaru@wilkinsonstekloff.com |
| 6 | jbarber@wilkinsonstekloff.com |
| 7 | |
| 8 | Neema T. Sahni (Bar No. 274240)<br>**COVINGTON & BURLING LLP** |
| 9 | 1999 Avenue of the Stars<br>Los Angeles, CA 90067-6045 |
| 10 | Telephone: (424) 332-4800<br>Facsimile: (424) 332-4749 |
| 11 | nsahni@cov.com |
| 12 | Gregg H. Levy (admitted *pro hac vice*) |
| 13 | Derek Ludwin (admitted *pro hac vice*)<br>John S. Playforth (admitted *pro hac vice*) |
| 14 | **COVINGTON & BURLING LLP**<br>One CityCenter |
| 15 | 850 Tenth Street NW<br>Washington, DC 20001 |
| 16 | Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291 |
| 17 | glevy@cov.com |
| 18 | dludwin@cov.com<br>jplayforth@cov.com |
| 19 | |
| 20 | *Counsel for Defendants National Football* |
| 21 | *League, NFL Enterprises LLC, and the Individual NFL Clubs* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |