Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football
League, NFL Enterprises LLC, and the
Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668−PSG (JEMx) |
| | **STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THE NFL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge: Hon. Philip S. Gutierrez |
| | Date: October 27, 2023 |
| | Time: 1:30p.m. |
| | Courtroom: First Street Courthouse |
| | 350 West 1st Street |
| | Courtroom 6A |
| | Los Angeles, CA 90012 |

1

## TABLE OF CONTENTS

2  I.     The NFL ........................................................................................... 1

3  II.    The NFL's Sunday Afternoon Broadcast Agreements ...................... 5

4  III.   Sunday Ticket Agreement .............................................................. 13

5  IV.    Sports Broadcasting ....................................................................... 17

6

7  V.     Dr. Rascher's But-For Worlds ....................................................... 19

8         A.   ██████████████ ...................................................... 20

9              1.   ████████████████████

10                  ████████ ......................................................... 22

11             2.   ██████████████████████

12                  ██████ ........................................................... 23

13        B.   ████████████ .......................................................... 25

14        C.   ██████████████████ ............................................ 26

15 VI.    The NFL's Network Partners ......................................................... 27

16

17

18

19

20

21

22

23

24

25

26

27

28

# I.     The NFL

| Undisputed Fact | Supporting Evidence |
|---|---|
| 1.     The National Football League ("NFL") is a membership association of 32 NFL member clubs. | Kilaru Decl. Ex. 1 (NFL Const.) § 3.1(A) |
| 2.     The NFL member clubs are separately owned. | Kilaru Decl. Ex. 1 (NFL Const.) § 2.1(A) |
| 3.     The 32 NFL member clubs compete against each other in football games organized by the NFL. | Kilaru Decl. Ex. 1 (NFL Const.) art. XIX. |
| 4.     The National Football League Constitution and Bylaws ("NFL Constitution") set forth contractual provisions governing the relationship between the NFL and its member clubs. | Kilaru Decl. Ex. 1 (NFL Const.) arts. I–XXV |
| 5.     An NFL game requires the participation of two clubs and the NFL. | Kilaru Decl. Ex. 1 (NFL Const.) arts. 13.2, 19.2–19.11; ██████████ |
| 6.     The NFL Constitution provides that "member clubs participating in any game are authorized to telecast and broadcast such game anywhere," except that (i) no club can permit the telecast of a game into the home territory of another club playing at home, (ii) no game can be telecast within the home territory of a club playing at home except by agreement of the participating clubs, and (iii) each club playing at home grants the visiting club the exclusive right to telecast that game within the visiting club's home territory. | Kilaru Decl. Ex. 1 (NFL Const.) § 10.2 |
| 7.     The NFL Constitution further provides that "[a]ny contract entered into by any club for telecasting or broadcasting its games . . . must be approved in writing by the Commissioner in advance of such telecast or broadcast." | Kilaru Decl. Ex. 1 (NFL Const.) § 10.1 |

1

Case No. 2:15-ml-02668-PSG (JEMx)          Statement of Undisputed Facts in Support of the NFL Defendants'
                                           Motion for Summary Judgment

| Undisputed Fact | Supporting Evidence |
|---|---|
| 8.      The NFL hires game officials and support staff necessary to produce an NFL game. | Kilaru Decl. Ex. 1 (NFL Const.) arts. VIII, XXI; ███ |
| 9.      The NFL engages in multi-employer bargaining to establish processes for hiring players who comprise the member clubs that compete in the games. | Kilaru Decl. Ex. 1 (NFL Const.) arts. VIII, XII, XIV, XV; ███ |
| 10.     The rules of NFL football games are established by the League. | Kilaru Decl. Ex. 1 (NFL Const.) art. XI; ███ |
| 11.     The NFL provides officiating personnel for NFL football games. | Kilaru Decl. Ex. 1 (NFL Const.) art. 8.7 |
| 12.     The NFL sets the game schedule for the 272 games in the regular NFL season. | Kilaru Decl. Ex. 1 (NFL Const.) arts. XIII, XIX; ███ |

2

| Undisputed Fact | Supporting Evidence |
|---|---|
| 13. The NFL considers fan engagement and overall interest in the League when setting its game schedule. | ███████████ |
| 14. The NFL regular season culminates in postseason playoff games and the Super Bowl title game. | Kilaru Decl. Ex. 1 (NFL Const.) arts. XX, XXI, XXII; ███ |
| 15. The average Super Bowl viewership during the class period has exceeded 100 million viewers per year. | Kilaru Decl. Ex. 43 (*Super Bowl Ratings History (1967-present)*, Sports Media Watch (2022)) |
| 16. Telecasts of NFL games display the trademarks and intellectual property of both participating clubs. | ██████ |

3

| Undisputed Fact | Supporting Evidence |
|---|---|
| 17.    Telecasts of NFL games also display the trademarks and intellectual property of the League, such as the NFL shield and game highlights. | |
| 18.    Radio broadcasting does not implicate visual trademarks the way telecasting does. | |
| 19.    Joint conduct is involved in creating the value of an NFL football game. | |
| 20.    NFL games are made more valuable by the fact that each game is part of an NFL season and part of a process that determines which teams are going to make the playoffs. | |
| 21.    No individual club or pair of clubs can create a season of NFL games. | |
| 22.    No individual club holds the rights necessary to create an NFL telecast. | |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 23.    No NFL game broadcast can be licensed without the consent of the NFL and participating teams. | |
| 24.    The bulk of the NFL's revenues come from its media rights. | |
| 25.    The NFL's national revenues, including that from "media and television and sponsorship," is equally shared between the 32 member clubs. | Kilaru Decl. Ex. 15 (Rolapp Dep. Tr.) 258:13–260:8; |

## II.    The NFL's Sunday Afternoon Broadcast Agreements

| Undisputed Fact | Supporting Evidence |
|---|---|
| 26.    There is no written agreement between the NFL and the 32 member clubs that grants the NFL the exclusive right to license NFL telecasting rights. | |

5

| Undisputed Fact | Supporting Evidence |
|---|---|
| 27.    The NFL acts as agent for member clubs in negotiating and executing agreements to license telecast rights, and member clubs vote on resolutions ratifying those agreements. | *E.g.*, Kilaru Decl. Ex. 1 (NFL Const.) NFL 1998 Resolution BC-1; NFL 1998 Resolution BC-2; NFL 2004 Resolution BC-4; NFL 2009 Resolution BC-1A; NFL 2011 Resolution BC-2; NFL 2014 Resolution BC-1; NFL 2015 Resolution BC-1 |
| 28.    During the class period, the NFL, ███████████████████████ | ███████████████ |
| 29.    The FOX Agreements provide for the production of telecasts for the NFC teams' regular season Sunday afternoon games. | ███████████████ |

6

| Undisputed Fact | Supporting Evidence |
|---|---|
| 30. The 2006 FOX Agreement initially covered the 2006 through 2011 NFL seasons and was extended to include the 2012 and 2013 NFL seasons. | ■■■■ |
| 31. The long-form 2015 FOX Agreement covered the 2014 through 2022 NFL seasons. | ■■■■ |
| 32. The CBS Agreements provide for the production of telecasts for the AFC teams' regular season Sunday afternoon games. | ■■■■ |
| 33. The 2006 CBS Agreement initially covered the 2006 through 2011 NFL seasons and was extended to include the 2012 and 2013 NFL seasons. | ■■■■ |
| 34. The 2014 CBS Agreement covered the 2014 through 2022 NFL seasons. | ■■■■ |
| 35. ■■■■■■■■■■ | ■■■■ |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 36. ████████████████████████ ████████ | ███████ |
| 37. █████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ███████████ | ███████ |
| 38. █████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ███████████ | ███████ |

8

| Undisputed Fact | Supporting Evidence |
|---|---|
| 39.  | |
| 40. | |
| 41.     Once the telecasting rights from the NFL have been transferred to CBS and FOX, the respective broadcast networks produce live game broadcast feeds for Sunday afternoon games. | Kilaru Decl. Ex. 15 (Rolapp Dep. Tr.) 100:10–13; |

9

| Undisputed Fact | Supporting Evidence |
|---|---|
| 42.    CBS and FOX broadcast their Sunday afternoon game feeds over free, over-the-air television in local markets through affiliated stations. | Kilaru Decl. Ex. 15 (Rolapp Dep. Tr.) 100:14–101:15; ███ |
| 43. ███████████████████████████████ | ███ |
| 44. ███████████████████████████████ | ███ |



10

Statement of Undisputed Facts in Support of the NFL Defendants'
Motion for Summary Judgment



Statement of Undisputed Facts in Support of the NFL Defendants' Motion for Summary Judgment



Statement of Undisputed Facts in Support of the NFL Defendants'
Motion for Summary Judgment



## III. Sunday Ticket Agreement

| Undisputed Fact | Supporting Evidence |
|---|---|
| 54.    Prior to 1994, the NFL did not license the rights to telecast out-of-market games. | |
| 55.    Starting in 1994, the NFL obtained from its broadcast partners the right to resell the networks' broadcasts of NFL games where those games were not being broadcasted in-market by the networks. | |
| 56.    After obtaining these Resale rights, the NFL entered into an exclusive agreement with DirecTV to distribute out-of-market NFL games through Sunday Ticket. | |

13

| Undisputed Fact | Supporting Evidence |
|---|---|
| 57.    The NFL and DirecTV entered into agreements to license the rights to telecast out-of-market NFL games during the class period. | █████████ |
| 58.    The first Sunday Ticket agreement operative during the class period was executed on March 13, 2009, and encompassed the 2011 to 2014 NFL seasons. | █████████ |
| 59.    The second Sunday Ticket agreement operative during the class period was executed on September 18, 2014, and encompassed the 2015 to 2022 NFL seasons. | █████████ |
| 60. ████████████████████████ | |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 61.  | |
| 62.    The requirement that Sunday Ticket be offered as a weekly package resulted from the settlement agreement in *Shaw v. Dallas Cowboys Football Club, Ltd.* | |
| 63. | |
| 64.    Plaintiffs are commercial and residential DirecTV subscribers who purchased Sunday Ticket from DirecTV during the class period. | Kilaru Decl. Ex. 26 (Order on Class Certification, Dkt. 894) at 2, 27 |
| 65.    Plaintiffs did not directly purchase Sunday Ticket from the NFL. | *See* Kilaru Decl. Ex. 26 (Order on Class Certification, Dkt. 894) at 2, 27 |

15

| Undisputed Fact | Supporting Evidence |
|---|---|
| 66.   Sunday Ticket ███████████ ███████ | ████████ |
| 67. ████████████████████ ████████████ ███████████ | ████████ |
| 68. ███████████████████ ██████████████ | ████████ |
| 69. ██████████████████ ████████████ | ████████ |
| 70.   Starting in the 2023 season, the residential Sunday Ticket package will be distributed on an exclusive basis through YouTube TV. | ████████ |
| 71. ████████████████ ████████████ | ████████ |

## IV.   Sports Broadcasting

| Undisputed Fact | Supporting Evidence |
|---|---|
| 72.   Prior to 1956, the NFL and member clubs agreed to assign broadcast licensing rights to the clubs, though agreements were subject to League approval. | ████ *see also* *US v. NFL*, 116 F. Supp. 319, 327 (E.D. Pa. 1953) (citing Kilaru Decl. Ex. 1 (NFL Const.) art. X) |
| 73.   ████████████████████████ ████████████████████████ | ████████ |
| 74.   The MLB and its member teams agree to a division of telecasting rights under which some regular season games are licensed by MLB—so called "national" telecasts. | |
| 75.   The MLB and its member teams agree to a division of telecasting rights under which regular season games not telecast nationally are assigned to the participants of that game in their respective home territories. | |
| 76.   The NBA and its member teams agree to a division of telecasting rights under which some regular season games are licensed by the NBA—so called "national" telecasts. | |

17

| Undisputed Fact | Supporting Evidence |
|---|---|
| 77.   The NBA and its member teams agree to a division of telecasting rights under which regular season games not telecast nationally are assigned to the participants of that game. | |
| 78.   The NHL and its member teams agree to a division of telecasting rights under which some regular season games are licensed by the NHL—so called "national" telecasts. | |
| 79.   The NHL and its member teams agree to a division of telecasting rights under which regular season games not telecast nationally are assigned to the participants of that game within their respective home territories and to the NHL otherwise. | |
| 80.   In college football, conferences produce college football games for which networks pay telecast licensing fees. | |
| 81.   In college football, schools license to their conferences most of their individual team rights to their home games and the conferences compete with each other. | |
| 82.   Colleges control their telecast rights with coordinated assignment of rights at the level of college conferences. | |
| 83.   Plaintiffs' experts have not identified a single example of a sport where teams produce different, nationally competing telecasts of their games. | |

18



| Undisputed Fact | Supporting Evidence |
|---|---|
| 84.    Plaintiffs' experts have not offered a single example where a telecast of a sporting event was produced over the objection of one of the participating teams. | |
| 85. ██████ | |
| 86.    All regular-season NFL game telecasts are available for free over-the-air in local markets. | |
| 87.    Other than the NFL, no professional American sports league offers all of their regular-season game telecasts for free over-the-air in local markets. | |

## V.    Dr. Rascher's But-For Worlds



| Undisputed Fact | Supporting Evidence |
|---|---|
| 88. ██████ | |
| 89. ██████ | |
| 90. ██████ | |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 91. ████████████████████████████ ████████████████████ | ████████████ |
| 92. ████████████████████████████ ████████████████████████ ████████████████ | ████████████ |

**A.** ██████████████████

| Undisputed Fact | Supporting Evidence |
|---|---|
| 93. ████████████████████████████ ████████████████ ████████ | ████████████ |
| 94. ████████████████████████████ ████████████████████ ████████████ | ████████████ |
| 95. ████████████████████████████ ████████████████ | ████████████ |
| 96. ████████████████████████████ ████████████████ | ████████████ |
| 97. ████████████████████████████ ████████ ████████████ | ████████████ |
| 98. ████████████████████████████ ████████████ | ████████████ |
| 99. ████████████████████████████ ████████████████ ████████ | ████████████ |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 100. ███████████████ ███████████████ | ████████████ ███████████ |
| 101. ███████████████ ███████████████ | ███████████ |
| 102. ███████████████ ███████████████ | ███████████ ███████ |
| 103. ███████████████ ███████████████ | ███████████ |
| 104. ███████████████ ███████████████ | *see* 15 U.S.C. § 1291 |
| 105. ███████████████ ███████████████ | ███████████ |
| 106. ███████████████ ███████████████ | ███████████ |

21

| Undisputed Fact | Supporting Evidence |
|---|---|
| 107. ████████████████████ ████████████ | ████████████ |
| 108. ██████████████████ ████████████████ | ████████████ |

**1.** ████████████████████

| Undisputed Fact | Supporting Evidence |
|---|---|
| 109. ████████████████ | ████████████ |
| 110. ████████████████████ | ████████████ |
| 111. ████████████████████ | ████████████ |
| 112. ████████████████████ | ████████████ |

22

2.

| Undisputed Fact | Supporting Evidence |
|---|---|
| 113. | |
| 114. | |
| 115. | |
| 116. | |
| 117. | |
| 118. | |

Statement of Undisputed Facts in Support of the NFL Defendants' Motion for Summary Judgment



| Undisputed Fact | Supporting Evidence |
|---|---|
| 126. ███████████████████████████ ███████████████████████ ████████████████ | ████████████ ███████ ████ |
| 127. ███████████████████████ ████████████████████████ ████████████████████████ ███████████████████ | █████████████ ████████ █████████ ████████ |
| 128. ████████████████████████ ██████████████████████ █████████████████████ ████████████████ | ██████████ ███████████ █████████ |

**B.** ████████████

| Undisputed Fact | Supporting Evidence |
|---|---|
| 129. ████████████████████████ █████████████████ ██████████████ | ████████████ ███████ ████ |
| 130. ████████████████████████ ██████████████████████ ████████████████████ | █████████████ ████████ |
| 131. ████████████████████████ █████████████████████ ████████████████████ █████████████████ ████████████ | ████████████ ██████████ █████████ |

25

| Undisputed Fact | Supporting Evidence |
|---|---|
| 132. ███████████████████████ ███████████████ | ███████████ ████████ |

**C.** ████████████████████

| Undisputed Fact | Supporting Evidence |
|---|---|
| 133. ███████████████████████ ███████████████████ ██████████████ | ███████████ |
| 134. ███████████████████ ████████████ | ███████████ █████████ |
| 135. ███████████████████ ████████████ | ███████████ ██████ |
| 136. ███████████████████ ██████████ | ███████████ ████████ |
| 137. ███████████████████ ██████████████ | ██████████ |

26

Case No. 2:15-ml-02668-PSG (JEMx)                Statement of Undisputed Facts in Support of the NFL Defendants' Motion for Summary Judgment

| Undisputed Fact | Supporting Evidence |
|---|---|
| 138. ██████████████████████ ██████████████████████ ██████████████████████ | ████████ ████ ██ |

## VI.   The NFL's Network Partners

| Undisputed Fact | Supporting Evidence |
|---|---|
| 139.   Advertising and retransmission fees are two major sources of revenue for networks. | ██████████ ████████ ████ |
| 140. ████████████████████ ████ | ████████ ██████ ██ █ ██ ████ █████ |

Date: July 28, 2023

Respectfully submitted,

/s/ *Rakesh N. Kilaru*
Rakesh N. Kilaru (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500

27

Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football
League, NFL Enterprises LLC, and the
Individual NFL Clubs*

**Statement of Undisputed Facts in Support of the NFL Defendants'
Motion for Summary Judgment**