Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>————————————————<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**DECLARATION OF RAKESH N. KILARU IN SUPPORT OF THE MEMORANDUM IN SUPPORT OF NFL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: October 27, 2023<br>Time: 1:30 p.m.<br>Courtroom:<br>   First Street Courthouse<br>   350 West 1st Street<br>   Courtroom 6A<br>   Los Angeles, CA 90012 |

I, Rakesh N. Kilaru, declare as follows:

I am a partner at the law firm of Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation. I submit this declaration in support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted *pro hac vice* to practice before the United States Central District of California in this litigation.

1. Attached hereto as Exhibit 1 is a true and correct copy of the 2016 NFL Constitution and By-Laws produced by the NFL with Bates number NFL_0012383. *See* Kilaru Decl. Ex. 25 (Schroeder 7/28/22 30(b)(6) Dep. Tr.) 16:20–17:14.
2. Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the deposition of Plaintiff expert Einer R. Elhauge, taken on July 6, 2023.
3. Attached hereto as Exhibit 3 is a true and correct copy of the merits expert report prepared by Plaintiff expert Daniel A. Rascher, dated February 17, 2023.
4. Attached hereto as Exhibit 4 is a true and correct copy of the merits expert reply report prepared by Plaintiff expert Daniel A. Rascher, dated June 9, 2023.
5. Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from the deposition of NFL 30(b)(6) witness Hans Schroeder, taken on July 29, 2022.
6. Attached hereto as Exhibit 6 is a true and correct copy of transcript excerpts from the deposition of Plaintiff expert Leonard F. DeLuca, taken on June 30, 2023.
7. Attached hereto as Exhibit 7 is a true and correct copy of transcript excerpts from the deposition of ESPN witness Burke Magnus, taken on August 4, 2022.
8. Attached hereto as Exhibit 8 is a true and correct copy of transcript excerpts from the deposition of NBCUniversal 30(b)(6) witness David Pietrycha, taken on August 16, 2022.

1

Case No. 2:15-ml-02668-PSG (JEMx)   Declaration of Rakesh N. Kilaru in Support of the Memorandum in
Support of NFL Defendants' Motion for Summary Judgment

9. Attached hereto as Exhibit 9 is a true and correct copy of the merits expert report prepared by NFL expert B. Douglas Bernheim, Ph.D., dated April 28, 2023.

10. Attached hereto as Exhibit 10 is a true and correct copy of transcript excerpts from the deposition of the NFL's witness Brent Lawton, taken on June 22, 2022.

11. Attached hereto as Exhibit 11 is a true and correct copy of the NFL-FOX 2015 Agreement produced by the NFL with Bates number NFL_0419932. *See* DiBella Decl. ¶ 7.

12. Attached hereto as Exhibit 12 is a true and correct copy of the NFL-CBS 2014 Agreement produced by the NFL with Bates number NFL_0377291. *See* DiBella Decl. ¶ 5.

13. Attached hereto as Exhibit 13 is a true and correct copy of transcript excerpts from the deposition of Plaintiff expert Daniel A. Rascher, taken on June 28, 2023.

14. Attached hereto as Exhibit 14 is a true and correct copy of the merits expert report prepared by NFL expert Neal H. Pilson, dated April 28, 2023.

15. Attached hereto as Exhibit 15 is a true and correct copy of transcript excerpts from the deposition of NFL witness Brian Rolapp, taken on May 18, 2022.

16. Attached hereto as Exhibit 16 is a true and correct copy of the NFL-CBS 2006 Agreement produced by the NFL with Bates number NFL_0862664. *See* DiBella Decl. ¶ 3.

17. Attached hereto as Exhibit 17 is a true and correct copy of the NFL-FOX 2006 Agreement produced by the NFL with Bates number NFL_0862550. *See* DiBella Decl. ¶ 4.

18. Attached hereto as Exhibit 18 is a true and correct copy of the NFL-CBS 2021 Agreement produced by the NFL with Bates number NFL_0458529. *See* Kilaru Decl. Ex. 33 (McManus Dep. Tr.) 46:2–47:5.

19. Attached hereto as Exhibit 19 is a true and correct copy of transcript excerpts from the deposition of NFL witness Kevin LaForce, taken on July 19, 2022.

2

Case No. 2:15-ml-02668-PSG (JEMx)    Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of NFL Defendants' Motion for Summary Judgment

20. Attached hereto as Exhibit 20 is a true and correct copy of the NFL-FOX 2021 Agreement produced by the NFL with Bates number NFL_0458699. *See* Kilaru Decl. Ex. 19 (LaForce Dep. Tr.) 331:13–332:3.

21. Attached hereto as Exhibit 21 is a true and correct copy of transcript excerpts from the deposition of NFL witness Frank Hawkins, taken on August 2, 2022.

22. Attached hereto as Exhibit 22 is a true and correct copy of transcript excerpts from the deposition of NFL witness Paul Tagliabue, taken on June 2, 2022.

23. Attached hereto as Exhibit 23 is a true and correct copy of the DirecTV 2009 Agreement produced by the NFL with Bates number NFL_0000434. *See* Kilaru Decl. Ex. 37 (Bornstein Dep. Tr.) 172:12–18.

24. Attached hereto as Exhibit 24 is a true and correct copy of the DirecTV 2014 Agreement produced by the NFL with Bates number NFL_0000458. *See* DiBella Decl. ¶ 6.

25. Attached hereto as Exhibit 25 is a true and correct copy of transcript excerpts from the deposition of NFL 30(b)(6) witness Hans Schroeder, taken on July 28, 2022.

26. Attached hereto as Exhibit 26 is a true and correct copy of the Court's Order on Class Certification, Dkt. 894, issued on February 7, 2023.

27. Attached hereto as Exhibit 27 is a true and correct copy of transcript excerpts from the deposition of DirecTV witness Michael D. White, taken on July 19, 2022.

28. Attached hereto as Exhibit 28 is a true and correct copy of transcript excerpts from the deposition of DirectTV 30(b)(6) witness James Dyckes, taken on October 27, 2022.

29. Attached hereto as Exhibit 29 is a true and correct copy of the 2022 NFL-Google Agreement produced by the NFL with Bates number NFL_1242000. *See* DiBella Decl. ¶ 8.

3

Case No. 2:15-ml-02668-PSG (JEMx)    Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of NFL Defendants' Motion for Summary Judgment

Case 2:15-ml-02668-PSG-SK   Document 954-3   Filed 07/28/23   Page 5 of 6   Page ID
#:30010

30. Attached hereto as Exhibit 30 is a true and correct copy of the merits rebuttal report prepared by Plaintiff expert Einer R. Elhauge, dated June 9, 2023.

31. Attached hereto as Exhibit 31 is a true and correct copy of the merits rebuttal report prepared by Plaintiff expert Leonard F. DeLuca, dated June 8, 2023.

32. Attached hereto as Exhibit 32 is a true and correct copy of transcript excerpts from the deposition of Fox Sports witness Lawrence Jones, taken on July 8, 2022.

33. Attached hereto as Exhibit 33 is a true and correct copy of transcript excerpts from the deposition of CBS witness Sean McManus, taken on July 14, 2022.

34. Attached hereto as Exhibit 34 is a true and correct copy of the class certification report prepared by Plaintiff expert Daniel A. Rascher, dated August 19, 2022.

35. Attached hereto as Exhibit 35 is a true and correct copy of the merits expert report prepared by Plaintiff expert J. Douglas Zona, dated February 17, 2023.

36. Attached hereto as Exhibit 36 is a true and correct copy of the class certification report prepared by Plaintiff expert J. Douglas Zona, dated August 19, 2022.

37. Attached hereto as Exhibit 37 is a true and correct copy of transcript excerpts from the deposition of NFL witness Steven Bornstein, taken on August 3, 2022.

38. Attached hereto as Exhibit 38 is a true and correct copy of Plaintiffs' Second Consolidated Amended Complaint for Damages and Declaratory and Injunctive Relief, Dkt. 441, filed March 23, 2022.

39. Attached hereto as Exhibit 39 is a true and correct copy of the article: Daniel A. Rascher & Andrew D. Schwartz, *Competitive Balance in Sports: Peculiar Economics Over the Last 30 Years*, NYSBA Entertainment, Arts & Sports L. J. 31, n. 1 (2020).

40. Attached hereto as Exhibit 40 is a true and correct copy of excerpts from the textbook: Einer Elhauge & Damien Geradin, *Global Antitrust Law and Economics* ch. 6 (2d ed. 2011).

41. Attached hereto as Exhibit 41 is a true and correct copy of transcript excerpts from the deposition of NFL witness Robert Kraft, taken on June 23, 2022.

4

Case No. 2:15-ml-02668-PSG (JEMx)   Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of NFL Defendants' Motion for Summary Judgment

42. Attached hereto as Exhibit 42 is a true and correct copy of transcript excerpts from the deposition of NFL witness Jerry Jones, taken on July 19, 2022.

43. Attached hereto as Exhibit 43 is a true and correct copy of *Super Bowl Ratings History (1967-present)*, Sports Media Watch (2022), available at https://www.sportsmediawatch.com/super-bowl-ratings-historical-viewership-chart-cbs-nbc-fox-abc/ (last accessed July 28, 2023).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 28th day of July 2023 in Washington, D.C.

Dated: July 28, 2023

Respectfully submitted,

/s/ Rakesh N. Kilaru
Rakesh N. Kilaru (admitted *pro hac vice*)

5

Case No. 2:15-ml-02668-PSG (JEMx) — Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of NFL Defendants' Motion for Summary Judgment