# EXHIBIT 10

## To the Declaration of Rakesh N. Kilaru

```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3          Civil Action No. 2:15-ml-02668-PSG(JEMx)

 4    ------------------------------------------x

 5    IN RE:  NATIONAL FOOTBALL

 6    LEAGUE'S "SUNDAY TICKET"

 7    ANTITRUST LITIGATION

 8    ------------------------------------------x

 9

10

11

12

13          VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                      BRENT DOUGLAS LAWTON
14                  Wednesday, June 22, 2022
                       New York, New York
15                   8:57 a.m. - 3:32 p.m.

16

17

18

19

20

21

22              Reported stenographically by:
             Richard Germosen, CA CSR No. 14391
23       RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
           NCRA/NJ/NY/CA Certified Realtime Reporter
24            NCRA Realtime Systems Administrator
                    Job No. 2022-845603
25
```

33

1  on Sunday Ticket in terms of its inability to buy --
2  let me ask another question.
3              Now, can you buy out-of-market games
4  just for a single team, like just Cowboys'
5  out-of-market games?
6              MR. BARBER:  Objection.  Form.
7        A.    That is not a SKU currently being
8  offered.
9        Q.    And would DirecTV be able to offer
10 that package if they so desired?
11       A.    Generally speaking, if there's a new
12 SKU they wanted to offer, they sort of -- they
13 propose it to us.  That's not one that has come up.
14       Q.    And when you say "SKU," what is that?
15 What is this term?
16       A.    A different sort of -- a different
17 package of games within Sunday Ticket.
18       Q.    And so the process is if DirecTV
19 wants to launch a new SKU, if I pronounced that
20 correctly, they'll propose it to the NFL first?
21       A.    Correct.
22       Q.    And then how does the review process
23 work within the NFL in that scenario?
24       A.    I think we would try to understand,
25 you know, sort of rationale for the SKU or what

Case 2:15-ml-02668-PSG-SK   Document 954-6   Filed 07/28/23   Page 4 of 6   Page ID
NFL Sunday Ticket Antitrust Litigation          #:30212                          Brent Lawton
                                                                                 June 22, 2022

34

1  they're looking to accomplish and sort of how it
2  fits into the broader media model and then give them
3  direction from there.
4         Q.    And does the NFL have a final
5  approval over what SKUs are offered by DirecTV and
6  the Sunday Ticket package?
7         A.    To be honest, I'm not sure if we have
8  final approval.  I know we worked together on it,
9  but I'm not sure if we sort of have final signoff.
10        Q.    But in practice, if DirecTV wanted to
11 launch a new SKU, DirecTV and the NFL would work
12 together?
13        A.    They would propose it, yes, and we
14 would work together.
15        Q.    Got it.
16              So is it fair to say that the current
17 iteration of Sunday Ticket, and I say current
18 because I know there is discussions about rights,
19 but the current iteration of Sunday Ticket is not
20 designed as a substitute for the games broadcast on
21 CBS and Fox?
22              MR. BARBER:  Objection.
23        A.    I guess I'd say, you know, I think it
24 does sort of complement because the way that it's
25 designed is those games are available through the

35

1   base DirecTV offering, and if you are a fan that's
2   interested in more games and want additional games,
3   you can buy Sunday Ticket to sort of sit on top of
4   that.  So I think, largely speaking, today when you
5   buy Sunday Ticket, you're sort of getting those
6   in-market games already, and then you're adding,
7   excuse me, additional games on top of that.
8           Q.     I'm glad you used the word
9   "complement" there.  That's what I'm trying to
10  understand.
11                 So is it fair to say that it's
12  designed more for someone who wants to watch more
13  games on top of the games that are already available
14  on broadcast television?
15                 MR. BARBER:  Objection to form.
16          A.     Again, I think it's defined -- it's
17  designed to fit within the overall model that we
18  have, which is make a lot of games available for
19  free to fans, and then for avid fans that want
20  additional games, there is a way to get those that's
21  broadly available.  So, you know, why we sort of
22  have been on DirecTV as a satellite provider is
23  satellite is generally available across the whole
24  country.  So if you are someone who wants to get the
25  additional games outside of sort of what we're

1        C E R T I F I C A T E

2            I, RICHARD GERMOSEN, Fellow of the

3   Academy of Professional Reporters, stenographic New

4   Jersey Certified Court Reporter, New Jersey Certified

5   Realtime Court Reporter, California Certified

6   Shorthand Reporter, California Certified Realtime

7   Reporter, NCRA Registered Diplomate Reporter, and

8   NCRA Certified Realtime Reporter, do hereby certify:

9            That BRENT DOUGLAS LAWTON, the witness

10  whose deposition is hereinbefore set forth, having

11  been duly sworn, and that such deposition is a true

12  record of the testimony of said witness.

13           I further certify that I am not related

14  to any of the parties to this action by blood or

15  marriage, and that I am in no way interested in the

16  outcome of this matter.

17           IN WITNESS WHEREOF, I have hereunto set

18  my hand this 27th day of June 2022.

19

20  _____
    RICHARD GERMOSEN,
21  FAPR, RDR, CRR, CCR-NJ, CRCR, CSR-CA, CCRR-CA,
    NYACR, NYRCR
22  LICENSE NO. 30XI00184700
    LICENSE NO. 30XR00016800
23  California CSR No. 14391
    California CRR No. 198

24

25