# EXHIBIT 22

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

1

2   UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA
3   -------------------------------------------X
    IN RE:  NATIONAL FOOTBALL LEAGUE'S "SUNDAY
4   TICKET" ANTITRUST LITIGATION,

5

6   Civil Action No. 2:15-ml-02668-PSG(JEMx)
    -------------------------------------------X
7

8

9       VIDEOTAPED DEPOSITION OF PAUL TAGLIABUE

10

11

12

13   DATE:  June 2, 2022

14   TIME:  9:09 a.m.

15   PLACE:  ***REMOTE***

16   BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

17   JOB NO:  2022-845601

18

19

20

21

22

23

24

25

2

1

2   A P P E A R A N C E S:

3


4

5       LANGER GROGAN & DIVER
            Attorneys for the Plaintiffs
6           1717 Arch Street, Suite 4130
            Philadelphia, Pennsylvania 19103
7           BY:  HOWARD LANGER, ESQ.
                 KEVIN TRAINER, ESQ.
8                PETER LECKMAN, ESQ.

9


10

11      WILKINSON STEKLOFF
            Attorneys for the Defendant
12          NFL
            2001 M Street NW
13          10th Floor
            Washington, D.C. 20336
14          BY:  BLAKE NEAL, ESQ.
                 MAX WARREN, ESQ.
15               RAKESH KILARU, ESQ.

16


17

18      COVINGTON & BURLING
            Attorneys for the NFL and
19          the witness
            One CityCenter
20          850 Tenth Street, NW
            Washington, DC 20001-4956
21          BY:  DEREK LUDWIN, ESQ.

22

23

24

25

3

```
 1

 2    ALSO PRESENT:

 3

 4
           Dolores DiBella, Esq., NFL
 5
           Kim Ferrari, paralegal
 6
           Aydaline Garcia, videographer
 7

 8

 9
           *           *           *
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



67

1                          P. TAGLIABUE

68

1                    P. TAGLIABUE



7                    MR. LUDWIN:  Object to form.



69

1                                P. TAGLIABUE

70

1           P. TAGLIABUE

2      Q.    I haven't asked you this, but you

3   have been deposed before; is that right?

4      A.    A couple of times.

5      Q.    A couple of times.  I think you

6   were deposed many years ago in a case

7   involving the National Basketball

8   Association; is that right?

9      A.    I don't ever recall being deposed

10  in a case involving the NBA.

11     Q.    Were you deposed in a case that

12  involved actually the Sunday Ticket product

13  many years ago?

14     A.    I don't recall.

15     Q.    You don't recall that either.  You

16  said you were deposed a couple of times.

17  What do you recall those occasions to be?

18     A.    Since I was Commissioner?

19     Q.    Whenever.

20     A.    We talked about some of them

21  already.  Some of these cases that we went

22  through where you have given me the opinions.

23     Q.    You were counsel in those cases?

24     A.    Right.

25     Q.    They didn't take your deposition?

79

```
 1                      P. TAGLIABUE
 2        A.    I have got a document called "NFL
 3    Films Guarantee."
 4              MR. LUDWIN:  For the record, we
 5         hadn't written yet on Mr. Tagliabue's
 6         copy.  We have been marking the other
 7         copy.  So it doesn't say that on his
 8         yet.  I can mark it in if you would
 9         like.
10    BY MR. LANGER:
11        A.    It has a Bates number '317?
12        Q.    No, we are not talking about the
13    same thing.
14              MR. LUDWIN:  I think it's just
15         flipped over.
16              MR. LANGER:  No, mine has the
17         Bates number '264.
18        A.    I was looking at the other end of
19    the Package.
20              MR. KILARU:  It was upside down
21         in the envelope, but I think we are
22         squared away.
```

80

1                              P. TAGLIABUE



81

1                              P. TAGLIABUE



82

1                            P. TAGLIABUE



83

1                              P. TAGLIABUE



84

1                            P. TAGLIABUE



272

1                        P. TAGLIABUE

2              MR. LUDWIN:  None from me.

3              THE VIDEOGRAPHER:  The time is

4         4:20.  This concludes today's

5         deposition.  Thank you, everyone.

6                  (Whereupon, at 4:20 p.m., the

7         Examination of this Witness was

8         concluded.)

9

10

11    _____

              PAUL TAGLIABUE

12

      Subscribed and sworn to before me
13    this _____ day of _____, 2022.

14    _____

              NOTARY PUBLIC
15

16

17

18

19

20

21

22

23

24

25

276

```
 1

 2        C E R T I F I C A T E

 3

 4   STATE OF NEW YORK       )
                          :  SS.:
 5   COUNTY OF NASSAU         )

 6

 7           I, REBECCA SCHAUMLOFFEL, a Notary

 8   Public for and within the State of New York,

 9   do hereby certify:

10           That the witness whose examination

11   is hereinbefore set forth was duly sworn and

12   that such examination is a true record of the

13   testimony given by that witness.

14           I further certify that I am not

15   related to any of the parties to this action

16   by blood or by marriage and that I am in no

17   way interested in the outcome of this matter.

18           IN WITNESS WHEREOF, I have hereunto

19   set my hand this 6th day of June, 2022.

20        _____

21            REBECCA SCHAUMLOFFEL

22

23

24

25
```

1  Beth A. Wilkinson (admitted *pro hac vice*)
   Brian L. Stekloff (admitted *pro hac vice*)
2  Rakesh N. Kilaru (admitted *pro hac vice*)
   Jeremy S. Barber (admitted *pro hac vice*)
3  **WILKINSON STEKLOFF LLP**
   2001 M Street NW, 10th Floor
4  Washington, DC 20036
   Telephone: (202) 847-4000
5  Facsimile: (202) 847-4005
   bwilkinson@wilkinsonstekloff.com
6  bstekloff@wilkinsonstekloff.com
   rkilaru@wilkinsonstekloff.com
7  jbarber@wilkinsonstekloff.com

8  *Counsel for Defendants National Football*
   *League, NFL Enterprises LLC, and the*
9  *Individual NFL Clubs*

10 [Additional Counsel Listed on Signature
   Pages]
11

12                **UNITED STATES DISTRICT COURT**

13                **CENTRAL DISTRICT OF CALIFORNIA**

14
   IN RE: NATIONAL FOOTBALL          )  Case No. 2:15-ml-02668−PSG (JEMx)
15 LEAGUE'S "SUNDAY TICKET"          )
   ANTITRUST LITIGATION              )  **CORRECTIONS TO THE**
16 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    )  **DEPOSITION TRANSCRIPT OF**
                                     )  **PAUL TAGLIABUE**
17                                   )
   THIS DOCUMENT RELATES TO:         )
18 ALL ACTIONS                       )  Judge:  Hon. Philip S. Gutierrez
                                     )
19                                   )
                                     )  Deposition Date: June 2, 2022
20                                   )  Final Transcript Received: June 7,
                                     )  2022
21                                   )
22 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    )

23

24

25

26

27

28

Defendants National Football League, NFL Enterprises, LLC, and its member Clubs, by and through their attorneys, hereby provide corrections to the deposition transcript of Paul Tagliabue, along with a brief description of the reason for each correction, attached hereto as "Exhibit A."  The Defendants received notice of the availability of this transcript on June 7, 2022, and are noticing these corrections prior to September 6, pursuant to an agreement reached with Plaintiffs.

Dated:   September 6, 2022

/s/ *Beth A. Wilkinson*
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

1

1
2

glevy@cov.com
dludwin@cov.com

3
4

*Counsel for Defendants National Football
League, NFL Enterprises LLC, and the
Individual NFL Clubs*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

<u>Exhibit A</u>

**Corrections to the Deposition Transcript of Paul Tagliabue – June 2, 2022**

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 37:22 | "What does say?" | "What does it say?" | Transcription error |
| 54:21-22 | "satellite television carrier of NFL games" | "satellite television carriage of NFL games" | Transcription error |
| 55:16 | "rather than those just those games" | "rather than just those games" | Transcription error |
| 70:18-19 | "optimal ways and probable ways" | "optimal ways and crummy ways" | Transcription error |
| 72:25-73:2 | "country of being Packers fans" | "country where there were Packers fans" | Transcription error |
| 77:17 | "would have been able to launch a" | "would have been able to watch a" | Transcription error |
| 102:21 | "price of channel A, channel B to" | "price of channel A, to channel B, to" | Transcription error |
| 119:6 | "all around broadcast committee" | "owner on the broadcast committee" | Transcription error |
| 127:14 | "Fox News cooperative" | "Fox News Executive" | Transcription error |
| 139:4-6 | "I probably have more a little knowledge in my wallet today which" | "I probably had a little informant in my wallet 20 years ago to explain this to me which" | Transcription error |
| 144:16 | "constitution of isles" | "constitution and bylaws" | Transcription error |
| 149:8 | NCA's | NCAA's | Transcription error |
| 149:9 | "another reason for the trade" | "an unreasonable restraint of trade" | Transcription error |
| 164:15 | Boland | Bowlen | Transcription error |
| 172:10 | were | are | Transcription error |

3

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 174:2 | Bobby | probably | Transcription error |
| 175:23 | fee | feed | Transcription error |
| 180:13 | "paying for or the" | "paying for their" | Transcription error |
| 183:7 | "the page on that" | "they paid John Madden" | Transcription error |
| 187:7 | is | has | Transcription error |
| 193:2 | is | was | Transcription error |
| 197:5 | "remember that being" | "remember ever being" | Transcription error |
| 197:9 | "They was" | "They were" | Transcription error |
| 197:18 | "Are there cable people are not" | "Are there cable people who are not" | Transcription error |
| 199:15 | "this was the slides" | "these were the slides" | Transcription error |
| 201:3-4 | "with those type of people" | "with newspaper people" | Transcription error |
| 227:19 | million | billion | Transcription error |
| 240:19 | Boland | Tola | Transcription error |
| 249:14 | almost | offering | Transcription error |
| 249:15 | contracts | contract | Transcription error |
| 262:15 | contract | contracts | Transcription error |

4

Corrections to the Deposition Transcript of Paul Tagliabue

1  I declare under the penalty of perjury that the foregoing is true and correct.

2

3  Dated:  August 9, 2022                          By: _____
                                                        Paul Tagliabue

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5