# EXHIBIT 41

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

1

```
 1                                  VOLUME:  I
                                    PAGES:  1-63
 2                                  EXHIBITS: 1-6

 3            UNITED STATES DISTRICT COURT

 4            CENTRAL DISTRICT OF CALIFORNIA

 5

 6     ***********************************
       IN RE: NATIONAL FOOTBALL LEAGUE'S        *
 7     "SUNDAY TICKET" ANTITRUST                *
       LITIGATION,                              *
 8                                              *
                                                *
 9                                              *
       Civil Action No.
10     2:15-ml-02668-PSG(JEMx)
       ***********************************
11

12

13      VIDEOTAPED DEPOSITION of ROBERT K. KRAFT

14              Thursday, June 23, 2022

15                  9:07 a.m.

16

                Held at:  Gillette Stadium
17                    1 Patriots Place
                Foxborough, Massachusetts
18

19

20     ------- Megan M. Castro, RPR, CSR -------

21                  Lexitas
           508-478-9795 ~ 508-478-0595 (Fax)
22              www.LexitasLegal.com

23

24
```

2

```
 1    APPEARANCES:

 2    HAUSFELD
        Scott Martin, Esquire
 3      Farhad Mirzadeh, Esquire
        33 Whitehall Street
 4      14th Floor
        New York, New York  10004
 5      646-357-1100
        smartin@hausfeld.com
 6      fmirzadeh@hausfeld.com
        on behalf of the Plaintiffs

 7

 8    WILKINSON STEKLOFF
        Rakesh N. Kilaru, Esquire
 9      2001 M Street, NW
        10th Floor
10      Washington, District of Columbia  20036
        202-847-4000
11      rkilaru@wilkinsonstekloff.com
        on behalf of the NFL

12

13

      ALSO PRESENT:
14
      Robyn Glaser, Esquire, Kraft Group
15
      Janet Noval, Esquire, NFL
16
      Shawn Budd, videographer
17

18

19

20

21

22

23

24
```

Robert Kraft
June 23, 2022

6

```
1          All good?

2     A.  Fine.

3     Q.  Are you, Mr. Kraft, taking any medication

4  today that would, to your knowledge, impair your

5  ability to testify or your recollection?

6     A.  If I say yes, can I leave?

7          (Laughter.)

8     A.  No.

9     Q.  Okay.  Is there any reason that you

10 cannot give your best truthful testimony here

11 today?

12    A.  No.

13    Q.  Thank you.

14         You're currently the principal owner of

15 the New England Patriots team of the National

16 Football League.  Correct?

17    A.  Yes.

18    Q.  And you acquired ownership in or about

19 1994.  Is that right?

20    A.  Yes.

21    Q.  And as an NFL owner, you currently serve

22 as chair of the league's media committee.

23 Correct?

24    A.  Yes.
```

Case 2:15-ml-02668-PSG-SK   Document 954-13   Filed 07/28/23   Page 5 of 12   Page ID
#:30397
NFL Sunday Ticket Antitrust Litigation

Robert Kraft
June 23, 2022

7

1      Q.   Is it fair to say that the function of

2  the media committee is to advise the commissioner

3  on the negotiation of television rights?

4      A.   Well, we are partners in that.  We work

5  with the commissioner to do what is in the best

6  interest of the NFL and our fan base.

7      Q.   And does that principally revolve around

8  the negotiation of television rights, or are

9  there other functions of the media committee?

10          MR. KILARU:  Object to the form.

11          THE WITNESS:  Pardon me?

12          MR. KILARU:  Just made an objection, but

13  you can go ahead.

14          THE WITNESS:  I didn't hear what you --

15          MR. KILARU:  I just said, "Object to the

16  form of the question," but you can go ahead.

17      A.   Yes.

18  BY MR. MARTIN:

19      Q.   Was the media committee previously called

20  the broadcast committee, or the broadcast and

21  television committee?

22      A.   I honestly don't remember.  I don't pay

23  attention to the name of the committee.

24      Q.   Okay.  Regardless of the nomenclature,

Case 2:15-ml-02668-PSG-SK  Document 954-13  Filed 07/28/23  Page 6 of 12  Page ID
#:30398
NFL Sunday Ticket Antitrust Litigation

Robert Kraft
June 23, 2022

8

1  when did you become chair of the media committee,

2  as best you recall?

3      A.  I am not sure.  Somewhere between -- I

4  think close to 20 years ago, but I am not --

5  whether it is 15, 18, 20, I don't know.

6      Q.  Were you a member --

7      A.  Do you know?

8      Q.  I don't, sir.

9      A.  Okay.

10     Q.  Do you know when you first became a

11  member of the media committee or its predecessor?

12     A.  I think it was pretty early on, almost as

13  soon as I became -- shortly after I became an

14  owner.  We had owned the local affiliate -- CBS

15  affiliate in this market, so I had a little

16  experience in dealing in media.

17     Q.  As a consequence of your experience

18  dealing in media, were you asked to become a

19  member of the media committee?

20     A.  I believe so.

21     Q.  In connection with your own role on the

22  media committee, you have been involved in

23  negotiations of agreements concerning the sale of

24  television rights.  Correct?

44



45



46



47



48



63

```
 1                    CERTIFICATE

 2    Commonwealth of Massachusetts

 3    Suffolk, ss.

 4

 5          I, Megan M. Castro, Registered

 6    Professional Reporter and Notary Public in and for

 7    the Commonwealth of Massachusetts, do hereby

 8    certify:

 9          That ROBERT K. KRAFT, the witness whose

10    deposition is hereinbefore set forth, was duly

11    sworn by me and that such deposition is a true

12    record of the testimony given by the said witness.

13          IN WITNESS WHEREOF, I have hereunto set

14    my hand on June 27, 2022.

15

16

17             Megan M. Castro
         Registered Professional Reporter
         Certified Shorthand Reporter No. 152614
18

19    My Commission expires:
      July 22, 2027

20

21

22

23

24
```