# EXHIBIT 42

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

------------------------------------------------X

IN RE: NATIONAL FOOTBALL LEAGUE'S SUNDAY TICKET ANTITRUST LITIGATION,

Civil Action No. 2:15-ml-02668-PSG(JEMx)

------------------------------------------------X

VIDEOTAPED DEPOSITION OF JERRY JONES

DATE: July 19, 2022

TIME: 8:00 a.m. Eastern

PLACE: ***REMOTE***

BEFORE: Rebecca Schaumloffel, RPR, CCR-NJ

JOB NO: 2022-847185

A P P E A R A N C E S:

LANGER GROGAN & DIVER
Attorneys for the Plaintiff
1717 Arch Street, Suite 4130
Philadelphia, Pennsylvania 19103
BY: PETER LECKMAN, ESQ.
KIM FERRARI, ESQ.

WILKINSON STEKLOFF
Attorneys for the Defendant
2001 M Street NW
10th Floor
Washington, D.C. 20336
BY: MAX WARREN, ESQ.

COVINGTON & BURLING
Attorneys for the NFL
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
BY: GREGG LEVY, ESQ.
DEREK LUDWIN, ESQ.

ALSO PRESENT:

Jason Cohen, Esq., in-house counsel, Dallas Cowboys

Caylob Suarez, videographer Lexitas

*  *  *

J. JONES

1                       J. JONES                                    17

[Page content redacted]

J. JONES

[redacted]

Q. Okay. So you can open actually that first envelope.

A. Envelope 15?

Q. No, envelope number 1.

(Whereupon, Jones Exhibit 1, Article titled, "Roger Goodell has a Jerry Jones problem, and nobody knows how it will end" was marked for identification as of this date by the Reporter.)

Q. Did we lose you?

A. Can you see me?

Q. We can hear you, which is good enough, I think, for the time being.

A. Well, I'm opening up -- you want me to wait?

Q. Now we can do neither.

MR. LECKMAN: Okay. Off the record.

THE VIDEOGRAPHER: The time is 8:24 a.m. We are now going off the

J. JONES

record.

(Whereupon, a recess was held.)

THE VIDEOGRAPHER: The time is 8:26 a.m. We are now back on the record.

BY MR. LECKMAN:

Q. Okay. The first exhibit -- you can open envelope number 1.

A. Okay.

Q. So, that's it. Jones Exhibit 1 is an article dated Friday, November 17, 2017, titled, "Roger Goodell has a Jerry Jones problem, and nobody knows how it will end."

Do you see that title, Mr. Jones?

A. Yes, I do. Yes.

Q. Do you have any recollection of this article coming out?

A. I do not.

Q. Now, if you turn to the third page -- three pages here, and about halfway through -- about halfway down, there is a paragraph that starts, "Jones, though."

Do you see that?

A. Okay.

C E R T I F I C A T E

STATE OF NEW YORK )
: SS.:
COUNTY OF NASSAU )

I, REBECCA SCHAUMLOFFEL, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 21st day of July, 2022.

Rebecca Schaumloffel
______________________________

REBECCA SCHAUMLOFFEL