# EXHIBIT 43

## To the Declaration of Rakesh N. Kilaru

# Super Bowl Ratings Chart, All-Time

**sportsmediawatch.com**/super-bowl-ratings-historical-viewership-chart-cbs-nbc-fox-abc

Home » Super Bowl Ratings History (1967-present)

## Super Bowl Ratings History (1967-present)

Super Bowl ratings dating back to the very first game in 1967.

The Super Bowl ratings record remains a 49.1 for 49ers-Bengals in 1982, but the viewership record was set more recently, 114.4 million for Patriots-Seahawks in 2015. The 2022 Rams-Bengals Super Bowl ranks as the lowest rated since Super Bowl 3 in 1969 with a 36.9 rating, marking the second-straight year the game has averaged less than a 40 rating.

## Super Bowl ratings and viewership, all-time

As of 2021, out-of-home viewing is now included in traditional Nielsen-reported audience.
* NBC's 2022 streaming audience was 11.2 million viewers across 6.0 million devices.

## SUPER BOWL RATINGS, VIEWERSHIP, ALL-TIME
*SportsMediaWatch.com*

| SEASON | BOWL | SITE | DATE | WINNER | LOSER | MARGIN | MAIN BROADCAST | | | | SPANISH-SIMULCAST | | | STREAMING VIEWERSHIP NOT TRACKED BY NIELSEN | | ACROSS ALL PLATFORMS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | NET | RTG | VIEWERS | OUT OF HOME | NET | VIEWERS | COMBINED | DEVICES | VIEWERS | |
| 2022 | LVII | ARIZONA | Feb. 12 2023 | TBD (CHIEFS V. EAGLES) | | | FOX | | | | FOX DEPORTES | | | | | |
| 2021 | LVI | LOS ANGELES | Feb. 13 2022 | RAMS | BENGALS | LAR +3 | NBC | 36.9 | 99.18M | ← included | TELEMUNDO | 1.9M | 101.08M | 6.0M | 11.2M | 112.3M |
| | | | | *NBC reported a streaming audience of 11.2 million viewers across 6.0 million devices. All prior streaming viewership estimates tracked devices, rather than viewers per device, meaning that NBC's streaming (and across-all-platforms) audience is not directly comparable to past years. | | | | | | | | | | | | |
| 2020 | LV | TAMPA | Feb. 7 2021 | BUCCANEERS | CHIEFS | TB +22 | CBS | 38.6 | 95.20M | ← included | ESPN DEPORTES | 647K | 95.85M | 5.7M | — | 99.7M |
| 2019 | LIV | MIAMI | Feb. 2 2020 | CHIEFS | 49ERS | KC +11 | FOX | 41.6 | 100.45M | 11M | FOX DEPORTES | 757K | 112.21M | 3.4M | — | 113.4M |
| 2018 | LIII | ATLANTA | Feb. 3 2019 | PATRIOTS | RAMS | NE +10 | CBS | 41.1 | 98.19M | 12M | ESPN DEPORTES | 473K | 110.66M | 2.6M | — | 112.7M |
| 2017 | LII | MINNEAPOLIS | Feb. 4 2018 | EAGLES | PATRIOTS | PHI +8 | NBC | 43.1 | 103.39M | 12M | UNIVERSO | 543K | 115.93M | 2.0M | — | 118.2M |
| 2016 | LI | HOUSTON | Feb. 5 2017 | PATRIOTS | FALCONS | NE +6 (OT) | FOX | 45.3 | 111.32M | — | FOX DEPORTES | 650K | 111.97M | 1.7M | — | 113.7M |
| 2015 | 50 | BAY AREA | Feb. 7 2016 | BRONCOS | PANTHERS | DEN +14 | CBS | 46.6 | 111.86M | — | ESPN DEPORTES | 472K | 112.34M | 1.4M | — | 113.7M |
| 2014 | XLIX | ARIZONA | Feb. 1 2015 | PATRIOTS | SEAHAWKS | NE +4 | NBC | 47.5 | 114.44M | — | UNIVERSO | 368K | 114.81M | 973K | — | 115.8M |
| 2013 | XLVIII | NEW JERSEY | Feb. 2 2014 | SEAHAWKS | BRONCOS | SEA +35 | FOX | 46.7 | 112.19M | — | FOX DEPORTES | 561K | 112.75M | 531K | — | 113.3M |
| 2012 | XLVII | NEW ORLEANS | Feb. 3 2013 | RAVENS | 49ERS | BAL +3 | CBS | 46.4 | 108.41M | — | — | — | — | 508K | — | 108.9M |
| 2011 | XLVI | INDIANAPOLIS | Feb. 5 2012 | GIANTS | PATRIOTS | NYG +4 | NBC | 47.0 | 111.35M | — | — | — | — | 346K | — | 111.7M |
| 2010 | XLV | DALLAS | Feb. 6 2011 | PACKERS | STEELERS | GB +6 | FOX | 46.0 | 111.01M | — | — | — | — | — | — | 111.0M |
| 2009 | XLIV | MIAMI | Feb. 7 2010 | SAINTS | COLTS | NO +14 | CBS | 45.0 | 106.48M | — | — | — | — | — | — | 106.5M |
| 2008 | XLIII | TAMPA | Feb. 1 2009 | STEELERS | CARDINALS | PIT +4 | NBC | 42.0 | 98.73M | — | — | — | — | — | — | 98.7M |
| 2007 | XLII | ARIZONA | Feb. 3 2008 | GIANTS | PATRIOTS | NYG +3 | FOX | 43.1 | 97.45M | — | — | — | — | — | — | 97.4M |
| 2006 | XLI | MIAMI | Feb. 4 2007 | COLTS | BEARS | IND +12 | CBS | 42.6 | 93.18M | — | — | — | — | — | — | 93.2M |
| 2005 | XL | DETROIT | Feb. 5 2006 | STEELERS | SEAHAWKS | PIT +11 | ABC | 41.6 | 90.75M | — | — | — | — | — | — | 90.7M |
| 2004 | XXXIX | JACKSONVILLE | Feb. 6 2005 | PATRIOTS | EAGLES | NE +3 | FOX | 41.1 | 86.07M | — | — | — | — | — | — | 86.1M |
| 2003 | XXXVIII | HOUSTON | Feb. 1 2004 | PATRIOTS | PANTHERS | NE +3 | CBS | 41.4 | 89.80M | — | — | — | — | — | — | 89.8M |
| 2002 | XXXVII | SAN DIEGO | Jan. 26 2003 | BUCCANEERS | RAIDERS | TB +27 | ABC | 40.7 | 88.64M | — | — | — | — | — | — | 88.6M |
| 2001 | XXXVI | NEW ORLEANS | Feb. 3 2002 | PATRIOTS | RAMS | NE +3 | FOX | 40.4 | 86.80M | — | — | — | — | — | — | 86.8M |
| 2000 | XXXV | TAMPA | Jan. 28 2001 | RAVENS | GIANTS | BAL +27 | CBS | 40.4 | 84.34M | — | — | — | — | — | — | 84.3M |
| 1999 | XXXIV | ATLANTA | Jan. 30 2000 | RAMS | TITANS | STL +7 | ABC | 43.3 | 88.47M | — | — | — | — | — | — | 88.5M |
| 1998 | XXXIII | MIAMI | Jan. 31 1999 | BRONCOS | FALCONS | DEN +15 | FOX | 40.2 | 83.72M | — | — | — | — | — | — | 83.7M |
| 1997 | XXXII | SAN DIEGO | Jan. 25 1998 | BRONCOS | PACKERS | DEN +7 | NBC | 44.5 | 90.00M | — | — | — | — | — | — | 90.0M |
| 1996 | XXXI | NEW ORLEANS | Jan. 26 1997 | PACKERS | PATRIOTS | GB +14 | FOX | 43.3 | 87.87M | — | — | — | — | — | — | 87.9M |
| 1995 | XXX | ARIZONA | Jan. 28 1996 | COWBOYS | STEELERS | DAL +10 | NBC | 46.0 | 94.08M | — | — | — | — | — | — | 94.1M |
| 1994 | XXIX | MIAMI | Jan. 29 1995 | 49ERS | CHARGERS | SF +23 | ABC | 41.3 | 83.42M | — | — | — | — | — | — | 83.4M |
| 1993 | XXVIII | ATLANTA | Jan. 30 1994 | COWBOYS | BILLS | DAL +17 | NBC | 45.5 | 90.00M | — | — | — | — | — | — | 90.0M |
| 1992 | XXVII | ROSE BOWL | Jan. 31 1993 | COWBOYS | BILLS | DAL +35 | NBC | 45.1 | 90.99M | — | — | — | — | — | — | 91.0M |
| 1991 | XXVI | MINNEAPOLIS | Jan. 26 1992 | WASHINGTON | BILLS | WSH +13 | CBS | 40.3 | 79.59M | — | — | — | — | — | — | 79.6M |
| 1990 | XXV | TAMPA | Jan. 27 1991 | GIANTS | BILLS | NYG +1 | ABC | 41.9 | 79.51M | — | — | — | — | — | — | 79.5M |
| 1989 | XXIV | NEW ORLEANS | Jan. 28 1990 | 49ERS | BRONCOS | SF +45 | CBS | 39.0 | 73.85M | — | — | — | — | — | — | 73.9M |
| 1988 | XXIII | MIAMI | Jan. 22 1989 | 49ERS | BENGALS | SF +4 | NBC | 43.5 | 81.59M | — | — | — | — | — | — | 81.6M |
| 1987 | XXII | SAN DIEGO | Jan. 31 1988 | WASHINGTON | BRONCOS | WSH +32 | ABC | 41.9 | 80.14M | — | — | — | — | — | — | 80.1M |
| 1986 | XXI | ROSE BOWL | Jan. 25 1987 | GIANTS | BRONCOS | NYG +19 | CBS | 45.8 | 87.19M | — | — | — | — | — | — | 87.2M |
| 1985 | XX | NEW ORLEANS | Jan. 26 1986 | BEARS | PATRIOTS | CHI +36 | NBC | 48.3 | 92.57M | — | — | — | — | — | — | 92.6M |
| 1984 | XIX | STANFORD | Jan. 20 1985 | 49ERS | DOLPHINS | SF +22 | ABC | 46.4 | 85.53M | — | — | — | — | — | — | 85.5M |
| 1983 | XVIII | TAMPA | Jan. 22 1984 | RAIDERS | WASHINGTON | LA +29 | CBS | 46.4 | 77.62M | — | — | — | — | — | — | 77.6M |
| 1982 | XVII | ROSE BOWL | Jan. 30 1983 | WASHINGTON | DOLPHINS | WSH +10 | NBC | 48.6 | 81.77M | — | — | — | — | — | — | 81.8M |

| Year | Game | Margin | Net | | | | | |
|------|------|--------|-----|---|---|---|---|---|
| 1981 | XVI DETROIT Jan. 24 1982 | 49ERS BENGALS | SF +5 | CBS | 49.1 | 85.24M | | 85.2M |
| 1980 | XV NEW ORLEANS Jan. 25 1981 | RAIDERS EAGLES | OAK +17 | NBC | 44.4 | 68.29M | | 68.3M |
| 1979 | XIV ROSE BOWL Jan. 20 1980 | STEELERS LA RAMS | PIT +12 | CBS | 46.3 | 76.24M | | 76.2M |
| 1978 | XIII MIAMI Jan. 21 1979 | STEELERS COWBOYS | PIT +4 | NBC | 47.1 | 74.74M | | 74.7M |
| 1977 | XII NEW ORLEANS Jan. 15 1978 | COWBOYS BRONCOS | DAL +17 | CBS | 47.2 | 78.94M | | 78.9M |
| 1976 | XI ROSE BOWL Jan. 9 1977 | RAIDERS VIKINGS | OAK +18 | NBC | 44.4 | 62.05M | | 62.1M |
| 1975 | X MIAMI Jan. 18 1976 | STEELERS COWBOYS | PIT +4 | CBS | 42.3 | 57.71M | | 57.7M |
| 1974 | IX NEW ORLEANS Jan. 12 1975 | STEELERS VIKINGS | PIT +10 | NBC | 42.4 | 56.05M | | 56.1M |
| 1973 | VIII HOUSTON Jan. 13 1974 | DOLPHINS VIKINGS | MIA +17 | CBS | 41.6 | 51.70M | | 51.7M |
| 1972 | VII LOS ANGELES Jan. 14 1973 | DOLPHINS WASHINGTON | MIA +7 | NBC | 42.7 | 53.32M | | 53.3M |
| 1971 | VI NEW ORLEANS Jan. 16 1972 | COWBOYS DOLPHINS | DAL +21 | CBS | 44.2 | 56.64M | | 56.6M |
| 1970 | V MIAMI Jan. 17 1971 | COLTS COWBOYS | BAL +3 | NBC | 39.9 | 46.04M | | 46.0M |
| 1969 | IV NEW ORLEANS Jan. 11 1970 | CHIEFS VIKINGS | KC +16 | CBS | 39.4 | 44.27M | | 44.3M |
| 1968 | III MIAMI Jan. 12 1969 | JETS COLTS | NYJ +9 | NBC | 36.0 | 41.66M | | 41.7M |
| 1967 | II MIAMI Jan. 14 1968 | PACKERS RAIDERS | GB +19 | CBS | 36.8 | 39.12M | | 39.1M |
| 1966 | I LOS ANGELES Jan. 15 1967 | PACKERS CHIEFS | GB +25 | CBS | 22.6 | 26.75M | | 26.8M |
|      |   |   |   | NBC | 18.5 | 24.43M | | 24.4M |

## Same data in text form:

| Year | Game | Margin | Net | Overall | | | | | A18-49 | |
|------|------|--------|-----|---------|---|---|---|---|--------|---|
|      |      |        |     | Rtg | TV Vwrs | Strm | Spnsh | OOH | Rtg | Vwrs |
| 2022 | LAR-CIN | LAR +3 | NBC | 36.9 | 99.18M | 6.0M (11.2M*) | 1.9M | incl. | 29.5 | 38.45M |
| 2021 | TB-KC | TB +22 | CBS | 38.2 | 95.20M | 5.7M | 647K | incl. | 26.5 | 34.28M |
| 2020 | KC-SF | KC +11 | FOX | 41.6 | 100.45M | 3.4M | 757K | 13M | 29.9 | 38.67M |
| 2019 | NE-LAR | NE +10 | CBS | 41.1 | 98.19M | 2.6M | 473K | 12M | 31.0 | 39.95M |
| 2018 | PHI-NE | PHI +8 | NBC | 43.1 | 103.39M | 2.02M | 543K | 12M | 33.4 | 43.00M |
| 2017 | NE-ATL | NE +6 (OT) | FOX | 45.3 | 111.32M | 1.72M | 650K | — | 37.1 | 47.62M |
| 2016 | DEN-CAR | DEN +14 | CBS | 46.6 | 111.86M | 1.40M | 472K | — | 37.7 | 47.86M |
| 2015 | NE-SEA | NE +4 | NBC | 47.5 | 114.44M | 973K | 368K | — | 39.1 | 49.71M |

| 2014 | SEA-DEN | SEA +35 | FOX | 46.7 | 112.19M | 531K | 561K | — | 39.3 | 49.87M |
|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | BAL-SF | BAL +3 | CBS | 46.4 | 108.69M | 508K | — | — | 39.7 | 50.22M |
| 2012 | NYG-NE | NYG +4 | NBC | 47.0 | 111.35M | 346K | — | — | 40.5 | 51.84M |
| 2011 | GB-PIT | GB +6 | FOX | 46.0 | 111.01M | — | — | — | 39.9 | 52.48M |
| 2010 | NO-IND | NO +14 | CBS | 45.0 | 106.48M | — | — | — | 38.6 | 50.82M |
| 2009 | PIT-ARIZ | PIT +4 | NBC | 42.0 | 98.73M | — | — | — | 36.7 | 48.45M |
| 2008 | NYG-NE | NYG +3 | FOX | 43.1 | 97.45M | — | — | — | 37.5 | 49.19M |
| 2007 | IND-CHI | IND +12 | CBS | 42.6 | 93.18M | — | — | — | 35.2 | n.a. |
| 2006 | PIT-SEA | PIT +11 | ABC | 41.6 | 90.75M | — | — | — | 34.6 | 45.01M |
| 2005 | NE-PHI | NE +3 | FOX | 41.1 | 86.07M | — | — | — | 33.2 | 43.14M |
| 2004 | NE-CAR | NE +3 | CBS | 41.4 | 89.80M | — | — | — | 35.7 | 46.00M |
| 2003 | TB-OAK | TB +27 | ABC | 40.7 | 88.64M | — | — | — | 36.4 | 46.86M |
| 2002 | NE-STL | NE +3 | FOX | 40.4 | 86.80M | — | — | — | 34.7 | n.a. |
| 2001 | BAL-NYG | BAL +27 | CBS | 40.4 | 84.34M | — | — | — | 35.8 | n.a. |
| 2000 | STL-TEN | STL +7 | ABC | 43.3 | 88.47M | — | — | — | 37.9 | n.a. |
| 1999 | DEN-ATL | DEN +15 | FOX | 40.2 | 83.72M | — | — | — | 36.4 | n.a. |
| 1998 | DEN-GB | DEN +7 | NBC | 44.5 | 90.00M | — | — | — | n.a. | n.a. |
| 1997 | GB-NE | GB +14 | FOX | 43.3 | 87.87M | — | — | — | n.a. | n.a. |

| Year | Teams | Spread | Network | Rating | Viewers | | | | | |
|------|-------|--------|---------|--------|---------|---|---|---|------|------|
| 1996 | DAL-PIT | DAL +10 | NBC | 46.0 | 94.08M | — | — | — | 41.2 | n.a. |
| 1995 | SF-SD | SF +23 | ABC | 41.3 | 83.42M | — | — | — | n.a. | n.a. |
| 1994 | DAL-BUF | DAL +17 | NBC | 45.5 | 90.00M | — | — | — | n.a. | n.a. |
| 1993 | DAL-BUF | DAL +35 | NBC | 45.1 | 90.99M | — | — | — | n.a. | n.a. |
| 1992 | WSH-BUF | WSH +13 | CBS | 40.3 | 79.59M | — | — | — | n.a. | n.a. |
| 1991 | NYG-BUF | NYG +1 | ABC | 41.9 | 79.51M | — | — | — | n.a. | n.a. |
| 1990 | SF-DEN | SF +45 | CBS | 39.0 | 73.85M | — | — | — | n.a. | n.a. |
| 1989 | SF-CIN | SF +4 | NBC | 43.5 | 81.59M | — | — | — | n.a. | n.a. |
| 1988 | WSH-DEN | WSH +32 | ABC | 41.9 | 80.14M | — | — | — | n.a. | n.a. |
| 1987 | NYG-DEN | NYG +19 | CBS | 45.8 | 87.19M | — | — | — | n.a. | n.a. |
| 1986 | CHI-NE | CHI +36 | NBC | 48.3 | 92.57M | — | — | — | n.a. | n.a. |
| 1985 | SF-MIA | SF +22 | ABC | 46.4 | 85.53M | — | — | — | n.a. | n.a. |
| 1984 | LA Raiders-WSH | LA +29 | CBS | 46.4 | 77.62M | — | — | — | n.a. | n.a. |
| 1983 | WSH-MIA | WSH +10 | NBC | 48.6 | 81.77M | — | — | — | n.a. | n.a. |
| 1982 | SF-CIN | SF +5 | CBS | 49.1 | 85.24M | — | — | — | n.a. | n.a. |
| 1981 | OAK-PHI | OAK +17 | NBC | 44.4 | 68.29M | — | — | — | n.a. | n.a. |
| 1980 | PIT-LA Rams | PIT +12 | CBS | 46.3 | 76.24M | — | — | — | n.a. | n.a. |

| Year | Matchup | Spread | Network | Rating | Viewers | | | | | |
|------|---------|--------|---------|--------|---------|---|---|---|------|------|
| 1979 | PIT-DAL | PIT +4 | NBC | 47.1 | 74.74M | — | — | — | n.a. | n.a. |
| 1978 | DAL-DEN | DAL +17 | CBS | 47.2 | 78.94M | — | — | — | n.a. | n.a. |
| 1977 | OAK-MIN | OAK +18 | NBC | 44.4 | 62.05M | — | — | — | n.a. | n.a. |
| 1976 | PIT-DAL | PIT +4 | CBS | 42.3 | 57.71M | — | — | — | n.a. | n.a. |
| 1975 | PIT-MIN | PIT +10 | NBC | 42.4 | 56.05M | — | — | — | n.a. | n.a. |
| 1974 | MIA-MIN | MIA +17 | CBS | 41.6 | 51.70M | — | — | — | n.a. | n.a. |
| 1973 | MIA-WSH | MIA +7 | NBC | 42.7 | 53.32M | — | — | — | n.a. | n.a. |
| 1972 | DAL-MIA | DAL +21 | CBS | 44.2 | 56.64M | — | — | — | n.a. | n.a. |
| 1971 | BAL (Colts)-DAL | BAL +3 | NBC | 39.9 | 46.04M | — | — | — | n.a. | n.a. |
| 1970 | KC-MIN | KC +16 | CBS | 39.4 | 44.27M | — | — | — | n.a. | n.a. |
| 1969 | NYJ-BAL (Colts) | NYJ +9 | NBC | 36.0 | 41.66M | — | — | — | n.a. | n.a. |
| 1968 | GB-OAK | GB +19 | CBS | 36.8 | 39.12M | — | — | — | n.a. | n.a. |
| 1967 | GB-KC | GB +25 | CBS | 22.6 | 26.75M | — | — | — | n.a. | n.a. |
| | | | NBC | 18.5 | 24.43M | — | — | — | n.a. | n.a. |

(Some streaming/Spanish-language data via Michael Mulvihill/Twitter 2.3a, 2.3b)