Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION  _____  THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)  **DECLARATION OF DOLORES DIBELLA IN SUPPORT OF THE NFL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**  Judge: Hon. Philip S. Gutierrez  Date: October 27, 2023  Time: 1:30p.m.  Courtroom: First Street Courthouse  350 West 1st Street  Courtroom 6A  Los Angeles, CA 90012 |

I, Dolores DiBella, do hereby declare and state as follows.

1. I make this declaration on behalf of the National Football League ("NFL"), NFL Enterprises LLC, and the individual NFL Clubs (collectively "the NFL Defendants") in support of the NFL Defendants' Motion for Summary Judgment in the above-referenced litigation.

2. I am Senior Vice President, Legal Affairs for the NFL and have been employed by the League since January 2012. I am familiar with the business operations of the NFL, including its broadcast licensing and distribution agreements, and I am familiar with this litigation. I am duly authorized to sign this declaration on behalf of the NFL and am competent to testify to the matters contained therein.

3. The document bearing Bates range NFL_0862664 through NFL_0862777 is a true and correct copy of the Television Agreement – CBS Sunday AFC Package by and between the NFL and CBS Broadcasting Inc., made as of February 28, 2006.

4. The document bearing Bates range NFL_0862550 through NFL_0862663 is a true and correct copy of the Television Agreement – FOX Sunday NFC Package by and between the NFL and The News Corporation Limited, made as of February 28, 2006.

5. The document bearing Bates range NFL_0377291 through NFL_0377422 is a true and correct copy of the Television Agreement – CBS Sunday AFC Package by and between the NFL and CBS Broadcasting Inc., made as of February 5, 2014, containing redactions pursuant to court order.

6. The document bearing Bates range NFL_0000458 through NFL_0000512 is a true and correct copy of a signed and countersigned September 18, 2014 letter from the NFL to DIRECTV Group, Inc., with attachments, reflecting the terms of a telecasting agreement between NFL Enterprises LLC and DIRECTV, LLC.

1

Case No. 2:15-ml-02668-PSG (JEMx)    Declaration of Dolores DiBella in Support of
NFL Defendants' Motion for Summary Judgment

7. The document bearing Bates range NFL_0419932 through NFL_0420062 is a true and correct copy of the Television Agreement – FOX Sunday NFC Package by and between the NFL and Twenty-First Century Fox, Inc., made as of September 11, 2015, containing redactions pursuant to court order.

8. The document bearing Bates range NFL_1242000 through NFL_1242076 is a true and correct copy of a signed and countersigned December 21, 2022 letter from the NFL to Google LLC, with attachments, reflecting the terms of a telecasting agreement between NFL Enterprises LLC and Google LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of July, 2023 in New York, NY.

_____
Dolores DiBella

2

Case No. 2:15-ml-02668-PSG (JEMx) — Declaration of Dolores DiBella in Support of NFL Defendants' Motion for Summary Judgment