# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (JEMx) |
| | **[PROPOSED] JUDGMENT** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

Pending before the Court is the NFL Defendants'[1] Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. The Court has considered the motion, all other papers relating to the motion, other documents and pleadings filed in this action, and the arguments of counsel.

IT IS HEREBY ORDERED that the NFL Defendants' Motion for Summary Judgment is GRANTED. JUDGMENT IS HEREBY ENTERED in favor of the NFL Defendants on each of the claims set forth in the Second Consolidated Amended Complaint;

It is hereby ADJUDGED that Plaintiffs' claims are dismissed with prejudice in their entirety, and that Plaintiffs shall take nothing by way of their Second Amended Consolidated Complaint.

IT IS SO ORDERED.

Dated: _____

_____
PHILIP S. GUTIERREZ
Chief United States District Judge

---

[1] The NFL Defendants consist of: Arizona Cardinals Football Club, LLC.; Atlanta Falcons Football Club, LLC; Baltimore Ravens Limited Partnership; Buffalo Bills, LLC; Panthers Football, LLC; The Chicago Bears Football Club, Inc.; Cincinnati Bengals, Inc.; Cleveland Browns Football Company LLC; Dallas Cowboys Football Club, Ltd.; Denver Broncos Team, LLC; The Detroit Lions, Inc.; Green Bay Packers, Inc.; Houston NFL Holdings, L.P.; Indianapolis Colts, Inc.; Jacksonville Jaguars, LLC.; Kansas City Chiefs Football Club, Inc.; Miami Dolphins, Ltd.; Minnesota Vikings Football, LLC; National Football League, Inc; NFL Enterprises LLC; New England Patriots LLC; New Orleans Louisiana Saints, LLC; New York Football Giants, Inc.; New York Jets LLC.; Raiders Football Club, LLC; Philadelphia Eagles, LLC; Pittsburgh Steelers LLC.; Chargers Football Company, LLC; Forty Niners Football Company LLC; Football Northwest LLC; The Los Angeles Rams, LLC; Buccaneers Team LLC; Tennessee Football, LLC.; and Pro-Football LLC.