1  Beth A. Wilkinson (admitted *pro hac vice*)
   Brian L. Stekloff (admitted *pro hac vice*)
2  Rakesh N. Kilaru (admitted *pro hac vice*)
   Jeremy S. Barber (admitted *pro hac vice*)
3  **WILKINSON STEKLOFF LLP**
   2001 M Street NW, 10th Floor
4  Washington, DC 20036
   Telephone: (202) 847-4000
5  Facsimile: (202) 847-4005
   bwilkinson@wilkinsonstekloff.com
6  bstekloff@wilkinsonstekloff.com
   rkilaru@wilkinsonstekloff.com
7  jbarber@wilkinsonstekloff.com

8  Gregg H. Levy (admitted *pro hac vice*)
   Derek Ludwin (admitted *pro hac vice*)
9  John S. Playforth (admitted *pro hac vice*)
   **COVINGTON & BURLING LLP**
10 One CityCenter, 850 10th Street NW
   Washington, D.C. 20001
11 Telephone: (202) 662-6000
   Facsimile: (202) 778-5429
12 glevy@cov.com
   dludwin@cov.com
13 jplayforth@cov.com

14 *Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION <br><br> ─────────────── <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx) <br><br> **THE NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL** <br><br> Judge: Hon. Philip S. Gutierrez <br> Date: October 27, 2023 <br> Time: 1:30 p.m. <br> Courtroom: First Street Courthouse <br>           350 West 1st Street <br>           Courtroom 6A <br>           Los Angeles, CA 90012 |

TO THE ABOVE-CAPTIONED COURT AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), the NFL Defendants, by and through their counsel of records, hereby submit this application requesting that the Court lodge provisionally under seal the following documents (lodged concurrently herewith):

1. The sealed Declaration of Max Warren in Support of the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.
2. The unredacted version of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.
3. The sealed Exhibit 2 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.
4. The sealed Exhibit 3 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.
5. The sealed Exhibit 4 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.
6. The unredacted version of Exhibit 5 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.
7. The sealed Exhibit 6 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.
8. The sealed Exhibit 7 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

9. The sealed Exhibit 8 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

10. The sealed Exhibit 9 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

11. The sealed Exhibit 11 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

12. The sealed Exhibit 12 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

13. The sealed Exhibit 13 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

14. The sealed Exhibit 14 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

15. The unredacted version of Exhibit 15 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

16. The sealed Exhibit 16 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

17. The sealed Exhibit 17 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

18. The sealed Exhibit 18 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

19. The sealed Exhibit 19 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

20. The sealed Exhibit 20 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

21. The sealed Exhibit 21 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

22. The unredacted version of Exhibit 22 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

23. The sealed Exhibit 23 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

24. The sealed Exhibit 24 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

25. The sealed of Exhibit 25 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

26. The sealed Exhibit 27 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

27. The sealed Exhibit 28 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

28. The sealed Exhibit 29 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

29. The sealed Exhibit 30 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

30. The sealed Exhibit 31 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

31. The sealed Exhibit 32 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

32. The sealed Exhibit 33 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

33. The sealed Exhibit 34 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

34. The sealed Exhibit 35 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

35. The sealed Exhibit 36 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

36. The sealed of Exhibit 37 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

37. The unredacted version sealed Exhibit 41 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

38. The unredacted version of Exhibit 42 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

Given confidentiality and commercial sensitivity issues, the NFL Defendants request the Court to seal and redact the designated documents.

Dated: July 28, 2023

By: */s/ Rakesh N. Kilaru*
Rakesh N. Kilaru (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted pro hac vice)
Derek Ludwin (admitted pro hac vice)
John S. Playforth (admitted pro hac vice)
**COVINGTON & BURLING LLP**
One CityCenter

5

850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*