# EXHIBIT 5

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

1

 2    UNITED STATES DISTRICT COURT

 3    CENTRAL DISTRICT OF CALIFORNIA

 4    ----------------------------------------------X

 5    IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY

 6    TICKET" ANTITRUST LITIGATION,

 7    ----------------------------------------------X

 8                         620 Eighth Avenue
                         New York, New York 10018
 9                       July 29, 2022
                         9:21 a.m.
10

11

12          CONFIDENTIAL REALTIME VIDEOTAPED

13    EXAMINATION BEFORE TRIAL of the Defendant,

14    taken by a witness, HANS SCHROEDER, in the

15    above-entitled action, taken on behalf of the

16    Plaintiff, held at the above time and place,

17    and taken before Dorene Glover, an RSR Reporter

18    and Notary Public within and for the State of

19    New York.

20

21

22

23

24

25

2

 1

 2    A P P E A R A N C E S:

 3

 4    SUSMAN GODFREY, LLP.
        Attorneys for Plaintiff
 5      1900 Avenue of the Stars
        Los Angeles, California 90067
 6      BY: IAN GORE, ESQ.
            HAN-AH SUMMER, ESQ.
 7          SARA WALKER, ESQ.

 8

 9    WILKINSON STEKLOFF, LLP.
        Attorneys for Defendant
10      2001 M. Street NW
        Washington, DC 20036
11      BY: BRIAN STEKLOFF, ESQ.
            BLAKE NEAL, ESQ.
12          CAROLINE LI, ESQ.

13

      ALSO PRESENT:
14      DANNY ORTEGA - VIDEOGRAPHER

15

16

17

18

19

20

21

22

23

24

25

Confidential

Hans Schroeder
July 29, 2022

3

1

2  IT IS HEREBY STIPULATED AND AGREED by and

3  between the attorneys for the respective

4  parties herein that the sealing, filing and

5  certification of the within deposition be

6  waived; that such deposition may be signed and

7  sworn to before any officer authorized to

8  administer an oath, with the same force and

9  effect as if signed and sworn to before whom

10  said deposition was taken.

11    IT IS FURTHER STIPULATED AND AGREED that all

12  objections, except as to form, are reserved to

13  the time of trial.

14

15

16

17

18

19

20

21

22

23

24

25

1

2   FOX's depth as a package, and the

3   regionalization at 1:00, maybe that game was

4   being played at 1:00 and only going to 10 to

5   15 percent of the country because FOX had other

6   match ups that made sense to distribute at 1:00

7   in that week.

8            If we took that same game and put

9   it on CBS at that same 1:00 window, that game

10  might go to 40 percent of the country because

11  CBS packaged the markets it has and, otherwise,

12  wouldn't be as strong.  So the idea of cross

13  flex was about unlocking games.  By unlocking,

14  I mean getting a game that may have been

15  confined based on the strength of the other

16  games in its window, and switching partners to

17  CBS, in this case, to get it more

18  distribution -- be able put more fans to see

19  that game, which we thought was a great

20  win-win.

21           It doesn't hurt FOX that much

22  because it was only going to a small percent of

23  the country.  It can help CBS and is very fan

24  friendly in exposing more games in a broader

25  way.  When we do that, we then have to find

1

2    somewhere throughout the year and move a game

3    back to contradiction to FOX.  So if you think

4    about the Rubik's cube on what a schedule is

5    and what games go into what windows, what has

6    to populate the country, the different

7    requirements, this was a tool with a very

8    fan-friendly focus of finding more flexibility

9    to move games between packages on Sunday

10   afternoon and get more viewership and exposure

11   for those games.

12             And so we will continue to have

13   that going forward.  But I think one additional

14   thing to hit on -- again, because this is one

15   of the areas where it's going forward.  The

16   construct of Sunday afternoon will have even

17   more flexibility in it in that the governing

18   factor on who the away team is doesn't apply

19   any longer.

20             We have to meet certain team

21   appearances from the NFC, for FOX and for the

22   AFC, largely for CBS, but we have more

23   flexibility.  We still have some withholding

24   and some other minimum game commitments, but we

25   have the flexibility to make sure we're

58

 1

 2   continuing to be smarter and evolve, how we

 3   think about getting our games, our in-market

 4   games -- which, again, are so critical to us --

 5   how so many fans experience those games,

 6   continue to make sure we have more flexibility

 7   to make sure we evolve those in-market packages

 8   in a way that, again, we think is really in our

 9   interest as a league, growing our fan base,

10   engaging our fans, creating really strong

11   partnerships on Sunday afternoon.

12        Q.   I'm just going to close off several

13   things.  On the type of flex scheduling where

14   some games in the Sunday afternoon window may

15   be moved to a prime time window, that's also

16   available for nights, correct?

17        A.   That has been, and it is not this

18   year.  There will be similar, but there are

19   some slightly greater limitations on the

20   flexible scheduling we will have for Monday

21   night starting next season.  With -- again, it

22   will apply to the later part of the season, but

23   that doesn't start until next year.

24        Q.   Okay.  And is that true from 2011

25   to the current day as far as it not being

161

1

2 ██████████████████████████████

██████████████████

████████████████████████████████████

███████████████████████████████████

███████████████████████████████

██████████████████

██████████████████████████████████

███████████████████████████████████

10          Q.   Mr. Schroeder, what does

11   competitive balance in the NFL mean to you?

12          A.   To me, it means we have an economic

13   model including the relationship we have with

14   our players and the structure of our collective

15   bargaining agreement.  And then on the revenue

16   side, a model that accounts for that salary

17   cap-type model and allows each team, regardless

18   of market size, to be competitive and have the

19   opportunity to be competitive and to win.  And

20   that may change year to year -- years to years

21   with markets but that opportunity for each club

22   to win and be competitive on the field is

23   there.

24          Q.   So is competitive balance only

25   based on economic -- an economic model, or is

162

1

2  it broader than that?

3        A.    Well, the downstream benefits of

4  competitive balance -- and it always becomes a

5  bit circular -- but it starts with the economic

6  model and the structure salary cap, how much

7  gets spent on players, the revenue sharing to

8  make sure each has a viable financial model to

9  participate, again, in building their team,

10  building their coaches, investing in the

11  football and ultimately, creating, as a

12  football league in our sport, is football, a

13  competitive football team.

14              By doing that, it fuels many other

15  aspects it.  It fuels the popularity of the

16  game, the growth of the game, the stars of the

17  game.  It allows us to have the type media

18  model with over-the-air distribution.  It gives

19  the range of interesting, competitive teams and

20  then match ups to populate all those game

21  windows, and to justify and support, you know,

22  the free-to-air models and the media

23  distribution models we have.

24              So, you know, having the

25  opportunity for each team, each year to

163

 1

 2    complete and win on the field, yes, at the core

 3    and many aspects of it, I think the underlying

 4    structure of economically that is attached to

 5    that enables that is critical.  But the outcome

 6    is the important -- the element is that it

 7    creates -- fosters an environment for all the

 8    different teams to compete every year are

 9    within short cycles to win.

10         Q.   But there are noneconomic

11    components to that too, such as the draft,

12    correct?

13         A.   There are other elements, yes.

14         Q.   In your 20-plus years at the NFL,

15    has there ever been a period in which you think

16    the league has had poor competitive balance?

17              MR. STEKLOFF:  Object to form.  You

18         can answer.

19         A.   I think -- in my personal view, I

20    think we've had really good competitive balance

21    over my 20 years at the league.

22         Q.   As far as this, you know, goal of

23    making sure that every team has the ability to

24    win, what metrics are you most familiar with

25    that the league uses to measure, you know,

211

```
 1
 2   60 percent say following their favorite team
 3   was very important to building their interests.
 4   And then it goes on a little bit later to
 5   state, MLB and college Football also have
 6   attending.  And the NBA and soccer have playing
 7   the sport as major building blocks, while the
 8   NFL is more dependent on favorite teams for
 9   building interests.
10             Do you see that?
11        A.   I do.
12        Q.   What's your understanding of what's
13   being conveyed there?
14        A.   I think it's a summary statement
15   from some analysis identifying different
16   factors across different sporting properties
17   about what elements have been identified
18   through whatever analysis or poll they did to
19   contribute to fandom in those respective
20   sports.
21        Q.   Do you agree that the NFL is
22   dependent on favorite teams for building
23   interests?
24             MR. STEKLOFF:  Did you say
25        dependent?
```

212

1

2              MR. GORE:  Yes.

3              MR. STEKLOFF:  Object to form.

4         A.   I don't know what this analysis

5    specifically means independent.  I do know

6    that, again, having very strong free-to-air

7    distribution, particularly combined with how we

8    distribute our games to ensuring fans in the

9    home markets of teams for both their home and

10   away games get broad access to those teams.  I

11   do believe that is a strong driver in those

12   markets of developing the strength of those

13   local fan bases in those markets.

14        Q.   And then just to close things out,

15   did you do anything separately to prepare for

16   today's deposition, other than what you did for

17   preparing for yesterday's deposition?

18        A.   Nope.  I don't recall.

19              MR. GORE:  All right.  That's all I

20        have.

21   EXAMINATION BY

22   MR. STEKLOFF:

23        Q.   I'm just going to jump right in.

24             Good afternoon, Mr. Schroeder.

25        A.   Good afternoon.

213

 1
 2          Q.   I want to show you what was marked
 3   as Exhibit 5 in today's deposition.  So let's
 4   find that.
 5          A.   I have it.
 6          Q.   This was an e-mail from Mr. Aiello
 7   to you in 2004; do you remember seeing this?
 8          A.   I do, this morning.
 9          Q.   And the first bullet on the second
10   page says, the agreements represent a
11   continuing unique and unparalleled NFL
12   commitment to broadcast television that no
13   other sports has.  We're the league with all of
14   its regular season and post season games on
15   free over the air television.
16                Did I read that right?
17          A.   You did.
18          Q.   Do you agree with that sentiments
19   in that bullet point?
20          A.   100 percent.
21          Q.   This document was from 2004, did
22   you agree with that in 2004?
23          A.   Yes.
24          Q.   Did you agree with that -- do you
25   agree with that since 2004?

214

```
 1
 2          A.    Yes.
 3          Q.    Do you agree with that today?
 4          A.    Yes.
 5          Q.    Now, putting aside the document,
 6   can you just explain how the NFL has a unique
 7   and unparalleled commitment to broadcast
 8   television that no other sport has?
 9          A.    Sure.  I think in some ways the
10   words capture it.  Particularly as you read
11   that second sentence, which is our media model,
12   which is different than every other sports
13   league here in the U.S., starts with a
14   commitment that each game is on over-the-air in
15   those markets and ensuring that those games --
16   and we individually our over the air in each of
17   the markets.
18               And then collectively, the vast
19   majority of our total games and game windows
20   are distributed by broadcast television
21   networks.  And that over-the-air distribution
22   including the retransmission of those
23   over-the-air signals has the broadest possible
24   reach across media, and that's led us and over
25   time to the continued growth and expansion of
```

215

1       our fan base.

2               That unique position in the

3   aggregated-type fan base that we have with the

4   audience that we then experience watching our

5   games has led to NFL games being unique amongst

6   media.  I think this year, we're 48 of the top

7   50 shows on television.

8               And that type strength then allows

9   us to have the strength of those media

10  partnerships and the value of those media

11  partnerships that allows us to generate

12  revenues that are shared equally across all 32

13  clubs.  That allows us to have an economic

14  model.  That has a salary cap that's consistent

15  across all 32 clubs that then allows clubs to

16  spend while maintain -- build their football

17  rosters in a way that there's an incredible

18  competitive balance.

19              You know, the strength of those

20  in-market agreements and with that wide and

21  large, relative audience has allowed us to then

22  work with our partners and continue to expand

23  the distribution we've added on top of that

24  over-the-air distribution with new things going

216

```
 1
 2    back to Sunday Ticket and RedZone and mobile
 3    games and in-progress highlights.
 4              And so, you know, the strength and
 5    the reach and how that's led us to continued to
 6    have and build that fan base, as I touched on,
 7    is really foundational for us as a league and
 8    sort has led to, you know, an incredible
 9    environment, if you're a fan, with how you can
10    engage with the NFL in so many different ways.
11        Q.    You mentioned earlier, you're a fan
12    of the Cincinnati Reds.  Do fans of major
13    league baseball teams, NBA, are they able to
14    have the same free over-the-air access of
15    in-network, local games that the NFL provides?
16              MR. GORE:  Object to form.
17        A.    No.
18        Q.    He did object.  But you can answer.
19        A.    No.  I think that, as I said, in
20    the opening of that statement, we're the league
21    that has that.  You know, other leagues have
22    chosen different media -- model different
23    distribution models.  I think you've seen that
24    further impact, their viewership and their fan
25    bases.  And that has led to other pressures and
```

217

1

2      changes to their overall leagues, which, to me,

3      creates less competitive balance and less --

4      you know, a very different landscape, I should

5      say, across those leagues than what we have.

6                And, again, I would rather speak

7      about us in contrast and comparison to those

8      leagues.  They've made choices for their own

9      reasons.  But for us, I think the choices we've

10     made that had been different and much more

11     focused on maintaining that reach have led and

12     kept us and sustained and driven us to the

13     growth and to our position today.

14         Q.   Now, turning to, briefly, the CBS

15     and FOX, I think the term that came up was the

16     resale of the broadcast; is that right?

17         A.   That's right.

18         Q.   And what does that mean?  Can you

19     just explain what it means?  For example, in

20     their -- the agreements between the NFL and

21     CBS, and the NFL and FOX, what the resale

22     provision relates to?

23         A.   Sure.  Let me come back to the

24     resale.  The resale provision relates to the

25     fact that the rights that underlie NFL Sunday

Confidential

218

2   Ticket, which are out-of-market games to --

3   they're games that aren't shown by either CBS

4   and FOX in that specific market.

5           Our rights we've licensed to CBS or

6   FOX to produce and create that content and

7   distribute it to other markets.  So the rights

8   we've licensed to a partner that we've, then,

9   asked the partner to retain those rights, take

10  what they've produced and the content they've

11  created with our game, and take those rights

12  and turn around and license them to someone

13  else, those entire full games that they've

14  produced for us.

15      Q.   And spent money on and investing

16  on?

17      A.   And spent significant money and

18  investing in the game production themselves,

19  the talent, the graphics, the music, the

20  viewing experience, the production facilities,

21  the trucks, all the different ways in which,

22  you know, they -- and they critically, CBS and

23  FOX, you know, they're such a primary fan

24  driver for us with the way many fans experience

25  the NFL.

219

 1

 2              And they're a huge reason for our

 3    popularity, and so what we've been able to do,

 4    though, is get them to agree.  We can take

 5    those games they produce and create after their

 6    investment and license it to somebody else for

 7    purely the distribution of those games.

 8         Q.   Now, do you recall yesterday and

 9    today discussing what, in the content of Sunday

10    Ticket, what your Sunday standing of premium

11    is?

12         A.   I do.

13         Q.   I believe yesterday you testified

14    that Sunday Ticket being a premium offering is

15    critically important to CBS and FOX.  Do you

16    recall saying something along those lines?

17         A.   Absolutely, yes.

18              MR. GORE:  Object to form.

19         Q.   So within the context, can you

20    explain why and, if appropriate, explain how

21    that works in connection with the answer you

22    just gave about resale as well?

23         A.   So maintaining the premium aspect

24    of Sunday Ticket and all that it encompasses,

25    which I'll come back to in a second, and

220

 1

 2    creating more opportunity for fans that are

 3    avid fans that want to seek a deeper, broader

 4    NFL experience, it's critical that its premium

 5    because it has to sit on top of and be

 6    complementary to the in-market.

 7              And those rights we've licensed and

 8    those rights with those, you know -- that

 9    free-to-air foundation, we want to ensure that

10    those partners have the size audience, the

11    reach to allow them to continue to invest and

12    keep their business and their business model

13    strong.

14              And to do so, you know, you want to

15    make sure that vis-à-vis Sunday Ticket and

16    those rights, you're catering to this different

17    set of our fan base, that different

18    incremental, complementary interests for

19    somebody that wants to go deeper through their

20    NFL fandom, on top of the games that are freely

21    available through CBS and FOX and that

22    free-to-air distribution.

23              And so premium is a number of

24    different things, a number of different

25    considerations.  It's reflective in recognizing

242

```
 1

 2                   C E R T I F I C A T E

 3

 4   STATE OF NEW YORK        )
                              ss.:
 5   COUNTY OF BRONX          )

 6

 7

 8        I, DORENE GLOVER, a Notary Public for

 9   and within the State of New York, do hereby

10   certify:

11        That the witness whose examination is

12   hereinbefore set forth was duly sworn and that

13   such examination is a true record of the

14   testimony given by that witness.

15        I further certify that I am not related

16   to any of the parties to this action by blood

17   or by marriage and that I am in no way

18   interested in the outcome of this matter.

19        IN WITNESS WHEREOF, I have hereunto set

20   my hand this 4th day of August, 2022.

21

22

23                   _____
                          DORENE GLOVER

24

25
```

1  Beth A. Wilkinson (admitted *pro hac vice*)
   Brian L. Stekloff (admitted *pro hac vice*)
2  Rakesh N. Kilaru (admitted *pro hac vice*)
   Jeremy S. Barber (admitted *pro hac vice*)
3  **WILKINSON STEKLOFF LLP**
   2001 M Street NW, 10th Floor
4  Washington, DC 20036
   Telephone: (202) 847-4000
5  Facsimile: (202) 847-4005
   bwilkinson@wilkinsonstekloff.com
6  bstekloff@wilkinsonstekloff.com
   rkilaru@wilkinsonstekloff.com
7  jbarber@wilkinsonstekloff.com

8  *Counsel for Defendants National Football
   League, NFL Enterprises LLC, and the
9  Individual NFL Clubs*

10 [Additional Counsel Listed on Signature
   Pages]
11

12            **UNITED STATES DISTRICT COURT**

13            **CENTRAL DISTRICT OF CALIFORNIA**

14
   IN RE: NATIONAL FOOTBALL          )  Case No. 2:15-ml-02668-PSG (JEMx)
15 LEAGUE'S SUNDAY TICKET            )
   ANTITRUST LITIGATION              )  **CORRECTIONS TO THE**
16                                   )  **DEPOSITION TRANSCRIPT OF**
   ─────────────────────────────     )  **HANS SCHROEDER**
17                                   )
   THIS DOCUMENT RELATES TO:         )
18 ALL ACTIONS                       )  Judge:  Hon. Philip S. Gutierrez
19                                   )
                                     )  Deposition Date: July 29, 2022
20                                   )  Final Transcript Received: August 10,
                                     )  2022
21                                   )  Revised Final Transcript Received:
                                     )  August 24, 2022
22
23 ─────────────────────────────
24
25
26
27
28

1

2   Defendants National Football League, NFL Enterprises, LLC, and its member

3 Clubs, by and through their attorneys, hereby provide corrections to the deposition

4 transcript of Hans Schroeder, along with a brief description of the reason for each

5 correction, attached hereto as Exhibit A.

6

7

8 Dated: September 6, 2022    /s/ *Beth A. Wilkinson*

9              Beth A. Wilkinson (admitted *pro hac vice*)
               Brian L. Stekloff (admitted *pro hac vice*)

10             Rakesh N. Kilaru (admitted *pro hac vice*)
              Jeremy S. Barber (admitted *pro hac vice*)

11             **WILKINSON STEKLOFF LLP**
              2001 M Street NW, 10th Floor

12             Washington, DC 20036
              Telephone: (202) 847-4000

13             Facsimile: (202) 847-4005
              bwilkinson@wilkinsonstekloff.com

14             bstekloff@wilkinsonstekloff.com

15             rkilaru@wilkinsonstekloff.com
              jbarber@wilkinsonstekloff.com

16

17             Neema T. Sahni (Bar No. 274240)
              **COVINGTON & BURLING LLP**

18             1999 Avenue of the Stars
              Suite 1500

19             Los Angeles, CA 90067-6045
              Telephone: (424) 332-4800

20             Facsimile: (424) 332-4749

21             nsahni@cov.com

22             Gregg H. Levy (admitted *pro hac vice*)
              Derek Ludwin (admitted *pro hac vice*)

23             **COVINGTON & BURLING LLP**
              One CityCenter

24             850 Tenth Street NW

25             Washington, DC 20001
              Telephone: (202) 662-6000

26             Facsimile: (202) 662-6291

27             glevy@cov.com
              dludwin@cov.com

28

             *Counsel for Defendants National Football*

1

1    *League, NFL Enterprises LLC, and the*
2    *Individual NFL Clubs*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

<u>**Exhibit A**</u>

**Corrections to the Deposition Transcript of
Hans Schroeder - July 29, 2022**

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 2:6 | Summer | Sumner | Transcription error |
| 6:13 | that's not reflected | that's reflected | Transcription error |
| 7:6 | properties and enterprises | Properties and Enterprises | Transcription error |
| 7:9 | and | in | Transcription error |
| 7:11-12 | strategic planning, this development | Strategic Planning and Business Development | Transcription error |
| 7:12 | focused | focus | Transcription error |
| 8:5-6 | at the beginning – | at the beginning of that period – | Transcription error |
| 8:24 | the | then | Transcription error |
| 11:12 | fully, of course | fully correspond, of course | Transcription error |
| 11:13 | is | as | Transcription error |
| 11:19 | other | certain other | Transcription error |
| 13:8 | ladder | latter | Transcription error |
| 14:19-20 | chief operating officer for NFL media and business | Chief Operating Officer for NFL Media and Business | Transcription error |
| 15:18 | change, and sort | change of sort | Transcription error |
| 16:13 | that | this | Transcription error |
| 16:24-25 | —the NFL's media broadcasting group | NFL Media's broadcasting group | Transcription error |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 17:8 | in lag game and distribution | and live game distribution | Transcription error |
| 17:10 | plan | playing | Transcription error |
| 18:18 | NFL, the network | NFL Network | Transcription error |
| 19:5 | Menlo | Mount Laurel | Transcription error |
| 19:19 | seated | ceded | Transcription error |
| 19:22 | out of this | throughout this | Transcription error |
| 20:12 | media | Media | Transcription error |
| 20:16 | media | Media | Transcription error |
| 20:22 | an | in | Transcription error |
| 20:23 | NFL at Media | NFL Media | Transcription error |
| 21:14 | that | the | Transcription error |
| 22:2 | get the building | get in the building | Transcription error |
| 22:7 | Zar | Tzar | Transcription error |
| 23:8 | for our | for | Transcription error |
| 23:18 | late in the year. | late in the year and Sunday morning. | Transcription error |
| 23:24 | one that was calculated, double header and | one network has a double header week and | Transcription error |
| 24:9-10 | in a lot of interdependency. | and a lot of interdependencies. | Transcription error |
| 25:12 | both CBS and FOX on top | both CBS and Fox have in-market streaming rights on top | Transcription error |

4

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 25:15 | off-authenticated | authenticated | Transcription error |
| 26:4 | continued | continue | Transcription error |
| 26:7 | only | online | Transcription error |
| 27:5 | live cast | live game telecasts | Transcription error |
| 27:7 | had | can | Transcription error |
| 27:7 | own in-operated | owned and operated | Transcription error |
| 27:9 | MEPDs | MVPDs | Transcription error |
| 28:14 | for the free | for us is the free | Transcription error |
| 30:13-14 | the determination | the final determination | Transcription error |
| 31:7-8 | single header, you | single header, that could be at 1:00 or 4:00. You | Transcription error |
| 32:5 | and | in | Transcription error |
| 32:15 | Sunday | Sunday Ticket | Transcription error |
| 33:17 | visa vi | vis-a-vis | Transcription error |
| 33:17 | our | your | Transcription error |
| 33:19 33:21 | Dot TV | .tv | Typographical error |
| 34:5 | unlimited | a limited | Transcription error |
| 34:11-12 | and unlimited | in a limited | Transcription error |
| 34:16 | career | year | Transcription error |
| 34:22 | typical Monday | typical Sunday, Monday | Transcription error |

5

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 36:5 | coaches--have you ever talked to them? Would | coaches if you ever talked to them would | Transcription error |
| 36:15 36:19 36:23 | 425 | 4:25 | Transcription error |
| 37:2 | fair | their | Transcription error |
| 37:24 | with | within | Transcription error |
| 38:3 | have policies | have League policies' | Transcription error |
| 38:12 | windows that we're | windows – national, we're | Transcription error |
| 38:21 | contributions | considerations | Transcription error |
| 39:4 | It could be | And to be | Transcription error |
| 40:12 | have other | have simulcasts and multicasts and other | Transcription error |
| 41:18 | pier | pure | Transcription error |
| 42:21 | interests | interest | Transcription error |
| 43:8 | performance, and how | performance in how | Transcription error |
| 43:9-10 | our handful of one and the other one just to hit | are a handful of ones and another one just to hit | Transcription error |
| 43:15 | that it, | that, | Transcription error |
| 44:9 | as | and | Transcription error |
| 45:18 | serve | certain | Transcription error |
| 45:24 | nigh | night | Transcription error |
| 46:02 | Thursday night going | Thursday night deal going | Transcription error |

6

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 46:12 | Amazon – and they'll | Amazon is they'll | Transcription error |
| 46:23-24 | there's parameters across the app, | there are certain parameters under the Sports Broadcasting Act | Transcription error |
| 47:5-6 | I cited earlier. There's no confusion this year. Christmas | I said earlier just so there's no confusion. This year, Christmas | Transcription error |
| 47:14 | which Fox | which CBS and Fox | Transcription error |
| 47:17-18 | create some incremental. This creates opportunity | create some incremental windows. This year it creates an opportunity | Transcription error |
| 48:10 | proposing | repurposing | Transcription error |
| 49:15 | mark-key | marquee | Transcription error |
| 51:20 | on | in | Transcription error |
| 51:24 | year, is the | year, and you can show it by the | Transcription error |
| 52:17 | fix | mix | Transcription error |
| 53:18 | this, if the | this in the | Transcription error |
| 54:6 | scheduling, flexible | scheduling flexibility | Transcription error |
| 54:20 | then | than | Transcription error |
| 54:23 | parameters | parameter | Transcription error |
| 55:14 | as a strong. It's | as strong. And this is a general statement. It's | Transcription error |
| 56:11 | packaged | package | Transcription error |

7

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 57:3 | to contradiction | from CBS | Transcription error |
| 57:15 | where it's going forward | where it's evolving is going forward | Transcription error |
| 58:16 | for nights | for Monday nights | Transcription error |
| 58:17 | That has been | That has not been | Transcription error |
| 59:21 | being into that window. | being in that window into that window | Transcription error |
| 60:11 | broadcasted | broadcast | Transcription error |
| 60:17 | simple | simplest | Transcription error |
| 60:20 | erring | airing | Transcription error |
| 61:15-16 | playing were aligned | playing that the incentives were aligned | Transcription error |
| 62:12-13 | so that historically | because that gate consideration, that attendance consideration historically | Transcription error |
| 65:14 | Yes. | Yes. I believe so. | Transcription error |
| 65:18 | provision | parameters | Transcription error |
| 67:4 | and | in | Transcription error |
| 67:20 67:23 68:3 | Dot TV | .tv | Typographical error |
| 68:13 | productions | product | Transcription error |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 68:13<br>68:14<br>68:18<br>69:6<br>69:13<br>69:21<br>70:3<br>70:10<br>70:18<br>70:21 | Dot TV | .tv | Typographical error |
| 71:15 | compiling | complying | Transcription error |
| 71:17 | broadcast | broadcasts | Transcription error |
| 72:6 | broadcast | broadcasts | Transcription error |
| 72:21 | broadcast | broadcasts | Transcription error |
| 73:9<br>73:15<br>73:19<br>73:20<br>74:20 | Dot TV | .tv | Typographical error |
| 79:11 | points. | points attached to the email. | Transcription error |
| 80:17 | point | points | Transcription error |
| 82:13 | tickets | Ticket | Transcription error |
| 83:11 | through other packages if we would have considered | if there were other packages we would have considered at this time to fall | Transcription error |
| 83:18-19 | free air contribution | free to air distribution | Transcription error |
| 84:09-10 | broad base and in the reach | broaden the base and the reach | Transcription error |
| 85:13 | focused | a focus | Transcription error |

9

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 87:02 | referenced more in depth | referenced here that is really intended | Transcription error |
| 87:6 | continued to have | ESPN picked it up and continued to have with Disney | Transcription error |
| 87:9-12 | The reason maybe referencing the confusion to this is that it changed when we structured, and we flipped the packages in broadcast six | The reason the night might be confusing to you is that it changed when we restructured and we flipped the packages in broadcast and cable six | Transcription error |
| 87:25-88:2 | A. I see a subject he refers to attached. There's no dot, but I see | A. I see a subject Q. You see he refers to an attached? A. There's no document, but I see | Transcription error |
| 88:6 | find out, on | put on | Transcription error |
| 88:18 | less of the last | less of the country over the last | Transcription error |
| 89:2 | capture, which | capture it, which | Transcription error |
| 90:8 | quantify | quantity | Transcription error |
| 90:11 | in | of | Transcription error |
| 90:17 | goes | ties | Transcription error |
| 90:19 | extent games | extent there's games | Transcription error |
| 90:21 | your | our | Transcription error |
| 90:24 | a move, some | and moved some | Transcription error |
| 91:11 | on | in | Transcription error |

Corrections to the Deposition Transcript of Hans Schroeder

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 92:3-4 | windows we played on Sunday afternoon, the less renewals | windows we played not on Sunday afternoon, the less windows | Transcription error |
| 92:16-17 | similar to what CBS corporate structures and FOX, | similar to CBS and Fox, | Transcription error |
| 93:21 | panel | package | Transcription error |
| 93:22 | especially our, first | especially our primary in-market partners, first | Transcription error |
| 93:23 | strong partnerships so | strong so | Transcription error |
| 94:16 | million-plus of viewers | million-plus category of viewers | Transcription error |
| 95:08-9 | new market | in market | Transcription error |
| 95:18-19 | and any the | and the | Transcription error |
| 96:14 | least my kind of | least over my time at | Transcription error |
| 96:18 | FOX, we | Fox and we | Transcription error |
| 96:20-21 | engaging way from an incremental and part of our fan base | engaging, and incremental way for a part of our fan base | Transcription error |
| 97:13 | think. It's | think if it's | Transcription error |
| 97:15 | illustrations | negotiations | Transcription error |
| 99:5 | CBS' | CBS's | Transcription error |
| 100:18 | resell | resale | Transcription error |
| 100:6 | Kathy | Cathy | Typographical error |
| 100:15 | businesses | business as | Transcription error |

11

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 100:18 | resell | resale | Transcription error |
| 100:20–21 | air on their games in full OnDemand | airing games in full on demand | Transcription error |
| 101:25 | created | creative | Transcription error |
| 102:25 | is | as | Transcription error |
| 103:2 | disparage a | disparages | Transcription error |
| 103:13 | In Mr. Rolapp's e-mail | Mr. Rolapp's e-mail | Transcription error |
| 103:25 | commission | call | Transcription error |
| 103:25 | with | about | Transcription error |
| 105:8 | RedZone is as | RedZone is and as | Transcription error |
| 106:4 | on an example | on in the example | Transcription error |
| 106:5 | looks like two NFL.com | looks like pages on NFL.com | Transcription error |
| 106:8 | distributor RedZone | distributors of RedZone | Transcription error |
| 106:18 | Derrick | Derek | Typographical error |
| 107:13 | changed every | changed the every | Transcription error |
| 108:15 | Derrick's | Derek's | Typographical error |
| 108:19 | Derrick | Derek | Typographical error |
| 109:24 | we got back, Roger said | we got back was that Roger said | Transcription error |
| 110:11 | is | that's | Transcription error |
| 111:20 | Sot Watseen (phonetic) | Satwant Singh | Clarify the record |

12

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 114:15 | were | we're | Typographical error |
| 114:17 | to | in | Transcription error |
| 115:19 115:22 | Dot TV | .tv | Typographical error |
| 115:22–23 | even in and meant to be as | even – and meant to be – as | Transcription error |
| 116:16 | how we execute. | how we execute against those. | Transcription error |
| 116:22 | think even you may even get | think we may even get | Transcription error |
| 116:20 | a need to | and lead to | Transcription error |
| 118:13 118:15 | Stekloff | Stecklow | Typographical error |
| 118:16 118:20 | Dot TV | .tv | Typographical error |
| 119:10 119:21 | Dot TV | .tv | Typographical error |
| 119:22–23 | e-mail print says on the e-mail page | e-mail Brent sends on the previous page | Transcription error |
| 120:2 | Dot TV | .tv | Typographical error |
| 120:4 | Brent in his thoughts | Brent and team's thoughts | Transcription error |
| 121:7 | Dot TV | .tv | Typographical error |
| 121:14 | skews | SKUs | Typographical error |
| 121:15–16 | it's a DirecTV's decision | it's DirecTV's decision | Transcription error |
| 122:15 | meetings | meeting | Transcription error |
| 122:21–22 | what this specific backup material meeting was it for | what the specific backup material— what meeting was it for | Transcription error |

Corrections to the Deposition Transcript of Hans Schroeder

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 123:11 | I'm Hans Lee Schroeder. | Hans Lakamp Schroeder. | Transcription error |
| 124:6 | concluded in | concluded largely in | Transcription error |
| 127:3 | That's a cost per thousand. | That's cost per thousand. | Transcription error |
| 127:7 | I think a thousand | I think M is a thousand | Transcription error |
| 128:22–23 | spent on program and costs | spend on programming costs | Transcription error |
| 129:8–10 | Now, CBS, they negotiate for there collectively owned and operated stations at a single point in time with a single distributor they may not. | Now, CBS may negotiate for their collective owned and operated stations at a single point in time with a single distributor or they may not. | Transcription error |
| 129:17–18 | one in the same | one and the same | Transcription error |
| 130:6 | that station (inaudible) | that station is -- | Clarify the record |
| 131:8 | Velco, virtual – paid to | Telco, virtual MVPDs – pay to | Transcription error |
| 131:22 | should have asked about CBS. | should have asked CBS. | Transcription error |
| 132:4 | visa vi | vis-à-vis | Typographical error |
| 132:9 | mis | is | Typographical error |
| 132:23 | what that – what it is. | what that split is. | Transcription error |
| 133:2 | I don't know.  I couldn't give you | I don't know if I could give you | Transcription error |
| 133:11 | specialty | especially | Transcription error |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 133:11–13 | And Super Bowl owns whatever it is, four- to five-million dollar advertising. | And Super Bowl alone is, whatever it is, four to five hundred million dollars of advertising. | Transcription error |
| 133:17 | are partners | our partners | Transcription error |
| 134:2 | collectively and producing | collectively in producing | Transcription error |
| 135:3 | viewership ratings, estimate, | viewership ratings estimate | Typographical error |
| 135:18 | whose | who's | Typographical error |
| 135:19 | really healthy across the league | really healthy competitive balance across the league | Transcription error |
| 136:3 | viewership well over | viewership where we're | Transcription error |
| 136:9 | in terms of | with how they | Transcription error |
| 137:11–14 | with the hope to those viewers will stick around after the game to watch that show, is obviously advertising revenue associated with there. | with the hope that those viewers will stay on after the game to watch that show, there's obviously advertising revenue associated there. | Transcription error |
| 137:17–18 | think about comprehensively about | think about comprehensively | Transcription error |
| 137:24 | overall value level. And looking | overall value level when looking | Transcription error |
| 138:10 | to new features | through new features | Transcription errors |
| 139:8–9 | that's sort of another outside of each individual right of how we're making sure | that's another way, outside of each individual right, of how we're making sure | Clarify the record |

15

| Page:<br>Line | Original Text | Change | Reason |
|---|---|---|---|
| 139:18 | Harold | Herald | Typographical error |
| 140:7 | potential cases for that fee | potential use cases for a national feed | Transcription error |
| 140:9–10 | for a network. In this case, CBS to | for a network, in this case, CBS, to | Transcription error |
| 141:13 | which still | would still | Transcription error |
| 141:13–14 | It still exists | There'd still·be | Transcription error |
| 141:22–23 | and potentially make that inclusive of the NFL and their other nationally held rights, and | and potentially make that – inclusive of the NFL and their other nationally held rights – and | Clarify the record |
| 142:25 | on Sunday | on a Sunday afternoon | Transcription error |
| 143:2 | that they have to show that the | that they have to show the game that the | Transcription error |
| 143:7<br>143:9 | Craft | Kraft | Typographical error |
| 143:18–19 | course.  Their subscriber acquisition strategy initial results positive. | core subs through subscriber acquisition strategy; initial results positive. | Transcription error |
| 143:24–25 | how we used core was, we talked about this yesterday, is | how we used core was – I think we talked about this yesterday – is | Transcription error/Clarify the record |
| 145:20 | have had DirecTV now | have with DirecTV now | Transcription error |
| 151:16 | what comparable | and what comparable | Transcription error |
| 151:20 | and on the | on the | Transcription error |
| 151:21 | interests | interest | Transcription error |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 152:3 | Dot TV | .tv | Typographical error |
| 152:25 | a cluster of | illustrative | Transcription error |
| 155:13 | we we're | we were | Typographical error |
| 156:5 | do you know around | do you know if, around | Transcription error |
| 156:11 | but, no | but -- | Transcription error |
| 157:7 | highlights people exist together | highlights that the people putting this together | Transcription error |
| 157:20 | at 4:00 | "in the 4:00" | Transcription error |
| 158:5 | on | of | Transcription error |
| 159:6 | roll | row | Transcription error |
| 159:18 | of NFL were | of NFL Network were | Transcription error |
| 160:3-4 | this 17 | this is 17 | Transcription error |
| 160:22 | know their | know what their | Transcription error |
| 161:21 | with | in | Transcription error |
| 161:4 | it always | all of this | Transcription error |
| 162:12 | league in our sport | league, and our sport | Transcription error |
| 162:15 | aspects it. It | aspects. It | Transcription error |
| 163:5 | that enables that | that, that enables that, | Transcription error |
| 164:7 | makes | make | Transcription error |
| 164:16 | maybe last year went first in first | the Bengals last year went worst to first | Transcription error |

17

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 166:2 | how much | how much of a role spending plays | Clarify the record |
| 166:4 | is my | in my | Transcription error |
| 166:6 | with the LA Dodgers | what the LA Dodgers spend | Transcription error |
| 166:6-7 | with the New York Yankees | what the New York Yankees spend | Transcription error |
| 166:8 | ,trade , for | , and trade for | Transcription error |
| 166:15 | Bangles | Bengals | Transcription error |
| 167:3 | that does | does that | Transcription error |
| 168:11 | has | have | Transcription error |
| 168:14 | cash versus cap | cash versus cap issues | Transcription error |
| 168:22 | induce | and do | Transcription error |
| 169:8 | that | the | Transcription error |
| 170:6 | with that | from that | Transcription error |
| 170:19 | they're | their | Transcription error |
| 170:24 | lockout and how that | lockout when that | Transcription error |
| 171:2 | Pirates. You see so many teams | Pirates or some of the teams | Transcription error |
| 171:3 | less than | less in | Transcription error |
| 171:15 | and | In | Transcription error |
| 171:21 | party picking | priority of picking | Transcription error |
| 171:23 | on | from | Transcription error |

18

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 171:25 | clubs. We know what | clubs for, you know, what | Transcription error |
| 172:16 | and how | with what and how | Transcription error |
| 173:6 | per clubs | per club | Clarify the record |
| 173:16 | that | on | Transcription error |
| 174:15 | allowed | has allowed | Transcription error |
| 174:16 | able to, with extra | able with that extra | Transcription error |
| 174:19 | growth of the fan | growth of the game and fan | Transcription error |
| 174:23 | been direct | indirect | Transcription error |
| 174:24 | foster, share | foster shared | Transcription error |
| 175:11 | reframe | reframe, would reposition | Transcription error |
| 175:13 175:17 175:18 | standing-based | standings-based | Transcription error |
| 175:23 | the | a | Transcription error |
| 175:24 | versus | one versus | Transcription error |
| 176:4 | bit of a difference | bit difference | Transcription error |
| 176:17 | team with some more rest | team on similar rest | Transcription error |
| 177:8 | played | plays | Transcription error |
| 177:13 | and we'll always | and it won't always | Transcription error |
| 177:17 | a couple but | a couple clubs that have it, but | Transcription error |
| 177:22 | balance | and balance | Transcription error |

19

| Page:<br>Line | Original Text | Change | Reason |
|---|---|---|---|
| 179:23 | CBA or | CBA, our | Transcription error |
| 179:25 | shared | chaired | Transcription error |
| 180:18 | that | [Omit] | Transcription error |
| 180:25 | is an actual | like a factual | Transcription error |
| 182:3 | Hallen | Allen | Transcription error |
| 182:4 | is referring | refers | Transcription error |
| 182:12-13 | a conversation | conversations | Transcription error |
| 182:14 | these specific conversations | a specific conversation | Transcription error |
| 182:21 | with | about | Transcription error |
| 183:17 | to the | with the rest of the | Transcription error |
| 184:11 | the | so | Transcription error |
| 184:15 | peak sort of bit to bit | peak, sort of dipped a bit, | Transcription error |
| 184:21 | They'll | There will | Transcription error |
| 184:25 | a | the | Transcription error |
| 184:25 | much of this | not sure this | Transcription error |
| 185:3 | think | believe | Transcription error |
| 185:5-6 | would never – like the world has | world and a year like the world has | Transcription error |
| 185:18 | shortening | and shortening | Transcription error |
| 186:10 | as | after | Transcription error |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 186:10 | or something | or slightly | Transcription error |
| 186:20 | to have | in how | Transcription error |
| 187:21 | who | to who | Transcription error |
| 188:6 | give | get | Transcription error |
| 188:7 | successful | successive | Transcription error |
| 188:9 | were | work | Transcription error |
| 188:18 | Hans | that goes Hans | Transcription error |
| 188:22 | cable satellite | cable and satellite | Transcription error |
| 188:23 | affiliates, crew, | affiliates grew | Transcription error |
| 189:7 | and | several | Transcription error |
| 189:15 | earlier | earlier about | Transcription error |
| 189:16 | was | is | Transcription error |
| 190:4 | or for | or telco for | Transcription error |
| 190:9 | between | that again has that relationship between | Transcription error |
| 190:15 | take cap | take out | Transcription error |
| 191:2 | network's | networks | Transcription error |
| 191:5 | and enforce | in importance | Transcription error |
| 192:12 | up. In | up, in | Transcription error |
| 192:20 | A, B, C, | ABC, | Transcription error |

21

| Page:<br>Line | Original Text | Change | Reason |
|---|---|---|---|
| 193:3 | launch | aughts | Transcription error |
| 194:2 | you.  Give you the opportunity | you the opportunity | Transcription error |
| 194:15 | thing | shows | Transcription error |
| 194:16 | valuable | very valuable | Transcription error |
| 194:22 | were | would | Transcription error |
| 194:23 | values | value | Transcription error |
| 195:13 | happened | happen | Transcription error |
| 195:23-24 | timing. Our | timing, our | Transcription error |
| 195:25 | consequently an | coincidental, and an | Transcription error |
| 196:5 | that it's | It's | Transcription error |
| 196:7 | Q: It's cold? | Q: That it's what?<br>A: Cold in here.<br>Q: Cold? | Transcription error |
| 196:12 | Dually | Duly | Transcription error |
| 196:15 | Mr. Gore: Mark this. | [Omit] | Transcription error |
| 196:24 | an | a | Transcription error |
| 197:7 | The | These | Transcription error |
| 197:14 | who | with | Transcription error |
| 197:14 | Jonathan Government | who would have been Jonathan Galst, | Transcription error |
| 198:13 | games? | games, correct? | Transcription error |
| 198:19 | rules.  I think | rules I think | Transcription error |

22

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 200:10 | It's | the deck is | Transcription error |
| 200:14 | in | a | Transcription error |
| 200:14 | regulator | Canadian regulator | Transcription error |
| 200:16 | mark | walk | Transcription error |
| 206:20 | IE, | i.e., | Transcription error |
| 200:21 | exclusively | exclusive | Transcription error |
| 201:2 | We've | we | Transcription error |
| 201:19 | That's | that | Transcription error |
| 202:11 | looked | look | Transcription error |
| 204:14 | Perlish and | Perlish to me and | Transcription error |
| 205:3 | e-mail NFL0895396 | e-mail that has the Bates number NFL0895396 | Transcription error |
| 205:10 | that, yes | that bullet, yes | Transcription error |
| 205:11 | that's | It's | Transcription error |
| 205:12 | watching. | watching less. | Transcription error |
| 205:14 | this | that | Transcription error |
| 206:2 | says | say | Transcription error |
| 206:12 | into | to | Transcription error |
| 206:13 | ago, I | ago, our focus on our game presentation project, I | Transcription error |

23

| Page:<br>Line | Original Text | Change | Reason |
|---|---|---|---|
| 206:13 | time | tying | Transcription error |
| 206:13 | presentation of this | presentation and this | Transcription error |
| 206:15 | presentation was – gives us | presentation was meant to do is give us | Transcription error |
| 206:16 | feedback in data and about | feedback and data about | Transcription error |
| 206:20-22 | And as a result, this touches a little bit on what we talked about yesterday.  But | And as a result – this touches a little bit on what we talked about yesterday – but | Transcription error |
| 206:24 | prefer – are watching | prefer watching | Transcription error |
| 207:4 | date, that would say on this, yes. | data would say on that question. | Transcription error |
| 207:6 | is | in | Transcription error |
| 207:6 | in | and | Transcription error |
| 207:10 | in development, | and develop | Transcription error |
| 208:2 | eight first; do | eight. First, do | Transcription error |
| 208:5 | time | Tying | Transcription error |
| 208:17 | weighing | when | Transcription error |
| 208:17 | came to age | came of age | Transcription error |
| 209:19 | viewership, I | viewership, while there have been ups and downs, I | Transcription error *this is hard to tell from the audio |
| 209:21 | product. | product, too. | Transcription error |
| 210:3 | an | in | Transcription error |

24

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 210:8 | could turn – direct | could direct | Transcription error |
| 201:15 | from | for | Transcription error |
| 211:3 | interests | interest | Transcription error |
| 211:5 | Football | football | Transcription error |
| 211:9 | interests | interest | Transcription error |
| 211:23 | interests | interest | Transcription error |
| 212:5 | independent | in "dependent" | Transcription error |
| 212:23 | right in. | right in, is that okay?  And I will speak up. | Transcription error |
| 213:13 | sports | sport | Transcription error |
| 213:13 | We're the league | We are the only league | Transcription error |
| 213:18 | sentiments | sentiment | Transcription error |
| 214:16-18 | and we individually our over the air in each of the markets.  And then | and we – individually are on over the air in each of the markets, and then | Transcription error |
| 215:15 | model. That | model that | Transcription error |
| 216:5 | continued | continue | Transcription error |
| 216:8 | sort has | sort of for our model overall and has | Transcription error |
| 216:13 | NBA, are | NBA teams, NHL teams, are | Transcription error |
| 216:20 | the league | the only league | Transcription error |

25

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 216:22 | media – model different distribution | media models and different media distribution models | Transcription error |
| 216:24 | impact, their | impact their | Transcription error |
| 217:10 | had | have | Transcription error |
| 217:14 | the CBS | to CBS | Transcription error |
| 217:16 | the broadcast | their broadcasts | Transcription error |
| 218:2 | games to – they're | games – so they're | Transcription error |
| 218:4-5 | market. Our | market – are | Transcription error |
| 218:8-9 | We've, then, asked the partner to retain | we then ask the partner that we can retain | Transcription error |
| 218:15-16 | spent money on and investing on | spent money on when they produced them | Transcription error |
| 219:4 | is get them to agree. We can | is to get them to agree under certain parameters, we can | Transcription error |
| 219:9 | content | context | Transcription error |
| 219:10 | Sunday standing | understanding | Transcription error |
| 219:21 | in connection with | in – with | Transcription error |
| 220:6-7 | in-market. And those rights | in-market rights we've licensed | Transcription error |
| 220:16 | this | that | Transcription error |
| 220:18 | interests | Interest | Transcription error |
| 221:4 | It | Is it | Transcription error |

26

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 221:4-5 | by through a standalone, how | buy through, is it standalone. How | Transcription error |
| 221:14 | to focus | and have focused | Transcription error |
| 221:16 | have wide | have that wide | Transcription error |
| 222:14 | to those plans. | to our fans. | Transcription error |
| 223:3 | focus | to focus | Transcription error |
| 223:4 | are trying | try | Transcription error |
| 223:11 | You | You've | Transcription error |
| 223:11 | incremental and | incremental and additive and | Transcription error |
| 224:2 | grow with, | grow, | Transcription error |
| 224:16 | side | size | Transcription error |
| 224:18 | that | a | Transcription error |
| 224:20 | want to be | widely | Transcription error |
| 224:21 | most of the | most other | Transcription error |
| 224:22 | what | that | Transcription error |
| 224:22 | are some | are on some | Transcription error |
| 224:25 | networks | network | Transcription error |
| 225:3 | copy for today | exhibit today | Transcription error |

| Page:<br>Line | Original Text | Change | Reason |
|---|---|---|---|
| 225:8 | exhibit today. | exhibit today.  But you're right, this was Exhibit 20 yesterday.  We'll make a new one today because you don't have the one from yesterday, yeah. | Transcription error |
| 225:16 | a lot. | a lot of decks. | Transcription error |
| 226:4 | so | to | Transcription error |
| 226:7 | analysis | analyses | Transcription error |
| 226:14 | inside | on slide | Transcription error |
| 226:21 | a ESPN | ESPN | Transcription error |
| 226:25 | is in | Isn't in | Transcription error |
| 227:2 | whiter | lighter | Transcription error |
| 227:6 | seems | seem | Transcription error |
| 229:6 | of | and | Transcription error |
| 229:9 | pulling | pooling | Transcription error |
| 229:19 | understanding? Is it about | understanding – is it – about | Transcription error |
| 229:21 | authorities | authority | Transcription error |
| 229:24 | in sections | in the sections | Transcription error |
| 230:2 | season and | season media rights and | Transcription error |
| 230:8-9 | you started to say and you said there, is it | you started – and you said – is it | Transcription error |

28

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 230:16 | How have you compared | How would you compare | Transcription error |
| 230:24-25 | shared.  But the media rights, the vast majority of those revenues, and | shared – but the media rights, the vast majority of those revenues – and | Transcription error |
| 231:4-5 | things. I think, as we hit on. | things, I think, as we've hit on. | Transcription error |
| 231:8 | how our clubs | how clubs | Transcription error |
| 231:9 | officers | rosters | Transcription error |
| 231:9 | spent | spend | Transcription error |
| 231:16 | we do. In | we do – in | Transcription error |
| 231:17 | interests | interest | Transcription error |
| 231:18 | and to | and avidity | Transcription error |
| 231:19 | over to free- | over free- | Transcription error |
| 232:6 | country sport | country, sport | Transcription error |
| 232:14 | follow-ups. | follow-ups, Mr. Schroeder. | Transcription error |
| 232:15 | if | [omit] | Transcription error |
| 233:12 | said there was | saying it was | Transcription error |
| 233:17 | more of | more than | Transcription error |
| 233:19 | why spent | why we've spent | Transcription error |
| 233:22 | we are bale | We've been able | Transcription error |
| 234:17-18 | for our fans and access to our availability | for the access and availability | Transcription error |

29

| Page:<br>Line | Original Text | Change | Reason |
| --- | --- | --- | --- |
| 234:19 | in | and | Transcription error |
| 235:22 | two. We | two, we | Transcription error |
| 236:25 | what | We're | Transcription error |
| 237:7 | inciteful | Insightful | Transcription error |
| 237:16 | from Julie.  You | from Julie Moeller that she had those words, and you | Transcription error |
| 237:17 | individual who | individual, I think, who | Transcription error |
| 238:5 | Genesis | genesis | Transcription error |
| 238:6 | that, it | that is it | Transcription error |
| 238:12 | again, the | again, to the | Transcription error |
| 238:15 | and what year | in what year | Transcription error |
| 238:16 | need based | need or lead to based on | Transcription error |
| 238:25 | reaches across | reaches, crosses | Transcription error |
| 238:25 | and | in | Transcription error |
| 239:14 | its | [Omit] | Transcription error |
| 239:16 | investment | vote | Transcription error |

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: September 1 , 2022        By: _Hans Schroeder_

                                        Hans Schroeder

30

1

## CERTIFICATE OF SERVICE

2      I, Jeremy S. Barber, attorney at Wilkinson Stekloff LLP, hereby certify that,

3   on September 6, 2022, I caused the foregoing Corrections to the Deposition

4   Transcript of Hans Schroeder to be served via email delivery on the following

5   counsel:

6

7   MARC M. SELTZER (54534)
    mseltzer@susmangodfrey.com
8   **SUSMAN GODFREY L.L.P.**
    1900 Avenue of the Stars, 14th Floor
9   Los Angeles, CA 90067
    Tel: (310) 789-3100
    Fax: (310) 789-3150
10

11  SCOTT MARTIN
    smartin@hausfeld.com
12  IRVING SCHER
    ischer@hausfeld.com
13  **HAUSFELD LLP**
    33 Whitehall Street, 14th Floor
14  New York, NY 10004
    Tel: (646) 357-1100
15  Fax: (212) 202-4322

16  HOWARD LANGER
    hlanger@langergrogan.com
17  EDWARD DIVER
    ndiver@langergrogan.com
18  PETER LECKMAN
    pleckman@langergrogan.com
19  **LANGER GROGAN AND DIVER PC**
    1717 Arch Street, Suite 4130
20  Philadelphia, PA 19103
    Tel: (215) 320-5660
21  Fax: (215) 320-5703

22  ARUN SUBRAMANIAN
    asubramanian@susmangodfrey.com
23  WILLIAM CHRISTOPHER CARMODY
    bcarmody@susmangodfrey.com
24  SETH ARD
    sard@susmangodfrey.com
25  TYLER FINN
    tfinn@susmangodfrey.com
26  **SUSMAN GODFREY LLP**
    1301 Avenue of the Americas, 32nd FL.
27  New York, NY 10019
    Tel: (212) 336-8330/ Fax: (212) 336-
28  8340

31

IAN M. GORE
igore@susmangodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841/Fax: (206) 516-3883

MICHAEL D. HAUSFELD
mhausfeld@hausfeld.com
Farhad Mirzadeh
fmirzadeh@hausfeld.com
**HAUSFELD LLP**
1700 K. Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200/Fax: (202) 540-7201

MICHAEL P. LEHMANN
mlehmann@hausfeld.com
BONNY E. SWEENY
bsweeney@hausfeld.com
CHRISTOPHER L. LEBSOCK
clebsock@hausfeld.com
**HAUSFELD LLP**
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908/Fax: (415) 358-4980

*Co-Lead Plaintiffs' Counsel*

Executed on September 6, 2022.

By: */s/ Jeremy S. Barber*

Jeremy S. Barber

---

32