# EXHIBIT 41

To the Declaration of Rakesh N. Kilaru

REDACTED VERSION OF DOCUMENT FILED PUBLICLY

1

```
 1                                         VOLUME:  I
                                           PAGES:   1-63
 2                                         EXHIBITS: 1-6

 3              UNITED STATES DISTRICT COURT

 4             CENTRAL DISTRICT OF CALIFORNIA

 5


 6    *************************************
      IN RE: NATIONAL FOOTBALL LEAGUE'S       *
 7    "SUNDAY TICKET" ANTITRUST               *
      LITIGATION,                             *
 8                                            *
                                              *
 9                                            *
      Civil Action No.
10    2:15-ml-02668-PSG(JEMx)
      *************************************
11

12

13       VIDEOTAPED DEPOSITION of ROBERT K. KRAFT

14              Thursday, June 23, 2022

15                   9:07 a.m.

16
              Held at:  Gillette Stadium
17                 1 Patriots Place
              Foxborough, Massachusetts
18

19

20     ------- Megan M. Castro, RPR, CSR -------

21                    Lexitas
          508-478-9795 ~ 508-478-0595 (Fax)
22              www.LexitasLegal.com

23

24
```

Case 2:15-ml-02668-PSG-SK Document 955-6 Filed 07/28/23 Page 3 of 12 Page ID #:30599
NFL Sunday Ticket Antitrust Litigation
Robert Kraft
June 23, 2022

2

```
 1   APPEARANCES:

 2   HAUSFELD
      Scott Martin, Esquire
 3    Farhad Mirzadeh, Esquire
      33 Whitehall Street
 4    14th Floor
      New York, New York  10004
 5    646-357-1100
      smartin@hausfeld.com
 6    fmirzadeh@hausfeld.com
      on behalf of the Plaintiffs
 7

 8   WILKINSON STEKLOFF
      Rakesh N. Kilaru, Esquire
 9    2001 M Street, NW
      10th Floor
10    Washington, District of Columbia  20036
      202-847-4000
11    rkilaru@wilkinsonstekloff.com
      on behalf of the NFL
12

13
     ALSO PRESENT:
14
     Robyn Glaser, Esquire, Kraft Group
15
     Janet Noval, Esquire, NFL
16
     Shawn Budd, videographer
17

18

19

20

21

22

23

24
```

Case 2:15-ml-02668-PSG-SK   Document 955-6   Filed 07/28/23   Page 4 of 12   Page ID
                                    #:30600
NFL Sunday Ticket Antitrust Litigation                                    Robert Kraft
                                                                        June 23, 2022

6

```
 1          All good?
 2     A.   Fine.
 3     Q.   Are you, Mr. Kraft, taking any medication
 4  today that would, to your knowledge, impair your
 5  ability to testify or your recollection?
 6     A.   If I say yes, can I leave?
 7          (Laughter.)
 8     A.   No.
 9     Q.   Okay.  Is there any reason that you
10  cannot give your best truthful testimony here
11  today?
12     A.   No.
13     Q.   Thank you.
14          You're currently the principal owner of
15  the New England Patriots team of the National
16  Football League.  Correct?
17     A.   Yes.
18     Q.   And you acquired ownership in or about
19  1994.  Is that right?
20     A.   Yes.
21     Q.   And as an NFL owner, you currently serve
22  as chair of the league's media committee.
23  Correct?
24     A.   Yes.
```

1    Q.  Is it fair to say that the function of
2  the media committee is to advise the commissioner
3  on the negotiation of television rights?
4    A.  Well, we are partners in that.  We work
5  with the commissioner to do what is in the best
6  interest of the NFL and our fan base.
7    Q.  And does that principally revolve around
8  the negotiation of television rights, or are
9  there other functions of the media committee?
10         MR. KILARU:  Object to the form.
11         THE WITNESS:  Pardon me?
12         MR. KILARU:  Just made an objection, but
13  you can go ahead.
14         THE WITNESS:  I didn't hear what you --
15         MR. KILARU:  I just said, "Object to the
16  form of the question," but you can go ahead.
17    A.  Yes.
18  BY MR. MARTIN:
19    Q.  Was the media committee previously called
20  the broadcast committee, or the broadcast and
21  television committee?
22    A.  I honestly don't remember.  I don't pay
23  attention to the name of the committee.
24    Q.  Okay.  Regardless of the nomenclature,

Case 2:15-ml-02668-PSG-SK   Document 955-6   Filed 07/28/23   Page 6 of 12   Page ID
                                      #:30602
NFL Sunday Ticket Antitrust Litigation                                    Robert Kraft
                                                                       June 23, 2022

8

```
 1   when did you become chair of the media committee,
 2   as best you recall?
 3        A.   I am not sure.  Somewhere between -- I
 4   think close to 20 years ago, but I am not --
 5   whether it is 15, 18, 20, I don't know.
 6        Q.   Were you a member --
 7        A.   Do you know?
 8        Q.   I don't, sir.
 9        A.   Okay.
10        Q.   Do you know when you first became a
11   member of the media committee or its predecessor?
12        A.   I think it was pretty early on, almost as
13   soon as I became -- shortly after I became an
14   owner.  We had owned the local affiliate -- CBS
15   affiliate in this market, so I had a little
16   experience in dealing in media.
17        Q.   As a consequence of your experience
18   dealing in media, were you asked to become a
19   member of the media committee?
20        A.   I believe so.
21        Q.   In connection with your own role on the
22   media committee, you have been involved in
23   negotiations of agreements concerning the sale of
24   television rights.  Correct?
```



44

45



46



47



48



1          CERTIFICATE

2   Commonwealth of Massachusetts

3   Suffolk, ss.

4

5          I, Megan M. Castro, Registered

6   Professional Reporter and Notary Public in and for

7   the Commonwealth of Massachusetts, do hereby

8   certify:

9          That ROBERT K. KRAFT, the witness whose

10  deposition is hereinbefore set forth, was duly

11  sworn by me and that such deposition is a true

12  record of the testimony given by the said witness.

13          IN WITNESS WHEREOF, I have hereunto set

14  my hand on June 27, 2022.

15          *Megan M Castro* (signature)

16

17          Megan M. Castro
            Registered Professional Reporter
            Certified Shorthand Reporter No. 152614

18

19  My Commission expires:
    July 22, 2027

20

21

22

23

24