# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>———————————————<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER REGARDING THE NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL** |

Pending before the Court is the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Max Warren in Support of the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.
2. The sealed Declaration of Max Warren in Support of the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.
3. The unredacted version of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.
4. The sealed Exhibit 2 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.
5. The sealed Exhibit 3 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.
6. The sealed Exhibit 4 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.
7. The unredacted version of Exhibit 5 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.
8. The sealed Exhibit 6 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

9. The sealed Exhibit 7 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

10. The sealed Exhibit 8 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

11. The sealed Exhibit 9 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

12. The sealed Exhibit 11 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

13. The sealed Exhibit 12 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

14. The sealed Exhibit 13 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

15. The sealed Exhibit 14 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

16. The unredacted version of Exhibit 15 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

17. The sealed Exhibit 16 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

18. The sealed Exhibit 17 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

19. The sealed Exhibit 18 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

20. The sealed Exhibit 19 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

21. The sealed Exhibit 20 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

22. The sealed Exhibit 21 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

23. The unredacted version of Exhibit 22 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

24. The sealed Exhibit 23 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

25. The sealed Exhibit 24 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

26. The sealed of Exhibit 25 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

|   |   |
|---|---|
| 1 | 27. The sealed Exhibit 27 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment. |
| 2 | 28. The sealed Exhibit 28 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment. |
| 3 | 29. The sealed Exhibit 29 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment. |
| 4 | 30. The sealed Exhibit 30 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment. |
| 5 | 31. The sealed Exhibit 31 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment. |
| 6 | 32. The sealed Exhibit 32 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment. |
| 7 | 33. The sealed Exhibit 33 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment. |
| 8 | 34. The sealed Exhibit 34 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment. |
| 9 | 35. The sealed Exhibit 35 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment. |

36. The sealed Exhibit 36 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

37. The sealed of Exhibit 37 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

38. The unredacted version sealed Exhibit 41 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

39. The unredacted version of Exhibit 42 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: _____

_____
PHILIP S. GUTIERREZ
Chief United States District Judge