1  Beth A. Wilkinson (admitted *pro hac vice*)
   Brian L. Stekloff (admitted *pro hac vice*)
2  Rakesh N. Kilaru (admitted *pro hac vice*)
   Jeremy S. Barber (admitted *pro hac vice*)
3  **WILKINSON STEKLOFF LLP**
   2001 M Street NW, 10th Floor
4  Washington, DC 20036
   Telephone: (202) 847-4000
5  Facsimile: (202) 847-4005
   bwilkinson@wilkinsonstekloff.com
6  bstekloff@wilkinsonstekloff.com
   rkilaru@wilkinsonstekloff.com
7  jbarber@wilkinsonstekloff.com

8  Gregg H. Levy (admitted *pro hac vice*)
   Derek Ludwin (admitted *pro hac vice*)
9  John S. Playforth (admitted *pro hac vice*)
   **COVINGTON & BURLING LLP**
10 One CityCenter, 850 10th Street NW
   Washington, D.C. 20001
11 Telephone: (202) 662-6000
   Facsimile: (202) 778-5429
12 glevy@cov.com
   dludwin@cov.com
13 jplayforth@cov.com

14 *Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**NFL DEFENDANTS' NOTICE OF ERRATA**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: October 27, 2023<br>Time: 1:30 p.m.<br>Courtroom:<br>  First Street Courthouse<br>  350 West 1st Street<br>  Courtroom 6A<br>  Los Angeles, CA 90012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs (collectively the "NFL Defendants") respectfully submit this errata to the July 28, 2023 filings in connection with their Motion for Summary Judgment, Dkt. 954, in order to correct an inadvertent clerical error. Two redacted exhibits to the Declaration of Rakesh N. Kilaru in Support of the NFL Defendants' Motion for Summary Judgment ("Kilaru Decl."), Dkt. 954-3, contained incorrect redactions: Dkts. 954-5 and 955-3 (transcript excerpts from the July 29, 2022 deposition of NFL 30(b)(6) witness Hans Schroeder, filed as Kilaru Decl. Ex. 5) and Dkts. 954-7 and 955-4 (transcript excerpts from the May 18, 2022 deposition of NFL witness Brian Rolapp, filed as Kilaru Decl. Ex. 15). The NFL Defendants are concurrently filing corrected redacted versions of Kilaru Decl. Ex. 5 and Kilaru Decl. Ex. 15 to replace the erroneously redacted Dkts. 954-5, 955-3, 954-7, and 955-4 on the docket.

Dated: July 31, 2023                    Respectfully submitted,

/s/ *Rakesh N. Kilaru*
Rakesh N. Kilaru (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800

1

|   |   |
|---|---|
| 1 | Facsimile: (424) 332-4749 |
| 2 | nsahni@cov.com |
| 3 | Gregg H. Levy (admitted *pro hac vice*) |
|   | Derek Ludwin (admitted *pro hac vice*) |
| 4 | John S. Playforth (admitted *pro hac vice*) |
|   | **COVINGTON & BURLING LLP** |
| 5 | One CityCenter |
| 6 | 850 Tenth Street NW |
|   | Washington, DC 20001 |
| 7 | Telephone: (202) 662-6000 |
|   | Facsimile: (202) 662-6291 |
| 8 | glevy@cov.com |
|   | dludwin@cov.com |
| 9 | jplayforth@cov.com |
| 10 | |
| 11 | *Counsel for Defendants National Football* |
|   | *League, NFL Enterprises LLC, and the* |
| 12 | *Individual NFL Clubs* |

2