# EXHIBIT 5

## To the Declaration of Rakesh N. Kilaru

## CORRECTED REDACTED VERSION OF DOCUMENT FILED PUBLICLY

1

2   UNITED STATES DISTRICT COURT

3   CENTRAL DISTRICT OF CALIFORNIA

4   ----------------------------------------------X

5   IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY

6   TICKET" ANTITRUST LITIGATION,

7   ----------------------------------------------X

8                        620 Eighth Avenue
                         New York, New York 10018
9                        July 29, 2022
                         9:21 a.m.
10

11

12        CONFIDENTIAL REALTIME VIDEOTAPED

13   EXAMINATION BEFORE TRIAL of the Defendant,

14   taken by a witness, HANS SCHROEDER, in the

15   above-entitled action, taken on behalf of the

16   Plaintiff, held at the above time and place,

17   and taken before Dorene Glover, an RSR Reporter

18   and Notary Public within and for the State of

19   New York.

20

21

22

23

24

25

2

1

2   A P P E A R A N C E S:

3

4   SUSMAN GODFREY, LLP.
       Attorneys for Plaintiff
5      1900 Avenue of the Stars
       Los Angeles, California 90067
6      BY: IAN GORE, ESQ.
           HAN-AH SUMMER, ESQ.
7          SARA WALKER, ESQ.

8

9   WILKINSON STEKLOFF, LLP.
       Attorneys for Defendant
10     2001 M. Street NW
       Washington, DC 20036
11     BY: BRIAN STEKLOFF, ESQ.
           BLAKE NEAL, ESQ.
12         CAROLINE LI, ESQ.

13

    ALSO PRESENT:
14     DANNY ORTEGA - VIDEOGRAPHER

15

16

17

18

19

20

21

22

23

24

25

3

1

2   IT IS HEREBY STIPULATED AND AGREED by and

3   between the attorneys for the respective

4   parties herein that the sealing, filing and

5   certification of the within deposition be

6   waived; that such deposition may be signed and

7   sworn to before any officer authorized to

8   administer an oath, with the same force and

9   effect as if signed and sworn to before whom

10  said deposition was taken.

11    IT IS FURTHER STIPULATED AND AGREED that all

12  objections, except as to form, are reserved to

13  the time of trial.

14

15

16

17

18

19

20

21

22

23

24

25



57

1





161

1

2          MR. GORE:  Could we go off the

3     record, please?

4          THE VIDEOGRAPHER:  Time right now

5     is 2:30 p.m.  We are off the record.

6          (Whereupon, an off-the-record

7     discussion was held.)

8          THE VIDEOGRAPHER:  Time right now

9     is 2:46 p.m.  We're back on the record.

10    ████████████████████

████████████████████████████

███████████████████████████████

██████████████████████████████

███████████████████████████████

███████████████████████████████

█████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

██████████████████████████

████████

█████████████████████████████

██████████████████████████



163

1





212

1



19          MR. GORE:  All right.  That's all I

20      have.

21  EXAMINATION BY

22  MR. STEKLOFF:

23          Q.  I'm just going to jump right in.

24          Good afternoon, Mr. Schroeder.

25          A.  Good afternoon.

213



1

2          Q.   I want to show you what was marked

3    as Exhibit 5 in today's deposition.   So let's

4    find that.

5          A.   I have it.



215

1





217

1





219

1





242

1

2                    C E R T I F I C A T E

3

4   STATE OF NEW YORK        )
                             ss.:
5   COUNTY OF BRONX          )

6

7

8          I, DORENE GLOVER, a Notary Public for

9   and within the State of New York, do hereby

10  certify:

11         That the witness whose examination is

12  hereinbefore set forth was duly sworn and that

13  such examination is a true record of the

14  testimony given by that witness.

15         I further certify that I am not related

16  to any of the parties to this action by blood

17  or by marriage and that I am in no way

18  interested in the outcome of this matter.

19         IN WITNESS WHEREOF, I have hereunto set

20  my hand this 4th day of August, 2022.

21                    *Dorene Glover*

22

23         _____
                    DORENE GLOVER

24

25

1  Beth A. Wilkinson (admitted *pro hac vice*)
   Brian L. Stekloff (admitted *pro hac vice*)
2  Rakesh N. Kilaru (admitted *pro hac vice*)
   Jeremy S. Barber (admitted *pro hac vice*)
3  **WILKINSON STEKLOFF LLP**
   2001 M Street NW, 10th Floor
4  Washington, DC 20036
   Telephone: (202) 847-4000
5  Facsimile: (202) 847-4005
   bwilkinson@wilkinsonstekloff.com
6  bstekloff@wilkinsonstekloff.com
   rkilaru@wilkinsonstekloff.com
7  jbarber@wilkinsonstekloff.com

8  *Counsel for Defendants National Football*
   *League, NFL Enterprises LLC, and the*
9  *Individual NFL Clubs*

10 [Additional Counsel Listed on Signature
   Pages]
11

12                **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

| 14 | IN RE: NATIONAL FOOTBALL | ) Case No. 2:15-ml-02668–PSG (JEMx) |
|---|---|---|
| 15 | LEAGUE'S SUNDAY TICKET | ) |
| 16 | ANTITRUST LITIGATION | ) **CORRECTIONS TO THE** |
| | | ) **DEPOSITION TRANSCRIPT OF** |
| 17 | | ) **HANS SCHROEDER** |
| 18 | THIS DOCUMENT RELATES TO: | ) |
| | ALL ACTIONS | ) Judge: Hon. Philip S. Gutierrez |
| 19 | | ) |
| 20 | | ) Deposition Date: July 29, 2022 |
| | | ) Final Transcript Received: August 10, |
| 21 | | ) 2022 |
| 22 | | ) Revised Final Transcript Received: |
| | | August 24, 2022 |
| 23 | | |

24

25

26

27

28

1

2   Defendants National Football League, NFL Enterprises, LLC, and its member

3 Clubs, by and through their attorneys, hereby provide corrections to the deposition

4 transcript of Hans Schroeder, along with a brief description of the reason for each

5 correction, attached hereto as Exhibit A.

6

7

8 Dated: September 6, 2022    /s/ *Beth A. Wilkinson*

9              Beth A. Wilkinson (admitted *pro hac vice*)
              Brian L. Stekloff (admitted *pro hac vice*)

10            Rakesh N. Kilaru (admitted *pro hac vice*)
             Jeremy S. Barber (admitted *pro hac vice*)

11           **WILKINSON STEKLOFF LLP**
             2001 M Street NW, 10th Floor

12           Washington, DC 20036
             Telephone: (202) 847-4000

13           Facsimile: (202) 847-4005

14           bwilkinson@wilkinsonstekloff.com
             bstekloff@wilkinsonstekloff.com

15           rkilaru@wilkinsonstekloff.com
             jbarber@wilkinsonstekloff.com

16

17           Neema T. Sahni (Bar No. 274240)
             **COVINGTON & BURLING LLP**

18           1999 Avenue of the Stars
             Suite 1500

19           Los Angeles, CA 90067-6045
             Telephone: (424) 332-4800

20           Facsimile: (424) 332-4749
             nsahni@cov.com

21

22           Gregg H. Levy (admitted *pro hac vice*)
             Derek Ludwin (admitted *pro hac vice*)

23           **COVINGTON & BURLING LLP**
             One CityCenter

24           850 Tenth Street NW
             Washington, DC 20001

25           Telephone: (202) 662-6000

26           Facsimile: (202) 662-6291
             glevy@cov.com

27           dludwin@cov.com

28           *Counsel for Defendants National Football*

1

1    *League, NFL Enterprises LLC, and the
2    Individual NFL Clubs*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Exhibit A

### Corrections to the Deposition Transcript of
### Hans Schroeder - July 29, 2022

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 2:6 | Summer | Sumner | Transcription error |
| 6:13 | that's not reflected | that's reflected | Transcription error |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ██ | ████████ | ███████ | ████████ |
| | ████ | █████ | ██ |
| ██ | ██ | █████ | ██ |
| ██ | ██████ | █████ | ██ |
| ██ | ██ | █████ | ████████ |
| ██ | ██ | ██ | ████████ |
| ██ | ████ | █████ | ████████ |
| ██ | | | ████ |
| ██ | | ██ | ████████ |
| ██ | ██ | ██ | ██ |
| ██ | █████ | █████ | ████████ |
| ██ | ██ | ██ | ████████ |
| ██ | ██████ | ███████ | ██ |
| ██ | ██ | ██ | ████████ |
| 23:8 | for our | for | Transcription error |
| 23:18 | late in the year. | late in the year and Sunday morning. | Transcription error |
| 23:24 | one that was calculated, double header and | one network has a double header week and | Transcription error |
| 24:9-10 | in a lot of interdependency. | and a lot of interdependencies. | Transcription error |
| ██ | ████████ | ███████ | ████ |
| | | ███████ | |
| | | █ | |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ▇ | ▇▇▇▇▇ | ▇▇▇ | ▇▇▇ |
| ▇ | ▇▇ | ▇▇ | ▇▇▇ |
| ▇ | ▇ | ▇ | ▇▇▇ |
| ▇ | ▇▇ | ▇▇▇▇ | ▇▇▇ |
| ▇ | ▇ | ▇ | ▇▇▇ |
| ▇ | ▇▇▇ | ▇▇▇▇ | ▇▇▇ |
| ▇ | ▇▇ | ▇▇ | ▇▇▇ |
| ▇ | ▇▇ | ▇▇▇ | ▇▇▇ |
| 30:▇ | ▇▇▇▇ | ▇▇ determination | ▇▇▇ |
| ▇ | ▇▇▇▇ | ▇▇▇▇ ▇▇▇▇ ▇▇▇ | ▇▇▇ |
| ▇ | ▇ | ▇ | ▇▇▇ |
| ▇ | ▇▇ | ▇▇▇▇ | ▇▇▇ |
| ▇ | ▇▇ | ▇▇▇ | ▇▇▇ |
| ▇ | ▇ | ▇ | ▇▇▇ |
| ▇ | ▇▇ | ▇ | ▇▇▇ |
| ▇ | ▇▇ | ▇▇ | ▇▇▇ |
| ▇▇ | ▇▇▇ | ▇▇ | ▇▇▇ |
| ▇ | ▇ | ▇ | ▇▇▇ |
| ▇ | ▇▇▇▇ | ▇▇▇▇ y | ▇ |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ▮ | ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮ |
|  | ▮▮▮▮▮▮▮ | ▮▮▮▮▮ | ▮ |
|  | ▮▮ |  |  |
| ▮ | ▮ | ▮ | ▮▮▮▮ |
|  |  |  | ▮ |
| ▮ |  |  |  |
| ▮ | ▮ | ▮ | ▮▮▮▮▮ |
|  |  |  | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮▮ |
|  |  |  | ▮ |
| ▮ | ▮▮▮▮ | ▮▮▮▮▮▮ | ▮ |
|  |  |  |  |
| ▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮ |
|  |  | ▮ | ▮ |
| ▮ | ▮▮▮▮ | ▮▮▮▮ | ▮ |
|  |  |  | ▮ |
| ▮ | ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮ |
|  |  |  | ▮ |
| ▮ | ▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮ |
|  |  | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮▮ |
|  |  |  | ▮ |
| ▮ | ▮▮▮ | ▮ | ▮▮▮▮▮ |
|  |  |  | ▮ |
| ▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ |
|  | ▮ |  | ▮ |
| ▮▮ | ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮ |
|  | ▮ | ▮ |  |
| ▮ | ▮▮▮ | ▮ | ▮▮▮▮▮ |
|  |  |  | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮ |
|  |  |  | ▮ |
| ▮ | ▮▮ |  | ▮▮▮▮▮ |
|  |  |  | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮ |
|  |  |  | ▮ |
| ▮ | ▮▮▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮ |
|  |  | ▮ | ▮ |

6





| Page: Line | Original Text | Change | Reason |
|---|---|---|---|

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ████ ████ ████ ████ ██ ██ ██ ███ ██ | ████ | █ | ██████ ██ |
| ████ | ████ | ████ | ████ █ |
| ████ | ████ | ████ | █████ █ |
| ███ | ████ | ████ | ██████ █ |
| ███ | ████ | ████ | █████ █ |
| ██ ██ ██ ███ | ████ | █ | █████ █ |
| ███ | ███ | ██████ █ | █████ █ |
| ███ | ██ | ██ | ████ █ |
| ███ | ██ | ██ | █████ █ |
| ███ | █████ ███████ ██████ | █████ ████ ████ ███ | █████ █ |
| █████ | ████████ | ██████████ | █████ █ |
| █████ | █████ ██ | ████ ███ | █████ █ |
| ███ | ███ | ███ | ███ █ |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ███ | ████████████ | █████████████ | █████████████ |
|  | ███ |  | ██ |
| ███ | ██████████ | ██████████ | ██████████ |
|  |  | ████████ | ██ |
|  |  | ████ |  |
| ███ | █████████ | ████████████ | ██████████ |
|  | █████████ | █████████████ | ██ |
|  | ████████████ | ████████████ |  |
|  | █████████████ | ████████ |  |
|  | █████████████ | ██████████ |  |
|  |  | █████ |  |
| █████████ | ████████████ | ████████████ | ████████ |
|  | ████████████ | █ █ ████████ | ██ |
|  | █████████████ | █████████ |  |
|  | ██ | ████████████ |  |
| ███ | ████████ | ████ | █████████████ |
|  |  |  | ██ |
| ███ | ███████████ | ███████████ | ████████████ |
|  |  | ██████ | ██ |
| ███ | ████████ | ██ █ █ ████ | █████████████ |
|  |  |  | ██ |
| ███ | █████ | █████ | █████████████ |
|  |  |  | ██ |
| ███ | █ | █ | █████████████ |
| ███ | ████ | ███ | █████████████ |
|  |  |  | ██ |
| ███ | ███████ | ███████████ | █████████████ |
|  |  |  | ██ |
| ███ | ███ | ██ | █████████████ |
|  |  |  | ██ |
| ███ | ██████████ | ████████████ | █████████████ |
| ███ | █ | █ | █████████████ |
|  |  |  | ██ |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ▨ | ▨ | ▨ | ▨ |
| | ▨ | ▨ | ▨ |
| | ▨ | ▨ | |
| | | ▨ | |
| ▨ | ▨ | ▨ | ▨ |
| | ▨ | ▨ | ▨ |
| | ▨ | | |
| ▨ | ▨ | ▨ | ▨ |
| | | | ▨ |
| ▨ | ▨ | ▨ | ▨ |
| | | ▨ | ▨ |
| | | ▨ | |
| ▨ | ▨ | ▨ | ▨ |
| | | | ▨ |
| ▨ | ▨ | ▨ | ▨ |
| | ▨ | ▨ | ▨ |
| ▨ | ▨ | ▨ | ▨ |
| | | | ▨ |
| ▨ | ▨ | ▨ | ▨ |
| | | | ▨ |
| ▨ | ▨ | ▨ | ▨ |
| | | | ▨ |
| ▨ | ▨ | ▨ | ▨ |
| | | | ▨ |
| ▨ | ▨ | ▨ | ▨ |
| | ▨ | ▨ | ▨ |
| ▨ | ▨ | ▨ | ▨ |
| | | | ▨ |
| ▨ | ▨ | ▨ | ▨ |
| | ▨ | ▨ | ▨ |
| ▨ | ▨ | ▨ | ▨ |
| | | | ▨ |
| ▨ | ▨ | ▨ | ▨ |
| | | | ▨ |
| ▨ | ▨ | ▨ | ▨ |
| | | | ▨ |
| ▨ | ▨ | ▨ | ▨ |
| | | | ▨ |
| ▨ | ▨ | ▨ | ▨ |
| | | | ▨ |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |

12

| Page:<br>Line | Original Text | Change | Reason |
|---|---|---|---|
| ▆ ▆ | ▆ | ▆ | ▆▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |

| Page:Line | Original Text | Change | Reason |
|---|---|---|---|
| ▄▄ | ▄▄▄▄▄ | ▄▄▄▄ | ▄▄▄▄ |
| ▄ | ▄▄▄ ▄ | ▄▄▄▄▄ | ▄▄▄ |
| ▄ | ▄▄▄▄ | ▄▄▄ | ▄▄ |
| ▄ | ▄▄▄ | ▄▄ | ▄▄ |
| ▄ | ▄▄▄▄ | ▄▄ | ▄▄▄ |
| ▄▄ | ▄▄▄▄▄ | ▄▄▄ | ▄▄▄ |
| ▄▄ | ▄ ▄▄▄▄ ▄ | ▄▄▄▄ | ▄▄▄ |
| | ▄▄▄▄▄ | ▄▄▄▄ | ▄▄ |
| | ▄▄▄▄▄ | ▄▄▄▄▄ | |
| | ▄▄▄▄▄ | ▄▄▄▄ | |
| | ▄▄▄▄ | ▄▄▄ | |
| | ▄ | ▄▄▄▄ | |
| ▄▄▄ | ▄▄▄ | ▄▄▄ | ▄▄ |
| ▄ | ▄▄ | ▄▄▄ | ▄▄▄▄▄ |
| ▄ | ▄ | ▄▄ | ▄▄▄▄ |
| ▄▄ | ▄▄▄ | ▄▄▄▄ | ▄▄▄ |
| ▄ | ▄▄ ▄ | ▄ | ▄▄▄ |
| ▄ | ▄ | ▌ | ▄▄▄ |
| ▄▄ | ▄▄▄ ▌▌ | ▄▄▄ | ▄▄▄ |
| ▄▄ | ▄▄▄ | ▌▄▄▄ | ▄▄▄ |
| ▄▄ | ▄▄ | ▄▄▄ | ▄▄▄ |



| Page:<br>Line | Original Text | Change | Reason |
|---|---|---|---|
| ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ |
| | ██ | ██ | |
| | ██ | ██ | |
| | ██ | ██ | |
| ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ |
| | | ██ | |
| ██ | ██ | ██ | ██ |
| ██ | | | ██ |
| ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ |
| | ██ | ██ | |
| ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ |
| | ██ | ██ | |
| ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ |
| | | | ██ |
| ██ | ██ | ██ | ██ |
| | | | ██ |
| ██ | ██ | ██ | ██ |
| | | | ██ |



| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ▬ | ▬▬ | ▬▬▬▬ | ▬▬▬▬▬ |
| ▬ | ▬ | ▮▬ | ▬▬▬ |
| ▬ | ▬▬▬▬ | ▬▬▬ | ▬▬▬ |
| ▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ |
| ▬ | ▬▬ | ▬▬▬ | ▬▬▬ |
| ▬ | ▬ | ▬ | ▬▬▬ |
| ▬ | ▬ | ▬ | ▬▬▬ |
| ▬ | ▮ | ▬ | ▬▬▬ |
| ▬ | ▬▬▬ | ▬▬▬▬ | ▬▬▬ |
| ▬ | ▬ | ▮ | ▬▬▬ |
| ▬ | ▮ | ▮ | ▬▬▬ |
| ▬ | ▬ | ▮▬ | ▬▬▬ |
| ▬ | ▬ | ▮▬ | ▬▬▬ |
| ▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ |
| ▬ | ▬▬▬ | ▬▬▬▬ | ▬▬▬ |
| ▬ | ▬▬ | ▬ | ▬▬▬ |
| ▬ | ▮ | ▮ | ▬▬▬ |
| ▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ |
| ▬ | ▮ | ▬ | ▬▬ |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ███ | ██████ ████ | ██████████ ███ | ████████ |
| ██████ | █████ | ██████████ | ████████ |
| | | | ███ |
| ████ | █████ | ██ | █████████████ |
| ████ | ██ | ██ | █████████ |
| | | | ███ |
| █████ | █████ | █████ | █████████ |
| | | | ███ |
| █████ | ██████████ | █████████ | ████████ |
| | | | ███ |
| █████ | ████████ | █████████ | █████████ |
| | | ████ | ███ |
| █████ | █████ | ████ | █████████ |
| | | | ███ |
| █████ | ██████ | ██████ | █████████ |
| | | | ███ |
| █████ | █████ | ████████ | █████████ |
| | | | ███ |
| █████ | █████████ | ████████ | █████████ |
| █████ | | | ███ |
| █████ | | | |
| █████ | ██ | █ | ██████████ |
| | | | ███ |
| █████ | █████ | ██████ | █████████ |
| | | | ███ |
| ████ | █████████ | ████████ | █████████ |
| | | | ███ |
| █████ | █████████ | █████████ | █████████ |
| | ██ | | ███ |
| ████ | █████ | ████ | █████████ |
| | | | ███ |
| █████ | █████████ | █████████ | █████████ |
| | | | ███ |
| █████ | ████████ | █████████ | █████████ |
| | | ██████ | ███ |
| █████ | █████ | ██████ | █████████ |
| | | | ███ |

    **Corrections to the Deposition Transcript of Hans Schroeder**

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ██████ | ██████ | ██████ | ████████████ |
| ██████ | ██████ | ████ | ████████████ |
| ██████ | ██ | ████ | ████████████ |
| ██████ | ████████ | ████████ | ████████████ |
| ████ | ██████ | ████ | ████████████ |
| ████ | ████████ | ██ | ████████████ |
| ████████ | ██████████ | ████████ | ████████████ |
| ██████ | ████████████ | ██████ | ████████████ |
| ██████ | ████ | ████ | ████████████ |
| ██████ | ████ | ██████████████ | ████████████ |
| ██████ | ██ | █ | ████████████ |
| ██████ | ████████████ | ██████████████ | ████████████ |
| ██████ | ██████ | ████████ | ████████████ |
| ██████ | █ | █ | ████████████ |
| ██████ | ████████ | ██████ | ████████████ |
| ██████ | ██████ | ████████ | ████████████ |
| ████████████ | ██████████████ | ████████████ | ████████████ |
| ██████ | █ | ████ | ████████████ |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ███ | ██████ | █████ | ██████ █ |
| ███ | ████ | ████ | ████ █ |
| ███ | ███ | ████ | █████ █ |
| ███ | ███ | ██ | █████ █ |
| ███ | ██████ | █████ | █████ █ |
| ███ | ███ | ███ | █████ █ |
| ███ | ███ | ██████ | █████ █ |
| ███ | ██████ | ██████ | █████ █ |
| ███ | ███████ | █████ | █████ █ |
| ███ | ██ | ████ | █████ █ |
| ███ | ███ | █████ | ██████ █ |
| ███ | ███ | █ | █████ █ |
| ███ | ███ | █████ | ██████ █ |
| ███ | ████ | ██████ ███████ | ██████ █ |
| ███ | ████ | ████ | █████ █ |
| ███ | ██████ | █████ | █████ █ |
| ███ | ██████ | ██████ | ██████ █ |
| ███ | ██ █ | ███ | █████ █ |
| ███ | ████ | ███ | ██████ █ |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ▆▆▆ | ▆ | ▆▆▆▆ | ▆▆▆▆▆ |
| ▆▆▆ | ▆ | ▌ | ▆▆▆▆ |
| ▆▆▆▆ | ▆▆▆▆ | ▆▆▆▆▆▆ | ▆▆▆▆▆ |
| ▆▆▆ | ▆▆ | ▆▆ | ▆▆▆▆ |
| ▆▆▆ | ▆ | ▆▆ | ▆▆▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆▆▆ |
| ▆▆ | ▆▆ | ▌ | ▆▆▆▆ |
| ▆▆▆ | ▆▆ | ▌ | ▆▆▆▆ |
| ▆▆▆ | ▆▆ | ▌ | ▆▆▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆ | ▆▆▆▆ |
| ▆▆ | ▆▆▆▆▆ | ▆▆▆▆▆ ▆▆▆ | ▆▆▆▆▆ |
| ▆▆▆ | ▆▆ | ▆▆▆▆ | ▆▆▆▆▆ |
| ▆▆▆ | ▆▆ | ▌ | ▆▆▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆ | ▆▆▆▆▆ |
| ▆▆▆ | ▆ | ▌ | ▆▆▆▆▆ |
| ▆▆ | ▆▆ | ▌ | ▆▆▆▆ |
| ▆▆▆ | ▆ | ▌ | ▆▆▆▆▆ |
| ▆▆▆ | ▆▆ | ▆▆▆▆ ▆▆▆ ▆▆▆ | ▆▆▆ |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |

24

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ███ | ██████████ | ███████ | ██████████ |
| ████ | ██ | █ | ██████ |
| ████ | █████ | █████ | ██████████ |
| ████ | █████ | █████ | ██████████ |
| ████ | █████ | █████ | ██████████ |
| ████ | █████ | █████ | ██████████ |
| ████ | ███████ | ███████ | ██████████ |
| 212:23 | right in. | right in, is that okay?  And I will speak up. | Transcription error |
| ████ | ███ | ███ | ██████ |
| ████ | ███████ | █████ | ██████ |
| ████ | █████ | █████ | ██████████ |
| ██████ | ████████ | ███████████ | ██████ |
| ████ | █████ | █████ | ██████ |
| ████ | █████ | █████ | ██████████ |
| ████ | ████ | █████████ | ██████ |
| ████ | █████ | ████████ | ████████ |
| ████ | █████ | ████████ | ████████ |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ██ | ████████ | ████████ | ████████ |
| | ██████████ | ███████ | ██ |
| | | ████████ | |
| ██ | ██████ | ██████ | ████████ |
| | | | ██ |
| ██ | ██ | ██ | ████████ |
| | | | ██ |
| ██ | ██████ | ██████ | ████████ |
| | | | ██ |
| ██ | ███████ | ████████ | ████████ |
| ██ | █████ ▬ ████ | ████████ | ████████ |
| | | | ██ |
| ██ | ██████ | ██████ | ████████ |
| | | | ██ |
| ██ | ████████ | ███████ | ████████ |
| | █████████ | ███████ | ██ |
| | | ██ | |
| ████ | █████████ | █████████ | ████████ |
| | ██████████ | █████████ | ██ |
| ██ | ████████ | █████████ | ███ |
| | ███████ | █████████ | |
| | | ███████ | |
| ██ | ████ | ████ | ████████ |
| | | | ██ |
| ██ | ███████ | ██████ | ████████ |
| | | | ██ |
| ██ | ████████ | █████ | ████████ |
| | | | ██ |
| ██ | █████████ | ██████ | ████████ |
| | ███ | | ██ |
| ██ | ██ | ██ | ████████ |
| | | | ██ |
| ██ | ██████ | █████ | ████████ |
| | | | ██ |
| ██ | █ | ██ | ████████ |
| | | | ██ |

26

| Page:<br>Line | Original Text | Change | Reason |
|---|---|---|---|
| ██████ | █ ████████ | ████████████ | ██████████ |
| | █████████████ | ███████████ | ██████████ |
| █████ | █████ | ████████████ | ████████ |
| | | | ██ |
| █████ | ███████ | ██████████ | ██████████ |
| | | | ██ |
| █████ | ████████ | ████████ | ██████████ |
| | | | ██ |
| ████ | ████ | ██████ | ██████████ |
| | | | ██ |
| █████ | ███████ | █ | ██████████ |
| | | | ██ |
| █████ | ███ | ██████ | ██████████ |
| | | | ██ |
| █████ | █████████ | ████████████ | ██████████ |
| | | ████████ | |
| ████ | ███████ | ████ | ██████████ |
| | | | ██ |
| █████ | ███ | ███ | ██████████ |
| | | | ██ |
| █████ | ███ | █ | ██████████ |
| | | | ██ |
| █████ | ███████ | ██████ | ██████████ |
| | | | ██ |
| █████ | ███████ | ███████ | ██████████ |
| | | | ██ |
| █████ | ███ | ███ | ██████████ |
| | | | ██ |
| █████ | ███████ | ██████████ | ██████████ |
| | | | ██ |
| █████ | ██████ | ██████ | ██████████ |
| | | | ██ |
| ███ | █████████ | ████████ | ██████████ |
| | | | ██ |

| Page:<br>Line | Original Text | Change | Reason |
|---|---|---|---|
| ███ | ██████ | ███████ | ██████ |
|  |  | ██████ | ██ |
|  |  | █████ |  |
|  |  | ███████ |  |
|  |  | ████ |  |
|  |  | █████ | ▌ |
| ███ | ███ | ██████ | ██████ |
| ███ | █ | █ | ██████ |
| ███ | █ | █ | ██████ |
| ███ | ███ | ███ | ██████ |
| ███ | ███ | ███ | ██████ |
| ███ | ███ | ███ | ██████ |
| ███ | █▄ | ███ | ██████ |
| ███ | ███ | ███ | ██████ |
| ███ | ███ | ██ | ██████ |
| ███ | █ | ██ | ██████ |
| ███ | ███ | ███ | ██████ |
| ███ | █████ — ██ ██ | ████ ██ | ██████ |
| ███ | █████ | ████ | ██████ |
| ███ | █████ | █████ | ██████ |
| ███ | █████ | ██████ | ██████ |
| ███ | ███████ █ | █ — ██ | ██████ |



| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ███ | █ | █ | ████ |
| ███ | ████ | ███ | ████ |
| ███ | ██ | ███ | ████ |
| ███ | ████ | ████ | ████ |
| ███ | ██████ | ███████ | ██ |
| ███ | ██████ | ████████ | ████ |
| ██ | ████ | ███ | █████ |
| ███ | ███ | ███ | █ |
| ███ | █████ | ██ | █████ |
| ███ | █████ | ███ | ██ |
| ███ | ██████ | ███████ | █████ |
| ███ | ██████ | █████ | █████ |
| ███ | ██ | █ | ████ |
| ███ | █ | ███ | █████ |
| ███ | █████ | ██ | ████ |

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: _September 1_ , 2022          By: _Hans Schroeder_

## CERTIFICATE OF SERVICE

I, Jeremy S. Barber, attorney at Wilkinson Stekloff LLP, hereby certify that, on September 6, 2022, I caused the foregoing Corrections to the Deposition Transcript of Hans Schroeder to be served via email delivery on the following counsel:

MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
IRVING SCHER
ischer@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN
pleckman@langergrogan.com
**LANGER GROGAN AND DIVER PC**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
WILLIAM CHRISTOPHER CARMODY
bcarmody@susmangodfrey.com
SETH ARD
sard@susmangodfrey.com
TYLER FINN
tfinn@susmangodfrey.com
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019
Tel: (212) 336-8330/ Fax: (212) 336-8340

31

1  IAN M. GORE
   igore@susmangodfrey.com
2  **SUSMAN GODFREY LLP**
   1201 Third Avenue, Suite 3800
3  Seattle, WA 98101
   Tel: (206) 505-3841/Fax: (206) 516-3883
4
   MICHAEL D. HAUSFELD
5  mhausfeld@hausfeld.com
   Farhad Mirzadeh
6  fmirzadeh@hausfeld.com
   **HAUSFELD LLP**
7  1700 K. Street NW, Suite 650
   Washington, DC 20006
8  Tel: (202) 540-7200/Fax: (202) 540-7201
9  MICHAEL P. LEHMANN
   mlehmann@hausfeld.com
10 BONNY E. SWEENY
   bsweeney@hausfeld.com
11 CHRISTOPHER L. LEBSOCK
   clebsock@hausfeld.com
12 **HAUSFELD LLP**
   600 Montgomery St., Suite 3200
13 San Francisco, CA 94111
   Tel: (415) 633-1908/Fax: (415) 358-4980
14
15 *Co-Lead Plaintiffs' Counsel*
16
17 Executed on September 6, 2022.
18
19                                      By: */s/ Jeremy S. Barber*
                                           Jeremy S. Barber
20
21
22
23
24
25
26
27
28

32