
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in Washington, D.C. I am over the age of 18 and am not a party to the within action; my business address is 2001 M St NW, 10th Floor, Washington, DC 20036.

On August 4, 2023, I served the foregoing document(s) described as follows:

1. The sealed Declaration of Max Warren in Support of the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.

2. The unredacted version of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

3. The unredacted version of the Statement of Undisputed Facts in Support of the NFL Defendants' Motion for Summary Judgment.

4. The sealed Exhibit 2 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

5. The sealed Exhibit 3 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

6. The sealed Exhibit 4 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

7. The unredacted version of Exhibit 5 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

8. The sealed Exhibit 6 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

9. The sealed Exhibit 7 to the Declaration of Rakesh N. Kilaru in Support of

the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

10. The sealed Exhibit 8 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

11. The sealed Exhibit 9 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

12. The sealed Exhibit 11 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

13. The sealed Exhibit 12 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

14. The sealed Exhibit 13 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

15. The sealed Exhibit 14 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

16. The unredacted version of Exhibit 15 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

17. The sealed Exhibit 16 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

18. The sealed Exhibit 17 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for

Summary Judgment.

19. The sealed Exhibit 18 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

20. The sealed Exhibit 19 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

21. The sealed Exhibit 20 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

22. The sealed Exhibit 21 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

23. The unredacted version of Exhibit 22 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

24. The sealed Exhibit 23 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

25. The sealed Exhibit 24 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

26. The sealed of Exhibit 25 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

27. The sealed Exhibit 27 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

28. The sealed Exhibit 28 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

29. The sealed Exhibit 29 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

30. The sealed Exhibit 30 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

31. The sealed Exhibit 31 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

32. The sealed Exhibit 32 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

33. The sealed Exhibit 33 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

34. The sealed Exhibit 34 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

35. The sealed Exhibit 35 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

36. The sealed Exhibit 36 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

37. The sealed of Exhibit 37 to the Declaration of Rakesh N. Kilaru in Support

of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

38. The unredacted version sealed Exhibit 41 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

39. The unredacted version of Exhibit 42 to the Declaration of Rakesh N. Kilaru in Support of the Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed as stated on the attached service list as follows:

_____ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Washington, D.C. in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one date after date of deposit for mailing in affidavit.

_____ BY PERSONAL SERVICE:
I caused to be delivered such envelop by hand to the offices of the addressee.

_____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____ BY FAX:
I served by facsimile as indicated on the attached service list.

 XX  BY ELECTRONIC MAIL:
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on August 4, 2023, at Washington, D.C.

_____ (State):  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

 XX  (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

    Max Warren                              /s/ Max Warren    
   (Type or Print Name)                       (Signature)

**SERVICE LIST**

MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100

6

Case No.  2:15-ml-02668-PSG (JEMx)         Proof of Service of Documents Filed Under Seal

1 | Fax: (212) 202-4322

2 | HOWARD LANGER
hlanger@langergrogan.com
3 | EDWARD DIVER
ndiver@langergrogan.com
4 | PETER LECKMAN
pleckman@langergrogan.com
5 | KEVIN TRAINER
ktrainer@langergrogan.com
6 | **LANGER GROGAN AND DIVER PC**
1717 Arch Street, Suite 4130
7 | Philadelphia, PA 19103
Tel: (215) 320-5660
8 | Fax: (215) 320-5703

9 | WILLIAM CHRISTOPHER CARMODY
bcarmody@susmangodfrey.com
10 | SETH ARD
sard@susmangodfrey.com
11 | TYLER FINN
tfinn@susmangodfrey.com
12 | **SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd FL.
13 | New York, NY 10019
Tel: (212) 336-8330/ Fax: (212) 336-8340
14 |
15 | IAN M. GORE
igore@susmangodfrey.com
**SUSMAN GODFREY LLP**
16 | 1201 Third Avenue, Suite 3800
Seattle, WA 98101
17 | Tel: (206) 505-3841/Fax: (206) 516-3883

18 | FARHAD MIRZADEH
fmirzadeh@hausfeld.com
19 | **HAUSFELD LLP**
1700 K. Street NW, Suite 650
20 | Washington, DC 20006
Tel: (202) 540-7200/Fax: (202) 540-7201
21 |
22 | CHRISTOPHER L. LEBSOCK
lebsock@hausfeld.com
**HAUSFELD LLP**
23 | 600 Montgomery St., Suite 3200
San Francisco, CA 94111
24 | Tel: (415) 633-1908/Fax: (415) 358-4980

25 | *Plaintiffs' Co-Lead Counsel*

26 |
27 |
28 |