Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF PETER LECKMAN IN SUPPORT OF THE MEMORANDUM IN OPPOSITION TO THE NFL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: October 27, 2023<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>　　　　　　350 West 1st Street<br>　　　　　　Courtroom 6A<br>　　　　　　Los Angeles, CA 90012 |

I, Peter Leckman, declare as follows:

I am a partner at the law firm of Langer Grogan & Diver P.C. and represent Plaintiffs in this litigation. I submit this declaration in support of the Memorandum in Opposition to the NFL Defendants' Motion for Summary Judgment. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted to practice before the United States Central District of California in this litigation.

1. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the 2016 NFL Constitution and By-Laws produced by the NFL in this litigation with Bates number NFL_0012383.

2. Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the deposition of Plaintiff expert Leonard F. DeLuca, taken on June 30, 2023.

3. Attached hereto as Exhibit 3 is a true and correct copy of transcript excerpts from the deposition of Plaintiff expert Einer R. Elhauge, taken on July 6, 2023.

4. Attached hereto as Exhibit 4 is a true and correct copy of transcript excerpts from the deposition of DirecTV witness James Dyckes, taken on June 20, 2022.

5. Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from the deposition of NFL witness Jerry Jones, taken on July 19, 2022.

6. Attached hereto as Exhibit 6 is a true and correct copy of transcript excerpts from the deposition of Fox Sports witness Lawrence Jones, taken on July 8, 2022.

7. Attached hereto as Exhibit 7 is a true and correct copy of transcript excerpts from the deposition of NFL witness Robert Kraft, taken on June 23, 2022.

8. Attached hereto as Exhibit 8 is a true and correct copy of transcript excerpts from the deposition of NFL witness Brent Lawton, taken on June 22, 2022.

9. Attached hereto as Exhibit 9 is a true and correct copy of transcript excerpts from the deposition of ESPN witness Burke Magnus, taken on August 4, 2022.

10. Attached hereto as Exhibit 10 is a true and correct copy of transcript excerpts from the deposition of CBS Sports witness Sean McManus, taken on July 14, 2022.

11. Attached hereto as Exhibit 11 is a true and correct copy of transcript excerpts from the deposition of NBCUniversal 30(b)(6) witness David Pietrycha, taken on August 16, 2022.

12. Attached hereto as Exhibit 12 is a true and correct copy of transcript excerpts from the deposition of NFL witness Brian Rolapp, taken on May 18, 2022.

13. Attached hereto as Exhibit 13 is a true and correct copy of transcript excerpts from the deposition of NFL 30(b)(6) witness Hans Schroeder, taken on July 28, 2022.

14. Attached hereto as Exhibit 14 is a true and correct copy of transcript excerpts from the deposition of DirecTV witness Robert Stecklow, taken on September 23, 2022.

15. Attached hereto as Exhibit 15 is a true and correct copy of transcript excerpts from the deposition of NFL witness Paul Tagliabue, taken on June 2, 2022.

16. Attached hereto as Exhibit 16 is a true and correct copy of transcript excerpts from the deposition of DirecTV witness Daniel York, taken on October 6, 2022.

17. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the August 25, 1994, Agency Agreement between NFL Enterprises L.P.

and DirecTV, Inc., produced by the NFL in this litigation with Bates number NFL_0000264.

18. Attached hereto as Exhibit 18 is a true and correct copy of excerpts of a May 2018 internal NFL PowerPoint titled "NFL / DirecTV Sunday Ticket Insights," produced by the NFL in this litigation with Bates number NFL_0055733.

19. Attached hereto as Exhibit 19 is a true and correct copy of excerpts of a 2018 internal NFL PowerPoint titled "Sunday Ticket: Addressable Market," produced by the NFL in this litigation with Bates number NFL_0057465.

20. Attached hereto as Exhibit 20 is a true and correct copy of a May 2004 internal draft NFL PowerPoint titled "Evaluation of NFL Sunday Ticket Distribution via Digital Cable," produced by the NFL in this litigation with Bates number NFL_0090792.

21. Attached hereto as Exhibit 21 is a true and correct copy of excerpts of an NFL document titled "NFL Core Objectives and Media Strategy," produced by the NFL in this litigation with Bates number NFL_0239782.

22. Attached hereto as Exhibit 22 is a true and correct copy of a March 1989 NFL document titled "NFL Television History," produced by the NFL in this litigation with Bates number NFL_0419902.

23. Attached hereto as Exhibit 23 are the true and correct copy of excerpts of the Minutes an Executive Session of the National Football League, dated January 18, 1951, produced by the NFL in this litigation with Bates number NFL_0507345.

24. Attached hereto as Exhibit 24 are the true and correct copy of excerpts of the Minutes of a Special Meeting of the National Football League, dated March 27, 1951, produced by the NFL in this litigation with Bates number NFL_0507404.

25. Attached hereto as Exhibit 25 are the true and correct copy of excerpts of the Minutes of the Annual Meeting of the National Football League, dated January 27, 1954, produced by the NFL in this litigation with Bates number NFL_0507444.

26. Attached hereto as Exhibit 26 are the true and correct copy of excerpts of the Minutes of the Annual Meeting of the National Football League, dated March 11, 1960, produced by the NFL in this litigation with Bates number NFL_0507577.

27. Attached hereto as Exhibit 27 are the true and correct copy of excerpts of the Minutes of the Annual Meeting of the National Football League, dated March 29, 1960, produced by the NFL in this litigation with Bates number NFL_0507590.

28. Attached hereto as Exhibit 28 are the true and correct copy of excerpts of the Minutes of a Special Meeting of the Executive Committee of the National Football League, dated January 17, 1960, produced by the NFL in this litigation with Bates number NFL_0507599.

29. Attached hereto as Exhibit 29 are the true and correct copy of excerpts of the Minutes of the Annual Meeting of the National Football League, dated January 24, 1961, produced by the NFL in this litigation with Bates number NFL_0507666.

30. Attached hereto as Exhibit 30 are the true and correct copy of excerpts of the Minutes of an Executive Session Meeting of the National Football League, dated May 27, 1970, produced by the NFL in this litigation with Bates number NFL_0508257.

31. Attached hereto as Exhibit 31 is a true and correct copy of excerpts of a March 2019 internal NFL PowerPoint titled "Fan Research Summary, Direct-to-Consumer Implications," produced by the NFL in this litigation with Bates number NFL_0609532.

32. Attached hereto as Exhibit 32 is a true and correct copy of excerpts of a February 2018 internal NFL PowerPoint titled "NFLST Update," produced by the NFL in this litigation with Bates number NFL_0622970.

33. Attached hereto as Exhibit 33 is a true and correct copy of excerpts of an August 21, 2017, internal NFL PowerPoint titled "NFLN Programming Strategy Discussion," produced by the NFL in this litigation with Bates number NFL_0889268.

34. Attached hereto as Exhibit 34 is a true and correct copy of an email chain between Brian Rolapp, Robert Kraft, and Roger Goodell, dated November 10 and 11, 2021, produced by the NFL in this litigation with Bates number NFL_1199513.

35. Attached hereto as Exhibit 35 is a true and correct copy of an email chain between Brian Rolapp and Robert Kraft, dated September 23, 2021, with the subject "NFL | Apple," produced by the NFL in this litigation with Bates number NFL_1216326.

36. Attached hereto as Exhibit 36 is a true and correct copy of a "Memorandum to the File," with the title "Broadcast Committee Meeting," dated March 3, 1997, authored by NFL employee Frank Hawkins, and attached as Exhibit 4 to the May 5, 2000, Deposition of Robert Kraft, in the matter of *Shaw v. Dallas Cowboys*, No. 97-5184 (E.D. Pa.).

37. Attached hereto as Exhibit 37 is a true and correct copy of an October 30, 2020, email chain among Apple employees, with the subject "NFL," produced by third-party Apple in this litigation with Bates number APL-NFL_00000001.

38. Attached hereto as Exhibit 38 is a true and correct copy of a June 2021 document titled "NFL / Apple: Outline of Key Terms," along with

Apple's redlines of the same, produced by third-party Apple in this litigation with Bates number APL-NFL_00000073.

39. Attached hereto as Exhibit 39 is a true and correct copy of a September 21, 2021, notes of a meeting between representatives of Goldman Sachs and representatives of Ariliam Group, produced by third-party Goldman Sachs in this litigation with Bates number GS-NFL_00015105.

40. Attached hereto as Exhibit 40 is a true and correct copy of excerpts of the Notre Dame-NBCUniversal 2014 Agreement, produced by third-party NBCUniversal in this litigation with Bates number Sunday-Ticket-NBCU_000000817.

41. Attached hereto as Exhibit 41 is a true and correct copy of a September 17, 2018, email chain between AT&T / DirecTV employees with the subject "Sunday Ticket Willingness to Pay," produced by DirecTV in this litigation with Bates number DIRECTV-ST-01415795.

42. Attached hereto as Exhibit 42 is a true and correct copy of excerpts of Plaintiffs' opening brief in this matter to the United States Court of Appeals for the Ninth Circuit.

43. Attached hereto as Exhibit 43 is a true and correct copy of a document entitled "Constitutional Provisions," which was introduced as Exhibit 6 to the July 28, 2022, deposition of NFL 30(b)(6) representative Hans Schroeder.

44. Attached hereto as Exhibit 44 is a true and correct copy of excerpts of the January 21, 2016, Television Agreement between NFL Productions LLC, NFL Enterprises LLC, and NBCUniversal Media, LLC, produced by the NFL in this litigation with Bates number NFL_0989539.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 28th day of August 2023 in Philadelphia, Pennsylvania.

DATED: August 28, 2023          By: */s/ Peter Leckman*
                                             Peter Leckman