# EXHIBIT 2

# To the Declaration of Peter Leckman

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3      ----------------------------------------x

 4      IN RE:   NATIONAL FOOTBALL              Civil Action No.

 5      LEAGUE'S "SUNDAY TICKET"                2:15-ml-02668

 6      ANTITRUST LITIGATION                    PSG(JEMx)

 7      ----------------------------------------x

 8

 9

10

11

12              VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                          LEONARD F. DeLUCA
13                      Friday, June 30, 2023
                          New York, New York
14                      9:04 a.m. - 6:13 p.m.

15

16

17

18

19

20

21

22              Reported stenographically by:
              Richard Germosen, CA CSR No. 14391
23       RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
          NCRA/NJ/NY/CA Certified Realtime Reporter
24            NCRA Realtime Systems Administrator
                  Job No. 2023-902214
25
```

```
                                                              2
 1         VIDEOTAPED STENOGRAPHIC DEPOSITION of
 2   LEONARD F. DeLUCA, taken in the above-entitled matter
 3   before RICHARD GERMOSEN, Certified Court Reporter,
 4   (License No. 30XI00184700), Certified Realtime Court
 5   Reporter-NJ, (License No. 30XR00016800), California
 6   Certified Shorthand Reporter, (License No. 14391),
 7   NCRA/NY/CA Certified Realtime Reporter, NCRA Registered
 8   Diplomate Reporter, New York Association Certified
 9   Reporter, NCRA Realtime Systems Administrator, taken at
10   the offices of SUSMAN GODFREY LLP, 1301 Sixth Avenue,
11   New York, New York 10019, on Friday, June 30, 2023,
12   commencing at 9:04 a.m.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:15-ml-02668-PSG-SK Document 964-4 Filed 08/28/23 Page 4 of 15 Page ID #:35987
In Re - NFL Sunday Ticket Antitrust Litigation   Leonard DeLuca

3

1  A P P E A R A N C E S:

2

3

4  SUSMAN GODFREY LLP

5  BY:  IAN M. GORE, ESQ.

6  401 Union Street

7  Suite 3000

8  Seattle, Washington 98101

9  (206) 505.3841

10  igore@susmangodfrey.com

11  Attorneys for the Plaintiffs

12

13  LANGER GROGAN & DIVER PC

14  BY:  KEVIN TRAINER, ESQ.

15  1717 Arch Street

16  Suite 4020

17  Philadelphia, Pennsylvania 19103

18  (215) 320.5705 / (215) 320.5703 (FAX)

19  ktrainer@langergrogan.com

20  Attorneys for the Plaintiffs

21

22

23

24

25

4

1  A P P E A R A N C E S: (CONT'D.)

2

3

4  WILKINSON STEKLOFF LLP

5  BY:  MAX J. WARREN, ESQ.

6       -and-

7  BY:  BLAKE NEAL, ESQ.

8  2001 M Street, NW

9  10th Floor

10  Washington, D.C. 20036

11  (202) 847.4000 / (202) 847.4005 (FAX)

12  mwarren@wilkinsonstekloff.com

13  bneal@wilkinsonstekloff.com

14  Attorneys for the NFL Defendants

15

16  WILKINSON STEKLOFF LLP

17  BY:  CAROLINE LI, ESQ., (streaming via BridgeMobile)

18  130 West 42nd Street

19  24th Floor

20  New York, New York 10036

21  (212) 294.8910

22  cli@wilkinsonstekloff.com

23  Attorneys for the NFL Defendants

24

25

Case 2:15-ml-02668-PSG-SK Document 964-4 Filed 08/28/23 Page 6 of 15 Page ID #:35989
In Re - NFL Sunday Ticket Antitrust Litigation  Leonard DeLuca

5

1 A P P E A R A N C E S:  (CONT'D.)

2

3

4 COVINGTON & BURLING

5 BY:  LELIA A. LEDAIN, ESQ.

6 The New York Times Building

7 620 Eighth Avenue

8 New York, New York 10018-1405

9 (212) 841.1000

10 lledain@cov.com

11 Attorneys for the NFL Defendants

12

13 ALSO PRESENT:

14 DANNY ORTEGA, Legal Video Specialist

15

16

17

18

19

20

21

22

23

24

25

Case 2:15-ml-02668-PSG-SK Document 964-4 Filed 08/28/23 Page 7 of 15 Page ID
In Re - NFL Sunday Ticket Antitrust Litigation #:35990 Leonard DeLuca

6

1                           I N D E X

2   WITNESS                                      EXAMINATION

3   LEONARD F. DeLUCA

4     BY ATTORNEY WARREN                              10

5     BY ATTORNEY GORE                                266

6     BY ATTORNEY WARREN                              267

7

8                         E X H I B I T S

9   EXHIBIT NO.     DESCRIPTION                       PAGE

10  Exhibit 1       document entitled Rebuttal        14

11                  Expert Report of Leonard F.

12                  DeLuca, June 8, 2023

13

14  Exhibit 2       document NFL0473956 through       143

15                  0473974

16

17  Exhibit 3       document NFL0864430 through       193

18                  0864434

19

20  Exhibit 4       document entitled USC             220

21                  Football Schedule

22

23  Exhibit 5       document entitled Troy            226

24                  Football Schedule

25

7

```
 1                  E X H I B I T S  (CONT'D.)

 2    EXHIBIT NO.    DESCRIPTION                       PAGE

 3    Exhibit 6      document entitled College         229

 4                   Football TV Schedule:  Week

 5                   3, 2022

 6    **original exhibits returned with original transcript
      by LEXITAS LEGAL to WILKINSON STEKLOFF LLP
 7    (exhibit index concluded)

 8


 9    DIRECTION TO WITNESS NOT TO ANSWER
                         Page  Line
10                        14    8

11                        22    15
```

Case 2:15-ml-02668-PSG-SK Document 964-4 Filed 08/28/23 Page 9 of 15 Page ID #:35992
In Re - NFL Sunday Ticket Antitrust Litigation  Leonard DeLuca

8

1  IT IS HEREBY STIPULATED AND AGREED, by
2  and between the attorneys for the respective parties
3  herein, that filing and sealing be and the same are
4  hereby waived.
5  IT IS FURTHER STIPULATED AND AGREED
6  that all objections, except as to the form of the
7  question, shall be preserved to the time of trial.
8  IT IS FURTHER STIPULATED AND AGREED
9  that the within deposition may be signed and sworn
10 to before any officer authorized to administer an
11 oath, with the same force and effect as if signed
12 and sworn to before the officer before whom the
13 within deposition was taken.
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                              9
 1    ----------------------------------------------------
 2                       P R O C E E D I N G S
 3                            9:04 a.m.
 4                        New York, New York
 5    ----------------------------------------------------
 6              THE VIDEOGRAPHER:  Stand by, please.
 7              We are now on the record.  My name is
 8    Daniel Ortega, and I'm the legal videographer for
 9    Lexitas Reporting.  Today's date is June 30, 2012,
10    and the time is 9:04 a.m.
11              This video deposition is being held
12    at 1301 Sixth Avenue, New York, New York, in the
13    matter of the NFL Sunday Ticket Antitrust
14    Litigation.  The deponent today is Leonard DeLuca.
15              Counsel, please identify yourselves
16    for the record.
17              ATTORNEY WARREN:  Max Warren of
18    Wilkinson Stekloff on behalf of the NFL defendants,
19    and with me is my colleague, Blake Neal.
20              ATTORNEY LEDAIN:  Lelia Ledain,
21    Covington & Burling, on behalf of the defendants.
22              ATTORNEY GORE:  Ian Gore from Susman
23    Godfrey on behalf of the plaintiffs.  Along with me
24    is Kevin Trainer from Langer Grogan & Diver.
25              THE VIDEOGRAPHER:  The court reporter
```

10

1  today is Rich Germosen and will now swear in the
2  witness.
3              CERTIFIED STENOGRAPHER:  Good
4  morning.  My name is Rich Germosen.  I am a
5  certified stenographic reporter.  My license is
6  available for inspection.
7              (Whereupon, the Certified
8  Stenographic Reporter administered the oath to the
9  witness.)
10
11 L E O N A R D   F.   D e L U C A,
12 conducting business at Stillman School of Business,
13 Seton Hall University, 400 South Orange Avenue, South
14 Orange, New Jersey 07079, having been first duly
15 sworn or affirmed, was examined and testified as
16 follows:
17 EXAMINATION BY ATTORNEY WARREN:
18 BY ATTORNEY WARREN:
19         Q.     Good morning, Mr. DeLuca.
20         A.     Good morning, Max.
21         Q.     Have you ever been deposed before?
22         A.     Yes.
23         Q.     How many times?
24         A.     Once.
25         Q.     And when was that?

65

1  my information Fox does.  That's what CBS does to
2  this day, and it is one of the very last places
3  where regionalization occurs.
4      Q.     You mentioned factors where a game
5  must be carried based on the home market or
6  something; right?  There is also areas of the
7  country where the -- CBS working with the affiliates
8  will choose which game gets to be played.  It's not
9  a must carry?
10     A.     Right.
11            ATTORNEY GORE:  Object to form.
12     Q.     What are the factors that CBS with
13 the affiliates would look into in determining which
14 game they would choose to show in those locations?
15     A.     A number of factors.  And, counsel,
16 it depends on the time of the year.  At the outset,
17 conference affiliations, what team is closest?  You
18 know, what games are active?  Obviously, if your
19 close -- if your team nearest to you, although not
20 in the home market, is playing, that's likely to be
21 the game you get.  If one of your conference or
22 divisional rivals is playing, and your closest team
23 to you isn't playing, that's likely to be there, and
24 you see week by week because the overnight Nielsen
25 ratings allow reaction in over-the-air markets to a

1   number of markets, as many as 40 I believe, you see
2   how the NFL has performed.
3              The other factors are week of the
4   season, upcoming rival, and then in the second half
5   of the season, playoff implications.
6              REDACTED

. So over half
12  of the games go to a fifth of the country.  That's
13  how -- and as the season wears on -- I'll finish
14  this, I promise, as the season wears on, the
15  games -- the more important games, the games with
16  playoff implication, are regionalized more widely.
17  Those games which are not in the current world
18  picked off from Sunday afternoon by flex scheduling,
19  but those games that remain get wider in the windows
20  or are part of, as you know, the national late game
21  on Fox or CBS on any given weekend.
22              REDACTED

67

1 REDACTED

11     Q.    Is it possible for the geographic
12 distribution to change with less than six days'
13 notice?
14     A.    Oh, yes.  Anything -- anything is
15 possible, but what's practical in the working
16 relationship between the league, the network, and
17 the stations is to be able to promote something.
18     REDACTED

68

1 REDACTED

3     A.    They're less-distributed games,
4 because first, the NFL is -- I think we all
5 stipulate here -- incredibly popular and the most
6 popular league in the United States, and so the
7 accidents of geography and the accidents of
8 scheduling impact greatly on distribution.
9         What does that mean? If a bad
10 Chicago -- example, if you will: If a bad Chicago
11 team is playing a bad L.A. team, that game is going
12 to go to a lot of the country just because Chicago
13 and L.A. is natural in week three, either L.A. team.
14 That game is going to go to a lot of the country,
15 isn't it, just by virtue of its geography.
16         And a really good Atlanta/New England
17 game is going to go to a smaller part of that
18 country, just by geography.
19 REDACTED

22     Q.    Is the perceived popularity of the
23 games one of the factors that CBS and its affiliates
24 will use in determining where to show the games?
25     A.    Yes.