# EXHIBIT 3

# To the Declaration of Peter Leckman

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
                                                                    2

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA



                                     )
                                     )
                                     ) CASE NO.
                                     2:15-ml-02668-PSG (JEMx)
    IN RE: NATIONAL FOOTBALL         )
    LEAGUE'S "SUNDAY TICKET"         )
    ANTITRUST LITIGATION             )
                                     )PAGES 1 - 255
                                     )
                                     )
    _____)




        Deposition of Einer Elhauge, taken via remote
    teleconference in Huntington Beach, California,
    commencing at 10:04 a.m., on Thursday, July 6, 2023,
    before Lindsay Stoker, RPR, CRC, Certified Shorthand
    Reporter No. 14373 in and for the State of California.
```

Case 2:15-ml-02668-PSG-SK Document 964-5 Filed 08/28/23 Page 3 of 9 Page ID #:36001
In Re - NFL Sunday Antitrust Litigation                                     Einer Elhauge

3

```
 1                A P P E A R A N C E S
                         --oOo--
 2
      APPEARING ON BEHALF OF THE PLAINTIFF:
 3
      LANGER GROGAN & DIVER, P.C.
 4    BY:  PETER E. LECKMAN, ESQ.
      Three Logan Square
 5    Suite 4130
      Philadelphia, Pennsylvania 19103
 6    Telephone:  (215) 320-0876
      Facsimile:  (215) 320-5703
 7    Email:  Pleckman@langergrogan.com
 8    LANGER GROGAN & DIVER, P.C.
      BY:  HOWARD LANGER, ESQ.
 9    Three Logan Square
      Suite 4130
10    Philadelphia, Pennsylvania 19103
      Telephone:  (215) 320-0876
11    Facsimile:  (215) 320-5703
      Email:  Hlanger@langergrogan.com
12
13    APPEARING ON BEHALF OF THE DEFENDANT:
14    WILKINSON STEKLOFF
      BY:  RAKESH KILARU, ESQ.
15    2001 M Street, NW, 10th Floor
      Washington, D.C.  20036
16    Telephone:  (202) 847-4046
      Facsimile:  (202) 847-4005
17    Email:  Rkilaru@wilkinsonstekloff.com
18    WILKINSON STEKLOFF
      BY:  CAROLINE LI, ESQ.
19    130 W 42nd Street
      24th Floor
20    New York, New York 10036
      Telephone:  (212) 294-8915
21    Email:  Cli@wilkinsonstekloff.com
22    WILKINSON STEKLOFF
      BY:  MAX WARREN, ESQ.
23    2001 M Street, NW
      10th Floor
24    Washington, D.C. 20036
      Telephone:  (202) 847-4008
25    Facsimile:  (202) 847-4005
```

Case 2:15-ml-02668-PSG-SK Document 964-5 Filed 08/28/23 Page 4 of 9 Page ID #:36002
In Re - NFL Sunday Antitrust Litigation
Einer Elhauge

4

1  COVINGTON & BURLING LLP
   BY: DEREK LUDWIN, ESQ.
2  850 10th St NW
   Washington, D.C. 20001
3  Telephone: (202) 662-5429
   Email: Dludwin@cov.com
4
5  APPEARANCES CONTINUED:
6  VIA REMOTE REALTIME CONNECTION:
   Juan Carlos Gozzi, Bates & White
7
   VIDEOGRAPHER:
8  Betsy Gomez, Lexitas Legal
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                                    5
1                              INDEX
2   WITNESS:  EINER ELHAUGE
3                                                                PAGE
4   EXAMINATION BY MR. KILARU                                       7
5
6
                                EXHIBITS
7
8   NUMBER                   DESCRIPTION                         PAGE
9   EXHIBIT 1    Rebuttal Expert Report of Professor              7
                 Einer Elhauge
10               June 9, 2023
11  EXHIBIT 2    NATIONAL COLLEGIATE ATHLETIC                    166
                 ASSOCIATION v. BOARD OF REGENTS OF
12               the UNIVERSITY OF OKLAHOMA and
                 University of Georgia Athletic
13               Association
14  EXHIBIT 3    Expert Report Of B. Douglas Bernheim,           191
                 Ph. D.
15               April 28, 2023
16
17
18
19
20
21
22
23
24
25
```

1     STENOGRAPHIC REPORTER APPEARING REMOTELY

2         HUNTINGTON BEACH, CALIFORNIA

3        Thursday, July 6, 2023, 10:04 a.m.

4

5     THE VIDEOGRAPHER:  We are on the record on

6  July 6th, 2023, at approximately 10:04 a.m. Eastern

7  Time, for the remote video deposition of Professor

8  Einer Elhauge in the matter of NFL Sunday Ticket

9  Antitrust Litigation.

10     My name is Betsy Gomez, and I'm the videographer

11  on behalf of Lexitas.

12     Will counsel please introduce themselves and the

13  party they represent, beginning with the party

14  noticing this proceeding.

15     MR. KILARU:  Sure.  Rakesh Kilaru on behalf of

16  the NFL defendants from Wilkinson Stekloff.

17     MR. LECKMAN:  This is Peter Leckman from Langer

18  Grogan & Diver on behalf of the plaintiff classes

19  and the witness.

20     THE VIDEOGRAPHER:  Will the court reporter

21  please swear in the witness.

22

23                EINER ELHAUGE,

24  called as a witness, having been first duly sworn,

25  was examined and testified as follows:

7

1                     EXAMINATION

2    BY MR. KILARU:

3        Q.   Good morning, Professor.

4        A.   Good morning.

5        Q.   I know this isn't your first time being

6    deposed; so I think we will skip many of the usual

7    ground rules, but just to cover a few, first, as I

8    think you know and for the court reporter's

9    benefits, we should avoid talking over each other.

10   So I will give you time to answer your questions,

11   and please give me time to make sure I get my

12   questions out.

13       And if you don't understand any question I ask,

14   please say so.  Otherwise, I'll presume that you

15   understand it.

16       Does that make sense?

17       A.   Yes.

18       Q.   Okay.  And to the best of your knowledge,

19   you are able to give truthful and accurate testimony

20   today; is that correct?

21       A.   Yes.

22            (Exhibit 1 was marked for

23            identification.)

24       MR. KILARU:  Just to make things easier for you,

25   we will introduce Exhibit 1 for the deposition,

1 BY MR. KILARU:
2     Q. Let's turn to a slightly different topic,
3 some of which we've covered before. But you agree
4 that an NFL game is more valuable to consumers than
5 a football game between teams that are not part of
6 the NFL; correct?
7     A. Generally. I mean, not every consumer --
8 there might be some consumers who prefer to watch
9 Alabama, Auburn, an -- an NFL game if you are -- if
10 you are from Alabama or -- or, you know -- so I
11 think it -- it may depend. There may be some
12 college football games are more attractive to some
13 consumers. But in general the NFL is the most
14 attractive than the -- the football games that get
15 the highest viewership.
16     Q. Okay. You would agree that an individual
17 team can't create a game by itself; right?
18     A. Correct.
19     Q. And it would take two teams to create a
20 game; right?
21     A. Yes.
22     Q. But two teams couldn't create a season of
23 games; correct?
24     A. I suppose they could. It would be kind of
25 a boring season, but you could just have them play

250

1 assumption.

2 REDACTED

25 ///