# EXHIBIT 4

# To the Declaration of Peter Leckman

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

1

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3         CIVIL ACTION NO. 2:15-ml-02668-PSG(JEMx)

 4

 5   IN RE MATTER OF:              )
                                   )
 6   NATIONAL FOOTBALL LEAGUE'S    )
     "SUNDAY TICKET" ANTITRUST     )
 7   LITIGATION                    )
     _____)
 8

 9

10                   REDACTED

11      VIDEOTAPED DEPOSITION OF JAMES DANA DYCKES

12              LOS ANGELES, CALIFORNIA

13                Thursday, June 30, 2022

14

15

16

17

18   Stenographically Reported by:

19   HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR
     Realtime Systems Administrator
20   California CSR License #11600
     Oregon CSR License #21-0005
21   Washington License #21009491
     Nevada CCR License #980
22   Texas CSR License #10725

23   Job No.:  2022-848893

24

25
```

```
                                                              2
 1            VIDEOTAPED DEPOSITION of JAMES DANA DYCKES,
 2   taken before Heather J. Bautista, CSR No. 11600, a
 3   Certified Shorthand Reporter for the state of
 4   California, with principal office in the county of Santa
 5   Clara, commencing on Thursday, June 30, 2022, 9:49 a.m.,
 6   at 1900 Avenue of the Stars, Suite 1400, Los Angeles,
 7   California 90067.
 8
 9   APPEARANCES OF COUNSEL:
10        For Plaintiffs:
11             Susman Godfrey LLP
               BY:  TYLER FINN, ESQ.
12             1301 Avenue of the Americas, 32nd Floor
               New York, New York 10019
13             Phone:  (212) 729-2016 / Fax:  (212) 336-8340
               tfinn@susmangodfrey.com
14
          For NFL Defendants:
15
               Wilkinson Stekloff
16             BY:  MAX J. WARREN, ESQ.
                    JUSTIN MUNGAI, ESQ.
17             2001 M Street NW, 10th Floor
               Washington, D.C. 20036
18             Phone:  (202) 847-4000 / Fax:  (202) 847-4005
               mwarren@wilkinsonstekloff.com
19
          For DIRECTV and the witness:
20
               O'Melveny & Myers LLP
21             BY:  JEFFREY A. N. KOPCZYNSKI, ESQ.
                    MONSURA SIRAJEE, ESQ.
22             Times Square Tower, 7 Times Square
               New York, New York 10036-6537
23             Phone:  (212) 326-2000 / Fax:  (212) 326-2061
               jkopczynski@omm.com
24
     ALSO PRESENT:  Melinda Green, ESQ. - DirecTV In-house
25                  Michael Bratkowski, Videographer
```

```
                                                             3
1                    INDEX OF EXAMINATION

2                                                          PAGE

3    JAMES DANA DYCKES

4        EXAMINATION BY MR. FINN                             8

5        EXAMINATION BY MR. WARREN                         186
```

4

INDEX OF EXHIBITS

| Exhibit No. | Description | Page |
|---|---|---|
| Exhibit 1 | Jamie Dyckes LinkedIn profile | 10 |
| Exhibit 2 | Email and attachment - Bates DIRECTV-ST-00019285 | 34 |
| Exhibit 3 | 5/2/16 email & attachment from J. Dyckes to H. Patel - Bates DIRECTV-ST-00017720 | 101 |
| Exhibit 4 | 1/17/18 email chain between J. Dyckes, S. Ross, and J. Britton, Bates DIRECTV-ST-01415795 | 113 |
| Exhibit 5 | 1/24/18 email from J. Dyckes to H. Patel, Bates DIRECTV-ST-00741912 | 128 |
| Exhibit 6 | July 2018 email chain and attachment, Bates DIRECTV-ST-00003860 | 139 |
| Exhibit 7 | 5/30/19 email chain between J. Dyckes and C. Lauricella, Bates DIRECTV-ST-00719632 | 152 |
| Exhibit 8 | 4/18/18 email from J. Dyckes to M. Seipp, Bates DIRECTV-ST-00739812 | 161 |
| Exhibit 9 | 4/12/18 email from J. Dyckes to J. Britton | 164 |
| Exhibit 10 | 2/28/20 Dyckes email, Bates DIRECTV-ST-00272600 | 171 |
| Exhibit 11 | Net gains document, Bates DIRECTV-ST-00019105 | 177 |
| Exhibit 12 | Document, Bates DIRECTV-ST-00719459 | 191 |
| Exhibit 13 | Dyckes email and attachment to D. York and C. Lauricella, Bates DIRECTV-ST-00719327 | 198 |
| Exhibit 14 | 9/1/18 email from A. McGovern to J. Dyckes and others, Bates DIRECTV-ST-00719515 | 216 |

5

1            INDEX OF EXHIBITS - CONTINUED

2   Exhibit No. Description                                    Page

3   Exhibit 15  E-mail from J. Dyckes to C.                    223
                Lauricella, Bates DIRECTV-ST-01206098
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

6

1      Thursday, June 30, 2022

2      9:49 a.m.

3      --oOo--

4      THE VIDEOGRAPHER: Good morning. We're on the

5  record at 9:49 a.m. on June 30th, 2022. Here begins the

6  videotaped deposition of Jamie Dyckes in the matter of

7  In re: National Football League's Sunday Ticket

8  Antitrust Litigation filed in the USDC Central District

9  of California. Case No. 2:15-ML-02668-PSG (JEMx).

10      Today's deposition is taking place at 1900

11  Avenue of the Stars, Suite 1400, in Los Angeles,

12  California.

13      My name is Michael Bratkowski, a videographer

14  from Lexitas Legal Solutions. Will counsel present

15  please identify themselves and state whom you represent.

16      MR. FINN: Tyler Finn for Susman Godfrey on

17  behalf of Plaintiffs in this action.

18      MR. KOPCZYNSKI: Jeffrey Kopczynski, joined by

19  Monsura Sirajee, for O'Melveny & Myers on behalf of

20  DirecTV and the witness.

21      MR. WARREN: Max Warren of Wilkinson Stekloff

22  on behalf of the NFL defendants.

23      MR. MUNGAI: Justin Mungai, also from Wilkinson

24  Stekloff, appearing on behalf of the NFL defendants.

25      THE VIDEOGRAPHER: Thank you.

213

1 REDACTED

███████████████

████████████████████████████████████

████████████████

██████████████████████████

████████████████████████████████████

██████████████████████████████████

████████████████████████

9 Q. Do you recall whether the price for the
10 satellite offering of Sunday Ticket remained the same
11 from 2019 -- 2018 to 2019?
12 A. I know it remained the same, yes.
13 Q. Do you know whether that was also the case in
14 2020?
15 A. It has remained -- we have not had a price
16 increase since 2018.
17 Q. And the price today for the Basic offering --
18 or the price as of two thousand -- strike that. The --
19 the price, as of 2019, for the Basic offering was lower
20 than the price for the single offering in 2011; right?
21 A. $335 versus $294; that's correct.
22 REDACTED

█████████████████

███████████

████████████████████████████████████