# EXHIBIT 6

# To the Declaration of Peter Leckman

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

1

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3

4  IN RE:  NATIONAL FOOTBALL ) Civil Action No.
   LEAGUE'S "SUNDAY TICKET"   ) 2:15-ml-02668-PSG(JEMx)
5  ANTITRUST LITIGATION       )
                              )
6                             )
   _____)
7

8

9

10

11

12

13

14

15              VIDEOTAPED DEPOSITION OF

16                   LAWRENCE JONES

17                FRIDAY, JULY 8, 2022

18

19

20

21

22

23

24
   Reported in Stenotype by:
25 Cody R. Knacke, RPR, CSR No. 13691
   Job No.:  849617

2

1         VIDEOTAPED DEPOSITION OF
2  LAWRENCE JONES, taken before Cody R. Knacke, RPR,
3  CSR No. 13691, a Certified Shorthand Reporter for
4  the State of California, commencing on Friday,
5  July 8, 2022, at 9:04 a.m., Pacific Time.
6
7  APPEARANCES OF COUNSEL:
8      For the Plaintiffs:
9          HAUSFELD
           BY:  SCOTT MARTIN, ESQ.
10         33 Whitehall Street, 14th Floor
           New York, New York 10004
11         646.357.1195
           smartin@hausfeld.com
12
           HAUSFELD
13         BY:  SAMUEL MAIDA, ESQ.
           600 Montgomery Street, Suite 3200
14         San Francisco, California 94111
           415.513.1411
15         smaida@hausfeld.com
16
17
18
19
20
21
22
23
24
25

3

1   APPEARANCES OF COUNSEL:  (Continued)

2       For the Defendant National Football League,
        NFL Enterprises, LLC, and the Individual
3       NFL Clubs:

4           WILKINSON STEKLOFF
            BY:  RAKESH KILARU, ESQ.
5                (Via Videoconference)
                 MAX WARREN, ESQ.
6           2001 M Street, NW, 10th Floor
            Washington, D.C. 20036
7           202.847.4046
            rkilaru@wilkinsonstekloff.com
8           mwarren@wilkinsonstekloff.com

9       For FOX Sports and the Witness:

10          WILLIAMS & CONNOLLY
            BY:  JOHN E. SCHMIDTLEIN, ESQ.
11          725 Twelfth Street, NW
            Washington, D.C. 20005
12          202.434.5901
            jschmidtlein@wc.com
13
        Also Present:
14
             Michael Bratkowski, Videographer
15          Jake Thompson, Lexitas Technician
            Elizabeth Casey, Esq., FOX Sports
16

17

18

19

20

21

22

23

24

25

```
                                                                    4
 1                        I - N - D - E - X

 2    EXAMINATION BY:                                            PAGE

 3    BY MR. MARTIN                                                 7

 4    BY MR. KILARU                                                64

 5


 6                   E - X - H - I - B - I - T - S

 7    MARKED                 DESCRIPTION                         PAGE

 8    Exhibit 1    E-mail correspondence dated                     38
                   12/7/20, Bates No. NFL_1088735
 9
      Exhibit 2    FOX Response to NFL Proposal                    40
10                 dated 11/11/20, Bates Nos.
                   NFL_1088736-1088751
11
      Exhibit 3    FOX Response to May 2020 Request                48
12                 for Indications of Interest dated
                   6/3/2020, Bates Nos.
13                 NFL_0334515-0334516

14    Exhibit 4    NFL letter dated 3/18/21,                       57
                   Basic Business Terms, Bates Nos.
15                 NFL_0458699-0458754

16    Exhibit 5    NFL Sunday Ticket - FOX Network                 61
                   Allocation Agreement, Bates Nos.
17                 NFL_0542430-0542437

18    Exhibit 6    NFL Letter dated 11/8/04,                       62
                   2006-2011 NFC Package, Bates Nos.
19                 NFL_0361915-0361923

20    Exhibit 7    Article "Antenna Penetration                    70
                   Across U.S. Grows 38%
21                 Year-Over-Year and Now Reaches
                   40% of all TV Content Viewers
22                 18+"

23    Exhibit 8    E-mail correspondence dated                     76
                   8/14/13, Bates Nos.
24                 NFL_0868945-0868948

25
```

5

1  I - N - D - E - X
   (Continued)
2

3  E - X - H - I - B - I - T - S

4  MARKED           DESCRIPTION                              PAGE

5  Exhibit 9    FOX Sports 2022 Budget &                      81
                Long Range Plan, Bates Nos.
6               Fox_NFLSundayTicket_0000897-
                0000934
7
   Exhibit 10   FOX Sports Dashboard, Bates Nos.              86
8               Fox_NFLSundayTicket_0001050-
                0001072
9
   Exhibit 11   E-mail correspondence dated                   89
10              5/4/09, Bates Nos.
                NFL_0499184-0499195
11
   Exhibit 12   E-mail correspondence dated                   96
12              8/10/18, Bates Nos.
                NFL_0987987-0987990
13
   Exhibit 13   2021 Football Schedule - UCLA                106
14

15

16

17        QUESTIONS INSTRUCTED NOT TO ANSWER

18                      None.

19

20

21

22            INFORMATION REQUESTED

23                      None.

24

25

6

1        LOS ANGELES, CALIFORNIA; FRIDAY, JULY 8, 2022

2                           9:04 A.M.

3            THE VIDEOGRAPHER:  Good morning.  We are on

4    the record at 9:04 a.m. on June -- July 8, 2022.

5            Here begins the videotaped deposition of

6    Larry Jones in the matter of In re:  National

7    Football League Sunday Ticket Antitrust Litigation

8    filed in the U.S. District Court, Central District

9    of California, Case Number 2:15-ml-02668-PSG (JEMx).

10           Today's deposition is taking place at

11   1900 Avenue of the Stars, Suite 1400, in

12   Los Angeles, California.

13           My name is Michael Bratkowski, a

14   videographer from Lexitas Legal Solutions.

15           Would counsel on the call please identify

16   yourselves and state whom you represent.

17           MR. MARTIN:  Scott Martin, Hausfeld

18   New York for the plaintiffs.

19           MR. MAIDA:  Samuel Maida, Hausfeld

20   San Francisco for plaintiffs.

21           MR. WARREN:  Max Warren, Wilkinson Stekloff

22   on behalf of the NFL plaintiffs.

23           MS. CASEY:  Elizabeth Casey, general

24   counsel, FOX Sports.

25           MR. SCHMIDTLEIN:  John Schmidtlein,

Case 2:15-ml-02668-PSG-SK Document 964-8 Filed 08/28/23 Page 8 of 12 Page ID #:36029
NFL Sunday Ticket Antitrust Litigation
Lawrence Jones

7

1  Williams Connolly here on behalf of Fox and the
2  witness.
3          THE VIDEOGRAPHER:  And the session, please.
4          MR. KILARU:  This is Rakesh Kilaru from
5  Wilkinson Stekloff on behalf of the NFL defendants.
6          THE VIDEOGRAPHER:  Thank you.
7          Our court reporter today is Cody Knacke
8  with Lexitas Legal Solutions.
9          Would you please swear in.
10         THE STENOGRAPHER:  Please raise your right
11 hand, sir.
12         Do you swear or affirm under penalty of
13 perjury that the testimony you will provide in
14 today's matter will be the truth, the whole truth,
15 and nothing but the truth?
16         THE WITNESS:  I do.
17         THE STENOGRAPHER:  Thank you.
18                    EXAMINATION
19 BY MR. MARTIN:
20    Q.   Good morning, Mr. Jones.
21    A.   Good morning.
22    Q.   Have you previously given testimony in a
23 deposition setting?
24    A.   Yes.
25    Q.   How many times?



44

1  REDACTED

45

1 REDACTED





74

1 REDACTED

3   Q.   There's also one or two games available at
4   1:00 p.m. Eastern on Sunday on CBS or FOX; is that
5   right?  Taking them together.
6   A.   There could be more than one or two.
7   Q.   In a particular market, though, there would
8   be two games available on TV?
9   A.   Oh, in the market.  In the market, yes.
10  Q.   And there could be one or two games
11  available in that same market at 4:00 p.m. Eastern
12  on Sunday, is that right, if you look at CBS and Fox
13  together?
14  A.   Yes.
15  Q.   And in some weeks there are two games in
16  each time slot.  So, for example, if Week 1 of last
17  year I believe there were -- I think there was a
18  game on CBS and FOX at 1:00 p.m. and a game on CBS
19  and FOX at around 4:00 p.m.  Is that about right,
20  based on your recollection?
21       MR. MARTIN:  Object to form.
22       THE WITNESS:  In Week 1 we do what's called
23  a double-doubleheader so that both networks have
24  doubleheaders, allowing them to put games in the
25  1:00 window and the 4:25 window.