# EXHIBIT 7

# To the Declaration of Peter Leckman

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
                                           1
 1                              VOLUME:  I
                                PAGES:   1-63
 2                              EXHIBITS: 1-6

 3           UNITED STATES DISTRICT COURT

 4           CENTRAL DISTRICT OF CALIFORNIA

 5

 6   ************************************
     IN RE: NATIONAL FOOTBALL LEAGUE'S    *
 7   "SUNDAY TICKET" ANTITRUST            *
     LITIGATION,                          *
 8                                        *
                                          *
 9                                        *
     Civil Action No.
10   2:15-ml-02668-PSG(JEMx)
     ************************************
11

12

13      VIDEOTAPED DEPOSITION of ROBERT K. KRAFT

14             Thursday, June 23, 2022

15                  9:07 a.m.

16
              Held at:  Gillette Stadium
17                 1 Patriots Place
              Foxborough, Massachusetts
18

19

20    ------- Megan M. Castro, RPR, CSR -------

21                    Lexitas
           508-478-9795 ~ 508-478-0595 (Fax)
22               www.LexitasLegal.com

23

24
```

```
 1   APPEARANCES:

 2   HAUSFELD
       Scott Martin, Esquire
 3     Farhad Mirzadeh, Esquire
       33 Whitehall Street
 4     14th Floor
       New York, New York  10004
 5     646-357-1100
       smartin@hausfeld.com
 6     fmirzadeh@hausfeld.com
       on behalf of the Plaintiffs
 7

 8   WILKINSON STEKLOFF
       Rakesh N. Kilaru, Esquire
 9     2001 M Street, NW
       10th Floor
10     Washington, District of Columbia  20036
       202-847-4000
11     rkilaru@wilkinsonstekloff.com
       on behalf of the NFL
12


13
     ALSO PRESENT:
14
     Robyn Glaser, Esquire, Kraft Group
15
     Janet Noval, Esquire, NFL
16
     Shawn Budd, videographer
17
```

1                          I N D E X

2     Witness                                              Page

3     ROBERT K. KRAFT

4       Examination by Mr. Martin                          5

5

6

7                         E X H I B I T S

8     Number           Description                         Page

9

      Exhibit 1    Email dated 5-6-21, Bates               14
10                 number NFL_0683418 through
                   683452
11
      Exhibit 2    Email dated 5-23-21, Bates              22
12                 number NFL_1216326 through
                   1216332
13
      Exhibit 3    Email dated 3-8-13, Bates               42
14                 number NFL_0375867 through
                   375868
15
      Exhibit 4    Email dated 7-1-21, Bates               48
16                 number NFL_1221708 through
                   1221709
17
      Exhibit 5    Email dated 9-30-04, Bates              55
18                 number NFL_0350706 through
                   350712
19
      Exhibit 6    Email dated 3-1-19, Bates               59
20                 number NFL_0153735 through
                   153747
21

22
     Original exhibits were retained by the court reporter
23          and returned to Attorney Martin.

24

4

1        P R O C E E D I N G S
2                   - - -
3        THE VIDEOGRAPHER:  We are on the record.
4   This is the videographer speaking, Shawn Budd,
5   with Lexitas.
6        Today's date is June 23, 2022, and the
7   time is 9:07 a.m.
8        We are here in Foxborough, Massachusetts,
9   to take the video deposition of Robert Kraft in
10  the matter of NFL Sunday Ticket Antitrust
11  Litigation.
12       Would counsel please introduce themselves
13  for the record.
14       MR. MARTIN:  For the plaintiffs, Scott
15  Martin, Hausfeld LLP.
16       MR. MIRZADEH:  And Farhad Mirzadeh, also
17  with Hausfeld LLP.
18       MR. KILARU:  For the defendants, Rakesh
19  Kilaru, from Wilkinson Stekloff.
20       THE VIDEOGRAPHER:  Would the court
21  reporter, Megan Castro, please swear in the
22  witness.
23                  - - -
24       ROBERT K. KRAFT, first having been

5

1   satisfactorily identified by the production of

2   his driver's license and duly sworn by the Notary

3   Public, testified under oath as follows in answer

4   to examination by MR. MARTIN:

5                        - - -

6       Q.  Good morning, Mr. Kraft.

7       A.  Good morning.

8       Q.  It has been over 20 years, but you and I

9   actually spoke in this format once before, years

10  ago, in the Major League Soccer litigation.  So I

11  know you are generally familiar with the

12  deposition process.  I'd just like to remind you

13  of a couple of things -- both of us -- remind

14  both of us of a couple of things.

15          First, there is a court reporter, Megan,

16  here, and she is taking down each of our

17  statements, so it is best if we not speak over

18  one another.  And I know you are very gracious

19  about that.

20          Second, you have very experienced counsel

21  here as well who may object to one or more of my

22  questions, perhaps even meritoriously, but you

23  can answer those regardless, in the absence of an

24  instruction not to answer.

29

1   REDACTED

[lines 2–18 redacted]

19   BY MR. MARTIN:

20       Q.  Would you agree, Mr. Kraft, that there

21   are -- let me ask you this:  Generally speaking,

22   would you agree that a city's NFL team is the

23   most popular among the major sports within its

24   own market?

45

1    Q.  And what is your understanding as to why
2  it is offered non-exclusively outside the United
3  States?
4    A.  Well, look, we want them to do as well as
5  they can, as long as it doesn't hurt our -- I
6  mean, Canada, Mexico, Germany, England, India,
7  none of them have franchises.
8    Q.  And Sunday Ticket has always been offered
9  solely as a bundled package of out-of-market
10 games.  Correct?
11   A.  Yes.
12   Q.  There has never been an opportunity to
13 purchase a single game individually.  Correct?
14   A.  Correct.
15   Q.  There has never been an option to
16 purchase all of a single team's games, like, say,
17 all the Patriots games, separately.  Right?
18   A.  No.
19   Q.  Never an option to purchase a particular
20 division or the AFC versus the NFC.  Correct?
21   A.  Correct.
22   Q.  Do you recall any discussions concerning
23 any of those options within the media committee
24 during your tenure?

46

1       MR. KILARU: Object to the form.

2     A. I don't remember. I mean, it probably

3 came up. I know that I would feel strongly

4 that -- I mean, selfishly, I mean, I guess, if

5 we -- it would be good for the Patriots, but I

6 don't think it would be good for the league.

7       And I believe that was the mood of the

8 committee whenever it came up. And leadership at

9 the NFL, the two commissioners I have dealt with.

10 REDACTED

[lines 11–16 redacted]

17 BY MR. MARTIN:

18     Q. Were you involved in the -- you weren't

19 involved in the negotiation of the initial

20 agreement because that was shortly before you

21 became an owner. Correct?

22     A. Well, yes, I was an owner, but I was not

23 involved in the first negotiation in '94. Was

24 that '93 or '94?