# EXHIBIT 8

# To the Declaration of Peter Leckman

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

1

1                  UNITED STATES DISTRICT COURT

2                CENTRAL DISTRICT OF CALIFORNIA

3          Civil Action No. 2:15-ml-02668-PSG(JEMx)

4 ------------------------------------------x

5 IN RE: NATIONAL FOOTBALL

6 LEAGUE'S "SUNDAY TICKET"

7 ANTITRUST LITIGATION

8 ------------------------------------------x

9

10

11

12

13          VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                   BRENT DOUGLAS LAWTON
14                Wednesday, June 22, 2022
                   New York, New York
15                 8:57 a.m. - 3:32 p.m.

16

17

18

19

20

21

22               Reported stenographically by:
           Richard Germosen, CA CSR No. 14391
23      RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
        NCRA/NJ/NY/CA Certified Realtime Reporter
24          NCRA Realtime Systems Administrator
               Job No. 2022-845603
25

```
                                                                2
 1              VIDEOTAPED STENOGRAPHIC DEPOSITION of
 2    BRENT DOUGLAS LAWTON, taken in the above-entitled matter
 3    before RICHARD GERMOSEN, Certified Court Reporter,
 4    (License No. 30XI00184700), Certified Realtime Court
 5    Reporter-NJ, (License No. 30XR00016800), California
 6    Certified Shorthand Reporter, (License No. 14391),
 7    NCRA/NY/CA Certified Realtime Reporter, NCRA Registered
 8    Diplomate Reporter, New York Association Certified
 9    Reporter, NCRA Realtime Systems Administrator, taken at
10    the offices of COVINGTON & BURLING LLP, 620 Eighth
11    Avenue, New York, New York 10018, on Wednesday, June 22,
12    2022, commencing at 8:57 a.m.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3

1  A P P E A R A N C E S:

2

3

4  SUSMAN GODFREY LLP

5  BY:   TYLER M. FINN, ESQ.

6  1301 Avenue of the Americas

7  32nd Floor

8  New York, New York 10019

9  (212) 336.8330 / (212) 336.8340 (FAX)

10  tfinn@susmangodfrey.com

11  Attorneys for the Plaintiffs

12

13  WILKINSON STEKLOFF LLP

14  BY:   JEREMY S. BARBER, ESQ.

15  130 West 42nd Street

16  24th Floor

17  New York, New York 10036

18  (212) 294.8929

19  jbarber@wilkinsonstekloff.com

20  Attorneys for the NFL Defendants

21

22

23

24

25

4

1  A P P E A R A N C E S:  (CONT'D.)

2

3

4  WILKINSON STEKLOFF LLP

5  BY:  ELIZABETH KEYS, ESQ.

6      -and-

7  BY:  MAX WARREN, ESQ., (streaming via BridgeMobile)

8  2001 M Street, N.W.

9  10th Floor

10 Washington, D.C. 20036

11 (202) 847.4034

12 ekeys@wilkinsonstekloff.com

13 mwarren@wilkinsonstekloff.com

14 Attorneys for the NFL Defendants

15

16 ALSO PRESENT:

17 MARCELO RIVERA, Legal Video Specialist

18

19

20

21

22

23

24

25

```
                                                              5
 1                         I N D E X

 2   WITNESS                                    EXAMINATION

 3   BRENT D. LAWTON

 4     BY MR. FINN                                   10

 5     BY MR. BARBER                                 202

 6

 7                       E X H I B I T S

 8   EXHIBIT NO.    DESCRIPTION                      PAGE

 9   Exhibit 1     document NFL 0239783 through       44

10                 NFL 0239786

11

12   Exhibit 2     document NFL 0418767 through       55

13                 0418776

14

15   Exhibit 3     document NFL 0296803 through       69

16                 0296854

17

18   Exhibit 4     document NFL 0059776 through       86

19                 0059783

20

21   Exhibit 5     document NFL 0060781 through       97

22                 0060791

23

24   Exhibit 6     document NFL 0300100 through      105

25                 0300102
```

Case 2:15-ml-02668-PSG-SK Document 964-10 Filed 08/28/23 Page 7 of 16 Page ID #:36049
NFL Sunday Ticket Antitrust Litigation   Brent Lawton

6

```
 1                      E X H I B I T S  (CONT'D.)
 2    EXHIBIT NO.     DESCRIPTION                         PAGE
 3    Exhibit 7       document NFL 0050139 through        116
 4                    0050157
 5
 6    Exhibit 8       document NFL 0295067 through        131
 7                    0295077
 8
 9    Exhibit 9       document NFL 0402074 through        138
10                    0402098
11
12    Exhibit 10      document NFL 0285367 through        153
13                    0285368
14
15    Exhibit 11      document NFL 0057451 through        162
16                    0057477
17
18    Exhibit 12      document NFL 1215279 and            171
19                    1215280
20
21    Exhibit 13      document NFL 1215678 through        180
22                    1215700
23
24
25
```

7

```
 1                  E X H I B I T S  (CONT'D.)

 2   EXHIBIT NO.     DESCRIPTION                        PAGE

 3   Exhibit 14      document NFL 1215804 through       192

 4                   1215811

 5   **original exhibits returned with original transcript
     by LEXITAS LEGAL to SUSMAN GODFREY LLP
 6   (exhibit index concluded)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

8

1          IT IS HEREBY STIPULATED AND AGREED, by
2    and between the attorneys for the respective parties
3    herein, that filing and sealing be and the same are
4    hereby waived.
5               IT IS FURTHER STIPULATED AND AGREED
6    that all objections, except as to the form of the
7    question, shall be preserved to the time of trial.
8               IT IS FURTHER STIPULATED AND AGREED
9    that the within deposition may be signed and sworn
10   to before any officer authorized to administer an
11   oath, with the same force and effect as if signed
12   and sworn to before the officer before whom the
13   within deposition was taken.
14
15
16
17
18
19
20
21
22
23
24
25

9

```
1    ----------------------------------------------------
2                      P R O C E E D I N G S
3                           8:57 a.m.
4                       New York, New York
5    ----------------------------------------------------
6              THE VIDEOGRAPHER:  Stand by, please.
7              This is the digitized video
8    deposition of Mr. Brent Lawton in the matter in re:
9    NFL Sunday Ticket Antitrust Litigation, in the
10   United States District Court for the Central
11   District of California.
12             This deposition is being held at
13   Covington & Burling, located at 620 Eighth Avenue,
14   New York, New York, on June 22, 2022 at
15   approximately 8:57 a.m.
16             My name is Marcelo Rivera from
17   Lexitas Legal Philadelphia, and I am the video
18   specialist.  The court reporter is Rich Germosen in
19   association with Lexitas Legal Philadelphia.
20             Will present counsel please introduce
21   themselves for the record.
22             MR. FINN:  Tyler Finn for Susman
23   Godfrey on behalf of the plaintiffs.
24             MR. BARBER:  Jeremy Barber on behalf
25   of the NFL defendants.
```

10

1          MS. KEYS:  Liz Keys on behalf of the
2   NFL defendants.
3          THE VIDEOGRAPHER:  Will the court
4   reporter please swear in the witness.
5          (Whereupon, the Certified Realtime
6   Stenographer administered the oath to the witness.)
7
8   B R E N T   D.   L A W T O N,
9   residing at 7 Tranquility Lane, Westport, Connecticut
10  06880, having been first duly sworn or affirmed, was
11  examined and testified as follows:
12  EXAMINATION BY MR. FINN:
13  BY MR. FINN:
14       Q.     Good morning, Mr. Lawton.
15       A.     Good morning.
16       Q.     Could you please state your full name
17  for the record.
18       A.     Sure.  Brent Lawton.
19       Q.     And, Mr. Lawton, who is your
20  employer?
21       A.     The National Football League.
22       Q.     And what is your position with the
23  National Football League?
24       A.     I'm a vice-president in the media
25  strategy and BG group.

30

1 REDACTED



90

1  REDACTED

1  REDACTED

11  Q. But in practice, DirecTV informs the
12  NFL in advance, you know, what the prices are going
13  to be for the coming year?
14  A. Again, it's part of when the season
15  is coming up and sort of the product is launching.
16  It's sort of part of what is in the overall
17  marketing materials that we look at.
18  Q. So in practice, when the season is
19  launching, DirecTV will send to the NFL its
20  marketing materials and what its plans are for
21  Sunday Ticket; is that fair to say?
22  A. Yes, yes, we have -- right. That's
23  right.
24  Q. And one aspect of that is the price
25  that they're going to set?

```
                                                              97
1                  MR. BARBER:  Objection to form.
2                  MR. FINN:  I think I'm --
3                  CERTIFIED STENOGRAPHER:  Was there an
4    answer?
5                  THE WITNESS:  Sorry.
6         A.    Yes.
7         REDACTED
```

```
                                                          126
1    linear.
2          Q.     There is not the same exclusivity in
3    them, in Sunday Ticket in Canada, that there is in
4    the United States.
5                 MR. BARBER:  Objection to form.
6                 MR. FINN:  If that was even a
7    question.  Fair enough.
8          REDACTED
```