# EXHIBIT 9

# To the Declaration of Peter Leckman

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
 1

 2   UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
 3   ------------------------------------------X
     IN RE:  NATIONAL FOOTBALL LEAGUE'S "SUNDAY
 4   TICKET" ANTITRUST LITIGATION,

 5

 6   Civil Action No. 2:15-ml-02668-PSG(JEMx)
     ------------------------------------------X
 7                ***CONFIDENTIAL***

 8

 9      VIDEOTAPED DEPOSITION OF BURKE MAGNUS

10

11

12

13   DATE:   August 4, 2022

14   TIME:   9:08 a.m.

15   PLACE:   ***REMOTE***

16   BEFORE:   Rebecca Schaumloffel, RPR, CCR-NJ

17   JOB NO:   2022-848322

18

19

20

21

22

23

24

25
```

```
 1
 2   A P P E A R A N C E S:
 3
 4    HAUSFELD
          888 16th Street NW, #300
 5        Washington, DC 20006
          Attorneys for the Plaintiff
 6        BY:  FARHAD MIRZADEH, ESQ.
               SCOTT MARTIN, ESQ.
 7
 8
 9
      WILKINSON STEKLOFF
10        Attorneys for the Defendant
          2001 M Street NW
11        10th Floor
          Washington, D.C. 20336
12        BY:  MAX WARREN, ESQ
               CAROLINE LI, ESQ.
13
14
15
16    MUNGER, TOLLES & OLSON, LLP
          Attorneys for ESPN
17        560 Mission Street
          San Francisco, California 94105
18        BY:  EMILY CURRAN-HUBERTY, ESQ.
               NATALIE MOYCE, ESQ.
19
20
      ALSO PRESENT:
21
22        David Mayer, Esq., in-house counsel
          ESPN
23
          Juan Torres, videographer
24
25
              *          *          *
```

3

1          B. MAGNUS

2              THE VIDEOGRAPHER: We are on the
3       record on August 4, 2022, at
4       approximately 9:08 a.m. Eastern Time
5       for the remote video deposition of
6       Mr. Burke Magnus in the matter of In
7       Re: National Football League's
8       "Sunday Ticket" Antitrust Litigation
9       National Football antitrust
10      litigation.
11             My name is Juan Torres and I'm
12      the videographer on behalf of Lexitas.
13             All appearances will be noted on
14      the stenographic record.
15             Will the court reporter please
16      swear in the witness.
17
18  BURKE MAGNUS, called as a witness, having
19  been first duly sworn by a Notary Public of
20  the States of New York, New Jersey, and
21  Pennsylvania was examined and testified as
22  follows:
23             THE COURT REPORTER: I
24      apologize, I need to go off the record
25      for one moment.

                                                                    4

1                    B. MAGNUS

2              THE VIDEOGRAPHER:  The time is

3      9:09.  We are going off the record.

4              (Whereupon, a recess was held.)

5              THE VIDEOGRAPHER:  The time is

6      9:12 a.m.  We are back on the record.

7   EXAMINATION BY

8   MR. MIRZADEH:

9        Q.    Good morning, Mr. Magnus.  My name

10  is Farhad Mirzadeh.  I am an attorney with

11  the law firm Hausfeld.  I'll be taking your

12  deposition today.  I thank you for your time

13  and your agreement to be here.  I will try

14  and move as quickly as possible to wrap up.

15  I know you've got a lot of better things to

16  be doing today.

17             I'm going to ask you some

18  preliminary questions, go over the ground

19  rules of the deposition, and we'll go from

20  there.

21       A.    Thank you.

22       Q.    All right.  Could you please state

23  your name for the record?

24       A.    Sure.

25             Burke, B-U-R-K-E, Magnus,

78

1  B. MAGNUS

2  a game from a different time period to go

3  into prime time for distribution on Sunday

4  Night Football for a variety of reasons, but

5  among them could include that the originally

6  scheduled game did not live up to, you know,

7  its billing from a quality perspective, or

8  perhaps another game that was in a different

9  window became more compelling or higher

10 quality, REDACTED

   under a variety of different

12 conditions for that game to move from where

13 it was to Sunday Night Football.  And then

14 the game that was originally scheduled in

15 Sunday Night Football would also move out of

16 Sunday Night Football to make -- to make room

17 for the new game.

18       Q.    Do you -- do you understand the

19 goal of the flex scheduling to put on a game

20 that's expected to generate the highest

21 ratings on Sunday evening?

22       A.    Yeah.  I don't know what the NFL's

23 goal is because it's not applied to us

24 previously, but my point of view would be

25 that it would be to optimize total audience

                                                                    79
1                         B. MAGNUS

2    by putting, what I'll call, the best game in

3    or upgrading the Sunday Night prime time

4    window with a better game in order to attract

5    higher viewership.

6         Q.   Understood.  Okay.

7              I want to stick to that topic just

8    a little bit, the flexible scheduling.  Do

9    you understand national -- so Sunday Night

10   Football is distributed nationally; is that

11   correct?

12        A.   Yes.

13        Q.   Okay.  So when a game -- when the

14   NFL or Fox or a distributor exercises

15   flexible scheduling to put maybe an afternoon

16   game into the Sunday Night slot, that game is

17   now televised nationally; is that correct?

18        A.   Yes.

19        Q.   Do you understand -- well, for

20   ESPN, is that something that benefits ESPN to

21   have a more popular game, as you were

22   discussing, distributed nationally as opposed

23   to in the afternoon?

24             MS. CURRAN-HUBERTY:  Object to

25        form.