# EXHIBIT 10

# To the Declaration of

# Peter Leckman

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

                                                                1

1                UNITED STATES DISTRICT COURT

2               CENTRAL DISTRICT OF CALIFORNIA

3                                      )
     IN RE:  NATIONAL FOOTBALL         )   Case No.:
4    LEAGUE'S "SUNDAY TICKET"          )   2:15-ml-02668-PSG
     ANTITRUST LITIGATION              )   (JEMX)
5                                      )
     _____   )
6

7

8

9

10

11     HIGHLY CONFIDENTIAL - COMMERCIALLY SENSITIVE

12      VIDEO-RECORDED DEPOSITION OF SEAN MCMANUS

13                   New York, New York

14                 Thursday, July 14, 2022

15

16

17

18

19

20

21

22

23   Reported Stenographically By:
     PATRICIA A. BIDONDE
24   Registered Professional Reporter
     Realtime Certified Reporter
25   JOB#:  845606

```
                                                          2
 1
 2
                         June 27, 2022
 3                       9:19 a.m.
 4
 5
 6          Highly Confidential -
 7   Commercially Sensitive Video-Recorded
 8   Deposition of SEAN MCMANUS, held at the
 9   offices of CBS Sports, 555 West 57th
10   Street, 18th Floor, New York, New York,
11   before Patricia A. Bidonde,
12   Stenographer, Registered Professional
13   Reporter, Realtime Certified Reporter,
14   Certified eDepoze Court Reporter, Notary
15   Public of the States of New York, New
16   Jersey, and Connecticut.
17
18
19
20
21
22
23
24
25
```

3

1             A P P E A R A N C E S

2

3 HAUSFELD LLP

4 Attorneys for Plaintiffs

5       33 Whitehall Street

6       14th Floor

7       New York, New York 10004

8 BY:   SCOTT MARTIN, ESQ.

9       646-357-1195

10      smartin@hausfeld.com

11

12

13 WILKINSON STEKLOFF

14 Attorneys for Defendants NFL

15      2001 M Street, NW

16      10th Floor

17      Washington, D.C. 20036

18 BY:   BRIAN L. STEKLOFF, ESQ.

19      202-847-4030

20      bstekloff@wilkinsonstekloff.com

21 BY:   CAROLINE LI, ESQ.

22      202-804-4255

23      cli@wilkinsonstekloff.com

24

25

4

1      A P P E A R A N C E S  (CONTINUED)

2

3  WEIL, GOTSHAL & MANGES LLP

4  Attorneys for CBS Sports and the witness

5         767 Fifth Avenue

6         New York, New York 10153-0119

7  BY:    YEHUDAH L. BUCHWEITZ, ESQ.

8         212-310-8256

9         yehudah.buchweitz@weil.com

10 BY:    ZACHARY SCHREIBER, ESQ.

11        212-310-8739

12        zach.schreiber@weil.com

13

14 CBS SPORTS

15        555 West 57th Street

16        18th Floor

17         New York, New York 1001

18 BY:   MICHAEL RONA, ESQ.

19 BY:   ANDIE SCHWARTZ, ESQ.

20

21 ALSO PRESENT:

22 CHRISTIAN BIDONDE, Legal Video Specialist

23                  - - -

24

25

5

1              - - -

2          P R O C E E D I N G S

3              - - -

4          THE VIDEOGRAPHER:  We are now on

5     the record.  The time is 9:19 a.m. on

6     July 14, 2022.  Audio and video

7     recording will continue to take place

8     until all parties agree to go off the

9     record.  Please note that microphones

10    are sensitive and may pick up whispering

11    and private conversations.

12         This is the video-recorded

13    deposition of Sean McManus in the matter

14    of NFL Sunday Ticket Antitrust

15    Litigation.  This deposition is being

16    held at CBS Sports, New York, New York.

17         My name is Christian Bidonde.  I

18    am the legal video specialist on behalf

19    of Lexitas.  The certified stenographer

20    is Patricia Bidonde on behalf of

21    Lexitas.  I am not related to any party

22    in this action nor am I financially

23    interested in the outcome.

24         Counsel will state their

25    appearances for the record, then the

6

1  certified stenographer will swear in the
2  witness.
3      MR. MARTIN:  Scott Martin,
4  Hausfeld LLP, New York City, for the
5  class plaintiffs.
6      MR. STEKLOFF:  Brian Stekloff on
7  behalf of the NFL defendants.
8      MS. LI:  Caroline Li on behalf of
9  the NFL defendants.
10      MR. BUCHWEITZ:  Yehudah
11  Buchweitz, Weil, Gotshal & Manges, for
12  the witness, and with me are Zach
13  Schreiber from my office and Michael
14  Rona and Andie Schwartz from CBS Sports.
15  S E A N  M C M A N U S, called as a witness,
16      having been duly sworn by a Notary
17      Public, was examined and testified as
18      follows:
19  EXAMINATION BY
20  MR. MARTIN:
21      Q.   Good morning, Mr. McManus.
22      A.   Good morning.
23      Q.   My name is Scott Martin.  I
24  represent the plaintiffs in this case.  We've
25  already met.  Let me ask you in the first

42

1           MR. STEKLOFF:  Object to form.
2      A.    Yes.
3      Q.    Did that concern you?
4      A.    Without knowing more about it, I
5  wouldn't say it concerned me, but it was a
6  topic of interest for me.
7      Q.    Okay.  Did you have any
8  discussions concerning whether the streaming
9  service would charge significantly less than
10 the current cost for the Sunday Ticket package
11 on DirecTV?
12     A.    Sorry.  Could you say that again.
13     Q.    Sure.  Did you have any
14 discussions concerning the current cost of the
15 Sunday Ticket package on DirecTV?
16     A.    We did.  And just to clarify, the
17 previous questions were with respect to
18 conversations that the NFL was having with
19 possible Sunday Ticket partners.
20           We did have significant
21 conversation on the parameters of the offer
22 that the NFL was going to make for Sunday
23 Ticket, and that was of some concern to us
24 because exclusivity is important to us, and we
25 needed to make sure that the Sunday Ticket

43

1   package wouldn't interfere with our ability to
2   have the broadest distribution and television
3   ratings.
4        Q.   Okay.  Just so that the jury can
5   understand:  When you say "exclusivity,"
6   Mr. McManus, what do you mean?
7        A.   That in a given market, if
8   somebody wants to watch one of our games that
9   we are broadcasting, that they have to watch
10  the CBS station in their market.
11       Q.   And what other parameters were
12  significant to CBS for purposes of those
13  discussions?
14            MR. BUCHWEITZ:  Object to the
15       form.
16            Go ahead and answer.
17       REDACTED

44

1  REDACTED

54

1 REDACTED

6     Q.   Has CBS conveyed to the NFL that
7 its preference would be that the price of
8 Sunday Ticket not substantially decrease to
9 subscribers?
10    A.   We have conveyed that we want it
11 to continue to be a premium package for avid
12 fans.
13 REDACTED

Case 2:15-ml-02668-PSG-SK   Document 964-12   Filed 08/28/23   Page 12 of 12   Page ID #:36077
NFL Sunday Ticket Antitrust Litigation                                        Sean McManus
Highly Confidential

71

```
 1         Q.    And I think you testified, when
 2   asked by Mr. Martin, that that Thursday Night
 3   Football package was not profitable for CBS.
 4   Is that right?
 5         A.    That is correct.
 6         Q.    And can you explain a little bit
 7   more what you mean by "not profitable from a
 8   financial standpoint"?
 9         A.    The revenue we generated was less
10   than we were paying in a rights fee and
11   spending on production.
12         Q.    And is that part of the reason
13   why CBS is no longer broadcasting Thursday
14   night games?
15         A.    Yes.
16         Q.    And in terms of Thursday night
17   games, was NFL network also broadcasting those
18   games simultaneously?
19         A.    They were.
20         Q.    And were some viewers watching
21   games on NFL network as opposed to CBS?
22         A.    I assume so.
23         Q.    Did that have an impact on the
24   revenue being generated by CBS?
25         A.    Yes, it did.
```