# EXHIBIT 11

# To the Declaration of Peter Leckman

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
                                                                    1

 1                  UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
 2


 3         Civil Action No. 2:15-ml-02668-PSG(JEMx)


 4


 5    IN RE: NATIONAL FOOTBALL
      LEAGUE'S "SUNDAY TICKET"
 6    ANTITRUST LITIGATION


 7
          _____/
 8


 9


10


11                        DEPOSITION OF
                          DAVE PIETRYCHA
12


13


14


15              Tuesday, August 16, 2022
                 10:26 a.m. - 3:11 p.m.
16


17                    Remote Location
                  Via Zoom Videoconference
18                   All Parties Remote


19


20


21


22


23


24          Stenographically Reported By:
                  Erica Field, RPR
25
```

```
                                                                   2
 1   APPEARANCES:

 2

 3   On behalf of the Plaintiff:
         LANGER GROGAN & DIVER
 4       1717 Arch Street
         Suite 4130
 5       Philadelphia, Pennsylvania 19103
         (215) 320-5660
 6       BY: KEVIN TRAINER, ESQUIRE
         ktrainer@langergrogan.com
 7

 8   On behalf of the Defendant:
         WILKINSON STEKLOFF
 9       2001 M Street NW
         10th Floor
10       Washington, DC 20036
         (202) 847-4000
11       BY: MAX WARREN, ESQUIRE
             CAITLIN CALLAHAN, ESQUIRE
12       mwarren@wilkinsonstekloff.com
         ccallahan@wilkinsonstekloff.com
13

14   On behalf of the Witness:
         DAVIS POLK & WARDWELL
15       450 Lexington Avenue
         New York, New York 10017
16       (212) 450-4000
         BY: ARTHUR BURKE, ESQUIRE
17           MATTHEW DACHER, ESQUIRE
             GREGORY MORRISON, ESQUIRE
18       arthur.burke@davispolk.com
         matthew.dacher@davispolk.com
19       gregory.morrison@davispolk.com

20

21   ALSO PRESENT:
         Mariano Schwed, NBCUniversal
22       Aydaline Garcia, Videographer

23

24

25
```

3

INDEX OF PROCEEDINGS

| WITNESS | PAGE |
|---|---|
| DAVE PIETRYCHA | 4 |
| DIRECT EXAMINATION BY MR. TRAINER | 5 |
| CROSS-EXAMINATION BY MR. WARREN | 119 |
| CERTIFICATE OF REPORTER | 188 |

EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Forty under 40: Dave Pietrycha | 25 |
| Exhibit 2 | NFL_0989539 | 29 |
| Exhibit 3 | NFL_0474032 | 33 |
| Exhibit 4 | Flexible Schedule Procedures | 42 |
| Exhibit 5 | NFL_0458574 | 57 |
| Exhibit 6 | Sunday_Ticket_NBCU_000000556 | 72 |
| Exhibit 7 | Sunday_Ticket_NBCU_000000852 | 88 |
| Exhibit 8 | Sunday_Ticket_NBCU_000000021 | 110 |
| Exhibit 9 | Sunday_Ticket_NBCU_000000364 | 156 |

4

1     Thereupon,

2     the proceedings began at 10:26 a.m.:

3              THE VIDEOGRAPHER: We are going

4       on the record for the remote 30(b)(6)

5       deposition of Comcast by David

6       Pietrycha on August 16, 2022, at

7       10:27 a.m. Eastern Time in the matter

8       of NFL Sunday Ticket Antitrust

9       Litigation. My name is Aydaline

10      Garcia, and I will be video recording

11      today's remote deposition on behalf of

12      Lexitas.

13            Will counsel please introduce

14      themselves for the record.

15            MR. TRAINER: Kevin Trainer for

16      Plaintiffs from Langer Grogan & Diver.

17            MR. WARREN: Max Warren for the

18      NFL defendants.

19            MR. BURKE: Art Burke

20      representing the witness.

21            THE VIDEOGRAPHER: Will the

22      court reporter please swear in the

23      witness.

24  Whereupon,

25              DAVE PIETRYCHA,

```
                                                              5
 1   having been first duly sworn or affirmed, was

 2   examined and testified as follows:

 3               THE WITNESS:  I do.

 4                 DIRECT EXAMINATION

 5   BY MR. TRAINER:

 6       Q.    Good morning, Mr. Pietrycha.

 7       A.    Good morning.

 8       Q.    Can you please state your name for

 9   the record.

10       A.    David Pietrycha.

11       Q.    Have you ever been deposed before,

12   Mr. Pietrycha?

13       A.    This is my first time.

14       Q.    Welcome.  So a few ground rules

15   just to help things go smooth has possible.

16   Because it's being recorded both on video and

17   by transcript today, it's important that we

18   don't talk over each other.  So I will ask my

19   questions as simply as I can, finish, pause,

20   and then you can answer.  Okay?

21       A.    Yes.

22       Q.    And your counsel, Mr. Burke, may

23   make objections, which is a common component

24   of depositions.  But unless Mr. Burke or

25   another of your counsel has instructed you
```

```
                                                                135
 1    REDACTED
```

(lines 2–21 redacted)

```
22        Q.    And I think you said this is --
23   this flexible scheduling is foundational to
24   the value of the rights that NBC has?
25        A.    Yes.
```