# EXHIBIT 12

# To the Declaration of Peter Leckman

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

1

1               UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
2

3        Civil Action No. 2:15-ml-02668-PSG(JEMx)

4

5

6    IN RE: NATIONAL FOOTBALL
     LEAGUE'S "SUNDAY TICKET"
7    ANTITRUST LITIGATION

8
     _____/
9

10

11

12                   DEPOSITION OF
                     BRIAN ROLAPP
13

14

15               Wednesday, May 18, 2022
                 9:03 a.m. - 3:22 p.m.
16

17                 Remote Location
               Via Zoom Videoconference
18                All Parties Remote

19

20

21

22

23

24           Stenographically Reported By:
                  Erica Field, FPR
25

2

```
 1    APPEARANCES:

 2

 3    On behalf of the Plaintiff:
           LANGER GROGAN & DIVER
 4         1717 Arch Street
           Suite 4130
 5         Philadelphia, Pennsylvania 19103
           (215) 320-5660
 6         BY: PETER LECKMAN, ESQUIRE
               KEVIN TRAINER, ESQUIRE
 7         pleckman@langergrogan.com
           ktrainer@langergrogan.com
 8

 9    On behalf of the Defendant:
           WILKINSON STEKLOFF
10         2001 M Street NW
           10th Floor
11         Washington, DC 20036
           (202) 847-4000
12         BY: RAKESH KILARU, ESQUIRE
           rkilaru@wilkinsonstekloff.com
13

14

15    ALSO PRESENT:
           Kim Ferrari, Paralegal, Langer Grogan
16         Derek Ludwin, Covington & Burling
           Delores DiBella, NFL
17

18    VIDEOGRAPHER:
           Bryan Beltran
19

20

21

22

23

24

25
```

3

INDEX OF PROCEEDINGS

WITNESS                                                    PAGE
BRIAN ROLAPP                                                  5
DIRECT EXAMINATION BY MR. LECKMAN                             5
CROSS-EXAMINATION BY MR. KILARU                             254
REDIRECT EXAMINATION BY MR. LECKMAN                         268
CERTIFICATE OF REPORTER                                     276

EXHIBITS

EXHIBIT                   DESCRIPTION                      PAGE
Exhibit 1     LinkedIn Page                                11
Exhibit 2     NFL_1089663                                  23
Exhibit 3     The Jockey Club Article                      43
Exhibit 4     NFL_0511106                                  65
Exhibit 5     NFL_0244331                                  66
Exhibit 6     NFL_0513393                                  76
Exhibit 7     NFL_0012383                                  78
Exhibit 8     NFL'S Digital Chief: Football                85
              is the Only Sure Bet
Exhibit 9     NFL_0090791                                 131
Exhibit 10    NFL_1105761                                 137
Exhibit 11    NFL_0055732                                 148
Exhibit 12    NFL_0609532                                 161
Exhibit 13    NFL_00335468                                190
Exhibit 14    NFL_1089631                                 217
Exhibit 15    NFL_0864442                                 226
Exhibit 16    NFL_1221708                                 233
Exhibit 17    NFL_1215804                                 238
Exhibit 18    NFL_1216326                                 241
Exhibit 19    NFL_1199512                                 244
Exhibit 20    Cached Version of DAZN's Sale               252
              of NFL Game Pass
Exhibit 21    NFL_1137717                                 256

4

1    Thereupon,

2    the proceedings began at 9:03 a.m.:

3              THE VIDEOGRAPHER:  We are on the

4         record on May 18, 2022, at

5         approximately 9:03 a.m. Eastern Time

6         for the remote video deposition of

7         Mr. Brian Rolapp in the matter of In

8         Re:  National Football League Sunday

9         Ticket Antitrust Litigation.

10             My name is Bryan Beltran, and I

11        am the videographer.

12             Will counsel please introduce

13        themselves for the record beginning

14        with the party noticing this

15        proceeding.

16             MR. LECKMAN:  Peter Leckman from

17        Langer Grogan & Diver.  With me also

18        is Kevin Trainer, another attorney

19        from our office, and Kim Ferrari, a

20        paralegal from the office.

21             MR. KILARU:  And this is Rakesh

22        Kilaru on behalf of defendants from

23        Wilkinson Stekloff.  With me in the

24        room is Max Warren also from Wilkinson

25        Stekloff, Derek Ludwin from Covington

5

```
 1              & Burling, and Delores DiBella from

 2              the NFL, and I also have Caroline Li

 3              from Wilkinson Stekloff joining via

 4              Zoom.

 5                     THE VIDEOGRAPHER:  Thank you.

 6              Will the court reporter please swear

 7              in the witness.

 8    Whereupon,

 9                     BRIAN ROLAPP,

10       having been first duly sworn or affirmed, was

11       examined and testified as follows:

12                     THE WITNESS:  I do.

13                      DIRECT EXAMINATION

14       BY MR. LECKMAN:

15              Q.    Good morning, Mr. Rolapp.

16              A.    Good morning.

17              Q.    Have you ever been deposed before?

18              A.    I have.

19              Q.    How many times?

20              A.    I would say roughly five or six.

21              Q.    And were any of those depositions

22       conducted remotely?

23              A.    No.

24              Q.    It's the first for both of us.

25              A.    Yes.
```

50

1              I think nationally I'm not sure

2     they're really in a competition for

3     viewership on television.  I think the way we

4     program it is we try to give as many teams

5     exposure as possible nationally.

6     BY MR. LECKMAN:

7         Q.    Do clubs compete with other NFL

8     clubs for the sale of their regular season

9     telecast rights?

10             MR. KILARU:  Object to the form.

11        A.    The television rights are pooled

12    collectively at the league level, is what our

13    model is.

14    BY MR. LECKMAN:

15        Q.    Clubs may not sell regular season

16    telecasts themselves, correct?

17        A.    No.

18        Q.    They may not enter into individual

19    agreements with any networks?

20        A.    No.

21        Q.    With any satellite TV providers?

22        A.    Not for game distribution, no.

23        Q.    And they may not enter into any

24    individual agreements for game distribution

25    with any internet competing services?

51

1        A.    No.

2        Q.    The clubs have ceded those rights

3   to the league?

4        A.    Yes.

5        Q.    And the league sells those rights

6   collectively?

7        A.    Yes.

8        Q.    Now, during your tenure at the

9   league, has the league ever discussed

10  returning telecast rights to the individual

11  clubs?

12             MR. KILARU:  Object to the form.

13       A.    Not that I remember.

14  BY MR. LECKMAN:

15       Q.    During your tenure at the league,

16  has the league conducted any studies

17  analyzing what would happen if the clubs were

18  able to exploit their regular season telecast

19  rights independently?

20             MR. KILARU:  Object to the form.

21       A.    Not that I remember.

22  BY MR. LECKMAN:

23       Q.    Are you aware of any studies

24  examining the effect of independent club

25  telecast distribution on the overall

62

1    but at 1:00 that's a regionalized window.

2    BY MR. LECKMAN:

3        Q.    Okay.  So on Sunday afternoons,

4    how many windows are there on Sunday

5    afternoons?

6        A.    Two.

7        Q.    And how many games are carried

8    over the air on those two windows?

9              MR. KILARU:  Object to the form.

10        A.    In a particular --

11   BY MR. LECKMAN:

12        Q.    In a particular DMA -- I'm sorry.

13             MR. KILARU:  Object to the form.

14   BY MR. LECKMAN:

15        Q.    I'm getting ahead of myself.

16             But what would you say -- how

17   would you define designated marketing area?

18        A.    I think a designated marketing

19   area refers to, generally, the area -- well,

20   it's a term in Nielsen about a general local

21   broadcast market is a DMA, designated market

22   area.

23        Q.    Okay.  And so in a particular DMA,

24   how many telecasts are available over the air

25   on Sunday afternoons during regular season?

63

1              MR. KILARU:  Object to the form.

2         A.      Depending on the DMA.  Not all

3    DMAs are created equal because they sometimes

4    overlap, but in a typical DMA that doesn't

5    overlap, they'll get one game at 1:00, one

6    game at 4:00 on a particular market, and

7    then -- let me step back.

8              In a typical DMA, you will get on

9    a Sunday afternoon three games.  There's a

10   single-header network that's got one.

11   There's a double-header network you'll get

12   two.  So you'll get three games for that

13   market, plus you'll get a Sunday night game

14   and, obviously, a Monday and a Thursday.

15   BY MR. LECKMAN:

16        Q.   So would you agree that fans that

17   only have access to NFL games over the air

18   cannot make a personal decision as to what

19   game to watch on Sunday afternoons across the

20   slate of games available on Sunday afternoon?

21              MR. KILARU:  Object to the form.

22        A.   If they're only watching on

23   broadcast and they have not availed

24   themselves of other options we have, whether

25   that's buying Sunday Ticket, whether that's

87

1      Q.    Is that something you said as best
2  you recall?
3      A.    As best I recall, yes.
4      Q.    Do you still agree with this
5  statement?
6      A.    Yes.  I think by far NFL football
7  is the most popular content on television.
8      Q.    And what did you mean when you
9  said, as far as you can tell, football is the
10  only sure bet?
11      A.    I think what I meant is it's the
12  only sure bet from an advertising standpoint
13  if you knew you wanted to advertise and reach
14  a large audience, which television used to be
15  really good at in aggregating audiences.  Now
16  it's only really good at doing that for
17  events and more specifically for football.
18          I think it's a sure bet in that
19  the fan knows you're going to get a
20  high-quality product that they can access.  I
21  think it's the bedrock of over-the-air
22  television.
23      Q.    What days of the week are live NFL
24  games telecast during the regular season,
25  let's say, last year?

88

1      A.    Sunday, Monday, Thursday, and late

2  in the season, regular season, Saturdays, the

3  last half of December.

4      Q.    And the league partners with

5  different companies to produce the games; is

6  that right?

7      A.    That is right.

8      Q.    So can you walk us through a week

9  of regular season NFL football, say last

10  year, and explain who produced the games and

11  where the games were telecast?

12     A.    Sure.

13           So in a typical week, the week

14  technically starts on a Thursday night where

15  a fan will watch Thursday Night Football.

16  Last year that was available in three places,

17  Fox Television Network, the NFL Network, you

18  know, on Amazon Prime.

19           Come Sunday, a fan would see games

20  at 1:00 in the their market free over the air

21  as well as at 4:00, 4:25, depending on the

22  game, there's games there.  And then on

23  Sunday night, there's a prime time game on

24  NBC.  The Sunday afternoon games, I should

25  say, are on CBS and Fox.

89

1        And then on Monday night, there is

2   a game on ESPN.  In that instance if the

3   game -- if you're in the local market of the

4   participating clubs, you will have an option

5   to watch that on over-the-air broadcast as

6   well.

7        And then there's a bunch of

8   different ways if you want watch games or

9   follow the action where you can buy Sunday

10  Ticket to DirecTV.  You can buy the Red Zone

11  Channel through your cable operator.  You can

12  follow along highlights on digital, whether

13  it's social platforms or our digital assets,

14  numerous highlight shows on the NFL Network

15  and elsewhere.

16       So during those game windows,

17  there's a lot of places where you can consume

18  NFL football and follow it.

19       And then late -- and then in

20  certain weeks at 9:30 a.m. in the morning

21  Eastern, there are games on the NFL Network,

22  and on some Saturdays there are games on the

23  NFL Network as well.  Again, over the air in

24  the markets of the local -- or the

25  participating clubs in those games.

120

1      Q.    It's not available on Fubu TV?

2      A.    No.

3      Q.    So it's fair to say that the only

4  way to watch those telecasts carried on

5  Sunday Ticket is to be a subscriber to

6  DirecTV?

7      A.    Correct.

8      Q.    Would you agree that more

9  consumers would subscribe to Sunday Ticket if

10  it were available from additional

11  distributors?

12          MR. KILARU:  Object to the form.

13      A.    I think it's possible.  I think it

14  depends what it's priced at, how widely

15  distributed it is, what happens to Sunday

16  afternoon games that are free now in that

17  situation, in that hypothetical.

18  BY MR. LECKMAN:

19      Q.    Would you agree that there are

20  some NFL fans who are primarily fans of a

21  particular team as opposed to the league as a

22  whole?

23          MR. KILARU:  Object to the form.

24      A.    Yes, I would agree with that.

25

121

1   BY MR. LECKMAN:

2        Q.    Are consumers able to buy Sunday

3   Ticket packets containing just a single

4   team's games?

5        A.    They are not.

6        Q.    And are they able to buy any other

7   sort of light version of Sunday Ticket

8   containing less than all of the out-of-market

9   games?

10       A.    No.

11       Q.    Are you familiar with how other

12  professional leagues distribute their

13  out-of-market packages?

14       A.    In broad terms, yes.

15       Q.    Do you know if consumers can

16  subscribe to Major League Baseballs

17  out-of-market package through DirecTV?

18       A.    Yes, they can.

19       Q.    Comcast?

20       A.    I believe so.

21       Q.    Cox?

22       A.    I believe so.  I'm not certain,

23  but I believe so.

24       Q.    Dish?

25       A.    I believe so.

124

```
 1   bucks.  I could be wrong, but somewhere

 2   around there.

 3        Q.    Yeah.  I will represent to you

 4   that, as far as I know, it's $6.99.

 5        A.    Okay.  Well, maybe they're

 6   overcharging me.

 7        Q.    And for that $6.99 or 10 or $12,

 8   an ESPN Plus subscriber gets not just all of

 9   the NHL's out-of-market games, but also all

10   of the other programming carried on ESPN

11   Plus; is that right?

12        A.    Yes, I believe that's right.

13        Q.    And are you aware that ESPN Plus

14   includes live soccer, baseball, boxing, mixed

15   martial arts, golf, tennis, cricket, and

16   lacrosse?

17        A.    That sounds right.  I haven't

18   watched the majority of the sports, but that

19   sounds right.

20        Q.    Do you believe the price of the

21   NFL Sunday Ticket should change to respond to

22   the low price of ESPN Plus?

23             MR. KILARU:  Object to the form.

24        A.    Not necessarily.  I think NFL

25   Sunday Ticket is priced at a premium.  It's
```

125

1   priced commensurate with its value.  We don't

2   set price, but I think it's -- you know, it's

3   a premium product.  Should have premium

4   pricing.

5   BY MR. LECKMAN:

6       Q.   Do you believe the prices of the

7   other -- so it sounds like you don't believe

8   that the prices of the other out-of-market

9   packages should affect the price of the NFL

10  Sunday Ticket?

11          MR. KILARU:  Object to the form.

12      A.   I believe that there's nothing

13  that -- the NFL football is in a class if

14  it's own and is a premium product in and of

15  itself.  And so if -- I think, you know,

16  certainly it's probably worth more to a

17  consumer than the NHL Center Ice product.

18  BY MR. LECKMAN:

19      Q.   Being a subscriber to DirecTV's

20  linear package is a prerequisite if you want

21  to receive Sunday Ticket as part of your

22  television service; is that right?

23      A.   I believe in general that's right.

24  I think they offer at times promotions where

25  you can get Sunday Ticket for free -- you can

126

1   get DirecTV for free if you buy Sunday

2   Ticket.  But for the most part, I think

3   that's right.

4        Q.    Do you know how much the DirecTV

5   basic package costs, approximately?

6        A.    I don't remember offhand, no.

7        Q.    And so on top of the basic DirecTV

8   package, you have to then buy on top of that

9   the Sunday Ticket package; is that right?

10       A.    I think, as a general matter,

11  that's correct.

12       Q.    Do you know how much Sunday Ticket

13  cost last year?

14       A.    I don't know the exact price.  I

15  think the average price was anywhere from 250

16  to 285 a season, but I don't know where we

17  landed exactly.

18       Q.    And what is Sunday Ticket Max?

19       A.    I think -- Sunday Ticket Max is a

20  product that includes Red Zone and some

21  other -- which I don't remember offhand --

22  premium products on top of Sunday Ticket.

23       Q.    Do you know how much Sunday Ticket

24  Max cost last year?

25       A.    Not offhand.

127



1     Q.    Would you be surprised to learn
2  that it was $395?
3     A.    No, I wouldn't be surprised.
4  REDACTED

128



1   REDACTED

15      Q.    Has the league ever offered

16   suggestions to DirecTV on what the price of

17   Sunday Ticket should be?

18      A.    I think we've -- I think we've

19   expressed to DirecTV our view that this is a

20   premium and should be treated as such.

21   Again, we don't determine price, but we

22   certainly believe it's of high value and

23   should be reflected that way and that we want

24   to make sure it's complementary to our media

25   model.

129

1       Q.    So has the league ever pushed back

2   on a price DirecTV wanted to set for Sunday

3   Ticket?

4       A.    I don't know.  I'm sure we have

5   given input.  I haven't ever done that

6   personally.  I don't know if others in the

7   organization have.  I'm sure we made our

8   views known, but I don't know of a particular

9   instance.

10      Q.    Who would you say is the person

11  most knowledgeable at the league about how

12  Sunday Ticket is priced?

13      A.    I don't know -- I don't know -- I

14  don't know who that would be, quite frankly.

15      Q.    Okay.  And DirecTV can set a price

16  for Sunday Ticket without worrying about the

17  price that another cable company or another

18  company would set for its version of Sunday

19  Ticket, correct?

20          MR. KILARU:  Object to the form.

21      A.    You would have to ask them how

22  they think about it.  I don't know how they

23  think about it.

24  BY MR. LECKMAN:

25      Q.    But there's no competing cable

130

1    version of Sunday Ticket?

2         A.    No, Sunday Ticket is not

3    distributed on cable.

4         Q.    And there's no digital version of

5    Sunday Ticket offered by a competitor of

6    DirecTV?

7         A.    There's not.

8         Q.    So is it fair to say that DirecTV

9    has a monopoly in any given DMA over the NFL

10   telecasts not carried by CBS and Fox in that

11   DMA?

12              MR. KILARU:   Object to the form.

13        A.    What I would say is DirecTV has an

14   exclusive arrangement for Sunday Ticket.

15   BY MR. LECKMAN:

16        Q.    You would agree that the only way

17   for a consumer to obtain those telecasts is

18   through DirecTV?

19        A.    Of the full telecast for those

20   games, yes, I would agree with that.

21   REDACTED

200

1    likely what would happen is these would no

2    longer be free.  CBS and Fox would now -- you

3    would have to pay for it.  That's what I

4    think would happen.

5         Q.    And are you aware -- what's your

6    understanding of the Sports Broadcasting Act

7    in terms of what games the NFL can

8    collectively sell?

9         A.    I don't know the act in and out,

10   so I don't -- I'm not sure the particulars.

11        Q.    Are you aware that the Sports

12   Broadcasting Act allows the NFL to sell the

13   pooled rights of the clubs to over-the-air

14   networks but not to cable networks?

15             MR. KILARU:  Object to the form.

16        A.    I don't know what the legislation

17   says.  I know when the legislation was

18   drafted paid TV didn't exist.

19   REDACTED





203

```
1   BY MR. LECKMAN:
2        Q.    Would it be fair to say that --
3   you mentioned earlier that the average annual
4   deal is roughly $2 billion.
5             And would it be fair to say that
6   the NFL can earn more from the networks by
7   limiting the accessibility of the games
8   carried on Sunday Ticket?
9        A.    I wouldn't agree with that.
10       Q.    In what way is that wrong?
11       A.    I think we -- I think -- I have no
12  evidence to know that if we changed Sunday
13  Ticket -- well, I will say it this way.
14            I think we make it broadly
15  available.  I don't know what the networks
16  would pay or not pay specifically if we
17  changed that model drastically.
18       Q.    If you had pushed back at Fox and
19  you had said, No, listen, we are going to
20  create an owned-and-operated Sunday Ticket
21  product, and we're going to price it at $70 a
22  season, do you think Fox would have still
23  paid anything for the rights to carry the
24  games over the air?
25            MR. KILARU:  Object to the form.
```

204

1      A.    I don't know what they would have

2  paid.  I think -- so they can only answer

3  that, and we never really had that

4  discussion.

5          But what I do think is if they --

6  the more we eroded their exclusivity or

7  threatened their over-the-air, it forced them

8  into other models, and ultimately whatever

9  they could generate in those models very much

10 could generate what they could afford to pay.

11 What those economics are, I don't know.

12 BY MR. LECKMAN:

13     Q.    Okay.  But they probably would

14 have paid you less?

15     A.    I honestly don't know the answer

16 to that.  But I think the less exclusivity,

17 my guess is the less value they can generate

18 from a business, advertising, et cetera,

19 which would, by definition, give them less

20 ability to pay us a high rights fee.  I think

21 that would be how it would work out.

22     Q.    You testified early that radio

23 broadcasts of out-of-market games are widely

24 available; is that right?

25     A.    Yes.

241

1



242

1