# EXHIBIT 13

# To the Declaration of Peter Leckman

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
 1
 2              UNITED STATES DISTRICT COURT
 3              CENTRAL DISTRICT OF CALIFORNIA
 4    --------------------------X
      IN RE: NATIONAL FOOTBALL    |
 5    LEAGUE'S "SUNDAY TICKET"    | CASE NO.:
                                  | 2:15-ml-02668-PSG(JEMx)
 6    ANTITRUST LITIGATION        |
      _____ |
 7    THIS DOCUMENT RELATES TO    |
      ALL ACTIONS                 |
 8    --------------------------X
 9                  DEPOSITION OF
10                  HANS SCHROEDER
11                NEW YORK, NEW YORK
12                  July 28, 2022
13
14    REPORTED BY:  KIARA MILLER
15    FILE NO.:  843671
16
17
18
19
20
21
22
23
24
25
```

```
                                                                2
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3      --------------------------X
        IN RE: NATIONAL FOOTBALL   |
 4      LEAGUE'S "SUNDAY TICKET"   | CASE NO.:
                                   | 2:15-ml-02668-PSG(JEMx)
 5      ANTITRUST LITIGATION       |
        _____|
 6      THIS DOCUMENT RELATES TO   |
        ALL ACTIONS                |
 7      --------------------------X

 8

 9          Deposition of HANS SCHROEDER, taken on behalf

10          of Plaintiff, at 620 Eighth Avenue, New York,

11          New York, commencing at 10018, Thursday, July

12          28, 2022, before Kiara Miller.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 2:15-ml-02668-PSG-SK Document 964-15 Filed 08/28/23 Page 4 of 13 Page ID #:36117
NFL Sunday Ticket Antitrust Litigation
Hans Schroeder

3

1  A P P E A R A N C E S:

2

3

4           SUSMAN GODFREY, LLP
            Attorneys for Plaintiff
5           1900 Avenue of the Stars, Suite 1400
            Los Angeles, California 90067
6
            BY: IAN GORE, ESQ.
7               REBEKAH STROTMAN, ESQ.

8

9

10
            WILKINSON STEKLOFF
11          Attorneys for Defendants
            2001 M Street, NW, 10th Floor
12          Washington, D.C. 20036
            EMAIL: BSTEKLOFF@WILKINSONSTEKLOFF.COM
13
            BY: BRIAN L. STEKLOFF, ESQ.
14              BLAKE NEAL, ESQ.
                CAROLINE LI, ESQ.
15

16

17  ALSO PRESENT:

18  JANET NOVA, NFL

19  MICHAEL BENNETT, Videographer

20

21

22

23

24

25

4

1      VIDEOGRAPHER:  We are now on
2  the record.  My name is Michael
3  Bennett, I am a videographer
4  retained by Lexitas.  This is a
5  video deposition for the United
6  States District Court central
7  district of California.  Today's
8  date is July 28th, 2022.  The time
9  is approximately 9:53 a.m.  This
10 deposition is being held at the
11 offices of Covington and Burling,
12 LLP.  Located at 620 8th Avenue in
13 New York, New York.
14     It is being taken in the
15 matter National Football Leagues
16 Sunday Ticket anti-litigation.  Case
17 No. 215ML02668.  The deponent is
18 National Football League, Inc., and
19 NFL Enterprises LLC, by Hans
20 Schroeder.
21     Would counsel please identify
22 themselves.
23     MR. GORE:  Ian Gore from
24 Susman Godfrey firm on behalf of the
25 plaintiffs.  Rebekah Strotman from

5

1            Susman Godfrey on behalf of the
2            plaintiffs.
3                 MR. STEKLOFF:  Brian Stekloff
4            on behalf of the NFL defendants.
5            Blake Neal on behalf of the NFL
6            defendants.  Caroline Li on behalf
7            of the NFL defendants.  Janet Nova
8            on behalf of the NFL.
9                 VIDEOGRAPHER:  Thank you all
10           very much.  The court reporter is
11           Kiara Miller and I would ask her to
12           please now swear in the witness.
13
14  H A N S  S C H R O E D E R, after having first been
15  duly sworn by a Notary Public of the State of New
16  York, was examined and testified as follows:
17                COURT REPORTER:  Please state
18           your name for the record.
19                THE WITNESS:  Hans Schroeder.
20                COURT REPORTER:  Please state
21           your address for the record.
22                THE WITNESS:  My current home
23           address 279 Rye Beach Avenue, Rye,
24           New York 10580.
25  EXAMINATION BY

6

1  MR. GORE:

2  BY MR. GORE:

3      Q   Good morning Mr. Schroeder, again.
4  My name is Ian Gore representing the
5  plaintiffs in the case.  Have you ever been
6  deposed before, sir?
7      A   I have.
8      Q   How many times?
9      A   Once.
10     Q   And do you remember what the case
11 was about in that one case?
12     A   It was related to a dispute with
13 the NFL players association.
14     Q   How long ago was that?
15     A   I would guess at least a decade or
16 so I would think.  In that the ballpark
17 maybe a little bit longer.
18     Q   Just a few ground rules make sure
19 we're on the same page as we go through the
20 day.  One, I would just ask that we avoid
21 talking over each other; so, please just try
22 to make sure I finish my question before you
23 begin responding.  Likewise, I will try to
24 make sure you finished your response before
25 I jump into a question; is that okay?

19

1  league and shared by the league for live
2  games on television.
3      Q    And to pursue that model of game
4  distribution the teams had to pull their
5  rights to televise their regular season
6  games to the league, correct?
7      A    I think the league had the right
8  to distribute the collective set of clubs
9  games as part of media deals that the league
10 offered.
11     Q    And for the league to participate
12 in a media deal like that the teams had to
13 pull their collective rights to televise
14 games to the league, correct?
15          MR. STEKLOFF:  Objection.
16      Asked and answered.  You can answer
17      again.
18     A    The league -- or the teams granted
19 to the league and the league offered those
20 collective set of rights related to all
21 regular season and post season games across
22 the league.
23     Q    And since the time that that model
24 has been in place the teams have not been
25 permitted to license television broadcast of

20

1 their regular season games, correct?

2     A    The clubs granted those rights to

3 the league and that's been our operating

4 model since that point in time, which has

5 been critical to the league's success over

6 time to have that collectively shared

7 revenue in the media model that we do. That

8 is so foundational for us on a number of

9 levels. It is inherent and critical to the

10 competitive dynamic to enables us as a

11 league to have 32 clubs that all have a

12 competitive chance and drives the popularity

13 of those clubs in a way that is different

14 and unique with the national distribution

15 that we have verses other leagues. And the

16 popularity that we see across our clubs and

17 the competitiveness that we see across our

18 clubs through the range of different market

19 sizes.

20           MR. GORE: I'm going to move

21     to strike as non-responsive.

22     Q    My question was a little bit more

23 narrower than that it wasn't really asking

24 why. My question was since the time that

25 model has been in place the teams are not

21

1   permitted to license television broadcast of
2   their regular season games, right?
3        A    The league has the right to
4   license for media platforms for television
5   platforms, let me be more precise.  The
6   rights related to all regular seasons and
7   post seasons games.
8        Q    That right that's held by the
9   league is exclusive to the league?
10       A    The league holds the right to
11  license on television the distribution of
12  our live game broadcast.
13       Q    Right.  But the team is not
14  permitted to co-license television broadcast
15  of their regular season games?
16       A    The league has those rights.
17       Q    So, if a team wanted to televise a
18  regular season game it could not, correct,
19  on its own?
20       A    The league has those rights.
21       Q    Can a club license television
22  broadcast of their regular season games in
23  addition to the league?
24       A    The clubs have granted to the
25  league the right to license all broadcast

22

1  related to regular and post season games on
2  the television.
3       Q    Is that an exclusive right to the
4  league?
5       A    The league has those rights.
6       Q    Does anybody else have the right
7  to license television broadcast of regular
8  season games outside of the league?
9       A    The league has the rights to
10 license all regular season and post season
11 game broadcast on the television.
12      Q    I understand that the league can't
13 license those games I'm asking if anybody
14 else that can license those games?
15      A    As I said the clubs have granted
16 the league those rights to do that.
17      Q    But it's an exclusive license it's
18 not a --
19      A    It's the league's right to do
20 that.
21      Q    Is that right held by the league
22 enshrined in the NFL constitution and
23 by-laws?
24      A    It is.
25      Q    And where?

50

```
 1  or different audience we're trying to reach.
 2  Those things as we work collaboratively and
 3  proactively to try to reach and expand or
 4  engagement with those type audiences, you
 5  know probably because they're newer there's
 6  even sort of a more probably active level of
 7  conversation.
 8       Q    Do those conversations between the
 9  NFL and Direct TV teams include the price
10  the Direct TV is proposing to charge
11  consumers for Sunday Ticket?
12       A    Direct TV sets the price for
13  Sunday Ticket.
14       Q    Right.  I'm just asking is that
15  part of the conversation?
16       A    Direct TV will share with us their
17  plans and what they are going to price
18  Sunday Ticket at.
19       REDACTED
```

57

1   thoughts as we sit here now, which is they
2   have the rights.  I think we like the
3   collective model that we have that creates
4   National appeal for all our teams.  And a
5   single team model would have some
6   considerations to that.  I'm sure they would
7   have to tell you that, but we like the
8   emphasis on the whole that all our clubs are
9   contributing and interesting to the fan base
10  and that changes year to year.  So, as it
11  relates specifically to a single club I
12  think you'd have to ask Direct TV.
13       Q    There any specific economic
14  considerations related to offering a single
15  team package that concerns the NFL?
16            MS. BURKE:  Object to form,
17       but you can answer.
18       A    I think one of the real strikes
19  for us is the collective focus on all 32.
20  And there's no direct economic aspect today
21  as I think those revenues would still be
22  shared equally.  But overtime I think we
23  would have a great consideration about
24  underminding what has been so critical and
25  important to us about how the overall model,