# EXHIBIT 14

# To the Declaration of Peter Leckman

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4     -------------------------)
       IN RE:  NATIONAL FOOTBALL)      Civil Action No.
 5     LEAGUE'S "SUNDAY TICKET" )      2:15-ml-02668-PSG(JEMx)
       ANTITRUST LITIGATION     )
 6     -------------------------

 7

 8

 9

10

11

12                      HIGHLY CONFIDENTIAL

13           VIDEOTAPED DEPOSITION OF ROBERT STECKLOW

14                 FRIDAY, SEPTEMBER 23, 2022

15                         9:12 a.m.

16

17

18

19

20

21

22

23

24
       Reporter:  Elizabeth M. Kondor, CCR
25     Job No. 2022-859410
```

```
                                                                2
 1   A P P E A R A N C E S:

 2
         Appearing on behalf of the Plaintiffs:
 3
         SUSMAN GODFREY LLP
 4           1301 Avenue of the Americas
             32nd Floor
 5           New York, New York 10019
             212.729.2016
 6      BY: TYLER FINN, ESQ.
             tfinn@susmangodfrey.com
 7

 8
         Appearing on behalf of the NFL Defendants:
 9
         WILKINSON STEKLOFF
10           130 West 42nd Street
             24th Floor
11           New York, New York 10036
             212.294.8910
12           BY:  JEREMY S. BARBER, ESQ.
                   jbarber@wilkinsonstekloff.com
13           BY:  JUSTIN MUNGAI, ESQ.
                   jmungai@wilkinsonstekloff.com
14

15      Appearing on behalf of DIRECTV and the
        witness:
16
        O'MELVENY & MYERS, LLP
17           Times Square Tower
             7 Times Square Tower
18           New York, New York 10036-6537
             212.326.2000
19           BY:   JEFFREY A. N. KOPCZYNSKI, ESQ.
                    jkopczynski@omm.com
20           BY:   MANSURA SIRAJEE, ESQ.
                    msirajee@omm.com
21

22   ALSO PRESENT:

23   DANNY ORTEGA, Videographer

24

25
```

3

1                         I N D E X

2  WITNESS                                              PAGE

3  ROBERT STECKLOW

4        EXAMINATION BY MR. FINN                          6

5        EXAMINATION BY MR. BARBER                      129

6

7
                          E X H I B I T S
8
     STECKLOW              DESCRIPTION                  PAGE
9
      Exhibit 1      LinkedIn Profile........... 8
10
      Exhibit 2      E-mail thread,
11                   DIRECTV-ST-00231244 - 45... 24

12    Exhibit 3      11/8/16 e-mail with
                     attachment,
13                   DIRECTV-ST-00214016 - 028.. 32

14    Exhibit 4      E-mail thread,
                     DIRECTV-ST-00257960 - 61... 42
15
      Exhibit 5      E-mail thread,
16                   DIRECT-ST-00459950 - 52.... 51

17    Exhibit 6      2/19/16 e-mail with
                     attachment, NFL_0293994 -
18                   998....................... 54

19    Exhibit 7      E-mail thread,
                     DIRECTV-ST-00439789 - 791.. 57
20
      Exhibit 8      E-mail thread,
21                   DIRECTV-ST-00439783 - 85... 64

22    Exhibit 9      E-mail thread,
                     DIRECTV-ST-00226817 - 22... 66
23
      Exhibit 10     10/13/16 e-mail with
24                   attached PowerPoint,
                     DIRECTV-ST-00215549 - 55... 73
25

E X H I B I T S (Continued)

| STECKLOW | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 11 | PowerPoint, DIRECTV-ST-00228362 - 429 | 79 |
| Exhibit 12 | E-mail thread with attachment, DIRECTV-ST-00217694 - 701 | 98 |
| Exhibit 13 | E-mail thread DIRECTV-ST-00443686 - 88 | 106 |
| Exhibit 14 | 9/25/2020 e-mail with attachment, DAN-NFLST-008975 - 018 | 111 |

(EXHIBITS ANNEXED HERETO)

1      VIDEOGRAPHER:  We are now on the
2  record.  My name is Danny Ortega, and I'm
3  the legal videographer for Lexitas
4  Reporting.
5      Today's date is September 23, 2022,
6  and the time is 9:12 a.m.  This video
7  deposition is being held at 1301 Avenue of
8  the Americas, New York, New York, in the
9  matter of the NFL "Sunday Ticket" Antitrust
10  Litigation for the United States District
11  Court for the Central District of
12  California.
13      The deponent today is Robert
14  Stecklow.
15      Counsel, please identify yourselves
16  for the record.
17      MR. FINN:  Tyler Finn from Susman
18  Godfrey on behalf of the plaintiffs.
19      MR. KOPCZYNSKI:  Jeffrey Kopczynski
20  and Monsura Sirajee from O'Melveny & Myers
21  on behalf of DIRECTV and the witness.
22      MR. BARBER:  Jeremy Barber and Justin
23  Mungai from Wilkinson Stekloff on behalf of
24  the NFL defendants.
25      And if I could make a record, I

6

1       believe we have an agreement that any
2       objections by DIRECTV will count as NFL
3       objections and presumably vice versa.
4            MR. KOPCZYNSKI:  Agreed.
5            MR. FINN:  Agreed.
6            VIDEOGRAPHER:  The court reporter
7       today, Betsy Kondor, will now swear in the
8       witness.
9  R O B E R T   S T E C K L O W, having been first
10 duly sworn, testified as follows;
11 EXAMINATION BY MR. FINN:
12      Q.   Good morning.
13      A.   Good morning.
14      Q.   Can you please state your full name
15 for the record.
16      A.   Robert Stecklow.
17      Q.   And, Mr. Stecklow, have you ever been
18 deposed before?
19      A.   I have.
20      Q.   And how many times?
21      A.   This will be my second.
22      Q.   And what was the nature of the first
23 matter?
24      A.   It was a case against DIRECTV on a
25 channel that was launched that I was deposed

145

1  REDACTED