# EXHIBIT 15

# To the Declaration of Peter Leckman

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

1

```
 1
 2  UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA
 3  --------------------------------------------X
    IN RE:  NATIONAL FOOTBALL LEAGUE'S "SUNDAY
 4  TICKET" ANTITRUST LITIGATION,
 5
 6  Civil Action No. 2:15-ml-02668-PSG(JEMx)
    --------------------------------------------X
 7
 8
 9      VIDEOTAPED DEPOSITION OF PAUL TAGLIABUE
10
11
12
13  DATE:  June 2, 2022
14  TIME:  9:09 a.m.
15  PLACE:  ***REMOTE***
16  BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ
17  JOB NO:  2022-845601
18
19
20
21
22
23
24
25
```

```
 1
 2   A P P E A R A N C E S:
 3
 4
     LANGER GROGAN & DIVER
 5       Attorneys for the Plaintiffs
         1717 Arch Street, Suite 4130
 6       Philadelphia, Pennsylvania 19103
         BY:  HOWARD LANGER, ESQ.
 7            KEVIN TRAINER, ESQ.
              PETER LECKMAN, ESQ.
 8
 9
10
11   WILKINSON STEKLOFF
         Attorneys for the Defendant
12       NFL
         2001 M Street NW
13       10th Floor
         Washington, D.C. 20336
14       BY:  BLAKE NEAL, ESQ.
              MAX WARREN, ESQ.
15            RAKESH KILARU, ESQ.
16
17
18
     COVINGTON & BURLING
19       Attorneys for the NFL and
         the witness
20       One CityCenter
         850 Tenth Street, NW
21       Washington, DC 20001-4956
         BY:  DEREK LUDWIN, ESQ.
22
23
24
25
```

Case 2:15-ml-02668-PSG-SK Document 964-17 Filed 08/28/23 Page 4 of 12 Page ID #:36138
NFL Sunday Ticket Antitrust Litigation
Paul Tagliabue
June 02, 2022

3

1
2  ALSO PRESENT:
3
4
5   Dolores DiBella, Esq., NFL
6   Kim Ferrari, paralegal
7   Aydaline Garcia, videographer
8
9   *       *       *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1      P. TAGLIABUE

2      THE VIDEOGRAPHER: We are going

3   on the record for the remote video

4   deposition of Mr. Paul Tagliabue on

5   June 2, 2022 at 9:09 a.m. Eastern Time

6   in the matter of NFL Sunday Ticket

7   antitrust litigation.

8      My name is Aydaline Garcia and I

9   will be video recording today's remote

10   deposition on behalf of Lexitas.

11   Everyone present will be noted on the

12   stenographic record.

13      Will the court reporter please

14   swear in the witness.

15 PAUL TAGLIABUE, called as a witness, having

16 been first duly sworn by a Notary Public of

17 the States of New York, New Jersey, and

18 Pennsylvania was examined and testified as

19 follows:

20 EXAMINATION BY

21 MR. LANGER:

22   Q.   Hi, Mr. Tagliabue.

23      Mr. Tagliabue, can you tell us the

24 years that you were employed by the National

25 Football League?

5

1          P. TAGLIABUE
2     A.    From November of 1989 until August
3  of 2006.
4     Q.    And what was your position?
5     A.    Commissioner.
6     Q.    Did you ever hold any other
7  positions?
8     A.    With the NFL?
9     Q.    Yes.
10    A.    No.
11    Q.    Now, I want to go back to the very
12 beginning of your experience with football
13 for a minute.  I understand you grew up in
14 Jersey City; is that right?
15    A.    Correct.
16    Q.    Did you root for a particular team
17 back then?
18    A.    Football team?
19    Q.    Yes.
20    A.    Probably the New York Giants and
21 the Cleveland Browns.
22    Q.    Would you consider yourself a fan
23 back then?
24    A.    Yes.
25    Q.    Did you listen to them on the

Case 2:15-ml-02668-PSG-SK   Document 964-17   Filed 08/28/23   Page 7 of 12   Page ID #:36141
NFL Sunday Ticket Antitrust Litigation

Paul Tagliabue
June 02, 2022

79



    1            P. TAGLIABUE
    2       REDACTED

1      P. TAGLIABUE
2      REDACTED



1          P. TAGLIABUE

2  REDACTED



1                P. TAGLIABUE

2  REDACTED



1      P. TAGLIABUE

2  REDACTED



1          P. TAGLIABUE
2  REDACTED

