# EXHIBIT 16

# To the Declaration of Peter Leckman

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
--------------------------)
IN RE:  NATIONAL FOOTBALL )    Civil Action No.
LEAGUE'S "SUNDAY TICKET"  )    2:15-ml-02668-PSG(JEMx)
ANTITRUST LITIGATION      )
--------------------------
```

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF DANIEL YORK

THURSDAY, OCTOBER 6, 2022

9:08 a.m.

Reporter: Elizabeth M. Kondor, CCR
Job No. 2022-859411

```
 1  A P P E A R A N C E S:

 2      Appearing on behalf of the Plaintiffs:

 3      SUSMAN GODFREY LLP
            1301 Avenue of the Americas
 4          32nd Floor
            New York, New York 10019
 5          212.729.2016
       BY: TYLER FINN, ESQ.
 6          tfinn@susmangodfrey.com

 7

 8      Appearing on behalf of the NFL Defendants:

 9      WILKINSON STEKLOFF
            130 West 42nd Street
10          24th Floor
            New York, New York 10036
11          212.294.8910
            BY:  BRIAN L. STEKLOFF, ESQ.
12               bstekloff@wilkinsonstekloff.com
            BY:  JUSTIN MUNGAI, ESQ.
13               jmungai@wilkinsonstekloff.com

14
        Appearing on behalf of DIRECTV and the
15      witness:

16      O'MELVENY & MYERS, LLP
            Times Square Tower
17          7 Times Square Tower
            New York, New York 10036-6537
18          212.326.2000
            BY:  KATRINA ROBSON, ESQ.
19               krobson@omm.com
            BY:  JEFFREY A. N. KOPCZYNSKI, ESQ.
20               jkopczynski@omm.com
            BY:  MANSURA SIRAJEE, ESQ.
21               (telephonically)
                 msirajee@omm.com
22

23  ALSO PRESENT:

24  MELINDA GREEN, ESQ., DIRECTV

25  DANNY ORTEGA, Videographer
```

1               I N D E X

2  WITNESS                                          PAGE

3  DANIEL YORK

4       EXAMINATION BY MR. FINN:                    6

5       EXAMINATION BY MR. STEKLOFF:                139

6

7
                      E X H I B I T S
8
    YORK          DESCRIPTION                       PAGE
9

10  Exhibit 1    12/27/12 e-mail with
                 attachment,
11               DIRECTV-ST-01462857 - 865... 31

12  Exhibit 2    7/2/13 e-mail, NFL_0382773
                 - 780...................... 51
13
    Exhibit 3    12/20/13 e-mail with
14               attachment,
                 DIRECTV-ST-02201929......... 69
15
    Exhibit 4    9/28/16 e-mail thread,
16               DIRECTV-ST-01465225......... 93

17  Exhibit 5    10/21/16 letter to D. York
                 from NBA,
18               DIRECTV-ST-02190643 - 669... 97

19  Exhibit 6    3/17/14 letter to DIRECTV
                 from MLB,
20               DIRECTV-ST-00550879 - 897
                 (Per Mr. Kopczynski this
21               document should be marked
                 as Highly Confidential)..... 105

22

23

24

25

E X H I B I T S (Continued)

| YORK | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 7 | 9/4/14 e-mail, DIRECTV-ST-01462237 - 238... | 110 |
| Exhibit 8 | 12/19/18 e-mail, DIRECTV-ST-01410283 - 286... | 129 |
| Exhibit 9 | 2/7/20 e-mail, DIRECTV-ST-02187134......... | 134 |

(EXHIBITS ANNEXED HERETO)

5

1    VIDEOGRAPHER:  We are now on the
2  record.  My name is Danny Ortega, and I'm
3  the legal videographer for Lexitas
4  Reporting.
5       Today's date is October 6, 2022, and
6  the time is 9:08 a.m.
7       This video deposition is being held
8  at 7 Times Square, New York, New York, in
9  the matter of the NFL "Sunday Ticket"
10 Antitrust Litigation.
11      The deponent today is Daniel York.
12      Counsel, please identify yourselves
13 for the record.
14      MR. FINN:  Tyler Finn from Susman
15 Godfrey on behalf of plaintiffs.
16      MS. ROBSON:  Katrina Robson of
17 O'Melveny & Myers for DIRECTV and the
18 witness.
19      MR. KOPCZYNSKI:  Jeffrey Kopczynski
20 from O'Melveny & Myers on behalf of DIRECTV
21 and the witness.
22      MS. GREEN:  Melinda Green for
23 DIRECTV.
24      MR. STEKLOFF:  Brian Stekloff on
25 behalf of the NFL defendants.

1        MR. MUNGAI:  Justin Mungai, also on
2     behalf of the NFL defendants.
3        VIDEOGRAPHER:  The court reporter
4     today is Betsy Kondor and will now swear in
5     the witness.
6        MR. STEKLOFF:  Tyler, before you
7     start, I assume you'll agree that, if
8     DIRECTV makes an objection, we don't have
9     -- it will count as an objection by the NFL
10    defendants and vice-versa so we don't have
11    to repeat each other.
12       MR. FINN:  Plaintiffs have no
13    objection.
14       MR. STEKLOFF:  Okay, thanks.
15  D A N I E L   Y O R K, having been first duly
16  sworn, testified as follows;
17  EXAMINATION BY MR. FINN:
18     Q.   Good morning, Mr. York.  Again, my
19  name is Tyler Finn, and I'm here on behalf of
20  plaintiffs in this litigation.
21          Can you begin by just stating your
22  full name for the record?
23     A.   Daniel Raymond York.
24     Q.   And have you ever been deposed
25  before, Mr. York?

56

```
 1   wanted to watch a Rams game, would they be able
 2   to watch that on one of the Sunday Ticket
 3   channels?
 4        A.    I believe --
 5              MR. STEKLOFF:  Objection to form.
 6              Object to form, but go ahead.
 7        A.    Again, ten years ago, I believe that
 8   the game -- provided we had an agreement on
 9   DIRECTV TV with the Fox affiliate in Los Angeles
10   to show The Rams, that game is available on
11   DIRECTV for free on the Fox station on DIRECTV,
12   and it would be mapped into Sunday Ticket as
13   well.
14              The vast majority of the viewership,
15   almost all of it, is on the Fox broadcast
16   affiliate station.
17        Q.    What do you mean that the game was
18   available for free?
19        A.    Over-the-air broadcast television.
20        Q.    So DIRECTV didn't pay Fox for the
21   rights to retransmit that content?
22        A.    DIRECTV, like all MVPDs for most
23   broadcast stations, Big 4 affiliated broadcast
24   stations and Univision and Telemundo and other
25   stations, paid something called a retransmission
```

57

```
 1  consent fee for the rights to carry that
 2  broadcast station in the local market.
 3           So DIRECTV would pay the owner of the
 4  Fox affiliate in Los Angeles, which I believe is
 5  Fox itself, for the rights to carry that station
 6  and all of its content, including all of the
 7  Rams games, and in the AFC, all of the Chargers
 8  games for free to their customers.  Which are --
 9  those stations are also available for free over
10  the air to everybody in the footprint of the
11  station.
12      Q.   But a DIRECTV TV consumer using a Fox
13  affiliate would be paying DIRECTV for its
14  satellite?
15      A.   It would.  And it also has -- all
16  consumers also have the ability to watch all of
17  those stations for free over the air.
18      REDACTED
```