# EXHIBIT 43

# To the Declaration of Peter Leckman

# Constitutional Provisions:

1. **Article 4.3**

---

**League Control of Games**

4.3  The League shall have exclusive control of the exhibition of football games by member clubs within the home territory of each member. No member club shall have the right to transfer its franchise or playing site to a different city, either within or outside its home territory, without prior approval by the affirmative vote of three-fourths of the existing member clubs of the League.

---

2. **Article 10.1**

---

# Article X

## Broadcasting and Television

**Contract Conditions**

10.1  Any contract entered into by any club for telecasting or broadcasting its games, and the sponsor or sponsors of each game telecast or broadcast pursuant to such a contract, must be approved in writing by the Commissioner in advance of such telecast or broadcast.

---

3. **Article 10.2**

NFL
EXHIBIT No.
06
2022-07-28

**Television Restrictions**

10.2  Subject to the limitations and exceptions set forth in this Article, member clubs participating in any game are authorized to telecast and broadcast such game anywhere except as follows:

   (A)  No club shall cause or permit a game in which it is engaged to be telecast into any area included within the home territory of any other club on the day that such other club is engaged in playing a game at home;

   (B)  No telecast of a home game within the home territory of a club shall be caused or permitted, except by agreement between the participating clubs;

   (C)  Each home club grants to the visiting club the exclusive right to permit or license the telecast of the game being played between them back to the home territory of the visiting club.

4. **Article 10.5(a)**

**Championship Games**

10.5  The sale of radio and television and film rights for the Super Bowl game and Conference Championship games shall be under the sole jurisdiction of the Commissioner and be subject to the provisions of Article X.

In the Super Bowl game and Conference Championship games:

   (A)  The participating clubs may broadcast by radio on a non-exclusive basis from a station located in its home territory; provided, (a) said club contributes to the gross receipts of the game (to be divided in the same manner as game receipts are distributed) a fair and equitable sum fixed by the Commissioner in his sole and absolute discretion; and (b) the Commissioner approves all sponsors and broadcasters involved in the game.

5. **1984-3 Resolution**

> **1984 RESOLUTION (BROADCASTING)**
> **(MARCH 23, 1984)**
>
> *Resolved*, that every club contract for the sale or transfer of its preseason game television rights shall include among its provisions the following:
>
> Telecasting rights transferred pursuant to this contract are subject to the following limitations:
>
> 1. No game shall be telecast into any area within the home territory of any other NFL club on a day when such other club is playing a game at home;
>
> 2. No home game may be telecast or carried on tape delay on the day of the game within the home territory of the home club except with express written consent of the visiting club; and
>
> 3. Each visiting club shall have the exclusive right to permit or license a telecast of the game being played back to the home territory of the visiting club.
>
> No contract for the sale or transfer of preseason game telecasting rights shall be approved by the Commissioner unless the above provision is specifically included.

### 6. **1994 Resolution BC-4**

### 1994 RESOLUTION BC-4

*Resolved*, that preseason contracts will be forwarded to the League office for Commissioner approval as follows:

<u>Preseason game contracts by April 15</u>. Any agreement between clubs for the home telecast (live or delayed) of a game must be in writing and forwarded to the League with the preseason game contract in question by the April 15 date.

<u>Preseason television contracts by June 1</u>. A copy of proposed preseason television contracts must be directed to the League office for initial review prior to the signing by the member club involved. Final, signed preseason television contracts will be forwarded to the League office for approval by the June 1 date.

Further *Resolved*, that club radio contracts will be forwarded to the League office for Commissioner approval as follows:

<u>Radio contracts by June 1</u>. A copy of proposed club radio contracts must be directed to the League office for initial review prior to the signing by the member club involved. Final, signed club radio contracts will be forwarded to the League office for approval by the June 1 date.

Further *Resolved*, that clubs will use standard preseason game, preseason television and club radio contracts provided by the League office when negotiating new or renewed contracts.

7.  **1998 Resolution BC-5**

> **1998 RESOLUTION BC-5**
>
> *Resolved*, that teams will cooperate fully with the League office on the finalization of the network preseason game package (11 game minimum, HOF game included);
>
> Further *Resolved*, that teams are obligated to play a minimum of two network preseason games, if asked (HOF game and other international "extra" games not included) and understand that there may be specific instances when additional games are required;
>
> Further *Resolved*, that teams will agree to play preseason games on nights other than Saturday (two Monday night games, and one or more Thursday, Friday and Sunday night games will be required at minimum);
>
> Further *Resolved*, that teams will agree to play daytime preseason games as required by our network agreements;
>
> Further *Resolved*, that teams understand that their local stations give up all rights, including tape delay to games selected for the network preseason game package. (Television patterns will be the same as in the regular season); and
>
> Further *Resolved*, that League office decisions on the preseason schedule will be final and binding on the member clubs with such decisions to be made in the collective best interest of the teams and the League.

8. **2001 Resolution JC-1 Attachment at B(6)**

> 6. Radio
>
>    - Any radio broadcasts of NFL games on the Internet will be available via NFL.com (all games) and Club sites (Club's broadcast).
>
>    - The League and Clubs will collaborate to create additional radio programming (i.e., greatest moments, archived games), available via Club sites and NFL.com.
>
>    - The party arranging to make such broadcasts available on a particular site will bear responsibility for talent and guild clearances and residuals for broadcasts on the site.

9. **2002 Resolution G-7**

---

**2002 RESOLUTION G-7**

*Whereas*, Article 4.3 of the Constitution and Bylaws provides, and has long provided, that "[t]he League shall have exclusive control of the exhibition of football games by member clubs";

---