# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER DENYING NFL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
|---|---|

1     Pending before the Court is the NFL Defendants' Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56, along with Plaintiffs' Opposition thereto. The Court has considered the motion, the opposition, all other papers relating to both, other documents and pleadings filed in this action, and the arguments of counsel.

    IT IS HEREBY ORDERED that the NFL Defendants' Motion for Summary Judgment is DENIED.

                             IT IS SO ORDERED.

Dated: _____     _____
                                       PHILIP S. GUTIERREZ
                                       United States District Judge