Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: October 27, 2023<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

TO THE ABOVE-CAPTIONED COURT AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), Plaintiffs, by and through their counsel of record, hereby submit this application requesting that the Court lodge provisionally under seal the following documents (lodged concurrently herewith):

1. The sealed Declaration of Kevin Trainer in Support of Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal.
2. The unredacted version of the Memorandum in Opposition to the NFL Defendants' Motion for Summary Judgment.
3. The unredacted version of Plaintiffs' Statement of Genuine Issues and Additional Undisputed Facts in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.
4. The unredacted Exhibit 2 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.
5. The unredacted Exhibit 3 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.
6. The unredacted Exhibit 4 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.
7. The unredacted Exhibit 5 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.
8. The unredacted Exhibit 6 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

9. The unredacted Exhibit 7 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

10. The unredacted Exhibit 8 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

11. The unredacted Exhibit 9 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

12. The unredacted Exhibit 10 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

13. The unredacted Exhibit 11 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

14. The unredacted Exhibit 12 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

15. The unredacted Exhibit 13 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

16. The unredacted Exhibit 14 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

17. The unredacted Exhibit 15 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

18. The unredacted Exhibit 16 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

19. The sealed Exhibit 17 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

20. The sealed Exhibit 18 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

21. The sealed Exhibit 19 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

22. The sealed Exhibit 20 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

23. The sealed Exhibit 21 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

24. The sealed Exhibit 22 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

25. The sealed Exhibit 23 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

26. The sealed Exhibit 24 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

27. The sealed Exhibit 25 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

28. The sealed Exhibit 26 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

29. The sealed Exhibit 27 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

30. The sealed Exhibit 28 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

31. The sealed Exhibit 29 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

32. The sealed Exhibit 30 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

33. The sealed Exhibit 31 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

34. The sealed Exhibit 32 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

35. The sealed Exhibit 33 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

36. The sealed Exhibit 34 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

37. The sealed Exhibit 35 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

38. The sealed Exhibit 36 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

39. The sealed Exhibit 37 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

40. The sealed Exhibit 38 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

41. The sealed Exhibit 39 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

42. The sealed Exhibit 40 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

43. The sealed Exhibit 41 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

44. The sealed Exhibit 42 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

45. The sealed Exhibit 44 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

Pursuant to a meet-and-confer held on August 23, 2023, between counsel for Plaintiffs' and counsel for the NFL Defendants, along with the parties' past practices regarding confidentiality issues, and because the redacted information references or contains materials designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL pursuant to the protective order in this matter, the NFL Defendants requested that Plaintiffs move the Court to seal and redact the designated documents.

DATED: August 28, 2023

By: /s/ Kevin Trainer
Kevin Trainer

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com

HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)
smaida@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*