# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>JUDGE: Hon. Philip S. Gutierrez<br><br>DATE: October 27, 2023<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Kevin Trainer in Support of Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal.
2. The unredacted version of the Memorandum in Opposition to the NFL Defendants' Motion for Summary Judgment.
3. The unredacted version of Plaintiffs' Statement of Genuine Issues and Additional Undisputed Facts in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.
4. The unredacted Exhibit 2 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.
5. The unredacted Exhibit 3 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.
6. The unredacted Exhibit 4 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.
7. The unredacted Exhibit 5 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.
8. The unredacted Exhibit 6 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

| | |
|---|---|
| 9. | The unredacted Exhibit 7 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment. |
| 10. | The unredacted Exhibit 8 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment. |
| 11. | The unredacted Exhibit 9 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment. |
| 12. | The unredacted Exhibit 10 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment. |
| 13. | The unredacted Exhibit 11 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment. |
| 14. | The unredacted Exhibit 12 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment. |
| 15. | The unredacted Exhibit 13 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment. |
| 16. | The unredacted Exhibit 14 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment. |
| 17. | The unredacted Exhibit 15 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment. |

18. The unredacted Exhibit 16 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

19. The sealed Exhibit 17 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

20. The sealed Exhibit 18 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

21. The sealed Exhibit 19 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

22. The sealed Exhibit 20 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

23. The sealed Exhibit 21 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

24. The sealed Exhibit 22 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

25. The sealed Exhibit 23 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

26. The sealed Exhibit 24 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

27. The sealed Exhibit 25 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

28. The sealed Exhibit 26 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

29. The sealed Exhibit 27 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

30. The sealed Exhibit 28 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

31. The sealed Exhibit 29 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

32. The sealed Exhibit 30 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

33. The sealed Exhibit 31 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

34. The sealed Exhibit 32 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

35. The sealed Exhibit 33 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

36. The sealed Exhibit 34 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

37. The sealed Exhibit 35 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

38. The sealed Exhibit 36 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

39. The sealed Exhibit 37 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

40. The sealed Exhibit 38 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

41. The sealed Exhibit 39 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

42. The sealed Exhibit 40 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

43. The sealed Exhibit 41 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

44. The sealed Exhibit 42 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

Case 2:15-ml-02668-PSG-SK   Document 965-1   Filed 08/28/23   Page 7 of 7   Page ID
#:36185

45. The sealed Exhibit 44 to the Declaration of Peter Leckman in Support of Plaintiffs' Opposition to the NFL Defendants' Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: _____ _____
PHILIP S. GUTIERREZ
United States District Judge