# EXHIBIT 2

# To the Declaration of Peter Leckman

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

1                UNITED STATES DISTRICT COURT

2                CENTRAL DISTRICT OF CALIFORNIA

3    ------------------------------------------x

4    IN RE:  NATIONAL FOOTBALL            Civil Action No.

5    LEAGUE'S "SUNDAY TICKET"             2:15-ml-02668

6    ANTITRUST LITIGATION                 PSG(JEMx)

7    ------------------------------------------x

12              VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                         LEONARD F. DeLUCA
13                    Friday, June 30, 2023
                        New York, New York
14                    9:04 a.m. - 6:13 p.m.

22            Reported stenographically by:
              Richard Germosen, CA CSR No. 14391
23       RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
           NCRA/NJ/NY/CA Certified Realtime Reporter
24            NCRA Realtime Systems Administrator
                    Job No. 2023-902214

```
                                                                    2
 1           VIDEOTAPED STENOGRAPHIC DEPOSITION of
 2   LEONARD F. DeLUCA, taken in the above-entitled matter
 3   before RICHARD GERMOSEN, Certified Court Reporter,
 4   (License No. 30XI00184700), Certified Realtime Court
 5   Reporter-NJ, (License No. 30XR00016800), California
 6   Certified Shorthand Reporter, (License No. 14391),
 7   NCRA/NY/CA Certified Realtime Reporter, NCRA Registered
 8   Diplomate Reporter, New York Association Certified
 9   Reporter, NCRA Realtime Systems Administrator, taken at
10   the offices of SUSMAN GODFREY LLP, 1301 Sixth Avenue,
11   New York, New York 10019, on Friday, June 30, 2023,
12   commencing at 9:04 a.m.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:15-ml-02668-PSG-SK Document 965-4 Filed 08/28/23 Page 4 of 15 Page ID #:36363
In Re - NFL Sunday Ticket Antitrust Litigation   Leonard DeLuca

3

1  A P P E A R A N C E S:

2

3

4  SUSMAN GODFREY LLP

5  BY:  IAN M. GORE, ESQ.

6  401 Union Street

7  Suite 3000

8  Seattle, Washington 98101

9  (206) 505.3841

10  igore@susmangodfrey.com

11  Attorneys for the Plaintiffs

12

13  LANGER GROGAN & DIVER PC

14  BY:  KEVIN TRAINER, ESQ.

15  1717 Arch Street

16  Suite 4020

17  Philadelphia, Pennsylvania 19103

18  (215) 320.5705 / (215) 320.5703 (FAX)

19  ktrainer@langergrogan.com

20  Attorneys for the Plaintiffs

21

22

23

24

25

Case 2:15-ml-02668-PSG-SK   Document 965-4   Filed 08/28/23   Page 5 of 15   Page ID #:36364
In Re - NFL Sunday Ticket Antitrust Litigation                                    Leonard DeLuca

4

1  A P P E A R A N C E S:  (CONT'D.)
2
3
4  WILKINSON STEKLOFF LLP
5  BY:  MAX J. WARREN, ESQ.
6       -and-
7  BY:  BLAKE NEAL, ESQ.
8  2001 M Street, NW
9  10th Floor
10 Washington, D.C. 20036
11 (202) 847.4000 / (202) 847.4005 (FAX)
12 mwarren@wilkinsonstekloff.com
13 bneal@wilkinsonstekloff.com
14 Attorneys for the NFL Defendants
15
16 WILKINSON STEKLOFF LLP
17 BY:  CAROLINE LI, ESQ., (streaming via BridgeMobile)
18 130 West 42nd Street
19 24th Floor
20 New York, New York 10036
21 (212) 294.8910
22 cli@wilkinsonstekloff.com
23 Attorneys for the NFL Defendants
24
25

Case 2:15-ml-02668-PSG-SK Document 965-4 Filed 08/28/23 Page 6 of 15 Page ID #:36365
In Re - NFL Sunday Ticket Antitrust Litigation   Leonard DeLuca

5

1 A P P E A R A N C E S:  (CONT'D.)

2

3

4 COVINGTON & BURLING

5 BY:  LELIA A. LEDAIN, ESQ.

6 The New York Times Building

7 620 Eighth Avenue

8 New York, New York 10018-1405

9 (212) 841.1000

10 lledain@cov.com

11 Attorneys for the NFL Defendants

12

13 ALSO PRESENT:

14 DANNY ORTEGA, Legal Video Specialist

15

16

17

18

19

20

21

22

23

24

25

6

1                              I N D E X

2   WITNESS                                            EXAMINATION

3   LEONARD F. DeLUCA

4     BY ATTORNEY WARREN                                    10

5     BY ATTORNEY GORE                                     266

6     BY ATTORNEY WARREN                                   267

7

8                            E X H I B I T S

9   EXHIBIT NO.      DESCRIPTION                            PAGE

10  Exhibit 1        document entitled Rebuttal              14

11                   Expert Report of Leonard F.

12                   DeLuca, June 8, 2023

13

14  Exhibit 2        document NFL0473956 through            143

15                   0473974

16

17  Exhibit 3        document NFL0864430 through            193

18                   0864434

19

20  Exhibit 4        document entitled USC                  220

21                   Football Schedule

22

23  Exhibit 5        document entitled Troy                 226

24                   Football Schedule

25

Case 2:15-ml-02668-PSG-SK   Document 965-4   Filed 08/28/23   Page 8 of 15   Page ID #:36367
In Re - NFL Sunday Ticket Antitrust Litigation                                    Leonard DeLuca

7

```
 1                  E X H I B I T S  (CONT'D.)

 2   EXHIBIT NO.      DESCRIPTION                    PAGE

 3   Exhibit 6        document entitled College      229

 4                    Football TV Schedule:  Week

 5                    3, 2022

 6   **original exhibits returned with original transcript
     by LEXITAS LEGAL to WILKINSON STEKLOFF LLP
 7   (exhibit index concluded)

 8


 9   DIRECTION TO WITNESS NOT TO ANSWER
                       Page  Line
10                      14    8

11                      22    15
```

8

1    IT IS HEREBY STIPULATED AND AGREED, by
2    and between the attorneys for the respective parties
3    herein, that filing and sealing be and the same are
4    hereby waived.
5    IT IS FURTHER STIPULATED AND AGREED
6    that all objections, except as to the form of the
7    question, shall be preserved to the time of trial.
8    IT IS FURTHER STIPULATED AND AGREED
9    that the within deposition may be signed and sworn
10   to before any officer authorized to administer an
11   oath, with the same force and effect as if signed
12   and sworn to before the officer before whom the
13   within deposition was taken.
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                          9
 1   ----------------------------------------------------
 2                   P R O C E E D I N G S
 3                        9:04 a.m.
 4                     New York, New York
 5   ----------------------------------------------------
 6              THE VIDEOGRAPHER:  Stand by, please.
 7              We are now on the record.  My name is
 8   Daniel Ortega, and I'm the legal videographer for
 9   Lexitas Reporting.  Today's date is June 30, 2012,
10   and the time is 9:04 a.m.
11              This video deposition is being held
12   at 1301 Sixth Avenue, New York, New York, in the
13   matter of the NFL Sunday Ticket Antitrust
14   Litigation.  The deponent today is Leonard DeLuca.
15              Counsel, please identify yourselves
16   for the record.
17              ATTORNEY WARREN:  Max Warren of
18   Wilkinson Stekloff on behalf of the NFL defendants,
19   and with me is my colleague, Blake Neal.
20              ATTORNEY LEDAIN:  Lelia Ledain,
21   Covington & Burling, on behalf of the defendants.
22              ATTORNEY GORE:  Ian Gore from Susman
23   Godfrey on behalf of the plaintiffs.  Along with me
24   is Kevin Trainer from Langer Grogan & Diver.
25              THE VIDEOGRAPHER:  The court reporter
```

Case 2:15-ml-02668-PSG-SK Document 965-4 Filed 08/28/23 Page 11 of 15 Page ID #:36370
In Re - NFL Sunday Ticket Antitrust Litigation
Leonard DeLuca

10

1  today is Rich Germosen and will now swear in the
2  witness.
3          CERTIFIED STENOGRAPHER: Good
4  morning. My name is Rich Germosen. I am a
5  certified stenographic reporter. My license is
6  available for inspection.
7          (Whereupon, the Certified
8  Stenographic Reporter administered the oath to the
9  witness.)
10
11 L E O N A R D   F.   D e L U C A,
12 conducting business at Stillman School of Business,
13 Seton Hall University, 400 South Orange Avenue, South
14 Orange, New Jersey 07079, having been first duly
15 sworn or affirmed, was examined and testified as
16 follows:
17 EXAMINATION BY ATTORNEY WARREN:
18 BY ATTORNEY WARREN:
19      Q.    Good morning, Mr. DeLuca.
20      A.    Good morning, Max.
21      Q.    Have you ever been deposed before?
22      A.    Yes.
23      Q.    How many times?
24      A.    Once.
25      Q.    And when was that?

65

1   my information Fox does.  That's what CBS does to
2   this day, and it is one of the very last places
3   where regionalization occurs.
4         Q.      You mentioned factors where a game
5   must be carried based on the home market or
6   something; right?  There is also areas of the
7   country where the -- CBS working with the affiliates
8   will choose which game gets to be played.  It's not
9   a must carry?
10        A.      Right.
11                ATTORNEY GORE:  Object to form.
12        Q.      What are the factors that CBS with
13  the affiliates would look into in determining which
14  game they would choose to show in those locations?
15        A.      A number of factors.  And, counsel,
16  it depends on the time of the year.  At the outset,
17  conference affiliations, what team is closest?  You
18  know, what games are active?  Obviously, if your
19  close -- if your team nearest to you, although not
20  in the home market, is playing, that's likely to be
21  the game you get.  If one of your conference or
22  divisional rivals is playing, and your closest team
23  to you isn't playing, that's likely to be there, and
24  you see week by week because the overnight Nielsen
25  ratings allow reaction in over-the-air markets to a

66

1    number of markets, as many as 40 I believe, you see
2    how the NFL has performed.
3                The other factors are week of the
4    season, upcoming rival, and then in the second half
5    of the season, playoff implications.
6                REDACTED

. So over half
12   of the games go to a fifth of the country.  That's
13   how -- and as the season wears on -- I'll finish
14   this, I promise, as the season wears on, the
15   games -- the more important games, the games with
16   playoff implication, are regionalized more widely.
17   Those games which are not in the current world
18   picked off from Sunday afternoon by flex scheduling,
19   but those games that remain get wider in the windows
20   or are part of, as you know, the national late game
21   on Fox or CBS on any given weekend.
22              REDACTED

67

1   REDACTED

11      Q.      Is it possible for the geographic
12  distribution to change with less than six days'
13  notice?
14      A.      Oh, yes.  Anything -- anything is
15  possible, but what's practical in the working
16  relationship between the league, the network, and
17  the stations is to be able to promote something.
18      REDACTED

68

1    REDACTED

2    

3         A.    They're less-distributed games,
4    because first, the NFL is -- I think we all
5    stipulate here -- incredibly popular and the most
6    popular league in the United States, and so the
7    accidents of geography and the accidents of
8    scheduling impact greatly on distribution.
9              What does that mean?  If a bad
10   Chicago -- example, if you will:  If a bad Chicago
11   team is playing a bad L.A. team, that game is going
12   to go to a lot of the country just because Chicago
13   and L.A. is natural in week three, either L.A. team.
14   That game is going to go to a lot of the country,
15   isn't it, just by virtue of its geography.
16             And a really good Atlanta/New England
17   game is going to go to a smaller part of that
18   country, just by geography.
19             REDACTED

20   

21   .

22        Q.    Is the perceived popularity of the
23   games one of the factors that CBS and its affiliates
24   will use in determining where to show the games?
25        A.    Yes.