# EXHIBIT 3

# To the Declaration of Peter Leckman

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
                                                                    2
 1
                    UNITED STATES DISTRICT COURT
 2
                   CENTRAL DISTRICT OF CALIFORNIA
 3
 4
                                       )
 5                                     )
                                       ) CASE NO.
 6                                     ) 2:15-ml-02668-PSG (JEMx)
     IN RE: NATIONAL FOOTBALL          )
 7   LEAGUE'S "SUNDAY TICKET"          )
     ANTITRUST LITIGATION              )
 8                                     )PAGES 1 - 255
                                       )
 9                                     )
     _____ )
10
11
12
13
14
15
16
17       Deposition of Einer Elhauge, taken via remote
18    teleconference in Huntington Beach, California,
19    commencing at 10:04 a.m., on Thursday, July 6, 2023,
20    before Lindsay Stoker, RPR, CRC, Certified Shorthand
21    Reporter No. 14373 in and for the State of California.
22
23
24
25
```

Case 2:15-ml-02668-PSG-SK   Document 965-5   Filed 08/28/23   Page 3 of 9   Page ID #:36377
In Re - NFL Sunday Antitrust Litigation                                      Einer Elhauge

3

```
 1                A P P E A R A N C E S
                        --oOo--
 2
     APPEARING ON BEHALF OF THE PLAINTIFF:
 3
     LANGER GROGAN & DIVER, P.C.
 4   BY:  PETER E. LECKMAN, ESQ.
     Three Logan Square
 5   Suite 4130
     Philadelphia, Pennsylvania 19103
 6   Telephone:  (215) 320-0876
     Facsimile:  (215) 320-5703
 7   Email:  Pleckman@langergrogan.com
 8   LANGER GROGAN & DIVER, P.C.
     BY:  HOWARD LANGER, ESQ.
 9   Three Logan Square
     Suite 4130
10   Philadelphia, Pennsylvania 19103
     Telephone:  (215) 320-0876
11   Facsimile:  (215) 320-5703
     Email:  Hlanger@langergrogan.com
12
13   APPEARING ON BEHALF OF THE DEFENDANT:
14   WILKINSON STEKLOFF
     BY:  RAKESH KILARU, ESQ.
15   2001 M Street, NW, 10th Floor
     Washington, D.C.  20036
16   Telephone:  (202) 847-4046
     Facsimile:  (202) 847-4005
17   Email:  Rkilaru@wilkinsonstekloff.com
18   WILKINSON STEKLOFF
     BY:  CAROLINE LI, ESQ.
19   130 W 42nd Street
     24th Floor
20   New York, New York 10036
     Telephone:  (212) 294-8915
21   Email:  Cli@wilkinsonstekloff.com
22   WILKINSON STEKLOFF
     BY:  MAX WARREN, ESQ.
23   2001 M Street, NW
     10th Floor
24   Washington, D.C. 20036
     Telephone:  (202) 847-4008
25   Facsimile:  (202) 847-4005
```

4

1  COVINGTON & BURLING LLP
   BY: DEREK LUDWIN, ESQ.
2  850 10th St NW
   Washington, D.C. 20001
3  Telephone: (202) 662-5429
   Email: Dludwin@cov.com
4
5  APPEARANCES CONTINUED:
6  VIA REMOTE REALTIME CONNECTION:
   Juan Carlos Gozzi, Bates & White
7
   VIDEOGRAPHER:
8  Betsy Gomez, Lexitas Legal
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                                 5
 1                              INDEX
 2    WITNESS:  EINER ELHAUGE
 3                                                              PAGE
 4    EXAMINATION BY MR. KILARU                                    7
 5
 6
                                EXHIBITS
 7
 8    NUMBER                  DESCRIPTION                       PAGE
 9    EXHIBIT 1    Rebuttal Expert Report of Professor             7
                   Einer Elhauge
10                 June 9, 2023
11    EXHIBIT 2    NATIONAL COLLEGIATE ATHLETIC                  166
                   ASSOCIATION v. BOARD OF REGENTS OF
12                 the UNIVERSITY OF OKLAHOMA and
                   University of Georgia Athletic
13                 Association
14    EXHIBIT 3    Expert Report Of B. Douglas Bernheim,         191
                   Ph. D.
15                 April 28, 2023
16
17
18
19
20
21
22
23
24
25
```

                                                                  6

1        STENOGRAPHIC REPORTER APPEARING REMOTELY

2              HUNTINGTON BEACH, CALIFORNIA

3            Thursday, July 6, 2023, 10:04 a.m.

4

5        THE VIDEOGRAPHER:  We are on the record on

6  July 6th, 2023, at approximately 10:04 a.m. Eastern

7  Time, for the remote video deposition of Professor

8  Einer Elhauge in the matter of NFL Sunday Ticket

9  Antitrust Litigation.

10       My name is Betsy Gomez, and I'm the videographer

11 on behalf of Lexitas.

12       Will counsel please introduce themselves and the

13 party they represent, beginning with the party

14 noticing this proceeding.

15       MR. KILARU:  Sure.  Rakesh Kilaru on behalf of

16 the NFL defendants from Wilkinson Stekloff.

17       MR. LECKMAN:  This is Peter Leckman from Langer

18 Grogan & Diver on behalf of the plaintiff classes

19 and the witness.

20       THE VIDEOGRAPHER:  Will the court reporter

21 please swear in the witness.

22

23                   EINER ELHAUGE,

24 called as a witness, having been first duly sworn,

25 was examined and testified as follows:

7

1　　　　　　　　　　EXAMINATION

2　BY MR. KILARU:

3　　　Q.　Good morning, Professor.

4　　　A.　Good morning.

5　　　Q.　I know this isn't your first time being

6　deposed; so I think we will skip many of the usual

7　ground rules, but just to cover a few, first, as I

8　think you know and for the court reporter's

9　benefits, we should avoid talking over each other.

10　So I will give you time to answer your questions,

11　and please give me time to make sure I get my

12　questions out.

13　　　And if you don't understand any question I ask,

14　please say so.  Otherwise, I'll presume that you

15　understand it.

16　　　Does that make sense?

17　　　A.　Yes.

18　　　Q.　Okay.  And to the best of your knowledge,

19　you are able to give truthful and accurate testimony

20　today; is that correct?

21　　　A.　Yes.

22　　　　　(Exhibit 1 was marked for

23　　　　　identification.)

24　　　MR. KILARU:  Just to make things easier for you,

25　we will introduce Exhibit 1 for the deposition,

231

1  BY MR. KILARU:
2      Q.   Let's turn to a slightly different topic,
3  some of which we've covered before.  But you agree
4  that an NFL game is more valuable to consumers than
5  a football game between teams that are not part of
6  the NFL; correct?
7      A.   Generally.  I mean, not every consumer --
8  there might be some consumers who prefer to watch
9  Alabama, Auburn, an -- an NFL game if you are -- if
10 you are from Alabama or -- or, you know -- so I
11 think it -- it may depend.  There may be some
12 college football games are more attractive to some
13 consumers.  But in general the NFL is the most
14 attractive than the -- the football games that get
15 the highest viewership.
16     Q.   Okay.  You would agree that an individual
17 team can't create a game by itself; right?
18     A.   Correct.
19     Q.   And it would take two teams to create a
20 game; right?
21     A.   Yes.
22     Q.   But two teams couldn't create a season of
23 games; correct?
24     A.   I suppose they could.  It would be kind of
25 a boring season, but you could just have them play

250

1 | assumption.

2 | REDACTED

25 | ///