# EXHIBIT 4

# To the Declaration of Peter Leckman

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

1

1             UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3       CIVIL ACTION NO. 2:15-ml-02668-PSG(JEMx)

4

5  IN RE MATTER OF:          )
                          )
6  NATIONAL FOOTBALL LEAGUE'S  )
  "SUNDAY TICKET" ANTITRUST   )
7  LITIGATION               )
  _____)

8

9

10                 REDACTED

11    VIDEOTAPED DEPOSITION OF JAMES DANA DYCKES

12          LOS ANGELES, CALIFORNIA

13          Thursday, June 30, 2022

14

15

16

17

18  Stenographically Reported by:

19  HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR
    Realtime Systems Administrator
20  California CSR License #11600
    Oregon CSR License #21-0005
21  Washington License #21009491
    Nevada CCR License #980
22  Texas CSR License #10725

23  Job No.:  2022-848893

24

25

2

1            VIDEOTAPED DEPOSITION of JAMES DANA DYCKES,

2    taken before Heather J. Bautista, CSR No. 11600, a

3    Certified Shorthand Reporter for the state of

4    California, with principal office in the county of Santa

5    Clara, commencing on Thursday, June 30, 2022, 9:49 a.m.,

6    at 1900 Avenue of the Stars, Suite 1400, Los Angeles,

7    California 90067.

8

9    APPEARANCES OF COUNSEL:

10        For Plaintiffs:

11            Susman Godfrey LLP
             BY:  TYLER FINN, ESQ.
12           1301 Avenue of the Americas, 32nd Floor
             New York, New York 10019
13           Phone:  (212) 729-2016 / Fax:  (212) 336-8340
             tfinn@susmangodfrey.com
14
         For NFL Defendants:
15
             Wilkinson Stekloff
16           BY:  MAX J. WARREN, ESQ.
                  JUSTIN MUNGAI, ESQ.
17           2001 M Street NW, 10th Floor
             Washington, D.C. 20036
18           Phone:  (202) 847-4000 / Fax:  (202) 847-4005
             mwarren@wilkinsonstekloff.com
19
         For DIRECTV and the witness:
20
             O'Melveny & Myers LLP
21           BY:  JEFFREY A. N. KOPCZYNSKI, ESQ.
                  MONSURA SIRAJEE, ESQ.
22           Times Square Tower, 7 Times Square
             New York, New York 10036-6537
23           Phone:  (212) 326-2000 / Fax:  (212) 326-2061
             jkopczynski@omm.com
24
     ALSO PRESENT:  Melinda Green, ESQ. - DirecTV In-house
25                  Michael Bratkowski, Videographer

3

1                          INDEX OF EXAMINATION

2                                                           PAGE

3    JAMES DANA DYCKES

4        EXAMINATION BY MR. FINN                            8

5        EXAMINATION BY MR. WARREN                          186

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1                    INDEX OF EXHIBITS

2   Exhibit No. Description                              Page

3   Exhibit 1    Jamie Dyckes LinkedIn profile          10

4   Exhibit 2    Email and attachment - Bates           34
                 DIRECTV-ST-00019285
5
    Exhibit 3    5/2/16 email & attachment from J.      101
6                Dyckes to H. Patel - Bates
                 DIRECTV-ST-00017720
7
    Exhibit 4    1/17/18 email chain between J. Dyckes, 113
8                S. Ross, and J. Britton, Bates
                 DIRECTV-ST-01415795
9
    Exhibit 5    1/24/18 email from J. Dyckes to H.     128
10               Patel, Bates DIRECTV-ST-00741912

11  Exhibit 6    July 2018 email chain and attachment,  139
                 Bates DIRECTV-ST-00003860
12
    Exhibit 7    5/30/19 email chain between J. Dyckes  152
13               and C. Lauricella, Bates
                 DIRECTV-ST-00719632
14
    Exhibit 8    4/18/18 email from J. Dyckes to        161
15               M. Seipp, Bates DIRECTV-ST-00739812

16  Exhibit 9    4/12/18 email from J. Dyckes to        164
                 J. Britton
17
    Exhibit 10   2/28/20 Dyckes email, Bates            171
18               DIRECTV-ST-00272600

19  Exhibit 11   Net gains document, Bates              177
                 DIRECTV-ST-00019105
20
    Exhibit 12   Document, Bates DIRECTV-ST-00719459    191
21
    Exhibit 13   Dyckes email and attachment to         198
22               D. York and C. Lauricella, Bates
                 DIRECTV-ST-00719327
23
    Exhibit 14   9/1/18 email from A. McGovern to       216
24               J. Dyckes and others, Bates
                 DIRECTV-ST-00719515
25

NFL Sunday Ticket Antitrust Litigation                                    James Dyckes
Highly Confidential

5

1                    INDEX OF EXHIBITS - CONTINUED

2    Exhibit No. Description                                    Page

3    Exhibit 15  E-mail from J. Dyckes to C.          223
                 Lauricella, Bates DIRECTV-ST-01206098
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NFL Sunday Ticket Antitrust Litigation                                    James Dyckes
Highly Confidential

6

1                    Thursday, June 30, 2022

2                         9:49 a.m.

3                         --oOo--

4          THE VIDEOGRAPHER:  Good morning.  We're on the

5    record at 9:49 a.m. on June 30th, 2022.  Here begins the

6    videotaped deposition of Jamie Dyckes in the matter of

7    In re:  National Football League's Sunday Ticket

8    Antitrust Litigation filed in the USDC Central District

9    of California.  Case No. 2:15-ML-02668-PSG (JEMx).

10          Today's deposition is taking place at 1900

11   Avenue of the Stars, Suite 1400, in Los Angeles,

12   California.

13          My name is Michael Bratkowski, a videographer

14   from Lexitas Legal Solutions.  Will counsel present

15   please identify themselves and state whom you represent.

16          MR. FINN:  Tyler Finn for Susman Godfrey on

17   behalf of Plaintiffs in this action.

18          MR. KOPCZYNSKI:  Jeffrey Kopczynski, joined by

19   Monsura Sirajee, for O'Melveny & Myers on behalf of

20   DirecTV and the witness.

21          MR. WARREN:  Max Warren of Wilkinson Stekloff

22   on behalf of the NFL defendants.

23          MR. MUNGAI:  Justin Mungai, also from Wilkinson

24   Stekloff, appearing on behalf of the NFL defendants.

25          THE VIDEOGRAPHER:  Thank you.

213

1    REDACTED

9    Q.   Do you recall whether the price for the
10   satellite offering of Sunday Ticket remained the same
11   from 2019 -- 2018 to 2019?

12   A.   I know it remained the same, yes.

13   Q.   Do you know whether that was also the case in
14   2020?

15   A.   It has remained -- we have not had a price
16   increase since 2018.

17   Q.   And the price today for the Basic offering --
18   or the price as of two thousand -- strike that.  The --
19   the price, as of 2019, for the Basic offering was lower
20   than the price for the single offering in 2011; right?

21   A.   $335 versus $294; that's correct.

22   REDACTED