# EXHIBIT 5

# To the Declaration of Peter Leckman

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
 1

 2   UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
 3   -----------------------------------------X
     IN RE:  NATIONAL FOOTBALL LEAGUE'S SUNDAY
 4   TICKET ANTITRUST LITIGATION,

 5

 6   Civil Action No. 2:15-ml-02668-PSG(JEMx)
     -----------------------------------------X
 7

 8

 9      VIDEOTAPED DEPOSITION OF JERRY JONES

10

11

12

13   DATE:  July 19, 2022

14   TIME:  8:00 a.m. Eastern

15   PLACE:   ***REMOTE***

16   BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

17   JOB NO:  2022-847185

18

19

20

21

22

23

24

25
```

```
 1

 2   A P P E A R A N C E S:

 3


 4    LANGER GROGAN & DIVER
           Attorneys for the Plaintiff
 5         1717 Arch Street, Suite 4130
           Philadelphia, Pennsylvania 19103
 6         BY:  PETER LECKMAN, ESQ.
                KIM FERRARI, ESQ.
 7

 8


 9
      WILKINSON STEKLOFF
10         Attorneys for the Defendant
           2001 M Street NW
11         10th Floor
           Washington, D.C. 20336
12         BY:  MAX WARREN, ESQ.

13


14
      COVINGTON & BURLING
15         Attorneys for the NFL
           One CityCenter
16         850 Tenth Street, NW
           Washington, DC 20001-4956
17         BY:  GREGG LEVY, ESQ.
                DEREK LUDWIN, ESQ.
18

19

20    ALSO PRESENT:

21

22         Jason Cohen, Esq., in-house counsel,
           Dallas Cowboys
23
           Caylob Suarez, videographer Lexitas
24

25         *           *           *
```

3

1            J. JONES

2           THE VIDEOGRAPHER:  We are on the

3      record on July 19, 2022, at 8:01 a.m.

4      Eastern Time, for the remote

5      deposition of Mr. Jerry Jones in the

6      matter of In Re:  NFL Sunday Ticket

7      Antitrust Litigation.

8           My name is Caylob Suarez and I'm

9      the videographer on behalf of Lexitas.

10           All present will be noted on the

11      stenographic record.

12           Will the court reporter please

13      swear in the witness.

14           THE COURT REPORTER:  Counsel, do

15      you want to go off the record?  He

16      appears to be frozen.

17           THE VIDEOGRAPHER:  The time is

18      8:01 a.m.  We are going off the

19      record.

20           (Whereupon, a recess was held.)

21           THE VIDEOGRAPHER:  The time is

22      8:03 a.m.  We are now back on the

23      record.

24  JERRY JONES, called as a witness, having

25  been first duly sworn by a Notary Public of

```
                                                           4
 1                       J. JONES
 2    the States of New York, New Jersey, and
 3    Pennsylvania was examined and testified as
 4    follows:
 5    EXAMINATION BY
 6    MR. LECKMAN:
 7         Q.    Good morning, Mr. Jones.
 8         A.    Good morning.
 9         Q.    My name is Peter Leckman.  I'm one
10    of the attorneys representing the plaintiffs
11    in this case.
12            REDACTED














23         A.    Yes, that's correct.
24         Q.    Have you ever been deposed before?
25         A.    Yes, I have.
```

101

1    J. JONES
2    with all the league, you were paid as much as
3    your whole team was worth to do that.  So in
4    the case -- in this particular case, it was
5    apples and oranges.  He said, you are not
6    talking about the same thing.
7        Q.   Got it.  Is it your understanding
8    that the league owns the club's regular
9    season television rights?
10            MR. LEVY:  Object to the form.
11       A.   My understanding is that the
12   clubs, all 32, owned the rights.  The league
13   is an agency account that -- the technical
14   league definition, if we are talking about
15   league office, if all 32 are the league, then
16   they own television rights.  But it's owned
17   in an entity that splits it 32 ways.
18       Q.   Got it.
19       A.   But, technically, each club owns
20   the rights.
21   REDACTED