# EXHIBIT 6

# To the Declaration of Peter Leckman

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3

 4   IN RE:  NATIONAL FOOTBALL ) Civil Action No.
     LEAGUE'S "SUNDAY TICKET"   ) 2:15-ml-02668-PSG(JEMx)
 5   ANTITRUST LITIGATION       )
                                )
 6                              )
     _____)
 7

 8

 9

10

11

12

13

14

15              VIDEOTAPED DEPOSITION OF

16                    LAWRENCE JONES

17                 FRIDAY, JULY 8, 2022

18

19

20

21

22

23

24
     Reported in Stenotype by:
25   Cody R. Knacke, RPR, CSR No. 13691
     Job No.:  849617
```

```
                                                                    2
 1              VIDEOTAPED DEPOSITION OF

 2   LAWRENCE JONES, taken before Cody R. Knacke, RPR,

 3   CSR No. 13691, a Certified Shorthand Reporter for

 4   the State of California, commencing on Friday,

 5   July 8, 2022, at 9:04 a.m., Pacific Time.

 6

 7   APPEARANCES OF COUNSEL:

 8       For the Plaintiffs:

 9           HAUSFELD
             BY:  SCOTT MARTIN, ESQ.
10           33 Whitehall Street, 14th Floor
             New York, New York 10004
11           646.357.1195
             smartin@hausfeld.com
12
             HAUSFELD
13           BY:  SAMUEL MAIDA, ESQ.
             600 Montgomery Street, Suite 3200
14           San Francisco, California 94111
             415.513.1411
15           smaida@hausfeld.com

16

17

18

19

20

21

22

23

24

25
```

3

1   APPEARANCES OF COUNSEL:  (Continued)

2       For the Defendant National Football League,
        NFL Enterprises, LLC, and the Individual
3       NFL Clubs:

4           WILKINSON STEKLOFF
            BY:  RAKESH KILARU, ESQ.
5                (Via Videoconference)
                 MAX WARREN, ESQ.
6           2001 M Street, NW, 10th Floor
            Washington, D.C. 20036
7           202.847.4046
            rkilaru@wilkinsonstekloff.com
8           mwarren@wilkinsonstekloff.com

9       For FOX Sports and the Witness:

10          WILLIAMS & CONNOLLY
            BY:  JOHN E. SCHMIDTLEIN, ESQ.
11          725 Twelfth Street, NW
            Washington, D.C. 20005
12          202.434.5901
            jschmidtlein@wc.com
13
        Also Present:
14
             Michael Bratkowski, Videographer
15          Jake Thompson, Lexitas Technician
            Elizabeth Casey, Esq., FOX Sports
16

17

18

19

20

21

22

23

24

25

```
                                                                4
 1                        I - N - D - E - X

 2    EXAMINATION BY:                                         PAGE

 3    BY MR. MARTIN                                              7

 4    BY MR. KILARU                                             64

 5

 6              E - X - H - I - B - I - T - S

 7    MARKED              DESCRIPTION                         PAGE

 8    Exhibit 1    E-mail correspondence dated                  38
                   12/7/20, Bates No. NFL_1088735
 9
      Exhibit 2    FOX Response to NFL Proposal                 40
10                 dated 11/11/20, Bates Nos.
                   NFL_1088736-1088751
11
      Exhibit 3    FOX Response to May 2020 Request             48
12                 for Indications of Interest dated
                   6/3/2020, Bates Nos.
13                 NFL_0334515-0334516

14    Exhibit 4    NFL letter dated 3/18/21,                    57
                   Basic Business Terms, Bates Nos.
15                 NFL_0458699-0458754

16    Exhibit 5    NFL Sunday Ticket - FOX Network              61
                   Allocation Agreement, Bates Nos.
17                 NFL_0542430-0542437

18    Exhibit 6    NFL Letter dated 11/8/04,                    62
                   2006-2011 NFC Package, Bates Nos.
19                 NFL_0361915-0361923

20    Exhibit 7    Article "Antenna Penetration                 70
                   Across U.S. Grows 38%
21                 Year-Over-Year and Now Reaches
                   40% of all TV Content Viewers
22                 18+"

23    Exhibit 8    E-mail correspondence dated                  76
                   8/14/13, Bates Nos.
24                 NFL_0868945-0868948

25
```

Case 2:15-ml-02668-PSG-SK Document 965-8 Filed 08/28/23 Page 6 of 12 Page ID #:36403
NFL Sunday Ticket Antitrust Litigation                              Lawrence Jones

5

```
1                    I - N - D - E - X
                        (Continued)
2

3             E - X - H - I - B - I - T - S

4   MARKED              DESCRIPTION              PAGE

5   Exhibit 9    FOX Sports 2022 Budget &         81
                 Long Range Plan, Bates Nos.
6                Fox_NFLSundayTicket_0000897-
                 0000934
7
    Exhibit 10   FOX Sports Dashboard, Bates Nos. 86
8                Fox_NFLSundayTicket_0001050-
                 0001072
9
    Exhibit 11   E-mail correspondence dated      89
10               5/4/09, Bates Nos.
                 NFL_0499184-0499195
11
    Exhibit 12   E-mail correspondence dated      96
12               8/10/18, Bates Nos.
                 NFL_0987987-0987990
13
    Exhibit 13   2021 Football Schedule - UCLA    106
14

15

16

17          QUESTIONS INSTRUCTED NOT TO ANSWER

18                       None.

19

20

21

22              INFORMATION REQUESTED

23                       None.

24

25
```

6

1        LOS ANGELES, CALIFORNIA; FRIDAY, JULY 8, 2022

2                        9:04 A.M.

3           THE VIDEOGRAPHER:  Good morning.  We are on

4    the record at 9:04 a.m. on June -- July 8, 2022.

5           Here begins the videotaped deposition of

6    Larry Jones in the matter of In re:  National

7    Football League Sunday Ticket Antitrust Litigation

8    filed in the U.S. District Court, Central District

9    of California, Case Number 2:15-ml-02668-PSG (JEMx).

10          Today's deposition is taking place at

11   1900 Avenue of the Stars, Suite 1400, in

12   Los Angeles, California.

13          My name is Michael Bratkowski, a

14   videographer from Lexitas Legal Solutions.

15          Would counsel on the call please identify

16   yourselves and state whom you represent.

17          MR. MARTIN:  Scott Martin, Hausfeld

18   New York for the plaintiffs.

19          MR. MAIDA:  Samuel Maida, Hausfeld

20   San Francisco for plaintiffs.

21          MR. WARREN:  Max Warren, Wilkinson Stekloff

22   on behalf of the NFL plaintiffs.

23          MS. CASEY:  Elizabeth Casey, general

24   counsel, FOX Sports.

25          MR. SCHMIDTLEIN:  John Schmidtlein,

7

1　Williams Connolly here on behalf of Fox and the
2　witness.
3　　　　　THE VIDEOGRAPHER:  And the session, please.
4　　　　　MR. KILARU:  This is Rakesh Kilaru from
5　Wilkinson Stekloff on behalf of the NFL defendants.
6　　　　　THE VIDEOGRAPHER:  Thank you.
7　　　　　Our court reporter today is Cody Knacke
8　with Lexitas Legal Solutions.
9　　　　　Would you please swear in.
10　　　　　THE STENOGRAPHER:  Please raise your right
11　hand, sir.
12　　　　　Do you swear or affirm under penalty of
13　perjury that the testimony you will provide in
14　today's matter will be the truth, the whole truth,
15　and nothing but the truth?
16　　　　　THE WITNESS:  I do.
17　　　　　THE STENOGRAPHER:  Thank you.
18　　　　　　　　　　　EXAMINATION
19　BY MR. MARTIN:
20　　Q.　Good morning, Mr. Jones.
21　　A.　Good morning.
22　　Q.　Have you previously given testimony in a
23　deposition setting?
24　　A.　Yes.
25　　Q.　How many times?

44

1 REDACTED



45

1  REDACTED

46

1 REDACTED

74

1     REDACTED

3     Q.   There's also one or two games available at
4   1:00 p.m. Eastern on Sunday on CBS or FOX; is that
5   right?  Taking them together.
6     A.   There could be more than one or two.
7     Q.   In a particular market, though, there would
8   be two games available on TV?
9     A.   Oh, in the market. In the market, yes.
10    Q.   And there could be one or two games
11   available in that same market at 4:00 p.m. Eastern
12   on Sunday, is that right, if you look at CBS and Fox
13   together?
14    A.   Yes.
15    Q.   And in some weeks there are two games in
16   each time slot. So, for example, if Week 1 of last
17   year I believe there were -- I think there was a
18   game on CBS and FOX at 1:00 p.m. and a game on CBS
19   and FOX at around 4:00 p.m. Is that about right,
20   based on your recollection?
21       MR. MARTIN: Object to form.
22       THE WITNESS: In Week 1 we do what's called
23   a double-doubleheader so that both networks have
24   doubleheaders, allowing them to put games in the
25   1:00 window and the 4:25 window.