# EXHIBIT 7

# To the Declaration of

# Peter Leckman

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

1

```
 1                                     VOLUME:  I
                                       PAGES:  1-63
 2                                     EXHIBITS: 1-6

 3              UNITED STATES DISTRICT COURT

 4             CENTRAL DISTRICT OF CALIFORNIA

 5

 6     ***********************************
        IN RE: NATIONAL FOOTBALL LEAGUE'S     *
 7      "SUNDAY TICKET" ANTITRUST             *
        LITIGATION,                           *
 8                                            *
                                              *
 9                                            *
        Civil Action No.
10      2:15-ml-02668-PSG(JEMx)
        ***********************************
11

12

13       VIDEOTAPED DEPOSITION of ROBERT K. KRAFT

14              Thursday, June 23, 2022

15                   9:07 a.m.

16

                Held at:  Gillette Stadium
17                    1 Patriots Place
                Foxborough, Massachusetts
18

19

20      ------- Megan M. Castro, RPR, CSR -------

21                    Lexitas
            508-478-9795 ~ 508-478-0595 (Fax)
22               www.LexitasLegal.com

23

24
```

2

```
 1   APPEARANCES:

 2   HAUSFELD
       Scott Martin, Esquire
 3     Farhad Mirzadeh, Esquire
       33 Whitehall Street
 4     14th Floor
       New York, New York  10004
 5     646-357-1100
       smartin@hausfeld.com
 6     fmirzadeh@hausfeld.com
       on behalf of the Plaintiffs

 7

 8   WILKINSON STEKLOFF
       Rakesh N. Kilaru, Esquire
 9     2001 M Street, NW
       10th Floor
10     Washington, District of Columbia  20036
       202-847-4000
11     rkilaru@wilkinsonstekloff.com
       on behalf of the NFL

12


13
     ALSO PRESENT:
14
     Robyn Glaser, Esquire, Kraft Group
15
     Janet Noval, Esquire, NFL
16
     Shawn Budd, videographer
17

18

19

20

21

22

23

24
```

3

1                          I N D E X

2      Witness                                      Page

3      ROBERT K. KRAFT

4        Examination by Mr. Martin                   5

5

6

7                        E X H I B I T S

8      Number          Description                  Page

9

    Exhibit 1   Email dated 5-6-21, Bates            14
10              number NFL_0683418 through
                683452
11
    Exhibit 2   Email dated 5-23-21, Bates           22
12              number NFL_1216326 through
                1216332
13
    Exhibit 3   Email dated 3-8-13, Bates            42
14              number NFL_0375867 through
                375868
15
    Exhibit 4   Email dated 7-1-21, Bates            48
16              number NFL_1221708 through
                1221709
17
    Exhibit 5   Email dated 9-30-04, Bates           55
18              number NFL_0350706 through
                350712
19
    Exhibit 6   Email dated 3-1-19, Bates            59
20              number NFL_0153735 through
                153747
21

22
   Original exhibits were retained by the court reporter
23            and returned to Attorney Martin.

24

4

1                P R O C E E D I N G S

2                        - - -

3          THE VIDEOGRAPHER:  We are on the record.

4    This is the videographer speaking, Shawn Budd,

5    with Lexitas.

6          Today's date is June 23, 2022, and the

7    time is 9:07 a.m.

8          We are here in Foxborough, Massachusetts,

9    to take the video deposition of Robert Kraft in

10   the matter of NFL Sunday Ticket Antitrust

11   Litigation.

12         Would counsel please introduce themselves

13   for the record.

14         MR. MARTIN:  For the plaintiffs, Scott

15   Martin, Hausfeld LLP.

16         MR. MIRZADEH:  And Farhad Mirzadeh, also

17   with Hausfeld LLP.

18         MR. KILARU:  For the defendants, Rakesh

19   Kilaru, from Wilkinson Stekloff.

20         THE VIDEOGRAPHER:  Would the court

21   reporter, Megan Castro, please swear in the

22   witness.

23                        - - -

24         ROBERT K. KRAFT, first having been

5

1    satisfactorily identified by the production of

2    his driver's license and duly sworn by the Notary

3    Public, testified under oath as follows in answer

4    to examination by MR. MARTIN:

5                            - - -

6        Q.   Good morning, Mr. Kraft.

7        A.   Good morning.

8        Q.   It has been over 20 years, but you and I

9    actually spoke in this format once before, years

10   ago, in the Major League Soccer litigation.  So I

11   know you are generally familiar with the

12   deposition process.  I'd just like to remind you

13   of a couple of things -- both of us -- remind

14   both of us of a couple of things.

15        First, there is a court reporter, Megan,

16   here, and she is taking down each of our

17   statements, so it is best if we not speak over

18   one another.  And I know you are very gracious

19   about that.

20        Second, you have very experienced counsel

21   here as well who may object to one or more of my

22   questions, perhaps even meritoriously, but you

23   can answer those regardless, in the absence of an

24   instruction not to answer.

29

1  REDACTED

19  BY MR. MARTIN:

20      Q.  Would you agree, Mr. Kraft, that there

21  are -- let me ask you this:  Generally speaking,

22  would you agree that a city's NFL team is the

23  most popular among the major sports within its

24  own market?

45

1      Q.   And what is your understanding as to why

2   it is offered non-exclusively outside the United

3   States?

4      A.   Well, look, we want them to do as well as

5   they can, as long as it doesn't hurt our -- I

6   mean, Canada, Mexico, Germany, England, India,

7   none of them have franchises.

8      Q.   And Sunday Ticket has always been offered

9   solely as a bundled package of out-of-market

10   games.  Correct?

11      A.   Yes.

12      Q.   There has never been an opportunity to

13   purchase a single game individually.  Correct?

14      A.   Correct.

15      Q.   There has never been an option to

16   purchase all of a single team's games, like, say,

17   all the Patriots games, separately.  Right?

18      A.   No.

19      Q.   Never an option to purchase a particular

20   division or the AFC versus the NFC.  Correct?

21      A.   Correct.

22      Q.   Do you recall any discussions concerning

23   any of those options within the media committee

24   during your tenure?

46

1          MR. KILARU:  Object to the form.

2      A.  I don't remember.  I mean, it probably

3  came up.  I know that I would feel strongly

4  that -- I mean, selfishly, I mean, I guess, if

5  we -- it would be good for the Patriots, but I

6  don't think it would be good for the league.

7          And I believe that was the mood of the

8  committee whenever it came up.  And leadership at

9  the NFL, the two commissioners I have dealt with.

10  REDACTED

17  BY MR. MARTIN:

18      Q.  Were you involved in the -- you weren't

19  involved in the negotiation of the initial

20  agreement because that was shortly before you

21  became an owner.  Correct?

22      A.  Well, yes, I was an owner, but I was not

23  involved in the first negotiation in '94.  Was

24  that '93 or '94?