# EXHIBIT 8

# To the Declaration of Peter Leckman

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

1

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3           Civil Action No. 2:15-ml-02668-PSG(JEMx)

4     ----------------------------------------x

5     IN RE:  NATIONAL FOOTBALL

6     LEAGUE'S "SUNDAY TICKET"

7     ANTITRUST LITIGATION

8     ----------------------------------------x

9

10

11

12

13            VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                  BRENT DOUGLAS LAWTON
14               Wednesday, June 22, 2022
                   New York, New York
15                8:57 a.m. - 3:32 p.m.

16

17

18

19

20

21

22            Reported stenographically by:
            Richard Germosen, CA CSR No. 14391
23       RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
         NCRA/NJ/NY/CA Certified Realtime Reporter
24          NCRA Realtime Systems Administrator
                 Job No. 2022-845603
25

2

1          VIDEOTAPED STENOGRAPHIC DEPOSITION of

2   BRENT DOUGLAS LAWTON, taken in the above-entitled matter

3   before RICHARD GERMOSEN, Certified Court Reporter,

4   (License No. 30XI00184700), Certified Realtime Court

5   Reporter-NJ, (License No. 30XR00016800), California

6   Certified Shorthand Reporter, (License No. 14391),

7   NCRA/NY/CA Certified Realtime Reporter, NCRA Registered

8   Diplomate Reporter, New York Association Certified

9   Reporter, NCRA Realtime Systems Administrator, taken at

10   the offices of COVINGTON & BURLING LLP, 620 Eighth

11   Avenue, New York, New York 10018, on Wednesday, June 22,

12   2022, commencing at 8:57 a.m.

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1   A P P E A R A N C E S:

 2

 3

 4   SUSMAN GODFREY LLP

 5   BY:  TYLER M. FINN, ESQ.

 6   1301 Avenue of the Americas

 7   32nd Floor

 8   New York, New York 10019

 9   (212) 336.8330 / (212) 336.8340 (FAX)

10   tfinn@susmangodfrey.com

11   Attorneys for the Plaintiffs

12

13   WILKINSON STEKLOFF LLP

14   BY:  JEREMY S. BARBER, ESQ.

15   130 West 42nd Street

16   24th Floor

17   New York, New York 10036

18   (212) 294.8929

19   jbarber@wilkinsonstekloff.com

20   Attorneys for the NFL Defendants

21

22

23

24

25
```

4

```
 1   A P P E A R A N C E S:  (CONT'D.)

 2

 3

 4   WILKINSON STEKLOFF LLP

 5   BY:  ELIZABETH KEYS, ESQ.

 6        -and-

 7   BY:  MAX WARREN, ESQ., (streaming via BridgeMobile)

 8   2001 M Street, N.W.

 9   10th Floor

10   Washington, D.C. 20036

11   (202) 847.4034

12   ekeys@wilkinsonstekloff.com

13   mwarren@wilkinsonstekloff.com

14   Attorneys for the NFL Defendants

15

16   ALSO PRESENT:

17   MARCELO RIVERA, Legal Video Specialist

18

19

20

21

22

23

24

25
```

5

1                          I N D E X

2     WITNESS                                    EXAMINATION

3     BRENT D. LAWTON

4       BY MR. FINN                                    10

5       BY MR. BARBER                                  202

6

7                        E X H I B I T S

8     EXHIBIT NO.      DESCRIPTION                      PAGE

9     Exhibit 1        document NFL 0239783 through      44

10                     NFL 0239786

11

12    Exhibit 2        document NFL 0418767 through      55

13                     0418776

14

15    Exhibit 3        document NFL 0296803 through      69

16                     0296854

17

18    Exhibit 4        document NFL 0059776 through      86

19                     0059783

20

21    Exhibit 5        document NFL 0060781 through      97

22                     0060791

23

24    Exhibit 6        document NFL 0300100 through     105

25                     0300102

6

 1                         E X H I B I T S   (CONT'D.)

 2      EXHIBIT NO.      DESCRIPTION                      PAGE

 3      Exhibit 7        document NFL 0050139 through     116

 4                       0050157

 5

 6      Exhibit 8        document NFL 0295067 through     131

 7                       0295077

 8

 9      Exhibit 9        document NFL 0402074 through     138

10                       0402098

11

12      Exhibit 10       document NFL 0285367 through     153

13                       0285368

14

15      Exhibit 11       document NFL 0057451 through     162

16                       0057477

17

18      Exhibit 12       document NFL 1215279 and        171

19                       1215280

20

21      Exhibit 13       document NFL 1215678 through     180

22                       1215700

23

24

25

7

1                    E X H I B I T S  (CONT'D.)

2   EXHIBIT NO.      DESCRIPTION                        PAGE

3   Exhibit 14      document NFL 1215804 through    192

4                   1215811

5   **original exhibits returned with original transcript
    by LEXITAS LEGAL to SUSMAN GODFREY LLP
6   (exhibit index concluded)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

8

1              IT IS HEREBY STIPULATED AND AGREED, by

2    and between the attorneys for the respective parties

3    herein, that filing and sealing be and the same are

4    hereby waived.

5              IT IS FURTHER STIPULATED AND AGREED

6    that all objections, except as to the form of the

7    question, shall be preserved to the time of trial.

8              IT IS FURTHER STIPULATED AND AGREED

9    that the within deposition may be signed and sworn

10   to before any officer authorized to administer an

11   oath, with the same force and effect as if signed

12   and sworn to before the officer before whom the

13   within deposition was taken.

14

15

16

17

18

19

20

21

22

23

24

25

9

```
 1    --------------------------------------------------

 2                    P R O C E E D I N G S

 3                         8:57 a.m.

 4                     New York, New York

 5    --------------------------------------------------

 6              THE VIDEOGRAPHER:  Stand by, please.

 7              This is the digitized video

 8    deposition of Mr. Brent Lawton in the matter in re:

 9    NFL Sunday Ticket Antitrust Litigation, in the

10    United States District Court for the Central

11    District of California.

12              This deposition is being held at

13    Covington & Burling, located at 620 Eighth Avenue,

14    New York, New York, on June 22, 2022 at

15    approximately 8:57 a.m.

16              My name is Marcelo Rivera from

17    Lexitas Legal Philadelphia, and I am the video

18    specialist.  The court reporter is Rich Germosen in

19    association with Lexitas Legal Philadelphia.

20              Will present counsel please introduce

21    themselves for the record.

22              MR. FINN:  Tyler Finn for Susman

23    Godfrey on behalf of the plaintiffs.

24              MR. BARBER:  Jeremy Barber on behalf

25    of the NFL defendants.
```

10

1          MS. KEYS:  Liz Keys on behalf of the

2   NFL defendants.

3          THE VIDEOGRAPHER:  Will the court

4   reporter please swear in the witness.

5          (Whereupon, the Certified Realtime

6   Stenographer administered the oath to the witness.)

7

8   B R E N T   D.   L A W T O N,

9   residing at 7 Tranquility Lane, Westport, Connecticut

10  06880, having been first duly sworn or affirmed, was

11  examined and testified as follows:

12  EXAMINATION BY MR. FINN:

13  BY MR. FINN:

14       Q.     Good morning, Mr. Lawton.

15       A.     Good morning.

16       Q.     Could you please state your full name

17  for the record.

18       A.     Sure.  Brent Lawton.

19       Q.     And, Mr. Lawton, who is your

20  employer?

21       A.     The National Football League.

22       Q.     And what is your position with the

23  National Football League?

24       A.     I'm a vice-president in the media

25  strategy and BG group.



90



96

1   REDACTED

11        Q.        But in practice, DirecTV informs the

12   NFL in advance, you know, what the prices are going

13   to be for the coming year?

14        A.        Again, it's part of when the season

15   is coming up and sort of the product is launching.

16   It's sort of part of what is in the overall

17   marketing materials that we look at.

18        Q.        So in practice, when the season is

19   launching, DirecTV will send to the NFL its

20   marketing materials and what its plans are for

21   Sunday Ticket; is that fair to say?

22        A.        Yes, yes, we have -- right.  That's

23   right.

24        Q.        And one aspect of that is the price

25   that they're going to set?

97

1          MR. BARBER:  Objection to form.

2          MR. FINN:  I think I'm --

3          CERTIFIED STENOGRAPHER:  Was there an

4   answer?

5          THE WITNESS:  Sorry.

6      A.     Yes.

7   REDACTED



126

1   linear.

2           Q.        There is not the same exclusivity in

3   them, in Sunday Ticket in Canada, that there is in

4   the United States.

5                   MR. BARBER:  Objection to form.

6                   MR. FINN:  If that was even a

7   question.  Fair enough.

8