# EXHIBIT 9

# To the Declaration of Peter Leckman

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
 1

 2   UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
 3   -----------------------------------------X
     IN RE:  NATIONAL FOOTBALL LEAGUE'S "SUNDAY
 4   TICKET" ANTITRUST LITIGATION,

 5

 6   Civil Action No. 2:15-ml-02668-PSG(JEMx)
     -----------------------------------------X
 7              ***CONFIDENTIAL***

 8

 9      VIDEOTAPED DEPOSITION OF BURKE MAGNUS

10

11

12

13   DATE:   August 4, 2022

14   TIME:   9:08 a.m.

15   PLACE:   ***REMOTE***

16   BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

17   JOB NO:  2022-848322

18

19

20

21

22

23

24

25
```

```
                                                                 2
 1

 2   A P P E A R A N C E S:

 3


 4    HAUSFELD
           888 16th Street NW, #300
 5         Washington, DC 20006
           Attorneys for the Plaintiff
 6         BY:   FARHAD MIRZADEH, ESQ.
                 SCOTT MARTIN, ESQ.
 7


 8


 9
      WILKINSON STEKLOFF
10         Attorneys for the Defendant
           2001 M Street NW
11         10th Floor
           Washington, D.C. 20336
12         BY:   MAX WARREN, ESQ
                 CAROLINE LI, ESQ.
13


14


15


16    MUNGER, TOLLES & OLSON, LLP
           Attorneys for ESPN
17         560 Mission Street
           San Francisco, California 94105
18         BY:   EMILY CURRAN-HUBERTY, ESQ.
                 NATALIE MOYCE, ESQ.
19


20
      ALSO PRESENT:
21

22         David Mayer, Esq., in-house counsel
           ESPN
23
           Juan Torres, videographer
24


25
             *           *           *
```

3

1           B. MAGNUS

2           THE VIDEOGRAPHER:  We are on the

3       record on August 4, 2022, at

4       approximately 9:08 a.m. Eastern Time

5       for the remote video deposition of

6       Mr. Burke Magnus in the matter of In

7       Re:  National Football League's

8       "Sunday Ticket" Antitrust Litigation

9       National Football antitrust

10      litigation.

11           My name is Juan Torres and I'm

12      the videographer on behalf of Lexitas.

13           All appearances will be noted on

14      the stenographic record.

15           Will the court reporter please

16      swear in the witness.

17

18   BURKE MAGNUS, called as a witness, having

19   been first duly sworn by a Notary Public of

20   the States of New York, New Jersey, and

21   Pennsylvania was examined and testified as

22   follows:

23           THE COURT REPORTER:  I

24      apologize, I need to go off the record

25      for one moment.

Confidential

4

1                      B. MAGNUS

2             THE VIDEOGRAPHER:  The time is

3      9:09.  We are going off the record.

4             (Whereupon, a recess was held.)

5             THE VIDEOGRAPHER:  The time is

6      9:12 a.m.  We are back on the record.

7   EXAMINATION BY

8   MR. MIRZADEH:

9       Q.   Good morning, Mr. Magnus.  My name

10  is Farhad Mirzadeh.  I am an attorney with

11  the law firm Hausfeld.  I'll be taking your

12  deposition today.  I thank you for your time

13  and your agreement to be here.  I will try

14  and move as quickly as possible to wrap up.

15  I know you've got a lot of better things to

16  be doing today.

17           I'm going to ask you some

18  preliminary questions, go over the ground

19  rules of the deposition, and we'll go from

20  there.

21      A.    Thank you.

22      Q.    All right.  Could you please state

23  your name for the record?

24      A.    Sure.

25            Burke, B-U-R-K-E, Magnus,

78

1 B. MAGNUS

2 a game from a different time period to go
3 into prime time for distribution on Sunday
4 Night Football for a variety of reasons, but
5 among them could include that the originally
6 scheduled game did not live up to, you know,
7 its billing from a quality perspective, or
8 perhaps another game that was in a different
9 window became more compelling or higher
10 quality, REDACTED
11 under a variety of different
12 conditions for that game to move from where
13 it was to Sunday Night Football.  And then
14 the game that was originally scheduled in
15 Sunday Night Football would also move out of
16 Sunday Night Football to make -- to make room
17 for the new game.
18     Q.  Do you -- do you understand the
19 goal of the flex scheduling to put on a game
20 that's expected to generate the highest
21 ratings on Sunday evening?
22     A.  Yeah.  I don't know what the NFL's
23 goal is because it's not applied to us
24 previously, but my point of view would be
25 that it would be to optimize total audience

79

1                     B. MAGNUS

2   by putting, what I'll call, the best game in

3   or upgrading the Sunday Night prime time

4   window with a better game in order to attract

5   higher viewership.

6        Q.   Understood.  Okay.

7             I want to stick to that topic just

8   a little bit, the flexible scheduling.  Do

9   you understand national -- so Sunday Night

10  Football is distributed nationally; is that

11  correct?

12       A.   Yes.

13       Q.   Okay.  So when a game -- when the

14  NFL or Fox or a distributor exercises

15  flexible scheduling to put maybe an afternoon

16  game into the Sunday Night slot, that game is

17  now televised nationally; is that correct?

18       A.   Yes.

19       Q.   Do you understand -- well, for

20  ESPN, is that something that benefits ESPN to

21  have a more popular game, as you were

22  discussing, distributed nationally as opposed

23  to in the afternoon?

24            MS. CURRAN-HUBERTY:  Object to

25       form.