# EXHIBIT 10

# To the Declaration of

# Peter Leckman

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3                                      )
    IN RE:  NATIONAL FOOTBALL            )  Case No.:
 4  LEAGUE'S "SUNDAY TICKET"             )  2:15-ml-02668-PSG
    ANTITRUST LITIGATION                 )  (JEMX)
 5                                       )
    _____        )
 6

 7

 8

 9

10

11     HIGHLY CONFIDENTIAL - COMMERCIALLY SENSITIVE

12       VIDEO-RECORDED DEPOSITION OF SEAN MCMANUS

13                   New York, New York

14                 Thursday, July 14, 2022

15

16

17

18

19

20

21

22

23  Reported Stenographically By:
    PATRICIA A. BIDONDE
24  Registered Professional Reporter
    Realtime Certified Reporter
25  JOB#:  845606
```

2

                    June 27, 2022
                    9:19 a.m.

       Highly Confidential -
Commercially Sensitive Video-Recorded
Deposition of SEAN MCMANUS, held at the
offices of CBS Sports, 555 West 57th
Street, 18th Floor, New York, New York,
before Patricia A. Bidonde,
Stenographer, Registered Professional
Reporter, Realtime Certified Reporter,
Certified eDepoze Court Reporter, Notary
Public of the States of New York, New
Jersey, and Connecticut.

3

1             A P P E A R A N C E S

2

3  HAUSFELD LLP

4  Attorneys for Plaintiffs

5        33 Whitehall Street

6        14th Floor

7        New York, New York 10004

8  BY:   SCOTT MARTIN, ESQ.

9        646-357-1195

10       smartin@hausfeld.com

11

12

13 WILKINSON STEKLOFF

14 Attorneys for Defendants NFL

15       2001 M Street, NW

16       10th Floor

17       Washington, D.C. 20036

18 BY:   BRIAN L. STEKLOFF, ESQ.

19       202-847-4030

20       bstekloff@wilkinsonstekloff.com

21 BY:   CAROLINE LI, ESQ.

22       202-804-4255

23       cli@wilkinsonstekloff.com

24

25

4

1        A P P E A R A N C E S  (CONTINUED)

2

3  WEIL, GOTSHAL & MANGES LLP

4  Attorneys for CBS Sports and the witness

5          767 Fifth Avenue

6          New York, New York 10153-0119

7  BY:     YEHUDAH L. BUCHWEITZ, ESQ.

8           212-310-8256

9           yehudah.buchweitz@weil.com

10 BY:     ZACHARY SCHREIBER, ESQ.

11          212-310-8739

12          zach.schreiber@weil.com

13

14 CBS SPORTS

15          555 West 57th Street

16          18th Floor

17           New York, New York 1001

18 BY:    MICHAEL RONA, ESQ.

19 BY:    ANDIE SCHWARTZ, ESQ.

20

21 ALSO PRESENT:

22 CHRISTIAN BIDONDE, Legal Video Specialist

23                    - - -

24

25

5

1              - - -

2         P R O C E E D I N G S

3              - - -

4         THE VIDEOGRAPHER:  We are now on
5    the record.  The time is 9:19 a.m. on
6    July 14, 2022.  Audio and video
7    recording will continue to take place
8    until all parties agree to go off the
9    record.  Please note that microphones
10   are sensitive and may pick up whispering
11   and private conversations.
12        This is the video-recorded
13   deposition of Sean McManus in the matter
14   of NFL Sunday Ticket Antitrust
15   Litigation.  This deposition is being
16   held at CBS Sports, New York, New York.
17        My name is Christian Bidonde.  I
18   am the legal video specialist on behalf
19   of Lexitas.  The certified stenographer
20   is Patricia Bidonde on behalf of
21   Lexitas.  I am not related to any party
22   in this action nor am I financially
23   interested in the outcome.
24        Counsel will state their
25   appearances for the record, then the

6

1       certified stenographer will swear in the

2       witness.

3            MR. MARTIN: Scott Martin,

4       Hausfeld LLP, New York City, for the

5       class plaintiffs.

6            MR. STEKLOFF: Brian Stekloff on

7       behalf of the NFL defendants.

8            MS. LI: Caroline Li on behalf of

9       the NFL defendants.

10           MR. BUCHWEITZ: Yehudah

11      Buchweitz, Weil, Gotshal & Manges, for

12      the witness, and with me are Zach

13      Schreiber from my office and Michael

14      Rona and Andie Schwartz from CBS Sports.

15  S E A N   M C M A N U S, called as a witness,

16      having been duly sworn by a Notary

17      Public, was examined and testified as

18      follows:

19 EXAMINATION BY

20 MR. MARTIN:

21     Q.   Good morning, Mr. McManus.

22     A.   Good morning.

23     Q.   My name is Scott Martin. I

24 represent the plaintiffs in this case. We've

25 already met. Let me ask you in the first

42

1              MR. STEKLOFF:  Object to form.

2         A.    Yes.

3         Q.    Did that concern you?

4         A.    Without knowing more about it, I

5    wouldn't say it concerned me, but it was a

6    topic of interest for me.

7         Q.    Okay.  Did you have any

8    discussions concerning whether the streaming

9    service would charge significantly less than

10   the current cost for the Sunday Ticket package

11   on DirecTV?

12        A.    Sorry.  Could you say that again.

13        Q.    Sure.  Did you have any

14   discussions concerning the current cost of the

15   Sunday Ticket package on DirecTV?

16        A.    We did.  And just to clarify, the

17   previous questions were with respect to

18   conversations that the NFL was having with

19   possible Sunday Ticket partners.

20              We did have significant

21   conversation on the parameters of the offer

22   that the NFL was going to make for Sunday

23   Ticket, and that was of some concern to us

24   because exclusivity is important to us, and we

25   needed to make sure that the Sunday Ticket

43

1  package wouldn't interfere with our ability to
2  have the broadest distribution and television
3  ratings.
4       Q.   Okay.  Just so that the jury can
5  understand:  When you say "exclusivity,"
6  Mr. McManus, what do you mean?
7       A.   That in a given market, if
8  somebody wants to watch one of our games that
9  we are broadcasting, that they have to watch
10 the CBS station in their market.
11      Q.   And what other parameters were
12 significant to CBS for purposes of those
13 discussions?
14           MR. BUCHWEITZ:  Object to the
15      form.
16           Go ahead and answer.
17      REDACTED

44

1    REDACTED

54

1 REDACTED

6  Q. Has CBS conveyed to the NFL that
7 its preference would be that the price of
8 Sunday Ticket not substantially decrease to
9 subscribers?
10  A. We have conveyed that we want it
11 to continue to be a premium package for avid
12 fans.
13 REDACTED

1    Q.   And I think you testified, when
2  asked by Mr. Martin, that that Thursday Night
3  Football package was not profitable for CBS.
4  Is that right?
5    A.   That is correct.
6    Q.   And can you explain a little bit
7  more what you mean by "not profitable from a
8  financial standpoint"?
9    A.   The revenue we generated was less
10 than we were paying in a rights fee and
11 spending on production.
12   Q.   And is that part of the reason
13 why CBS is no longer broadcasting Thursday
14 night games?
15   A.   Yes.
16   Q.   And in terms of Thursday night
17 games, was NFL network also broadcasting those
18 games simultaneously?
19   A.   They were.
20   Q.   And were some viewers watching
21 games on NFL network as opposed to CBS?
22   A.   I assume so.
23   Q.   Did that have an impact on the
24 revenue being generated by CBS?
25   A.   Yes, it did.