# EXHIBIT 11

# To the Declaration of

# Peter Leckman

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
                                                                     1

 1                  UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
 2

 3        Civil Action No. 2:15-ml-02668-PSG(JEMx)

 4

 5   IN RE: NATIONAL FOOTBALL
     LEAGUE'S "SUNDAY TICKET"
 6   ANTITRUST LITIGATION

 7
              _____/
 8

 9

10

11                       DEPOSITION OF
                         DAVE PIETRYCHA
12

13

14

15              Tuesday, August 16, 2022
                 10:26 a.m. - 3:11 p.m.
16

17                     Remote Location
                   Via Zoom Videoconference
18                    All Parties Remote

19

20

21

22

23

24          Stenographically Reported By:
                   Erica Field, RPR
25
```

```
                                                                    2
 1   APPEARANCES:

 2


 3   On behalf of the Plaintiff:
         LANGER GROGAN & DIVER
 4       1717 Arch Street
         Suite 4130
 5       Philadelphia, Pennsylvania 19103
         (215) 320-5660
 6       BY: KEVIN TRAINER, ESQUIRE
         ktrainer@langergrogan.com
 7

 8   On behalf of the Defendant:
         WILKINSON STEKLOFF
 9       2001 M Street NW
         10th Floor
10       Washington, DC 20036
         (202) 847-4000
11       BY: MAX WARREN, ESQUIRE
             CAITLIN CALLAHAN, ESQUIRE
12       mwarren@wilkinsonstekloff.com
         ccallahan@wilkinsonstekloff.com
13

14   On behalf of the Witness:
         DAVIS POLK & WARDWELL
15       450 Lexington Avenue
         New York, New York 10017
16       (212) 450-4000
         BY: ARTHUR BURKE, ESQUIRE
17           MATTHEW DACHER, ESQUIRE
             GREGORY MORRISON, ESQUIRE
18       arthur.burke@davispolk.com
         matthew.dacher@davispolk.com
19       gregory.morrison@davispolk.com

20

21   ALSO PRESENT:
         Mariano Schwed, NBCUniversal
22       Aydaline Garcia, Videographer

23

24

25
```

```
                                                                3
  1                     INDEX OF PROCEEDINGS

  2   WITNESS                                              PAGE
      DAVE PIETRYCHA                                          4
  3   DIRECT EXAMINATION BY MR. TRAINER                       5
      CROSS-EXAMINATION BY MR. WARREN                       119
  4   CERTIFICATE OF REPORTER                               188

  5

  6

  7

  8                          EXHIBITS
      EXHIBIT              DESCRIPTION                     PAGE
  9   Exhibit 1   Forty under 40: Dave Pietrycha             25
      Exhibit 2   NFL_0989539                                29
 10   Exhibit 3   NFL_0474032                                33
      Exhibit 4   Flexible Schedule Procedures               42
 11   Exhibit 5   NFL_0458574                                57
      Exhibit 6   Sunday_Ticket_NBCU_000000556               72
 12   Exhibit 7   Sunday_Ticket_NBCU_000000852               88
      Exhibit 8   Sunday_Ticket_NBCU_000000021              110
 13   Exhibit 9   Sunday_Ticket_NBCU_000000364              156

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

4

1    Thereupon,

2    the proceedings began at 10:26 a.m.:

3            THE VIDEOGRAPHER:  We are going

4        on the record for the remote 30(b)(6)

5        deposition of Comcast by David

6        Pietrycha on August 16, 2022, at

7        10:27 a.m. Eastern Time in the matter

8        of NFL Sunday Ticket Antitrust

9        Litigation.  My name is Aydaline

10       Garcia, and I will be video recording

11       today's remote deposition on behalf of

12       Lexitas.

13           Will counsel please introduce

14       themselves for the record.

15           MR. TRAINER:  Kevin Trainer for

16       Plaintiffs from Langer Grogan & Diver.

17           MR. WARREN:  Max Warren for the

18       NFL defendants.

19           MR. BURKE:  Art Burke

20       representing the witness.

21           THE VIDEOGRAPHER:  Will the

22       court reporter please swear in the

23       witness.

24   Whereupon,

25               DAVE PIETRYCHA,

```
                                                                    5
 1   having been first duly sworn or affirmed, was
 2   examined and testified as follows:
 3              THE WITNESS:  I do.
 4                 DIRECT EXAMINATION
 5   BY MR. TRAINER:
 6       Q.   Good morning, Mr. Pietrycha.
 7       A.   Good morning.
 8       Q.   Can you please state your name for
 9   the record.
10       A.   David Pietrycha.
11       Q.   Have you ever been deposed before,
12   Mr. Pietrycha?
13       A.   This is my first time.
14       Q.   Welcome.  So a few ground rules
15   just to help things go smooth has possible.
16   Because it's being recorded both on video and
17   by transcript today, it's important that we
18   don't talk over each other.  So I will ask my
19   questions as simply as I can, finish, pause,
20   and then you can answer.  Okay?
21       A.   Yes.
22       Q.   And your counsel, Mr. Burke, may
23   make objections, which is a common component
24   of depositions.  But unless Mr. Burke or
25   another of your counsel has instructed you
```

135

1   REDACTED

[lines 2–21 redacted]

22       Q.    And I think you said this is --
23   this flexible scheduling is foundational to
24   the value of the rights that NBC has?
25       A.    Yes.