# EXHIBIT 13

# To the Declaration of Peter Leckman

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

                                                              1

1

2              UNITED STATES DISTRICT COURT

3              CENTRAL DISTRICT OF CALIFORNIA

4    -------------------------X
     IN RE: NATIONAL FOOTBALL   |
5    LEAGUE'S "SUNDAY TICKET"   | CASE NO.:
                                | 2:15-ml-02668-PSG(JEMx)
6    ANTITRUST LITIGATION       |
     _____|
7    THIS DOCUMENT RELATES TO   |
     ALL ACTIONS                |
8    -------------------------X

9                    DEPOSITION OF

10                   HANS SCHROEDER

11                 NEW YORK, NEW YORK

12                   July 28, 2022

13

14   REPORTED BY:  KIARA MILLER

15   FILE NO.:  843671

16

17

18

19

20

21

22

23

24

25

```
                                                          2
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3     --------------------------X
       IN RE: NATIONAL FOOTBALL   |
 4     LEAGUE'S "SUNDAY TICKET"   | CASE NO.:
                                  | 2:15-ml-02668-PSG(JEMx)
 5     ANTITRUST LITIGATION       |
       _____ |
 6     THIS DOCUMENT RELATES TO   |
       ALL ACTIONS                |
 7     --------------------------X

 8

 9          Deposition of HANS SCHROEDER, taken on behalf

10          of Plaintiff, at 620 Eighth Avenue, New York,

11          New York, commencing at 10018, Thursday, July

12          28, 2022, before Kiara Miller.
```

```
                                                                  3
 1   A P P E A R A N C E S:

 2

 3

 4            SUSMAN GODFREY, LLP
              Attorneys for Plaintiff
 5            1900 Avenue of the Stars, Suite 1400
              Los Angeles, California 90067
 6
              BY: IAN GORE, ESQ.
 7                REBEKAH STROTMAN, ESQ.

 8

 9

10
              WILKINSON STEKLOFF
11            Attorneys for Defendants
              2001 M Street, NW, 10th Floor
12            Washington, D.C. 20036
              EMAIL: BSTEKLOFF@WILKINSONSTEKLOFF.COM
13
              BY: BRIAN L. STEKLOFF, ESQ.
14                BLAKE NEAL, ESQ.
                  CAROLINE LI, ESQ.
15

16

17   ALSO PRESENT:

18   JANET NOVA, NFL

19   MICHAEL BENNETT, Videographer

20

21

22

23

24

25
```

4

1      VIDEOGRAPHER:  We are now on
2  the record.  My name is Michael
3  Bennett, I am a videographer
4  retained by Lexitas.  This is a
5  video deposition for the United
6  States District Court central
7  district of California.  Today's
8  date is July 28th, 2022.  The time
9  is approximately 9:53 a.m.  This
10  deposition is being held at the
11  offices of Covington and Burling,
12  LLP.  Located at 620 8th Avenue in
13  New York, New York.
14      It is being taken in the
15  matter National Football Leagues
16  Sunday Ticket anti-litigation.  Case
17  No. 215ML02668.  The deponent is
18  National Football League, Inc., and
19  NFL Enterprises LLC, by Hans
20  Schroeder.
21      Would counsel please identify
22  themselves.
23      MR. GORE:  Ian Gore from
24  Susman Godfrey firm on behalf of the
25  plaintiffs.  Rebekah Strotman from

5

1                Susman Godfrey on behalf of the
2                plaintiffs.
3                     MR. STEKLOFF:  Brian Stekloff
4                on behalf of the NFL defendants.
5                Blake Neal on behalf of the NFL
6                defendants.  Caroline Li on behalf
7                of the NFL defendants.  Janet Nova
8                on behalf of the NFL.
9                     VIDEOGRAPHER:  Thank you all
10               very much.  The court reporter is
11               Kiara Miller and I would ask her to
12               please now swear in the witness.
13
14   H A N S  S C H R O E D E R, after having first been
15   duly sworn by a Notary Public of the State of New
16   York, was examined and testified as follows:
17                     COURT REPORTER:  Please state
18                your name for the record.
19                     THE WITNESS:  Hans Schroeder.
20                     COURT REPORTER:  Please state
21                your address for the record.
22                     THE WITNESS:  My current home
23                address 279 Rye Beach Avenue, Rye,
24                New York 10580.
25   EXAMINATION BY

6

1   MR. GORE:

2   BY MR. GORE:

3        Q    Good morning Mr. Schroeder, again.

4   My name is Ian Gore representing the

5   plaintiffs in the case.  Have you ever been

6   deposed before, sir?

7        A    I have.

8        Q    How many times?

9        A    Once.

10       Q    And do you remember what the case

11  was about in that one case?

12       A    It was related to a dispute with

13  the NFL players association.

14       Q    How long ago was that?

15       A    I would guess at least a decade or

16  so I would think.  In that the ballpark

17  maybe a little bit longer.

18       Q    Just a few ground rules make sure

19  we're on the same page as we go through the

20  day.  One, I would just ask that we avoid

21  talking over each other; so, please just try

22  to make sure I finish my question before you

23  begin responding.  Likewise, I will try to

24  make sure you finished your response before

25  I jump into a question; is that okay?

1  league and shared by the league for live
2  games on television.
3       Q    And to pursue that model of game
4  distribution the teams had to pull their
5  rights to televise their regular season
6  games to the league, correct?
7       A    I think the league had the right
8  to distribute the collective set of clubs
9  games as part of media deals that the league
10 offered.
11      Q    And for the league to participate
12 in a media deal like that the teams had to
13 pull their collective rights to televise
14 games to the league, correct?
15           MR. STEKLOFF:  Objection.
16      Asked and answered.  You can answer
17      again.
18      A    The league -- or the teams granted
19 to the league and the league offered those
20 collective set of rights related to all
21 regular season and post season games across
22 the league.
23      Q    And since the time that that model
24 has been in place the teams have not been
25 permitted to license television broadcast of

20

1 their regular season games, correct?
2     A    The clubs granted those rights to
3 the league and that's been our operating
4 model since that point in time, which has
5 been critical to the league's success over
6 time to have that collectively shared
7 revenue in the media model that we do. That
8 is so foundational for us on a number of
9 levels. It is inherent and critical to the
10 competitive dynamic to enables us as a
11 league to have 32 clubs that all have a
12 competitive chance and drives the popularity
13 of those clubs in a way that is different
14 and unique with the national distribution
15 that we have verses other leagues. And the
16 popularity that we see across our clubs and
17 the competitiveness that we see across our
18 clubs through the range of different market
19 sizes.
20          MR. GORE: I'm going to move
21     to strike as non-responsive.
22     Q    My question was a little bit more
23 narrower than that it wasn't really asking
24 why. My question was since the time that
25 model has been in place the teams are not

Case 2:15-ml-02668-PSG-SK Document 965-15 Filed 08/28/23 Page 10 of 13 Page ID #:36499
NFL Sunday Ticket Antitrust Litigation    Hans Schroeder

21

1  permitted to license television broadcast of
2  their regular season games, right?
3      A   The league has the right to
4  license for media platforms for television
5  platforms, let me be more precise.  The
6  rights related to all regular seasons and
7  post seasons games.
8      Q   That right that's held by the
9  league is exclusive to the league?
10     A   The league holds the right to
11 license on television the distribution of
12 our live game broadcast.
13     Q   Right.  But the team is not
14 permitted to co-license television broadcast
15 of their regular season games?
16     A   The league has those rights.
17     Q   So, if a team wanted to televise a
18 regular season game it could not, correct,
19 on its own?
20     A   The league has those rights.
21     Q   Can a club license television
22 broadcast of their regular season games in
23 addition to the league?
24     A   The clubs have granted to the
25 league the right to license all broadcast

Case 2:15-ml-02668-PSG-SK   Document 965-15   Filed 08/28/23   Page 11 of 13   Page ID
NFL Sunday Ticket Antitrust Litigation          #:36500                        Hans Schroeder

22

1   related to regular and post season games on
2   the television.
3       Q    Is that an exclusive right to the
4   league?
5       A    The league has those rights.
6       Q    Does anybody else have the right
7   to license television broadcast of regular
8   season games outside of the league?
9       A    The league has the rights to
10  license all regular season and post season
11  game broadcast on the television.
12      Q    I understand that the league can't
13  license those games I'm asking if anybody
14  else that can license those games?
15      A    As I said the clubs have granted
16  the league those rights to do that.
17      Q    But it's an exclusive license it's
18  not a --
19      A    It's the league's right to do
20  that.
21      Q    Is that right held by the league
22  enshrined in the NFL constitution and
23  by-laws?
24      A    It is.
25      Q    And where?

50

```
 1   or different audience we're trying to reach.
 2   Those things as we work collaboratively and
 3   proactively to try to reach and expand or
 4   engagement with those type audiences, you
 5   know probably because they're newer there's
 6   even sort of a more probably active level of
 7   conversation.
 8        Q    Do those conversations between the
 9   NFL and Direct TV teams include the price
10   the Direct TV is proposing to charge
11   consumers for Sunday Ticket?
12        A    Direct TV sets the price for
13   Sunday Ticket.
14        Q    Right.  I'm just asking is that
15   part of the conversation?
16        A    Direct TV will share with us their
17   plans and what they are going to price
18   Sunday Ticket at.
19        REDACTED
```

Case 2:15-ml-02668-PSG-SK   Document 965-15   Filed 08/28/23   Page 13 of 13   Page ID #:36502
NFL Sunday Ticket Antitrust Litigation                                    Hans Schroeder

57

1   thoughts as we sit here now, which is they
2   have the rights.  I think we like the
3   collective model that we have that creates
4   National appeal for all our teams.  And a
5   single team model would have some
6   considerations to that.  I'm sure they would
7   have to tell you that, but we like the
8   emphasis on the whole that all our clubs are
9   contributing and interesting to the fan base
10  and that changes year to year.  So, as it
11  relates specifically to a single club I
12  think you'd have to ask Direct TV.
13       Q    There any specific economic
14  considerations related to offering a single
15  team package that concerns the NFL?
16            MS. BURKE:  Object to form,
17       but you can answer.
18       A    I think one of the real strikes
19  for us is the collective focus on all 32.
20  And there's no direct economic aspect today
21  as I think those revenues would still be
22  shared equally.  But overtime I think we
23  would have a great consideration about
24  underminding what has been so critical and
25  important to us about how the overall model,