# EXHIBIT 14

# To the Declaration of Peter Leckman

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

1

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   --------------------------)
     IN RE:  NATIONAL FOOTBALL)      Civil Action No.
 5   LEAGUE'S "SUNDAY TICKET"  )     2:15-ml-02668-PSG(JEMx)
     ANTITRUST LITIGATION      )
 6   --------------------------

 7

 8

 9

10

11

12                    HIGHLY CONFIDENTIAL

13         VIDEOTAPED DEPOSITION OF ROBERT STECKLOW

14               FRIDAY, SEPTEMBER 23, 2022

15                       9:12 a.m.

16

17

18

19

20

21

22

23

24
     Reporter:  Elizabeth M. Kondor, CCR
25   Job No. 2022-859410
```

```
 1   A P P E A R A N C E S:

 2
        Appearing on behalf of the Plaintiffs:
 3
        SUSMAN GODFREY LLP
 4          1301 Avenue of the Americas
            32nd Floor
 5          New York, New York 10019
            212.729.2016
 6     BY: TYLER FINN, ESQ.
            tfinn@susmangodfrey.com
 7

 8
        Appearing on behalf of the NFL Defendants:
 9
        WILKINSON STEKLOFF
10          130 West 42nd Street
            24th Floor
11          New York, New York 10036
            212.294.8910
12          BY:  JEREMY S. BARBER, ESQ.
                 jbarber@wilkinsonstekloff.com
13          BY:  JUSTIN MUNGAI, ESQ.
                 jmungai@wilkinsonstekloff.com
14

15      Appearing on behalf of DIRECTV and the
        witness:
16
        O'MELVENY & MYERS, LLP
17          Times Square Tower
            7 Times Square Tower
18          New York, New York 10036-6537
            212.326.2000
19          BY:   JEFFREY A. N. KOPCZYNSKI, ESQ.
                  jkopczynski@omm.com
20          BY:   MANSURA SIRAJEE, ESQ.
                  msirajee@omm.com
21

22   ALSO PRESENT:

23   DANNY ORTEGA, Videographer

24

25
```

3

I N D E X

| WITNESS | PAGE |
|---|---|
| ROBERT STECKLOW | |
|     EXAMINATION BY MR. FINN | 6 |
|     EXAMINATION BY MR. BARBER | 129 |

E X H I B I T S

| STECKLOW | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | LinkedIn Profile | 8 |
| Exhibit 2 | E-mail thread, DIRECTV-ST-00231244 - 45 | 24 |
| Exhibit 3 | 11/8/16 e-mail with attachment, DIRECTV-ST-00214016 - 028 | 32 |
| Exhibit 4 | E-mail thread, DIRECTV-ST-00257960 - 61 | 42 |
| Exhibit 5 | E-mail thread, DIRECT-ST-00459950 - 52 | 51 |
| Exhibit 6 | 2/19/16 e-mail with attachment, NFL_0293994 - 998 | 54 |
| Exhibit 7 | E-mail thread, DIRECTV-ST-00439789 - 791 | 57 |
| Exhibit 8 | E-mail thread, DIRECTV-ST-00439783 - 85 | 64 |
| Exhibit 9 | E-mail thread, DIRECTV-ST-00226817 - 22 | 66 |
| Exhibit 10 | 10/13/16 e-mail with attached PowerPoint, DIRECTV-ST-00215549 - 55 | 73 |

```
                E X H I B I T S (Continued)

   STECKLOW              DESCRIPTION              PAGE

   Exhibit 11    PowerPoint,
                 DIRECTV-ST-00228362 - 429.. 79

   Exhibit 12    E-mail thread with
                 attachment,
                 DIRECTV-ST-00217694 - 701.. 98

   Exhibit 13    E-mail thread
                 DIRECTV-ST-00443686 - 88... 106

   Exhibit 14    9/25/2020 e-mail with
                 attachment,
                 DAN-NFLST-008975 - 018 .... 111

              (EXHIBITS ANNEXED HERETO)
```

5

1       VIDEOGRAPHER: We are now on the
2 record. My name is Danny Ortega, and I'm
3 the legal videographer for Lexitas
4 Reporting.
5       Today's date is September 23, 2022,
6 and the time is 9:12 a.m. This video
7 deposition is being held at 1301 Avenue of
8 the Americas, New York, New York, in the
9 matter of the NFL "Sunday Ticket" Antitrust
10 Litigation for the United States District
11 Court for the Central District of
12 California.
13       The deponent today is Robert
14 Stecklow.
15       Counsel, please identify yourselves
16 for the record.
17       MR. FINN: Tyler Finn from Susman
18 Godfrey on behalf of the plaintiffs.
19       MR. KOPCZYNSKI: Jeffrey Kopczynski
20 and Monsura Sirajee from O'Melveny & Myers
21 on behalf of DIRECTV and the witness.
22       MR. BARBER: Jeremy Barber and Justin
23 Mungai from Wilkinson Stekloff on behalf of
24 the NFL defendants.
25       And if I could make a record, I

6

1        believe we have an agreement that any
2        objections by DIRECTV will count as NFL
3        objections and presumably vice versa.
4             MR. KOPCZYNSKI:  Agreed.
5             MR. FINN:  Agreed.
6             VIDEOGRAPHER:  The court reporter
7        today, Betsy Kondor, will now swear in the
8        witness.
9    R O B E R T   S T E C K L O W, having been first
10   duly sworn, testified as follows;
11   EXAMINATION BY MR. FINN:
12        Q.    Good morning.
13        A.    Good morning.
14        Q.    Can you please state your full name
15   for the record.
16        A.    Robert Stecklow.
17        Q.    And, Mr. Stecklow, have you ever been
18   deposed before?
19        A.    I have.
20        Q.    And how many times?
21        A.    This will be my second.
22        Q.    And what was the nature of the first
23   matter?
24        A.    It was a case against DIRECTV on a
25   channel that was launched that I was deposed

