# EXHIBIT 15

# To the Declaration of Peter Leckman

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

                                                                        1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
--------------------------------------------X
IN RE:  NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION,

Civil Action No. 2:15-ml-02668-PSG(JEMx)
--------------------------------------------X


   VIDEOTAPED DEPOSITION OF PAUL TAGLIABUE




DATE:  June 2, 2022

TIME:  9:09 a.m.

PLACE:  ***REMOTE***

BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

JOB NO:  2022-845601

1
2  A P P E A R A N C E S:
3
4
  LANGER GROGAN & DIVER
5    Attorneys for the Plaintiffs
     1717 Arch Street, Suite 4130
6    Philadelphia, Pennsylvania 19103
     BY:  HOWARD LANGER, ESQ.
7         KEVIN TRAINER, ESQ.
          PETER LECKMAN, ESQ.
8
9
10
11 WILKINSON STEKLOFF
     Attorneys for the Defendant
12    NFL
     2001 M Street NW
13    10th Floor
     Washington, D.C. 20336
14   BY:  BLAKE NEAL, ESQ.
          MAX WARREN, ESQ.
15        RAKESH KILARU, ESQ.
16
17
18
   COVINGTON & BURLING
19    Attorneys for the NFL and
     the witness
20    One CityCenter
     850 Tenth Street, NW
21    Washington, DC 20001-4956
     BY:  DEREK LUDWIN, ESQ.
22
23
24
25

ALSO PRESENT:

Dolores DiBella, Esq., NFL

Kim Ferrari, paralegal

Aydaline Garcia, videographer

\*        \*        \*

Case 2:15-ml-02668-PSG-SK   Document 965-17   Filed 08/28/23   Page 5 of 12   Page ID #:36515
NFL Sunday Ticket Antitrust Litigation
Paul Tagliabue
June 02, 2022

4

1  P. TAGLIABUE
2  THE VIDEOGRAPHER: We are going
3  on the record for the remote video
4  deposition of Mr. Paul Tagliabue on
5  June 2, 2022 at 9:09 a.m. Eastern Time
6  in the matter of NFL Sunday Ticket
7  antitrust litigation.
8  My name is Aydaline Garcia and I
9  will be video recording today's remote
10  deposition on behalf of Lexitas.
11  Everyone present will be noted on the
12  stenographic record.
13  Will the court reporter please
14  swear in the witness.
15  PAUL TAGLIABUE, called as a witness, having
16  been first duly sworn by a Notary Public of
17  the States of New York, New Jersey, and
18  Pennsylvania was examined and testified as
19  follows:
20  EXAMINATION BY
21  MR. LANGER:
22  Q. Hi, Mr. Tagliabue.
23  Mr. Tagliabue, can you tell us the
24  years that you were employed by the National
25  Football League?

5

1        P. TAGLIABUE

2        A.    From November of 1989 until August

3    of 2006.

4        Q.    And what was your position?

5        A.    Commissioner.

6        Q.    Did you ever hold any other

7    positions?

8        A.    With the NFL?

9        Q.    Yes.

10       A.    No.

11       Q.    Now, I want to go back to the very

12   beginning of your experience with football

13   for a minute.  I understand you grew up in

14   Jersey City; is that right?

15       A.    Correct.

16       Q.    Did you root for a particular team

17   back then?

18       A.    Football team?

19       Q.    Yes.

20       A.    Probably the New York Giants and

21   the Cleveland Browns.

22       Q.    Would you consider yourself a fan

23   back then?

24       A.    Yes.

25       Q.    Did you listen to them on the

Case 2:15-ml-02668-PSG-SK   Document 965-17   Filed 08/28/23   Page 7 of 12   Page ID
NFL Sunday Ticket Antitrust Litigation                    #:36517                                   Paul Tagliabue
                                                                                                   June 02, 2022

79

1        P. TAGLIABUE

2    <span style="color:red">REDACTED</span>



P. TAGLIABUE

REDACTED

Case 2:15-ml-02668-PSG-SK Document 965-17 Filed 08/28/23 Page 9 of 12 Page ID #:36519
NFL Sunday Ticket Antitrust Litigation
Paul Tagliabue
June 02, 2022

81

1          P. TAGLIABUE
2  REDACTED



Case 2:15-ml-02668-PSG-SK Document 965-17 Filed 08/28/23 Page 10 of 12 Page ID #:36520
NFL Sunday Ticket Antitrust Litigation
Paul Tagliabue
June 02, 2022

82

1          P. TAGLIABUE

2 REDACTED



Case 2:15-ml-02668-PSG-SK  Document 965-17  Filed 08/28/23  Page 11 of 12  Page ID #:36521
NFL Sunday Ticket Antitrust Litigation
Paul Tagliabue
June 02, 2022

83



1         P. TAGLIABUE
2   REDACTED

Case 2:15-ml-02668-PSG-SK Document 965-17 Filed 08/28/23 Page 12 of 12 Page ID #:36522
NFL Sunday Ticket Antitrust Litigation
Paul Tagliabue
June 02, 2022

140

1        P. TAGLIABUE

2  REDACTED