Name and address:
Neema T. Sahni
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
nsahni@cov.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>Plaintiff(s),<br><br>v.<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS<br><br>Defendant(s), | CASE NUMBER<br><br>2:15-ml-02668-PSG<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. ***ELECTRONIC SIGNATURES ARE NOT ACCEPTED***. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Pavelec, Jenna H.
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

Wilkinson Stekloff LLP
*Firm/Agency Name*

| | | |
|---|---|---|
| 2001 M Street NW | (202) 847-4048 | (202) 847-4005 |
| 10th Floor | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Washington, DC 20036 | jpavelec@wilkinsonstekloff.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

National Football League, NFL Enterprises LLC, and     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____
the Individual NFL Clubs (See Section IV below)        ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| District of Columbia Court of Appeals | 12/18/2018 | Yes |
| US Court of Appeals: Sixth Circuit | 03/20/2019 | Yes |
| Eastern District of Michigan | 07/15/2019 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 08/31/2023

Jenna H. Pavelec
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Sahni, Neema T.
*Designee's Name (Last Name, First Name & Middle Initial)*

Covington & Burling LLP
*Firm/Agency Name*

1999 Avenue of the Stars
35th Floor
*Street Address*

Los Angeles, CA  90067
*City, State, Zip Code*

(424) 332-4800
*Telephone Number*

(424) 332-4749
*Fax Number*

nsahni@cov.com
*Email Address*

274240
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  August 31, 2023

Neema T. Sahni
*Designee's Name (please type or print)*

*[signature]*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

I have been retained to represent the following parties (continued from Section I):
Arizona Cardinals Holdings, Inc., Defendant; Atlanta Falcons Football Club LLC, Defendant; Baltimore Ravens Limited Partnership, Defendant; Buccaneers Limited Partnership, Defendant; Buffalo Bills, LLC, Defendant; Chargers Football Co., LLC, Defendant; Chicago Bears Football Club Inc, Defendant; Cincinnati Bengals Inc, Defendant; Cleveland Browns; Football Company, LLC, Defendant; Dallas Cowboys Football Club Ltd, Defendant; Detroit Lions Inc, Defendant; Football Northwest LLC, Defendant; Green Bay Packers, Inc., Defendant; Houston NFL Holdings LP, Defendant; Indianapolis Colts Inc., Defendant; Jacksonville Jaguars LLC, Defendant; Kansas City Chiefs Football Club, Inc, Defendant; Miami Dolphins Ltd, Defendant; Minnesota Vikings Football Club LLC, Defendant; New England Patriots, LP, Defendant; New Orleans Louisiana Saints LLC, Defendant; New York Football Giants Inc, Defendant; New York Jets LLC, Defendant; Oakland Raiders LP, Defendant; PDB Sports Ltd, Defendant; Panthers Football LLC, Defendant; Philadelphia Eagles Football Club, Inc., Defendant; Pittsburgh Steelers Sports, Inc, Defendant; San Francisco Forty Niners II, LLC, Defendant; Tennessee Football, Inc., Defendant; The Rams Football Company LLC, Defendant; Washington Football, Inc., Defendant.

Additional Court Admissions (continued from Section I):
District of District of Columbia:  admitted January 04, 2021; active member in good standing.



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Jennifer Pavelec

*was duly qualified and admitted on December 17, 2018 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 30, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*