Neema T. Sahni
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
nsahni@cov.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>v.<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NUMBER<br><br>2:15-ml-02668-PSG<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Pavelec, Jenna H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 847-4048
*Telephone Number*

(202) 847-4005
*Fax Number*

jpavelec@wilkinsonstekloff.com
*E-Mail Address*

Wilkinson Stekloff LLP
2001 M St. NW,
10th Floor,
Washington, DC, 20036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

National Football League, NFL Enterprises LLC, and the Individual NFL Clubs
*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

Sahni, Neema T.
*Designee's Name (Last Name, First Name & Middle Initial)*

274240
*Designee's Cal. Bar No.*

(424) 332-4800
*Telephone Number*

(424)332-4749
*Fax Number*

nsahni@cov.com
*E-Mail Address*

COVINGTON & BURLING LLP
1999 Avenue of the Stars
Suite 3500
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge