

Case: 2:15ml2668   Doc: 950

Roger A Sachar                              Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036