NIXIE      061   40 1      0207/21/23

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 90012333299      0060N2021633-024435

PSG

undeliverable

FILED
CLERK, U.S. DISTRICT COURT

AUG 30 2023

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

$001.74

ZIP 90012
041M11401106

Case: 2:15ml2668   Doc: 948

Roger A Sachar                                    Jr
Morgan and Morgan PC
28 West 44th Street   Suite 2001
New York, NY 10036