Neema T. Sahni
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
nsahni@cov.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: National Football League's "Sunday Ticket" Antitrust Litigation<br><br>Plaintiff(s)<br>v.<br>THIS DOCUMENT RELATES TO ALL ACTIONS<br><br>Defendant(s). | CASE NUMBER<br><br>2:15-ML-02668-PSG (JEMx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Pavelec, Jenna H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 847-4048     (202) 847-4005
*Telephone Number*     *Fax Number*

jpavelec@wilkinsonstekloff.com
*E-Mail Address*

of  Wilkinson Stekloff LLP
2001 M St. NW,
10th Floor,
Washington, DC, 20036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

National Football League; NFL Enterprises LLC; and the individual NFL clubs.

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Sahni, Neema T.
*Designee's Name (Last Name, First Name & Middle Initial)*

274240     (424) 332-4800     424 332-4749
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

nsahni@cov.com
*E-Mail Address*

of  Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA  90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**   ☐ be refunded   ☐ not be refunded.

Dated: September 5, 2023

*[signature]*

**U.S. District Judge**