

-R-T-S-  908025547-1N          07/18/23

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 24 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

(PSG)

FILED
CLERK, U.S. DISTRICT COURT

SEP - 1 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

undeliverable

Case: 2:15ml2668  Doc: 953

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802