```
-R-T-S-  908025211-1N        07/19/23

         RETURN TO SENDER
       INSUFFICIENT ADDRESS
         UNABLE TO FORWARD
          RETURN TO SENDER
```

undeliverable (PSG)




Case: 2:15ml2668   Doc: 953

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802