NIXIE   910   SE 1         7207/08/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 90012333299   Z347N189180-00095

PSG

FILED
CLERK, U.S. DISTRICT COURT
SEP - 1 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY
undeliverable

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 11 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

NEOPOST
06/28/2023
US POSTAGE $001.50⁰
ZIP 90012
041M11463109

Case: 2:15ml2668   Doc: 949

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802