NIXIE    910    4C 1    7207/08/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 9001233299    2347N189180-00091

PSG

FILED
CLERK, U.S. DISTRICT COURT
SEP - 1 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 11 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

undeliverable

NEOPOST
08/28/2023
US POSTAGE $001.74⁰
ZIP 90012
041M11461109

Case: 2:15ml2668  Doc: 948

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802