OFFICIAL BUSINESS

NIXIE        310    4θ    1              7207/01/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

FILED
CLERK, U.S. DISTRICT COURT
SEP - 1 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

undeliverable

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL - 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PSG

NEOPOST
06/28/2023
US POSTAGE $001.50⁰
ZIP 90012
041M11A6111ng

Case: 2:15ml2668  Doc: 950

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802