Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**DECLARATION OF RAKESH N. KILARU IN SUPPORT OF THE REPLY MEMORANDUM IN SUPPORT OF NFL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: October 27, 2023<br>Time: 1:30 p.m.<br>Courtroom:<br>   First Street Courthouse<br>   350 West 1st Street<br>   Courtroom 6A<br>   Los Angeles, CA 90012 |

I, Rakesh N. Kilaru, declare as follows:

I am a partner at the law firm of Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation. I submit this declaration in support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted *pro hac vice* to practice before the United States Central District of California in this litigation.

1. Attached hereto as Exhibit 44 is a true and correct copy of transcript excerpts from the deposition of Plaintiff expert Daniel A. Rascher, taken on June 28, 2023.
2. Attached hereto as Exhibit 45 is a true and correct copy of the NFL-NFLPA Collective Bargaining Agreement dated March 15, 2020, produced by the NFL with the Bates number NFL_0013148.
3. Attached hereto as Exhibit 46 is a true and correct copy of Meeting Minutes of the May 27, 1970 NFL Executive Session, produced by the NFL with Bates number NFL_0508257.
4. Attached hereto as Exhibit 47 is a true and correct copy of transcript excerpts from the 30(b)(1) deposition of Fox Sports witness Lawrence Jones, taken on July 8, 2022.
5. Attached hereto as Exhibit 48 is a true and correct copy of transcript excerpts from the 30(b)(1) deposition of CBS witness Sean McManus, taken on July 14, 2022.
6. Attached hereto as Exhibit 49 is a true and correct copy of transcript excerpts from the 30(b)(1) deposition of NFL witness Paul Tagliabue, taken on June 2, 2022.
7. Attached hereto as Exhibit 50 is a true and correct copy of transcript excerpts from the 30(b)(1) deposition of DirectTV witness James Dyckes, taken on June 30, 2022.

1

Case No. 2:15-ml-02668-PSG (JEMx)    Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in
Support of NFL Defendants' Motion for Summary Judgment

8. Attached hereto as Exhibit 51 is a true and correct copy of transcript excerpts from the 30(b)(1) deposition of DirectTV witness Robert Thun, taken on November 9, 2022.

9. Attached hereto as Exhibit 52 is a true and correct copy of transcript excerpts from the 30(b)(1) deposition of NFL witness Brent Lawton, taken on June 22, 2022.

10. Attached hereto as Exhibit 53 is a true and correct copy of transcript excerpts from the 30(b)(6) deposition of NFL witness Hans Schroeder, taken on July 28, 2022.

11. Attached hereto as Exhibit 54 is a true and correct copy of transcript excerpts from the 30(b)(1) deposition of NFL witness Robert Kraft, taken on June 23, 2022.

12. Attached hereto as Exhibit 55 is a true and correct copy of transcript excerpts from the 30(b)(1) deposition of DirectTV witness Michael White, taken on July 19, 2022.

13. Attached hereto as Exhibit 56 is a true and correct copy of transcript excerpts from the 30(b)(1) deposition of DirectTV witness Robert Stecklow, taken on September 23, 2022.

14. Attached hereto as Exhibit 57 is a true and correct copy of an email from Brian Rolapp to Robert Kraft dated September 23, 2021 attaching a NFL presentation titled "NFLST / Apple Update," produced by the NFL with Bates number NFL_1216326.

15. Attached hereto as Exhibit 58 is a true and correct copy of an email from Garrett Breeden to Hans Schroeder dated December 24, 2021 attaching an NFL document titled "Summary of NFL Retained Rights and Parameters," produced by the NFL with Bates number NFL_1222344.

2

Case No. 2:15-ml-02668-PSG (JEMx)    Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of NFL Defendants' Motion for Summary Judgment

16. Attached hereto as Exhibit 59 is a true and correct copy of a DIRECTV billing statement produced by Plaintiff Jonathan Frantz with the Bates number FRANTZ_SUNDTIC_00000029.

17. Attached hereto as Exhibit 60 is a true and correct copy of transcript excerpts from the deposition of Plaintiff Eugene Lennon, taken on July 19, 2022.

18. Attached hereto as Exhibit 61 is a true and correct copy of transcript excerpts from the deposition of Plaintiff Robert Lippincott, taken on July 27, 2022.

19. Attached hereto as Exhibit 62 is a true and correct copy of transcript excerpts from the deposition of Plaintiff Jason Baker, taken on July 15, 2022.

20. Attached hereto as Exhibit 63 is a true and correct copy of January 1954 NFL Meeting Minutes, produced by the NFL with Bates number NFL_0507444.

21. Attached hereto as Exhibit 64 is a true and correct copy of *Broadcast Rights, Expansion Game Schedule on Tap at CFP Meetings*, Sports Illustrated (Apr. 26, 2023), available at https://www.si.com/college/2023/04/26/college-football-playoff-talks-tv-rights-expansion-2024-2025 (last accessed Sept. 25, 2023).

22. Attached hereto as Exhibit 65 is a true and correct copy of the merits expert report prepared by NFL expert Amanda D. Lotz, dated April 28, 2023.

23. Attached hereto as Exhibit 66 is a true and correct copy of transcript excerpts from the deposition of Plaintiff expert Leonard F. DeLuca, taken on June 30, 2023.

24. Attached hereto as Exhibit 67 is a true and correct copy of *NFL TV Schedule and Maps: Weeks 14, 2015 Season,* 506 Sports.com, available at https://506sports.com/nfl.php?yr=2015&wk=14 (last accessed Sept. 26, 2023).

25. Attached hereto as Exhibit 68 is a true and correct copy of transcript excerpts from the 30(b)(1) deposition of NFL witness Brian Rolapp, taken on May 18, 2022.

3

Case No. 2:15-ml-02668-PSG (JEMx)    Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of NFL Defendants' Motion for Summary Judgment

26. Attached hereto as Exhibit 69 is a true and correct copy of transcript excerpts from the 30(b)(6) deposition of NBCUniversal witness David Pietrycha, taken on August 16, 2022.

27. Attached hereto as Exhibit 70 is a true and correct copy of Meeting Minutes of the January 17, 1960 Executive Session, produced by the NFL with Bates number NFL_0507599.

28. Attached hereto as Exhibit 71 is a true and correct copy of Meeting Minutes of a January 24, 1961 NFL Meeting produced by the NFL with Bates number NFL_0507666.

29. Attached hereto as Exhibit 72 is a true and correct copy of *NFL TV Schedule and Maps: Weeks 6, 2022 Season,* 506 Sports.com, available at https://506sports.com/nfl.php?yr=2022&wk=6 (last accessed Sept. 28, 2023).

30. Attached hereto as Exhibit 73 is a true and correct copy of transcript excerpts from the 30(b)(1) deposition of DirectTV witness John Lauricella, taken on June 28, 2022.

31. Attached hereto as Exhibit 74 is a true and correct copy of a May 2018 NFL PowerPoint titled "NFL / DirecTV Sunday Ticket Insights," produced by the NFL with Bates number NFL_0055733.

32. Attached hereto as Exhibit 75 is a true and correct copy of transcript excerpts from the deposition of Plaintiff Jonathan Frantz, taken on June 28, 2022.

33. Attached hereto as Exhibit 76 is a true and correct copy of transcript excerpts from the deposition of Plaintiff expert J. Douglas Zona, taken on October 13, 2022.

34. Attached hereto as Exhibit 77 is a true and correct copy of a March 2019 NFL presentation titled "Fan Research Summary, Direct-to-Consumer Implications," produced by the NFL with Bates number NFL_0609532.

4

Case No. 2:15-ml-02668-PSG (JEMx)   Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of NFL Defendants' Motion for Summary Judgment

35. Attached hereto as Exhibit 78 is a true and correct copy of an NFL document titled "NFL Core Objectives and Media Strategy," produced by the NFL with the Bates number NFL_0239782.

36. Attached hereto as Exhibit 79 is a true and correct copy of an August 21, 2017 NFL presentation titled "NFLN Programming Strategy Discussion," produced by the NFL with Bates number NFL_0725994.

37. Attached hereto as Exhibit 80 is a true and correct copy of transcript excerpts from the 30(b)(1) deposition of NFL witness Hans Schroeder, taken on July 29, 2022.

38. Attached hereto as Exhibit 81 is a true and correct copy of transcript excerpts from the 30(b)(1) deposition of NFL witness Roger Goodell, taken on June 16, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 29th day of September 2023 in Washington, D.C.

Dated: September 29, 2023        Respectfully submitted,

/s/ Rakesh N. Kilaru
Rakesh N. Kilaru (admitted *pro hac vice*)

5

Case No. 2:15-ml-02668-PSG (JEMx)        Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of NFL Defendants' Motion for Summary Judgment