# EXHIBIT 49

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

1

1

2    UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
3    ------------------------------------------X
     IN RE:  NATIONAL FOOTBALL LEAGUE'S "SUNDAY
4    TICKET" ANTITRUST LITIGATION,

5

6    Civil Action No. 2:15-ml-02668-PSG(JEMx)
     ------------------------------------------X
7

8

9        VIDEOTAPED DEPOSITION OF PAUL TAGLIABUE

10

11

12

13   DATE:  June 2, 2022

14   TIME:  9:09 a.m.

15   PLACE:  ***REMOTE***

16   BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

17   JOB NO:  2022-845601

18

19

20

21

22

23

24

25

2

```
 1

 2    A P P E A R A N C E S:

 3


 4
       LANGER GROGAN & DIVER
 5          Attorneys for the Plaintiffs
           1717 Arch Street, Suite 4130
 6         Philadelphia, Pennsylvania 19103
           BY:  HOWARD LANGER, ESQ.
 7              KEVIN TRAINER, ESQ.
               PETER LECKMAN, ESQ.
 8


 9


10


11    WILKINSON STEKLOFF
           Attorneys for the Defendant
12         NFL
           2001 M Street NW
13         10th Floor
           Washington, D.C. 20336
14         BY:  BLAKE NEAL, ESQ.
               MAX WARREN, ESQ.
15             RAKESH KILARU, ESQ.

16


17


18
       COVINGTON & BURLING
19         Attorneys for the NFL and
           the witness
20         One CityCenter
           850 Tenth Street, NW
21         Washington, DC 20001-4956
           BY:  DEREK LUDWIN, ESQ.
22


23


24


25
```

3

1

2    ALSO PRESENT:

3

4

        Dolores DiBella, Esq., NFL
5
        Kim Ferrari, paralegal
6
        Aydaline Garcia, videographer
7

8

9
        *          *          *
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

53

1              P. TAGLIABUE

2       A.    That's what I said, yes, I don't

3  recall any such cases.

4       Q.    Okay.  But we saw a number of

5  cases, as we just reviewed, in which courts

6  found the relevant market to be professional

7  football in the United States; is that right?

8       A.    I guess that's right.  I told you

9  I don't recall those decisions, so that's

10  what the cases seem to say, but not on the

11  basis of my recollection.

12       Q.    I see.  Okay.  Now, did you do

13  anything to prepare for your testimony today?

14       A.    Yes.

15       Q.    What did you do?

16       A.    I met with counsel.

17       Q.    When did you do that?

18       A.    I would say about three weeks ago.

19       Q.    How much time did you spend with

20  counsel?

21       A.    About an hour.

22       Q.    And did you review any documents?

23       A.    No.

24       Q.    Okay.  And do you know what this

25  case is about at all?

54

```
 1                    P. TAGLIABUE
 2        A.    It's about an NFL television
 3   arrangement called DirecTV.
 4        Q.    Now, how -- you became
 5   Commissioner in 1989; is that right?
 6        A.    Yes.
 7        Q.    Okay.  And were you involved in
 8   what became known as the product the NFL
 9   Sunday Ticket?
10        A.    Yes.
11              MR. LUDWIN:  Objection.
12        Q.    What was your involvement?
13        A.    I was Commissioner.
```

55

1                                    P. TAGLIABUE



56

1                                    P. TAGLIABUE



57

1                              P. TAGLIABUE



58

1                         P. TAGLIABUE



25        Q.    Okay.  I think we have got that.

59

1                          P. TAGLIABUE



60

1                         P. TAGLIABUE



276

1

2          C E R T I F I C A T E

3

4   STATE OF NEW YORK        )
                         :  SS.:
5   COUNTY OF NASSAU         )

6

7          I, REBECCA SCHAUMLOFFEL, a Notary

8   Public for and within the State of New York,

9   do hereby certify:

10          That the witness whose examination

11   is hereinbefore set forth was duly sworn and

12   that such examination is a true record of the

13   testimony given by that witness.

14          I further certify that I am not

15   related to any of the parties to this action

16   by blood or by marriage and that I am in no

17   way interested in the outcome of this matter.

18          IN WITNESS WHEREOF, I have hereunto

19   set my hand this 6th day of June, 2022.

20          _____

21              REBECCA SCHAUMLOFFEL

22

23

24

25

Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

*Counsel for Defendants National Football
League, NFL Enterprises LLC, and the
Individual NFL Clubs*

[Additional Counsel Listed on Signature
Pages]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | ) Case No. 2:15-ml-02668−PSG (JEMx) ) ) **CORRECTIONS TO THE** ) **DEPOSITION TRANSCRIPT OF** ) **PAUL TAGLIABUE** ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) Judge:  Hon. Philip S. Gutierrez ) ) Deposition Date: June 2, 2022 ) Final Transcript Received: June 7, ) 2022 ) |

Defendants National Football League, NFL Enterprises, LLC, and its member Clubs, by and through their attorneys, hereby provide corrections to the deposition transcript of Paul Tagliabue, along with a brief description of the reason for each correction, attached hereto as "Exhibit A."  The Defendants received notice of the availability of this transcript on June 7, 2022, and are noticing these corrections prior to September 6, pursuant to an agreement reached with Plaintiffs.

Dated:   September 6, 2022

/s/ *Beth A. Wilkinson*

Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football
League, NFL Enterprises LLC, and the
Individual NFL Clubs*

2

# Exhibit A

## Corrections to the Deposition Transcript of Paul Tagliabue – June 2, 2022

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 37:22 | "What does say?" | "What does it say?" | Transcription error |
| ██████ | ███████████ | ████████████ | ██████ |
| ████ | ███████████ | ████████████ | ██████ |
| 70:18-19 | "optimal ways and probable ways" | "optimal ways and crummy ways" | Transcription error |
| ██████ | ███████████ | ████████████ | ██████ |
| ████ | ███████████ | ████████████ | ██████ |
| ████ | ███████████ | ████████████ | ██████ |
| ████ | ███████████ | ████████████ | ██████ |
| ████ | ███████████ | ████████████ | ██████ |
| 139:4-6 | "I probably have more a little knowledge in my wallet today which" | "I probably had a little informant in my wallet 20 years ago to explain this to me which" | Transcription error |
| ████ | ███████████ | ████████████ | ██████ |
| ████ | ████ | ████ | ██████ |
| ████ | ███████████ | ████████████ | ██████ |
| ████ | ██████ | ████ | ██████ |
| ████ | ██ | █ | ██████ |

3

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆▆▆▆ | ▆▆▆▆ | ▆ |
| ▆ | ▆▆▆▆ | ▆▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆▆▆ | ▆▆▆ | ▆ |
| ▆ | ▆▆ | ▆▆ | ▆ |
| ▆ | ▆▆▆ | ▆▆▆ | ▆ |
| ▆ | ▆▆▆▆ | ▆▆▆ | ▆ |
| ▆ | ▆▆▆ | ▆▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ |

4

1  I declare under the penalty of perjury that the foregoing is true and correct.

2

3  Dated: August 9, 2022                    By: _____
                                                    Paul Tagliabue

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

## CERTIFICATE OF SERVICE

I, Jeremy S. Barber, attorney at Wilkinson Stekloff LLP, hereby certify that, on September 6, 2022, I caused the foregoing Corrections to the Deposition Transcript of Paul Tagliabue to be served via email delivery on the following counsel:

MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
IRVING SCHER
ischer@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN
pleckman@langergrogan.com
**LANGER GROGAN AND DIVER PC**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
WILLIAM CHRISTOPHER CARMODY
bcarmody@susmangodfrey.com
SETH ARD
sard@susmangodfrey.com
TYLER FINN
tfinn@susmangodfrey.com
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019
Tel: (212) 336-8330/ Fax: (212) 336-8340

Case No. 2:15-ml-02668-PSG (JEMx)                    Corrections to the Deposition Transcript of Paul Tagliabue

1   IAN M. GORE
igore@susmangodfrey.com
2   **SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
3   Seattle, WA 98101
Tel: (206) 505-3841/Fax: (206) 516-3883
4
   MICHAEL D. HAUSFELD
5   mhausfeld@hausfeld.com
Farhad Mirzadeh
6   fmirzadeh@hausfeld.com
**HAUSFELD LLP**
7   1700 K. Street NW, Suite 650
Washington, DC 20006
8   Tel: (202) 540-7200/Fax: (202) 540-7201

9   MICHAEL P. LEHMANN
mlehmann@hausfeld.com
10   BONNY E. SWEENY
bsweeney@hausfeld.com
11   CHRISTOPHER L. LEBSOCK
clebsock@hausfeld.com
12   **HAUSFELD LLP**
600 Montgomery St., Suite 3200
13   San Francisco, CA 94111
Tel: (415) 633-1908/Fax: (415) 358-4980
14

15   *Co-Lead Plaintiffs' Counsel*

16

17   Executed on September 6, 2022.

18
             By: /s/ Jeremy S. Barber
19                 Jeremy S. Barber

20

21

22

23

24

25

26

27

28