# EXHIBIT 53

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

1

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3   ------------------------X
    IN RE: NATIONAL FOOTBALL |
4   LEAGUE'S "SUNDAY TICKET"  |   CASE NO.:
                              |   2:15-ml-02668-PSG(JEMx)
5   ANTITRUST LITIGATION      |
    _____  |
6   THIS DOCUMENT RELATES TO  |
    ALL ACTIONS               |
7   ------------------------X

8                       DEPOSITION OF

9                       HANS SCHROEDER

10                    NEW YORK, NEW YORK

11                      July 28, 2022

12

13  REPORTED BY:  KIARA MILLER

14  FILE NO.:  843671

15

16

17

18

19

20

21

22

23

24

25

2

1                    UNITED STATES DISTRICT COURT

2                  CENTRAL DISTRICT OF CALIFORNIA

3      ------------------------X
       IN RE: NATIONAL FOOTBALL  |
4      LEAGUE'S "SUNDAY TICKET"   |  CASE NO.:
                                  |  2:15-ml-02668-PSG(JEMx)
5      ANTITRUST LITIGATION       |
       _____   |
6      THIS DOCUMENT RELATES TO   |
       ALL ACTIONS                |
7      ------------------------X

8

9           Deposition of HANS SCHROEDER, taken on behalf

10          of Plaintiff, at 620 Eighth Avenue, New York,

11          New York, commencing at 10018, Thursday, July

12          28, 2022, before Kiara Miller.

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1   A P P E A R A N C E S:

 2

 3

 4           SUSMAN GODFREY, LLP
             Attorneys for Plaintiff
 5           1900 Avenue of the Stars, Suite 1400
             Los Angeles, California 90067
 6
             BY: IAN GORE, ESQ.
 7               REBEKAH STROTMAN, ESQ.

 8

 9

10
             WILKINSON STEKLOFF
11           Attorneys for Defendants
             2001 M Street, NW, 10th Floor
12           Washington, D.C. 20036
             EMAIL: BSTEKLOFF@WILKINSONSTEKLOFF.COM
13
             BY: BRIAN L. STEKLOFF, ESQ.
14               BLAKE NEAL, ESQ.
                 CAROLINE LI, ESQ.
15

16

17   ALSO PRESENT:

18   JANET NOVA, NFL

19   MICHAEL BENNETT, Videographer

20

21

22

23

24

25
```

58





60



99







176



177

1           So that's very much our areas of

2   focus.  And I think that's where we continue

3   to be focused on.  Hopefully there's an over

4   time another easier one is, when and if our

5   games become available on higher resolution

6   formats, Sunday Ticket will benefit from

7   that as well.  So whatever 4KAK is the next

8   example of that.

9             There's a lot of things that we're

10  going to continue to push our partners to

11  evolve and make better.  I think Sunday

12  Ticket sort of will be reflective of all

13  those things.  While still respecting some

14  of the things that have been core and

15  principle to us about how it's offered in a

16  premium way.

17

18

19

20

21

22

23

24

25

178



179





180

201







1                    C E R T I F I C A T E

2

3    I, KIARA MILLER,

4    A Shorthand Reporter and Notary Public of the

5    State of New York, do hereby certify:

6

7    That the witness whose examination is

8    hereinbefore set forth, was duly sworn or

9    affirmed by me, and the foregoing transcript is

10   a true record of the testimony given by such

11   witness.

12

13   I further certify that I am not related to any

14   of the parties to this action by blood or

15   marriage, and that I am in no way interested in

16   the outcome of this matter.

17

18

19   _____

20             KIARA MILLER

21

22

23

24

25

1  Beth A. Wilkinson (admitted *pro hac vice*)
   Brian L. Stekloff (admitted *pro hac vice*)
2  Rakesh N. Kilaru (admitted *pro hac vice*)
   Jeremy S. Barber (admitted *pro hac vice*)
3  **WILKINSON STEKLOFF LLP**
   2001 M Street NW, 10th Floor
4  Washington, DC 20036
   Telephone: (202) 847-4000
5  Facsimile: (202) 847-4005
   bwilkinson@wilkinsonstekloff.com
6  bstekloff@wilkinsonstekloff.com
   rkilaru@wilkinsonstekloff.com
7  jbarber@wilkinsonstekloff.com

8  *Counsel for Defendants National Football*
   *League, NFL Enterprises LLC, and the*
9  *Individual NFL Clubs*

10 [Additional Counsel Listed on Signature
   Pages]

11

12                **UNITED STATES DISTRICT COURT**

13               **CENTRAL DISTRICT OF CALIFORNIA**

14
     IN RE: NATIONAL FOOTBALL          ) Case No. 2:15-ml-02668−PSG (JEMx)
15   LEAGUE'S "SUNDAY TICKET"          )
     ANTITRUST LITIGATION              ) **CORRECTIONS TO THE**
16                                     ) **DEPOSITION TRANSCRIPT OF**
                                       ) **30(b)(6) HANS SCHROEDER**
17   _____  )
                                       )
18   THIS DOCUMENT RELATES TO:         )
     ALL ACTIONS                       ) Judge:  Hon. Philip S. Gutierrez
19                                     )
                                       ) Deposition Date: July 28, 2022
20                                     ) Final Transcript Received: August 8,
                                       ) 2022
21                                     )
22   _____  )

23

24

25

26

27

28

1

2          Defendants National Football League, NFL Enterprises, LLC, and its member

3    Clubs, by and through their attorneys, hereby provide corrections to the deposition

4    transcript of the National Football League through Hans Schroeder, along with a brief

5    description of the reason for each correction, attached hereto as "Exhibit A."  The

6    Defendants received notice of the availability of this transcript on August 8, 2022,

7    and are noticing these corrections within the 30 days allowed by the Federal Rules of

8    Civil Procedure.

9

10

11   Dated:   September 6, 2022              /s/ *Beth A. Wilkinson*
                                            Beth A. Wilkinson (admitted *pro hac vice*)
12                                          Brian L. Stekloff (admitted *pro hac vice*)
                                            Rakesh N. Kilaru (admitted *pro hac vice*)
13                                          Jeremy S. Barber (admitted *pro hac vice*)
                                            **WILKINSON STEKLOFF LLP**
14                                          2001 M Street NW, 10th Floor
                                            Washington, DC 20036
15                                          Telephone: (202) 847-4000
                                            Facsimile: (202) 847-4005
16                                          bwilkinson@wilkinsonstekloff.com
                                            bstekloff@wilkinsonstekloff.com
17                                          rkilaru@wilkinsonstekloff.com
                                            jbarber@wilkinsonstekloff.com
18

19

20                                          Neema T. Sahni (Bar No. 274240)
                                            **COVINGTON & BURLING LLP**
21                                          1999 Avenue of the Stars
                                            Suite 1500
22                                          Los Angeles, CA 90067-6045
                                            Telephone: (424) 332-4800
23                                          Facsimile: (424) 332-4749
                                            nsahni@cov.com
24

25                                          Gregg H. Levy (admitted *pro hac vice*)
                                            Derek Ludwin (admitted *pro hac vice*)
26                                          **COVINGTON & BURLING LLP**
                                            One CityCenter
27                                          850 Tenth Street NW
                                            Washington, DC 20001
28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football
League, NFL Enterprises LLC, and the
Individual NFL Clubs*

2

## Exhibit A

### Corrections to the Deposition Transcript of
### 30(b)(6) Hans Schroeder - July 28, 2022

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 6:16 | "that the ballpark" | "that ballpark" | Transcription error |
| 7:14 | Schroder | Schroeder | Transcription error |
| 9:14 | "I most" | "I am most" | Transcription error |
| 9:21 | "all of to" | "all of the" | Transcription error |

3

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|

Corrections to the Deposition Transcript of 30(b)(6) Hans Schroeder

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| | | | |

6

Corrections to the Deposition Transcript of 30(b)(6) Hans Schroeder

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|

| Page:<br>Line | Original Text | Change | Reason |
|---------------|---------------|--------|--------|
|  |  |  |  |

Corrections to the Deposition Transcript of 30(b)(6) Hans Schroeder

| Page:<br>Line | Original Text | Change | Reason |
|---|---|---|---|
|  |  |  |  |

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: September 1, 2022          By: _____
                                          Hans Schroeder

1

## CERTIFICATE OF SERVICE

2      I, Jeremy S. Barber, attorney at Wilkinson Stekloff LLP, hereby certify that,

3 on September 6, 2022, I caused the foregoing Corrections to the Deposition

4 Transcript of 30(b)6 Hans Schroeder to be served via email delivery on the

5 following counsel:

6

7 MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com

8 **SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, 14th Floor

9 Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

10

11 SCOTT MARTIN
smartin@hausfeld.com

12 IRVING SCHER
ischer@hausfeld.com

13 **HAUSFELD LLP**
33 Whitehall Street, 14th Floor

14 New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

15

16 HOWARD LANGER
hlanger@langergrogan.com

17 EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN

18 pleckman@langergrogan.com
**LANGER GROGAN AND DIVER PC**

19 1717 Arch Street, Suite 4130
Philadelphia, PA 19103

20 Tel: (215) 320-5660
Fax: (215) 320-5703

21

22 ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com

23 WILLIAM CHRISTOPHER CARMODY
bcarmody@susmangodfrey.com

24 SETH ARD
sard@susmangodfrey.com

25 TYLER FINN
tfinn@susmangodfrey.com

26 **SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd FL.

27 New York, NY 10019
Tel: (212) 336-8330/ Fax: (212) 336-

28 8340

12

1  IAN M. GORE
   igore@susmangodfrey.com
2  **SUSMAN GODFREY LLP**
   1201 Third Avenue, Suite 3800
3  Seattle, WA 98101
   Tel: (206) 505-3841/Fax: (206) 516-3883
4
   MICHAEL D. HAUSFELD
5  mhausfeld@hausfeld.com
   Farhad Mirzadeh
6  fmirzadeh@hausfeld.com
   **HAUSFELD LLP**
7  1700 K. Street NW, Suite 650
   Washington, DC 20006
8  Tel: (202) 540-7200/Fax: (202) 540-7201

9  MICHAEL P. LEHMANN
   mlehmann@hausfeld.com
10 BONNY E. SWEENY
   bsweeney@hausfeld.com
11 CHRISTOPHER L. LEBSOCK
   clebsock@hausfeld.com
12 **HAUSFELD LLP**
   600 Montgomery St., Suite 3200
13 San Francisco, CA 94111
   Tel: (415) 633-1908/Fax: (415) 358-4980
14
15 *Co-Lead Plaintiffs' Counsel*

16

17 Executed on September 6, 2022.

18
                                    By: */s/ Jeremy S. Barber*
19                                  _____
                                        Jeremy S. Barber
20

21

22

23

24

25

26

27

28
                                      13