# EXHIBIT 67

## To the Declaration of Rakesh N. Kilaru

## Watch NFL Online

Stream live football on NFL RedZo
FOX and more with Fubo.

Fubo

*All listings are unofficial and subject to change. Check back often for updates.*

## CBS SINGLE



- **Pittsburgh @ Cincinnati** -- Greg Gumbel, Trent Green [AK; HI]
- **Tennessee @ NY Jets** -- Kevin Harlan, Rich Gannon
- **Buffalo @ Philadelphia** -- Spero Dedes, Solomon Wilcots
- **San Diego @ Kansas City** -- Andrew Catalon, Steve Tasker, Steve Beuerlein
- **Indianapolis @ Jacksonville** -- Tom McCarthy, Adam Archuleta
- **Oakland @ Denver (LATE)** -- Ian Eagle, Dan Fouts

**UPDATES:**
- Salisbury MD: PIT-CIN to BUF-PHI
- Savannah GA: IND-JAX to PIT-CIN

## FOX EARLY



| | | |
|---|---|---|
| 🟥 | **Atlanta @ Carolina** | -- Kevin Burkhardt, John Lynch [HI] |
| 🟦 | **Washington @ Chicago** | -- Kenny Albert, Daryl Johnston |
| 🟩 | **Seattle @ Baltimore** | -- Thom Brennaman, Charles Davis, Tony Siragusa [AK] |
| 🟨 | **New Orleans @ Tampa Bay** | -- Dick Stockton, David Diehl |
| 🟧 | **San Francisco @ Cleveland** | -- Joe Davis, Brady Quinn |
| 🟦 | **Detroit @ St. Louis** | -- Chris Myers, Ronde Barber |
| ⬜ | **NO GAME** due to local team at home on CBS | |

**UPDATES:**
- Houston TX; Omaha, Lincoln and North Platte NE; Topeka KS; Sioux City IA; Rapid City SD; Bismarck ND: WSH-CHI to ATL-CAR
- Indianapolis IN: ATL-CAR to WSH-CHI
- Salisbury MD: WSH-CHI to SEA-BAL

## FOX LATE





| | **Dallas @ Green Bay** -- Joe Buck, Troy Aikman [AK; HI] |
|---|---|
| | **NO GAME** due to local team at home on CBS |

Super Sale
Temu

*506sports.com is not affiliated with any broadcaster or sports organization.*
*All listings and maps are unofficial and subject to change.*