# EXHIBIT 72

## To the Declaration of Rakesh N. Kilaru

# NFL TV Schedule and Maps: Week 6, 2022



### October 16, 2022
*All listings are unofficial and subject to change. Check back often for updates.*

## NATIONAL BROADCASTS

- **Thursday Night:** Washington @ Chicago (Amazon)
  also WTTG (FOX 5) DC; WFLD (FOX 32) Chicago
- **Sunday Night:** Dallas @ Philadelphia (NBC)
- **Monday Night:** Denver @ LA Chargers (ESPN)
  also KMGH (ABC 7) Denver; KABC (ABC 7) LA

## CBS EARLY



Anchorage
Fairbanks
Honolulu

**Baltimore @ NY Giants**
Ian Eagle, Charles Davis

Case 2:15-ml-02668-PSG-SK   Document 934-9   Filed 09/29/23   Page 3 of 4   Page ID #:38021

New England @ Cleveland
Kevin Harlan, Trent Green

Cincinnati @ New Orleans
Greg Gumbel, Adam Archuleta

Jacksonville @ Indianapolis
Andrew Catalon, James Lofton

## CBS LATE

Buffalo @ Kansas City
Jim Nantz, Tony Romo

This game will be **nationally televised**.



Fitbit

### Official Fitbit Site

A Smarter Way To Transform Your Health, Innovation That Keeps You In Tune With Your Body.

## FOX SINGLE



- Anchorage
- Fairbanks
- Honolulu

NY Jets @ Green Bay
Kevin Burkhardt, Greg Olsen

Tampa Bay @ Pittsburgh
Brandon Gaudin, Daryl Johnston

San Francisco @ Atlanta
Noah Eagle, Mark Schlereth

Minnesota @ Miami
Kenny Albert, Jonathan Vilma

Carolina @ LA Rams (LATE)
Kevin Kugler, Mark Sanchez

Arizona @ Seattle (LATE)
Chris Myers, Robert Smith

**UPDATES:**
- Bristol TN: NYJ-GB to TB-PIT (Sat)
- San Diego CA: CAR-LAR to NYJ-GB (Thu)
- Norfolk and Roanoke VA; Toledo OH; Waco TX: NYJ-GB to TB-PIT (Thu)
- Santa Barbara and Bakersfield CA: CAR-LAR to SF-ATL (Thu)