# EXHIBIT 49

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

1                                                            1

2    UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
3    -------------------------------------------X
     IN RE:  NATIONAL FOOTBALL LEAGUE'S "SUNDAY
4    TICKET" ANTITRUST LITIGATION,

5

6    Civil Action No. 2:15-ml-02668-PSG(JEMx)
     -------------------------------------------X
7

8

9        VIDEOTAPED DEPOSITION OF PAUL TAGLIABUE

10

11

12

13   DATE:  June 2, 2022

14   TIME:  9:09 a.m.

15   PLACE:  ***REMOTE***

16   BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

17   JOB NO:  2022-845601

18

19

20

21

22

23

24

25

2

1

2   A P P E A R A N C E S:

3

4

5    LANGER GROGAN & DIVER
          Attorneys for the Plaintiffs
6          1717 Arch Street, Suite 4130
          Philadelphia, Pennsylvania 19103
7          BY:   HOWARD LANGER, ESQ.
                 KEVIN TRAINER, ESQ.
8                PETER LECKMAN, ESQ.

9

10

11   WILKINSON STEKLOFF
          Attorneys for the Defendant
12        NFL
          2001 M Street NW
13        10th Floor
          Washington, D.C. 20336
14        BY:   BLAKE NEAL, ESQ.
                MAX WARREN, ESQ.
15              RAKESH KILARU, ESQ.

16

17

18

19   COVINGTON & BURLING
          Attorneys for the NFL and
20        the witness
          One CityCenter
21        850 Tenth Street, NW
          Washington, DC 20001-4956
22        BY:   DEREK LUDWIN, ESQ.

23

24

25

3

 1

 2   ALSO PRESENT:

 3

 4

          Dolores DiBella, Esq., NFL

 5

          Kim Ferrari, paralegal

 6

          Aydaline Garcia, videographer

 7

 8

 9          *          *          *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

53

|   | P. TAGLIABUE |
|---|---|

1          P. TAGLIABUE

2     A.    That's what I said, yes, I don't

3  recall any such cases.

4     Q.    Okay.  But we saw a number of

5  cases, as we just reviewed, in which courts

6  found the relevant market to be professional

7  football in the United States; is that right?

8     A.   I guess that's right.  I told you

9  I don't recall those decisions, so that's

10  what the cases seem to say, but not on the

11  basis of my recollection.

12     Q.   I see.  Okay.  Now, did you do

13  anything to prepare for your testimony today?

14     A.   Yes.

15     Q.   What did you do?

16     A.   I met with counsel.

17     Q.   When did you do that?

18     A.   I would say about three weeks ago.

19     Q.   How much time did you spend with

20  counsel?

21     A.   About an hour.

22     Q.   And did you review any documents?

23     A.   No.

24     Q.   Okay.  And do you know what this

25  case is about at all?

54

P. TAGLIABUE

1

2      A.    It's about an NFL television

3   arrangement called DirecTV.

4      Q.    Now, how -- you became

5   Commissioner in 1989; is that right?

6      A.    Yes.

7      Q.    Okay.  And were you involved in

8   what became known as the product the NFL

9   Sunday Ticket?

10      A.    Yes.

11          MR. LUDWIN:  Objection.

12      Q.    What was your involvement?

13      A.    I was Commissioner.

55

1                      P. TAGLIABUE



56

1                    P. TAGLIABUE



57

1                                    P. TAGLIABUE



58

1                         P. TAGLIABUE



25          Q.    Okay.  I think we have got that.

59

1                              P. TAGLIABUE



60

1                          P. TAGLIABUE



Case 2:15-ml-02668-PSG-SK   Document 985-3   Filed 09/29/23   Page 13 of 21   Page ID
#:38278
NFL Sunday Ticket Antitrust Litigation

Paul Tagliabue
June 02, 2022

276

```
 1

 2        C E R T I F I C A T E

 3

 4   STATE OF NEW YORK      )
                          :  SS.:
 5   COUNTY OF NASSAU       )

 6

 7        I, REBECCA SCHAUMLOFFEL, a Notary

 8   Public for and within the State of New York,

 9   do hereby certify:

10            That the witness whose examination

11   is hereinbefore set forth was duly sworn and

12   that such examination is a true record of the

13   testimony given by that witness.

14            I further certify that I am not

15   related to any of the parties to this action

16   by blood or by marriage and that I am in no

17   way interested in the outcome of this matter.

18            IN WITNESS WHEREOF, I have hereunto

19   set my hand this 6th day of June, 2022.

20        _____

21        REBECCA SCHAUMLOFFEL

22

23

24

25
```

Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

*Counsel for Defendants National Football
League, NFL Enterprises LLC, and the
Individual NFL Clubs*

[Additional Counsel Listed on Signature
Pages]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | ) Case No. 2:15-ml-02668−PSG (JEMx) |
| | ) |
| | ) **CORRECTIONS TO THE** |
| ————————————— | ) **DEPOSITION TRANSCRIPT OF** |
| | ) **PAUL TAGLIABUE** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) |
| | ) Judge:  Hon. Philip S. Gutierrez |
| | ) |
| | ) Deposition Date: June 2, 2022 |
| | ) Final Transcript Received: June 7, |
| | ) 2022 |
| ————————————— | ) |

1

2        Defendants National Football League, NFL Enterprises, LLC, and its member

3   Clubs, by and through their attorneys, hereby provide corrections to the deposition

4   transcript of Paul Tagliabue, along with a brief description of the reason for each

5   correction, attached hereto as "Exhibit A."  The Defendants received notice of the

6   availability of this transcript on June 7, 2022, and are noticing these corrections prior

7   to September 6, pursuant to an agreement reached with Plaintiffs.

8

9

10  Dated:   September 6, 2022              /s/ *Beth A. Wilkinson*
                                           Beth A. Wilkinson (admitted *pro hac vice*)
11                                         Brian L. Stekloff (admitted *pro hac vice*)
                                           Rakesh N. Kilaru (admitted *pro hac vice*)
12                                         Jeremy S. Barber (admitted *pro hac vice*)
13                                         **WILKINSON STEKLOFF LLP**
                                           2001 M Street NW, 10th Floor
14                                         Washington, DC 20036
                                           Telephone: (202) 847-4000
15                                         Facsimile: (202) 847-4005
                                           bwilkinson@wilkinsonstekloff.com
16                                         bstekloff@wilkinsonstekloff.com
                                           rkilaru@wilkinsonstekloff.com
17                                         jbarber@wilkinsonstekloff.com
18
                                           Neema T. Sahni (Bar No. 274240)
19                                         **COVINGTON & BURLING LLP**
                                           1999 Avenue of the Stars
20                                         Suite 1500
                                           Los Angeles, CA 90067-6045
21                                         Telephone: (424) 332-4800
                                           Facsimile: (424) 332-4749
22                                         nsahni@cov.com
23
                                           Gregg H. Levy (admitted *pro hac vice*)
24                                         Derek Ludwin (admitted *pro hac vice*)
25                                         **COVINGTON & BURLING LLP**
                                           One CityCenter
26                                         850 Tenth Street NW
                                           Washington, DC 20001
27                                         Telephone: (202) 662-6000
                                           Facsimile: (202) 662-6291
28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

## Exhibit A

### Corrections to the Deposition Transcript of Paul Tagliabue – June 2, 2022

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 37:22 | "What does say?" | "What does it say?" | Transcription error |
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |
| 70:18-19 | "optimal ways and probable ways" | "optimal ways and crummy ways" | Transcription error |
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |
| 139:4-6 | "I probably have more a little knowledge in my wallet today which" | "I probably had a little informant in my wallet 20 years ago to explain this to me which" | Transcription error |
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |

| Page:<br>Line | Original Text | Change | Reason |
|---|---|---|---|
| ███ | ███ | ███ | ████ |
| ███ | █ | ██ | ████ |
| ███ | ██████ | ██████ | ████ |
| ██ | ██████ | ████ | ███ |
| ██ | █ | █ | ███ |
| ██ | █ | ██ | ███ |
| ██ | █████ | █████ | ███ |
| ██ | ████ | ████ | ████ |
| ███ | █████ | ██████ | ███ |
| ██ | ██████ | █████ | ████ |
| ████ | █████ | █████ | ████ |
| ██ | ████ | ████ | ████ |
| ██ | ██ | ██ | ████ |
| ███ | ██ | ███ | ████ |
| ███ | ███ | ███ | ████ |
| ███ | ███ | ███ | ████ |

4

1 | I declare under the penalty of perjury that the foregoing is true and correct.

2

3 | Dated:  August 9, 2022                                  By:  _____
                                                                Paul Tagliabue

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

# CERTIFICATE OF SERVICE

I, Jeremy S. Barber, attorney at Wilkinson Stekloff LLP, hereby certify that, on September 6, 2022, I caused the foregoing Corrections to the Deposition Transcript of Paul Tagliabue to be served via email delivery on the following counsel:

MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
IRVING SCHER
ischer@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN
pleckman@langergrogan.com
**LANGER GROGAN AND DIVER PC**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
WILLIAM CHRISTOPHER CARMODY
bcarmody@susmangodfrey.com
SETH ARD
sard@susmangodfrey.com
TYLER FINN
tfinn@susmangodfrey.com
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019
Tel: (212) 336-8330/ Fax: (212) 336-8340

1 | IAN M. GORE
igore@susmangodfrey.com
2 | **SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
3 | Seattle, WA 98101
Tel: (206) 505-3841/Fax: (206) 516-3883
4 |
MICHAEL D. HAUSFELD
5 | mhausfeld@hausfeld.com
Farhad Mirzadeh
6 | fmirzadeh@hausfeld.com
**HAUSFELD LLP**
7 | 1700 K. Street NW, Suite 650
Washington, DC 20006
8 | Tel: (202) 540-7200/Fax: (202) 540-7201
9 | MICHAEL P. LEHMANN
mlehmann@hausfeld.com
10 | BONNY E. SWEENY
bsweeney@hausfeld.com
11 | CHRISTOPHER L. LEBSOCK
clebsock@hausfeld.com
12 | **HAUSFELD LLP**
600 Montgomery St., Suite 3200
13 | San Francisco, CA 94111
Tel: (415) 633-1908/Fax: (415) 358-4980
14 |
15 | *Co-Lead Plaintiffs' Counsel*
16 |
17 | Executed on September 6, 2022.
18 |
19 |                        By: */s/ Jeremy S. Barber*
_____
Jeremy S. Barber
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

Case No. 2:15-ml-02668-PSG (JEMx)          Corrections to the Deposition Transcript of Paul Tagliabue