# EXHIBIT 53

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

1

2                    UNITED STATES DISTRICT COURT

3                    CENTRAL DISTRICT OF CALIFORNIA

4     ------------------------X
      IN RE: NATIONAL FOOTBALL |
5     LEAGUE'S "SUNDAY TICKET"  |  CASE NO.:
                                |  2:15-ml-02668-PSG(JEMx)
6     ANTITRUST LITIGATION      |
      _____  |
7     THIS DOCUMENT RELATES TO  |
      ALL ACTIONS               |
8     ------------------------X

9                          DEPOSITION OF

10                         HANS SCHROEDER

11                       NEW YORK, NEW YORK

12                         July 28, 2022

13

14    REPORTED BY:  KIARA MILLER

15    FILE NO.:  843671

16

17

18

19

20

21

22

23

24

25

2

1              UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3      ------------------------X
       IN RE: NATIONAL FOOTBALL |
4      LEAGUE'S "SUNDAY TICKET"  |  CASE NO.:
                                 |  2:15-ml-02668-PSG(JEMx)
5      ANTITRUST LITIGATION      |
       _____ |
6      THIS DOCUMENT RELATES TO  |
       ALL ACTIONS               |
7      ------------------------X

8

9          Deposition of HANS SCHROEDER, taken on behalf

10         of Plaintiff, at 620 Eighth Avenue, New York,

11         New York, commencing at 10018, Thursday, July

12         28, 2022, before Kiara Miller.

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1    A P P E A R A N C E S:

2

3

4              SUSMAN GODFREY, LLP
               Attorneys for Plaintiff
5              1900 Avenue of the Stars, Suite 1400
               Los Angeles, California 90067
6
               BY: IAN GORE, ESQ.
7                  REBEKAH STROTMAN, ESQ.

8

9

10
               WILKINSON STEKLOFF
11             Attorneys for Defendants
               2001 M Street, NW, 10th Floor
12             Washington, D.C. 20036
               EMAIL: BSTEKLOFF@WILKINSONSTEKLOFF.COM
13
               BY: BRIAN L. STEKLOFF, ESQ.
14                 BLAKE NEAL, ESQ.
                   CAROLINE LI, ESQ.
15

16

17   ALSO PRESENT:

18   JANET NOVA, NFL

19   MICHAEL BENNETT, Videographer

20

21

22

23

24

25



59



60



99







176



177

1          So that's very much our areas of

2     focus.  And I think that's where we continue

3     to be focused on.  Hopefully there's an over

4     time another easier one is, when and if our

5     games become available on higher resolution

6     formats, Sunday Ticket will benefit from

7     that as well.  So whatever 4KAK is the next

8     example of that.

9               There's a lot of things that we're

10    going to continue to push our partners to

11    evolve and make better.  I think Sunday

12    Ticket sort of will be reflective of all

13    those things.  While still respecting some

14    of the things that have been core and

15    principle to us about how it's offered in a

16    premium way.

178



179











271

1                 C E R T I F I C A T E

2

3   I, KIARA MILLER,

4   A Shorthand Reporter and Notary Public of the

5   State of New York, do hereby certify:

6

7   That the witness whose examination is

8   hereinbefore set forth, was duly sworn or

9   affirmed by me, and the foregoing transcript is

10  a true record of the testimony given by such

11  witness.

12

13  I further certify that I am not related to any

14  of the parties to this action by blood or

15  marriage, and that I am in no way interested in

16  the outcome of this matter.

17

18

19  _____

20             KIARA MILLER

21

22

23

24

25

1  Beth A. Wilkinson (admitted *pro hac vice*)
   Brian L. Stekloff (admitted *pro hac vice*)
2  Rakesh N. Kilaru (admitted *pro hac vice*)
   Jeremy S. Barber (admitted *pro hac vice*)
3  **WILKINSON STEKLOFF LLP**
   2001 M Street NW, 10th Floor
4  Washington, DC 20036
   Telephone: (202) 847-4000
5  Facsimile: (202) 847-4005
   bwilkinson@wilkinsonstekloff.com
6  bstekloff@wilkinsonstekloff.com
   rkilaru@wilkinsonstekloff.com
7  jbarber@wilkinsonstekloff.com

8  *Counsel for Defendants National Football*
   *League, NFL Enterprises LLC, and the*
9  *Individual NFL Clubs*

10 [Additional Counsel Listed on Signature
   Pages]

11

12            **UNITED STATES DISTRICT COURT**

13           **CENTRAL DISTRICT OF CALIFORNIA**

14

15  IN RE: NATIONAL FOOTBALL          ) Case No. 2:15-ml-02668−PSG (JEMx)
    LEAGUE'S "SUNDAY TICKET"          )
16  ANTITRUST LITIGATION              ) **CORRECTIONS TO THE**
                                      ) **DEPOSITION TRANSCRIPT OF**
17  _____    ) **30(b)(6) HANS SCHROEDER**
                                      )
18  THIS DOCUMENT RELATES TO:         )
    ALL ACTIONS                       ) Judge: Hon. Philip S. Gutierrez
19                                    )
                                      ) Deposition Date: July 28, 2022
20                                    ) Final Transcript Received: August 8,
21                                    ) 2022
                                      )
22

23

24

25

26

27

28

1

2       Defendants National Football League, NFL Enterprises, LLC, and its member

3  Clubs, by and through their attorneys, hereby provide corrections to the deposition

4  transcript of the National Football League through Hans Schroeder, along with a brief

5  description of the reason for each correction, attached hereto as "Exhibit A."   The

6  Defendants received notice of the availability of this transcript on August 8, 2022,

7  and are noticing these corrections within the 30 days allowed by the Federal Rules of

8  Civil Procedure.

9

10

11  Dated:   September 6, 2022          /s/ *Beth A. Wilkinson*

12                               Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)

13                               Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)

14                               **WILKINSON STEKLOFF LLP**

15                               2001 M Street NW, 10th Floor
Washington, DC 20036

16                               Telephone: (202) 847-4000
Facsimile: (202) 847-4005

17                               bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com

18                               rkilaru@wilkinsonstekloff.com

19                               jbarber@wilkinsonstekloff.com

20                               Neema T. Sahni (Bar No. 274240)

21                               **COVINGTON & BURLING LLP**
1999 Avenue of the Stars

22                               Suite 1500
Los Angeles, CA 90067-6045

23                               Telephone: (424) 332-4800
Facsimile: (424) 332-4749

24                               nsahni@cov.com

25                               Gregg H. Levy (admitted *pro hac vice*)

26                               Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**

27                               One CityCenter
850 Tenth Street NW

28                               Washington, DC 20001

1   Telephone: (202) 662-6000
    Facsimile: (202) 662-6291
2   glevy@cov.com
    dludwin@cov.com
3

4   *Counsel for Defendants National Football
    League, NFL Enterprises LLC, and the*
5   *Individual NFL Clubs*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## Exhibit A

### Corrections to the Deposition Transcript of
### 30(b)(6) Hans Schroeder - July 28, 2022

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
| 6:16 | "that the ballpark" | "that ballpark" | Transcription error |
| 7:14 | Schroder | Schroeder | Transcription error |
| 9:14 | "I most" | "I am most" | Transcription error |
| 9:21 | "all of to" | "all of the" | Transcription error |

3

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|

Corrections to the Deposition Transcript of 30(b)(6) Hans Schroeder

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|

6

| Page: Line | Original Text | Change | Reason |
|------------|---------------|--------|--------|
|            |               |        |        |

| Page: Line | Original Text | Change | Reason |
|------------|---------------|--------|--------|
|            |               |        |        |

| Page: Line | Original Text | Change | Reason |
|---|---|---|---|
|  |  |  |  |

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: September 1, 2022        By: _____
                                        Hans Schroeder

11

1

## CERTIFICATE OF SERVICE

2     I, Jeremy S. Barber, attorney at Wilkinson Stekloff LLP, hereby certify that,

3   on September 6, 2022, I caused the foregoing Corrections to the Deposition

4   Transcript of 30(b)6 Hans Schroeder to be served via email delivery on the

5   following counsel:

6

7   MARC M. SELTZER (54534)
    mseltzer@susmangodfrey.com
8   **SUSMAN GODFREY L.L.P.**
    1900 Avenue of the Stars, 14th Floor
9   Los Angeles, CA 90067
    Tel: (310) 789-3100
10  Fax: (310) 789-3150

11  SCOTT MARTIN
    smartin@hausfeld.com
12  IRVING SCHER
    ischer@hausfeld.com
13  **HAUSFELD LLP**
    33 Whitehall Street, 14th Floor
14  New York, NY 10004
    Tel: (646) 357-1100
15  Fax: (212) 202-4322

16  HOWARD LANGER
    hlanger@langergrogan.com
17  EDWARD DIVER
    ndiver@langergrogan.com
18  PETER LECKMAN
    pleckman@langergrogan.com
19  **LANGER GROGAN AND DIVER PC**
    1717 Arch Street, Suite 4130
20  Philadelphia, PA 19103
    Tel: (215) 320-5660
21  Fax: (215) 320-5703

22  ARUN SUBRAMANIAN
    asubramanian@susmangodfrey.com
23  WILLIAM CHRISTOPHER CARMODY
    bcarmody@susmangodfrey.com
24  SETH ARD
    sard@susmangodfrey.com
25  TYLER FINN
    tfinn@susmangodfrey.com
26  **SUSMAN GODFREY LLP**
    1301 Avenue of the Americas, 32nd FL.
27  New York, NY 10019
    Tel: (212) 336-8330/ Fax: (212) 336-
28  8340

12

1  IAN M. GORE
   igore@susmangodfrey.com
2  **SUSMAN GODFREY LLP**
   1201 Third Avenue, Suite 3800
3  Seattle, WA 98101
   Tel: (206) 505-3841/Fax: (206) 516-3883
4
   MICHAEL D. HAUSFELD
5  mhausfeld@hausfeld.com
   Farhad Mirzadeh
6  fmirzadeh@hausfeld.com
   **HAUSFELD LLP**
7  1700 K. Street NW, Suite 650
   Washington, DC 20006
8  Tel: (202) 540-7200/Fax: (202) 540-7201
9  MICHAEL P. LEHMANN
   mlehmann@hausfeld.com
10 BONNY E. SWEENY
   bsweeney@hausfeld.com
11 CHRISTOPHER L. LEBSOCK
   clebsock@hausfeld.com
12 **HAUSFELD LLP**
   600 Montgomery St., Suite 3200
13 San Francisco, CA 94111
   Tel: (415) 633-1908/Fax: (415) 358-4980
14
15 *Co-Lead Plaintiffs' Counsel*
16
17 Executed on September 6, 2022.
18
                                    By: */s/ Jeremy S. Barber*
19                                  _____
                                        Jeremy S. Barber
20
21
22
23
24
25
26
27
28

13