# EXHIBIT 68

## To the Declaration of Rakesh N. Kilaru

## REDACTED VERSION OF DOCUMENT FILED PUBLICLY

1

1    UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
2

3    Civil Action No. 2:15-ml-02668-PSG(JEMx)

4

5

6    IN RE: NATIONAL FOOTBALL
     LEAGUE'S "SUNDAY TICKET"
7    ANTITRUST LITIGATION

8

9    _____/

10

11

12                 DEPOSITION OF
                   BRIAN ROLAPP
13

14

15            Wednesday, May 18, 2022
              9:03 a.m. - 3:22 p.m.
16

17             Remote Location
           Via Zoom Videoconference
18            All Parties Remote

19

20

21

22

23

24       Stenographically Reported By:
             Erica Field, FPR
25

                                                                                              2

 1    APPEARANCES:

 2

 3    On behalf of the Plaintiff:
          LANGER GROGAN & DIVER
 4        1717 Arch Street
          Suite 4130
 5        Philadelphia, Pennsylvania 19103
          (215) 320-5660
 6        BY: PETER LECKMAN, ESQUIRE
              KEVIN TRAINER, ESQUIRE
 7        pleckman@langergrogan.com
          ktrainer@langergrogan.com

 8

 9    On behalf of the Defendant:
          WILKINSON STEKLOFF
10        2001 M Street NW
          10th Floor
11        Washington, DC 20036
          (202) 847-4000
12        BY: RAKESH KILARU, ESQUIRE
          rkilaru@wilkinsonstekloff.com

13

14

15    ALSO PRESENT:
          Kim Ferrari, Paralegal, Langer Grogan
16        Derek Ludwin, Covington & Burling
          Delores DiBella, NFL

17

18    VIDEOGRAPHER:
          Bryan Beltran

19

20

21

22

23

24

25

7          But, yes, I think that was one of

8     the things that were frustrating to us.

9          Q.    Okay.  I would like to get -- I

10    think we have covered most of this

11    terminology, but just in case we haven't,

12    what does "over the top" mean in the context

13    of media distribution?

14         A.    It depends on the use of it, but,

15    in general, over the top means digital only

16    distribution.  So bypassing broadcast or paid

17    TV altogether.

18         Q.    And over the top is sometimes

19    shortened OTT?

20         A.    Yes.

21         Q.    And what does "direct to consumer"

22    mean in the context of media distribution?

23         A.    I think what that traditionally

24    means -- it's not the same in each case, but

25    would mean that bypassing traditional

160

1   distribution and going direct to consumer.

2   That could be someone like us, a league,

3   going direct to consumer, the right to the

4   market and distribute this to fans.

5          It could mean broadcast networks

6   and media companies bypassing the paid TV

7   ecosystem.  It means different things in

8   different situations, but as a general

9   matter, it's distributing usually leveraging

10  digital, almost always leveraging digital,

11  direct to the consumer.

12     Q.    And direct to consumer is

13  sometimes shortened DTC?

14     A.    Yes.

15     Q.    Are you aware that the NFL has

16  commissioned studies to assess the market for

17  direct to consumer Sunday Ticket offering?

18     A.    Yes, it doesn't surprise me.



162



163



182



183



184



185



186



187



23        MR. LECKMAN:  Okay.  That's all

24    I have.  Thank you.

25        THE VIDEOGRAPHER:  Okay.  The

245



246



247



276

```
1              CERTIFICATE OF REPORTER

2

3    UNITED STATES DISTRICT COURT )

4

5

6       I, ERICA FIELD, Stenographic Reporter,

7    certify that I was authorized to and did

8    stenographically report the deposition of

9    BRIAN ROLAPP, pages 1 through 275; that a

10   review of the transcript was not requested;

11   and that the transcript is a true and

12   complete record of my stenographic notes.

13      I further certify that I am not a

14   relative, employee, attorney, or counsel of

15   any of the parties, nor am I a relative or

16   employee of any of the parties' attorney or

17   counsel connected with the action, nor am I

18   financially interested in the action.

19

20      DATED this 19th day of May, 2022.

21

22   _____
     Erica Field
23

24

25
```

Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

*Counsel for Defendants National Football
League, NFL Enterprises LLC, and the
Individual NFL Clubs*

[Additional Counsel Listed on Signature
Pages]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | ) Case No. 2:15-ml-02668−PSG (JEMx) ) ) **CORRECTIONS TO THE** ) **DEPOSITION TRANSCRIPT OF** ) **BRIAN ROLAPP** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) Judge: Hon. Philip S. Gutierrez ) ) Deposition Date: May 18, 2022 ) Final Transcript Received: May 22, ) 2022 ) |

Defendants National Football League, NFL Enterprises, LLC, and the NFL member Clubs (the "NFL Defendants"), by and through their attorneys, provide the errata sheet to the deposition testimony of Brian Rolapp, attached hereto as "Exhibit A."

Dated:   September 6, 2022

/s/ *Beth A. Wilkinson*
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

**Case No. 2:15-ml-02668-PSG (JEMx)**          **Corrections to the Deposition Transcript of Brian Rolapp**

## Exhibit A

## Errata Sheet to the Deposition Testimony of Brian Rolapp – May 18, 2022

| Page | Line | Original Text | Correction | Reason |
|------|------|---------------|------------|--------|
| 5 | 1 | Delores | Dolores | Typographic error |
| 23 | 8, 16, 17 | Hanna | Hannah | Typographic error |
| 64 | 3 | you | we | Transcription error |
| 85 | 21 | 2005 | 2015 | Clarify the record |

| Page | Line | Original Text | Correction | Reason |
|------|------|---------------|------------|--------|
|      |      |               |            |        |

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 8/24/22          By: _____
                             Brian Rolapp

4

## CERTIFICATE OF SERVICE

I, Jeremy S. Barber, attorney at Wilkinson Stekloff LLP, hereby certify that, on September 6, 2022, I caused the foregoing Errata Sheet to the Deposition Transcript of Brian Rolapp to be served via email delivery on the following counsel:

MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
IRVING SCHER
ischer@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN
pleckman@langergrogan.com
**LANGER GROGAN AND DIVER PC**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

ARUN SUBRAMANIAN
asubramanian@susmangodfrey.com
WILLIAM CHRISTOPHER CARMODY
bcarmody@susmangodfrey.com
SETH ARD
sard@susmangodfrey.com
TYLER FINN
tfinn@susmangodfrey.com
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd FL.
New York, NY 10019
Tel: (212) 336-8330/ Fax: (212) 336-8340

1  IAN M. GORE
   igore@susmangodfrey.com
2  **SUSMAN GODFREY LLP**
   1201 Third Avenue, Suite 3800
3  Seattle, WA 98101
   Tel: (206) 505-3841/Fax: (206) 516-3883
4
   MICHAEL D. HAUSFELD
5  mhausfeld@hausfeld.com
   Farhad Mirzadeh
6  fmirzadeh@hausfeld.com
   **HAUSFELD LLP**
7  1700 K. Street NW, Suite 650
   Washington, DC 20006
8  Tel: (202) 540-7200/Fax: (202) 540-7201
9  MICHAEL P. LEHMANN
   mlehmann@hausfeld.com
10 BONNY E. SWEENY
   bsweeney@hausfeld.com
11 CHRISTOPHER L. LEBSOCK
   clebsock@hausfeld.com
12 **HAUSFELD LLP**
   600 Montgomery St., Suite 3200
13 San Francisco, CA 94111
   Tel: (415) 633-1908/Fax: (415) 358-4980
14
15 *Co-Lead Plaintiffs' Counsel*
16
   Executed on September 6, 2022.
17
18                          By: */s/ Jeremy S. Barber*
                               _____
19                              Jeremy S. Barber
20
21
22
23
24
25
26
27
28

6