**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 2 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Case: 2:15ml2668   Doc: 978

Roger A Sachar Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

PSG

FILED
CLERK, U.S. DISTRICT COURT
SEP 2 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ASH DEPUTY

NIXIE    061   SE  1         0209/19/23
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 90012333299    *0660N262162-01546

Case: 2:15ml2668  Doc: 978

Roger A Sachar                                                Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36491197@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion to Appear Pro Hac Vice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/6/2023 at 1:46 PM PDT and filed on 9/5/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-JEM |
| **Filer:** | |
| **Document Number:** | 978 |

**Docket Text:**
**ORDER by Judge Philip S. Gutierrez: granting [969] Non-Resident Attorney Pastan, Anastasia M. APPLICATION to Appear Pro Hac Vice on behalf of National Football League; NFL Enterprises LLC; and the individual NFL clubs., designating Neema T. Sahni as local counsel. (yl)**

**2:15-ml-02668-PSG-JEM Notice has been electronically mailed to:**
John S. Playforth    jplayforth@cov.com, docketing@cov.com
Robert S Kitchenoff    kitchenoff@wka-law.com
Eliot F. Krieger    rrobitaille@skt.law, ekrieger@skt.law
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, 8682118420@filings.docketbird.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Tyler M. Finn    tfinn@susmangodfrey.com, mguido@susmangodfrey.com
Peter Leckman    pleckman@langergrogan.com
Jonathan M. Jagher    jjagher@fklmlaw.com
Scott Allan Martin    smartin@hausfeld.com
Natasha Naraghi Serino    natashaserino@schacklawgroup.com, natashaserino@amslawoffice.com,