# EXHIBIT 4

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' PROPOSAL FOR THE REVIEW OF BROADCAST AGREEMENTS**<br><br>Magistrate Judge: Hon. John E. McDermott<br><br>Place: Courtroom 640<br><br>Discovery Cutoff Date: 5/15/2022<br>Pretrial-Conference Date: TBD<br>Trial Date: TBD |

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents by NFL Defendants pursuant to Federal Rule of Civil Procedure 37. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Proposal for Review of Broadcast Agreements, and orders as follows:

IT IS ORDERED that, by February 7, 2022, the NFL Defendants shall produce unredacted versions of their licensing and distribution agreements with CBS, ESPN, FOX, and NBC to Edward Diver, counsel for Plaintiffs. Such production shall be on an attorneys'-eyes-only basis, and the NFL Defendants shall highlight all material they wish to redact.

IT IS FURTHER ORDERED that, by February 11, 2022, Mr. Diver shall identify the clauses or portions of clauses that he agrees may remain redacted, should any exist. Mr. Diver shall offer reasons why each other clause or portion of clause should be unredacted.

IT IS FURTHER ORDERED that the parties and any applicable network shall meet and confer and work in good faith to resolve any dispute remaining after this process. The parties shall complete all such meet and confers by February 18, 2022.

IT IS FURTHER ORDERED that, once an agreement on redactions is reached, or the dispute is otherwise resolved, Mr. Diver shall properly dispose of the unredacted copies of the broadcast agreements.

The parties shall file a Joint Status Report on or before February 25, 2022, indicating any agreements and any remaining issues. The parties shall attach a Proposed Order as to any agreements reached.

IT IS SO ORDERED.

Dated: 2/3/2022

JOHN E. McDERMOTT
United Sates Magistrate Judge

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>[PROPOSED] ORDER COMPELLING NFL DEFENDANTS TO PRODUCE NATIONAL FEED PROVISION IN BROADCAST AGREEMENTS<br><br>Magistrate Judge: Hon. John E. McDermott; Place: Courtroom 640<br><br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

This matter is before the Court on Plaintiffs' Motion to Clarify this Court's March 7 Order pursuant to Federal Rule of Civil Procedure 7 and Local Rules 7-3 through 7-8. The Court, having considered the arguments of the parties, hereby finds that the "National Feed" provision contained in the NFL Defendants' broadcast agreement with CBS is relevant to Plaintiffs' theory of the case and should be unredacted, notwithstanding any previous ruling of this Court. The Court therefore rules as follows:

IT IS ORDERED that, within ~~three~~ Five days of this Order, the NFL Defendants shall produce to Plaintiffs their 2021 licensing and distribution agreement(s) with CBS without redaction of Schedule 2, titled "National Feed."

IT IS FURTHER ORDERED that, within ~~three~~ Five days of this Order, the NFL Defendants shall remove any redaction on any "National Feed," Schedule 2, or substantially similar provision in each of their licensing and distribution agreement(s) with CBS and, to the extent applicable, Fox, NBC, and ESPN.

Such production shall be via the parties' ordinary discovery platforms in accordance with the ESI Order.

IT IS SO ORDERED.

Dated: April 21, 2022

*John E. McDermott*
JOHN E. MCDERMOTT
United Sates Magistrate Judge

- Motion was unopposed.

1