# EXHIBIT 9

| | |
|---|---|
| **From:** | Jeremy Barber |
| **To:** | Farhad Mirzadeh; Max Warren; Rakesh Kilaru; Blake Neal; Caroline Li; Jenna Pavelec; Anastasia Pastan; Ludwin, Derek |
| **Cc:** | Bill Carmody; David Nagdeman; Howard Langer; Ian Gore; Kevin Trainer; Marc Seltzer; Ned Diver; Peter Leckman; Renee Thomas; Rodney Polanco; Samuel Maida; Sathya S. Gosselin; Scott A. Martin; Seth Ard; Tyler Finn |
| **Subject:** | RE: NFL Sunday Ticket - Joint Stipulation for Production of Documents from NFL"s Supplemental Privilege Log |
| **Date:** | Thursday, September 7, 2023 9:55:24 PM |
| **Attachments:** | image001.png<br>image002.png<br>external.png |

⊘ External email ›

Farhad –

Thank you for spending the time to meet and confer with us over the past week about your concerns regarding the NFL Defendants' recent privilege log.  We think those discussions have been productive.  We have endeavored to balance your concerns with our clients' need to ensure that privileged documents are appropriately protected.  Below is a list of the documents that we intend to downgrade and produce, along with a list of documents that we intend to produce in redacted form.  I have tried to differentiate between cover emails and attachments where appropriate; to the extent you have any confusion on that front, please let me know.

Our goal is to produce the documents referenced below, along with a modified privilege log, in the middle of next week.   While we don't expect it to be the case, we reserve the right to make modifications to the below lists as we finalize next week's production.

Best,
-Jeremy

**

Documents Downgraded From Privilege Log
- Ref. No. 2 (cover email only; attachment withheld)
- Ref. No. 4 (cover email only; attachment withheld)
- Ref. No. 13
- Ref. No. 14
- Ref. No. 17
- Ref. No. 51
- Ref. No. 52
- Ref. No. 54
- Ref. No. 56
- Ref. No. 73
- Ref. No. 78 (cover email only; attachment withheld)
- Ref. No. 79 (cover email only; attachment withheld)
- Ref. No. 82 (cover email and second attachment only; first attachment withheld)
- Ref. No. 105
- Ref. No. 142
- Ref. No. 150

Ref. No. 160
- Ref. No. 180 (disclosure of attachment; redactions in cover email remain)
- Ref. No. 181 (disclosure of attachment; redactions in cover email remain)
- Ref. No. 187 (disclosure of attachment; redactions in cover email remain)
- Ref. No. 193
- Ref. No. 199
- Ref. No. 200
- Ref. No. 201
- Ref. No. 214
- Ref. No. 216
- Ref. No. 217
- Ref. No. 219
- Ref. No. 237
- Ref. No. 238
- Ref. No. 242
- Ref. No. 243
- Ref. No. 244
- Ref. No. 245
- Ref. No. 252 (disclosure of attachment; redactions in cover email remain)
- Ref. No. 253 (disclosure of attachment; redactions in cover email remain)
- Ref. No. 257
- Ref. No. 258
- Ref. No. 269
- Ref. No. 273
- Ref. No. 274
- NFL_1246736 (Exh. 16 of your Joint Stip)
- NFL_1246758 (Exh. 17 of your Joint Stip)
- NFL_1247743 (Exh. 18 of your Joint Stip)
- NFL_1248099 (Exh. 20 of your Joint Stp) (believe same as Ref. No. 17)

Documents with Redaction Updates
- Ref. No. 7  (disclosure of cover email; redactions on attachment)
- Ref. No. 16 (disclosure of attachment; redactions on cover email)
- Ref. No. 45 (disclosure of attachment; redactions on cover email)
- Ref. No. 46 (disclosure of attachment; redactions on cover email)
- Ref. No. 70 (disclosure of cover email; redactions on attachment)
- Ref. No. 77
- Ref. No. 81
- Ref. No. 91 (disclosure of attachment; redactions on cover email)
- Ref. No. 92
- Ref. No. 93
- Ref. No. 99
- Ref. No. 100
- Ref. No. 101
- Ref. No. 111 (redactions applied to both cover email and attachments)

Ref. No. 112
- Ref. No. 129
- Ref. No. 130
- Ref. No. 132
- Ref. No. 133
- Ref. No. 152 (disclosure of attachment; redactions on cover email)
- Ref. No. 205 (redactions on cover email; attachment withheld)
- Ref. No. 206 (redactions on cover email; attachment withheld)
- Ref. No. 209 (redactions on cover email; attachment withheld)
- Ref. No. 211
- Ref. No. 212
- Ref. No. 218
- Ref. No. 233
- Ref. No. 236
- Ref. No. 276
- Ref. No. 277

**Jeremy Barber** | Partner
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, Floor 24, New York, NY 10036
Direct: (212) 294-8929 | Fax: (202) 847-4005
jbarber@wilkinsonstekloff.com
wilkinsonstekloff.com
Pronouns: He/Him/His

---

**From:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>
**Sent:** Monday, August 28, 2023 5:28 PM
**To:** Max Warren <mwarren@wilkinsonstekloff.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Justin Mungai <jmungai@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; David Nagdeman <dnagdeman@langergrogan.com>; Howard Langer <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; Kevin Trainer <ktrainer@langergrogan.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Renee Thomas <rthomas@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Scott A. Martin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>
**Subject:** RE: NFL Sunday Ticket - Joint Stipulation for Production of Documents from NFL's Supplemental Privilege Log

Max,

We disagree with your characterization of the discussions to date. Nonetheless, we are willing to table the joint stipulation process if the NFL is committed to a productive discussion on Wednesday.

I'll circulate a Teams invite for 2pm ET.

Thanks,
Farhad

―――

**FARHAD MIRZADEH**

Associate

fmirzadeh@hausfeld.com

+1 202 849 4763 direct

# HAUSFELD

888 16th Street, N.W.

Suite 300

Washington, DC 20006

+1 202 540 7200

**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Max Warren <mwarren@wilkinsonstekloff.com>
**Sent:** Monday, August 28, 2023 4:12 PM
**To:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Justin Mungai <jmungai@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; David Nagdeman <dnagdeman@langergrogan.com>; Howard Langer <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; Kevin Trainer <ktrainer@langergrogan.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Renee Thomas <rthomas@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Scott A. Martin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>
**Subject:** RE: NFL Sunday Ticket - Joint Stipulation for Production of Documents from NFL's Supplemental Privilege Log

Farhad,
My statement in my August 16th email was clear.  I did not believe a meet and confer was necessary

because I believed—as had been the case with your prior similar challenges to our privilege log—that the issue was resolved and would not require burdening the Court.  It was not until you sent us your portion of the Joint Stipulation late Friday night that I learned this was not the case.

Your email implies, but does not confirm, that you agree to table the Joint Stipulation process for now.  Please confirm that this is the case.  Assuming so, the NFL can be available to discuss these documents on Wednesday at 2pm ET.

Best,
Max

---

**From:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>
**Sent:** Monday, August 28, 2023 11:02 AM
**To:** Max Warren <mwarren@wilkinsonstekloff.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Justin Mungai <jmungai@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; David Nagdeman <dnagdeman@langergrogan.com>; Howard Langer <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; Kevin Trainer <ktrainer@langergrogan.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Renee Thomas <rthomas@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Scott A. Martin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>
**Subject:** RE: NFL Sunday Ticket - Joint Stipulation for Production of Documents from NFL's Supplemental Privilege Log

Max,

We are surprised by your email. You wrote in your August 16 email "[i]t is not clear to me that an additional meet and confer is necessary." We agreed after we reviewed the slight changes in your amended privilege log of August 18.

The NFL's effort to delay presentation of these issues to the Court is not well taken. If the NFL now feels that an additional meet and confer would be productive, then we are open to continuing discussion. However, we expect the NFL to be prepared to discuss every document that Plaintiffs have challenged and inform of us of whether they intend to withdraw their assertion of privilege during that call.

If that is agreeable, we can make ourselves available tomorrow from 10am-1pm ET or Wednesday from 1-4 pm ET. It would make sense to block 3 hours for our discussion, so let me know which window(s) work best.

Farhad

**FARHAD MIRZADEH**

Associate
fmirzadeh@hausfeld.com
+1 202 849 4763 direct

# HAUSFELD

888 16th Street, N.W.
Suite 300
Washington, DC 20006

+1 202 540 7200

**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Max Warren <mwarren@wilkinsonstekloff.com>
**Sent:** Monday, August 28, 2023 10:07 AM
**To:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Justin Mungai <jmungai@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; David Nagdeman <dnagdeman@langergrogan.com>; Howard Langer <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; Kevin Trainer <ktrainer@langergrogan.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Renee Thomas <rthomas@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Scott A. Martin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>
**Subject:** RE: NFL Sunday Ticket - Joint Stipulation for Production of Documents from NFL's Supplemental Privilege Log


Farhad,

Plaintiffs did not appropriately meet and confer pursuant to Local Rule 37-1 before sending us the draft Joint Stipulation below.  During our conversations earlier this month, the parties did not discuss whether any of the specific documents whose production you now seek to compel were privileged. Rather, we discussed Plaintiffs' concerns with the NFL Defendants' privilege log at the highest level of generality.  The NFL Defendants agreed to re-review the documents flagged by Plaintiffs to confirm their privileged status. After doing so, the NFL Defendants produced a number of documents that had been initially withheld as privileged and re-issued its privilege log.  And while the NFL Defendants expected those steps would address Plaintiffs' concerns (as had been the case in the past), we offered to further meet and confer as necessary.  We even offered a specific time to speak last week.  Plaintiffs ignored that outreach, rejected our offer to speak, and instead sent us their portion of a Joint Stipulation seeking to compel the production of nearly 90 documents late Friday evening.

The NFL Defendants believe that further meet and confers on this topic would either eliminate the need to burden the Court with another discovery issue altogether, or at a minimum, reduce the number of disputes that would need to be presented.  *See* L.R. 37-1.  As the Court ruled in response to Plaintiffs' prior challenge to DirecTV's privilege log, "[t]he Court cannot make rulings on any objections until there has been a meet and confer regarding each entry challenged."  *See* ECF 734 at 2.  The same is true here.

Please let us know today whether Plaintiffs' are willing to table the Joint Stipulation process to allow for further meet and confers between the parties.  We are available to speak this week.


Best,
Max


**Max Warren** | Counsel
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Flr, Washington, DC 20036
Direct: (202) 847-4008 | Fax: (202) 847-4005
mwarren@wilkinsonstekloff.com
wilkinsonstekloff.com




The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**From:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>
**Sent:** Friday, August 25, 2023 8:05 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Justin Mungai <jmungai@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; David Nagdeman <dnagdeman@langergrogan.com>; Howard Langer <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; Kevin Trainer <ktrainer@langergrogan.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Renee Thomas <rthomas@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Scott A. Martin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>
**Subject:** NFL Sunday Ticket - Joint Stipulation for Production of Documents from NFL's Supplemental Privilege Log

Counsel,

Please find attached Plaintiffs' portion of a joint stipulation for the production of documents from NFL's supplemental privilege log.

Thank you.

Farhad

___

**FARHAD MIRZADEH**

Associate

fmirzadeh@hausfeld.com

+1 202 849 4763 direct

# HAUSFELD

888 16th Street, N.W.
Suite 300
Washington, DC 20006

+1 202 540 7200

**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.