# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 10/24/2023, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Farhad Mirzadeh in Support of Plaintiffs' Application to File Documents Under Seal;
2. The unredacted version of the Joint Stipulation regarding Plaintiffs' Motion to Compel the Production of Documents on NFL's Supplemental Privilege Log;
3. The unredacted version of the Declaration of Farhad Mirzadeh in support of Plaintiffs' Motion to Compel Production of Documents on NFL's Supplemental Privilege Log;
4. The unredacted versions of Exhibits 7 and 11 to the Declaration of Farhad Mirzadeh; and
5. Exhibits 5, 6, 10, and 12-22 to the Declaration of Farhad Mirzadeh.

IT IS SO ORDERED.

Dated: _____

_____
JOHN E. MCDERMOTT
United States Magistrate Judge

1