Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF FARHAD MIRZADEH IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS ON NFL'S SUPPLEMENTAL PRIVILEGE LOG** |

I, Farhad Mirzadeh, declare under penalty of perjury that the following is true and correct:

1. I am over the age of twenty-one (21) years and am an associate at Hausfeld LLP. I am counsel of record for Plaintiffs Ninth Inning, Inc., 1465 Third Avenue Restaurant Corp., Robert Gary Lippincott, Jr., and Jonathan Frantz in the above-captioned litigation. I submit this declaration in support of Plaintiffs' Motion to Compel Production of Documents on NFL's Privilege Log.

2. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct to the best of my knowledge.

3. Exhibit 1 is a true and correct copy of the Court's Order filed on January 12, 2021, Dkt. No. 294.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Court's now-operative scheduling order in this case, filed on January 30, 2023.

5. Attached as Exhibit 3 is a true and correct copy of this Court's order granting Plaintiffs' motion to seek additional discovery regarding the new Sunday Ticket agreement, Dkt. No. 938.

6. Attached as Exhibit 4 are true and correct copies of this Court's orders granting Plaintiffs the ability to review unredacted network agreements and ordering production of unredacted portions of the network agreements, Dkt. Nos. 419 and 459.

7. Attached as Exhibit 5 is a true and correct copy of the NFL Defendants' supplemental privilege log served on July 12, 2023.

8. Attached as Exhibit 6 is a true and correct copy of the Local Rule 37-1 letter that Plaintiffs sent to NFL Defendants on July 27 regarding the supplemental privilege log.

9. Following Plaintiffs' Local Rule 37-1 letter, counsel for Plaintiffs and the NFL Defendants met and conferred on August 3, 2023 with respect to the NFL's supplemental privilege log.

10. Attached as Exhibit 7 is a true and correct copy of an email chain between Plaintiffs' counsel and NFL counsel between July 27 and August 18.

11. On August 25, Plaintiffs served upon the NFL their portion of a joint stipulation regarding a motion to compel certain entries on the NFL's privilege log. The NFL asked that Plaintiffs table the joint stipulation process in favor of meeting and conferring further over the challenged entries. Attached as Exhibit 8 is a true and correct copy of an email chain between Plaintiffs' counsel and NFL counsel between August 25 and August 28.

12. The parties met and conferred on August 30, September 6, September 7, and September 8.

13. Attached as Exhibit 9 is a true and correct copy of an email from Jeremy Barber on September 7, 2023.

14. Attached as Exhibit 10 is a true and correct copy of an email from Jeremy Barber on September 13, along with the attachments to the email. One attachment is the Defendants' Production Cover Letter, and the other is the NFL's amended supplemental privilege log.

15. Attached as Exhibit 11 is an email chain between Plaintiffs' counsel and NFL counsel from September 13 to September 21.

16. Attached as Exhibit 12 is the NFL's second amended supplemental privilege log, produced on September 20, 2023. This is the operative version of the NFL's supplemental privilege log.

17. Attached as Exhibit 13 is a true and correct copy of an email and its attachments produced by the NFL, bates numbered NFL_1248147 – NFL_148151.

18. Attached as Exhibit 14 is a true and correct copy of an email and its attachments produced by the NFL, bates numbered NFL_1248209 – NFL_1248214.

19. Attached as Exhibit 15 is a true and correct copy of an email and its attachments produced by the NFL, bates numbered NFL_1248109 –

NFL_1248812. Plaintiffs note that the NFL produced the attachment titled ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20. Attached as Exhibit 16 is a true and correct copy of an email and its attachments produced by the NFL, bates numbered NFL_1248287 – NFL_128289.

21. Attached as Exhibit 17 is a true and correct copy of an email and its attachments produced by the NFL, bates numbered NFL_1235525 – NFL_1235536.

22. Attached as Exhibit 18 is a true and correct copy of an email and its attachments produced by the NFL, bates numbered NFL_1248290 – NFL_1248296.

23. Attached as Exhibit 19 is a true and correct copy of an email and its attachments produced by the NFL, bates numbered NFL_1248520 – NFL_1248524.

24. Attached as Exhibit 20 is a true and correct copy of an email chain and its attachments produced by the NFL, bates numbered NFL_1246593 – NFL_1246594.

25. Attached as Exhibit 21 is a true and correct copy of an email chain and its attachments produced by the NFL, bates numbered NFL_1246626 – NFL_1246640.

26. Attached as Exhibit 22 is a true and correct copy of an email chain and its attachments produced by the NFL, bates numbered NFL_1246708 – NFL_1246711.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 22nd day of September in Washington, D.C.

*/s/ Farhad Mirzadeh*
Farhad Mirzadeh