# EXHIBIT 7

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| | |
|---|---|
| **From:** | Max Warren |
| **To:** | Farhad Mirzadeh; Tyler Finn; Rakesh Kilaru; Beth Wilkinson; Brian Stekloff; Jeremy Barber; Neema Trivedi Sahni; Gregg H. Levy; Ludwin, Derek; jplayforth@cov.com; Caroline Li; Blake Neal; Jenna Pavelec |
| **Cc:** | Bill Carmody; David Nagdeman; Howard Langer; Ian Gore; Kevin Trainer; Marc Seltzer; Ned Diver; Peter Leckman; Renee Thomas; Rodney Polanco; Samuel Maida; Sathya S. Gosselin; Scott A. Martin; Seth Ard |
| **Subject:** | RE: In re NFL Sunday Ticket Antitrust Litigation: Supplemental Privilege Log |
| **Date:** | Friday, August 18, 2023 6:42:44 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | external.png |
| | 2023.08.18 NFL Defendants Supplemental Privilege Log.pdf |

⊘ **External email** ❯

Farhad,

Please see attached the NFL Defendants' 8/18/2023 Supplemental Privilege Log.

Best,
Max

---

**From:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>
**Sent:** Friday, August 18, 2023 2:11 PM
**To:** Max Warren <mwarren@wilkinsonstekloff.com>; Tyler Finn <TFinn@susmangodfrey.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Neema Trivedi Sahni <nsahni@cov.com>; Gregg H. Levy <glevy@cov.com>; Ludwin, Derek <dludwin@cov.com>; jplayforth@cov.com; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; David Nagdeman <dnagdeman@langergrogan.com>; Howard Langer <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; Kevin Trainer <ktrainer@langergrogan.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Renee Thomas <rthomas@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Scott A. Martin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>
**Subject:** RE: In re NFL Sunday Ticket Antitrust Litigation: Supplemental Privilege Log

Thank you, Max. Given your position, we will review the supplemental privilege log you provide later today and reach out should we have questions.

Have a nice weekend,
Farhad

---

**FARHAD MIRZADEH**
Associate
fmirzadeh@hausfeld.com
+1 202 849 4763 direct

# HAUSFELD

888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200

**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Max Warren <mwarren@wilkinsonstekloff.com>
**Sent:** Wednesday, August 16, 2023 5:10 PM
**To:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Tyler Finn <TFinn@susmangodfrey.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Neema Trivedi Sahni <nsahni@cov.com>; Gregg H. Levy <glevy@cov.com>; Ludwin, Derek <dludwin@cov.com>; jplayforth@cov.com; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; David Nagdeman <dnagdeman@langergrogan.com>; Howard Langer <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; Kevin Trainer <ktrainer@langergrogan.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Renee Thomas <rthomas@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Scott A. Martin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>
**Subject:** RE: In re NFL Sunday Ticket Antitrust Litigation: Supplemental Privilege Log

Farhad,
The NFL Defendants intend to produce the referenced additional documents along with a supplemental privilege log by the end of this week.  We believe the production of these documents obviates the need to provide reference numbers, but if Plaintiffs insist, we can provide that list along with our production.

It is not clear to me that an additional meet and confer is necessary.  If Plaintiffs would like to discuss this further, however, we would be available Wednesday (8/23) after 2p et.

Best,
Max

**Max Warren** | Counsel
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Flr, Washington, DC 20036

Direct: (202) 847-4008 | Fax: (202) 847-4005
mwarren@wilkinsonstekloff.com
wilkinsonstekloff.com

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**From:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>
**Sent:** Wednesday, August 16, 2023 11:04 AM
**To:** Tyler Finn <TFinn@susmangodfrey.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Neema Trivedi Sahni <nsahni@cov.com>; Gregg H. Levy <glevy@cov.com>; Ludwin, Derek <dludwin@cov.com>; jplayforth@cov.com; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; David Nagdeman <dnagdeman@langergrogan.com>; Howard Langer <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; Kevin Trainer <ktrainer@langergrogan.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Renee Thomas <rthomas@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Scott A. Martin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>
**Subject:** RE: In re NFL Sunday Ticket Antitrust Litigation: Supplemental Privilege Log


Hi Max,

Following up on the below, promptly let us know which documents you will be removing from the privilege log and producing to Plaintiffs. Furthermore, can you please confirm that the NFL will produce its amended privilege log this week containing file names of certain withheld attachments? If so, it would be helpful if you could propose some windows that the NFL is able to confer this week or early next week about its amended privilege log.

If the NFL does not intend to produce its amended privilege log this week, Plaintiffs will base any motion to compel on the NFL's current version of the privilege log and will note that the NFL had nearly three weeks to amend its privilege log in response to Plaintiffs' letter pointing out the deficiencies contained in it.

Thank you,
Farhad

**FARHAD MIRZADEH**

Associate

fmirzadeh@hausfeld.com

+1 202 849 4763 direct

# HAUSFELD

888 16th Street, N.W.

Suite 300

Washington, DC 20006

+1 202 540 7200

**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Tyler Finn <TFinn@susmangodfrey.com>
**Sent:** Monday, August 14, 2023 9:47 AM
**To:** Max Warren <mwarren@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Neema Trivedi Sahni <nsahni@cov.com>; Gregg H. Levy <glevy@cov.com>; Ludwin, Derek <dludwin@cov.com>; jplayforth@cov.com; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; David Nagdeman <dnagdeman@langergrogan.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Howard Langer <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; Kevin Trainer <ktrainer@langergrogan.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Renee Thomas <rthomas@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Scott A. Martin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>
**Subject:** RE: In re NFL Sunday Ticket Antitrust Litigation: Supplemental Privilege Log

Thanks, Max.  Please provide the reference numbers from the privilege log for the 15 documents that you plan to produce this week so that we can evaluate the scope of any motion.  Please also let us know when we can expect an amended privilege log.

**Tyler Finn**
Associate | Susman Godfrey LLP
212.729.2016 (office) | 203.550.7358 (cell)
tfinn@susmangodfrey.com

**From:** Max Warren <mwarren@wilkinsonstekloff.com>
**Sent:** Friday, August 11, 2023 16:51
**To:** Tyler Finn <TFinn@susmangodfrey.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth

Wilkinson <bwilkinson@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Neema Trivedi Sahni <nsahni@cov.com>; Gregg H. Levy <glevy@cov.com>; Ludwin, Derek <dludwin@cov.com>; jplayforth@cov.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; David Nagdeman <dnagdeman@langergrogan.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Howard Langer <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; Kevin Trainer <ktrainer@langergrogan.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Renee Thomas <rthomas@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; smartin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>
**Subject:** RE: In re NFL Sunday Ticket Antitrust Litigation: Supplemental Privilege Log

<mark>EXTERNAL Email</mark>
Tyler,

The NFL Defendants write in response to your letter regarding the NFL's supplemental privilege log, which was served on July 12, 2023.  Plaintiffs' letter demonstrates the same misunderstanding of the operable legal landscape governing attorney-client privilege that was present in Plaintiffs' previous letters related to the NFL Defendants' earlier privilege logs.  For example, despite Plaintiffs' suggestions otherwise, the privilege covers legal advice that is communicated internally from one non-attorney to another as well as communications directly discussing legal advice and how to implement that advice.  Plaintiffs also remain incorrect when they assert that documents that reflect legal advice or were revised/drafted at the direction of counsel are not privileged; such documents are privileged because they contain legal advice and, if disclosed, would reveal confidential client communications.

Nonetheless, as agreed during our August 3 meet and confer, the NFL Defendants have conducted a careful additional review of the documents highlighted in Plaintiffs' recent letter.  While nearly all of these documents were appropriately withheld or redacted because they contained privileged information and legal advice, the NFL Defendants will produce approximately 15 documents, with redactions where appropriate, based on the concerns you raise.  We expect to make this subsequent production next week.

Plaintiffs' recent letter also raises concerns with certain redactions in four recently-produced documents.  The NFL Defendants confirm that those documents were appropriately redacted to remove privileged information or commercially sensitive non-responsive information in accordance with the stipulated order regarding discovery of electronically stored information.  Dkt. 198 at 7.

Finally, Plaintiffs' letter notes that certain entries in the NFL Defendants' supplemental privilege log do not list the file names of certain withheld attachments.  The NFL Defendants intend to serve an amended supplemental privilege log with that information.

Best,
Max

**From:** Tyler Finn <TFinn@susmangodfrey.com>
**Sent:** Thursday, July 27, 2023 3:51 PM
**To:** Max Warren <mwarren@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Neema Trivedi Sahni <nsahni@cov.com>; Gregg H. Levy <glevy@cov.com>; Ludwin, Derek <dludwin@cov.com>; jplayforth@cov.com; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; David Nagdeman <dnagdeman@langergrogan.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Howard Langer <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; Kevin Trainer <ktrainer@langergrogan.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Renee Thomas <rthomas@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; smartin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>
**Subject:** RE: In re NFL Sunday Ticket Antitrust Litigation: Supplemental Privilege Log

In re National Football League's "Sunday Ticket" Antitrust Litigation
Case No. 2:15-ML-02668-PSG (JEMx) (C.D. Cal.)
Supplemental Privilege Log



In re National Football League's "Sunday Ticket" Antitrust Litigation
Case No. 2:15-ML-02668-PSG (JEMx) (C.D. Cal.)
Supplemental Privilege Log



In re National Football League's "Sunday Ticket" Antitrust Litigation
Case No. 2:15-ML-02668-PSG (JEMx) (C.D. Cal.)
Supplemental Privilege Log



In re National Football League's "Sunday Ticket" Antitrust Litigation
Case No. 2:15-ML-02668-PSG (JEMx) (C.D. Cal.)
Supplemental Privilege Log



In re National Football League's "Sunday Ticket" Antitrust Litigation
Case No. 2:15-ML-02668-PSG (JEMx) (C.D. Cal.)
Supplemental Privilege Log



In re National Football League's "Sunday Ticket" Antitrust Litigation
Case No. 2:15-ML-02668-PSG (JEMx) (C.D. Cal.)
Supplemental Privilege Log



In re National Football League's "Sunday Ticket" Antitrust Litigation
Case No. 2:15-ML-02668-PSG (JEMx) (C.D. Cal.)
Supplemental Privilege Log



In re National Football League's "Sunday Ticket" Antitrust Litigation
Case No. 2:15-ML-02668-PSG (JEMx) (C.D. Cal.)
Supplemental Privilege Log



In re National Football League's "Sunday Ticket" Antitrust Litigation
Case No. 2:15-ML-02668-PSG (JEMx) (C.D. Cal.)
Supplemental Privilege Log



In re National Football League's "Sunday Ticket" Antitrust Litigation
Case No. 2:15-ML-02668-PSG (JEMx) (C.D. Cal.)
Supplemental Privilege Log



In re National Football League's "Sunday Ticket" Antitrust Litigation
Case No. 2:15-ML-02668-PSG (JEMx) (C.D. Cal.)
Supplemental Privilege Log



In re National Football League's "Sunday Ticket" Antitrust Litigation
Case No. 2:15-ML-02668-PSG (JEMx) (C.D. Cal.)
Supplemental Privilege Log



In re National Football League's "Sunday Ticket" Antitrust Litigation
Case No. 2:15-ML-02668-PSG (JEMx) (C.D. Cal.)
Supplemental Privilege Log



In re National Football League's "Sunday Ticket" Antitrust Litigation
Case No. 2:15-ML-02668-PSG (JEMx) (C.D. Cal.)
Supplemental Privilege Log



In re National Football League's "Sunday Ticket" Antitrust Litigation
Case No. 2:15-ML-02668-PSG (JEMx) (C.D. Cal.)
Supplemental Privilege Log



In re National Football League's "Sunday Ticket" Antitrust Litigation
Case No. 2:15-ML-02668-PSG (JEMx) (C.D. Cal.)
Supplemental Privilege Log



In re National Football League's "Sunday Ticket" Antitrust Litigation
Case No. 2:15-ML-02668-PSG (JEMx) (C.D. Cal.)
Supplemental Privilege Log

