# EXHIBIT 11

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| | |
|---|---|
| **From:** | Jeremy Barber |
| **To:** | Farhad Mirzadeh; Peter Leckman; Christopher L. Lebsock; Howard Langer; Ian Gore; Marc Seltzer; Michael P. Lehmann; Ned Diver; Renee Bien-Aime; Rodney Polanco; Scott A. Martin; Seth Ard; Tyler Finn; Kevin Trainer |
| **Cc:** | Beth Wilkinson; Brian Stekloff; Rakesh Kilaru; Max Warren; Jenna Pavelec; nsahni@cov.com; glevy@cov.com; Ludwin, Derek; Playforth, John |
| **Subject:** | RE: Sunday Ticket: NFL Production (9/13/23) and Amended Supplemental Privilege Log |
| **Date:** | Wednesday, September 20, 2023 9:00:32 AM |
| **Attachments:** | image001.png<br>image002.png<br>external.png<br>2023.09.20 NFL Second Amended Supplemental Privilege Log.pdf |

**⊘ External email ›**

Hi Farhad –

We produced, or intended to produce, the following documents (some with redactions) that I initially indicated may be withheld:  Ref. Nos. 33 (second attachment); 34 (second attachment); 104, and 108.

We withheld as privileged the following documents that I initially indicated may be produced:  Ref. Nos. 56 (first attachment only), 199, 200, 214, 217 and 219.

We intended to produce the attachments to Ref. Nos. 33 and 34, as well as the entirety of NFL_1248099 and Ref. Nos. 51, 52, and 54.  Due to a miscommunication with our vender, it does not appear they were included in our recent production.  We will remedy that shortly.  Overlays of NFL_1246736, NFL_1246758, and NFL_1247743 in unredacted form were included in last week's production.   NFL_1248101 appears on our amended privilege log at Ref. No. 28.  Attached is a second amended version of the privilege log that includes the Bates number for that entry.

Best,
Jeremy

---

**From:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>
**Sent:** Tuesday, September 19, 2023 7:06 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Peter Leckman <pleckman@langergrogan.com>; Christopher L. Lebsock <clebsock@hausfeld.com>; Howard Langer <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Michael P. Lehmann <mlehmann@hausfeld.com>; Ned Diver <ndiver@langergrogan.com>; Renee Bien-Aime <RBien-Aime@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Scott A. Martin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Kevin Trainer <ktrainer@langergrogan.com>
**Cc:** Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; nsahni@cov.com; glevy@cov.com; Ludwin, Derek <dludwin@cov.com>; Playforth, John <jplayforth@cov.com>
**Subject:** RE: Sunday Ticket: NFL Production (9/13/23) and Amended Supplemental Privilege Log

Jeremy –

We haven't heard from you regarding the production of documents from the below entries. If we don't hear from you by COB tomorrow, we'll proceed to include them in the joint stipulation we intend to serve this Friday over entries that remain in dispute. In addition to the documents referenced in the email below, we intend to challenge the following entries that the NFL continues to assert privilege: Ref. Nos. 2, 4, 7, 16, 32-34, 47, 53, 56, 70, 111 (and related entries such as 110, 112, 128-130, and 132-133), 209, 212, 214, 217, and 219.

For the avoidance of doubt, Plaintiffs reserve all rights to challenge any entry on the NFL's privilege log.

Farhad

---

**FARHAD MIRZADEH**
Associate
fmirzadeh@hausfeld.com
+1 202 849 4763 direct

# HAUSFELD

888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200
**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

---

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Sent:** Monday, September 18, 2023 4:57 PM
**To:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Peter Leckman <pleckman@langergrogan.com>; Christopher L. Lebsock <clebsock@hausfeld.com>; Howard Langer <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Michael P. Lehmann <mlehmann@hausfeld.com>; Ned Diver <ndiver@langergrogan.com>; Renee Bien-Aime <RBien-Aime@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Scott A. Martin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Kevin Trainer <ktrainer@langergrogan.com>
**Cc:** Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; nsahni@cov.com; glevy@cov.com; Ludwin, Derek <dludwin@cov.com>; Playforth, John <jplayforth@cov.com>
**Subject:** RE: Sunday Ticket: NFL Production (9/13/23) and Amended Supplemental Privilege Log

Hi Farhad –

We will look into your questions below and get back to you as soon as we can.

Best,
-Jeremy

---

**From:** Farhad Mirzadeh <fmirzadeh@hausfeld.com>
**Sent:** Monday, September 18, 2023 4:53 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Peter Leckman <pleckman@langergrogan.com>; Christopher L. Lebsock <clebsock@hausfeld.com>; Howard Langer <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Michael P. Lehmann <mlehmann@hausfeld.com>; Ned Diver <ndiver@langergrogan.com>; Renee Bien-Aime <RBien-Aime@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Scott A. Martin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Kevin Trainer <ktrainer@langergrogan.com>
**Cc:** Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; nsahni@cov.com; glevy@cov.com; Ludwin, Derek <dludwin@cov.com>; Playforth, John <jplayforth@cov.com>
**Subject:** RE: Sunday Ticket: NFL Production (9/13/23) and Amended Supplemental Privilege Log

Thank you, Jeremy. Can you please confirm which documents were produced that you initially indicated would be withheld, and which documents you withheld that you indicated would be downgraded?

Furthermore, it seems that there are some documents that have been removed from the privilege log but don't appear in the latest production. Can you please confirm that these have been produced (and, if so, the bates number), or confirm that the NFL intends to produce them:

- Ref. Nos. 33-34 – Please confirm the attachments titled ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ have been produced and, if so, the bates numbers.
- Ref. Nos. 51, 52, and 54 – These entries have been removed from the privilege log but the attachments remain withheld. Please confirm whether the NFL intends to produce versions with the attachments.
- NFL_1246736, NFL_1246758, NFL_1247743, NFL_1248099, **NFL_1248101 – these do** not appear to be in the NFL's production or the privilege log. Please confirm whether the NFL intends to produce any of these documents in full.

Farhad

---

**FARHAD MIRZADEH**
Associate
fmirzadeh@hausfeld.com
+1 202 849 4763 direct

# HAUSFELD

888 16th Street, N.W.
Suite 300
Washington, DC 20006
+1 202 540 7200
**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Sent:** Wednesday, September 13, 2023 10:26 PM
**To:** Peter Leckman <pleckman@langergrogan.com>; Christopher L. Lebsock <clebsock@hausfeld.com>; Howard Langer <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Michael P. Lehmann <mlehmann@hausfeld.com>; Ned Diver <ndiver@langergrogan.com>; Renee Bien-Aime <RBien-Aime@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Scott A. Martin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Kevin Trainer <ktrainer@langergrogan.com>
**Cc:** Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; nsahni@cov.com; glevy@cov.com; Ludwin, Derek <dludwin@cov.com>; Playforth, John <jplayforth@cov.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Subject:** Sunday Ticket: NFL Production (9/13/23) and Amended Supplemental Privilege Log


Counsel:

Please see the attached regarding the NFL Defendants' production of documents.  This production relates to the parties' recent discussions concerning the NFL Defendants' privilege log.  Please note that, in finalizing this production, the NFL Defendants made minimal modifications from my email to Farhad on September 7, 2023, including the production of some documents that we initially indicated would be withheld and the withholding of some documents we initially indicated would be downgraded.

The production can be found here:  https://hgedge.mediashuttle.com/download.jsp?id=5f088316-597f-440f-8032-d0fcbac4779f.  The password will be sent under separate cover.

I am also attaching the NFL Defendants' Amended Supplemental Privilege Log.

Best,
-Jeremy

**Jeremy Barber** | Partner

**WILKINSON STEKLOFF LLP**

130 W 42nd Street, Floor 24, New York, NY 10036

Direct: (212) 294-8929 | Fax: (202) 847-4005

jbarber@wilkinsonstekloff.com

wilkinsonstekloff.com

Pronouns: He/Him/His

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.