UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



FILED
CLERK, U.S. DISTRICT COURT
SEP 20 2023
CENTRAL DISTRICT OF CALIFORNIA
BY mmc DEPUTY

2:15mj2668

(PSG)

-R-T-S- 100365003-1N
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER
09/14/23

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 20 2023
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Case: 2:15ml2668  Doc: 970

Roger A Sachar                                              Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36473563@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion for Leave to File Document Under Seal Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/1/2023 at 11:55 AM PDT and filed on 8/31/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-JEM |
| **Filer:** | |
| **Document Number:** | 970 |

**Docket Text:**
ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL [965] by Judge Philip S. Gutierrez. Granting [965] APPLICATION to Seal Document. Re: APPLICATION to file document under seal (rolm)

**2:15-ml-02668-PSG-JEM Notice has been electronically mailed to:**
John S. Playforth    jplayforth@cov.com, docketing@cov.com
Robert S Kitchenoff    kitchenoff@wka-law.com
Eliot F. Krieger    rrobitaille@skt.law, ekrieger@skt.law
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, 8682118420@filings.docketbird.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Tyler M. Finn    tfinn@susmangodfrey.com, mguido@susmangodfrey.com
Peter Leckman    pleckman@langergrogan.com
Jonathan M. Jagher    jjagher@fklmlaw.com
Scott Allan Martin    smartin@hausfeld.com
Natasha Naraghi Serino    natashaserino@schacklawgroup.com, natashaserino@amslawoffice.com, taretta@schacklawgroup.com, amontiel@schacklaw.group

Marc H Edelson    medelson@edelson-law.com
Max J. Warren    mwarren@wilkinsonstekloff.com
Neema Trivedi Sahni    jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Shawn M. Larsen    slarsen@larsennaddour.com
Mickel M. Arias    mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli    dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver    ndiver@langergrogan.com
Carl Malmstrom    malmstrom@whafh.com
Thomas A. Zimmerman    tom@attorneyzim.com, firm@attorneyzim.com
Christina H Connolly Sharp    8388361420@filings.docketbird.com, avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector    jspector@srkattorneys.com
Caleb Marker    josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com
Mark S Goldman    goldman@lawgsp.com
Armstead C. Lewis    alewis@susmangodfrey.com
Hart L. Robinovitch    hlr@zimmreed.com
Carter E. Greenbaum    cgreenbaum@paulweiss.com
John D Radice    jradice@radicelawfirm.com
Alexander M Schack    alexschack@amslawoffice.com, alexschack@schacklawgroup.com
Katrina M Robson    krobson@willkie.com, maodc1@willkie.com
Rachele R Byrd    fileclerk@whafh.com, byrd@whafh.com
Marisa C. Livesay    fileclerk@whafh.com, mlivesay@bzbm.com
Marc I Gross    migross@pomlaw.com
Stephen R Basser    gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com
Fred Taylor Isquith    isquithlaw@gmail.com
Garrett D Blanchfield    g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge    ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody    lnand@susmangodfrey.com, bcarmody@susmangodfrey.com
James B. Zouras    kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
Gregg H Levy    glevy@cov.com
Eugene A Spector    espector@srkattorneys.com
Thomas H Burt    burt@whafh.com
Sara F Khosroabadi    sara@kandhlawgroup.com, efile@kandhlawgroup.com
Ian M Gore    ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz    mco.ecf@weil.com, jessie.mishkin@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com
Beth A. Wilkinson    bwilkinson@wilkinsonstekloff.com, sundayticket-associates@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com
Daniel R Karon    bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com
Derek Ludwin    dludwin@cov.com
Brian L. Stekloff    bstekloff@wilkinsonstekloff.com
Brittany DeJong    bdejong@bzbm.com, nmadden@bzbm.com

Ramzi Abadou       ramzi.abadou@ksfcounsel.com
Arthur J Burke     arthur.burke@davispolk.com
Gary F Lynch       jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com
Lee Albert         lalbert@glancylaw.com
John E Schmidtlein       john-schmidtlein-5892@ecf.pacerpro.com, jschmidtlein@wc.com
William G Caldes   bcaldes@srkattorneys.com
Robert J Larocca   rlarocca@kohnswift.com
Jeffrey A. N. Kopczynski      jkopczynski@omm.com
Bethany M. Stevens       bstevens@wscllp.com
Michael J Boni     mboni@bonizack.com
Amid T Bahadori    atb@bahadorilaw.com
Kevin P. Trainer   ktrainer@langergrogan.com, courtnotices@langergrogan.com, 9263800420@filings.docketbird.com
Jay Cohen          jaycohen@paulweiss.com
Justin Mungai      jmungai@wilkinsonstekloff.com
Ryan F. Stephan    malmeida@stephanzouras.com, kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com, rstephan@stephanzouras.com, ivolquez@stephanzouras.com
Arthur M Murray    aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com, thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com
Mark A Wendorf     m.wendorf@rwblawfirm.com
Christopher P. Ridout     christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com, 5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com
Jeffrey S Goldenberg      svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com
Rakesh N. Kilaru   rkilaru@wilkinsonstekloff.com
Brian C. Gudmundson       brian.gudmundson@zimmreed.com
Sathya S Gosselin  sgosselin@hausfeld.com
Rosemary M Rivas   2746730420@filings.docketbird.com, rmr@classlawgroup.com
Joshua D. Snyder   jsnyder@bonizack.com
Farhad Mirzadeh    fmirzadeh@hausfeld.com
John E. Sindoni    jsindoni@bonizack.com
Daniel J. Mogin    jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com, ngeraci@moginrubin.com, jchatfield@moginrubin.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com
Joshua Branden Swigart    josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Karen H Riebel     amraak@locklaw.com, atajagbusi@locklaw.com, lgn-khriebel@ecf.courtdrive.com, crjohnson@locklaw.com, khriebel@locklaw.com
Jodie Williams     jwilliams@moginrubin.com
Matthew C De Re    tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com
Lesley E Weaver    jlaw@bfalaw.com, lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com

Seth Ard           ecf-7bb0ee8b6051@ecf.pacerpro.com, sard@susmangodfrey.com, rthomas@susmangodfrey.com
Samuel M Ward      gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Jayne A Goldstein  pleadings@millershah.com, jagoldstein@millershah.com
Whitney E Street   whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty   aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt   mco.ecf@weil.com, nymao@ecf.pacerpro.com,

<2668-PSG-SK Document 994 Filed 09/20/23 Page 6 of 6 Page ID #:40238

eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos     at@haffnerlawyers.com
Jeremy S. Barber     jbarber@wilkinsonstekloff.com
Kenneth B Pickle     kpickle@radicelawfirm.com
Gordon M Fauth       gmf@classlitigation.com
Samuel Maida         smaida@hausfeld.com
Patrick J Somers     tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns   drehns@hrsclaw.com
Blake Neal           bneal@wilkinsonstekloff.com
Betsy C Manifold     fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Melinda A Nicholson  bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer       mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com
Bryan Matthew Thomas bthomas@macdonaldcody.com
Lionel Zevi Glancy   lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer        hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner    pkrzeski@chestnutcambronne.com, rlee@chestnutcambronne.com, bbleichner@chestnutcambronne.com
Arnold C. Wang       jessica@asstlawyers.com, arnold@aswtlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com
Christopher L Lebsock  clebsock@hausfeldllp.com, ischer@hausfeld.com
Tracy D Rezvani      tracy@rezvanilaw.com
M. Randall Oppenheimer  m-randall-oppenheimer-5053@ecf.pacerpro.com, roppenheimer@omm.com
Richard A Koffman    rkoffman@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com
Heidi M Silton       hxbareentto@locklaw.com, hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian  ak@kazlg.com, mona@kazlg.com

**2:15-ml-02668-PSG-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach CA 90802
USA
Gregory E Woodard
Woodard Legal PC
7700 Irvine Center Drive Suite 800
PMB 156
Irvine CA 92618
Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036
James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403