**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



FILED
CLERK, U.S. DISTRICT COURT
SEP 20 2023
CENTRAL DISTRICT OF CALIFORNIA
BY mmc   DEPUTY

2:15 ml 2668

(PSG)



RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 20 2023
CENTRAL DISTRICT OF CALIFORNIA
BY

NIXIE  910  5E 1  7209/17/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Case: 2:15ml2668  Doc: 977

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36491109@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion to Appear Pro Hac Vice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/6/2023 at 1:39 PM PDT and filed on 9/5/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-JEM |
| **Filer:** | |
| **Document Number:** | 977 |

**Docket Text:**
**ORDER by Judge Philip S. Gutierrez: granting [968] Non-Resident Attorney Pavelec, Jenna H. APPLICATION to Appear Pro Hac Vice on behalf of National Football League; NFL Enterprises LLC; and the individual NFL clubs., designating Sahni, Neema T. as local counsel. (yl)**

**2:15-ml-02668-PSG-JEM Notice has been electronically mailed to:**
John S. Playforth    jplayforth@cov.com, docketing@cov.com
Robert S Kitchenoff    kitchenoff@wka-law.com
Eliot F. Krieger    rrobitaille@skt.law, ekrieger@skt.law
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, 8682118420@filings.docketbird.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Tyler M. Finn    tfinn@susmangodfrey.com, mguido@susmangodfrey.com
Peter Leckman    pleckman@langergrogan.com
Jonathan M. Jagher    jjagher@fklmlaw.com
Scott Allan Martin    smartin@hausfeld.com
Natasha Naraghi Serino    natashaserino@schacklawgroup.com, natashaserino@amslawoffice.com,

taretta@schacklawgroup.com, amontiel@schacklaw.group
Marc H Edelson   medelson@edelson-law.com
Max J. Warren   mwarren@wilkinsonstekloff.com
Anastasia M. Pastan   apastan@wilkinsonstekloff.com
Neema Trivedi Sahni   jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Shawn M. Larsen   slarsen@larsennaddour.com
Mickel M. Arias   mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli   dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver   ndiver@langergrogan.com
Carl Malmstrom   malmstrom@whafh.com
Thomas A. Zimmerman   tom@attorneyzim.com, firm@attorneyzim.com
Christina H Connolly Sharp   8388361420@filings.docketbird.com, avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector   jspector@srkattorneys.com
Caleb Marker   josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com
Mark S Goldman   goldman@lawgsp.com
Armstead C. Lewis   alewis@susmangodfrey.com
Hart L. Robinovitch   hlr@zimmreed.com
Carter E. Greenbaum   cgreenbaum@paulweiss.com
John D Radice   jradice@radicelawfirm.com
Alexander M Schack   alexschack@amslawoffice.com, alexschack@schacklawgroup.com
Katrina M Robson   krobson@willkie.com, maodc1@willkie.com
Rachele R Byrd   fileclerk@whafh.com, byrd@whafh.com
Marisa C. Livesay   fileclerk@whafh.com, mlivesay@bzbm.com
Marc I Gross   migross@pomlaw.com
Stephen R Basser   gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com
Fred Taylor Isquith   isquithlaw@gmail.com
Garrett D Blanchfield   g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge   ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody   lnand@susmangodfrey.com, bcarmody@susmangodfrey.com
Jenna H. Pavelec   jpavelec@wilkinsonstekloff.com
James B. Zouras   kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
Gregg H Levy   glevy@cov.com
Eugene A Spector   espector@srkattorneys.com
Thomas H Burt   burt@whafh.com
Sara F Khosroabadi   sara@kandhlawgroup.com, efile@kandhlawgroup.com
Ian M Gore   ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz   mco.ecf@weil.com, jessie.mishkin@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com
Beth A. Wilkinson   bwilkinson@wilkinsonstekloff.com, sundayticket-associates@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com
Daniel R Karon   bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com

Derek Ludwin     dludwin@cov.com
Brian L. Stekloff     bstekloff@wilkinsonstekloff.com
Brittany DeJong     bdejong@bzbm.com, nmadden@bzbm.com
Jeffrey S. Goldenberg     svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com
Ramzi Abadou     ramzi.abadou@ksfcounsel.com
Arthur J Burke     arthur.burke@davispolk.com
Gary F Lynch     jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com
Lee Albert     lalbert@glancylaw.com
John E Schmidtlein     john-schmidtlein-5892@ecf.pacerpro.com, jschmidtlein@wc.com
William G Caldes     bcaldes@srkattorneys.com
Robert J Larocca     rlarocca@kohnswift.com
Jeffrey A. N. Kopczynski     jkopczynski@omm.com
Bethany M. Stevens     bstevens@wscllp.com
Michael J Boni     mboni@bonizack.com
Amid T Bahadori     atb@bahadorilaw.com
Kevin P. Trainer     ktrainer@langergrogan.com, courtnotices@langergrogan.com, 9263800420@filings.docketbird.com
Jay Cohen     jaycohen@paulweiss.com
Justin Mungai     jmungai@wilkinsonstekloff.com
Ryan F. Stephan     malmeida@stephanzouras.com, kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com, rstephan@stephanzouras.com, ivolquez@stephanzouras.com
Arthur M Murray     aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com, thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com
Mark A Wendorf     m.wendorf@rwblawfirm.com
Christopher P. Ridout     christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com, 5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com
Rakesh N. Kilaru     rkilaru@wilkinsonstekloff.com
Brian C. Gudmundson     brian.gudmundson@zimmreed.com
Sathya S Gosselin     sgosselin@hausfeld.com
Rosemary M Rivas     2746730420@filings.docketbird.com, rmr@classlawgroup.com
Joshua D. Snyder     jsnyder@bonizack.com
Farhad Mirzadeh     fmirzadeh@hausfeld.com
John E. Sindoni     jsindoni@bonizack.com
Daniel J. Mogin     jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com, ngeraci@moginrubin.com, jchatfield@moginrubin.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com
Joshua Branden Swigart     josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Karen H Riebel     amraak@locklaw.com, atajagbusi@locklaw.com, lgn-khriebel@ecf.courtdrive.com, crjohnson@locklaw.com, khriebel@locklaw.com
Jodie Williams     jwilliams@moginrubin.com
Matthew C De Re     tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com
Lesley E Weaver     jlaw@bfalaw.com, lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com

Seth Ard     ecf-7bb0ee8b6051@ecf.pacerpro.com, sard@susmangodfrey.com, rthomas@susmangodfrey.com
Samuel M Ward     gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Jayne A Goldstein     pleadings@millershah.com, jagoldstein@millershah.com

Whitney E Street    whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty    aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt    mco.ecf@weil.com, nymao@ecf.pacerpro.com, eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos    at@haffnerlawyers.com
Jeremy S. Barber    jbarber@wilkinsonstekloff.com
Kenneth B Pickle    kpickle@radicelawfirm.com
Gordon M Fauth    gmf@classlitigation.com
Samuel Maida    smaida@hausfeld.com
Patrick J Somers    tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns    drehns@hrsclaw.com
Blake Neal    bneal@wilkinsonstekloff.com
Betsy C Manifold    fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Melinda A Nicholson    bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer    mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com
Bryan Matthew Thomas    bthomas@macdonaldcody.com
Lionel Zevi Glancy    lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer    hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner    pkrzeski@chestnutcambronne.com, rlee@chestnutcambronne.com, bbleichner@chestnutcambronne.com
Arnold C. Wang    jessica@asstlawyers.com, arnold@aswtlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com
Christopher L Lebsock    clebsock@hausfeldllp.com, ischer@hausfeld.com
Tracy D Rezvani    tracy@rezvanilaw.com
M. Randall Oppenheimer    m-randall-oppenheimer-5053@ecf.pacerpro.com, roppenheimer@omm.com
Richard A Koffman    rkoffman@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com
Heidi M Silton    hxbareentto@locklaw.com, hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian    ak@kazlg.com, mona@kazlg.com

**2:15-ml-02668-PSG-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach CA 90802
USA

Gregory E Woodard
Woodard Legal PC
7700 Irvine Center Drive Suite 800
PMB 156
Irvine CA 92618

Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036

James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403