UNITED STATES DISTRICT COURT
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

---

**OFFICIAL BUSINESS**




SEP 2 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
SEP 2 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY mmc DEPUTY

2:15 ml 2668
(PSG)



NIXIE 061 5E 1
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 90012333299 0060N262162-01550
0209/19/23

Roger A Sachar                                        Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<36491109@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-JEM In re
National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion to Appear Pro Hac
Vice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 9/6/2023 at 1:39 PM PDT and filed on 9/5/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-JEM |
| **Filer:** | |
| **Document Number:** | 977 |

**Docket Text:**
**ORDER by Judge Philip S. Gutierrez: granting [968] Non-Resident Attorney Pavelec, Jenna H.
APPLICATION to Appear Pro Hac Vice on behalf of National Football League; NFL
Enterprises LLC; and the individual NFL clubs., designating Sahni, Neema T. as local counsel.
(yl)**

**2:15-ml-02668-PSG-JEM Notice has been electronically mailed to:**
John S. Playforth   jplayforth@cov.com, docketing@cov.com
Robert S Kitchenoff   kitchenoff@wka-law.com
Eliot F. Krieger   rrobitaille@skt.law, ekrieger@skt.law
Amanda M Steiner   hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com,
hrota@terrellmarshall.com, 8682118420@filings.docketbird.com, asteiner@terrellmarshall.com,
filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny   penny@lawgsp.com
Ian Simmons   ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Scott M Grzenczyk   avongoetz@girardsharp.com, scottg@girardsharp.com,
7488696420@filings.docketbird.com
Tyler M. Finn   tfinn@susmangodfrey.com, mguido@susmangodfrey.com
Peter Leckman   pleckman@langergrogan.com
Jonathan M. Jagher   jjagher@fklmlaw.com
Scott Allan Martin   smartin@hausfeld.com
Natasha Naraghi Serino   natashaserino@schacklawgroup.com, natashaserino@amslawoffice.com,

taretta@schacklawgroup.com, amontiel@schacklaw.group

Marc H Edelson   medelson@edelson-law.com

Max J. Warren   mwarren@wilkinsonstekloff.com

Anastasia M. Pastan   apastan@wilkinsonstekloff.com

Neema Trivedi Sahni   jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com

Shawn M. Larsen   slarsen@larsennaddour.com

Mickel M. Arias   mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com

Daniel M. Petrocelli   dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com

Edward Diver   ndiver@langergrogan.com

Carl Malmstrom   malmstrom@whafh.com

Thomas A. Zimmerman   tom@attorneyzim.com, firm@attorneyzim.com

Christina H Connolly Sharp   8388361420@filings.docketbird.com, avongoetz@girardsharp.com, dsharp@girardsharp.com

Jeffrey L Spector   jspector@srkattorneys.com

Caleb Marker   josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com

Mark S Goldman   goldman@lawgsp.com

Armstead C. Lewis   alewis@susmangodfrey.com

Hart L. Robinovitch   hlr@zimmreed.com

Carter E. Greenbaum   cgreenbaum@paulweiss.com

John D Radice   jradice@radicelawfirm.com

Alexander M Schack   alexschack@amslawoffice.com, alexschack@schacklawgroup.com

Katrina M Robson   krobson@willkie.com, maodc1@willkie.com

Rachele R Byrd   fileclerk@whafh.com, byrd@whafh.com

Marisa C. Livesay   fileclerk@whafh.com, mlivesay@bzbm.com

Marc I Gross   migross@pomlaw.com

Stephen R Basser   gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com

Fred Taylor Isquith   isquithlaw@gmail.com

Garrett D Blanchfield   g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com

Richard A Lockridge   ralockridge@locklaw.com, bmemmons@locklaw.com

William C Carmody   lnand@susmangodfrey.com, bcarmody@susmangodfrey.com

Jenna H. Pavelec   jpavelec@wilkinsonstekloff.com

James B. Zouras   kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com

Gregg H Levy   glevy@cov.com

Eugene A Spector   espector@srkattorneys.com

Thomas H Burt   burt@whafh.com

Sara F Khosroabadi   sara@kandhlawgroup.com, efile@kandhlawgroup.com

Ian M Gore   ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com

Yehudah L Buchweitz   mco.ecf@weil.com, jessie.mishkin@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com

Beth A. Wilkinson   bwilkinson@wilkinsonstekloff.com, sundayticket-associates@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com

Daniel R Karon   bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com

Derek Ludwin    dludwin@cov.com

Brian L. Stekloff    bstekloff@wilkinsonstekloff.com

Brittany DeJong    bdejong@bzbm.com, nmadden@bzbm.com

Jeffrey S. Goldenberg    svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com

Ramzi Abadou    ramzi.abadou@ksfcounsel.com

Arthur J Burke    arthur.burke@davispolk.com

Gary F Lynch    jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com

Lee Albert    lalbert@glancylaw.com

John E Schmidtlein    john-schmidtlein-5892@ecf.pacerpro.com, jschmidtlein@wc.com

William G Caldes    bcaldes@srkattorneys.com

Robert J Larocca    rlarocca@kohnswift.com

Jeffrey A. N. Kopczynski    jkopczynski@omm.com

Bethany M. Stevens    bstevens@wscllp.com

Michael J Boni    mboni@bonizack.com

Amid T Bahadori    atb@bahadorilaw.com

Kevin P. Trainer    ktrainer@langergrogan.com, courtnotices@langergrogan.com,
9263800420@filings.docketbird.com

Jay Cohen    jaycohen@paulweiss.com

Justin Mungai    jmungai@wilkinsonstekloff.com

Ryan F. Stephan    malmeida@stephanzouras.com, kbowers@stephanzouras.com,
hhudson@stephanzouras.com, esantana@stephanzouras.com, rstephan@stephanzouras.com,
ivolquez@stephanzouras.com

Arthur M Murray    aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com,
thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com,
cdimaggio@murray-lawfirm.com

Mark A Wendorf    m.wendorf@rwblawfirm.com

Christopher P. Ridout    christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com,
5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com

Rakesh N. Kilaru    rkilaru@wilkinsonstekloff.com

Brian C. Gudmundson    brian.gudmundson@zimmreed.com

Sathya S Gosselin    sgosselin@hausfeld.com

Rosemary M Rivas    2746730420@filings.docketbird.com, rmr@classlawgroup.com

Joshua D. Snyder    jsnyder@bonizack.com

Farhad Mirzadeh    fmirzadeh@hausfeld.com

John E. Sindoni    jsindoni@bonizack.com

Daniel J. Mogin    jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com,
ngeraci@moginrubin.com, jchatfield@moginrubin.com,
steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com

Joshua Branden Swigart    josh@swigartlawgroup.com, 9620439420@filings.docketbird.com

Karen H Riebel    amraak@locklaw.com, atajagbusi@locklaw.com, lgn-khriebel@ecf.courtdrive.com,
crjohnson@locklaw.com, khriebel@locklaw.com

Jodie Williams    jwilliams@moginrubin.com

Matthew C De Re    tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com

Lesley E Weaver    jlaw@bfalaw.com, lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com

Seth Ard    ecf-7bb0ee8b6051@ecf.pacerpro.com, sard@susmangodfrey.com,
rthomas@susmangodfrey.com

Samuel M Ward    gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com,
sward@barrack.com

Jayne A Goldstein    pleadings@millershah.com, jagoldstein@millershah.com

Whitney E Street    whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty    aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt    mco.ecf@weil.com, nymao@ecf.pacerpro.com,
eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos    at@haffnerlawyers.com
Jeremy S. Barber    jbarber@wilkinsonstekloff.com
Kenneth B Pickle    kpickle@radicelawfirm.com
Gordon M Fauth    gmf@classlitigation.com
Samuel Maida    smaida@hausfeld.com
Patrick J Somers    tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns    drehns@hrsclaw.com
Blake Neal    bneal@wilkinsonstekloff.com
Betsy C Manifold    fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Melinda A Nicholson    bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer    mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com,
ecf-67366a65900c@ecf.pacerpro.com
Bryan Matthew Thomas    bthomas@macdonaldcody.com
Lionel Zevi Glancy    lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer    hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner    pkrzeski@chestnutcambronne.com, rlee@chestnutcambronne.com,
bbleichner@chestnutcambronne.com
Arnold C. Wang    jessica@asstlawyers.com, arnold@aswtlawyers.com, maricela@asstlawyers.com,
ladonna@asstlawyers.com
Christopher L Lebsock    clebsock@hausfeldllp.com, ischer@hausfeld.com
Tracy D Rezvani    tracy@rezvanilaw.com
M. Randall Oppenheimer    m-randall-oppenheimer-5053@ecf.pacerpro.com,
roppenheimer@omm.com
Richard A Koffman    rkoffman@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com
Heidi M Silton    hxbareentto@locklaw.com, hmsilton@locklaw.com, ctevans@locklaw.com,
hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian    ak@kazlg.com, mona@kazlg.com
**2:15-ml-02668-PSG-JEM Notice has been delivered by First Class U. S. Mail or by other means**
**BY THE FILER** to :
Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach CA 90802
USA
Gregory E Woodard
Woodard Legal PC
7700 Irvine Center Drive Suite 800
PMB 156
Irvine CA 92618
Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036
James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403