**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**ORDER REGARDING THE NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL** |

Pending before the Court is the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Jenna H. Pavelec in Support of the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.
2. The unredacted version of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.
3. The unredacted version of the Response to Statement of Genuine Issues and Additional Genuine Issues in Support of the NFL Defendants' Motion for Summary Judgment.
4. The sealed Exhibit 44 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.
5. The sealed Exhibit 45 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.
6. The sealed Exhibit 46 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.
7. The sealed Exhibit 47 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

8. The sealed Exhibit 48 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

9. The unredacted version of Exhibit 49 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

10. The sealed Exhibit 50 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

11. The sealed Exhibit 51 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

12. The unredacted version of Exhibit 52 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

13. The unredacted version of Exhibit 53 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

14. The sealed version of Exhibit 54 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

15. The sealed Exhibit 55 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

16. The sealed Exhibit 56 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

17. The sealed Exhibit 57 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

18. The sealed Exhibit 58 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

19. The sealed Exhibit 59 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

20. The sealed Exhibit 60 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

21. The sealed Exhibit 61 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

22. The sealed Exhibit 62 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

23. The sealed Exhibit 63 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

24. The sealed Exhibit 65 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

25. The sealed Exhibit 66 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

26. The unredacted version of Exhibit 68 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

27. The sealed Exhibit 69 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

28. The sealed Exhibit 70 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

29. The sealed Exhibit 71 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

30. The sealed Exhibit 73 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

31. The sealed Exhibit 74 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

32. The sealed Exhibit 75 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

33. The sealed Exhibit 76 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

34. The sealed Exhibit 77 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

35. The sealed Exhibit 78 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

36. The sealed Exhibit 79 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

37. The sealed version of Exhibit 80 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

38. The sealed version of Exhibit 81 to the Declaration of Rakesh N. Kilaru in Support of the Reply Memorandum in Support of the NFL Defendants' Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: October 3, 2023

PHILIP S. GUTIERREZ
Chief United States District Judge