## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" | | CASE NUMBER |
| | PLAINTIFF(S) | 2:15-ml-02668-PSG (JEMx) |
| v. | | |
| | | **NOTICE OF CLERICAL ERROR** |
| | DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action

☐ the following scanned document ☒ docket entry   have/has been corrected as indicated below.

Title of scanned document:  ORDER REGARDING THE NFL DEFENDANTS APPLICATION UNDER LR 79-5

Filed date:    10/03/2023    Document Number(s):  999

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected.  The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern  division.  The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern  division. The former case number _____ has been changed to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF   was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:   DOCKET ENTRY 999 IS A DUPLICATE OF 998.

CLERK, U.S. DISTRICT COURT

Date:    10/5/2023          By: _____

Deputy Clerk