Gregory E. Woodard (State Bar No. 203019)
Woodard Legal PC
7700 Irvine Center Dr., Suite 800 #156
Irvine, CA  92618
Telephone:  (949) 769-6602
gw@woodardlegal.com

Attorneys for Plaintiff Pizza Pie & Wing, Co. LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ML-02668-PSG-JEM <br><br> HON. PHILIP S. GUTIERREZ <br><br> **DECLARATION OF GREGORY WOODARD IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR PLAINTIFF PIZZA PIE & WING CO. LLC** <br><br><br> Date:  November 3, 2023 <br> Time:  1:30 p.m. <br> Dept.: 6A |

I, Gregory E. Woodard, declare as follows:

1. I am an attorney at law licensed to practice before all State and Federal Courts in California and am a partner with Woodard Legal PC, counsel of record for Plaintiff Pizza Pie & Wing Co. LLC. I make this Declaration in Support of the Motion to be Relieved as Attorney of Record for Plaintiff. I have personal knowledge of or learned of the following facts based on my review of my file in the above-referenced matter and if called upon, I could and would competently testify thereto.

2. In or about September 2015, I agreed to serve as local counsel for Plaintiff to assist with filings and offer other advice regarding local rules and practices. I provided these services until the case was dismissed and subsequently appealed to the Ninth Circuit in or about July 2017. I have done no work on the case in more than six years, since the appeal was initially filed.

3. I have accepted a position in house and am shutting my practice down, necessitating withdrawal from this action.

4. On or about September 27, 2023, I notified all counsel of record of his intent to withdraw from this case. None of the counsel of record has opposed my intent to withdraw. On or about September 28, 2023, Plaintiff consented to my request to withdraw as counsel for it.

5. Plaintiff will continue to be represented by other counsel if the Court grants this Motion.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th day of October, 2023 in Boise, Idaho.

        /s/ Gregory Woodard
        Gregory E. Woodard