1  Gregory E. Woodard (State Bar No. 203019)
   Woodard Legal PC
2  7700 Irvine Center Dr., Suite 800 #156
   Irvine, CA  92618
3  Telephone:  (949) 769-6602
   gw@woodardlegal.com
4
   Attorneys for Plaintiff Pizza Pie & Wing, Co. LLC
5

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ML-02668-PSG-JEM |
|---|---|
| | HON. PHILIP S. GUTIERREZ |
| | **[PROPOSED] ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR PLAINTIFF PIZZA PIE & WING CO. LLC** |
| | Date:  November 3, 2023<br>Time: 1:30 p.m.<br>Dept.: 6A |

Having considered the motion to withdraw of Gregory E. Woodard of Woodard Legal PC, counsel for Plaintiff Pizza Pie & Wing Co. LLC, any opposition, reply, and other evidence submitted by the parties, the Court hereby:

GRANTS the motion and orders that Gregory E. Woodard and Woodard Legal PC are no longer counsel of record in this action.

DATE:_____

/s/_____
United States District Court Judge