Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Date/Time: 10/24/2023, 10:00 a.m.<br>Discovery Cutoff Date: 8/5/2022<br>Pretrial-Conference Date: 2/9/2024<br>Trial Date: 2/22/2024 |

TO THE ABOVE-CAPTIONED COURT AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), Plaintiffs, by and through their counsel of record, hereby submit this application requesting the Court lodge provisionally under seal the following documents (lodged concurrently herewith):

1. The sealed Declaration of Farhad Mirzadeh in Support of Plaintiffs' Application to File Documents Under Seal;
2. The unredacted version of Plaintiffs' Supplemental Memorandum Regarding Plaintiffs' Motion to Compel the Production of Documents on NFL's Supplemental Privilege Log; and
3. Exhibits 1 and 2 to the Reply Declaration of Farhad Mirzadeh.

Pursuant to correspondence regarding confidentiality issues with counsel for the NFL Defendants, Plaintiffs move the Court to seal the designated documents.

Dated: October 10, 2023

Respectfully submitted,

By: */s/ Farhad Mirzadeh*
Farhad Mirzadeh

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.

New York, NY 10019  
Tel: (212) 336-8330  
Fax: (212) 336-8340  

Ian M. Gore (*Pro Hac Vice*)  
igore@susmangodfrey.com  
SUSMAN GODFREY L.L.P.  
1201 Third Avenue, Suite 3800  
Seattle, WA 98101  
Tel: (206) 505-3841  
Fax: (206) 516-3883  

Scott Martin (*Pro Hac Vice*)  
smartin@hausfeld.com  
HAUSFELD LLP  
33 Whitehall Street, 14th Floor  
New York, NY 10004  
Tel: (646) 357-1100  
Fax: (212) 202-4322  

Christopher L. Lebsock (184546)  
clebsock@hausfeld.com  
HAUSFELD LLP  
600 Montgomery St., Suite 3200  
San Francisco, CA 94111  
Tel: (415) 633-1908  
Fax: (415) 633-4980  

Sathya S. Gosselin (269171)  
sgosselin@hausfeld.com  
Farhad Mirzadeh (*Pro Hac Vice*)  
fmirzadeh@hausfeld.com  
HAUSFELD LLP  
888 16th Street, N.W., Suite 300  
Washington, DC 20006  
Tel: (202) 540-7200  
Fax: (202) 540-7201  

Howard Langer (*Pro Hac Vice*)  
hlanger@langergrogan.com  
Edward Diver (*Pro Hac Vice*)  
ndiver@langergrogan.com  
Peter Leckman (235721)  
pleckman@langergrogan.com  
Kevin Trainer (*Pro Hac Vice*)  
ktrainer@langergrogan.com  
LANGER GROGAN AND DIVER PC  
1717 Arch Street, Suite 4020  
Philadelphia, PA 19103  
Tel: (215) 320-5660  
Fax: (215) 320-5703  

*Plaintiffs' Co-Lead Counsel*