Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF FARHAD MIRZADEH IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS ON NFL'S SUPPLEMENTAL PRIVILEGE LOG** |

I, Farhad Mirzadeh, declare under penalty of perjury that the following is true and correct:

1.      I am over the age of twenty-one (21) years and am an associate at Hausfeld LLP. I am counsel of record for Plaintiffs Ninth Inning, Inc., 1465 Third Avenue Restaurant Corp., Robert Gary Lippincott, Jr., and Jonathan Frantz in the above-captioned litigation. I submit this declaration in support of Plaintiffs' Supplemental Memorandum Regarding Plaintiffs' Motion to Compel Production of Documents on NFL's Privilege Log.

2.      I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct to the best of my knowledge.

3.      Attached as Exhibit 1 is a true and correct copy of a document produced by the NFL on October 2, 2023, bearing the bates number NFL_1248209 – NFL_1248211.

4.      Attached as Exhibit 2 is a true and correct copy of a document produced by the NFL on October 2, 2023, bearing the bates number NFL_1246711 – NFL_1246711_0001.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 10 day of October in Washington, D.C.

*/s/ Farhad Mirzadeh*
Farhad Mirzadeh