Marc M. Seltzer (54534)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

*Plaintiffs' Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the District of Columbia. I am over the age of 18 and not a party to the within action; my business address is 888 16th Street, N.W., Suite 300, Washington, DC 20006.

On October 10, 2023, I served the foregoing document(s), filed under seal, and described as follows:

1. The sealed Declaration of Farhad Mirzadeh in Support of Plaintiffs' Application to File Documents Under Seal;
2. The unredacted version of Plaintiffs' Supplemental Memorandum Regarding Plaintiffs' Motion to Compel the Production of Documents on NFL's Supplemental Privilege Log; and
3. Exhibits 1 and 2 to the Reply Declaration of Farhad Mirzadeh.

_____BY MAIL:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____BY PERSONAL SERVICE:

I caused to be delivered such envelope by hand to the offices of the addressee.

_____BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____BY FAX

I served by facsimile as indicated on the attached service list.

_XX_BY ELECTRONIC MAIL

1

I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service e list. Executed on October 10, 2023, at Washington, DC.

_____(State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_XX_(Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| Farhad Mirzadeh | /s/ Farhad Mirzadeh |
| (Type or Print Name) | (Signature) |

| | |
|---|---|
| 1 | **<u>SERVICE LIST</u>** |
| 2 | Beth A. Wilkinson |
|  | bwilkinson@wilkinsonstekloff.com |
| 3 | Brian L. Stekloff |
|  | bstekloff@wilkinsonstekloff.com |
| 4 | Rakesh Kilaru |
|  | rkilaru@wilkinsonstekloff.com |
| 5 | Max Warren |
|  | mwarren@wilkinsonstekloff.com |
| 6 | WILKINSON STEKLOFF LLP |
|  | 2001 M Street NW, 10th Floor |
| 7 | Washington, DC 20036 |
|  | Tel: (202) 847-4000 |
| 8 | Fax: (202) 847-4005 |
| 9 | Jeremy S. Barber |
|  | jbarber@wilkinsonstekloff.com |
| 10 | WILKINSON STEKLOFF LLP |
|  | 130 West 42nd Street 24th Floor |
| 11 | New York, NY 10036 |
|  | Telephone: (212) 294-8910 |
| 12 | Facsimile: (202) 847-4005 |
| 13 | Gregg H. Levy |
|  | glevy@cov.com |
| 14 | Derek Ludwin |
|  | dludwin@cov.com |
| 15 | COVINGTON & BURLING LLP |
|  | 850 Tenth Street NW One City Center |
| 16 | Washington, DC 20001-4956 |
|  | Tel: (202) 662-6000 |
| 17 | Fax: (202) 662-6804 |
| 18 | Neema Trivedi Sahni |
|  | nsahni@cov.com |
| 19 | COVINGTON & BURLING LLP |
|  | 1999 Avenue of the Stars |
| 20 | Los Angeles, CA 90067 |
|  | Tel: (424) 332-4800 |
| 21 | Fax: (424) 332-4782 |
| 22 | *Counsel for Defendants National Football League, Inc. and NFL Enterprises LLC and the Individual NFL Clubs* |