Shawn M. Larsen (SBN 204439)
LARSEN & NADDOUR LLP
15615 Alton Parkway, Suite 450
Irvine, CA  92618
Tel:  (949) 769-6601
slarsen@larsennaddour.com

Attorneys for Plaintiff Pizza Pie & Wing, Co. LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668-PSG-JEM<br><br>HON. PHILIP S. GUTIERREZ<br><br>**DECLARATION OF SHAWN M. LARSEN IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR PLAINTIFF PIZZA PIE & WING CO. LLC**<br><br><br>Date:  November 17, 2023<br>Time:  1:30 p.m.<br>Dept.: 6A |

I, Shawn M. Larsen, declare as follows:

1.       I am an attorney at law licensed to practice before all State and Federal Courts in California and am a partner with the law firm of Larsen & Naddour LLP, counsel of record for Plaintiff Pizza Pie & Wing Co. LLC.  I make this Declaration in Support of the Motion to be Relieved as Attorney of Record for Plaintiff.  I have personal knowledge of or learned of the following facts based on my review of my file in the above-referenced matter and if called upon, I could and would competently testify thereto.

2.       In or about September 2015, I agreed to serve as local counsel for Plaintiff to assist with filings and offer other advice regarding local rules and practices.  I provided these services until the case was dismissed and subsequently appealed to the Ninth Circuit in or about July 2017.  I have done no work on the case in more than six years, since the appeal was initially filed.

3.       On or about September 27, 2023, I notified all counsel of record of my intent to withdraw from this case.  None of the counsel of record has opposed my intent to withdraw.  On or about September 28, 2023, Plaintiff consented to my request to withdraw as counsel for it.

4.       Plaintiff will continue to be represented by other counsel if the Court grants this Motion.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 13th day of October, 2023 in Irvine, California.


/s/ Shawn M. Larsen
Shawn M. Larsen