Shawn M. Larsen (SBN 204439)
LARSEN & NADDOUR LLP
15615 Alton Parkway, Suite 450
Irvine, CA  92618
Tel:  (949) 769-6601
slarsen@larsennaddour.com

Attorneys for Plaintiff Pizza Pie & Wing, Co. LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ML-02668-PSG-JEM |
| | HON. PHILIP S. GUTIERREZ |
| | **[PROPOSED] ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR PLAINTIFF PIZZA PIE & WING CO. LLC** |
| | Date:  November 17, 2023<br>Time:  1:30 p.m.<br>Dept.: 6A |

Having considered the motion to withdraw of Shawn M. Larsen of Larsen & Naddour LLP, counsel for Plaintiff Pizza Pie & Wing Co. LLC, any opposition, reply, and other evidence submitted by the parties, the Court hereby:

GRANTS the motion and orders that Shawn M. Larsen of Larsen & Naddour LLP are no longer counsel of record in this action.

DATE:_____

/s/_____

United States District Court Judge