1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (JEMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH THE COURT'S AUGUST 11, 2022 ORDER AND TO PERMIT PLAINTIFFS TO TAKE DEPOSITIONS REGARDING THE NEW SUNDAY TICKET AGREEMENTS**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: November 10, 2023<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This matter is before the Court on Plaintiffs' Motion to Compel Compliance with the Court's August 11, 2022 and to Permit Plaintiffs to Take Depositions Regarding the New Sunday Ticket Agreements. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion and orders as follows:

IT IS ORDERED that, within 30 days of this order, the NFL shall present Brian Rolapp, Dhruv Prasad, Brent Lawton, and William Deng for deposition.

IT IS SO ORDERED.

Dated: _____

_____
PHILIP S. GUTIERREZ
Chief United States District Judge

1