1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: November 10, 2023<br>TIME: 1:30 p.m.<br>COURTROOM: First Street Courthouse<br> 350 West 1st Street<br> Courtroom 6A<br> Los Angeles, CA 90012 |

1    Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to

2  File Documents Under Seal. The Court has considered the application and GRANTS

3  the application.

4    IT IS HEREBY ORDERED that the following documents are to be filed under

5  seal:

6    1. The sealed Declaration of Tyler Finn in Support of Plaintiffs'

7      Application to File Documents Under Seal.

8    2. The unredacted version of the Plaintiffs' Memorandum of Points and

9      Authorities in Support of Motion to Compel Compliance with the

10     Court's August 11, 2022 Order.

11   3. The unredacted version of the Declaration of Tyler Finn in support of

12     Plaintiffs' Motion to Compel Compliance with the Court's August 11,

13     2022 Order ("Finn Declaration").

14   4. Exhibit 1 to the Finn Declaration.

15   5. Exhibit 2 to the Finn Declaration.

16

17   IT IS SO ORDERED.

18

19

20  Dated: _____          _____

21                                         PHILIP S. GUTIERREZ
                                           Chief United States District Judge
22

23

24

25

26

27

28

1