**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re National Football Leagues Sunday Ticket Antitrust Litigation <br><br> PLAINTIFF(S) <br> v. <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:15-ml-02668-PSG-MARx <br><br> **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE** <br> ☒ FOR DISCOVERY <br> ☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

28 U.S.C. 455

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

October 17, 2023
Date

_[signature]_
United States Magistrate Judge

**NOTICE TO COUNSEL FROM THE CLERK**

This case has been randomly referred to Magistrate Judge ___Steve Kim___. On all documents subsequently filed in this case, please substitute the initials ___SK___ after the case number in place of the initials of the prior judge, so that the case number will read ___2:15-ml-02668 PSG(SKx)___. This is very important because the documents are routed to the assigned judges by means of these initials

cc:   *Previous Magistrate Judge*

CV-110 (06/14)         ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE