1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 7  IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" 8  ANTITRUST LITIGATION  9  THIS DOCUMENT RELATES TO ALL ACTIONS 10 | Case No. 2:15-ml-02668-PSG (JEMx)  **ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL  [ECF No. 1010]**  JUDGE: Hon. Philip S. Gutierrez  DATE: November 10, 2023  TIME: 1:30 p.m.  COURTROOM: First Street Courthouse  350 West 1st Street  Courtroom 6A  Los Angeles, CA 90012 |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Tyler Finn in Support of Plaintiffs' Application to File Documents Under Seal.
2. The unredacted version of the Plaintiffs' Memorandum of Points and Authorities in Support of Motion to Compel Compliance with the Court's August 11, 2022 Order.
3. The unredacted version of the Declaration of Tyler Finn in support of Plaintiffs' Motion to Compel Compliance with the Court's August 11, 2022 Order ("Finn Declaration").
4. Exhibit 1 to the Finn Declaration.
5. Exhibit 2 to the Finn Declaration.

IT IS SO ORDERED.

Dated: October 16, 2023

_____
PHILIP S. GUTIERREZ
Chief United States District Judge