UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   ML 15-02668-PSG (SKx)                           Date: October 18, 2023

Title   In re National Football Leagues Sunday Ticket Antitrust Litigation


Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER RESETTING HEARING ON PLAINTIFFS' MOTION TO COMPEL [ECF 989] AND REQUIRING IN CAMERA SUBMISSION OF DISPUTED DOCUMENTS**

Plaintiffs' motion to compel production of documents on NFL's supplemental privilege log (ECF 989) is reset for hearing on **November 6, 2023 at 11 AM** by remote Zoom videoconference. In advance of that hearing, the NFL Defendants are ordered to submit to the court in camera the remaining disputed documents listed on their supplemental privilege log by no later than **5 PM PT on October 23, 2023**. Meanwhile, nothing in this order prevents the parties from continuing to cooperate to further narrow the number of disputed documents, in which case the parties should file a brief addendum to their discovery joint stipulation (by no later than 5 PM PT on October 23, 2023) describing how the dispute has been further narrowed so that the NFL Defendants' simultaneous in camera submission will reflect that agreement. Based upon the court's in camera review of the disputed documents, it reserves the right to decide plaintiffs' motion on the papers without oral argument.

Judge Kim's Zoom Webinar information can be found on his page on the court's website (http://www.cacd.uscourts.gov/honorable-steve-kim). The parties should log in 10 minutes prior to the scheduled proceeding, to allow time to check in and test audio/video.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   ML 15-02668-PSG (SKx)                                        Date: October 18, 2023

Title         In re National Football Leagues Sunday Ticket Antitrust Litigation