**NOTE: CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL (ECF 990)** |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. (ECF 990). The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Farhad Mirzadeh in Support of Plaintiffs' Application to File Documents Under Seal;
2. The unredacted version of the Joint Stipulation regarding Plaintiffs' Motion to Compel the Production of Documents on NFL's Supplemental Privilege Log;
3. The unredacted version of the Declaration of Farhad Mirzadeh in support of Plaintiffs' Motion to Compel Production of Documents on NFL's Supplemental Privilege Log;
4. The unredacted versions of Exhibits 7 and 11 to the Declaration of Farhad Mirzadeh; and
5. Exhibits 5, 6, 10, and 12-22 to the Declaration of Farhad Mirzadeh.

Counsel is directed to e-file the proposed documents UNDER SEAL, properly labeled "FILED UNDER SEAL PURSUANT TO ORDER OF COURT DATED OCTOBER 18, 2023," and link the filing to this Order.

IT IS SO ORDERED.

Dated: October 18, 2023

STEVE KIM
United States Magistrate Judge