**NOTE: CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL (ECF 1005)** |

  Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. (ECF 1005). The Court has considered the application and GRANTS the application.

  IT IS HEREBY ORDERED that the following documents are to be filed under seal:

  1. The sealed Declaration of Farhad Mirzadeh in Support of Plaintiffs' Application to File Documents Under Seal;

  2. The unredacted version of Plaintiffs' Supplemental Memorandum Regarding Plaintiffs' Motion to Compel the Production of Documents on NFL's Supplemental Privilege Log; and

  3. Exhibits 1 and 2 to the Reply Declaration of Farhad Mirzadeh.

  Counsel is directed to e-file the proposed documents UNDER SEAL, properly labeled "FILED UNDER SEAL PURSUANT TO ORDER OF COURT DATED OCTOBER 18, 2023," and link the filing to this Order.

IT IS SO ORDERED.

Dated: October 18, 2023

_____
STEVE KIM
United States Magistrate Judge

1