# EXHIBIT 1

To the Declaration of Jeremy S. Barber

Marc M. Seltzer (54534)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

*Plaintiffs' Co-Lead Class Counsel*

[Additional Counsel listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668-PSG (JEMx)<br><br>**AMENDED NOTICE OF DEPOSITION OF DEFENDANTS NATIONAL FOOTBALL LEAGUE, INC. AND NFL ENTERPRISES LLC PURSUANT TO RULE 30(b)(6)** |

1    PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel of record, will take the deposition upon oral examination and videotaped remote deposition(s) of the designated representative(s) of Defendants National Football League, Inc. and NFL Enterprises LLC (the "League Defendants") best able to testify as to the matters set forth in Exhibit A to this Notice of Deposition. The League Defendants have a duty to designate one or more officers, directors, managing agents, or other persons with sufficient knowledge to testify fully regarding the topics listed in Exhibit A.

The deposition will occur on October 26, 2023, or other date(s) to be mutually agreed upon by Plaintiffs and the League Defendants, and will occur at the offices of Covington & Burling LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018, or such other place as agreed upon by Plaintiffs and the League Defendants. The deposition will be taken before a duly qualified notary public or other officer authorized by law to administer oaths. The deposition will be recorded by video and stenographic means. The deposition may be used to preserve testimony for trial, to obtain discovery, and for any other purpose authorized by the Federal Rules of Civil Procedure.

The deposition, if not completed on the noticed date, shall be continued, if necessary, from day to day thereafter, excluding weekends and holidays, until completed, unless counsel for the noticing party wishes the deposition to be completed at a later date, in which case a mutually agreeable date shall be selected between counsel for the parties.

Pursuant to Rule 30(b)(6), the League Defendants have a duty to meet and confer with Plaintiffs regarding the matters for examination.

By October 19, 2023, the League Defendants shall provide a written designation of the name(s) and position(s) of the one or more officers, directors, managing agents, or other person(s) who will be produced to testify on their behalf concerning the topics and matters set forth in Exhibit A. Pursuant to Rule 30(b)(6), the person(s) designated by the League Defendants should be prepared to testify to

1

1 | such matters known or reasonably available to the League Defendants as set forth in
2 | Exhibit A.

3

4 | Dated: October 3, 2023    Respectfully submitted,

5

By: ___/s/ Tyler Finn___
Tyler Finn

6

7

8 | Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
9 | 1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
10 | Tel: (310) 789-3100
Fax: (310) 789-3150

11

12 | William Christopher Carmody
(*Pro Hac Vice*)
bcarmody@susmangodfrey.com
13 | Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
14 | Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
15 | SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
16 | New York, NY 10019
Tel: (212) 336-8330
17 | Fax: (212) 336-8340

18 | Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
19 | SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
20 | Seattle, WA 98101
Tel: (206) 505-3841
21 | Fax: (206) 516-3883

22 | Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
23 | Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
24 | HAUSFELD LLP
888 16th Street, N.W., Suite 300
25 | Washington, DC 20006
Tel: (202) 540-7200
26 | Fax: (202) 540-7201

27 | Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
28 | Irving Scher (*Pro Hac Vice*)
ischer@hausfeld.com
HAUSFELD LLP

2

33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)
smaida@hausfeldcom
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

Case 2:15-ml-02668-PSG-SK   Document 1023-2   Filed 10/20/23   Page 6 of 8   Page ID #:41912

# EXHIBIT A

# DEFINITIONS

1. The following rules of construction shall apply to all of the following topics:

   a. The terms "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the topic all topics that might otherwise be construed to be outside of its scope;

   b. "Including" shall be construed to mean "without limitation"; and

   c. The use of the singular form of any word includes the plural and vice-versa.

2. "Broadcast Partner(s)" means CBS, Fox, Disney, ABC, ESPN, NBC, and/or Amazon.

3. "Club" means any football club or team that is a member of the NFL.

4. "NFL" or "League" means the National Football League, including its predecessors, wholly-owned or controlled subsidiaries or affiliates, successors, parents, other subsidiaries, departments, divisions, joint ventures, other affiliates, and any organization or entity that the NFL manages or controls, including those merged with or acquired by the NFL, together with all present and former directors, officers, employees, agents, attorneys, representatives, or any persons acting or purporting to act on their behalf, including, but not limited to the Defendants to whom this deposition notice is directed.

5. "You," or "Your," means each Defendant to whom this Deposition Notice is directed, including its predecessors, wholly-owned or controlled subsidiaries or affiliates, successors, parents, other subsidiaries, departments, divisions, joint ventures, other affiliates, and any organization or entity that it manages or controls, including those merged with or acquired, together with all present and former directors, officers, employees, agents, attorneys, representatives, or any persons acting or purporting to act on their behalf.

6. "YouTube" shall refer to YouTube LLC and any predecessors, wholly-owned or controlled subsidiaries or affiliates, successors, parents, other subsidiaries, departments, divisions, joint ventures, other affiliates, and any organization or entity that it manages or controls, including those merged with or acquired, together with all present and former directors, officers, employees, agents, including Google LLC or Alphabet Inc.

## DEPOSITION TOPICS

1. Your negotiations for the distribution of NFL Sunday Ticket to residential and commercial consumers beginning in 2023, including:

   a. The terms under which NFL Sunday Ticket will be distributed to residential and commercial consumers beginning in 2023;

   b. Your communications with all bidders or potential bidders regarding the terms under which NFL Sunday Ticket would be distributed to residential and commercial consumers beginning in 2023;

   c. The terms of any and all bids, offers, or proposals that were submitted to You regarding the distribution of NFL Sunday Ticket to residential and commercial consumers beginning in 2023;

   d. Your internal communications, including with any NFL Club or Club official, regarding the distribution of NFL Sunday Ticket to residential and commercial consumers beginning in 2023;

   e. Your evaluations of any and all bids, offers, or proposals that were submitted to You regarding the distribution of NFL Sunday Ticket to residential and commercial consumers beginning in 2023;

   f. Your discussions with Broadcast Partners regarding any and all bids, offers, or proposals that were submitted to You regarding the distribution of NFL Sunday Ticket to residential and commercial consumers beginning in 2023; Your awareness of, and understanding of the content of, any discussions between any bidder or potential bidder and any Broadcast Partner regarding the distribution of NFL Sunday Ticket beginning in 2023;

5

    g. Your communications with YouTube or any Broadcast Partner concerning the terms under which YouTube is distributing NFL Sunday Ticket, including advertising, retail pricing, subscriber numbers, and data sharing.