**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 26 2023
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY



FILED
CLERK, U.S. DISTRICT COURT
OCT 26 2023
CENTRAL DISTRICT OF CALIFORNIA
BY  mmc           DEPUTY

2:15ml2668



(PSG)



NIXIE       910       5E 1          7210/24/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299    2347N297233-00247

Case: 2:15ml2668  Doc: 1014

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36726986@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-SK In re National Football Leagues Sunday Ticket Antitrust Litigation Reassign Case upon Recusal of Magistrate Judge (CV-110) Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/17/2023 at 1:57 PM PDT and filed on 10/17/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-SK |
| **Filer:** | |
| **Document Number:** | 1014 |

**Docket Text:**
**ORDER RETURNING CASE FOR REASSIGNMENT UPON RECUSAL by Magistrate Judge Margo A. Rocconi. ORDER case returned to the Clerk for random reassignment Discovery pursuant to General Order 05-07. Case randomly reassigned from Magistrate Judge Margo A. Rocconi to Magistrate Judge Steve Kim for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:15-ml-02668 PSG(SKx).(rn)**

**2:15-ml-02668-PSG-SK Notice has been electronically mailed to:**
John S. Playforth     jplayforth@cov.com, docketing@cov.com
Robert S Kitchenoff     kitchenoff@wka-law.com
Eliot F. Krieger     rrobitaille@skt.law, ekrieger@skt.law
Amanda M Steiner     hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, 8682118420@filings.docketbird.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny     penny@lawgsp.com
Ian Simmons     ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Scott M Grzenczyk     avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Tyler M. Finn     tfinn@susmangodfrey.com, mguido@susmangodfrey.com
Peter Leckman     pleckman@langergrogan.com
Jonathan M. Jagher     jjagher@fklmlaw.com
Scott Allan Martin     smartin@hausfeld.com

Natasha Naraghi Serino    natashaserino@schacklawgroup.com, natashaserino@amslawoffice.com, taretta@schacklawgroup.com, amontiel@schacklaw.group
Marc H Edelson    medelson@edelson-law.com
Max J. Warren    mwarren@wilkinsonstekloff.com
Anastasia M. Pastan    apastan@wilkinsonstekloff.com
Neema Trivedi Sahni    jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Shawn M. Larsen    slarsen@larsennaddour.com
Mickel M. Arias    mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli    dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver    ndiver@langergrogan.com
Carl Malmstrom    malmstrom@whafh.com
Thomas A. Zimmerman    tom@attorneyzim.com, firm@attorneyzim.com
Christina H Connolly Sharp    8388361420@filings.docketbird.com, avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector    jspector@srkattorneys.com
Caleb Marker    josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com
Mark S Goldman    goldman@lawgsp.com
Armstead C. Lewis    alewis@susmangodfrey.com
Hart L. Robinovitch    hlr@zimmreed.com
Carter E. Greenbaum    cgreenbaum@paulweiss.com
John D Radice    jradice@radicelawfirm.com
Alexander M Schack    alexschack@amslawoffice.com, alexschack@schacklawgroup.com
Katrina M Robson    krobson@willkie.com, maodc1@willkie.com
Rachele R Byrd    fileclerk@whafh.com, byrd@whafh.com
Marisa C. Livesay    fileclerk@whafh.com, mlivesay@bzbm.com
Marc I Gross    migross@pomlaw.com
Stephen R Basser    gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com
Fred Taylor Isquith    isquithlaw@gmail.com
Garrett D Blanchfield    g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge    ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody    lnand@susmangodfrey.com, bcarmody@susmangodfrey.com
Jenna H. Pavelec    jpavelec@wilkinsonstekloff.com
James B. Zouras    kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
Gregg H Levy    glevy@cov.com
Eugene A Spector    espector@srkattorneys.com
Thomas H Burt    burt@whafh.com
Sara F Khosroabadi    sara@kandhlawgroup.com, efile@kandhlawgroup.com
Ian M Gore    ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz    mco.ecf@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com
Beth A. Wilkinson    bwilkinson@wilkinsonstekloff.com, cli@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com
Daniel R Karon    bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com

Derek Ludwin     dludwin@cov.com
Brian L. Stekloff     bstekloff@wilkinsonstekloff.com
Brittany DeJong     bdejong@bzbm.com, nmadden@bzbm.com
Jeffrey S. Goldenberg     svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com
Ramzi Abadou     ramzi.abadou@ksfcounsel.com
Arthur J Burke     arthur.burke@davispolk.com
Gary F Lynch     jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com
Lee Albert     lalbert@glancylaw.com
John E Schmidtlein     john-schmidtlein-5892@ecf.pacerpro.com, jschmidtlein@wc.com
William G Caldes     bcaldes@srkattorneys.com
Robert J Larocca     rlarocca@kohnswift.com
Jeffrey A. N. Kopczynski     jkopczynski@omm.com
Bethany M. Stevens     bstevens@wscllp.com
Michael J Boni     mboni@bonizack.com
Amid T Bahadori     atb@bahadorilaw.com
Kevin P. Trainer     ktrainer@langergrogan.com, courtnotices@langergrogan.com, 9263800420@filings.docketbird.com
Jay Cohen     jaycohen@paulweiss.com
Justin Mungai     jmungai@wilkinsonstekloff.com
Ryan F. Stephan     malmeida@stephanzouras.com, kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com, rstephan@stephanzouras.com, ivolquez@stephanzouras.com
Arthur M Murray     aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com, thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com
Mark A Wendorf     m.wendorf@rwblawfirm.com
Christopher P. Ridout     christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com, 5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com
Rakesh N. Kilaru     rkilaru@wilkinsonstekloff.com
Brian C. Gudmundson     brian.gudmundson@zimmreed.com
Sathya S Gosselin     sgosselin@hausfeld.com
Rosemary M Rivas     2746730420@filings.docketbird.com, rmr@classlawgroup.com
Joshua D. Snyder     jsnyder@bonizack.com
Farhad Mirzadeh     fmirzadeh@hausfeld.com
John E. Sindoni     jsindoni@bonizack.com
Daniel J. Mogin     jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com, ngeraci@moginrubin.com, jchatfield@moginrubin.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com
Joshua Branden Swigart     josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Karen H Riebel     amraak@locklaw.com, atajagbusi@locklaw.com, lgn-khriebel@ecf.courtdrive.com, crjohnson@locklaw.com, khriebel@locklaw.com
Jodie Williams     jwilliams@moginrubin.com
Matthew C De Re     tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com
Lesley E Weaver     jlaw@bfalaw.com, lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com

Seth Ard     ecf-7bb0ee8b6051@ecf.pacerpro.com, sard@susmangodfrey.com, rthomas@susmangodfrey.com
Samuel M Ward     gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Jayne A Goldstein     pleadings@millershah.com, jagoldstein@millershah.com

Whitney E Street    whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty    aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt    mco.ecf@weil.com, nymao@ecf.pacerpro.com, eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos    at@haffnerlawyers.com
Jeremy S. Barber    jbarber@wilkinsonstekloff.com
Kenneth B Pickle    kpickle@radicelawfirm.com
Gordon M Fauth    gmf@classlitigation.com
Samuel Maida    smaida@hausfeld.com
Patrick J Somers    tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns    drehns@hrsclaw.com
Blake Neal    bneal@wilkinsonstekloff.com
Betsy C Manifold    fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Melinda A Nicholson    bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer    mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com
Bryan Matthew Thomas    bthomas@macdonaldcody.com
Lionel Zevi Glancy    lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer    hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner    pkrzeski@chestnutcambronne.com, dstanek@chestnutcambronne.com, bbleichner@chestnutcambronne.com
Arnold C. Wang    jessica@asstlawyers.com, arnold@aswtlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com
Christopher L Lebsock    clebsock@hausfeldllp.com, ischer@hausfeld.com
Tracy D Rezvani    tracy@rezvanilaw.com
M. Randall Oppenheimer    m-randall-oppenheimer-5053@ecf.pacerpro.com, roppenheimer@omm.com
Richard A Koffman    rkoffman@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com
Heidi M Silton    hxbareentto@locklaw.com, hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian    ak@kazlg.com, mona@kazlg.com

**2:15-ml-02668-PSG-SK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach CA 90802
USA

Gregory E Woodard
Woodard Legal PC
7700 Irvine Center Drive Suite 800
PMB 156
Irvine CA 92618

Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036

James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403