**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

———

**OFFICIAL BUSINESS**


RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 26 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
OCT 26 2023
CENTRAL DISTRICT OF CALIFORNIA
BY mmc   DEPUTY

2:15ml2668

(PSG)



NIXIE     910     5E 1     7210/24/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299    2347N297233-00251

Case: 2:15ml2668  Doc: 1021

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36740968@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-SK In re National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion for Leave to File Document Under Seal Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 10/19/2023 at 9:59 AM PDT and filed on 10/18/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-SK |
| **Filer:** | |
| **Document Number:** | 1021 |

**Docket Text:**
**ORDER GRANTING PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL by Magistrate Judge Steve Kim: granting [1005] APPLICATION to Seal Document(s). (see document for details) (hr)**

**2:15-ml-02668-PSG-SK Notice has been electronically mailed to:**
John S. Playforth    jplayforth@cov.com, docketing@cov.com
Robert S Kitchenoff    kitchenoff@wka-law.com
Eliot F. Krieger    rrobitaille@skt.law, ekrieger@skt.law
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, 8682118420@filings.docketbird.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Tyler M. Finn    tfinn@susmangodfrey.com, mguido@susmangodfrey.com
Peter Leckman    pleckman@langergrogan.com
Jonathan M. Jagher    jjagher@fklmlaw.com
Scott Allan Martin    smartin@hausfeld.com
Natasha Naraghi Serino    natashaserino@schacklawgroup.com, natashaserino@amslawoffice.com, taretta@schacklawgroup.com, amontiel@schacklaw.group

Marc H Edelson  medelson@edelson-law.com
Max J. Warren  mwarren@wilkinsonstekloff.com
Anastasia M. Pastan  apastan@wilkinsonstekloff.com
Neema Trivedi Sahni  jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Shawn M. Larsen  slarsen@larsennaddour.com
Mickel M. Arias  mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli  dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver  ndiver@langergrogan.com
Carl Malmstrom  malmstrom@whafh.com
Thomas A. Zimmerman  tom@attorneyzim.com, firm@attorneyzim.com
Christina H Connolly Sharp  8388361420@filings.docketbird.com, avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector  jspector@srkattorneys.com
Caleb Marker  josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com
Mark S Goldman  goldman@lawgsp.com
Armstead C. Lewis  alewis@susmangodfrey.com
Hart L. Robinovitch  hlr@zimmreed.com
Carter E. Greenbaum  cgreenbaum@paulweiss.com
John D Radice  jradice@radicelawfirm.com
Alexander M Schack  alexschack@amslawoffice.com, alexschack@schacklawgroup.com
Katrina M Robson  krobson@willkie.com, maodc1@willkie.com
Rachele R Byrd  fileclerk@whafh.com, byrd@whafh.com
Marisa C. Livesay  fileclerk@whafh.com, mlivesay@bzbm.com
Marc I Gross  migross@pomlaw.com
Stephen R Basser  gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com
Fred Taylor Isquith  isquithlaw@gmail.com
Garrett D Blanchfield  g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge  ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody  lnand@susmangodfrey.com, bcarmody@susmangodfrey.com
Jenna H. Pavelec  jpavelec@wilkinsonstekloff.com
James B. Zouras  kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
Gregg H Levy  glevy@cov.com
Eugene A Spector  espector@srkattorneys.com
Thomas H Burt  burt@whafh.com
Sara F Khosroabadi  sara@kandhlawgroup.com, efile@kandhlawgroup.com
Ian M Gore  ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz  mco.ecf@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com
Beth A. Wilkinson  bwilkinson@wilkinsonstekloff.com, cli@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com
Daniel R Karon  bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com
Derek Ludwin  dludwin@cov.com
Brian L. Stekloff  bstekloff@wilkinsonstekloff.com

Brittany DeJong    bdejong@bzbm.com, nmadden@bzbm.com
Jeffrey S. Goldenberg    svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com
Ramzi Abadou    ramzi.abadou@ksfcounsel.com
Arthur J Burke    arthur.burke@davispolk.com
Gary F Lynch    jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com
Lee Albert    lalbert@glancylaw.com
John E Schmidtlein    john-schmidtlein-5892@ecf.pacerpro.com, jschmidtlein@wc.com
William G Caldes    bcaldes@srkattorneys.com
Robert J Larocca    rlarocca@kohnswift.com
Jeffrey A. N. Kopczynski    jkopczynski@omm.com
Bethany M. Stevens    bstevens@wscllp.com
Michael J Boni    mboni@bonizack.com
Amid T Bahadori    atb@bahadorilaw.com
Kevin P. Trainer    ktrainer@langergrogan.com, courtnotices@langergrogan.com, 9263800420@filings.docketbird.com
Jay Cohen    jaycohen@paulweiss.com
Justin Mungai    jmungai@wilkinsonstekloff.com
Ryan F. Stephan    malmeida@stephanzouras.com, kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com, rstephan@stephanzouras.com, ivolquez@stephanzouras.com
Arthur M Murray    aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com, thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com
Mark A Wendorf    m.wendorf@rwblawfirm.com
Christopher P. Ridout    christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com, 5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com
Rakesh N. Kilaru    rkilaru@wilkinsonstekloff.com
Brian C. Gudmundson    brian.gudmundson@zimmreed.com
Sathya S Gosselin    sgosselin@hausfeld.com
Rosemary M Rivas    2746730420@filings.docketbird.com, rmr@classlawgroup.com
Joshua D. Snyder    jsnyder@bonizack.com
Farhad Mirzadeh    fmirzadeh@hausfeld.com
John E. Sindoni    jsindoni@bonizack.com
Daniel J. Mogin    jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com, ngeraci@moginrubin.com, jchatfield@moginrubin.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com
Joshua Branden Swigart    josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Karen H Riebel    amraak@locklaw.com, atajagbusi@locklaw.com, lgn-khriebel@ecf.courtdrive.com, crjohnson@locklaw.com, khriebel@locklaw.com
Jodie Williams    jwilliams@moginrubin.com
Matthew C De Re    tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com
Lesley E Weaver    jlaw@bfalaw.com, lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com

Seth Ard    ecf-7bb0ee8b6051@ecf.pacerpro.com, sard@susmangodfrey.com, rthomas@susmangodfrey.com
Samuel M Ward    gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Jayne A Goldstein    pleadings@millershah.com, jagoldstein@millershah.com
Whitney E Street    whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty    aileen.beltran@mto.com, emily.curran-huberty@mto.com

Eric S Hochstadt    mco.ecf@weil.com, nymao@ecf.pacerpro.com, eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos    at@haffnerlawyers.com
Jeremy S. Barber    jbarber@wilkinsonstekloff.com
Kenneth B Pickle    kpickle@radicelawfirm.com
Gordon M Fauth    gmf@classlitigation.com
Samuel Maida    smaida@hausfeld.com
Patrick J Somers    tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns    drehns@hrsclaw.com
Blake Neal    bneal@wilkinsonstekloff.com
Betsy C Manifold    fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Melinda A Nicholson    bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer    mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com
Bryan Matthew Thomas    bthomas@macdonaldcody.com
Lionel Zevi Glancy    lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer    hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner    pkrzeski@chestnutcambronne.com, dstanek@chestnutcambronne.com, bbleichner@chestnutcambronne.com
Arnold C. Wang    jessica@asstlawyers.com, arnold@aswtlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com
Christopher L Lebsock    clebsock@hausfeldllp.com, ischer@hausfeld.com
Tracy D Rezvani    tracy@rezvanilaw.com
M. Randall Oppenheimer    m-randall-oppenheimer-5053@ecf.pacerpro.com, roppenheimer@omm.com
Richard A Koffman    rkoffman@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com
Heidi M Silton    hxbareentto@locklaw.com, hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian    ak@kazlg.com, mona@kazlg.com

**2:15-ml-02668-PSG-SK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach CA 90802
USA
Gregory E Woodard
Woodard Legal PC
7700 Irvine Center Drive Suite 800
PMB 156
Irvine CA 92618
Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036
James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403