Gregory E. Woodard (State Bar No. 203019)
Woodard Legal PC
7700 Irvine Center Dr., Suite 800 #156
Irvine, CA 92618
Telephone: (949) 769-6602
gw@woodardlegal.com

Attorneys for Plaintiff Pizza Pie & Wing, Co. LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ML-02668-PSG-JEM<br><br>HON. PHILIP S. GUTIERREZ<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR PLAINTIFF PIZZA PIE & WING CO. LLC<br><br><br>Date: November 3, 2023<br>Time: 1:30 p.m.<br>Dept.: 6A |

1  Having considered the motion to withdraw of Gregory E. Woodard of Woodard
2  Legal PC, counsel for Plaintiff Pizza Pie & Wing Co. LLC, any opposition, reply, and
3  other evidence submitted by the parties, the Court hereby:
4  GRANTS the motion and orders that Gregory E. Woodard and Woodard Legal PC
5  are no longer counsel of record in this action.

DATE: 10/27/23

/s/ _____

United States District Court Judge