# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEGUES SUNDAY ANTITRUST LITIGATION<br><br>v.<br><br>**PLAINTIFF(S)**<br><br>**DEFENDANT(S)** | **CASE NUMBER**<br><br>2:15-ml-02668-PSG (SK)<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL OF RECORD

Filed date: 10/27/2023   Document Number(s): 1044

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been changed to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:   Due to a system error, the image was not attached to the docket entry. See document number 1045

CLERK, U.S. DISTRICT COURT

Date: 10/30/2023   By: YVETTE LOUIS
                       Deputy Clerk

G-11 (06/23)                    NOTICE OF CLERICAL ERROR