UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  ML 15-02668-PSG (SKx) | Date: November 1, 2023 |
| Title  In re National Football Leagues Sunday Ticket Antitrust Litigation | |

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):           Attorneys Present for Defendant(s):

None present                                          None present

**Proceedings:**    (IN CHAMBERS) **RECEIPT RE: IN CAMERA SUBMISSION (ECF 1032)**

Clerk returned thumb drive containing in camera documents as described in the Notice of Manual Lodging (ECF 1032) to NFL Defendants. NFL's counsel is ordered to retain the thumb drive in its submitted form for the record until the conclusion of this case including any appeal.

RELEASED BY:
DATE: 11/1/2023

_Connie Chung_, Courtroom Deputy Clerk

RECEIVED BY:
DATE: 11/1/2023

_David Gomez_