**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

———

**OFFICIAL BUSINESS**







2:15ml 26668



NIXIE    910    5E 1    7210/27/23

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED

Case: 2:15ml2668  Doc: 1013

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36715238@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-MAR In re National Football Leagues Sunday Ticket Antitrust Litigation Notice of Reassignment of Case Due to Unavailability of Judicial Officer (G-74) (MJ) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/16/2023 at 8:59 AM PDT and filed on 10/16/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-MAR |
| **Filer:** | |
| **Document Number:** | 1013 |

**Docket Text:**
**NOTICE OF REASSIGNMENT OF CASE due to Unavailability of Judicial Officer filed. The previously assigned Magistrate Judge is no longer available. Pursuant to directive of the Chief Magistrate Judge and in accordance with the rules of this Court, the case has been returned to the Clerk for reassignment. This case has been reassigned to Magistrate Judge Margo A. Rocconi for any discovery and/or post-judgment matters that may be referred. Case number will now read as 2:15-ml-02668 PSG(MARx). (rn)**

**2:15-ml-02668-PSG-MAR Notice has been electronically mailed to:**
John S. Playforth    jplayforth@cov.com, docketing@cov.com
Robert S Kitchenoff    kitchenoff@wka-law.com
Eliot F. Krieger    rrobitaille@skt.law, ekrieger@skt.law
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, 8682118420@filings.docketbird.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Tyler M. Finn    tfinn@susmangodfrey.com, mguido@susmangodfrey.com
Peter Leckman    pleckman@langergrogan.com
Jonathan M. Jagher    jjagher@fklmlaw.com

Scott Allan Martin   smartin@hausfeld.com
Natasha Naraghi Serino   natashaserino@schacklawgroup.com, natashaserino@amslawoffice.com, taretta@schacklawgroup.com, amontiel@schacklaw.group
Marc H Edelson   medelson@edelson-law.com
Max J. Warren   mwarren@wilkinsonsteklof.com
Anastasia M. Pastan   apastan@wilkinsonsteklof.com
Neema Trivedi Sahni   jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Shawn M. Larsen   slarsen@larsennaddour.com
Mickel M. Arias   mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli   dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver   ndiver@langergrogan.com
Carl Malmstrom   malmstrom@whafh.com
Thomas A. Zimmerman   tom@attorneyzim.com, firm@attorneyzim.com
Christina H Connolly Sharp   8388361420@filings.docketbird.com, avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector   jspector@srkattorneys.com
Caleb Marker   josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com
Mark S Goldman   goldman@lawgsp.com
Armstead C. Lewis   alewis@susmangodfrey.com
Hart L. Robinovitch   hlr@zimmreed.com
Carter E. Greenbaum   cgreenbaum@paulweiss.com
John D Radice   jradice@radicelawfirm.com
Alexander M Schack   alexschack@amslawoffice.com, alexschack@schacklawgroup.com
Katrina M Robson   krobson@willkie.com, maodc1@willkie.com
Rachele R Byrd   fileclerk@whafh.com, byrd@whafh.com
Marisa C. Livesay   fileclerk@whafh.com, mlivesay@bzbm.com
Marc I Gross   migross@pomlaw.com
Stephen R Basser   gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com
Fred Taylor Isquith   isquithlaw@gmail.com
Garrett D Blanchfield   g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge   ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody   lnand@susmangodfrey.com, bcarmody@susmangodfrey.com
Jenna H. Pavelec   jpavelec@wilkinsonsteklof.com
James B. Zouras   kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
Gregg H Levy   glevy@cov.com
Eugene A Spector   espector@srkattorneys.com
Thomas H Burt   burt@whafh.com
Sara F Khosroabadi   sara@kandhlawgroup.com, efile@kandhlawgroup.com
Ian M Gore   ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz   mco.ecf@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com
Beth A. Wilkinson   bwilkinson@wilkinsonsteklof.com, cli@wilkinsonsteklof.com, bsteklof@wilkinsonsteklof.com, rkilaru@wilkinsonsteklof.com, sundayticket-paras@wilkinsonsteklof.com, jbarber@wilkinsonsteklof.com

Daniel R Karon    bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com
Derek Ludwin    dludwin@cov.com
Brian L. Stekloff    bstekloff@wilkinsonstekloff.com
Brittany DeJong    bdejong@bzbm.com, nmadden@bzbm.com
Jeffrey S. Goldenberg    svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com
Ramzi Abadou    ramzi.abadou@ksfcounsel.com
Arthur J Burke    arthur.burke@davispolk.com
Gary F Lynch    jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com
Lee Albert    lalbert@glancylaw.com
John E Schmidtlein    john-schmidtlein-5892@ecf.pacerpro.com, jschmidtlein@wc.com
William G Caldes    bcaldes@srkattorneys.com
Robert J Larocca    rlarocca@kohnswift.com
Jeffrey A. N. Kopczynski    jkopczynski@omm.com
Bethany M. Stevens    bstevens@wscllp.com
Michael J Boni    mboni@bonizack.com
Amid T Bahadori    atb@bahadorilaw.com
Kevin P. Trainer    ktrainer@langergrogan.com, courtnotices@langergrogan.com,
9263800420@filings.docketbird.com
Jay Cohen    jaycohen@paulweiss.com
Justin Mungai    jmungai@wilkinsonstekloff.com
Ryan F. Stephan    malmeida@stephanzouras.com, kbowers@stephanzouras.com,
hhudson@stephanzouras.com, esantana@stephanzouras.com, rstephan@stephanzouras.com,
ivolquez@stephanzouras.com
Arthur M Murray    aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com,
thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com,
cdimaggio@murray-lawfirm.com
Mark A Wendorf    m.wendorf@rwblawfirm.com
Christopher P. Ridout    christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com,
5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com
Rakesh N. Kilaru    rkilaru@wilkinsonstekloff.com
Brian C. Gudmundson    brian.gudmundson@zimmreed.com
Sathya S Gosselin    sgosselin@hausfeld.com
Rosemary M Rivas    2746730420@filings.docketbird.com, rmr@classlawgroup.com
Joshua D. Snyder    jsnyder@bonizack.com
Farhad Mirzadeh    fmirzadeh@hausfeld.com
John E. Sindoni    jsindoni@bonizack.com
Daniel J. Mogin    jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com,
ngeraci@moginrubin.com, jchatfield@moginrubin.com,
steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com
Joshua Branden Swigart    josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Karen H Riebel    amraak@locklaw.com, atajagbusi@locklaw.com, lgn-khriebel@ecf.courtdrive.com,
crjohnson@locklaw.com, khriebel@locklaw.com
Jodie Williams    jwilliams@moginrubin.com
Matthew C De Re    tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com
Lesley E Weaver    jlaw@bfalaw.com, lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com

Seth Ard    ecf-7bb0ee8b6051@ecf.pacerpro.com, sard@susmangodfrey.com,
rthomas@susmangodfrey.com
Samuel M Ward    gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com,
sward@barrack.com

Jayne A Goldstein    pleadings@millershah.com, jagoldstein@millershah.com
Whitney E Street    whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty    aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt    mco.ecf@weil.com, nymao@ecf.pacerpro.com,
eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos    at@haffnerlawyers.com
Jeremy S. Barber    jbarber@wilkinsonstekloff.com
Kenneth B Pickle    kpickle@radicelawfirm.com
Gordon M Fauth    gmf@classlitigation.com
Samuel Maida    smaida@hausfeld.com
Patrick J Somers    tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns    drehns@hrsclaw.com
Blake Neal    bneal@wilkinsonstekloff.com
Betsy C Manifold    fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Melinda A Nicholson    bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer    mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com,
ecf-67366a65900c@ecf.pacerpro.com
Bryan Matthew Thomas    bthomas@macdonaldcody.com
Lionel Zevi Glancy    lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer    hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner    pkrzeski@chestnutcambronne.com, dstanek@chestnutcambronne.com,
bbleichner@chestnutcambronne.com
Arnold C. Wang    jessica@asstlawyers.com, arnold@aswtlawyers.com, maricela@asstlawyers.com,
ladonna@asstlawyers.com
Christopher L Lebsock    clebsock@hausfeldllp.com, ischer@hausfeld.com
Tracy D Rezvani    tracy@rezvanilaw.com
M. Randall Oppenheimer    m-randall-oppenheimer-5053@ecf.pacerpro.com,
roppenheimer@omm.com
Richard A Koffman    rkoffman@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com
Heidi M Silton    hxbareentto@locklaw.com, hmsilton@locklaw.com, ctevans@locklaw.com,
hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian    ak@kazlg.com, mona@kazlg.com
**2:15-ml-02668-PSG-MAR Notice has been delivered by First Class U. S. Mail or by other means**
**BY THE FILER** to :
Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach CA 90802
USA
Gregory E Woodard
Woodard Legal PC
7700 Irvine Center Drive Suite 800
PMB 156
Irvine CA 92618
Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036
James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue

Minneapolis MN 55403