```
FILED
CLERK, U.S. DISTRICT COURT

11-07-2023 link to 1008

CENTRAL DISTRICT OF CALIFORNIA
BY:    KD    DEPUTY
```

1  Shawn M. Larsen (SBN 204439)
   LARSEN & NADDOUR LLP
2  15615 Alton Parkway, Suite 450
   Irvine, CA  92618
3  Tel:  (949) 769-6601
   slarsen@larsennaddour.com
4
   Attorneys for Plaintiff Pizza Pie & Wing, Co. LLC
5

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668-PSG-JEMx<br><br>Hon. Philip S. Gutierrez<br><br>**ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR PLAINTIFF PIZZA PIE & WING CO. LLC. [1008]**<br><br>Date:  November 17, 2023<br>Time:  1:30 p.m.<br>Dept.: 6A |

Having considered the motion to withdraw of Shawn M. Larsen of Larsen & Naddour LLP, counsel for Plaintiff Pizza Pie & Wing Co. LLC, any opposition, reply, and other evidence submitted by the parties, the Court hereby:

GRANTS the motion and orders that Shawn M. Larsen of Larsen & Naddour LLP are no longer counsel of record in this action. No appearances are necessary on November 17, 2023.

DATE: November 6, 2023

/s/ *[signature]*

Hon. Philip S. Gutierrez
Chief United States District Judge