**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**





FILED
CLERK, U.S. DISTRICT COURT

NOV - 7 2023

CENTRAL DISTRICT OF CALIFORNIA
BY   mmc                      DEPUTY

2:15m12668



Case: 2:15ml2668   Doc: 1034

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<36791601@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-SK In re
National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion for Leave to File
Document Under Seal Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 10/27/2023 at 11:21 AM PDT and filed on 10/25/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-SK |
| **Filer:** | |
| **Document Number:** | 1034 |

**Docket Text:**
ORDER REGARDING THE NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE
79-5 TO FILE DOCUMENTS UNDER SEAL [1024] by Judge Philip S. Gutierrez. IT IS
HEREBY ORDERED that the following documents are to be filed under seal: The Declaration
of Jenna H. Pavelec in Support of the NFL Defendants' Application Under Local Rule 79-5 to
File Documents Under Seal. The unredacted version of the NFL Defendants' Memorandum in
Opposition to Plaintiffs' Motion to Compel Additional Depositions. The unredacted version of
the Declaration of Jeremy S. Barber in Support of the NFL Defendants' Opposition to Plaintiffs'
Motion to Compel Additional Depositions. IT IS SO ORDERED. (yl)

**2:15-ml-02668-PSG-SK Notice has been electronically mailed to:**
John S. Playforth    jplayforth@cov.com, docketing@cov.com
Robert S Kitchenoff    kitchenoff@wka-law.com
Eliot F. Krieger    rrobitaille@skt.law, ekrieger@skt.law
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com,
hrota@terrellmarshall.com, 8682118420@filings.docketbird.com, asteiner@terrellmarshall.com,
filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com,
7488696420@filings.docketbird.com
Tyler M. Finn    tfinn@susmangodfrey.com, mguido@susmangodfrey.com

Peter Leckman    pleckman@langergrogan.com
Jonathan M. Jagher    jjagher@fklmlaw.com
Scott Allan Martin    smartin@hausfeld.com
Natasha Naraghi Serino    natashaserino@schacklawgroup.com, natashaserino@amslawoffice.com,
taretta@schacklawgroup.com, amontiel@schacklaw.group
Marc H Edelson    medelson@edelson-law.com
Max J. Warren    mwarren@wilkinsonstekloff.com
Anastasia M. Pastan    apastan@wilkinsonstekloff.com
Neema Trivedi Sahni    jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com,
slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Shawn M. Larsen    slarsen@larsennaddour.com
Mickel M. Arias    mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com,
mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli    dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver    ndiver@langergrogan.com
Carl Malmstrom    malmstrom@whafh.com
Thomas A. Zimmerman    tom@attorneyzim.com, firm@attorneyzim.com
Christina H Connolly Sharp    8388361420@filings.docketbird.com, avongoetz@girardsharp.com,
dsharp@girardsharp.com
Jeffrey L Spector    jspector@srkattorneys.com
Caleb Marker    josephine.lu@zimmreed.com, caleb.marker@zimmreed.com,
5920479420@filings.docketbird.com, docketca@zimmreed.com
Mark S Goldman    goldman@lawgsp.com
Armstead C. Lewis    alewis@susmangodfrey.com
Hart L. Robinovitch    hlr@zimmreed.com
Carter E. Greenbaum    cgreenbaum@paulweiss.com
John D Radice    jradice@radicelawfirm.com
Alexander M Schack    alexschack@amslawoffice.com, alexschack@schacklawgroup.com
Katrina M Robson    krobson@willkie.com, maodc1@willkie.com
Rachele R Byrd    fileclerk@whafh.com, byrd@whafh.com
Marisa C. Livesay    fileclerk@whafh.com, mlivesay@bzbm.com
Marc I Gross    migross@pomlaw.com
Stephen R Basser    gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com
Fred Taylor Isquith    isquithlaw@gmail.com
Garrett D Blanchfield    g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com,
k.schulte@rwblawfirm.com
Richard A Lockridge    ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody    lnand@susmangodfrey.com, bcarmody@susmangodfrey.com
Jenna H. Pavelec    jpavelec@wilkinsonstekloff.com
James B. Zouras    kbowers@stephanzouras.com, malmeida@stephanzouras.com,
jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
Gregg H Levy    glevy@cov.com
Eugene A Spector    espector@srkattorneys.com
Thomas H Burt    burt@whafh.com
Sara F Khosroabadi    sara@kandhlawgroup.com, efile@kandhlawgroup.com
Ian M Gore    ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com,
jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz    mco.ecf@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com,
yehudah.buchweitz@weil.com
Beth A. Wilkinson    bwilkinson@wilkinsonstekloff.com, cli@wilkinsonstekloff.com,

bstekloff@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com,
sundayticket-paras@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com
Daniel R Karon    bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com
Derek Ludwin    dludwin@cov.com
Brian L. Stekloff    bstekloff@wilkinsonstekloff.com
Brittany DeJong    bdejong@bzbm.com, nmadden@bzbm.com
Jeffrey S. Goldenberg    svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com
Ramzi Abadou    ramzi.abadou@ksfcounsel.com
Arthur J Burke    arthur.burke@davispolk.com
Gary F Lynch    jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com
Lee Albert    lalbert@glancylaw.com
John E Schmidtlein    john-schmidtlein-5892@ecf.pacerpro.com, jschmidtlein@wc.com
William G Caldes    bcaldes@srkattorneys.com
Robert J Larocca    rlarocca@kohnswift.com
Jeffrey A. N. Kopczynski    jkopczynski@omm.com
Jennifer Pafiti    jlopiano@pomlaw.com, tprzybylowski@pomlaw.com, egoodman@pomlaw.com,
ashmatkova@pomlaw.com, disaacson@pomlaw.com, mtjohnston@pomlaw.com,
jalieberman@pomlaw.com, ahood@pomlaw.com, tsayre@pomlaw.com, jpafiti@pomlaw.com,
abarbosa@pomlaw.com
Bethany M. Stevens    bstevens@wscllp.com
Michael J Boni    mboni@bonizack.com
Amid T Bahadori    atb@bahadorilaw.com
Kevin P. Trainer    courtnotices@langergrogan.com, ktrainer@langergrogan.com,
9263800420@filings.docketbird.com
Jay Cohen    jaycohen@paulweiss.com
Justin Mungai    jmungai@wilkinsonstekloff.com
Ryan F. Stephan    ivolquez@stephanzouras.com, malmeida@stephanzouras.com,
kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com,
rstephan@stephanzouras.com
Arthur M Murray    aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com,
thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com,
cdimaggio@murray-lawfirm.com
Mark A Wendorf    m.wendorf@rwblawfirm.com
Christopher P. Ridout    christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com,
5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com
Rakesh N. Kilaru    rkilaru@wilkinsonstekloff.com
Brian C. Gudmundson    brian.gudmundson@zimmreed.com
Sathya S Gosselin    sgosselin@hausfeld.com
Rosemary M Rivas    2746730420@filings.docketbird.com, rmr@classlawgroup.com
Joshua D. Snyder    jsnyder@bonizack.com
Farhad Mirzadeh    fmirzadeh@hausfeld.com
John E. Sindoni    jsindoni@bonizack.com
Daniel J. Mogin    jwilliams@moginrubin.com, sbuack@moginrubin.com, ngeraci@moginrubin.com,
steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, dmogin@moginrubin.com,
jchatfield@moginrubin.com, sejercito@moginrubin.com
Joshua Branden Swigart    josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Karen H Riebel    atajagbusi@locklaw.com, lgn-khriebel@ecf.courtdrive.com,
crjohnson@locklaw.com, khriebel@locklaw.com, amraak@locklaw.com
Jodie Williams    jwilliams@moginrubin.com
Matthew C De Re    tom@attorneyzim.com, firm@attorneyzim.com, matt@attorneyzim.com

Lesley E Weaver     lweaver@bfalaw.com, jlaw@bfalaw.com, lesley-weaver-4669@ecf.pacerpro.com

Seth Ard     sard@susmangodfrey.com, ecf-7bb0ee8b6051@ecf.pacerpro.com, rthomas@susmangodfrey.com

Samuel M Ward     cfessia@barrack.com, sward@barrack.com, gohara@barrack.com, sbasser@barrack.com

Jayne A Goldstein     pleadings@millershah.com, jagoldstein@millershah.com

Whitney E Street     whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com

Emily C. Curran-Huberty     aileen.beltran@mto.com, emily.curran-huberty@mto.com

Eric S Hochstadt     mco.ecf@weil.com, nymao@ecf.pacerpro.com, eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com

Alfredo Torrijos     at@haffnerlawyers.com

Jeremy S. Barber     jbarber@wilkinsonstekloff.com

Kenneth B Pickle     kpickle@radicelawfirm.com

Gordon M Fauth     gmf@classlitigation.com

Samuel Maida     smaida@hausfeld.com

Patrick J Somers     tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com

Daniel Brett Rehns     drehns@hrsclaw.com

Blake Neal     bneal@wilkinsonstekloff.com

Betsy C Manifold     fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com

Melinda A Nicholson     melinda.nicholson@ksfcounsel.com, bronwyn.gibson@ksfcounsel.com

Marc M Seltzer     ecf-67366a65900c@ecf.pacerpro.com, mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com

Bryan Matthew Thomas     bthomas@macdonaldcody.com

Lionel Zevi Glancy     lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com

Howard Langer     hlanger@langergrogan.com, courtnotices@langergrogan.com

Bryan L Bleichner     bryan-bleichner-3599@ecf.pacerpro.com, bbleichner@chestnutcambronne.com, pkrzeski@chestnutcambronne.com, dstanek@chestnutcambronne.com

Arnold C. Wang     jessica@asstlawyers.com, arnold@aswtlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com

Christopher L Lebsock     ischer@hausfeld.com, clebsock@hausfeldllp.com

Tracy D Rezvani     tracy@rezvanilaw.com

M. Randall Oppenheimer     m-randall-oppenheimer-5053@ecf.pacerpro.com, roppenheimer@omm.com

Richard A Koffman     rkoffman@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com

Heidi M Silton     hxbareentto@locklaw.com, hmsilton@locklaw.com, ctevans@locklaw.com, lgn-hmsilton@ecf.courtdrive.com, hnpotteiger@locklaw.com

Seyed Abbas Kazerounian     ak@kazlg.com, mona@kazlg.com

**2:15-ml-02668-PSG-SK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach CA 90802
USA

Gregory E Woodard
Woodard Legal PC
7700 Irvine Center Drive Suite 800
PMB 156
Irvine CA 92618

Roger A Sachar

Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036
James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403