Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**STATUS REPORT REGARDING NOTICE PLAN** |

Plaintiffs respectfully submit this status report concerning the completion of Court-ordered notice to the residential and commercial classes of DIRECTV Sunday Ticket subscribers (the "Executed Notice Plan").[1]

As detailed in the attached Declaration of Gina Intrepido-Bowden on Notice Plan Execution, the Executed Notice Plan reached more than 95% of class members. Some highlights of the Executed Notice Plan include:

- 7,686,550 email notices were sent to class members;
- 1,466,854 postcards were sent to class members;
- The supplemental media notice received over 26 million impressions;
- The litigation website received over 100,000 page views and will continue to be maintained and updated throughout the notice administration process; and
- JND received nearly 3,000 combined emails and phone calls at a dedicated email address and toll-free number to respond to class member inquiries.

Intrepido-Bowden Decl., ¶¶ 6-26.

As of November 3, 2023, JND and Class Counsel are aware of only thirty requests for exclusion. *See* Intrepido-Bowden Decl., ¶ 27. Of these, ten are considered invalid for failure to provide requisite information and/or a signature, despite follow-up requests to repair those deficiencies. *Id.*

For the reasons mentioned here and in greater detail in the Intrepido-Bowden Declaration, the Executed Notice Plan provided the best notice practicable under the circumstances of the case.

DATED: November 8, 2023            By:   /s/ Sathya S. Gosselin

                                                                               Sathya S. Gosselin

---

[1] *See* Order Appointing Notice Administrator, Authorizing Distribution of Notice to Residential and Commercial Classes of DIRECTV Sunday Ticket Subscribers, and Compelling Production of Customer Contact Information. Dkt No. 953.

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)
smaida@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111

Tel: (415) 633-1908
Fax: (415) 633-4980

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*