**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**DECLARATION OF GINA INTREPIDO-BOWDEN ON NOTICE PLAN EXECUTION** |

I, Gina Intrepido-Bowden, hereby declare and state as follows:

1. I am a Vice President at JND Legal Administration LLC ("JND"). This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees and Counsel for the Plaintiffs and Defendant ("Counsel"), and if called upon to do so, I could and would testify competently thereto.

2. This Declaration describes the implementation of the Notice Plan as outlined in my Declaration on Proposed Notice Plan to Residential and Commercial Classes dated June 20, 2023 (ECF 947-3). JND is serving as the Notice Administrator in the above-captioned litigation (the "Action"), pursuant to the Court's Order Appointing Notice Administrator, Authorizing Distribution of Notice to Residential and Commercial Classes of DirectTV Sunday Ticket Subscribers, and Compelling Production of Customer Contact Information ("Order") dated July 7, 2023.

## **NOTICE PLAN**

3. The Notice Plan included the following components, as further described in the sections below:

    A. Summary Notice through email ("Email Notice") to all Class Members for whom a valid email address was available;

    B. Summary Notice through postcard ("Postcard Notice") to all known Class Members for whom a valid email address was not available;

    C. Supplemental media notice with the leading digital network (Google Display Network – "GDN"), the top social media platform (Facebook), and a popular audio streaming service (SiriusXM);

    D. The litigation website, which contains important case documents, including the Detailed Notice in English and Spanish; and

    E. The case-specific toll-free number, post office box, and email address through which Class Members may obtain more information about the litigation.

## CLASS MEMBER DATA

4. On July 20, 2023, JND received the class member contact information from DIRECTV. JND analyzed the data, performed deduplication, and compiled the list of names, postal addresses and email addresses, where applicable, for all Class Members for whom DIRECTV had contact information. The Class Member data was promptly loaded into a database established for this Action.

5. JND analyzed the contact information available for each Class Member and determined if they should receive an Email Notice or Postcard Notice as detailed further below.

## DIRECT NOTICE CAMPAIGN

6. JND sent direct individual Notice to all Class Members for whom DIRECTV provided contact information, starting with sending the Email Notice where a valid email address was available. For the individuals for whom DIRECTV did not have a valid email address, or as to whom JND determined the email notice was returned as undeliverable and a better email address was not found, JND mailed the Postcard Notice.

7. Prior to sending the Email Notice, JND evaluated the email for potential spam language to improve deliverability. This process included running the email through spam testing software, DKIM[1] for sender identification and authorization, and hostname evaluation. Additionally, JND checked the send domain against the 25 most common IPv4 blacklists.[2]

8. JND used industry-leading email solutions to achieve the most efficient email notification campaign. JND provided individualized support during the program and managed its sender reputation with the Internet Service Providers ("ISPs"). We

---

[1] DomainKeys Identified Mail, or DKIM, is a technical standard that helps protect email senders and recipients from spam, spoofing, and phishing.

[2] IPv4 address blacklisting is a common practice. To ensure that the addresses being used are not blacklisted, a verification is performed against well-known IP blacklist databases. A blacklisted address affects the reputation of a company and could cause an acquired IP addresses to be blocked.

- 3 -

analyzed the program's data and monitored the ongoing effectiveness of the notification program, adjusting the campaign as needed to ensure the highest possible deliverability of the email campaign so that more potential Class Members received Notice.

9. JND utilized a verification program to eliminate invalid email and spam traps that would otherwise negatively impact deliverability. JND then cleaned the list of email addresses for formatting and incomplete addresses to further identify all invalid email addresses.

10. To ensure readability of the email, JND reviewed and formatted the body content into a structure that is applicable to all email platforms, allowing the email to pass easily to the recipient. Before launching the email campaign, we sent a test email to multiple ISPs and opened and tested the email on multiple devices (iPhones, Android phones, desktop computers, tablets, etc.) to ensure the email opened as expected.

11. Additionally, JND included an "unsubscribe" link at the bottom of the email to allow Class Members to opt out of any additional email notices from JND. This step is essential to maintain JND's good reputation among the ISPs and reduce complaints relating to the email campaign.

12. Between August 4, 2023, and September 4, 2023, JND sent Email Notices to 7,686,550 Class Members. A representative sample of the Email Notice is attached hereto as Exhibit A.

13. Emails that are returned to JND are generally characterized as either "Soft Bounces" or "Hard Bounces." Soft Bounces occur when the email is rejected for temporary reasons, such as the recipient's email address inbox is full. Hard Bounces occur when the ISP rejects the email due to a permanent reason such as the email account is no longer active. When an email was returned to JND as a Soft Bounce, JND attempted to re-email the Email Notice up to three additional times in

an attempt to secure deliverability. Where a Soft Bounce was not ultimately delivered, it was considered a Hard Bounce and determined to be undeliverable.

14. JND determined that Email Notices for 568,285 Class Members were ultimately deemed undeliverable. JND performed an email append process (using information shared by leading credit bureaus) to identify any better email addresses for the Class Members whose emails were returned as undeliverable. Where a better email address was obtained, JND re-emailed the Email Notice. Of the 568,285 undeliverable Email Notices, JND obtained a better email address for 354,977 Class Members and resent their Email Notice. Where a better email address was not obtained, JND sent the Class Member a Postcard Notice.

15. JND mailed Postcard Notices to 1,253,546 Class Members who did not have a valid email address and sent Postcard Notices to the 213,308 Class Members whose Email Notice was returned as undeliverable and a better email address was not found. A representative sample of the Postcard Notice is attached hereto as Exhibit B.

16. Prior to mailing the Postcard Notices, JND updated the contact information for Class Member records using the National Change of Address ("NCOA") database.[3]

17. As of the date of this Declaration, JND has received 134,958 Postcard Notices returned as undeliverable. Of the 134,958 undeliverable Postcard Notices, JND promptly re-mailed 6,886 Postcard Notices to forwarding addresses provided by the USPS and re-mailed 72,357 Postcard Notices to updated addresses obtained through advanced address research.

## SUPPLEMENTAL MEDIA NOTICE

18. JND caused a supplemental media effort to launch on GDN, Facebook and SiriusXM. Digital advertisements appeared for 28 days from August 4, 2023

---

[3] The NCOA database is the official United States Postal Service ("USPS") technology product which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mail stream. This product is an effective tool to update address changes when a person has completed a change of address form with the USPS. The address information is maintained in the database for 48 months.

through August 31, 2023 on GDN and Facebook. Audio advertisements occurred for 10 days from August 22, 2023 through August 31, 2023 on SiriusXM audio service. In total, the digital effort with GDN, Facebook and SiriusXM delivered 26,906,339 impressions and the audio effort with SiriusXM delivered 319 audio spots to adults 35 years or older ("Adults 35+"). Overall, the digital effort delivered 7,906,339 impressions more than what was originally planned.

19. The digital effort also included focused targeting beyond just Adults 35+. The GDN effort specifically targeted those with an affinity for NFL RedZone, fans of American football and/or those in-market for watching NFL Football and football streaming services. A portion of the Facebook effort targeted users who expressed an interest in DIRECTV and National Football League, NFL Sunday Ticket; and those users who are Food & Restaurant Page administrators, restaurant owners (per employers/job titles) and/or have an interest in restaurant management, to extend reach to Commercial Class Members. SiriusXM activity occurred on a variety of popular audio sports channels including NFL Channel, CBS Sports, ESPN, Fox Sports, Mad Dog Sports, and NBC Sports.

20. Multiple digital targeting strategies were used, including Look-Alike (LAL) Targeting to individuals whose characteristics matched that of individuals who visited the litigation website; Predictive Targeting (GDN only) which used multiple data points (search queries, sites visited, and digital behavior trends) to make inferences regarding future behavior/performance; Audience Targeting which optimized efforts based on demographics, behavior, and interests of potential Class Members; Contextual Targeting which displayed digital ads based on website content; and Machine Learning which was used to optimize in real time based on placements, times of day and sub-targets within the larger demo and geo target that were likely to visit the litigation website.

21. The digital ads were served across all devices including desktop, laptop, tablet and mobile devices, with an emphasis on mobile. Screenshots of the notices as

they appeared on GDN and Facebook are attached hereto as Exhibit C. A copy of the audio script as it occurred on SiriusXM is attached hereto as Exhibit D.

### NOTICE WEBSITE

22. On August 2, 2023, JND launched an interactive, case-specific Class Action Website at www.NFLSundayTicketLawsuit.com. This URL was listed in the direct notices and accessible through all digital notices. The website provides comprehensive information about the Class Action, including answers to frequently asked questions ("FAQs"), contact information for the Notice Administrator, key dates, and links to important case documents, including the Long Form Notice in English and Spanish, attached hereto as Exhibits E and F, and the Order Granting Plaintiffs' Motion for Class Certification.

23. The Class Action Website is ADA-compliant, was optimized for mobile visitors so that information loads quickly on mobile devices, and was designed to maximize search engine optimization through Google and other search engines. Keywords and natural language search terms are included in the site's metadata to maximize search engine rankings.

24. As of October 27, 2023, the Class Action Website has tracked a total of 63,526 unique users who registered 105,845 page views. JND will continue to update and maintain the Class Action Website throughout the notice administration process.

### CLASS NOTICE EMAIL ADDRESS

25. On August 2, 2023, JND established a dedicated email address, info@NFLSundayTicketLawsuit.com, to receive and respond to Class Member inquiries. As of October 27, 2023, JND has received 743 emails to the case email inbox.

### TOLL-FREE NUMBER

26. JND maintains a 24-hour, toll-free telephone line, 866-848-0814, that Class Members can call to obtain information about the Class Action. As of October 27, 2023, JND has received 2,134 calls to the case telephone number.

## REQUESTS FOR EXCLUSION

27. The Notices also informed Class Members of their right to opt out of the Class and the October 8, 2023 postmark deadline to do so. As of October 27, 2023, JND has received, or is otherwise aware of, 30 requests for exclusion. Of these, 20 are considered valid (by reason of completeness) and 10 are considered invalid for failure to provide the requisite contact information and/or a signature, despite follow-up requests to repair those deficiencies.

## CONCLUSION

28. In my opinion, the Notice Program provided the best notice practicable under the circumstances of this case. The direct notice program alone reached more than 95% of Class Members and the supplemental digital notice effort further enhanced that reach.

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 7, 2023 at Stone Harbor, NJ.

By: *[signature]*

GINA INTREPIDO-BOWDEN