- EXHIBIT B -

*This Notice is being provided by order of the U.S. District Court for the Central District of California. It is not a solicitation from a lawyer. You are not being sued.*

# If you purchased NFL Sunday Ticket, a class action lawsuit may affect your rights.

*Para una notificación en español, visite www.NFLSundayTicketLawsuit.com*

Questions?
Visit *www.NFLSundayTicketLawsuit.com*
or call 866-848-0814

**NFL Sunday Ticket Notice Administrator**
c/o JND Legal Administration
P.O. Box 91316
Seattle, WA 98111

**<<BARCODE>>**
Postal Service: Please do not mark barcode

Unique ID: «CF_PRINTED_ID»

«Fullname»
«AddressLine1»
«AddressLine2»
«City», «State» «Zip»
«Country»

You received this Notice to alert you that a class action lawsuit is pending in the United States District Court for the Central District of California ("The Court") that alleges that the NFL and the 32 NFL teams have suppressed competition for the sale of professional football game telecasts in violation of the Sherman Act. The name of the case is *In re National Football League's "Sunday Ticket" Antitrust Litigation*, Case No. 2:15-ml-02668-PSG (JEMx). This lawsuit involves NFL Sunday Ticket, an out-of-market sports viewing package that provides NFL regular-season games unavailable on local television affiliates. Football fans who are not NFL Sunday Ticket subscribers can view only locally available games each Sunday afternoon, but Sunday Ticket subscribers can view both locally available games and out-of-market games. Plaintiffs claim that absent the allegedly anticompetitive agreements at issue, the telecasts available on Sunday Ticket would be available through other means, which would result in more access to telecasts of NFL games at lower prices. The Court has appointed the law offices of Susman Godfrey L.L.P., Hausfeld LLP, and Langer Grogan and Diver PC as class counsel.

No money or benefits are available now because the lawsuit is not resolved. There is no guarantee that money or benefits ever will be available. If they are, you will be notified about how to ask for a share of any recovery. Unless you exclude yourself or your business from the lawsuit, you or your business will be bound by the outcome of the case and you will not be able to file a lawsuit or be part of any lawsuit against Defendants concerning or relating to the claims and allegations that were or could have been raised in this lawsuit.

**LITIGATION CLASS DEFINITION** The Court has certified damages classes and injunctive classes for residential and commercial DIRECTV subscribers that purchased the NFL Sunday Ticket at any time between June 17, 2011 and February 7, 2023. For more detail about the class definitions, and exceptions to class membership, please visit *www.NFLSundayTicketLawsuit.com.*

**PRODUCTION OF PERSONALLY IDENTIFIABLE INFORMATION** Pursuant to the Satellite Television Extension and Localism Act of 2010, 47 U.S.C. § 338, DIRECTV has been ordered by the Court to produce certain information from DIRECTV's records to the Court-appointed class counsel (the lawyers representing Plaintiffs), which contain personally identifiable information. The information—which will be kept "Highly Confidential" under the protective order in the *Sunday Ticket* litigation, will not be shared publicly, and will be used only to further notify

class members about the litigation and effectuate any settlement or judgment, includes the subscribers' names, addresses, account numbers, dates of service, telephone numbers, and email addresses connected to the account. DIRECTV has not yet provided this information to the Court-appointed class counsel, and to-date has provided only contact information to the Notice Administrator sufficient to effectuate this Notice. But DIRECTV will provide this information to Court-appointed class counsel on October 15, 2023.

**YOUR LEGAL RIGHTS AND OPTIONS**

**If you are a member of the Residential Damages Class or Commercial Damages Class:**

(1) <u>Exclude Yourself</u>: You may write to the Notice Administrator, JND Legal Administration, by **October 8, 2023** to exclude yourself. If you ask to be excluded from this lawsuit and money is later awarded, you will not be allowed to request a payment. But you or your business will keep your right to file your own lawsuit against the Defendants for damages concerning or relating to the claims and factual allegations that were or could have been raised in this action.

(2) <u>Do Nothing</u>: If you do nothing, you (or your business) will be bound by the outcome of the case, whether a judgment is rendered for or against Defendants. Unless you exclude yourself (or your business), you will not be able to file a lawsuit or be part of any other lawsuit asserting claims against Defendants concerning or relating to the claims and factual allegations that were or could have been raised in this lawsuit.

**If you are a member of the Residential Injunctive Class or Commercial Injunctive Class:** You or your business will be bound by the outcome of the litigation. You do not have the ability to opt out of the Injunctive Classes.

**DETAILED NOTICE** Important information about this litigation is available in the Detailed Notice at *www.NFLSundayTicketLawsuit.com* or by request from the Notice Administrator. You can contact the Notice Administrator by mail at: In re: National Football League's "Sunday Ticket" Antitrust Litigation, c/o JND Legal Administration, P.O. Box 91316, Seattle, WA 98111, email at *info@NFLSundayTicketLawsuit.com* or phone at 866-848-0814. The deadlines contained in this Notice may be amended by Court Order, so please check the website for any updates. You should review the Detailed Notice to inform yourself of your rights in this Action.

Please do not call the Court or the Clerk of the Court for information about the lawsuit.

---

*Carefully separate this Address Change Form at the perforation*

Name: _____

Current Address: _____

_____

_____

**Address Change Form**
To make sure your information remains up-to-date in our records, please confirm your address by filling in the above information and depositing this postcard in the U.S. Mail.

PLACE STAMP HERE

NFL Sunday Ticket Notice Administrator
c/o JND Legal Administration
P.O. Box 91316
Seattle, WA 98111