- EXHIBIT C -











via Bleacher Report



**Pickens: I'm Best in the World**
via Bleacher Report



**Tim Patrick Out for Season**
via Bleacher Report



LEGAL NOTICE
NFL Sunday Ticket purchasers may be affected by a class action lawsuit
LEARN MORE



**Bleacher Report**
Get all your NFL news on the B/R app
★★★★½ (120K+)
READ IN APP

syndication.bleacherreport.com









