# - EXHIBIT D -

## NFL Sunday Ticket – Radio Ad Script

Copy template is set up for 13 point, double spaced. <span style="color:red">Additional copy if needed.</span>

| SFX: | | COPY: |
|---|---|---|
| | 1 | Purchasers of the NFL SUNDAY TICKET between June 17, 2011 |
| | 2 | and February 7, 2023 may be affected by a class action lawsuit.  To |
| :10 | 3 | learn more about the NFL SUNDAY TICKET lawsuit, go to |
| | 4 | NFLSundayTicketLawsuit dot com or call EIGHT SIX SIX, EIGHT |
| | 5 | FOUR EIGHT, ZERO EIGHT ONE FOUR. That's |
| | 6 | NFLSundayTicketLawsuit dot com or call EIGHT SIX SIX, EIGHT |
| | 7 | FOUR EIGHT, ZERO EIGHT ONE FOUR. |
| :30 | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| :60 | 15 | |