- EXHIBIT F -

<u>TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO CENTRAL DE CALIFORNIA</u>

**AVISO DE DEMANDA COLECTIVA PENDIENTE**

# Si compró un Sunday Ticket de la NFL, una demanda colectiva puede afectar sus derechos.

*Este Aviso se proporciona por orden del Tribunal de distrito de los EE. UU. para el Distrito Central de California. Este aviso no es una oferta de representación por parte de un abogado. No se está entablando una demanda en su contra.*

*Para leer un aviso en español, visite www.NFLSundayTicketLawsuit.com*

Está pendiente una demanda en el Tribunal de Distrito de los Estados Unidos para el Distrito Central de California (el "Tribunal") contra los siguientes demandados (los "Demandados"): la Liga Nacional de Fútbol Americano (National Football League, NFL); Arizona Cardinals Football Club, LLC.; Atlanta Falcons Football Club, LLC; Baltimore Ravens Limited Partnership; Buffalo Bills, LLC; Panthers Football, LLC; The Chicago Bears Football Club, Inc.; Cincinnati Bengals, Inc.; Cleveland Browns Football Company LLC; Dallas Cowboys Football Club, Ltd.; Denver Broncos Team, LLC; The Detroit Lions, Inc.; Green Bay Packers, Inc.; Houston NFL Holdings, L.P.; Indianapolis Colts, Inc.; Jacksonville Jaguars, LLC.; Kansas City Chiefs Football Club, Inc.; Miami Dolphins, Ltd.; Minnesota Vikings Football, LLC; New England Patriots LLC; New Orleans Louisiana Saints, LLC; New York Football Giants, Inc.; New York Jets LLC.; Raiders Football Club, LLC; Philadelphia Eagles, LLC; Pittsburgh Steelers LLC.; Chargers Football Company, LLC; Forty Niners Football Company LLC; Football Northwest LLC; The Los Angeles Rams, LLC; Buccaneers Team LLC; Tennessee Football, LLC; y Pro-Football, Inc.

Esta demanda involucra al Sunday Ticket de la NFL, un paquete de visualización de deportes fuera de mercado que proporciona juegos de temporada regular de la NFL no disponibles en las filiales de televisión locales.

Los demandantes Robert Gary Lippincott, Jr., Jonathan Frantz, Ninth Inning Inc., con nombre comercial The Mucky Duck, 1465 Third Avenue Restaurant Corp., con nombre comercial Gael Pub, presentaron esta demanda en nombre de ellos mismos y los grupos propuestos (definidas a continuación), alegando que los Demandados dañaron la competencia y violaron la ley antimonopolio federal. Los Demandados niegan cualquier irregularidad y sostienen que sus acciones han promovido la competencia. El Tribunal no ha decidido si se incumplió alguna ley.

El 7 de febrero de 2023, el Tribunal determinó que las reclamaciones de los Demandantes contra los Demandados podían proceder como una demanda colectiva. No hay ninguna suma de dinero disponible ahora ni existe garantía de que alguna vez la habrá. Sin embargo, si es miembro de los grupos certificados descritos en este Aviso, sus derechos y alternativas se verán afectados y tiene que tomar una decisión ahora.

**PRODUCCIÓN DE INFORMACIÓN DE IDENTIFICACIÓN PERSONAL**

De conformidad con el art. 338, sección 47 de la Ley de Extensión de Televisión Satelital y Localismo de 2010, también le estamos notificando a usted y a otros suscriptores actuales y anteriores de DIRECTV que DIRECTV ha sido ordenado por el Tribunal de Distrito de los Estados Unidos para el Distrito Central de California en el caso tratado en este aviso y titulado *In re Litigio antimonopolio del Sunday Ticket de la Liga Nacional de Fútbol Americano,* N.° 2:15-ml-02668-PSG-JEM , para producir cierta información a partir de los registros de DIRECTV al abogado del grupo designado por el Tribunal (los abogados que representan a los Demandantes), que contengan información de identificación personal. La información, que se mantendrá como "Altamente confidencial" bajo la orden de protección en el litigio del *Sunday Ticket*, no se compartirá públicamente y se utilizará solo para notificar a los miembros del grupo sobre el litigio y llevar a cabo cualquier acuerdo o sentencia, incluye los nombres, direcciones, números de cuenta, fechas de servicio, números de teléfono y direcciones de correo electrónico de los suscriptores relacionados con la cuenta. DIRECTV aún no ha proporcionado esta información al abogado del grupo designado por el Tribunal, y hasta la fecha solo ha proporcionado información de contacto al Administrador de avisos suficiente para efectuar este Aviso. Sin embargo, DIRECTV proporcionará esta información al abogado del grupo designado por el Tribunal el **15 de octubre de 2023.**

## GRUPOS CERTIFICADOS

El Tribunal ha certificado dos grupos de indemnización por daños y perjuicios y dos grupos de medidas cautelares en este litigio (en conjunto, "los Grupos"), compuestos por suscriptores residenciales y suscriptores comerciales del Sunday Ticket.

**Grupos de indemnización por daños:**

- **Grupo de indemnización por daños residenciales**: Todos los suscriptores residenciales de DIRECTV que compraron el Sunday Ticket de la NFL en cualquier momento entre el 17 de junio de 2011 y el 7 de febrero de 2023.

- **Grupo de indemnización por daños comerciales**: Todos los suscriptores comerciales de DIRECTV que compraron el Sunday Ticket de la NFL en cualquier momento entre el 17 de junio de 2011 y el 7 de febrero de 2023.

**Grupos de medidas cautelares:**

- **Grupo de medidas cautelares residenciales**: Todos los suscriptores residenciales de DIRECTV que compraron el Sunday Ticket de la NFL en cualquier momento entre el 17 de junio de 2011 y el 7 de febrero de 2023.

- **Grupo de medidas cautelares comerciales**: Todos los suscriptores comerciales de DIRECTV que compraron el Sunday Ticket de la NFL en cualquier momento entre el 17 de junio de 2011 y el 7 de febrero de 2023.

*Todos los Grupos incluyen solo a personas y entidades comerciales que pagaron el Sunday Ticket de la NFL. Las personas o entidades comerciales que recibieron el Sunday Ticket de la NFL solo de forma gratuita, por ejemplo, como parte del programa de DIRECTV para atraer nuevos clientes, o que compraron el servicio de transmisión de NFLST.tv y no eran suscriptores satelitales de DIRECTV, no están incluidas en ninguno de los grupos. Los Grupos también excluyen a los Demandados y a cualquiera de sus matrices, subsidiarias o filiales actuales o anteriores. Los Grupos también excluyen a todos los funcionarios judiciales que presiden esta acción y a sus familiares y personal inmediatos, y a cualquier jurado asignado a esta acción.*

| | **SUS DERECHOS Y OPCIONES LEGALES** |
|---|---|
| **Si es miembro del Grupo de indemnización por daños residenciales o el Grupo de indemnización por daños comerciales:** | |
| **EXCLUIRSE DEL GRUPO DE INDEMNIZACIÓN POR DAÑOS** | **No obtiene beneficios de la acción. Mantiene ciertos derechos.**<br><br>Si solicita que lo excluyan de esta demanda y luego se otorgara dinero, no tendrá permitido solicitar pagos. Sin embargo, usted o su empresa mantendrán su derecho a presentar una demanda o a formar parte de cualquier otra demanda que alegue reclamaciones contra los Demandados en relación con las reclamaciones y alegaciones objetivas que se hayan presentado o podrían haberse presentado en esta demanda.<br><br>Para excluirse o renunciar, debe escribir al Administrador de avisos, JND Legal Administration, antes del **8 de octubre de 2023**. |
| **NO HACER NADA** | **Usted permanece en esta demanda y espera el resultado.**<br><br>Si no hace nada, usted o su empresa estarán vinculados al resultado del caso, tanto si se dicta una sentencia a favor como en contra de los Demandados. Salvo que usted o su empresa se excluyan, no podrán presentar una demanda o formar parte de cualquier otra demanda que alegue reclamaciones contra los Demandados en relación con las reclamaciones y alegaciones objetivas que se hayan presentado o podrían haberse presentado en esta demanda. |
| **Si usted es miembro del Grupo de medidas cautelares residenciales o el Grupo de medidas cautelares comerciales:** | |
| **NO HACER NADA** | Usted o su empresa estarán vinculados al resultado del litigio. No tiene la posibilidad de excluirse de los Grupos de medidas cautelares. |

**ESTOS DERECHOS Y OPCIONES, Y LOS PLAZOS LÍMITE PARA EJERCERLOS, SE EXPLICAN EN ESTE AVISO.**

# ÍNDICE

**INFORMACIÓN BÁSICA SOBRE ESTA DEMANDA ........................................................ 5**
   1.   ¿De qué trata esta demanda? ................................................................................ 5
   2.   ¿Qué es una demanda colectiva y quién participa? ............................................. 5
   3.   ¿Cuál es el estado actual de la demanda? ............................................................ 5
   4.   ¿Hay alguna suma de dinero disponible ahora? ................................................... 5

**DETERMINAR SI USTED ES MIEMBRO DEL GRUPO ................................................... 6**
   5.   ¿Cómo sé si soy miembro de uno o más de los Grupos? ..................................... 6
   6.   ¿Quién está excluido de los Grupos? ................................................................... 6

**SUS OPCIONES COMO MIEMBRO DE GRUPO ............................................................... 6**
   7.   ¿Cuánto dinero recibiré? ...................................................................................... 6
   8.   ¿Cuáles son mis opciones como Miembro del grupo? ........................................ 6
   9.   ¿Qué significa solicitar ser excluido del Grupo? ................................................. 7
   10.  ¿Cómo puedo excluirme del Grupo de indemnización por daños residenciales o del Grupo de indemnización por daños comerciales? ............................................... 7
   11.  ¿Cuál es la importancia legal de excluirme a mí mismo o a mi empresa? .......... 7
   12.  Si no excluyo a mi empresa o mi persona, ¿puedo demandar después? ............. 8
   13.  ¿Puedo excluirme del Grupo de medidas cautelares residenciales o del Grupo de medidas cautelares comerciales? ......................................................................... 8

**SI NO HICIERA NADA ......................................................................................................... 8**
   14.  ¿Qué ocurre si no hago nada? .............................................................................. 8

**LOS ABOGADOS QUE LO REPRESENTAN .................................................................... 8**
   15.  ¿Tengo un abogado que representa mis intereses en esta demanda colectiva? ... 8

**LOS ABOGADOS QUE LO REPRESENTAN .................................................................... 8**
   16.  ¿Cómo se compensará a los abogados?
       ¿Recibirán un incentivo los Demandantes nombrados? ..................................... 9
   17.  ¿Debo contratar a mi propio abogado? ............................................................... 9

**OBTENER MÁS INFORMACIÓN ....................................................................................... 9**
   18.  ¿Dónde obtengo más información? ...................................................................... 9
   19.  ¿Debo ponerme en contacto con los Demandados? ............................................ 9

# INFORMACIÓN BÁSICA SOBRE ESTA DEMANDA

### 1. ¿De qué trata esta demanda?

El nombre del caso es *In re Litigio antimonopolio del "Sunday Ticket" de la Liga Nacional de Fútbol Americano*, y está pendiente en el Tribunal de Distrito de los Estados Unidos para el Distrito Central de California (Caso No. 2:15-ml-02668-PSG [JEMx]).

Este es un asunto antimonopolio presentado por los Demandantes contra los Demandados con base en acuerdos que se alegan que trabajan juntos para suprimir la competencia por la venta de transmisiones de partidos de fútbol profesional en violación de las Secciones 1 y 2 de la Ley Sherman. Específicamente, actuando en nombre de los 32 equipos individuales de la NFL, la NFL celebró: (1) acuerdos en los que CBS y Fox crean una única transmisión por cada partido de la NFL del domingo por la tarde y se les permite transmitir solo un número limitado de juegos en ventanas regionales a través de televisión gratuita por aire; y (2) un acuerdo que permite a DIRECTV obtener todas las transmisiones en vivo producidas por CBS y Fox y agruparlas en un paquete de suscripción llamado Sunday Ticket de la NFL. Los aficionados al fútbol que no sean suscriptores del Sunday Ticket de la NFL pueden ver solo los juegos disponibles localmente cada domingo por la tarde, pero los suscriptores del Sunday Ticket pueden ver tanto los juegos disponibles localmente como los juegos fuera del mercado.

En otras palabras, los fanáticos que deseen ver partidos fuera del mercado deben elegir entre el Sunday Ticket o nada. Los demandantes afirman que, en ausencia de los supuestos acuerdos anticompetitivos en cuestión, las transmisiones disponibles en el Sunday Ticket estarían disponibles a través de otros medios, lo que daría lugar a más acceso a transmisiones de partidos de la NFL a precios más bajos.

### 2. ¿Qué es una demanda colectiva y quién participa?

En una demanda colectiva, una o más personas o entidades llamadas "Representantes del grupo" demandan en nombre de otras personas o entidades que tienen reclamaciones similares. Ese grupo de personas o entidades es un "Grupo" compuesto por "Miembros del grupo". Las Representantes del grupo que entablaron la demanda aquí, y todos los Miembros del grupo en situación similar, reciben el nombre de Demandantes. Las empresas que estas personas demandan se denominan Demandados. Un tribunal resuelve los problemas para todos en los Grupos, excepto para aquellos que se autoexcluyen de los Grupos de indemnización por daños.

### 3. ¿Cuál es el estado actual de la demanda?

La demanda continúa contra los Demandados por infracciones de las leyes antimonopolio federales relacionadas con la venta del Sunday Ticket de la NFL, con un juicio programado para el 22 de febrero de 2024.

### 4. ¿Hay alguna suma de dinero disponible ahora?

No hay dinero ni beneficios disponibles ahora porque la demanda no se ha resuelto. No hay ninguna garantía de que alguna vez se obtenga dinero o beneficios. Si la hubiera, se emitirá un aviso por separado sobre cómo solicitar una parte de cualquier posible dinero o beneficios.

## DETERMINAR SI USTED ES MIEMBRO DEL GRUPO

**5.     ¿Cómo sé si soy miembro de uno o más de los Grupos?**

El Tribunal ha certificado dos grupos de indemnización por daños y perjuicios y dos grupos de medidas cautelares en este litigio (en conjunto, "los Grupos"), compuestos por suscriptores residenciales y suscriptores comerciales del Sunday Ticket.

**Grupos de indemnización por daños:**

- **Grupo de indemnización por daños residenciales**: Todos los suscriptores residenciales de DIRECTV que compraron el Sunday Ticket de la NFL en cualquier momento entre el 17 de junio de 2011 y el 7 de febrero de 2023.
- **Grupo de indemnización por daños comerciales**: Todos los suscriptores comerciales de DIRECTV que compraron el Sunday Ticket de la NFL en cualquier momento entre el 17 de junio de 2011 y el 7 de febrero de 2023.

**Grupos de medidas cautelares**

- **Grupo de medidas cautelares residenciales**: Todos los suscriptores residenciales de DIRECTV que compraron el Sunday Ticket de la NFL en cualquier momento entre el 17 de junio de 2011 y el 7 de febrero de 2023.
- **Grupo de medidas cautelares comerciales**: Todos los suscriptores comerciales de DIRECTV que compraron el Sunday Ticket de la NFL en cualquier momento entre el 17 de junio de 2011 y el 7 de febrero de 2023.

**6.     ¿Quién está excluido de los Grupos?**

Los Grupos excluyen a personas o entidades comerciales que solo recibieron el Sunday Ticket de la NFL de forma gratuita, por ejemplo, como parte del programa de DIRECTV para atraer nuevos clientes, o que compraron el servicio de transmisión de NFLST.tv y no eran suscriptores satelitales de DIRECTV. Los Grupos también excluyen a los Demandados y a cualquiera de sus matrices, subsidiarias o filiales actuales o anteriores. Los Grupos también excluyen a todos los funcionarios judiciales que presiden esta acción y a sus familiares y personal inmediatos, y a cualquier jurado asignado a esta acción.

## SUS OPCIONES COMO MIEMBRO DE GRUPO

**7.     ¿Cuánto dinero recibiré?**

No hay dinero ni beneficios disponibles ahora porque el caso no se ha resuelto. No hay ninguna garantía de que alguna vez se obtenga dinero o beneficios. Si se obtiene, se le notificará sobre cómo solicitar su parte.

**8.     ¿Cuáles son mis opciones como Miembro del grupo?**

Si es miembro del Grupo de indemnización por daños residenciales o el Grupo de indemnización por daños comerciales, podrá excluirse de ese grupo de indemnización por daños. También puede optar por no hacer nada.

No puede excluirse del Grupo de medidas cautelares residenciales o el Grupo de medidas cautelares comerciales y estará vinculado a la sentencia en este litigio con respecto a las medidas cautelares.

### 9. ¿Qué significa solicitar ser excluido del Grupo?

Puede excluirse a sí mismo o a su empresa del Grupo de indemnización por daños residenciales o el Grupo de indemnización por daños comerciales. Si no desea formar parte del Grupo de indemnización por daños residenciales o el Grupo de indemnización por daños comerciales y desea conservar su derecho a demandar a los Demandados por daños en relación con la conducta que fue o podría haberse alegado en *In re: Litigio antimonopolio del "Sunday Ticket" de la Liga Nacional de Fútbol Americano*, entonces debe tomar medidas para eliminarse a usted o a su empresa del Grupo de indemnización por daños residenciales o el Grupo de indemnización por daños comerciales. Esto se denomina excluirse del, o "renunciar" al Grupo de indemnización por daños residenciales o al Grupo de indemnización por daños comerciales. Si se excluye, usted o su empresa no recibirán ningún pago potencial ni nada más del Grupo de indemnización por daños residenciales o el Grupo de indemnización por daños comerciales.

No puede excluirse a sí mismo o a su empresa del Grupo de medidas cautelares residenciales o del Grupo de medidas cautelares comerciales.

### 10. ¿Cómo puedo excluirme del Grupo de indemnización por daños residenciales o del Grupo de indemnización por daños comerciales?

Para excluirse a sí mismo o a su empresa del Grupo de indemnización por daños residenciales o del Grupo de indemnización por daños comerciales, debe enviar una carta por correo postal o correo electrónico en la que se indique que desea ser excluido. Debe incluir su nombre, nombre comercial (si corresponde), dirección, número de teléfono, correo electrónico y firma, y una declaración de que desea excluirse a sí mismo o su empresa del Grupo de indemnización por daños residenciales o del Grupo de indemnización por daños comerciales. No puede excluirse a sí mismo o a su empresa por teléfono. Debe enviar por correo postal o correo electrónico su solicitud de exclusión con sello postal no posterior al 8 de octubre de 2023 a:

*In Re: Litigio antimonopolio del "Sunday Ticket" de la Liga Nacional de Fútbol Americano*

c/o JND Legal Administration<br>
PO Box 91316<br>
Seattle, WA 98111<br>
info@NFLSundayTicketLawsuit.com

A menos que se excluya a sí mismo o a su empresa, usted o su empresa estarán vinculados por el resultado del caso. No podrá presentar una demanda o formar parte de cualquier otra demanda que alegue reclamaciones contra los Demandados en relación con las reclamaciones y alegaciones objetivas que se hayan presentado o podrían haberse presentado en esta demanda.

### 11. ¿Cuál es la importancia legal de excluirme a mí mismo o a mi empresa?

Si se excluye a sí mismo o a su empresa, se reserva el derecho de presentar su propia demanda contra los Demandados por daños relacionados con las reclamaciones y alegaciones objetivas que se hayan presentado o puedan haberse presentado en esta acción.

**12.    Si no excluyo a mi empresa o mi persona, ¿puedo demandar después?**

No. A menos que se excluya a sí mismo o su empresa, usted o su empresa estarán vinculados por el resultado del caso. No podrá presentar una demanda o formar parte de cualquier otra demanda que alegue reclamaciones contra los Demandados en relación con las reclamaciones y alegaciones objetivas que se hayan presentado o podrían haberse presentado en esta demanda.

**13.    ¿Puedo excluirme del Grupo de medidas cautelares residenciales o del Grupo de medidas cautelares comerciales?**

No. No puede excluirse a sí mismo o a su empresa del Grupo de medidas cautelares residenciales o del Grupo de medidas cautelares comerciales. Estos grupos no solicitan ninguna indemnización por daño monetario a los Demandados. Dichos grupos solo buscan medidas cautelares, *es decir*, buscan modificar la conducta de los Demandados.

## SI NO HICIERA NADA

**14.    ¿Qué ocurre si no hago nada?**

Si no hace nada, estará vinculado por el resultado de esta demanda. Si usted permanece en el Grupo de indemnización por daños residenciales o el Grupo de indemnización por daños comerciales y los Demandantes obtienen dinero u otro valor de esta demanda, ya sea como resultado de cualquier resolución, juicio o acuerdo aprobado por el Tribunal, usted puede calificar para un pago. Salvo que usted o su empresa se excluyan, no podrán presentar una demanda o a formar parte de cualquier otro caso que alegue reclamaciones contra los Demandados en relación con las reclamaciones y alegaciones objetivas que se hayan presentado o podrían haberse presentado en esta demanda.

## LOS ABOGADOS QUE LO REPRESENTAN

**15.    ¿Tengo un abogado que representa mis intereses en esta demanda colectiva?**

Sí. El Tribunal ha designado abogados para que lo representasen a usted y a otros miembros de los Grupos. Estos abogados se denominan los Abogados adjuntos de los Demandantes. No se le cobrará de forma individual por los servicios de estos abogados.

| LOS ABOGADOS QUE LO REPRESENTAN | | |
|---|---|---|
| Marc M. Seltzer<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>(310) 789-3100 | Scott Martin<br>**HAUSFELD LLP**<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>(646) 357-1100 | Howard Langer<br>**LANGER GROGAN AND DIVER PC**<br>1717 Arch Street, Suite 4020<br>Philadelphia, PA 19103<br>(215) 320-5660 |

**16.       ¿Cómo se compensará a los abogados?**
**¿Recibirán un incentivo los Demandantes nombrados?**

En el caso de una sentencia contra los Demandados después del juicio o un acuerdo, los Abogados adjuntos de los Demandantes solicitarán al Tribunal que apruebe y otorgue los honorarios y gastos de abogados incurridos en relación con el litigio. También pueden solicitar laudos por servicio o "incentivo" para los Representantes del Grupo. El importe de estos honorarios, costes y laudos será determinado en última instancia por el Tribunal.

**17.       ¿Debo contratar a mi propio abogado?**

No es necesario que contrate a su propio abogado, pero si contrata a un abogado para que hable en su nombre o de su empresa o comparezca ante un tribunal, su abogado debe presentar una notificación de comparecencia. Si desea contratar a su propio abogado, tendrá que pagarle.

## OBTENER MÁS INFORMACIÓN

**18.       ¿Dónde obtengo más información?**

Este Aviso contiene un resumen de las presentaciones y órdenes judiciales pertinentes. Las copias completas de alegatos públicos, resoluciones judiciales y otras presentaciones están disponibles para su revisión y copia en la oficina del secretario o en línea en https://pacer.uscourts.gov. La dirección es U.S. District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012. El juez principal Philip S. Gutiérrez del Tribunal de Distrito de los Estados Unidos para el Distrito Central de California está llevando esta demanda colectiva.

*No se comunique con el Tribunal ni con el juez Gutiérrez.*

**19.       ¿Debo ponerme en contacto con los Demandados?**

No. Los Demandados no pueden proporcionarle asesoramiento legal con respecto a sus opciones en esta demanda.

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

*Puede encontrar información adicional sobre la demanda colectiva en www.NFLSundayTicketLawsuit.com, o puede llamar al número gratuito del Administrador de avisos al 866-848-0814.*

CON FECHA DEL: 10 de Julio de 2023.

                        ORDEN DEL TRIBUNAL DE DISTRITO DE
                        LOS ESTADOS UNIDOS DE NORTEAMÉRICA
                        PARA EL DISTRITO CENTRAL DE CALIFORNIA