Case 2:15-ml-02668-PSG-SK   Document 1065   Filed 11/09/23   Page 1 of 6   Page ID #:42560



**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



FILED
CLERK, U.S. DISTRICT COURT
NOV - 9 2023
CENTRAL DISTRICT OF CALIFORNIA
BY MMC  DEPUTY

2:15 ml 2668

(PSG)



NIXIE   910   5E   1   7211/07/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299
2347N311230-01374

Case: 2:15ml2668   Doc: 1052

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36816346@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-SK In re National Football Leagues Sunday Ticket Antitrust Litigation Notice (Other) Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/1/2023 at 11:37 AM PDT and filed on 11/1/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-SK |
| **Filer:** | |
| **Document Number:** | 1052 |

**Docket Text:**
**RECEIPT RE: IN CAMERA SUBMISSION (ECF [1032]) by Magistrate Judge Steve Kim. Clerk returned thumb drive containing in camera documents as described in the Notice of Manual Lodging (ECF [1032]) to NFL Defendants. NFL's counsel is ordered to retain the thumb drive in its submitted form for the record until the conclusion of this case including any appeal. (clee)**

**2:15-ml-02668-PSG-SK Notice has been electronically mailed to:**
Alexander M Schack    alexschack@schacklawgroup.com, alexschack@amslawoffice.com
Alfredo Torrijos    at@haffnerlawyers.com
Amanda M Steiner    asteiner@terrellmarshall.com, 8682118420@filings.docketbird.com, docketrequests@terrellmarshall.com, filing@terrellmarshall.com, hbrown@terrellmarshall.com, hrota@terrellmarshall.com, jnuss@terrellmarshall.com
Amid T Bahadori    atb@bahadorilaw.com
Anastasia M. Pastan    apastan@wilkinsonstekloff.com
Armstead C. Lewis    alewis@susmangodfrey.com
Arnold C. Wang    arnold@aswtlawyers.com, jessica@asstlawyers.com, ladonna@asstlawyers.com, maricela@asstlawyers.com
Arthur J Burke    arthur.burke@davispolk.com
Arthur M Murray    amurray@murray-lawfirm.com, aonstott@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, thorne@murray-lawfirm.com
Beth A. Wilkinson    bwilkinson@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com,

cli@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com
Bethany M. Stevens  bstevens@wscllp.com
Betsy C Manifold  manifold@whafh.com, donovan@whafh.com, fileclerk@whafh.com
Blake Neal  bneal@wilkinsonstekloff.com
Brian C. Gudmundson  brian.gudmundson@zimmreed.com
Brian D Penny  penny@lawgsp.com
Brian L. Stekloff  bstekloff@wilkinsonstekloff.com
Brittany DeJong  bdejong@bzbm.com, nmadden@bzbm.com
Bryan L Bleichner  bbleichner@chestnutcambronne.com, bryan-bleichner-3599@ecf.pacerpro.com, dstanek@chestnutcambronne.com, pkrzeski@chestnutcambronne.com
Bryan Matthew Thomas  bthomas@macdonaldcody.com
Caleb Marker  Caleb.Marker@zimmreed.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com, josephine.lu@zimmreed.com
Carl Malmstrom  malmstrom@whafh.com
Carter E. Greenbaum  cgreenbaum@paulweiss.com
Christina H Connolly Sharp  dsharp@girardsharp.com, 8388361420@filings.docketbird.com, avongoetz@girardsharp.com
Christopher L Lebsock  clebsock@hausfeldllp.com, ischer@hausfeld.com
Christopher P. Ridout  christopher.p.ridout@gmail.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com, josephine.lu@zimmreed.com, sabine.king@zimmreed.com
Daniel Brett Rehns  drehns@hrsclaw.com
Daniel J. Mogin  dmogin@moginrubin.com, jchatfield@moginrubin.com, jwilliams@moginrubin.com, ngeraci@moginrubin.com, sbuack@moginrubin.com, sejercito@moginrubin.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com
Daniel M. Petrocelli  dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Daniel R Karon  dkaron@karonllc.com, bhollowell@karonllc.com, cgood@karonllc.com
Derek Ludwin  dludwin@cov.com
Edward Diver  ndiver@langergrogan.com
Eliot F. Krieger  ekrieger@skt.law, rrobitaille@skt.law
Emily C. Curran-Huberty  emily.curran-huberty@mto.com, aileen.beltran@mto.com
Eric S Hochstadt  eric.hochstadt@weil.com, eric-hochstadt-1174@ecf.pacerpro.com, mco.ecf@weil.com, nymao@ecf.pacerpro.com
Eugene A Spector  espector@srkattorneys.com
Farhad Mirzadeh  fmirzadeh@hausfeld.com
Fred Taylor Isquith  isquithlaw@gmail.com
Garrett D Blanchfield , Jr  g.blanchfield@rwblawfirm.com, k.schulte@rwblawfirm.com, r.yard@rwblawfirm.com
Gary F Lynch  Gary@lcllp.com, dan@lcllp.com, ecf@lcllp.com, jamisen@lcllp.com
Gordon M Fauth , Jr  gmf@classlitigation.com
Gregg H Levy  glevy@cov.com
Hart L. Robinovitch  hlr@zimmreed.com
Heidi M Silton  hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, hxbareentto@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Howard Langer  courtnotices@langergrogan.com, hlanger@langergrogan.com
Ian Simmons  isimmons@omm.com, ian-simmons-4931@ecf.pacerpro.com
Ian M Gore  igore@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com, ecf-67c2cc05d65a@ecf.pacerpro.com, jgrounds@susmangodfrey.com
James B. Zouras  jzouras@stephanzouras.com, esantana@stephanzouras.com, hhudson@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com

Jay Cohen   jaycohen@paulweiss.com
Jayne A Goldstein   jagoldstein@millershah.com, pleadings@millershah.com
Jeffrey A. N. Kopczynski   jkopczynski@omm.com
Jeffrey L Spector   jspector@srkattorneys.com
Jeffrey S. Goldenberg   jgoldenberg@gs-legal.com, cpence@gs-legal.com, svaaler@gs-legal.com
Jenna H. Pavelec   jpavelec@wilkinsonstekloff.com
Jennifer Pafiti   jpafiti@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, ashmatkova@pomlaw.com, disaacson@pomlaw.com, egoodman@pomlaw.com, jalieberman@pomlaw.com, jlopiano@pomlaw.com, mtjohnston@pomlaw.com, tprzybylowski@pomlaw.com, tsayre@pomlaw.com
Jeremy S. Barber   jbarber@wilkinsonstekloff.com
Jodie Williams   jwilliams@moginrubin.com
John D Radice   jradice@radicelawfirm.com
John E Schmidtlein   jschmidtlein@wc.com, john-schmidtlein-5892@ecf.pacerpro.com
John E. Sindoni   jsindoni@bonizack.com
John S. Playforth   jplayforth@cov.com, docketing@cov.com
Jonathan M. Jagher   jjagher@fklmlaw.com
Joshua Branden Swigart   josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Joshua D. Snyder   jsnyder@bonizack.com
Justin Mungai   jmungai@wilkinsonstekloff.com
Karen H Riebel   Khriebel@locklaw.com, amraak@locklaw.com, atajagbusi@locklaw.com, crjohnson@locklaw.com, lgn-khriebel@ecf.courtdrive.com
Katrina M Robson   krobson@willkie.com, maodc1@willkie.com
Kenneth B Pickle   KPickle@radicelawfirm.com
Kevin P. Trainer   ktrainer@langergrogan.com, 9263800420@filings.docketbird.com, courtnotices@langergrogan.com
Lee Albert   lalbert@glancylaw.com
Lesley E Weaver   lweaver@bfalaw.com, jlaw@bfalaw.com, lesley-weaver-4669@ecf.pacerpro.com
Lionel Zevi Glancy   lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
M. Randall Oppenheimer   roppenheimer@omm.com, m-randall-oppenheimer-5053@ecf.pacerpro.com
Marc H Edelson   medelson@edelson-law.com
Marc I Gross   migross@pomlaw.com
Marc M Seltzer   mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com
Marisa C. Livesay   mlivesay@bzbm.com, fileclerk@whafh.com
Mark A Wendorf   m.wendorf@rwblawfirm.com
Mark S Goldman   goldman@lawgsp.com
Matthew C De Re   matt@attorneyzim.com, firm@attorneyzim.com, tom@attorneyzim.com
Max J. Warren   mwarren@wilkinsonstekloff.com
Melinda A Nicholson   melinda.nicholson@ksfcounsel.com, Bronwyn.Gibson@ksfcounsel.com
Michael J Boni   mboni@bonizack.com
Mickel M. Arias   mike@aswtlawyers.com, jessica@aswtlawyers.com, ladonna@aswtlawyers.com, maricela@aswtlawyers.com, mayra@aswtlawyers.com
Natasha Naraghi Serino   natashaserino@schacklawgroup.com, AMontiel@schacklaw.group, natashaserino@amslawoffice.com, taretta@schacklawgroup.com
Neema Trivedi Sahni   nsahni@cov.com, achristian@cov.com, dlistengourt@cov.com, docketing@cov.com, jplayforth@cov.com, SLahrPastor@cov.com
Patrick J Somers   psomers@kbkfirm.com, crossi@kbkfirm.com, tvaldezco@kbkfirm.com
Peter Leckman   pleckman@langergrogan.com

Rachele R Byrd     byrd@whafh.com, fileclerk@whafh.com
Rakesh N. Kilaru     rkilaru@wilkinsonstekloff.com
Ramzi Abadou     ramzi.abadou@ksfcounsel.com
Richard A Koffman     rkoffman@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com
Richard A Lockridge     ralockridge@locklaw.com, bmemmons@locklaw.com
Robert J Larocca     rlarocca@kohnswift.com
Robert S Kitchenoff     kitchenoff@wka-law.com
Rosemary M Rivas     rmr@classlawgroup.com, 2746730420@filings.docketbird.com
Ryan F. Stephan     rstephan@stephanzouras.com, esantana@stephanzouras.com, hhudson@stephanzouras.com, ivolquez@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com
Samuel Maida     smaida@hausfeld.com
Samuel M Ward     sward@barrack.com, cfessia@barrack.com, gohara@barrack.com, sbasser@barrack.com
Sara F Khosroabadi     sara@kandhlawgroup.com, efile@kandhlawgroup.com
Sathya S Gosselin     sgosselin@hausfeld.com
Scott Allan Martin     smartin@hausfeld.com
Scott M Grzenczyk     scottg@girardsharp.com, 7488696420@filings.docketbird.com, avongoetz@girardsharp.com
Seth Ard     sard@susmangodfrey.com, ecf-7bb0ee8b6051@ecf.pacerpro.com, rthomas@susmangodfrey.com
Seyed Abbas Kazerounian     ak@kazlg.com, mona@kazlg.com
Shawn M. Larsen     slarsen@larsennaddour.com
Stephen R Basser     sbasser@barrack.com, cfessia@barrack.com, gohara@barrack.com
Thomas A. Zimmerman , Jr     tom@attorneyzim.com, firm@attorneyzim.com
Thomas H Burt     burt@whafh.com
Tracy D Rezvani     tracy@rezvanilaw.com
Tyler M. Finn     tfinn@susmangodfrey.com, mguido@susmangodfrey.com
Whitney E Street     WhitneySt@hbsslaw.com, whitney-street-0082@ecf.pacerpro.com
William C Carmody     bcarmody@susmangodfrey.com, lnand@susmangodfrey.com
William G Caldes     Bcaldes@srkattorneys.com
Yehudah L Buchweitz     yehudah.buchweitz@weil.com, mco.ecf@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com

**2:15-ml-02668-PSG-SK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802
James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis, MN 55403
Roger A Sachar , Jr
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York, NY 10036

The following document(s) are associated with this transaction: