**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



FILED
CLERK, U.S. DISTRICT COURT
NOV 1 3 2023
CENTRAL DISTRICT OF CALIFORNIA
BY MMC DEPUTY

2:15 ml 2668

(PSG)



RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 1 3 2023
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

NIXIE 061 72 1 0211/03/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Case: 2:15ml2668  Doc: 999

Roger A Sachar                                             Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36656315@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion for Leave to File Document Under Seal Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/4/2023 at 1:56 PM PDT and filed on 10/3/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-JEM |
| **Filer:** | |
| **Document Number:** | 999 |

**Docket Text:**
**ORDER REGARDING THE NFL DEFENDANTS APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL [990] by Judge Philip S. Gutierrez. Pending before the Court is the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application. IT IS HEREBY ORDERED that the following documents are to be filed under seal: The sealed Declaration of Jenna H. Pavelec in Support of the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal. (See document for further details) (yl)**

**2:15-ml-02668-PSG-JEM Notice has been electronically mailed to:**
John S. Playforth     jplayforth@cov.com, docketing@cov.com
Robert S Kitchenoff    kitchenoff@wka-law.com
Eliot F. Krieger    rrobitaille@skt.law, ekrieger@skt.law
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, 8682118420@filings.docketbird.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Tyler M. Finn    tfinn@susmangodfrey.com, mguido@susmangodfrey.com
Peter Leckman    pleckman@langergrogan.com

Jonathan M. Jagher    jjagher@fklmlaw.com
Scott Allan Martin    smartin@hausfeld.com
Natasha Naraghi Serino    natashaserino@schacklawgroup.com, natashaserino@amslawoffice.com, taretta@schacklawgroup.com, amontiel@schacklaw.group
Marc H Edelson    medelson@edelson-law.com
Max J. Warren    mwarren@wilkinsonstekloff.com
Anastasia M. Pastan    apastan@wilkinsonstekloff.com
Neema Trivedi Sahni    jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Shawn M. Larsen    slarsen@larsennaddour.com
Mickel M. Arias    mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli    dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver    ndiver@langergrogan.com
Carl Malmstrom    malmstrom@whafh.com
Thomas A. Zimmerman    tom@attorneyzim.com, firm@attorneyzim.com
Christina H Connolly Sharp    8388361420@filings.docketbird.com, avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector    jspector@srkattorneys.com
Caleb Marker    josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com
Mark S Goldman    goldman@lawgsp.com
Armstead C. Lewis    alewis@susmangodfrey.com
Hart L. Robinovitch    hlr@zimmreed.com
Carter E. Greenbaum    cgreenbaum@paulweiss.com
John D Radice    jradice@radicelawfirm.com
Alexander M Schack    alexschack@amslawoffice.com, alexschack@schacklawgroup.com
Katrina M Robson    krobson@willkie.com, maodc1@willkie.com
Rachele R Byrd    fileclerk@whafh.com, byrd@whafh.com
Marisa C. Livesay    fileclerk@whafh.com, mlivesay@bzbm.com
Marc I Gross    migross@pomlaw.com
Stephen R Basser    gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com
Fred Taylor Isquith    isquithlaw@gmail.com
Garrett D Blanchfield    g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge    ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody    lnand@susmangodfrey.com, bcarmody@susmangodfrey.com
Jenna H. Pavelec    jpavelec@wilkinsonstekloff.com
James B. Zouras    kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
Gregg H Levy    glevy@cov.com
Eugene A Spector    espector@srkattorneys.com
Thomas H Burt    burt@whafh.com
Sara F Khosroabadi    sara@kandhlawgroup.com, efile@kandhlawgroup.com
Ian M Gore    ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz    mco.ecf@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com
Beth A. Wilkinson    bwilkinson@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com,

jbarber@wilkinsonstekloff.com
Daniel R Karon   bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com
Derek Ludwin   dludwin@cov.com
Brian L. Stekloff   bstekloff@wilkinsonstekloff.com
Brittany DeJong   bdejong@bzbm.com, nmadden@bzbm.com
Jeffrey S. Goldenberg   svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com
Ramzi Abadou   ramzi.abadou@ksfcounsel.com
Arthur J Burke   arthur.burke@davispolk.com
Gary F Lynch   jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com
Lee Albert   lalbert@glancylaw.com
John E Schmidtlein   john-schmidtlein-5892@ecf.pacerpro.com, jschmidtlein@wc.com
William G Caldes   bcaldes@srkattorneys.com
Robert J Larocca   rlarocca@kohnswift.com
Jeffrey A. N. Kopczynski   jkopczynski@omm.com
Bethany M. Stevens   bstevens@wscllp.com
Michael J Boni   mboni@bonizack.com
Amid T Bahadori   atb@bahadorilaw.com
Kevin P. Trainer   ktrainer@langergrogan.com, courtnotices@langergrogan.com, 9263800420@filings.docketbird.com
Jay Cohen   jaycohen@paulweiss.com
Justin Mungai   jmungai@wilkinsonstekloff.com
Ryan F. Stephan   malmeida@stephanzouras.com, kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com, rstephan@stephanzouras.com, ivolquez@stephanzouras.com
Arthur M Murray   aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com, thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com
Mark A Wendorf   m.wendorf@rwblawfirm.com
Christopher P. Ridout   christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com, 5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com
Rakesh N. Kilaru   rkilaru@wilkinsonstekloff.com
Brian C. Gudmundson   brian.gudmundson@zimmreed.com
Sathya S Gosselin   sgosselin@hausfeld.com
Rosemary M Rivas   2746730420@filings.docketbird.com, rmr@classlawgroup.com
Joshua D. Snyder   jsnyder@bonizack.com
Farhad Mirzadeh   fmirzadeh@hausfeld.com
John E. Sindoni   jsindoni@bonizack.com
Daniel J. Mogin   jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com, ngeraci@moginrubin.com, jchatfield@moginrubin.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com
Joshua Branden Swigart   josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Karen H Riebel   amraak@locklaw.com, atajagbusi@locklaw.com, lgn-khriebel@ecf.courtdrive.com, crjohnson@locklaw.com, khriebel@locklaw.com
Jodie Williams   jwilliams@moginrubin.com
Matthew C De Re   tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com
Lesley E Weaver   jlaw@bfalaw.com, lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com

Seth Ard   ecf-7bb0ee8b6051@ecf.pacerpro.com, sard@susmangodfrey.com, rthomas@susmangodfrey.com
Samuel M Ward   gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com,

sward@barrack.com
Jayne A Goldstein     pleadings@millershah.com, jagoldstein@millershah.com
Whitney E Street      whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty    aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt     mco.ecf@weil.com, nymao@ecf.pacerpro.com, eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos      at@haffnerlawyers.com
Jeremy S. Barber      jbarber@wilkinsonstekloff.com
Kenneth B Pickle      kpickle@radicelawfirm.com
Gordon M Fauth       gmf@classlitigation.com
Samuel Maida        smaida@hausfeld.com
Patrick J Somers      tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns    drehns@hrsclaw.com
Blake Neal         bneal@wilkinsonstekloff.com
Betsy C Manifold     fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Melinda A Nicholson   bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer       mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com
Bryan Matthew Thomas    bthomas@macdonaldcody.com
Lionel Zevi Glancy     lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer       hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner     pkrzeski@chestnutcambronne.com, rlee@chestnutcambronne.com, bbleichner@chestnutcambronne.com
Arnold C. Wang       jessica@asstlawyers.com, arnold@aswtlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com
Christopher L Lebsock    clebsock@hausfeldllp.com, ischer@hausfeld.com
Tracy D Rezvani      tracy@rezvanilaw.com
M. Randall Oppenheimer    m-randall-oppenheimer-5053@ecf.pacerpro.com, roppenheimer@omm.com
Richard A Koffman     rkoffman@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com
Heidi M Silton       hxbareentto@locklaw.com, hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian    ak@kazlg.com, mona@kazlg.com

**2:15-ml-02668-PSG-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach CA 90802
USA
Gregory E Woodard
Woodard Legal PC
7700 Irvine Center Drive Suite 800
PMB 156
Irvine CA 92618
Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036
James W Anderson
Heins Mills and Olson PLC

310 Clifton Avenue
Minneapolis MN 55403