Case: 2:15-ml-02668-PSG-SK   Document 1068   Filed 11/13/23   Page 1 of 3   Page ID #:42576

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:15ml2668   Doc: 1053

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

FILED
CLERK, U.S. DISTRICT COURT
NOV 13 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ASH   DEPUTY

-R-T-S-   908025247-1N   11/08/23

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

2:15ml2668
PSG



Case: 2:15ml2668  Doc: 1053

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<36816418@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-SK In re National Football Leagues Sunday Ticket Antitrust Litigation Text Only Scheduling Notice
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/1/2023 at 11:42 AM PDT and filed on 11/1/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-SK |
| **Filer:** | |
| **Document Number:** | 1053(No document attached) |

**Docket Text:**
**TEXT ONLY ENTRY by Judge Philip S. Gutierrez The Court advances the hearing date of the Motion to Enforce the Court's August 11, 2022 Order and to Permit Plaintiffs to Take Depositions Regarding the New Sunday Ticket Agreements [1009] to 11/09/2023 at 1:30 PM before Judge Philip S. Gutierrez. Counsel shall take notice of this advanced date. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kd) TEXT ONLY ENTRY**

**2:15-ml-02668-PSG-SK Notice has been electronically mailed to:**
Alexander M Schack    alexschack@schacklawgroup.com, alexschack@amslawoffice.com
Alfredo Torrijos    at@haffnerlawyers.com
Amanda M Steiner    asteiner@terrellmarshall.com, 8682118420@filings.docketbird.com, docketrequests@terrellmarshall.com, filing@terrellmarshall.com, hbrown@terrellmarshall.com, hrota@terrellmarshall.com, jnuss@terrellmarshall.com
Amid T Bahadori    atb@bahadorilaw.com
Anastasia M. Pastan    apastan@wilkinsonstekloff.com
Armstead C. Lewis    alewis@susmangodfrey.com
Arnold C. Wang    arnold@aswtlawyers.com, jessica@asstlawyers.com, ladonna@asstlawyers.com, maricela@asstlawyers.com
Arthur J Burke    arthur.burke@davispolk.com
Arthur M Murray    amurray@murray-lawfirm.com, aonstott@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, thorne@murray-lawfirm.com