**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



2:15ml2668

(PSG)







Case: 2:15ml2668  Doc: 1021

Roger A Sachar                                    Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36740968@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-SK In re National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion for Leave to File Document Under Seal Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/19/2023 at 9:59 AM PDT and filed on 10/18/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-SK |
| **Filer:** | |
| **Document Number:** | 1021 |

**Docket Text:**
**ORDER GRANTING PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL by Magistrate Judge Steve Kim: granting [1005] APPLICATION to Seal Document(s). (see document for details) (hr)**

**2:15-ml-02668-PSG-SK Notice has been electronically mailed to:**
John S. Playforth    jplayforth@cov.com, docketing@cov.com
Robert S Kitchenoff    kitchenoff@wka-law.com
Eliot F. Krieger    rrobitaille@skt.law, ekrieger@skt.law
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, 8682118420@filings.docketbird.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Tyler M. Finn    tfinn@susmangodfrey.com, mguido@susmangodfrey.com
Peter Leckman    pleckman@langergrogan.com
Jonathan M. Jagher    jjagher@fklmlaw.com
Scott Allan Martin    smartin@hausfeld.com
Natasha Naraghi Serino    natashaserino@schacklawgroup.com, natashaserino@amslawoffice.com, taretta@schacklawgroup.com, amontiel@schacklaw.group

Marc H Edelson   medelson@edelson-law.com
Max J. Warren   mwarren@wilkinsonstekloff.com
Anastasia M. Pastan   apastan@wilkinsonstekloff.com
Neema Trivedi Sahni   jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Shawn M. Larsen   slarsen@larsennaddour.com
Mickel M. Arias   mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli   dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver   ndiver@langergrogan.com
Carl Malmstrom   malmstrom@whafh.com
Thomas A. Zimmerman   tom@attorneyzim.com, firm@attorneyzim.com
Christina H Connolly Sharp   8388361420@filings.docketbird.com, avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector   jspector@srkattorneys.com
Caleb Marker   josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com
Mark S Goldman   goldman@lawgsp.com
Armstead C. Lewis   alewis@susmangodfrey.com
Hart L. Robinovitch   hlr@zimmreed.com
Carter E. Greenbaum   cgreenbaum@paulweiss.com
John D Radice   jradice@radicelawfirm.com
Alexander M Schack   alexschack@amslawoffice.com, alexschack@schacklawgroup.com
Katrina M Robson   krobson@willkie.com, maodc1@willkie.com
Rachele R Byrd   fileclerk@whafh.com, byrd@whafh.com
Marisa C. Livesay   fileclerk@whafh.com, mlivesay@bzbm.com
Marc I Gross   migross@pomlaw.com
Stephen R Basser   gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com
Fred Taylor Isquith   isquithlaw@gmail.com
Garrett D Blanchfield   g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge   ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody   lnand@susmangodfrey.com, bcarmody@susmangodfrey.com
Jenna H. Pavelec   jpavelec@wilkinsonstekloff.com
James B. Zouras   kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
Gregg H Levy   glevy@cov.com
Eugene A Spector   espector@srkattorneys.com
Thomas H Burt   burt@whafh.com
Sara F Khosroabadi   sara@kandhlawgroup.com, efile@kandhlawgroup.com
Ian M Gore   ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz   mco.ecf@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com
Beth A. Wilkinson   bwilkinson@wilkinsonstekloff.com, cli@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com
Daniel R Karon   bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com
Derek Ludwin   dludwin@cov.com
Brian L. Stekloff   bstekloff@wilkinsonstekloff.com

Brittany DeJong    bdejong@bzbm.com, nmadden@bzbm.com
Jeffrey S. Goldenberg    svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com
Ramzi Abadou    ramzi.abadou@ksfcounsel.com
Arthur J Burke    arthur.burke@davispolk.com
Gary F Lynch    jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com
Lee Albert    lalbert@glancylaw.com
John E Schmidtlein    john-schmidtlein-5892@ecf.pacerpro.com, jschmidtlein@wc.com
William G Caldes    bcaldes@srkattorneys.com
Robert J Larocca    rlarocca@kohnswift.com
Jeffrey A. N. Kopczynski    jkopczynski@omm.com
Bethany M. Stevens    bstevens@wscllp.com
Michael J Boni    mboni@bonizack.com
Amid T Bahadori    atb@bahadorilaw.com
Kevin P. Trainer    ktrainer@langergrogan.com, courtnotices@langergrogan.com, 9263800420@filings.docketbird.com
Jay Cohen    jaycohen@paulweiss.com
Justin Mungai    jmungai@wilkinsonstekloff.com
Ryan F. Stephan    malmeida@stephanzouras.com, kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com, rstephan@stephanzouras.com, ivolquez@stephanzouras.com
Arthur M Murray    aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com, thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com
Mark A Wendorf    m.wendorf@rwblawfirm.com
Christopher P. Ridout    christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com, 5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com
Rakesh N. Kilaru    rkilaru@wilkinsonstekloff.com
Brian C. Gudmundson    brian.gudmundson@zimmreed.com
Sathya S Gosselin    sgosselin@hausfeld.com
Rosemary M Rivas    2746730420@filings.docketbird.com, rmr@classlawgroup.com
Joshua D. Snyder    jsnyder@bonizack.com
Farhad Mirzadeh    fmirzadeh@hausfeld.com
John E. Sindoni    jsindoni@bonizack.com
Daniel J. Mogin    jwilliams@moginrubin.com, dmogin@moginrubin.com, sbuack@moginrubin.com, ngeraci@moginrubin.com, jchatfield@moginrubin.com,
steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, sejercito@moginrubin.com
Joshua Branden Swigart    josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Karen H Riebel    amraak@locklaw.com, atajagbusi@locklaw.com, lgn-khriebel@ecf.courtdrive.com, crjohnson@locklaw.com, khriebel@locklaw.com
Jodie Williams    jwilliams@moginrubin.com
Matthew C De Re    tom@attorneyzim.com, matt@attorneyzim.com, firm@attorneyzim.com
Lesley E Weaver    jlaw@bfalaw.com, lesley-weaver-4669@ecf.pacerpro.com, lweaver@bfalaw.com

Seth Ard    ecf-7bb0ee8b6051@ecf.pacerpro.com, sard@susmangodfrey.com, rthomas@susmangodfrey.com
Samuel M Ward    gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com, sward@barrack.com
Jayne A Goldstein    pleadings@millershah.com, jagoldstein@millershah.com
Whitney E Street    whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty    aileen.beltran@mto.com, emily.curran-huberty@mto.com

Eric S Hochstadt  mco.ecf@weil.com, nymao@ecf.pacerpro.com, eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos  at@haffnerlawyers.com
Jeremy S. Barber  jbarber@wilkinsonstekloff.com
Kenneth B Pickle  kpickle@radicelawfirm.com
Gordon M Fauth  gmf@classlitigation.com
Samuel Maida  smaida@hausfeld.com
Patrick J Somers  tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns  drehns@hrsclaw.com
Blake Neal  bneal@wilkinsonstekloff.com
Betsy C Manifold  fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Melinda A Nicholson  bronwyn.gibson@ksfcounsel.com, melinda.nicholson@ksfcounsel.com
Marc M Seltzer  mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com
Bryan Matthew Thomas  bthomas@macdonaldcody.com
Lionel Zevi Glancy  lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer  hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner  pkrzeski@chestnutcambronne.com, dstanek@chestnutcambronne.com, bbleichner@chestnutcambronne.com
Arnold C. Wang  jessica@asstlawyers.com, arnold@aswtlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com
Christopher L Lebsock  clebsock@hausfeldllp.com, ischer@hausfeld.com
Tracy D Rezvani  tracy@rezvanilaw.com
M. Randall Oppenheimer  m-randall-oppenheimer-5053@ecf.pacerpro.com, roppenheimer@omm.com
Richard A Koffman  rkoffman@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com
Heidi M Silton  hxbareentto@locklaw.com, hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Seyed Abbas Kazerounian  ak@kazlg.com, mona@kazlg.com

**2:15-ml-02668-PSG-SK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach CA 90802
USA
Gregory E Woodard
Woodard Legal PC
7700 Irvine Center Drive Suite 800
PMB 156
Irvine CA 92618
Roger A Sachar
Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036
James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403