Case 2:15-ml-02668-PSG-SK   Document 1072   Filed 11/20/23   Page 1 of 3   Page ID #:42591

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:15ml2668   Doc: 106

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ASH   DEPUTY

NIXIE   910   SE 1   7211/18/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

2:15ml2668
PSG

Case: 2:15ml2668  Doc: 106

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<21148363@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-BRO-JEM In re National Football Leagues Sunday Ticket Antitrust Litigation Notice of Appearance Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Rezvani, Tracy on 3/15/2016 at 7:35 AM PDT and filed on 3/15/2016

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-BRO-JEM |
| **Filer:** | Duck Duck LLC |
| | Dude N Brah Inc |
| **Document Number:** | 106 |

**Docket Text:**
NOTICE of Appearance filed by attorney Tracy D Rezvani on behalf of Consol Plaintiffs Duck Duck LLC, Dude N Brah Inc (Attachments: # (1) Order, # (2) Text Only Order)(Attorney Tracy D Rezvani added to party Duck Duck LLC(pty:conpla), Attorney Tracy D Rezvani added to party Dude N Brah Inc(pty:conpla))(Rezvani, Tracy)

**2:15-ml-02668-BRO-JEM Notice has been electronically mailed to:**
Adam M Tamburelli    atamburelli@sullivankrieger.com, ltom@sullivankrieger.com
Alfredo Torrijos    alfredo@asstlawyers.com
Amanda M Steiner    as@girardgibbs.com, amv@girardgibbs.com, chc@girardgibbs.com
Amid T Bahadori    atb@bahadorilaw.com
Amy Thomas Brantly    Abrantly@kbslaw.com, Mquiane@kbslaw.com
Arnold C Wang    arnold@asstlawyers.com, jessica@asstlawyers.com, ladonna@asstlawyers.com, maricela@asstlawyers.com
Arthur M Murray    amurray@murray-lawfirm.com
Arun S Subramanian    asubramanian@susmangodfrey.com, ecf-329b86a28024@ecf.pacerpro.com, ecf-aa83a63bc6d9@ecf.pacerpro.com
Beth A Wilkinson    bwilkinson@wilkinsonwalsh.com
Betsy C Manifold    manifold@whafh.com, boyles@whafh.com, cabrera@whafh.com, donovan@whafh.com, loritsch@whafh.com
Bradley Christopher Buhrow    brad.buhrow@zimmreed.com, sabine.king@zimmreed.com
Brian C Gudmundson    brian.gudmundson@zimmreed.com