**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



NIXIE        061  7E  1          0211/14/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD



FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2023
CENTRAL DISTRICT OF CALIFORNIA
BY  mmc  DEPUTY

2:15 ml 2668



(PSG)





RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 20 2023
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Case: 2:15ml2668  Doc: 1034

Roger A Sachar                                      Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36791601@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-SK In re National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion for Leave to File Document Under Seal Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 10/27/2023 at 11:21 AM PDT and filed on 10/25/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-SK |
| **Filer:** | |
| **Document Number:** | 1034 |

**Docket Text:**
**ORDER REGARDING THE NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL [1024] by Judge Philip S. Gutierrez. IT IS HEREBY ORDERED that the following documents are to be filed under seal: The Declaration of Jenna H. Pavelec in Support of the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal. The unredacted version of the NFL Defendants' Memorandum in Opposition to Plaintiffs' Motion to Compel Additional Depositions. The unredacted version of the Declaration of Jeremy S. Barber in Support of the NFL Defendants' Opposition to Plaintiffs' Motion to Compel Additional Depositions. IT IS SO ORDERED. (yl)**

**2:15-ml-02668-PSG-SK Notice has been electronically mailed to:**
John S. Playforth    jplayforth@cov.com, docketing@cov.com
Robert S Kitchenoff    kitchenoff@wka-law.com
Eliot F. Krieger    rrobitaille@skt.law, ekrieger@skt.law
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, 8682118420@filings.docketbird.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Tyler M. Finn    tfinn@susmangodfrey.com, mguido@susmangodfrey.com

Peter Leckman     pleckman@langergrogan.com
Jonathan M. Jagher     jjagher@fklmlaw.com
Scott Allan Martin     smartin@hausfeld.com
Natasha Naraghi Serino     natashaserino@schacklawgroup.com, natashaserino@amslawoffice.com, taretta@schacklawgroup.com, amontiel@schacklaw.group
Marc H Edelson     medelson@edelson-law.com
Max J. Warren     mwarren@wilkinsonstekloff.com
Anastasia M. Pastan     apastan@wilkinsonstekloff.com
Neema Trivedi Sahni     jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com
Shawn M. Larsen     slarsen@larsennaddour.com
Mickel M. Arias     mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com
Daniel M. Petrocelli     dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Edward Diver     ndiver@langergrogan.com
Carl Malmstrom     malmstrom@whafh.com
Thomas A. Zimmerman     tom@attorneyzim.com, firm@attorneyzim.com
Christina H Connolly Sharp     8388361420@filings.docketbird.com, avongoetz@girardsharp.com, dsharp@girardsharp.com
Jeffrey L Spector     jspector@srkattorneys.com
Caleb Marker     josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com
Mark S Goldman     goldman@lawgsp.com
Armstead C. Lewis     alewis@susmangodfrey.com
Hart L. Robinovitch     hlr@zimmreed.com
Carter E. Greenbaum     cgreenbaum@paulweiss.com
John D Radice     jradice@radicelawfirm.com
Alexander M Schack     alexschack@amslawoffice.com, alexschack@schacklawgroup.com
Katrina M Robson     krobson@willkie.com, maodc1@willkie.com
Rachele R Byrd     fileclerk@whafh.com, byrd@whafh.com
Marisa C. Livesay     fileclerk@whafh.com, mlivesay@bzbm.com
Marc I Gross     migross@pomlaw.com
Stephen R Basser     gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com
Fred Taylor Isquith     isquithlaw@gmail.com
Garrett D Blanchfield     g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com
Richard A Lockridge     ralockridge@locklaw.com, bmemmons@locklaw.com
William C Carmody     lnand@susmangodfrey.com, bcarmody@susmangodfrey.com
Jenna H. Pavelec     jpavelec@wilkinsonstekloff.com
James B. Zouras     kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com
Gregg H Levy     glevy@cov.com
Eugene A Spector     espector@srkattorneys.com
Thomas H Burt     burt@whafh.com
Sara F Khosroabadi     sara@kandhlawgroup.com, efile@kandhlawgroup.com
Ian M Gore     ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com
Yehudah L Buchweitz     mco.ecf@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com
Beth A. Wilkinson     bwilkinson@wilkinsonstekloff.com, cli@wilkinsonstekloff.com,

bstekloff@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com,
sundayticket-paras@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com
Daniel R Karon    bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com
Derek Ludwin    dludwin@cov.com
Brian L. Stekloff    bstekloff@wilkinsonstekloff.com
Brittany DeJong    bdejong@bzbm.com, nmadden@bzbm.com
Jeffrey S. Goldenberg    svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com
Ramzi Abadou    ramzi.abadou@ksfcounsel.com
Arthur J Burke    arthur.burke@davispolk.com
Gary F Lynch    jamisen@lcllp.com, ecf@lcllp.com, gary@lcllp.com, dan@lcllp.com
Lee Albert    lalbert@glancylaw.com
John E Schmidtlein    john-schmidtlein-5892@ecf.pacerpro.com, jschmidtlein@wc.com
William G Caldes    bcaldes@srkattorneys.com
Robert J Larocca    rlarocca@kohnswift.com
Jeffrey A. N. Kopczynski    jkopczynski@omm.com
Jennifer Pafiti    jlopiano@pomlaw.com, tprzybylowski@pomlaw.com, egoodman@pomlaw.com,
ashmatkova@pomlaw.com, disaacson@pomlaw.com, mtjohnston@pomlaw.com,
jalieberman@pomlaw.com, ahood@pomlaw.com, tsayre@pomlaw.com, jpafiti@pomlaw.com,
abarbosa@pomlaw.com
Bethany M. Stevens    bstevens@wscllp.com
Michael J Boni    mboni@bonizack.com
Amid T Bahadori    atb@bahadorilaw.com
Kevin P. Trainer    courtnotices@langergrogan.com, ktrainer@langergrogan.com,
9263800420@filings.docketbird.com
Jay Cohen    jaycohen@paulweiss.com
Justin Mungai    jmungai@wilkinsonstekloff.com
Ryan F. Stephan    ivolquez@stephanzouras.com, malmeida@stephanzouras.com,
kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com,
rstephan@stephanzouras.com
Arthur M Murray    aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com,
thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com,
cdimaggio@murray-lawfirm.com
Mark A Wendorf    m.wendorf@rwblawfirm.com
Christopher P. Ridout    christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com,
5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com
Rakesh N. Kilaru    rkilaru@wilkinsonstekloff.com
Brian C. Gudmundson    brian.gudmundson@zimmreed.com
Sathya S Gosselin    sgosselin@hausfeld.com
Rosemary M Rivas    2746730420@filings.docketbird.com, rmr@classlawgroup.com
Joshua D. Snyder    jsnyder@bonizack.com
Farhad Mirzadeh    fmirzadeh@hausfeld.com
John E. Sindoni    jsindoni@bonizack.com
Daniel J. Mogin    jwilliams@moginrubin.com, sbuack@moginrubin.com, ngeraci@moginrubin.com,
steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, dmogin@moginrubin.com,
jchatfield@moginrubin.com, sejercito@moginrubin.com
Joshua Branden Swigart    josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Karen H Riebel    atajagbusi@locklaw.com, lgn-khriebel@ecf.courtdrive.com,
crjohnson@locklaw.com, khriebel@locklaw.com, amraak@locklaw.com
Jodie Williams    jwilliams@moginrubin.com
Matthew C De Re    tom@attorneyzim.com, firm@attorneyzim.com, matt@attorneyzim.com

Lesley E Weaver    lweaver@bfalaw.com, jlaw@bfalaw.com, lesley-weaver-4669@ecf.pacerpro.com

Seth Ard    sard@susmangodfrey.com, ecf-7bb0ee8b6051@ecf.pacerpro.com, rthomas@susmangodfrey.com
Samuel M Ward    cfessia@barrack.com, sward@barrack.com, gohara@barrack.com, sbasser@barrack.com
Jayne A Goldstein    pleadings@millershah.com, jagoldstein@millershah.com
Whitney E Street    whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty    aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt    mco.ecf@weil.com, nymao@ecf.pacerpro.com, eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos    at@haffnerlawyers.com
Jeremy S. Barber    jbarber@wilkinsonstekloff.com
Kenneth B Pickle    kpickle@radicelawfirm.com
Gordon M Fauth    gmf@classlitigation.com
Samuel Maida    smaida@hausfeld.com
Patrick J Somers    tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns    drehns@hrsclaw.com
Blake Neal    bneal@wilkinsonstekloff.com
Betsy C Manifold    fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Melinda A Nicholson    melinda.nicholson@ksfcounsel.com, bronwyn.gibson@ksfcounsel.com
Marc M Seltzer    ecf-67366a65900c@ecf.pacerpro.com, mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com
Bryan Matthew Thomas    bthomas@macdonaldcody.com
Lionel Zevi Glancy    lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer    hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner    bryan-bleichner-3599@ecf.pacerpro.com, bbleichner@chestnutcambronne.com, pkrzeski@chestnutcambronne.com, dstanek@chestnutcambronne.com
Arnold C. Wang    jessica@asstlawyers.com, arnold@aswtlawyers.com, maricela@asstlawyers.com, ladonna@asstlawyers.com
Christopher L Lebsock    ischer@hausfeld.com, clebsock@hausfeldllp.com
Tracy D Rezvani    tracy@rezvanilaw.com
M. Randall Oppenheimer    m-randall-oppenheimer-5053@ecf.pacerpro.com, roppenheimer@omm.com
Richard A Koffman    rkoffman@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com
Heidi M Silton    hxbareentto@locklaw.com, hmsilton@locklaw.com, ctevans@locklaw.com, lgn-hmsilton@ecf.courtdrive.com, hnpotteiger@locklaw.com
Seyed Abbas Kazerounian    ak@kazlg.com, mona@kazlg.com

**2:15-ml-02668-PSG-SK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach CA 90802
USA
Gregory E Woodard
Woodard Legal PC
7700 Irvine Center Drive Suite 800
PMB 156
Irvine CA 92618
Roger A Sachar

Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036
James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403