**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

———

**OFFICIAL BUSINESS**



NEOPOST

FIRST-CLASS

11/08/2023

US POSTAGE $001.5

7211/18/23

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

918 SE 1

NIXIE

FILED
CLERK, U.S. DISTRICT COURT

NOV 20 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _MMC_   DEPUTY



2:15 ml 2668

PSG



Case: 2:15ml2668  Doc: 1060

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<36847113@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-SK In re
National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion to Withdraw as
Attorney Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/7/2023 at 10:27 AM PST and filed on 11/6/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-SK |
| **Filer:** | |
| **Document Number:** | 1060 |

**Docket Text:**
**ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR PLAINTIFF PIZZA PIE AND WING CO. LLC. [1008] by Judge Philip S. Gutierrez. Having considered the motion to withdraw of Shawn M. Larsen of Larsen & Naddour LLP, counsel for Plaintiff Pizza Pie & Wing Co. LLC, any opposition, reply, and other evidence submitted by the parties, the Court hereby: GRANTS the motion and orders that Shawn M. Larsen of Larsen & Naddour LLP are no longer counsel of record in this action. No appearances are necessary on November 17, 2023. (rolm)**

**2:15-ml-02668-PSG-SK Notice has been electronically mailed to:**
John S. Playforth    jplayforth@cov.com, docketing@cov.com
Robert S Kitchenoff    kitchenoff@wka-law.com
Eliot F. Krieger    rrobitaille@skt.law, ekrieger@skt.law
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, 8682118420@filings.docketbird.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Tyler M. Finn    tfinn@susmangodfrey.com, mguido@susmangodfrey.com
Peter Leckman    pleckman@langergrogan.com

Jonathan M. Jagher    jjagher@fklmlaw.com

Scott Allan Martin    smartin@hausfeld.com

Natasha Naraghi Serino    natashaserino@schacklawgroup.com, natashaserino@amslawoffice.com, taretta@schacklawgroup.com, amontiel@schacklaw.group

Marc H Edelson    medelson@edelson-law.com

Max J. Warren    mwarren@wilkinsonstekloff.com

Anastasia M. Pastan    apastan@wilkinsonstekloff.com

Neema Trivedi Sahni    jplayforth@cov.com, nsahni@cov.com, dlistengourt@cov.com, slahrpastor@cov.com, docketing@cov.com, achristian@cov.com

Shawn M. Larsen    slarsen@larsennaddour.com

Mickel M. Arias    mayra@aswtlawyers.com, ladonna@aswtlawyers.com, jessica@aswtlawyers.com, mike@aswtlawyers.com, maricela@aswtlawyers.com

Daniel M. Petrocelli    dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com

Edward Diver    ndiver@langergrogan.com

Carl Malmstrom    malmstrom@whafh.com

Thomas A. Zimmerman    tom@attorneyzim.com, firm@attorneyzim.com

Christina H Connolly Sharp    8388361420@filings.docketbird.com, avongoetz@girardsharp.com, dsharp@girardsharp.com

Jeffrey L Spector    jspector@srkattorneys.com

Caleb Marker    josephine.lu@zimmreed.com, caleb.marker@zimmreed.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com

Mark S Goldman    goldman@lawgsp.com

Armstead C. Lewis    alewis@susmangodfrey.com

Hart L. Robinovitch    hlr@zimmreed.com

Carter E. Greenbaum    cgreenbaum@paulweiss.com

John D Radice    jradice@radicelawfirm.com

Alexander M Schack    alexschack@amslawoffice.com, alexschack@schacklawgroup.com

Katrina M Robson    krobson@willkie.com, maodc1@willkie.com

Rachele R Byrd    fileclerk@whafh.com, byrd@whafh.com

Marisa C. Livesay    fileclerk@whafh.com, mlivesay@bzbm.com

Marc I Gross    migross@pomlaw.com

Stephen R Basser    gohara@barrack.com, sbasser@barrack.com, cfessia@barrack.com

Fred Taylor Isquith    isquithlaw@gmail.com

Garrett D Blanchfield    g.blanchfield@rwblawfirm.com, r.yard@rwblawfirm.com, k.schulte@rwblawfirm.com

Richard A Lockridge    ralockridge@locklaw.com, bmemmons@locklaw.com

William C Carmody    lnand@susmangodfrey.com, bcarmody@susmangodfrey.com

Jenna H. Pavelec    jpavelec@wilkinsonstekloff.com

James B. Zouras    kbowers@stephanzouras.com, malmeida@stephanzouras.com, jzouras@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com

Gregg H Levy    glevy@cov.com

Eugene A Spector    espector@srkattorneys.com

Thomas H Burt    burt@whafh.com

Sara F Khosroabadi    sara@kandhlawgroup.com, efile@kandhlawgroup.com

Ian M Gore    ecf-67c2cc05d65a@ecf.pacerpro.com, igore@susmangodfrey.com, jgrounds@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com

Yehudah L Buchweitz    mco.ecf@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com, yehudah.buchweitz@weil.com

Beth A. Wilkinson    bwilkinson@wilkinsonstekloff.com, cli@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com,

sundayticket-paras@wilkinsonsteffoff.com, jbarber@wilkinsonsteffoff.com
Daniel R Karon    bhollowell@karonllc.com, dkaron@karonllc.com, cgood@karonllc.com
Derek Ludwin    dludwin@cov.com
Kalpana Srinivasan    gfisk@susmangodfrey.com, ecf-28e56f2d9a69@ecf.pacerpro.com,
greg-fisk-8459@ecf.pacerpro.com, ksrinivasan@susmangodfrey.com,
ecf-131869ec243e@ecf.pacerpro.com
Brian L. Stekloff    bstekloff@wilkinsonsteffoff.com
Brittany DeJong    bdejong@bzbm.com, nmadden@bzbm.com
Jeffrey S. Goldenberg    svaaler@gs-legal.com, cpence@gs-legal.com, jgoldenberg@gs-legal.com
Ramzi Abadou    ramzi.abadou@ksfcounsel.com
Arthur J Burke    arthur.burke@davispolk.com
Gary F Lynch    jamisen@lcllp.com, ecf@lcllp.com, sara@lcllp.com, gary@lcllp.com,
dan@lcllp.com
Lee Albert    lalbert@glancylaw.com
John E Schmidtlein    john-schmidtlein-5892@ecf.pacerpro.com, jschmidtlein@wc.com
William G Caldes    bcaldes@srkattorneys.com
Robert J Larocca    rlarocca@kohnswift.com
Jeffrey A. N. Kopczynski    jkopczynski@omm.com
Jennifer Pafiti    jlopiano@pomlaw.com, tprzybylowski@pomlaw.com, egoodman@pomlaw.com,
ashmatkova@pomlaw.com, disaacson@pomlaw.com, mtjohnston@pomlaw.com,
jalieberman@pomlaw.com, ahood@pomlaw.com, tsayre@pomlaw.com, jpafiti@pomlaw.com,
abarbosa@pomlaw.com
Bethany M. Stevens    bstevens@wscllp.com
Michael J Boni    mboni@bonizack.com
Amid T Bahadori    atb@bahadorilaw.com
Kevin P. Trainer    courtnotices@langergrogan.com, ktrainer@langergrogan.com,
9263800420@filings.docketbird.com
Jay Cohen    jaycohen@paulweiss.com
Justin Mungai    jmungai@wilkinsonsteffoff.com
Ryan F. Stephan    ivolquez@stephanzouras.com, malmeida@stephanzouras.com,
kbowers@stephanzouras.com, hhudson@stephanzouras.com, esantana@stephanzouras.com,
rstephan@stephanzouras.com
Arthur M Murray    aonstott@murray-lawfirm.com, amurray@murray-lawfirm.com,
thorne@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, bfisse@murray-lawfirm.com,
cdimaggio@murray-lawfirm.com
Mark A Wendorf    m.wendorf@rwblawfirm.com
Christopher P. Ridout    christopher.p.ridout@gmail.com, josephine.lu@zimmreed.com,
5920479420@filings.docketbird.com, sabine.king@zimmreed.com, docketca@zimmreed.com
Rakesh N. Kilaru    rkilaru@wilkinsonsteffoff.com
Brian C. Gudmundson    brian.gudmundson@zimmreed.com
Sathya S Gosselin    sgosselin@hausfeld.com
Joshua D. Snyder    jsnyder@bonizack.com
Rosemary M Rivas    2746730420@filings.docketbird.com, rmr@classlawgroup.com
Farhad Mirzadeh    fmirzadeh@hausfeld.com
John E. Sindoni    jsindoni@bonizack.com
Daniel J. Mogin    jwilliams@moginrubin.com, sbuack@moginrubin.com, ngeraci@moginrubin.com,
steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com, dmogin@moginrubin.com,
jchatfield@moginrubin.com, sejercito@moginrubin.com
Joshua Branden Swigart    josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Karen H Riebel    atajagbusi@locklaw.com, lgn-khriebel@ecf.courtdrive.com,

crjohnson@locklaw.com, khriebel@locklaw.com, amraak@locklaw.com
Jodie Williams    jwilliams@moginrubin.com
Matthew C De Re    tom@attorneyzim.com, firm@attorneyzim.com, matt@attorneyzim.com
Lesley E Weaver    lweaver@bfalaw.com, jlaw@bfalaw.com, lesley-weaver-4669@ecf.pacerpro.com

Seth Ard    sard@susmangodfrey.com, ecf-7bb0ee8b6051@ecf.pacerpro.com,
rthomas@susmangodfrey.com
Samuel M Ward    cfessia@barrack.com, sward@barrack.com, gohara@barrack.com,
sbasser@barrack.com
Jayne A Goldstein    pleadings@millershah.com, jagoldstein@millershah.com
Whitney E Street    whitney-street-0082@ecf.pacerpro.com, whitneyst@hbsslaw.com
Emily C. Curran-Huberty    aileen.beltran@mto.com, emily.curran-huberty@mto.com
Eric S Hochstadt    mco.ecf@weil.com, nymao@ecf.pacerpro.com,
eric-hochstadt-1174@ecf.pacerpro.com, eric.hochstadt@weil.com
Alfredo Torrijos    at@haffnerlawyers.com
Jeremy S. Barber    jbarber@wilkinsonstekloff.com
Kenneth B Pickle    kpickle@radicelawfirm.com
Gordon M Fauth    gmf@classlitigation.com
Samuel Maida    smaida@hausfeld.com
Patrick J Somers    tvaldezco@kbkfirm.com, crossi@kbkfirm.com, psomers@kbkfirm.com
Daniel Brett Rehns    drehns@hrsclaw.com
Blake Neal    bneal@wilkinsonstekloff.com
Betsy C Manifold    fileclerk@whafh.com, manifold@whafh.com, donovan@whafh.com
Melinda A Nicholson    melinda.nicholson@ksfcounsel.com, bronwyn.gibson@ksfcounsel.com
Marc M Seltzer    ecf-67366a65900c@ecf.pacerpro.com, mseltzer@susmangodfrey.com,
ecf-4d2b1f772250@ecf.pacerpro.com
Bryan Matthew Thomas    bthomas@macdonaldcody.com
Lionel Zevi Glancy    lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
Howard Langer    hlanger@langergrogan.com, courtnotices@langergrogan.com
Bryan L Bleichner    bryan-bleichner-3599@ecf.pacerpro.com, bbleichner@chestnutcambronne.com,
pkrzeski@chestnutcambronne.com, dstanek@chestnutcambronne.com
Arnold C. Wang    jessica@asstlawyers.com, arnold@aswtlawyers.com, maricela@asstlawyers.com,
ladonna@asstlawyers.com
Christopher L Lebsock    ischer@hausfeld.com, clebsock@hausfeldllp.com
Amanda K Bonn    kpalmer@susmangodfrey.com, abonn@susmangodfrey.com,
ecf-562585d2697e@ecf.pacerpro.com
Tracy D Rezvani    tracy@rezvanilaw.com
M. Randall Oppenheimer    m-randall-oppenheimer-5053@ecf.pacerpro.com,
roppenheimer@omm.com
Richard A Koffman    rkoffman@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com
Heidi M Silton    hxbareentto@locklaw.com, hmsilton@locklaw.com, ctevans@locklaw.com,
lgn-hmsilton@ecf.courtdrive.com, hnpotteiger@locklaw.com
Seyed Abbas Kazerounian    ak@kazlg.com, mona@kazlg.com
**2:15-ml-02668-PSG-SK Notice has been delivered by First Class U. S. Mail or by other means**
**BY THE FILER to :**
Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach CA 90802
USA
Roger A Sachar

Morgan and Morgan PC
28 West 44th Street Suite 2001
New York NY 10036
James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis MN 55403