1  Beth A. Wilkinson (admitted *pro hac vice*)
   Brian L. Stekloff (admitted *pro hac vice*)
2  Rakesh N. Kilaru (admitted *pro hac vice*)
   Jeremy S. Barber (admitted *pro hac vice*)
3  **WILKINSON STEKLOFF LLP**
   2001 M Street NW, 10th Floor
4  Washington, DC 20036
   Telephone: (202) 847-4000
5  Facsimile: (202) 847-4005
   bwilkinson@wilkinsonstekloff.com
6  bstekloff@wilkinsonstekloff.com
   rkilaru@wilkinsonstekloff.com
7  jbarber@wilkinsonstekloff.com

8  Gregg H. Levy (admitted *pro hac vice*)
   Derek Ludwin (admitted *pro hac vice*)
9  John S. Playforth (*pro hac vice* pending)
   **COVINGTON & BURLING LLP**
10 One CityCenter, 850 10th Street NW
   Washington, D.C. 20001
11 Telephone: (202) 662-6000
   Facsimile: (202) 778-5429
12 dludwin@cov.com
   jplayforth@cov.com
13
   *Counsel for Defendants National Football*
14 *League, NFL Enterprises LLC, and the*
   *Individual NFL Clubs*
15

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (SKx)<br><br>**JOINT STIPULATION TO USE ELECTRONIC EQUIPMENT**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: December 11, 2023<br>Time: 10:00 a.m.<br>Courtroom: First Street Courthouse<br>           350 West 1st Street<br>           Courtroom 6A<br>           Los Angeles, CA 90012 |

Pursuant to Judge Gutierrez's procedures, Plaintiffs and the NFL Defendants, by and through their respective counsel, hereby stipulate to the use of electronic equipment in the courtroom at the December 11, 2023, hearing on Defendants' Motion for Summary Judgment and Plaintiffs' Motion to Compel Compliance with the Court's August 11, 2022 Order and to Permit Plaintiffs to Take Depositions Regarding the New Sunday Ticket Agreements. The electronic equipment to be used at the hearing may include, but is not limited to, cell phones, tablets, laptop computers, flash drives, presentation remotes and/or clickers with laser pointing devices, and associated cables, power strips, and adaptors. It is further stipulated that the parties and their respective electronic equipment may further make use of and connect to the Court's projectors, monitors, and other existing courtroom equipment to save time when presenting.

**IT IS SO STIPULATED.**

Dated:  November 29, 2023                Respectfully submitted.

/s/ *Rakesh N. Kilaru*
Rakesh N. Kilaru (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800

```
 1                         Facsimile: (424) 332-4749
                           nsahni@cov.com
 2
 3                         Gregg H. Levy (admitted *pro hac vice*)
                           Derek Ludwin (admitted *pro hac vice*)
 4                         John S. Playforth (admitted *pro hac vice*)
                           **COVINGTON & BURLING LLP**
 5                         One CityCenter
                           850 Tenth Street NW
 6                         Washington, DC 20001
                           Telephone: (202) 662-6000
 7                         Facsimile: (202) 662-6291
                           glevy@cov.com
 8                         dludwin@cov.com
                           jplayforth@cov.com
 9
10                         *Counsel for Defendants National Football
                           League, NFL Enterprises LLC, and the
11                         Individual NFL Clubs*
12
13                         /s/ *Ian M. Gore*
                           Sathya S. Gosselin (269171)
14                         sgosselin@hausfeld.com
                           Farhad Mirzadeh (*Pro Hac Vice*)
15                         fmirzadeh@hausfeld.com
                           HAUSFELD LLP
16                         888 16th Street, N.W., Suite 300
                           Washington, DC 20006
17                         Tel: (202) 540-7200
                           Fax: (202) 540-7201
18
19                         Marc M. Seltzer (54534)
                           mseltzer@susmangodfrey.com
20                         SUSMAN GODFREY L.L.P.
                           1900 Avenue of the Stars, Suite 1400
21                         Los Angeles, CA 90067
                           Tel: (310) 789-3100
22                         Fax: (310) 789-3150
23
24                         William C. Carmody (*Pro Hac Vice*)
                           bcarmody@susmangodfrey.com
25                         Seth Ard (*Pro Hac Vice*)
                           sard@susmangodfrey.com
26                         Tyler Finn (*Pro Hac Vice*)
                           tfinn@susmangodfrey.com
27                         SUSMAN GODFREY L.L.P
28
```

2

|   |   |
|---|---|
| 1 | 1301 Avenue of the Americas, 32nd Fl. |
| 2 | New York, NY 10019 |
|   | Tel: (212) 336-8330 |
| 3 | Fax: (212) 336-8340 |
| 4 | Ian M. Gore (*Pro Hac Vice*) |
|   | igore@susmangodfrey.com |
| 5 | SUSMAN GODFREY L.L.P. |
|   | 1201 Third Avenue, Suite 3800 |
| 6 | Seattle, WA 98101 |
| 7 | Tel: (206) 505-3841 |
|   | Fax: (206) 516-3883 |
| 8 |   |
|   | Scott Martin (*Pro Hac Vice*) |
| 9 | smartin@hausfeld.com |
|   | HAUSFELD LLP |
| 10 | 33 Whitehall Street, 14th Floor |
| 11 | New York, NY 10004 |
|   | Tel: (646) 357-1100 |
| 12 | Fax: (212) 202-4322 |
| 13 |   |
|   | Christopher L. Lebsock (184546) |
| 14 | clebsock@hausfeld.com |
|   | Samuel Maida (333835) |
| 15 | smaida@hausfeld.com |
|   | HAUSFELD LLP |
| 16 | 600 Montgomery St., Suite 3200 |
| 17 | San Francisco, CA 94111 |
|   | Tel: (415) 633-1908 |
| 18 | Fax: (415) 633-4980 |
| 19 |   |
|   | Howard Langer (*Pro Hac Vice*) |
| 20 | hlanger@langergrogan.com |
|   | Edward Diver (*Pro Hac Vice*) |
| 21 | ndiver@langergrogan.com |
|   | Peter Leckman (235721) |
| 22 | pleckman@langergrogan.com |
|   | Kevin Trainer (*Pro Hac Vice*) |
| 23 | ktrainer@langergrogan.com |
|   | LANGER GROGAN AND DIVER PC |
| 24 | 1717 Arch Street, Suite 4020 |
| 25 | Philadelphia, PA 19103 |
|   | Tel: (215) 320-5660 |
| 26 | Fax: (215) 320-5703 |
| 27 |   |
|   | *Plaintiffs' Co-Lead Counsel* |
| 28 |   |

3

Case No. 2:15-ml-02668-PSG (SKx)    **Joint Stipulation to Use Electronic Equipment**

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*