# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**ORDER GRANTING JOINT STIPULATION TO USE ELECTRONIC EQUIPMENT [1077]**<br><br>Judge: Hon. Philip Gutierrez<br>Date: December 11, 2023<br>Time: 10:00 a.m.<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

Pursuant to the Joint Stipulation of Plaintiffs and the NFL Defendants, and for good cause shown, the Court hereby permits the use of electronic equipment in the courtroom at the December 11, 2023, hearing on the Defendants' Motion for Summary Judgment and Plaintiffs' Motion to Compel Compliance with the Court's August 11, 2022 Order and to Permit Plaintiffs to Take Depositions Regarding the New Sunday Ticket Agreements.

**IT IS SO ORDERED.**

Dated: 11/29/2023

PHILIP S. GUTIERREZ
United Sates District Judge