**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



-R-T-S-  900125574-1N   009 11/25/23
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Charles I Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802



FILED
CLERK, U.S. DISTRICT COURT
NOV 29 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ASH   DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 29 2023
CENTRAL DISTRICT OF CALIFORNIA
BY   DEPUTY

2:15ml2668

PSG

Case: 2:15ml2668  Doc: 1058

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36834305@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-SK In re National Football Leagues Sunday Ticket Antitrust Litigation Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/3/2023 at 4:17 PM PDT and filed on 11/3/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-SK |
| **Filer:** | |
| **Document Number:** | 1058(No document attached) |

**Docket Text:**
**TEXT ONLY ENTRY by Judge Philip S. Gutierrez. The Court hereby continues the Motion for Summary Judgment as to as to all claims as asserted by Plaintiffs in the Second Consolidated Amended Complaint filed by Consol Defendants [954] and the Plaintiffs' Motion to Compel Compliance with the Court's August 11, 2022 Order and to Permit Plaintiffs to Take Depositions regarding the New Sunday Ticket Agreements [1009] to 11/21/2023 at 10:00 AM before Judge Philip S. Gutierrez. Counsel shall take notice of this new date. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kd) TEXT ONLY ENTRY**

**2:15-ml-02668-PSG-SK Notice has been electronically mailed to:**
Alexander M Schack     alexschack@schacklawgroup.com, alexschack@amslawoffice.com
Alfredo Torrijos     at@haffnerlawyers.com
Amanda K Bonn     abonn@susmangodfrey.com, ecf-562585d2697e@ecf.pacerpro.com, kpalmer@susmangodfrey.com
Amanda M Steiner     asteiner@terrellmarshall.com, 8682118420@filings.docketbird.com, docketrequests@terrellmarshall.com, filing@terrellmarshall.com, hbrown@terrellmarshall.com, hrota@terrellmarshall.com, jnuss@terrellmarshall.com
Amid T Bahadori     atb@bahadorilaw.com
Anastasia M. Pastan     apastan@wilkinsonstekloff.com
Armstead C. Lewis     alewis@susmangodfrey.com
Arnold C. Wang     arnold@aswtlawyers.com, jessica@asstlawyers.com, ladonna@asstlawyers.com, maricela@asstlawyers.com