

Case: 2:15ml2668  Doc: 1041

Roger A Sachar                                      Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36800601@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-SK In re National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion to Compel Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/30/2023 at 12:28 PM PDT and filed on 10/30/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-SK |
| **Filer:** | |
| **Document Number:** | 1041 |

**Docket Text:**
**MINUTES (IN CHAMBERS) ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CERTAIN DOCUMENTS ON THE NFL'S SUPPLEMENTAL PRIVILEGE LOG [ECF [989]] by Magistrate Judge Steve Kim. For those documents that the court has now ordered produced (unredacted or as a whole), the NFL must comply within seven calendar days of this order. The clerk is instructed to return the thumb drive containing the NFLs in camera submission, which the NFLs counsel is ordered to retain in its submitted form for the record until the conclusion of this case including any appeal. The clerk is instructed to record this event with the filing of a return receipt. Meanwhile, the hearing on plaintiffs motion scheduled for November 6, 2023 is vacated. Both sides must bear their own costs and expenses to litigate this motion. (SEE ORDER FOR DETAILS). (clee)**

**2:15-ml-02668-PSG-SK Notice has been electronically mailed to:**
John S. Playforth    jplayforth@cov.com, docketing@cov.com
Robert S Kitchenoff    kitchenoff@wka-law.com
Eliot F. Krieger    rrobitaille@skt.law, ekrieger@skt.law
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, 8682118420@filings.docketbird.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com,