Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>―――――――――――――――<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (SKx)<br><br>**JOINT STIPULATION TO RESCHEDULE FINAL PRETRIAL HEARING**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: February 9, 2024<br>Time: 2:30 p.m.<br>Courtroom: First Street Courthouse<br>      350 West 1st Street<br>      Courtroom 6A<br>      Los Angeles, CA 90012 |

The Pretrial Conference in this matter is currently scheduled for Friday, February 9, 2024. In-house counsel for the NFL Defendants would like to attend the Pretrial Conference, but have immovable obligations associated with the Super Bowl (occurring two days later, on February 11, 2024) that prevent them from attending the hearing as currently scheduled. The NFL Defendants therefore respectfully request that the Court reschedule the Pretrial Conference to February 7, 2024 to permit in-house counsel for the NFL Defendants to attend. Plaintiffs agree with the request to reschedule. The parties further stipulate that all pretrial deadlines based on the date of the Pretrial Conference should remain based on the February 9, 2024 date for the conference, but both sides reserve the right to suggest alterations to such deadlines subject to Court approval.

**IT IS SO STIPULATED.**

Dated: December 6, 2023          Respectfully submitted.

/s/ *Rakesh N. Kilaru*
Rakesh N. Kilaru (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800

```
 1                              Facsimile: (424) 332-4749
                                nsahni@cov.com
 2
                                Gregg H. Levy (admitted pro hac vice)
 3                              Derek Ludwin (admitted pro hac vice)
                                John S. Playforth (admitted pro hac vice)
 4                              COVINGTON & BURLING LLP
                                One CityCenter
 5                              850 Tenth Street NW
                                Washington, DC 20001
 6                              Telephone: (202) 662-6000
                                Facsimile: (202) 662-6291
 7                              glevy@cov.com
                                dludwin@cov.com
 8                              jplayforth@cov.com
 9
                                Counsel for Defendants National Football
10                              League, NFL Enterprises LLC, and the
                                Individual NFL Clubs
11
12                              /s/ Ian M. Gore
                                Sathya S. Gosselin (269171)
13                              sgosselin@hausfeld.com
                                Farhad Mirzadeh (Pro Hac Vice)
14                              fmirzadeh@hausfeld.com
                                HAUSFELD LLP
15                              888 16th Street, N.W., Suite 300
                                Washington, DC 20006
16                              Tel: (202) 540-7200
                                Fax: (202) 540-7201
17
18                              Marc M. Seltzer (54534)
                                mseltzer@susmangodfrey.com
19                              SUSMAN GODFREY L.L.P.
                                1900 Avenue of the Stars, Suite 1400
20                              Los Angeles, CA 90067
                                Tel: (310) 789-3100
21                              Fax: (310) 789-3150
22
                                William C. Carmody (Pro Hac Vice)
23                              bcarmody@susmangodfrey.com
                                Seth Ard (Pro Hac Vice)
24                              sard@susmangodfrey.com
                                Tyler Finn (Pro Hac Vice)
25                              tfinn@susmangodfrey.com
                                SUSMAN GODFREY L.L.P
26                              1301 Avenue of the Americas, 32nd Fl.
27
28
                                            2
```

New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)
smaida@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*