1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>———————————————<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER RESCHEDULING FINAL PRETRIAL CONFERENCE**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: February 9, 2024<br>Time: 2:30 p.m.<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

Pursuant to the Joint Stipulation of Plaintiffs and the NFL Defendants, and for good cause shown, the Court hereby reschedules the Final Pretrial Conference in this matter for February 7, 2024.  All current deadlines based on the date of the Pretrial Conference shall, however, remain based on the February 9, 2024 conference date.

**IT IS SO ORDERED.**

Dated: _____          _____

PHILIP S. GUTIERREZ
Chief United Sates District Judge

1