**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:15ml2668  Doc: 1013

Roger A Sachar  Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

FILED
CLERK, U.S. DISTRICT COURT
DEC - 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ASH  DEPUTY

PSG

2:15ml2668

NIXIE  961  SE  1  0211/26/23
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD



RECEIVED
CLERK, U.S. DISTRICT COURT
DEC - 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

Case: 2:15ml2668  Doc: 1013

Roger A Sachar                                          Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36715238@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-MAR In re National Football Leagues Sunday Ticket Antitrust Litigation Notice of Reassignment of Case Due to Unavailability of Judicial Officer (G-74) (MJ) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/16/2023 at 8:59 AM PDT and filed on 10/16/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-MAR |
| **Filer:** | |
| **Document Number:** | 1013 |

**Docket Text:**
**NOTICE OF REASSIGNMENT OF CASE due to Unavailability of Judicial Officer filed. The previously assigned Magistrate Judge is no longer available. Pursuant to directive of the Chief Magistrate Judge and in accordance with the rules of this Court, the case has been returned to the Clerk for reassignment. This case has been reassigned to Magistrate Judge Margo A. Rocconi for any discovery and/or post-judgment matters that may be referred. Case number will now read as 2:15-ml-02668 PSG(MARx). (rn)**

**2:15-ml-02668-PSG-MAR Notice has been electronically mailed to:**
John S. Playforth     jplayforth@cov.com, docketing@cov.com
Robert S Kitchenoff     kitchenoff@wka-law.com
Eliot F. Krieger     rrobitaille@skt.law, ekrieger@skt.law
Amanda M Steiner     hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, 8682118420@filings.docketbird.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny     penny@lawgsp.com
Ian Simmons     ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Scott M Grzenczyk     avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Tyler M. Finn     tfinn@susmangodfrey.com, mguido@susmangodfrey.com
Peter Leckman     pleckman@langergrogan.com
Jonathan M. Jagher     jjagher@fklmlaw.com