**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

```
Case: 2:15ml2668  Doc: 1015




                                            Jr
Roger A Sachar
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036
```

FILED
CLERK, U.S. DISTRICT COURT
DEC - 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2:15ml2668
PSG

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC - 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NIXIE    061    5E 1
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 90012333299        0211/26/23
0060N30170-01301

Case: 2:15ml2668  Doc: 1015

Roger A Sachar                                        Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36735310@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-SK In re National Football Leagues Sunday Ticket Antitrust Litigation Order on Motion for Leave to File Document Under Seal Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/18/2023 at 2:32 PM PDT and filed on 10/16/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-SK |
| **Filer:** | |
| **Document Number:** | 1015 |

**Docket Text:**
ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL [1010] by Judge Philip S. Gutierrez. IT IS HEREBY ORDERED that the following documents are to be filed under seal: 1. The sealed Declaration of Tyler Finn in Support of Plaintiffs'Application to File Documents Under Seal. 2. The unredacted version of the Plaintiffs' Memorandum of Points and Authorities in Support of Motion to Compel Compliance with the Court's August 11, 2022 Order. 3. The unredacted version of the Declaration of Tyler Finn in support of Plaintiffs' Motion to Compel Compliance with the Courts August 11, 2022 Order. Exhibit 1 to the Finn Declaration. Exhibit 2 to the Finn Declaration. IT IS SO ORDERED. (yl)

**2:15-ml-02668-PSG-SK Notice has been electronically mailed to:**
John S. Playforth    jplayforth@cov.com, docketing@cov.com
Robert S Kitchenoff    kitchenoff@wka-law.com
Eliot F. Krieger    rrobitaille@skt.law, ekrieger@skt.law
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, 8682118420@filings.docketbird.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com