**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

NEOPOST 10/20/2023
US POSTAGE $001.

Case: 2:15ml2668  Doc: 1014

Roger A Sachar Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

FILED
CLERK, U.S. DISTRICT COURT
DEC - 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ASH  DEPUTY

IGSG

2:15m12668



RECEIVED
CLERK, U.S. DISTRICT COURT
DEC - 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

NIXIE  061  4E 1  0211/26/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299  *0060N3301171-00714*

Case: 2:15ml2668  Doc: 1014

Roger A Sachar                                          Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36726986@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-SK In re National Football Leagues Sunday Ticket Antitrust Litigation Reassign Case upon Recusal of Magistrate Judge (CV-110) Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/17/2023 at 1:57 PM PDT and filed on 10/17/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-SK |
| **Filer:** | |
| **Document Number:** | 1014 |

**Docket Text:**
**ORDER RETURNING CASE FOR REASSIGNMENT UPON RECUSAL by Magistrate Judge Margo A. Rocconi. ORDER case returned to the Clerk for random reassignment Discovery pursuant to General Order 05-07. Case randomly reassigned from Magistrate Judge Margo A. Rocconi to Magistrate Judge Steve Kim for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:15-ml-02668 PSG(SKx).(rn)**

**2:15-ml-02668-PSG-SK Notice has been electronically mailed to:**
John S. Playforth    jplayforth@cov.com, docketing@cov.com
Robert S Kitchenoff    kitchenoff@wka-law.com
Eliot F. Krieger    rrobitaille@skt.law, ekrieger@skt.law
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, 8682118420@filings.docketbird.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Tyler M. Finn    tfinn@susmangodfrey.com, mguido@susmangodfrey.com
Peter Leckman    pleckman@langergrogan.com
Jonathan M. Jagher    jjagher@fklmlaw.com
Scott Allan Martin    smartin@hausfeld.com