Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668−PSG (SKx) |
| ——————————————————— | **JOINT STIPULATION TO ADJUST MOTION IN LIMINE BRIEFING SCHEDULE** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge: Hon. Philip S. Gutierrez |
| | Pretrial-Conference Date: 2/7/2024 |
| | Trial Date: 2/22/2024 |
| | Courtroom: First Street Courthouse |
| | 350 West 1st Street |
| | Courtroom 6A |
| | Los Angeles, CA 90012 |

WHEREAS, this matter is presently scheduled for trial to commence on February 22, 2024;

WHEREAS, pursuant to the Court's Trial Order (*see* Docket No. 435), the parties' motions in limine must be filed on January 8, 2023 (45 days prior to trial), the oppositions on January 26, 2024 (25 days prior to trial), and the replies on February 12, 2024 (10 days prior to trial);

WHEREAS, counsel for Plaintiffs and the NFL Defendants have met and conferred regarding the briefing schedule and have agreed to an adjusted briefing schedule that will maximize efficiency in the parties' preparation for trial and will give the parties and the Court increased flexibility in the weeks leading up to trial;

WHEREAS, the adjusted briefing schedule agreed to by counsel will not delay the deadlines set for the briefing and will provide the Court with more time to consider the motions.

NOW THEREFORE, Plaintiffs and the NFL Defendants, by and through their respective counsel, hereby stipulate and agree as follows:

  (1) The parties shall file their respective motions in limine on or before January 5, 2024;

  (2) The parties shall file their respective oppositions to the motions in limine on or before January 19, 2024;

  (3) The parties shall file their respective replies to the motions in limine on or before January 26, 2024;

  (4) Subject to the Court's approval and availability, the parties request that argument, if any, held on the parties' respective motions in limine be held at the final pretrial conference.

1

**IT IS SO STIPULATED.**

Dated:  December 8, 2023                    Respectfully submitted.

/s/ *Rakesh N. Kilaru*
Rakesh N. Kilaru (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

2

| | |
|---|---|
| 1 | /s/ *Ian M. Gore* |
| 2 | Sathya S. Gosselin (269171) |
| | sgosselin@hausfeld.com |
| 3 | Farhad Mirzadeh (*Pro Hac Vice*) |
| | fmirzadeh@hausfeld.com |
| 4 | HAUSFELD LLP |
| | 888 16th Street, N.W., Suite 300 |
| 5 | Washington, DC 20006 |
| | Tel: (202) 540-7200 |
| 6 | Fax: (202) 540-7201 |
| 7 | |
| 8 | Marc M. Seltzer (54534) |
| | mseltzer@susmangodfrey.com |
| 9 | SUSMAN GODFREY L.L.P. |
| | 1900 Avenue of the Stars, Suite 1400 |
| 10 | Los Angeles, CA 90067 |
| | Tel: (310) 789-3100 |
| 11 | Fax: (310) 789-3150 |
| 12 | William C. Carmody (*Pro Hac Vice*) |
| | bcarmody@susmangodfrey.com |
| 13 | Seth Ard (*Pro Hac Vice*) |
| | sard@susmangodfrey.com |
| 14 | Tyler Finn (*Pro Hac Vice*) |
| 15 | tfinn@susmangodfrey.com |
| | SUSMAN GODFREY L.L.P |
| 16 | 1301 Avenue of the Americas, 32nd Fl. |
| | New York, NY 10019 |
| 17 | Tel: (212) 336-8330 |
| 18 | Fax: (212) 336-8340 |
| 19 | Ian M. Gore (*Pro Hac Vice*) |
| | igore@susmangodfrey.com |
| 20 | SUSMAN GODFREY L.L.P. |
| | 1201 Third Avenue, Suite 3800 |
| 21 | Seattle, WA 98101 |
| | Tel: (206) 505-3841 |
| 22 | Fax: (206) 516-3883 |
| 23 | |
| 24 | Scott Martin (*Pro Hac Vice*) |
| | smartin@hausfeld.com |
| 25 | HAUSFELD LLP |
| | 33 Whitehall Street, 14th Floor |
| 26 | New York, NY 10004 |
| | Tel: (646) 357-1100 |
| 27 | Fax: (212) 202-4322 |
| 28 | |

3

---

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)
smaida@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

4