1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

7
8
9
10
11
12
13
14
15
16
17
18

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

_____

THIS DOCUMENT RELATES TO ALL ACTIONS

Case No. 2:15-ml-02668-PSG (SKx)

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ADJUST MOTION IN LIMINE BRIEFING SCHEDULE**

Judge: Hon. Philip S. Gutierrez
Pretrial-Conference Date: 2/7/2024
Trial Date: 2/22/2024
Courtroom:
     First Street Courthouse
     350 West 1st Street
     Courtroom 6A
     Los Angeles, CA 90012

19
20
21
22
23
24
25
26
27
28

1    Pursuant to the Joint Stipulation of Plaintiffs and the NFL Defendants, and

2 for good cause shown, the Court hereby resets the motion in limine briefing

3 schedule as follows:

4    (1)    The parties shall file their respective motions in limine on or before

5            January 5, 2024;

6    (2)    The parties shall file their respective oppositions to the motions in

7            limine on or before January 19, 2024;

8    (3)    The parties shall file their respective replies to the motions in

9            limine on or before January 26, 2024;

10   (4)    To the extent the Court deems argument necessary on the parties'

11           motions in limine, it will be held at the time of the final pretrial

12           conference.

13

14                                         **IT IS SO ORDERED.**

15

16   Dated: _____          _____

17                                          PHILIP S. GUTIERREZ
                                            Chief United States District Judge
18

19

20

21

22

23

24

25

26

27

28