1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**ORDER GRANTING JOINT STIPULATION TO ADJUST MOTION IN LIMINE BRIEFING SCHEDULE [1088]**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pretrial-Conference Date: 2/7/2024<br>Trial Date: 2/22/2024<br>Courtroom:<br>　　First Street Courthouse<br>　　350 West 1st Street<br>　　Courtroom 6A<br>　　Los Angeles, CA 90012 |

Pursuant to the Joint Stipulation of Plaintiffs and the NFL Defendants, and for good cause shown, the Court hereby resets the motion in limine briefing schedule as follows:

(1) The parties shall file their respective motions in limine on or before January 5, 2024;

(2) The parties shall file their respective oppositions to the motions in limine on or before January 19, 2024;

(3) The parties shall file their respective replies to the motions in limine on or before January 26, 2024;

(4) To the extent the Court deems argument necessary on the parties' motions in limine, it will be held at the time of the final pretrial conference.

**IT IS SO ORDERED.**

Dated: December 8, 2023

PHILIP S. GUTIERREZ
Chief United States District Judge