# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Renee Thomas |
| 2a. Contact Phone Number | 212-471-8352 |
| 3a. Contact E-mail Address | rthomas@susmangodfrey.com |
| 1b. Attorney Name (if different) | Seth Ard |
| 2b. Attorney Phone Number | 212-471-8354 |
| 3b. Attorney E-mail Address | sard@susmangodfrey.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019

**5. Name & Role of Party Represented:** Class Plaintiffs

**6. Case Name:** In Re National Football Leagues Sunday Ticket Antitrust Litigation

**7a. District Court Case Number:** 2:15-ml-02668-PSG-SKx

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
[X] DIGITALLY RECORDED
[ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: ____

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [X] Non-Appeal   [ ] Criminal  [X] Civil   [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

b. SELECT FORMAT(S) *(CM/ECF access included with purchase of transcript.)*

c. RELEASE OF TRANS. RESTRICTION DATE *(Provide release date of efiled transcript, or check to certify none yet on file.)*

d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly *(Check with court reporter before choosing any delivery time sooner than "Ordinary-30.")*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE DATE | DELIVERY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/11/23 | | Gutierrez | Hearing on Motions for Summary Judgment and to Compel | ● | ○ | ○ | ○ | ○ | ○ | ● ____ | HOURLY (2 hrs) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 12/11/2023      Signature: /s/Seth Ard

G-120 (06/18)