**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



2:15ml2668
(PSG)





Case: 2:15ml2668  Doc: 1064

Roger A Sachar                                      Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36862381@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-SK In re National Football Leagues Sunday Ticket Antitrust Litigation Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 11/9/2023 at 10:01 AM PST and filed on 11/9/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-SK |
| **Filer:** | |
| **Document Number:** | 1064(No document attached) |

**Docket Text:**
**AMENDED TEXT ONLY ENTRY by Judge Philip S. Gutierrez. The Court hereby continues the Motion for Summary Judgment as to as to all claims as asserted by Plaintiffs in the Second Consolidated Amended Complaint filed by Consol Defendants [954] and the Plaintiffs' Motion to Compel Compliance with the Court's August 11, 2022 Order and to Permit Plaintiffs to Take Depositions regarding the New Sunday Ticket Agreements [1009] to 12/11/2023 at 10:00 AM before Judge Philip S. Gutierrez. Counsel shall take notice of this new date. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kd) TEXT ONLY ENTRY**

**2:15-ml-02668-PSG-SK Notice has been electronically mailed to:**
Alexander M Schack    alexschack@schacklawgroup.com, alexschack@amslawoffice.com
Alfredo Torrijos    at@haffnerlawyers.com
Amanda K Bonn    abonn@susmangodfrey.com, ecf-562585d2697e@ecf.pacerpro.com, kpalmer@susmangodfrey.com
Amanda M Steiner    asteiner@terrellmarshall.com, 8682118420@filings.docketbird.com, docketrequests@terrellmarshall.com, filing@terrellmarshall.com, hbrown@terrellmarshall.com, hrota@terrellmarshall.com, jnuss@terrellmarshall.com
Amid T Bahadori    atb@bahadorilaw.com
Anastasia M. Pastan    apastan@wilkinsonstekloff.com
Armstead C. Lewis    alewis@susmangodfrey.com
Arnold C. Wang    arnold@aswtlawyers.com, jessica@asstlawyers.com, ladonna@asstlawyers.com, maricela@asstlawyers.com

Arthur J Burke     arthur.burke@davispolk.com
Arthur M Murray     amurray@murray-lawfirm.com, aonstott@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, thorne@murray-lawfirm.com
Beth A. Wilkinson     bwilkinson@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, cli@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-associates@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com
Bethany M. Stevens     bstevens@wscllp.com
Betsy C Manifold     manifold@whafh.com, donovan@whafh.com, fileclerk@whafh.com
Blake Neal     bneal@wilkinsonstekloff.com
Brian C. Gudmundson     brian.gudmundson@zimmreed.com
Brian D Penny     penny@lawgsp.com
Brian L. Stekloff     bstekloff@wilkinsonstekloff.com
Brittany DeJong     bdejong@bzbm.com, nmadden@bzbm.com
Bryan L Bleichner     bbleichner@chestnutcambronne.com, bryan-bleichner-3599@ecf.pacerpro.com, dstanek@chestnutcambronne.com, pkrzeski@chestnutcambronne.com
Bryan Matthew Thomas     bthomas@macdonaldcody.com
Caleb Marker     Caleb.Marker@zimmreed.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com, josephine.lu@zimmreed.com
Carl Malmstrom     malmstrom@whafh.com
Carter E. Greenbaum     cgreenbaum@paulweiss.com
Christina H Connolly Sharp     dsharp@girardsharp.com, 8388361420@filings.docketbird.com, avongoetz@girardsharp.com
Christopher L Lebsock     clebsock@hausfeldllp.com, ischer@hausfeld.com
Christopher P. Ridout     christopher.p.ridout@gmail.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com, josephine.lu@zimmreed.com, sabine.king@zimmreed.com
Daniel Brett Rehns     drehns@hrsclaw.com
Daniel J. Mogin     dmogin@moginrubin.com, jchatfield@moginrubin.com, jwilliams@moginrubin.com, ngeraci@moginrubin.com, sbuack@moginrubin.com, sejercito@moginrubin.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com
Daniel M. Petrocelli     dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Daniel R Karon     dkaron@karonllc.com, bhollowell@karonllc.com, cgood@karonllc.com
Derek Ludwin     dludwin@cov.com
Edward Diver     ndiver@langergrogan.com
Eliot F. Krieger     ekrieger@skt.law, rrobitaille@skt.law
Emily C. Curran-Huberty     emily.curran-huberty@mto.com, aileen.beltran@mto.com
Eric S Hochstadt     eric.hochstadt@weil.com, eric-hochstadt-1174@ecf.pacerpro.com, mco.ecf@weil.com, nymao@ecf.pacerpro.com
Eugene A Spector     espector@srkattorneys.com
Farhad Mirzadeh     fmirzadeh@hausfeld.com
Fred Taylor Isquith     isquithlaw@gmail.com
Garrett D Blanchfield , Jr     g.blanchfield@rwblawfirm.com, k.schulte@rwblawfirm.com, r.yard@rwblawfirm.com
Gary F Lynch     Gary@lcllp.com, dan@lcllp.com, ecf@lcllp.com, jamisen@lcllp.com, sara@lcllp.com
Gordon M Fauth , Jr     gmf@classlitigation.com
Gregg H Levy     glevy@cov.com
Hart L. Robinovitch     hlr@zimmreed.com
Heidi M Silton     hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, hxbareentto@locklaw.com, lgn-hmsilton@ecf.courtdrive.com

Howard Langer courtnotices@langergrogan.com, hlanger@langergrogan.com
Ian Simmons isimmons@omm.com, ian-simmons-4931@ecf.pacerpro.com
Ian M Gore igore@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com, ecf-67c2cc05d65a@ecf.pacerpro.com, jgrounds@susmangodfrey.com
James B. Zouras jzouras@stephanzouras.com, esantana@stephanzouras.com, hhudson@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com
Jay Cohen jaycohen@paulweiss.com
Jayne A Goldstein jagoldstein@millershah.com, pleadings@millershah.com
Jeffrey A. N. Kopczynski jkopczynski@omm.com
Jeffrey L Spector jspector@srkattorneys.com
Jeffrey S. Goldenberg jgoldenberg@gs-legal.com, cpence@gs-legal.com, svaaler@gs-legal.com
Jenna H. Pavelec jpavelec@wilkinsonstekloff.com
Jennifer Pafiti jpafiti@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, ashmatkova@pomlaw.com, disaacson@pomlaw.com, egoodman@pomlaw.com, jalieberman@pomlaw.com, jlopiano@pomlaw.com, mtjohnston@pomlaw.com, tprzybylowski@pomlaw.com, tsayre@pomlaw.com
Jeremy S. Barber jbarber@wilkinsonstekloff.com
Jodie Williams jwilliams@moginrubin.com
John D Radice jradice@radicelawfirm.com
John E Schmidtlein jschmidtlein@wc.com, john-schmidtlein-5892@ecf.pacerpro.com
John E. Sindoni jsindoni@bonizack.com
John S. Playforth jplayforth@cov.com, docketing@cov.com
Jonathan M. Jagher jjagher@fklmlaw.com
Joshua Branden Swigart josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Joshua D. Snyder jsnyder@bonizack.com
Justin Mungai jmungai@wilkinsonstekloff.com
Kalpana Srinivasan ksrinivasan@susmangodfrey.com, ecf-131869ec243e@ecf.pacerpro.com, ecf-28e56f2d9a69@ecf.pacerpro.com, gfisk@susmangodfrey.com, greg-fisk-8459@ecf.pacerpro.com
Karen H Riebel Khriebel@locklaw.com, amraak@locklaw.com, atajagbusi@locklaw.com, crjohnson@locklaw.com, lgn-khriebel@ecf.courtdrive.com
Katrina M Robson krobson@willkie.com, maodc1@willkie.com
Kenneth B Pickle KPickle@radicelawfirm.com
Kevin P. Trainer ktrainer@langergrogan.com, 9263800420@filings.docketbird.com, courtnotices@langergrogan.com
Lee Albert lalbert@glancylaw.com
Lesley E Weaver lweaver@bfalaw.com, jlaw@bfalaw.com, lesley-weaver-4669@ecf.pacerpro.com
Lionel Zevi Glancy lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
M. Randall Oppenheimer roppenheimer@omm.com, m-randall-oppenheimer-5053@ecf.pacerpro.com
Marc H Edelson medelson@edelson-law.com
Marc I Gross migross@pomlaw.com
Marc M Seltzer mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com
Marisa C. Livesay mlivesay@bzbm.com, fileclerk@whafh.com
Mark A Wendorf m.wendorf@rwblawfirm.com
Mark S Goldman goldman@lawgsp.com
Matthew C De Re matt@attorneyzim.com, firm@attorneyzim.com, tom@attorneyzim.com
Max J. Warren mwarren@wilkinsonstekloff.com
Melinda A Nicholson melinda.nicholson@ksfcounsel.com, Bronwyn.Gibson@ksfcounsel.com
Michael J Boni mboni@bonizack.com

Mickel M. Arias    mike@aswtlawyers.com, jessica@aswtlawyers.com, ladonna@aswtlawyers.com, maricela@aswtlawyers.com, mayra@aswtlawyers.com

Natasha Naraghi Serino    natashaserino@schacklawgroup.com, AMontiel@schacklaw.group, natashaserino@amslawoffice.com, taretta@schacklawgroup.com

Neema Trivedi Sahni    nsahni@cov.com, achristian@cov.com, dlistengourt@cov.com, docketing@cov.com, jplayforth@cov.com, SLahrPastor@cov.com

Patrick J Somers    psomers@kbkfirm.com, crossi@kbkfirm.com, tvaldezco@kbkfirm.com

Peter Leckman    pleckman@langergrogan.com

Rachele R Byrd    byrd@whafh.com, fileclerk@whafh.com

Rakesh N. Kilaru    rkilaru@wilkinsonstekloff.com

Ramzi Abadou    ramzi.abadou@ksfcounsel.com

Richard A Koffman    rkoffman@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com

Richard A Lockridge    ralockridge@locklaw.com, bmemmons@locklaw.com

Robert J Larocca    rlarocca@kohnswift.com

Robert S Kitchenoff    kitchenoff@wka-law.com

Rosemary M Rivas    rmr@classlawgroup.com, 2746730420@filings.docketbird.com

Ryan F. Stephan    rstephan@stephanzouras.com, esantana@stephanzouras.com, hhudson@stephanzouras.com, ivolquez@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com

Samuel Maida    smaida@hausfeld.com

Samuel M Ward    sward@barrack.com, cfessia@barrack.com, gohara@barrack.com, sbasser@barrack.com

Sara F Khosroabadi    sara@kandhlawgroup.com, efile@kandhlawgroup.com

Sathya S Gosselin    sgosselin@hausfeld.com

Scott Allan Martin    smartin@hausfeld.com

Scott M Grzenczyk    scottg@girardsharp.com, 7488696420@filings.docketbird.com, avongoetz@girardsharp.com

Seth Ard    sard@susmangodfrey.com, ecf-7bb0ee8b6051@ecf.pacerpro.com, rthomas@susmangodfrey.com

Seyed Abbas Kazerounian    ak@kazlg.com, mona@kazlg.com

Stephen R Basser    sbasser@barrack.com, cfessia@barrack.com, gohara@barrack.com

Thomas A. Zimmerman , Jr    tom@attorneyzim.com, firm@attorneyzim.com

Thomas H Burt    burt@whafh.com

Tracy D Rezvani    tracy@rezvanilaw.com

Tyler M. Finn    tfinn@susmangodfrey.com, mguido@susmangodfrey.com

Whitney E Street    WhitneySt@hbsslaw.com, whitney-street-0082@ecf.pacerpro.com

William C Carmody    bcarmody@susmangodfrey.com, lnand@susmangodfrey.com

William G Caldes    Bcaldes@srkattorneys.com

Yehudah L Buchweitz    yehudah.buchweitz@weil.com, mco.ecf@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com

**2:15-ml-02668-PSG-SK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis, MN 55403

Roger A Sachar , Jr

Morgan and Morgan PC
28 West 44th Street Suite 2001
New York, NY 10036