UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

NEOPOST
11/07/2023
US POSTAGE $001.5
FIRST-CLASS

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 19 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CSO Fryball
X-RAYED

FILED
CLERK, U.S. DISTRICT COURT
DEC 19 2023
CENTRAL DISTRICT OF CALIFORNIA
BY mmc DEPUTY

2:15ml2668
(PSG)

NIXIE    061    5E 1
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Case: 2:15ml2668  Doc: 1058

Roger A Sachar                                            Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36834305@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-SK In re National Football Leagues Sunday Ticket Antitrust Litigation Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/3/2023 at 4:17 PM PDT and filed on 11/3/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-SK |
| **Filer:** | |
| **Document Number:** | 1058(No document attached) |

**Docket Text:**
**TEXT ONLY ENTRY by Judge Philip S. Gutierrez. The Court hereby continues the Motion for Summary Judgment as to as to all claims as asserted by Plaintiffs in the Second Consolidated Amended Complaint filed by Consol Defendants [954] and the Plaintiffs' Motion to Compel Compliance with the Court's August 11, 2022 Order and to Permit Plaintiffs to Take Depositions regarding the New Sunday Ticket Agreements [1009] to 11/21/2023 at 10:00 AM before Judge Philip S. Gutierrez. Counsel shall take notice of this new date. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kd) TEXT ONLY ENTRY**

**2:15-ml-02668-PSG-SK Notice has been electronically mailed to:**
Alexander M Schack     alexschack@schacklawgroup.com, alexschack@amslawoffice.com
Alfredo Torrijos     at@haffnerlawyers.com
Amanda K Bonn     abonn@susmangodfrey.com, ecf-562585d2697e@ecf.pacerpro.com, kpalmer@susmangodfrey.com
Amanda M Steiner     asteiner@terrellmarshall.com, 8682118420@filings.docketbird.com, docketrequests@terrellmarshall.com, filing@terrellmarshall.com, hbrown@terrellmarshall.com, hrota@terrellmarshall.com, jnuss@terrellmarshall.com
Amid T Bahadori     atb@bahadorilaw.com
Anastasia M. Pastan     apastan@wilkinsonstekloff.com
Armstead C. Lewis     alewis@susmangodfrey.com
Arnold C. Wang     arnold@aswtlawyers.com, jessica@asstlawyers.com, ladonna@asstlawyers.com, maricela@asstlawyers.com

Arthur J Burke  arthur.burke@davispolk.com
Arthur M Murray  amurray@murray-lawfirm.com, aonstott@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, thorne@murray-lawfirm.com
Beth A. Wilkinson  bwilkinson@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com, cli@wilkinsonstekloff.com, jbarber@wilkinsonstekloff.com, rkilaru@wilkinsonstekloff.com, sundayticket-paras@wilkinsonstekloff.com
Bethany M. Stevens  bstevens@wscllp.com
Betsy C Manifold  manifold@whafh.com, donovan@whafh.com, fileclerk@whafh.com
Blake Neal  bneal@wilkinsonstekloff.com
Brian C. Gudmundson  brian.gudmundson@zimmreed.com
Brian D Penny  penny@lawgsp.com
Brian L. Stekloff  bstekloff@wilkinsonstekloff.com
Brittany DeJong  bdejong@bzbm.com, nmadden@bzbm.com
Bryan L Bleichner  bbleichner@chestnutcambronne.com, bryan-bleichner-3599@ecf.pacerpro.com, dstanek@chestnutcambronne.com, pkrzeski@chestnutcambronne.com
Bryan Matthew Thomas  bthomas@macdonaldcody.com
Caleb Marker  Caleb.Marker@zimmreed.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com, josephine.lu@zimmreed.com
Carl Malmstrom  malmstrom@whafh.com
Carter E. Greenbaum  cgreenbaum@paulweiss.com
Christina H Connolly Sharp  dsharp@girardsharp.com, 8388361420@filings.docketbird.com, avongoetz@girardsharp.com
Christopher L Lebsock  clebsock@hausfeldllp.com, ischer@hausfeld.com
Christopher P. Ridout  christopher.p.ridout@gmail.com, 5920479420@filings.docketbird.com, docketca@zimmreed.com, josephine.lu@zimmreed.com, sabine.king@zimmreed.com
Daniel Brett Rehns  drehns@hrsclaw.com
Daniel J. Mogin  dmogin@moginrubin.com, jchatfield@moginrubin.com, jwilliams@moginrubin.com, ngeraci@moginrubin.com, sbuack@moginrubin.com, sejercito@moginrubin.com, steven-ejercito-the-mogin-law-firm-pc-9884@ecf.pacerpro.com
Daniel M. Petrocelli  dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com
Daniel R Karon  dkaron@karonllc.com, bhollowell@karonllc.com, cgood@karonllc.com
Derek Ludwin  dludwin@cov.com
Edward Diver  ndiver@langergrogan.com
Eliot F. Krieger  ekrieger@skt.law, rrobitaille@skt.law
Emily C. Curran-Huberty  emily.curran-huberty@mto.com, aileen.beltran@mto.com
Eric S Hochstadt  eric.hochstadt@weil.com, eric-hochstadt-1174@ecf.pacerpro.com, mco.ecf@weil.com, nymao@ecf.pacerpro.com
Eugene A Spector  espector@srkattorneys.com
Farhad Mirzadeh  fmirzadeh@hausfeld.com
Fred Taylor Isquith  isquithlaw@gmail.com
Garrett D Blanchfield , Jr  g.blanchfield@rwblawfirm.com, k.schulte@rwblawfirm.com, r.yard@rwblawfirm.com
Gary F Lynch  Gary@lcllp.com, dan@lcllp.com, ecf@lcllp.com, jamisen@lcllp.com
Gordon M Fauth , Jr  gmf@classlitigation.com
Gregg H Levy  glevy@cov.com
Hart L. Robinovitch  hlr@zimmreed.com
Heidi M Silton  hmsilton@locklaw.com, ctevans@locklaw.com, hnpotteiger@locklaw.com, hxbareentto@locklaw.com, lgn-hmsilton@ecf.courtdrive.com
Howard Langer  courtnotices@langergrogan.com, hlanger@langergrogan.com

Ian Simmons    isimmons@omm.com, ian-simmons-4931@ecf.pacerpro.com
Ian M Gore    igore@susmangodfrey.com, ecf-62cbb7ccef36@ecf.pacerpro.com, ecf-67c2cc05d65a@ecf.pacerpro.com, jgrounds@susmangodfrey.com
James B. Zouras    jzouras@stephanzouras.com, esantana@stephanzouras.com, hhudson@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com
Jay Cohen    jaycohen@paulweiss.com
Jayne A Goldstein    jagoldstein@millershah.com, pleadings@millershah.com
Jeffrey A. N. Kopczynski    jkopczynski@omm.com
Jeffrey L Spector    jspector@srkattorneys.com
Jeffrey S. Goldenberg    jgoldenberg@gs-legal.com, cpence@gs-legal.com, svaaler@gs-legal.com
Jenna H. Pavelec    jpavelec@wilkinsonstekloff.com
Jennifer Pafiti    jpafiti@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, ashmatkova@pomlaw.com, disaacson@pomlaw.com, egoodman@pomlaw.com, jalieberman@pomlaw.com, jlopiano@pomlaw.com, mtjohnston@pomlaw.com, tprzybylowski@pomlaw.com, tsayre@pomlaw.com
Jeremy S. Barber    jbarber@wilkinsonstekloff.com
Jodie Williams    jwilliams@moginrubin.com
John D Radice    jradice@radicelawfirm.com
John E Schmidtlein    jschmidtlein@wc.com, john-schmidtlein-5892@ecf.pacerpro.com
John E. Sindoni    jsindoni@bonizack.com
John S. Playforth    jplayforth@cov.com, docketing@cov.com
Jonathan M. Jagher    jjagher@fklmlaw.com
Joshua Branden Swigart    josh@swigartlawgroup.com, 9620439420@filings.docketbird.com
Joshua D. Snyder    jsnyder@bonizack.com
Justin Mungai    jmungai@wilkinsonstekloff.com
Kalpana Srinivasan    ksrinivasan@susmangodfrey.com, ecf-131869ec243e@ecf.pacerpro.com, ecf-28e56f2d9a69@ecf.pacerpro.com, gfisk@susmangodfrey.com, greg-fisk-8459@ecf.pacerpro.com
Karen H Riebel    Khriebel@locklaw.com, amraak@locklaw.com, atajagbusi@locklaw.com, crjohnson@locklaw.com, lgn-khriebel@ecf.courtdrive.com
Katrina M Robson    krobson@willkie.com, maodc1@willkie.com
Kenneth B Pickle    KPickle@radicelawfirm.com
Kevin P. Trainer    ktrainer@langergrogan.com, 9263800420@filings.docketbird.com, courtnotices@langergrogan.com
Lee Albert    lalbert@glancylaw.com
Lesley E Weaver    lweaver@bfalaw.com, jlaw@bfalaw.com, lesley-weaver-4669@ecf.pacerpro.com
Lionel Zevi Glancy    lglancy@glancylaw.com, lionel-glancy-2522@ecf.pacerpro.com
M. Randall Oppenheimer    roppenheimer@omm.com, m-randall-oppenheimer-5053@ecf.pacerpro.com
Marc H Edelson    medelson@edelson-law.com
Marc I Gross    migross@pomlaw.com
Marc M Seltzer    mseltzer@susmangodfrey.com, ecf-4d2b1f772250@ecf.pacerpro.com, ecf-67366a65900c@ecf.pacerpro.com
Marisa C. Livesay    mlivesay@bzbm.com, fileclerk@whafh.com
Mark A Wendorf    m.wendorf@rwblawfirm.com
Mark S Goldman    goldman@lawgsp.com
Matthew C De Re    matt@attorneyzim.com, firm@attorneyzim.com, tom@attorneyzim.com
Max J. Warren    mwarren@wilkinsonstekloff.com
Melinda A Nicholson    melinda.nicholson@ksfcounsel.com, Bronwyn.Gibson@ksfcounsel.com
Michael J Boni    mboni@bonizack.com
Mickel M. Arias    mike@aswtlawyers.com, jessica@aswtlawyers.com, ladonna@aswtlawyers.com,

maricela@aswtlawyers.com, mayra@aswtlawyers.com
Natasha Naraghi Serino    natashaserino@schacklawgroup.com, AMontiel@schacklaw.group, natashaserino@amslawoffice.com, taretta@schacklawgroup.com
Neema Trivedi Sahni    nsahni@cov.com, achristian@cov.com, dlistengourt@cov.com, docketing@cov.com, jplayforth@cov.com, SLahrPastor@cov.com
Patrick J Somers    psomers@kbkfirm.com, crossi@kbkfirm.com, tvaldezco@kbkfirm.com
Peter Leckman    pleckman@langergrogan.com
Rachele R Byrd    byrd@whafh.com, fileclerk@whafh.com
Rakesh N. Kilaru    rkilaru@wilkinsonstekloff.com
Ramzi Abadou    ramzi.abadou@ksfcounsel.com
Richard A Koffman    rkoffman@cohenmilstein.com, efilings_cmst@ecf.courtdrive.com
Richard A Lockridge    ralockridge@locklaw.com, bmemmons@locklaw.com
Robert J Larocca    rlarocca@kohnswift.com
Robert S Kitchenoff    kitchenoff@wka-law.com
Rosemary M Rivas    rmr@classlawgroup.com, 2746730420@filings.docketbird.com
Ryan F. Stephan    rstephan@stephanzouras.com, esantana@stephanzouras.com, hhudson@stephanzouras.com, ivolquez@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com
Samuel Maida    smaida@hausfeld.com
Samuel M Ward    sward@barrack.com, cfessia@barrack.com, gohara@barrack.com, sbasser@barrack.com
Sara F Khosroabadi    sara@kandhlawgroup.com, efile@kandhlawgroup.com
Sathya S Gosselin    sgosselin@hausfeld.com
Scott Allan Martin    smartin@hausfeld.com
Scott M Grzenczyk    scottg@girardsharp.com, 7488696420@filings.docketbird.com, avongoetz@girardsharp.com
Seth Ard    sard@susmangodfrey.com, ecf-7bb0ee8b6051@ecf.pacerpro.com, rthomas@susmangodfrey.com
Seyed Abbas Kazerounian    ak@kazlg.com, mona@kazlg.com
Shawn M. Larsen    slarsen@larsennaddour.com
Stephen R Basser    sbasser@barrack.com, cfessia@barrack.com, gohara@barrack.com
Thomas A. Zimmerman , Jr    tom@attorneyzim.com, firm@attorneyzim.com
Thomas H Burt    burt@whafh.com
Tracy D Rezvani    tracy@rezvanilaw.com
Tyler M. Finn    tfinn@susmangodfrey.com, mguido@susmangodfrey.com
Whitney E Street    WhitneySt@hbsslaw.com, whitney-street-0082@ecf.pacerpro.com
William C Carmody    bcarmody@susmangodfrey.com, lnand@susmangodfrey.com
William G Caldes    Bcaldes@srkattorneys.com
Yehudah L Buchweitz    yehudah.buchweitz@weil.com, mco.ecf@weil.com, yehuda-buchweitz-8298@ecf.pacerpro.com
**2:15-ml-02668-PSG-SK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802
James W Anderson
Heins Mills and Olson PLC
310 Clifton Avenue
Minneapolis, MN 55403
Roger A Sachar , Jr

Morgan and Morgan PC
28 West 44th Street Suite 2001
New York, NY 10036