**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

```
-R-T-S-   908025547-1N        11/07/23
         RETURN TO SENDER
       INSUFFICIENT ADDRESS
         UNABLE TO FORWARD
           RETURN TO SENDER
```




2:15-ml-2668
PSG

Case: 2:15ml2668  Doc: 1045

Charles T Spagnola
Sullivan Krieger Truong Spagnola and Klausner LLP
Long Beach, CA 90802

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36803831@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-SK In re National Football Leagues Sunday Ticket Antitrust Litigation Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/30/2023 at 4:01 PM PDT and filed on 10/27/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-SK |
| **Filer:** | |
| **Document Number:** | 1045 |

**Docket Text:**
**ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR PLAINTIFF PIZZA PIE & WING CO. [1008] by Judge Philip S. Gutierrez.** Having considered the motion to withdraw of Gregory E. Woodard of Woodard Legal PC, counsel for Plaintiff Pizza Pie & Wing Co. LLC, any opposition, reply, and other evidence submitted by the partied, the Court hereby: GRANTS the motion and orders that Gregory E. Woodard and Woodard Legal PC are no longer counsel of record in this action. Attorney Gregory E Woodard terminated. (yl)

**2:15-ml-02668-PSG-SK Notice has been electronically mailed to:**
John S. Playforth    jplayforth@cov.com, docketing@cov.com
Robert S Kitchenoff    kitchenoff@wka-law.com
Eliot F. Krieger    rrobitaille@skt.law, ekrieger@skt.law
Amanda M Steiner    hbrown@terrellmarshall.com, docketrequests@terrellmarshall.com, hrota@terrellmarshall.com, 8682118420@filings.docketbird.com, asteiner@terrellmarshall.com, filing@terrellmarshall.com, jnuss@terrellmarshall.com
Brian D Penny    penny@lawgsp.com
Ian Simmons    ian-simmons-4931@ecf.pacerpro.com, isimmons@omm.com
Scott M Grzenczyk    avongoetz@girardsharp.com, scottg@girardsharp.com, 7488696420@filings.docketbird.com
Tyler M. Finn    tfinn@susmangodfrey.com, mguido@susmangodfrey.com
Peter Leckman    pleckman@langergrogan.com
Jonathan M. Jagher    jjagher@fklmlaw.com