**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

```
Case: 2:15ml2668  Doc: 1053




Roger A Sachar                              Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036
```

FILED
CLERK, U.S. DISTRICT COURT
JAN - 3 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ASH   DEPUTY

2:15mL2668

PSG

NIXIE   061   5E   1
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299  0060N362210-00034
02/12/28/23

Case: 2:15ml2668  Doc: 1053

Roger A Sachar                                    Jr
Morgan and Morgan PC
28 West 44th Street   Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<36816418@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-SK In re National Football Leagues Sunday Ticket Antitrust Litigation Text Only Scheduling Notice
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/1/2023 at 11:42 AM PDT and filed on 11/1/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-SK |
| **Filer:** | |
| **Document Number:** | 1053(No document attached) |

**Docket Text:**
**TEXT ONLY ENTRY by Judge Philip S. Gutierrez The Court advances the hearing date of the Motion to Enforce the Court's August 11, 2022 Order and to Permit Plaintiffs to Take Depositions Regarding the New Sunday Ticket Agreements [1009] to 11/09/2023 at 1:30 PM before Judge Philip S. Gutierrez. Counsel shall take notice of this advanced date. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kd) TEXT ONLY ENTRY**

**2:15-ml-02668-PSG-SK Notice has been electronically mailed to:**
Alexander M Schack    alexschack@schacklawgroup.com, alexschack@amslawoffice.com
Alfredo Torrijos    at@haffnerlawyers.com
Amanda M Steiner    asteiner@terrellmarshall.com, 8682118420@filings.docketbird.com, docketrequests@terrellmarshall.com, filing@terrellmarshall.com, hbrown@terrellmarshall.com, hrota@terrellmarshall.com, jnuss@terrellmarshall.com
Amid T Bahadori    atb@bahadorilaw.com
Anastasia M. Pastan    apastan@wilkinsonstekloff.com
Armstead C. Lewis    alewis@susmangodfrey.com
Arnold C. Wang    arnold@aswtlawyers.com, jessica@asstlawyers.com, ladonna@asstlawyers.com, maricela@asstlawyers.com
Arthur J Burke    arthur.burke@davispolk.com
Arthur M Murray    amurray@murray-lawfirm.com, aonstott@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, thorne@murray-lawfirm.com