Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR UNOPPOSED MOTION *IN LIMINE* NO. 1 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING TREBLE DAMAGES AND ATTORNEYS' FEES AND COSTS**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: February 7, 2024<br>TIME: 2:30 p.m.<br>COURTROOM:<br>  First Street Courthouse<br>  350 West 1st Street<br>  Courtroom 6A<br>  Los Angeles, CA 90012 |

Plaintiffs respectfully submit the following memorandum of points and authorities in support of its unopposed motion *in limine* to preclude the introduction of any evidence before the jury concerning treble damages and attorney fees and costs as authorized by the federal antitrust laws.

### I. This Court Should Prohibit Evidence or Argument Concerning Any Treble Damages and Attorney Fees and Costs to the Jury

Pursuant to Federal Rules of Evidence 401, 402, and 403, Plaintiffs move *in limine* for an order prohibiting the NFL from referencing or presenting any evidence or reference to the fact that Plaintiffs are seeking or may be entitled to treble damages or attorneys' fees and costs as authorized by the federal antitrust laws, 15 U.S.C. § 15. These Court-ordered statutory remedies lack any relevance to the issues to be tried before the jury, and their mention could only contaminate the jury's consideration of the facts that matter here.

Under the Clayton Act, a successful antitrust plaintiff "*shall* recover threefold the damages by him sustained, and the cost of suit, including a reasonable attorney's fee" as appropriate. 15 U.S.C. § 15 (emphasis added).

But this Court alone is responsible for effectuating those statutory remedies *after* trial. The jury's factfinding role ends once it determines liability and the amount of damages, at which point this Court must, as a matter of law, apply the damage multiplier, calculate fees and costs, and determine the suitability of injunctive relief. *See, e.g., eBay Inc v. MercExchange, L.L.C.,* 547 U.S. 388 (2006); *Brooks v. Cook*, 938 F.2d 1048, 1052 (9th Cir. 1991).

"In antitrust actions, 'courts have uniformly concluded that mentioning treble damages and attorney fees to the jury is improper.'" *In re Tableware Antitrust Litig.*, No. C-04-3514, 2007 WL 781960, at *3 (N.D. Cal. Mar. 13, 2007) (quoting *HBE Leasing Corp. v. Frank*, 22 F.3d 41 (2d Cir. 1994) (internal brackets omitted)). These important safeguards prevent any jury action that might "negate Congress' determination that actual damages should be trebled in order to deter antitrust

violations and encourage private enforcement of the antitrust laws," *Noble v. McClatchy Newspapers*, 533 F.2d 1081, 1091 (9th Cir. 1975) (*vacated on other grounds*, 433 U.S. 904 (1977)), including any "offset [of attorney fees and costs] by reducing the damage award," *Brooks*, 938 F.2d at 1052.

Even if this Court's statutory duties had any probative value for the jury, it would be substantially outweighed by the possibility of prejudice, confusion, and wasting time. Fed. R. Evid. 403. As numerous courts have concluded, there is no reason to inform the jury of the Clayton Act's features other than to sow confusion and invite prejudice, including by improperly seeking to reduce the damages award. *See Pollock & Riley*, *Inc. v. Pearl Brewing Co.*, 498 F.2d 1240, 1243 (5th Cir. 1974) ("informing a jury [about trebling] would serve no useful function and its probable consequence would be harmful – an impermissible lowering of the amount of damages").

In addition, the NFL Defendants do not oppose this motion.

## II.     Conclusion

For the foregoing reasons, Plaintiffs' Unopposed Motion *In Limine* No. 1 to preclude the NFL Defendants from referring to treble damages and attorney fees and costs before the jury should be granted.

Dated: January 5, 2024                    Respectfully submitted,


By: /s/ *Marc M. Seltzer*

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Kalpana Srinivasan (237460)
ksrinivasan@susmangodfrey.com
Amanda Bonn (270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)
smaida@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com

LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*