**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (SKx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION *IN LIMINE* NO. 1 TO EXCLUDE EVIDENCE AND ARGUMENTS REGARDING TREBLE DAMAGES AND ATTORNEYS' FEES**<br><br>JUDGE: Hon. Philip S. Gutierrez |

This matter is before the Court on Plaintiffs' Unopposed Motion *In Limine* No. 1 to Exclude Evidence and Arguments Regarding Treble Damages and Attorneys' Fees and Costs. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion and orders as follows:

IT IS ORDERED that the NFL Defendants are precluded at trial in this action from introducing any evidence or making any statement or argument to the jury that Plaintiffs are seeking or may be entitled to treble damages or attorneys' fees and costs.

IT IS SO ORDERED.

Dated: _____

_____
PHILIP S. GUTIERREZ
Chief United States District Judge