1
2
3
4

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (SKx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* NO. 2 TO EXCLUDE IMPROPER EVIDENCE AND ARGUMENT REGARDING THE RELIEF SOUGHT BY PLAINTIFFS** |
|---|---|

This matter is before the Court on Plaintiffs' Motion *In Limine* No. 2 to Exclude Improper Evidence and Argument Regarding the Relief Sought by Plaintiffs. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion and orders as follows:

IT IS ORDERED that the NFL Defendants are precluded at trial in this action from introducing any evidence or making any statement or argument concerning:

(1) the possibility of injunctive relief or other equitable relief available to Plaintiffs and the class members or that Plaintiffs may be seeking injunctive relief;

(2) any claimed financial benefits obtained by the commercial class members or "pass on" of any overcharge paid by the commercial class members;

(3) any claimed failure to mitigate damages by class members; or

(4) any notion of supposed fault from class members' decision to subscribe to Sunday Ticket, including any reference to claimed damages as a "refund" or other similar characterization.

IT IS SO ORDERED.

Dated: _____

PHILIP S. GUTIERREZ
Chief United States District Judge