# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>———————————<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER GRANTING NFL DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE AND ARGUMENT SEEKING TO PROVE THAT REVENUE SHARING IS ANTICOMPETITIVE**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: February 7, 2024<br>Time: 2:30 pm<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

1 | Pending before the Court is NFL Defendants' Motion in Limine No. 1 to Exclude Evidence and Argument Seeking to Prove That Revenue Sharing Is Anticompetitive. The Court has considered the motion, all other papers relating to the motion, other documents and pleadings filed in this action, and the arguments of counsel.

IT IS HEREBY ORDERED that NFL Defendants' Motion in Limine No. 1 is GRANTED.

**IT IS SO ORDERED.**

Dated: _____  _____
PHILIP S. GUTIERREZ
Chief United States District Judge