| | |
|---|---|
| 1 | Beth A. Wilkinson (admitted *pro hac vice*) |
| 2 | Brian L. Stekloff (admitted *pro hac vice*) |
|   | Rakesh N. Kilaru (admitted *pro hac vice*) |
| 3 | Jeremy S. Barber (admitted *pro hac vice*) |
|   | **WILKINSON STEKLOFF LLP** |
| 4 | 2001 M Street NW, 10th Floor |
|   | Washington, DC 20036 |
| 5 | Telephone: (202) 847-4000 |
|   | Facsimile: (202) 847-4005 |
| 6 | bwilkinson@wilkinsonstekloff.com |
|   | bstekloff@wilkinsonstekloff.com |
| 7 | rkilaru@wilkinsonstekloff.com |
|   | jbarber@wilkinsonstekloff.com |
| 8 | Gregg H. Levy (admitted *pro hac vice*) |
|   | Derek Ludwin (admitted *pro hac vice*) |
| 9 | John S. Playforth (admitted *pro hac vice*) |
|   | **COVINGTON & BURLING LLP** |
| 10 | One CityCenter, 850 10th Street NW |
|    | Washington, D.C. 20001 |
| 11 | Telephone: (202) 662-6000 |
|    | Facsimile: (202) 778-5429 |
| 12 | glevy@cov.com |
|    | dludwin@cov.com |
| 13 | jplayforth@cov.com |

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668−PSG (SKx) |
| | **NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |
| | Judge: Hon. Philip S. Gutierrez |
| | Date: February 7, 2024 |
| | Time: 2:30 p.m. |
| | Courtroom: First Street Courthouse |
| | 350 West 1st Street |
| | Courtroom 6A |
| | Los Angeles, CA 90012 |

TO THE ABOVE-CAPTIONED COURT AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), the NFL Defendants, by and through their counsel of records, hereby submit this application requesting that the Court lodge provisionally under seal the following documents (lodged concurrently herewith):

1. The sealed Declaration of Jenna H. Pavelec in Support of NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.
2. The unredacted version of NFL Defendants' Motion in Limine No. 1 to Exclude Evidence and Argument Seeking to Prove That Revenue Sharing Is Anticompetitive.

Given confidentiality and commercial sensitivity issues, NFL Defendants request the Court to seal and redact the designated documents.

Dated: January 5, 2024      By:  */s/ Beth A. Wilkinson*

Beth A. Wilkinson (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

nsahni@cov.com

Gregg H. Levy (admitted pro hac vice)
Derek Ludwin (admitted pro hac vice)
John S. Playforth (admitted pro hac vice)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*