# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (SKx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 3 TO EXCLUDE IRRELEVANT AND PREJUDICIAL EVIDENCE UNDER RULES 402 AND 403**<br><br>JUDGE: Hon. Philip S. Gutierrez |

This matter is before the Court on Plaintiffs' Motion *In Limine* to Exclude Irrelevant and Prejudicial Evidence Under Rules 402 and 403. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion and orders as follows:

IT IS ORDERED that, the NFL Defendants are precluded at trial in this action from making any statement or argument that refers to Sunday Ticket as a "luxury good" or some other similar connotation, and from making at trial any statement or argument, or otherwise presenting or eliciting any evidence or testimony concerning the absence of DirecTV, Fox, or CBS as defendants at trial.

IT IS SO ORDERED.

Dated: _____        _____

PHILIP S. GUTIERREZ
Chief United States District Judge