1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

7
8
9

IN RE: NATIONAL FOOTBALL
LEAGUE'S "SUNDAY TICKET"
ANTITRUST LITIGATION

10

_____

11
12

THIS DOCUMENT RELATES TO
ALL ACTIONS

Case No. 2:15-ml-02668-PSG (SKx)

**[PROPOSED] ORDER REGARDING
NFL DEFENDANTS'
APPLICATION UNDER LOCAL
RULE 79-5 TO FILE DOCUMENTS
UNDER SEAL**

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pending before the Court is NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.  The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Jenna H. Pavelec in Support of NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.

2. The unredacted version of NFL Defendants' Motion in Limine No. 2 to Exclude Reference to Prior Lawsuits Not Involving Either Party.

IT IS SO ORDERED.

Dated: _____        _____
                                      PHILIP S. GUTIERREZ
                                      Chief United States District Judge