1
2
3
4
5

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

6
7
8
9
10
11
12

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>―――――――――――――<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER GRANTING NFL DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE REFERENCE TO PAST LITIGATION AGAINST THE NFL**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: February 7, 2024<br>Time: 2:30 pm<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   Pending before the Court is NFL Defendants' Motion in Limine No. 3 to
2   Exclude Reference to Past Litigation Against the NFL. The Court has considered the
3   motion, all other papers relating to the motion, other documents and pleadings filed
4   in this action, and the arguments of counsel.
5   IT IS HEREBY ORDERED that NFL Defendants' Motion in Limine No. 3 is
6   GRANTED.

**IT IS SO ORDERED.**

Dated: _____            _____
                                         PHILIP S. GUTIERREZ
                                         Chief United States District Judge