# EXHIBIT 1

## To the Declaration of Samuel Maida

**In the Matter Of:**

*NFL Sunday Ticket Antitrust Litigation*

*JONATHAN FRANTZ*

*June 28, 2022*



Page 9

1  Q  Perfect. So obviously, you're here for a
2 deposition, but what is your understanding as to why we're
3 here today?
4  A  To be deposed.
5  Q  And why are you being deposed, what is the case?
6  A  The case is the -- I guess me, as well as other
7 litigates, against the NFL and was DirecTV, but no longer.
8  Q  Without revealing any of your discussions with
9 counsel, how did you first get involved in this lawsuit?
10  A  So I was in I think we decided -- or sorry, in
11 2015 I guess, I was at the bar with my wife, her friend
12 who she's knew -- she knew from when she was a kid.
13 Happened to be in town, and we were hanging out and we
14 were talking about football -- it was at the bar that I
15 worked at -- we were talking about Sunday Ticket, I said I
16 was a subscriber and he discussed that there was a case he
17 was working on and thought I would be interested in
18 joining.
19  Q  And you said this was the bar that you worked at,
20 what was the name of it?
21  A  Pacific Coast Brewery.
22  THE REPORTER: I'm sorry, could you speak up, please.
23  THE WITNESS: I'm sorry. Pacific Coast Brewery.
24 BY MR. WARREN:
25  Q  You mentioned that you were speaking with a

Page 10

1 friend of your wife. First, what's your wife's name?
2  A  Caitlin McGarty.
3  Q  What is your wife's friend's name?
4  A  Jeff Dubner.
5  Q  Had you ever met Mr. Dubner prior to that today?
6  A  No.
7  Q  Do you know if he's an attorney?
8  A  Yes, he is.
9  Q  Do you know if he's involved in this litigation
10 in any capacity?
11  MR. MIRZADEH: Objection.
12  THE WITNESS: I don't believe --
13 BY MR. WARREN:
14  Q  And one thing to be clear, during the course of
15 the day, your lawyers will both lodge objections.
16 Generally, unless they indicate that you should not answer
17 the question, they can lodge their objection, and then you
18 can proceed and still answer the question.
19  THE WITNESS: Okay.
20  MR. MIRZADEH: Go ahead.
21  THE WITNESS: I don't believe he's involved.
22 BY MR. WARREN:
23  Q  Okay. And why did he say that -- what did he
24 tell you about the litigation?
25  MR. MIRZADEH: Objection, this I think we're getting

Page 11

1 into privileged territory, talking about attorney-client
2 privilege communications.
3 BY MR. WARREN:
4  Q  Is this man your attorney?
5  A  Currently?
6  Q  Yes.
7  A  I don't believe so.
8  Q  Okay. And you don't believe he's involved in
9 this litigation in any capacity?
10  A  Anymore, I don't believe he is.
11  Q  You said anymore, so you're saying he was
12 previously?
13  A  I believe so.
14  Q  Okay. And going back to that night, you
15 indicated that -- all right, let's kind of reframe that
16 question.
17  You spoke with him that evening at the Pacific
18 Coast Brewery, right?
19  A  Mm-hmm.
20  Q  And following that discussion, you decided to get
21 involved in this lawsuit?
22  A  Yes. I was -- yeah, I guess that's a yes.
23  Q  And why was it that you wanted to be involved in
24 a lawsuit?
25  A  The way he described it it was a lot of my

Page 12

1 experience with the Sunday Ticket which I thought it was
2 very expensive, I had no other options, I happened to be a
3 DirecTV subscriber, but I had no choice in the matter of
4 leaving them if I wanted to continue being a Sunday Ticket
5 subscriber. So the way it was described seemed legitimate
6 to me.
7  Q  This was in 2015?
8  A  Yes.
9  Q  You continued to be a DirecTV subscriber
10 following 2015, correct?
11  A  Correct.
12  Q  Is there any other reason that you chose to get
13 involved in this lawsuit?
14  A  No.
15  Q  Do you understand that this suit seeks monetary
16 damages?
17  A  It is my understanding.
18  Q  Is it also your understanding that this suit
19 seeks what's called injunctive relief?
20  A  Yes.
21  Q  Do you understand what that means?
22  A  I believe that means the (verbal utterance).
23  THE REPORTER: I'm sorry, the what? Repeat that.
24  THE WITNESS: I believe that it means that the NFL
25 will need to offer the product across multiple platforms

165

1                      REPORTER'S CERTIFICATE

2      I, Christa Yan, CSR No. 14316, do hereby declare:
       That, prior to being examined, the witness named in
3 the foregoing deposition was by me duly sworn remotely
pursuant to Section 30(f)(1) of the Federal Rules of Civil
4 Procedure, and the deposition is a true record of the
testimony given by the witness as accurately as possible.
5 That said deposition was taken down by me in shorthand at
the time therein named and thereafter reduced to text
6 under my direction.
     ___ That said witness was requested to review the
7 transcript and make any changes to the transcript as a
result of that review pursuant to Section 30(e) of the
8 Federal Rules of Civil Procedure.
     ___ No changes have been provided by the witness
9 during the period allowed.
     ___ The changes made by the witness are appended to
10 the transcript.
     ___ No request was made that the transcript be
11 reviewed pursuant to Section 30(e) of the Federal Rules of
Civil Procedure.
12     I further declare that I have no interest in the
event of the action.  I declare under penalty of perjury
13 under the laws of the United States of America that the
foregoing is true and correct.
14     WITNESS my hand this 1st day of July 2022.

15

    _____
16     Christa Yan, CSR NO. 14316

17

18

19

20

21

22

23

24

25