# EXHIBIT 2

## To the Declaration of Samuel Maida

**In the Matter Of:**

*NFL Sunday Ticket Antitrust Litigation*

*JASON BAKER*

*July 15, 2022*



Page 17

1 When you say the only option you had, you mean option to
2 bring a lawsuit against?
3   **A  No, the option to carry it at the bar -- carry**
4 **football games at the bar.**
5   MR. ALBERT: I'm going to (verbal utterance).
6   THE REPORTER: I'm sorry, I can't hear you.
7   MR. ALBERT: I'm going to pose an objection as the
8 question being beyond the scope of the topics.
9     You can answer the question.
10 BY MR. MUNGAI:
11   Q  So let me take a step back, because I think maybe
12 my -- you're responding to a different question, that I
13 may not have asked yet.
14     But when I say how did The Mucky Duck first get
15 involved or decide to file the lawsuit, your initial
16 response was, because the NFL was the only option you had.
17 I don't quite understand that response. So maybe I can
18 ask my question a different way, which is, when Mucky Duck
19 decided to become a plaintiff, and file this suit against
20 the NFL defendants, what was the precipitating factor that
21 led to that decision?
22   MR. ALBERT: Same objection.
23   **THE WITNESS: I felt it was my only option to forward**
24 **my business, to carry the NFL games.**
25

Page 18

1 BY MR. MUNGAI:
2   Q  Okay. And because you felt that the NFL was the
3 only way to move your business forward, that caused you to
4 file a lawsuit against them?
5   **A  Yeah.**
6   Q  And why would that be?
7   **A  Because there were -- there was only one option.**
8   Q  When you say there was only one option, what do
9 you mean?
10   **A  For me to carry the NFL games, I didn't have any**
11 **options. I only had one option.**
12   Q  And --
13   **A  I felt that I should have had more.**
14   Q  And what was that option?
15   **A  DirecTV's NFL package.**
16   Q  I see.
17     So as The Mucky Duck, because the -- because
18 DirecTV was the only source for the NFL games, you decided
19 to bring a lawsuit against them?
20   **A  Yes.**
21   Q  Am I getting that right? Okay.
22     Did anyone tell you that you should file this
23 lawsuit against The Mucky Duck?
24   MR. ALBERT: Objection; to the extent that it goes
25 into attorney-client privilege or communications.

Page 19

1 But you can answer if it doesn't involve any
2 conversations you had with attorneys.
3   **THE WITNESS: I was asked if I wanted to be involved**
4 **in a lawsuit.**
5 BY MR. MUNGAI:
6   Q  I see. And who asked you?
7   **A  I don't recall who it was in particular. But it**
8 **was many years ago.**
9   Q  I see. And was it an attorney that asked you if
10 you wanted to be involved, or another individual?
11   **A  I believe so. I believe so. It was an attorney.**
12   Q  Do you remember the name of the attorney?
13   **A  I do not.**
14   MR. ALBERT: Objection -- okay. Just let that stand.
15 BY MR. MUNGAI:
16   Q  And the form of communication in which that
17 attorney asked you to be a part of that lawsuit, was it an
18 email, a phone call, an advertisement?
19   MR. ALBERT: And again, if the -- any communication
20 that was between yourself are and the attorneys, yeah,
21 that would be attorney-client privilege, and I would ask
22 you not to answer. If it's -- if the communication was
23 between you and your attorneys. You know, as opposed to
24 another communication. So you may want to repeat the
25 question.

Page 20

1 BY MR. MUNGAI:
2   Q  My question was what form did the communication
3 take. To be clear, as the attorneys advised, I'm not
4 inquiring into the content of your communication or what
5 the attorneys said to you, and what you said to the
6 attorney. I understand that that's privileged. I'm just
7 asking the form that the communication took, be it an
8 email, a phone call?
9   **A  May have been an email, may have been a phone**
10 **call. I don't recall.**
11   Q  I see.
12     Do you understand that this lawsuit seeks
13 monetary damages?
14   **A  Yes.**
15   Q  Do you also understand that this lawsuit seeks
16 injunctive relief?
17   **A  I don't understand that.**
18   Q  You don't understand the meaning of injunctive
19 relief?
20   **A  No.**
21   Q  Okay. Do you also understand that this lawsuit
22 is a class action lawsuit?
23   **A  I do.**
24   Q  Do you mind describing to me what that means to
25 you, it being a class action?

132

1                       REPORTER'S CERTIFICATE

2       I, Christa Yan, CSR No. 14316, do hereby declare:
        That, prior to being examined, the witness named in
3   the foregoing deposition was by me duly sworn remotely
    pursuant to Section 30(f)(1) of the Federal Rules of Civil
4   Procedure, and the deposition is a true record of the
    testimony given by the witness as accurately as possible.
5   That said deposition was taken down by me in shorthand at
    the time therein named and thereafter reduced to text
6   under my direction.
        ___   That said witness was requested to review the
7   transcript and make any changes to the transcript as a
    result of that review pursuant to Section 30(e) of the
8   Federal Rules of Civil Procedure.
        ___   No changes have been provided by the witness
9   during the period allowed.
        ___   The changes made by the witness are appended to
10  the transcript.
        ___   No request was made that the transcript be
11  reviewed pursuant to Section 30(e) of the Federal Rules of
    Civil Procedure.
12      I further declare that I have no interest in the
    event of the action.  I declare under penalty of perjury
13  under the laws of the United States of America that the
    foregoing is true and correct.
14      WITNESS my hand this 17th day of July 2022.

15

        _____
16      Christa Yan, CSR NO. 14316

17

18

19

20

21

22

23

24

25