# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (SKx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* NO. 4 PRECLUDING EVIDENCE AND ARGUMENTS REGARDING BACKGROUND OF THIS LITIGATION**<br><br>JUDGE: Hon. Philip S. Gutierrez |

This matter is before the Court on Plaintiffs' Motion *In Limine* No. 4 Precluding Evidence and Arguments Regarding Background of this Litigation. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion and orders as follows:

IT IS ORDERED that, the NFL Defendants are precluded at trial in this action from presenting evidence, seeking to elicit any testimony, or making any argument regarding (1) how Plaintiffs became involved in this litigation, their motivation for bringing this lawsuit, Plaintiffs' relationship with their attorneys, or any reference to the litigation as being "attorney-driven" or motivated by attorneys; and (2) that the challenged conduct has been occurring for years prior to Plaintiffs filing this case to imply that the alleged restraints have been rendered legal by the passage of time in bringing suit.

IT IS SO ORDERED.

Dated: _____

_____
PHILIP S. GUTIERREZ
Chief United States District Judge