# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER GRANTING NFL DEFENDANTS' MOTION IN LIMINE NO. 6 TO EXCLUDE CERTAIN OPINIONS OF J. DOUGLAS ZONA**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: February 7, 2024<br>Time: 2:30 pm<br>Courtroom:<br>First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

1    Pending before the Court is NFL Defendants' Motion in Limine No. 6 to

2    Exclude Certain Opinions of J. Douglas Zona. The Court has considered the motion,

3    all other papers relating to the motion, other documents and pleadings filed in this

4    action, and the arguments of counsel.

5    IT IS HEREBY ORDERED that NFL Defendants' Motion in Limine No. 6 is

6    GRANTED.

7                                    **IT IS SO ORDERED.**

8

9    Dated: _____          _____

10                                           PHILIP S. GUTIERREZ
                                             Chief United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1