# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER GRANTING NFL DEFENDANTS' MOTION IN LIMINE NO. 7 TO EXCLUDE CERTAIN REBUTTAL TESTIMONY FROM EINER ELHAUGE**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: February 7, 2024<br>Time: 2:30 pm<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

1  Pending before the Court is NFL Defendants' Motion in Limine No. 7 to
2  Exclude Certain Rebuttal Testimony from Einer Elhauge. The Court has considered
3  the motion, all other papers relating to the motion, other documents and pleadings
4  filed in this action, and the arguments of counsel.
5  IT IS HEREBY ORDERED that NFL Defendants' Motion in Limine No. 7 is
6  GRANTED.

**IT IS SO ORDERED.**

Dated: _____     _____
PHILIP S. GUTIERREZ
Chief United States District Judge