Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 2:15-ml-02668−PSG (SKx)<br><br>**DECLARATION OF ANASTASIA M. PASTAN IN SUPPORT OF NFL DEFENDANTS' MOTIONS IN LIMINE**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: February 7, 2024<br>Time: 2:30 p.m.<br>Courtroom:<br>   First Street Courthouse<br>   350 West 1st Street<br>   Courtroom 6A<br>   Los Angeles, CA 90012 |

I, Anastasia M. Pastan, declare as follows:

I am counsel at the law firm of Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation. I submit this declaration in support of Defendants' Motions in Limine.[1] I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted *pro hac vice* to practice before the United States Central District of California in this litigation.

1. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Plaintiffs' response to the NFL Defendants' second set of interrogatories to Residential Plaintiffs, dated March 21, 2022.
2. Attached hereto as Exhibit 2 is a true and correct copy of the expert merits reply report prepared by Plaintiff expert J. Douglas Zona, dated June 9, 2023.
3. Attached hereto as Exhibit 3 is a true and correct copy of transcript excerpts from the 30(b)(1) deposition of DirectTV witness James Dyckes, taken on June 30, 2022.
4. Attached hereto as Exhibit 4 is a true and correct copy of transcript excerpts from the deposition of Plaintiff expert Daniel A. Rascher, taken on June 28, 2023.
5. Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from the deposition of Plaintiff expert Daniel A. Rascher, taken on October 3, 2022.
6. Attached hereto as Exhibit 6 is a true and correct copy of transcript excerpts from the deposition of Plaintiff expert J. Douglas Zona, taken on October 13, 2022.
7. Attached hereto as Exhibit 7 is a true and correct copy of the merits expert report prepared by NFL expert Ali Yurukoglu, dated April 28, 2023.

---

[1] This declaration supports all seven of Defendants' motions in limine: No. 1, To Exclude Evidence And Argument Seeking To Prove That Revenue Sharing Is Anticompetitive; No. 2, To Exclude Reference to Prior Lawsuits Not Involving Either Party; No. 3, To Exclude Reference To Past Litigation Against The NFL; No. 4, To Exclude Reference To The Pricing Arrangements For NFLSundayTicket.TV; No. 5, To Exclude Certain Opinions Of Daniel A. Rascher; No. 6, To Exclude Certain Opinions of J. Douglas Zona; and No. 7, To Exclude Certain Testimony From Einer Elhauge.

8. Attached hereto as Exhibit 8 is a true and correct copy of transcript excerpts from the deposition of Plaintiff expert J. Douglas Zona, taken on June 23, 2023.

9. Attached hereto as Exhibit 9 is a true and correct copy of transcript excerpts from the deposition of Plaintiff rebuttal expert Einer Elhauge, taken on June 8, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 5th day of January 2024 in Washington, D.C.

Dated: January 5, 2024                              Respectfully submitted,


                                                    */s/ Anastasia M. Pastan*
                                                    Anastasia M. Pastan