1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**ORDER REGARDING NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL [1115]** |

|   |   |
|---|---|
| 1 | Pending before the Court is NFL Defendants' Application Under Local Rule |
| 2 | 79-5 to File Documents Under Seal.  The Court has considered the application and |
| 3 | GRANTS the application. |
| 4 | IT IS HEREBY ORDERED that the following documents are to be filed under |
| 5 | seal: |
| 6 | 1. The sealed Declaration of Jenna H. Pavelec in Support of NFL |
| 7 | Defendants' Application Under Local Rule 79-5 to File Documents Under |
| 8 | Seal. |
| 9 | 2. The unredacted version of NFL Defendants' Motion in Limine No. 4 to |
| 10 | Exclude Reference to the Pricing Arrangements for nflsundayticket.TV. |

IT IS SO ORDERED.

Dated: January 8, 2024

_____
PHILIP S. GUTIERREZ
Chief United States District Judge

1