**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION  ─────────────────────  THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)  **ORDER REGARDING NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL [1131]** |

Pending before the Court is the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed declaration of Jenna H. Pavelec in Support of the NFL Defendants' Application Under Local Rule 79-5 to File Documents Under Seal.
2. The sealed Exhibit 2 to the Declaration of Anastasia M. Pastan in Support of NFL Defendants' Motions in Limine.
3. The sealed Exhibit 3 to the Declaration of Anastasia M. Pastan in Support of NFL Defendants' Motions in Limine.
4. The sealed Exhibit 4 to the Declaration of Anastasia M. Pastan in Support of NFL Defendants' Motions in Limine.
5. The sealed Exhibit 5 to the Declaration of Anastasia M. Pastan in Support of NFL Defendants' Motions in Limine.
6. The sealed Exhibit 6 to the Declaration of Anastasia M. Pastan in Support of NFL Defendants' Motions in Limine.
7. The sealed Exhibit 7 to the Declaration of Anastasia M. Pastan in Support of NFL Defendants' Motions in Limine.
8. The sealed Exhibit 8 to the Declaration of Anastasia M. Pastan in Support of NFL Defendants' Motions in Limine.
9. The sealed Exhibit 9 to the Declaration of Anastasia M. Pastan in Support of NFL Defendants' Motions in Limine.

| | | |
|---|---|---|
| 1 | | IT IS SO ORDERED. |
| 2 | | |
| 3 | Dated: January 8, 2024 | |
| 4 | | PHILIP S. GUTIERREZ<br>Chief United States District Judge |