| Attorney or Party without Attorney: <br> Tyler Finn, Esq. <br> Susman Godfrey LLP <br> 1301 Avenue of the Americas 32nd Floor <br> New York, NY 10019 <br> *Telephone No:* 212-471-8359 <br><br> *Attorney For:* Plaintiffs Ninth Inning Inc.; 1465 Third Avenue Restaurant | | | | **For Court Use Only** |
|---|---|---|---|---|
| | | *Ref. No. or File No.:* <br> NFL Sunday Ticket | | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> USDC-Central District of California | | | | |
| *Plaintiff:* (Document Relates to All Actions) <br> *Defendant:* IN RE NFL SUNDAY TICKET ANTITRUST LITIGATION | | | | |
| **PROOF OF SERVICE** | Hearing Date: <br> 2/26/24 | Time: <br> 9:00am | Dept/Div: <br> 6A | Case Number: <br> 2:15-ML-02668-PSG (SKx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

3. a. Party served:   Lawrence Jones
   b. Person served:   Lawrence Jones , Caucasian , Male , Age: 50-60's , Hair: Bald , Height: 5'6" , Weight: 165 , Description: Check#228954 for 59.00

4. Address where the party was served:   1663 Amherst Avenue, Los Angeles, CA 90025

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jan 11 2024 (2) at: 02:50 PM

   Witness fees paid: $59.00

   Recoverable cost Per CCP 1033.5(a)(4)(B)

6. **Person Who Served Papers:**
   a. Esmeralda Pech (2015248418, Los Angeles)
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:
   e. I am: A Registered California Process Server

7. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

01/12/2024
(Date)

(Signature)



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

10229307
(376702)