Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>———————————————<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (SKx)<br><br>**DECLARATION OF ANASTASIA M. PASTAN IN SUPPORT OF NFL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* NO. 2**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: February 7, 2024<br>Time: 2:30 p.m.<br>Courtroom:<br>   First Street Courthouse<br>   350 West 1st Street<br>   Courtroom 6A<br>   Los Angeles, CA 90012 |

1       I, Anastasia M. Pastan, declare as follows:

2       I am counsel at the law firm of Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motions *in Limine* No. 2 to Exclude Evidence and Argument Regarding Relief Sought by Plaintiffs. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted *pro hac vice* to practice before the United States Central District of California in this litigation.

1. Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from the 30(b)(6) deposition of Plaintiff Eugene Lennon, taken on July 19, 2022.
2. Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the 30(b)(6) deposition of Plaintiff Jason Baker, taken on July 15, 2022.
3. Attached hereto as Exhibit 3 is a true and correct copy of transcript excerpts from the 30(b)(1) deposition of DirectTV witness James Dyckes, taken on June 30, 2022.
4. Attached hereto as Exhibit 4 is a true and correct copy of transcript excerpts from the deposition of FOX witness Lawrence Jones, taken on July 8, 2022.
5. Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from the deposition of NFL witness Brent Lawton, taken on June 22, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      EXECUTED on this 19th day of January 2024 in Washington, D.C.

Dated:  January 19, 2024            Respectfully submitted,

                                      */s/ Anastasia M. Pastan*
                                      Anastasia M. Pastan

1

Case No. 2:15-ml-02668-PSG (SKx)       Declaration Of Anastasia M. Pastan In Support Of NFL Defendants' Opposition To Plaintiffs' Motion *In Limine* No. 2