# EXHIBIT 2

To the Declaration of
Anastasia M. Pastan

**In the Matter Of:**

*NFL Sunday Ticket Antitrust Litigation*

---

*JASON BAKER*

*July 15, 2022*

---



1

1                  UNITED STATES DISTRICT COURT

2                  CENTRAL DISTRICT OF CALIFORNIA

3

4    IN RE:  NATIONAL FOOTBALL      )
     LEAGUE'S "SUNDAY TICKET"       )
5    ANTITRUST LITIGATION           )
                                    )
6    _____)
                                    )
7                                    ) NO. 2:15-ml-02668-PSG(JEMx)
                                    )
8    THIS DOCUMENT RELATES TO:      )
     ALL ACTIONS                    )
9                                    )
     _____)
10

11

12

13

14

15             VIDEOTAPED IN-PERSON DEPOSITION OF
                         JASON BAKER
16         THE MUCKY DUCK PURSUANT TO RULE 30(b)(6)
                     FRIDAY, JULY 15, 2022
17

18

19

20

21

22

23

24
     STENOGRAPHIC REPORTER:  CHRISTA YAN, CSR NO. 14316
25

2

```
 1    APPEARANCES IN-PERSON:

 2    FOR PLAINTIFFS:
           HAUSFELD LLP
 3         BY:  FARHAD MIRZADEH, ATTORNEY-AT-LAW
           1700 K. Street NW, Suite 650
 4         Washington, DC 20006
           (202) 540-7200
 5         fmirzadeh@hausfeld.com

 6         GLANCY PRONGAY & MURRAY
           BY:  LEE ALBERT, ATTORNEY-AT-LAW
 7         230 Park Avenue, Suite 358
           New York, New York 10169
 8         (212) 884-0988
           lalbert@glancylaw.com

 9

10    FOR DEFENDANTS NATIONAL FOOTBALL LEAGUE, NFL ENTERPRISES
      LLC, AND THE NFL MEMBER CLUBS:
11         WILKINSON STEKLOFF LLP
           BY:  JUSTIN MUNGAI, ATTORNEY-AT-LAW
12              BLAKE NEAL, ATTORNEY-AT-LAW
           2001 M Street NW, 10th Floor
13         Washington, DC 20036
           (202) 847-4000
14         sundayticket-paras@wilkinsonstekloff.com
           bwilkinson@wilkinsonstekloff.com
15         bstekloff@wilkinsonstekloff.com
           rkilaru@wilkinsonstekloff.com
16         jbarber@wilkinsonstekloff.com
           mwarren@wilkinsonstekloff.com
17

18

      ALSO PRESENT IN-PERSON:
19    ANTONIO WOODWARD, The Videographer

20

21
                         --oOo--
22

23

24

25
```

60

 1      A     No.

 2      Q     Do you know that RSN stands for Regional Sports

 3   Network?

 4      A     I do not.

 5      Q     So you would not know how often that fee was

 6   charged?

 7      A     I compare invoices, yes.  So...

 8      Q     I guess my question is, do you know how often

 9   Mucky Duck incurred an RSN fee --

10      A     I do not.

11      Q     Okay.  And do you know if that rate was fixed or

12   not or whether --

13      A     I do not.

14      Q     You do not, okay.

15            Okay.  That's helpful.  I am done with that

16   document.

17      A     All right.

18      Q     Thank you.

19            Mr. Baker, do you agree that football is

20   generally a very popular sport --

21      A     Yes, I do.

22      Q     In America --

23      A     Yes.

24      MR. MIRZADEH:  Object to form, sorry.

25

 1   BY MR. MUNGAI:

 2        Q    In fact --

 3        A    Worldwide.

 4        Q    In fact, it's popularity is one of the reasons

 5   why you wanted to carry all of the NFL games; is that

 6   right?

 7        A    Yes.

 8        Q    Did having the Sunday Ticket subscription make it

 9   possible for Mucky Duck to attract more customers to the

10   bar?

11        A    Yes, it did.

12        Q    In fact, during the regular season, of -- during

13   the regular NFL season, Sundays were your busiest day; is

14   that right?

15        A    They were busy.

16        Q    Were they busier than the other days of it week?

17        A    Every day varied, but none in particular was

18   busier than others but yes, I had more people come in for

19   the NFL Ticket.

20        Q    Okay.  I just want to make sure I understand that

21   response.  I'm going to say it back, and you can tell me

22   if what -- if I'm accurately summarizing what you just

23   said?

24        A    Okay.

25        Q    So it varied how many customers you had in any

62

1    given day, but on Sundays, it was busier because of people

2    who wanted to come watch the games on Sunday Ticket; is

3    that right?

4        A    Yes.

5        Q    Okay.  On average, would you agree that The Mucky

6    Duck generated the most revenue on Sundays in comparison

7    to other days, during the NFL regular season?

8        A    Okay.  Sundays were busier during the NFL season.

9        Q    And so if they were busier, does that mean the

10   bar generated more revenue in comparison to other days

11   during the regular NFL season --

12       A    No.

13       Q    So what days on average did The Mucky Duck

14   generate the most revenue?

15       A    Mind you, it's a bar.  So Fridays and Saturdays

16   are your busier days in the bar business.

17       Q    Okay.  So during the NFL regular season, The

18   Mucky Duck generated the most revenue on Fridays and

19   Saturdays as opposed to any other day in the week?

20       MR. ALBERT:  Objection; form.

21       THE WITNESS:  You know, I can't tell you which day was

22   busier as far as that's concerned because every day

23   varies.

24   BY MR. MUNGAI:

25       Q    I understand, I'm not -- I'm not asking for like

63

1   an answer with piercing specificity.  I just kind of want

2   to understand on average, during the NFL regular season,

3   was the bar making more money on Sundays when there were

4   more football games, or on other days --

5        A    Sundays were busier during the football season.

6        Q    Okay.  And outside of the football season, it

7   just varied; is that accurate?

8        A    What varied?

9        MR. ALBERT:  Object to form.

10  BY MR. MUNGAI:

11       Q    How busy the bar was.

12       A    There's many factors on business in the bar.

13       Q    Okay.  Tell me what factors affect how busy the

14  bar is?

15       A    The amount of people that come in.

16       Q    Yeah.

17       A    That's... that's the main factor.

18       Q    Right.  Sorry, let me make my question a little

19  bit clearer.

20            What factors affect how many people come in on

21  any given day of the week for the bar?

22       MR. ALBERT:  Objection; during the football season,

23  not --

24       MR. MUNGAI:  Outside of the football season.

25       MR. ALBERT:  Okay.

65

1        Q     Okay.  Does that mean that you get a lot of

2   repeat customers based on that?

3        A     Very much so.

4        Q     Okay.  What other factors?  So right now, I have

5   pint night, I have happy hour, I have person behind the

6   bar.

7        A     Pool table.  Beer selections.

8        Q     Do you have -- does the beer selection change at

9   the bar?

10       A     Not often.

11       Q     So then how does the beer selection affect who's

12  coming in versus not?

13       A     People like certain beers.

14       Q     And so they would choose to come to Mucky Duck as

15  opposed to going somewhere else?

16       A     Yeah, for more options.

17       Q     I see.

18             Any other factors?

19       A     The atmosphere.

20       Q     Tell me about the atmosphere.

21       A     It's a friendly pub.  That's my moniker.  It's a

22  friendly pub and everybody knows everybody.

23       Q     Okay.  Is there anything else?

24       A     No, I don't think so.

25       Q     What about sports, you own a sports bar after

66

```
 1    all, does sports impact --

 2         A     Oh, yes, of course.

 3         Q     Okay.  All sports?

 4         A     Yes.

 5         Q     Do you see a variation in customers based on the

 6    sport, meaning, do you get more customers if it's

 7    basketball versus hockey?

 8         A     I get more for basketball.

 9         Q     If you were to rank popularity of customers --

10    scratch that.  Let me rephrase that question.  That was

11    not accurately stated.

12               If you were to rank the sports that brought in

13    the most customers, how would you rank those sports?

14         A     Football.

15         Q     Okay.

16         A     Baseball.  Basketball.  Soccer.  College.

17         Q     When you say college, do you mean --

18         A     College sports.

19         Q     In general?

20         A     Yeah.

21         Q     Okay.

22         A     And hockey, not many hockey.

23         Q     Way at the bottom.

24         A     Oh, yeah.

25         Q     Have to do with it being San Francisco.
```

1     A     That's why.

2     Q     Okay.  When you say soccer, just for my own

3   clarity, do you mean major league -- the MLS, or do you

4   mean World Cup or do you mean something else --

5     A     European.

6     Q     European soccer, okay.

7           And are the fans who come for European soccer

8   usually international guests at your pub, or are they

9   locals just interested in European soccer?

10    A     Locals and foreigners.

11    Q     Okay.  Okay.  Are there any other factors that we

12  haven't talked about, that impact --

13    A     None that I can think of.

14    THE REPORTER:  Mr. Baker, if you can wait for counsel

15  to finish his entire question before you answer, I would

16  appreciate that.

17    THE WITNESS:  Okay.

18  BY MR. MUNGAI:

19    Q     Would you agree that sports in general is a huge

20  driving factor for The Mucky Duck's business?

21    A     Yes.

22    Q     And football in particular is a huge driving

23  force behind Mucky Duck's business?

24    A     Yes.

25    Q     And a lot of the revenue that The Mucky Duck

Case 2:15-ml-02668-PSG-SK   Document 1164-3   Filed 01/19/24   Page 12 of 12   Page ID
#:43895
NFL Sunday Ticket Antitrust Litigation
30(b)(6)
Jason Baker
July 15, 2022

132

```
 1                    REPORTER'S CERTIFICATE

 2        I, Christa Yan, CSR No. 14316, do hereby declare:
          That, prior to being examined, the witness named in
 3   the foregoing deposition was by me duly sworn remotely
     pursuant to Section 30(f)(1) of the Federal Rules of Civil
 4   Procedure, and the deposition is a true record of the
     testimony given by the witness as accurately as possible.
 5   That said deposition was taken down by me in shorthand at
     the time therein named and thereafter reduced to text
 6   under my direction.
          ___  That said witness was requested to review the
 7   transcript and make any changes to the transcript as a
     result of that review pursuant to Section 30(e) of the
 8   Federal Rules of Civil Procedure.
          ___  No changes have been provided by the witness
 9   during the period allowed.
          ___  The changes made by the witness are appended to
10   the transcript.
          ___  No request was made that the transcript be
11   reviewed pursuant to Section 30(e) of the Federal Rules of
     Civil Procedure.
12        I further declare that I have no interest in the
     event of the action.  I declare under penalty of perjury
13   under the laws of the United States of America that the
     foregoing is true and correct.
14        WITNESS my hand this 17th day of July 2022.

15        _____

16     Christa Yan, CSR NO. 14316

17

18

19

20

21

22

23

24

25
```