# EXHIBIT 3

To the Declaration of
Anastasia M. Pastan

UNREDACTED VERSION OF DOCUMENT
REQUESTED TO BE FILED UNDER SEAL