# EXHIBIT 4

To the Declaration of
Anastasia M. Pastan

UNREDACTED VERSION OF DOCUMENT REQUESTED TO BE FILED UNDER SEAL