# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

Case No. 2:15-ml-02668-PSG (JEMx)

**[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**

JUDGE: Hon. Philip S. Gutierrez

DATE: February 7, 2024
TIME: 2:30 p.m.
COURTROOM: First Street Courthouse
                350 West 1st Street
                Courtroom 6A
                Los Angeles, CA 90012

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1.   The sealed Declaration of Kevin Trainer in Support of Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal.

2.   The unredacted version of the Memorandum in Opposition to the NFL Defendants' Motion in Limine No. 5 to Exclude Certain Opinions of Daniel A. Rascher.

IT IS SO ORDERED.

Dated: _____        _____
                                      PHILIP S. GUTIERREZ
                                      United States District Judge

1