# Exhibit 1

[Redacted Version of Document Proposed to be Filed Under Seal]

```
                                                                  1
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3            Civil Action No. 2:15-ml-02668-PSG(JEMx)

 4   ----------------------------------------x

 5   IN RE:   NATIONAL FOOTBALL

 6   LEAGUE'S "SUNDAY TICKET"

 7   ANTITRUST LITIGATION

 8   ----------------------------------------x

 9

10

11

12

13           VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                       BRENT DOUGLAS LAWTON
14                  Wednesday, June 22, 2022
                       New York, New York
15                   8:57 a.m. - 3:32 p.m.

16

17

18

19

20

21

22            Reported stenographically by:
            Richard Germosen, CA CSR No. 14391
23      RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
          NCRA/NJ/NY/CA Certified Realtime Reporter
24           NCRA Realtime Systems Administrator
                   Job No. 2022-845603
25
```

```
                                                             51
 1    ████████████████████████████████████████
 2         Q.    Okay.
 3               MR. BARBER:  We've been going about
 4    an hour.  Do you think it's a good time --
 5               MR. FINN:  Now is a great time for
 6    the break.
 7               MR. BARBER:  Great.
 8               THE VIDEOGRAPHER:  The time is 9:52
 9    a.m., and we're going off the record.
10               (Whereupon, a recess is taken.)
11               THE VIDEOGRAPHER:  Stand by, please.
12               The time is 10:05 a.m., and we're
13    back on the record.
14    BY MR. FINN:
```

████████████████████████████████████████████
██████████████████████████████████████
████████████████████
████████████████████████████████████████████
██████████████████████████████████████████
████████████████████
██████████████████████████████████████████
████████████████████████████████████████
██████████████████████
██████████████████████████████████████████
████████████████████████████████████████████



52

53



54



55

[lines 1–15 redacted]

16   Q.   Got it. Thank you. That was very
17 helpful.
18           MR. FINN: I'm going to mark another
19 exhibit.
20           You can mark this as plaintiff's
21 exhibit two.
22           (Whereupon, document NFL 0418767
23 through 0418776, is received and marked as Exhibit 2
24 for Identification.)
25

                                                                         223

1                  C E R T I F I C A T E

2              I, RICHARD GERMOSEN, Fellow of the

3    Academy of Professional Reporters, stenographic New

4    Jersey Certified Court Reporter, New Jersey Certified

5    Realtime Court Reporter, California Certified

6    Shorthand Reporter, California Certified Realtime

7    Reporter, NCRA Registered Diplomate Reporter, and

8    NCRA Certified Realtime Reporter, do hereby certify:

9              That BRENT DOUGLAS LAWTON, the witness

10   whose deposition is hereinbefore set forth, having

11   been duly sworn, and that such deposition is a true

12   record of the testimony of said witness.

13             I further certify that I am not related

14   to any of the parties to this action by blood or

15   marriage, and that I am in no way interested in the

16   outcome of this matter.

17             IN WITNESS WHEREOF, I have hereunto set

18   my hand this 27th day of June 2022.

19

20   _____
     RICHARD GERMOSEN,
21   FAPR, RDR, CRR, CCR-NJ, CRCR, CSR-CA, CCRR-CA,
     NYACR, NYRCR
22   LICENSE NO. 30XI00184700
     LICENSE NO. 30XR00016800
23   California CSR No. 14391
     California CRR No. 198
24

25