Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: February 7, 2024<br>TIME: 2:30 p.m.<br>COURTROOM:<br> First Street Courthouse<br> 350 West 1st Street<br> Courtroom 6A<br> Los Angeles, CA 90012 |

TO THE ABOVE-CAPTIONED COURT AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), Plaintiffs, by and through their counsel of record, hereby submit this application requesting that the Court lodge provisionally under seal the following documents (lodged concurrently herewith):

1. The sealed Declaration of Tyler Finn in Support of Plaintiffs' Application to File Documents Under Seal.

2. The unredacted version of Plaintiffs' Memorandum in Opposition to NFL Defendants' Motion in Limine No. 7 to Exclude Certain Testimony from Einer Elhauge.

3. Exhibit 1 to the Declaration of Tyler Finn in support of Plaintiffs' Memorandum in Opposition to NFL Defendants' Motion in Limine No. 7 to Exclude Certain Testimony from Einer Elhauge.

4. Exhibit 2 to the Declaration of Tyler Finn in support of Plaintiffs' Memorandum in Opposition to NFL Defendants' Motion in Limine No. 7 to Exclude Certain Testimony from Einer Elhauge.

Pursuant to a meet-and-confer held on January 19, 2024, between counsel for Plaintiffs' and counsel for the NFL Defendants, along with the parties' past practices regarding confidentiality issues, and because the redacted or sealed information references or contains materials designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL pursuant to the protective order in this matter, the NFL Defendants requested that Plaintiffs move the Court to seal and redact the designated documents or portions thereof.

1

2      DATED: January 19, 2024          By: */s/ Tyler Finn*
                                            Tyler Finn

3

4      Marc M. Seltzer (54534)
       mseltzer@susmangodfrey.com
       Kalpana Srinivasan (237460)
5      ksrinivasan@susmangodfrey.com
       Amanda Bonn (270891)
6      abonn@susmangodfrey.com
       SUSMAN GODFREY L.L.P.
7      1900 Avenue of the Stars, Suite 1400
       Los Angeles, CA 90067
8      Tel: (310) 789-3100
       Fax: (310) 789-3150

9

10     William C. Carmody (*Pro Hac Vice*)
       bcarmody@susmangodfrey.com
       Seth Ard (*Pro Hac Vice*)
11     sard@susmangodfrey.com
       Tyler Finn (*Pro Hac Vice*)
12     tfinn@susmangodfrey.com
       SUSMAN GODFREY L.L.P
13     1301 Avenue of the Americas, 32nd Fl.
       New York, NY 10019
14     Tel: (212) 336-8330
       Fax: (212) 336-8340

15

16     Ian M. Gore (*Pro Hac Vice*)
       igore@susmangodfrey.com
       SUSMAN GODFREY L.L.P.
17     401 Union Street, Suite 3000
       Seattle, WA 98101
18     Tel: (206) 505-3841
       Fax: (206) 516-3883

19

20     Scott Martin (*Pro Hac Vice*)
       smartin@hausfeld.com
       HAUSFELD LLP
21     33 Whitehall Street, 14th Floor
       New York, NY 10004
22     Tel: (646) 357-1100
       Fax: (212) 202-4322

23

24     Christopher L. Lebsock (184546)
       clebsock@hausfeld.com
       Samuel Maida (333835)
25     smaida@hausfeld.com
       HAUSFELD LLP
26     600 Montgomery St., Suite 3200
       San Francisco, CA 94111
27     Tel: (415) 633-1908
       Fax: (415) 633-4980

28
       Sathya S. Gosselin (269171)
       sgosselin@hausfeld.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*