# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: February 7, 2024<br>TIME: 2:30 p.m.<br>COURTROOM:<br>First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Tyler Finn in Support of Plaintiffs' Application to File Documents Under Seal.
2. The unredacted version of Plaintiffs' Memorandum in Opposition to NFL Defendants' Motion in Limine No. 7 to Exclude Certain Testimony from Einer Elhauge.
3. Exhibit 1 to the Declaration of Tyler Finn in support of Plaintiffs' Memorandum in Opposition to NFL Defendants' Motion in Limine No. 7 to Exclude Certain Testimony from Einer Elhauge.
4. Exhibit 2 to the Declaration of Tyler Finn in support of Plaintiffs' Memorandum in Opposition to NFL Defendants' Motion in Limine No. 7 to Exclude Certain Testimony from Einer Elhauge.

IT IS SO ORDERED.

Dated: _____          _____
                                    PHILIP S. GUTIERREZ
                                    Chief United States District Judge