# Exhibit 1

[Redacted Version of Document Proposed to be Filed Under Seal]

                                                                    1

1                    UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3             Civil Action No. 2:15-ml-02668-PSG(JEMx)

4        ------------------------------------x

5        IN RE:   NATIONAL FOOTBALL

6        LEAGUE'S "SUNDAY TICKET"

7        ANTITRUST LITIGATION

8        ------------------------------------x

9

10

11

12

13              VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                         BRENT DOUGLAS LAWTON
14                    Wednesday, June 22, 2022
                         New York, New York
15                     8:57 a.m. - 3:32 p.m.

16

17

18

19

20

21

22              Reported stenographically by:
                Richard Germosen, CA CSR No. 14391
23        RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
            NCRA/NJ/NY/CA Certified Realtime Reporter
24             NCRA Realtime Systems Administrator
                    Job No. 2022-845603
25

51

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2   Q.    Okay.
3         MR. BARBER:  We've been going about
4 an hour.  Do you think it's a good time --
5         MR. FINN:  Now is a great time for
6 the break.
7         MR. BARBER:  Great.
8         THE VIDEOGRAPHER:  The time is 9:52
9 a.m., and we're going off the record.
10        (Whereupon, a recess is taken.)
11        THE VIDEOGRAPHER:  Stand by, please.
12        The time is 10:05 a.m., and we're
13 back on the record.
14 BY MR. FINN:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



52

53



54



55

[lines 1–15 redacted]

```
16        Q.     Got it.  Thank you.  That was very
17   helpful.
18               MR. FINN:  I'm going to mark another
19   exhibit.
20               You can mark this as plaintiff's
21   exhibit two.
22               (Whereupon, document NFL 0418767
23   through 0418776, is received and marked as Exhibit 2
24   for Identification.)
25
```

Case 2:15-ml-02668-PSG-SK   Document 1177-3   Filed 01/19/24   Page 8 of 8   Page ID
NFL Sunday Ticket Antitrust Litigation         #:44123                           Brent Lawton
                                                                             June 22, 2022

223

```
 1                  C E R T I F I C A T E

 2                  I, RICHARD GERMOSEN, Fellow of the

 3      Academy of Professional Reporters, stenographic New

 4      Jersey Certified Court Reporter, New Jersey Certified

 5      Realtime Court Reporter, California Certified

 6      Shorthand Reporter, California Certified Realtime

 7      Reporter, NCRA Registered Diplomate Reporter, and

 8      NCRA Certified Realtime Reporter, do hereby certify:

 9                  That BRENT DOUGLAS LAWTON, the witness

10      whose deposition is hereinbefore set forth, having

11      been duly sworn, and that such deposition is a true

12      record of the testimony of said witness.

13                  I further certify that I am not related

14      to any of the parties to this action by blood or

15      marriage, and that I am in no way interested in the

16      outcome of this matter.

17                  IN WITNESS WHEREOF, I have hereunto set

18      my hand this 27th day of June 2022.

19

20      _____
        RICHARD GERMOSEN,
21      FAPR, RDR, CRR, CCR-NJ, CRCR, CSR-CA, CCRR-CA,
        NYACR, NYRCR
22      LICENSE NO. 30XI00184700
        LICENSE NO. 30XR00016800
23      California CSR No. 14391
        California CRR No. 198
24

25
```