Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**DECLARATION OF KEVIN TRAINER IN SUPPORT OF THE MEMORANDUM IN OPPOSITION TO THE NFL DEFENDANTS' MOTION IN LIMINE NO. 6 TO EXCLUDE CERTAIN OPINIONS OF J. DOUGLAS ZONA**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: February 7, 2024<br>TIME: 2:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

I, Kevin Trainer, declare as follows:

I am an attorney at the law firm of Langer Grogan & Diver P.C. and represent Plaintiffs in this litigation. I submit this declaration in support of the Memorandum in Opposition to the NFL Defendants' Motion in Limine No. 6 to Exclude Certain Opinions of J. Douglas Zona. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

1. Attached hereto as Exhibit 1 is a true and correct copy of a September 2016 PowerPoint presentation titled "NFL OTT Proposal," produced by the NFL Defendants in this litigation with Bates number NFL_0963488.

2. Attached hereto as Exhibit 2 is a true and correct copy of the expert report of Sarah Butler, dated February 17, 2023.

3. Attached hereto as Exhibit 3 is a true and correct copy of a March 2019 PowerPoint presentation titled "Fan Research Summary, Direct-to-Consumer Implications," produced by the NFL Defendants in this litigation with Bates number NFL_0596234.

4. Attached hereto as Exhibit 4 is a true and correct copy of transcript excerpts from the deposition of Plaintiffs' expert J. Douglas Zona, taken on June 23, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 19th day of January 2024 in Philadelphia, Pennsylvania.

DATED: January 19, 2024

By: */s/ Kevin Trainer*
Kevin Trainer