# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>JUDGE: Hon. Philip S. Gutierrez<br><br>DATE: February 7, 2024<br>TIME: 2:30 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Kevin Trainer in Support of Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal.
2. The unredacted version of the Memorandum in Opposition to the NFL Defendants' Motion in Limine No. 6 to Exclude Certain Opinions of J. Douglas Zona.
3. The sealed version of Exhibit 1 to the Declaration of Kevin Trainer in Support of Plaintiffs' Opposition to the NFL Defendants' Motion in Limine No. 6 to Exclude Certain Opinions of J. Douglas Zona.
4. The sealed version of Exhibit 2 to the Declaration of Kevin Trainer in Support of Plaintiffs' Opposition to the NFL Defendants' Motion in Limine No. 6 to Exclude Certain Opinions of J. Douglas Zona.
5. The sealed version of Exhibit 3 to the Declaration of Kevin Trainer in Support of Plaintiffs' Opposition to the NFL Defendants' Motion in Limine No. 6 to Exclude Certain Opinions of J. Douglas Zona.
6. The unredacted version of Exhibit 4 to the Declaration of Kevin Trainer in Support of Plaintiffs' Opposition to the NFL Defendants' Motion in Limine No. 6 to Exclude Certain Opinions of J. Douglas Zona.

IT IS SO ORDERED.

Dated: _____      _____
                                   PHILIP S. GUTIERREZ
                                   United States District Judge

1