# EXHIBIT 4

# To the Declaration of Kevin Trainer

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
                                                              262

 1

 2                    UNITED STATES DISTRICT COURT

 3                   CENTRAL DISTRICT OF CALIFORNIA

 4
                                          )
 5                                        )
                                          ) CASE NO.
 6                                        )2:15-ml-02668-PSG
     IN RE:   NATIONAL FOOTBALL           )(JEMx) )
 7   LEAGUE'S "SUNDAY TICKET"             )
     ANTITRUST LITIGATION                 ) VOLUME II
 8                                        )
                                          )PAGES 262 - 529
 9                                        )
     _____ )
10

11

12

13              DEPOSITION OF J. DOUGLAS ZONA

14                         VOLUME II

15                   Friday, June 23, 2023

16     APPEARING REMOTELY FROM HUNTINGTON BEACH, CALIFORNIA

17

18

19

20

21

22

23
     STENOGRAPHICALLY REPORTED BY:
24   LINDSAY A. STOKER, RPR, CRC
     CA CSR No. 14373
25   Job No.:  2023-901870
```

263

1
                    UNITED STATES DISTRICT COURT
2
                   CENTRAL DISTRICT OF CALIFORNIA
3

4                                          )
                                           )
5                                          ) CASE NO.
                                           )2:15-ml-02668-PSG
6    IN RE:  NATIONAL FOOTBALL             )(JEMx)
     LEAGUE'S "SUNDAY TICKET"              )
7    ANTITRUST LITIGATION                  ) VOLUME II
                                           )
8                                          )PAGES 262 - 529
                                           )
9    _____ )

10

11

12

13

14

15

16

17      Volume II deposition of J. Douglas Zona, taken via

18    remote teleconference in Huntington Beach, California,

19    commencing at 9:01 a.m., on Friday, June 23, 2023,

20    before Lindsay Stoker, RPR, CRC, Certified Shorthand

21    Reporter No. 14373 in and for the State of California.

22

23

24

25

```
                                                                    264
 1              A P P E A R A N C E S
                        --oOo--
 2

 3    APPEARING ON BEHALF OF THE PLAINTIFFS AND THE WITNESS:

 4    LANGER GROGAN AND DIVER PC
      BY:  EDWARD DIVER, ESQ.
 5    1717 Arch Street, Suite 4130
      Philadelphia, Pennsylvania 19103
 6    (215) 320-5660
      Ndiver@langergrogan.com
 7

 8    APPEARING ON BEHALF OF THE DEFENDANTS NATIONAL FOOTBALL
      LEAGUE, NFL ENTERPRISES LLC, AND THE NFL MEMBER CLUBS:
 9
      COVINGTON & BURLING LLP
10    BY:  JOHN PLAYFORTH, ESQ.
      850 10th St NW
11    Washington, D.C. 20001
      Telephone:  (202) 662-5635
12    Email:  Jplayforth@cov.com

13    WILKINSON STEKLOFF
      BY:  MAX WARREN, ESQ.
14    2001 M Street, NW, 10th Floor
      Washington, D.C. 20036
15    Telephone:  (202) 847-4008
      Facsimile:  (202) 847-4005
16    Email:  Mwarren@wilkinsonstekloff.com

17    WILKINSON STEKLOFF
      BY:  CAROLINE LI, ESQ.
18    130 W 42nd Street
      New York, NY 10036
19    Telephone:  (212) 294-8915
      Email:  Cli@wilkinsonstekloff.com
20

21    APPEARANCES CONTINUED:

22    VIDEOGRAPHER:
      Adrian Beltran, Lexitas Legal
23

24

25
```

Case 2:15-ml-02668-PSG-SK Document 1183-3 Filed 01/19/24 Page 5 of 12 Page ID
NFL Sunday Ticket Antitrust Litigation    #:44344                    J. Douglas Zona

265

1  VIA REMOTE REALTIME CONNECTION:

2  Ka Hei Tse, Compass Lexecon
   Ian MacSwain, Compass Lexecon
3  Josephine Xu Compass Lexecon
   Ali Yurukoglu, Stanford GSB Economics

266

1                              INDEX

2    WITNESS:  J. DOUGLAS ZONA

3                                                            PAGE

4    EXAMINATION BY MR. PLAYFORTH                             269

5

6
                              EXHIBITS
7

8    NUMBER              DESCRIPTION                         PAGE

9    EXHIBIT 1    Expert Merits Report of J. Douglas          277
                  Zona, Ph. D.
10
     EXHIBIT 2    Expert Merits Reply Report of J.            277
11                Douglas Zona, Ph. D.

12   EXHIBIT 3    Structural Approaches To Estimating         301
                  Overcharges in Price-fixing Cases, J.
13                Douglas Zona

14   EXHIBIT 4    Zona Merits Report, Exhibit 17              344

15   EXHIBIT 5    Expert Report of J. Douglas Zona            305

16   EXHIBIT 6    Expert Report of Ali Yurukoglu, Ph.D.       352
                  April 28, 2023
17
     EXHIBIT 7    Source:  Zona Merits Report                 382
18                Backup\Programs\simulations_merits_
                  FINAL.do
19
     EXHIBIT 8    Discrete Choice Methods with                417
20                Simulation, by Kenneth Train

21   EXHIBIT 9    Errata To Expert Reply Report of J.         501
                  Douglas Zona
22

23

24

25

```
                                                            267
 1
     INFORMATION REQUESTED                          PAGE    LINE
 2
                                                    364      23
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

268

1        STENOGRAPHIC REPORTER APPEARING REMOTELY

2              HUNTINGTON BEACH, CALIFORNIA

3            Friday, June 23, 2023, 9:01 a.m.

4

5        THE VIDEOGRAPHER:  Good morning, everyone.

6        We are on the record on June 23, 2023, at

7   approximately 9:01 a.m. Pacific Time, for the remote

8   video deposition of Dr. John Douglas Zona in the

9   matter of NFL Sunday Ticket Antitrust Litigation.

10       My name is Adrian Beltran, and I'm the

11  videographer on behalf of Lexitas.

12       Would counsel introduce themselves on the

13  record, beginning with the party noticing this

14  proceeding.

15       MR. PLAYFORTH:  Good morning, John Playforth,

16  Covington & Burling, on behalf of NFL defendants,

17  and with me are Max Warren and Caroline Li, both

18  with the Wilkinson Stekloff firm.

19       MR. DIVER:  And this is Edward Diver for Langer

20  Grogan & Diver, representing the plaintiffs and

21  representing Dr. Zona in this deposition.

22       THE VIDEOGRAPHER:  Okay.  And that is all,

23  Counsel.  Thank you.

24       Will the court reporter please swear in the

25  witness.

269

1
2                    JOHN DOUGLAS ZONA,
3    called as a witness, having been first duly sworn,
4    was examined and testified as follows:
5
6                      EXAMINATION
7    BY MR. PLAYFORTH:
8        Q.   Good morning, Dr. Zona.  My name is John
9    Playforth.  I represent the NFL defendants.
10       Is there any reason why you cannot testify
11   truthfully and accurately today?
12       A.   No.
13       Q.   Approximately how many times have you been
14   deposed or testified in court?
15       A.   I don't know.  Between 30 and 50.
16       Q.   Is it correct that you have been a
17   professional consultant or testifying expert since
18   1989?
19       A.   I -- I work for consulting -- economics
20   consulting firms that have that line of business
21   probably since then, yes.
22       Q.   What share of your income over the last
23   five years has come from litigation consulting or
24   testifying work?
25       A.   I don't know.

322

1   A.   I -- I don't recall exactly.  I do -- I
2  believe that there are some.  I have seen some
3  documents that discuss an ESPN or somebody like that
4  possibly getting access to the content.
5      I -- I don't recall the specifics, though, but I
6  do think there was -- there was some discussion.  I
7  don't know when it would take place.  I'm not sure
8  of the timing.  And, of course, there's lots of
9  people that have been interested more recently.
10     Q.   But -- but going back to the pre-2015
11 period, can you identify any company that would fall
12 within your categorization of a DTC provider that
13 ever expressed interest in being a distributor for
14 NFL Sunday Ticket?
15     A.   Yeah.  No.  I think that would be a better
16 question for Dr. Rascher.
17     Q.   Is it correct that, throughout the class
18 period, the NFL charged a lump-sum fee each year to
19 DirecTV for the NFL Sunday Ticket rights?
20     A.   That's my understanding.
21     Q.   And throughout your modeling, you assume
22 that the NFL would have continued to use ▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24 throughout the class period in the but-for worlds
25 that you model; right?

```
                                                                    323
 1        A.    No, not specifically.
 2        Q.    What -- do you make any assumptions about
 3    ████████████████████████████████████████████████████
      ██████████████████████████████
 5        A.    I assume that the cost -- yes.  I assume
 6    that the cost structure ██████████████████████████
      ████████████████████████████████████████████████████
      █████████████████████████████████.
 9        Q.    Do you mean, if they were any different,
10    the market costs would not be the same; right?
11        A.    It depends on the structure of the deal
12    that they might make or that you might contemplate
13    and that could have an effect on -- ███████████████
      █████████████████████████████████.
15        Q.    And you also assume that the NFL would not
16    have ██████████████████████████████████████████
17    arrangements with other DTC providers; right?
18        A.    Again, I didn't make that specific
19    assumption.  I assumed that the cost to them -- the
20    DCT -- DTC provider would have the same cost as
21    DirecTV would, so the same marginal cost.
22        Q.    █████████████████████████████████████████
      ████████████████████████████████████████████████████
      ████████████████████████████████████████████████████
      ███████████████████████████████████████████████
```

324

1     A.    That's difficult to say.  I mean, looking
2  at -- my understanding of the new agreement with
3  YouTube TV, █████████████████████████████
█████████████████████████████
█████████████████████████████████
███████████████████████████
██████████████████
███████████████████████████
█████████████████████████████
███████████████████████████████
████████████████████████████████
███████████████████████████████
██████████████████████████████
████████████████████████████████
█████████████████████████████
██████████████████
█████████████████████████████████
█████████████████████████████████
█████████████████████████
████████████
████████████████████████████████
█████████████████████████████████
██████████████████████████
█████████████████████████████████