Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx) <br><br> **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in Philadelphia, Pennsylvania. I am over the age of 18 and not a party to the above action; my business address is 1717 Arch Street, Suite 4020, Philadelphia, PA 19103. On January 19, 2024, I served the documents described as follows:

1. The sealed Declaration of Kevin Trainer in Support of Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal.

2. The unredacted version of the Memorandum in Opposition to the NFL Defendants' Motion in Limine No. 6 to Exclude Certain Opinions of J. Douglas Zona.

3. The sealed version of Exhibit 1 to the Declaration of Kevin Trainer in Support of Plaintiffs' Opposition to the NFL Defendants' Motion in Limine No. 6 to Exclude Certain Opinions of J. Douglas Zona.

4. The sealed version of Exhibit 2 to the Declaration of Kevin Trainer in Support of Plaintiffs' Opposition to the NFL Defendants' Motion in Limine No. 6 to Exclude Certain Opinions of J. Douglas Zona.

5. The sealed version of Exhibit 3 to the Declaration of Kevin Trainer in Support of Plaintiffs' Opposition to the NFL Defendants' Motion in Limine No. 6 to Exclude Certain Opinions of J. Douglas Zona.

6. The unredacted version of Exhibit 4 to the Declaration of Kevin Trainer in Support of Plaintiffs' Opposition to the NFL Defendants' Motion in Limine No. 6 to Exclude Certain Opinions of J. Douglas Zona.

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

_____ BY MAIL:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with

the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____BY PERSONAL SERVICE:

I caused to be delivered such envelope by hand to the offices of the addressee.

_____BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____BY FAX

I served by facsimile as indicated on the attached service list.

_XX_ BY ELECTRONIC MAIL

I caused said documents to be prepared in portable document format (PDF) for emailing and served by electronic mail as indicated on the attached service list.

Executed on January 19, 2024, at Philadelphia, Pennsylvania

_____(State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_XX_(Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Kevin Trainer                           /s/ Kevin Trainer

(Type of Print Name)                    (Signature)

1 **<u>SERVICE LIST</u>**

2 Gregg H. Levy
3 glevy@cov.com
   Derek Ludwin
4 dludwin@cov.com
   COVINGTON & BURLING LLP
5 850 Tenth Street NW One City Center
   Washington, DC 20001-4956
6 Tel: (202) 662-6000
   Fax: (202) 662-6804

7 Neema Trivedi Sahni
   nsahni@cov.com
8 COVINGTON & BURLING LLP
   1999 Avenue of the Stars
9 Los Angeles, CA 90067
   Tel: (424) 332-4800
10 Fax: (424) 332-4782

11 Beth A. Wilkinson
   bwilkinson@wilkinsonstekloff.com
12 Brian L. Stekloff
   bstekloff@wilkinsonstekloff.com
13 Rakesh Kilaru
   rkilaru@wilkinsonstekloff.com
14 Max Warren
   mwarren@wilkinsonstekloff.com
15 WILKINSON STEKLOFF LLP
   2001 M Street NW, 10th Floor
16 Washington, DC 20036
   Tel: (202) 847-4000
17 Fax: (202) 847-4005

18 Jeremy S. Barber
   jbarber@wilkinsonstekloff.com
19 WILKINSON STEKLOFF LLP
   130 West 42nd Street, 24th Floor
20 New York, NY 10036
   Tel: (212) 294-8910
21 Fax: (202) 847-4005

22

23 *Counsel for Defendants National Football League, Inc., NFL Enterprises LLC, and the Individual NFL Clubs*

24

25

26

27

28