Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**DECLARATION OF SAMUEL MAIDA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO NFL DEFENDANTS' MOTION *IN LIMINE* NO. 2 TO EXCLUDE REFERENCE TO PRIOR LAWSUITS NOT INVOLVING EITHER PARTY** |

I, Samuel Maida, declare under penalty of perjury that the following is true and correct:

1. I am over the age of twenty-one (21) years and am an Associate at Hausfeld LLP. I am counsel of record for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Opposition to NFL Defendants' Motion *In Limine* Mo. 2 to Exclude Reference to Prior Lawsuits Not Involving Either Party. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Exhibit 5 of the Deposition of Neal Pilson, Hearing before the Subcommittee on Oversight and Investigations of the Committee on Energy and Commerce, dated July 31, 1984.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the June 28, 2023 deposition of Daniel Rascher.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the June 30, 2023 deposition of Leonard DeLuca.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the July 6, 2023 deposition of Einer Elhuage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 19th day of January 2024 in Santa Barbara, California.

/s/ *Samuel Maida*
Samuel Maida