# Exhibit 3 to the Declaration of Samuel Maida

1                  UNITED STATES DISTRICT COURT

2                  CENTRAL DISTRICT OF CALIFORNIA

3    ------------------------------------x

4    IN RE:  NATIONAL FOOTBALL              Civil Action No.

5    LEAGUE'S "SUNDAY TICKET"               2:15-ml-02668

6    ANTITRUST LITIGATION                   PSG(JEMx)

7    ------------------------------------x

8

9

10

11

12           VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                     LEONARD F. DeLUCA
13                 Friday, June 30, 2023
                     New York, New York
14                 9:04 a.m. - 6:13 p.m.

15

16

17

18

19

20

21

22           Reported stenographically by:
         Richard Germosen, CA CSR No. 14391
23    RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
        NCRA/NJ/NY/CA Certified Realtime Reporter
24         NCRA Realtime Systems Administrator
                 Job No. 2023-902214
25

Case 2:15-ml-02668-PSG-SK   Document 1192-4   Filed 01/19/24   Page 3 of 8   Page ID #:44890
In Re - NFL Sunday Ticket Antitrust Litigation
Leonard DeLuca
June 30, 2023

2

```
 1        VIDEOTAPED STENOGRAPHIC DEPOSITION of
 2   LEONARD F. DeLUCA, taken in the above-entitled matter
 3   before RICHARD GERMOSEN, Certified Court Reporter,
 4   (License No. 30XI00184700), Certified Realtime Court
 5   Reporter-NJ, (License No. 30XR00016800), California
 6   Certified Shorthand Reporter, (License No. 14391),
 7   NCRA/NY/CA Certified Realtime Reporter, NCRA Registered
 8   Diplomate Reporter, New York Association Certified
 9   Reporter, NCRA Realtime Systems Administrator, taken at
10   the offices of SUSMAN GODFREY LLP, 1301 Sixth Avenue,
11   New York, New York 10019, on Friday, June 30, 2023,
12   commencing at 9:04 a.m.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:15-ml-02668-PSG-SK   Document 1192-4   Filed 01/19/24   Page 4 of 8   Page ID #:44891
In Re - NFL Sunday Ticket Antitrust Litigation
Leonard DeLuca
June 30, 2023

3

```
 1  A P P E A R A N C E S:

 2

 3

 4  SUSMAN GODFREY LLP

 5  BY:   IAN M. GORE, ESQ.

 6  401 Union Street

 7  Suite 3000

 8  Seattle, Washington 98101

 9  (206) 505.3841

10  igore@susmangodfrey.com

11  Attorneys for the Plaintiffs

12

13  LANGER GROGAN & DIVER PC

14  BY:   KEVIN TRAINER, ESQ.

15  1717 Arch Street

16  Suite 4020

17  Philadelphia, Pennsylvania 19103

18  (215) 320.5705 / (215) 320.5703 (FAX)

19  ktrainer@langergrogan.com

20  Attorneys for the Plaintiffs

21

22

23

24

25
```

Case 2:15-ml-02668-PSG-SK Document 1192-4 Filed 01/19/24 Page 5 of 8 Page ID #:44892
In Re - NFL Sunday Ticket Antitrust Litigation
Leonard DeLuca
June 30, 2023

4

```
 1   A P P E A R A N C E S:  (CONT'D.)

 2

 3

 4   WILKINSON STEKLOFF LLP

 5   BY:  MAX J. WARREN, ESQ.

 6        -and-

 7   BY:  BLAKE NEAL, ESQ.

 8   2001 M Street, NW

 9   10th Floor

10   Washington, D.C. 20036

11   (202) 847.4000 / (202) 847.4005 (FAX)

12   mwarren@wilkinsonstekloff.com

13   bneal@wilkinsonstekloff.com

14   Attorneys for the NFL Defendants

15

16   WILKINSON STEKLOFF LLP

17   BY:   CAROLINE LI, ESQ., (streaming via BridgeMobile)

18   130 West 42nd Street

19   24th Floor

20   New York, New York 10036

21   (212) 294.8910

22   cli@wilkinsonstekloff.com

23   Attorneys for the NFL Defendants

24

25
```

Case 2:15-ml-02668-PSG-SK Document 1192-4 Filed 01/19/24 Page 6 of 8 Page ID #:44893
In Re - NFL Sunday Ticket Antitrust Litigation
Leonard DeLuca
June 30, 2023

5

```
 1   A P P E A R A N C E S:  (CONT'D.)

 2

 3

 4   COVINGTON & BURLING

 5   BY:   LELIA A. LEDAIN, ESQ.

 6   The New York Times Building

 7   620 Eighth Avenue

 8   New York, New York 10018-1405

 9   (212) 841.1000

10   lledain@cov.com

11   Attorneys for the NFL Defendants

12

13   ALSO PRESENT:

14   DANNY ORTEGA, Legal Video Specialist

15

16

17

18

19

20

21

22

23

24

25
```

Case 2:15-ml-02668-PSG-SK   Document 1192-4   Filed 01/19/24   Page 7 of 8   Page ID
In Re - NFL Sunday Ticket Antitrust Litigation #:44894
Leonard DeLuca
June 30, 2023

60

1           My question is:  Does the agreement

2    between the NFL and DirecTV say what the price of

3    Sunday Ticket would be?

4           A.     That's a new question.  I'm not

5    aware.

6           Q.     Does that matter for purposes of your

7    work in this case?

8                  ATTORNEY GORE:  Object to form.

9           A.     Does what matter?

10          Q.     Whether the agreement between the NFL

11   and DirecTV says what the price of Sunday Ticket

12   should be?

13          A.     No, because -- and I hope you're not

14   asking me here for a legal opinion, but it's my --

15   you know, my estimation that the lack of choice for

16   these consumers, commercial and individual, is at

17   the core of the challenge, and it's that lack of

18   choice, plus the fact that, as we've spent the

19   morning discussing, the pooling agreement allows

20   only one place to go in negotiating with the NFL

21   that causes this action to be taken.

22          Q.     I understand you were at CBS from

23   1979 to 1996; correct?

24          A.     That is correct.

25          Q.     You were at ESPN from 1996 to 2010?

1                    C E R T I F I C A T E

2              I, RICHARD GERMOSEN, Fellow of the

3     Academy of Professional Reporters, stenographic New

4     Jersey Certified Court Reporter, New Jersey Certified

5     Realtime Court Reporter, California Certified

6     Shorthand Reporter, California Certified Realtime

7     Reporter, NCRA Registered Diplomate Reporter, and

8     NCRA Certified Realtime Reporter, do hereby certify:

9              That LEONARD F. DeLUCA, the witness

10    whose deposition is hereinbefore set forth, having

11    been duly sworn, and that such deposition is a true

12    record of the testimony of said witness.

13             I further certify that I am not related

14    to any of the parties to this action by blood or

15    marriage, and that I am in no way interested in the

16    outcome of this matter.

17             IN WITNESS WHEREOF, I have hereunto set

18    my hand this 4th day of July 2023.

19

20    _____
      RICHARD GERMOSEN,
21    FAPR, RDR, CRR, CCR-NJ, CRCR, CSR-CA, CCRR-CA,
      NYACR, NYRCR
22    LICENSE NO. 30XI00184700
      LICENSE NO. 30XR00016800
23    California CSR No. 14391
      California CRR No. 198

24

25