Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668−PSG (SKx) |
| _____ | **JOINT STIPULATION FOR ORDER REGARDING EXPEDITED BRIEFING SCHEDULE ON PRIVILEGE ISSUES** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge: Hon. Philip S. Gutierrez<br>Pretrial Conference Date: 2/7/2024<br>Trial Date: 2/22/2024<br>Courtroom: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

1

1    WHEREAS, this matter is scheduled for trial to commence on February 22,

2  2024;

3    WHEREAS, a pretrial conference is scheduled on February 7, 2024;

4    WHEREAS, on January 16, 2024, counsel for Plaintiffs requested the

5  production of 38 documents identified on the NFL Defendants' Initial Privilege Log

6  served on March 2, 2022 and Supplemental Privilege Log served on June 21, 2022,

7  as well as agreements with CBS and Fox dated prior to 2005;

8    WHEREAS, the parties met and conferred regarding this request on January

9  19, 2024;

10    NOW THEREFORE, Plaintiffs and the NFL Defendants, by and through their

11  respective counsel, hereby stipulate and agree as follows:

12    (1)  Subject to finalizing their review, the NFL Defendants will produce

13       approximately 26 of the 38 documents at issue, which have been

14       identified to Plaintiffs, by Friday, January 26. The NFL Defendants also

15       agree to search for and produce by Friday, January 26 any pre-2005

16       agreements with CBS and Fox that continue to exist and can be located.

17    (2)  As to the documents represented by the remaining (approximately 12)

18       entries on the NFL Defendants' privilege logs, Plaintiffs will defer filing

19       a motion pending inspection of the NFL Defendants' production and

20       review of the NFL Defendants' revised privilege log, which the NFL

21       Defendants also agree to produce by Friday, January 26.

22    (3)  If Plaintiffs thereafter file a motion with respect to any of the remaining

23       documents at issue not produced, the parties agree to the following

24       expedited briefing schedule that would permit the Court to consider the

25       motion at the final pretrial conference on February 7, 2024:

26       a.  Moving papers shall be due on January 29, 2024.

27       b.  Opposing papers shall be due on February 2, 2024.

28       c.  Replies shall be due on February 5, 2024.

1

2    **IT IS SO STIPULATED.**

3    Dated:  January 22, 2024                 Respectfully submitted.

4                                             /s/ *Brian L. Stekloff*
                                              Brian L. Stekloff (admitted *pro hac vice*)
5                                             Beth A. Wilkinson (admitted *pro hac vice*)
                                              Rakesh N. Kilaru (admitted *pro hac vice*)
6                                             Jeremy S. Barber (admitted *pro hac vice*)
                                              Max Warren (admitted *pro hac vice)*
7                                             **WILKINSON STEKLOFF LLP**
8                                             2001 M Street NW, 10th Floor
                                              Washington, DC 20036
9                                             Telephone: (202) 847-4000
                                              Facsimile: (202) 847-4005
10                                            rkilaru@wilkinsonstekloff.com
                                              bwilkinson@wilkinsonstekloff.com
11                                            bstekloff@wilkinsonstekloff.com
                                              jbarber@wilkinsonstekloff.com
12                                            mwarren@wilkinsonstekloff.com
13

14                                            Neema T. Sahni (Bar No. 274240)
                                              **COVINGTON & BURLING LLP**
15                                            1999 Avenue of the Stars
                                              Suite 1500
16                                            Los Angeles, CA 90067-6045
                                              Telephone: (424) 332-4800
17                                            Facsimile: (424) 332-4749
                                              nsahni@cov.com
18

19                                            Gregg H. Levy (admitted *pro hac vice*)
20                                            Derek Ludwin (admitted *pro hac vice*)
                                              John S. Playforth (admitted *pro hac vice*)
21                                            **COVINGTON & BURLING LLP**
                                              One CityCenter
22                                            850 Tenth Street NW
                                              Washington, DC 20001
23                                            Telephone: (202) 662-6000
                                              Facsimile: (202) 662-6291
24                                            glevy@cov.com
                                              dludwin@cov.com
25                                            jplayforth@cov.com
26

27                                            *Counsel for Defendants National Football*
                                              *League, NFL Enterprises LLC, and the*
28                                            *Individual NFL Clubs*

1

2
/s/ *Marc M. Seltzer*
Marc M. Seltzer (54534)

3
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.

4
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

5
Tel: (310) 789-3100
Fax: (310) 789-3150

6

7
William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com

8
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com

9
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com

10
SUSMAN GODFREY L.L.P

11
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019

12
Tel: (212) 336-8330
Fax: (212) 336-8340

13

14
Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com

15
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800

16
Seattle, WA 98101
Tel: (206) 505-3841

17
Fax: (206) 516-3883

18

19
Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com

20
HAUSFELD LLP
33 Whitehall Street, 14th Floor

21
New York, NY 10004
Tel: (646) 357-1100

22
Fax: (212) 202-4322

23
Sathya S. Gosselin (269171)
sgosselin@hausfeld.com

24
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com

25
HAUSFELD LLP
888 16th Street, N.W., Suite 300

26
Washington, DC 20006

27
Tel: (202) 540-7200
Fax: (202) 540-7201

28

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)
smaida@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:15-ml-02668-PSG (SKx)                    Joint Stipulation for Order Regarding Expedited Briefing
Schedule on Privilege Issues