1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>――――――――――――――――<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR ORDER REGARDING EXPEDITED BRIEFING SCHEDULE ON PRIVILEGE ISSUES**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pretrial-Conference Date: 2/7/2024<br>Trial Date: 2/22/2024<br>Courtroom:<br>       First Street Courthouse<br>       350 West 1st Street<br>       Courtroom 6A<br>       Los Angeles, CA 90012 |

To the extent the parties cannot resolve the issues as set forth in the Joint Stipulation of Plaintiffs and the NFL Defendants, and for good cause shown, the motion regarding documents identified as privileged by the NFL Defendants may be briefed on the following schedule and heard at the February 7, 2024 pretrial conference.

    Moving papers shall be due on January 29, 2024.
    Opposing papers shall be due on February 2, 2024.
    Replies shall be due on February 5, 2024.

**IT IS SO ORDERED.**

Dated: _____
                                                                           PHILIP S. GUTIERREZ
                                                                           Chief United States District Judge