1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL
LEAGUE'S "SUNDAY TICKET"
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO
ALL ACTIONS

Case No. 2:15-ml-02668-PSG (SKx)

**ORDER RE
PLAINTIFFS' APPLICATION
UNDER LOCAL RULE 79-5 TO
FILE DOCUMENTS UNDER SEAL**

JUDGE: Hon. Philip S. Gutierrez
DATE: February 7, 2024
TIME: 2:30 p.m.
COURTROOM:
 First Street Courthouse
 350 West 1st Street
 Courtroom 6A
 Los Angeles, CA 90012

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Tyler Finn in Support of Plaintiffs' Application to File Documents Under Seal.

2. The unredacted version of Plaintiffs' Memorandum in Opposition to NFL Defendants' Motion in Limine No. 7 to Exclude Certain Testimony from Einer Elhauge.

3. Exhibit 1 to the Declaration of Tyler Finn in support of Plaintiffs' Memorandum in Opposition to NFL Defendants' Motion in Limine No. 7 to Exclude Certain Testimony from Einer Elhauge.

4. Exhibit 2 to the Declaration of Tyler Finn in support of Plaintiffs' Memorandum in Opposition to NFL Defendants' Motion in Limine No. 7 to Exclude Certain Testimony from Einer Elhauge.


IT IS SO ORDERED.


Dated: January 22, 2024

_____
PHILIP S. GUTIERREZ
Chief United States District Judge

1