1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION  THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)  **ORDER REGARDING PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**  JUDGE: Hon. Philip S. Gutierrez  DATE: February 7, 2024  TIME: 2:30 p.m.  COURTROOM:  First Street Courthouse  350 West 1st Street  Courtroom 6A  Los Angeles, CA 90012 |
| --- | --- |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Farhad Mirzadeh in Support of Plaintiffs' Application to File Documents Under Seal;

2. The unredacted version of the Memorandum in Opposition to NFL Defendants' Motion *In Limine* No. 4 to Exclude Reference to the Pricing Arrangements For nflsundayticket.TV;

3. Exhibits 1-5 to the Declaration of Farhad Mirzadeh.

IT IS SO ORDERED.

Dated: January 22, 2024

PHILIP S. GUTIERREZ
United States District Judge

1