UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION - LOS ANGELES)

| | |
|---|---|
| IN RE: | ) CASE NO: 2:15-ml-02668-PSG-SK |
| | ) |
| | )            CIVIL |
| NATIONAL FOOTBALL LEAGUES | ) |
| SUNDAY TICKET ANTITRUST | )   Los Angeles, California |
| LITIGATION | ) |
| | )   Tuesday, January 23, 2024 |
| | ) |
| | )   (9:52 a.m. to 10:01 a.m.) |

STATUS CONFERENCE


BEFORE THE HONORABLE PHILIP S. GUTIERREZ,
CHIEF UNITED STATES DISTRICT JUDGE



**APPEARANCES:**            SEE PAGE 2


Court Reporter:            Recorded; CourtSmart


Courtroom Deputy:          Kelly Davis


Transcribed by:            Exceptional Reporting Services, Inc.
                           P.O. Box 8365
                           Corpus Christi, TX 78468
                           361 949-2988







Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

EXCEPTIONAL REPORTING SERVICES, INC

2

**APPEARANCES:**

For Plaintiffs:        MARC M. SELTZER, ESQ.
                    KALPANA SRINIVASAN, ESQ.
                    AMANDA BONN, ESQ.
                    BILL CARMODY, ESQ.
                    Susman Godfrey
                    1900 Avenue of the Stars
                    Suite 1400
                    Los Angeles, CA 90067

                    HOWARD LANGER, ESQ.
                    Langer Grogan & Diver
                    1717 Arch Street
                    Suite 4130
                    Philadelphia, PA 19103


For Defendants:       BETH A. WILKINSON, ESQ.
                    RAKESH N. KILARU, ESQ.
                    BRIAN L. STEKLOFF, ESQ.
                    Wilkinson Stekloff
                    2001 M Street NW
                    10th Floor
                    Washington, DC 20036

3

1    <u>**Los Angeles, California; Tuesday, January 23, 2024; 9:52 a.m.**</u>

2                          **(Call to Order)**

3              **THE CLERK:**  The Central District of California is now

4    in session, the Honorable Chief Judge Philip S. Gutierrez,

5    United States District Judge, presiding.

6              Please be seated and come to order.  Calling Item

7    Number 1, MDL 15-2668-PSG, *In Re: National Football Leagues*

8    *Sunday Ticket Antitrust Litigation*.

9              Counsel, please step forward, state your appearances.

10             **MR. SELTZER:**  Good morning, Your Honor, Marc Seltzer

11   of Susman Godfrey on behalf of Plaintiffs.

12             **THE COURT:**  Good morning.

13             **MS. SRINIVASAN:**  Kalpana Srinivasan of Susman Godfrey

14   on behalf of the Plaintiffs.

15             **MS. BONN:**  Good morning, Your Honor, Amanda Bonn with

16   Susman Godfrey on behalf of the Plaintiffs.

17             **MR. LANGER:**  Howard Langer of Langer Grogan and Diver

18   on behalf of Plaintiffs.

19             **MR. CARMODY:**  Good morning, Your Honor, Bill Carmody

20   here with Susman Godfrey on behalf of the Plaintiffs as well.

21             **MS. WILKINSON:**  On behalf of the NFL Defendants, Your

22   Honor, Beth Wilkinson from Wilkinson Stekloff.

23             **THE COURT:**  Good morning.

24             **MR. STEKLOFF:**  Good morning, Your Honor, Brian

25   Stekloff from Wilkinson Stekloff on behalf of the NFL

                    **EXCEPTIONAL REPORTING SERVICES, INC**

4

1  Defendants.

2          **MR. KILARU:**  Good morning, Your Honor, Rakesh Kilaru

3  from Wilkinson Stekloff also on behalf of the NFL Defendants.

4          **THE COURT:**  Good morning.

5          I wanted to set up this status conference to talk

6  about the coming trial and I wanted to get a better sense as to

7  how long the trial would take so I could plan accordingly.

8          From the Plaintiffs' perspective -- I ultimately will

9  set time limits but not today -- just generally how long do you

10  think the case will take to try?

11         **MR. CARMODY:**  Your Honor, we think it will be about

12  two and a half to three weeks.  And we spoke to counsel about

13  that and I think they're in agreement.

14         **THE COURT:**  When you say two and a half to three

15  weeks, are you talking -- typically our trial week is four

16  days, not five days.  Are you talking really -- give me days

17  instead of weeks.

18         **MR. CARMODY:**  We were actually thinking -- Your

19  Honor, I think it could go up to about 15 trial days at most.

20         **MS. WILKINSON:**  Your Honor, we think that's a little

21  high.  I think we could get it done in your three-week schedule

22  with four days.

23         **THE COURT:**  Which is 12, more like 12.

24         **MS. WILKINSON:**  Uh-huh.

25         **THE COURT:**  Yeah, I think that's probably --

**EXCEPTIONAL REPORTING SERVICES, INC**

5

1          MR. CARMODY:  And we think that's accomplishable as

2  well, Your Honor.  We would work on that.

3          THE COURT:  When you -- when we say, "12," too, are

4  we talking inclusive of jury selection, opening, closings or

5  are we -- or when you say, "12," are you just talking about

6  testimony?

7          MR. CARMODY:  No, I think it would be -- we could

8  probably get everything done is 12 days.

9          THE COURT:  Okay.

10          MS. WILKINSON:  I would say just not jury selection

11  because I think you have that on a Thursday and I assume we

12  would open on Monday.  That's one of our questions.

13          THE COURT:  I guess -- assuming we finish in 12 -- we

14  can go -- that would mean 13.  So let's say we -- on Thursday

15  we had jury selection.  I'd leave it to the parties.  If you

16  want to -- it's going to be a longer case.  So I would -- we

17  can decide that at the final pretrial whether you want to do

18  openings on Thursday or just reserve -- hold off until Monday

19  and just do openings and start testimony or just do it all on

20  Thursday.

21          MS. WILKINSON:  I'll talk to Mr. Carmody.  I think

22  for jurors' sake, I know I've seen them.  They like to plan so

23  it's a little -- for a three-week trial once they get selected.

24  But I'm sure the two of us can work it out if you're amenable.

25          THE COURT:  Yeah, whatever works for you on that

6

1  date.

2          Now, because it's three weeks and generally I don't

3  have three weeks of time, the trial date of February 22nd

4  doesn't work but I just wanted to give you a couple

5  alternatives.  I know you're not going to get bumped by a

6  criminal case.  I won't be Chief anymore and so I'll have a lot

7  more free time.  So I -- what do you think about starting the

8  trial in June instead of February?

9          MS. WILKINSON:  Can I pull out my calendar?

10          THE COURT:  I just -- yeah.  I just don't have three

11  weeks in February or March and then I have times when I'm away

12  in April and May.  But June, there's nothing on the -- in the

13  works for June.

14          MR. CARMODY:  We can make it work, Your Honor.  I can

15  take from my May which is jammed but the reality is I think

16  June -- we can make it all work.

17          MS. WILKINSON:  Would you have it early June, Your

18  Honor?

19          THE COURT:  Yeah, I'd start right -- well, we could

20  also do jury selection May 30th and then start with the -- on

21  June 3rd that -- or we can start jury selection June 6th and

22  just go the month --

23          MS. WILKINSON:  That would be a little better for me,

24  Your Honor.

25          THE COURT:  June 6th?

EXCEPTIONAL REPORTING SERVICES, INC

7

1           **MS. WILKINSON:**  Yes.

2           **MR. CARMODY:**  And that's fine here, Your Honor.

3           **THE COURT:**  Okay.  So why don't we have the trial on

4   June 6th, 9:00 o'clock and the -- and then the -- how about

5   having the final pretrial conference -- how about May 24th?

6   Does that work?

7           **MS. WILKINSON:**  Could -- I hate to do this, Your

8   Honor, but it's my -- I hate to say it out loud.  It's my

9   fortieth college reunion --

10          **THE COURT:**  Okay.

11          **MS. WILKINSON:**  -- which is -- please don't put that

12  in the transcript.

13          **THE COURT:**  There's people here that have you beat.

14  So --

15          **MS. WILKINSON:**  Thank you.  So if you wouldn't do it

16  that Friday, I would appreciate it.  Any other time would --

17          **THE COURT:**  How about the 17th?

18          **MS. WILKINSON:**  Mr. Carmody, does that work?

19          **MR. CARMODY:**  That's fine.

20          **THE COURT:**  All right.

21          **MS. WILKINSON:**  Thank you, Your Honor.

22          **THE COURT:**  Pretrial May 17th.  What -- and then the

23  next thing I wanted to talk to you about -- do -- there was

24  also a stipulation for expedited briefing schedule.  Do you

25  want to rework that that I haven't assigned yet --

8

1          **MR. CARMODY:**  Yeah --

2          **THE COURT:**  -- on the privilege issue?

3          **MR. CARMODY:**  -- I think that's been resolved, Your

4    Honor.

5          **THE COURT:**  Okay.

6          **MR. CARMODY:**  We reached an agreement with the other

7    side.

8          **THE COURT:**  And then where are you at with regard to

9    the request for additional depositions?  We were -- I wanted to

10   see what happened on the 30(b)(6) depos you were taking to see

11   what you really --

12         **MR. CARMODY:**  Yeah, the bottom line, Your Honor, is

13   we don't think we're going to need any additional discovery on

14   the new deal but after we get the documents that the Defendants

15   are going to be releasing from their privilege log, there may

16   be an additional 30(b)(6) for an hour or two or so we'll need

17   but I think that's premature now.  We'll wait and see what

18   happens.

19         **THE COURT:**  All right.  So the -- see what was the

20   docket number.

21      **(Pause)**

22         So then the Plaintiffs' motion docketed at Number

23   1009 is rendered moot.  And I think that covers everything that

24   I wanted to take care of today.

25         Is there anything else that I need to address before

9

1  we adjourn?

2      MR. STEKLOFF:  Just to follow up on one item, Your

3  Honor, raised on the privileged document issue where we

4  submitted the stipulated order yesterday.  I think we should go

5  back and just discuss if the Plaintiffs decide to file a motion

6  after seeing what we produce.  We were sort of cramming in the

7  schedule so it could be heard on February 7th.  I think -- I'm

8  not -- they -- we can come up with a schedule that allows them

9  to file their motion quickly but we might just extend the days

10  by a few days so that it's --

11      THE COURT:  All right.  So I'll just -- I'll sign a

12  stip and order and wait to see what I receive.

13      MR. STEKLOFF:  I think that sounds right and I'm

14  happy to talk to Mr. Carmody and Mr. Seltzer about that.

15      MR. CARMODY:  Of course and we're fine.  If it's a

16  matter of a few days, that's a no-brainer.

17      THE COURT:  Okay.  All right.  Anything else?

18      MS. WILKINSON:  Your Honor, just one question about

19  your trial days.  Do you sit 9:00 to 5:00, 9:00 to 4:00?  What

20  is your normal practice?

21      THE COURT:  Usually 9:00 to 12:00, an hour and a half

22  for lunch to 4:30.  Sometimes I'll -- breaks and lunch will get

23  shortened.  Like the last trial I did last week, a juror shows

24  up 30 minutes late.  So we cut lunch to an hour instead of an

25  hour and a half.  So those are generally 9:00 to 4:30 and then

1 | sometimes we'll stretch it a little longer or cut the breaks a

2 | little shorter.

3 | But generally speaking -- I -- the goal is -- my goal

4 | every trial day is to get five hours of testimony in.  So I'll

5 | extend or shorten the day based on what -- ending that five-

6 | hour goal.  All right.

7 | **MS. WILKINSON:**  Thank you.

8 | **THE COURT:**  Anything else?

9 | **MS. SRINIVASAN:**  Your Honor, there are a couple of

10 | deadlines that are teed off the final pretrial conference.

11 | Should we --

12 | **THE COURT:**  Yeah, those are changed according to the

13 | new trial date.

14 | **MS. SRINIVASAN:**  Okay.  And then would there be an

15 | opportunity potentially for the parties to have consideration

16 | as a number of limine motions in advance of that May date?

17 | **THE COURT:**  Just tell me -- yeah, just submit some

18 | kind of stipulation, these are the motions we want -- we need

19 | to have heard before the first day of trial.  I'll try to get

20 | to them even before that but if there are motions in limine

21 | that probably will require a hearing, submit a stip and order

22 | saying, we really need a ruling on 2 and 6 or whatever you

23 | want.

24 | **MS. SRINIVASAN:**  All right.  We'll confer with the

25 | other side on that.

11

1          THE COURT:  All right.  Okay.  Anything else?  All

2     right, thank you.

3          ALL COUNSEL:  Thank you, Your Honor.

4          THE CLERK:  Court is adjourned.

5       (This proceeding adjourned at 10:00 a.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXCEPTIONAL REPORTING SERVICES, INC

## CERTIFICATION


        I certify that the foregoing is a correct transcript

from the electronic sound recording of the proceedings in the

above-entitled matter.



_____                    <u>January 24, 2024</u>

              **Signed**                                        **Dated**


                     *TONI HUDSON, TRANSCRIBER*

**EXCEPTIONAL REPORTING SERVICES, INC**