1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATION TO ADJUST MOTION IN LIMINE BRIEFING SCHEDULE**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pretrial-Conference Date: 5/17/2024<br>Trial Date: 6/6/2024<br>Courtroom:<br>　　First Street Courthouse<br>　　350 West 1st Street<br>　　Courtroom 6A<br>　　Los Angeles, CA 90012 |

Pursuant to the Second Joint Stipulation of Plaintiffs and the NFL Defendants, and for good cause shown, the Court hereby resets the motion in limine briefing schedule as follows:

(1) The parties shall file their respective replies to the motions in limine on or before February 9, 2024.

**IT IS SO ORDERED.**

Dated: _____    _____
                                PHILIP S. GUTIERREZ
                                Chief United States District Judge