# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER REGARDING NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL** |

Pending before the Court is NFL Defendants' Application Under Local Rule 79-5 To File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Jenna H. Pavelec In Support Of NFL Defendants' Application Under Local Rule 79-5 To File Documents Under Seal.
2. The unredacted version of NFL Defendants' Reply In Support Of Motion *In Limine* No. 4 To Exclude Reference To The Pricing Arrangements For nflsundayticket.TV.

IT IS SO ORDERED.

Dated: _____    _____
PHILIP S. GUTIERREZ
Chief United States District Judge