Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 2:15-ml-02668−PSG (SKx)<br><br>**DECLARATION OF ANASTASIA M. PASTAN IN SUPPORT OF NFL DEFENDANTS' REPLY IN SUPPORT OF MOTION IN LIMINE NO. 6**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: May 17, 2024<br>Time: 2:30 p.m.<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

I, Anastasia M. Pastan, declare as follows:

I am counsel at the law firm of Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation. I submit this declaration in support of the NFL Defendants' Reply In Support Of Motion *In Limine* No. 6 To Exclude Certain Opinions of J. Douglas Zona. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted *pro hac vice* to practice before the United States District Court for the Central District of California in this litigation.

1. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the textbook: Kenneth E. Train (2009), Discrete Choice Methods with Simulation, 2nd ed., Cambridge: Cambridge University Press.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 9th day of February 2024 in Washington, D.C.

Dated: February 9, 2024     Respectfully submitted,

*/s/ Anastasia M. Pastan*
Anastasia M. Pastan (admitted pro hac vice)

1

Case No. 2:15-ml-02668-PSG (SKx)    Declaration Of Anastasia M. Pastan In Support Of NFL Defendants' Reply In Support Of Motion *In Limine* No. 6