# EXHIBIT 1

To the Declaration of
Anastasia M. Pastan

# Discrete Choice Methods with Simulation

## SECOND EDITION

Kenneth E. Train

CAMBRIDGE

# Discrete Choice Methods with Simulation

## Second Edition

Kenneth E. Train

*University of California, Berkeley, and NERA*



CAMBRIDGE UNIVERSITY PRESS

CAMBRIDGE UNIVERSITY PRESS
Cambridge, New York, Melbourne, Madrid, Cape Town, Singapore, São Paulo, Delhi

Cambridge University Press
32 Avenue of the Americas, New York, NY 10013-2473, USA

www.cambridge.org
Information on this title: www.cambridge.org/9780521747387

© Kenneth E. Train 2009

This publication is in copyright. Subject to statutory exception
and to the provisions of relevant collective licensing agreements,
no reproduction of any part may take place without the written
permission of Cambridge University Press.

First published 2009

Printed in the United States of America

*A catalog record for this publication is available from the British Library.*

*Library of Congress Cataloging in Publication data*

Train, Kenneth.
Discrete choice methods with simulation / Kenneth E. Train. – 2nd ed.
   p.  cm.
Includes bibliographical references and index.
ISBN 978-0-521-76655-5 (hardback) – ISBN 978-0-521-74738-7 (pbk.)
1. Decision making – Simulation methods.   2. Consumers' preferences – Simulation methods.   I. Title.
HD30.23.T725   2009
003′.56–dc22      2009020438

ISBN 978-0-521-76655-5 hardback
ISBN 978-0-521-74738-7 paperback

Cambridge University Press has no responsibility for the persistence or
accuracy of URLs for external or third-party Internet Web sites referred to in
this publication and does not guarantee that any content on such Web sites is,
or will remain, accurate or appropriate. Information regarding prices, travel
timetables, and other factual information given in this work are correct at
the time of first printing, but Cambridge University Press does not guarantee
the accuracy of such information thereafter.

The parameter $\lambda_k$ can differ over nests, reflecting different correlation among unobserved factors within each nest. The researcher can constrain the $\lambda_k$'s to be the same for all (or some) nests, indicating that the correlation is the same in each of these nests. Hypothesis testing can be used to determine whether constraints on the $\lambda_k$'s are reasonable. Testing the constraint $\lambda_k = 1$ $\forall k$ is equivalent to testing whether the standard logit model is a reasonable specification against the more general nested logit. These tests are performed most readily with the likelihood ratio statistic described in Section 3.8.2.

The value of $\lambda_k$ must be within a particular range for the model to be consistent with utility-maximizing behavior. If $\lambda_k$ $\forall k$ is between zero and one, the model is consistent with utility maximization for all possible values of the explanatory variables. For $\lambda_k$ greater than one, the model is consistent with utility-maximizing behavior for some range of the explanatory variables but not for all values. Kling and Herriges (1995) and Herriges and Kling (1996) provide tests of consistency of nested logit with utility maximization when $\lambda_k > 1$; and Train et al. (1987a) and Lee (1999) provide examples of models for which $\lambda_k > 1$. A negative value of $\lambda_k$ is inconsistent with utility maximization and implies that improving the attributes of an alternative (such as lowering its price) can decrease the probability of the alternative being chosen. With positive $\lambda_k$, the nested logit approaches the "elimination by aspects" model of Tversky (1972) as $\lambda_k \to 0$.

In the notation that we have been using, each $\lambda_k$ is a fixed parameter, which implies that all decision makers have the same correlations among unobserved factors. In reality, correlations might differ over decision makers based on their observed characteristics. To accommodate this possibility, each $\lambda_k$ can be specified to be a parametric function of observed demographics or other variables, as long as the function maintains a positive value. For example, Bhat (1997a) specifies $\lambda = \exp(\alpha z_n)$, where $z_n$ is a vector of characteristics of decision maker $n$, and $\alpha$ is a vector of parameters to be estimated along with the parameters that enter representative utility. The exponential transformation assures that $\lambda$ is positive.

### 4.2.3. Decomposition into Two Logits

Expression (4.2) is not very illuminating as a formula. However, the choice probabilities can be expressed in an alternative fashion that is quite simple and readily interpretable. Without loss of generality, the observed component of utility can be decomposed into two parts: (1) a part labeled $W$ that is constant for all alternatives within a nest, and

(2) a part labeled $Y$ that varies over alternatives within a nest. Utility is written as

(4.3)    $U_{nj} = W_{nk} + Y_{nj} + \varepsilon_{nj}$

for $j \in B_k$, where:

$W_{nk}$ depends only on variables that describe nest $k$. These variables differ over nests but not over alternatives within each nest.

$Y_{nj}$ depends on variables that describe alternative $j$. These variables vary over alternatives within nest $k$.

Note that this decomposition is fully general, since for any $W_{nk}$, $Y_{nj}$ is defined as $V_{nj} - W_{nk}$.

With this decomposition of utility, the nested logit probability can be written as the product of two standard logit probabilities. Let the probability of choosing alternative $i \in B_k$ be expressed as the product of two probabilities, namely, the probability that an alternative within nest $B_k$ is chosen and the probability that the alternative $i$ is chosen given that an alternative in $B_k$ is chosen:

$$P_{ni} = P_{ni \mid B_k} P_{nB_k},$$

where $P_{ni \mid B_k}$ is the conditional probability of choosing alternative $i$ given that an alternative in nest $B_k$ is chosen, and $P_{nB_k}$ is the marginal probability of choosing an alternative in nest $B_k$ (with the marginality being over all alternatives in $B_k$). This equality is exact, since any probability can be written as the product of a marginal and a conditional probability.

The reason for decomposing $P_{ni}$ into a marginal and a conditional probability is that, with the nested logit formula for $P_{ni}$, the marginal and conditional probabilities take the form of logits. In particular, the marginal and conditional probabilities can be expressed as

(4.4)    $P_{nB_k} = \dfrac{e^{W_{nk}+\lambda_k I_{nk}}}{\sum_{\ell=1}^{K} e^{W_{n\ell}+\lambda_\ell I_{n\ell}}},$

(4.5)    $P_{ni \mid B_k} = \dfrac{e^{Y_{ni}/\lambda_k}}{\sum_{j \in B_k} e^{Y_{nj}/\lambda_k}},$

where

$$I_{nk} = \ln \sum_{j \in B_k} e^{Y_{nj}/\lambda_k}.$$

The derivation of these expressions from the choice probability (4.2) simply involves algebraic rearrangement. For interested readers, it is given in Section 4.2.5.

Stated in words, the probability of choosing an alternative in $B_k$ takes the form of the logit formula, as if it resulted from a model for a choice among nests. This probability includes variables $W_{nk}$ that vary over nests but not over alternatives within each nest. It also includes a quantity called $I_{nk}$, whose meaning we elucidate in subsequent text. The conditional probability of choosing $i$ given that an alternative in $B_k$ is chosen is also given by a logit formula, as if it resulted from a model for the choice among the alternatives within the nest. This conditional probability includes variables $Y_{nj}$ that vary over alternatives within the nest. Note that these variables are divided by $\lambda_k$, so that, when $Y_{nj}$ is linear in parameters, the coefficients that enter this conditional probability are the original coefficients divided by $\lambda_k$. It is customary to refer to the marginal probability (choice of nest) as the *upper model* and to the conditional probability (choice of alternative within the nest) as the *lower model*, reflecting their relative positions in Figure 4.1.

The quantity $I_{nk}$ links the upper and lower models by bringing information from the lower model into the upper model. Ben-Akiva (1973) first identified the correct formula for this link. In particular, $I_{nk}$ is the log of the denominator of the lower model. This formula has an important meaning. Recall from the discussion of consumer surplus for a logit model (Section 3.5) that the log of the denominator of the logit model is the expected utility that the decision maker obtains from the choice situation, as shown by Williams (1977) and Small and Rosen (1981). The same interpretation applies here: $\lambda_k I_{nk}$ is the expected utility that decision maker $n$ receives from the choice among the alternatives in nest $B_k$. The formula for expected utility is the same here as for a logit model because, conditional on the nest, the choice of alternatives within the nest is indeed a logit, as given by equation (4.5). $I_{nk}$ is often called the *inclusive value* or *inclusive utility* of nest $B_k$. It is also called the "log-sum term" because it is the log of a sum (of exponentiated representative utilities). The term "inclusive price" is sometimes used; however, the *negative* of $I_{nk}$ more closely resembles a price.

The coefficient $\lambda_k$ of $I_{nk}$ in the upper model is often called the log-sum coefficient. As discussed, $\lambda_k$ reflects the degree of independence among the unobserved portions of utility for alternatives in nest $B_k$, with a lower $\lambda_k$ indicating less independence (more correlation).

It is appropriate that the inclusive value enters as an explanatory variable in the upper model. Stated loosely, the probability of choosing nest

$B_k$ depends on the expected utility that the person receives from that nest. This expected utility includes the utility that he receives no matter which alternative he chooses in the nest, which is $W_{nk}$, plus the expected extra utility that he receives by being able to choose the best alternative in the nest, which is $\lambda_k I_{nk}$.

Recall that the coefficients that enter the lower model are divided by $\lambda_k$, as given in equation (4.5). Models have been specified and estimated without dividing by $\lambda_k$ in the lower model. Daly (1987) and Greene (2000) describe such a model, and the software package STATA includes it as its nested logit model in the nlogit command. The package NLOGIT allows either specification. If the coefficients in the lower model are not divided by $\lambda_k$, the choice probabilities are not the same as those given in equation (4.2). As shown in the derivation in Section 4.2.5, the division by $\lambda_k$ is needed for the product of the conditional and marginal probabilities to equal the nested logit probabilities given by equation (4.2). However, the fact that the model does not give the probabilities in equation (4.2) does not necessarily mean that the model is inappropriate. Koppelman and Wen (1998) and Hensher and Greene (2002) compare the two approaches (dividing by $\lambda_k$ versus not) and show that the latter model is not consistent with utility maximization when any coefficients are common across nests (such as a cost coefficient that is the same for bus and car modes). Heiss (2002) points out the converse: if no coefficients are common over nests, then the latter model is consistent with utility maximization, since the necessary division by $\lambda_k$ in each nest is accomplished implicitly (rather than explicitly) by allowing separate coefficients in each nests such that the scale of coefficients differs over nests. When coefficients are common over nests, he found that not dividing by $\lambda_k$ leads to counterintuitive implications.

### 4.2.4. Estimation

The parameters of a nested model can be estimated by standard maximum likelihood techniques. Substituting the choice probabilities of expression (4.2) into the log-likelihood function gives an explicit function of the parameters of this model. The values of the parameters that maximize this function are, under fairly general conditions, consistent and efficient (Brownstone and Small, 1989).

Computer routines are available in commercial software packages for estimating nested models by maximum likelihood. Hensher and Greene (2002) provide a guide for nested logits using available software. Numerical maximization is sometimes difficult, since the log-likelihood function is not globally concave and even in concave areas is not close to