| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | **UNITED STATES DISTRICT COURT** |
| 6 | **CENTRAL DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (SKx) |
| | **[PROPOSED] ORDER REGARDING NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

     Pending before the Court is NFL Defendants' Application Under Local Rule 79-5 To File Documents Under Seal. The Court has considered the application and GRANTS the application.

     IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration Of Jenna H. Pavelec In Support Of NFL Defendants' Application Under Local Rule 79-5 To File Documents Under Seal.
2. The unredacted version of NFL Defendants' Reply In Support Of Motion *In Limine* No. 6 To Exclude Certain Opinions Of J. Douglas Zona.

                                      IT IS SO ORDERED.

Dated: _____     _____
                                                    PHILIP S. GUTIERREZ
                                                    Chief United States District Judge