1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19
20
21

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 2:15-ml-02668−PSG (SKx)<br><br>**DECLARATION OF SATHYA S. GOSSELIN IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* NO. 2 TO EXCLUDE IMPROPER EVIDENCE AND ARGUMENT REGARDING THE RELIEF SOUGHT BY PLAINTIFFS** |
|---|---|

22   I, Sathya S. Gosselin, hereby declare and state as follows:

23   1.   I am a partner at the law firm Hausfeld LLP and attorney of record for
24 Plaintiffs in this action. I have personal knowledge of the facts set forth in this
25 declaration and, if called as a witness, could and would testify competently thereto.
26   2.   Attached as Exhibit 1 is a true and correct copy of excerpts of the
27 transcript of the June 28, 2022 deposition of residential class representative Jonathan
28 Frantz.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 9, 2024 in Washington, District of Columbia.

_____
SATHYA S. GOSSELIN