# EXHIBIT 1

**In the Matter Of:**

*NFL Sunday Ticket Antitrust Litigation*

---

*JONATHAN FRANTZ*

*June 28, 2022*

---



1

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3

4   IN RE:  NATIONAL FOOTBALL      )  Case No. 2:15-ml-02668-PSG
    LEAGUE'S "SUNDAY TICKET"       )            (JEMx)
5   ANTITRUST LITIGATION           )
    _____)

6

7

8

9

10

11

12          VIDEOTAPED IN-PERSON DEPOSITION OF
                    JONATHAN FRANTZ
13               TUESDAY, JUNE 28, 2022

14

15

16

17

18

19

20

21

22

23

24
    STENOGRAPHIC REPORTER:  CHRISTA YAN, CSR NO. 14316
25

2

```
 1    APPEARANCES IN-PERSON:

 2    FOR PLAINTIFF:
           HAUSFELD LLP
 3         BY:  FARHAD MIRZADEH, ATTORNEY-AT-LAW
           1700 K. Street NW, Suite 650
 4         Washington, DC 20006
           (202) 540-7200
 5         fmirzadeh@hausfeld.com

 6    FOR PLAINTIFF:
           HACH ROSE SCHIRRIPA & CHEVERIE LLP
 7         BY:  KATHRYN HETTLER, ATTORNEY-AT-LAW
           112 Madison Avenue
 8         New York, New York 10016
           (212) 213-8311
 9         khettler@hrsclaw.com

10    FOR DEFENDANTS NATIONAL FOOTBALL LEAGUE, NFL ENTERPRISES
      LLC, AND THE NFL MEMBER CLUBS:
11         WILKINSON STEKLOFF LLP
           BY:  MAX WARREN, ATTORNEY-AT-LAW
12              JUSTIN MUNGAI, ATTORNEY-AT-LAW
           2001 M Street NW, 10th Floor
13         Washington, DC 20036
           (202) 847-4000
14         bwilkinson@wilkinsonstekloff.com
           bstekloff@wilkinsonstekloff.com
15         rkilaru@wilkinsonstekloff.com
           jbarber@wilkinsonstekloff.com
16         mwarren@wilkinsonstekloff.com

17


18
      ALSO PRESENT IN-PERSON:
19    MIGUEL CONCEPCION, The Videographer

20


21
                      --oOo--
22


23


24


25
```

3

```
 1                    INDEX OF EXAMINATIONS

 2                                                    PAGE

 3   MR. WARREN                                       6

 4

 5

 6

 7

 8

 9                       --oOo--

10

11

12

13

14

15   Witness's Changes or Corrections        163

16   Reporter's Certificate                   165

17

18

19

20

21                       --oOo--

22

23

24

25
```

1    Q    Below that, there's another charge for NFL Sunday

2  Ticket Max, and there's 0 price listed there?

3    A    Yes.

4    Q    If you go down to July 23, 2018, what's listed

5  there?

6    A    A charge for Sunday Ticket Max, of 65.99.

7    Q    And if you continue on to August 23, 2018, what's

8  listed there?

9    A    A charge, NFL Sunday Ticket Max 65.99.

10   Q    So it appears you had multiple charges for NFL

11 Sunday tickets Max of 65.99?

12   A    Yes.

13   MR. MIRZADEH:  Hold on, you said, August 23, 2018.

14 There are multiple, what charge are you referring to for

15 that?

16   THE WITNESS:  Only one of this HBO Max.

17   MR. MIRZADEH:  There's 1, 2, 3, 4, 5, 6, 7, 8.

18   MR. WARREN:  Apologies.  The question was unclear,

19 strike that, thank you.

20   MR. MIRZADEH:  Okay.

21 BY MR. WARREN:

22   Q    On August 23, 2018, you have a charge for Sunday

23 Ticket Max of $65.99, correct?

24   A    Yes.

25   Q    So you have multiple charges for NFL Sunday

1   Ticket Max of 65.99 in the year 2018, correct?

2        A    Yes.

3        Q    On the next page, do you see what is listed as a

4   NFL adjustment on November 16th, 2018?

5        A    Yes.

6        Q    What is the service event that is listed as the

7   NFL adjustment?

8        A    NFL Sunday Ticket Max.  -23.29.

9        Q    Does this indicate to you that you received a

10  discount or a credit of 23.29 on November 16th, 2018, for

11  Sunday Ticket Max?

12       A    Yes.

13       Q    Do you recall why you received this discount?

14       A    Oh, I do.  There was an outage.  Something

15  happened.  And I don't remember what it was, but it was

16  a -- it was anomaly.  I didn't call, so it wasn't

17  available for a week maybe.  Something like that.  And so

18  everyone got issued a refund for that week, I believe.

19       Q    And DirecTV issued you this refund without you

20  taking any action?

21       A    I believe that -- I believe that's true and I

22  think I might have complained -- and called and complained

23  that day that Sunday Ticket was out, but I don't -- I

24  don't specifically remember, but I have a recollection of

25  an outage.

111

1      Q    Do you recall when this outage was?

2      A    No.

3      Q    Would it have been in November of 2018?

4      A    I would assume so.

5      Q    But you do recall that you were watching Sunday

6  Ticket when this outage occurred?

7      A    I remember attempting to watch.  But this is all,

8  you know, this is a long time ago.  I had my son -- had

9  been born literally two weeks before that, so my brain

10  wasn't really good.

11     Q    I take it there wasn't a lot of sleep going on?

12     A    Not a lot of sleep.

13     Q    If you turn to the next page, which is page 4

14  of 6.

15     A    Yeah.

16     Q    Do you see a charge listed on January 22, 2019?

17     A    Yes -- oh.  A charge for regional sports fee.

18     Q    And what is the amount of that regional sports

19  fee charge?

20     A    8.49.

21     Q    Does this indicate to you that you were paying

22  $8.49 per month for regional sports fee?

23     A    It appears that way.

24     Q    And is that more than you were paying when you

25  initially started with DirecTV?

NFL Sunday Ticket Antitrust Litigation

Jonathan Frantz
June 28, 2022

165

```
 1                    REPORTER'S CERTIFICATE

 2       I, Christa Yan, CSR No. 14316, do hereby declare:
         That, prior to being examined, the witness named in
 3   the foregoing deposition was by me duly sworn remotely
     pursuant to Section 30(f)(1) of the Federal Rules of Civil
 4   Procedure, and the deposition is a true record of the
     testimony given by the witness as accurately as possible.
 5   That said deposition was taken down by me in shorthand at
     the time therein named and thereafter reduced to text
 6   under my direction.
         ___   That said witness was requested to review the
 7   transcript and make any changes to the transcript as a
     result of that review pursuant to Section 30(e) of the
 8   Federal Rules of Civil Procedure.
         ___   No changes have been provided by the witness
 9   during the period allowed.
         ___   The changes made by the witness are appended to
10   the transcript.
         ___   No request was made that the transcript be
11   reviewed pursuant to Section 30(e) of the Federal Rules of
     Civil Procedure.
12       I further declare that I have no interest in the
     event of the action.  I declare under penalty of perjury
13   under the laws of the United States of America that the
     foregoing is true and correct.
14       WITNESS my hand this 1st day of July 2022.

15   _____

16     Christa Yan, CSR NO. 14316

17

18

19

20

21

22

23

24

25
```