Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**DECLARATION OF SAMUEL MAIDA IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION *IN LIMINE* NO. 4 PRECLUDING EVIDENCE AND ARGUMENTS REGARDING BACKGROUND OF THIS LITIGATION**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: May 17, 2024<br>TIME: 2:30 p.m.<br>COURTROOM:<br>  First Street Courthouse<br>  350 West 1st Street<br>  Courtroom 6A<br>  Los Angeles, CA 90012 |

I, Samuel Maida, declare as follows:

1. I am an associate at the law firm Hausfeld LLP and one of the attorneys of record for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. I make this declaration in support of Plaintiffs' Reply Memorandum in Further Support of Motion *In Limine* No. 4 Precluding Evidence and Arguments Regarding Background of this Litigation.

3. Attached as Exhibit 1 is a true and correct copy of excerpts from the deposition of Jason Baker, the 30(b)(6) designee for class representative Mucky Duck, dated July 15, 2022.

4. Attached as Exhibit 2 is a true and correct copy of excerpts from the deposition of Eugene Lennon, the 30(b)(6) designee for class representative Gael Pub, dated July 19, 2022.

5. Attached as Exhibit 3 is a true and correct copy of excerpts from the deposition of class representative Jonathan Frantz, dated June 28, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 9th day of February 2024 in Santa Barbara, California.

*/s/ Samuel Maida*
Samuel Maida