# Exhibit 1 to the Declaration of Samuel Maida

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3

 4    IN RE:  NATIONAL FOOTBALL   )
      LEAGUE'S "SUNDAY TICKET"    )
 5    ANTITRUST LITIGATION        )
                                  )
 6    _____)
                                  )
 7                                ) NO. 2:15-ml-02668-PSG(JEMx)
                                  )
 8    THIS DOCUMENT RELATES TO:   )
      ALL ACTIONS                 )
 9                                )
      _____)
10
```

VIDEOTAPED IN-PERSON DEPOSITION OF
JASON BAKER
THE MUCKY DUCK PURSUANT TO RULE 30(b)(6)
FRIDAY, JULY 15, 2022

STENOGRAPHIC REPORTER:  CHRISTA YAN, CSR NO. 14316

Case 2:15-ml-02668-PSG-SK   Document 1244-2   Filed 02/09/24   Page 3 of 11   Page ID
                                        #:45697
NFL Sunday Ticket Antitrust Litigation                                    Jason Baker
30(b)(6)                                                                  July 15, 2022

2

1  APPEARANCES IN-PERSON:

2  FOR PLAINTIFFS:
       HAUSFELD LLP
3      BY:   FARHAD MIRZADEH, ATTORNEY-AT-LAW
       1700 K. Street NW, Suite 650
4      Washington, DC 20006
       (202) 540-7200
5      fmirzadeh@hausfeld.com

6      GLANCY PRONGAY & MURRAY
       BY:   LEE ALBERT, ATTORNEY-AT-LAW
7      230 Park Avenue, Suite 358
       New York, New York 10169
8      (212) 884-0988
       lalbert@glancylaw.com

9

10 FOR DEFENDANTS NATIONAL FOOTBALL LEAGUE, NFL ENTERPRISES
   LLC, AND THE NFL MEMBER CLUBS:
11     WILKINSON STEKLOFF LLP
       BY:   JUSTIN MUNGAI, ATTORNEY-AT-LAW
12           BLAKE NEAL, ATTORNEY-AT-LAW
       2001 M Street NW, 10th Floor
13     Washington, DC 20036
       (202) 847-4000
14     sundayticket-paras@wilkinsonstekloff.com
       bwilkinson@wilkinsonstekloff.com
15     bstekloff@wilkinsonstekloff.com
       rkilaru@wilkinsonstekloff.com
16     jbarber@wilkinsonstekloff.com
       mwarren@wilkinsonstekloff.com
17

18
   ALSO PRESENT IN-PERSON:
19 ANTONIO WOODWARD, The Videographer

20

21
                       --oOo--
22

23

24

25

Case 2:15-ml-02668-PSG-SK Document 1244-2 Filed 02/09/24 Page 4 of 11 Page ID #:45698
NFL Sunday Ticket Antitrust Litigation 30(b)(6)
Jason Baker
July 15, 2022

3

```
 1                    INDEX OF EXAMINATIONS

 2                                                       PAGE

 3   MR. MUNGAI                                            7

 4

 5

 6

 7

 8

 9                         --oOo--

10

11

12

13

14   Witness's Changes or Corrections                    130

15   Reporter's Certificate                              132

16

17

18

19

20                         --oOo--

21

22

23

24

25
```

Case 2:15-ml-02668-PSG-SK   Document 1244-2   Filed 02/09/24   Page 5 of 11   Page ID
NFL Sunday Ticket Antitrust Litigation         #:45699                         Jason Baker
                            30(b)(6)                                        July 15, 2022

                                                                                    33

 1   further back than that.
 2        A    Okay.
 3        Q    That's useful information.
 4             Okay.  So let's talk a little bit about football
 5   and we'll start talking about Sunday Ticket shortly.
 6             You testified on the record that one of your
 7   objectives was to increase the number of TVs you had from
 8   1996 onwards, so that you could show every NFL game; is
 9   that right?
10        A    Yes.
11        Q    And in 1996 when you signed up for DirecTV,
12   Sunday Ticket was an available product, wasn't it?
13        A    I signed up for it.
14        Q    Right, no, you signed up for DirecTV?
15        A    Mm-hmm.
16        Q    But this viewing agreement that we just looked
17   at, doesn't actually say you signed up for Sunday Ticket,
18   it just says you signed up for DirecTV.
19        A    Well, I signed up for DirecTV for the Sunday
20   Ticket.
21        Q    So from 1996 onwards, you have subscribed to
22   Sunday Ticket?
23        A    Yes.
24        Q    Okay.  So can you describe on the record what
25   Sunday Ticket is?

Case 2:15-ml-02668-PSG-SK   Document 1244-2   Filed 02/09/24   Page 6 of 11   Page ID
 #:45700
NFL Sunday Ticket Antitrust Litigation                                    Jason Baker
30(b)(6)                                                              July 15, 2022

                                                                              34

```
 1       A    It's the opportunity to carry every NFL game on
 2   my TVs at the bar.  So I can have customers come in and
 3   watch their teams.
 4       Q    To be clear, it's to carry the out-of-market
 5   games?
 6       A    A lot of games were blacked out here before.
 7       Q    Okay.  So just so we can have a clear record,
 8   Sunday Ticket allowed Mucky Duck to have all of the
 9   out-of-market games?
10       A    Yes.
11       Q    The in-market games were not part of the
12   subscription for Sunday Ticket; is that right?
13       A    Yes.
14       Q    Okay, and you testified earlier that you got
15   access to Sunday Ticket through DirecTV; is that right?
16       A    Yes.
17       Q    Okay.  Are there any other ways, to your
18   knowledge, that you can subscribe to Sunday Ticket?
19       MR. ALBERT:  Objection.
20       THE WITNESS:  No.
21   BY MR. MUNGAI:
22       Q    Okay.  When you subscribed to DirecTV, do you
23   remember what the base package was?
24       A    Just --
25       MR. ALBERT:  Objection.
```

Case 2:15-ml-02668-PSG-SK   Document 1244-2   Filed 02/09/24   Page 7 of 11   Page ID
NFL Sunday Ticket Antitrust Litigation            #:45701                    Jason Baker
                                            30(b)(6)                     July 15, 2022

                                                                              35

1      THE WITNESS:  I don't understand the question.
2    BY MR. MUNGAI:
3      Q    So I'll give you some helpful context.
4           DirecTV has different tiers that you can
5    subscribe to, separate and apart from sports packages --
6      A    Mm-hmm.
7      Q    -- there's, you know, Xtra Pack commercial --
8    extra commercial base, those are the base packages that
9    DirecTV has.  And then on top of that, you add
10   subscriptions to sports packages, be it Sunday Ticket, be
11   it League Pass or Extra Innings.  My question is sort of
12   going to the former.  Do you remember what the base
13   package was that you signed up for, for DirecTV?
14     A    Basic programming for DirecTV.  Local channels.
15   Channels you would get on cable, let's say.
16     Q    Okay.  And so if I put it to you that you signed
17   up for commercial extra, that would sound right to you,
18   that provided all those things?
19     A    Yes.
20     Q    Okay.  Is Mucky Duck still a subscriber to Sunday
21   Ticket?
22     A    Yes.
23     Q    And for the duration of your subscription to
24   Sunday Ticket, has Mucky Duck paid full price?
25     A    Yes.

61

```
 1   BY MR. MUNGAI:
 2        Q    In fact --
 3        A    Worldwide.
 4        Q    In fact, it's popularity is one of the reasons
 5   why you wanted to carry all of the NFL games; is that
 6   right?
 7        A    Yes.
 8        Q    Did having the Sunday Ticket subscription make it
 9   possible for Mucky Duck to attract more customers to the
10   bar?
11        A    Yes, it did.
12        Q    In fact, during the regular season, of -- during
13   the regular NFL season, Sundays were your busiest day; is
14   that right?
15        A    They were busy.
16        Q    Were they busier than the other days of it week?
17        A    Every day varied, but none in particular was
18   busier than others but yes, I had more people come in for
19   the NFL Ticket.
20        Q    Okay.  I just want to make sure I understand that
21   response.  I'm going to say it back, and you can tell me
22   if what -- if I'm accurately summarizing what you just
23   said?
24        A    Okay.
25        Q    So it varied how many customers you had in any
```

1  given day, but on Sundays, it was busier because of people
2  who wanted to come watch the games on Sunday Ticket; is
3  that right?
4      A    Yes.
5      Q    Okay.  On average, would you agree that The Mucky
6  Duck generated the most revenue on Sundays in comparison
7  to other days, during the NFL regular season?
8      A    Okay.  Sundays were busier during the NFL season.
9      Q    And so if they were busier, does that mean the
10 bar generated more revenue in comparison to other days
11 during the regular NFL season --
12     A    No.
13     Q    So what days on average did The Mucky Duck
14 generate the most revenue?
15     A    Mind you, it's a bar.  So Fridays and Saturdays
16 are your busier days in the bar business.
17     Q    Okay.  So during the NFL regular season, The
18 Mucky Duck generated the most revenue on Fridays and
19 Saturdays as opposed to any other day in the week?
20     MR. ALBERT:  Objection; form.
21     THE WITNESS:  You know, I can't tell you which day was
22 busier as far as that's concerned because every day
23 varies.
24 BY MR. MUNGAI:
25     Q    I understand, I'm not -- I'm not asking for like

Case 2:15-ml-02668-PSG-SK   Document 1244-2   Filed 02/09/24   Page 10 of 11   Page ID
                                    #:45704
NFL Sunday Ticket Antitrust Litigation                                    Jason Baker
30(b)(6)                                                                July 15, 2022

63

1  an answer with piercing specificity.  I just kind of want
2  to understand on average, during the NFL regular season,
3  was the bar making more money on Sundays when there were
4  more football games, or on other days --
5       A    Sundays were busier during the football season.
6       Q    Okay.  And outside of the football season, it
7  just varied; is that accurate?
8       A    What varied?
9       MR. ALBERT:  Object to form.
10 BY MR. MUNGAI:
11      Q    How busy the bar was.
12      A    There's many factors on business in the bar.
13      Q    Okay.  Tell me what factors affect how busy the
14 bar is?
15      A    The amount of people that come in.
16      Q    Yeah.
17      A    That's... that's the main factor.
18      Q    Right.  Sorry, let me make my question a little
19 bit clearer.
20           What factors affect how many people come in on
21 any given day of the week for the bar?
22      MR. ALBERT:  Objection; during the football season,
23 not --
24      MR. MUNGAI:  Outside of the football season.
25      MR. ALBERT:  Okay.

Case 2:15-ml-02668-PSG-SK Document 1244-2 Filed 02/09/24 Page 11 of 11 Page ID #:45705

NFL Sunday Ticket Antitrust Litigation
30(b)(6)

Jason Baker
July 15, 2022

132

1                     REPORTER'S CERTIFICATE

2        I, Christa Yan, CSR No. 14316, do hereby declare:
         That, prior to being examined, the witness named in
3    the foregoing deposition was by me duly sworn remotely
     pursuant to Section 30(f)(1) of the Federal Rules of Civil
4    Procedure, and the deposition is a true record of the
     testimony given by the witness as accurately as possible.
5    That said deposition was taken down by me in shorthand at
     the time therein named and thereafter reduced to text
6    under my direction.
         ___  That said witness was requested to review the
7    transcript and make any changes to the transcript as a
     result of that review pursuant to Section 30(e) of the
8    Federal Rules of Civil Procedure.
         ___  No changes have been provided by the witness
9    during the period allowed.
         ___  The changes made by the witness are appended to
10   the transcript.
         ___  No request was made that the transcript be
11   reviewed pursuant to Section 30(e) of the Federal Rules of
     Civil Procedure.
12       I further declare that I have no interest in the
     event of the action.  I declare under penalty of perjury
13   under the laws of the United States of America that the
     foregoing is true and correct.
14       WITNESS my hand this 17th day of July 2022.

15

     _____
16       Christa Yan, CSR NO. 14316

17

18

19

20

21

22

23

24

25