# Exhibit 2 to the Declaration of Samuel Maida

1

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | CENTRAL DISTRICT OF CALIFORNIA |
| 3 | |
| 4 | IN RE: NATIONAL        ) |
| 5 | FOOTBALL LEAGUE'S     )   Case No. |
| 6 | "SUNDAY TICKET"       )   2:15-ml-02668-PSG (JEMx) |
| 7 | ANTITRUST LITIGATION  ) |
| 8 | |
| 9 | |
| 10 | HIGHLY CONFIDENTIAL |
| 11 | _____ |
| 12 | |
| 13 | VIDEO RECORDED 30(b)(6) EXAMINATION |
| 14 | OF:  GAEL PUB |
| 15 | BY: EUGENE LENNON |
| 16 | _____ |
| 17 | TAKEN ON |
| 18 | TUESDAY, JULY 19, 2022 |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | CERTIFIED STENOGRAPHER:<br>  JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR, |
| 24 | CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)<br>  CCR-WA (No. 21007264), CSR-CA (No. 14420), |
| 25 | REALTIME SYSTEMS ADMINISTRATOR<br>  JOB NO.:  852067 |

2

```
 1

 2

 3

 4          VIDEO RECORDED 30(b)(6)

 5   EXAMINATION of EUGENE LENNON, taken before

 6   JESSICA R. WAACK, Registered Professional

 7   Reporter, Registered Merit Reporter,

 8   Certified Realtime Reporter, Registered

 9   Diplomate Reporter, California Certified

10   Realtime Reporter, New Jersey Certified Court

11   Reporter (License No. 30XI008238700); Texas

12   Certified Shorthand Reporter (License No.

13   11958); Washington State Certified Court

14   Reporter (License No. 21007264); California

15   Certified Shorthand Reporter (License No.

16   14420); New York Association Certified

17   Reporter, New York Realtime Court Reporter

18   and Notary Public of Washington, D.C. and the

19   States of New York, Pennsylvania, Delaware,

20   Maryland and Virginia, at Hausfeld, LLP, 33

21   Whitehall Street, New York, New York, on

22   Tuesday, July 19, 2022, commencing at 9:58

23   a.m. and concluding at 1:22 p.m.

24

25
```

3

```
1              A P P E A R A N C E S

2

3    ON BEHALF OF THE PLAINTIFFS AND THE

4    WITNESS:

5         THE RADICE LAW FIRM

6         BY:  KENNETH PICKLE, ESQ.

7         BY:  JOHN RADICE, ESQ.

8         475 Wall Street

9         Princeton, New Jersey  08540

10        PHONE:  919-749-3980

11        EMAIL:  Kpickle@radicelawfirm.com

12        EMAIL:  Jradice@radicelawfirm.com

13

14   ON BEHALF OF THE PLAINTIFFS AND THE

15   WITNESS:

16        HAUSFELD LLP

17        BY:  FARHAD MIRZADEH, ESQ.

18        33 Whitehall Street

19        New York, New York  10004

20        PHONE:  646-357-1100

21

22

23

24

25
```

4

```
 1              A P P E A R A N C E S

 2

 3    ON BEHALF OF THE DEFENDANTS:

 4         WILKINSON STEKLOFF

 5         BY:  BLAKE NEAL, ESQ.

 6         BY:  JUSTIN MUNGAI, ESQ.

 7         130 West 42nd Street, 24th Floor

 8         New York, New York  10036

 9         PHONE:  212-294-8920

10         EMAIL:  Bneal@wilkinsonstekloff.com

11         EMAIL:  Jmingai@wilkinsonstekloff.com

12

13            A L S O   P R E S E N T

14    JORDAN KITRICK, videographer

15

16                 --o0o--

17

18

19

20

21

22

23

24

25
```

77

1    more revenue from food and drinks, correct?

2         A.    Yes.

3         Q.    Approximately how much revenue

4    would you make from hosting Bears games?

5         A.    It would vary.

6         Q.    Can you -- from 2011 to when it

7    closed in 2019, can you kind of give a

8    suggestion, like, what is an approximation

9    for this period?

10        A.    I couldn't give you that.

11             MR. PICKLE:  Objection.

12             THE WITNESS:  I haven't a clue.

13   BY MR. NEAL:

14        Q.    How many Bears fans would you

15   attract on a typical Sunday?

16        A.    Again, it varied every Sunday.

17        Q.    You said it varied on how well

18   the Bears were doing and if the games were

19   close or not, correct?

20        A.    All kinds of reasons would change

21   that number.

22        Q.    But you were giving away a lot of

23   free alcohol -- correct? -- during these

24   games and merchandise --

25             MR. PICKLE:  Objection.

78

1    BY MR. NEAL:

2         Q.   -- right?

3         A.   I don't think I was giving away a

4    lot.

5              (Simultaneous unreportable

6              crosstalk occurs among parties.)

7              (Stenographer requests one

8              speaker at a time.)

9    BY MR. NEAL:

10        Q.   We saw that you were giving away

11   free cocktails, were giving away drink

12   specials, things along those lines,

13   correct?

14        A.   Yes.

15        Q.   And you were giving away some

16   free merchandise, raffling them off --

17        A.   Yes.

18        Q.   -- and, of course, you were

19   buying Sunday Ticket as well?

20             If you were losing money being

21   the host -- and being the home of the

22   Bears, you probably would have stopped,

23   right?

24        A.   Would depend on the situation.

25        Q.   What kind of situation?  Like, is

Case 2:15-ml-02668-PSG-SK  Document 1244-3  Filed 02/09/24  Page 8 of 12  Page ID #:45713
NFL Sunday Ticket Antitrust Litigation                          Eugene Lennon
Highly Confidential, 30(B)(6)                                   July 19, 2022

79

1   there a scenario where you were losing

2   money on being the Bears but you would

3   still be the home of the Bears for 13

4   years?

5        A.   I don't remember if -- what year

6   we lost money or made money.  I mean, it

7   was -- every year was different.

8        Q.   As a bar you're saying; which

9   years you made money and lost money as a

10  bar, correct?

11       A.   Yes.

12       Q.   But presumably you were

13  attracting customers, as you said, by being

14  the home of the Bears, right?

15       A.   Yes.

16       Q.   And they were buying drinks?

17       A.   Yes.

18       Q.   So presumably you were offsetting

19  any costs you were undergoing by hosting

20  the Bears --

21       A.     I don't know.

22       Q.   -- on Sundays?

23            MR. PICKLE:  Objection.

24  BY MR. NEAL:

25       Q.   If you could have made more money

80

1    from having another event, say, like, this

2    is 2011 to 2018, a Game of Thrones showing

3    or maybe an open mic night or something

4    along those lines, that would have made

5    more money for the Bears on Sundays, would

6    you have shown -- would you have done that

7    instead of being the home of the Bears?

8            MR. PICKLE:  Objection.

9            THE WITNESS:  I'm not sure.  This

10       is how it turned out, and this is what

11       we went with.

12   BY MR. NEAL:

13       Q.   But you would have -- you stuck

14   with it, because it was working, right?

15           MR. PICKLE:  Objection.

16           THE WITNESS:  Again, I don't

17       know.  You know, it just took its

18       course and stayed there.

19   BY MR. NEAL:

20       Q.   But you -- we've discussed you

21   started hosting Bears games in 2006 --

22       A.   Uh-huh.

23       Q.   -- correct?

24           And you stopped at the end of

25   2018, the 2018 season, right?

81

```
1       A.   Uh-huh.

2       Q.   So approximately 13 years; is

3   that correct?

4       A.   Yes.

5       Q.   So that would mean that you did

6   this for 13 years; you presumably were

7   getting some benefit from doing this?

8       A.   Yes.

9       Q.   Because you have a lot of

10  experience as a bar owner and -- correct?

11  A lot of experience in bars?

12      A.   Yes.

13      Q.   And you did stuff that would

14  actually promote your bar and promote your

15  business and help make you more revenue,

16  correct?

17      A.   Yes.

18      Q.   And the Bears were just one

19  vehicle that allowed you to do this,

20  correct?

21      A.   Yes.

22      Q.   Okay.  Thank you.

23           All right.  I want to talk about

24  Sunday Ticket now specifically.

25           Do you know how many games you
```

83

```
 1        A.    I believe it was when we opened

 2    in 2005.

 3        Q.    When Gael Pub subscribed to

 4    DirecTV, what kind of subscription was it?

 5    Like, what package did you have with that?

 6        A.    I don't remember.

 7        Q.    At the time you first subscribed

 8    to DirecTV, did you subscribe to Sunday

 9    Ticket?

10        A.    I don't remember.

11        Q.    When did Gael Pub begin its

12    subscription to Sunday Ticket?

13        A.    I'm not sure, but approximately

14    2006.

15        Q.    When you became -- began becoming

16    the home of the Bears effectively --

17        A.    Yes.

18        Q.    -- right?

19              I would like to look at another

20    document, please.  We're marking it as

21    Exhibit 8.

22              (Whereupon, Exhibit 8 is marked

23               for identification.)

24          (Pause for reading/reviewing.)

25              THE WITNESS:  Okay.
```

182

1                   REPORTER CERTIFICATE

2       I, the undersigned, do hereby certify:

3       That EUGENE LENNON was by me duly sworn

4    in the within-entitled cause; that said

5    deposition was taken at the time and place

6    herein named; and that the deposition is a

7    true record of the witness's testimony as

8    reported by me, a disinterested person, and

9    was thereafter transcribed.

10      I further certify that I am not

11   interested in the outcome of the said

12   action, nor connected with, nor related to

13   any of the parties in said action, nor to

14   their respective counsel.

15      IN WITNESS WHEREOF, I have hereunto set

16   my hand this 21st day of July, 2022.

17   Signature: __Requested__Waived_X_Not Requested

18

19

20   _____

21            JESSICA R. WAACK
            Registered Diplomate Reporter
22           Certified Realtime Reporter
        California Certified Realtime Reporter
23         New York Realtime Court Reporter
           New York Association Court Reporter
24          Notary Public, State of New York
     CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
25      CCR-WA (No. 21007264), CSR-CA (No. 14420)