# Exhibit 3 to the Declaration of Samuel Maida

```
                                                                    1
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3

 4   IN RE:  NATIONAL FOOTBALL    )  Case No. 2:15-ml-02668-PSG
     LEAGUE'S "SUNDAY TICKET"     )            (JEMx)
 5   ANTITRUST LITIGATION         )
     _____ )
 6

 7

 8

 9

10

11
                 VIDEOTAPED IN-PERSON DEPOSITION OF
12                         JONATHAN FRANTZ
                        TUESDAY, JUNE 28, 2022
13

14

15

16

17

18

19

20

21

22

23

24
     STENOGRAPHIC REPORTER:  CHRISTA YAN, CSR NO. 14316
25
```

Case 2:15-ml-02668-PSG-SK   Document 1244-4   Filed 02/09/24   Page 3 of 7   Page ID
 #:45720
NFL Sunday Ticket Antitrust Litigation
Jonathan Frantz
June 28, 2022

2

```
 1   APPEARANCES IN-PERSON:

 2   FOR PLAINTIFF:
         HAUSFELD LLP
 3       BY:  FARHAD MIRZADEH, ATTORNEY-AT-LAW
         1700 K. Street NW, Suite 650
 4       Washington, DC 20006
         (202) 540-7200
 5       fmirzadeh@hausfeld.com

 6   FOR PLAINTIFF:
         HACH ROSE SCHIRRIPA & CHEVERIE LLP
 7       BY:  KATHRYN HETTLER, ATTORNEY-AT-LAW
         112 Madison Avenue
 8       New York, New York 10016
         (212) 213-8311
 9       khettler@hrsclaw.com

10   FOR DEFENDANTS NATIONAL FOOTBALL LEAGUE, NFL ENTERPRISES
     LLC, AND THE NFL MEMBER CLUBS:
11       WILKINSON STEKLOFF LLP
         BY:  MAX WARREN, ATTORNEY-AT-LAW
12            JUSTIN MUNGAI, ATTORNEY-AT-LAW
         2001 M Street NW, 10th Floor
13       Washington, DC 20036
         (202) 847-4000
14       bwilkinson@wilkinsonstekloff.com
         bstekloff@wilkinsonstekloff.com
15       rkilaru@wilkinsonstekloff.com
         jbarber@wilkinsonstekloff.com
16       mwarren@wilkinsonstekloff.com

17


18
     ALSO PRESENT IN-PERSON:
19   MIGUEL CONCEPCION, The Videographer

20


21
                        --oOo--
22


23


24


25
```

3

```
 1                    INDEX OF EXAMINATIONS

 2                                                    PAGE

 3   MR. WARREN                                        6

 4

 5

 6

 7

 8

 9                        --oOo--

10

11

12

13

14

15   Witness's Changes or Corrections                 163

16   Reporter's Certificate                           165

17

18

19

20

21                        --oOo--

22

23

24

25
```

5

1  BE IT REMEMBERED that on TUESDAY, the 28th day of JUNE

2  2022, at the hour of 9:03 A.M., of said day, at

3  600 Montgomery Street, Suite 300, San Francisco,

4  California 94111, before me in-person CHRISTA YAN, a

5  Certified Shorthand Reporter, State of California,

6  personally appeared JONATHAN FRANTZ, who was examined as a

7  witness in said cause; that said transcript format was

8  prepared in accordance with California Code of Regulations

9  section 2473.

10  --oOo--

Case 2:15-ml-02668-PSG-SK Document 1244-4 Filed 02/09/24 Page 6 of 7 Page ID
NFL Sunday Ticket Antitrust Litigation  #:45723                              Jonathan Frantz
                                                                             June 28, 2022

85

1      Q    Did you enjoy Sunday Ticket when you first
2  received it?
3      A    Yes.
4      Q    Why?
5      A    I got to watch all the games.
6      Q    And it was something that was beneficial to you,
7  you could watch all the games?
8      A    I liked watching all the games.
9      Q    Did you continue to subscribe after that first
10 season?
11     A    I did.
12     Q    Why?
13     A    Because I enjoyed watching all the games, and I
14 wanted to continue watching all the games.
15     Q    Are you aware that there are different tiers for
16 Sunday Ticket?
17     A    Yes.
18     Q    What are those tiers?
19     A    I believe I always had Sunday Ticket Plus.  I
20 could be wrong though.  The phrasing, I'm not sure on it
21 but I always -- I liked having RedZone, and so that was --
22 I would make sure to sign up for the tier that included
23 RedZone.
24     Q    And if I say Sunday Ticket Max, is that what
25 you're referring to as Sunday Ticket Plus?

165

1                    REPORTER'S CERTIFICATE

2        I, Christa Yan, CSR No. 14316, do hereby declare:
         That, prior to being examined, the witness named in
3    the foregoing deposition was by me duly sworn remotely
     pursuant to Section 30(f)(1) of the Federal Rules of Civil
4    Procedure, and the deposition is a true record of the
     testimony given by the witness as accurately as possible.
5    That said deposition was taken down by me in shorthand at
     the time therein named and thereafter reduced to text
6    under my direction.
         ___  That said witness was requested to review the
7    transcript and make any changes to the transcript as a
     result of that review pursuant to Section 30(e) of the
8    Federal Rules of Civil Procedure.
         ___  No changes have been provided by the witness
9    during the period allowed.
         ___  The changes made by the witness are appended to
10   the transcript.
         ___  No request was made that the transcript be
11   reviewed pursuant to Section 30(e) of the Federal Rules of
     Civil Procedure.
12       I further declare that I have no interest in the
     event of the action.  I declare under penalty of perjury
13   under the laws of the United States of America that the
     foregoing is true and correct.
14       WITNESS my hand this 1st day of July 2022.

15                   _____
16       Christa Yan, CSR NO. 14316

17

18

19

20

21

22

23

24

25