**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



NEOPOST
11/02/2023
US POSTAGE $001.

```
Case: 2:15ml2668  Doc: 1052




Roger A Sachar                                    Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036
```

```
-R-T-S-   100365006-1N        01/12/24

          RETURN TO SENDER
          ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD
          RETURN TO SENDER
```



2:15mL2668

PSG



RECEIVED
CLERK, U.S. DISTRICT COURT
FEB - 8 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



FILED
CLERK, U.S. DISTRICT COURT
FEB - 8 2024
CENTRAL DISTRICT OF CALIFORNIA
BY  ASH   DEPUTY

Case: 2:15ml2668  Doc: 1052

Roger A Sachar                                               Jr
Morgan and Morgan PC
28 West 44th Street  Suite 2001
New York, NY 10036

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36816346@cacd.uscourts.gov>Subject:Activity in Case 2:15-ml-02668-PSG-SK In re National Football Leagues Sunday Ticket Antitrust Litigation Notice (Other) Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/1/2023 at 11:37 AM PDT and filed on 11/1/2023

| | |
|---|---|
| **Case Name:** | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| **Case Number:** | 2:15-ml-02668-PSG-SK |
| **Filer:** | |
| **Document Number:** | 1052 |

**Docket Text:**
**RECEIPT RE: IN CAMERA SUBMISSION (ECF [1032]) by Magistrate Judge Steve Kim. Clerk returned thumb drive containing in camera documents as described in the Notice of Manual Lodging (ECF [1032]) to NFL Defendants. NFL's counsel is ordered to retain the thumb drive in its submitted form for the record until the conclusion of this case including any appeal. (clee)**

**2:15-ml-02668-PSG-SK Notice has been electronically mailed to:**
Alexander M Schack    alexschack@schacklawgroup.com, alexschack@amslawoffice.com
Alfredo Torrijos    at@haffnerlawyers.com
Amanda M Steiner    asteiner@terrellmarshall.com, 8682118420@filings.docketbird.com, docketrequests@terrellmarshall.com, filing@terrellmarshall.com, hbrown@terrellmarshall.com, hrota@terrellmarshall.com, jnuss@terrellmarshall.com
Amid T Bahadori    atb@bahadorilaw.com
Anastasia M. Pastan    apastan@wilkinsonstekloff.com
Armstead C. Lewis    alewis@susmangodfrey.com
Arnold C. Wang    arnold@aswtlawyers.com, jessica@asstlawyers.com, ladonna@asstlawyers.com, maricela@asstlawyers.com
Arthur J Burke    arthur.burke@davispolk.com
Arthur M Murray    amurray@murray-lawfirm.com, aonstott@murray-lawfirm.com, bfisse@murray-lawfirm.com, cdimaggio@murray-lawfirm.com, cfitzgerald@murray-lawfirm.com, thorne@murray-lawfirm.com
Beth A. Wilkinson    bwilkinson@wilkinsonstekloff.com, bstekloff@wilkinsonstekloff.com,