Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>———————————————<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 2:15-ml-02668−PSG (SKx)<br><br>**JOINT STIPULATION REQUESTING HEARING ON MOTIONS IN LIMINE**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pretrial Conference Date: 5/17/2024<br>Trial Date: 6/6/2024<br>Courtroom: First Street Courthouse<br>       350 West 1st Street<br>       Courtroom 6A<br>       Los Angeles, CA 90012 |

WHEREAS, this matter was previously scheduled for trial to commence on February 22, 2024;

WHEREAS, counsel for Plaintiffs and the NFL Defendants previously stipulated that the motions in limine would be heard at the final pretrial conference, then scheduled for February 7, 2024 (*see* Docket No. 1088);

WHEREAS, the Court Ordered the parties' stipulated hearing date (*see* Docket No. 1089);

WHEREAS, the parties' filed motions in limine on January 5, 2024 (*see* Docket Nos. 1101, 1102, 1103, 1106, 1108, 1112, 1113, 1114, 1118, 1122 and 1126), and oppositions on January 19, 2024 (*see* Docket Nos. 1164, 1168, 1169, 1170, 1174, 1175, 1182, 1188, 1192 and 1193);

WHEREAS, on January 23, 2024, prior to the parties filing replies, the Court continued the final pretrial conference and motions in limine hearing to May 17, 2024 and continued the trial to June 6, 2024 (Docket No. 1202);

WHEREAS, the Court advised the parties to file a stipulation regarding which motions in limine need an immediate ruling (Docket No. 1202);

WHEREAS the parties filed replies in support of the motions in limine on February 9, 2024 (*see* Docket Nos. 1220, 1221, 1225, 1226, 1227, 1231, 1235, 1239, 1242 and 1244).

NOW THEREFORE, Plaintiffs and the NFL Defendants, by and through their respective counsel, hereby stipulate and request a hearing on the following MILs on April 5, 2024 or at the Court's earliest convenience:

    (1)    Plaintiffs' MIL #2 (Docket No. 1102)
    (2)    Plaintiffs' MIL #3 (Docket No. 1106)
    (3)    Plaintiffs' MIL #4 (Docket No. 1113)
    (4)    Defendants' MIL #1 (Docket No. 1103)
    (5)    Defendants' MIL #2 (Docket No. 1108)
    (6)    Defendants' MIL #3 (Docket No. 1112)

1

    (7)    Defendants' MIL #4 (Docket No. 1114)

    (8)    Defendants' MIL #7 (Docket No. 1126)

**IT IS SO STIPULATED.**

Dated: March 8, 2024                Respectfully submitted.

/s/ *Beth A. Wilkinson*
Rakesh N. Kilaru (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football*

2

League, NFL Enterprises LLC, and the Individual NFL Clubs

/s/ *Ian M. Gore*
Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004

```
 1                                    Tel: (646) 357-1100
                                      Fax: (212) 202-4322
 2
 3                                    Christopher L. Lebsock (184546)
                                      clebsock@hausfeld.com
 4                                    Samuel Maida (333835)
                                      smaida@hausfeld.com
 5                                    HAUSFELD LLP
                                      600 Montgomery St., Suite 3200
 6                                    San Francisco, CA 94111
                                      Tel: (415) 633-1908
 7                                    Fax: (415) 633-4980
 8
                                      Howard Langer (Pro Hac Vice)
 9                                    hlanger@langergrogan.com
                                      Edward Diver (Pro Hac Vice)
10                                    ndiver@langergrogan.com
                                      Peter Leckman (235721)
11                                    pleckman@langergrogan.com
                                      Kevin Trainer (Pro Hac Vice)
12                                    ktrainer@langergrogan.com
                                      LANGER GROGAN AND DIVER PC
13                                    1717 Arch Street, Suite 4020
                                      Philadelphia, PA 19103
14                                    Tel: (215) 320-5660
                                      Fax: (215) 320-5703
15
16
                                      Plaintiffs' Co-Lead Counsel
17
18   All signatories listed, and on whose behalf the filing is submitted, concur in the
     filing's content and have authorized the filing.
19
20
21
22
23
24
25
26
27
28
                                          4
```