1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>———————————————<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING HEARING ON MOTIONS IN LIMINE**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pretrial-Conference Date: 5/17/2024<br>Trial Date: 6/6/2024<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

Pursuant to the Joint Stipulation of Plaintiffs and the NFL Defendants, and for good cause shown, the Court hereby sets a hearing on motions in limine for April 5, 2024 at 10:00AM PST. The Court will hear argument at that time on the following motions:

(1)  Plaintiffs' MIL #2 (Docket No. 1102)
(2)  Plaintiffs' MIL #3 (Docket No. 1106)
(3)  Plaintiffs' MIL #4 (Docket No. 1113)
(4)  Defendants' MIL #1 (Docket No. 1103)
(5)  Defendants' MIL #2 (Docket No. 1108)
(6)  Defendants' MIL #3 (Docket No. 1112)
(7)  Defendants' MIL #4 (Docket No. 1114)
(8)  Defendants' MIL #7 (Docket No. 1126)

**IT IS SO ORDERED.**

Dated: _____     _____
PHILIP S. GUTIERREZ
Chief United States District Judge