**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

Case No. 2:15-ml-02668-PSG (SKx)

**ORDER GRANTING JOINT STIPULATION REQUESTING HEARING ON MOTIONS IN LIMINE**

Judge: Hon. Philip S. Gutierrez
Pretrial-Conference Date: 5/17/2024
Trial Date: 6/6/2024
Courtroom:
First Street Courthouse
350 West 1st Street
Courtroom 6A
Los Angeles, CA 90012

Pursuant to the Joint Stipulation of Plaintiffs and the NFL Defendants, and for good cause shown, the Court hereby sets a hearing on motions in limine for April ~~5~~, 2024 at 10:00AM PST. The Court will hear argument at that time on the following motions:

(1) Plaintiffs' MIL #2 (Docket No. 1102)

(2) Plaintiffs' MIL #3 (Docket No. 1106)

(3) Plaintiffs' MIL #4 (Docket No. 1113)

(4) Defendants' MIL #1 (Docket No. 1103)

(5) Defendants' MIL #2 (Docket No. 1108)

(6) Defendants' MIL #3 (Docket No. 1112)

(7) Defendants' MIL #4 (Docket No. 1114)

(8) Defendants' MIL #7 (Docket No. 1126)

**IT IS SO ORDERED.**

Dated: 3/14/24

PHILIP S. GUTIERREZ
Chief United States District Judge