REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 2:15-ml-02668−PSG (SKx)<br><br>**DECLARATION OF IAN GORE IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD AS PRIVILEGED AND FOR LIMITED RELATED DISCOVERY**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: April 19, 2024<br>TIME: 1:30 p.m.<br>COURTROOM:<br>　First Street Courthouse<br>　350 West 1st Street<br>　Courtroom 6A<br>　Los Angeles, CA 90012 |

I, Ian M. Gore, hereby declare:

1. I am a partner in the law firm Susman Godfrey L.L.P. and am admitted *pro hac vice* to practice before the United States District Court for the Central District of California in this action. *See* Dkt. No. 19. I submit this declaration in support of Plaintiffs' Motion to Compel the Production of Documents Improperly Withheld as Privileged and for Limited Related Discovery. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

2. During the Plaintiffs' investigation related to the NFL's privilege logs, Plaintiffs' counsel focused on the role of Frank Hawkins, an NFL executive whose presence was the sole basis asserted in claiming privilege on hundreds of the NFL's privilege log entries. As part of that investigation, Plaintiffs' counsel researched whether Mr. Hawkins was ever licensed to practice law in the state of New York or registered as an in-house counsel in the state of New York. Plaintiffs' counsel concluded that he was never registered or licensed in the state of New York, a fact that the NFL Defendants have not denied.

3. In the course of their investigation, Plaintiffs' counsel also noted a discrepancy in the title used for Hawkins. In conjunction with the NFL's privilege logs, the NFL provided a list of counsel (Exhibit 1) that showed Mr. Hawkins having the title "Senior Vice President, Legal and Business Affairs." However, no document or any other reference to my knowledge uses that title for Mr. Hawkins. To the contrary, the actual title used by Mr. Hawkins during most of his tenure with the NFL was "Senior Vice President, Business Affairs."

4. Plaintiffs' counsel also retained a private investigator to determine when Mr. Hawkins moved from the District of Columbia area to work for the NFL in the New York area. As detailed in the accompanying declaration of Mariya

2

1  Shvetsova, it appears that Mr. Hawkins moved to the New York area around the
2  year 2000.

3      5.    On or around February 26, 2024, the NFL Defendants produced 47
4  documents to Plaintiffs. On or around March 1, 2024, the NFL Defendants
5  produced 581 documents to Plaintiffs. On or around March 8, 2024, the NFL
6  Defendants produced 85 documents to Plaintiffs.

7      6.    Plaintiffs have been diligent throughout this case on discovery issues.
8  Plaintiffs have served more than 120 document requests, issued numerous third-
9  party subpoenas, and filed several motions to compel against the NFL Defendants
10 and third parties. In addition, Plaintiffs have taken more than 30 depositions in this
11 case.

12     7.    Attached hereto as Exhibit 1 is a true and correct copy of the NFL's
13 "Privilege Log Counsel List." This document was served on Plaintiffs' counsel in
14 this action by the NFL's counsel on April 20, 2022.

15     8.    Attached hereto as Exhibit 2 is a true and correct copy of the Amended
16 Rule 26 Initial Disclosure Statement of Defendants National Football League, NFL
17 Enterprises LLC, and the Individual NFL Clubs, dated January 22, 2021.

18     9.    Attached hereto as Exhibit 3 is a true and correct copy of
19 correspondence I sent to counsel for the NFL, dated February 2, 2024, regarding
20 deficiencies on the NFL's privilege logs.

21     10.    Attached hereto as Exhibit 4 is a true and correct copy of transcript
22 excerpts from the deposition of NFL witness Hans Schroeder as the NFL's
23 corporate representative pursuant to Federal Rule of Civil Procedure 30(b)(6), dated
24 July 28, 2022.

25     11.    Attached hereto as Exhibit 5 is a true and correct copy of transcript
26 excerpts from the deposition of NFL witness Brent Lawton, dated June 22, 2022.

27     12.    Attached hereto as Exhibit 6 is a true and correct copy of an NFL
28 document produced with the Bates number NFL_0000333.

13. Attached hereto as Exhibit 7 is a true and correct copy of an NFL document produced with the Bates number NFL_0000415.

14. Attached hereto as Exhibit 8 is a true and correct copy of an NFL document produced with the Bates number NFL_1225300.

15. Attached hereto as Exhibit 9 is a true and correct copy of an NFL document produced with the Bates number NFL_0862786. Outside of litigation-based metadata (Bates number, confidentiality designation, etc.), the only metadata provided by the NFL associated with this document was that the custodian is "Hard Copy." No other information—including author, recipient, date, or anything else—appears to have been provided by the NFL.

16. Attached hereto as Exhibit 10 is a true and correct copy of an NFL document produced with the Bates number NFL_0373733.

17. Attached hereto as Exhibit 11 is a true and correct copy of an NFL document produced with the Bates number NFL_0858107.

18. Attached hereto as Exhibit 12 is a true and correct copy of an NFL document produced with the Bates number NFL_0858093.

19. Attached hereto as Exhibit 13 is a true and correct copy of an NFL document produced with the Bates number NFL_0373712.

20. Attached hereto as Exhibit 14 is a true and correct copy of an NFL document produced with the Bates number NFL_0860209.

21. Attached hereto as Exhibit 15 is a true and correct copy of an NFL document produced with the Bates number NFL_0150132.

22. Attached hereto as Exhibit 16 is a true and correct copy of an NFL document produced with the Bates number NFL_0821555. The metadata associated with this document indicates that Seth Rabinowitz was the document's author.

23. Attached hereto as Exhibit 17 is a true and correct copy of an NFL document produced with the Bates number NFL_1249081.

24. Attached hereto as Exhibit 18 is a true and correct copy of an email I sent to counsel for the NFL, dated January 16, 2024.

25. Attached hereto as Exhibit 19 is a true and correct copy of an NFL document produced with the Bates number NFL_1248752. As shown below, it ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ without any request or reference to legal advice:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

26. Attached hereto as Exhibit 20 is a true and correct copy of an NFL document produced with the Bates number NFL_1248753 (with attachment). As shown below, it ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and does not appear to request or contain any legal advice:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

27. Attached hereto as Exhibit 21 is a true and correct copy of an NFL document produced with the Bates number NFL_1248762 (with attachment). As shown below, it is ████████████████████████████████ ████████ and does not appear to request or contain any legal advice:

████████████████████████████████████████████████████████████████

28. Attached hereto as Exhibit 22 is a true and correct copy of the NFL Defendants' amended initial privilege log, dated January 26, 2024.

29. Attached hereto as Exhibit 23 is a true and correct copy of the NFL Defendants' amended supplemental privilege log, dated January 26, 2024.

30. Attached hereto as Exhibit 24 is a true and correct copy of correspondence from counsel for the NFL that I received, dated February 19, 2024.

31. Attached hereto as Exhibit 25 is a true and correct copy of correspondence from counsel for the NFL that I received, dated February 26, 2024.

32. Attached hereto as Exhibit 26 is a true and correct copy of correspondence from counsel for the NFL that I received, dated March 1, 2024.

33. Attached hereto as Exhibit 27 is a true and correct copy of the NFL Defendants' amended initial privilege log, dated March 1, 2024.

34. Attached hereto as Exhibit 28 is a true and correct copy of the NFL Defendants' amended supplemental privilege log, dated March 1, 2024.

35. Attached hereto as Exhibit 29 is a true and correct copy of correspondence from counsel for the NFL that I received, dated March 8, 2024.

36. Attached hereto as Exhibit 30 is a true and correct copy of an NFL document produced with the Bates number NFL_1253245.

37. Attached hereto as Exhibit 31 is a true and correct copy of the NFL Defendants' initial privilege log, dated March 2, 2022.

38. Attached hereto as Exhibit 32 is a true and correct copy of an NFL document produced with the Bates number NFL_0243783. I added the highlighting on this exhibit.

39. Attached hereto as Exhibit 33 is a true and correct copy of an NFL document produced with the Bates number NFL_1049289.

40. Attached hereto as Exhibit 34 is a true and correct copy of an NFL document produced with the Bates number NFL_0825295.

41. Attached hereto as Exhibit 35 is a true and correct copy of an NFL document produced with the Bates number NFL_0127341. I added the highlighting on this exhibit.

42. Attached hereto as Exhibit 36 is a true and correct copy of Mr. Hawkin's biography from the website of his consulting firm Scalar Media Partners, as of July 24, 2022. Mr. Hawkins authenticated this document at his deposition.

43. Attached hereto as Exhibit 37 is a true and correct copy of an NFL document produced with the Bates number NFL_1251829.

44. Attached hereto as Exhibit 38 is a true and correct copy of the NFL Defendants' supplemental privilege log, dated June 21, 2022.

45. Attached hereto as Exhibit 39 is a true and correct copy of an NFL document produced with the Bates number NFL_1249280.

46. Attached hereto as Exhibit 40 is a true and correct copy of an NFL document produced with the Bates number NFL_1048883.

47. Attached hereto as Exhibit 41 is a true and correct copy of an NFL document produced with the Bates number NFL_0869707.

48. Attached hereto as Exhibit 42 is a true and correct copy of an NFL document produced with the Bates number NFL_0885047.

49. Attached hereto as Exhibit 43 is a true and correct copy of an NFL document produced with the Bates number NFL_0903713.

50. Attached hereto as Exhibit 44 is a true and correct copy of an NFL document produced with the Bates number NFL_0989234.

51. Attached hereto as Exhibit 45 is a true and correct copy of an NFL document produced with the Bates number NFL_0998562.

52. Attached hereto as Exhibit 46 is a true and correct copy of an NFL document produced with the Bates number NFL_0999795.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed March 22, 2024, in Seattle, Washington.

                                         */s/ Ian M. Gore*
                                         Ian M. Gore