Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF MARIYA SHVETSOVA IN SUPPORT OF PLAINTIFFS' MOTION FOR LIMITED REOPENING OF DISCOVERY AND TO COMPEL THE PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD AS PRIVILEGED**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: TK<br>TIME: TK<br>COURTROOM: First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

1  I, Mariya Shvetsova, declare under penalty of perjury that the following is true
2  and correct:
3  1. I am over the age of twenty-one (21) years and am an employee at
4  Vantage Intelligence (USA) LLC, an international intelligence boutique retained to
5  conduct strategic research on behalf of Susman Godfrey LLP. I submit this
6  declaration in support of Plaintiffs' Motion for Limited Reopening of Discovery
7  and to Compel the Production of Documents Improperly Withheld as Privileged.
8  2. I am competent to testify to the matters stated herein, have personal
9  knowledge of the facts and statements in this declaration, and each of the facts and
10 statements is true and correct.
11 3. On 27 February 2024 I wrote to Susman Godfrey LLP providing the
12 firm with the results of database searches which indicated that Frank Hawkins
13 ("Hawkins") likely moved away from the Washington, D.C. area around 2000.
14 4. The database searches conducted indicated that Hawkins was affiliated
15 with an apartment address (520 N St SW, Apt. 320, Washington, DC 20024)
16 between 1986 and 2003 and a Virginia address (1427 Trap Rd., Vienna, VA 22182)
17 between 1998 and 2000.
18 5. The database searches conducted indicated that Hawkins was affiliated
19 with a South Dakota address (2805 W 37th St., Sioux Falls, SD 57105) between
20 1997 and 2003.
21 6. The database searches conducted indicated that Hawkins was affiliated
22 with a New York address (160 W 95th St., Apt. 3A, New York, NY 10025)
23 between 2005 and 2017.
24 7. The database searches conducted indicated that Hawkins has been
25 affiliated with a Connecticut address (35 Salem Straits, Darien, CT 06820) between
26 2000 and present day.
27 8. Attached hereto as Exhibit 1 is a true and correct copy of the Sales
28 History of 1427 Trap Rd., Vienna, VA 22182 provided by the Fairfax County

Department of Tax Administration, Real Estate Division, which states that Hawkins sold the property at 1427 Trap Rd. Vienna, VA 22182 on 16 March 2000.

9. Attached hereto as Exhibit 2 is a true and correct copy of the record of sale/purchase from the website of the NYC Department of Finance Office of the City Register describing Hawkins as the "grantee/buyer" of this apartment unit on 8 March 2012. Hawkins's correspondence address was provided in the document as: 35 Salem Straits, Darien, CT 06820. Maria Margarida Das Neves is also listed as a grantee/buyer party on this document, and also listed the Connecticut address as her correspondence address.

10. Attached hereto as Exhibit 3 is a true and correct copy of the record of sale/purchase from the website of the NYC Department of Finance Office of the City Register describing Hawkins as the "grantor/seller" of this apartment unit on 29 June 2017. Hawkins's correspondence address was provided in the document as: 35 Salem Straits, Darien, CT 06820. Maria Margarida Das Neves is also listed as a grantor/seller party, and also listed the Connecticut address as her correspondence address.

11. Attached hereto as Exhibit 4 is a true and correct copy of the Residential Property Record Card published by the Town of Darien, Connecticut confirming that Hawkins purchased this residence on 18 January 2000 and continues to own this residence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 20th day of March, 2024 in New York, NY.

Mariya Shvetsova