Marc M. Seltzer (54534)  
mseltzer@susmangodfrey.com  
SUSMAN GODFREY L.L.P.  
1900 Avenue of the Stars, Suite 1400  
Los Angeles, CA 90067-6029  
Phone: (310) 789-3100  
Fax: (310) 789-3150  

Howard Langer (*Pro Hac Vice*)  
hlanger@langergrogan.com  
LANGER GROGAN AND DIVER PC  
1717 Arch Street, Suite 4020  
Philadelphia, PA 19103  
Tel: (215) 320-5660  
Fax: (215) 320-5703  

Scott Martin (*Pro Hac Vice*)  
smartin@hausfeld.com  
HAUSFELD LLP  
33 Whitehall Street, 14th Floor  
New York, NY 10004  
Tel: (646) 357-1100  
Fax: (212) 202-4322  

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (SKx)<br><br>**DECLARATION OF SCOTT MARTIN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD AS PRIVILEGED AND FOR LIMITED RELATED DISCOVERY** |

I, Scott Martin, declare as follows:

1. I am a partner in the law firm Hausfeld LLP and an attorney of record and co-lead counsel for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. On January 19, 2024, I attended a meet and confer with counsel for the NFL to discuss the production of certain documents from the NFL's privilege log.

3. The NFL agreed, *inter alia*, in the course of that discussion and follow-up emails to produce 26 of the 38 documents then at issue, to search for certain additional documents, and to serve a revised privilege log with respect to the 12 documents still being withheld of those then identified. These agreements were subsequently memorialized in a joint stipulation of the parties (Dkt. No. 1194).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 22, 2024                           */s/ Scott A. Martin*
                                                Scott A. Martin