# EXHIBIT 1

# to the

# Declaration of Ian Gore



2001 M Street NW, 10th Floor
Washington, DC 20036

WWW.WILKINSONSTEKLOFF.COM
–––
A LIMITED LIABILITY PARTNERSHIP

# PRIVILEGE LOG COUNSEL LIST

| Name | Title(s) | Dates Held |
|---|---|---|
| Lee Goldsmith | Senior Vice President, Media Counsel | 2017-present |
| Meghan Carroll | Vice President, Labor Policy and Health | 2014-present |
| Gary Gertzog | Senior Vice President, Legal and Business Affairs | 1994-2013 |
| Jonathan Galst | Senior Vice President, Media Counsel | 2008-2013 |
| Doug Paoletti | Senior Vice President, Legal and Business Affairs | 1991-present |
| Jason Joffe | Associate Counsel, Media | 2020-present |
| Frank Hawkins | Senior Vice President, Legal and Business Affairs | 1993-2008 |
| Daniel Malin | Vice President, Media Counsel | 2006-present |
| Jessica Lee | Outside Counsel | 2017-2021 |
| Rachel Margolies | Vice President, Legal and Business Affairs | 2006-present |
| Dolores DiBella | Vice President, Legal Affairs | 2012-present |
| Liz Slochower | Senior Media Counsel | 2020-present |
| Anastasia Danias | Deputy General Counsel, Litigation and Legal Affairs | 2000-2019 |
| Bonnie Jarrett | Counsel, Intellectual Property | 2019-present |
| Michael Buchwald | Senior Counsel | 2013-present |
| Charles White | Vice President, Media Counsel | 2003-2009 |
| Alexander Steinberg | Associate Counsel | 2017-2019 |
| Jay Bauman | Deputy General Counsel | |
| Allison Villafane | Vice President | 2004-2021 |
| Adolpho Birch | Senior Vice President of Labor Policy & League Affairs | 2015-2020 |
| Larry Ferazani | NFL Management Counsel, General Counsel<br>Labor Relations Counsel | 2018-present<br>2007-present |
| Victoria Loughery | Assistant Counsel | 2014-2018 |
| Thomas Cioce | Privacy Counsel | 2019-present |
| David Proper | Senior Media Counsel | 1996-2007 |
| David Cohen | General Counsel, Tampa Bay Buccaneers | 2013-2018 |
| Annie Pell | Counsel | 2015-present |
| Douglas Mishkin | Senior Counsel | 2016-present |