# EXHIBIT 26

# to the

# Declaration of Ian Gore



2001 M Street NW, 10th Floor
Washington, DC 20036

WWW.WILKINSONSTEKLOFF.COM
———
A LIMITED LIABILITY PARTNERSHIP

March 1, 2024

**VIA EMAIL AND FILE TRANSFER**

Peter Leckman
Langer Grogan & Diver, PC
1717 Arch Street
Suite 4020
Philadelphia, PA 19103

Re: *In re National Football League's Sunday Ticket Antitrust Litigation*, Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)

Dear Counsel:

The NFL Defendants will shortly be making an additional production of documents in the above referenced litigation via a secure FTP link, in response to Plaintiffs' February 2, 2024 letter. The password needed to access the production will be provided by separate cover. The NFL Defendants also include an amended privilege log with this production.

As previously mentioned in the NFL Defendants' February 19, 2024 letter, the NFL Defendants have conducted a diligent review of the hundreds of documents identified by Plaintiffs. These documents all had indicia of being privileged communications, including the presence of attorneys, which is why they were initially included on the NFL Defendants' privilege logs. Upon a closer look, and with the benefit of additional information (including from depositions conducted after the NFL Defendants produced their privilege logs), we have determined that some of these documents can be downgraded and produced. The substance of nearly all of these documents, however, was previously disclosed to Plaintiffs in other produced materials.

In addition to the documents being produced today, the following privilege log entries contained documents where an identical document was previously produced: Initial Log ## 4766 (NFL_0807373), 4821 (NFL_0239753), and Supplemental Log ## 671 (NFL_0547240), 1136 (NFL_1138472), 1137 (NFL_1138473), 1141 (NFL_1138853), 1142 (NFL_1138854), 1170 (NFL_1109378), 1215 (NFL_1111022), 1216 (NFL_1111023), 1260 (NFL_1122311), 1261 (NFL_1122312), 1299 (NFL_1221934), 1332 (NFL_1110360), 1668 (NFL_1232802), 1860 (NFL_1248735).

Furthermore, the NFL Defendants' review showed that the following privilege log entries contained documents that were not responsive to this litigation: Initial Log ## 35, 854, 1214, 1372, 1525, 2156, 3584, 3708, 3874, 4146, 4465, 5065, 5158, 5278, 5358, and Supplemental Log ## 607, 645, 725, 767, 909, 1180, 1253, 1257, 1458, 1551, 1643.

There are 203 entries remaining that were identified on Plaintiffs' Attachment B and did not overlap with any of the other documents identified in Plaintiffs' February 2, 2024 letter (*i.e.*, the only issue Plaintiffs raised with these documents was that the log entry was allegedly deficient). The NFL Defendants need some additional time to review these documents and determine whether additional downgrades can be made and anticipate being able to get back to Plaintiffs on this remaining batch by March 8, 2024.

Today's production also includes unredacted copies of NFL_1122630, NFL_1049289, NFL_0858089, and NFL_0919730, which Plaintiffs identified via e-mail on February 26, 2024.

The NFL Defendants make this production subject to and without waiving any and all privileges and immunities from discovery, any applicable objections to admissibility or relevance, or any other objections that may be applicable at any stage of this proceeding. The NFL Defendants expressly reserve all such objections. Any production of privileged or otherwise protected documents is inadvertent and is not intended as a waiver of any such protections.

The enclosed documents have been designated at various levels of confidentiality in accordance with the Stipulated Protective Order entered October 4, 2016 by Magistrate Judge McDermott. (ECF No. 197). Please restrict access to the documents accordingly.

Sincerely,

*Roxana Guidero*

Roxana Guidero

Attachment (via File Transfer only)
cc:   Counsel of Record