# EXHIBIT 29

## to the

## Declaration of Ian Gore



2001 M Street NW, 10th Floor
Washington, DC 20036

WWW.WILKINSONSTEKLOFF.COM
———
A LIMITED LIABILITY PARTNERSHIP

March 8, 2024

**VIA EMAIL AND FILE TRANSFER**

Peter Leckman
Langer Grogan & Diver, PC
1717 Arch Street
Suite 4020
Philadelphia, PA 19103

**Re:** *In re National Football League's Sunday Ticket Antitrust Litigation*, Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)

Dear Counsel:

    The NFL Defendants will shortly be making an additional production of documents in the above referenced litigation via a secure FTP link, in further response to Plaintiffs' February 2, 2024 letter. The password needed to access the production will be provided by separate cover. The NFL Defendants also include an amended privilege log with this production.

    As previously mentioned in the NFL Defendants' February 19 and March 1, 2024 letters, the NFL Defendants have conducted a diligent review of the hundreds of documents identified by Plaintiffs. Today's production addresses 203 remaining entries that were identified on Plaintiffs' Attachment B and did not overlap with any of the other documents identified in Plaintiffs' February 2, 2024 letter.

    In addition to the documents being produced today, the following privilege log entries contained documents where an identical document was previously produced: Supplemental Log ## 45 (NFL_1235251), 50 (NFL_ 1235251), 73 (NFL_0858358), 173 (NFL_1248693), 270 (NFL_1232775), 552 (NFL_1138464), 714 (NFL_0883508), 798 (NFL_1232778), 1205 (NFL_1232787), 1271 (NFL_1232786), 1357 (NFL_1232674), 1368 (NFL_1232728), 1435 (NFL_1232813), 1453 (NFL_1232781), 1801 (NFL_0510055).

    Furthermore, the NFL Defendants' review showed that the following privilege log entries contained documents that were not responsive to this litigation: Supplemental Log ## 141, 460, 773, 1093, 1131, 1132, 1160, 1243, 1391, 1612, 1613, 1640, 1642.

    The NFL Defendants are available to meet and confer should Plaintiffs have any further questions about the documents identified in Plaintiffs' February 2, 2024 letter.

    The NFL Defendants make this production subject to and without waiving any and all privileges and immunities from discovery, any applicable objections to admissibility or relevance, or any other objections that may be applicable at any stage of this proceeding. The NFL Defendants expressly reserve all such objections. Any production of privileged or

otherwise protected documents is inadvertent and is not intended as a waiver of any such protections.

   The enclosed documents have been designated at various levels of confidentiality in accordance with the Stipulated Protective Order entered October 4, 2016 by Magistrate Judge McDermott.  (ECF No. 197).  Please restrict access to the documents accordingly.

                Sincerely,

                *Roxana Guidero*

                _____
                Roxana Guidero

Attachment (via File Transfer only)
cc: Counsel of Record