# EXHIBIT 36

to the

Declaration of Ian Gore

# Our Team – Frank Hawkins — Scalar Media Partners, LLC



## Frank Hawkins

EXHIBIT

Hawkins-2  ID  8/2/22  LF

Frank Hawkins served as Senior Vice President, Business Affairs and head of strategic planning for the NFL's media group before joining Scalar Media on July 1, 2008, as a Founding Partner.

During his 15-year tenure at the NFL, Frank played leading roles in the structuring, negotiation, and administration of the NFL's television and new media policies and contracts in 1993-94, 1997-98, 2000, 2002, and 2004-05.

Before shifting his focus solely to media strategic planning in March, 2007, he also was involved in negotiating and implementing major NFL financial and other transactions (including four expansion franchise agreements, the League's collective bargaining agreements with its players, the League-sponsored credit facility for member clubs, club debt workouts, the League's own credit facilities and G-3 stadium construction support program, and club ownership transfers) and in NFL government relations work.

Frank joined the NFL after practicing law at Covington & Burling, Washington D.C., where he handled communications, corporate law, and insolvency-related issues for a variety of public and private companies.

Recently, Frank served as an FCC Trustee and an interim member of the Board of Directors of ION Media Networks in connection with that company's 2009-10 reorganization and emergence from bankruptcy.

Frank frequently speaks on media, sports, and entertainment topics. Among other appearances, Frank:

• Delivered the keynote address at the Australian Football League's Industry Meeting in November 2010

• Appeared as a panelist at PK World Media's October 2010 "3D Media Markets Conference" in New York

• Appeared as a panelist in the New York City Bar Association's March 2010 panel discussion of "The Future of Television"

• Appeared in January 2009 on PBS's Digital Age (hosted by former New York Times general counsel Jim Goodale) to debate "Will sports migrate to the Internet?" with Bob Bowman, the head of MLB Advanced Media (viewable at this link: https://www.youtube.com/watch?v=MxZm7b2tJ3w )

• Sppeared on BlogRadio's "Tomorrow Will Be Televised!" in November 2010, to discuss the future of 3D television

• Delivered the first lecture in the Arthur Blank Executive-in-Residence Program at Goizueta Business School, Emory University, on "Professional Sports: Economics and Structures"

• Participated in the new media panel at Harvard Law School's March 2009 symposium on "Resisting the Recession: Growth Opportunities for Sports in an Economic Downturn"

• Appeared as a guest lecturer at New York University Leonard N. Stern School of Business (2004, 2009, 2010) and in Fordham University School of Law's "Sports Law" class (1997-2010 academic years)

Frank is a graduate of Harvard Law School (cum laude) and Harvard College (A.B. magna cum laude in Government), and a member of Phi Beta Kappa. He served as law clerk to Judge William E. Doyle of the United States Court of Appeals, Tenth Circuit, Denver, Colorado.