# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CASE NO.: 2:15-ml-02668−PSG (SKx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD AS PRIVILEGED AND FOR LIMITED RELATED DISCOVERY** |

This matter is before the Court on Plaintiffs' Motion to Compel the Production of Documents Improperly Withheld as Privileged and for Limited Related Discovery. The Court, having considered the arguments of the parties, hereby GRANTS Plaintiffs' Motion and orders as follows:

IT IS ORDERED that, within five days of this order, the NFL shall provide to the Court for an *in camera* review the following documents from the NFL's privilege logs:

- Initial Log: 22, 186, 321, 454, 569, 590, 604, 699, 767, 792, 892, 904, 915, 1065, 1231, 1456, 1846, 1857, 1864, 1991, 1996, 2075, 2146, 2268, 2358, 2625, 2741, 2814, 2899, 2911, 3303, 3501, 3635, 3699, 3839, 3968, 3994, 4239, 4314, 4320, 4653, 4704, 4825, 4927, 5242, 5298, 5443, 5501, 5538, and 5563;

- Supplemental Log: 81, 115, 139, 224, 234, 254, 273, 318, 320, 327, 345, 349, 391, 392, 445, 463, 475, 504, 554, 652, 660, 722, 728, 778, 787, 802, 831, 843, 857, 969, 973, 1041, 1045, 1062, 1120, 1157, 1238, 1337, 1366, 1370, 1456, 1486, 1492, 1511, 1586, 1615, 1618, 1676, 1705, 1731, 1767, 1768, 1775, 1840; and

- Unredacted versions of NFL_1048883, NFL_1249081, NFL_0869707, NFL_0885047, NFL_0903713, NFL_0989234, NFL_0998562, NFL_0999795.

IT IS FURTHER ORDERED that the NFL's deficient privilege logs have waived any assertion of privilege over the following entries and the NFL shall, within five days of this order, produce the following documents to Plaintiffs from its supplemental privilege log: 8, 15, 28, 53, 56, 76, 83, 93, 106, 112, 130, 139, 140, 141, 147, 148, 149, 150, 151, 152, 153, 154, 166, 172, 183, 208, 209, 217, 338, 343, 346, 349, 366, 373, 415, 416, 460, 535, 552, 553, 557, 587, 618, 619, 745, 773, 783, 785, 791, 819, 829, 845, 878, 879, 893, 904, 912, 917, 926, 927, 937, 977, 993, 995, 1081, 1093, 1100, 1117, 1121, 1131, 1132, 1154, 1160, 1162, 1167, 1168, 1235, 1243, 1250, 1258, 1273, 1288, 1295,

1321, 1338, 1341, 1343, 1344, 1356, 1359, 1360, 1391, 1401, 1402, 1428, 1443, 1445, 1579, 1595, 1599, 1601, 1612, 1613, 1640, 1642, 1647, 1648, 1774, 1825, and 1866.

IT IS FURTHER ORDERED that, pursuant to Federal Rule of Civil Procedure 53, the Court appoints _____ as a special master to: (1) set deadlines by which the NFL should re-review the entirety of its privilege logs and release non-privileged documents; (2) select additional documents to review *in camera*; (3) review documents as to which the parties have any remaining dispute *in camera*; and (4) recommend limited, additional discovery to the extent necessary.

IT IS FURTHER ORDERED that Plaintiffs are permitted to take up to three depositions, lasting no more than five hours each, of three witnesses related to documents produced off of the NFL's privilege logs or other documents providing context to those documents. The NFL shall produce those witnesses no later than 7 days prior to the commencement of trial.

IT IS SO ORDERED.

Dated: _____

PHILIP S. GUTIERREZ
Chief United States District Judge