Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>COURTROOM:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

TO THE ABOVE-CAPTIONED COURT AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), Plaintiffs, by and through their counsel of record, hereby submit this application requesting that the Court lodge provisionally under seal the following documents (lodged concurrently herewith):

1. The sealed Declaration of Ian Gore in Support of Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal;

2. The unredacted version of Plaintiffs' Memorandum in Support of Plaintiffs' Motion to Compel the Production of Documents Improperly Withheld as Privileged and for Limited Related Discovery;

3. The unredacted version of the Declaration of Ian Gore in Support of Plaintiffs' Motion to Compel the Production of Documents Improperly Withheld as Privileged and for Limited Related Discovery;

4. The unredacted versions of Exhibits 3, 18, 24, and 25 to the Declaration of Ian Gore in Support of Plaintiffs' Motion to Compel the Production of Documents Improperly Withheld as Privileged and for Limited Related Discovery; and

5. Exhibits 4-17, 19-23, 27-28, 30-35, and 37-46 to the Declaration of Ian Gore in Support of Plaintiffs' Motion to Compel the Production of Documents Improperly Withheld as Privileged and for Limited Related Discovery.

Pursuant to correspondence regarding confidentiality issues, along with the parties' past practices regarding confidentiality issues, and because the redacted or sealed information references or contains materials designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL pursuant to the protective order in this matter, the

1

1  NFL Defendants requested that Plaintiffs move the Court to seal and redact the

2  designated documents or portions thereof.

3      Pursuant to Local Rule 79-5.2.2, redacted versions of documents where only

4  a portion is proposed to be filed under seal are attached to this application.

5

6  DATED: March 22, 2024          By: */s/ Ian M. Gore*

7                                     Ian M. Gore

8                                     Marc M. Seltzer (54534)
                                      mseltzer@susmangodfrey.com
9                                     Kalpana Srinivasan (237460)
                                      ksrinivasan@susmangodfrey.com
10                                    Amanda Bonn (270891)
                                      abonn@susmangodfrey.com
11                                    SUSMAN GODFREY L.L.P.
                                      1900 Avenue of the Stars, Suite 1400
12                                    Los Angeles, CA 90067
                                      Tel: (310) 789-3100
13                                    Fax: (310) 789-3150

14                                    William C. Carmody (*Pro Hac Vice*)
                                      bcarmody@susmangodfrey.com
15                                    Seth Ard (*Pro Hac Vice*)
                                      sard@susmangodfrey.com
16                                    Tyler Finn (*Pro Hac Vice*)
                                      tfinn@susmangodfrey.com
17                                    SUSMAN GODFREY L.L.P
                                      395 Ninth Avenue, 50th Floor
18                                    New York, NY 10001
                                      Tel: (212) 336-8330
19                                    Fax: (212) 336-8340

20                                    Ian M. Gore (*Pro Hac Vice*)
                                      igore@susmangodfrey.com
21                                    SUSMAN GODFREY L.L.P.
                                      401 Union Street, Suite 3000
22                                    Seattle, WA 98101
                                      Tel: (206) 505-3841
23                                    Fax: (206) 516-3883

24                                    Scott Martin (*Pro Hac Vice*)
                                      smartin@hausfeld.com
25                                    HAUSFELD LLP
                                      33 Whitehall Street, 14th Floor
26                                    New York, NY 10004
                                      Tel: (646) 357-1100
27                                    Fax: (212) 202-4322

28                                    Christopher L. Lebsock (184546)
                                      clebsock@hausfeld.com
                                      Samuel Maida  (333835)

smaida@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*