# EXHIBIT 18

# to the

# Declaration of Ian Gore

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Ian Gore

| | |
|---|---|
| **From:** | Ian Gore |
| **Sent:** | Tuesday, January 16, 2024 5:11 PM |
| **To:** | bwilkinson@wilkinsonstekloff.com; Anastasia Pastan; Blake Neal; Brian Stekloff; Ludwin, Derek; Levy, Gregg; Playforth, John; Jenna Pavelec; Jeremy Barber; Rakesh Kilaru; Max Warren; nsahni@cov.com; Caroline Li |
| **Cc:** | Bill Carmody; Marc Seltzer; Kalpana Srinivasan; Amanda Bonn; Seth Ard; Tyler Finn; hlanger; Peter Leckman; Ned Diver; ktrainer; smartin; Sathya S. Gosselin; Farhad Mirzadeh; Samuel Maida |
| **Subject:** | NFL Sunday Ticket - Privilege Issues |
| **Attachments:** | 2001-XX-XX_NFL_0862786.pdf; 2004-06-10_NFL_0821555.pdf |

Counsel,

We write to request a meet-and-confer on Wednesday or Thursday regarding the following issues.

1. Fall 2002 Negotiation Documents: As you know the NFL contracts with DirecTV moved from ███████████████████████████████████████████████████████████. Yet it appears that the NFL has withheld a number of documents from the critical months shortly before and after this change was negotiated on privilege grounds, despite the fact that the documents do not appear to involve legal advice. Those documents include entry nos. 604, 1724, and 3496 from the initial privilege log and entry nos. 24, 581, 617, 815, 834, 973, 1171, and 1807 from the supplemental privilege log.

2. 2001 Documents Regarding Control Over Price: The attached hard-copy document bearing Bates number NFL_0862786 appears from context to be dated in late 2001 and discusses ███████████████████████████████████████████████████████████████████████████████████████████████████████. We have the following requests:

    a. This Document:

        i. The metadata for this document merely says the custodian is "hard copy" without identifying the actual custodian. Whose hard copy files did this come from?

        ii. It also appears that this is the only copy of this document in the NFL's production, with no other hard copy or electronic versions. Please confirm that the NFL has not withheld any other versions of this document or correspondence regarding this document, either as non-responsive or on privilege grounds. If the NFL has done so, please produce the documents promptly.

        iii. It appears to us that privilege log entries #951, 1585, 1842 (Supplemental Privilege Log), and 2601 (Initial Privilege Log) are from around the same time as this document and do not appear to be privileged. Please produce them promptly.

    b. Network Contracts Pre-Dating 2005:

      i. We have not been able to identify in the NFL's production the executed, final versions of the network contracts with CBS and FOX that are referenced in this document and that were set to expire in 2005. Please identify such documents by Bates number if they have been produced and, if not, produce them promptly.

      ii. It appears that the NFL is improperly withholding documents that do not appear to be privileged and that relate to these network contracts, which prohibited distribution of Sunday Ticket on cable, and their re-negotiation. Those documents include #s 115, 139, 539, 1334, 1340, and 1813 from the Supplemental Privilege Log. Please produce.

3. <u>2004 Memo Re:</u> [REDACTED]: Along similar lines, the NFL produced the attached document bearing Bates number NFL_0821555 dated June 10, 2004, regarding the [REDACTED]. It appears the NFL is improperly withholding the following further communications regarding this memo, which do not appear to be privileged: #82 and #1996 from the initial privilege log. Please produce.

4. <u>2004 Re-Negotiation Documents:</u> As in the case of the 2002 re-negotiations, it also appears that the NFL is improperly withholding other non-privileged business analyses, term sheets, and meeting notes during the 2004 contract negotiations with FOX and DirecTV, including nos. 1381, 4342, 4842, and 5098 from the initial privilege log and nos. 554, 585, 1277, 1464, 1568 and 1711 from the supplemental privilege log. Please produce.

5. <u>Other Hawkins Memos:</u> It is clear that F. Hawkins served a business role in these negotiations and others, rather than a purely legal role. And yet it appears that the NFL is improperly withholding a number of his memos and documents that, based on context, do not appear to be privileged. There are also other documents withheld that do not even reflect who authored or received the documents (though it appears perhaps they are his). Please promptly produce these documents which include Nos. 463, 475, 680, 1463, and 1814 from the Supplemental Privilege Log.

Please be prepared to address these issues on Wednesday's meet-and-confer call or else let us know a time you can confer on Thursday. If the NFL does not promptly provide the information requested, we intend to file a motion to compel and an ex parte application to shorten time by the end of this week.

Thank you,
Ian

Ian M. Gore | Partner
**Susman Godfrey L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
206-505-3841 (office) | 719-433-0818 (cell)
[igore@susmangodfrey.com](mailto:igore@susmangodfrey.com)

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.