# EXHIBIT 25

# to the

# Declaration of Ian Gore

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



2001 M Street NW, 10th Floor
Washington, DC 20036

WWW.WILKINSONSTEKLOFF.COM
———
A LIMITED LIABILITY PARTNERSHIP

February 26, 2024

**VIA EMAIL AND FILE TRANSFER**

Peter Leckman
Langer Grogan & Diver, PC
1717 Arch Street
Suite 4020
Philadelphia, PA 19103

Re:   *In re National Football League's Sunday Ticket Antitrust Litigation*, **Case No. 2:15-ml-02668-PSG (JEMx) (C.D. Cal.)**

Dear Counsel:

The NFL Defendants will shortly be making a production of documents in the above referenced litigation via a secure FTP link, consistent with the NFL Defendants' February 19, 2024 letter, with one correction: The NFL Defendants previously identified Initial Log Entry #983 as a document that would be produced. The inclusion of that document was inadvertent as the document is not responsive to this litigation for the same reason identified for Initial Log Entry #230 (*i.e.*, ███████████████████████████████████████████████████████████████). Today's production includes NFL_1248906 through NFL_1249082. The password needed to access the production will be provided by separate cover.

The NFL Defendants make this production subject to and without waiving any and all privileges and immunities from discovery, any applicable objections to admissibility or relevance, or any other objections that may be applicable at any stage of this proceeding. The NFL Defendants expressly reserve all such objections. Any production of privileged or otherwise protected documents is inadvertent and is not intended as a waiver of any such protections.

The enclosed documents have been designated at various levels of confidentiality in accordance with the Stipulated Protective Order entered October 4, 2016 by Magistrate Judge McDermott. (ECF No. 197). Please restrict access to the documents accordingly.

Sincerely,

*Roxana Guidero*

_____
Roxana Guidero

Attachment (via File Transfer only)
cc:   Counsel of Record