Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF MARIYA SHVETSOVA IN SUPPORT OF PLAINTIFFS' MOTION FOR LIMITED REOPENING OF DISCOVERY AND TO COMPEL THE PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD AS PRIVILEGED**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: TK<br>TIME: TK<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

I, Mariya Shvetsova, declare under penalty of perjury that the following is true and correct:

1. I am over the age of twenty-one (21) years and am an employee at Vantage Intelligence (USA) LLC, an international intelligence boutique retained to conduct strategic research on behalf of Susman Godfrey LLP. I submit this declaration in support of Plaintiffs' Motion for Limited Reopening of Discovery and to Compel the Production of Documents Improperly Withheld as Privileged.

2. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

3. On 27 February 2024 I wrote to Susman Godfrey LLP providing the firm with the results of database searches which indicated that Frank Hawkins ("Hawkins") likely moved away from the Washington, D.C. area around 2000.

4. The database searches conducted indicated that Hawkins was affiliated with an apartment address (520 N St SW, Apt. 320, Washington, DC 20024) between 1986 and 2003 and a Virginia address (1427 Trap Rd., Vienna, VA 22182) between 1998 and 2000.

5. The database searches conducted indicated that Hawkins was affiliated with a South Dakota address (2805 W 37th St., Sioux Falls, SD 57105) between 1997 and 2003.

6. The database searches conducted indicated that Hawkins was affiliated with a New York address (160 W 95th St., Apt. 3A, New York, NY 10025) between 2005 and 2017.

7. The database searches conducted indicated that Hawkins has been affiliated with a Connecticut address (35 Salem Straits, Darien, CT 06820) between 2000 and present day.

8. Attached hereto as Exhibit 1 is a true and correct copy of the Sales History of 1427 Trap Rd., Vienna, VA 22182 provided by the Fairfax County

Department of Tax Administration, Real Estate Division, which states that Hawkins sold the property at 1427 Trap Rd. Vienna, VA 22182 on 16 March 2000.

9. Attached hereto as Exhibit 2 is a true and correct copy of the record of sale/purchase from the website of the NYC Department of Finance Office of the City Register describing Hawkins as the "grantee/buyer" of this apartment unit on 8 March 2012. Hawkins's correspondence address was provided in the document as: 35 Salem Straits, Darien, CT 06820. Maria Margarida Das Neves is also listed as a grantee/buyer party on this document, and also listed the Connecticut address as her correspondence address.

10. Attached hereto as Exhibit 3 is a true and correct copy of the record of sale/purchase from the website of the NYC Department of Finance Office of the City Register describing Hawkins as the "grantor/seller" of this apartment unit on 29 June 2017. Hawkins's correspondence address was provided in the document as: 35 Salem Straits, Darien, CT 06820. Maria Margarida Das Neves is also listed as a grantor/seller party, and also listed the Connecticut address as her correspondence address.

11. Attached hereto as Exhibit 4 is a true and correct copy of the Residential Property Record Card published by the Town of Darien, Connecticut confirming that Hawkins purchased this residence on 18 January 2000 and continues to own this residence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 20th day of March, 2024 in New York, NY.

Mariya Shvetsova

# EXHIBIT 1

MAP #: 0282 01 0008A

MENON BIJU                                                                                                          1427 TRAP RD

## Sales History

| Date | Amount | Seller | Buyer |
|---|---|---|---|
| 07/23/2019 | $1,080,000 | FOOTE GORDON D TR | MENON BIJU |
| 10/02/2002 | $0 | | FOOTE GORDON D TR |
| 03/16/2000 | $545,000 | HAWKINS FRANCIS R JR | FOOTE GORDON D |
| 08/26/1998 | $0 | | HAWKINS FRANCIS R JR |
| 06/30/1993 | $439,000 | | |

## Sales                                                                                                                      1 of 5

| | |
|---|---|
| Date | 07/23/2019 |
| Amount | $1,080,000 |
| Seller | FOOTE GORDON D TR |
| Buyer | MENON BIJU |
| Notes | Valid and verified sale |
| Deed Book and Page | 25824-1983 |
| Additional Notes | |

Source: Fairfax County Department of Tax Administration, Real Estate Division.

# EXHIBIT 2

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2012031600041001002E450F |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 2 |
|---|---|

**Document ID:** 2012031600041001    Document Date: 03-08-2012    Preparation Date: 03-16-2012
Document Type: BOTH RPTT AND RETT
Document Page Count: 0

| **PRESENTER:**<br>TITLEVEST AGENCY<br>44 WALL STREET, PICKUP/CP-NY-260538<br>10TH FLOOR<br>NEW YORK, NY  10005<br>212-757-5800<br>recordings@titlevest.com | **RETURN TO:**<br>TITLEVEST AGENCY<br>44 WALL STREET, PICKUP/CP-NY-260538<br>10TH FLOOR<br>NEW YORK, NY  10005<br>212-757-5800<br>recordings@titlevest.com |
|---|---|

### PROPERTY DATA

| Borough | Block | Lot | | Unit | Address | |
|---|---|---|---|---|---|---|
| MANHATTAN | 1225 | 55 | Entire Lot | 3A | 160 WEST 95TH STREET | |

Property Type: SINGLE RESIDENTIAL COOP UNIT

### CROSS REFERENCE DATA

CRFN_____   *or*  Document ID_____   *or* _____ Year_____ Reel___ Page_____   *or*  File Number_____

### PARTIES

| **GRANTOR/SELLER:**<br>CHESTER JAMES WOOD<br>31 CHESTERFIELD ROAD<br>STAMFORD, CT  06902 | **GRANTEE/BUYER:**<br>FRANCIS RUSSEL HAWKINS JR<br>35 SALEM STRAITS<br>DARIEN, CT  06820-5926 |
|---|---|

  x  Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 100.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ 17,100.00 |
| TAXES:  County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $4,800.00 + $12,000.00 = $ | 16,800.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 0.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed        03-27-2012 14:41
City Register File No.(CRFN):
2012000121246

*annetta M Hill*

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | 
2012031600041001002C478F |
|---|---|

| **RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)** | | **PAGE 2 OF 2** |
|---|---|---|
| **Document ID:** 2012031600041001 | Document Date: 03-08-2012 | Preparation Date: 03-16-2012 |
| Document Type: BOTH RPTT AND RETT | | |

**PARTIES**
**GRANTOR/SELLER:**
DEBORAH KAY WOOD
31 CHESTERFIELD ROAD
STAMFORD, CT 06902

**PARTIES**
**GRANTEE/BUYER:**
MARIA MARGARIDA DAS NEVES
35 SALEM STRAITS
DARIEN, CT 06820-5926

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2012031600041001002S8B8E |
|---|---|
| | **SUPPORTING DOCUMENT COVER PAGE**     PAGE 1 OF 1 |

**Document ID:** 2012031600041001    Document Date: 03-08-2012    Preparation Date: 03-16-2012
**Document Type:** BOTH RPTT AND RETT

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| SMOKE DETECTOR AFFIDAVIT | 1 |

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York    )
                     ) SS.:
County of _N_york_   )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 160 WEST 95TH STREET | | | | 3A |
|---|---|---|---|---|
| Street Address | | | | Unit/Apt. |
| MANHATTAN | New York, | 1225 | 55 | (the "Premises"); |
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Chester J. Wood
Deborah K. Wood                           Francis R. Hawkins Jr
_Name of Grantor (Type or Print)_          _Name of Grantee (Type or Print)_

_____Agent_____                      _Francis R._____
_Signature of Grantor_                     _Signature of Grantee_

Sworn to before me                         Sworn to before me
this ___ date of ___May___ 20_12_          this ___ date of ___May___ 20_12_

WENDY SHULMAN                              WENDY SHULMAN
Notary Public, State of New York           Notary Public, State of New York
No. 01SH6140962                            No. 01SH6140962
Qualified in Nassau County                 Qualified in Nassau County
Commission Expires February 13, 20_19_     Commission Expires February 13, 20_19_

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

1

2012030500139101

# EXHIBIT 3

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2017062901296001002E5B72 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE** — PAGE 1 OF 2

| **Document ID:** 2017062901296001 | Document Date: 06-29-2017 | Preparation Date: 07-21-2017 |
|---|---|---|
| **Document Type:** BOTH RPTT AND RETT | | |
| Document Page Count: 0 | | |

| **PRESENTER:**<br>JILL SODAFSKY<br>43-10 CRESCENT STREET<br>SUITE 1410<br>LONG ISLAND CITY, NY 11101<br>646-872-0553<br>JILL@SODAFSKYLAW.COM | **RETURN TO:**<br>JILL SODAFSKY<br>43-10 CRESCENT STREET<br>SUITE 1410<br>LONG ISLAND CITY, NY 11101<br>646-872-0553<br>JILL@SODAFSKYLAW.COM |
|---|---|

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1225 | 55  Entire Lot | 3A | 160 W 95TH STREET |

**Property Type:** SINGLE RESIDENTIAL COOP UNIT

**CROSS REFERENCE DATA**

CRFN_____  or  DocumentID_____  or  _____Year_____ Reel____ Page_____  or  File Number_____

**PARTIES**

| **GRANTOR/SELLER:**<br>FRANCIS R. HAWKINS JR<br>35 SALEM STRAITS<br>DARIEN, CT 06820 | **GRANTEE/BUYER:**<br>TERENCE O'MALLEY<br>160 W 95TH STREET, APT. 3A<br>NEW YORK, NY 10025 |
|---|---|

☒ Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 100.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 24,089.63 |
| TAXES:   County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $6,762.00 + $16,905.00 = $ | 23,667.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**<br>Recorded/Filed    07-24-2017 09:27<br>City Register File No.(CRFN):<br>**2017000269867**<br><br>*City Register Official Signature* | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 0.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2017062901296001002C59F2 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**  PAGE 2 OF 2

**Document ID:** 2017062901296001   **Document Date:** 06-29-2017   **Preparation Date:** 07-21-2017
**Document Type:** BOTH RPTT AND RETT

**PARTIES**
**GRANTOR/SELLER:**
MARIA M. DAS NEVES
35 SALEM STRAITS
DARIEN, CT 06820

**PARTIES**
**GRANTEE/BUYER:**
JAYME LAYTON
160 WEST 95TH STREET, APT. 3A
NEW YORK, NY 10025

# EXHIBIT 4



| Situs : 35 SALEM STRAITS | List #: 05362 | Class: SINGLE FAMILY RESIDENCE | Card: 1 of 1 | Printed: March 18, 2024 |
|---|---|---|---|---|

### CURRENT OWNER
HAWKINS FRANCIS R JR &
DASNEVES MARIA M
35 SALEM STRAITS
DARIEN CT 06820

### GENERAL INFORMATION
| | |
|---|---|
| Living Units | 1 |
| Neighborhood | 1073 |
| Map/Lot | 62  56 |
| Vol / Pg | 932/306 |
| Routing | 62/056 |
| Zoning | R1 |
| Class | 100 |

### Property Notes
36FT REAR DORMER
PA-5/14/09-PRORATE FOR '08 X-FILE
8/28/12- ADDTN COMPLETE. PRICE FOR 12GL.



62-056-00  03/29/2017



### Land Information

| Type | Size | | Influence Factors | Influence % | Value |
|---|---|---|---|---|---|
| Primary | AC | 1.0000 | | | 1,110,000 |
| Undeveloped | AC | 0.1400 | | | 46,620 |

Total Acres: 1.14
Spot:
Street/Road: Private
Location: 16 WATER PROXIMITY 1

### Assessment Information

| | Assessed | Appraised | Cost | Income |
|---|---|---|---|---|
| Land | 809,620 | 1,156,600 | 1,156,600 | 0 |
| Building | 1,125,740 | 1,608,200 | 1,608,200 | 0 |
| Total | 1,935,360 | 2,764,800 | 2,764,800 | 0 |

Manual Override Reason
Base Date of Value
Value Flag  COST APPROACH    Effective Date of Value
Gross Building:

### Entrance Information

| Date | ID | Entry Code | Source |
|---|---|---|---|
| 10/09/18 | RN | Review Only | Other |
| 10/01/04 | PA | Entry & Sign | |
| 02/04/99 | FN | Entry | Owner |

### Permit Information

| Date Issued | Number | Price | Purpose | | % Complete |
|---|---|---|---|---|---|
| 11/30/11 | 35864 | 250,000 | ADDITION | 2 Story, 3rd Bay Gar | 100 |
| 07/16/08 | 33700 | 340,000 | ADDITION | 16 X 17 Addition And Add 2 Baths | 100 |
| 01/03/06 | 31150A | 0 | BLDG | Temp Co (30) | 100 |
| 07/20/05 | 31150 | 30,000 | BLDG | 2 Baths Into 1 | 100 |
| 01/09/04 | 29786 | 58,000 | BLDG | Kitchen Remo | 100 |

### Sales/Ownership History

| Transfer Date | Price | Type | Validity | Deed Reference | Deed Type | Grantee |
|---|---|---|---|---|---|---|
| 01/18/00 | 1,395,000 | Land + Bldg | Changed After Sale (Physical) | 932/306 | Warranty Deed | HAWKINS FRANCIS R JR & |
| 07/31/97 | 1,215,000 | Land + Bldg | Valid Sale | 836/230 | | PEREZ MANUEL & PEREZ ANN D |



| **Situs**: 35 SALEM STRAITS | **List #**: 05362 | **Class**: SINGLE FAMILY RESIDENCE | **Card**: 1 of 1 | Printed: March 18, 2024 |
|---|---|---|---|---|

## Dwelling Information

| | | | |
|---|---|---|---|
| **Style** | Split Level | **Year Built** | 1968 |
| **Story height** | 1.5 | **Eff Year Built** | |
| **Attic** | None | **Year Remodeled** | 2006 |
| **Exterior Walls** | Frame | **Amenities** | |
| **Masonry Trim** | x | | |
| **Color** | Green | **In-law Apt** | No |

## Basement

| | | | |
|---|---|---|---|
| **Basement** | Full | **# Car Bsmt Gar** | 0 |
| **FBLA Size** | 1,200 | (Included in Liv Area) | |
| **Rec Rm Size** | x | (not included in Liv Area) | |

## Heating & Cooling / Fireplaces

| | | | |
|---|---|---|---|
| **Heat Type** | Central A/C | **Stacks** | 1 |
| **Fuel Type** | Oil | **Openings** | 1 |
| **System Type** | Hot Air | **Pre-Fab** | |

## Room Detail

| | | | |
|---|---|---|---|
| **Bedrooms** | 5 | **Full Baths** | 6 |
| **Family Rooms** | 1 | **Half Baths** | 1 |
| **Kitchens** | 1 | **Extra Fixtures** | 2 |
| **Total Rooms** | 10 | | |
| **Kitchen Type** | | **Bath Type** | |
| **Kitchen Remod** | Yes | **Bath Remod** | Yes |

## Adjustments

| | | | |
|---|---|---|---|
| **Int vs Ext** | Same | **Unfinished Area** | |
| **Cathedral Ceiling** | x | **Unheated Area** | |

## Grade & Depreciation

| | | | |
|---|---|---|---|
| **Grade** | A+ | **Market Adj** | |
| **Condition** | Very Good | **Functional** | |
| **CDU** | VERY GOOD | **Economic** | |
| **Cost & Design** | 0 | **% Good Ovr** | |
| **% Complete** | | | |

## Dwelling Computations

| | | | |
|---|---|---|---|
| **Base Price** | 565,623 | **% Good** | 92 |
| **Plumbing** | 51,300 | **% Good Override** | |
| **Basement** | 0 | **Functional** | |
| **Heating** | 21,430 | **Economic** | |
| **Attic** | 0 | **Adj Factor** | 1 |
| **Basement Garage** | 0 | **% Complete** | |
| **FBLA** | 162,000 | | |
| **Rec Room** | 0 | **Base RCNLD** | 758,680 |
| **Unfinished Area** | 0 | | |
| **Cath Area** | 0 | **Additional RCN** | 849,500 |
| **Fireplace** | 24,300 | | |
| **Masonry Trim** | 0 | **Dwelling Value** | 1,608,180 |
| **Subtotal** | 824,650 | **Total Living Area** | 5684 |

## Building Notes

PA COMPLETE 2004
BATH C.O.1-3-06-ON'05



## Outbuilding Data

| Type | Size 1 | Size 2 | Area | Qty | Yr Blt | Grade | Condition | Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |



## Condominium / Mobile Home Information

**Complex Name**
**Condo Model**

| | |
|---|---|
| **Unit Number** | |
| **Unit Level** | **Unit Location** |
| **Unit Parking** | **Unit View** |
| **Model (MH)** | **Model Make (MH)** |