Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (SKx)<br><br>**DECLARATION OF JEREMY S. BARBER IN SUPPORT OF NFL DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: April 19, 2024<br>Time: 1:30 p.m.<br>Courtroom: First Street Courthouse<br>            350 West 1st Street<br>            Courtroom 6A<br>            Los Angeles, CA 90012 |

I, Jeremy S. Barber, declare as follows:

1. I am a partner at the law firm of Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted *pro hac vice* to practice before the United States Central District of California in this litigation.

2. I make this declaration in support of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel.

3. Plaintiffs served their first set of discovery requests on the NFL Defendants in January 2021. Thereafter, the parties spent months negotiating the proper scope of discovery.

4. Fact discovery in this case was originally scheduled to end on March 22, 2022. *See* Dkt. 294. In November 2021, Plaintiffs requested that the NFL Defendants agree to an extension of fact discovery so Plaintiffs may spend more time reviewing documents and data produced by DirecTV. In February 2022, Plaintiffs moved to modify the scheduling order and extend fact discovery again. The Court granted Plaintiffs' motion and extended the fact discovery deadline to August 5, 2022. *See* Dkt. 434, at 5.

5. Throughout the litigation, the NFL Defendants produced over 139,000 documents spanning more than 1,285,000 pages in response to Plaintiffs' document requests.

6. The NFL Defendant's production included NFL_0821555 (*see* Gore Ex. 16, Dkt. 1267-16), which was produced on December 30, 2021. It also included NFL_0862786 (*see* Gore Ex. 9, Dkt. 1267-09), which was produced on January 31, 2022.

7. The NFL Defendants served their first privilege log, containing 5,640 entries, on March 2, 2022. *See* Gore Ex. 31, Dkt. 1267-30. On April 5, 2022, Plaintiffs

1

Case No. 2:15-ml-02668-PSG (SKx)   Declaration Of Jeremy S. Barber In Support Of NFL Defendants'
Memorandum In Opposition To Plaintiffs' Motion To Compel

raised several issues related to the NFL's privilege logs, including the descriptions of individuals who provided legal advice, and descriptions of documents included in the privilege log. *See* Barber Ex. 1. The parties met and conferred on April 14, 2022, and the NFL followed up on April 20, 2022 with descriptions of the in-house counsel who provided legal advice reflected in documents included on this privilege log, including Mr. Frank Hawkins. After a careful re-review, the NFL Defendants agreed to downgrade a small subset of documents and include them in its next production.

8. On June 21, 2022, the NFL Defendants served a supplemental privilege log encompassing documents in the remaining productions before the fact discovery deadline, containing 1,882 entries. *See* Gore Ex. 38, Dkt. 1267-36. On July 8, 2022, Plaintiffs challenged five categories of documents included on this privilege log. *See* Barber Ex. 2. Given the impending fact discovery deadline, Plaintiffs moved before this Court on July 15, 2022, for "permission to complete limited discovery after the August 5 deadline" on three matters, including as to the NFL Defendants' and DirecTV's privilege logs. Dkt. 555-1, at 1.

9. On August 11, 2022, this Court granted Plaintiffs' motion to take limited discovery after the fact discovery cutoff, including regarding the then-ongoing dispute over the NFL Defendants' privilege logs. *See* Dkt. 607, at 4. After this Court allowed Plaintiffs additional time to review and address any issues they had with the NFL Defendants' privilege logs, the parties met and conferred and were able to reach agreement on remaining issues by August 23, 2022. *See* Barber Ex. 3.

10. Between May and August 2022, Plaintiffs conducted 15 depositions of current and former NFL employees, including Mr. Hawkins, who was deposed on August 2, 2022. Plaintiffs used many documents that had been produced from the NFL's hard-copy files as exhibits at these depositions. *See, e.g.*, Barber Ex. 7 (Lawton Dep. Ex. 1); Barber Ex. 8 (Tagliabue Dep. Ex. 14); Barber Ex. 9 (Hawkins Dep. Ex. 14).

11. In summer 2022, Plaintiffs sought additional discovery before Magistrate Judge McDermott regarding negotiations for the then-future rights to Sunday Ticket.

2

Case No. 2:15-ml-02668-PSG (SKx)    Declaration Of Jeremy S. Barber In Support Of NFL Defendants'
Memorandum In Opposition To Plaintiffs' Motion To Compel

Ultimately, following meet-and-confer efforts by the parties as well as briefing before Judge McDermott, additional discovery was taken on the topic. The NFL Defendants made a further production of documents pursuant to that discovery on June 16, 2023. The NFL Defendants served their accompanying privilege log, containing 289 entries, on July 12, 2023. *See* Barber Ex. 4.

12. On July 27, 2023, Plaintiffs raised concerns with approximately 100 entries from NFL Defendants' July 2023 privilege log. *See* Dkt. 991-3. The parties then met and conferred for several hours over several weeks, discussing each disputed entry one-by-one. As a result of these meet-and-confers, the NFL Defendants narrowed their privilege calls on a number of these documents. On October 3, 2023, Plaintiffs filed a motion challenging 31 remaining entries. *See* Dkt. 989. Magistrate Judge Kim ordered *in camera* review, and on October 30, 2023, compelled production of documents relating to 7 entries; denied production of documents relating to 2 entries as moot; and denied Plaintiffs' motion as to the remaining 22 entries because "the primary purpose of the redacted or withheld communications reflected in these documents is the seeking or providing of legal advice." Dkt. 1041, at 2.

13. On January 16, 2024, Plaintiffs raised concerns with 38 entries from the NFL Defendants' March 2022 and June 2022 privilege logs. *See* Gore Ex. 18, Dkt 1267-18. In that correspondence, Plaintiffs also asked questions about Gore Ex. 16 and Gore Ex. 9 for the first time since their production in December 2021 and January 2022 respectively. *See id.* at 1–2. The NFL Defendants responded the next morning to inform Plaintiffs that their requests were untimely. *See* Barber Ex. 5. Nevertheless, in good faith, the NFL Defendants indicated they would review the issues raised, and would be ready to meet and confer later that week. *See id.* The parties met and conferred on January 19, 2024.

14. Given that trial was originally scheduled to begin on February 22, 2024, *see* Dkt. 950, the parties agreed on a stipulated expedited briefing schedule on these issues in the event they could not reach agreement on those documents, *see* Dkt. 1194.

3

Case No. 2:15-ml-02668-PSG (SKx)    Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel

The documents covered by that briefing schedule included, among others, Gore Ex. 17. *See* Dkt. 1267-17. At the status conference on January 23, 2024, the Court continued trial until June 2024. *See* Dkt. 1202. Plaintiffs never filed a motion pursuant to the agreed-upon briefing schedule.

15. Subsequently, on January 26 and 29, 2024, the NFL Defendants produced a number of at-issue documents, and also served amendments to their March 2022 and June 2022 privilege logs, updating the descriptions for others. *See* Gore Exs. 22 (Dkt. 1267-22), 23 (Dkt. 1267-23).

16. On February 2, 2024, Plaintiffs wrote the NFL Defendants to raise further concerns about 486 entries from the March 2022 and June 2022 privilege logs, and claiming the descriptions for another approximately 200 entries from those logs were deficient, in part based on Plaintiffs' assertions that Mr. Hawkins had never been barred or registered as in-house counsel in New York. *See* Gore Ex. 3, Dkt. 1267-3. At a meet-and confer on February 14, 2024, the NFL Defendants addressed Plaintiffs' concerns about Mr. Hawkins, including confirming that he was barred in the District of Columbia during his time at the League. During that meet-and-confer, Plaintiffs did not raise their concerns with Mr. Hawkins' title on the list of counsel served years prior. As a result, the NFL Defendants could not correct the inadvertent error that was his listing as "SVP, Legal and Business Affairs" on that list. The NFL Defendants have since confirmed that Mr. Hawkins' proper title was "SVP, Business Affairs."

17. The NFL Defendants also undertook further review of each document identified by Plaintiffs in their February 2, 2024 letter, including 311 entries on its privilege logs involving Mr. Hawkins, to confirm whether the primary purpose of the communications in those documents was to give or receive legal advice. The NFL Defendants downgraded and produced 177 entries regarding Mr. Hawkins, but determined that the remaining entries reflected Mr. Hawkins communicating in a legal capacity.

4

Case No. 2:15-ml-02668-PSG (SKx)          Declaration Of Jeremy S. Barber In Support Of NFL Defendants'
                                          Memorandum In Opposition To Plaintiffs' Motion To Compel

18. In February and early March 2024, the NFL Defendants produced a number of downgraded documents, and amended their initial and supplemental privilege logs to supplement the descriptions of many of the remaining at-issue entries. in February and early March 2024. *See* Gore Exs. 25 (Dkt. 1267-25), 26 (Dkt. 1265-11), 27 (Dkt. 1267-26), 28 (Dkt. 1267-27), 29 (Dkt. 1265-12); *see also* Barber Ex. 6.

19. At a meet-and-confer on March 18, 2024, Plaintiffs indicated for the first time that they would seek appointment of a special master to conduct *in camera* review of privileged documents, and that they anticipated seeking permission to conduct several additional depositions. But, despite the NFL Defendants' repeated requests for information about the depositions Plaintiffs were seeking, Plaintiffs did provide the NFL Defendants with any details and the parties were therefore unable to meet and confer on this request.

20. On March 22, 2024, Plaintiffs filed the instant Motion to Compel, indicating for the first time that they sought a complete re-review of the NFL Defendants' March 2022 and June 2022 privilege logs in their entirety, and that they were also requesting permission to conduct depositions of three yet-to-be identified individuals. *See* Dkt. 1267-1.

21. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' Local Rule 37-1 Letter to the NFL Defendants, dated April 5, 2022.

22. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiffs' Local Rule 37-1 Letter to NFL Defendants, dated July 8, 2022.

23. Attached hereto as Exhibit 3 is a true and correct copy of an email Plaintiffs' counsel sent to the NFL Defendants' counsel on August 23, 2022.

24. Attached hereto as Exhibit 4 is a true and correct copy of the NFL Defendants' supplemental privilege log, served on July 12, 2023.

25. Attached hereto as Exhibit 5 is a true and correct copy of an email NFL Defendants' counsel sent to Plaintiffs' counsel on January 17, 2024.

5

Case No. 2:15-ml-02668-PSG (SKx)   Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel

26. Attached hereto as Exhibit 6 is a true and correct copy of the NFL Defendants' supplemental amended privilege log, served on March 8, 2024.

27. Attached hereto as Exhibit 7 is a true and correct copy of NFL_0239782, which was used as Exhibit No. 1 at the deposition of Brent Lawton on June 22, 2022.

28. Attached hereto as Exhibit 8 is a true and correct copy of NFL_0862550, which was used as Exhibit No. 14 at the deposition of Former Commissioner Paul Tagliabue on June 2, 2022.

29. Attached hereto as Exhibit 9 is a true and correct copy of NFL_0862125, which was used as Exhibit No. 14 at the deposition of Mr. Hawkins on August 2, 2022.

30. Attached hereto as Exhibit 10 is a true and correct copy of NFL_0000264.

31. Attached hereto as Exhibit 11 is a true and correct copy of NFL_0000415.

32. Attached hereto as Exhibit 12 is a true and correct copy of a December 5, 2016 Letter from the NFL Defendants' counsel to Plaintiffs' counsel.

33. Attached hereto as Exhibit 13 is a true and correct copy of the Fourth Amended Notice of Deposition of the NFL Defendants pursuant to Rule 30(b)(6), which was used as Exhibit 1 at the 30(b)(6) deposition of Hans Schroeder on July 28, 2022.

34. Attached hereto as Exhibit 14 is a true and correct copy of excerpted portions of the Rule 30(b)(6) deposition transcript of Hans Schroeder, conducted July 28, 2022.

35. Attached hereto as Exhibit 15 is a true and correct copy of excerpted portions of the deposition transcript of Mr. Hawkins, conducted August 2, 2022.

36. Attached hereto as Exhibit 16 is a true and correct copy of NFL_0858191.

37. Attached hereto as Exhibit 17 is a true and correct copy of NFL_0547238.

38. Attached hereto as Exhibit 18 is a true and correct copy of NFL_0858149.

39. Attached hereto as Exhibit 19 is a true and correct copy of NFL_0547592.

40. Attached hereto as Exhibit 20 is a true and correct copy of NFL_0547539.

41. Attached hereto as Exhibit 21 is a true and correct copy of NFL_0549003.

42. Attached hereto as Exhibit 22 is a true and correct copy of NFL_0549123.

6

Case No. 2:15-ml-02668-PSG (SKx)    Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel

43. Attached hereto as Exhibit 23 is a true and correct copy of NFL_0549129.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 29th day of March 2024 in Washington, DC.

Dated: March 29, 2024                              Respectfully submitted,

  /s/ Jeremy S. Barber
Jeremy S. Barber (admitted *pro hac vice*)

7

Case No. 2:15-ml-02668-PSG (SKx)    Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel