# EXHIBIT 12

To the Declaration of Jeremy S. Barber

**COVINGTON**

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

John S. Playforth

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5635
jplayforth@cov.com

**Via Federal Express and Email**                                         December 5, 2016

Scott Martin
Hausfeld LLP
33 Whitehall Street, 14th Floor
New York, NY 10004

Re:   *In re National Football League's "Sunday Ticket" Antitrust Litigation*, 15-ml-2668 (C.D. Cal.)

Dear Scott:

On behalf of the NFL Defendants, enclosed is one password-protected disc containing documents produced in the above-captioned litigation. These documents bear production numbers NFL_0000001 through NFL_0000512. The password will be provided by email.

The NFL Defendants make this production subject to and without waiving any and all privileges and immunities from discovery, any applicable objections to admissibility or relevance, or any other objections that may be applicable at any stage of this proceeding. The NFL Defendants expressly reserve all such objections.

Pursuant to the agreement of the parties and the Order Re: Stipulation Regarding Production of Media Agreements entered December 1, 2016 by Magistrate Judge McDermott, the documents bearing production numbers NFL_0000001 through NFL_0000262 have been redacted by counsel for CBS and FOX, respectively.

The enclosed documents have been designated as HIGHLY CONFIDENTIAL under the terms of Stipulated Protective Order entered October 4, 2016 by Magistrate Judge McDermott. Please restrict access to the documents accordingly.

Sincerely,

s/ John S. Playforth

Enclosure (by Federal Express only)

cc:   Robyn Bladow