Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (SKx)<br><br>**DECLARATION OF FRANK HAWKINS, ESQ. IN SUPPORT OF NFL DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: April 19, 2024<br>Time: 1:30 p.m.<br>Courtroom: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

I, Frank Hawkins, do hereby declare and state as follows.

1. I make this declaration on behalf of the National Football League ("NFL"), NFL Enterprises LLC, and the individual NFL Clubs (collectively "the NFL Defendants") in support of the NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel in the above-referenced litigation.

2. I graduated from Harvard Law School in 1984.

3. I am a member in good standing of the District of Columbia Bar Association, although I have had inactive status for approximately the last 15 years.

4. Following my graduation, I clerked for the Honorable William E. Doyle on the U.S. Court of Appeals for the Tenth Circuit.

5. I joined the law firm Covington & Burling in their Washington, D.C. office in 1986 as an associate. I remained employed at Covington until leaving for a position with the NFL in 1993.

6. From 1993 until 2008, I was employed at the NFL.

7. From 1993 until 1999, my principal office at the NFL was in Washington, D.C. In 2000, I began working primarily at the NFL's office in New York City. At all times, the NFL continued to maintain an office in D.C.

8. Throughout my tenure at the NFL, I served as a legal advisor.

9. My last official title at the NFL, from approximately 1999 onward, was "Senior Vice President, Business Affairs." Prior to that title change, my title had been "Vice President, Legal – Enterprises, Broadcast, and Finance." My duties during the periods I had those titles were substantially the same, except that from approximately 1995 to 1998 I supervised NFL participation as an amicus in certain intellectual property litigation involving real-time online distribution of game statistics.

10. Consistent with use in many media organizations (e.g., television networks), the "Business Affairs" title was generally used to identify in-house transactional lawyers. Omission of the "Legal" portion of the title was principally intended to reflect that I would not be involved as a supervising or line lawyer in the conduct of litigation.

11. I left the NFL in 2008 to found Scalar Media Partners, an advisory firm serving the media, entertainment, and sports industries. I have been employed by Scalar Media since 2008.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 28th day of March 2024 at Darien, Connecticut.

/s/ Frank Hawkins