1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

_____

THIS DOCUMENT RELATES TO ALL ACTIONS

Case No. 2:15-ml-02668-PSG (SKx)

**[PROPOSED] ORDER REGARDING NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**

1    Pending before the Court is the NFL Defendants' Application Under Local

2  Rule 79-5 to File Documents Under Seal.  The Court has considered the application

3  and GRANTS the application.

4    IT IS HEREBY ORDERED that the following documents are to be filed under

5  seal:

6    1.  The sealed Declaration Of Jenna H. Pavelec In Support Of NFL

7    Defendants' Application Under Local Rule 79-5 To File Documents

8    Under Seal.

9    2.  The unredacted version of NFL Defendants' Memorandum In Opposition

10    To Plaintiffs' Motion To Compel.

11    3.  The sealed Exhibit 1 to the Declaration Of Jeremy S. Barber In Support Of

12    NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To

13    Compel.

14    4.   The sealed Exhibit 3 to the Declaration Of Jeremy S. Barber In Support

15    Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion

16    To Compel.

17    5.  The sealed Exhibit 4 to the Declaration Of Jeremy S. Barber In Support Of

18    NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To

19    Compel.

20    6.  The sealed Exhibit 5 to the Declaration Of Jeremy S. Barber In Support Of

21    NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To

22    Compel.

23    7.  The sealed Exhibit 6 to the Declaration Of Jeremy S. Barber In Support Of

24    NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To

25    Compel.

26

27

28

8. The sealed Exhibit 7 to the Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel.

9. The sealed Exhibit 8 to the Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel.

10. The sealed Exhibit 9 to the Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel.

11. The sealed Exhibit 10 to the Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel.

12. The sealed Exhibit 11 to the Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel.

13. The sealed Exhibit 14 to the Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel.

14. The sealed Exhibit 15 to the Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel.

15. The sealed Exhibit 16 to the Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel.

16. The sealed Exhibit 17 to the Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel.

17. The sealed Exhibit 18 to the Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel.

18. The sealed Exhibit 19 to the Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel.

19. The sealed Exhibit 20 to the Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel.

20. The sealed Exhibit 21 to the Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel.

21. The sealed Exhibit 22 to the Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel.

22. The sealed Exhibit 23 to the Declaration Of Jeremy S. Barber In Support Of NFL Defendants' Memorandum In Opposition To Plaintiffs' Motion To Compel.

IT IS SO ORDERED.

Dated: _____      _____

PHILIP S. GUTIERREZ
Chief United States District Judge

3