| | |
|---|---|
| Marc M. Seltzer (54534)<br>mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150 | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com<br>LANGER GROGAN AND DIVER PC<br>1717 Arch Street, Suite 4020<br>Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703 |

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 2:15-ml-02668−PSG (SKx)<br><br>**REPLY DECLARATION OF IAN GORE IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD AS PRIVILEGED AND FOR LIMITED RELATED DISCOVERY**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: April 19, 2024<br>TIME: 1:30 p.m.<br>COURTROOM:<br>   First Street Courthouse<br>   350 West 1st Street<br>   Courtroom 6A<br>   Los Angeles, CA 90012 |

I, Ian M. Gore, hereby declare:

1. I am a partner in the law firm Susman Godfrey L.L.P. and am admitted *pro hac vice* to practice before the United States District Court for the Central District of California in this action. *See* Dkt. No. 19. I submit this declaration in support of Plaintiffs' Motion to Compel the Production of Documents Improperly Withheld as Privileged and for Limited Related Discovery. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

2. Once Plaintiffs became aware of the potential issues surrounding Mr. Hawkins and his use on the NFL's privilege logs, Plaintiffs retained a private investigative firm to assist in their investigation as early as January 16, 2024.

3. Attached hereto as Exhibit 47 is a true and correct copy of transcript excerpts from the deposition of Paul Tagliabue, dated June 2, 2022.

4. Attached hereto as Exhibit 48 is a true and correct copy of an NFL document produced with the Bates number NFL_1216326.

5. Attached hereto as Exhibit 49 is a true and correct copy of an NFL document produced with the Bates number NFL_1199513.

6. Attached hereto as Exhibit 50 is a true and correct copy of transcript excerpts from the deposition of Brent Lawton, dated June 22, 2022.

7. Attached hereto as Exhibit 51 is a true and correct copy of transcript excerpts from the deposition of Brian Rolapp, dated May 18, 2022.

8. Attached hereto as Exhibit 52 is a true and correct copy of an NFL document produced with the Bates number NFL_0888454.

9. Attached hereto as Exhibit 53 is a true and correct copy of transcript excerpts from the deposition of Robert Stecklow, dated September 23, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed April 5, 2024, in Seattle, Washington.

                                                */s/ Ian M. Gore*
                                                Ian M. Gore