# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>COURTROOM:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The sealed Declaration of Ian Gore in Support of Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal;

2. The unredacted version of Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion to Compel the Production of Documents Improperly Withheld as Privileged and for Limited Related Discovery; and

3. Exhibits 47-53 to the Reply Declaration of Ian Gore in Support of Plaintiffs' Motion to Compel the Production of Documents Improperly Withheld as Privileged and for Limited Related Discovery.

IT IS SO ORDERED.

Dated: _____           _____
                                        PHILIP S. GUTIERREZ
                                        Chief United States District Judge