1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

7
8
9
10
11
12
13
14
15
16
17
18

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO SET MOTION TO QUASH BRIEFING SCHEDULE**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pretrial-Conference Date: 5/17/2024<br>Trial Date: 6/5/2024<br>Courtroom:<br>    First Street Courthouse<br>    350 West 1st Street<br>    Courtroom 6A<br>    Los Angeles, CA 90012 |

19
20
21
22
23
24
25
26
27
28

Pursuant to the Joint Stipulation of Plaintiffs and the NFL Defendants, and for good cause shown, the Court hereby sets the motion to quash briefing schedule as follows:

(1)   The NFL Defendants shall file their motion to quash on or before April 18, 2024;

(2)   Plaintiffs shall file their response to that motion on or before April 25, 2024;

(3)   The NFL shall not file a reply brief to that motion, but reserves all rights with respect to oral argument, if held by the Court; and

(4)   To the extent the Court deems argument necessary on this motion, it will be held at the hearing scheduled for April 26, 2024, at 10:00AM PST.

**IT IS SO ORDERED.**

Dated: _____                    _____

PHILIP S. GUTIERREZ
United States District Judge