# DENIED
## BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>———————————<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER DENYING JOINT STIPULATION TO SET MOTION TO QUASH BRIEFING SCHEDULE [1290]**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pretrial-Conference Date: 5/17/2024<br>Trial Date: 6/5/2024<br>Courtroom:<br>　　First Street Courthouse<br>　　350 West 1st Street<br>　　Courtroom 6A<br>　　Los Angeles, CA 90012 |

Pursuant to the Joint Stipulation of Plaintiffs and the NFL Defendants, and for good cause shown, the Court hereby sets the motion to quash briefing schedule as follows:

(1) The NFL Defendants shall file their motion to quash on or before April 18, 2024;

(2) Plaintiffs shall file their response to that motion on or before April 25, 2024;

(3) The NFL shall not file a reply brief to that motion, but reserves all rights with respect to oral argument, if held by the Court; and

(4) To the extent the Court deems argument necessary on this motion, it will be held at the hearing scheduled for April 26, 2024, at 10:00AM PST.

Dated: April 16, 2024

IT IS SO ORDERED.
**DENIED**
BY ORDER OF THE COURT

PHILIP S. GUTIERREZ
United States District Judge