| | |
|---|---|
| 1 | Beth A. Wilkinson (admitted *pro hac vice*) |
| | Brian L. Stekloff (admitted *pro hac vice*) |
| 2 | Rakesh N. Kilaru (admitted *pro hac vice*) |
| | Jeremy S. Barber (admitted *pro hac vice*) |
| 3 | **WILKINSON STEKLOFF LLP** |
| | 2001 M Street NW, 10th Floor |
| 4 | Washington, DC 20036 |
| | Telephone: (202) 847-4000 |
| 5 | Facsimile: (202) 847-4005 |
| | bwilkinson@wilkinsonstekloff.com |
| 6 | bstekloff@wilkinsonstekloff.com |
| | rkilaru@wilkinsonstekloff.com |
| 7 | jbarber@wilkinsonstekloff.com |
| 8 | Gregg H. Levy (admitted *pro hac vice*) |
| | Derek Ludwin (admitted *pro hac vice*) |
| 9 | John S. Playforth (admitted *pro hac vice*) |
| | **COVINGTON & BURLING LLP** |
| 10 | One CityCenter, 850 10th Street NW |
| | Washington, D.C. 20001 |
| 11 | Telephone: (202) 662-6000 |
| | Facsimile: (202) 778-5429 |
| 12 | glevy@cov.com |
| | dludwin@cov.com |
| 13 | jplayforth@cov.com |
| 14 | *Counsel for Defendants National Football* |
| | *League, NFL Enterprises LLC, and the* |
| 15 | *Individual NFL Clubs* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668−PSG (JEMx) |
| | **NFL DEFENDANTS' NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFFS' TRIAL SUBPOENA** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge: Hon. Philip S. Gutierrez |
| | Date: May 17, 2024 |
| | Time: 10:00 a.m. |
| | Courtroom: First Street Courthouse |
| | 350 West 1st Street |
| | Courtroom 6A |
| | Los Angeles, CA 90012 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 17, 2024, or as soon thereafter as counsel may be counsel may be heard, in the courtroom of the Honorable Philip S. Gutierrez, Chief United States District Judge, Courtroom 6A, United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012, the NFL Defendants[1] will, and hereby do, move, pursuant to Rule 45 of the Federal Rules of Civil Procedure, to quash the trial subpoena served by Plaintiffs on Mr. Hans Schroeder.

This Motion is based upon this notice; the concurrently filed memorandum of points and authorities, exhibits, and declarations submitted in connection therewith; the pleadings, documents, and records on file in this action; any argument that may be presented to the Court on this Motion; and such other matters as the Court deems appropriate.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 12, 2024.

Dated: April 19, 2024                      Respectfully submitted,

                                           */s/  Brian L. Stekloff*

---

[1] The NFL Defendants consist of: Arizona Cardinals Football Club, LLC.; Atlanta Falcons Football Club, LLC; Baltimore Ravens Limited Partnership; Buffalo Bills, LLC; Panthers Football, LLC; The Chicago Bears Football Club, Inc.; Cincinnati Bengals, Inc.; Cleveland Browns Football Company LLC; Dallas Cowboys Football Club, Ltd.; Denver Broncos Team, LLC; The Detroit Lions, Inc.; Green Bay Packers, Inc.; Houston NFL Holdings, L.P.; Indianapolis Colts, Inc.; Jacksonville Jaguars, LLC.; Kansas City Chiefs Football Club, Inc.; Miami Dolphins, Ltd.; Minnesota Vikings Football, LLC; National Football League, Inc; NFL Enterprises LLC; New England Patriots LLC; New Orleans Louisiana Saints, LLC; New York Football Giants, Inc.; New York Jets LLC.; Raiders Football Club, LLC; Philadelphia Eagles, LLC; Pittsburgh Steelers LLC.; Chargers Football Company, LLC; Forty Niners Football Company LLC; Football Northwest LLC; The Los Angeles Rams, LLC; Buccaneers Team LLC; Tennessee Football, LLC.; and Pro-Football LLC.

Jeremy S. Barber (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Max Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
jbarber@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 3500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*