| | |
|---|---|
| 1 | Beth A. Wilkinson (admitted *pro hac vice*) |
| | Brian L. Stekloff (admitted *pro hac vice*) |
| 2 | Rakesh N. Kilaru (admitted *pro hac vice*) |
| | Jeremy S. Barber (admitted *pro hac vice*) |
| 3 | **WILKINSON STEKLOFF LLP** |
| | 2001 M Street NW, 10th Floor |
| 4 | Washington, DC 20036 |
| | Telephone: (202) 847-4000 |
| 5 | Facsimile: (202) 847-4005 |
| | bwilkinson@wilkinsonstekloff.com |
| 6 | bstekloff@wilkinsonstekloff.com |
| | rkilaru@wilkinsonstekloff.com |
| 7 | jbarber@wilkinsonstekloff.com |

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (JEMx)<br><br>**DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF NFL DEFENDANTS' MOTION TO QUASH PLAINTIFFS' TRIAL SUBPOENA**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: May 17, 2024<br>Time: 10:00 a.m.<br>Courtroom: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

I, Brian L. Stekloff, declare as follows:

1. I am a Partner at Wilkinson Stekloff LLP and represent the NFL Defendants in this litigation. I submit this declaration in support of the NFL Defendants' Motion to Quash Plaintiffs' Trial Subpoena. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the subpoena served on Mr. Hans Schroeder on April 9, 2024.

3. Attached hereto as Exhibit 2 is a true and correct copy of the witness list Plaintiffs provided to the NFL Defendants on December 29, 2023.

4. Attached hereto as Exhibit 3 is a true and correct copy of the meet-and-confer email correspondence between counsel for Plaintiffs and counsel for the NFL Defendants dated between January 18, 2024 and January 19, 2024.

5. Attached hereto as Exhibit 4 is a true and correct copy of an internal Memorandum from Brian Rolapp to the NFL Staff dated May 16, 2023 with the subject "Organizational Announcement."

\* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 19th day of April, 2024, in Chapel Hill, North Carolina.

Dated: April 19, 2024

By: */s/ Brian L. Stekloff*
Brian L. Stekloff (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000

1

Case No. 2:15-ml-02668-PSG (SKx)   Declaration of Brian L. Stekloff in Support of NFL Defendants' Motion to Quash Plaintiffs' Trial Subpoena

Facsimile: (202) 847-4005
bstekloff@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 3500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

2

**Case No. 2:15-ml-02668-PSG (SKx) .**   **Declaration of Brian L. Stekloff in Support of NFL Defendants' Motion to Quash Plaintiffs' Trial Subpoena**