# EXHIBIT 2

## To the Declaration of Brian L. Stekloff

| | |
|---|---|
| Marc M. Seltzer (54534)<br>mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150 | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com<br>LANGER GROGAN AND DIVER PC<br>1717 Arch Street, Suite 4020<br>Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703 |

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 2:15-ml-02668−PSG (JEMx)<br><br>**CLASS PLAINTIFFS' WITNESS LIST**<br><br>JUDGE: Hon. Philip S. Gutierrez<br><br>PRETRIAL CONFERENCE: 2/7/2024<br>TIME: 2:30 p.m.<br><br>TRIAL DATE: 2/22/2024<br><br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pursuant to Local Rule 16-5, the Court's Standing Orders, and the parties' Local Rule 16-2 conference, Class Plaintiffs hereby submit the following witness list indicating those witnesses whom they expect to call at trial or may call if need arises, either in person or by deposition.

Plaintiffs reserve the right not to call or present testimony from any witness and the order in which the witnesses are listed is not necessarily the order in which witnesses will be called at trial. Plaintiffs further reserve the right to call witnesses identified by the other party. The below list does not necessarily include all of those witnesses whom Plaintiffs may call at trial for impeachment purposes only.

**Will Call List**

| Witness Name | Description | Format |
|---|---|---|
| Eugene Lennon | Mr. Lennon will testify regarding Plaintiff Gael Pub's subscription to Sunday Ticket and the harm caused by Defendants' conduct. Mr. Lennon and Mr. Baker are the only commercial class representatives. | Live |
| Jason Baker | Mr. Baker will testify regarding Plaintiff Mucky Duck's subscription to Sunday Ticket and the harm caused by Defendants' conduct. Mr. Baker and Mr. Lennon are the only commercial class representatives. | Live |
| Jonathan Frantz | Mr. Frantz will testify regarding his subscription to Sunday Ticket and the harm caused by Defendants' conduct. Mr. Frantz and Mr. Lippincott are the only residential class representatives. | Live |
| Robert Lippincott | Mr. Lippincott will testify regarding his subscription to Sunday Ticket and the harm caused by Defendants' conduct. Mr. Lippincott and Mr. Frantz are the only residential class representatives. | Live |
| Sarah Butler | Ms. Butler is an expert on consumer surveys and will testify regarding her review of pricing studies | Live |

| | | |
|---|---|---|
| | conducted by the NFL and other parties, the conjoint survey she conducted for this case, and the conclusions she reached from that survey. | |
| Doug Zona | Mr. Zona is an expert in econometric modeling and will testify regarding his modeling of the total volume of business for Sunday Ticket during the class period, and his modeling of the but-for price for Sunday Ticket absent DirecTV's exclusivity. | Live |
| Daniel Rascher | Mr. Rascher is an expert economist with an emphasis on sports economics. Mr. Rascher will testify regarding the challenged restraints, the anticompetitive harm of Defendants' conduct, the NFL's proffered procompetitive justifications, the but-for world absent the challenged restraints, and the calculation of class-wide damages. | Live |
| NFL 30(b)(6) Corporate Representatives | Deposition testimony offered by the NFL Defendants' designated corporate representatives regarding the structure of the National Football League, league policies regarding game broadcasts, the NFL's agreements with broadcasters and DirecTV, the NFL's analyses and studies regarding Sunday Ticket and NFL game telecasts, league policies regarding revenue sharing, the creation and distribution of NFL RedZone, the sharing of subscriber data with the NFL, and the NFL's recent negotiations regarding the rights to Sunday Ticket. | Depo |
| Jerry Jones | Mr. Jones is the owner of the Dallas Cowboys and has been a member of the NFL's broadcast/media committees. Mr. Jones will testify regarding the rights of NFL teams to license game broadcasts and trademarks and the distribution of out-of-market games on television. | Live/Depo |
| Robert Kraft | Mr. Kraft is the owner of the New England Patriots and has been a member of the NFL's broadcast/media committees. Mr. Kraft will testify regarding the NFL's distribution of out-of-market games on television through Sunday Ticket, including the exclusive distribution arrangement of | Live/Depo |

| | | | |
|---|---|---|---|
| | | Sunday Ticket in the United States and the packages offered through Sunday Ticket. | |
| | Brian Rolapp | Mr. Rolapp is the NFL's Chief Media Officer. Mr. Rolapp will testify about league policies regarding the licensing of game broadcasts, the impact of the NFL's agreements with television networks on the distribution of out-of-market games, the popularity of NFL football, the NFL's relationship with DirecTV regarding Sunday Ticket, and the NFL's latest negotiations regarding the rights to Sunday Ticket. | Live/Depo |
| | Hans Schroeder | Mr. Schroeder is Executive Vice President of NFL Media. Mr. Schroeder will testify regarding the impact of the NFL's agreements with television networks on the distribution of out-of-market games, the popularity and viewership trends of NFL football games on television, the NFL's analysis of various distribution models for out-of-market games, the provisions of the NFL's agreements with broadcasters, and competitive balance. | Live/Depo |
| | Brent Lawton | Mr. Lawton is NFL Vice President of Media Strategy. Mr. Lawton will testify about the league's distribution of out-of-market games, including the impact of the NFL's agreements with television networks on their distribution, the NFL's studies regarding market demand for out-of-market games, and the NFL's relationship with DirecTV regarding Sunday Ticket. | Live/Depo |
| | Steve Bornstein | Mr. Bornstein is former CEO of the NFL Network and executive vice president of NFL Media. Mr. Bornstein will testify about the popularity of NFL game telecasts, the creation and distribution of NFL RedZone, and league policies regarding game broadcasts. | Live/Depo |
| | Frank Hawkins | Mr. Hawkins is a former NFL executive. Mr. Hawkins will testify regarding the creation of Sunday Ticket, the nature of sports programming on television, and the NFL's historical relationships | Live/Depo |

| | | | |
|---|---|---|---|
| | | with CBS and Fox. | |
| | Paul Tagliabue | Mr. Tagliabue is a former NFL Commissioner. Mr. Taglibue will testify regarding the creation of Sunday Ticket and the exclusive arrangement with DirecTV for Sunday Ticket. | Live/Depo |
| | Michael White | Mr. White is a former CEO of DirecTV. Mr. White will testify regarding the importance of Sunday Ticket from DirecTV's perspective, DirecTV's objectives in negotiating with the NFL, and DirecTV's business practices. | Depo |
| | James Dyckes | Mr. Dyckes is DirecTV Vice President of Marketing. Mr. Dyckes will testify regarding the working relationship between the NFL and DirecTV in distributing Sunday Ticket and DirecTV's marketing of Sunday Ticket. | Depo |
| | Robert Stecklow | Mr. Stecklow is a former Senior Director of Sports Strategy for DirecTV. Mr. Stecklow will testify regarding DirecTV's marketing of Sunday Ticket and DirecTV's working relationship with the NFL regarding Sunday Ticket. | Depo |
| | Sean McManus | Mr. McManus is the President of CBS Sports. Mr. McManus will testify regarding the relationship between CBS and the NFL, contract negotiations between CBS and the NFL, the programming offered by CBS Sports, and the importance of offering NFL content for CBS Sports. | Depo |
| | Larry Jones | Mr. Jones is the President of FOX Sports. Mr. Jones will testify regarding the relationship between FOX and the NFL, contract negotiations between FOX and the NFL, the programming offered by FOX Sports, and the importance of offering NFL content for FOX Sports. | Live/Depo |

**May Call List**

| Witness Name | Description | Format |
|---|---|---|
| Alex Kaplan | Mr. Kaplan is the CEO of EverPass Media. Mr. Kaplan was also a Senior Vice President of Revenue and Marketing at DirecTV responsible for, among other things, work associated with NFL Sunday Ticket. Mr. Kaplan may testify about the relationship between the NFL and DirecTV, DirecTV's understanding of its agreements with the NFL, the creation and structure of EverPass Media, and the current distribution of Sunday Ticket to commercial subscribers through EverPass Media. | Depo |
| Dave Pietrycha | Mr. Pietrycha is Executive Vice President of Strategy and Business Development for NBCUniversal's TV and Streaming Group. Mr. Pietrycha may testify about the agreements between the NFL and NBC for Sunday Night Football. | Depo |
| Burke Magnus | Mr. Magnus is President of Programming and Original Content for ESPN. Mr. Magnus may testify about the agreements between the NFL and ESPN for Monday Night Football. | Depo |
| Jon Cruz | Mr. Cruz is Director of Sports Partnerships at Google. Mr. Cruz may testify regarding the negotiations between the NFL and Google that led to Google acquiring rights for residential Sunday Ticket subscribers for YouTube, Google's analyses and modeling regarding Sunday Ticket, and the agreement between Google and the NFL regarding Sunday Ticket. | Depo |
| Goldman Sachs 30(b)(6) Corporate Representatives | Deposition testimony offered by Goldman Sachs' designated corporate representative regarding negotiations surrounding Project Hoya. [Deposition to be scheduled] | Depo |
| DIRECTV 30(b)(6) Corporate | Deposition testimony offered by DIRECTV's designated corporate representatives to provide foundation for certain documents, if necessary. | Depo |

| | | | |
|---|---|---|---|
| | Representatives | | |
| | Apple 30(b)(6) Corporate Representatives | Deposition testimony offered by Apple's designated corporate representatives regarding Apple's negotiations with the NFL regarding Sunday Ticket and Project Hoya. [Deposition scheduled for January 11, 2024] | Depo |
| | Jim Irsay | Mr. Irsay is the owner of the Indianapolis Colts. Mr. Irsay may testify regarding the rights of NFL teams and the distribution of out-of-market games on television. | Live |
| | William Deng | Mr. Deng is head of corporate strategy at the NFL. Mr. Deng may testify regarding the NFL's relationships with networks and distributors and negotiations regarding the rights to distribute Sunday Ticket. [Deposition to be scheduled] | Depo |
| | Dhruv Prasad | Mr. Prasad is a Senior Vice President of Business Development and Strategic Investments. Mr. Prasad may testify regarding negotiations regarding the rights to distribute Sunday Ticket. [Deposition to be scheduled] | Depo |
| | Len DeLuca | Mr. DeLuca is an expert in the media industry with an emphasis on sports broadcasting. Mr. DeLuca will testify regarding the state of the media industry in the but-for world absent the challenged restraints. Mr. DeLuca will also testify regarding the NFL's proffered procompetitive justifications as they relate to the media industry. | Live |
| | Einer Elhauge | Mr. Elhauge is an expert economist. Mr. Elhauge will testify in response to the opinions offered by Douglas Bernheim, who the NFL intends to present as an expert witness in this case. Mr. Elhauge will testify regarding the proper characterization of the challenged restraints and the agreements entered into by the Defendants, market definition, market power, and the NFL's proffered procompetitive justifications. | Live |

| | | | |
|---|---|---|---|
| 1 2 3 4 | B. Douglas Bernheim | Mr. Bernheim has been disclosed by the NFL as a potential expert witness in this litigation. Mr. Bernheim may testify regarding the anticompetitive harm of the NFL's conduct and the NFL's claimed procompetitive justifications. | Live |
| 5 6 7 8 | Ali Yurukoglu | Mr. Yurukoglu has been disclosed by the NFL as a potential expert witness in this litigation. Mr. Yurukoglu may testify regarding econometric modeling of the but-for world absent Defendants' anticompetitive conduct. | Live |
| 9 10 11 12 | Nancy Mathiowetz | Ms. Mathiowetz has been disclosed by the NFL as a potential expert witness in this litigation. Ms. Mathiowetz may testify regarding conjoint surveys of consumer preferences regarding NFL game viewership. | Live |
| 13 14 15 16 | Neal Pilson | Mr. Pilson has been disclosed by the NFL as a potential expert witness in this litigation. Mr. Pilson may testify regarding the media industry, the NFL's role in the media industry, and the but-for world absent the challenged restraints. | Live |
| 17 18 19 20 | Amanda Lotz | Ms. Lotz has been disclosed by the NFL as a potential expert witness in this litigation. Ms. Lotz may testify regarding the media industry, the NFL's role in the media industry, and the but-for world absent the challenged restraints. | Live |

Dated:  December 29, 2023        Respectfully submitted,

By:   */s/ Marc M. Seltzer*
        Marc M. Seltzer

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Kalpana Srinivasan (237460)
ksrinivasan@susmangodfrey.com
Amanda Bonn (270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

8

| | |
|---|---|
| 1 | Tel: (310) 789-3100<br>Fax: (310) 789-3150 |
| 2 | William C. Carmody (*Pro Hac Vice*)<br>bcarmody@susmangodfrey.com |
| 3 | Seth Ard (*Pro Hac Vice*)<br>sard@susmangodfrey.com |
| 4 | Tyler Finn (*Pro Hac Vice*)<br>tfinn@susmangodfrey.com |
| 5 | SUSMAN GODFREY L.L.P<br>1301 Avenue of the Americas, 32nd Fl. |
| 6 | New York, NY 10019<br>Tel: (212) 336-8330 |
| 7 | Fax: (212) 336-8340 |
| 8 | Ian M. Gore (*Pro Hac Vice*)<br>igore@susmangodfrey.com |
| 9 | SUSMAN GODFREY L.L.P.<br>401 Union Street, Suite 3000 |
| 10 | Seattle, WA 98101<br>Tel: (206) 505-3841 |
| 11 | Fax: (206) 516-3883 |
| 12 | Scott Martin (*Pro Hac Vice*)<br>smartin@hausfeld.com |
| 13 | HAUSFELD LLP<br>33 Whitehall Street, 14th Floor |
| 14 | New York, NY 10004<br>Tel: (646) 357-1100 |
| 15 | Fax: (212) 202-4322 |
| 16 | Christopher L. Lebsock (184546)<br>clebsock@hausfled.com |
| 17 | HAUSFELD LLP<br>600 Montgomery St., Suite 3200 |
| 18 | San Francisco, CA 94111<br>Tel: (415) 633-1908 |
| 19 | Fax: (415) 633-4980 |
| 20 | Sathya S. Gosselin (269171)<br>sgosselin@hausfeld.com |
| 21 | Farhad Mirzadeh (*Pro Hac Vice*)<br>fmirzadeh@hausfeld.com |
| 22 | HAUSFELD LLP<br>888 16th Street, N.W., Suite 300 |
| 23 | Washington, DC 20006<br>Tel: (202) 540-7200 |
| 24 | Fax: (202) 540-7201 |
| 25 | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com |
| 26 | Edward Diver (*Pro Hac Vice*)<br>ndiver@langergrogan.com |
| 27 | Peter Leckman (235721)<br>pleckman@langergrogan.com |
| 28 | Kevin Trainer (*Pro Hac Vice*)<br>ktrainer@langergrogan.com |

|   |   |
|---|---|
| 1 | LANGER GROGAN AND DIVER PC |
| 2 | 1717 Arch Street, Suite 4020 |
|   | Philadelphia, PA 19103 |
| 3 | Tel: (215) 320-5660 |
|   | Fax: (215) 320-5703 |
| 4 | *Plaintiffs' Co-Lead Counsel* |

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of King, State of Washington. I am over the age of 18 and not a party to this action; my business address is 401 Union Street, Suite 3000, Seattle, WA 98101.

On December 29, 2023, I served the foregoing document(s) described as follows:

## CLASS PLAINTIFFS' WITNESS LIST

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

**See Attached Service List**

\_\_\_\_ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

\_\_\_\_ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

\_\_\_\_ BY FAX
I served by facsimile as indicated on the attached service list.

**XX** BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on December 29, 2023, at Seattle, Washington.

\_\_\_\_ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**XX** (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Ian M. Gore | /s/ Ian M. Gore |
|---|---|
| (Type or Print Name) | (Signature) |

11

# SERVICE LIST

Gregg H. Levy
glevy@cov.com
Derek Ludwin
dludwin@cov.com
COVINGTON & BURLING LLP
850 Tenth Street NW One City Center
Washington, DC 20001-4956
Tel: (202) 662-6000
Fax: (202) 662-6804

Neema Trivedi Sahni
nsahni@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel: (424) 332-4800
Fax: (424) 332-4782

Beth A. Wilkinson
bwilkinson@wilkinsonstekloff.com
Brian L. Stekloff
bstekloff@wilkinsonstekloff.com
Rakesh Kilaru
rkilaru@wilkinsonstekloff.com
Max Warren
mwarren@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005

Jeremy S. Barber
jbarber@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, NY 10036
Tel: (212) 294-8910
Fax: (202) 847-4005

Rahul Hari
rhari@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
11601 Wilshire Blvd. Suite 600
Los Angeles, CA 90025
Tel: (424) 291-9661
Fax: (202) 847-4005

*Counsel for Defendants National Football League, Inc., NFL Enterprises LLC, and the Individual NFL Clubs*