# EXHIBIT 3

## To the Declaration of Brian L. Stekloff

| | |
|---|---|
| **From:** | Tyler Finn |
| **To:** | Jeremy Barber; Ian Gore; Rakesh Kilaru; Beth Wilkinson; Brian Stekloff; Anastasia Pastan; Max Warren; Ludwin, Derek; Jenna Pavelec; Playforth, John; Caroline Li; Blake Neal; Roxana Guidero |
| **Cc:** | Bill Carmody; Marc Seltzer; Seth Ard; Kalpana Srinivasan; Amanda Bonn; Howard Langer; Peter Leckman; Ned Diver; Kevin Trainer; smartin; Sathya S. Gosselin; Farhad Mirzadeh; Rodney Polanco; Renee Thomas; Shawn Rabin; Kim Ferrari; Krishna Patel; Bill Dunseth; Nic Gamiz |
| **Subject:** | RE: Service of Proposed Jury Charge, Proposed Verdict Form, and Draft Joint Witness List |
| **Date:** | Friday, January 19, 2024 12:01:18 PM |
| **Attachments:** | 2024-01-18 1147 Draft Joint Witness List - Plaintiffs.doc |



Hi Jeremy –

We've accepted your proposed changes with one exception, as reflected in the attached redline. We will keep the "Live or By Deposition" designation for Brian Rolapp, because he was a an officer, director, and/or managing agent of the NFL when he was deposed. Pursuant to Rule 32(a)(3), Plaintiffs may therefore use his deposition at trial for any purpose.

In addition, we have further clarified that we may call Sean McManus "Live or By Deposition," as the NFL Defendants have not yet disclosed whether they will bring him as a live witness.

For the avoidance of doubt, Plaintiffs reserve the right to call Hans Schroeder, Brent Lawton, Frank Hawkins, Paul Tagliabue, or any other NFL Defendant witness live should the NFL Defendants decide to bring such individuals as live witnesses at trial.

Please let us know if we have your approval to file.

Thanks,
Tyler

**Tyler Finn**
Associate | Susman Godfrey LLP
212.729.2016 (office) | 203.550.7358 (cell)
tfinn@susmangodfrey.com

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Sent:** Friday, January 19, 2024 11:39
**To:** Ian Gore <IGore@susmangodfrey.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Anastasia Pastan <apastan@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Ludwin, Derek <dludwin@cov.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; Playforth, John <jplayforth@cov.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Roxana Guidero <rguidero@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Amanda Bonn <abonn@SusmanGodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Peter Leckman

<pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Renee Thomas <rthomas@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Kim Ferrari <kferrari@langergrogan.com>; Krishna Patel <kpatel@hausfeld.com>; Bill Dunseth <bdunseth@susmangodfrey.com>; Nic Gamiz <NGamiz@susmangodfrey.com>
**Subject:** RE: Service of Proposed Jury Charge, Proposed Verdict Form, and Draft Joint Witness List

EXTERNAL Email

Ian,

Thank you for the updated draft of the joint witness list. We have a few proposed edits tracked in the attached. As previously disclosed, the NFL Defendants are not bringing Hans Schroeder, Brent Lawton, Frank Hawkins, or Paul Tagliabue as live witnesses. As such, we believe it is appropriate to remove the "live" designation from Plaintiffs' witness list for those witnesses as there is no basis for Plaintiffs to be able to call them live at trial. Relatedly, the NFL Defendants are bringing Brian Rolapp as a live witness, and suggest removing the "by deposition" designation for him on Plaintiffs' witness list. We also made some formatting changes, which include changing the apostrophes to curly, adding floating headers, and changing the rows so they do not break over pages.

Please provide an updated list consistent with the above and the edits in the attached for our review before tonight's filing.

Best,
Jeremy

---

**From:** Ian Gore <IGore@susmangodfrey.com>
**Sent:** Friday, January 19, 2024 12:48 AM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Anastasia Pastan <apastan@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Ludwin, Derek <dludwin@cov.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; Playforth, John <jplayforth@cov.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Roxana Guidero <rguidero@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Amanda Bonn <abonn@SusmanGodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Renee Thomas <rthomas@susmangodfrey.com>; Shawn Rabin

<srabin@SusmanGodfrey.com>; Kim Ferrari <kferrari@langergrogan.com>; Krishna Patel <kpatel@hausfeld.com>; Bill Dunseth <bdunseth@susmangodfrey.com>; Nic Gamiz <NGamiz@susmangodfrey.com>
**Subject:** RE: Service of Proposed Jury Charge, Proposed Verdict Form, and Draft Joint Witness List

Jeremy – Please find an updated draft of the joint witness list attached.  Please let us know if we may file this version.

Regards,
Ian

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Sent:** Thursday, January 18, 2024 6:43 PM
**To:** Ian Gore <IGore@susmangodfrey.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Anastasia Pastan <apastan@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Ludwin, Derek <dludwin@cov.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; Playforth, John <jplayforth@cov.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Roxana Guidero <rguidero@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Amanda Bonn <abonn@SusmanGodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Renee Thomas <rthomas@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Kim Ferrari <kferrari@langergrogan.com>; Krishna Patel <kpatel@hausfeld.com>; Bill Dunseth <bdunseth@susmangodfrey.com>; Nic Gamiz <NGamiz@susmangodfrey.com>
**Subject:** RE: Service of Proposed Jury Charge, Proposed Verdict Form, and Draft Joint Witness List

EXTERNAL Email

Ian –

Thank you for these materials.  Focusing on the joint witness list, we have two immediate concerns.  First, please add back in the information as to whether each witness will be presented by deposition or by live testimony.  Local Rule 16-5 indicates that the witness list should contain "the information required by F.R.Civ.P. 26(a)(3)(A)," which in turn requires "the designation of those witnesses whose testimony the party expects to present by deposition."  Second, please reformat the joint witness list to comply with Local Rule 16-5, which indicates that there shall be an "asterisk . . . placed next to the names of those witnesses whom the party may only call if the need arises."

Please send us a revised version of the joint witness list consistent with the above for our review. We are happy to send you an exemplar if that would be helpful.

Best,
-Jeremy


**Jeremy Barber** | Partner
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, Floor 24, New York, NY 10036
Direct: (212) 294-8929 | Fax: (202) 847-4005
jbarber@wilkinsonstekloff.com
wilkinsonstekloff.com
Pronouns: He/Him/His

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**From:** Ian Gore <IGore@susmangodfrey.com>
**Sent:** Thursday, January 18, 2024 8:00 PM
**To:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Anastasia Pastan <apastan@wilkinsonstekloff.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Ludwin, Derek <dludwin@cov.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; Playforth, John <jplayforth@cov.com>; Caroline Li <cli@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Amanda Bonn <abonn@SusmanGodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Renee Thomas <rthomas@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Kim Ferrari <kferrari@langergrogan.com>; Krishna Patel <kpatel@hausfeld.com>; Bill Dunseth <bdunseth@susmangodfrey.com>; Nic Gamiz <NGamiz@susmangodfrey.com>
**Subject:** Service of Proposed Jury Charge, Proposed Verdict Form, and Draft Joint Witness List

Counsel,

Please find attached a copy of Plaintiffs' proposed jury charge and proposed special verdict form.

Please also find attached a draft of the Joint Witness List. The defendants' portion is based on the witness list we received from Jeremy last night. Note that we did some minor formatting changes, including: (a) remove the "format" column as the local rules and the judge's civil trial order do not appear to require that information; (b) removing the word "approximately" as that's implied by "estimate"; and (c) converting the times to decimal format for consistent formatting. Please let us know tomorrow morning Pacific time if we may file.

Please also provide a copy of the joint exhibit list before the end of the day today so that it can be reviewed on our end.

Plaintiffs reserve all rights to modify, amend, or supplement the proposed jury charge, verdict form, and their portion of the joint witness list.

Ian

Ian M. Gore | Partner
**Susman Godfrey L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
206-505-3841 (office) | 719-433-0818 (cell)
igore@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.