# EXHIBIT 4

## To the Declaration of Brian L. Stekloff



**MEMORANDUM**

| | |
|---|---|
| **To:** | NFL Staff |
| **From:** | Brian Rolapp |
| **Date:** | May 16, 2023 |
| **Subject:** | Organizational Announcement |

As you know, the past few seasons have marked important changes and growth within our commercial efforts, most notably within our media businesses. Much of this change is a result of our aggressive pursuit of the opportunities that come from shifts in the sports and media landscape.  This change has led to important short and long term initiatives that will grow our business including: the successful execution and launch of NFL Sunday Ticket on YouTube; the birth of a first of its kind sports film studio Skydance Sports; an important push into direct-to-consumer media distribution with the launch and expansion of NFL+; other value creation through the growth of our principal investing arm, 32 Equity.

And just as our business has changed, so must our organization to ensure we succeed.  As a result, I am pleased to announce an important realignment of our organization within the areas of Media, Broadcasting and Media Strategy & Business Development effective immediately.

**Hans Schroeder** will take on the new position of EVP, Media Distribution.  As we enter our new landmark media agreements, Hans will lead a group focused on our media partners, including Amazon, CBS, FOX, ESPN/ABC and NBC.  These functions will include all live game licensing, scheduling, distribution & strategy and broadcast operations.  Hans will also continue to lead distribution of NFL Network and Red Zone, as well as our emerging FAST digital channel. Hans will continue to report to me.

**David Jurenka**, SVP, Media and GM Los Angeles will lead our efforts at NFL Network and NFL Digital. His responsibilities will continue to include the general management of our direct-to-consumer platform NFL+.  He will now report to me.

**Ross Ketover**, SVP, NFL Films, will lead our operations in Mt. Laurel.  His expanded role will include managing our involvement in creative and development efforts with our new Joint Venture, Skydance Sports.  He will now report to me.

**Dhruv Prasad**, SVP, Media Strategy & Strategic Investments, will be responsible for creating new content licensing opportunities through current and emerging platforms (including leading the League's working group on Artificial Intelligence).  In addition, he will continue to support the Media & Business groups on transformative commercial projects, including the launch on NFL Sunday Ticket on YouTube.  He will also work closely with me, Christine Dorfler, CFO and the Finance team in leading our growing principal investment efforts through 32 Equity.  Dhruv will continue to report to me.

**Renie Anderson**, Chief Revenue Officer and EVP, Partnerships will continue to lead our Sponsorship, Media Sales, Consumer Products, and Legalized Sports Betting efforts.  She will continue to report to me.

Further, we are establishing a dedicated cross-functional leadership team charged with architecting our important efforts in transforming our NFL Owned & Operated assets from principally linear distribution to a more cross platform digital business. This leadership team will work collaboratively not only as we build NFL+, but also as we pursue strategic alternatives to fulfill our mission to reach fans everywhere.   Members of this cross functional leadership team will include myself along with Dhruv Prasad, Hans Schroeder, David Jurenka and members of the Finance, Marketing, Legal and Technology teams.

I am excited about the opportunities this realignment will bring.  Thank you for your continued hard work and dedication to the League.