Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football
League, NFL Enterprises LLC, and the
Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668–PSG (JEMx)<br><br>**DECLARATION OF HANS SCHROEDER IN SUPPORT OF NFL DEFENDANTS' MOTION TO QUASH PLAINTIFFS' TRIAL SUBPOENA**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: May 17, 2024<br>Time: 10:00 a.m.<br>Courtroom: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

I, Hans Schroeder, declare as follows:

1.      I am the Executive Vice President of Media Distribution at the National Football League. I submit this declaration in support of the NFL Defendants' Motion to Quash Plaintiffs' Trial Subpoena. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently hereto.

2.      I live in Rye, New York. I work at the NFL's headquarters, at 345 Park Place, New York, New York.

3.      I do not regularly travel to California for business reasons.

4.      I previously served as EVP and Chief Operating Officer of NFL Media from March 2019 to May 16, 2023.

5.      In my prior role, I managed the NFL's Media operations that are based in Los Angeles. During that time, I estimate that I traveled to California approximately six times per year for business, each time visiting Los Angeles.

6.      On May 16, 2023, I became EVP of Media Distribution and my role within the NFL changed, such that I no longer manage the Los Angeles-based Media team for the NFL.

7.      In my current role, I oversee the NFL Network and RedZone distribution teams, which have a small presence in Los Angeles, but my role does not require travel to Los Angeles or California for business purposes.

8.      Since the organizational change in May 2023, I have only been to Los Angeles twice for business: once in July 2023 and once in January 2024. Apart from those two trips, I have not made any other trips to California for business since taking my current position at the NFL.

9.      I was deposed by the Plaintiffs in this matter on two separate days in July 2022, once as a Rule 30(b)(6) witness, and once in my personal capacity.

                              *       *       *

I declare under penalty of perjury under the laws of the United States of

Declaration of Hans Schroeder in Support of The NFL Defendants' Motion to Quash Plaintiffs' Trial Subpoena

1   America that the foregoing is true and correct.

2       EXECUTED on this 18th day of April, 2024, in New York, NY.

3

4   Dated: April 18, 2024                    By:

5                                                Hans Schroeder

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Error! Unknown document property name.