Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (SKx) <br><br> **JOINT STIPULATION FOR ORDER EXCUSING THE PARTIES FROM DISCLOSING GRAPHIC AND ILLUSTRATIVE MATERIAL PURSUANT TO L.R. 16-3** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE: Hon. Philip S. Gutierrez <br> PRETRIAL CONFERENCE: 5/17/2024 <br> TRIAL DATE: 6/5/2024 <br> COURTROOM: First Street Courthouse <br> 350 West 1st Street <br> Courtroom 6A <br> Los Angeles, CA 90012 |

WHEREAS, this matter is presently scheduled for trial to commence on June 5, 2024;

WHEREAS, Local Rule 16-3, entitled "Disclosure of Graphic and Illustrative Material," requires the parties to disclose copies of all graphic or illustrative material to be shown the trier of fact as illustrating the testimony of a witness at least eleven days before trial;

WHEREAS, counsel for Plaintiffs and the NFL Defendants have met and conferred regarding pretrial deadlines and agree that an order excusing the parties from the requirement to disclose graphic and illustrative materials will give the parties and the Court increased flexibility in the weeks leading up to, and during the course of, trial;

NOW THEREFORE, Plaintiffs and the NFL Defendants, by and through their respective counsel, hereby stipulate and agree, subject to the Court's approval, that the parties are excused from the requirement to disclose graphic and illustrative materials pursuant to Local Rule 16-3.

Dated:  April 23, 2024               Respectfully submitted,

By:   */s/ Marc M. Seltzer*
       Marc M. Seltzer

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Kalpana Srinivasan (237460)
ksrinivasan@susmangodfrey.com
Amanda Bonn (270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P

|   |   |
|---|---|
| 1 | One Manhattan West |
| 2 | New York, NY 10001<br>Tel: (212) 336-8330<br>Fax: (212) 336-8340 |
| 3 | Ian M. Gore (*Pro Hac Vice*) |
| 4 | igore@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 5 | 401 Union Street, Suite 3000<br>Seattle, WA 98101 |
| 6 | Tel: (206) 505-3841<br>Fax: (206) 516-3883 |
| 7 | Scott Martin (*Pro Hac Vice*) |
| 8 | smartin@hausfeld.com<br>HAUSFELD LLP |
| 9 | 33 Whitehall Street, 14th Floor<br>New York, NY 10004 |
| 10 | Tel: (646) 357-1100<br>Fax: (212) 202-4322 |
| 11 | Christopher L. Lebsock (184546) |
| 12 | clebsock@hausfeld.com<br>Samuel Maida (333835) |
| 13 | smaida@hausfeld.com<br>HAUSFELD LLP |
| 14 | 600 Montgomery St., Suite 3200<br>San Francisco, CA 94111 |
| 15 | Tel: (415) 633-1908<br>Fax: (415) 633-4980 |
| 16 | Sathya S. Gosselin (269171) |
| 17 | sgosselin@hausfeld.com<br>Farhad Mirzadeh (*Pro Hac Vice*) |
| 18 | fmirzadeh@hausfeld.com<br>HAUSFELD LLP |
| 19 | 888 16th Street, N.W., Suite 300<br>Washington, DC 20006 |
| 20 | Tel: (202) 540-7200<br>Fax: (202) 540-7201 |
| 21 | Howard Langer (*Pro Hac Vice*) |
| 22 | hlanger@langergrogan.com<br>Edward Diver (*Pro Hac Vice*) |
| 23 | ndiver@langergrogan.com<br>Peter Leckman (235721) |
| 24 | pleckman@langergrogan.com<br>Kevin Trainer (*Pro Hac Vice*) |
| 25 | ktrainer@langergrogan.com<br>LANGER GROGAN AND DIVER PC |
| 26 | 1717 Arch Street, Suite 4020<br>Philadelphia, PA 19103 |
| 27 | Tel: (215) 320-5660<br>Fax: (215) 320-5703 |
| 28 | *Plaintiffs' Co-Lead Counsel* |

/s/ *Beth A. Wilkinson*
Rakesh N. Kilaru (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

4

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*