Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668-PSG (SKx) |
| | **AMENDED JOINT WITNESS LIST** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE: Hon. Philip S. Gutierrez |
| | PRETRIAL CONFERENCE: 5/17/2024 TIME: 2:30 p.m. |
| | TRIAL DATE: 6/5/2024 |
| | COURTROOM: First Street Courthouse 350 West 1st Street Courtroom 6A Los Angeles, CA 90012 |

1    Pursuant to Local Rule 16-5, the Court's Standing Orders, and the parties'
2    Local Rule 16-2 conference, the parties hereby submit the following witness list
3    indicating those witnesses whom they expect to call at trial or may call if need
4    arises, either in person or by deposition.

5    Each party reserves the right not to call or present testimony from any
6    witness and the order in which the witnesses are listed is not necessarily the order in
7    which witnesses will be called at trial. Each party also reserves the right to call
8    witnesses identified by the other party. Each party further reserves the right to play
9    the video deposition of any witness listed as a live witness should that witness
10   ultimately be unable to testify live. The below list does not necessarily include all
11   witnesses whom the parties may call at trial for impeachment purposes only.

13   **Plaintiffs' Will Call List**

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Eugene Lennon | Mr. Lennon will testify regarding Plaintiff Gael Pub's subscription to Sunday Ticket and the harm caused by Defendants' conduct. Mr. Lennon and Mr. Baker are the only commercial class representatives.<br><br>Format: Live | 0.75 hr |
| Jason Baker | Mr. Baker will testify regarding Plaintiff Mucky Duck's subscription to Sunday Ticket and the harm caused by Defendants' conduct. Mr. Baker and Mr. Lennon are the only commercial class representatives.<br><br>Format: Live | 0.75 hr |

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Jonathan Frantz | Mr. Frantz will testify regarding his subscription to Sunday Ticket and the harm caused by Defendants' conduct. Mr. Frantz and Mr. Lippincott are the only residential class representatives.<br><br>Format: Live | 0.75 hr |
| Robert Lippincott | Mr. Lippincott will testify regarding his subscription to Sunday Ticket and the harm caused by Defendants' conduct. Mr. Lippincott and Mr. Frantz are the only residential class representatives.<br><br>Format: Live | 0.75 hr |
| Sarah Butler | Ms. Butler is an expert on consumer surveys and will testify regarding her review of pricing studies conducted by the NFL and other parties, the conjoint survey she conducted for this case, and the conclusions she reached from that survey.<br><br>Format: Live | 1.5 hr |
| Doug Zona | Dr. Zona is an expert in econometric modeling and will testify regarding his modeling of the total volume of business for Sunday Ticket during the class period, and his modeling of the but-for price for Sunday Ticket absent DirecTV's exclusivity.<br><br>Format: Live | 1.5 hr |

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Daniel Rascher | Dr. Rascher is an expert economist with an emphasis on sports economics. Dr. Rascher will testify regarding the challenged restraints, the anticompetitive harm of Defendants' conduct, the NFL's proffered procompetitive justifications, the but-for world absent the challenged restraints, and the calculation of class-wide damages.<br><br>Format: Live | 2.5 hr |
| NFL 30(b)(6) Corporate Representatives | Deposition testimony offered by the NFL Defendants' designated corporate representatives regarding the structure of the National Football League, league policies regarding game broadcasts, the NFL's agreements with broadcasters and DirecTV, the NFL's analyses and studies regarding Sunday Ticket and NFL game telecasts, league policies regarding revenue sharing, the creation and distribution of NFL RedZone, the sharing of subscriber data with the NFL, and the NFL's recent negotiations regarding the rights to Sunday Ticket.<br><br>Format: By Deposition | 1 hr |
| Jerry Jones | Mr. Jones is the owner of the Dallas Cowboys and has been a member of the NFL's broadcast/media committees. Mr. Jones will testify regarding the rights of NFL teams to license game broadcasts and trademarks and the distribution of out-of-market games on television.<br><br>Format: Live or By Deposition | 0.5 hr |

4

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Robert Kraft | Mr. Kraft is the owner of the New England Patriots and has been a member of the NFL's broadcast/media committees. Mr. Kraft will testify regarding the NFL's distribution of out-of-market games on television through Sunday Ticket, including the exclusive distribution arrangement of Sunday Ticket in the United States and the packages offered through Sunday Ticket.<br><br>Format: Live or By Deposition | 0.75 hr |
| Brian Rolapp | Mr. Rolapp is the NFL's Chief Media Officer. Mr. Rolapp will testify about league policies regarding the licensing of game broadcasts, the impact of the NFL's agreements with television networks on the distribution of out-of-market games, the popularity of NFL football, the NFL's relationship with DirecTV regarding Sunday Ticket, and the NFL's latest negotiations regarding the rights to Sunday Ticket.<br><br>Format: Live or By Deposition | 1.5 hr |
| Hans Schroeder | Mr. Schroeder is Executive Vice President of Media Distribution. Mr. Schroeder will testify regarding the impact of the NFL's agreements with television networks on the distribution of out-of-market games, the popularity and viewership trends of NFL football games on television, the NFL's analysis of various distribution models for out-of-market games, the provisions of the NFL's agreements with broadcasters, and competitive balance.<br><br>Format: Live or By Deposition | 1.5 hr |

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Brent Lawton | Mr. Lawton is NFL Vice President of Media Strategy. Mr. Lawton will testify about the league's distribution of out-of-market games, including the impact of the NFL's agreements with television networks on their distribution, the NFL's studies regarding market demand for out-of-market games, and the NFL's relationship with DirecTV regarding Sunday Ticket.<br><br>Format: By Deposition | 0.5 hr |
| Steve Bornstein | Mr. Bornstein is a former CEO of the NFL Network and executive vice president of NFL Media. Mr. Bornstein will testify about the popularity of NFL game telecasts, the creation and distribution of NFL RedZone, and league policies regarding game broadcasts.<br><br>Format: Live or By Deposition | 1.5 hr |
| Frank Hawkins | Mr. Hawkins is a former NFL executive. Mr. Hawkins will testify regarding the creation of Sunday Ticket, the nature of sports programming on television, and the NFL's historical relationships with CBS and Fox.<br><br>Format: By Deposition | 0.5 hr |
| Paul Tagliabue | Mr. Tagliabue is a former NFL Commissioner. Mr. Tagliabue will testify regarding the creation of Sunday Ticket and the exclusive arrangement with DirecTV for Sunday Ticket.<br><br>Format: By Deposition | 0.5 hr |

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Michael White | Mr. White is a former CEO of DirecTV. Mr. White will testify regarding the importance of Sunday Ticket from DirecTV's perspective, DirecTV's objectives in negotiating with the NFL, and DirecTV's business practices.<br><br>Format: By Deposition | 0.5 hr |
| James Dyckes | Mr. Dyckes is DirecTV Vice President of Marketing. Mr. Dyckes will testify regarding the working relationship between the NFL and DirecTV in distributing Sunday Ticket and DirecTV's marketing of Sunday Ticket.<br><br>Format: By Deposition | 0.5 hr |
| Robert Stecklow | Mr. Stecklow is a former Senior Director of Sports Strategy for DirecTV. Mr. Stecklow will testify regarding DirecTV's marketing of Sunday Ticket and DirecTV's working relationship with the NFL regarding Sunday Ticket.<br><br>Format: By Deposition | 0.5 hr |
| Alex Kaplan | Mr. Kaplan is the CEO of EverPass Media. Mr. Kaplan was also a Senior Vice President of Revenue and Marketing at DirecTV responsible for, among other things, work associated with NFL Sunday Ticket. Mr. Kaplan may testify about the relationship between the NFL and DirecTV, DirecTV's understanding of its agreements with the NFL, the creation and structure of EverPass Media, and the current distribution of Sunday Ticket to commercial subscribers through EverPass Media.<br><br>Format: By Deposition | 0.5 hr |

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Sean McManus | Mr. McManus is the President of CBS Sports. Mr. McManus will testify regarding the relationship between CBS and the NFL, contract negotiations between CBS and the NFL, the programming offered by CBS Sports, and the importance of offering NFL content for CBS Sports.<br><br>Format: Live or By Deposition | 0.5 hr |
| Larry Jones | Mr. Jones is the Executive Vice President of FOX Sports. Mr. Jones will testify regarding the relationship between FOX and the NFL, contract negotiations between FOX and the NFL, the programming offered by FOX Sports, and the importance of offering NFL content for FOX Sports.<br><br>Format: Live or By Deposition | 1 hr |
| Goldman Sachs 30(b)(6) Corporate Representatives | Deposition testimony offered by Goldman Sachs' designated corporate representative regarding negotiations surrounding Project Hoya.<br><br>Format: By Deposition | 0.5 hr |
| Apple 30(b)(6) Corporate Representatives | Deposition testimony offered by Apple's designated corporate representatives regarding Apple's negotiations with the NFL regarding Sunday Ticket and Project Hoya.<br><br>Format: By Deposition | 0.5 hr |

**Plaintiffs' May Call List**

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Len DeLuca* | Mr. DeLuca is an expert in the media industry with an emphasis on sports broadcasting. Mr. DeLuca will testify regarding the state of the media industry in the but-for world absent the challenged restraints. Mr. DeLuca will also testify regarding the NFL's proffered procompetitive justifications as they relate to the media industry.<br><br>Format: Live | 1 hr |
| Einer Elhauge* | Mr. Elhauge is an expert economist. Mr. Elhauge will testify in response to the opinions offered by Douglas Bernheim, who the NFL intends to present as an expert witness in this case. Mr. Elhauge will testify regarding the proper characterization of the challenged restraints and the agreements entered into by the Defendants, market definition, market power, and the NFL's proffered procompetitive justifications.<br><br>Format: Live | 1 hr |
| B. Douglas Bernheim* | Dr. Bernheim has been disclosed by the NFL as a potential expert witness in this litigation. Dr. Bernheim may testify regarding the anticompetitive harm of the NFL's conduct and the NFL's claimed procompetitive justifications.<br><br>Format: Live | 1 hr |
| Ali Yurukoglu* | Dr. Yurukoglu has been disclosed by the NFL as a potential expert witness in this litigation. Dr. Yurukoglu may testify regarding econometric modeling of the but-for world absent Defendants' anticompetitive conduct.<br><br>Format: Live | 1 hr |

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Nancy Mathiowetz* | Dr. Mathiowetz has been disclosed by the NFL as a potential expert witness in this litigation. Dr. Mathiowetz may testify regarding conjoint surveys of consumer preferences regarding NFL game viewership.<br><br>Format: Live | 1 hr |
| Neal Pilson* | Mr. Pilson has been disclosed by the NFL as a potential expert witness in this litigation. Mr. Pilson may testify regarding the media industry, the NFL's role in the media industry, and the but-for world absent the challenged restraints.<br><br>Format: Live | 1 hr |
| Amanda Lotz* | Dr. Lotz has been disclosed by the NFL as a potential expert witness in this litigation. Dr. Lotz may testify regarding the media industry, the NFL's role in the media industry, and the but-for world absent the challenged restraints.<br><br>Format: Live | 1 hr |

## NFL Defendants' Will Call List

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Jason Baker | Mucky Duck Tavern is a class representative of the commercial subscriber class. The NFL Defendants intend to call Mr. Jason Baker, owner of the Mucky Duck Tavern, to provide live testimony on the following subjects: his ownership of the Mucky Duck Tavern; its business model; its subscriptions to various entertainment products, including but not limited to the NFL Sunday Ticket package; and the benefits of subscribing to the NFL Sunday Ticket package.<br><br>Format: Live | 0.5 hr |
| Dr. B. Douglas Bernheim | The NFL Defendants intend to call Dr. B. Douglas Bernheim to provide live expert opinion testimony on the following subjects: the cooperation required to broadcast NFL football games; procompetitive benefits of the NFL's system for distributing NFL football games, including but not limited to the NFL Sunday Ticket package; flaws in Plaintiffs' experts' assessment of the challenged agreements and their proposed But-For Worlds; any other topics covered in Dr. Bernheim's expert report; and rebuttal testimony to any testimony provided by Plaintiffs' experts.<br><br>Format: Live | 2 hr |

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Jonathan Frantz | The NFL Defendants intend to call Mr. Jonathan Frantz, class representative of the residential class, to provide live testimony on the following subjects: his views of the NFL, its member Clubs, other sports, and the NFL's system for distributing NFL football games and NFL content, including but not limited to the NFL Sunday Ticket package; his options for accessing NFL content; and his subscriptions to various entertainment products, including but not limited to DirecTV and the NFL Sunday Ticket package.<br><br>Format: Live | 0.5 hr |
| Roger Goodell | The NFL Defendants intend to call Mr. Roger Goodell, Commissioner of the NFL, to provide live testimony on the following subjects: his role at the NFL; the relationship between the NFL and the NFL Clubs; the production and broadcast of NFL football games and NFL content; the distribution of NFL football games and NFL content, including but not limited to the NFL Sunday Ticket package; the NFL's agreements and relationship with its broadcasting partners; the benefits of the NFL's broadcasting system; and the NFL's commitment to fans.<br><br>Format: Live | 0.75 hr |

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Lawrence Jones | The NFL Defendants intend to call Mr. Lawrence Jones, Executive Vice President of FOX Sports, to provide live testimony on the following subjects: his role at FOX; FOX's relationship with the NFL and other sports partners; FOX's production and broadcast of NFL football games and of other sports programming; the economics of sports broadcasting; and FOX's agreement to permit the redistribution of its Sunday afternoon football game broadcasts as part of the NFL Sunday Ticket package.<br><br>Format: Live | 0.75 hr |
| Eugene Lennon | Gael Pub is a class representative of the commercial subscriber class. The NFL Defendants intend to call Mr. Eugene Lennon, prior owner and operator of Gael Pub, to provide live testimony on the following subjects: his ownership of Gael Pub; its business model; its subscriptions to various entertainment products, including but not limited to the NFL Sunday Ticket package; and the benefits of subscribing to the NFL Sunday Ticket package.<br><br>Format: Live | 0.5 hr |

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Robert Lippincott, Jr. | The NFL Defendants intend to call Mr. Robert Lippincott, class representative of the residential class, to provide live testimony on the following subjects: his views of the NFL, its member Clubs, other sports, and the NFL's system for distributing NFL football games and NFL content, including but not limited to the NFL Sunday Ticket package; his options for accessing NFL content; and his subscriptions to various entertainment products, including but not limited to DirecTV and the NFL Sunday Ticket package.<br><br>Format: Live | 0.5 hr |
| Dr. Nancy Mathiowetz | The NFL Defendants intend to call Dr. Nancy Mathiowetz to provide live expert opinion testimony on the following subjects: the design flaws of, and the resulting unreliability of the data for, the study conducted by Plaintiffs' expert Sarah Butler; any other topics covered by Dr. Mathiowetz's expert report; and rebuttal testimony to any testimony provided by Plaintiffs' experts.<br><br>Format: Live | 1 hr |
| Sean McManus | The NFL Defendants intend to call Mr. Sean McManus, Chair of CBS Sports, to provide live testimony on the following subjects: his role at CBS; CBS' relationship with the NFL and its other sports partners; CBS' production and broadcast of NFL football games and of other sports programming; the economics of sports broadcasting; and CBS' agreement to permit the redistribution of its Sunday afternoon football game broadcasts as part of the NFL Sunday Ticket package.<br><br>Format: Live | 0.75 hr |

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Brian Rolapp | The NFL Defendants intend to call Mr. Brian Rolapp, Chief Media and Business Officer for the NFL, to provide live testimony on the following subjects: his role at the NFL; the relationship between the NFL and the NFL Clubs; the production and broadcast of NFL football games and NFL content; the distribution of NFL football games and NFL football game content, including but not limited to the NFL Sunday Ticket package; the NFL's agreements and relationship with its broadcasting partners; the benefits of the NFL's broadcasting system; and the NFL's commitment to fans.<br><br>Format: Live | 3 hr |
| Cathy Yancy | The NFL Defendants intend to call Ms. Cathy Yancy, Vice President of Rights, Policies, & Compliance for the NFL, to provide live testimony on the following subjects: her role at the NFL; the production and broadcast of NFL football games and NFL content; and the process by which the NFL ensures compliance with the terms of its agreements with its broadcasting partners as related to the broadcasting of NFL football games.<br><br>Format: Live | 0.75 hr |
| Dr. Ali Yurukoglu | The NFL Defendants intend to call Dr. Ali Yurukoglu to provide live expert opinion testimony on the following subjects: flaws in Plaintiffs' experts' economic models, their assessment of the challenged agreements, and their proposed But-For Worlds; any other topics covered in Dr. Yurukoglu's expert report; and rebuttal testimony to any testimony provided by Plaintiffs' experts.<br><br>Format: Live | 1.5 hr |

**NFL Defendants' May Call List**

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Charles "Chase" Carey* | The NFL Defendants may call Mr. Charles "Chase" Carey, former President and CEO of DirecTV, to provide testimony through video deposition on the following subjects: his roles at DirecTV and at FOX; the economics of sports broadcasting; DirecTV's relationship with the NFL; the agreement(s) between the NFL and DirecTV for the NFL Sunday Ticket package; DirecTV's investment and innovations related to the NFL Sunday Ticket package; and DirecTV's pricing and packaging decisions regarding the NFL Sunday Ticket package.<br><br>Format: By Deposition | 0.5 hr |
| DirecTV 30(b)(6) Corporate Representatives* | The NFL Defendants may call DirecTV 30(b)(6) Corporate Representatives to provide testimony through video deposition on the following subjects: DirecTV's relationship with the NFL; the agreements between the NFL and DirecTV for the NFL Sunday Ticket package; DirecTV's investment and innovations related to the NFL Sunday Ticket package; and DirecTV's pricing and packaging decisions regarding the NFL Sunday Ticket package.<br><br>Format: By Deposition | 0.4 hr |

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Jon Cruz* | The NFL Defendants may call Mr. Jon Cruz, Director and Global Head of Sports Partnerships for YouTube, to provide testimony through video deposition on the following subjects: his role at YouTube; the streaming of live sports; the agreement between the NFL and Google for the NFL Sunday Ticket package; Google's pricing and packaging decisions regarding the NFL Sunday Ticket package; and subscription numbers for the NFL Sunday Ticket package on YouTube. Format: By Deposition | 0.3 hr |
| James Dyckes* | The NFL Defendants may call Mr. James Dyckes, former Vice President of Revenue Marketing for DirecTV, to provide testimony through video deposition on the following subjects: DirecTV's relationship with the NFL; the agreements between the NFL and DirecTV for the NFL Sunday Ticket package; DirecTV's investment and innovations related to the NFL Sunday Ticket package; and DirecTV's pricing and packaging decisions regarding the NFL Sunday Ticket package. Format: By Deposition | 0.5 hr |
| Frank Hawkins* | The NFL Defendants may call Mr. Frank Hawkins, former Senior Vice President of Business Affairs at the NFL, to provide testimony through video deposition on the following subjects: his role at the NFL; the history of the NFL Sunday Ticket package; and the distribution of NFL football games and NFL football game content, including but not limited to the NFL Sunday Ticket package. Format: By Deposition | 0.4 hr |

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Jerry Jones* | The NFL Defendants may call Mr. Jerry Jones, owner of the Dallas Cowboys, to provide live testimony or testimony through video deposition on the following subjects: his role as owner of the Dallas Cowboys; his role in NFL broadcasting decisions; the relationship between the Dallas Cowboys, the NFL, and the other NFL Clubs; the NFL's system of distributing NFL football games and NFL content, including but not limited to the NFL Sunday Ticket package; the impact of the NFL's system of distributing NFL football games and NFL content on individual Clubs; the benefits of the NFL's broadcasting system; and the NFL's commitment to fans.<br><br>Format: Live or By Deposition | 0.75 hr |
| Alex Kaplan* | The NFL Defendants may call Mr. Alex Kaplan, CEO of EverPass Media, to provide testimony through video deposition on the following subjects: his role at EverPass; EverPass' relationship with the NFL; EverPass' relationship and agreements with DirecTV and other distribution partners; and issues related to the distribution of sports programming for commercial entities.<br><br>Format: By Deposition | 0.3 hr |

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Robert Kraft* | The NFL Defendants may call Mr. Robert Kraft, owner of the New England Patriots, to provide live testimony or testimony through video deposition on the following subjects: his role as owner of the New England Patriots; his role in NFL broadcasting decisions; the relationship between the New England Patriots, the NFL, and the other Clubs; the NFL's system of distributing NFL football games and NFL content, including but not limited to the NFL Sunday Ticket package; the impact of the NFL's system of distributing NFL football games and NFL content on individual Clubs; the benefits of the NFL's broadcasting system; and the NFL's commitment to fans.<br><br>Format: Live or By Deposition | 0.75 hr |
| Brent Lawton* | The NFL Defendants may call Mr. Brent Lawton, Vice President of Media Strategy & Business Development for the NFL, to provide testimony through video deposition on the following subjects: his role at the NFL; the distribution of NFL football games and NFL content, including but not limited to the NFL Sunday Ticket package; and the NFL's relationship with DirecTV.<br><br>Format: By Deposition | 0.5 hr |

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Dr. Amanda Lotz* | The NFL Defendants may call Dr. Amanda Lotz to provide live expert opinion testimony on the following subjects: methods of content distribution in media industries; market dynamics in broadcast industry negotiations; flaws in Plaintiffs' experts' assessment of the challenged agreements and their proposed But-For Worlds; any other topics covered in Dr. Lotz's expert report; and rebuttal testimony to any testimony provided by Plaintiffs' experts.<br><br>Format: Live | 1 hr |
| Burke Magnus* | The NFL Defendants may call Mr. Burke Magnus, President of Content for ESPN, to provide testimony through video deposition on the following subjects: his role at ESPN; ESPN's relationship and agreements with the NFL and other sports partners; ESPN's production and broadcast of NFL football games and of other sports programming; and the economics of sports broadcasting.<br><br>Format: By Deposition | 0.4 hr |
| David Pietrycha* | The NFL Defendants may call Mr. David Pietrycha, Executive Vice President of Strategy and Business Development for NBCUniversal's TV and Streaming Group, to provide testimony through video deposition on the following subjects: his role at NBC; NBC's relationship and agreements with the NFL and other sports partners; NBC's production and broadcast of NFL football games and other sports programming; and the economics of broadcast television.<br><br>Format: By Deposition | 0.3 hr |

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Neal Pilson* | The NFL Defendants may call Mr. Neal Pilson, Former President of CBS Sports, to provide live expert opinion testimony on the following subjects: the NFL's system for distributing NFL football games and NFL content; the economics of sports broadcasting; flaws in Plaintiffs' experts' assessment of the challenged agreements and their proposed But-For Worlds; any other topics covered in Mr. Pilson's expert report; and rebuttal testimony to any testimony provided by Plaintiffs' experts.<br><br>Format: Live | 1 hr |
| Hans Schroeder* | The NFL Defendants may call Mr. Hans Schroeder, Executive Vice President of Media Distribution, to provide testimony through video deposition on the following subjects: his role at the NFL; the production and broadcast of NFL football games and NFL content; the distribution of NFL football games and NFL content, including but not limited to the NFL Sunday Ticket package; and the NFL's relationship with its broadcasting partners.<br><br>Format: By Deposition[1] | 0.5 hr |

---

[1] The NFL Defendants reserve the right to call Hans Schroeder as a live witness at trial should the Court deny the motion to quash his trial subpoena.

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Justin Smith* | The NFL Defendants may call Mr. Justin Smith, Senior Vice President of Content Acquisition for Comcast Cable, to provide testimony through video deposition on the following subjects: his role at Comcast; Comcast's relationship with the NFL and other sports partners; the economics of sports programming; and the distribution of cable television.<br><br>Format: By Deposition | 0.25 hr |
| Robert Thun* | The NFL Defendants may call Mr. Robert Thun, Chief Content Officer for DirecTV, to provide testimony through video deposition on the following subjects: his role at DirecTV; DirecTV's relationship with the NFL; the agreement(s) between the NFL and DirecTV for the NFL Sunday Ticket package; DirecTV's investment and innovations related to the NFL Sunday Ticket package; and DirecTV's pricing and packaging decisions regarding the NFL Sunday Ticket package.<br><br>Format: By Deposition | 0.5 hr |
| Michael White* | The NFL Defendants may call Mr. Michael White, former Chairman and CEO of DirecTV, to provide testimony through video deposition on the following subjects: his role at DirecTV; DirecTV's relationship with the NFL; the agreement(s) between the NFL and DirecTV for the NFL Sunday Ticket package; DirecTV's investment and innovations related to the NFL Sunday Ticket package; and DirecTV's pricing and packaging decisions regarding the NFL Sunday Ticket package.<br><br>Format: By Deposition | 0.4 hr |

| Witness Name | Description | Direct Time Estimate |
|---|---|---|
| Daniel York* | The NFL Defendants may call Mr. Daniel York, Chief Content Officer for DirecTV, to provide testimony through video deposition on the following subjects: his role at DirecTV; the agreement(s) between the NFL and DirectTV for the NFL Sunday Ticket package; DirecTV's investment and innovations related to the NFL Sunday Ticket package; and the importance of exclusivity to DirecTV.<br><br>Format: By Deposition | 0.4 hr |

Dated:  April 23, 2024              Respectfully submitted,


By: */s/ Marc M. Seltzer*
    Marc M. Seltzer

    Marc M. Seltzer (54534)
    mseltzer@susmangodfrey.com
    Kalpana Srinivasan (237460)
    ksrinivasan@susmangodfrey.com
    Amanda Bonn (270891)
    abonn@susmangodfrey.com
    Eliza Finley (301318)
    efinley@susmangodfrey.com
    **SUSMAN GODFREY L.L.P.**
    1900 Avenue of the Stars, Suite 1400
    Los Angeles, CA 90067
    Tel: (310) 789-3100
    Fax: (310) 789-3150

    William C. Carmody (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
    Seth Ard (*Pro Hac Vice*)
    sard@susmangodfrey.com
    Tyler Finn (*Pro Hac Vice*)
    tfinn@susmangodfrey.com
    **SUSMAN GODFREY L.L.P**
    One Manhattan West
    New York, NY 10001
    Tel: (212) 336-8330
    Fax: (212) 336-8340

    Ian M. Gore (*Pro Hac Vice*)
    igore@susmangodfrey.com
    **SUSMAN GODFREY L.L.P.**

401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfled.com
Samuel Maida (333835)
smaida@hausfeld.com
**HAUSFELD LLP**
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
**LANGER GROGAN AND DIVER PC**
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

By: */s/ Beth A. Wilkinson*
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)

24

**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*