# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**ORDER GRANTING JOINT STIPULATION TO USE ELECTRONIC EQUIPMENT DKT [1295]**<br>Judge: Hon. Philip S. Gutierrez<br>Motion in Limine Hearing: 4/26/24 at 10:00 a.m.<br>Final Pretrial Conference: 5/17/24 at 2:30 p.m.<br>Courtroom: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pursuant to the Joint Stipulation of Plaintiffs and the NFL Defendants, the Court hereby permits the use of electronic equipment in the courtroom at (1) the April 26, 2024 hearing on the parties' Motions in Limine set for argument pursuant to Dkt. No. 1263 and Plaintiffs' Motion to Compel the Production of Documents Improperly Withheld as Privileged and for Limited Related Discovery, as well as (2) the May 17, 2024 Final Pretrial Conference.

**IT IS SO ORDERED.**

Dated: April 23, 2024

_____
PHILIP S. GUTIERREZ
United Sates District Judge