# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER EXCUSING THE PARTIES FROM DISCLOSING GRAPHIC AND ILLUSTRATIVE MATERIAL PURSUANT TO L.R. 16-3 DKT [1296]**<br>Judge: Hon. Philip S. Gutierrez<br>Final Pretrial Conference:   5/17/24 at 2:30 p.m.<br>Trial Date: 6/5/2024<br>Courtroom: First Street Courthouse<br>　　　　　　350 West 1st Street<br>　　　　　　Courtroom 6A<br>　　　　　　Los Angeles, CA 90012 |

Pursuant to the parties' Joint Stipulation for Order Excusing the Parties From Disclosing Graphic and Illustrative Material Pursuant to L.R. 16-3, the Court hereby excuses the parties from the requirements set forth in Local Rule 16-3.

**IT IS SO ORDERED.**

Dated: April 23, 2024

_____
PHILIP S. GUTIERREZ
United Sates District Judge