Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**DECLARATION OF IAN M. GORE IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO NFL DEFENDANTS' MOTION TO QUASH PLAINTIFFS' TRIAL SUBPOENA**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>DATE: May 17, 2024<br>TIME: 10:00 a.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

I, Ian M. Gore, declare as follows:

I am a partner in the law firm Susman Godfrey L.L.P. and represent Plaintiffs in this litigation. I submit this declaration in support of Plaintiffs' Memorandum in Opposition to NFL Defendants' Motion to Quash Plaintiffs' Trial Subpoena. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

1. Attached hereto as Exhibit 1 is a true and correct copy of a May 12, 2022, letter from counsel for NFL Defendants to counsel for Plaintiffs concerning limitations on depositions for certain witnesses of NFL Defendants.

2. Attached hereto as Exhibit 2 is a true and correct copy of a May 30, 2017, email exchange between Hans Schroeder and Brent Lawton produced by the NFL with the Bates number NFL_0888454.

3. Attached hereto as Exhibit 3 is a true and correct copy of transcript excerpts from the deposition of NFL witness Hans Schroeder, taken on July 29, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 26th day of April 2024 in Seattle, Washington.

DATED: April 26, 2024                    By: /s/ Ian M. Gore
                                              Ian M. Gore