# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>JUDGE: Hon. Philip S. Gutierrez<br><br>DATE: May 17, 2024<br>TIME: 10:00 p.m.<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1.   The sealed Declaration of Ian M. Gore in Support of Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal.

2.   The unredacted version of the Memorandum in Opposition to the NFL Defendants' Motion to Quash Plaintiffs' Trial Subpoena.

3.   The sealed version of Exhibit 2 to the Declaration of Ian M. Gore in Support of Plaintiffs' Opposition to the NFL Defendants' Motion to Quash Plaintiffs' Trial Subpoena.

4.   The sealed version of Exhibit 3 to the Declaration of Ian M. Gore in Support of Plaintiffs' Opposition to the NFL Defendants' Motion to Quash Plaintiffs' Trial Subpoena.

IT IS SO ORDERED.

Dated: _____          _____
                                        PHILIP S. GUTIERREZ
                                        United States District Judge