UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | LA ML 15-2668-PSG (SKx) | Date | May 2, 2024 |
|---|---|---|---|
| Title | In re National Football Leagues Sunday Ticket Antitrust Litigation | | |

PRESENT: **HONORABLE PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE**

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marc Seltzer | Beth Wilkinson |
| Kalpana Srinivasian | Rakesh Kilaru |
| Eliza Finley | John Playsorth |
| Ian Gore | Max Warren |

**PROCEEDING:** HEARING ON MOTIONS IN LIMIINE

Case is called and appearances made. The Court invites counsel to present argument on Defendants' MIL 1 to Exclude Evidence and Argument Regarding Revenue Sharing [1103], Defendants' MIL 2 to Exclude Reference to Prior Lawsuits not Involving Either Party [1108], and Defendants' MIL 7 to Exclude Certain Rebuttal Testimony from Einer Elhauge [1126]. A separate Court order shall issue.

In addition, the Final Pretrial Conference currently set for May 17, 2024 is advanced to May 16, 2024.

**IT IS SO ORDERED.**