# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION TO FILE PRE-TRIAL CONFERENCE ORDER [1324]**<br><br>Judge: Hon. Philip S. Gutierrez<br>Final Pretrial Conference:   5/16/24 at 2:30 p.m.<br>Trial:  6/5/24 at 9:00 a.m.<br>Courtroom: First Street Courthouse<br>         350 West 1st Street<br>         Courtroom 6A<br>         Los Angeles, CA 90012 |

Pursuant to the Joint Stipulation of Plaintiffs and the NFL Defendants, the Court hereby grants the extension for Plaintiffs to file the proposed Pre-Trial Conference Order and proposed voir dire questions on May 10, 2024.

**IT IS SO ORDERED.**

Dated: May 7, 2024

_____
PHILIP S. GUTIERREZ
United States District Judge