Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 2:15-ml-02668−PSG (SKx)<br><br>**JOINT STIPULATION REGARDING JUROR QUESTIONNAIRE**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>PRETRIAL CONFERENCE: 5/16/2024<br>TRIAL DATE: 6/5/2024<br>COURTROOM: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

1     WHEREAS, the Court's Civil Jury Trial Order states that "[c]ounsel may, but need not, submit brief proposed voir dire questions for the jury seven (7) calendar days before the Pretrial Conference";

    WHEREAS, counsel for Plaintiffs and the NFL Defendants have met and conferred regarding a proposed juror questionnaire to be used during the voir dire process; and

    WHEREAS, the parties have reached agreement on the form of a two-page juror questionnaire to be used during the voir dire process;

    NOW THEREFORE, Plaintiffs and the NFL Defendants, by and through their respective counsel, hereby stipulate and agree, subject to the Court's approval, to the attached juror questionnaire to be used during the voir dire process.

Dated: May 9, 2024      Respectfully submitted,

    By:   */s/ Marc M. Seltzer*
         Marc M. Seltzer

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Kalpana Srinivasan (237460)
ksrinivasan@susmangodfrey.com
Amanda Bonn (270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
One Manhattan West
New York, NY 10001
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)
smaida@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

/s/ *Beth A. Wilkinson*

Rakesh N. Kilaru (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)

3

|   |   |
|---|---|
| 1 | Jeremy S. Barber (admitted *pro hac vice*) |
|   | Max J. Warren (admitted *pro hac vice*) |
| 2 | **WILKINSON STEKLOFF LLP** |
| 3 | 2001 M Street NW, 10th Floor |
|   | Washington, DC 20036 |
| 4 | Telephone: (202) 847-4000 |
|   | Facsimile: (202) 847-4005 |
| 5 | rkilaru@wilkinsonstekloff.com |
| 6 | bwilkinson@wilkinsonstekloff.com |
|   | bstekloff@wilkinsonstekloff.com |
| 7 | jbarber@wilkinsonstekloff.com |
| 8 | mwarren@wilkinsonstekloff.com |
| 9 |   |
|   | Neema T. Sahni (Bar No. 274240) |
| 10 | **COVINGTON & BURLING LLP** |
| 11 | 1999 Avenue of the Stars |
|   | Suite 1500 |
| 12 | Los Angeles, CA 90067-6045 |
| 13 | Telephone: (424) 332-4800 |
|   | Facsimile: (424) 332-4749 |
| 14 | nsahni@cov.com |
| 15 |   |
|   | Gregg H. Levy (admitted *pro hac vice*) |
| 16 | Derek Ludwin (admitted *pro hac vice*) |
| 17 | John S. Playforth (admitted *pro hac vice*) |
|   | **COVINGTON & BURLING LLP** |
| 18 | One CityCenter |
| 19 | 850 Tenth Street NW |
|   | Washington, DC 20001 |
| 20 | Telephone: (202) 662-6000 |
| 21 | Facsimile: (202) 662-6291 |
|   | glevy@cov.com |
| 22 | dludwin@cov.com |
| 23 | jplayforth@cov.com |
| 24 |   |
|   | *Counsel for Defendants National Football* |
| 25 | *League, NFL Enterprises LLC, and the* |
|   | *Individual NFL Clubs* |
| 26 |   |
| 27 | *All signatories listed, and on whose behalf the filing is submitted, concur in the* |
| 28 | *filing's content and have authorized the filing.* |