**Proposed Juror Questionnaire**

1. What is your name? _____ Date of birth: _____
   a) County: _____ b) Neighborhood: _____
   c) Housing: _____Own house _____Rent house _____Rent apartment _____Other
2. What is your marital status? ___ Never Married / Single / Living with Partner  ___ Married
   ___ Separated / Divorced  ___ Widow / Widower
3. Please describe your spouse or partner's current and past occupation and describe his / her educational background: _____
4. If you have any adult children, describe their level of schooling and current employment:
   _____
5. What is the highest level of education you have completed? ___ Grade School (less than 12th grade)
   ___ High School/GED  ___ Some College  ___ College Graduate  ___ Post Graduate
6. If you have a college and/or post-graduate degree, what was/were your major area(s) of study?
   _____
7. What is your current employment status? ___ Full-time  ___ Part-time  ___ Unemployed  ___ Homemaker
   ___ Retired  ___ Disabled  ___ Student
8. Please describe your current employment, including job title and company (if you are retired or currently out of the workforce, please describe your most recent employment): _____
   _____
9. Please describe your previous 3 jobs, including title and company: _____
   _____
10. Have you ever served as a juror at trial? ____Yes ____No
    a) If yes, how many times? ____ Civil ____ Criminal
    b) Were verdict(s) reached? ____ Yes ____ No ____ Both
11. Do you, a family member, and / or a close friend have any background, training, or experience with any of the following: (select all that apply)
    ___ Antitrust laws or lawsuits  ___ Professional sports  ___ Television broadcasting
    ___ Video streaming  ___ Pricing products or services  ___ Contract negotiations
    ___ Business strategy  ___ Business Operations  ___ Analysis of market competition

    If yes to any of the above, please describe who and their background, training, or experience:
    _____
    _____
    _____
    _____
12. Have you, your spouse, and / or your child ever played or coached an organized sport? ___Yes ___No
    a) If yes, please explain who, what sport(s), and at what level (*e.g.*, youth, high school, college):
    _____
13. Which of the following professional sports do you watch on a regular basis? (select all that apply)
    ___ MLB  ___ NFL  ___ NBA  ___ MLS  ___ PGA  ___ NHL  ___ Other: _____

14. Do you regularly watch any of the following sports channels? (select all that apply)
 ___ ESPN  ___ CBS Sports  ___ NBC Sports  ___ FOX Sports  ___ Other: _____

15. Do you get sports news from any of the following? (select all that apply)
 ___ T.V.  ___ Radio  ___ Fantasy sports platforms  ___ Podcasts  ___ Sports news websites
 ___ Social media  ___ Newspapers or magazines  ___ Blogs or forums  ___ Other: _____

16. Do you consider yourself a fan of college sports? _____ Yes _____ No
 a) If yes, which sport(s): _____

17. Do you consider yourself a football fan? _____ Yes _____ No

18. How often do you watch football games? ____ More than one game per week ____ One game per week
 ____ One game occasionally  ____ Rarely / never watch a game

19. What opinions do you have about the National Football League (NFL)?
 _____
 _____

20. Are you familiar with NFL Sunday Ticket? _____ Yes _____ No
 a) If yes, please describe your opinion of NFL Sunday Ticket:
 _____
 _____

21. Have you ever subscribed to NFL Sunday Ticket? _____ Yes _____ No

22. Has anyone in your household ever subscribed to NFL Sunday Ticket? _____ Yes _____ No

23. Do you have any opinions about DirectTV, Dish Network, YouTube TV, or other satellite or internet television services?  If yes, please explain which one(s) and your opinions:
 _____
 _____

24. Are you familiar with U.S. antitrust laws? ___ Yes ___ No
 a) If yes, please explain how you are familiar with and if you have any opinions about these laws:
 _____
 _____

2