Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668−PSG (SKx) <br><br> **THE NFL DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge: Hon. Philip S. Gutierrez <br> Trial Date: June 5, 2024 <br> Time: 9:00 a.m. <br> Courtroom: First Street Courthouse <br>     350 West 1st Street <br>     Courtroom 6A <br>     Los Angeles, CA 90012 |

Pursuant to the Court's March 15, 2022, Order for Jury Trial (Dkt. No. 435), the NFL Defendants respectfully submit the following proposed voir dire questions for the Court's consideration. The NFL Defendants request that the Court ask these questions in addition to the use of the juror questionnaire proposed by the Parties (Dkt. No. 1327) and in addition to any standard background questions the Court prefers to use (such as hardship questions or questions regarding the prospective juror's familiarity with the lawyers, witnesses, or facts of the case).

The NFL Defendants' proposed questions are:

1. Have you ever been involved in a lawsuit?
   a. If Yes:
      i. Was it a criminal or civil matter?
      ii. What was your involvement?
      iii. Was the lawsuit resolved? If so, were you satisfied with the resolution?
      iv. Was there anything about that experience that may impact your service on this jury?
2. Have you or has anyone in your household ever subscribed to DIRECTV?
   a. If Yes:
      i. When did you subscribe to DIRECTV?
      ii. Did you have any problems or complaints with DIRECTV?
3. Have you or has anyone in your household ever subscribed to NFL Sunday Ticket?
   a. If Yes:
      i. When did you subscribe to Sunday Ticket?
      ii. Did you watch NFL Sunday Ticket via satellite and/or via streaming?

      iii. If you no longer subscribe to NFL Sunday Ticket, how long did you have the subscription and why did you stop subscribing?

4. Do you or does anyone close to you have any problems or complaints with NFL Sunday Ticket?

5. Do you have any feelings or opinions about class action lawsuits?

6. Do you have any feelings or opinions about any NFL teams, including their owners?

7. Do you have any feelings or opinions about Roger Goodell, the Commissioner of the NFL?

8. Do you have an opinion that professional sports leagues should be more regulated?

9. Has a business ever intentionally misled or deceived you?

10. Have you ever felt misled or deceived about an important purchase you made?

Dated: May 10, 2024

Respectfully submitted,

*/s/ Beth A. Wilkinson*

Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*