Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668-PSG (SKx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**<br><br>Judge: Hon. Philip S. Gutierrez<br>Trial Date: June 5, 2024<br>Time: 9:00 a.m.<br>Courtroom: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pursuant to the Court's March 15, 2022, Order for Jury Trial (Dkt. No. 435), Plaintiffs respectfully submit the following proposed voir dire questions for the Court's consideration. The Plaintiffs request that the Court ask these questions in addition to the use of the juror questionnaire proposed by the Parties (Dkt. No. 1327) and any standard background questions the Court prefers to use.

1.    Have you ever been a juror before?

        a.    Civil or criminal?

        b.    Did you reach a verdict?

2.    In your work/career, have you ever performed one of the following job functions: (1) contract negotiations or (2) pricing of products or services?

3.    Do you have a feeling or opinion that businesses have the right to charge whatever they want for their goods or services?

4.    What kind(s) of TV service do you have?

        a.    over-the-air network TV (*i.e.*, antenna)?

        b.    cable (if so, what service)?

        c.    satellite (if so, what service)?

        d.    streaming (if so, what service, *i.e.*, Hulu, YouTube, AppleTV, Netflix, Other)?

5.    (For jurors who indicate on their questionnaire that they have subscribed to Sunday Ticket):

        a.    When did you subscribe to Sunday Ticket?

        b.    Do you think Sunday Ticket was a good value?

1

6.      Are you familiar with U.S. antitrust laws?

      a.      If so, do you think those laws are too strong, not strong enough, or just right?

7.      Do you have any feelings or opinions about class action lawsuits?

8.      Have you ever owned a business or been self-employed?

      a.      If so, please describe?

9.      Are you a professional or college sports fan?

      a.      If so, what professional or college sport do you follow?

      b.      Do you watch games on a regular basis?

      c.      What teams do you follow?

      d.      Do you have any feelings or opinions about lawsuits against professional sports leagues or teams?

Dated: May 10, 2024

By: _/s/ Marc M. Seltzer_
      Marc M. Seltzer

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Kalpana Srinivasan (237460)
ksrinivasan@susmangodfrey.com
Amanda Bonn (270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com

2

SUSMAN GODFREY L.L.P
One Manhattan West
New York, NY 10001
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)
smaida@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4