1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN RE: NATIONAL FOOTBALL
LEAGUE'S "SUNDAY TICKET"
ANTITRUST LITIGATION

_____

THIS DOCUMENT RELATES TO
ALL ACTIONS

Case No. 2:15-ml-02668-PSG (SKx)

**[PROPOSED] ORDER GRANTING EXTENSION ON PROPOSED JURY INSTRUCTIONS AND VERDICT FORM**

Judge: Hon. Philip S. Gutierrez
Final Pretrial Conference:    5/16/24
Trial Date: 6/5/2024
Courtroom: First Street Courthouse
                  350 West 1st Street
                  Courtroom 6A
                  Los Angeles, CA 90012

Pursuant to the parties' Joint Stipulation Regarding Extension on Proposed Jury Instructions and Verdict Form, the Court hereby orders:

1) The parties shall meet and confer regarding jury instructions and verdict forms no later than May 17, 2024; and

2) The parties shall file with the Court the joint agreed jury instructions, disputed jury instructions, and proposed verdict forms no later than May 22, 2024.

**IT IS SO ORDERED.**

Dated: _____      _____
                                    PHILIP S. GUTIERREZ
                                    United Sates District Judge