# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>———————————————<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**ORDER GRANTING EXTENSION ON PROPOSED JURY INSTRUCTIONS AND VERDICT FORM  DKT [1333]**<br><br>Judge: Hon. Philip S. Gutierrez<br>Final Pretrial Conference:   5/16/24<br>Trial Date: 6/5/2024<br>Courtroom: First Street Courthouse<br>           350 West 1st Street<br>           Courtroom 6A<br>           Los Angeles, CA 90012 |

Pursuant to the parties' Joint Stipulation Regarding Extension on Proposed Jury Instructions and Verdict Form, the Court hereby orders:

1) The parties shall meet and confer regarding jury instructions and verdict forms no later than May 17, 2024; and

2) The parties shall file with the Court the joint agreed jury instructions, disputed jury instructions, and proposed verdict forms no later than May 22, 2024.

**IT IS SO ORDERED.**

Dated: May 13, 2024

_____
PHILIP S. GUTIERREZ
United States District Judge