WALKER STEVENS CANNOM LLP
Hannah L. Cannom (SBN 245635)
hcannom@wscllp.com
Bethany M. Stevens (SBN 245672)
bstevens@wscllp.com
500 Molino Street #118
Los Angeles, CA 90013
Telephone: (213) 337-9972
Facsimile: (213) 403-4906

*Attorneys for Non-Party Apple Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF HANNAH L. CANNOM IN SUPPORT OF THE *EX PARTE* APPLICATION OF CERTAIN NON-PARTIES TO REQUEST PERMISSION TO BE HEARD AT THE FINAL PRETRIAL CONFERENCE REGARIDNG USE OF NON-PARTY CBI AT TRIAL**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pretrial-Conference Date: 5/16/2024<br>Trial Date: 6/5/2024 |

I, Hannah L. Cannom, hereby declare as follows:

1. I am a partner at Walker Stevens Cannom LLP and a member in good standing to the Bar of the State of California.

2. I represent non-party Apple Inc. ("Apple') in the above-captioned matter and submit this declaration in support of the *Ex Parte* Application of Certain Non-Parties to Request Permission to be Heard at the Final Pretrial Conference Regarding Use of Non-Party CBI at Trial.

3. On April 26, 2024, I participated in a meet and confer with counsel for non-parties Apple, Amazon, CBS, DAZN, DirecTV, ESPN, Everpass, Redbird, FOX, Google, NBC/Comcast, and Verizon (the "Non-Parties"), the NFL, and Plaintiffs. On that call, the Non-Parties laid out a proposed procedure for use of Non-Party Confidential Business Information ("CBI") at trial. On April 27, 2024, I sent an email to the parties, copying the Non-Parties, reiterating the Non-Parties' proposed procedure for use of Non-Party CBI at trial. A true and correct copy of that email chain between the Non-Parties, Plaintiffs, and the NFL is attached hereto as **Exhibit A**.

4. On Monday, April 29, 2024, counsel for Plaintiffs responded to this email chain to state that the framework proposed by the Non-Parties was not workable for them. The NFL also responded to that email that the general approach may be workable, but that the parties needed more insight into the "volume and contents of material that the third parties propose to designate as confidential." (*See* Exhibit A.)

5. Given this position, on behalf of Apple, we worked to review and identify which of the many exhibits on the parties' Joint Exhibit List contain Apple CBI that should be shielded from public dissemination at trial.

6. At the same time, the Non-Parties asked the parties to stipulate to a shortened briefing schedule so that this matter could be timely brought before the Court. I emailed the parties on behalf of the Non-Parties on Thursday, May 2, 2024,

asking the parties to agree to a shortened briefing schedule. (*See* Exhibit A.) While the NFL indicated it was amenable to the briefing schedule proposed by the Non-Parties, on Monday May 6, Plaintiffs responded that they were not amenable to the briefing schedule or the procedure proposed by the Non-Parties to bring this matter to the Court's attention. (*See* Exhibit A.)

7. Therefore, on May 7, 2024, the Non-Parties responded that each Non-Party would reach out to the parties to meet and confer regarding CBI specific to each Non-Party. The Non-Parties also requested that the parties stipulate to the Non-Parties' appearance at the Final Pretrial Conference and indicated that if they did not so stipulate, the Non-Parties would move *ex parte* to be heard.

8. On Friday, May 10, 2024, Apple met and conferred with the NFL and Plaintiffs regarding the four documents that it had identified as requiring special treatment if shown during trial.

9. On Monday, May 13, 2024, counsel for Plaintiffs responded to the Non-Parties indicating they do not agree to sealing of any Non-Party CBI at trial, nor to the Non-Parties' proposed procedure for use of Non-Party CBI at trial. (*See* Exhibit A.)

10. Also on May 13, 2024, counsel for Plaintiffs responded to Apple confirming the same with respect to the four documents for which Apple sought protection at trial.  A true and correct copy of that email chain is attached hereto as **Exhibit B**.

11. I understand that the other Non-Parties also met and conferred individually with the NFL and Plaintiffs and that Plaintiffs have not agreed to any protection of, or procedure for use of, Non-Party CBI at trial.

//

//

//

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on May 14, 2024 in Los Angeles, California.

                                                  */s/ Hannah L. Cannom*
                                                  Hannah L. Cannom