# EXHIBIT B

**Tuesday, May 14, 2024 at 09:45:12 Pacific Daylight Time**

**Subject:** RE: NFL Sunday Ticket- Use of Third-Party CBI at trial
**Date:** Monday, May 13, 2024 at 11:40:15 AM Pacific Daylight Time
**From:** Kevin Trainer
**To:** Jeremy Barber, Hannah Cannom, igore@susmangodfrey.com, Rakesh Kilaru, Anastasia Pastan
**CC:** Bethany Stevens

Thank you, Hannah. Your clarification below does not change Plaintiffs' position.

Best,
Kevin


**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Sent:** Friday, May 10, 2024 12:52 PM
**To:** Hannah Cannom <hcannom@wscllp.com>; Kevin Trainer <ktrainer@langergrogan.com>; igore@susmangodfrey.com; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Anastasia Pastan <apastan@wilkinsonstekloff.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>
**Subject:** RE: NFL Sunday Ticket- Use of Third-Party CBI at trial

Thanks Hannah.

I also wanted to flag that I inadvertently conflated two issues when we spoke just now, and Plaintiffs have not yet gotten back to us about our request to blur/redact certain PII in emails. My understanding, and Ian or Kevin can confirm, is that they are still considering that request. Sorry for any confusion on that front.


**From:** Hannah Cannom <hcannom@wscllp.com>
**Sent:** Friday, May 10, 2024 3:36 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Kevin Trainer <ktrainer@langergrogan.com>; igore@susmangodfrey.com; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Anastasia Pastan <apastan@wilkinsonstekloff.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>
**Subject:** Re: NFL Sunday Ticket- Use of Third-Party CBI at trial


Kevin, Jeremy, Anastasia,

Thanks for the call just now. To confirm, what we mean by "publicly published" is that the attachments should not be published on any screen that faces the courtroom gallery, and should not be included in the public record after trial. That said, the attachments can be shown to the court, staff, parties, and jury on the screens facing them during testimony.

Please let us know your position given that clarification.

Best,
Hannah

**Hannah Cannom
WSC LLP**
(213) 337-9972 | hcannom@wscllp.com

---

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Date:** Thursday, May 9, 2024 at 3:21 PM
**To:** Hannah Cannom <hcannom@wscllp.com>, Kevin Trainer <ktrainer@langergrogan.com>, igore@susmangodfrey.com <igore@susmangodfrey.com>, Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>, Anastasia Pastan <apastan@wilkinsonstekloff.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>
**Subject:** RE: NFL Sunday Ticket- Use of Third-Party CBI at trial

Thanks Hannah.  The NFL is available at 2:30pm ET tomorrow.

---

**From:** Hannah Cannom <hcannom@wscllp.com>
**Sent:** Thursday, May 9, 2024 2:58 PM
**To:** Kevin Trainer <ktrainer@langergrogan.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; igore@susmangodfrey.com; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Anastasia Pastan <apastan@wilkinsonstekloff.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>
**Subject:** Re: NFL Sunday Ticket- Use of Third-Party CBI at trial


Kevin, we are available at 11:30am PT/2:30 pm ET tomorrow. We'll send around a dial in to hold that time.

Regarding your request that we identify specific documents—we believe that at least exhibits TX0529 (attachment starting at APL-NFL_00001269 only), TX0698 (attachment only), TX0523 (attachment only), and TX 0521 (attachment only) should not be publicly published during trial because they contain confidential Apple business information that would, if publicly disclosed, cause competitive harm to non-party Apple. We'd also like to discuss how the parties intend to treat PII for any emails or other communications that they intend to publicly publish at trial.

We reserve the right to object to other documents identified by the parties, but agree that we can focus our discussion on these on tomorrow's call.

Best,

Hannah

---

**From:** Kevin Trainer <ktrainer@langergrogan.com>
**Date:** Wednesday, May 8, 2024 at 4:57 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>, Hannah Cannom <hcannom@wscllp.com>, igore@susmangodfrey.com <igore@susmangodfrey.com>, Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>, Anastasia Pastan <apastan@wilkinsonstekloff.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>
**Subject:** RE: NFL Sunday Ticket- Use of Third-Party CBI at trial

Hi Hannah and Jeremy –

Neither of those times works for Plaintiffs. We're available anytime after 230 PM ET Friday, and are generally available / flexible early next week.

In advance, for the meet-and-confer to be productive, we request that Apple share the specific documents or portions of documents it intends to ask the Court to protect, and the reason(s) Apple believes it can satisfy its burden to protect such materials within the context of a trial.

Best,
Kevin

---

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Sent:** Wednesday, May 8, 2024 4:32 PM
**To:** Hannah Cannom <hcannom@wscllp.com>; igore@susmangodfrey.com; Kevin Trainer <ktrainer@langergrogan.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Anastasia Pastan <apastan@wilkinsonstekloff.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>
**Subject:** RE: NFL Sunday Ticket- Use of Third-Party CBI at trial

Either time works for the NFL.   Thanks.

---

**From:** Hannah Cannom <hcannom@wscllp.com>
**Sent:** Wednesday, May 8, 2024 3:58 PM
**To:** Ian Gore <IGore@susmangodfrey.com>; Kevin Trainer <ktrainer@langergrogan.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>
**Subject:** FW: NFL Sunday Ticket- Use of Third-Party CBI at trial

Plaintiffs and the NFL, please let us know your availability tomorrow (5/9) to discuss the use of Apple CBI at trial. We can be available at 11am or 2pm PT.

Best,
Hannah

**Hannah Cannom**
**WSC LLP**
(213) 337-9972 | hcannom@wscllp.com

---

**From:** Gressel, Amit <agressel@wsgr.com>
**Date:** Tuesday, May 7, 2024 at 5:34 PM
**To:** Ian Gore <IGore@susmangodfrey.com>, Hannah Cannom <hcannom@wscllp.com>, Jeremy Barber <jbarber@wilkinsonstekloff.com>, Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>, Kevin Trainer <ktrainer@langergrogan.com>, Max Warren <mwarren@wilkinsonstekloff.com>, Blake Neal <bneal@wilkinsonstekloff.com>, jkopczynski@omm.com <jkopczynski@omm.com>, Morrison, Gregory S. <gregory.morrison@davispolk.com>, JSchmidtlein@wc.com <JSchmidtlein@wc.com>, Zach.Schreiber@weil.com <Zach.Schreiber@weil.com>, JimHoward@dwt.com <JimHoward@dwt.com>, Yehudah.Buchweitz@weil.com <Yehudah.Buchweitz@weil.com>, Tennis, Brad <btennis@wsgr.com>, Rubinstein, Franklin <frubinstein@wsgr.com>, Burke, Arthur J. <arthur.burke@davispolk.com>, Noah.LIPKOWITZ@freshfields.com <Noah.LIPKOWITZ@freshfields.com>, Bethany Stevens <bstevens@wscllp.com>, Erika Warren <erika@warrenlex.com>, RamieSnodgrass@dwt.com <RamieSnodgrass@dwt.com>, David.LIVSHIZ@freshfields.com <David.LIVSHIZ@freshfields.com>, Emily.Curran-Huberty@mto.com <Emily.Curran-Huberty@mto.com>, harley.raff@verizon.com <harley.raff@verizon.com>
**Cc:** Amanda Bonn <abonn@SusmanGodfrey.com>, Bill Carmody <bcarmody@SusmanGodfrey.com>, David Nagdeman <dnagdeman@langergrogan.com>, Farhad Mirzadeh <fmirzadeh@hausfeld.com>, Howard Langer <hlanger@langergrogan.com>, Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>, Marc Seltzer <MSeltzer@SusmanGodfrey.com>, Ned Diver <ndiver@langergrogan.com>, Peter Leckman <pleckman@langergrogan.com>, Samuel Maida <smaida@hausfeld.com>, Sathya S. Gosselin <sgosselin@hausfeld.com>, smartin <smartin@hausfeld.com>, Seth Ard <sard@susmangodfrey.com>, Shawn Rabin <srabin@SusmanGodfrey.com>, Tyler Finn <TFinn@susmangodfrey.com>, Eliza Finley <EFinley@susmangodfrey.com>
**Subject:** Re: NFL Sunday Ticket- Use of Third-Party CBI at trial

Counsel,

We have continued to review the many documents containing confidential information that have been designated on the exhibit list. We think it is not feasible to reach agreement on all documents across all third-parties (or even categories of documents) and suggest as follows:

First, each third-party plans to reach out individually in the coming days to meet and confer with the NFL and Plaintiffs to discuss the specific confidentiality concerns raised in the specific documents.

Second, for any documents that remain at issue after that meet-and-confer, the non-parties suggest that the Parties stipulate to provide 48-72 hours notice prior to the planned introduction of the document at trial so the parties can again meet-and-confer and, as necessary, bring the matter to the court for resolution.

Third, we'd suggest that this process be submitted to the Court prior to the final pretrial conference. The third-parties would like to be heard on this matter to suggest this same process to the Court. Please let us know by **5 P.M. PST, Wednesday May 8, 2024** if Plaintiffs and the NFL will stipulate to our appearance at the final pretrial conference. If you will not stipulate, but have an alternative proposal, please let us know. If we cannot reach resolution on our appearance at the pretrial conference we will move ex parte to be heard.

---

**From:** Ian Gore <IGore@susmangodfrey.com>
**Sent:** Monday, May 6, 2024 1:40 PM
**To:** Hannah Cannom <hcannom@wscllp.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Kevin Trainer <ktrainer@langergrogan.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; jkopczynski@omm.com <jkopczynski@omm.com>; Morrison, Gregory S. <gregory.morrison@davispolk.com>; JSchmidtlein@wc.com <JSchmidtlein@wc.com>; Zach.Schreiber@weil.com <Zach.Schreiber@weil.com>; Gressel, Amit <agressel@wsgr.com>; JimHoward@dwt.com <JimHoward@dwt.com>; Yehudah.Buchweitz@weil.com <Yehudah.Buchweitz@weil.com>; Tennis, Brad <btennis@wsgr.com>; Rubinstein, Franklin <frubinstein@wsgr.com>; Burke, Arthur J. <arthur.burke@davispolk.com>; Noah.LIPKOWITZ@freshfields.com <Noah.LIPKOWITZ@freshfields.com>; Bethany Stevens <bstevens@wscllp.com>; Erika Warren <erika@warrenlex.com>; RamieSnodgrass@dwt.com <RamieSnodgrass@dwt.com>; David.LIVSHIZ@freshfields.com <David.LIVSHIZ@freshfields.com>; Emily.Curran-Huberty@mto.com <Emily.Curran-Huberty@mto.com>; harley.raff@verizon.com <harley.raff@verizon.com>
**Cc:** Amanda Bonn <abonn@SusmanGodfrey.com>; Bill Carmody <bcarmody@SusmanGodfrey.com>; David Nagdeman <dnagdeman@langergrogan.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Howard Langer <hlanger@langergrogan.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; smartin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>
**Subject:** RE: NFL Sunday Ticket- Use of Third-Party CBI at trial

EXT - igore@susmangodfrey.com

---

Hannah:

Plaintiffs are not amenable to expedited briefing. Moreover, we disagree with the use of Local Rule 37's joint stipulation process for raising these issues before the Court—this is not a discovery dispute. Instead, ordinary motion practice pursuant to Local Rule 7 should be used.

Moreover, we do not believe you have satisfied the meet and confer requirements laid out in either Local Rule 7-3 or Local Rule 37. The parties have asked for weeks now for clarity on what exactly you intend to claim as warranting confidentiality protections at trial. We still have not received a response.

Regards,
Ian

Ian M. Gore | Partner
**Susman Godfrey L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
206-505-3841 (office) | 719-433-0818 (cell)
igore@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Hannah Cannom <hcannom@wscllp.com>
**Sent:** Monday, May 6, 2024 9:36 AM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Kevin Trainer <ktrainer@langergrogan.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; jkopczynski@omm.com; Morrison, Gregory S. <gregory.morrison@davispolk.com>; JSchmidtlein@wc.com; Zach.Schreiber@weil.com; agressel@wsgr.com; JimHoward@dwt.com; Yehudah.Buchweitz@weil.com; btennis@wsgr.com; frubinstein@wsgr.com; Burke, Arthur J. <arthur.burke@davispolk.com>; Noah.LIPKOWITZ@freshfields.com; Bethany Stevens <bstevens@wscllp.com>; Erika Warren <erika@warrenlex.com>; RamieSnodgrass@dwt.com; David.LIVSHIZ@freshfields.com; Emily.Curran-Huberty@mto.com; harley.raff@verizon.com
**Cc:** Amanda Bonn <abonn@SusmanGodfrey.com>; Bill Carmody <bcarmody@SusmanGodfrey.com>; David Nagdeman <dnagdeman@langergrogan.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Howard Langer <hlanger@langergrogan.com>; Ian Gore <IGore@susmangodfrey.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; smartin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>
**Subject:** Re: NFL Sunday Ticket- Use of Third-Party CBI at trial

EXTERNAL Email
Thanks, Jeremy. We're all reviewing with our clients and intend to get you feedback as soon as we are able.

Best,
Hannah

---

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Date:** Monday, May 6, 2024 at 8:17 AM
**To:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>, Hannah Cannom <hcannom@wscllp.com>, Kevin Trainer <ktrainer@langergrogan.com>, Max Warren <mwarren@wilkinsonstekloff.com>, Blake Neal <bneal@wilkinsonstekloff.com>, jkopczynski@omm.com <jkopczynski@omm.com>, Morrison, Gregory S. <gregory.morrison@davispolk.com>, JSchmidtlein@wc.com <JSchmidtlein@wc.com>, Zach.Schreiber@weil.com <Zach.Schreiber@weil.com>, agressel@wsgr.com <agressel@wsgr.com>, JimHoward@dwt.com <JimHoward@dwt.com>, Yehudah.Buchweitz@weil.com <Yehudah.Buchweitz@weil.com>, btennis@wsgr.com <btennis@wsgr.com>, frubinstein@wsgr.com <frubinstein@wsgr.com>, Burke, Arthur J. <arthur.burke@davispolk.com>, Noah.LIPKOWITZ@freshfields.com <Noah.LIPKOWITZ@freshfields.com>, Bethany Stevens <bstevens@wscllp.com>, Erika Warren <erika@warrenlex.com>, RamieSnodgrass@dwt.com <RamieSnodgrass@dwt.com>, David.LIVSHIZ@freshfields.com <David.LIVSHIZ@freshfields.com>, Emily.Curran-Huberty@mto.com <Emily.Curran-Huberty@mto.com>, harley.raff@verizon.com <harley.raff@verizon.com>
**Cc:** Amanda Bonn <abonn@SusmanGodfrey.com>, Bill Carmody <bcarmody@SusmanGodfrey.com>, David Nagdeman <dnagdeman@langergrogan.com>, Farhad Mirzadeh <fmirzadeh@hausfeld.com>, Howard Langer <hlanger@langergrogan.com>, igore@susmangodfrey.com <igore@susmangodfrey.com>, Kaplana Srinivasan <ksrinivasan@SusmanGodfrey.com>, Marc Seltzer <MSeltzer@SusmanGodfrey.com>, Ned Diver <ndiver@langergrogan.com>, Peter Leckman <pleckman@langergrogan.com>, Samuel Maida <smaida@hausfeld.com>, Sathya S. Gosselin <sgosselin@hausfeld.com>, Scott Martin <smartin@hausfeld.com>, Seth Ard <sard@susmangodfrey.com>, Shawn Rabin <srabin@SusmanGodfrey.com>, Tyler Finn <tfinn@susmangodfrey.com>, Eliza Finley <EFinley@susmangodfrey.com>
**Subject:** RE: NFL Sunday Ticket- Use of Third-Party CBI at trial

Hannah –

The NFL Defendants are amenable to the expedited schedule you lay out below. We also wanted to follow up on Rakesh's email regarding your proposal as to what the non-parties would request be treated as confidential business information at trial.

Best,
Jeremy

**From:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>
**Sent:** Thursday, May 2, 2024 12:32 PM
**To:** Hannah Cannom <hcannom@wscllp.com>; Kevin Trainer <ktrainer@langergrogan.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; jkopczynski@omm.com; Morrison, Gregory S. <gregory.morrison@davispolk.com>; JSchmidtlein@wc.com; Zach.Schreiber@weil.com; agressel@wsgr.com; JimHoward@dwt.com; Yehudah.Buchweitz@weil.com; btennis@wsgr.com; frubinstein@wsgr.com; Burke, Arthur J. <arthur.burke@davispolk.com>; Noah.LIPKOWITZ@freshfields.com; Bethany Stevens <bstevens@wscllp.com>; Erika Warren <erika@warrenlex.com>; RamieSnodgrass@dwt.com; David.LIVSHIZ@freshfields.com; Emily.Curran-Huberty@mto.com; harley.raff@verizon.com
**Cc:** Amanda Bonn <abonn@SusmanGodfrey.com>; Bill Carmody <bcarmody@SusmanGodfrey.com>; David Nagdeman <dnagdeman@langergrogan.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Howard Langer <hlanger@langergrogan.com>; igore@susmangodfrey.com; Kaplana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Scott Martin <smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Tyler Finn <tfinn@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>
**Subject:** Re: NFL Sunday Ticket- Use of Third-Party CBI at trial

Hi Hannah - do you have any sense of when you can let us know your proposals on what should be treated as CBI? Thanks.

**From:** Hannah Cannom <hcannom@wscllp.com>
**Sent:** Thursday, May 2, 2024 12:24:59 PM
**To:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Kevin Trainer <ktrainer@langergrogan.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; jkopczynski@omm.com <jkopczynski@omm.com>; Morrison, Gregory S. <gregory.morrison@davispolk.com>; JSchmidtlein@wc.com <JSchmidtlein@wc.com>; Zach.Schreiber@weil.com <Zach.Schreiber@weil.com>; agressel@wsgr.com <agressel@wsgr.com>; JimHoward@dwt.com <JimHoward@dwt.com>; Yehudah.Buchweitz@weil.com <Yehudah.Buchweitz@weil.com>; btennis@wsgr.com <btennis@wsgr.com>; frubinstein@wsgr.com <frubinstein@wsgr.com>; Burke, Arthur J. <arthur.burke@davispolk.com>; Noah.LIPKOWITZ@freshfields.com <Noah.LIPKOWITZ@freshfields.com>; Bethany Stevens <bstevens@wscllp.com>; Erika Warren <erika@warrenlex.com>; RamieSnodgrass@dwt.com <RamieSnodgrass@dwt.com>; David.LIVSHIZ@freshfields.com <David.LIVSHIZ@freshfields.com>; Emily.Curran-Huberty@mto.com <Emily.Curran-Huberty@mto.com>; harley.raff@verizon.com <harley.raff@verizon.com>
**Cc:** Amanda Bonn <abonn@SusmanGodfrey.com>; Bill Carmody <bcarmody@SusmanGodfrey.com>; David Nagdeman <dnagdeman@langergrogan.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Howard Langer <hlanger@langergrogan.com>; igore@susmangodfrey.com <igore@susmangodfrey.com>; Kaplana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Scott Martin <smartin@hausfeld.com>; Seth Ard

<sard@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Tyler Finn <tfinn@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>
**Subject:** Re: NFL Sunday Ticket- Use of Third-Party CBI at trial

Rakesh and Kevin,

Given that the parties aren't prepared to stipulate to a procedure for presenting confidential information of the non-parties at trial, the non-parties are preparing a joint stipulation pursuant to Local Rule 37-2. Please let us know if the parties would be amenable to an expedited schedule for the briefing as follows:
- May 8: Non-parties provide NFl and Plaintiffs with a draft of the joint stipulation
- May 13: NFL and Plaintiffs provide non-parties with their portions of the joint stipulation before 12pm PT; non-parties file joint stipulation
- May 15: Non-parties and parties file any supplemental memoranda pursuant to L.R. 37-2.3

Thanks,
Hannah

**Hannah Cannom**
**WSC LLP**
(213) 337-9972 | hcannom@wscllp.com

---

**From:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>
**Date:** Monday, April 29, 2024 at 8:41 PM
**To:** Kevin Trainer <ktrainer@langergrogan.com>, Hannah Cannom <hcannom@wscllp.com>, Jeremy Barber <jbarber@wilkinsonstekloff.com>, Max Warren <mwarren@wilkinsonstekloff.com>, Blake Neal <bneal@wilkinsonstekloff.com>, jkopczynski@omm.com <jkopczynski@omm.com>, Morrison, Gregory S. <gregory.morrison@davispolk.com>, JSchmidtlein@wc.com <JSchmidtlein@wc.com>, Zach.Schreiber@weil.com <Zach.Schreiber@weil.com>, agressel@wsgr.com <agressel@wsgr.com>, JimHoward@dwt.com <JimHoward@dwt.com>, Yehudah.Buchweitz@weil.com <Yehudah.Buchweitz@weil.com>, btennis@wsgr.com <btennis@wsgr.com>, frubinstein@wsgr.com <frubinstein@wsgr.com>, Burke, Arthur J. <arthur.burke@davispolk.com>, Noah.LIPKOWITZ@freshfields.com <Noah.LIPKOWITZ@freshfields.com>, Bethany Stevens <bstevens@wscllp.com>, Erika Warren <erika@warrenlex.com>, RamieSnodgrass@dwt.com <RamieSnodgrass@dwt.com>, David.LIVSHIZ@freshfields.com <David.LIVSHIZ@freshfields.com>, Emily.Curran-Huberty@mto.com <Emily.Curran-Huberty@mto.com>, harley.raff@verizon.com <harley.raff@verizon.com>
**Cc:** Amanda Bonn <abonn@SusmanGodfrey.com>, Bill Carmody <bcarmody@SusmanGodfrey.com>, David Nagdeman <dnagdeman@langergrogan.com>, Farhad Mirzadeh <fmirzadeh@hausfeld.com>, Howard Langer

<hlanger@langergrogan.com>, igore@susmangodfrey.com <igore@susmangodfrey.com>, Kaplana Srinivasan <ksrinivasan@SusmanGodfrey.com>, Marc Seltzer <MSeltzer@SusmanGodfrey.com>, Ned Diver <ndiver@langergrogan.com>, Peter Leckman <pleckman@langergrogan.com>, Samuel Maida <smaida@hausfeld.com>, Sathya S. Gosselin <sgosselin@hausfeld.com>, Scott Martin <smartin@hausfeld.com>, Seth Ard <sard@susmangodfrey.com>, Shawn Rabin <srabin@SusmanGodfrey.com>, Tyler Finn <tfinn@susmangodfrey.com>, Eliza Finley <EFinley@susmangodfrey.com>
**Subject:** RE: NFL Sunday Ticket- Use of Third-Party CBI at trial

Hi Hannah,

As to the NFL Defendants' position, the general approach you are suggesting may be workable, but it is hard to evaluate without knowing the volume and contents of material that the third parties propose to designate as confidential, and how that would affect trial presentation. Until we have more visibility into that matter, we cannot commit to a position, but we are happy to promptly re-evaluate the issue when we have more information.

Thanks,
Rakesh


**Rakesh Kilaru** | Partner
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Flr, Washington, DC 20036
Direct: (202) 847-4046 | Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
wilkinsonstekloff.com
*Pronouns: He/Him/His*

---

**From:** Kevin Trainer <ktrainer@langergrogan.com>
**Sent:** Monday, April 29, 2024 4:25 PM
**To:** Hannah Cannom <hcannom@wscllp.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; jkopczynski@omm.com; Morrison, Gregory S. <gregory.morrison@davispolk.com>; JSchmidtlein@wc.com; Zach.Schreiber@weil.com; agressel@wsgr.com; JimHoward@dwt.com; Yehudah.Buchweitz@weil.com; btennis@wsgr.com; frubinstein@wsgr.com; Burke, Arthur J. <arthur.burke@davispolk.com>; Noah.LIPKOWITZ@freshfields.com; Bethany Stevens <bstevens@wscllp.com>; Erika Warren <erika@warrenlex.com>; RamieSnodgrass@dwt.com; David.LIVSHIZ@freshfields.com; Emily.Curran-Huberty@mto.com; harley.raff@verizon.com
**Cc:** Amanda Bonn <abonn@SusmanGodfrey.com>; Bill Carmody <bcarmody@SusmanGodfrey.com>; David Nagdeman <dnagdeman@langergrogan.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Howard Langer <hlanger@langergrogan.com>; igore@susmangodfrey.com; Kaplana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Ned Diver <ndiver@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Samuel Maida <smaida@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Scott Martin

<smartin@hausfeld.com>; Seth Ard <sard@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Tyler Finn <tfinn@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>
**Subject:** RE: NFL Sunday Ticket- Use of Third-Party CBI at trial

Thank you for the email, Hannah.

The below framework is not workable. Plaintiffs' position is that if any third-party wishes to deviate from the Court's general practice as you outline in your proposal, that third-party should seek appropriate relief from the Court.

Best,
Kevin

**From:** Hannah Cannom <hcannom@wscllp.com>
**Sent:** Saturday, April 27, 2024 1:03 PM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Kevin Trainer <ktrainer@langergrogan.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Tyler Finn <tfinn@susmangodfrey.com>
**Cc:** jkopczynski@omm.com; Morrison, Gregory S. <gregory.morrison@davispolk.com>; JSchmidtlein@wc.com; Zach.Schreiber@weil.com; agressel@wsgr.com; JimHoward@dwt.com; Yehudah.Buchweitz@weil.com; btennis@wsgr.com; frubinstein@wsgr.com; Burke, Arthur J. <arthur.burke@davispolk.com>; Noah.LIPKOWITZ@freshfields.com; Bethany Stevens <bstevens@wscllp.com>; Erika Warren <erika@warrenlex.com>; RamieSnodgrass@dwt.com; David.LIVSHIZ@freshfields.com; Emily.Curran-Huberty@mto.com; harley.raff@verizon.com
**Subject:** Re: NFL Sunday Ticket- Use of Third-Party CBI at trial

Plaintiffs and the NFL,

As discussed on yesterday morning's call, the third parties are requesting that any information that contains third-party confidential business information (3P CBI) be treated as confidential and as follows during and post-trial:

1. All trial exhibits and demonstratives utilized during the trial containing 3P CBI will remain sealed in the record and precluded from public access;
2. If presented in Court, trial exhibits and demonstratives that contain, reference, excerpt, cite, or summarize 3P CBI shall only be viewed by counsel for Plaintiffs and the NFL, counsel for the respective 3P whose 3P CBI is being utilized, the witness, the Court (including its clerks, court reporters, and officers), and the jury, but such 3P CBI shall not be displayed on any public-facing screens for the public gallery or be viewed by any person other than those listed above; and
3. To the extent possible, the parties will not quote, excerpt, reference, or cite 3P CBI in questions and answers of the witnesses (i.e., instead of reading a contract containing 3P CBI

into the record, the witness will point to the section of the contract that is relevant). For the avoidance of doubt, nothing shall preclude any witness from giving full and complete testimony, but party counsel and witnesses shall use best efforts to avoid public disclosure of 3P CBI within their transcribed testimony to the extent practicable.

As discussed, these procedures have worked well in similar litigations, balancing the interests of a public trial and the need to protect non-party information from unnecessary public disclosure. On our call, the NFL raised the issue of what universe of materials constitutes 3P CBI. To address this, the non-parties suggest that we each review the exhibits that contain our confidential information to propose material that may be de-designated.

Please let us know by Tuesday at 5pm PT if the parties are amenable to this approach, and we will prepare a stipulation for filing. If the parties are not amenable, please let us know your proposal for getting this matter before the Court at the FPTC.

Best,
Hannah
**Hannah Cannom**
**WSC LLP**
(213) 337-9972 | hcannom@wscllp.com

---

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Date:** Tuesday, April 23, 2024 at 6:34 AM
**To:** Kevin Trainer <ktrainer@langergrogan.com>, Hannah Cannom <hcannom@wscllp.com>, Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>, Max Warren <mwarren@wilkinsonstekloff.com>, Blake Neal <bneal@wilkinsonstekloff.com>, Tyler Finn <tfinn@susmangodfrey.com>
**Cc:** jkopczynski@omm.com <jkopczynski@omm.com>, Morrison, Gregory S. <gregory.morrison@davispolk.com>, JSchmidtlein@wc.com <JSchmidtlein@wc.com>, Zach.Schreiber@weil.com <Zach.Schreiber@weil.com>, agressel@wsgr.com <agressel@wsgr.com>, JimHoward@dwt.com <JimHoward@dwt.com>, Yehudah.Buchweitz@weil.com <Yehudah.Buchweitz@weil.com>, btennis@wsgr.com <btennis@wsgr.com>, frubinstein@wsgr.com <frubinstein@wsgr.com>, Burke, Arthur J. <arthur.burke@davispolk.com>, Noah.LIPKOWITZ@freshfields.com <Noah.LIPKOWITZ@freshfields.com>, Bethany Stevens <bstevens@wscllp.com>, Erika Warren <erika@warrenlex.com>, RamieSnodgrass@dwt.com <RamieSnodgrass@dwt.com>, David.LIVSHIZ@freshfields.com <David.LIVSHIZ@freshfields.com>, Emily.Curran-Huberty@mto.com <Emily.Curran-Huberty@mto.com>, harley.raff@verizon.com <harley.raff@verizon.com>
**Subject:** RE: NFL Sunday Ticket- Use of Third-Party CBI at trial

Thanks all.  The NFL can also be available between 9 and 11am ET on Friday, but not after 530pm ET.

---

**From:** Kevin Trainer <ktrainer@langergrogan.com>
**Sent:** Monday, April 22, 2024 9:12 PM
**To:** Hannah Cannom <hcannom@wscllp.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Tyler Finn <tfinn@susmangodfrey.com>
**Cc:** jkopczynski@omm.com; Morrison, Gregory S. <gregory.morrison@davispolk.com>; JSchmidtlein@wc.com; Zach.Schreiber@weil.com; agressel@wsgr.com; JimHoward@dwt.com; Yehudah.Buchweitz@weil.com; btennis@wsgr.com; frubinstein@wsgr.com; Burke, Arthur J. <arthur.burke@davispolk.com>; Noah.LIPKOWITZ@freshfields.com; Bethany Stevens <bstevens@wscllp.com>; Erika Warren <erika@warrenlex.com>; RamieSnodgrass@dwt.com; David.LIVSHIZ@freshfields.com; Emily.Curran-Huberty@mto.com; harley.raff@verizon.com
**Subject:** RE: NFL Sunday Ticket- Use of Third-Party CBI at trial

Hi Hannah – Friday may prove difficult as the parties have a hearing before the Court. But appreciating the difficulty of coordinating schedules, we can be available between 9 and 11 AM ET, and then again after 530 PM ET.

Best,
Kevin

---

**From:** Hannah Cannom <hcannom@wscllp.com>
**Sent:** Monday, April 22, 2024 7:19 PM
**To:** Kevin Trainer <ktrainer@langergrogan.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Tyler Finn <tfinn@susmangodfrey.com>
**Cc:** jkopczynski@omm.com; Morrison, Gregory S. <gregory.morrison@davispolk.com>; JSchmidtlein@wc.com; Zach.Schreiber@weil.com; agressel@wsgr.com; JimHoward@dwt.com; Yehudah.Buchweitz@weil.com; btennis@wsgr.com; frubinstein@wsgr.com; Burke, Arthur J. <arthur.burke@davispolk.com>; Noah.LIPKOWITZ@freshfields.com; Bethany Stevens <bstevens@wscllp.com>; Erika Warren <erika@warrenlex.com>; RamieSnodgrass@dwt.com; David.LIVSHIZ@freshfields.com; Emily.Curran-Huberty@mto.com; harley.raff@verizon.com
**Subject:** Re: NFL Sunday Ticket- Use of Third-Party CBI at trial

Thank you both. What are the parties' availability on Friday, 4/26?

---

**From:** Kevin Trainer <ktrainer@langergrogan.com>
**Date:** Monday, April 22, 2024 at 11:48 AM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>, Hannah Cannom <hcannom@wscllp.com>, Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>, Max Warren

<mwarren@wilkinsonstekloff.com>, Blake Neal <bneal@wilkinsonstekloff.com>, Tyler Finn <tfinn@susmangodfrey.com>
**Cc:** jkopczynski@omm.com <jkopczynski@omm.com>, Morrison, Gregory S. <gregory.morrison@davispolk.com>, JSchmidtlein@wc.com <JSchmidtlein@wc.com>, Zach.Schreiber@weil.com <Zach.Schreiber@weil.com>, agressel@wsgr.com <agressel@wsgr.com>, JimHoward@dwt.com <JimHoward@dwt.com>, Yehudah.Buchweitz@weil.com <Yehudah.Buchweitz@weil.com>, btennis@wsgr.com <btennis@wsgr.com>, frubinstein@wsgr.com <frubinstein@wsgr.com>, Burke, Arthur J. <arthur.burke@davispolk.com>, Noah.LIPKOWITZ@freshfields.com <Noah.LIPKOWITZ@freshfields.com>, Bethany Stevens <bstevens@wscllp.com>, Erika Warren <erika@warrenlex.com>, RamieSnodgrass@dwt.com <RamieSnodgrass@dwt.com>, David.LIVSHIZ@freshfields.com <David.LIVSHIZ@freshfields.com>, Emily.Curran-Huberty@mto.com <Emily.Curran-Huberty@mto.com>, harley.raff@verizon.com <harley.raff@verizon.com>
**Subject:** RE: NFL Sunday Ticket- Use of Third-Party CBI at trial

Hi Hannah – anytime tomorrow or Wednesday (but 11 to 12 ET) likewise is good for us.

Best,
Kevin

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Sent:** Monday, April 22, 2024 2:40 PM
**To:** Hannah Cannom <hcannom@wscllp.com>; Kevin Trainer <ktrainer@langergrogan.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Tyler Finn <tfinn@susmangodfrey.com>
**Cc:** jkopczynski@omm.com; Morrison, Gregory S. <gregory.morrison@davispolk.com>; JSchmidtlein@wc.com; Zach.Schreiber@weil.com; agressel@wsgr.com; JimHoward@dwt.com; Yehudah.Buchweitz@weil.com; btennis@wsgr.com; frubinstein@wsgr.com; Burke, Arthur J. <arthur.burke@davispolk.com>; Noah.LIPKOWITZ@freshfields.com; Bethany Stevens <bstevens@wscllp.com>; Erika Warren <erika@warrenlex.com>; RamieSnodgrass@dwt.com; David.LIVSHIZ@freshfields.com; Emily.Curran-Huberty@mto.com; harley.raff@verizon.com
**Subject:** Re: NFL Sunday Ticket- Use of Third-Party CBI at trial

Hi Hannah.  Unfortunately, Thursday is challenging for the NFL.  We can be free nearly any time tomorrow or Wednesday though.

Thanks,
Jeremy

**From:** Hannah Cannom <hcannom@wscllp.com>
**Sent:** Monday, April 22, 2024 2:17:29 PM
**To:** Kevin Trainer <ktrainer@langergrogan.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Tyler Finn <tfinn@susmangodfrey.com>

**Cc:** jkopczynski@omm.com <jkopczynski@omm.com>; Morrison, Gregory S. <gregory.morrison@davispolk.com>; JSchmidtlein@wc.com <JSchmidtlein@wc.com>; Zach.Schreiber@weil.com <Zach.Schreiber@weil.com>; agressel@wsgr.com <agressel@wsgr.com>; JimHoward@dwt.com <JimHoward@dwt.com>; Yehudah.Buchweitz@weil.com <Yehudah.Buchweitz@weil.com>; btennis@wsgr.com <btennis@wsgr.com>; frubinstein@wsgr.com <frubinstein@wsgr.com>; Burke, Arthur J. <arthur.burke@davispolk.com>; Noah.LIPKOWITZ@freshfields.com <Noah.LIPKOWITZ@freshfields.com>; Bethany Stevens <bstevens@wscllp.com>; Erika Warren <erika@warrenlex.com>; RamieSnodgrass@dwt.com <RamieSnodgrass@dwt.com>; David.LIVSHIZ@freshfields.com <David.LIVSHIZ@freshfields.com>; Emily.Curran-Huberty@mto.com <Emily.Curran-Huberty@mto.com>; harley.raff@verizon.com <harley.raff@verizon.com>
**Subject:** Re: NFL Sunday Ticket- Use of Third-Party CBI at trial

Plaintiffs and the NFL,

The third parties are available on Thursday (4/25) at 1:30pm PT/4:30pm ET. Can you please confirm that this works for you?
I'll send a calendar invite with Zoom to hold the time once confirmed.

Best,
Hannah

**Hannah Cannom**
**WSC LLP**
(213) 337-9972 | hcannom@wscllp.com

---

**From:** Hannah Cannom <hcannom@wscllp.com>
**Date:** Friday, April 19, 2024 at 9:43 AM
**To:** Kevin Trainer <ktrainer@langergrogan.com>, Jeremy Barber <jbarber@wilkinsonstekloff.com>, Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>, Max Warren <mwarren@wilkinsonstekloff.com>, Blake Neal <bneal@wilkinsonstekloff.com>, Tyler Finn <tfinn@susmangodfrey.com>
**Cc:** jkopczynski@omm.com <jkopczynski@omm.com>, Morrison, Gregory S. <gregory.morrison@davispolk.com>, JSchmidtlein@wc.com <JSchmidtlein@wc.com>, Zach.Schreiber@weil.com <Zach.Schreiber@weil.com>, agressel@wsgr.com <agressel@wsgr.com>, JimHoward@dwt.com <JimHoward@dwt.com>, Yehudah.Buchweitz@weil.com <Yehudah.Buchweitz@weil.com>, btennis@wsgr.com <btennis@wsgr.com>, frubinstein@wsgr.com <frubinstein@wsgr.com>, Burke, Arthur J. <arthur.burke@davispolk.com>, Noah.LIPKOWITZ@freshfields.com <Noah.LIPKOWITZ@freshfields.com>, Bethany Stevens <bstevens@wscllp.com>, Erika Warren <erika@warrenlex.com>, RamieSnodgrass@dwt.com <RamieSnodgrass@dwt.com>, David.LIVSHIZ@freshfields.com <David.LIVSHIZ@freshfields.com>, Emily.Curran-Huberty@mto.com <Emily.Curran-

Huberty@mto.com>, harley.raff@verizon.com <harley.raff@verizon.com>
**Subject:** Re: NFL Sunday Ticket- Use of Third-Party CBI at trial

Thank you. We'll regroup and propose a time.

Best,
Hannah

---

**From:** Kevin Trainer <ktrainer@langergrogan.com>
**Date:** Friday, April 19, 2024 at 9:16 AM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>, Hannah Cannom <hcannom@wscllp.com>, Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>, Max Warren <mwarren@wilkinsonstekloff.com>, Blake Neal <bneal@wilkinsonstekloff.com>, Tyler Finn <tfinn@susmangodfrey.com>
**Cc:** jkopczynski@omm.com <jkopczynski@omm.com>, Morrison, Gregory S. <gregory.morrison@davispolk.com>, JSchmidtlein@wc.com <JSchmidtlein@wc.com>, Zach.Schreiber@weil.com <Zach.Schreiber@weil.com>, agressel@wsgr.com <agressel@wsgr.com>, JimHoward@dwt.com <JimHoward@dwt.com>, Yehudah.Buchweitz@weil.com <Yehudah.Buchweitz@weil.com>, btennis@wsgr.com <btennis@wsgr.com>, frubinstein@wsgr.com <frubinstein@wsgr.com>, Burke, Arthur J. <arthur.burke@davispolk.com>, Noah.LIPKOWITZ@freshfields.com <Noah.LIPKOWITZ@freshfields.com>, Bethany Stevens <bstevens@wscllp.com>, Erika Warren <erika@warrenlex.com>, RamieSnodgrass@dwt.com <RamieSnodgrass@dwt.com>, David.LIVSHIZ@freshfields.com <David.LIVSHIZ@freshfields.com>, Emily.Curran-Huberty@mto.com <Emily.Curran-Huberty@mto.com>, harley.raff@verizon.com <harley.raff@verizon.com>
**Subject:** RE: NFL Sunday Ticket- Use of Third-Party CBI at trial

Hi Hannah and Jeremy –

Plaintiffs also are available and largely flexible Tuesday.

Best,
Kevin

---

**From:** Jeremy Barber <jbarber@wilkinsonstekloff.com>
**Date:** April 19, 2024 at 11:23:27 EDT
**To:** Hannah Cannom <hcannom@wscllp.com>, Tyler Finn <TFinn@susmangodfrey.com>, Rakesh Kilaru

<rkilaru@wilkinsonstekloff.com>, Max Warren <mwarren@wilkinsonstekloff.com>, Blake Neal <bneal@wilkinsonstekloff.com>
**Cc:** "Kopczynski, Jeffrey A. N." <jkopczynski@omm.com>, "Morrison, Gregory S." <gregory.morrison@davispolk.com>, John Schmidtlein <JSchmidtlein@wc.com>, "Schreiber, Zach" <Zach.Schreiber@weil.com>, "Gressel, Amit" <agressel@wsgr.com>, "Howard, Jim" <JimHoward@dwt.com>, "Buchweitz, Yehudah" <Yehudah.Buchweitz@weil.com>, "Tennis, Brad" <btennis@wsgr.com>, Franklin Rubinstein <frubinstein@wsgr.com>, "Burke, Arthur J." <arthur.burke@davispolk.com>, "LIPKOWITZ, Noah" <Noah.LIPKOWITZ@freshfields.com>, Bethany Stevens <bstevens@wscllp.com>, erika@warrenlex.com, "Snodgrass, Ramie" <RamieSnodgrass@dwt.com>, "LIVSHIZ, David (DYL)" <David.LIVSHIZ@freshfields.com>, "Curran-Huberty, Emily" <Emily.Curran-Huberty@mto.com>, "Raff, Harley" <harley.raff@verizon.com>
**Subject: RE: NFL Sunday Ticket- Use of Third-Party CBI at trial**

EXTERNAL Email

Hi Hannah –

We are not available on Monday but are happy to connect on Tuesday and are largely flexible that day.

Best,
Jeremy

**Jeremy Barber** | Partner
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, Floor 24, New York, NY 10036
Direct: (212) 294-8929 | Fax: (202) 847-4005
jbarber@wilkinsonstekloff.com
wilkinsonstekloff.com
*Pronouns: He/Him/His*

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**From:** Hannah Cannom <hcannom@wscllp.com>
**Sent:** Friday, April 19, 2024 12:30 AM
**To:** Jeremy Barber <jbarber@wilkinsonstekloff.com>; Tyler Finn <TFinn@susmangodfrey.com>
**Cc:** Kopczynski, Jeffrey A. N. <jkopczynski@omm.com>; Morrison, Gregory S. <gregory.morrison@davispolk.com>; John Schmidtlein <JSchmidtlein@wc.com>; Schreiber, Zach <Zach.Schreiber@weil.com>; Gressel, Amit <agressel@wsgr.com>; Howard, Jim <JimHoward@dwt.com>; Buchweitz, Yehudah <Yehudah.Buchweitz@weil.com>; Tennis, Brad <btennis@wsgr.com>; Franklin Rubinstein <frubinstein@wsgr.com>; Burke, Arthur J. <arthur.burke@davispolk.com>; LIPKOWITZ, Noah <Noah.LIPKOWITZ@freshfields.com>; Bethany Stevens <bstevens@wscllp.com>; erika@warrenlex.com; Snodgrass, Ramie <RamieSnodgrass@dwt.com>; LIVSHIZ, David (DYL) <David.LIVSHIZ@freshfields.com>; Curran-Huberty, Emily <Emily.Curran-Huberty@mto.com>; Raff, Harley <harley.raff@verizon.com>
**Subject:** NFL Sunday Ticket- Use of Third-Party CBI at trial

Jeremy, Tyler,

The third parties copied here would like to meet and confer with Plaintiffs and the NFL regarding the use of third-party CBI at trial. Please let us know your availability on Monday or Tuesday for a meet and confer, and we will send a calendar invite and Zoom link to hold the time.

Many thanks,
Hannah

**Hannah Cannom**
**WSC LLP**
(213) 337-9972 | hcannom@wscllp.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.