JEFFREY A. N. KOPCZYNSKI (*Pro Hac Vice*)
jkopczynski@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Non-Party DIRECTV, LLC and DIRECTV Holdings LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF JEFFREY A.N. KOPCZYNSKI IN SUPPORT OF THE *EX PARTE* APPLICATION OF CERTAIN NON-PARTIES TO REQUEST PERMISSION TO BE HEARD AT THE FINAL PRETRIAL CONFERENCE REGARIDNG USE OF NON-PARTY CBI AT TRIAL**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pretrial-Conference Date: 5/16/2024<br>Trial Date: 6/5/2024 |

I, Jeffrey A.N. Kopczynski, declare as follows:

1. I am an attorney in good standing, admitted *pro hac vice* to practice in federal court in the Central District of California. I am an attorney at O'Melveny & Myers LLP, counsel of record for Non-Party DIRECTV, LLC and DIRECTV Holdings LLC (collectively, "DIRECTV") in connection with the above-captioned matter. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. On April 5, 2024, counsel for the NFL defendants informed me that the parties have identified potential trial exhibits containing material designated by DIRECTV as "Highly Confidential – Commercially Sensitive" under the Court's protective orders in this action, Docket Nos. 194, 360.

3. DIRECTV engaged in good faith efforts to confer with the parties in coordination with numerous similarly-situated non-parties as detailed in the concurrently-filed Declaration of Hannah Cannom (Exhibit A).

4. On May 12, 2024, I met and conferred by phone with counsel for Plaintiffs to discuss the use of DIRECTV's commercially sensitive information at trial, and I proposed limited redactions to five trial exhibits.

5. On May 14, 2024, Plaintiffs informed me that they agree to redact DIRECTV's commercially sensitive information from five DIRECTV-produced trial exhibits.

6. On May 14, 2024, counsel for the NFL defendants informed me that they are unable to agree to our proposed redactions, but are willing to continue to meet and confer with us to explore how best to protect DIRECTV's confidential business information.

//
//
//

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on May 14, 2024 in Washington, DC.

/s/ Jeffrey A.N. Kopczynski

Jeffrey A.N. Kopczynski
jkopczynski@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Non-Party DIRECTV, LLC and DIRECTV Holdings LLC*