Arthur J. Burke
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA, 94025
(625) 752-2000
arthur.burke@davispolk.com

*Attorney for Non-Parties
Comcast and NBCUniversal*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668<br><br>**DECLARATION OF GREGORY S. MORRISON IN SUPPORT OF EX PARTE APPLICATION OF CERTAIN NON-PARTIES TO REQUEST PERMISSION TO BE HEARD AT THE FINAL PRE-TRIAL CONFERENCE REGARDING USE OF NON-PARTY CBI AT TRIAL**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pre-Trial Conference Date: 5/16/2024<br>Trial Date: 6/5/2024 |

I, Gregory S. Morrison, declare as follows:

1. I am an attorney licensed to practice in the State of New York, and am a counsel at the law firm of Davis Polk & Wardwell LLP, counsel for non-parties Comcast Corporation ("Comcast") and NBCUniversal Media, LLC ("NBCU"). I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. On April 9, 2024, counsel for the NFL defendants informed me that the parties have identified potential trial exhibits containing material designated by Comcast and NBCU as "Highly Confidential – Commercially Sensitive" under the Court's protective orders in this action, Docket Nos. 194, 360.

3. Comcast and NBCU engaged in good faith efforts to confer with the parties in coordination with numerous similarly-situated non-parties as detailed in the concurrently-filed Declaration of Hannah Cannom (Exhibit A).

4. On April 30, I met and conferred by video-teleconference with counsel for the NFL to discuss the use of NBCU and Comcast's commercially sensitive information at trial.

5. On May 6, 2024, counsel for plaintiffs requested the non-parties provide "clarity on what exactly you intend to claim as warranting confidentiality protections at trial."

6. On May 15, 2024, I am scheduled to meet and confer with plaintiffs and the NFL to provide the requested clarity on the narrowly-tailored material over which Comcast and NBCU will seek trial protections.

| | |
|---|---|
| Date: May 14, 2024 | Respectfully submitted, |
| |    /s/ *Gregory Morrison* |
| | Gregory S. Morrison |
| | DAVIS POLK & WARDWELL LLP |
| | 450 Lexington Avenue |
| | New York, NY 10017 |
| | (212) 450-3455 |
| | gregory.morrison@davispolk.com |
| | |
| | *Attorney for Non-Parties Comcast and NBCUniversal* |