JOHN E. SCHMIDTLEIN (SBN 163520)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000
Email: jschmidtlein@wc.com

*Attorneys for Non-Party Fox Broadcasting Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF JOHN E. SCHMIDTLEIN IN SUPPORT OF THE *EX PARTE* APPLICATION OF CERTAIN NON-PARTIES TO REQUEST PERMISSION TO BE HEARD AT THE FINAL PRETRIAL CONFERENCE REGARIDNG USE OF NON-PARTY CBI AT TRIAL**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pretrial-Conference Date: 5/16/2024<br>Trial Date: 6/5/2024 |

I, John Schmidtlein, declare as follows:

1. I am an attorney at Williams & Connolly LLP and a member in good standing to the Bar of the State of California.

2. I represent non-party Fox Broadcasting Company ("Fox") in the above-captioned matter and submit this declaration in support of the *Ex Parte* Application of Certain Non-Parties to Request Permission to be Heard at the Final Pretrial Conference Regarding Use of Non-Party CBI at Trial.

3. On April 26, 2024, Jesse Clay of Williams & Connolly LLP participated in a meet and confer with counsel for non-parties Apple, Amazon, CBS, DAZN, DirecTV, ESPN, Everpass, Redbird, Google, NBC/Comcast, and Verizon (the "Non-Parties"), the NFL, and Plaintiffs. On that call, the Non-Parties laid out a proposed procedure for use of Non-Party Confidential Business Information ("CBI") at trial. On April 27, 2024, Counsel for Apple sent an email to the parties, copying the Non-Parties, reiterating the Non-Parties' proposed procedure for use of Non-Party CBI at trial.

4. On Monday, April 29, 2024, counsel for Plaintiffs responded to this email chain to state that the framework proposed by the Non-Parties was not workable for them. The NFL also responded to that email that the general approach may be workable, but that the parties needed more insight into the "volume and contents of material that the third parties propose to designate as confidential."

5. Given this position, on behalf of Fox, we are in the process of working to review and identify which of the many exhibits on the parties' Joint Exhibit List contain Fox CBI that should be shielded from public dissemination at trial. As part of this process, I have contacted counsel for both the NFL and Plaintiffs and asked them to identify which exhibits they anticipate using with a live witness at trial. Counsel for the NFL has identified particular documents, but Plaintiffs' counsel has not done so and apparently will not agree to do so.

6. At the same time, the Non-Parties asked the parties to stipulate to a

1 shortened briefing schedule so that this matter could be timely brought before the
2 Court. While the NFL indicated it was amenable to the briefing schedule proposed
3 by the Non-Parties, on Monday May 6, Plaintiffs responded that they were not
4 amenable to the briefing schedule or the procedure proposed by the Non-Parties to
5 bring this matter to the Court's attention.

6       7.     The Non-Parties also requested that the parties stipulate to the Non-
7 Parties' appearance at the Final Pretrial Conference and indicated that if they did
8 not so stipulate, the Non-Parties would move *ex parte* to be heard.

9       8.     On May 8, 2024 counsel for Plaintiffs responded to the Non-Parties
10 request to be heard at the Pretrial Conference and stated that "if any third-party
11 wishes to deviate from the Court's general practices as you outline below, that
12 third-party should pursue normal motion practice pursuant to Local Rule 7.
13 Plaintiffs nevertheless will be available to meet-and-confer with individual third
14 parties as they request them."

15       9.     Also on May 8, 2024, counsel for the NFL stated that the NFL did not
16 oppose the Non-Parties request to be heard and that "The NFL does not object to
17 the filing of the motion, but defers to the Court on the issues raised therein."

18       10.     I understand that the other Non-Parties also met and conferred
19 individually with the NFL and Plaintiffs and that Plaintiffs have not agreed to any
20 protection of, or procedure for use of, Non-Party CBI at trial.

21     I declare under penalty of perjury under the laws of the United States that the
22 foregoing is true and correct and that this Declaration was executed on May 14,
23 2024 in Washington, D.C.

                                                               */s/ John E. Schmidtlein*
                                                               John E. Schmidtlein