**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Brandon Marvisi (State Bar No. 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

*Attorneys for Verizon Corporate Services Group, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668<br><br>**DECLARATION OF BRANDON MARVISI IN SUPPORT OF EX PARTE APPLICATION OF CERTAIN NON-PARTIES TO REQUEST PERMISSION TO BE HEARD AT THE FINAL PRE-TRIAL CONFERENCE REGARDING USE OF NON-PARTY CBI AT TRIAL**<br><br>_____<br>Judge: Hon. Philip S. Gutierrez<br>Date: May 17, 2024<br>Time: 10:00 a.m.<br>Place: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

DECLARATION OF BRANDON MARVISI

I, Brandon Marvisi, declare as follows:

1. I am an attorney licensed to practice in the State of California, and am an associate at the law firm of Hunton Andrews Kurth LLP, counsel for non-party Verizon Corporate Services Group, Inc. ("Verizon"). I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. On May 5, 2024 counsel for the NFL defendants informed Verizon that the parties have identified potential trial exhibits containing material designated by Verizon as confidential under the Court's protective orders in this action, Docket Nos. 194, 360.

3. Verizon engaged in good faith efforts to confer with the parties in coordination with numerous similarly-situated non-parties as detailed in the concurrently-filed Declaration of Hannah Cannom (Exhibit A).

4. On May 8, 2024, I emailed counsel for Plaintiffs to meet and confer to discuss Verizon's confidentiality concerns regarding three documents identified in the Parties' Joint Exhibit List that contain Verizon's commercially sensitive information.

5. On May 12, I met and conferred by telephone with counsel for the Plaintiffs. During that conference, Plaintiffs stated they would not agree to any sort of protection with respect to documents or potential exhibits on either party's exhibit list absent a court order.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed by me on this 14th day of May, 2024, at Los Angeles, California.

Date:     May 14, 2024                              Respectfully submitted,

                                                    *s/Brandon Marvisi*
                                                    BRANDON MARVISI

DECLARATION OF BRANDON MARVISI

099999.0999990 DMS 306818664v1