Yehudah L. Buchweitz (admitted *pro hac vice*)
Email: Yehudah.Buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256
Facsimile: (212) 310-8007

Counsel for CBS Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF YEHUDAH L. BUCHWEITZ IN SUPPORT OF EX PARTE APPLICATION OF CERTAIN NON-PARTIES TO REQUEST PERMISSION TO BE HEARD AT THE FINAL PRE-TRIAL CONFERENCE REGARDING USE OF NON-PARTY CBI AT TRIAL**<br><br>Trial Date: June 5, 2024<br>Judge: Hon. Philip S. Gutierrez |

I, Yehudah L. Buchweitz, declare as follows:

1. I am a partner at Weil, Gotshal & Manges LLP, counsel for CBS Corporation ("CBS"). I am a member in good standing of the bar of the State of New York and am admitted *pro hac vice* in this Court (ECF No. 52). I submit this declaration in support of the Ex Parte Application of Certain Non-Parties to Request to be Heard at the Final Pre-trial Conference Regarding the Use of Non-Party CBI at Trial.

2. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

3. On April 5, 2024, counsel for the NFL Defendants informed me that the parties have identified potential trial exhibits containing confidential CBS material designated as such under the Court's protective orders.

4. Should CBS's confidential information be made public, CBS would suffer irreparable injury, as more fully described in the forthcoming Declaration of Daniel Weinberg, Executive Vice President of Programming for CBS Sports.

5. I engaged in good faith efforts to confer with the parties in coordination with numerous similarly-situated non-parties as detailed in the concurrently-filed Declaration of Hannah Cannom (Exhibit A).

6. On April 26, 2024, I participated in a meet and confer with counsel for non-parties Apple, Amazon, CBS, DAZN, DirecTV, ESPN, Everpass, Redbird, FOX, Google, NBC/Comcast, and Verizon, the NFL, and Plaintiffs. On that call, the non-parties laid out the proposed procedure, as set forth in the accompanying application, for use of Non-Party Confidential Business Information at trial.

7. On Monday, April 29, 2024, counsel for Plaintiffs rejected the non-parties' proposal. The NFL Defendants also responded that the general approach may be workable, but that the parties needed more insight into the "volume and contents of material that the third parties propose to designate as confidential."

8.  On May 7, 2024, I emailed counsel for plaintiffs and counsel for the NFL Defendants to provide a list of the narrowly-tailored material over which CBS seeks trial protections.

9.  On May 13, 2024, CBS, Plaintiffs, and the NFL Defendants held a telephonic meet and confer. Plaintiffs stated that they will not agree to any procedure for confidentiality at trial, specific or otherwise. Plaintiffs further confirmed that no degree of specificity would change their position. The NFL Defendants stated that they were open to the idea of confidentiality protections at trial, but would not commit to any specific procedure.

10. On prior submissions in this Action, this Court has held previously that certain of CBS's sensitive business information warrants confidential treatment. *See, e.g.,* Order Regarding the NFL Defendants' Application Under Rule 79-5 to File Documents Under Seal, ECF No. 961 (allowing CBS's agreements with the NFL to be filed under seal); *see also* Order Re Joint Status Report on Production of Broadcast Agreements, ECF No. 432 (allowing redaction of the production specification provisions within the CBS Agreements because they were not relevant).

11. I understand that the other Non-Parties also met and conferred individually with the NFL and Plaintiffs and that Plaintiffs have not agreed to any protection of, or procedure for use of, Non-Party CBI at trial.

Executed this 14th day of May, 2024 in New York, New York.

                                           */s/ Yehudah L. Buchweitz*
                                           Yehudah L. Buchweitz