Erika H. Warren (Bar No. 295570)
Francesca M. S. Germinario (Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
15-2668@cases.warrenlex.com

*Attorneys for Non-Parties RedBird*
*Capital Partners Management LLC*
*and EverPass Media LLC*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668 <br><br> **DECLARATION OF ERIKA H. WARREN IN SUPPORT OF *EX PARTE* APPLICATION OF CERTAIN NON-PARTIES TO REQUEST PERMISSION TO BE HEARD AT THE FINAL PRE-TRIAL CONFERENCE REGARDING USE OF NON-PARTY CBI AT TRIAL** <br><br> Judge: Hon. Philip S. Gutierrez <br> Pretrial Conference Date: May 16, 2024 <br> Trial date: June 5, 2024 |

I, Erika H. Warren, declare as follows:

1. I am an attorney licensed to practice in the State of California, and managing partner at the law firm of Warren Kash Warren LLP, counsel for non-parties RedBird Capital Partners Management LLC ("RedBird") and EverPass Media LLC ("EverPass"). I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. On April 5, 2024, counsel for the NFL defendants informed me that the parties have identified potential trial exhibits containing material designated by RedBird and EverPass as "Highly Confidential – Commercially Sensitive" under the Court's protective orders in this action, Docket Nos. 194, 360.

3. RedBird and EverPass proceeded to engage in good-faith efforts to confer with the parties in coordination with numerous similarly situated non-parties as detailed in the concurrently filed Declaration of Hannah Cannom (Exhibit A).

4. On May 6, 2024, counsel for plaintiffs requested the non-parties provide "clarity on what exactly you intend to claim as warranting confidentiality protections at trial."

5. On May 9, 2024, I emailed counsel for plaintiffs and counsel for defendants to provide that clarity—namely, a highlighted set of five documents showing the narrowly tailored material over which RedBird and EverPass will seek trial protections. As of the time of this filing, counsel for the defendants have not responded.

6. On May 13, 2024, I met and conferred by telephone with counsel for the plaintiffs. During that conference, plaintiffs stated that they will not stipulate to any procedure for confidentiality at trial, specific or otherwise. Plaintiffs further confirmed that no degree of specificity or clarity would change their position. Also during the May 13,

2024, conference, I asked plaintiffs whether they were aware of any orders or procedures of this Court concerning the use of confidential material at trial.  They were not aware of any such orders or procedures.

Date:       May 14, 2024                                Respectfully submitted,

_____
Erika H. Warren (Bar No. 295570)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
15-2668@cases.warrenlex.com

*Attorneys for Non-Parties RedBird Capital Partners Management LLC and EverPass Media LLC*