AMIT Q. GRESSEL (SBN 307663)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Email: agressel@wsgr.com

*Attorneys for Non-Parties Google LLC and YouTube, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF AMIT GRESSEL IN SUPPORT OF THE *EX PARTE* APPLICATION OF CERTAIN NON-PARTIES TO REQUEST PERMISSION TO BE HEARD AT THE FINAL PRETRIAL CONFERENCE REGARIDNG USE OF NON-PARTY CBI AT TRIAL**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pretrial-Conference Date: 5/16/2024<br>Trial Date: 6/5/2024 |

I, Amit Gressel, declare as follows:

1. I am an attorney at Wilson Sonsini Goodrich and Rosati LP and a member in good standing to the Bar of the State of California. I represent non-parties Google LLC and YouTube, LLC ("YouTube") in the above-captioned matter and submit this declaration in support of the *Ex Parte* Application of Certain Non-Parties to Request Permission to be Heard at the Final Pretrial Conference Regarding Use of Non-Party CBI at Trial.

2. On April 5, 2024, counsel for the NFL defendants informed me that the parties have identified potential trial exhibits containing material designated by YouTube as "Highly Confidential – Commercially Sensitive" under the Court's protective orders in this action, Docket Nos. 194, 360.

3. YouTube engaged in good faith efforts to confer with the parties in coordination with numerous similarly-situated non-parties as detailed in the concurrently-filed Declaration of Hannah Cannom (Exhibit A).

4. On May 6, 2024, counsel for Plaintiffs requested the non-parties provide "clarity on what exactly you intend to claim as warranting confidentiality protections at trial."

5. On May 10, 2024 YouTube provided the Plaintiffs and the NFL proposed redactions to account for PII and Confidential Business Information in the set of documents identified on the parties Joint Exhibit List and requested a time to meet-and-confer. Plaintiffs have not responded.

//

//

//

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on May 14, 2024 in El Cerrito, California.

                                             */s/ Amit Gressel*
                                             Amit Gressel