| | |
|---|---|
| 1 | Arthur Kats (CA SBN 344384) |
| 2 | **DAVIS WRIGHT TREMAINE LLP** |
| 3 | 865 S. Figueroa Street, Suite 2400 |
| | Los Angeles, CA, 90017 |
| 4 | (213) 655-9669 |
| 5 | arthurkats@dwt.com |
| 6 | Jim Howard |
| 7 | Ramie O. Snodgrass |
| | **DAVIS WRIGHT TREMAINE LLP** |
| 8 | 920 Fifth Avenue, Suite 3300 |
| 9 | Seattle, WA 98104-1610 |
| 10 | Telephone: (206) 757-8208 |
| | jimhoward@dwt.com |
| 11 | ramiesnodgrass@dwt.com |
| 12 | *Attorneys for Amazon.com, Inc.* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF RAMIE SNODGRASS IN SUPPORT OF THE *EX PARTE* APPLICATION OF CERTAIN NON-PARTIES TO REQUEST PERMISSION TO BE HEARD AT THE FINAL PRETRIAL CONFERENCE REGARIDNG USE OF NON-PARTY CBI AT TRIAL**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pretrial-Conference Date: 5/16/2024<br>Trial Date: 6/5/2024 |

I, Ramie Snodgrass, declare as follows:

1. I am an attorney at the law firm of Davis Wright Tremaine, LLP and a member of good standing to the Washington State Bar Association and Oregon State Bar.

2. We represent non-party Amazon.com, Inc. ("Amazon") in the above-captioned matter and I submit this declaration in support of the *Ex Parte* Application of Certain Non-Parties to Request Permission to be Heard at the Final Pretrial Conference Regarding Use of Non-Party CBI at Trial. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

3. On April 9, 2024, counsel for the NFL defendants informed me that the parties identified potential trial exhibits containing material designated by Amazon as "Highly Confidential – Commercially Sensitive" under the Court's protective orders in this action, Docket Nos. 194, 360.

4. Amazon engaged in good faith efforts to confer with the parties in coordination with numerous similarly-situated non-parties, as detailed in the concurrently-filed Declaration of Hannah Cannom (Exhibit A).

6. On May 9, 2024, I met and conferred by telephone with counsel for the NFL regarding possible protections for Amazon's confidential information at trial.

7. On May 10, 2024, I met and conferred by telephone with counsel for the plaintiffs. During that conference, plaintiffs stated that they would not agree to any protections of any kind for nonparty confidentiality at trial.

Date: May 14, 2024

Respectfully submitted,

__/s/ Ramie Snodgrass_____
Ramie Snodgrass
WSBA No. 40689, OSB No. 202089

4868-7288-7742v.2 0051461-001872