| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF CERTAIN NON-PARTIES TO REQUEST PERMISSION TO BE HEARD AT THE FINAL PRETRIAL CONFERENCE REGARIDNG USE OF NON-PARTY CBI AT TRIAL**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pretrial-Conference Date: 5/16/2024<br>Trial Date: 6/5/2024 |

1     For good cause shown, the *Ex Parte* Application of Non-Parties [INSERT] (together, the "Non-Parties") to appear and be heard at the Final Pretrial Conference regarding use of Non-Party confidential business information ("CBI") at trial is hereby GRANTED; and

    IT IS HEREBY ORDERED that the Non-Parties are invited to appear at the Final Pretrial Conference at 2:30 p.m. on Thursday, May 16, 2024, and the Court will hear from the Non-Parties regarding their proposed procedures to govern the use of Non-Party CBI at trial.

Dated: May ____, 2024

                                      The Honorable Philip S. Gutierrez
                                      CHIEF UNITED STATES DISTRICT JUDGE