FOR SETTLEMENT PURPOSES
FRE 408

TERM SHEET
FOR SETTLEMENT AGREEMENT
November 26, 2023

This Term Sheet summarizes the principal terms of a proposed Settlement Agreement (the **Agreement**) among Wisdom Transcends Inc., an Arizona corporation (**WTI**); Lee Harris Energy, LLC, a Florida limited liability company (**LHE**); Whatever Publishing Inc., a California corporation d/b/a New World Library (**NWL**); Dianna Edwards, a UK resident and U.S. citizen (**Edwards**); and Lee Harris, a California resident and UK citizen (**Harris**). [Note: Are Dianna and Lee also signing the Term Sheet in their individual capacities or only Lee as a potential defendant?]

| | |
|---|---|
| *Background:* | Edwards and Harris (together, the **Authors**) previously recorded interviews and media files (the **Media Files**) that led to the creation and (in some instances) publication of several works in a series (together, the **Series**) referred to broadly as the "Conversations with the Z's" (the **Mark**). Pursuant to that certain New World Library Publishing Agreement with Harris dated January 20, 2022 (the **Book 1 Publishing Agreement**) and that certain New World Library Publishing Agreement with Harris dated May 13, 2022 (the **Book 2 Publishing Agreement** and, together with the Book 1 Publishing Agreement, the **Publishing Agreements**), NWL published two English-language books in the Series under the names "The Energetics of the New Human Soul" (**Book 1**) and "Awaken Your Multidimensional Soul" (**Book 2**). LHE published and distributed Media Files associated with Book 1 and Book 2 via its website (https://www.leeharrisenergy.com, hereinafter the **LHE Website**), Media Files that are also available for purchase from media platforms operated by Amazon, Apple, and other distributors. LHE also began to prepare foreign-language editions of Book 1 and Book 2 for publication in non-U.S. markets with limited oversight from Edwards (the **Foreign Editions**). Neither LHE nor the NWL timely registered copyrights in Book 1, Book 2, the Media Files for Book 1 or Book 2, the Foreign Editions, or any derivative works |

FOR SETTLEMENT PURPOSES
FRE 408

associated with Book 1 or Book 2 (together, the **Published Works**).

The parties recorded some Media Files for the third (**Book 3**) and fourth books (**Book 4** and, together with Book 1, Book 2, and Book 3, the **Books**) in the Series, finalized all but one of the Media Files for Book 3, and did not finalize the Media Files for Book 4. The Media Files for Book 3 and Book 4 have not been published anywhere, including but not limited to the LHE Website. Edwards, Harris, and their affiliates both paid expenses associated with the production of the Books and the Media Files. Edwards facilitated the logistics of the recordings. Harris was always either a guest in the home of Edwards or, if this was not possible, as for Book Three, Edwards paid for Harris to stay in a luxury hotel and paid for a car and driver to bring him many hours to her home in the countryside. For each recording, Edwards always located and arranged for the sound engineers, each of the recordings were held in Edwards' home, and Edwards either hosted or paid for the catering for all of the interview sessions.

| | |
|---|---|
| *Authorship:* | Authorship will remain credited as "Lee Harris with Dianna Edwards" (or a non-English equivalent) in all editions of the Books, the Media Files, the derivative works, any works created upon exercise of the Subsidiary Rights referenced in the Publishing Agreements, and the Foreign Editions. Neither Harris nor LHE will publish additional works focused on the same topics as the Books using the Mark or any substantially similar series title (e.g., "Interviews with the Z's"), whether alone or in combination with different co-authors. |
| *Complaint and Claims:* | The contents of the complaint attached hereto as <u>Exhibit A</u> (the **Complaint**) are incorporated by this reference. As part of the Agreement, the parties will settle and release all claims for relief set forth in the Complaint, together with all known or unknown counterclaims or crossclaims that may arise out of or relate to the allegations and claims set forth in the Complaint (**Claims**). Each of WTI and Edwards will also release |

FOR SETTLEMENT PURPOSES
FRE 408

LHE, NWL, and Harris from any and all claims arising out of or relating to LHE's grant of exclusive rights to NWL in the Publishing Agreements.

*Information Rights:*   NWL and LHE will each provide semi-annual certified financial statements regarding Revenues accrued and payable to any other party under this Agreement, if any, with such financial statements containing detail sufficient for the other party to permit proper calculation and payment of Revenues. This includes separate reporting by NWL to each of LHE and WTI. Each party will also promptly disclose to the other party all documents, agreements, instruments, or licenses granting any third party any rights in the Books, the Media Files, the Foreign Editions, or any derivative works, together with any revenue reports therefrom. Each party may upon reasonable notice audit the books and records of another party to calculate and confirm Revenues accrued and payable from the Published Works. If such an audit reveals a Revenue shortfall of five percent or more relative to amounts previously paid, the audited party will pay for the reasonable costs associated with such audit.

*Change of Control or Liquidation:*   Upon dissolution, liquidation, insolvency, windup, or change of control of LHE, as well as any attempted assignment of any ownership interest of LHE in the Published Works, LHE will be deemed to have automatically assigned its ownership interest in the Published Works to WTI.

*Registration:*   Each of NWL and LHE, as applicable, will use their best efforts to promptly expedite registration of the copyrights for the Media Files, Foreign Editions, and derivative works associated with Book 1 and Book 2 in filings lodged no later than December 8, 2023.

*Consideration:*   In consideration for Edwards agreeing not to file the Complaint and Claims, thus foregoing damages for breach of contract against LHE, loss of statutory damages for failure to timely register copyright filings against LHE and NWL, and her

FOR SETTLEMENT PURPOSES
FRE 408

substantial out-of-pocket legal fees, Harris will (a) issue a written public apology to Edwards in a form agreed to by Edwards that includes the language set forth in <u>Exhibit B</u> hereto, such apology to be sent to all LHE personnel without condition as well as LHE contractors in any way previously involved in creation and distribution of the Series, with a copy of the same list provided to WTI on or before December 15, 2023, together with a list of all third parties receiving said apology with actual electronic proof of said receipt; (b) assign to WTI all right, title, and interest in and to the Mark, Book 3, Book 4, the Media Files associated with Book 3 and Book 4, and the derivative works (together, the **Remaining Works**), subject to granting LHE and NWL a limited license to use the Mark solely in connection with marketing of the Published Works; (c) assign to WTI all right, title, and interest in and to an unpublished approximate sixty-minute recording of Harris and Edwards recorded on or about the same time as the Media Files for Book 1 and which was called "Behind the Scenes with the Zs"; and (d) deliver in both electronic and physical form to WTI's address in Santa Fe (both physical and via email) all original and as-edited files for the Remaining Works in a usable form, including but not limited to the four finished Media Files for Book 3, two finished Media Files for Book 4, the "Behind the Scenes with the Zs" recording, and any associated written transcripts of the same. All parties will also agree not to disparage (or share personal information) the other parties, subject to customary exceptions, e.g., actions brought to enforce the Agreement. Finally, LHE and NWL will also each (a) provide an accounting of all royalties accrued to date (the **Accounting**); and (b) continue to pay to WTI 25% of all royalties from the Published Works (together, the **Revenues**), subject to the Information Rights section above.

| | |
|---|---|
| *Third-Party Beneficiary:* | NWL acknowledges that WTI and Edwards are third-party beneficiaries of the Publishing Agreements. Upon termination |

FOR SETTLEMENT PURPOSES
FRE 408

|  | or expiration of a Publication Agreement, WTI or LHE may re-publish the applicable Book with a different publisher. |
|---|---|
| *Representations and Warranties:* | Standard representations and warranties by the parties customary for a settlement agreement, including but not limited to each party representing to the other that (a) they have authority to enter into the agreement; (b) any material written, provided, or published in connection with the Series does not and will not materially violate a third party's copyright, common law, right of privacy, moral rights, publicity rights, or other intellectual property rights; and (c) none of the parties have assigned to a third party any right, title, or interest to any claims arising out of or relating to the controversies to be settled by the Agreement. |
| *Counsel and Expenses:* | WTI counsel to draft the Agreement. Each party will bear its own legal and administrative costs. |
| *Confidential Information:* | The Accounting, together with the existence or provisions of this Term Sheet. |
| *Confidentiality:* | No party will disclose Confidential Information to any person not bound to this Term Sheet or to the Agreement without the consent of the other parties; provided, however, that a party may disclose Confidential Information (a) in a proceeding brought to enforce, litigate, or mediate the provisions Term Sheet or the Agreement; (b) to its employees, owners, officers, directors, agents, accountants, or attorneys with a need to know such Confidential Information; or (c) in accordance with legal process. |
| *Governing Law:* | This Term Sheet is and will be governed in all respects by the laws of the State of California without regard to principles of conflicts of law. |
| *Expiration:* | This Term Sheet expires at 5 p.m. Denver time on December 1, 2023 if not accepted by signature of LHE and NWL on or before that time. The parties will thereafter promptly proceed |

FOR SETTLEMENT PURPOSES
FRE 408

to drafting and execution of the Agreement, with complete execution of the Agreement to occur no event later than 12 p.m. Denver time on December 15, 2023.

*[Signature page follows]*

Other than this paragraph, the introduction to this Term Sheet, and the provisions concerning Confidentiality [Question: assuming no definitive agreement gets signed, is Dianna able to discuss or give explanations to inquiring parties why the books were discontinued or cancelled?], Governing Law, and Expiration, this Term Sheet is non-binding and is intended solely as a summary of the terms of the Agreement currently proposed by the parties. The parties acknowledge that they intend to negotiate the definitive Agreement pursuant to the provisions set forth in the Term Sheet, and either party may, at any time prior to execution of such Agreement, unilaterally terminate all such negotiations pursuant to this Term Sheet without any liability whatsoever to the other party. Each party shall be solely liable for all of its own fees, costs and other expenses in conjunction with negotiation and preparation of the Agreement pursuant to this term sheet.

IN WITNESS WHEREOF, the parties hereby agree to the binding provisions set forth in this Term Sheet effective as of the date of the last signature set forth below.

LEE HARRIS ENERGY, LLC                    WISDOM TRANSCENDS INC.


By:_____BY:_____
Lee Harris, its duly authorized signatory  Dianna Edwards, its President

Date: _____     Date: _____

                                       WHATEVER PUBLISHING, INCORPORATED


                                       By:_____
                                       Marc Allen, its duly-authorized signatory

                                       Date: _____



                            ***

<u>Exhibit A</u>

Complaint

*[See attached]*

FOR SETTLEMENT PURPOSES
FRE 408

<u>Exhibit B</u>

Apology Provisions

- It was extremely disrespectful and hurtful to Dianna when I not only denied her legal co-authorship rights in the "Conversation with the Z's" books but also failed to insist on correctly copyrighting both books in our names.  By not filing the copyright correctly and in a timely way following their publication, we could have lost the statutory damages available under the Copyright Act.
- Instead of apologizing to Dianna and immediately taking actions to rectify the situation of which she would have been agreeable, I cancelled the entire planned book series and our friendship in a perfunctory email.
- Dianna always respected my wish to be the face of the books and she never asked for more money or publicity than we originally agreed.   If I implied as much, I stand corrected.  In fact, it was the high quality of work she brought to the "Conversation with the Zs" books that led New World Library to offer me an imprint arrangement.
- Dianna dedicated enormous amounts of her time, heart and money to create these books and was supportive and easy to work with.  She stepped in quickly when asked by me to record other works for our classes.
- Dianna believed in me and hopes I will be able to address with humility and integrity the changes needed in myself to move forward as she is concerned that without doing so it could impact the quality of material Lee Harris Energy produces alone or with other creatives.