Hannah Cannom (SBN 245635)
hcannom@wscllp.com
Bethany Stevens (SBN 245672)
bstevens@wscllp.com
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, CA 90013
Phone: (213) 712-9145
Fax: (213) 403-4906

*Attorneys for Non-Party Apple Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**PROOF OF SERVICE OF EX PARTE APPLICATION** |

I, Hannah Cannom, declare:

 I am over the age of 18 and not a party to the within action. I am a citizen of the United States and a resident of the State of California. I am employed in the County of Los Angeles, State of California by Walker Stevens Cannom LLP. My business address is 500 Molino Street #118, Los Angeles, California 90013.

 I certify that on May 14, 2024, I served the following document:

1.  EX PARTE APPLICATION OF CERTAIN NON-PARTIES TO REQUEST PERMISSION TO BE HEARD AT THE FINAL PRETRIAL CONFERENCE REGARDING USE OF NON-PARTY CBI AT TRIAL, Dkt. No. 1336

on the following parties' counsel by email and facsimile to the addresses identified below:

| | |
|---|---|
| Ian Gore<br>SUSMAN GODFREY LLP<br>igore@susmangodfrey.com<br>Facsimile: 206-516-3883<br><br>Kevin Trainer<br>Langer Grogan and Diver PC<br>ktrainer@langergrogan.com<br>Facsimile: 215-320-5703<br><br>*Plaintiffs' Co-Lead Counsel* | Beth A. Wilkinson<br>Rakesh N. Kilaru<br>Jeremy S. Barber<br>Wilkinson Stekloff LLP<br>bwilkinson@wilkinsonstekloff.com<br>rkilaru@wilkinsonstekloff.com<br>jbarber@wilkinsonstekloff.com<br>Facsimile: 202-847-4005<br><br>*Attorneys for National Football League, Inc.* |

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 Executed on this 14th day of May, 2024, in Los Angeles, California.

           */s/ Hannah Cannom*
           Hannah Cannom