WALKER STEVENS CANNOM LLP
Hannah L. Cannom (SBN 245635)
hcannom@wscllp.com
Bethany M. Stevens (SBN 245672)
bstevens@wscllp.com
500 Molino Street #118
Los Angeles, CA 90013
Telephone:   (213) 337-9972
Facsimile:    (213) 403-4906

*Attorneys for Non-Party Apple Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**NOTICE OF ERRATA AND APPLICATION TO PERMANENTLY SEAL REGARDING ECF NO. 1337**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pretrial-Conference Date: 5/16/2024<br>Trial Date: 6/5/2024 |

1       On May 14, 2024, at ECF No. 1337, the incorrect document was inadvertently filed as a Proof of Service. The inadvertently filed document contains confidential information of another client of the firm Walker Stevens Cannom LLP. The undersigned respectfully requests that the document at ECF No. 1337 be permanently sealed from the public record. A corrected Proof of Service has been filed at ECF No. 1338.

      Good cause exists to seal ECF No. 1337 because it does not involve the parties or issues at issue in this matter. In view of the foregoing, the undersigned respectfully requests that the document at ECF No. 1337 be removed from the public docket.

Dated: May 15, 2024         Respectfully submitted,

By:   */s/ Hannah L. Cannom*
     Hannah L. Cannom (SBN 245635)
     WALKER STEVENS CANNOM LLP
     hcannom@wscllp.com
     *Attorneys for Non-Party Apple Inc.*