1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**[PROPOSED] ORDER GRANTING NOTICE OF ERRATA AND APPLICATION TO PERMANENTLY SEAL REGARDING ECF NO. 1337**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pretrial-Conference Date: 5/16/2024<br>Trial Date: 6/5/2024 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

For good cause shown, the Court hereby permanently seals the document incorrectly uploaded at ECF No. 1337 and notes that it is replaced with the filing at ECF No. 1338.

IT IS HEREBY ORDERED that the document incorrectly uploaded at ECF No. 1337 is permanently sealed.

Dated: May _____, 2024          _____

The Honorable Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE