1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**ORDER GRANTING NOTICE OF ERRATA AND APPLICATION TO PERMANENTLY SEAL REGARDING ECF NO. 1337**<br><br>**DKT [1339]**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pretrial-Conference Date: 5/16/2024<br>Trial Date: 6/5/2024 |
|---|---|

1  For good cause shown, the Court hereby permanently seals the document
2  incorrectly uploaded at ECF No. 1337 and notes that it is replaced with the filing at
3  ECF No. 1338.
4  IT IS HEREBY ORDERED that the document incorrectly uploaded at ECF
5  No. 1337 is permanently sealed.

Dated: May  15 , 2024

_____
The Honorable Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE