| | |
|---|---|
| Marc M. Seltzer (54534)<br>mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150 | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com<br>LANGER GROGAN AND DIVER PC<br>1717 Arch Street, Suite 4020<br>Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703 |

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in Philadelphia, Pennsylvania. I am over the age of 18 and not a party to the above action; my business address is 1717 Arch Street, Suite 4020, Philadelphia, Pennsylvania, 19103. On May 15, 2024, I served the documents described as follows:

1. Plaintiffs' Opposition to Ex Parte Application of Certain Non-Parties to Request Permission to be Heard at the Final Pretrial Conference Regarding Use of Non-Party CBI at Trial.

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

\_\_\_\_\_BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

\_\_\_\_\_BY FEDERAL EXPRESS OR OVERNIGHT COURIER

\_XX\_BY FAX
I served by facsimile as indicated on the attached service list.

\_XX\_BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for emailing and served by electronic mail as indicated on the attached service list.

Executed on May 15, 2024, at Los Angeles, California.

1

2  \_\_\_\_\_(State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

3

4  \_XX\_(Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

5

6

Kevin Trainer                               /s/ Kevin Trainer

7

(Type of Print Name)                  (Signature)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# SERVICE LIST

Gregg H. Levy
glevy@cov.com
Derek Ludwin
dludwin@cov.com
COVINGTON & BURLING LLP
850 Tenth Street NW One City Center
Washington, DC 20001-4956
Tel: (202) 662-6000
Fax: (202) 662-6804

Neema Trivedi Sahni
nsahni@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel: (424) 332-4800
Fax: (424) 332-4782

Beth A. Wilkinson
bwilkinson@wilkinsonstekloff.com
Brian L. Stekloff
bstekloff@wilkinsonstekloff.com
Rakesh Kilaru
rkilaru@wilkinsonstekloff.com
Max Warren
mwarren@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005

Jeremy S. Barber
jbarber@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, NY 10036
Tel: (212) 294-8910
Fax: (202) 847-4005

*Counsel for Defendants National Football League, Inc., NFL Enterprises LLC, and the Individual NFL Clubs*

Hannah L. Cannom
Bethany L. Stevens
Walker Stevens Cannom LLP
500 Molino St. Suite 118
Los Angeles, CA 90013
(213) 337-9972
hcannom@wscllp.com
bstevens@wscllp.com

*Counsel for Apple Inc.*

| | |
|---|---|
| 1 | Arthur Kats |
| | DAVIS WRIGHT TREMAINE LLP |
| 2 | 865 S. Figueroa Street, Suite 2400 |
| | Los Angeles, CA, 90017 |
| 3 | (213) 655-9669 |
| | arthurkats@dwt.com |
| 4 | |
| | DAVIS WRIGHT TREMAINE LLP |
| 5 | Jim Howard |
| | Ramie O. Snodgrass |
| 6 | 920 Fifth Avenue, Suite 3300 |
| | Telephone: (206) 757-8208 |
| 7 | jimhoward@dwt.com |
| | ramiesnodgrass@dwt.com |
| 8 | |
| 9 | *Counsel for Amazon.com, Inc* |
| 10 | |
| | Erika H. Warren |
| 11 | Francesca M. S. Germinario |
| | WARREN KASH WARREN LLP |
| 12 | 2261 Market Street, No. 606 |
| | San Francisco, California, 94114 |
| 13 | +1 (415) 895-2940 |
| | +1 (415) 895-2964 facsimile |
| 14 | 15-2668@cases.warrenlex.com |
| 15 | |
| | *Counsel for RedBird Capital Partners Management LLC and EverPass Media LLC* |
| 16 | |
| 17 | WILSON SONSINI GOODRICH & ROSATI |
| | Amit Q. Gressel |
| 18 | One Market Plaza, Spear Tower, Suite 3300 |
| | San Francisco, CA  94105-1126 |
| 19 | Telephone: (415) 947-2087 |
| | agressel@wsgr.com |
| 20 | |
| 21 | *Counsel for Google LLC and YouTube, LLC* |
| 22 | |
| | Arthur J. Burke |
| 23 | DAVIS POLK & WARDWELL |
| | 1600 El Camino Real |
| 24 | Menlo Park, CA, 94025 |
| | (650) 752-2000\ |
| 25 | arthur.burke@davispolk.com |
| 26 | |
| | *Counsel for Comcast and NBCUniversal* |
| 27 | |
| 28 | WEIL, GOTSHAL & MANGES LLP |
| | Yehudah.Buchweitz@weil.com |
| | 767 Fifth Avenue |
| | New York, NY 10153 |

Telephone: (212) 310-8256
Facsimile: (212) 310-8007

*Counsel for CBS Corporation*

John E. Schmidtlein
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
jschmidtlein@wc.com

*Counsel for Fox Broadcasting Company*

HUNTON ANDREWS KURTH LLP
Ann Marie Mortimer
amortimer@HuntonAK.com
Brandon Marvisi
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

*Counsel for Verizon Corporate Services Group, Inc*

Jeffrey A.N. Kopczynski
jkopczynski@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Counsel for DIRECTV, LLC and DIRECTV Holdings LLC*