| | |
|---|---|
| WALKER STEVENS CANNOM LLP<br>Hannah L. Cannom (SBN 245635)<br>hcannom@wscllp.com<br>Bethany M. Stevens (SBN 245672)<br>bstevens@wscllp.com<br>500 Molino Street #118<br>Los Angeles, CA 90013<br>Telephone:   (213) 337-9972<br>Facsimile:    (213) 403-4906<br><br>*Attorneys for Non-Party Apple Inc.* | WILSON SONSINI GOODRICH & ROSATI<br>AMIT Q. GRESSEL (SBN 307663)<br>One Market Plaza, Spear Tower Suite 3300<br>San Francisco, CA 94105<br>Telephone:  (415) 947-2000<br>Email: agressel@wsgr.com<br><br>*Attorneys for Non-Parties Google LLC and YouTube, LLC* |

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**NON-PARTIES' REPLY IN SUPPORT OF EX PARTE APPLICATION OF CERTAIN NON-PARTIES TO REQUEST PERMISSION TO BE HEARD AT THE FINAL PRETRIAL CONFERENCE REGARDING USE OF NON-PARTY CBI AT TRIAL**<br><br>Judge: Hon. Philip S. Gutierrez<br>Pretrial-Conference Date: 5/16/2024<br>Trial Date: 6/5/2024 |

   Plaintiffs' Opposition ignores that it was not until May 13—the day before the Non-Parties filed this Application—that Plaintiffs told the Non-Parties that they would not agree to any confidentiality procedures *whatsoever* at trial. Cannom Decl. at 9, ECF No. 1336-1 ("[o]n May 13, 2024, counsel for Plaintiffs responded to the Non-Parties indicating they do not agree to sealing of any Non-Party CBI at trial, nor to the Non-Parties' proposed procedure for use of Non-Party CBI at trial"). This is despite *weeks* of ongoing conferrals among the parties and Non-Parties to attempt to avoid the need for Court intervention. Plaintiffs also ignore that they did not identify the actual exhibits they intended to use at trial until April 5, 2024. Under Plaintiffs' telling, the Non-Parties should have filed motions over every document produced in this matter by the Non-Parties (likely numbering in the millions), rather than just focusing on the documents the parties actually want to use at trial.

   Plaintiffs' Opposition also ignores that the Non-Parties *have* identified which trial exhibits they seek protections over. *See, e.g.,* Buchweitz Decl. at 8, ECF No. 1336-8 ("I emailed counsel for [the parties] a list of the narrowly-tailored material over which CBS seeks trial protections").

   Substantively, the parade of horribles that Plaintiffs describe would never occur. Indeed, the same firm representing Plaintiffs here represented the plaintiffs in *O'Bannon* and *NCAA Athletic Grant-In-Aid Antitrust Litigation*, where they successfully tried their cases with protections similar to those proposed by the Non-Parties. App. at 3-4, ECF No. 1336. The Non-Parties have made clear that they "<u>do not</u> seek to protect against the disclosure of any information cited or relied upon by the Court in its summary judgment decision." *Id.* (emphasis in original). The Non-Parties have also made clear that they do not wish to preclude the parties from using information contained in the Non-Party confidential exhibits that is *required* for the parties to put on their respective cases. Rather, the Non-Parties' concern is primarily what happens with the remainder of the proprietary, competitively sensitive information contained in those exhibits that has nothing to do with the claims at issue. *See, e.g.,* ECF No. 432 (allowing the redaction of

1  highly confidential, but irrelevant, information). The Non-Parties, many of whom are
2  competitors, each stand to be irreparably prejudiced by the unnecessary disclosure of
3  irrelevant proprietary, competitively sensitive information.
4      The Non-Parties seek to be heard at tomorrow's Pre-Trial Conference because they
5  believe it is the most efficient means to discuss this issue with the Court, given that all
6  parties will already be present to discuss a variety of other trial issues. However, as stated
7  in the Non-Parties' Application, the Non-Parties would also welcome the opportunity to
8  be heard at any time convenient for the Court in advance of the June 5 trial.

Dated: May 15, 2024		Respectfully submitted,

By: */s/ Hannah L. Cannom*
Hannah L. Cannom (SBN 245635)
Bethany L. Stevens (SBN 245672)
Walker Stevens Cannom LLP
500 Molino St. Suite 118
Los Angeles, CA 90013
(213) 337-9972
hcannom@wscllp.com
bstevens@wscllp.com
*Counsel for Non-Party Apple Inc.*

*/s/ Arthur Kats*
Arthur Kats (CA SBN 344384)
**DAVIS WRIGHT TREMAINE LLP**
865 S. Figueroa Street, Suite 2400
Los Angeles, CA, 90017
(213) 655-9669
arthurkats@dwt.com

**DAVIS WRIGHT TREMAINE LLP**
Jim Howard
Ramie O. Snodgrass
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 757-8208
jimhoward@dwt.com
ramiesnodgrass@dwt.com
*Counsel for Non-Party Amazon.com, Inc.*

*/s/ Erika H. Warren*
Erika H. Warren (Bar No. 295570)
Francesca M. S. Germinario
(Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
15-2668@cases.warrenlex.com
*Attorneys for Non-Parties RedBird Capital Partners Management LLC and EverPass Media LLC*

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

By: */s/ Amit Q. Gressel*
Amit Q. Gressel
*Attorneys for Non-Parties Google LLC and YouTube, LLC*

   */s/ Arthur J. Burke*
Arthur J. Burke
**DAVIS POLK & WARDWELL**
1600 El Camino Real
Menlo Park, CA, 94025
(650) 752-2000
arthur.burke@davispolk.com
*Counsel for Non-Parties Comcast and NBCUniversal*

   */s/ Yehudah L. Buchweitz*
Yehudah L. Buchweitz (admitted PHV)
WEIL, GOTSHAL & MANGES LLP
Email: Yehudah.Buchweitz@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256
Facsimile: (212) 310-8007
*Counsel for CBS Corporation (now known as Paramount Global)*

   */s/  John E. Schmidtlein*
John E. Schmidtlein (SBN 163520)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com
*Counsel for Fox Broadcasting Company*

|   |   |
|---|---|
| 1 |     */s/ Anne Marie Mortimer* |
| 2 | HUNTON ANDREWS KURTH LLP<br>Ann Marie Mortimer (SBN 169077) |
| 3 | amortimer@HuntonAK.com<br>Brandon Marvisi (SBN 329798) |
| 4 | bmarvisi@HuntonAK.com<br>550 South Hope Street, Suite 2000 |
| 5 | Los Angeles, California 90071-2627 |
| 6 | Telephone: 213 • 532 • 2000<br>Facsimile: 213 • 532 • 2020 |
| 7 | *Counsel for Verizon Corporate Services Group, Inc.* |
| 8 | |
| 9 |     */s/ Jeffrey A.N. Kopczynski* |
| 10 | Jeffrey A.N. Kopczynski<br>jkopczynski@omm.com |
| 11 | O'MELVENY & MYERS LLP |
| 12 | Times Square Tower<br>7 Times Square |
| 13 | New York, New York 10036<br>Telephone: (212) 326-2000 |
| 14 | Facsimile: (212) 326-2061 |
| 15 | *Attorneys for Non-Party DIRECTV, LLC* |
| 16 | *and DIRECTV Holdings LLC* |
| 17 | |
| 18 | |
| 19 | *All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |