Arthur Kats (CA State Bar No. 344384)
James Howard
Ramie O. Snodgrass
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: Arthur Kats@dwt.com

Attorneys for Nonparty
Amazon.com, Inc.

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Civil Action No. 2:15-ml-02668-PSG (SKx)<br><br>**DECLARATION OF CHARLIE NEIMAN ON BEHALF OF AMAZON.COM, INC. IN SUPPORT OF CERTAIN NONPARTIES' MOTION FOR PROTECTIVE TREATMENT OF NON-PARTY CBI AT TRIAL**<br><br>Trial Date: June 5, 2024<br>Judge: Hon. Philip S. Gutierrez |

I, Charlie Neiman declare as follows:

1. I am a Director, Digital Content Acquisition at Amazon.com, Inc. I am over 18 years of age and I make this declaration based on personal knowledge gained as a result of my employment and position with Amazon. If called to do so, I could competently testify to the facts stated herein under oath.

2. I submit this declaration on behalf of non-party Amazon.com, Inc. and its affiliates ("**Amazon**") in support of certain Non-Parties' Motion for Protective

AMAZON DEC. IN SUPPORT OF NON-PARTY MOTION - 1
4894-7971-5260v.4 0051461-001872
4893-2202-4895v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206 622 3150 main · 206 757 7700 fax

Treatment of Certain Trial Exhibits to be Sealed in the Public Court File and Precluded from Public Display During Trial (the "**Non-Party Motion**").

3. I understand that on or about April 9, 2024, the NFL notified Amazon that certain exhibits containing Amazon's confidential information may be used at trial, including documents produced by the NFL to Plaintiffs, and documents produced by Amazon to Plaintiffs designated "HIGHLY CONFIDENTIAL/ COMMERICALLY SENSITIVE" under the Amended Stipulated Supplemental Protective Order (ECF No. 422).

4. Upon review, Amazon has identified eight exhibits on the Joint Exhibit List that contain extremely sensitive Amazon business information: TX0501, TX0502, TX0146, TX0176, TX0177, TX0503, TX0010 and TX0201 (the "**Amazon Confidential Exhibits**").

5. The Amazon Confidential Exhibits include Amazon's non-public agreements with the NFL (TX0146, TX0176, TX0177, TX0201), a non-public expression of interest in Sunday Ticket (TX0501), and highly confidential analyses surrounding the valuation and implementation of same (TX0502, TX0503, TX0010).

6. Public disclosure of the Amazon Confidential Exhibits would cause Amazon irreparable competitive harm vis a vis its competitors and negotiating partners.

7. Amazon's non-public agreements with the NFL (TX0146, TX0176, TX0177, TX0201) and expression of interest of interest in Sunday Ticket (TX0501) contain a plethora of competitively sensitive, bespoke terms – including, but not limited to, economic commitments, payment schedules, data and reporting obligations, marketing and promotional commitments, distribution guarantees, exclusivity commitments, innovation rights and commitments, termination/ opt out/

AMAZON DEC. IN SUPPORT OF NON-PARTY MOTION - 2
4894-7971-5260v.4 0051461-001872
4893-2202-4895v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206 622 3150 main   206 757 7700 fax

right of first negotiation/ last refusal/matching rights, advertising inventory, and negotiated pricing – most of which are irrelevant to the instant case.

8. Public disclosure of any of Amazon's Confidential Exhibits would allow Amazon's competitors to ascertain how Amazon generally values, negotiates, and implements sports packages. It would also reveal areas in which Amazon is price sensitive or otherwise vulnerable. This knowledge would equip competitors (including, but not limited to, Google and Apple) to sharpen their future bids against Amazon – potentially devastating Amazon's ability to effectively compete.

9. Public disclosure of Amazon's Confidential Exhibits would also reveal areas in which Amazon is already successful (TX0146, TX0176, TX0177, TX0201) or seeks to innovate (TX0501), enabling Amazon's competitors to appropriate Amazon's competitive advantages.

10. If Amazon's negotiating partners (such as sports leagues) become privy to Amazon's internal business evaluations, they will be less likely to agree to terms that reflect a helpful cost structure for Amazon as a business.

11. And, widespread knowledge of bespoke terms that Amazon has agreed to with other negotiating partners in the past would put Amazon at a significant disadvantage in future business negotiations with both business counterparties and competitors.

12. Thus, as requested in the Nonparty Motion, Amazon seeks an order: (1) directing the parties to not display certain trial exhibits containing Non-Party confidential business information (the "Confidential Exhibits") on any screen visible by the public galley, and (2) sealing the Confidential Exhibits in the public court file during and after trial, including in any subsequent filings in this case.

13. The table below reflects the Amazon Confidential Exhibits over which Amazon seeks confidential treatment, each of which contains highly confidential and proprietary information such that a less restrictive alternative is not sufficient.

AMAZON DEC. IN SUPPORT OF NON-PARTY MOTION - 3
4894-7971-5260v.4 0051461-001872
4893-2202-4895v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206 622 3150 main · 206 757 7700 fax

| Exhibits for Confidential Treatment | |
|---|---|
| Exhibit | Description of Document |
| TX0146 | NFL/ Amazon Thursday Night Package Production and Distribution Agreement |
| TX0176 | 2020 NFL/ Amazon Basic Business Terms |
| TX0177 (duplicate of TX0176) | 2020 NFL/ Amazon Basic Business Terms |
| TX0201 | 2017 NFL/ Amazon Basic Business Terms |
| TX0502 | Financial data reflecting Amazon's break-even projections for Sunday Ticket |
| TX0501 | Amazon/ NFL Proposal re: Sunday Ticket Package (Expression of Interest) |
| TX0503 | Internal business analysis surrounding consumer interest in Sunday Ticket |
| TX0010 | Internal business analysis surrounding consumer interest in Sunday Ticket |

14. The information contained in Amazon's non-public agreements with the NFL and highly confidential financial and business analyses surrounding the valuation and implementation of those agreements is proprietary, valuable, and safeguarded.

15. Amazon takes necessary and ongoing measures to maintain the confidentiality of the Amazon Confidential Exhibits and the information contained therein, including by negotiating non-disclosure provisions and insisting on strong protective orders.

16. Amazon also internally maintains the Amazon Confidential Exhibits as strictly confidential, allowing access only to certain personnel.

AMAZON DEC. IN SUPPORT OF NON-PARTY MOTION - 4
4894-7971-5260v.4 0051461-001872
4893-2202-4895v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206 622 3150 main  206 757 7700 fax

17.     Amazon's request for protection is reasonable and as narrowly tailored as possible to avoid causing harm to non-party Amazon.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. This declaration was executed this 17th day of May 2024, in Seattle, Washington.

/s/ _____
Charlie Neiman
Director, Digital Content Acquisition

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

/s/ *Arthur Kats*

AMAZON DEC. IN SUPPORT OF NON-PARTY MOTION - 5
4894-7971-5260v.4 0051461-001872
4893-2202-4895v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206 622 3150 main  206 757 7700 fax