WALKER STEVENS CANNOM LLP
Hannah L. Cannom (SBN 245635)
hcannom@wscllp.com
Bethany M. Stevens (SBN 245672)
bstevens@wscllp.com
500 Molino Street #118
Los Angeles, CA 90013
Telephone:   (213) 337-9972
Facsimile:    (213) 403-4906

*Attorneys for Non-Party Apple Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF STEVE SMITH IN SUPPORT OF MOTION OF CERTAIN NON-PARTIES FOR PROTECTION OF NON-PARTY CBI AT TRIAL**<br><br>Hearing Date/Time: 6/14/24, 1:30pm Ctrm. 6A<br><br>Judge: Hon. Philip S. Gutierrez<br>Trial Date: 6/5/2024 |

I, Steve Smith, hereby declare as follows:

1. I am over the age of 18 and an employee of Apple Inc. ("Apple"). My title is Senior Director and I have worked at Apple since August 2007. My knowledge of the matters stated herein is either personal or has been developed and confirmed through discussions with other Apple employees.

2. I submit this declaration in support of the Motion of Certain Non-Parties for Protection of Non-Party CBI at Trial.

3. I am advised that Plaintiffs and Defendants in this matter are seeking to use at trial certain exhibits that contain or constitute highly confidential and competitively sensitive information of non-party Apple. Apple has given careful thought and consideration to the Apple-related documents disclosed by the parties as potential trial exhibits in this case, all of which contain Apple confidential information. Of the dozens of exhibits disclosed, Apple is only seeking to protect from full public disclosure at trial the following four exhibits which contain Apple's most sensitive business information: TX0517; TX0521; TX0523; and TX0698 (together, the "Apple Confidential Exhibits").

4. I understand that each of the Apple Confidential Exhibits have been designated as HIGHLY CONFIDENTIAL as defined in paragraph 2.10 of the Stipulated Protective Order in this case (the "Protective Order") as "information that qualifies as 'CONFIDENTIAL' Information or Items and includes information or items that contain competitively sensitive confidential information of the Designating Party, the disclosure of which may result in competitive harm . . . ."

5. Apple and the NFL exchanged the Apple Confidential Exhibits in connection with discussions regarding a possible Apple-NFL relationship relating to the NFL Sunday Ticket. In particular:

    a. TX0517, TX0521, and TX0698 each include as an attachment to the cover emails various drafts of term sheets that were never agreed to and never publicly disclosed or disseminated.

b. TX0523 includes as an attachment to the cover email a financial model that details financial assumptions and projections for the never-consummated relationship between Apple and the NFL.

6. The substance of Apple's discussions with the NFL were closely guarded and disclosed narrowly and cautiously even with Apple, and have remained highly confidential after the termination of negotiations. Apple's analyses and strategies regarding its negotiations with the NFL were and remain among Apple's most commercially sensitive information.

7. Each of the Apple Confidential Exhibits contain or constitute highly commercially and competitively sensitive information of Apple because they reflect Apple's internal analyses and strategies with respect to its prior negotiations with the NFL as well as its broader analyses and strategies regarding video, sports, and Apple's streaming platform. Apple would suffer grave commercial injury if the Apple Confidential Exhibits were publicly disclosed, including to Apple's actual and potential competitors and/or to counterparties in current or future business negotiations.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on May 17, 2024 in St. Helena, California.

_/s/ Steve Smith_
Steve Smith