Arthur J. Burke
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA, 94025
(625) 752-2000
arthur.burke@davispolk.com

*Attorney for Non-Party Comcast*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG<br><br>**DECLARATION OF JUSTIN SMITH IN SUPPORT OF PARTIES' JOINT STIPULATION FOR CONFIDENTIAL TREATMENT OF CERTAIN TRIAL EXHIBITS**<br><br>Trial Date: June 5, 2024<br>Judge: Hon. Philip S. Gutierrez |

I, Justin Smith, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am the Senior Vice President of Content Acquisition at Comcast Cable Communications, LLC ("Comcast"). I have been employed by Comcast since 2006. I am responsible for negotiating Comcast's carriage agreements with programming networks to provide their programming content as part of Comcast's

video services.  I make this declaration based on my personal knowledge.

2. I understand that in response to Plaintiffs' requests, Comcast produced highly confidential and commercially sensitive information relating to Comcast's broadcast and distribution of television and sports programming.  I understand that Plaintiffs and Defendants have now designated certain of these documents as exhibits in the forthcoming trial in this case.

3. I have reviewed the relevant documents produced in this matter by Comcast.  I submit this declaration to attest that material contained in trial exhibit TX0715 is highly competitively sensitive for Comcast, and there are compelling reasons to protect it from public disclosure at trial.

4. The produced document in question reflects years of Comcast's commercial negotiations with numerous television, broadcast, and sports partners.  Specifically, this document reflects the affiliate rates negotiated by Comcast and its television partners for their programming networks – essentially, the price that Comcast pays per subscriber for the right to distribute those networks to Comcast's customers.  Such information is among the most highly competitively sensitive information within Comcast's organization.

5. The disclosure of this data, even if entirely inadvertent, would significantly harm Comcast.  Comcast is actively engaged in the ongoing and regular process of negotiating its carriage agreements (including affiliate rates) with programming owners, including broadcasters, cable networks, sports leagues, and others.  Any disclosure of the terms at issue here could alter the bargaining dynamic between Comcast and these and other counterparties to the detriment of Comcast and the benefit of those counterparties.  Such disclosure would provide valuable insight into the actual affiliate rates negotiated by Comcast, one of the most essential terms in its agreements with television partners.  Such disclosure could also provide Comcast's negotiating partners greater leverage to seek

favorable financial terms in their own future agreements with Comcast, and further harm Comcast and its television partners if another distributor ever got access to this information.

      6.    I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: May 17, 2024

DocuSigned by:
07CF08FBDC3E409...

Justin Smith
Senior Vice President, Content Acquisition
Comcast Cable Communications, LLC