DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

JEFFREY A. N. KOPCZYNSKI (*Pro Hac Vice*)
jkopczynski@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone:  (212) 326-2000
Facsimile:   (212) 326-2061

*Attorneys for Non-Party DIRECTV, LLC
and DIRECTV Holdings LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE SUNDAY TICKET ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMx)<br><br>**DECLARATION OF J. CHRISTOPHER LAURICELLA IN SUPPORT OF CERTAIN NON-PARTIES' APPLICATION TO SEAL CONFIDENTIAL TRIAL EXHIBITS FROM THE PUBLIC FILE AND FROM PUBLIC DISPLAY**<br><br>TRIAL DATE: June 5, 2024<br>JUDGE: Hon. Philip S. Gutierrez |

## <u>DECLARATION OF J. CHRISTOPHER LAURICELLA</u>

I, J. Christopher Lauricella, do hereby declare:

1.     I am Vice President, Content & Programming for DIRECTV, LLC.  I am familiar with the DIRECTV-related documents the parties represent they will use during trial, and I have personal knowledge of the facts stated in this declaration or know that such facts are true based on my review of and familiarity with business records and documents DIRECTV maintained in the ordinary course of business and prepared in accordance with standard business practices at or around the time of the events described therein.  If called as a witness to testify to the facts set forth in this declaration, I could and would testify competently to each of those facts.

2.     Given my position at DIRECTV, I am familiar with the type of information contained in the materials at issue and their competitive significance to DIRECTV.  I am also familiar with the measures DIRECTV takes to protect the confidentiality of these materials.  I believe that public disclosure—which would provide access to DIRECTV's direct competitors and other market participants with whom DIRECTV negotiates—of the confidential information contained in certain trial exhibits would significantly harm DIRECTV by impairing its ability to compete in a fair market and interfere with DIRECTV's market-participant relationships.

3.     DIRECTV seeks confidential treatment of a narrow selection of information contained only in a subset of exhibits the parties might use at trial; more specifically, DIRECTV seeks confidential treatment for only certain provisions contained within six of its contractual agreements with professional sports leagues and another media platform, as described in more detail below.  Each of the agreements that DIRECTV seeks confidential treatment for are highly negotiated, and the terms within are offered to some, but not all, market participants.  If details of these terms become public, DIRECTV faces the risk of immediate competitive harm.  Market participants that did not receive these terms—e.g., pricing, concessions, or duties— may try to use this information to demand them.  The disclosure of this confidential

Case No. 2:15-ml-02668-PSG-JEMx

1   information could cause material harm to the business relationships that DIRECTV

2   carefully cultivates with its contracting-partners, damage its reputation, and negatively

3   affect its ability to negotiate new agreements.

4       4.     DIRECTV has spent decades and countless hours negotiating for the

5   very terms reflected in these agreements.  If these terms were publicly disclosed,

6   competitors would unfairly benefit from DIRECTV's hard work by negotiating with

7   these same entities against DIRECTV for more favorable terms than DIRECTV

8   offers, thereby making it difficult for DIRECTV to grow its business.

9       5.     Indeed, competitors in this industry are anxious to obtain information

10   about each other's contracts with programmers and other market participants and,

11   accordingly, this information is carefully guarded at DIRECTV.  These contracts are

12   closely held and not disclosed beyond the content, legal, and finance teams that

13   support content.

14       The specific documents DIRECTV seeks to protect include the following:

15       6. **TX0016** is an email between DIRECTV employees regarding a 2014 Letter

16   Agreement between DIRECTV and Major League Baseball ("MLB").  The email

17   attaches a copy of the full agreement.  This agreement is still in operation between the

18   parties:  in 2022, DIRECTV and the MLB signed a letter agreement that renewed the

19   terms of the 2014 DIRECTV and MLB Letter Agreement through the 2024 season.

20       7.     **TX0032** is an email between DIRECTV and National Football League

21   ("NFL") employees attaching the fully executed 2013 NFL Sunday Ticket Agreement,

22   and **TX0024** is a further modification of the 2013 NFL Sunday Ticket Agreement –

23   i.e., the 2014 NFL and DIRECTV Sunday Ticket Agreement.  The terms of the 2013

24   and 2014 NFL and DIRECTV Sunday Ticket Agreements expired only last year, and

25   the information contained in these documents is still relevant to current negotiations

26   with other programmers and sufficiently secret and sufficiently material to

27   DIRECTV's current business that disclosure would cause serious competitive injury.

28       8.     **TX0031** is a 2016 DIRECTV and National Basketball Association

("NBA") Agreement.  This agreement is still in operation between the parties:  in 2022, DIRECTV and the NBA signed a letter agreement that renewed the terms of the 2016 DIRECTV and NBA Agreement through 2025.

9.     **TX0034** is an email between DIRECTV employees regarding the 2016 DIRECTV and National Hockey League ("NHL") Agreement and attaching the agreement.  This agreement is still in operation between the parties:  in 2023, DIRECTV and the NHL signed a term sheet that renewed the terms of the 2016 DIRECTV and NHL Agreement through 2024.

10.     **TX0035** is the currently operative May 24, 2023 Short Form Agreement between DIRECTV and EverPass.

*          *          *

1    I declare under penalty of perjury under the laws of the State of California and

2    the United States that the foregoing is true and correct, and that this declaration was

3    executed on this 17 day of May 2024 at Los Angeles, California.

4

5

6    _____

7    J. Christopher Lauricella

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28