1  Erika H. Warren (Bar No. 295570)
2  WARREN KASH WARREN LLP
3  2261 Market Street, No. 606
   San Francisco, California, 94114
4  +1 (415) 895-2940
5  +1 (415) 895-2964 facsimile
   15-2668@cases.warrenlex.com
6
7  *Attorneys for EverPass Media, LLC*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668 <br><br> **DECLARATION OF EVERPASS MEDIA, LLC IN SUPPORT OF MOTION FOR PROTECTIVE TREATMENT OF CERTAIN TRIAL EXHIBITS** <br><br> Trial Date: June 5, 2024 <br> Judge: Hon. Philip S. Gutierrez |
|---|---|

DocuSign Envelope ID: 54B2657A-4657-4FE5-9617-691D1B2BD982

I, Alex Kaplan, declare under 28 U.S.C. § 1746:

1. I am the CEO of non-party EverPass Media, LLC ("EverPass"). I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. I make this declaration in support of the Non-Parties' Motion for Protective Treatment of Certain Trial Exhibits. EverPass respectfully requests the Court's assistance to prevent harm to its commercial standing by public disclosure of highly confidential documents.

3. I understand that the Plaintiffs and Defendants intend to use at trial the term sheets and contracts between RedBird, EverPass, and the NFL concerning the acquisition and business terms regarding intellectual property rights to NFL Sunday Ticket. I also understand that the parties intend to use at trial the contract between EverPass and DirecTV concerning distribution of NFL Sunday Ticket to commercial establishments. Each of these documents contains highly confidential and competitively sensitive information.

4. EverPass is a new business, created in 2023. I am one of the founders of EverPass, and the goal of EverPass is to be a solution, a partner, and an innovator for commercial entities looking to provide sports content to their customers. EverPass distributes NFL Sunday Ticket and Peacock Sports Pass to commercial establishments, and is actively working to form new partnerships to create an expanded one-stop-shop for the commercial distribution of premium sports.

5. I understand that Plaintiffs in this action subpoenaed EverPass before its formation was even complete. I further understand that EverPass conferred with the parties and agreed to produce certain documents containing highly confidential material, which EverPass considers to be especially sensitive, and which EverPass accordingly designated as "Highly Confidential – Commercially Sensitive" under this Court's orders.

6. I understand that this Court's protective orders do not extend to the trial of this matter, which I also understand is set to commence on June 4, 2024.

7. I have identified four exhibits that contain highly confidential and proprietary information of EverPass, regarding which EverPass seeks the Court's assistance in minimizing public dissemination if they are used at trial:

| Exhibit | Description |
| --- | --- |
| TX0035 | EverPass-DirecTV Short Form Agreement |
| TX0242 | EverPass Formation / Term Sheet |
| TX0369 | EverPass Formation / Term Sheet |
| TX0370 | RedBird-32E Letter Agreement (EverPass Formation Agreement) |

8. These documents contain the terms by which EverPass acquired and now distributes certain intellectual property rights including the current, detailed financial terms of a rights distribution agreement. EverPass's legitimate private interests warrant confidential treatment at trial, and denial of that treatment would result in injury to EverPass.

9. Public dissemination of these documents would gravely impact EverPass's commercial standing. In particular, EverPass is engaged in the business of acquiring and distributing—sometimes through partners and potential partners—media rights to commercial establishments. Those partners and potential partners include some of the parties to this action, certain subpoenaed non-parties to this action, as well as other non-parties with whom we are likely to negotiate licensing and distribution terms in the near future. Public dissemination of our detailed financial information and negotiated terms of current contracts could impact and even undermine those negotiations, providing potential business partners or counterparties with an unfair advantage over EverPass in negotiations at a critical early stage.

10. EverPass wishes to preserve the confidentiality of agreements that it takes care to protect, both for its own benefit and the benefit of its partners.

11. I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of May, 2024, at Greenwich, Connecticut.

By: 

Alex Kaplan
*Chief Executive Officer*
EverPass Media, LLC