AMIT Q. GRESSEL, SBN 307663
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: agressel@wsgr.com

*Counsel for YouTube, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (JEMX)<br><br>**DECLARATION OF JON CRUZ IN SUPPORT OF CONFIDENTIALITY DESIGNATIONS RELATED TO TRIAL**<br><br>Judge: Hon. Philip S. Gutierrez |

I, JON CRUZ, declare as follows:

1. I am currently the Director, Global Head of Sports Partnerships at YouTube, LLC, a subsidiary of Google LLC. I have been in this role for over 12 years. Prior to this role I was a Manager, Inventory Strategy for Google LLC for nearly three years. Over the course of my employment at YouTube and Google ("YouTube"), I have acquired personal knowledge of YouTube's practices and procedures concerning the maintenance of the confidentiality of its strategic, business, and marketing information.

2. I submit this declaration on behalf of non-party YouTube in support of certain Non-Parties' Application to Seal Confidential Trial Exhibits from the Public File and Public Display filed by the non-parties on May 17, 2024.

3. The facts set forth in this declaration are true and correct to the best of my knowledge, information, and belief, and are based on my personal knowledge of YouTube's policies and practices as they relate to the treatment of confidential information, the materials that were provided to me and reviewed by me, and/or conversations with other knowledgeable employees of YouTube. If called upon as a witness in this action, I could and would testify from my personal knowledge and knowledge acquired from sources with factual foundation.

**The Material to Be Treated as Confidential at Trial Is Highly Confidential Because it Reveals YouTube's Competitive Business Strategy and Decisions, Discloses Personally-Identifying Information of YouTube's Employees, and Reflects YouTube's Non-Public Commercial Agreements**

4. As demonstrated with factual particularity below, all of the material for which YouTube requests be treated as non-public is maintained as highly confidential or contains personally-identifying information of specific YouTube employees. To the best of my knowledge, none of this material has been publicly disclosed.

5. As a matter of routine practice and internal policy, YouTube and its employees strictly treat as confidential, amongst other items, (i) non-public agreements with YouTube's partners; (ii) internal surveys, presentations, and analyses of business strategy and competitive dynamics; and (iii) other sensitive material that, if publicly disclosed, could potentially enable YouTube's competitors

to undermine YouTube's competitive position in the marketplace, allow current or prospective business partners or counterparties to take unfair advantage of YouTube in negotiations or other business affairs, violate YouTube's confidentiality obligations to third parties, or otherwise prejudice YouTube's business interests. In my experience and to the best of my knowledge, YouTube does not disclose internal documents, data, or information of this nature outside of the company, except to authorized third parties when so required or permitted by law or contract. To that end and in order to prevent inadvertent revelation of this information to the public, YouTube has several policies in place like prohibiting employees from accessing information beyond what is reasonably necessary to perform their duties, limiting access to certain internal systems, permitting access to document databases on a need-to-know basis, and requiring the use of an encrypted email system. I am also aware that, generally, YouTube employees are required to sign a confidentiality agreement requiring each employee to keep information confidential and shared only within the company.

**There is Good Cause and Compelling Reasons to treat YouTube's Highly Confidential Material as Non-Public at Trial**

6. As demonstrated with factual particularity below, there is "good cause" to seal YouTube's confidential materials. But even if YouTube were required to demonstrate "compelling reasons" for sealing, the materials for which YouTube requests sealing would still satisfy that standard. The public disclosure of YouTube's internal, confidential material could, among other things, harm YouTube's business and customer relationships, undermine YouTube's ability to retain and attract customers and business partners who entrust YouTube with their confidential information, jeopardize YouTube's ability to conduct business with current and prospective business partners, enable YouTube's competitors to undermine YouTube's competitive position in the marketplace, allow current or prospective business partners or counterparties to take unfair advantage of YouTube in negotiations or other business affairs, or otherwise prejudice YouTube's business interests. These materials therefore derive economic value from not being generally known to YouTube's competitors, counterparties, or the public. The release of this information to the public will cause tangible commercial injury to YouTube.

7. With regards to personally-identifying information of YouTube's employees, public disclosure of this information is likely to result in significant invasion of privacy and disruption of these employee's personal lives.

8. I understand that this motion requests that the Court maintain the specific information identified below as non-public at trial, which may involve requiring that the document not be publicly displayed in the courtroom, not be quoted by a lawyer or witness, and be preserved as confidential during and after trial. For the reasons stated below, this information is confidential and highly sensitive, and if publicly disclosed, could significantly prejudice YouTube's competitive position by harming YouTube's relationship with business partners, putting YouTube at unfair disadvantage in future business negotiations, and permitting YouTube's competitors to gain unfair advantage in competition with YouTube.

**YouTube Documents to be Treated as Non-Public/Confidential at Trial**

| TX # | Bates # | Description |
|---|---|---|
| TX0243 | NFL_1241917, NFL_1241920 | 2022 NFL & Google Sunday Ticket Agreement |
| TX0244 | NFL_1241997, NFL_1242000 | 2022 NFL & Google Sunday Ticket Agreement |
| TX0256 | GOOG-NFLYT-00005964 | 2022 NFL & Google Sunday Ticket Agreement |
| TX0549 | GOOG-NFL-00000011 | Internal YouTube Presentation re SundayTicket SKUs and Pricing |
| TX0550 | GOOG-NFLYT-00000001 | Memo re: Prep for meeting with NFL Commissioner |
| TX0552 | GOOG-NFLYT-00000225 | Draft summary of best and final proposal |
| TX0553 | GOOG-NFLYT-00001167 | Email re: Sunday Ticket call readout |
| TX0554 | GOOG-NFLYT-00002341 | Email re: DRAFT Google NFLST Outline of Key Terms |
| TX0555 | GOOG-NFLYT-00003300 | YTV-NFL SundayTicket Sizzle Creative Brief |
| TX0556 | GOOG-NFLYT-00003384 | Email chain re: NFL SundayTicket deal and incentive structure. |
| TX0558 | GOOG-NFLYT-00003668 | Email Summary of proposed NFL SundayTicket deal and request for approval. |

| TX0559 | GOOG-NFLYT-00003730 | Email summarizing details of contract structure and terms |
| TX0560 | GOOG-NFLYT-00003734 | Email negotiating open items in contract negotiations. |
| TX0561 | GOOG-NFLYT-00003826 | Email negotiating open items in contract negotiations. |
| TX0708 | NFL_1238744, NFL_1238746, NFL_1238750 | Email negotiating open items in contract negotiations. |
| TX0710 | NFL_1238999, NFL_1239000 | Email negotiating open items in contract negotiations. |
| TX0709 | NFL_1238757 | Late drafts of NFL-YouTube SundayTickey agreement |
| TX0712 | NFL_1239675, NFL_1239677 | Late drafts of NFL-YouTube SundayTickey agreement |

9. **TX0243 - NFL_1241917, NFL_1241920**

This document contains the fully executed version of the current commercial agreement between the National Football League and YouTube. This contract contains highly confidential non-public information regarding the rates and terms of the agreement between the NFL and YouTube. This information has never been publicly disclosed. And, to the best of my knowledge, the majority of this confidential information is not relevant or related to the claims at issue in this trial. Disclosure of this information would adversely impact YouTube's current competitive position by revealing its strategic considerations regarding licensing terms and rates which could be used to YouTube's disadvantage in negotiations with customers and business partners, as well as by YouTube's competitors. This document also contains personally identifiable information such as personal emails and cell phone numbers of YouTube employees.

10. **TX0244 - NFL_1241997, NFL_1242000**

This document contains the fully executed version of the current commercial agreement between the National Football League and YouTube. This contract contains highly confidential non-public information regarding the rates and terms of the agreement between the NFL and YouTube. This information has never been publicly disclosed. And, to the best of my knowledge, the majority of this confidential information is not relevant or related to the claims at issue in this trial. Disclosure of this information would adversely impact YouTube's current competitive position by revealing its

strategic considerations regarding licensing terms and rates which could be used to YouTube's disadvantage in negotiations with customers and business partners, as well as by YouTube's competitors. This document also contains personally identifiable information such as personal emails and cell phone numbers of YouTube employees.

11. **TX0256 - GOOG-NFLYT-00005964**

This document is the executed version of the current commercial agreement between the National Football League and YouTube. This contract contains highly confidential non-public information regarding the rates and terms of the agreement between the NFL and YouTube. And, to the best of my knowledge, the majority of this confidential information is not relevant or related to the claims at issue in this trial. This information has never been publicly disclosed. Disclosure of this information would adversely impact YouTube's current competitive position by revealing its strategic considerations regarding licensing terms and rates which could be used to YouTube's disadvantage in negotiations with customers and business partners, as well as by YouTube's competitors.

12. **TX0549 - GOOG-NFL-00000011**

This document is an internal presentation, created after the NFL and YouTube entered into the SundayTicket agreement. The presentation describes YouTube's pricing strategy, business considerations, and marketing strategy, amongst other considerations. To the best of my knowledge, the majority of this confidential information is not relevant or related to the claims at issue in this trial. Disclosure of this information would adversely impact YouTube's current competitive position by revealing its strategic considerations regarding licensing terms and rates which could be used to YouTube's disadvantage in negotiations with customers and business partners, as well as by YouTube's competitors.

13. **TX0550 - GOOG-NFLYT-00000001**

This document is an internal memo discussing upcoming meetings with YouTube's business partners and strategic concerns. This document contains information related to other agreements between YouTube and the NFL that are unrelated to this case. This financial information has never been publicly disclosed. Disclosure of this information would adversely

impact YouTube's current competitive position by revealing its strategic considerations regarding licensing terms and rates which could be used to YouTube's disadvantage in negotiations with customers and business partners, as well as by YouTube's competitors.

14. **TX0552 - GOOG-NFLYT-00000225**

This document is a draft internal email at YouTube summarizing the key license terms, fee rates, and strategic business decisions of YouTube related to negotiations with the NFL. These terms and internal discussion have never been publicly disclosed. Disclosure of this information would adversely impact YouTube's current competitive position by revealing its strategic considerations regarding licensing terms and rates which could be used to YouTube's disadvantage in negotiations with customers and business partners, as well as by YouTube's competitors.

15. **TX0553 - GOOG-NFLYT00001167**

This document contains personally identifiable information such as personal emails and cell phone numbers of YouTube employees.

16. **TX0554 - GOOG-NFLYT-00002341**

This document contains personally identifiable information such as personal emails and cell phone numbers of YouTube employees.

17. **TX0555 - GOOG-NFLYT-00003300**

This document contains personally identifiable information such as personal emails and cell phone numbers of YouTube employees.

18. **TX0556 - GOOG-NFLYT-00003384**

This document is an internal email at YouTube discussing key license terms, fee rates, and strategic business decisions of YouTube related to negotiations with the NFL. These terms and internal discussion have never been publicly disclosed. To the best of my knowledge, the majority of this confidential information is not relevant or related to the claims at issue in this trial. Disclosure of this information would adversely impact YouTube's current competitive position by revealing its strategic considerations regarding licensing terms and rates which could be used to YouTube's disadvantage in negotiations with customers and business partners, as well as by YouTube's

competitors. This document also contains personally identifiable information such as personal emails and cell phone numbers of YouTube employees.

### 19. TX0558 - GOOG-NFLYT-00003668

This document is an internal email at YouTube summarizing the key license terms, fee rates, and strategic business decisions of YouTube related to negotiations with the NFL and the ultimate commercial agreement between the NFL and YouTube. These terms and internal discussion have never been publicly disclosed. To the best of my knowledge, the majority of this confidential information is not relevant or related to the claims at issue in this trial. Disclosure of this information would adversely impact YouTube's current competitive position by revealing its strategic considerations regarding licensing terms and rates which could be used to YouTube's disadvantage in negotiations with customers and business partners, as well as by YouTube's competitors. This document also contains personally identifiable information such as personal emails and cell phone numbers of YouTube employees.

### 20. TX0559 - GOOG-NFLYT-00003730

This document is a draft internal email at YouTube summarizing the key license terms, fee rates, and strategic business decisions of YouTube related to negotiations with the NFL and the ultimate commercial agreement between the NFL and YouTube. These terms and internal discussion have never been publicly disclosed. These terms and internal discussion have never been publicly disclosed. To the best of my knowledge, the majority of this confidential information is not relevant or related to the claims at issue in this trial. Disclosure of this information would adversely impact YouTube's current competitive position by revealing its strategic considerations regarding licensing terms and rates which could be used to YouTube's disadvantage in negotiations with customers and business partners, as well as by YouTube's competitors.

### 21. TX560 - GOOG-NFLYT-00003734

This document contains discussion and negotiations of key license terms, fee rates, and strategic business decisions of YouTube related to negotiations with the NFL. These terms and internal discussion have never been publicly disclosed. To the best of my knowledge, the majority of this confidential information is not relevant or related to the claims at issue in this trial.

Disclosure of this information would adversely impact YouTube's current competitive position by revealing its strategic considerations regarding licensing terms and rates which could be used to YouTube's disadvantage in negotiations with customers and business partners, as well as by YouTube's competitors. This document also contains personally identifiable information such as personal emails and cell phone numbers of YouTube employees.

22. **TX561 - GOOG-NFLYT-00003826**

This document is an internal email at YouTube summarizing the key license terms, fee rates, and strategic business decisions of YouTube related to negotiations with the NFL. These terms and internal discussion have never been publicly disclosed. Disclosure of this information would adversely impact YouTube's current competitive position by revealing its strategic considerations regarding licensing terms and rates which could be used to YouTube's disadvantage in negotiations with customers and business partners, as well as by YouTube's competitors. This document also contains personally identifiable information such as personal emails and cell phone numbers of YouTube employees.

23. **TX0708 - NFL_1238744, NFL_1238746, NFL_1238750**

This document contains discussion and negotiations of key license terms, fee rates, and strategic business decisions of YouTube related to negotiations with the NFL. These terms and internal discussion have never been publicly disclosed. To the best of my knowledge, the majority of this confidential information is not relevant or related to the claims at issue in this trial. Disclosure of this information would adversely impact YouTube's current competitive position by revealing its strategic considerations regarding licensing terms and rates which could be used to YouTube's disadvantage in negotiations with customers and business partners, as well as by YouTube's competitors. This document also contains personally identifiable information such as personal emails and cell phone numbers of YouTube employees.

24. **TX0709 - NFL_1238757**

This document contains a draft full-form version of the current commercial agreement between the National Football League and YouTube. This contract contains highly confidential non-public information regarding the rates and terms of the agreement between the NFL and YouTube.

To the best of my knowledge, the majority of this confidential information is not relevant or related to the claims at issue in this trial. This information has never been publicly disclosed. Disclosure of this information would adversely impact YouTube's current competitive position by revealing its strategic considerations regarding licensing terms and rates which could be used to YouTube's disadvantage in negotiations with customers and business partners, as well as by YouTube's competitors. This document also contains personally identifiable information such as personal emails and cell phone numbers of YouTube employees.

25. TX0710 - NFL_1238999, NFL_1239000

This document contains discussion and negotiations of key license terms, fee rates, and strategic business decisions of YouTube related to negotiations with the NFL. These terms and internal discussion have never been publicly disclosed. To the best of my knowledge, the majority of this confidential information is not relevant or related to the claims at issue in this trial. Disclosure of this information would adversely impact YouTube's current competitive position by revealing its strategic considerations regarding licensing terms and rates which could be used to YouTube's disadvantage in negotiations with customers and business partners, as well as by YouTube's competitors. This document also contains personally identifiable information such as personal emails and cell phone numbers of YouTube employees.

26. TX0712 - NFL_1239675, NFL_1239677

This document contains a draft full-form version of the current commercial agreement between the National Football League and YouTube. This contract contains highly confidential non-public information regarding the rates and terms of the agreement between the NFL and YouTube. To the best of my knowledge, the majority of this confidential information is not relevant or related to the claims at issue in this trial. This information has never been publicly disclosed. Disclosure of this information would adversely impact YouTube's current competitive position by revealing its strategic considerations regarding licensing terms and rates which could be used to YouTube's disadvantage in negotiations with customers and business partners, as well as by YouTube's competitors. This document also contains personally identifiable information such as personal emails and cell phone numbers of YouTube employees.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in San Francisco, California on May 17, 2024.

DocuSigned by:

*Jon Cruz*

5EA7EE03C3E844D...

Jon Cruz