Arthur J. Burke
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA, 94025
(625) 752-2000
athur.burke@davispolk.com

*Attorney for Non-Party*
*NBC Universal*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG<br><br>**DECLARATION OF DAVID PIETRYCHA IN SUPPORT OF PARTIES' JOINT STIPULATION FOR CONFIDENTIAL TREATMENT OF CERTAIN TRIAL EXHIBITS**<br><br>Trial Date: June 5, 2024<br>Judge: Hon. Philip S. Gutierrez |

I, David Pietrycha, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am the Chief Business Officer for the NBC Media Group at NBC Universal LLC ("NBC Universal"). I have been employed by NBC Universal since 2005. Together with my team, I am responsible for developing the strategies

1 that help drive the evolution and growth of our Media Group businesses.  I work
2 closely with our business leadership team on major resource allocation and
3 investment decisions, including content rights, strategic partnerships, mergers and
4 acquisitions, and new business development.  I make this declaration based on my
5 personal knowledge.

6      2.     I understand that in response to Plaintiffs' requests, NBC Universal
7 produced highly confidential and commercially sensitive information relating to
8 NBC Universal's distribution and media rights strategy for numerous NFL
9 products including Sunday Night Football, as well as Notre Dame University
10 football games, and other professional and collegiate sports properties.  I
11 understand that Plaintiffs and Defendants have now designated a number of these
12 documents as exhibits in the forthcoming trial in this case.

13      3.     I have reviewed the relevant documents produced in this matter by
14 NBC Universal.  I submit this declaration to attest that material contained in trial
15 exhibits TX0718, TX0720, TX1008, TX1009, is highly competitively sensitive for
16 NBC Universal, and there are compelling reasons to protect it from public
17 disclosure at trial.

18      4.     The produced documents in question reflect decades of NBC
19 Universal's commercial negotiations with numerous collegiate and professional
20 sports partners, as well as broadcasters and others.  These documents are
21 particularly instructive as to NBC Universal's past, present, and future strategy and
22 decision-making regarding sports programming and key contractual terms in rights
23 and distribution agreements.  Such information is among the most highly
24 competitively sensitive information within both NBC Universal's sports and
25 broader organization.

26      5.     The disclosure of these provisions, even if entirely inadvertent, would
27 significantly harm NBC Universal.  NBC Universal is engaged in the ongoing and
28

regular process of negotiating agreements to acquire and distribute sport programming across multiple sports, leagues, teams, and distributors. Any disclosure of the terms at issue could alter the bargaining dynamic between NBC Universal and these and other counterparties to the detriment of NBC Universal and the benefit of those counterparties. Such disclosure would provide valuable insight into key terms, particularly those developed over the long-standing relationship between NBC Universal and its negotiation partners, as well as strategic and economic information regarding NBC Universal's greater sports programming strategy. Such disclosure could also provide NBC Universal's negotiating partners greater leverage to seek favorable contractual provisions in their own agreements with NBC Universal, based on its understanding of NBC Universal's sports strategy, to the detriment of NBC Universal.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: May 17, 2024

DocuSigned by:
David Pietrycha
D82FBDF57D04494...

David Pietrycha
Chief Business Officer, NBC Sports
NBC Universal Media, LLC