1  Erika H. Warren (Bar No. 295570)
2  WARREN KASH WARREN LLP
3  2261 Market Street, No. 606
   San Francisco, California, 94114
4  +1 (415) 895-2940
5  +1 (415) 895-2964 facsimile
   15-2668@cases.warrenlex.com
6
7  *Attorneys for RedBird Capital*
   *Partners Management LLC*
8

9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11  _____
                                            )
12  IN RE: NATIONAL FOOTBALL                ) Case No. 2:15-ml-02668
13  LEAGUE'S "SUNDAY TICKET"                )
    ANTITRUST LITIGATION                    ) **DECLARATION OF**
14                                          ) **REDBIRD CAPITAL PARTNERS**
15                                          ) **MANAGEMENT LLC IN**
                                            ) **SUPPORT OF MOTION FOR**
16                                          ) **PROTECTIVE TREATMENT**
17                                          ) **OF CERTAIN TRIAL EXHIBITS**
                                            )
18                                          )
19                                          )
                                            ) Trial Date: June 5, 2024
20                                          ) Judge: Hon. Philip S. Gutierrez
                                            )
21  _____)
22
23
24
25
26
27
28

I, Kevin LaForce, declare under 28 U.S.C. § 1746:

1. I am the Managing Director of non-party RedBird Capital Partners Management LLC ("RedBird"). The facts set forth herein are true and correct to the best of my knowledge, information and belief. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. I make this declaration in support of the Non-Parties' Motion for Protective Treatment of Certain Trial Exhibits. RedBird respectfully requests the Court's assistance to prevent harm to its commercial standing by public disclosure of highly confidential documents.

3. I understand that the Plaintiffs and Defendants intend to use at trial the term sheets and contracts between RedBird, EverPass, and the NFL concerning the acquisition and business terms regarding intellectual property rights to NFL Sunday Ticket.

4. I have identified three exhibits that contain highly confidential and proprietary information of RedBird, regarding which RedBird seeks the Court's assistance in minimizing public dissemination if they are used at trial:

| Exhibit | Description |
| --- | --- |
| TX0242 | EverPass Formation / Term Sheet |
| TX0369 | EverPass Formation / Term Sheet |
| TX0370 | RedBird-32E Letter Agreement (EverPass Formation Agreement) |

5. These documents contain highly confidential information of RedBird—in particular, detailed financial terms concerning a significant and ongoing investment for the company.

6. RedBird is a private investment firm focused on building high-growth companies with flexible, long-term capital. RedBird's partners, investors, and founders rely on RedBird to hold their investment information in strict confidence, and to secure financial information from public disclosure.

7. I understand that Plaintiffs in this action subpoenaed RedBird to request production of documents. I further understand that RedBird conferred with the parties and agreed to produce certain documents containing highly confidential material, which RedBird considers to be especially sensitive, and which RedBird accordingly designated as "Highly Confidential – Commercially Sensitive" under this Court's orders.

8. I understand that this Court's protective orders do not extend to trial of this matter, which I also understand is set to commence on June 4, 2024.

9. The three documents identified above contain detailed non-public financial information of RedBird, including capital contributions, equity stake, and amounts paid. They further include highly negotiated business terms governing the investment, which, if publicly disclosed, would provide future counterparties with an unfair advantage in negotiating and structuring investments with RedBird. Public disclosure of these documents could also harm RedBird's existing investor relationships as well as its ability to attract new investments.

10. RedBird has taken careful steps to be sure that the terms and agreements contained in the three documents identified herein are kept confidential. RedBird limits access to these documents only to those individuals with a genuine business reason to know their contents.

11. I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of May, 2024, at New York, New York.

By: _____

Kevin LaForce
*Managing Director*
RedBird Capital Partners
Management LLC