1

**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Brandon Marvisi (State Bar No. 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

2

3

4

5

6

7

*Attorneys for Verizon Corporate Services Group, Inc.*

8

9    **UNITED STATES DISTRICT COURT**

10   **CENTRAL DISTRICT OF CALIFORNIA**

11

12   IN RE: NATIONAL FOOTBALL
     LEAGUE'S "SUNDAY TICKET"
13   ANTITRUST LITIGATION

14   THIS DOCUMENT RELATES TO
     ALL ACTIONS
15

16

17

18

19

20

21

22

| | |
|---|---|
| | Case No. 2:15-ml-02668-PSG (JEMx) |

**DECLARATION OF NICK KELLY IN SUPPORT OF MOTION OF NON-PARTIES FOR PROTECTIVE TREATMENT OF CERTAIN TRIAL EXHIBITS TO BE SEALED IN THE PUBLIC COURT FILE AND PRECLUDED FROM PUBLIC DISPLAY DURING TIRAL**

Hearing Date/Time: June 14, 2024, 1:30 pm
Ctrm. 6A

Trial Date:  June 5, 2024
Judge:  Hon. Philip S. Gutierrez

23

24

25

26

27

28

CASE NO. 2:15-ML-02668-PSG (JEMx)

DECLARATION OF NICK KELLY

I, Nick Kelly, declare that the following is true:

1.    I am the Vice President for the Sports & Partnership division for Verizon Corporate Services, Group, Inc. ("Verizon"). I am over 18 years of age and make this declaration of my own personal knowledge, and, if called to do so, could testify competently to the facts stated herein under oath.

2.    I submit this Declaration in support of Non-Parties Motion for Protective Treatment of Certain Trial Exhibits, which seeks confidentiality protections at the June 5, 2024 trial in the above-captioned action.

3.    I am advised that Plaintiffs and Defendants in this matter are seeking to use at trial certain exhibits that contain or constitute highly confidential and competitively sensitive information of non-party Verizon.

4.    Specifically, the parties have informed Verizon that they seek to introduce the following documents which contain Verizon's highly confidential and competitively sensitive information: TX0685, TX0722, and TX0723 ( together the "Verizon Confidential Exhibits").

5.    The Verizon Confidential Exhibits have each been designated either (a) CONFIDENTIAL as defined in paragraph 2.4 of the Stipulated Protective Order ("Protective Order") as "information (regardless of how it is generated, stored, or maintained) or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c)" ("Confidential Information") or (b) HIGHLY CONFIDENTIAL as defined in paragraph 2.10 of the Protective Order as "information that qualifies as 'CONFIDENTIAL' Information or Items and includes information or items that contain competitively sensitive confidential information of the Designating Party, the disclosure of which may result in competitive harm, including, but not limited to, (i) any documents or information relating to or reflective of market strategies, including business planning, contract negotiations and terms, and research and development

1

CASE NO. 2:15-ML-02668-PSG (JEMx)

DECLARATION OF NICK KELLY

activities; (ii) any documents or information relating to or reflective or pricing, including underlying cost data, budgets, and any price-related terms of a party; and (iii) any documents or information relating to or reflective of customer information" ("Highly Confidential Information").

6.      Verizon gave careful thought and consideration to each trial exhibit in determining whether it warrants confidential treatment and is only seeking confidential treatment at trial over just three of its most sensitive documents, which consist of Verizon's prior terms sheets with the NFL, strategic business presentations, and Fios investments with nearly all of its content partners.  Each of the Verizon Confidential Exhibits contains Verizon's sensitive business information, including (1) pricing and rate data; (2) provisions regarding exclusivity; and (3) provisions regarding PII.

7.      There are compelling reasons for protecting the confidential information contained in the Verizon Confidential Exhibits from disclosure at the public trial.  Verizon's legitimate private interests warrant confidential treatment.  Denial of confidential treatment at trial would result in injury to Verizon.  Such information has never been made public, and public disclosure of this information would cause Verizon to suffer significant irreparable competitive harm because competing wireless providers could learn valuable business information that could help them in future competitions to obtain sports distribution and sponsorship rights, including, but not limited to, future NFL distribution and sponsorship rights.

8.      Based on the foregoing, Verizon respectfully requests that the Court protect the confidentiality of the Verizon Confidential Exhibits and give them confidential treatment at trial as set forth in greater detail in the accompanying motion.

2

CASE NO. 2:15-ML-02668-PSG (JEMX)

DECLARATION OF NICK KELLY

1  I declare under penalty of perjury under the laws of the United States that the

2  foregoing facts are true and correct.

3

4  Executed on May 17, 2024, in Basking Ridge, NJ .

5

6

7  _____
   Nick Kelly
   Vice President of Partnerships

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

CASE NO. 2:15-ML-02668-PSG (JEMx)

DECLARATION OF NICK KELLY