| | | |
|---|---|---|
| 1 | WALKER STEVENS CANNOM LLP | WILSON SONSINI GOODRICH & ROSATI |
| 2 | Hannah L. Cannom (SBN 245635) | |
| | hcannom@wscllp.com | Amit Gressel (SBN 307663) |
| 3 | Bethany M. Stevens (SBN 245672) | agressel@wsgr.com |
| 4 | bstevens@wscllp.com | One Market Plaza, Spear Tower Suite 3300 |
| | 500 Molino Street #118 | |
| 5 | Los Angeles, CA 90013 | San Francisco, CA 94105 |
| 6 | Telephone: (213) 337-9972 | Telephone: (415) 947-2000 |
| | Facsimile: (213) 403-4906 | *Attorneys for Non-Parties Google LLC* |
| 7 | *Attorneys for Non-Party Apple Inc.* | *and YouTube, LLC* |
| 8 | | |
| 9 | MUNGER, TOLLES & OLSON LLP | DAVIS WRIGHT TREMAINE LLP |
| | Emily Curran-Huberty (SBN 293065) | arthurkats@dwt.com |
| 10 | Emily.Curran-Huberty@mto.com | Arthur Kats (SBN 344384) |
| 11 | 560 Mission Street, 27th Floor | 865 S. Figueroa Street, Suite 2400 |
| | San Francisco, CA 94105 | Los Angeles, CA 90017 |
| 12 | Telephone: (415) 512-4052 | Telephone: (213) 655-9669 |
| 13 | *Attorney for Non-Party ESPN, Inc.* | |
| | | DAVIS WRIGHT TREMAINE LLP |
| 14 | WARREN KASH WARREN LLP | Jim Howard |
| 15 | Erika H. Warren (SBN: 295570) | jimhoward@dwt.com |
| | Francesca M. S. Germinario | Ramie O. Snodgrass |
| 16 | (SBN 326208) | ramiesnodgrass@dwt.com |
| 17 | 15-2668@cases.warrenlex.com | 920 Fifth Avenue, Suite 3300 |
| | 2261 Market Street, No. 606 | Seattle, WA 98104-1610 |
| 18 | San Francisco, CA 94114 | Telephone: 206) 757-8208 |
| 19 | Telephone: (415) 895-2940 | *Attorneys for Non-Party Amazon.com, Inc.* |
| | *Attorneys for Non-Parties RedBird Capital Partners Management LLC and EverPass Media LLC* | |
| 20 | | |
| 21 | | WEIL, GOTSHAL & MANGES LLP |
| 22 | DAVIS POLK & WARDWELL | Yehudah L. Buchweitz |
| | Arthur J. Burke | Yehudah.Buckweitz@weil.com |
| 23 | Arthur.burke@davispolk.com | 767 Fifth Avenue |
| 24 | 1600 El Camino Real | New York, NY 10153 |
| | Menlo Park, CA 94025 | Telephone: (212) 310-8256 |
| 25 | Telephone: (650) 752-2000 | *Attorney for CBS Corporation now Known as Paramount Global* |
| 26 | *Attorney for Non-Parties Comcast and NBCUniversal* | |
| 27 | | |
| 28 | | |

[PROPOSED] ORDER GRANTING NONPARTIES' MOTION
CASE NO. 2:15-ML-02668-PSG (SKX)

| | |
|---|---|
| O'MELVENY & MYERS LLP<br>Jeffrey A.N. Kopczynski (admitted *PHV*)<br>jkopczynski@omm.com<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>*Attorneys for Non-Party DIRECTV, LLC and DIRECTV Holdings LLC* | HUNTON ANDREWS KURTH LLP<br>Ann Marie Mortimer (SBN 169077)<br>amortimer@HuntonAK.com<br>Brandon Marvisi (SBN 329798)<br>bmarvisi@HuntonAK.com<br>550 South Hope Street, Suite 2000<br>Los Angeles, California 90071-2627<br>Telephone: 213 • 532 • 2000<br>Facsimile: 213 • 532 • 2020<br>*Counsel for Verizon Corporate Services Group, Inc.* |

FRESHFIELDS BRUCKHAUS DERINGER US LLP
David Y. Livshiz
david.livshiz@freshfields.com
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone:  (212) 284-4979

*Counsel for DAZN Media, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTIES' MOTION FOR PROTECTIVE TREATMENT OF CERTAIN TRIAL EXHIBITS TO BE SEALED IN THE PUBLIC COURT FILE AND PRECLUDED FROM PUBLIC DISPLAY DURING TRIAL**<br><br>Judge:  Hon. Philip S. Gutierrez<br>Trial Date: 6/5/2024 |

Pursuant to the motion of the non-parties, and good cause shown, IT IS HEREBY ORDERED that:

1. The parties shall not display certain trial exhibits containing Non-Party confidential business information (the "Confidential Exhibits") on any screen visible by the public gallery

2. The Confidential Exhibits shall be sealed in the public court file during and after trial, including in any subsequent filings in this case.

3. The exhibits to receive this treatment are as follows:

**Amazon.com, Inc.**

| Exhibit | Description of Document |
|---|---|
| TX0146 | NFL/ Amazon Thursday Night Package Production and Distribution Agreement |
| TX0176 | 2020 NFL/ Amazon Basic Business Terms |
| TX0177 (duplicate of TX0176) | 2020 NFL/ Amazon Basic Business Terms |
| TX0201 | 2017 NFL/ Amazon Basic Business Terms |
| TX0502 | Financial data reflecting Amazon's break-even projections for Sunday Ticket |
| TX0501 | Amazon/ NFL Proposal re: Sunday Ticket Package (Expression of Interest) |
| TX0503 | Internal business analysis surrounding consumer interest in Sunday Ticket |
| TX0010 | Internal business analysis surrounding consumer interest in Sunday Ticket |

**Apple, Inc.**

| Exhibit | Description of Document |
|---|---|
| TX0517 | NFL/Apple Draft Term Sheet |
| TX0521 | NFL/Apple Draft Term Sheet |
| TX0523 | Apple Draft Financial Model |
| TX0698 | NFL/Apple Draft Term Sheet |

**CBS Corp. (now known as Paramount Global)**

| | |
|---|---|
| TX0115 | 2012 & 2013 CBS-NFL Extension dated May 16, 2009 |
| TX0117 | 2006-2011 AFC Package Contract dated November 8, 2004 |
| TX0131 | 2006-2011 AFC Package Contract dated November 8, 2004 |
| TX0132 | 2006-2011 AFC Package Contract dated November 8, 2004 |
| TX0135 | CBS Sunday AFC Package Television Agreement dated February 5, 2014 and related contracts |
| TX0139 | 2014 AFC Package Basic Business Terms dated December 6, 2011 |
| TX0146 | 2021 NFL & CBS AFC Agreement dated March 16, 2021 |
| TX0149 | 2014 AFC Package Basic Business Terms Draft dated December 4, 2011 |
| TX0150 | 2014 AFC Package Basic Business Terms Draft dated December 4, 2011 |
| TX0168 | 2016 NFL & CBS Thursday Night Football Agreement dated January 31, 2016 |
| TX0188 | 2006 NFL & CBS Longform AFC Agreement dated February 28, 2006 |
| TX0189 | 2014 AFC Package Basic Business Terms dated December 6, 2011 |
| TX0194 | 2014 AFC Package Basic Business Terms Draft dated November 17. 2011 |
| TX0202 | 2014 NFL & CBS Thursday Night Football Agreement dated February 5, 2014 |
| TX0207 | 2015 NFL & CBS Thursday Night Football Agreement dated January 16, 2015 |
| TX0213 | 2014 AFC Package Basic Business Terms dated December 6, 2011 |
| TX0227 | 2014 AFC Package Basic Business Terms Draft dated December 4, 2011 |
| TX0228 | 2009 NFL & CBS AFC Extension Letter Agreement dated September 17, 2009 |
| TX0340 | 2016 NFL & CBS Thursday Night Football Agreement dated January 31, 2016 |
| TX0347 | 2015 NFL & CBS Thursday Night Football Agreement dated January 16, 2015 |
| TX0349 | NFL /CBS National Feed Contract Framework dated July 2. 2019 |
| TX0361 | 2009 NFL & CBS AFC Extension Letter Agreement dated September 17, 2009 |
| TX0368 | CBS Issues List dated December 4, 2020 |

| | |
|---|---|
| TX0381 | 2006-2011 AFC Package Contract dated November 8, 2004 |
| TX0431 | NFL- CBS Sunday AFC Package Term Sheet |
| TX0438 | CBS Talking Points re AFC Package Agreement |
| TX0439 | AFC Package Basic Business Terms |
| TX0453 | CBS/NFL Agreement Proposal |
| TX0456 | 2021 NFL & CBS AFC Agreement Draft dated January 22, 2021 |
| TX0651 | 2014 AFC Package Basic Business Terms dated December 6, 2011 |
| TX0739 | CBS Contract Principles dated July 31, 1998 |
| TX0785 | CBS Agreement Issues List |
| TX1016 | Financial data reflecting CBS Sports' game production costs |

**DAZN Media, Inc.**

| | |
|---|---|
| TX0531 | May-June 2019 DAZN emails and attachments, including versions of "DAZN Long Term Plan" dated April and May 2019. |

**DirectTV, LLC and DirectTV Holdings LLC**

| | |
|---|---|
| TX0016 | DIRECTV & MLB Letter Agreement |
| TX0024 | NFL & DIRECTV Sunday Ticket Agreement |
| TX0031 | DIRECTV & NBA Agreement |
| TX0032 | NFL & DIRECTV Sunday Ticket Agreement |
| TX0034 | DIRECTV & NHL Letter Agreement |
| TX0035 | DIRECTV & EverPass Short Form Agreement |

**ESPN, Inc.**

| | |
|---|---|
| TX0001 | P&L for ESPN deal with NFL |
| TX0002 | ESPN estimates of the value of various NFL football packages created for use in negotiations with NFL on a contract renewal |
| TX0003 | ESPN competitive assessment of Sunday Ticket package value |
| TX0006 | ESPN's current agreement with the Big Ten |
| TX0007 | ESPN's current agreement with Liberty University |
| TX0008 | ESPN's current agreement with the SEC |
| TX0273 | ESPN's current agreement with the Pac-12 |
| TX0543 | Board financials for ESPN's current agreement with the NFL |
| TX0544 | ESPN's competitive assessment of Sunday Ticket package value |
| TX0545 | ESPN's current agreement with the ACC |
| TX0546 | ESPN's current agreement with the Big 12 |

| TX # | | Description |
|---|---|---|
| TX0547 | | ESPN estimates of the value of various NFL football packages created for use in negotiations with NFL on a contract renewal (duplicate of TX0002) |
| TX0548 | | ESPN's competitive assessment of Sunday Ticket package value |
| TX0658 | | ESPN's 2020 bid for NFL rights |
| TX0659 | | ESPN's "indication of interest" for a renewal of NFL rights |

**Google LLC and YouTube, LLC**

| TX # | Bates # | Description |
|---|---|---|
| TX0256 | GOOG-NFLYT-00005964 | 2022 NFL & Google Sunday Ticket Agreement |
| TX0549 | GOOG-NFL-00000011 | Internal Presentation re SundayTicket SKUs and Pricing |
| TX0550 | GOOG-NFLYT-00000001 | Memo re: Prep for meeting with NFL Commissioner |
| TX0552 | GOOG-NFLYT-00000225 | Draft summary of best and final proposal |
| TX0553 | GOOG-NFLYT-00001167 | Email re: Sunday Ticket call readout |
| TX0554 | GOOG-NFLYT-00002341 | Email re: DRAFT Google NFLST Outline of Key Terms |
| TX0555 | GOOG-NFLYT-00003300 | YTV-NFL SundayTicket Sizzle Creative Brief |
| TX0556 | GOOG-NFLYT-00003384 | Email chain re: NFL SundayTicket deal and incentive structure. |
| TX0558 | GOOG-NFLYT-00003668 | Email Summary of proposed NFL SundayTicket deal and request for approval. |
| TX0559 | GOOG-NFLYT-00003730 | Email summarizing details of contract structure and terms |
| TX0560 | GOOG-NFLYT-00003734 | Email negotiating open items in contract negotiations. |
| TX0561 | GOOG-NFLYT-00003826 | Email negotiating open items in contract negotiations. |
| TX0708 | NFL_1238744, NFL_1238746, NFL_1238750 | Email negotiating open items in contract negotiations. |
| TX0710 | NFL_1238999, NFL_1239000 | Email negotiating open items in contract negotiations. |
| TX0709 | NFL_1238757 | Late Drafts of NFL-YouTube SundayTickey agreement |
| TX0712 | NFL_1239675, | Late Drafts of NFL-YouTube |

| TX # | Bates # | Description |
|---|---|---|
|  | NFL_1239677 | SundayTickey agreement |
| TX0244 | NFL_1241997, NFL_1242000 | 2022 NFL & Google Sunday Ticket Agreement |
| TX0243 | NFL_1241917, NFL_1241920 | 2022 NFL & Google Sunday Ticket Agreement |

**NBC Universal and Comcast Corporation:**

| TX0715 | Comcast's Affiliate Rates |
|---|---|
| TX0718 | NBCU's Strategic Assessment of SEC Network Rights |
| TX0720 | NBCU's current broadcast agreement with Notre Dame |
| TX1008 | NBCU Strategic Assessment of NFL Rights Packages |
| TX1009 | NBCU Strategic Assessment of NFL Rights Packages |

**Redbird Capital Partners Management LLC and EverPass Media LLC**

| Exhibit | Description |
|---|---|
| TX0035 | EverPass-DirecTV Short Form Agreement |
| TX0242 | EverPass Formation / Term Sheet |
| TX0369 | EverPass Formation / Term Sheet |
| TX0370 | RedBird-32E Letter Agreement (EverPass Formation Agreement) |

**Verizon Corporate Services Group, Inc.**

| TX0685 | Email and attachments re NFL/Verizon Content Sponsorship Agreement and Renewal Term Sheet |
|---|---|
| TX0722 | Fios Partnership Investment Rates |
| TX0723 | Verizon Deal Review Presentation |

**IT IS SO ORDERED.**

DATED: _____

                                          HON. PHILIP S. GUTIERREZ
                                          UNITED STATES DISTRICT JUDGE