Erika H. Warren (Bar No. 295570)
Francesca M. S. Germinario (Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
15-2668@cases.warrenlex.com

*Attorneys for Non-Parties RedBird Capital Partners Management LLC and EverPass Media, LLC*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668<br><br>**NOTICE OF ATTORNEY APPEARANCE OF FRANCESCA MIKI SHIMA GERMINARIO**<br><br>Judge: Hon. Philip S. Gutierrez |

Non-Parties RedBird Capital Partners Management LLC and EverPass Media, LLC hereby notify the Court and the parties to this action that Francesca Miki Shima Germinario of Warren Kash Warren LLP, an attorney admitted to practice before this Court, appears as counsel for Non-Parties RedBird Capital Partners Management LLC and EverPass Media, LLC in this matter. Please serve all pleadings, correspondence, and other materials on Ms. Germinario at the above address.

Date: May 20, 2024

Respectfully submitted,

Francesca M. S. Germinario

(Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
15-2668@cases.warrenlex.com

*Attorney for Non-Parties RedBird Capital Partners Management LLC and EverPass Media, LLC*