UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA ML 15-2668-PSG (SKx) | Date | May 16, 2024 |
| Title | In re National Football Leagues Sunday Ticket Antitrust Litigation | | |

PRESENT: **HONORABLE PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE**

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| William Carmody | Beth Wilkinson |
| Amanda Bonn | Brian Stekloff |
| Howard Langer | Rakesh Kilaru |
| Marc Seltzer | Jeremy Barber |
| Kalpana Srinivasian | |
| Seth Ard | |
| Sathya Gosselin | |

**PROCEEDING:** FINAL PRETRIAL CONFERENCE

The Court and counsel confer regarding the logistics of trial.

The Court allots twenty-five (25) trial hours per side.

The matter is continued to June 4, 2024 at 1:30 p.m. to resolve final trial issues.

Initials of Deputy Clerk: LFA                    35