# **Juror Questionnaire**

1. What is your name? _____

2. Date of birth: _____

3. Where do you live?

   a) County: _____     b) City: _____

4. What is your marital status?  ___ Never Married / Single / Living with Partner   ___ Married
   ___ Separated / Divorced   ___ Widow / Widower

5. What is the highest level of education you have completed?
   ___ Grade School (less than 12th grade)   ___ High School/GED   ___ Some College
   ___ College Graduate   ___ Post Graduate

6. If you have a college and/or post-graduate degree, what was/were your major area(s) of study?
   _____

7. What is your current employment status?
   ___ Full-time   ___ Part-time   ___ Unemployed   ___ Homemaker
   ___ Retired   ___ Disabled   ___ Student

8. Please describe your current employment, including job title and company (if you are retired or currently out of the workforce, please describe your most recent employment):

   _____

   _____

   _____

   _____

9. Please describe your previous 3 jobs, including title and company:

_____

_____

_____

10. Have you ever served as a juror at trial? ____Yes ____No
    a) If yes, how many times? ____ Civil ____ Criminal
    b) Were verdict(s) reached? ____ Yes ____ No ____ Both

11. Please describe your spouse or partner's current and past occupation and describe his / her educational background:

_____

_____

12. If you have any adult children, describe their level of schooling and current employment:

_____

_____

_____

13. Do you, a family member, and/or a close friend have any background, training, or experience with any of the following: (select all that apply)

    ___ Antitrust laws or lawsuits  ___ Professional sports  ___ Television broadcasting
    ___ Video streaming  ___ Pricing products or services  ___ Contract negotiations
    ___ Business strategy  ___ Business Operations  ___ Analysis of market competition

If yes to any of the above, please describe who and their background, training, or experience:

_____

_____

_____

_____

14. Which of the following professional sports do you watch on a regular basis? (select all that apply)

   ___ MLB  ___ NFL  ___ NBA  ___ MLS  ___ PGA  ___ NHL  ___ Other: _____
   _____

15. Do you regularly watch any of the following sports channels? (select all that apply)

   ___ ESPN  ___ CBS Sports  ___ NBC Sports  ___ FOX Sports
   ___ Other: _____

16. Do you get sports news from any of the following? (select all that apply)

   ___ T.V.  ___ Radio  ___ Fantasy sports platforms  ___ Podcasts
   ___ Sports news websites  ___ Social media  ___ Newspapers or magazines
   ___ Blogs or forums  ___ Other: _____

17. Do you consider yourself a fan of college sports? _____Yes _____No

   a) If yes, which sport(s):

   _____

18. Do you consider yourself a football fan? _____Yes _____No

19. How often do you watch football games? ____ More than one game per week ____ One game per week ____ One game occasionally ____ Rarely / never watch a game

3

20. What opinions do you have about the National Football League (NFL)?

_____

_____

_____

_____

21. Are you familiar with NFL Sunday Ticket? _____Yes _____No
    a) If yes, please describe your opinion of NFL Sunday Ticket:

_____

_____

_____

22. Have you ever subscribed to NFL Sunday Ticket? _____Yes _____No

23. Has anyone in your household ever subscribed to NFL Sunday Ticket? _____Yes _____No

24. Do you have any opinions about DirectTV, Dish Network, YouTube TV, or other satellite or internet television services? If yes, please explain which one(s) and your opinions:

_____

_____

_____

25. Are you familiar with U.S. antitrust laws? ___ Yes ___ No

    a) If yes, please explain how you are familiar with and if you have any opinions about these laws:

_____

_____

_____