Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 2:15-ml-02668−PSG (SKx)<br><br>**JOINT STIPULATION REGARDING CERTAIN TRIAL ISSUES**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>PRETRIAL CONFERENCE: 5/16/2024<br>TRIAL DATE: 6/5/2024<br>COURTROOM: First Street Courthouse<br>            350 West 1st Street<br>            Courtroom 6A<br>            Los Angeles, CA 90012 |

WHEREAS, the parties have reached an agreement regarding the advance disclosure of witnesses and exhibits for trial, including the issue of adverse witnesses that was raised to the Court in the parties Proposed Final Pretrial Conference Order (Dkt. No. 1331-1);

WHEREAS, the parties have conferred and reached an agreement regarding the testimony of Sean McManus due to his limited availability to appear at trial; and

WHEREAS, the parties have reached an agreement regarding the use of exhibits during opening statements at trial;

NOW THEREFORE, Plaintiffs and the NFL Defendants, by and through their respective counsel, hereby stipulate and agree, subject to the Court's approval, to the following:

**Disclosure of Witnesses and Exhibits**

1) Witnesses shall be disclosed by 9:00 a.m. Pacific three days (72 hours) prior to being called;

2) With the exception of adverse witnesses called during Plaintiffs' case in chief, the parties shall disclose all exhibits to be used on direct examination with a witness by 9:00 a.m. Pacific two days (48) hours prior to the start of that witness's direct examination;

3) Exhibits intended to be used during any adverse or cross examination shall not be disclosed in advance;

4) For any adverse witness called live during Plaintiffs' case in chief (NFL witnesses, networks, etc.):

    a) Plaintiffs shall not disclose their exhibits in advance, pursuant to the parties' agreement that exhibits used on an adverse or cross examination need not be disclosed;

    b) Immediately upon the commencement of the NFL Defendants' examination of that witness, the NFL Defendants shall provide two sets of all exhibits that it intends to use during its

examination;

c) These adverse witnesses called in Plaintiffs' case will only be examined once at trial, with that one time being during Plaintiffs' case in chief.

**Testimony of Sean McManus**

1) Mr. McManus will be called to testify as the first witness on June 18, 2024, with the NFL Defendants conducting their direct examination first, followed by Plaintiffs' cross examination.

2) Pursuant to Federal Rule of Evidence 611(b), Plaintiffs' cross examination of Mr. McManus is permitted to go outside the scope of the NFL Defendants' direct examination.

3) For the purposes of the parties filing motions pursuant to Fed. R. Civ. P. 50, Plaintiffs will not have rested their case in chief until after the conclusion of Mr. McManus's testimony.

**Use of Exhibits During Opening Statements**

The parties may show any demonstratives and any trial evidence during their opening statements, even if not admitted, without advance disclosure to the other side.

Dated: May 21, 2024           Respectfully submitted,

By: */s/ Marc M. Seltzer*
  Marc M. Seltzer

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Kalpana Srinivasan (237460)
ksrinivasan@susmangodfrey.com
Amanda Bonn (270891)
abonn@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

3

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
**SUSMAN GODFREY L.L.P**
One Manhattan West
New York, NY 10001
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)
smaida@hausfeld.com
**HAUSFELD LLP**
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com

**LANGER GROGAN AND DIVER PC**
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

/s/ *Beth A. Wilkinson*

Rakesh N. Kilaru (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars, Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

5

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*