Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (SKx)<br><br>**DEFENDANTS' PROPOSED VERDICT FORM** |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous.

We, the jury, unanimously return these answers as our verdict in this case:

### **Conspiracy to Restrain Trade (Sherman Act Section 1)**

**Question No. 1:**

Have plaintiffs proven the existence of a relevant antitrust market for professional football telecasts in the United States?

  \_\_\_\_\_YES  \_\_\_\_\_NO

 **If you answered "Yes," then continue to Question 2.**

 **If you answered "No," then stop, and sign and date the last page of the verdict form.**

**Question No. 2:**

Have Plaintiffs proven that there was a conspiracy that unreasonably restrained trade in that market?

  \_\_\_\_\_YES  \_\_\_\_\_NO

 **If you answered "Yes," then continue to Question 3.**

 **If you answered "No," then stop, and sign and date the last page of the verdict form.**

1

**Question No. 3:**

Have Plaintiffs proven that the NFL and the NFL teams did **not** operate as a single entity for the purpose of licensing telecasts of NFL football games?

　　　　　_____YES　　　_____NO

　　**If you answered "Yes," then continue to Question 4.**

　　**If you answered "No," then stop, and sign and date the last page of the verdict form.**

**Question No. 4:**

Have Plaintiffs proven that the NFL Teams knowingly joined this conspiracy?

　　　　　_____YES　　　_____NO

**Question No. 5:**

Have Plaintiffs proven that DirecTV knowingly joined this conspiracy?

　　　　　_____YES　　　_____NO

　　**If you answered "Yes," then continue to Question 6.**

　　**If you answered "No," then stop, and sign and date the last page of the verdict form.**

**Question No. 6:**

Have Plaintiffs proven that every member of the Commercial Class suffered injury to their business or property as a result of this conspiracy?

_____YES        _____NO

**Question No. 7:**

Have Plaintiffs proven that every member of the Residential Class suffered injury to their business or property as a result of this conspiracy?

_____YES        _____NO

**If you answered "Yes" to either Question 6 or 7, continue to Question 8.**

**If you answered "No" to both Question 6 and 7, then stop, and sign and date the last page of the verdict form.**

**Conspiracy to Monopolize (Sherman Act Section 2)**

**Question No. 8:**

Have Plaintiffs proven that there was a conspiracy to engage in anticompetitive conduct with the specific intent to give the NFL monopoly power in the market for professional football telecasts in the United States?

_____YES        _____NO

**If you answered "Yes," then continue to Question 9.**

**If you answered "No," then continue to Question 13.**

3

**Question No. 9:**

Have Plaintiffs proven that the NFL Teams knowingly joined this conspiracy and committed an overt act in furtherance of that conspiracy?

\_\_\_\_\_YES        \_\_\_\_\_NO

**Question No. 10:**

Have Plaintiffs proven that DirecTV knowingly joined this conspiracy and committed an overt act in furtherance of that conspiracy?

\_\_\_\_\_YES        \_\_\_\_\_NO

**If you answered "Yes," then continue to Question 11.**

**If you answered "No," then continue to Question 13.**

**Question No. 11:**

Have Plaintiffs proven that every member of the Commercial Class suffered injury to their business or property as a result of this conspiracy?

\_\_\_\_\_YES        \_\_\_\_\_NO

**Question No. 12:**

Have Plaintiffs proven that every member of the Residential Class suffered injury to their business or property as a result of this conspiracy?

\_\_\_\_\_YES        \_\_\_\_\_NO

## Damages

**Question No. 13:**

We award the following damages caused by the Defendants' conduct:

$_____

*Sign and date this Verdict Form and inform the Court that the jury has reached a verdict.*

DATED: _____        _____
                                                        Foreperson

| | | |
|---|---|---|
| 1 | Dated: May 22, 2024 | Respectfully submitted, |
| 2 | | /s/ *Beth Wilkinson* |
| 3 | | Beth A. Wilkinson (admitted *pro hac vice*)<br>Rakesh N. Kilaru (admitted *pro hac vice*) |
| 4 | | Brian L. Stekloff (admitted *pro hac vice*)<br>Jeremy S. Barber (admitted *pro hac vice*) |
| 5 | | Max J. Warren (admitted *pro hac vice*) |
| 6 | | **WILKINSON STEKLOFF LLP**<br>2001 M Street NW, 10th Floor |
| 7 | | Washington, DC 20036<br>Telephone: (202) 847-4000 |
| 8 | | Facsimile: (202) 847-4005<br>bwilkinson@wilkinsonstekloff.com |
| 9 | | rkilaru@wilkinsonstekloff.com<br>bstekloff@wilkinsonstekloff.com |
| 10 | | jbarber@wilkinsonstekloff.com<br>mwarren@wilkinsonstekloff.com |
| 11 | | |
| 12 | | Neema T. Sahni (Bar No. 274240)<br>**COVINGTON & BURLING LLP** |
| 13 | | 1999 Avenue of the Stars<br>Suite 1500 |
| 14 | | Los Angeles, CA 90067-6045 |
| 15 | | Telephone: (424) 332-4800<br>Facsimile: (424) 332-4749 |
| 16 | | nsahni@cov.com |
| 17 | | Gregg H. Levy (admitted *pro hac vice*) |
| 18 | | Derek Ludwin (admitted *pro hac vice*)<br>John S. Playforth (admitted *pro hac vice*) |
| 19 | | **COVINGTON & BURLING LLP**<br>One CityCenter |
| 20 | | 850 Tenth Street NW<br>Washington, DC 20001 |
| 21 | | Telephone: (202) 662-6000 |
| 22 | | Facsimile: (202) 662-6291<br>glevy@cov.com |
| 23 | | dludwin@cov.com<br>jplayforth@cov.com |
| 24 | | |
| 25 | | *Counsel for Defendants National Football League, NFL Enterprises LLC, and the* |
| 26 | | *Individual NFL Clubs* |
| 27 | | |
| 28 | | |