# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (SKx) |
| | **[PROPOSED] VERDICT FORM** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

WE, THE JURY, unanimously find as follows:

## CLAIM 1: SHERMAN ACT § 1

1. **On the Residential Plaintiffs' Claim that Defendants Violated Section 1 of the Sherman Act, we find in favor of:**

    Residential Plaintiffs  \_\_\_\_\_

    Defendants  \_\_\_\_\_

2. **We find the Residential Plaintiffs are entitled to the sum of $_____ in damages.**

3. **On the Commercial Plaintiffs' Claim that Defendants Violated Section 1 of the Sherman Act, we find in favor of:**

    Commercial Plaintiffs  \_\_\_\_\_

    Defendants  \_\_\_\_\_

4. **We find the Commercial Plaintiffs are entitled to the sum of $_____ in damages.**

## CLAIM 2: SHERMAN ACT § 2

5.    **On the Residential Plaintiffs' Claim that Defendants Violated Section 2 of the Sherman Act, we find in favor of:**

      Residential Plaintiffs    \_\_\_\_\_

      Defendants    \_\_\_\_\_

6.    **We find the Residential Plaintiffs are entitled to the sum of $_____ in damages.**

7.    **On the Commercial Plaintiffs' Claim that Defendants Violated Section 2 of the Sherman Act, we find in favor of:**

      Commercial Plaintiffs    \_\_\_\_\_

      Defendants    \_\_\_\_\_

8.    **We find the Commercial Plaintiffs are entitled to the sum of $_____ in damages.**

Dated: _____ Foreperson: _____

| | | |
|---|---|---|
| 1 | Dated: May 22, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ *Marc M. Seltzer* |
| 4 | | Marc M. Seltzer (54534)<br>mseltzer@susmangodfrey.com |
| 5 | | Kalpana Srinivasan (237460)<br>ksrinivasan@susmangodfrey.com |
| 6 | | Amanda Bonn (270891)<br>abonn@susmangodfrey.com |
| 7 | | SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400 |
| 8 | | Los Angeles, CA 90067<br>Tel: (310) 789-3100 |
| 9 | | Fax: (310) 789-3150 |
| 10 | | William C. Carmody (*Pro Hac Vice*)<br>bcarmody@susmangodfrey.com |
| 11 | | Seth Ard (*Pro Hac Vice*)<br>sard@susmangodfrey.com |
| 12 | | Tyler Finn (*Pro Hac Vice*)<br>tfinn@susmangodfrey.com |
| 13 | | SUSMAN GODFREY L.L.P<br>One Manhattan West |
| 14 | | New York, NY 10001<br>Tel: (212) 336-8330 |
| 15 | | Fax: (212) 336-8340 |
| 16 | | Ian M. Gore (*Pro Hac Vice*)<br>igore@susmangodfrey.com |
| 17 | | SUSMAN GODFREY L.L.P.<br>401 Union Street, Suite 3000 |
| 18 | | Seattle, WA 98101<br>Tel: (206) 505-3841 |
| 19 | | Fax: (206) 516-3883 |
| 20 | | Scott Martin (*Pro Hac Vice*)<br>smartin@hausfeld.com |
| 21 | | HAUSFELD LLP<br>33 Whitehall Street, 14th Floor |
| 22 | | New York, NY 10004<br>Tel: (646) 357-1100 |
| 23 | | Fax: (212) 202-4322 |
| 24 | | Christopher L. Lebsock (184546)<br>clebsock@hausfeld.com |
| 25 | | Samuel Maida (333835)<br>smaida@hausfeld.com |
| 26 | | HAUSFELD LLP<br>600 Montgomery St., Suite 3200 |
| 27 | | San Francisco, CA 94111<br>Tel: (415) 633-1908 |
| 28 | | Fax: (415) 633-4980 |

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*