Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (2121) 202-4322

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**DECLARATION OF TYLER FINN IN SUPPORT OF PLAINTIFFS' STATEMENT ON THE VERDICT FORM**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>TRIAL DATE: June 5, 2024<br>COURTROOM: First Street Courthouse<br>   350 West 1st Street<br>   Courtroom 6A<br>   Los Angeles, CA 90012 |

1    I, Tyler Finn, declare under penalty of perjury that the following is true and

2    correct:

3        1.    I am over the age of twenty-one (21) years and am an attorney at Susman

4    Godfrey LLP. I am counsel of record for Plaintiffs Ninth Inning, Inc., 1465 Third

5    Avenue Restaurant Corp., Robert Gary Lippincott, Jr., and Jonathan Frantz in the

6    above-captioned litigation. I submit this declaration in support of Plaintiffs'

7    Statement on the Verdict Form.

8        2.    I am competent to testify to the matters stated herein, have personal

9    knowledge of the facts and statements in this declaration, and each of the facts and

10   statements is true and correct.

11       3.    Attached hereto as Exhibit 1 is a true and correct copy of the verdict

12   form in *Burnett v. Nat'l Ass'n of Realtors,* No. 4:19-cv-00332-SRB (W.D. Mo. Oct.

13   31, 2023).

14       4.    Attached hereto as Exhibit 2 is a true and correct copy of the verdict

15   form in *U.S. Wholesale Outlet & Distribution, Inc. v. Living Essentials, LLC*, Case

16   No. 2:18-CV-1077-CBM-E (C.D. Cal. Oct. 21, 2019).

17       5.    Attached hereto as Exhibit 3 is a true and correct copy of the verdict

18   form in *Applied Medical Resources Corp. v. Ethicon Inc., et al.*, No. SACV 03-1329

19   JVS(MLGx) (C.D. Cal. Aug. 29, 2006).

20       6.    Attached hereto as Exhibit 4 is a true and correct copy of the verdict

21   form in *Masimo v. Tyco Health Care Group.,* No. CV 02-4770 NRP (C.D. Cal. Mar.

22   17, 2005).

23       I declare under penalty of perjury under the laws of the United States of

24   America that the foregoing is true and correct.

25       Signed this 22nd day of May, 2024 in Los Angeles, CA.

26

27                              */s/ Tyler Finn*
                                Tyler Finn

28