# EXHIBIT 1

## VERDICT FORM

1.       Do you find that Class Plaintiffs have proved by a preponderance of the evidence that a conspiracy existed to follow and enforce the Cooperative Compensation Rule in the subject MLSs during the conspiracy period alleged in this case – April 29, 2015 through June 30, 2022?

**YES**   ⨉      **NO**   _____

*If your answer to Question 1 is "Yes", proceed to Question 2. If your answer to Question 1 is "No", stop here and your deliberations are complete; do not answer any remaining questions on this Verdict Form, and proceed to the signature page.*

2.       Do you find that the conspiracy set forth in Question 1 had the purpose or effect of raising, inflating, or stabilizing broker commission rates paid by home sellers?

**YES**   ⨉      **NO**   _____

*If your answer to Question 2 is "Yes", proceed to Question 3. If your answer to Question 2 is "No", stop here and your deliberations are complete; do not answer any remaining questions on this Verdict Form, and proceed to the signature page.*

3.       Which of the following corporations or entities do you find knowingly and voluntarily joined the conspiracy set forth in Question 1 with the purpose of furthering its goals?

| | | |
|---|---|---|
| National Association of Realtors | **YES**   ⨉ | **NO**   _____ |
| HomeServices of America, Inc. | **YES**   ⨉ | **NO**   _____ |
| BHH Affiliates, LLC | **YES**   ⨉ | **NO**   _____ |

| | | | |
|---|---|---|---|
| HSF Affiliates, LLC | **YES** | X | **NO** _____ |
| Keller Williams Realty, Inc. | **YES** | X | **NO** _____ |
| Anywhere Real Estate, Inc. | **YES** | X | **NO** _____ |
| RE/MAX LLC | **YES** | X | **NO** _____ |

4.    Do you find that the conspiracy set forth in Question 1 caused the Class Plaintiffs to pay more for real estate brokerage services when selling their homes than they would have paid absent that conspiracy?

**YES** ___X___         **NO** _____

*If your answer to Question 4 is "Yes", proceed to Question 5  If your answer to Question 4 is "No", stop here and your deliberations are complete; do not answer any remaining questions on this Verdict Form, and proceed to the signature page.*

5.    State the amount of damages proved by the Class Plaintiffs.

$ _____1,785,310,872_____

Please sign and date indicating that you unanimously agree on the above responses.

Date: _____ 10/31/2023 _____