# EXHIBIT 2

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2019
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. WHOLESALE OUTLET & DISTRIBUTION, INC., et al, <br> Plaintiffs, <br> vs. <br> LIVING ESSENTIALS, LLC and INNOVATION VENTURES, LLC <br> Defendants. | Case No.: 2:18-cv-1077-CBM-Ex <br><br> **COURT'S VERDICT FORM** <br><br> *REDACTED AS TO FOREPERSON SIGNATURE* |

1

WE, THE JURY, unanimously find as follows:

1. Did any of the Plaintiffs prove Defendants violated Section 2(a) of the Robinson-Patman Act?

|  | Yes | No |
|---|---|---|
| a. U.S. Wholesale |  | ✓ |
| b. Trepco |  | ✓ |
| c. YnY International |  | ✓ |
| d. San Diego Cash & Carry |  | ✓ |
| e. California Wholesale |  | ✓ |
| f. L.A. Top |  | ✓ |
| g. L.A. International |  | ✓ |

*If your answer is "yes" as to any Plaintiff, then proceed to Question No. 2. If your answer is "no" to every Plaintiff, then skip to the end and sign/date the form.*

2. Did any of the Plaintiffs prove that it was injured in its business or property because of Defendants' violation of Section 2(a) of the Robinson-Patman Act?

*Only answer this Question as to any Plaintiff for whom you answered "yes" to Question No. 1.*

|  | Yes | No |
|---|---|---|
| a. U.S. Wholesale |  |  |
| b. Trepco |  |  |
| c. YnY International |  |  |
| d. San Diego Cash & Carry |  |  |
| e. California Wholesale |  |  |
| f. L.A. Top |  |  |
| g. L.A. International |  |  |

*If you answered "yes" to Question No. 2 as to any Plaintiff, then proceed to Question No. 3. If you answered "no" as to all Plaintiffs for Question No. 2, then skip to the end and sign/date the form.*

/ / /

/ / /

/ / /

3. Enter the amount of damages you award each Plaintiff, if any.

*Only answer this Question as to any Plaintiff for whom you answered "yes" to Question No. 2.*

|   | Yes | No |
|---|---|---|
| a. U.S. Wholesale | _____ | _____ |
| b. Trepco | _____ | _____ |
| c. YnY International | _____ | _____ |
| d. San Diego Cash & Carry | _____ | _____ |
| e. California Wholesale | _____ | _____ |
| f. L.A. Top | _____ | _____ |
| g. L.A. International | _____ | _____ |

*Please date and sign below, and return this verdict form to the Court.*

DATED: 10/21/19

/s/
FOREPERSON

3