# EXHIBIT 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORP., <br><br> Plaintiff, <br><br> v. <br><br> ETHICON, INC., ET AL., <br><br> Defendants. | CASE NO: <br> SACV 03-1329 JVS(MLGx) <br><br><br> SPECIAL VERDICT |

Question No. 1. Do you find by a preponderance of the evidence that Johnson & Johnson engaged in exclusionary conduct?

Yes _____     No _____

If your answer to Question No.1 is "no," please sign and date the verdict

1

form.  If your answer to Question No. 1 is "yes," please answer Question No. 2.

Question No. 2.  Do you find by a preponderance that Johnson & Johnson unlawfully acquired or maintained monopoly power as a result of exclusionary conduct in the market for disposable trocars?

Yes _____          No _____

If your answer to Question No. 2 is "no," please skip to Question No. 4.  If your answer to Question No. 2 is "yes," please answer Question No. 3.

Question No. 3.  Do you find by a preponderance of the evidence that Johnson & Johnson's unlawful acquiring or maintaining of monopoly power caused injury to Applied's business or property?

Yes _____          No _____

Please answer the next Question.

Question No. 4. Do you find by preponderance of the evidence that Johnson & Johnson had a specific intent to monopolize the market for disposable trocars?

      Yes \_\_\_\_\_              No \_\_\_\_\_

If your answer to Question No. 4 is "no," please skip to Question No.8. If your answer to Question No. 4 is "yes," please answer Question No. 5.

Question No. 5. Do you find by a preponderance of the evidence that there was a dangerous probability that Johnson & Johnson would achieve monopoly power in the market for disposable trocars?

      Yes \_\_\_\_\_              No \_\_\_\_\_

If your answer to Question No.5 is "no," please skip to Question No. 8. If your answer to Question No. 5 is "yes," please answer Question No. 6.

Question No. 6. Do you find by a preponderance of the evidence that Johnson & Johnson attempted to monopolize the market for disposable trocars as a result of exclusionary conduct?

      Yes \_\_\_\_\_              No \_\_\_\_\_

If your answer to Question No. 6 is "no," please skip to Question No. 8. If your answer to Question No. is "yes," please answer Question No. 7.

<u>Question No. 7.</u>  Do you find by a preponderance of the evidence that Johnson & Johnson's unlawful attempted monopolization caused injury to Applied's business or property?

Yes _____          No _____

Please go to the next Question.

<u>Question No. 8.</u>  If your answered either Question No. 3 **or** 7 "yes," answer this Question.  Otherwise skip to the end and sign and date the verdict from.

What amount of money do you find by a preponderance of the evidence would fairly compensate Applied for the injury caused by the unlawful Johnson & Johnson conduct which you found?  Count each element of damage only once even if it applies to more than one claim.

$_____

Please sign and date the verdict.

DATED: _____          _____
                                                                FOREPERSON

4