# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>————————————<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**ORDER GRANTING EXTENSION ON PROPOSED JURY INSTRUCTIONS AND VERDICT FORM [1356]**<br><br>Judge: Hon. Philip S. Gutierrez<br>Final Pretrial Conference:   5/16/24<br>Trial Date: 6/5/2024<br>Courtroom: First Street Courthouse<br>              350 West 1st Street<br>              Courtroom 6A<br>              Los Angeles, CA 90012 |

Pursuant to the parties' Joint Stipulation Regarding Certain Trial Issues, the Court hereby orders:

**<u>Disclosure of Witnesses and Exhibits</u>**

1) Witnesses shall be disclosed by 9:00 a.m. Pacific three days (72 hours) prior to being called;

2) With the exception of adverse witnesses called during Plaintiffs' case in chief, the parties shall disclose all exhibits to be used on direct examination with a witness by 9:00 a.m. Pacific two days (48) hours prior to the start of that witness's direct examination;

3) Exhibits intended to be used during any adverse or cross examination shall not be disclosed in advance;

4) For any adverse witness called live during Plaintiffs' case in chief (NFL witnesses, networks, etc.):

    a) Plaintiffs shall not disclose their exhibits in advance, pursuant to the parties' agreement that exhibits used on an adverse or cross examination need not be disclosed;

    b) Immediately upon the commencement of the NFL Defendants' examination of that witness, the NFL Defendants shall provide two sets of all exhibits that it intends to use during its examination;

    c) These adverse witnesses called in Plaintiffs' case will only be examined once at trial, with that one time being during Plaintiffs' case in chief.

**<u>Testimony of Sean McManus</u>**

1) Mr. McManus will be called to testify as the first witness on June 18, 2024, with the NFL Defendants conducting their direct examination first, followed by Plaintiffs' cross examination.

2) Pursuant to Federal Rule of Evidence 611(b), Plaintiffs' cross examination of Mr. McManus is permitted to go outside the scope of the NFL Defendants' direct examination.

3) For purposes of the parties filing motions pursuant to Fed. R. Civ. P. 50, Plaintiffs will not have rested their case in chief until after the conclusion of Mr. McManus's testimony.

**Use of Exhibits During Opening Statements**

The parties may show any demonstratives and any trial evidence during their opening statements, even if not admitted, without advance disclosure to the other side.

**IT IS SO ORDERED.**

Dated: May 22, 2024

_____
PHILIP S. GUTIERREZ
United States District Judge