# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO USE ELECTRONIC EQUIPMENT**<br><br>Judge: Hon. Philip S. Gutierrez<br>Final Pretrial Conference: 6/4/24 at 1:30 p.m.<br>Trial: 6/5/24 at 9:00 a.m.<br>Courtroom: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pursuant to the Joint Stipulation of Plaintiffs and the NFL Defendants, the Court hereby grants the Parties' request to use electronic equipment in the courtroom during both the June 4, 2024 Final Pretrial Conference and the trial commencing on June 5, 2024.

**IT IS SO ORDERED.**

Dated: _____   _____
PHILIP S. GUTIERREZ
United Sates District Judge