Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 2:15-ml-02668−PSG (SKx) <br><br> **[PROPOSED] JOINT STATEMENT OF THE CASE** <br><br> JUDGE: Hon. Philip S. Gutierrez <br><br> Final Pretrial Conference: June 4, 2024 <br><br> Trial Date: June 5, 2024 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE** that Plaintiffs and Defendants provide the following Joint Statement of the Case for use during voir dire in the above-captioned matter:

This is a class action case brought under the federal antitrust laws against the National Football League and its 32 member clubs. The case involves a television subscription package called "NFL Sunday Ticket."

On Sundays during the NFL's regular season, approximately 10 to 13 football games are played between 10 a.m. and 4 p.m. Pacific time. Of those, three to four games, including those in which a local team is participating, are broadcast on local FOX or CBS stations. These are referred to as "in-market" games because they are being broadcast into a viewer's local television market. The remaining games played during that time period are not broadcast on a viewer's local FOX or CBS stations. Those are often referred to as "out-of-market" games. NFL football fans and businesses could access the complete, live broadcasts of those out-of-market games only by purchasing NFL Sunday Ticket. During the period in dispute, NFL Sunday Ticket was available only through DirecTV, a satellite television provider.

Plaintiffs allege that the NFL and its teams illegally agreed to monopolize the market for telecasts of NFL games and that through a series of interrelated agreements among the NFL, its member clubs, CBS, FOX, and DirecTV, unreasonably limited television viewer access to out-of-market games and kept prices high for Sunday Ticket by agreeing to restrict competition among themselves. Plaintiffs also claim the Defendants will not be able to show that the agreements served a legitimate procompetitive purpose. Plaintiffs claim that by doing so the Defendants violated a federal antitrust law called the Sherman Act.

The Defendants deny Plaintiffs' claims and contend that the agreements challenged by Plaintiffs ensure that consumers across the United States have broad access to watch competitive and exciting NFL games at various prices, including multiple live games on free broadcast television every week during the regular season. The Defendants assert that Plaintiffs will not be able to show that the NFL illegally obtained a monopoly, that the agreements at issue were unreasonable, or that any alternative to the current system would have provided the same benefits to fans.

| | |
|---|---|
| Dated: May 29, 2024 | Respectfully submitted, |
| | By: /s/ Marc M. Seltzer |

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Kalpana Srinivasan (237460)
ksrinivasan@susmangodfrey.com
Amanda Bonn (270891)
abonn@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
**SUSMAN GODFREY L.L.P**
One Manhattan West
New York, NY 10001
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)
smaida@hausfeld.com
**HAUSFELD LLP**
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
**LANGER GROGAN AND DIVER PC**
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

/s/ *Beth A. Wilkinson*

Rakesh N. Kilaru (admitted *pro hac vice*)
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

| | |
|---|---|
| 1 | Neema T. Sahni (Bar No. 274240) |
| | **COVINGTON & BURLING LLP** |
| 2 | 1999 Avenue of the Stars, Suite 1500 |
| 3 | Los Angeles, CA 90067-6045 |
| | Telephone: (424) 332-4800 |
| 4 | Facsimile: (424) 332-4749 |
| | nsahni@cov.com |
| 5 | |
| 6 | Gregg H. Levy (admitted *pro hac vice*) |
| | Derek Ludwin (admitted *pro hac vice*) |
| 7 | John S. Playforth (admitted *pro hac vice*) |
| 8 | **COVINGTON & BURLING LLP** |
| | One CityCenter |
| 9 | 850 Tenth Street NW |
| 10 | Washington, DC 20001 |
| | Telephone: (202) 662-6000 |
| 11 | Facsimile: (202) 662-6291 |
| 12 | glevy@cov.com |
| | dludwin@cov.com |
| 13 | jplayforth@cov.com |

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*