Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (SKx)<br><br>**JOINT STIPULATION ON THE NUMBER OF EMPANELED JURORS AND PEREMPTORY STRIKES**<br><br>Judge: Hon. Philip S. Gutierrez<br>Trial: 6/5/24 at 9:00 a.m.<br>Courtroom: First Street Courthouse<br>      350 West 1st Street<br>      Courtroom 6A<br>      Los Angeles, CA 90012 |

1

On May 16, 2024, during the pre-trial conference in this matter, the Court requested that the Parties discuss the number of jurors that should be empaneled and the number of peremptory challenges that should be available to the parties. *See* Pretrial Conference Tr. 15:20–16:25.

Plaintiffs and the NFL Defendants, by and through their respective counsel, hereby stipulate, subject to the Court's approval, to empaneling a total of ten jurors, eight of whom will deliberate and two of whom will be alternates. The parties further agree, and request the Court's approval, that the jurors not know whether they are alternates until after the case is submitted, but that the Court and the Parties know which juror seats will be alternates at the time the jury is empaneled and before peremptory strikes are exercised. Finally, the Parties further request, subject to the Court's approval, that they each party have four peremptory strikes to exercise during jury selection.

**IT IS SO STIPULATED.**

Dated: June 3, 2024                               Respectfully submitted.

/s/ *Beth A. Wilkinson*
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com


|   |   |
|---|---|
| 1 | Neema T. Sahni (Bar No. 274240) |
| 2 | **COVINGTON & BURLING LLP**<br>1999 Avenue of the Stars |
| 3 | Suite 1500<br>Los Angeles, CA 90067-6045 |
| 4 | Telephone: (424) 332-4800 |
| 5 | Facsimile: (424) 332-4749<br>nsahni@cov.com |
| 6 | |
| 7 | Gregg H. Levy (admitted *pro hac vice*)<br>Derek Ludwin (admitted *pro hac vice*) |
| 8 | John S. Playforth (admitted *pro hac vice*)<br>**COVINGTON & BURLING LLP** |
| 9 | One CityCenter<br>850 Tenth Street NW |
| 10 | Washington, DC 20001<br>Telephone: (202) 662-6000 |
| 11 | Facsimile: (202) 662-6291<br>glevy@cov.com |
| 12 | dludwin@cov.com<br>jplayforth@cov.com |
| 13 | |
| 14 | *Counsel for Defendants National Football League, NFL Enterprises LLC, and the* |
| 15 | *Individual NFL Clubs* |
| 16 | |
| 17 | /s/ *Ian M. Gore*<br>Ian M. Gore (*Pro Hac Vice*) |
| 18 | igore@susmangodfrey.com<br>**SUSMAN GODFREY L.L.P.** |
| 19 | 1201 Third Avenue, Suite 3800 |
| 20 | Seattle, WA 98101<br>Tel: (206) 505-3841 |
| 21 | Fax: (206) 516-3883 |
| 22 | Sathya S. Gosselin (269171) |
| 23 | sgosselin@hausfeld.com<br>Farhad Mirzadeh (*Pro Hac Vice*) |
| 24 | fmirzadeh@hausfeld.com<br>**HAUSFELD LLP** |
| 25 | 888 16th Street, N.W., Suite 300<br>Washington, DC 20006 |
| 26 | Tel: (202) 540-7200 |
| 27 | Fax: (202) 540-7201 |
| 28 | |

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Kalpana Srinivasan (237460)
ksrinivasan@susmangodfrey.com
Amanda Bonn (270891)
abonn@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
**SUSMAN GODFREY L.L.P**
One Manhattan West
New York, NY 10001
Tel: (212) 336-8330
Fax: (212) 336-8340

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)
smaida@hausfeld.com
**HAUSFELD LLP**
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)

4

pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
**LANGER GROGAN AND DIVER PC**
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

5

Case No. 2:15-ml-02668-PSG (SKx)   Joint Stipulation On The Number of Empaneled Jurors and Peremptory Strikes