# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION ON THE NUMBER OF EMPANELED JURORS AND PEREMPTORY STRIKES**<br><br>Judge: Hon. Philip S. Gutierrez<br>Final Pretrial Conference:   6/4/24 at 1:30 p.m.<br>Trial:  6/5/24 at 9:00 a.m.<br>Courtroom: First Street Courthouse<br>              350 West 1st Street<br>              Courtroom 6A<br>              Los Angeles, CA 90012 |

1  Pursuant to the Joint Stipulation of Plaintiffs and the NFL Defendants, the
2  Court hereby grants the Parties' request: (1) to empanel ten jurors, eight of whom
3  will deliberate and two of whom will be alternates; (2) that the alternate jurors not
4  know that they are alternates until after the case is submitted; (3) that the Court and
5  the Parties know which juror seats will be alternates at the time the jury is empaneled
6  and before peremptory strikes are exercised; and (4) each party will have four
7  peremptory strikes to exercise during jury selection.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        PHILIP S. GUTIERREZ
                                        United Sates District Judge