# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**ORDER GRANTING JOINT STIPULATION ON THE NUMBER OF EMPANELED JURORS AND PEREMPTORY STRIKES**<br><br>Judge: Hon. Philip S. Gutierrez<br>Final Pretrial Conference: 6/4/24 at 1:30 p.m.<br>Trial: 6/5/24 at 9:00 a.m.<br>Courtroom: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pursuant to the Joint Stipulation of Plaintiffs and the NFL Defendants, the Court hereby grants the Parties' request: (1) to empanel ten jurors, eight of whom will deliberate and two of whom will be alternates; (2) that the alternate jurors not know that they are alternates until after the case is submitted; (3) that the Court and the Parties know which juror seats will be alternates at the time the jury is empaneled and before peremptory strikes are exercised; and (4) each party will have four peremptory strikes to exercise during jury selection.

**IT IS SO ORDERED.**

Dated: June 4, 2024

_____
PHILIP S. GUTIERREZ
United Sates District Judge