# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Ben Sherman | 2a. Contact Phone Number: (804) 239-2323 | 3a. Contact E-mail Address: bsherman@wilkinsonstekloff.com |
| 1b. Attorney Name (if different): Jenna H. Pavelec | 2b. Attorney Phone Number: (202) 847-4048 | 3b. Attorney E-mail Address: jpavelec@wilkinsonstekloff.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**

Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036

5. Name & Role of Party Represented: Consol Defendants
6. Case Name: In Re National Football League's "Sunday Ticket" Antitrust Litigation
7a. District Court Case Number: 2:15-ml-02668-PSG-SKx
7b. Appeals Court Case Number:

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Myra Ponce

**9. THIS TRANSCRIPT ORDER IS FOR:**    ☐ Appeal    ☒ Non-Appeal        ☐ Criminal    ☒ Civil        ☐ CJA    ☐ USA    ☐ FPD    ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):  *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/05/2024 | | Gutierrez | Voir Dire | ● | ○ | ○ | ○ | ○ | ○ | ● _____ | HOURLY (2 hrs) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: June 5, 2024    Signature: /s/ Jenna H. Pavelec

G-120 (06/18)