UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. 2:15-ml-02668-PSG-(KSx) | Date June 3, 2024 |
| Title In re National Football Leagues Sunday Ticket Antitrust Litigation | Page 1 of 1 |

Present: The Honorable   PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE

| Derek Davis | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| William Carmody | Beth Wilkison |
| Marc Seltzer | Brian Stekloff |
| Kalpana Srinivasan | Rakesh Kilaru |
| Ian Gore | Jeremy Barber |

**Proceedings:  FINAL PRETRIAL CONFERENCE**

   Case Called. Final Pretrial Conference held.
   The Court and counsel confer re: Jury Trial. The Court orders the parties to provide and deliver 60 jury questionnaires to the jury room by 7:30 AM on June 5, 2024.


   **IT IS SO ORDERED**.