Ian B. Crosby
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
icrosby@susmangodfrey.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>Plaintiff(s)<br>v.<br>THIS DOCUMENT RELATES TO ALL ACTIONS<br><br>Defendant(s). | CASE NUMBER<br><br>2:15-ml-02668-PSG (SKx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Crosby, Ian B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(206) 516-3880   (206) 516-3883
*Telephone Number*   *Fax Number*

icrosby@susmangodfrey.com
*E-Mail Address*

of

Susman Godfrey
401 Union Street, Suite 3000
Seattle, WA  98101

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

1465 Third Avenue Restaurant Corp. d/b/a Gael Pub, Jonathan Frantz, Robert Gary Lippincott, Jr., and Ninth Inning Inc. d/b/a The Mighty Duck

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Srinivasan, Kalpana
*Designee's Name (Last Name, First Name & Middle Initial)*

#237460   (310) 789-3100   3107893150
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

ksrinivasan@susmangodfrey.com
*E-Mail Address*

of

Susman Godfrey
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge