UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - TRIAL

| Case No. | 2:15-ml-02668-PSG-SK | Date | June 6, 2024 |
|---|---|---|---|
| Title: | In re National Football Leagues Sunday Ticket Antitrust Litigation | | |

Present: The Honorable **PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE**

| **Derek Davis** | **Myra Ponce** |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| William Carmody | Beth Wilkison |
| Amanda Bonn | Brian Stekloff |
| Kalpana Srinivasan | Rakesh Kilaru |
| Ian Gore | |

_____ Day Court Trial    2nd Day Jury Trial

_____ One day trial;    _____ Begun (1st day);    **X** Held & Continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
**X** Witnesses called, sworn and testified.    **X** Exhibits Identified    **X** Exhibits admitted.
_____ Plaintiff(s) rest.    _____ Defendant(s) rest.
_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.
_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.
_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.
_____ Jury polled.    _____ Polling waived.
_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.
_____ Judgment by Court for    _____ plaintiff(s)    _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).
_____ Case submitted.    _____ Briefs to be filed by _____
_____ Motion to dismiss by _____ is    _____ granted.    _____ denied.    _____ submitted.
_____ Motion for mistrial by _____ is    _____ granted.    _____ denied.    _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is    _____ granted.    _____ denied.    _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
**X** Case continued to    June 7, 2024 at 8:30 AM    for further trial/further jury deliberation.
_____ Other:

5 : 28

Initials of Deputy Clerk    DD