UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:15-ml-02668-PSG-SK |
| Title: | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| Date | June 7, 2024 |

Present: The Honorable **PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE**

| Derek Davis | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| William Carmody<br>Amanda Bonn<br>Kalpana Srinivasan<br>Ian Gore | Beth Wilkison<br>Brian Stekloff<br>Rakesh Kilaru |

\_\_\_ Day Court Trial          3rd Day Jury Trial

\_\_\_ One day trial:    \_\_\_ Begun (1st day);    X Held & Continued;    \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by _____
X Witnesses called, sworn and testified.    X Exhibits Identified    X Exhibits admitted.
\_\_\_ Plaintiff(s) rest.    \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).    \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.    \_\_\_ Jury retires to deliberate.    \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of    \_\_\_ plaintiff(s)    \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.    \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists    \_\_\_ Filed jury notes.    \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for _____    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).
\_\_\_ Case submitted.    \_\_\_ Briefs to be filed by _____
\_\_\_ Motion to dismiss by _____    is    \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.
\_\_\_ Motion for mistrial by _____    is    \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by _____    is    \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to    June 10, 2024 at 8:30 AM    for further trial/further jury deliberation.
\_\_\_ Other:

                                                                    4 : 28
                                                Initials of Deputy Clerk    DD