# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | **2:15-ml-02668-PSG-SK** | Date | **June 10, 2024** |
|---|---|---|---|
| Title: | **In re National Football Leagues Sunday Ticket Antitrust Litigation** | | |

Present: The Honorable     **PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE**

| **Derek Davis** | **Myra Ponce** |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| <u>Attorneys Present for Plaintiff(s):</u> | <u>Attorneys Present for Defendants:</u> |
|---|---|
| William Carmody | Beth Wilkison |
| Amanda Bonn | Brian Stekloff |
| Kalpana Srinivasan | Rakesh Kilaru |
| Ian Gore | |

Day Court Trial     4th     Day Jury Trial

One day trial: ____     Begun (1st day); ____     **X**  Held & Continued; ____     Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by

**X** Witnesses called, sworn and testified.     **X** Exhibits Identified     **X** Exhibits admitted.

____ Plaintiff(s) rest.     ____ Defendant(s) rest.

____ Closing arguments made by     ____ plaintiff(s)     ____ defendant(s).     ____ Court instructs jury.

____ Bailiff(s) sworn.     ____ Jury retires to deliberate.     ____ Jury resumes deliberations.

____ Jury Verdict in favor of     ____ plaintiff(s)     ____ defendant(s) is read and filed.

____ Jury polled.     ____ Polling waived.

____ Filed Witness & Exhibit Lists     ____ Filed jury notes.     ____ Filed jury instructions.

____ Judgment by Court for     ____ plaintiff(s)     ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by     ____ plaintiff(s)     ____ defendant(s).

____ Case submitted.     ____ Briefs to be filed by

____ Motion to dismiss by ____     is ____     granted. ____     denied. ____     submitted. ____

____ Motion for mistrial by ____     is ____     granted. ____     denied. ____     submitted. ____

____ Motion for Judgment/Directed Verdict by ____     is ____     granted. ____     denied. ____     submitted. ____

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

**X** Case continued to     **June 11, 2024 at 8:30 AM**     for further trial/further jury deliberation.

____ Other:

4 : 26

Initials of Deputy Clerk     DD