**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Aracelys Pena | 2a. Contact Phone Number: (347) 461-0600 | 3a. Contact E-mail Address: apena@susmangodfrey.com |
| 1b. Attorney Name (if different): Seth Ard | 2b. Attorney Phone Number: (212) 471-8354 | 3b. Attorney E-mail Address: sard@susmangodfrey.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Susman Godfrey, LLP
One Manhattan West
50th Floor
New York, NY 10001

5. Name & Role of Party Represented: Class Plaintiffs
6. Case Name: In Re National Football Leagues Sunday Ticket Antitrust Litigation
7a. District Court Case Number: 2:15-ml-02668-PSG-SKx
7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS (*choose only one per form*):
☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Myra Ponce

9. THIS TRANSCRIPT ORDER IS FOR:  ☐ Appeal  ☒ Non-Appeal    ☐ Criminal  ☒ Civil    ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| a. HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/13/2024 | | Gutierrez | Trial | ● | ● | ○ | ● | ○ | ○ | ● _____ | HOURLY (2 hrs) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: June 13, 2024    Signature: /s/ Marc Seltzer

G-120 (06/18)