UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | **2:15-ml-02668-PSG-SK** |
| Title: | **In re National Football Leagues Sunday Ticket Antitrust Litigation** |
| Date | **June 12, 2024** |

Present: The Honorable **PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE**

| **Derek Davis** | **Myra Ponce** |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| William Carmody<br>Amanda Bonn<br>Kalpana Srinivasan<br>Ian Gore<br>Scott Martin | Beth Wilkison<br>Brian Stekloff<br>Rakesh Kilaru |

\_\_\_\_ Day Court Trial    6th Day Jury Trial

\_\_\_\_ One day trial;    \_\_\_\_ Begun (1st day);    **X** Held & Continued;    \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by _____
**X** Witnesses called, sworn and testified.    **X** Exhibits Identified    **X** Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.    \_\_\_\_ Defendant(s) rest.
\_\_\_\_ Closing arguments made by    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).    \_\_\_\_ Court instructs jury.
\_\_\_\_ Bailiff(s) sworn.    \_\_\_\_ Jury retires to deliberate.    \_\_\_\_ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.    \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists    \_\_\_\_ Filed jury notes.    \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court for _____    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.    Briefs to be filed by _____
\_\_\_\_ Motion to dismiss by _____ is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by _____ is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by _____ is    \_\_\_\_ granted.    **denied.**    \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
**X** Case continued to **June 13, 2024 at 8:30 AM** for further trial/further jury deliberation.
\_\_\_\_ Other:

5 : 38

Initials of Deputy Clerk    DD