# ATTACHMENT 1

**RS1_PLAYED - Stecklow PLTF Affirmatives PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:14 - 6:16 | **Stecklow, Robert 2022-09-23** | 00:00:04 | **RS1_PLAYED.1** |
| | 6:14   Q.   Can you please state your full name | | |
| | 6:15         for the record. | | |
| | 6:16   A.   Robert Stecklow. | | |
| 16:16 - 16:24 | **Stecklow, Robert 2022-09-23** | 00:00:17 | **RS1_PLAYED.2** |
| | 16:16   Q.   And prior to Verizon, you were | | |
| | 16:17         employed by DIRECTV? | | |
| | 16:18   A.   Correct. | | |
| | 16:19   Q.   From January 2012 to January 2017? | | |
| | 16:20   A.   Yes. | | |
| | 16:21   Q.   And your position there was general | | |
| | 16:22         manager sports products, sponsorship, and | | |
| | 16:23         original content marketing? | | |
| | 16:24   A.   Yes. | | |
| 17:03 - 17:11 | **Stecklow, Robert 2022-09-23** | 00:00:17 | **RS1_PLAYED.3** |
| | 17:03   Q.   And in that position, were you | | |
| | 17:04         responsible for DIRECTV's sports subscriptions | | |
| | 17:05         products? | | |
| | 17:06   A.   I was largely responsible for the | | |
| | 17:07         marketing of sports subscription products, as | | |
| | 17:08         well as some other areas. | | |
| | 17:09   Q.   And those products included NFL | | |
| | 17:10         Sunday Ticket; is that right? | | |
| | 17:11   A.   Yes. | | |
| 18:13 - 18:17 | **Stecklow, Robert 2022-09-23** | 00:00:09 | **RS1_PLAYED.4** |
| | 18:13   Q.   And prior to DIRECTV, you worked for | | |
| | 18:14         the NFL; is that right? | | |
| | 18:15   A.   Yes. | | |
| | 18:16   Q.   From 2004 to 2012? | | |
| | 18:17   A.   Yep. | | |
| 19:03 - 19:05 | **Stecklow, Robert 2022-09-23** | 00:00:04 | **RS1_PLAYED.5** |
| | 19:03   Q.   And did you have any involvement in | | |
| | 19:04         Sunday Ticket while you were at the NFL? | | |
| | 19:05   A.   Yes. | | |
| 19:17 - 20:02 | **Stecklow, Robert 2022-09-23** | 00:00:28 | **RS1_PLAYED.6** |
| | 19:17   Q.   Let's start focusing now | | |
| | 19:18         on your time at DIRECTV.  So your job | | |
| | 19:19         description states that you were responsible for | | |
| | 19:20         P&L management. | | |

**RS1_PLAYED - Stecklow PLTF Affirmatives PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 19:21      Is that an accurate description of | | |
| | 19:22      your role within DIRECTV? | | |
| | 19:23      A. Yes. A marketing P&L, correct. | | |
| | 19:24      Q. And P&L means profits and losses in | | |
| | 19:25      this case? | | |
| | 20:01      A. Yeah, generally, that's what it | | |
| | 20:02      means. | | |
| 20:06 - 20:09 | **Stecklow, Robert 2022-09-23** | 00:00:07 | **RS1_PLAYED.7** |
| | 20:06      Q. And were you responsible for driving | | |
| | 20:07      subscription revenue from NFL Sunday Ticket? | | |
| | 20:08      A. As one of the properties we had, yes, | | |
| | 20:09      that was one. | | |
| 23:14 - 23:16 | **Stecklow, Robert 2022-09-23** | 00:00:05 | **RS1_PLAYED.8** |
| | 23:14      Q. And in terms of changing the price, | | |
| | 23:15      is that something that DIRECTV could have done | | |
| | 23:16      without consulting the NFL? | | |
| 23:19 - 23:20 | **Stecklow, Robert 2022-09-23** | 00:00:06 | **RS1_PLAYED.9** |
| | 23:19      A. I wasn't really involved with the | | |
| | 23:20      pricing decisions, so I couldn't answer. | | |
| 24:06 - 24:10 🔗 481.1.1 | **Stecklow, Robert 2022-09-23** | 00:00:02 | **RS1_PLAYED.10** |
| | 24:06      (Stecklow Exhibit 2, E-mail thread, | | |
| | 24:07      DIRECTV-ST-00231244 - 45, is received and | | |
| | 24:08      marked for identification.) | | |
| | 24:09      MR. FINN: For the record, I'm | | |
| | 24:10      marking as Exhibit 2. | | |
| 24:16 - 24:19 🔗 481.1.16 🔗 481.1.17 🔗 481.1.18 🔗 481.1.19 | **Stecklow, Robert 2022-09-23** | 00:00:10 | **RS1_PLAYED.11** |
| | 24:16      Q. This document is an e-mail | | |
| | 24:17      exchange from April 2016 between you and Joshua | | |
| | 24:18      Rabenovets, right? | | |
| | 24:19      A. It appears to be. | | |
| 27:10 - 27:12 🔗 481.1.21 🔗 481.1.22 🔗 481.1.23 | **Stecklow, Robert 2022-09-23** | 00:00:09 | **RS1_PLAYED.12** |
| | 27:10      And this is an e-mail that you sent | | |
| | 27:11      on April 20, 2016; is that right? | | |
| | 27:12      A. It appears to be that. | | |
| 27:13 - 28:01 | **Stecklow, Robert 2022-09-23** | 00:00:37 | **RS1_PLAYED.13** |
| | 27:13      Q. So here you'll see the -- you say, | | |

**RS1_PLAYED - Stecklow PLTF Affirmatives PLAYED**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 🔗 481.1.24 | 27:14 | "The reason why we have to qualify people for | | |
| | 27:15 | the product is you either need a satellite on | | |
| | 27:16 | your home or to prove you can't get a satellite | | |
| | 27:17 | (which we do)." | | |
| 🔗 481.1.25 | 27:18 | And then it continues, "The NFL via | | |
| | 27:19 | their broadcast deals don't necessarily want | | |
| | 27:20 | NFLST to be available to everyone in the | | |
| | 27:21 | country, could affect their ratings in how the | | |
| | 27:22 | local games are programmed now." | | |
| | 27:23 | Do you recall the NFL had an interest | | |
| | 27:24 | in limiting the number of subscribers to Sunday | | |
| | 27:25 | Ticket? | | |
| | 28:01 | A.  I do not. | | |
| 28:02 - 28:04 | **Stecklow, Robert 2022-09-23** | | 00:00:07 | **RS1_PLAYED.14** |
| | 28:02 | Q.  Do you agree that the NFL liked | | |
| | 28:03 | Sunday Ticket to be to a defined amount of | | |
| | 28:04 | people, as you say in this e-mail? | | |
| 28:06 - 28:11 | **Stecklow, Robert 2022-09-23** | | 00:00:22 | **RS1_PLAYED.15** |
| | 28:06 | A.  I don't really recall, because it's | | |
| | 28:07 | been a long time, so I haven't thought about | | |
| | 28:08 | this in a long time so, like, right now. | | |
| | 28:09 | Q.  So reading this e-mail, you don't | | |
| | 28:10 | know what you meant by it? | | |
| ❌ Clear | 28:11 | A.  Correct.  I don't recall this. | | |
| 62:08 - 62:09 | **Stecklow, Robert 2022-09-23** | | 00:00:04 | **RS1_PLAYED.16** |
| | 62:08 | Q.  Did the NFL become involved in | | |
| | 62:09 | pricing strategy of the .TV business? | | |
| 62:12 - 62:12 | **Stecklow, Robert 2022-09-23** | | 00:00:02 | **RS1_PLAYED.17** |
| | 62:12 | A.  I don't recall. | | |
| 63:12 - 63:14 | **Stecklow, Robert 2022-09-23** | | 00:00:07 | **RS1_PLAYED.18** |
| | 63:12 | Q.  And what about on behalf of the NFL, | | |
| | 63:13 | who had approval authority to approve pricing of | | |
| | 63:14 | the .TV product? | | |
| 63:17 - 63:19 | **Stecklow, Robert 2022-09-23** | | 00:00:10 | **RS1_PLAYED.19** |
| | 63:17 | A.  I mean, our contacts, as you see | | |
| | 63:18 | here, were Brian and Brent, so I don't really | | |
| | 63:19 | know above them who was deciding those things. | | |

Documents linked to video:
481