# ATTACHMENT 2

**JD1C_PLAYED - Dyckes PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:20 - 7:22 | **Dyckes, James 2022-06-30** | 00:00:07 | **JD1C_PLAYED.1** |
| | 7:20   Please state your full name for the record. | | |
| | 7:21   THE WITNESS: My full legal name is James Dana | | |
| | 7:22   Dyckes. I go by Jamie. | | |
| 8:16 - 8:17 | **Dyckes, James 2022-06-30** | 00:00:04 | **JD1C_PLAYED.2** |
| | 8:16   Q. And who is your employer? | | |
| | 8:17   A. DirecTV. | | |
| 11:01 - 11:05 | **Dyckes, James 2022-06-30** | 00:00:19 | **JD1C_PLAYED.3** |
| | 11:01   Q. How long have you been with DirecTV? | | |
| | 11:02   A. I will complete 22 years at the end of July | | |
| | 11:03   with the caveat of AT&T owning DirecTV, so there was a, | | |
| | 11:04   roughly, five-year period of technically working for | | |
| | 11:05   AT&T but under the DirecTV brand. | | |
| 25:13 - 25:14 | **Dyckes, James 2022-06-30** | 00:00:06 | **JD1C_PLAYED.4** |
| | 25:13   Q. And, Mr. Dyckes, in your role, are you involved | | |
| | 25:14   in marketing for the NFL Sunday Ticket package? | | |
| 25:16 - 25:16 | **Dyckes, James 2022-06-30** | 00:00:02 | **JD1C_PLAYED.5** |
| | 25:16   THE WITNESS: Yes, I am. | | |
| 27:18 - 27:20 | **Dyckes, James 2022-06-30** | 00:00:06 | **JD1C_PLAYED.6** |
| | 27:18   Q. (By Mr. Finn) And are you involved in | | |
| | 27:19   determining the prices that are going to be offered in a | | |
| | 27:20   given year for Sunday Ticket? | | |
| 27:23 - 27:24 | **Dyckes, James 2022-06-30** | 00:00:02 | **JD1C_PLAYED.7** |
| | 27:23   THE WITNESS: I'm one of many people that's | | |
| | 27:24   involved. | | |
| 113:10 - 113:10<br>🔗 269.1.36 | **Dyckes, James 2022-06-30** | 00:00:04 | **JD1C_PLAYED.8** |
| | 113:10   Let's mark as Plaintiffs' Exhibit 4 a document | | |
| 113:12 - 113:12 | **Dyckes, James 2022-06-30** | 00:00:01 | **JD1C_PLAYED.9** |
| | 113:12   (Exhibit 4 was marked for identification.) | | |
| 113:14 - 113:19<br>🔗 269.1.2<br>🔗 269.1.23<br>🔗 269.1.37<br>🔗 269.1.38<br>🔗 269.1.39 | **Dyckes, James 2022-06-30** | 00:00:17 | **JD1C_PLAYED.10** |
| | 113:14   Q. (By Mr. Finn) And do you recognize this as an | | |
| | 113:15   e-mail chain dated September 17th, 2018, between | | |
| | 113:16   yourself and Stephen Ross and Jason Britton? | | |
| | 113:17   A. I don't recognize -- or remember writing it, | | |
| | 113:18   but I don't deny that based on what I'm reading that | | |

**JD1C_PLAYED - Dyckes PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 113:19  it's probably from me, yeah. | | |
| 117:06 - 117:11 | **Dyckes, James 2022-06-30** | 00:00:16 | **JD1C_PLAYED.11** |
| 🔗 269.1.3  🔗 269.1.26 | 117:06  Q.  (By Mr. Finn)  And do you see, referencing your<br>117:07       e-mail, so on the first page, where you say, "I have<br>117:08       wanted to drop the price"?  Do you see that?<br>117:09  A.  I do see that.<br>117:10  Q.  And do you recall why you wanted to drop the<br>117:11       price in September of 2018? | | |
| 117:14 - 117:15 | **Dyckes, James 2022-06-30** | 00:00:05 | **JD1C_PLAYED.12** |
| | 117:14       THE WITNESS:  Specifically at that period of<br>117:15       time, I don't recall. | | |
| 117:16 - 117:18 | **Dyckes, James 2022-06-30** | 00:00:08 | **JD1C_PLAYED.13** |
| | 117:16  Q.  (By Mr. Finn)  But generally, could you explain<br>117:17       to me, from your -- your position, why you would want to<br>117:18       drop the price of Sunday Ticket? | | |
| 117:20 - 118:08 | **Dyckes, James 2022-06-30** | 00:01:05 | **JD1C_PLAYED.14** |
| | 117:20       THE WITNESS:  Generally speaking, it would be<br>117:21       to try to stimulate more activity, more sales activity.<br>117:22       The other side of that coin, though, is "What does it do<br>117:23       to revenue?"  So, again, I have revenue targets I have<br>117:24       to hit, so to use an example I use with my team, I can<br>117:25       have ten people pay $50, get $500, hypothetical; drop<br>118:01       the price to $20 and double the number of people that<br>118:02       take it, but I'm only getting $400; right?  So it's when<br>118:03       you're trying to -- you're trying to find that proper<br>118:04       mix of hitting your revenue targets as well as some new<br>118:05       subscribers, that's the happy medium.<br>118:06  Q.  (By Mr. Finn)  So is it fair to say that there<br>118:07       were constraints that prevented DirecTV from lowering<br>118:08       the price of Sunday Ticket? | | |
| 118:11 - 118:13 | **Dyckes, James 2022-06-30** | 00:00:11 | **JD1C_PLAYED.15** |
| | 118:11       THE WITNESS:  If a revenue target is a<br>118:12       constraint, I mean, it's -- you have revenue goals to<br>118:13       hit. | | |
| 118:14 - 118:16 | **Dyckes, James 2022-06-30** | 00:00:09 | **JD1C_PLAYED.16** |
| 🔗 269.1.27 | 118:14  Q.  (By Mr. Finn)  And where in the e-mail it says,<br>118:15       "Because of operating income gaps, finance has said no,"<br>118:16       what does that refer to? | | |

**JD1C_PLAYED - Dyckes PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 118:19 - 118:22 | **Dyckes, James 2022-06-30** | 00:00:20 | **JD1C_PLAYED.17** |
| | 118:19  THE WITNESS: That would be an example that I | | |
| | 118:20  just stated in terms of dropping the price but not | | |
| | 118:21  hitting the revenue target would be -- wouldn't be | | |
| | 118:22  acceptable for them. | | |
| 118:23 - 118:25 | **Dyckes, James 2022-06-30** | 00:00:11 | **JD1C_PLAYED.18** |
| | 118:23  Q. (By Mr. Finn) So in practice, internally, do | | |
| | 118:24  you need the approval of the finance department of | | |
| | 118:25  DirecTV to lower the price of Sunday Ticket? | | |
| 119:03 - 119:09 | **Dyckes, James 2022-06-30** | 00:00:22 | **JD1C_PLAYED.19** |
| | 119:03  THE WITNESS: As I stated earlier this morning, | | |
| | 119:04  when we go through pricing of products, there's a number | | |
| | 119:05  of different departments that are involved.  Finance is | | |
| | 119:06  certainly one.  So that -- that buy-off of approval, | | |
| | 119:07  they could certainly be one of the main players to | | |
| | 119:08  decide if pricing goes one way or the other or stays the | | |
| | 119:09  same. | | |
| 119:10 - 119:12 | **Dyckes, James 2022-06-30** | 00:00:09 | **JD1C_PLAYED.20** |
| 🔗 269.1.28 | 119:10  Q. (By Mr. Finn) And another constraint from | | |
| | 119:11  lowering the price is that the NFL would push back hard | | |
| | 119:12  against a price decrease; is that right? | | |
| 119:15 - 119:22 | **Dyckes, James 2022-06-30** | 00:00:17 | **JD1C_PLAYED.21** |
| | 119:15  THE WITNESS: Are you -- so are you referencing | | |
| | 119:16  a specific piece here? | | |
| | 119:17  Q. (By Mr. Finn) Yes.  I would draw your | | |
| 🔗 269.1.29 | 119:18  attention to the second sentence in this e-mail.  It | | |
| | 119:19  says: "In addition, the NFL deems their product as a | | |
| | 119:20  premium product.  Dropping the price would send a | | |
| | 119:21  message that their product needs help, so they have | | |
| | 119:22  pushed back hard." | | |
| 119:25 - 120:09 | **Dyckes, James 2022-06-30** | 00:00:45 | **JD1C_PLAYED.22** |
| | 119:25  THE WITNESS: I don't know for certain if the | | |
| 🔗 269.1.30 | 120:01  "they" is the NFL in that.  I just can't recall back | | |
| | 120:02  that far.  As I mentioned earlier, anything incremental | | |
| | 120:03  is a -- is a premium product, so I would say this about | | |
| | 120:04  HBO or SHOWTIME or any of the partners I work with. | | |
| | 120:05  Price is -- or premiumness, whatever you -- however you | | |
| | 120:06  want to term that -- comes with the incremental cost of | | |
| | 120:07  that product.  So that's why we don't say things like | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 120:08   "it's free," because that can become a devaluation type | | |
| | 120:09   of message. | | |
| 120:21 - 120:22 | **Dyckes, James 2022-06-30** | 00:00:03 | **JD1C_PLAYED.23** |
| 🔗 269.1.31 | 120:21  Q.  (By Mr. Finn)  What do you mean at the last | | |
| | 120:22       sentence when you say -- | | |
| 120:24 - 120:25 | **Dyckes, James 2022-06-30** | 00:00:05 | **JD1C_PLAYED.24** |
| | 120:24  Q.  (By Mr. Finn)  -- "A difficult spot with the | | |
| | 120:25       two entities required to lower the price have said no"? | | |
| 121:06 - 121:06 | **Dyckes, James 2022-06-30** | 00:00:01 | **JD1C_PLAYED.25** |
| | 121:06  Q.  (By Mr. Finn)  What did you mean? | | |
| 121:09 - 121:17 | **Dyckes, James 2022-06-30** | 00:00:31 | **JD1C_PLAYED.26** |
| | 121:09       THE WITNESS:  That could mean me pontificating. | | |
| | 121:10       I don't -- I don't really know.  I can't remember back. | | |
| | 121:11       It looks to me like I said "no" relating to Finance. | | |
| | 121:12       I don't ever recall going to the NFL and even | | |
| | 121:13       asking if that's an option.  So I'm not sure why I would | | |
| | 121:14       have said that, but I don't recall. | | |
| | 121:15  Q.  (By Mr. Finn)  Would you agree that when you | | |
| 🔗 269.1.32 | 121:16       refer to the two entities there, those two entities are | | |
| | 121:17       DirecTV and the NFL? | | |
| 121:20 - 121:25 | **Dyckes, James 2022-06-30** | 00:00:15 | **JD1C_PLAYED.27** |
| | 121:20       THE WITNESS:  I don't recall.  I think the one | | |
| 🔗 269.1.33 | 121:21       entity for sure would have been Finance, but I'm not | | |
| | 121:22       sure what I meant by the other piece. | | |
| | 121:23  Q.  (By Mr. Finn)  Well, it references two | | |
| | 121:24       entities.  What other entity would it be besides the | | |
| 🔗 269.1.34 | 121:25       NFL? | | |
| 122:03 - 122:05 | **Dyckes, James 2022-06-30** | 00:00:11 | **JD1C_PLAYED.28** |
| | 122:03       THE WITNESS:  Again, I -- that's probably a | | |
| | 122:04       decent assumption, but I can't -- I can't recall for | | |
| | 122:05       sure.  It's dating back to 2018. | | |
| 122:06 - 122:08 | **Dyckes, James 2022-06-30** | 00:00:08 | **JD1C_PLAYED.29** |
| | 122:06  Q.  (By Mr. Finn)  But DirecTV provides the NFL | | |
| | 122:07       with proposed pricing of the satellite offering in | | |
| | 122:08       advance; is that right? | | |
| 122:11 - 122:12 | **Dyckes, James 2022-06-30** | 00:00:06 | **JD1C_PLAYED.30** |
| | 122:11       THE WITNESS:  We do tell the NFL what our | | |
| | 122:12       prices will be prior to each season, yes. | | |

## JD1C_PLAYED - Dyckes PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 122:13 - 122:14 | **Dyckes, James 2022-06-30** | 00:00:04 | JD1C_PLAYED.31 |
| 🔗 269.1.3 | 122:13  Q.  (By Mr. Finn) And the NFL provides feedback on | | |
| | 122:14       those prices? | | |
| 122:17 - 122:23 | **Dyckes, James 2022-06-30** | 00:00:20 | JD1C_PLAYED.32 |
| | 122:17       THE WITNESS: The only feedback I ever recall | | |
| | 122:18       is "Thanks for sharing."  It's more of like an | | |
| | 122:19       acknowledgment that they received what our pricing would | | |
| | 122:20       be. | | |
| | 122:21  Q.  (By Mr. Finn)  So how do you account for the | | |
| 🔗 269.1.35 | 122:22       fact that in this e-mail, you state that they have | | |
| | 122:23       pushed back hard? | | |
| 123:01 - 123:04 | **Dyckes, James 2022-06-30** | 00:00:15 | JD1C_PLAYED.33 |
| | 123:01       THE WITNESS:  Again, I'm not sure that "they" | | |
| | 123:02       in this case is NFL or if we're talking about -- you | | |
| | 123:03       know, we're talking about satellite, talking about .TV. | | |
| | 123:04       I don't know enough about the context of what this is. | | |
| 123:17 - 123:19 | **Dyckes, James 2022-06-30** | 00:00:09 | JD1C_PLAYED.34 |
| | 123:17  Q.  (By Mr. Finn)  So is it your testimony that | | |
| | 123:18       DirecTV has complete pricing power over the satellite | | |
| | 123:19       offering of Sunday Ticket? | | |
| 123:22 - 124:01 | **Dyckes, James 2022-06-30** | 00:00:16 | JD1C_PLAYED.35 |
| | 123:22       THE WITNESS:  As far as the current contract, I | | |
| | 123:23       don't know going back in time.  I've always been told | | |
| | 123:24       it's completely our call.  Our -- I've been told that | | |
| | 123:25       internally; it's our call to determine what the pricing | | |
| ✗ Clear | 124:01       is. | | |
| 124:19 - 124:21 | **Dyckes, James 2022-06-30** | 00:00:08 | JD1C_PLAYED.36 |
| | 124:19  Q.  (By Mr. Finn)  But would you agree that the NFL | | |
| | 124:20       can exert influence over the price that DirecTV charges | | |
| | 124:21       for NFL Sunday Ticket on satellite? | | |
| 124:24 - 125:01 | **Dyckes, James 2022-06-30** | 00:00:13 | JD1C_PLAYED.37 |
| | 124:24       THE WITNESS:  If they have, I've never seen it, | | |
| | 124:25       so I -- in my experience, it's never -- it's never | | |
| | 125:01       happened on the satellite side. | | |

Case 2:15-ml-02668-PSG-SK   Document 1413-2   Filed 06/14/24   Page 7 of 7   Page ID
#:52484
JD1C_PLAYED - Dyckes PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]

7 / 7

Documents linked to video:
269