# ATTACHMENT 3

**AK1C_PLAYED - Kaplan (DTV) 11-2-22 PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:15 - 6:17 | **Kaplan, Alex 2022-11-02**<br>6:15    A L E X  K A P L A N, called as a witness,<br>6:16    having been duly sworn by a Notary<br>6:17    Public | 00:00:08 | **AK1C_PLAYED.1** |
| 6:21 - 6:23 | **Kaplan, Alex 2022-11-02**<br>6:21    Q.  Good morning, sir.  Can you<br>6:22    please state your full name for the record.<br>6:23    A.  Sure, Alex Kaplan. | 00:00:04 | **AK1C_PLAYED.2** |
| 19:06 - 19:08 | **Kaplan, Alex 2022-11-02**<br>19:06    Q.  And you were at DirecTV from 2006<br>19:07    to 2016?<br>19:08    A.  Yes. | 00:00:05 | **AK1C_PLAYED.3** |
| 19:09 - 19:12 | **Kaplan, Alex 2022-11-02**<br>19:09    Q.  And your position was senior vice<br>19:10    president of revenue and marketing?<br>19:11    A.  At the time I left, that's<br>19:12    correct. | 00:00:06 | **AK1C_PLAYED.4** |
| 20:19 - 20:25 | **Kaplan, Alex 2022-11-02**<br>20:19    Q.  And during your tenure at<br>20:20    DirecTV, according to your LinkedIn profile,<br>20:21    you managed the exclusive NFL Sunday Ticket<br>20:22    business.  Is that right?<br>20:23    A.  One of the businesses that I was<br>20:24    responsible for at DirecTV was NFL Sunday<br>20:25    Ticket. | 00:00:14 | **AK1C_PLAYED.5** |
| 26:06 - 26:09 | **Kaplan, Alex 2022-11-02**<br>26:06    Q.  And Mr. Kaplan, did you have any<br>26:07    personal involvement in setting the retail<br>26:08    pricing of the Sunday Ticket packages that<br>26:09    were offered to consumers? | 00:00:08 | **AK1C_PLAYED.6** |
| 26:11 - 27:03 | **Kaplan, Alex 2022-11-02**<br>26:11    A.  You know, it was just -- I<br>26:12    just -- I think I answered that when you<br>26:13    talked about SKUs, that it was a -- the<br>26:14    pricing across the board at DirecTV for Sunday<br>26:15    Ticket and other things was a complicated<br>26:16    process that involved many, many different<br>26:17    groups including, you know, people that I | 00:00:57 | **AK1C_PLAYED.7** |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 26:18 | reported to. So I was involved along with | | |
| | 26:19 | many other people. | | |
| | 26:20 | Q. And which groups at DirecTV were | | |
| | 26:21 | involved in the process of setting the prices | | |
| | 26:22 | for Sunday Ticket? | | |
| | 26:23 | A. I do not recall precisely. | | |
| | 26:24 | Certainly finance, there was a strategy group | | |
| | 26:25 | from time -- to different points there that | | |
| | 27:01 | changed over time. There was a data and | | |
| | 27:02 | analytics and research group. And then I | | |
| | 27:03 | would say, you know, executive management. | | |
| 58:12 - 58:13 | **Kaplan, Alex 2022-11-02** | | 00:00:02 | **AK1C_PLAYED.8** |
| 🔗 267.1.8 | 58:12 | MR. FINN: I'm going to mark as | | |
| | 58:13 | Exhibit 2. | | |
| 58:15 - 58:19 | **Kaplan, Alex 2022-11-02** | | 00:00:01 | **AK1C_PLAYED.9** |
| | 58:15 | (Kaplan Exhibit 2, E-mail from | | |
| | 58:16 | Rob Stecklow to Alex Kaplan and Jeff Ton | | |
| | 58:17 | dated April 8, 2015, beginning Bates | | |
| | 58:18 | Number DIRECTV-ST-00493592, marked for | | |
| | 58:19 | identification, as of this date.) | | |
| 59:02 - 59:18 | **Kaplan, Alex 2022-11-02** | | 00:00:37 | **AK1C_PLAYED.10** |
| 🔗 267.1.10 | 59:02 | Q. Mr. Kaplan, this is an e-mail | | |
| 🔗 267.1.15 | 59:03 | from Rob Stecklow to yourself and Jeff Ton | | |
| 🔗 267.1.16 | | | | |
| 🔗 267.1.17 | | | | |
| 🔗 267.1.18 | 59:04 | dated April 8, 2015. Right? | | |
| | 59:05 | A. That's what it says here. | | |
| 🔗 267.1.11 | 59:06 | Q. And the subject of the e-mail is | | |
| | 59:07 | a "updated NFLST 101 and DTV rights." Right? | | |
| | 59:08 | A. That is what the subject line | | |
| | 59:09 | reads. | | |
| | 59:10 | Q. And the e-mail attaches a | | |
| 🔗 267.1.12 | 59:11 | document that's entitled "nflst deal rights v4 | | |
| | 59:12 | short.PDF." Right? | | |
| | 59:13 | A. Yes. | | |
| | 59:14 | Q. And in the body of the e-mail | | |
| 🔗 267.1.13 | 59:15 | Mr. Stecklow writes: "Jeff and I updated per | | |
| | 59:16 | the call yesterday." | | |
| | 59:17 | Do you see that? | | |
| | 59:18 | A. I do. | | |

**AK1C_PLAYED - Kaplan (DTV) 11-2-22 PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 59:19 - 59:23 | **Kaplan, Alex 2022-11-02** | 00:00:14 | **AK1C_PLAYED.11** |

🔗 267.2.13

🔗 267.2.21

| | 59:19 | Q. | Let's look at the attachment. |
| | 59:20 | | And the heading of this document |
| | 59:21 | | is "NFL Sunday Ticket 101 & DirecTV Rights." |
| | 59:22 | | Right? |
| | 59:23 | A. | That is what it says. |

| 60:08 - 60:10 | **Kaplan, Alex 2022-11-02** | 00:00:05 | **AK1C_PLAYED.12** |

| | 60:08 | | Would you agree that this |
| | 60:09 | | document summarizes DirecTV's rights with |
| | 60:10 | | respect to NFL Sunday Ticket? |

| 60:12 - 60:19 | **Kaplan, Alex 2022-11-02** | 00:00:22 | **AK1C_PLAYED.13** |

| | 60:12 | A. | Having read this, although I |
| | 60:13 | | don't have a recollection of this particular |
| | 60:14 | | document, it appears to summarize elements of |
| | 60:15 | | the rights in the Sunday Ticket deal.  I |
| | 60:16 | | don't -- I can't speak to whether it's |
| | 60:17 | | inclusive or any of that.  But that -- it |
| | 60:18 | | appears to have some of that information in |
| | 60:19 | | here. |

| 68:21 - 69:09 | **Kaplan, Alex 2022-11-02** | 00:00:23 | **AK1C_PLAYED.14** |

🔗 267.2.4

| | 68:21 | Q. | And this document also discusses |
| | 68:22 | | "Marketing and Player Rights."  Do you see |
| | 68:23 | | that -- that row? |
| | 68:24 | A. | Yes. |
| | 68:25 | Q. | And the first bullet says: |

🔗 267.2.15

| | 69:01 | | "All marketing, creative, use of |
| | 69:02 | | NFL photography, and game footage or NFL |
| | 69:03 | | marks requires NFL business review and |
| | 69:04 | | approval prior to usage." |
| | 69:05 | A. | I see that. |
| | 69:06 | Q. | And does that accord with your |
| | 69:07 | | recollection of how the Sunday Ticket deal |
| | 69:08 | | worked? |
| | 69:09 | A. | It does. |

| 70:16 - 71:09 | **Kaplan, Alex 2022-11-02** | 00:00:43 | **AK1C_PLAYED.15** |

🔗 267.2.7

| | 70:16 | Q. | Now, let's turn in the next |
| | 70:17 | | section of "Subscription Business Model." |
| | 70:18 | | There it says: |

🔗 267.2.17

| | 70:19 | | "Subject to NFL approval, DirecTV |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 70:20 | determines seasonal pricing and | | |
| | 70:21 | packaging (e.g., NFLST Basic and NFLST | | |
| | 70:22 | Max)." | | |
| | 70:23 | Does that accord with your | | |
| | 70:24 | recollection of how the Sunday Ticket deal | | |
| | 70:25 | worked? | | |
| | 71:01 | A.  Again, I don't recall the | | |
| | 71:02 | language that was in the contract.  I have no | | |
| | 71:03 | reason to say this was wrong.  I -- but this | | |
| | 71:04 | generally, the pricing and packaging, as we | | |
| | 71:05 | talked about earlier, was something that was | | |
| | 71:06 | determined within -- within DirecTV. | | |
| | 71:07 | Q.  And then the NFL would approve | | |
| | 71:08 | those prices and packages? | | |
| | 71:09 | A.  I have not -- | | |
| 71:11 - 71:19 | **Kaplan, Alex 2022-11-02** | | 00:00:27 | **AK1C_PLAYED.16** |
| | 71:11 | A.  -- yeah, that is not something I | | |
| | 71:12 | have a recollection of for the packaging. | | |
| | 71:13 | Again, I do not recall the exact language in | | |
| | 71:14 | the agreement, but I don't believe DirecTV | | |
| | 71:15 | ever went and got approval on pricing or | | |
| | 71:16 | packaging from the NFL. | | |
| | 71:17 | Q.  You don't recall in practice | | |
| | 71:18 | sharing DirecTV's prices for Sunday Ticket | | |
| | 71:19 | with the NFL in the off-season? | | |
| 71:21 - 72:02 | **Kaplan, Alex 2022-11-02** | | 00:00:18 | **AK1C_PLAYED.17** |
| | 71:21 | A.  I don't recall a specific | | |
| | 71:22 | instance of that.  I am certain that as | | |
| | 71:23 | partners in the way I managed the business, we | | |
| | 71:24 | would have shared how we were planning to | | |
| | 71:25 | approach a given year.  What I don't believe | | |
| | 72:01 | is that there was an approval required for | | |
| | 72:02 | that. | | |
| 72:03 - 72:05 | **Kaplan, Alex 2022-11-02** | | 00:00:09 | **AK1C_PLAYED.18** |
| | 72:03 | Q.  So -- in this bullet point when | | |
| 🔗 267.2.18 | 72:04 | it says "subject to NFL approval," it's your | | |
| | 72:05 | testimony that's a false statement? | | |
| 72:07 - 72:15 | **Kaplan, Alex 2022-11-02** | | 00:00:27 | **AK1C_PLAYED.19** |
| | 72:07 | A.  I don't know what -- as I said, I | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 72:08 | | don't recall what's in the contract.  I don't | | |
| | 72:09 | | have memory of this document.  I don't | | |
| | 72:10 | | remember or have any recollection of getting | | |
| | 72:11 | | or being -- having to get NFL approval on | | |
| | 72:12 | | pricing of packaging. | | |
| | 72:13 | Q. | Do you recall ever getting | | |
| | 72:14 | | feedback from the NFL in the pricing and | | |
| | 72:15 | | packaging of NFL Sunday Ticket? | | |
| 72:17 - 73:19 | **Kaplan, Alex 2022-11-02** | | | 00:01:23 | **AK1C_PLAYED.20** |
| | 72:17 | A. | I do not recall specific -- I | | |
| | 72:18 | | can't remember, sort of, a specific instance | | |
| | 72:19 | | of that.  I believe at different times the NFL | | |
| | 72:20 | | was always interested in DirecTV's approach to | | |
| | 72:21 | | running the business and how we'd look at | | |
| | 72:22 | | different packages or different renewal plans | | |
| | 72:23 | | and pricing. | | |
| | 72:24 | | I'm certain that they, at | | |
| | 72:25 | | different times, had an interest in how we | | |
| | 73:01 | | chose to approach the business.  But I don't | | |
| | 73:02 | | remember a specific instance of that. | | |
| | 73:03 | Q. | And do you recall having | | |
| | 73:04 | | conversations with the NFL about NFL Sunday | | |
| | 73:05 | | Ticket being offered as a, quote, unquote, | | |
| | 73:06 | | premium product? | | |
| | 73:07 | A. | I'm not sure -- what -- can you | | |
| | 73:08 | | explain. | | |
| | 73:09 | Q. | I was wondering if you recall | | |
| | 73:10 | | having any conversations with counterparts at | | |
| | 73:11 | | the NFL who wanted to ensure that Sunday | | |
| | 73:12 | | Ticket was offered as a premium product. | | |
| | 73:13 | A. | I'm not -- that terminology, I | | |
| | 73:14 | | don't have a recollection.  I'm not even sure, | | |
| | 73:15 | | what do you mean, "premium"? | | |
| | 73:16 | Q. | My question is whether you've | | |
| | 73:17 | | heard of, in your conversations with the NFL, | | |
| | 73:18 | | anyone use that term "premium product" to | | |
| | 73:19 | | describe Sunday Ticket. | | |
| 73:22 - 74:07 | **Kaplan, Alex 2022-11-02** | | | 00:00:29 | **AK1C_PLAYED.21** |
| | 73:22 | A. | Yeah, I don't have a specific | | |
| | 73:23 | | recollection of that.  I mean, premium means a | | |

Clear

| | 73:24 | lot of different -- I -- you know, at DirecTV | | |
|---|---|---|---|---|
| | 73:25 | the HBO, Starz, and Showtime, this predates | | |
| | 74:01 | me, they were referred to internally as | | |
| | 74:02 | "premiums."  And I actually don't even know | | |
| | 74:03 | why. | | |
| | 74:04 | So that's -- when I hear that | | |
| | 74:05 | word, that's, sort of, what I think about.  I | | |
| | 74:06 | don't -- that's a long time ago.  That's not | | |
| | 74:07 | something I have a recollection of. | | |
| 163:21 - 164:03 | **Kaplan, Alex 2022-11-02** | | 00:00:17 | **AK1C_PLAYED.22** |
| | 163:21  Q. | And during your tenure at | | |
| | 163:22 | DirecTV, Mr. Kaplan, was it commonplace to | | |
| | 163:23 | offer, you know, midseason discounts for | | |
| | 163:24 | Sunday Ticket? | | |
| | 163:25  A. | Yeah, I believe there was | | |
| | 164:01 | always a -- as the season condensed and there | | |
| | 164:02 | were fewer games, there would be a lower price | | |
| | 164:03 | point. | | |
| 164:09 - 164:25 | **Kaplan, Alex 2022-11-02** | | 00:00:48 | **AK1C_PLAYED.23** |
| | 164:09  Q. | And just specifically with | | |
| | 164:10 | respect to Sunday Ticket, was it common | | |
| | 164:11 | practice for DirecTV to inform the NFL of | | |
| | 164:12 | those discounts? | | |
| | 164:13  A. | Which product are you referring | | |
| | 164:14 | to -- talking about here? | | |
| | 164:15  Q. | About Sunday Ticket. | | |
| | 164:16  A. | So for the Sunday Ticket | | |
| | 164:17 | traditional, sort of, satellite business, as I | | |
| | 164:18 | think we've talked about, there wasn't -- | | |
| | 164:19 | DirecTV would typically set the -- set the | | |
| | 164:20 | pricing. | | |
| | 164:21 | I don't have a recollection | | |
| | 164:22 | specifically about informing or not informing | | |
| | 164:23 | the NFL.  I'm sure -- I imagine we would have. | | |
| | 164:24 | But it wouldn't have been a -- it would have | | |
| | 164:25 | just been in the course of regular business. | | |
| 178:20 - 178:23 | **Kaplan, Alex 2022-11-02** | | 00:00:10 | **AK1C_PLAYED.24** |
| 🔗 267.1.8 | 178:20  Q. | I'd like to return to what was | | |
| | 178:21 | previously marked as Exhibit 2.  Do you still | | |
| | 178:22 | have the exhibits near you? | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 178:23 | A. | Yup. | | |
| 179:25 - 181:04 | **Kaplan, Alex 2022-11-02** | | | 00:01:17 | **AK1C_PLAYED.25** |
| | 179:25 | Q. | If you could turn to the | | |
| 🔗 267.2.13 | 180:01 | | attachment, and it's Bates stamped ending | | |
| | 180:02 | | in -593.  I know you were asked a few | | |
| | 180:03 | | questions about this.  I just want to ask a | | |
| | 180:04 | | couple of follow-ups here. | | |
| | 180:05 | | First of all, there is a row | | |
| 🔗 267.2.10 | 180:06 | | titled "Eligibility."  It's the second row. | | |
| | 180:07 | | Do you see that? | | |
| | 180:08 | A. | I do. | | |
| | 180:09 | Q. | And this lists two bullet points. | | |
| 🔗 267.2.19 | 180:10 | | The first is the DirecTV satellite service. | | |
| | 180:11 | | Correct? | | |
| | 180:12 | A. | Yeah.  That's what it appears to | | |
| | 180:13 | | be. | | |
| 🔗 267.2.20 | 180:14 | Q. | And the second is what you've | | |
| | 180:15 | | testified about fairly extensively today, the | | |
| | 180:16 | | NFLST OTT service? | | |
| | 180:17 | A. | Correct. | | |
| | 180:18 | Q. | So this document that we're | | |
| | 180:19 | | looking at now, this table was addressing both | | |
| | 180:20 | | DirecTV satellite service and its NFLST OTT | | |
| | 180:21 | | service as well.  Right? | | |
| | 180:22 | A. | This appears to be covering both | | |
| | 180:23 | | of these.  Although, as I said, I don't have | | |
| | 180:24 | | any recollection of creating this, frankly | | |
| | 180:25 | | reading it.  But given what those two bullets | | |
| | 181:01 | | say, they seem to both be in here. | | |
| | 181:02 | Q. | And this document seems to be | | |
| | 181:03 | | covering both of those products? | | |
| | 181:04 | A. | It appears that way to me now. | | |
| 183:09 - 184:16 | **Kaplan, Alex 2022-11-02** | | | 00:01:28 | **AK1C_PLAYED.26** |
| | 183:09 | Q. | And, again, we're talking about | | |
| | 183:10 | | two different services here:  the satellite | | |
| | 183:11 | | and then the OTT service, which is also | | |
| | 183:12 | | referred to as the .TV service.  Is that | | |
| | 183:13 | | correct? | | |
| | 183:14 | A. | Correct.  Two different services | | |
| | 183:15 | | and, as I said earlier today, two different | | |

**AK1C_PLAYED - Kaplan (DTV) 11-2-22 PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 183:16 | services with, to the best of my recollection, | | |
| | 183:17 | different deal structures and requirements | | |
| | 183:18 | within the agreement between DirecTV and the | | |
| | 183:19 | NFL. | | |
| | 183:20 | Q. And what were some of the | | |
| | 183:21 | components of the different deal structures | | |
| | 183:22 | and requirements? | | |
| | 183:23 | A. The -- to the best of my | | |
| | 183:24 | recollection, for the .TV service, the NFL had | | |
| | 183:25 | a -- because we talked about it as a -- | | |
| | 184:01 | although I said I couldn't recall if it was | | |
| | 184:02 | technically a JV, but with that sort of | | |
| | 184:03 | intent, that it would be operated more | | |
| | 184:04 | jointly, that the NFL would have more say in | | |
| | 184:05 | pricing and packaging and operations. | | |
| | 184:06 | Q. Does this mean that any e-mail | | |
| | 184:07 | discussions you may have had about the pricing | | |
| | 184:08 | of the .TV product may not necessarily apply | | |
| | 184:09 | to pricing the satellite product? | | |
| | 184:10 | A. Well, I can't -- well, you're not | | |
| | 184:11 | giving me a specific example, but, yes, those | | |
| | 184:12 | were two -- they were operated differently. | | |
| | 184:13 | So I would -- I would agree that | | |
| | 184:14 | communication about one doesn't necessarily | | |
| | 184:15 | reflect how the other was operated or that a | | |
| | 184:16 | communication may not have been about it. | | |

Documents linked to video:
267

Plaintiff Affirmatives    NFL Counters