# ATTACHMENT 4

**RK1C_PLAYED - Kraft PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 4:24 - 4:24 | **Kraft, Robert 2022-06-23** | 00:00:01 | **RK1C_PLAYED.1** |
| | 4:24      ROBERT K. KRAFT, first having been | | |
| 5:02 - 5:03 | **Kraft, Robert 2022-06-23** | 00:00:07 | **RK1C_PLAYED.2** |
| | 5:02      duly sworn by the Notary | | |
| | 5:03      Public | | |
| 5:06 - 5:07 | **Kraft, Robert 2022-06-23** | 00:00:02 | **RK1C_PLAYED.3** |
| | 5:06    Q.   Good morning, Mr. Kraft. | | |
| | 5:07    A.   Good morning. | | |
| 6:14 - 6:24 | **Kraft, Robert 2022-06-23** | 00:00:21 | **RK1C_PLAYED.4** |
| | 6:14      You're currently the principal owner of | | |
| | 6:15      the New England Patriots team of the National | | |
| | 6:16      Football League.  Correct? | | |
| | 6:17    A.   Yes. | | |
| | 6:18    Q.   And you acquired ownership in or about | | |
| | 6:19      1994.  Is that right? | | |
| | 6:20    A.   Yes. | | |
| | 6:21    Q.   And as an NFL owner, you currently serve | | |
| | 6:22      as chair of the league's media committee. | | |
| | 6:23      Correct? | | |
| | 6:24    A.   Yes. | | |
| 7:01 - 7:06 | **Kraft, Robert 2022-06-23** | 00:00:25 | **RK1C_PLAYED.5** |
| | 7:01    Q.   Is it fair to say that the function of | | |
| | 7:02      the media committee is to advise the commissioner | | |
| | 7:03      on the negotiation of television rights? | | |
| | 7:04    A.   Well, we are partners in that.  We work | | |
| | 7:05      with the commissioner to do what is in the best | | |
| | 7:06      interest of the NFL and our fan base. | | |
| 9:03 - 9:08 | **Kraft, Robert 2022-06-23** | 00:00:11 | **RK1C_PLAYED.6** |
| | 9:03      In connection with your role on the media | | |
| | 9:04      committee, have you been involved in negotiations | | |
| | 9:05      of agreements concerning -- | | |
| | 9:06    A.   Yes. | | |
| | 9:07    Q.   -- the sale of television rights? | | |
| | 9:08    A.   Yes. | | |
| 10:01 - 10:05 | **Kraft, Robert 2022-06-23** | 00:00:13 | **RK1C_PLAYED.7** |
| | 10:01    Q.   What, generally, has been your role in | | |
| | 10:02      connection with those negotiations?  Were you | | |
| | 10:03      personally involved?  Did you review contracts, | | |

## RK1C_PLAYED - Kraft PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 10:04   proposed contracts?  Can you give me a little bit | | | |
| | 10:05   more -- | | | |
| 10:08 - 10:13 | **Kraft, Robert 2022-06-23** | | 00:00:12 | **RK1C_PLAYED.8** |
| | 10:08   A.  I think I was involved in the strategic | | | |
| | 10:09       thinking and negotiating the specifics of the | | | |
| | 10:10       deal. | | | |
| | 10:11       BY MR. MARTIN: | | | |
| | 10:12   Q.  Okay. | | | |
| | 10:13   A.  I didn't review contracts. | | | |
| 18:07 - 18:10 | **Kraft, Robert 2022-06-23** | | 00:00:09 | **RK1C_PLAYED.9** |
| | 18:07       The Sunday Ticket package, Mr. Kraft, for | | | |
| | 18:08       the entirety of its existence, has been offered | | | |
| | 18:09       exclusively on DirecTV.  Correct? | | | |
| | 18:10   A.  Yes. | | | |
| 20:22 - 21:01 | **Kraft, Robert 2022-06-23** | | 00:00:11 | **RK1C_PLAYED.10** |
| | 20:22   Q.  Would you agree that ensuring a | | | |
| | 20:23       high subscription price for Sunday Ticket is a | | | |
| | 20:24       priority for the NFL and its member clubs? | | | |
| | 21:01   A.  Yes. | | | |
| 29:03 - 29:09 | **Kraft, Robert 2022-06-23** | | 00:00:28 | **RK1C_PLAYED.11** |
| | 29:03   Q.  And how is it that offering the Sunday | | | |
| | 29:04       Ticket product at less than the premium price | | | |
| | 29:05       would harm the over-the-air broadcast? | | | |
| | 29:06   A.  I think that would devalue our | | | |
| | 29:07       over-the-air partners' packages.  And then they | | | |
| | 29:08       wouldn't be incented to continue and pay us the | | | |
| | 29:09       way they pay us. | | | |
| 39:13 - 39:20 | **Kraft, Robert 2022-06-23** | | 00:00:29 | **RK1C_PLAYED.12** |
| | 39:13   Q.  Have there ever been any occasions in | | | |
| | 39:14       which the Patriots have been unable to find a | | | |
| | 39:15       broadcaster willing to carry a preseason game? | | | |
| | 39:16   A.  No. | | | |
| | 39:17   Q.  Are you aware of an NFL team that has | | | |
| | 39:18       been unable to find a broadcaster willing to | | | |
| | 39:19       carry a preseason game? | | | |
| | 39:20   A.  No. | | | |
| 39:21 - 39:24 | **Kraft, Robert 2022-06-23** | | 00:00:16 | **RK1C_PLAYED.13** |
| | 39:21   Q.  Do you think, Mr. Kraft, that there is an | | | |
| | 39:22       NFL team that would be unable to find a local | | | |

**RK1C_PLAYED - Kraft PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 39:23 | broadcaster willing to broadcast its games in the | | |
| | 39:24 | absence of a national or league agreement? | | |
| 40:02 - 40:02 | **Kraft, Robert 2022-06-23** | | 00:00:03 | **RK1C_PLAYED.14** |
| | 40:02 | A.  I don't believe so. | | |
| 44:15 - 44:18 | **Kraft, Robert 2022-06-23** | | 00:00:08 | **RK1C_PLAYED.15** |
| | 44:15 | Q.  Would it be fair to say that, from your | | |
| | 44:16 | perspective, a nonexclusive deal for Sunday | | |
| | 44:17 | Ticket is a nonstarter? | | |
| | 44:18 | A.  Yes. | | |
| 44:19 - 44:24 | **Kraft, Robert 2022-06-23** | | 00:00:11 | **RK1C_PLAYED.16** |
| | 44:19 | Q.  Sunday Ticket is offered non-exclusively | | |
| | 44:20 | outside the United States.  Correct? | | |
| | 44:21 | A.  Right. | | |
| | 44:22 | Q.  For example, in Canada? | | |
| | 44:23 | A.  Well, anywhere in the world, on my | | |
| | 44:24 | understanding. | | |
| 45:01 - 45:07 | **Kraft, Robert 2022-06-23** | | 00:00:30 | **RK1C_PLAYED.17** |
| | 45:01 | Q.  And what is your understanding as to why | | |
| | 45:02 | it is offered non-exclusively outside the United | | |
| | 45:03 | States? | | |
| | 45:04 | A.  Well, look, we want them to do as well as | | |
| | 45:05 | they can, as long as it doesn't hurt our -- I | | |
| | 45:06 | mean, Canada, Mexico, Germany, England, India, | | |
| | 45:07 | none of them have franchises. | | |
| 45:08 - 45:21 | **Kraft, Robert 2022-06-23** | | 00:00:35 | **RK1C_PLAYED.18** |
| | 45:08 | Q.  And Sunday Ticket has always been offered | | |
| | 45:09 | solely as a bundled package of out-of-market | | |
| | 45:10 | games.  Correct? | | |
| | 45:11 | A.  Yes. | | |
| | 45:12 | Q.  There has never been an opportunity to | | |
| | 45:13 | purchase a single game individually.  Correct? | | |
| | 45:14 | A.  Correct. | | |
| | 45:15 | Q.  There has never been an option to | | |
| | 45:16 | purchase all of a single team's games, like, say, | | |
| | 45:17 | all the Patriots games, separately.  Right? | | |
| | 45:18 | A.  No. | | |
| | 45:19 | Q.  Never an option to purchase a particular | | |
| | 45:20 | division or the AFC versus the NFC.  Correct? | | |
| | 45:21 | A.  Correct. | | |

**RK1C_PLAYED - Kraft PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 45:22 - 45:24 | **Kraft, Robert 2022-06-23** | 00:00:08 | **RK1C_PLAYED.19** |
| | 45:22  Q.  Do you recall any discussions concerning | | |
| | 45:23      any of those options within the media committee | | |
| | 45:24      during your tenure? | | |
| 46:02 - 46:09 | **Kraft, Robert 2022-06-23** | 00:00:45 | **RK1C_PLAYED.20** |
| | 46:02  A.  I don't remember.  I mean, it probably | | |
| | 46:03      came up.  I know that I would feel strongly | | |
| | 46:04      that -- I mean, selfishly, I mean, I guess, if | | |
| | 46:05      we -- it would be good for the Patriots, but I | | |
| | 46:06      don't think it would be good for the league. | | |
| | 46:07      And I believe that was the mood of the | | |
| | 46:08      committee whenever it came up.  And leadership at | | |
| | 46:09      the NFL, the two commissioners I have dealt with. | | |
| 47:02 - 47:05 | **Kraft, Robert 2022-06-23** | 00:00:07 | **RK1C_PLAYED.21** |
| | 47:02      Do you have any understanding as to | | |
| | 47:03      whether DirecTV suggested per-game and per-team | | |
| | 47:04      options? | | |
| | 47:05  A.  I have no knowledge. | | |
| 48:22 - 48:24 | **Kraft, Robert 2022-06-23** | 00:00:01 | **RK1C_PLAYED.22** |
| | 48:22      (Exhibit 4, Email dated 7-1-21, Bates | | |
| | 48:23      number NFL_1221708 through 1221709, marked for | | |
| | 48:24      identification.) | | |
| 49:09 - 49:13 | **Kraft, Robert 2022-06-23** | 00:00:22 | **RK1C_PLAYED.23** |
| 🔗 701.1.6 | 49:09  Q.  Mr. Kraft, you have been handed a | | |
| | 49:10      document marked as Kraft Exhibit 4.  It is an | | |
| 🔗 701.1.11 | 49:11      email chain.  The most recent email is from Brian | | |
| 🔗 701.1.12 | | | |
| 🔗 701.1.13 | 49:12      Rolapp to you and Mr. Goodell, dated July 1, | | |
| 🔗 701.1.14 | | | |
| 🔗 701.1.15 | | | |
| | 49:13      2021. | | |
| 49:15 - 49:16 | **Kraft, Robert 2022-06-23** | 00:00:06 | **RK1C_PLAYED.24** |
| | 49:15      Do you recall receiving this email? | | |
| | 49:16  A.  I mean, I get a lot.  I am sure I did. | | |
| 49:17 - 49:20 | **Kraft, Robert 2022-06-23** | 00:00:12 | **RK1C_PLAYED.25** |
| | 49:17  Q.  Do you recall whether you | | |
| 🔗 701.1.16 | 49:18      discussed the financial offer from Apple with | | |
| | 49:19      Mr. Rolapp or Mr. Goodell? | | |

**RK1C_PLAYED - Kraft PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 49:20  A.  I am sure we did. | | |
| 49:21 - 50:08 | **Kraft, Robert 2022-06-23** | 00:00:32 | RK1C_PLAYED.26 |
| 🔗 701.1.17 | 49:21  Q.  And what do you recall about Apple's | | |
| | 49:22       offer? | | |
| | 49:23  A.  It is low. | | |
| | 49:24  Q.  And why is it low? | | |
| | 50:01  A.  I don't know.  I mean, you are asking me. | | |
| | 50:02       I mean, we have lots of offers, lots of things. | | |
| | 50:03       We know when we pay attention and when we are | | |
| | 50:04       just parrying back and forth. | | |
| | 50:05  Q.  Okay. | | |
| | 50:06  A.  I mean, the important thing here is the | | |
| | 50:07       commitment and they are interested.  The details | | |
| | 50:08       are -- you know, we are not aligned. | | |
| 50:09 - 50:22 | **Kraft, Robert 2022-06-23** | 00:00:53 | RK1C_PLAYED.27 |
| | 50:09  Q.  When you say "commitment," did you form a | | |
| | 50:10       view on Apple's commitment after having seen | | |
| | 50:11       these deal points? | | |
| | 50:12  A.  Well, how they look at it, and we have to | | |
| | 50:13       bring them around to where we think it is | | |
| | 50:14       important and makes sense. | | |
| | 50:15       You know, once again, it goes back to the | | |
| | 50:16       issue of we are not looking to get multitudes of | | |
| | 50:17       people.  We want to keep this as a premium | | |
| | 50:18       product that doesn't devalue over-the-air TV | | |
| | 50:19       product.  And we would like to incent them to do | | |
| | 50:20       well outside the U.S. | | |
| | 50:21       I mean, that is the whole Bible standing | | |
| | 50:22       on one leg for me. | | |
| 50:23 - 51:07 | **Kraft, Robert 2022-06-23** | 00:00:33 | RK1C_PLAYED.28 |
| | 50:23  Q.  So when the overview that Mr. Rolapp | | |
| 🔗 701.1.18 | 50:24       provides indicates that Apple estimates it can | | |
| | 51:01       reach 15 to 20 million NFL Sunday Ticket | | |
| | 51:02       subscribers worldwide at some point during the | | |
| | 51:03       11-year term, do you consider that to be a good | | |
| | 51:04       thing or bad thing? | | |
| | 51:05  A.  Well, if most of them are outside of the | | |
| | 51:06       U.S., it is a good thing.  If it is in the U.S., | | |
| | 51:07       my personal opinion is it is too many. | | |

**RK1C_PLAYED - Kraft PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 52:16 - 52:18 | **Kraft, Robert 2022-06-23** | 00:00:07 | **RK1C_PLAYED.29** |
| | 52:16  Q.  Would you like to see a cap placed on | | |
| | 52:17       the number of subscribers to Sunday Ticket in the | | |
| | 52:18       agreement? | | |
| 52:20 - 52:24 | **Kraft, Robert 2022-06-23** | 00:00:12 | **RK1C_PLAYED.30** |
| | 52:20  A.  No. | | |
| | 52:21       BY MR. MARTIN: | | |
| | 52:22  Q.  No? | | |
| | 52:23  A.  I never thought about it.  I don't know. | | |
| | 52:24       I don't think so, but maybe.  I don't know. | | |
| 56:14 - 56:18 | **Kraft, Robert 2022-06-23** | 00:00:17 | **RK1C_PLAYED.31** |
| | 56:14       Has there been dissatisfaction with the | | |
| | 56:15       marketing of Sunday Ticket by DirecTV amongst the | | |
| | 56:16       NFL? | | |
| | 56:17  A.  I don't know marketing, just the | | |
| | 56:18       operation of the whole business.  Yes. | | |

Clear

Documents linked to video:
701