# ATTACHMENT 5

**BL1C_PLAYED - Lawton PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:05 - 10:06 | **Lawton, Brent 2022-06-22** | 00:00:10 | **BL1C_PLAYED.1** |
| | 10:05   (Whereupon, the Certified Realtime | | |
| | 10:06   Stenographer administered the oath to the witness.) | | |
| 10:14 - 10:25 | **Lawton, Brent 2022-06-22** | 00:00:17 | **BL1C_PLAYED.2** |
| | 10:14   Q.  Good morning, Mr. Lawton. | | |
| | 10:15   A.  Good morning. | | |
| | 10:16   Q.  Could you please state your full name | | |
| | 10:17        for the record. | | |
| | 10:18   A.  Sure.  Brent Lawton. | | |
| | 10:19   Q.  And, Mr. Lawton, who is your | | |
| | 10:20        employer? | | |
| | 10:21   A.  The National Football League. | | |
| | 10:22   Q.  And what is your position with the | | |
| | 10:23        National Football League? | | |
| | 10:24   A.  I'm a vice-president in the media | | |
| | 10:25        strategy and BG group. | | |
| 11:23 - 12:01 | **Lawton, Brent 2022-06-22** | 00:00:06 | **BL1C_PLAYED.3** |
| | 11:23   Q.  And I understand that you've been | | |
| | 11:24        employed by the NFL since August of 2014.  Does that | | |
| | 11:25        sound right? | | |
| | 12:01   A.  Correct. | | |
| 15:22 - 15:24 | **Lawton, Brent 2022-06-22** | 00:00:08 | **BL1C_PLAYED.4** |
| | 15:22   Q.  Would you agree that from your | | |
| | 15:23        perspective, that the NFL's objective is to | | |
| | 15:24        broadcast live games to as many fans as possible? | | |
| 16:01 - 16:25 | **Lawton, Brent 2022-06-22** | 00:01:32 | **BL1C_PLAYED.5** |
| | 16:01   A.  I think there is a lot of things that | | |
| | 16:02        we're trying to solve for with our live game rights, | | |
| | 16:03        but certainly one of the main things that we think | | |
| | 16:04        about is reach and sort of having a free model, and | | |
| | 16:05        a way for fans to access a lot of free games is | | |
| | 16:06        something that's different in our model that has | | |
| | 16:07        sort of served us well over time is having a vast | | |
| | 16:08        amount of games available for free for fans to be | | |
| | 16:09        able to watch, you know, that sort of help drives | | |
| | 16:10        fandom and helps drives interest in our game. | | |
| | 16:11   Q.  And would you say that this interest | | |
| | 16:12        in keeping games for free for fans informs the way | | |
| | 16:13        that the NFL approaches Sunday Ticket package? | | |

**BL1C_PLAYED - Lawton PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 16:14 | A. Yeah, I would say we look at our | | |
| | 16:15 | first or all elements of how we distribute content. | | |
| | 16:16 | We look at it holistically.  We think we have a good | | |
| | 16:17 | model that works and serves fans well, and so it's | | |
| | 16:18 | part of the primary telecast or the primary TV | | |
| | 16:19 | distribution certainly factors into how we think | | |
| | 16:20 | about Sunday Ticket, as well as how we think about | | |
| | 16:21 | how all content is distributed, and a lot of content | | |
| | 16:22 | or a lot of the things we do with content outside of | | |
| | 16:23 | the live games is sort of actually derived from or | | |
| | 16:24 | governed by the agreements we have with our TV | | |
| | 16:25 | partners. | | |
| 49:07 - 49:11 | **Lawton, Brent 2022-06-22** | | 00:00:18 | BL1C_PLAYED.6 |
| | 49:07 | Q. Is there a concern, you know, for | | |
| | 49:08 | example, if it was priced at a certain -- in a | | |
| | 49:09 | certain way, that it would be -- attract many, many | | |
| | 49:10 | more subscribers, that that would undercut the | | |
| | 49:11 | current model with CBS and Fox? | | |
| 49:13 - 51:01 | **Lawton, Brent 2022-06-22** | | 00:02:19 | BL1C_PLAYED.7 |
| | 49:13 | A. I think there is -- you know, sort of | | |
| | 49:14 | like the premium pricing is an important element. | | |
| | 49:15 | Ultimately, we don't set the price for Sunday | | |
| | 49:16 | Ticket.  I think there is a lot of factors that go | | |
| | 49:17 | into making sure that it's part of the overall model | | |
| | 49:18 | outside of just price. | | |
| | 49:19 | Q. But you mentioned before that DirecTV | | |
| | 49:20 | and the NFL, you know, coordinate with each other in | | |
| | 49:21 | terms of determining SKUs, if I'm pronouncing that | | |
| | 49:22 | correctly.  Is there the same coordination in terms | | |
| | 49:23 | of setting prices for the different SKUs in | | |
| | 49:24 | different packages? | | |
| | 49:25 | A. No.  The price is set by DirecTV. | | |
| | 50:01 | Q. The price is set by DirecTV and then | | |
| | 50:02 | the NFL has no input into that price? | | |
| | 50:03 | A. Yeah, price is ultimately set by | | |
| | 50:04 | DirecTV. | | |
| | 50:05 | Q. But just to understand, before the | | |
| | 50:06 | season starts, does DirecTV inform the NFL of what | | |
| | 50:07 | its current prices are going to be for that season? | | |
| | 50:08 | A. They share it with us, but it's | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 50:09 | not -- so like they tell us, but they don't -- it's | | |
| | 50:10 | not like sort of a review process per se. | | |
| | 50:11 | Q. So it's not something that the NFL | | |
| | 50:12 | would provide feedback on for pricing? | | |
| | 50:13 | A. No. If it's on the digital product, | | |
| | 50:14 | that's set up a little bit differently, more as sort | | |
| | 50:15 | of, you know, we're all working together on it. | | |
| | 50:16 | It's more of a sort of mutually agreed-upon business | | |
| | 50:17 | plan. Ultimately, in that scenario, DirecTV is | | |
| | 50:18 | still setting the price. There is probably a little | | |
| | 50:19 | bit more -- because of how that is set up, a little | | |
| | 50:20 | bit more, you know, like sort of conversation or | | |
| | 50:21 | dialogue there, but ultimately, DirecTV is setting | | |
| | 50:22 | the price no matter how Sunday Ticket is offered. | | |
| | 50:23 | Q. So just speaking of the satellite | | |
| | 50:24 | product currently, if DirecTV wanted to offer the | | |
| | 50:25 | package for $5 or $500, they would be able to do so? | | |
| | 51:01 | A. That's my understanding. | | |
| 92:20 - 93:15 | **Lawton, Brent 2022-06-22** | | 00:01:24 | **BL1C_PLAYED.8** |
| | 92:20 | Q. Before, we were just talking about | | |
| | 92:21 | the NFL's role, if any, in pricing of DirecTV for | | |
| | 92:22 | satellite. And to understand the mechanics of how | | |
| | 92:23 | this process typically works, the -- DirecTV sends | | |
| | 92:24 | over their suggested price increases for that year | | |
| | 92:25 | to the NFL; is that right? | | |
| | 93:01 | A. Yes. So there is sort of two | | |
| | 93:02 | different processes. So satellite before, you know, | | |
| | 93:03 | it's part of marketing and other materials that they | | |
| | 93:04 | provide us. There is a price attached to that, so | | |
| | 93:05 | they send us that in advance. For .tv where there | | |
| | 93:06 | is sort of more of a mutual business plan, operating | | |
| | 93:07 | income, sharing mechanic, they send us the pricing. | | |
| | 93:08 | There is more sort of discussion and evaluation | | |
| | 93:09 | around that, but ultimately, that price is set by | | |
| | 93:10 | DirecTV as well. | | |
| | 93:11 | So in both cases, the price is set by | | |
| | 93:12 | DirecTV, but there is really no -- on the satellite | | |
| | 93:13 | side, there is sort of -- there is really no sort of | | |
| | 93:14 | conversation around it. There is advanced notice, | | |
| | 93:15 | but it's a bit of a different process. | | |

**BL1C_PLAYED - Lawton PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 93:16 - 93:22 | **Lawton, Brent 2022-06-22** | 00:00:20 | **BL1C_PLAYED.9** |

    93:16   Q.  So you're saying that the NFL has no
    93:17       role in setting the satellite price for DirecTV for
    93:18       residential consumers?
    93:19   A.  Yeah, there is sort of the
    93:20       requirement for a premium product which has a lot of
    93:21       sort of different locations, but we're not setting
    93:22       the price.

| 93:23 - 94:18 | **Lawton, Brent 2022-06-22** | 00:01:03 | **BL1C_PLAYED.10** |

    93:23   Q.  So DirecTV has to price Sunday Ticket
    93:24       on satellite as a premium product; is that right?
    93:25   A.  It has to be offered, right.  So
    94:01       again, there is marketing and sort of other ways
    94:02       that sort of factor in to how the product is
    94:03       ultimately offered and provided, but price is one of
    94:04       them.
    94:05   Q.  Yeah.
    94:06       So just to be clear, one of the
    94:07       requirements of offering Sunday Ticket as a premium
    94:08       product is that it should be priced as a premium
    94:09       product?
    94:10   A.  Correct.
    94:11   Q.  But the NFL still reviews the prices
    94:12       that DirecTV sends for its Sunday Ticket satellite
    94:13       product; correct?
    94:14   A.  I wouldn't say we review it.  I mean,
    94:15       we sort of track it, and this slide is sort of
    94:16       laying out historically what the prices are, but we
    94:17       don't necessarily -- I wouldn't say we review it.
    94:18       We do sort of track it.

| 95:06 - 95:18 | **Lawton, Brent 2022-06-22** | 00:00:37 | **BL1C_PLAYED.11** |

    95:06   Q.  But does the NFL provide any feedback
    95:07       on DirecTV on the pricing that they propose or
    95:08       suggest for a particular year on Sunday Ticket?
    95:09   A.  Again, it's a different sort of
    95:10       process for .tv versus satellite and on satellite we
    95:11       don't.
    95:12   Q.  Sorry?
    95:13   A.  On satellite we don't -- don't really
    95:14       provide feedback.

**BL1C_PLAYED - Lawton PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 95:15  Q.  So the DirecTV will tell you what | | |
| | 95:16      their prices are in advance and the NFL just accepts | | |
| | 95:17      that price? | | |
| | 95:18  A.  Yeah. | | |
| 95:25 - 96:06 | **Lawton, Brent 2022-06-22** | 00:00:19 | **BL1C_PLAYED.12** |
| | 95:25  Q.  And is DirecTV required to inform the | | |
| | 96:01      NFL of the price for Sunday Ticket before it sets | | |
| | 96:02      it? | | |
| | 96:03  A.  We generally see that in sort of | | |
| | 96:04      marketing.  We review all the marketing materials, | | |
| | 96:05      and it's generally part of what comes across in | | |
| | 96:06      marketing materials for satellite. | | |
| 96:18 - 96:25 | **Lawton, Brent 2022-06-22** | 00:00:17 | **BL1C_PLAYED.13** |
| | 96:18  Q.  So in practice, when the season is | | |
| | 96:19      launching, DirecTV will send to the NFL its | | |
| | 96:20      marketing materials and what its plans are for | | |
| | 96:21      Sunday Ticket; is that fair to say? | | |
| | 96:22  A.  Yes, yes, we have -- right.  That's | | |
| | 96:23      right. | | |
| | 96:24  Q.  And one aspect of that is the price | | |
| | 96:25      that they're going to set? | | |
| 97:06 - 97:06 | **Lawton, Brent 2022-06-22** | 00:00:00 | **BL1C_PLAYED.14** |
| | 97:06  A.  Yes. | | |
| 100:13 - 100:18 | **Lawton, Brent 2022-06-22** | 00:00:22 | **BL1C_PLAYED.15** |
| | 100:13  Q.  But again, your testimony is that the | | |
| | 100:14       NFL doesn't offer feedback on the prices that AT&T | | |
| | 100:15       informs the NFL of for Sunday Ticket on satellite? | | |
| | 100:16  A.  Correct.  They provide it to us, but | | |
| | 100:17       we don't -- we don't provide feedback.  We don't | | |
| | 100:18       dictate it to them. | | |
| 103:21 - 104:08 | **Lawton, Brent 2022-06-22** | 00:00:54 | **BL1C_PLAYED.16** |
| | 103:21  Q.  So if DirecTV wanted to offer Sunday | | |
| | 103:22       Ticket for free on satellite, the NFL wouldn't offer | | |
| | 103:23       any input as to that choice? | | |
| | 103:24  A.  Well, so there is a way to get Sunday | | |
| | 103:25       Ticket for free today as part of our promotional | | |
| | 104:01       offerings.  So if you switch to DirecTV, you can get | | |
| | 104:02       Sunday Ticket for free.  That's been around since I | | |
| | 104:03       joined the NFL some -- I mean, that's something that | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 104:04 | they do on a regular basis.  The NFL, we haven't | | |
| | 104:05 | really -- again, when we look at the marketing, we | | |
| | 104:06 | look at things for use of IP in rights, but like | | |
| | 104:07 | that offer is not something since I've been at NFL | | |
| | 104:08 | we've ever sort of opined on. | | |
| 184:21 - 184:25 | **Lawton, Brent 2022-06-22** | | 00:00:15 | **BL1C_PLAYED.17** |
| | 184:21 | Q. Are you aware of any studies that | | |
| | 184:22 | the NFL has conducted as to what effect expansion of | | |
| | 184:23 | Sunday Ticket would have on viewership of Sunday | | |
| | 184:24 | afternoon games on broadcast television? | | |
| | 184:25 | A. No. | | |