# ATTACHMENT 6

**HS2C_PLAYED - Schroeder PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 4:25 - 5:04 | **Schroeder, Hans 2022-07-29** | 00:00:07 | **HS2C_PLAYED.1** |

    4:25      H A N S  S C H R O E D E R,
    5:01
    5:02      the witness herein, having first been duly
    5:03      sworn by a Notary Public of the State of New
    5:04      York, was examined and testified as follows:

| 5:07 - 5:07 | **Schroeder, Hans 2022-07-29** | 00:00:01 | **HS2C_PLAYED.2** |

    5:07   Q.  Good morning, Mr. Schroeder.

| 5:08 - 5:08 | **Schroeder, Hans 2022-07-29** | 00:00:01 | **HS2C_PLAYED.3** |

    5:08   A.  Morning.

| 15:21 - 15:24 | **Schroeder, Hans 2022-07-29** | 00:00:10 | **HS2C_PLAYED.4** |

    15:21     And then in March 2019, you became
    15:22     executive vice president and chief operating
    15:23     officer of NFL media?
    15:24   A.  That's correct.

| 15:25 - 16:03 | **Schroeder, Hans 2022-07-29** | 00:00:03 | **HS2C_PLAYED.5** |

    15:25   Q.  And that's the role that you're
    16:01
    16:02     still in today?
    16:03   A.  That's correct.

| 113:03 - 113:05 | **Schroeder, Hans 2022-07-29** | 00:00:13 | **HS2C_PLAYED.6** |

    113:03  Q.  Is it your practice to discuss
    113:04     internally, at the NFL, the pricing for Sunday
    113:05     Ticket?

| 113:08 - 113:19 | **Schroeder, Hans 2022-07-29** | 00:00:52 | **HS2C_PLAYED.7** |

    113:08  A.  I think it is, certainly, our
    113:09     practice like it is for all our partnerships to
    113:10     understand, you know, how our partners are
    113:11     planning to deploy the rights we've agreed to
    113:12     license to them.  And in the case of Sunday
    113:13     Ticket, I think we certainly would like to be
    113:14     updated and informed by DirecTV about how they
    113:15     are setting the price for the Sunday Ticket
    113:16     product.  They set the price for that product,
    113:17     and so, understanding that, being aware of that
    113:18     and informed on that is part of something that
    113:19     we want to understand and be updated on.

| 115:09 - 115:16 | **Schroeder, Hans 2022-07-29** | 00:00:34 | **HS2C_PLAYED.8** |

## HS2C_PLAYED - Schroeder PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 115:09  Q.  And when DirecTV keeps you updated | | HS2C_PLAYED.8 |
| | 115:10      on those issues, does the NFL provide feedback? | | |
| | 115:11  A.  Like any partnership, we're going | | |
| | 115:12      to continue to emphasize and make sure they | | |
| | 115:13      understand our perspective that the rights need | | |
| | 115:14      to be, and we expect them to execute consistent | | |
| | 115:15      with their commitment, that it maintains and | | |
| | 115:16      remains a premium product. | | |
| 152:08 - 152:11 | **Schroeder, Hans 2022-07-29** | 00:00:01 | **HS2C_PLAYED.9** |
| | 152:08      (Whereupon, the aforementioned | | |
| | 152:09      e-mail was marked as Exhibit 15 for | | |
| | 152:10      identification as of this date by the | | |
| | 152:11      Reporter.) | | |
| 152:12 - 152:13 | **Schroeder, Hans 2022-07-29** | 00:00:04 | **HS2C_PLAYED.10** |
| | 152:12  Q.  Mr. Schroeder, I'm showing you | | |
| 🔗 686.1.4 | 152:13      what's been marked as Exhibit 15 | | |
| 152:14 - 152:17 | **Schroeder, Hans 2022-07-29** | 00:00:10 | **HS2C_PLAYED.11** |
| 🔗 686.1.8 | 152:14      This | | |
| 🔗 686.1.13 | 152:15      has an e-mail from you to several others at the | | |
| 🔗 686.1.9 | | | |
| 🔗 686.1.10 | 152:16      NFL in August 2017; is that right? | | |
| | 152:17  A.  That's right. | | |
| 152:18 - 152:23 | **Schroeder, Hans 2022-07-29** | 00:00:20 | **HS2C_PLAYED.12** |
| 🔗 686.1.11 | 152:18  Q.  And in your e-mail as you refer to | | |
| | 152:19      the attached programming deck that LA team | | |
| 🔗 686.1.12 | 152:20      shared, and then you have an attached slide | | |
| | 152:21      deck.  Can you generally just, at a higher | | |
| | 152:22      level, tell me what it was that this | | |
| | 152:23      programming deck was for? | | |
| 152:24 - 153:09 | **Schroeder, Hans 2022-07-29** | 00:00:46 | **HS2C_PLAYED.13** |
| | 152:24  A.  I believe this was a brainstorming | | |
| | 152:25      document of a cluster of analysis and a | | |
| | 153:01 | | |
| | 153:02      hypothetical analysis ideas done by a group of | | |
| | 153:03      individuals in our LA office that really only | | |
| | 153:04      worked on the NFL's LA media business and | | |
| | 153:05      didn't really have any direct connectivity or | | |
| | 153:06      involvement with our broader media licensing | | |
| | 153:07      business.  So this was sort of -- from memory, | | |

**HS2C_PLAYED - Schroeder PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 153:08   a sort of pie-in-the-sky type exercise by | | |
| | 153:09   individuals in LA throwing ideas out. | | |
| 153:10 - 153:23 | **Schroeder, Hans 2022-07-29** | 00:01:04 | **HS2C_PLAYED.14** |
| 🔗 686.4.1 | 153:10 Q.  Going to the slides, could you turn | | |
| | 153:11   to slide three for me?  And the slide is | | |
| 🔗 686.4.2 | 153:12   titled, Current Situation:  NFL Regular Season | | |
| | 153:13   Game Distribution Lags Top Tier College | | |
| | 153:14   Football.  What's your understanding of what is | | |
| | 153:15   being portrayed here? | | |
| | 153:16 A.  I don't remember exactly what | | |
| | 153:17   they're getting at.  I remember -- again, this | | |
| | 153:18   was sort of individuals that weren't close to | | |
| | 153:19   our overall media business, and I remember a | | |
| | 153:20   lot of sort of, again, very pie-in-the-sky type | | |
| | 153:21   thinking about how they were throwing out | | |
| | 153:22   potential things for us to consider going | | |
| | 153:23   forward. | | |
| 153:24 - 154:05 | **Schroeder, Hans 2022-07-29** | 00:00:21 | **HS2C_PLAYED.15** |
| 🔗 686.5.1 | 153:24 Q.  Going to slide four, it's titled, | | |
| 🔗 686.5.2 | 153:25   Current Model -- excuse me -- Current | | |
| | 154:01 | | |
| | 154:02   Situation, Current Model Amplifies Exposure | | |
| | 154:03   Issues for Clubs with Smaller Fan Bases.  Can | | |
| | 154:04   you tell me generally what your understanding | | |
| | 154:05   of what's being portrayed on this slide is? | | |
| 154:06 - 154:25 | **Schroeder, Hans 2022-07-29** | 00:01:10 | **HS2C_PLAYED.16** |
| | 154:06 A.  Again, I don't remember the ins and | | |
| | 154:07   outs of this.  I think it highlights some of | | |
| | 154:08   the well-intended efforts on my colleagues but | | |
| | 154:09   maybe misguided efforts of, you know, | | |
| | 154:10   mis-associating distribution with engagement | | |
| | 154:11   and viewership and trying to compare it, in | | |
| | 154:12   some ways, college to the NFL.  But I remember | | |
| | 154:13   points in time where actual viewership and | | |
| | 154:14   audience levels, which we know are so much | | |
| | 154:15   higher for NFL. | | |
| | 154:16   So this was -- I don't remember | | |
| | 154:17   exactly what they were getting at here but some | | |
| | 154:18   comparison.  Again, I remember us trying to | | |
| | 154:19   share some additional perspective with them on | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 154:20 | it. | | |
| | 154:21 Q. | Why do you say that these were | | |
| | 154:22 | misguided efforts? | | |
| | 154:23 A. | Well, I would sort of, from memory, | | |
| | 154:24 | look at sort of general -- I read this title | | |
| | 154:25 | and talk about distribution for Ohio state | | |
| 155:02 - 155:14 | **Schroeder, Hans 2022-07-29** | | 00:00:41 | **HS2C_PLAYED.17** |
| | 155:02 | games, as an example here, average higher | | |
| | 155:03 | distribution and all NFL clubs. | | |
| | 155:04 | But if I think about the relative | | |
| | 155:05 | viewership levels of NFL games versus college, | | |
| | 155:06 | it's a different order of magnitude.  So the | | |
| | 155:07 | viewership versus distribution, there's an | | |
| | 155:08 | availability thing but where college may have | | |
| | 155:09 | chosen a model, whatever the conference or | | |
| | 155:10 | otherwise, has a certain model to it. | | |
| | 155:11 | Distribution doesn't -- is a different metric | | |
| | 155:12 | than engagement and viewership, and so trying | | |
| | 155:13 | to make sure we we're connecting, as an | | |
| | 155:14 | example, those type of dots. | | |
| 160:05 - 160:06 | **Schroeder, Hans 2022-07-29** | | 00:00:08 | **HS2C_PLAYED.18** |
| 🔗 686.50.2 | 160:05 Q. | And then just to close out this | | |
| | 160:06 | exhibit, if you could turn to slides 49 to 51. | | |
| 160:07 - 160:25 | **Schroeder, Hans 2022-07-29** | | 00:01:00 | **HS2C_PLAYED.19** |
| | 160:07 | And on each of these slides, it reflects as | | |
| | 160:08 | part of this modelling that was being done. | | |
| 🔗 686.50.3 | 160:09 | Minus FOX, CBS paid 25 percent less due to loss | | |
| | 160:10 | of exclusivity; do you see that? | | |
| | 160:11 A. | I do. | | |
| | 160:12 Q. | And is that reflect that whoever | | |
| | 160:13 | created these slides was estimating that if | | |
| | 160:14 | there was broader access to Sunday Ticket under | | |
| | 160:15 | this NFL new frontier model, they were | | |
| | 160:16 | estimating that FOX and CBS would pay the NFL | | |
| | 160:17 | 25 percent less as a result of that for their | | |
| | 160:18 | rights fees? | | |
| | 160:19 A. | Sitting here today, I don't know | | |
| | 160:20 | what this entirety of projections was meant to | | |
| | 160:21 | capture.  I see a bunch of numbers and things | | |
| | 160:22 | on a page.  I don't know their new frontier and | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 160:23 | how they define their new frontier and those | | |
| | 160:24 | assumptions what went into those financial | | |
| 🗙 Clear | 160:25 | assumptions alongside it. | | |
| 178:17 - 178:18 | **Schroeder, Hans 2022-07-29** | | 00:00:07 | **HS2C_PLAYED.20** |
| | 178:17 Q. | Mr. Schroeder, what has been handed | | |
| 🔗 336.1.2 | 178:18 | to you as Exhibit 16 | | |
| 178:19 - 178:22 | **Schroeder, Hans 2022-07-29** | | 00:00:12 | **HS2C_PLAYED.21** |
| 🔗 336.1.5 | 178:19 | And this is an e-mail from | | |
| 🔗 336.1.4 | 178:20 | yourself to yourself; is that right? | | |
| 🔗 336.1.3 | | | | |
| | 178:21 A. | Yes, it is.  Two different e-mails | | |
| | 178:22 | on addresses but somehow it still got to me. | | |
| 179:12 - 179:13 | **Schroeder, Hans 2022-07-29** | | 00:00:09 | **HS2C_PLAYED.22** |
| 🔗 336.14.2 | 179:12 Q. | In Exhibit 17, this is just one of | | |
| | 179:13 | the attachments to Exhibit 16. | | |
| 179:15 - 180:06 | **Schroeder, Hans 2022-07-29** | | 00:01:05 | **HS2C_PLAYED.23** |
| 🔗 336.14.3 | 179:15 | this is a presentation that's titled, Special | | |
| | 179:16 | Committee On League Economics Update To | | |
| | 179:17 | Membership.  Do you recall any kind of special | | |
| | 179:18 | committee regarding league economics -- | | |
| | 179:19 A. | I do. | | |
| | 179:20 Q. | -- around this time?  And what was | | |
| | 179:21 | that committee established for? | | |
| | 179:22 A. | My recollection was in advance of | | |
| | 179:23 | the expiration of the CBA or collective | | |
| | 179:24 | bargaining agreement in 2006, there was a group | | |
| | 179:25 | of owners shared by Mr. McNair that were | | |
| | 180:01 | | | |
| | 180:02 | looking at league economics and the league | | |
| | 180:03 | economic model. | | |
| | 180:04 Q. | Were you a part of the league staff | | |
| | 180:05 | that was supporting this committee? | | |
| | 180:06 A. | I was. | | |
| 180:21 - 181:03 | **Schroeder, Hans 2022-07-29** | | 00:00:25 | **HS2C_PLAYED.24** |
| 🔗 336.21.1 | 180:21 | Mr. Schroeder, can you explain to | | |
| 🔗 336.21.3 | 180:22 | me what is meant by the line, little | | |
| | 180:23 | correlation between revenue and winning | | |
| | 180:24 | percentage? | | |
| | 180:25 A. | Again, it seems like is an actual | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 181:01 | | | |
| | 181:02 | statement on the page.  It's listed as general | | |
| | 181:03 | observations. | | |
| 181:06 - 181:11 | **Schroeder, Hans 2022-07-29** | | 00:00:20 | **HS2C_PLAYED.25** |
| | 181:06 | What do you | | |
| | 181:07 | understand that to mean? | | |
| | 181:08  A. | Well, that there was an observation | | |
| | 181:09 | that they looked at or that says here, there | | |
| | 181:10 | was little correlation between revenue and | | |
| | 181:11 | winning percentage. | | |
| 199:21 - 199:22 | **Schroeder, Hans 2022-07-29** | | 00:00:04 | **HS2C_PLAYED.26** |
| | 199:21  Q. | Mr. Schroeder, what's been handed | | |
| 🔗 611.1.3 | 199:22 | to you as Exhibit 21. | | |
| 199:23 - 200:02 | **Schroeder, Hans 2022-07-29** | | 00:00:10 | **HS2C_PLAYED.27** |
| 🔗 611.1.7 | 199:23 | And Exhibit 21, | | |
| 🔗 611.1.6 | 199:24 | there's an e-mail from a Julie Moller to you; | | |
| 🔗 611.1.4 | | | | |
| | 199:25 | is that right? | | |
| | 200:01 | | | |
| | 200:02  A. | That appears to be right, yes. | | |
| 200:05 - 200:11 | **Schroeder, Hans 2022-07-29** | | 00:00:26 | **HS2C_PLAYED.28** |
| 🔗 611.1.5 | 200:05  Q. | Attached to that is a slide | | |
| 🔗 611.2.1 | 200:06 | deck regarding an update on negotiations for | | |
| | 200:07 | Sunday Ticket, RedZone, and the NFL Network for | | |
| | 200:08 | Canada in 2014; is that right? | | |
| | 200:09  A. | That is right.  It looks like | | |
| | 200:10 | that's what it's titled. | | |
| | 200:11  Q. | And if you could turn to slide | | |
| 200:12 - 200:17 | **Schroeder, Hans 2022-07-29** | | 00:00:20 | **HS2C_PLAYED.29** |
| 🔗 611.4.1 | 200:12 | three, please, there's a reference near the top | | |
| 🔗 611.4.4 | 200:13 | of the slide to CRTC rules and regulations. | | |
| | 200:14 | CRTC, is that in reference to the regulator | | |
| | 200:15 | that we were talking about yesterday? | | |
| | 200:16  A. | Yes.  We can mark that down that | | |
| | 200:17 | fun memory lane. | | |
| 200:18 - 201:06 | **Schroeder, Hans 2022-07-29** | | 00:00:50 | **HS2C_PLAYED.30** |
| | 200:18  Q. | And what's your understanding of | | |
| | 200:19 | what it means that the CRTC's rules and | | |
| 🔗 611.4.5 | 200:20 | regulations are very consumer friendly IE, no | | |

**HS2C_PLAYED - Schroeder PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 200:21  exclusively deals for PPV products? | | |
| | 200:22  A.  I'm just looking through this. | | |
| | 200:23  You'd have to ask Julie for the -- what she was | | |
| | 200:24  meaning more broadly about the consumer | | |
| | 200:25  friendly point.  The example in the | | |
| | 201:01 | | |
| | 201:02  parentheticals is what we've talked about | | |
| | 201:03  yesterday, about certain regulatory | | |
| | 201:04  requirements they have for products like Sunday | | |
| | 201:05  Ticket, that it would be available not | | |
| ✗ Clear | 201:06  exclusively. | | |
| 201:12 - 201:13 | **Schroeder, Hans 2022-07-29** | 00:00:04 | **HS2C_PLAYED.31** |
| | 201:12  Q.  You have just been handed what's | | |
| 🔗 684.1.9 | 201:13  been marked as Exhibit 22 | | |
| 201:14 - 202:13 | **Schroeder, Hans 2022-07-29** | 00:01:22 | **HS2C_PLAYED.32** |
| 🔗 684.1.15 | 201:14  And this is | | |
| 🔗 684.1.14 | 201:15  some correspondence between you and Mr. Lawton | | |
| 🔗 684.1.13 | | | |
| 🔗 684.1.12 | 201:16  in May of 2017, correct? | | |
| | 201:17  A.  That's right. | | |
| 🔗 684.1.4 | 201:18  Q.  And just to be clear, again, NFLST | | |
| | 201:19  that's stands for Sunday Ticket; is that right? | | |
| | 201:20  A.  That's right. | | |
| | 201:21  Q.  And going to your e-mail at the | | |
| | 201:22  bottom that goes to the second page, you ask | | |
| 🔗 684.2.4 | 201:23  Mr. Lawton to send you what the final agreed to | | |
| | 201:24  pricing for NFLST for this year was, correct? | | |
| | 201:25  A.  That's what the e-mail says. | | |
| | 202:01 | | |
| 🔗 684.1.7 | 202:02  Q.  And in response to that, Mr. Lawton | | |
| | 202:03  sends you the agree-to pricing? | | |
| | 202:04  A.  He sends me the pricing that | | |
| | 202:05  DirecTV decided to price Sunday Ticket at for | | |
| | 202:06  2017 'cause they set the price for Sunday | | |
| | 202:07  Ticket. | | |
| 🔗 684.1.11 | 202:08  Q.  That includes both the satellite | | |
| | 202:09  and the Dot TV products in his e-mail? | | |
| | 202:10  A.  Yes.  He includes the price as I | | |
| | 202:11  looked through here for Sunday Ticket college | | |
| | 202:12  and Dot TV -- Dot TV satellite and, yes, both | | |

## HS2C_PLAYED - Schroeder PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 202:13 | and Max. | | |
| 202:14 - 202:17 | **Schroeder, Hans 2022-07-29** | | 00:00:14 | **HS2C_PLAYED.33** |
| 🔗 684.2.4 | 202:14 Q. | What did you mean, then, when you | | |
| | 202:15 | said agreed-to pricing? | | |
| | 202:16 A. | I don't know as I sit here today. | | |
| ❌ Clear | 202:17 | All I know is DirecTV set the price. | | |

📄 Documents linked to video:
336
611
684
686