# ATTACHMENT 7

## HS1_PLAYED - Schroeder 30b6 PLTF Affirmatives PLAYED

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 5:14 - 5:16 | **Schroeder, Hans 2022-07-28** | 00:00:08 | **HS1_PLAYED.1** |
| | 5:14    H A N S  S C H R O E D E R, after having first been | | |
| | 5:15    duly sworn by a Notary Public of the State of New | | |
| | 5:16    York | | |
| 5:17 - 5:19 | **Schroeder, Hans 2022-07-28** | 00:00:04 | **HS1_PLAYED.2** |
| | 5:17    COURT REPORTER:  Please state | | |
| | 5:18    your name for the record. | | |
| | 5:19    THE WITNESS:  Hans Schroeder. | | |
| 7:14 - 7:20 | **Schroeder, Hans 2022-07-28** | 00:00:20 | **HS1_PLAYED.3** |
| | 7:14    Q.  Mr. Schroder, you are the | | |
| | 7:15        executive vice president and chief operating | | |
| | 7:16        officer of NFL media; is that right? | | |
| | 7:17    A.  Yes.  That's my current title. | | |
| | 7:18    Q.  And how long have you had that | | |
| | 7:19        title? | | |
| | 7:20    A.  I believe March of 2019. | | |
| 7:21 - 7:23 | **Schroeder, Hans 2022-07-28** | 00:00:06 | **HS1_PLAYED.4** |
| | 7:21    Q.  And you've been with the NFL for | | |
| | 7:22        over 20 years; is that right? | | |
| | 7:23    A.  That's correct. | | |
| 8:20 - 8:24 | **Schroeder, Hans 2022-07-28** | 00:00:12 | **HS1_PLAYED.5** |
| | 8:20    Q.  And do you understand that you've | | |
| | 8:21        been designated by the NFL and NFL | | |
| | 8:22        Enterprises to testify on certain topics on | | |
| | 8:23        their behalf today? | | |
| | 8:24    A.  I do. | | |
| 39:22 - 40:12 | **Schroeder, Hans 2022-07-28** | 00:00:49 | **HS1_PLAYED.6** |
| | 39:22   Q.  Are you aware that when Sunday | | |
| | 39:23       Ticket was originally set up, Direct TV sold | | |
| | 39:24       it as the agent of the NFL? | | |
| | 39:25   A.  I remember there's been an | | |
| | 40:01       evolution.  I started the league in 2001 and | | |
| | 40:02       I've heard people talk about and reference | | |
| | 40:03       that. | | |
| | 40:04   Q.  And in or around 2002 that changed | | |
| | 40:05       from this agency structure to a licensing | | |
| | 40:06       structure, correct? | | |
| | 40:07   A.  We licensed Sunday Ticket to | | |
| | 40:08       Direct TV 2002. | | |

## HS1_PLAYED - Schroeder 30b6 PLTF Affirmatives PLAYED

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 40:09 | Q. | And why was that changed from an | | |
| | 40:10 | | agency structure to a licensing structure, | | |
| | 40:11 | | done? | | |
| | 40:12 | A. | I'm not aware. | | |
| 50:08 - 50:13 | **Schroeder, Hans 2022-07-28** | | | 00:00:16 | **HS1_PLAYED.7** |
| | 50:08 | Q. | Do those conversations between the | | |
| | 50:09 | | NFL and Direct TV teams include the price | | |
| | 50:10 | | the Direct TV is proposing to charge | | |
| | 50:11 | | consumers for Sunday Ticket? | | |
| | 50:12 | A. | Direct TV sets the price for | | |
| | 50:13 | | Sunday Ticket. | | |