# ATTACHMENT 8

**AK2C_PLAYED - Kaplan (Everpass) 11-21-23 PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:10 - 7:13 | **Kaplan, Alex 2023-11-21** | 00:00:10 | **AK2C_PLAYED.1** |
| | 7:10    Whereupon, | | |
| | 7:11    ALEX KAPLAN, | | |
| | 7:12    a witness called for examination, having been | | |
| | 7:13    first duly sworn, was examined and testified as | | |
| 7:18 - 7:20 | **Kaplan, Alex 2023-11-21** | 00:00:08 | **AK2C_PLAYED.2** |
| | 7:18    Q.  Good morning, Mr. Kaplan.  Would you | | |
| | 7:19        please state your name for the record. | | |
| | 7:20    A.  It is Alex Kaplan. | | |
| 10:17 - 10:19 | **Kaplan, Alex 2023-11-21** | 00:00:08 | **AK2C_PLAYED.3** |
| | 10:17   Q.  Okay.  Mr. Kaplan, you are currently | | |
| | 10:18       the CEO of EverPass Media; is that correct? | | |
| | 10:19   A.  Yes. | | |
| 11:06 - 11:13 | **Kaplan, Alex 2023-11-21** | 00:00:21 | **AK2C_PLAYED.4** |
| | 11:06   Q.  And Mr. Kaplan, you | | |
| | 11:07       started in that role in March of 2023.  Is that | | |
| | 11:08       correct? | | |
| | 11:09   A.  I don't recall the exact date. | | |
| | 11:10   Q.  Okay.  Does it sound approximately | | |
| | 11:11       correct that it is around March '23? | | |
| | 11:12   A.  Yes, that sounds approximately | | |
| | 11:13       correct. | | |
| 11:14 - 11:20 | **Kaplan, Alex 2023-11-21** | 00:00:22 | **AK2C_PLAYED.5** |
| | 11:14   Q.  Okay.  And EverPass Media also was | | |
| | 11:15       formed in March of 2023; is that correct? | | |
| | 11:16   A.  I don't recall the exact date it was | | |
| | 11:17       formed. | | |
| | 11:18   Q.  Does it sound approximately correct | | |
| | 11:19       that it was formed around March 2023? | | |
| | 11:20   A.  Yes. | | |
| 11:21 - 11:24 | **Kaplan, Alex 2023-11-21** | 00:00:12 | **AK2C_PLAYED.6** |
| | 11:21   Q.  And, Mr. Kaplan, you started as CEO | | |
| | 11:22       at the same time as the formation of EverPass | | |
| | 11:23       Media; is that correct? | | |
| | 11:24   A.  Yes. | | |
| 15:08 - 15:09 | **Kaplan, Alex 2023-11-21** | 00:00:05 | **AK2C_PLAYED.7** |
| | 15:08   Q.  Okay.  And can you summarize what | | |
| | 15:09       EverPass Media is? | | |

**AK2C_PLAYED - Kaplan (Everpass) 11-21-23 PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| 15:11 - 15:24 | **Kaplan, Alex 2023-11-21** | | | 00:00:54 | **AK2C_PLAYED.8** |
| | 15:11 | | THE WITNESS:  EverPass Media is an | | |
| | 15:12 | | entity that distributes content into the | | |
| | 15:13 | | commercial bars, restaurants, businesses | | |
| | 15:14 | | space. | | |
| | 15:15 | | BY MR. TRAINER: | | |
| | 15:16 | Q. | And what content does EverPass Media | | |
| | 15:17 | | currently distribute? | | |
| | 15:18 | A. | EverPass distributes NFL Sunday | | |
| | 15:19 | | Ticket content. | | |
| | 15:20 | Q. | And it does so as you said only into | | |
| | 15:21 | | commercial entities; is that correct? | | |
| | 15:22 | A. | That is correct.  EverPass has the | | |
| | 15:23 | | rights to distribute NFL Sunday Ticket and our | | |
| | 15:24 | | other content into commercial entities only. | | |
| 16:24 - 17:06 | **Kaplan, Alex 2023-11-21** | | | 00:00:29 | **AK2C_PLAYED.9** |
| | 16:24 | Q. | And, Mr. Kaplan, EverPass Media | | |
| | 16:25 | | currently has an agreement with DirecTV to | | |
| | 17:01 | | distribute Sunday Ticket to those commercial | | |
| | 17:02 | | establishments; is that correct? | | |
| | 17:03 | A. | EverPass has a distribution | | |
| | 17:04 | | agreement with DirecTV. | | |
| | 17:05 | Q. | And, what does that distribution | | |
| | 17:06 | | agreement entail? | | |
| 17:09 - 17:12 | **Kaplan, Alex 2023-11-21** | | | 00:00:18 | **AK2C_PLAYED.10** |
| | 17:09 | | THE WITNESS:  My understanding, from | | |
| | 17:10 | | a business perspective, is that the agreement | | |
| | 17:11 | | allows for the distribution of NFL Sunday | | |
| | 17:12 | | Ticket content to commercial customers. | | |
| 17:23 - 18:02 | **Kaplan, Alex 2023-11-21** | | | 00:00:16 | **AK2C_PLAYED.11** |
| | 17:23 | Q. | And is it also correct that EverPass | | |
| | 17:24 | | Media was formed through a joint investment by | | |
| | 17:25 | | RedBird Capital Partners and an entity called | | |
| | 18:01 | | 32 Equity? | | |
| | 18:02 | A. | That is correct. | | |
| 18:11 - 18:11 | **Kaplan, Alex 2023-11-21** | | | 00:00:02 | **AK2C_PLAYED.12** |
| | 18:11 | Q. | And, what is 32 Equity? | | |
| 18:13 - 18:15 | **Kaplan, Alex 2023-11-21** | | | 00:00:08 | **AK2C_PLAYED.13** |
| | 18:13 | | THE WITNESS:  My understanding is | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 18:14 | that 32 Equity is the investment arm of the | | |
| | 18:15 | National Football League. | | |
| 21:19 - 21:23 | **Kaplan, Alex 2023-11-21** | | 00:00:14 | **AK2C_PLAYED.14** |
| | 21:19 | Q. And what is the ownership allocation | | |
| | 21:20 | as between RedBird Capital Partners and | | |
| | 21:21 | 32 Equity? | | |
| | 21:22 | A. 85 percent is owned by RedBird, | | |
| | 21:23 | 15 percent by the NFL. | | |
| 71:22 - 72:07 | **Kaplan, Alex 2023-11-21** | | 00:00:48 | **AK2C_PLAYED.15** |
| | 71:22 | Q. Well, let me ask it this way. | | |
| | 71:23 | Do you recall if in the fall of 2022, you were | | |
| | 71:24 | negotiating with the NFL for the Sunday Ticket | | |
| | 71:25 | commercial rights? | | |
| | 72:01 | A. My recollection is that there were | | |
| | 72:02 | some discussions in the fall.  I don't recall | | |
| | 72:03 | whether I -- whether they were negotiations. | | |
| | 72:04 | Q. Fair enough.  And, Mr. Kaplan, as | | |
| | 72:05 | you were engaged in those discussions with the | | |
| | 72:06 | NFL, what were your objectives with respect to | | |
| | 72:07 | the commercial Sunday Ticket rights? | | |
| 72:09 - 72:11 | **Kaplan, Alex 2023-11-21** | | 00:00:18 | **AK2C_PLAYED.16** |
| | 72:09 | THE WITNESS:  We believed there was | | |
| | 72:10 | opportunity to create a compelling business | | |
| | 72:11 | that would involve those rights. | | |
| 73:04 - 73:11 | **Kaplan, Alex 2023-11-21** | | 00:00:46 | **AK2C_PLAYED.17** |
| | 73:04 | As you entered into these | | |
| | 73:05 | discussions with the NFL, what about the business | | |
| | 73:06 | did you think was compelling? | | |
| | 73:07 | A. At that point there was no business. | | |
| | 73:08 | What we found compelling was the concept of being | | |
| | 73:09 | able to innovate and build a product specifically | | |
| | 73:10 | geared towards commercial venues using the very | | |
| | 73:11 | popular NFL Sunday Ticket as part of that. | | |
| 78:25 - 80:02 | **Kaplan, Alex 2023-11-21** | | 00:01:44 | **AK2C_PLAYED.18** |
| | 78:25 | Is it the case now, Mr. Kaplan, that | | |
| | 79:01 | EverPass has a distribution agreement only with | | |
| | 79:02 | DirecTV for Sunday Ticket commercial? | | |
| | 79:03 | A. That is accurate, despite our best | | |
| | 79:04 | efforts. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 79:05  Q. And what do you mean by that? | | |
| | 79:06  A. We have actively engaged in multiple | | |
| | 79:07      distribution conversations with other | | |
| | 79:08      distributors and have been unable to come to | | |
| | 79:09      agreements to distribute Sunday Ticket. | | |
| | 79:10  Q. I see.  From your perspective, why | | |
| | 79:11      haven't you been able to consummate these other | | |
| | 79:12      distribution agreements for the distribution of | | |
| | 79:13      Sunday Ticket? | | |
| | 79:14  A. Well, I can't speak definitively for | | |
| | 79:15      other third parties. | | |
| | 79:16      But our sense is that for the cable | | |
| | 79:17      companies, which are another primary form of | | |
| | 79:18      distribution, the technical challenges of | | |
| | 79:19      delivering Sunday Ticket into commercial | | |
| | 79:20      establishments were extremely onerous and | | |
| | 79:21      expensive. | | |
| | 79:22  Q. Okay.  And from -- you mentioned | | |
| | 79:23      before that despite your best efforts, you have | | |
| | 79:24      been unable to complete these deals; is that | | |
| | 79:25      right? | | |
| | 80:01  A. To date, we have ongoing | | |
| | 80:02      discussions. | | |
| 141:15 - 141:19 | **Kaplan, Alex 2023-11-21** | 00:00:20 | **AK2C_PLAYED.19** |
| | 141:15  Q. But it is correct as of today that | | |
| | 141:16      commercial establishments have only one choice if | | |
| | 141:17      they want to access Sunday Ticket; is that right? | | |
| | 141:18  A. For the 2023 NFL season, DirecTV was | | |
| | 141:19      the only distributor offering Sunday Ticket. | | |
| 163:20 - 163:24 | **Kaplan, Alex 2023-11-21** | 00:00:16 | **AK2C_PLAYED.20** |
| | 163:20  Q. And in your experience, the NFL does | | |
| | 163:21      not play a role in establishing the pricing for | | |
| | 163:22      commercial establishments for Sunday tickets? | | |
| | 163:23  A. EverPass sets and establishes all | | |
| | 163:24      pricing for NFL Sunday Ticket. | | |