# ATTACHMENT 9

**FH1_PLAYED - Hawkins Pltf Affirmatives PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:03 - 7:05 | **Hawkins, Frank 2022-08-02** | 00:00:12 | **FH1_PLAYED.1** |
| | 7:03   FRANK HAWKINS, having been duly | | |
| | 7:04   sworn, was examined and testified as | | |
| | 7:05   follows: | | |
| 7:07 - 7:08 | **Hawkins, Frank 2022-08-02** | 00:00:03 | **FH1_PLAYED.2** |
| | 7:07   Q.  Good morning, Mr. Hawkins. | | |
| | 7:08   A.  Good morning. | | |
| 19:03 - 19:11 | **Hawkins, Frank 2022-08-02** | 00:00:14 | **FH1_PLAYED.3** |
| | 19:03   Your final title, I believe, | | |
| | 19:04   was Senior Vice President of Business Affairs; | | |
| | 19:05   is that right? | | |
| | 19:06   A.  Yes.  Correct. | | |
| | 19:07   Q.  Do you recall any other titles | | |
| | 19:08   that you had throughout your time at the | | |
| | 19:09   League? | | |
| | 19:10   A.  I had a VP title, but I don't | | |
| | 19:11   remember what it was. | | |
| 27:10 - 27:12 | **Hawkins, Frank 2022-08-02** | 00:00:08 | **FH1_PLAYED.4** |
| | 27:10   Q.  So were you involved in the | | |
| | 27:11   initial negotiations for Sunday Ticket in '94? | | |
| | 27:12   A.  Yes. | | |
| 27:13 - 27:21 | **Hawkins, Frank 2022-08-02** | 00:00:18 | **FH1_PLAYED.5** |
| | 27:13   Q.  Okay.  Now, throughout your time | | |
| | 27:14   at the League, did you participate in any | | |
| | 27:15   drafting of any contracts between the League | | |
| | 27:16   and its television partners? | | |
| | 27:17   A.  Yes. | | |
| | 27:18   Q.  And did you participate in the | | |
| | 27:19   negotiations between the League and these | | |
| | 27:20   various television partners? | | |
| | 27:21   A.  Yes. | | |
| 108:10 - 108:15 | **Hawkins, Frank 2022-08-02** | 00:00:19 | **FH1_PLAYED.6** |
| | 108:10   Q.  Would you agree that being the | | |
| | 108:11   sole provider of Sunday Ticket benefited | | |
| | 108:12   DirecTV? | | |
| | 108:13   A.  At various points, yes. | | |
| | 108:14   Q.  And is it fair to say that DirecTV | | |
| | 108:15   paid a premium to the NFL for that exclusivity? | | |

**FH1_PLAYED - Hawkins Pltff Affirmatives PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 108:17 - 109:02 | **Hawkins, Frank 2022-08-02** | 00:00:27 | **FH1_PLAYED.7** |
| | 108:17    THE WITNESS:  They paid robustly | | |
| | 108:18    for the valuable product that they | | |
| | 108:19    purchased. | | |
| | 108:20    BY MR. LECKMAN: | | |
| | 108:21  Q.  Within your time at the League, | | |
| | 108:22    did you ever refer to DirecTV's "exclusivity | | |
| | 108:23    premium"? | | |
| | 108:24  A.  Probably at various points during | | |
| | 108:25    discussions. | | |
| | 109:01  Q.  And what do you take exclusivity | | |
| | 109:02    premium to mean? | | |
| 109:04 - 109:09 | **Hawkins, Frank 2022-08-02** | 00:00:19 | **FH1_PLAYED.8** |
| | 109:04    THE WITNESS:  The value that | | |
| | 109:05    DirecTV gets, in terms of marketing, in | | |
| | 109:06    terms of subscriber retention, subscriber | | |
| | 109:07    acquisition, from being where avid NFL | | |
| | 109:08    fans have to go if they want to buy | | |
| | 109:09    Sunday Ticket. | | |
| 168:20 - 168:22 | **Hawkins, Frank 2022-08-02** | 00:00:01 | **FH1_PLAYED.9** |
| 🔗 401.1.2 | 168:20    (PowerPoint presentation 3/2004 | | |
| | 168:21    NFL_054-9451, was marked Hawkins-13 for | | |
| | 168:22    identification.) | | |
| 169:01 - 169:02 | **Hawkins, Frank 2022-08-02** | 00:00:02 | **FH1_PLAYED.10** |
| | 169:01    MR. LECKMAN:   This will be | | |
| | 169:02    Hawkins Exhibit 13. | | |
| 169:04 - 169:13 | **Hawkins, Frank 2022-08-02** | 00:00:33 | **FH1_PLAYED.11** |
| | 169:04  Q.  And it's a draft PowerPoint | | |
| 🔗 401.1.1 | 169:05    presentation dated March 2004 that was produced | | |
| | 169:06    by the NFL with the title "Broadcast/Cable | | |
| | 169:07    Television Negotiations Strategic Analysis." | | |
| | 169:08    And the Bates number begins NFL_054-9451. | | |
| | 169:09  A.  Okay. | | |
| | 169:10  Q.  And in 2004, I think we saw this | | |
| | 169:11    before, you were part of the planning for the | | |
| | 169:12    television negotiations; is that correct? | | |
| | 169:13  A.  Yeah. | | |
| 174:18 - 174:22 | **Hawkins, Frank 2022-08-02** | 00:00:19 | **FH1_PLAYED.12** |
| 🔗 401.17.1 | 174:18  Q.  Now, if you turn to slide 33. | | |

**FH1_PLAYED - Hawkins Pl'ff Affirmatives PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 174:19  A.  Yep. | | |
| | 174:20  Q.  And it says, "NFL Sunday Ticket | | |
| | 174:21        Business Opportunity on Digital Cable." | | |
| | 174:22  A.  I see it. | | |
| 174:23 - 175:02 | **Hawkins, Frank 2022-08-02** | 00:00:10 | **FH1_PLAYED.13** |
| 🔗 401.17.6 | 174:23  Q.  And it says it would | | |
| | 174:24        "Grow the potential universe from 13.5 million | | |
| | 174:25        households to around 90 million households." | | |
| | 175:01        Do you see that? | | |
| | 175:02  A.  I do. | | |
| 175:03 - 175:10 | **Hawkins, Frank 2022-08-02** | 00:00:13 | **FH1_PLAYED.14** |
| 🔗 401.17.7 | 175:03  Q.  And then it says, "Digital cable | | |
| | 175:04        infrastructure in place." | | |
| | 175:05        Do you see that? | | |
| | 175:06  A.  I do. | | |
| | 175:07  Q.  Would it be fair to read this as | | |
| | 175:08        saying that as of 2004, digital cable | | |
| | 175:09        infrastructure was capable of distributing | | |
| | 175:10        Sunday Ticket? | | |
| 175:12 - 175:20 | **Hawkins, Frank 2022-08-02** | 00:00:31 | **FH1_PLAYED.15** |
| | 175:12        THE WITNESS:  I would say that it | | |
| | 175:13        is a superficial analysis by said | | |
| | 175:14        low-level staffer. | | |
| | 175:15        There are 90 million cable | | |
| | 175:16        households, 13 and a half million DirecTV | | |
| | 175:17        households, but that point about digital | | |
| | 175:18        cable infrastructure in place, as I | | |
| | 175:19        recall, nowhere near that much of cable | | |
| | 175:20        was digital at that point. | | |
| 176:13 - 176:13 | **Hawkins, Frank 2022-08-02** | 00:00:03 | **FH1_PLAYED.16** |
| | 176:13  Q.  Now, if you turn to slide | | |
| 176:14 - 177:03 | **Hawkins, Frank 2022-08-02** | 00:00:29 | **FH1_PLAYED.17** |
| 🔗 401.18.4 | 176:14        35.  And it says, "NFL Sunday Ticket on Digital | | |
| | 176:15        Cable:  Incumbent Partner Concerns." | | |
| | 176:16        Do you see that? | | |
| | 176:17  A.  Yes. | | |
| 🔗 401.18.5 | 176:18  Q.  It says, "News Corp concerned | | |
| | 176:19        about losing key differentiator of DirecTV | | |
| | 176:20        versus cable.  May not be willing to pay | | |

**FH1_PLAYED - Hawkins PLTF Affirmatives PLAYED**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 176:21 | exclusivity premium at historical levels going | | |
| | 176:22 | forward." | | |
| | 176:23 | Do you see that? | | |
| | 176:24 | A. Yes. | | |
| 🔗 401.18.6 | 176:25 | Q. And is it your writing where you | | |
| | 177:01 | crossed out "exclusivity premium" and wrote | | |
| | 177:02 | "rights fees"? | | |
| ✖ Clear | 177:03 | A. Yes. | | |

📄 Documents linked to video:
401