# ATTACHMENT 10

**SS1C_PLAYED - Smith PLTF Affirmatives and DEF Counters  PLAYED [RED/BLUE]**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:08 - 6:09 | **Smith, Stephen 2024-01-11** | 00:00:07 | **SS1C_PLAYED.1** |
| | 6:08     (Whereupon, the witness, STEPHEN SMITH, | | |
| | 6:09     having been duly sworn, testified as follows:) | | |
| 6:12 - 6:13 | **Smith, Stephen 2024-01-11** | 00:00:02 | **SS1C_PLAYED.2** |
| | 6:12   Q.  Good morning, Mr. Smith. | | |
| | 6:13   A.  Good morning. | | |
| 7:04 - 7:06 | **Smith, Stephen 2024-01-11** | 00:00:04 | **SS1C_PLAYED.3** |
| | 7:04   Q.  Can you state your full name for the | | |
| | 7:05     record, please. | | |
| | 7:06   A.  Stephen Robert Smith. | | |
| 9:21 - 10:02 | **Smith, Stephen 2024-01-11** | 00:00:10 | **SS1C_PLAYED.4** |
| | 9:21   Q.  Okay.  Do you understand that you are | | |
| | 9:22     designated today to testify on behalf of Apple, | | |
| | 9:23     Incorporated? | | |
| | 9:24   A.  I do. | | |
| | 9:25   Q.  Okay.  Are you prepared to testify on | | |
| | 10:01     behalf of Apple, Incorporated today? | | |
| | 10:02   A.  I am. | | |
| 15:15 - 15:18 | **Smith, Stephen 2024-01-11** | 00:00:06 | **SS1C_PLAYED.5** |
| | 15:15   Q.  Today we're going to be talking at some | | |
| | 15:16     length about NFL Sunday Ticket.  Are you familiar | | |
| | 15:17     with NFL Sunday Ticket? | | |
| | 15:18   A.  I am. | | |
| 18:07 - 18:11 | **Smith, Stephen 2024-01-11** | 00:00:17 | **SS1C_PLAYED.6** |
| | 18:07     Now, until 2023 DIRECTV was the exclusive | | |
| | 18:08     provider of NFL Sunday Ticket; correct? | | |
| | 18:09   A.  That's my understanding. | | |
| | 18:10   Q.  And in 2023, YouTube TV began providing | | |
| | 18:11     NFL Sunday Ticket at least to residential customers? | | |
| 18:13 - 18:13 | **Smith, Stephen 2024-01-11** | 00:00:02 | **SS1C_PLAYED.7** |
| | 18:13     THE WITNESS:  I believe so. | | |
| 19:20 - 20:03 | **Smith, Stephen 2024-01-11** | 00:00:25 | **SS1C_PLAYED.8** |
| | 19:20   Q.  Apple was among the bidders that sought | | |
| | 19:21     to partner with the NFL to provide Sunday Ticket to | | |
| | 19:22     consumers; correct? | | |
| | 19:23   A.  We had conversations with the NFL about | | |
| | 19:24     Sunday Ticket. | | |
| | 19:25   Q.  And those conversations concerned Apple's | | |

## SS1C_PLAYED - Smith PLTF Affirmatives and DEF Counters  PLAYED [RED/BLUE]

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 20:01    desire to distribute Sunday Ticket at the conclusion<br>20:02    of DIRECTV's contract to do so; correct?<br>20:03    A. Our interest in that, correct. | | |
| 29:03 - 29:06 | **Smith, Stephen 2024-01-11**<br>29:03  Q.  During these negotiations with the<br>29:04    NFL did Apple communicate with the NFL Apple's<br>29:05    desire to be the exclusive distributor of NFL Sunday<br>29:06    Ticket? | 00:00:08 | SS1C_PLAYED.9 |
| 29:08 - 29:12 | **Smith, Stephen 2024-01-11**<br>29:08    THE WITNESS:  Our intention or desire was<br>29:09    to be the distributor of Sunday Ticket on our<br>29:10    platform.  As to the exclusive nature of it, I --<br>29:11    you know, exclusive digital streamer or broadcast<br>29:12    partner, yes. | 00:00:23 | SS1C_PLAYED.10 |
| 34:06 - 34:09 | **Smith, Stephen 2024-01-11**<br>34:06  Q.  During negotiations with the NFL,<br>34:07    Apple communicated its proposed consumer pricing of<br>34:08    NFL Sunday Ticket to the NFL; correct?<br>34:09  A.  No. | 00:00:08 | SS1C_PLAYED.11 |
| 34:13 - 34:16 | **Smith, Stephen 2024-01-11**<br>34:13  Q.  It's your testimony that during<br>34:14    negotiations with the NFL, Apple never communicated<br>34:15    its proposed consumer pricing of NFL Sunday Ticket<br>34:16    to the NFL? | 00:00:08 | SS1C_PLAYED.12 |
| 34:19 - 34:20 | **Smith, Stephen 2024-01-11**<br>34:19    THE WITNESS:  We didn't indicate to the<br>34:20    NFL what we would be charging for Sunday Ticket, no. | 00:00:07 | SS1C_PLAYED.13 |
| 35:03 - 35:05<br><br>🔗 504.1.5 | **Smith, Stephen 2024-01-11**<br>35:03    (Exhibit 2 marked.)<br>35:04    BY MR. GOSSELIN:<br>35:05  Q.  I'm handing you a document | 00:00:04 | SS1C_PLAYED.14 |
| 35:06 - 35:06 | **Smith, Stephen 2024-01-11**<br>35:06    which Apple has produced | 00:00:02 | SS1C_PLAYED.15 |
| 35:07 - 35:07 | **Smith, Stephen 2024-01-11**<br>35:07    and I've marked as | 00:00:01 | SS1C_PLAYED.16 |
| 35:08 - 35:08 | **Smith, Stephen 2024-01-11**<br>35:08    Exhibit 2. | 00:00:01 | SS1C_PLAYED.17 |

## SS1C_PLAYED - Smith PLTF Affirmatives and DEF Counters  PLAYED [RED/BLUE]

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 35:10 - 35:16 | **Smith, Stephen 2024-01-11** | 00:00:22 | **SS1C_PLAYED.18** |

| | 35:10 | Q. | Have you seen this document before? | | |
| | 35:11 | A. | Yes. | | |
| 🔗 504.1.9 | 35:12 | Q. | Do you recognize this document as an | | |
| 🔗 504.1.11 | 35:13 | | e-mail that Peter Stern sent Jim DeLorenzo, cc'd | | |
| 🔗 504.1.12 | | | | | |
| 🔗 504.1.13 | 35:14 | | Pete Distad on October 30, 2020 with the subject | | |
| 🔗 504.1.14 | | | | | |
| 🔗 504.1.15 | 35:15 | | "NFL"? | | |
| | 35:16 | A. | Yes. | | |

| 37:17 - 37:20 | **Smith, Stephen 2024-01-11** | 00:00:11 | **SS1C_PLAYED.19** |

| 37:17 | Q. | Now, earlier you testified that Apple |
| 37:18 | | began negotiating with the NFL for Sunday Ticket in |
| 37:19 | | 2020 or 2021; correct? |
| 37:20 | A. | Yes. |

| 37:21 - 37:23 | **Smith, Stephen 2024-01-11** | 00:00:09 | **SS1C_PLAYED.20** |

| 🔗 504.1.10 | 37:21 | Q. | And this document references a meeting |
| | 37:22 | | with the NFL in October of 2020; correct? |
| | 37:23 | A. | Yes. |

| 38:16 - 38:21 | **Smith, Stephen 2024-01-11** | 00:00:23 | **SS1C_PLAYED.21** |

| 38:16 | Q. | Well, how would you describe the |
| 38:17 | | negotiation process at this point in time on |
| 38:18 | | October 30, 2020? |
| 38:19 | A. | The NFL was interested in us licensing |
| 38:20 | | Sunday Ticket and we were exploring that opportunity |
| 38:21 | | with them. |

| 45:16 - 45:16 | **Smith, Stephen 2024-01-11** | 00:00:03 | **SS1C_PLAYED.22** |

| 🔗 504.6.6 | 45:16 | Q. | All right.  Let's go to the next page. |

| 45:17 - 45:20 | **Smith, Stephen 2024-01-11** | 00:00:10 | **SS1C_PLAYED.23** |

| | 45:17 | | Do you see |
| 🔗 504.6.7 | 45:18 | | in the fourth paragraph Mr. Stern asks, "Is there a |
| | 45:19 | | price point in the US that is right/minimum?" |
| | 45:20 | A. | Yes. |

| 46:04 - 46:14 | **Smith, Stephen 2024-01-11** | 00:00:23 | **SS1C_PLAYED.24** |

| 46:04 | Q. | The question is what is the right price |
| 46:05 | | point in the US for the product NFL Sunday Ticket |
| 46:06 | | for consumers; correct? |
| 46:07 | A. | Yes. |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| 🔗 504.6.8 | 46:08 | Q. | And the NFL responds, "We don't have a | | |
| | 46:09 | | price point, but it's important to be premium"; | | |
| | 46:10 | | right? | | |
| | 46:11 | A. | That's what it seems like, yup. | | |
| 🔗 504.6.9 | 46:12 | Q. | And the "premium" there refers to the | | |
| | 46:13 | | price point? | | |
| | 46:14 | A. | I imagine so, yes. | | |
| 47:18 - 47:21 | **Smith, Stephen 2024-01-11** | | | 00:00:09 | **SS1C_PLAYED.25** |
| | 47:18 | Q. | So you -- Apple heard from the NFL that | | |
| | 47:19 | | the NFL wanted Sunday Ticket to be priced at a | | |
| | 47:20 | | premium? | | |
| | 47:21 | A. | Correct. | | |
| 47:22 - 48:12 | **Smith, Stephen 2024-01-11** | | | 00:00:45 | **SS1C_PLAYED.26** |
| | 47:22 | Q. | Okay.  And let's see.  One sentence after | | |
| | 47:23 | | that, still in what the NFL is communicating in this | | |
| 🔗 504.6.10 | 47:24 | | meeting, do you see, "That makes it complementary to | | |
| | 47:25 | | our broadcast model"? | | |
| | 48:01 | A. | Yes. | | |
| | 48:02 | Q. | And it's the premium pricing here being | | |
| 🔗 504.6.11 | 48:03 | | referred to as "making it complementary to our" -- | | |
| | 48:04 | | the NFL's broadcast model? | | |
| | 48:05 | A. | I imagine so, but again these are comments | | |
| | 48:06 | | that are being communicated or transcribed from the | | |
| | 48:07 | | NFL.  So I can't speak to what they were referring | | |
| | 48:08 | | to. | | |
| | 48:09 | Q. | These are comments from the NFL being | | |
| | 48:10 | | transcribed by Mr. Stern; right? | | |
| | 48:11 | A. | That's what it seems like.  Yeah, yeah. | | |
| | 48:12 | | Yes. | | |
| 59:01 - 59:13 | **Smith, Stephen 2024-01-11** | | | 00:00:32 | **SS1C_PLAYED.27** |
| 🔗 504.7.5 | 59:01 | Q. | Now if we go back to this | | |
| 🔗 504.7.6 | 59:02 | | document, the middle of that paragraph, do you see | | |
| 🔗 504.7.7 | 59:03 | | the NFL conveys, "In this country 180 million people | | |
| | 59:04 | | identify themselves as NFL fans.  50 million as | | |
| | 59:05 | | avid." | | |
| | 59:06 | | Do you see that? | | |
| | 59:07 | A. | I do. | | |
| 🔗 504.7.8 | 59:08 | Q. | And the NFL continues, "We've had as high | | |
| | 59:09 | | as 5 to 7 million Sunday Ticket subscribers.  That | | |
| | 59:10 | | decline in the number is a direct result of a crappy | | |

## SS1C_PLAYED - Smith PLTF Affirmatives and DEF Counters  PLAYED [RED/BLUE]

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 59:11  product and the decline of pay TV." | | |
| | 59:12  Do you see that? | | |
| | 59:13  A.  I do. | | |
| 60:06 - 60:10 | **Smith, Stephen 2024-01-11** | 00:00:12 | **SS1C_PLAYED.28** |
| | 60:06  Q.  Did Apple understand that avid NFL fans | | |
| | 60:07      are the fans most likely to be interested in NFL | | |
| | 60:08      Sunday Ticket? | | |
| | 60:09  A.  I think that was what was communicated to | | |
| | 60:10      us by the NFL. | | |
| 60:11 - 60:13  🔗 504.7.9 | **Smith, Stephen 2024-01-11** | 00:00:07 | **SS1C_PLAYED.29** |
| | 60:11  Q.  Okay.  And the "crappy product" reference | | |
| | 60:12      in this paragraph is NFL Sunday Ticket on DIRECTV; | | |
| | 60:13      right? | | |
| 60:15 - 60:16 | **Smith, Stephen 2024-01-11** | 00:00:05 | **SS1C_PLAYED.30** |
| | 60:15      THE WITNESS:  I don't know what the | | |
| | 60:16      "crappy product" is referring to. | | |
| 60:18 - 60:22 | **Smith, Stephen 2024-01-11** | 00:00:19 | **SS1C_PLAYED.31** |
| | 60:18  Q.  Well, Apple has no understanding of what | | |
| | 60:19      "crappy product" refers to in this paragraph? | | |
| | 60:20  A.  It could be the crappy product of DIRECTV. | | |
| | 60:21      And it could be the product -- crappy product of the | | |
| ❌ Clear | 60:22      NFL Sunday Ticket on DIRECTV. | | |
| 68:06 - 68:15 | **Smith, Stephen 2024-01-11** | 00:00:46 | **SS1C_PLAYED.32** |
| | 68:06  Q.  Does Apple have an understanding of how | | |
| | 68:07      NFL Sunday Ticket could cannibalize the CBS/Fox | | |
| | 68:08      local broadcast based on its communications with the | | |
| | 68:09      NFL? | | |
| | 68:10  A.  Because the NFL Sunday Ticket package | | |
| | 68:11      included games that were broadcast by CBS and Fox, | | |
| | 68:12      the NFL expressed concerns with us -- to us about | | |
| | 68:13      customers seeing Sunday Ticket in certain instances | | |
| | 68:14      as a replacement for the games on their local | | |
| | 68:15      broadcast. | | |
| 138:25 - 139:02 | **Smith, Stephen 2024-01-11** | 00:00:06 | **SS1C_PLAYED.33** |
| | 138:25  Q.  Did the NFL and Apple ever reach an | | |
| | 139:01      agreement regarding the distribution of NFL content? | | |
| | 139:02  A.  No. | | |
| 139:07 - 139:11 | **Smith, Stephen 2024-01-11** | 00:00:12 | **SS1C_PLAYED.34** |

SS1C_PLAYED - Smith PLTF Affirmatives and DEF Counters PLAYED [RED/BLUE]

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 139:07 Q. What is your understanding as to | | SS1C_PLAYED.34 |
| | 139:08    how close the NFL and Apple got to actually | | |
| | 139:09    finalizing an agreement for the distribution of NFL | | |
| | 139:10    content in any form? | | |
| | 139:11 A. I don't believe we were ever that close. | | |

Documents linked to video:
504