# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

_____

THIS DOCUMENT RELATES TO ALL ACTIONS

Case No. 2:15-ml-02668-PSG (SKx)

**[PROPOSED] ORDER GRANTING STIPULATION TO SUPPLEMENT THE TRIAL RECORD WITH PLAYED DEPOSITION DESIGNATIONS**

Judge: Hon. Philip S. Gutierrez

Courtroom: First Street Courthouse
350 West 1st Street
Courtroom 6A
Los Angeles, CA 90012

Pursuant to the parties' Joint Stipulation to Supplement the Trial Record With Played Deposition Designations ("Stipulation"), the Court hereby orders that the attachments to the Stipulation reflect deposition testimony played by video during the trial in this matter and shall be considered part of the trial record.

**IT IS SO ORDERED.**

Dated: _____            _____
                                           PHILIP S. GUTIERREZ
                                           United States District Judge