# EXHIBIT A

NFL_0735086

## Metadata

| Author | Goepel, Katie | SEMANTIC |
|---|---|---|
| **Begin Family** | NFL_0735086 | SEMANTIC |
| **Confidentiality** | CONFIDENTIAL | SEMANTIC |
| **Custodian** | Media Storage | SEMANTIC |
| File Path | \MediaStorageImage\STLit_MediaStrategyShare.L01\Strategy\TV\2019-2020 - LIVE GAME RENEWAL PREP\Term Sheet Formulation\_Term Sheet Output\Market Positions\NFL Digital | SEMANTIC |
| **Master Date** | 05/05/2021 11:00 pm | SEMANTIC |