# EXHIBIT B

**NFL_0057120**

## Metadata

| Author | Hevia, Kathryn | SEMANTIC |
|---|---|---|
| **Begin Family** | NFL_0057119 | SEMANTIC |
| **Confidentiality** | HIGHLY CONFIDENTIAL | SEMANTIC |
| **Custodian** | Lawton, Brent | SEMANTIC |
| **File Path** | Lawton_061711_010120_14.pst\Inbox\NFLST Insights / Research Deck | SEMANTIC |
| **Master Date** | 05/10/2018 10:32 pm | SEMANTIC |