# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>TRIAL DATE: June 5, 2024<br>COURTROOM:<br> First Street Courthouse<br> 350 West 1st Street<br> Courtroom 6A<br> Los Angeles, CA 90012 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. The unredacted version of Plaintiffs' Motion to Admit Exhibits Discussed by Dr. Rascher During His Trial Testimony;
2. Exhibit C.

IT IS SO ORDERED.

Dated: _____          _____
                                       PHILIP S. GUTIERREZ
                                       United States District Judge