Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (SKx) <br><br> CLASS ACTION |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **PLAINTIFFS' MOTION TO ADMIT EXHIBIT TX-271** <br><br> Judge: Hon. Philip S. Gutierrez <br> Trial Date: June 5, 2024 <br><br> **[TRIAL BRIEF]** |

Plaintiffs move to admit exhibit TX-271 into evidence. This exhibit is an internal DirecTV email attaching a slide deck prepared by DirecTV entitled "NFL Sunday Ticket Review." *See* Ex. A, TX-271. Defendants did not object to this exhibit when the parties exchanged exhibit objections. *See* ECF No. 1378.

Even setting aside Defendants' lack of objections, this exhibit is admissible because it is authentic, non-hearsay, and relevant. DirecTV submitted a business records affidavit attesting that this exhibit is a "true cop[y] of records maintained by DIRECTV in the ordinary course of business and [is an] exact duplicate[] of the original records." *See* Ex. B, TX-466. That means, under Federal Rule of Evidence 902(11), this exhibit is "self-authenticating" and "require[s] no extrinsic evidence of authenticity in order to be admitted." Similarly, under Rule 803(6), this exhibit is not hearsay because it has been certified as a record of a regularly conducted activity. This exhibit is also not hearsay for the independent reason that it is a statement by a co-conspirator in furtherance of the conspiracy under Rule 801(d)(2)(E). This document is relevant to showing DirecTV's willingness to be controlled by the NFL with respect to Sunday Ticket.

Defendants' insistence that all exhibits must be used with a sponsoring witness before they can be admitted is unfounded. "There is no freestanding 'sponsoring witness' requirement in the Federal Rules of Evidence." *TEK Glob., S.R.L. v. Sealant Sys. Int'l, Inc.*, 2017 WL 952955, at *1 (N.D. Cal. Mar. 12, 2017). Importantly, the very purpose of submitting a business records affidavit under Rule 902(11) is to eliminate the "expense and inconvenience of producing a witness to authenticate" an exhibit at trial. Fed. R. Evid. 902, Committee Notes – 2017 Amendment. *See also Bucklew v. Hawkins, Ash, Baptie & Co., LLP*, 329 F.3d 923, 927 (7th Cir. 2003) (explaining that "[a]dmissible documents . . . do not require sponsorship" and affirming provision to jury of exhibit not discussed with any witness).

For these reasons, Plaintiffs request that the Court admit TX-271 into evidence.

Dated: June 16, 2024               Respectfully submitted,

By: /s/ *Marc M. Seltzer*

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Kalpana Srinivasan (237460)
ksrinivasan@susmangodfrey.com
Amanda Bonn (270891)
abonn@susmangodfrey.com
Eliza Finley (301318)
efinley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)

smaida@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*