# EXHIBIT B

# BUSINESS RECORDS DECLARATION

I, Melissa H. Parnes, declare:

1. I am employed by DIRECTV ("DIRECTV"). I am a duly authorized and qualified witness to certify on behalf of DIRECTV the authenticity of the business records (1) identified on the parties' Amended Joint Exhibit filed May 10, 2024 [DKT1329], (2) DIRECTV-ST-01770214, and (3) DIRECTV-ST-00445378; and produced under Rule 45 in response to requests for production served on January 22, 2021 and May 12, 2021 by Plaintiffs in *In re National Football League's "Sunday Ticket" Antitrust Litigation*, Case No. 2:15-ml-02668-PSG-SK (C.D. Cal.). I am a custodian of the Business Records on behalf of DIRECTV.

2. The Business Records are true copies of records maintained by DIRECTV in the ordinary course of business and are exact duplicates of the original records.

3. The Business Records are records of the regularly conducted business activity of DIRECTV and were made at or near the time of the acts, events, conditions, and/or opinions described therein by—or from information transmitted by—persons with knowledge.

4. The Business Records were prepared by personnel of DIRECTV or agents working at the direction of personnel of DIRECTV.

5. The Business Records were and are kept in the ordinary course of DIRECTV's regularly conducted business activity.

6. It was the regular practice of DIRECTV to make the Business Records and, in fact, they were made in the ordinary course of DIRECTV's regularly conducted business activity.



United States District Court
Central District of California
**EXHIBIT**
**TX 466**
Case No. 2:15-ml-02668-PSG (SKx)

7.      This document is intended to meet the requirements set forth in Federal Rules of Evidence 902(11) and 803(6) concerning certified records of regularly conducted activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of May, 2024, at San Antonio, Texas.

By: *Melissa H. Parnes* (DocuSigned)

Melissa H. Parnes

Senior Paralegal

2260 E. Imperial Hwy, El Segundo CA 90245

210-414-0388