Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF TRIAL MOTION TO EXCLUDE CUMULATIVE AND UNFAIRLY PREJUDICIAL EVIDENCE**<br><br>Judge: Hon. Philip S. Gutierrez<br>Trial Date: June 5, 2024 |

Plaintiffs have moved to exclude the introduction of any testimony from Dr. Nancy Mathiowetz, the NFL's rebuttal survey expert, on the ground that "none of Plaintiffs' core damages theories or conclusions rely in any way on the survey Dr. Mathiowetz was hired to rebut," such that her testimony "would be unnecessarily cumulative" and otherwise be "far outweighed by the danger of unfair prejudice and jury confusion." Dkt. No. 1410, at 2–3. The NFL has opposed, *see* Dkt. No. 1414, and Plaintiffs submit this brief reply memorandum to detail several substantive incomplete quotations and omissions in the NFL's opposition.

In its opposition, the NFL incorrectly claims that Dr. Mathiowetz should be heard because (according to the NFL) Dr. Rascher's damages calculation in his No Exclusivity but-for-world—the world in which the NFL distributes Sunday Ticket through multiple entities—relies on "*both* of Dr. Zona's models," including the one that analyses the survey data that was the subject of Dr. Mathiowetz's reports. *See* Dkt. No. 1414, at 3. Specifically, the NFL claims that "Dr. Rascher was the first expert to offer the $3.5 billion damages number to the jury," and that, "in describing why he felt comfortable using that number, Dr. Rascher cited *both* of Dr. Zona's models." *Id.* at 2 (emphasis the NFL's).

To support its claim, the NFL cites to several paragraphs from Dr. Rascher's report and misrepresents each of them. For instance, the NFL quotes Dr. Rascher to have said that he "rel[ied] on evidence that includes . . . analysis of Sarah Butler's surveys." *See* Dkt. No. 1414, at 3 (quoting Rascher Mertis Rpt. ¶ 407). But the NFL's ellipses improperly omit crucial language from Dr. Rascher's report. In reality—inserting in **<span style="color:red">red</span>** the language the NFL removed—Dr. Rascher said: "**<span style="color:red">At the Class Certification phase of this case, Defendants claimed that I assume that the No Exclusivity BFW would have a lower price, but of course I do not. I</span>** rel[ied] on evidence that includes **<span style="color:red">the NFL's own offerings in Canada and other countries, the MLB and NBA yardsticks, MLB benchmark, NFL's own surveys, and</span>**

1

analysis of Sarah Butler's surveys."). *See* Rascher Merits Rpt. ¶ 407). In this and related paragraphs from Dr. Rascher's report cited by the NFL in its opposition, Dr. Rascher was responding to arguments made by an NFL expert at the class certification stage. That expert (Mark Israel) did not submit a merits report, and was not designated for trial. At the merits stage, Dr. Rascher relies only on reduction factors from Dr. Zona's Transactions Model. *See, e.g.*, Rascher Merits Rpt. ¶ 406 n.521.

To aid the Court, Plaintiffs attach hereto (i) each of the NFL's citations to Dr. Rascher's report, (ii) the corresponding text from Dr. Rascher's report that is contained in the NFL's opposition, and (iii) the language (in **red**) that the NFL omitted or changed. *See* Exhibit A. The NFL's opposition to Plaintiffs' motion hinges on its claims that Dr. Rascher relied on Dr. Zona's analysis of the survey data that Dr. Mathiowetz was hired to assess. But the NFL misquotes Dr. Rascher's report to support its claim. For these reasons, and the reasons developed in Plaintiffs' motion, Plaintiffs respectfully request that their motion to exclude Dr. Mathiowetz be granted.

Dated: June 17, 2024                           Respectfully submitted,

By: /s/ *Marc M. Seltzer*

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Kalpana Srinivasan (237460)
ksrinivasan@susmangodfrey.com
Amanda Bonn (270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com

Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)
smaida@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020

Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

4