# EXHIBIT A

## NFL's Misrepresentations of Dr. Rascher's Report in Mathiowetz Opposition

"Dr. Rascher was the first expert to offer the $3.5 billion damages number to the jury. And in describing why he felt comfortable using that number, Dr. Rascher cited *both* of Dr. Zona's models." Opp. 2 (emphasis the NFL's).

| NFL Cite | NFL Quotation | Text of Rascher |
|---|---|---|
| ¶ 231 | ("[U]sing transaction and viewership data in this case (***and analyses of [] Butler's . . . surveys***), Dr. Zona showed . . . that in the BFW prices decline and output rises." (emphasis added))" | ("[U]sing transaction and viewership data in this case (and analyses of [] Butler's **and the NFL's own** surveys), Dr. Zona showed **at the Class Certification stage and in his current [sic],** that in the BFW prices decline and output rises." (emphasis added))" |
| ¶ 407 | (presenting his damages analyses and explaining that they "rel[ied] on evidence that includes . . . analysis of Sarah Butler's surveys.") | (presenting his damages analyses and explaining that they "**At the Class Certification phase of this case … I** rel[ied] on evidence that includes **the NFL's own offerings in Canada and other countries, the MLB and NBA yardsticks, MLB benchmark, NFL's own surveys, and** analysis of Sarah Butler's surveys.") |
| ¶ 103 | ("[Dr. Zona's analysis] based on viewership *and* survey data included estimates of the substantial quantity of DTC subscriptions that consumers would purchase for access to OOM telecasts of games, and . . . confirms a substantial quantity of DTC subscriptions when such a choice is available." | ("**[Analysis in the Zona Class Certification Report]** based on viewership *and* survey data included estimates of the substantial quantity of DTC subscriptions that consumers would purchase for access to OOM telecasts of games, and . . . confirms a substantial quantity of DTC subscriptions when such a choice is available." |
| ¶ 123 | (discussing reliance on analysis of Ms. Butler's surveys) | *concerns liability, not damages* |
| ¶¶ 317–18 | (discussing reliance on both "econometric estimates of price reduction" provided by Dr. Zona) | *omits Rascher ¶ 406 n.521, which makes clear Dr. Rascher relies only on Dr. Zona's Transactions Model to calculate damages* |