Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for the NFL Defendants, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br>_____<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668−PSG (SKx)<br><br>**NFL DEFENDANTS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: First Street Courthouse<br>           350 West 1st Street<br>           Courtroom 6A<br>           Los Angeles, CA 90012 |

TO THE ABOVE-CAPTIONED COURT AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2(b), the NFL Defendants, by and through their counsel of record, hereby submit this application requesting that the Court lodge provisionally under seal the following documents (lodged concurrently herewith):

1. The sealed Declaration Of Jenna H. Pavelec In Support Of NFL Defendants' Application Under Local Rule 79-5 To File Documents Under Seal.

2. The sealed Exhibit 1 to the Declaration Of Jenna H. Pavelec In Support Of NFL Defendants' Trial Brief To Preclude Improper "Rebuttal" Testimony.

Given confidentiality and commercial sensitivity issues, NFL Defendants request the Court to seal the designated documents.

Dated: June 18, 2024        By: /s/ Jeremy S. Barber
                            Jeremy S. Barber (admitted *pro hac vice*)
                            Beth A. Wilkinson (admitted *pro hac vice*)
                            Rakesh N. Kilaru (admitted *pro hac vice*)
                            Brian L. Stekloff (admitted *pro hac vice*)
                            Max J. Warren (admitted *pro hac vice*)
                            **WILKINSON STEKLOFF LLP**
                            2001 M Street NW, 10th Floor
                            Washington, DC 20036
                            Telephone: (202) 847-4000
                            Facsimile: (202) 847-4005
                            jbarber@wilkinsonstekloff.com
                            bwilkinson@wilkinsonstekloff.com
                            bstekloff@wilkinsonstekloff.com
                            rkilaru@wilkinsonstekloff.com
                            mwarren@wilkinsonstekloff.com

                            Neema T. Sahni (Bar No. 274240)
                            **COVINGTON & BURLING LLP**
                            1999 Avenue of the Stars
                            Los Angeles, CA 90067-6045
                            Telephone: (424) 332-4800
                            Facsimile: (424) 332-4749
                            nsahni@cov.com

1

| | |
|---|---|
| 1 | Gregg H. Levy (admitted pro hac vice) |
| 2 | Derek Ludwin (admitted pro hac vice) |
|   | John S. Playforth (admitted pro hac vice) |
| 3 | **COVINGTON & BURLING LLP** |
|   | One CityCenter |
| 4 | 850 Tenth Street NW |
|   | Washington, DC 20001 |
| 5 | Telephone: (202) 662-6000 |
|   | Facsimile: (202) 662-6291 |
| 6 | glevy@cov.com |
|   | dludwin@cov.com |
| 7 | jplayforth@cov.com |

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*