# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**ORDER GRANTING STIPULATION TO SUPPLEMENT THE TRIAL RECORD WITH PLAYED DEPOSITION DESIGNATIONS [1413]**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Courtroom: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Pursuant to the parties' Joint Stipulation to Supplement the Trial Record With Played Deposition Designations ("Stipulation"), the Court hereby orders that the attachments to the Stipulation reflect deposition testimony played by video during the trial in this matter and shall be considered part of the trial record.

IT IS SO ORDERED.

Dated: June 17, 2024

PHILIP S. GUTIERREZ
United States District Judge