Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**PLAINTIFFS' MOTION FOR RECONSIDERATION REGARDING REBUTTAL CASE**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>COURTROOM:<br>First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

Plaintiffs respectfully request the Court reconsider its order granting the Defendants' motion to preclude Plaintiffs from offering testimony in rebuttal. Defendants filed their motion during the court day Tuesday, and at the end of the Court's proceedings on Tuesday, June 18, the Court did ask if Plaintiffs were going to argue the issue before the Court or if they wanted to file something. *See* Trial Tr. 1832:12-15. Plaintiffs did indicate they would submit something to the Court. Plaintiffs profusely apologize about their lack of understanding that such a filing should have been on file by a 5:00 p.m. deadline. *See generally* Trial Tr. 1832:12-1834:3. Plaintiffs understood the offer of proof and further discussion would be taken the morning of Thursday, June 20. *Id.* at 1833:2-4.

Plaintiffs indicated that the issue may not be ripe until such time as Defendants' expert Dr. Bernheim had completed his testimony on the morning of June 20 as he had only completed a portion of his testimony on Tuesday, largely to complete the qualification of Dr. Bernheim as an expert. *Id.* at 1833:17-19. At the Court's request, Plaintiffs have been preparing an offer of proof and were in the process of preparing a filing in opposition to Defendants' motion when it received the Court's notice. A copy of Plaintiffs' intended response is attached hereto as Exhibit 1. Plaintiffs seek to call only Professor Einer Elhauge as a rebuttal witness to be presented on direct examination by counsel Marc Seltzer and a commercial class member who is not a rebuttal witness but could not be presented in Plaintiffs case in chief due to a personal issue.

Plaintiffs provided notice to Defendants of their proposed rebuttal witnesses on the evening of June 18 as they had so advised the Court. Plaintiffs told Defendants they were going to drop two of the witnesses that they previously indicated an intent to call and also expected the taking of evidence could be concluded Thursday. As explained in the attached memorandum in opposition, if accepted by the Court, Plaintiffs have now dropped class representative Jason Baker and from calling in rebuttal experts Len DeLuca and Dan Rascher.

Plaintiffs again sincerely apologize for any confusion about the submission of its opposition and will be prepared with an offer of proof regarding Mr. Elhauge's testimony on June 20 if the Court so permits.

Dated: June 19, 2024                     Respectfully submitted,

By: /s/ *Marc M. Seltzer*

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Kalpana Srinivasan (237460)
ksrinivasan@susmangodfrey.com
Amanda Bonn (270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
One Manhattan West
New York, NY 10001
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com

2

Samuel Maida (333835)
smaida@hausfeld.com
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*