# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION REGARDING REBUTTAL CASE**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Courtroom: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

1  The Court, having received Plaintiffs' Motion for Reconsideration Regarding
2  Rebuttal Case, and finding good cause therefor, vacates its prior order precluding
3  Plaintiffs from putting on a rebuttal case.
4
5                                          **IT IS SO ORDERED.**
6
7  Dated: _____     _____
8                                          PHILIP S. GUTIERREZ
                                           United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28