# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (SKx)<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO PERMANENTLY SEAL DOCKET NUMBER 1417**<br><br>Judge: Hon. Philip S. Gutierrez<br>Trial Date: June 5, 2024 |

For good cause shown, the Court hereby permanently seals the document uploaded at ECF No. 1417.

IT IS HEREBY ORDERED that the document incorrectly uploaded at ECF No. 1417 is permanently sealed.

Dated: June _____, 2024

_____
The Honorable Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE