Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

---

THIS DOCUMENT RELATES TO: ALL ACTIONS

Case No. 2:15-ml-02668−PSG (SKx)

**NFL DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION REGARDING REBUTTAL CASE**

Judge: Hon. Philip S. Gutierrez
Courtroom: First Street Courthouse
350 West 1st Street
Courtroom 6A
Los Angeles, CA 90012

Defendants oppose Plaintiffs' motion for reconsideration. Yesterday, the Court instructed Plaintiffs to provide their offer of proof in their written presentation to the Court:

> THE COURT: On Thursday – I received a brief from the defendants with regard to the rebuttal. I'm not sure; is the plaintiff going to give me something or you just want to argue it?
>
> MS. SRINIVASAN: Your Honor, *we'll submit something to the Court* and then we can be available to argue it at the Court's convenience.
>
> * * *
>
> THE COURT: So we have 8:30 on Thursday to discuss it. I mean, the easiest way – again – I think I'll have a better sense after this witness testifies as well. *In your presentation*, *I would like an offer of proof as to what testimony makes it rebuttal testimony*. And, you know, typically if we just had one, it would be verbal and I would say, you know, the offer of proof is that – whatever. That's why it's rebuttal. But any – something like that *so I can analyze it sooner rather than later*.

6/18/2024 Tr. 1832:12–1833:10 (emphasis added).

In their motion for reconsideration and associated filing, Plaintiffs do not provide any such proffer, and instead provide only a generalized description of Mr. Elhauge's testimony. *See* ECF No. 1435-1, at 3 (briefly discussing Mr. Elhauge's testimony on procompetitive benefits and less restrictive alternatives); *see also* ECF No. 1435, at 2 (suggesting instead that Plaintiffs "will be prepared with an offer of proof regarding Mr. Elhauge's testimony on June 20 if the Court so permits"). But Defendants' procompetitive benefits have long been known to Plaintiffs, and there is no explanation for why Plaintiffs did not present their responses in their case-in-chief. *See* ECF No. 1425, at 3–6. Rebuttal is an opportunity to respond to unexpected argument or evidence—not a chance to recap points already discussed or hold back evidence to "get the last word." *See Mickey v. Ayers*, 606 F.3d 1223, 1248 (9th Cir. 2010). Moreover, while Plaintiffs say Mr. Elhauge will address less restrictive alternatives, he has affirmatively disavowed any affirmative

opinions on the but-for world. *See* Kilaru Decl. Ex. 1 (Elhauge Dep. Tr. 73:2–6) ("Q: Are you offering – I take it, from what you said earlier, you're not offering affirmative opinions on what the but-for world would look like; is that correct? A. That's correct."). Rebuttal is certainly not a phase in which new, undisclosed, and untested opinions should be presented.

Plaintiffs also say they now want to call a commercial class representative, but yesterday, they represented to the Court they were "happy not to call the two plaintiffs." 6/18/2024 Tr. 1624:20; *see also* Tr. 1622:20–22 ("MS. WILKINSON: But they're now telling us that, along with these two class representatives – THE COURT: it's not going to happen."). It also bears noting that Mr. Baker, one of the commercial class representatives, was in court throughout both sides' cases-in-chief.

All of this appears to be gamesmanship. As further proof, Plaintiffs represented to the Court yesterday that they would provide Defendants with information about their expected rebuttal case.

> MS. WILKINSON: Your Honor, could we get from plaintiffs the order they will call these witnesses now, assuming you would let everyone in. We just need to know the order.
>
> THE COURT: Can you do that informally? Is that something you guys can do tonight?
>
> MS. WILKINSON: Yes. They're supposed to give us 72 hours' notice but we know, both of us, it's not always clear, you know, when we're going to end. So it would be very helpful if they would agree to give it to us after court today.
>
> THE COURT: Is that agreeable?
>
> MR. SELTZER: I think we can do that, Your Honor.

6/18/2024 Tr. 1834:4–15. But that is not what they did. As the attached email correspondence notes, at 9:56 PM last night, Plaintiffs informed Defendants only that they do not intend to present Mr. Baker or Mr. DeLuca. At 12:07 AM this morning, they stated they still intended to call Dr. Rascher and "may change the order with Mr. Lennon, but

plan to at least put Professor Elhauge on before Dr. Rascher." *See* Kilaru Decl. Ex. 2. Plaintiffs' motion for reconsideration is the first time they disclosed what witnesses they actually wanted to call and in what order.

The Court should deny the motion for reconsideration.

Dated: June 19, 2024

Respectfully submitted,

/s/ *Beth A. Wilkinson*

Beth A. Wilkinson (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*