# EXHIBIT 2

| | |
|---|---|
| **From:** | Ian Gore |
| **To:** | Rakesh Kilaru; Jenna Pavelec; Eliza Finley; Beth Wilkinson; Brian Stekloff; Max Warren; Jeremy Barber; Blake Neal; Caroline Li; Anastasia Pastan; Ben Sherman; Ludwin, Derek; Playforth, John; Roxana Guidero |
| **Cc:** | Bill Carmody; Marc Seltzer; Amanda Bonn; Kalpana Srinivasan; Seth Ard; Tyler Finn; Howard Langer; Peter Leckman; Ned Diver; Kevin Trainer; smartin; Sathya S. Gosselin; Farhad Mirzadeh; Samuel Maida; Bill Dunseth; Rodney Polanco; Nic Gamiz; Kim Ferrari; Greg Fisk; Renee Thomas; Aracelys Pena; Leize Nand; Krishna Patel |
| **Subject:** | RE: Trial Disclosure |
| **Date:** | Wednesday, June 19, 2024 12:07:35 AM |



Rakesh,

We are trying to keep you informed as timely as possible. We can also now confirm we intend to call Dr. Rascher after Professor Elhauge. We may change the order with Mr. Lennon, but plan to at least put Professor Elhauge on before Dr. Rascher. As for exhibits, we have provided disclosure for Professor Elhauge. We anticipate calling Dr. Rascher on Thursday and completing our rebuttal case, depending on how long Dr. Bernheim's examination takes. We disclose the following exhibits that may be used with Dr. Rascher. We reserve all rights.

- TX-013
- TX-048
- TX-396
- TX-484
- TX-578

Regards,
Ian

Ian M. Gore | Partner
**Susman Godfrey L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
206-505-3841 (office) | 719-433-0818 (cell)
igore@susmangodfrey.com

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>
**Sent:** Tuesday, June 18, 2024 10:11 PM
**To:** Ian Gore <IGore@susmangodfrey.com>; Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; Eliza Finley <EFinley@susmangodfrey.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Anastasia Pastan <apastan@wilkinsonstekloff.com>; Ben Sherman <bsherman@wilkinsonstekloff.com>; Ludwin, Derek <dludwin@cov.com>; Playforth, John <jplayforth@cov.com>; Roxana Guidero <rguidero@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Amanda Bonn <abonn@SusmanGodfrey.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>;

Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Bill Dunseth <bdunseth@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Nic Gamiz <NGamiz@susmangodfrey.com>; Kim Ferrari <kferrari@langergrogan.com>; Greg Fisk <GFisk@susmangodfrey.com>; Renee Thomas <rthomas@susmangodfrey.com>; Aracelys Pena <APena@susmangodfrey.com>; Leize Nand <LNand@susmangodfrey.com>; Krishna Patel <kpatel@hausfeld.com>
**Subject:** Re: Trial Disclosure

==EXTERNAL Email==

Ian,

Plaintiffs represented to the Court today that you would let us know this evening which rebuttal witnesses you intend to attempt to call and in which order. Are you walking back from that commitment?

As you know, if you intend to call any rebuttal witnesses on Thursday and are permitted to do so, we were entitled to exhibit disclosures for all such witnesses more than twelve hours ago. Please respond promptly.

Thanks,
Rakesh

---

**From:** Ian Gore <IGore@susmangodfrey.com>
**Sent:** Tuesday, June 18, 2024 9:56 PM
**To:** Jenna Pavelec <jpavelec@wilkinsonstekloff.com>; Eliza Finley <EFinley@susmangodfrey.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Anastasia Pastan <apastan@wilkinsonstekloff.com>; Ben Sherman <bsherman@wilkinsonstekloff.com>; Ludwin, Derek <dludwin@cov.com>; Playforth, John <jplayforth@cov.com>; Roxana Guidero <rguidero@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Amanda Bonn <abonn@SusmanGodfrey.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Bill Dunseth <bdunseth@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Nic Gamiz <NGamiz@susmangodfrey.com>; Kim Ferrari <kferrari@langergrogan.com>; Greg Fisk <GFisk@susmangodfrey.com>; Renee Thomas <rthomas@susmangodfrey.com>; Aracelys Pena <APena@susmangodfrey.com>; Leize Nand <LNand@susmangodfrey.com>; Krishna Patel <kpatel@hausfeld.com>
**Subject:** RE: Trial Disclosure

Jenna,

Plaintiffs are still evaluating any changes that need to be made to our witness lineup for rebuttal. I can confirm we no longer intend to present Mr. Baker or Mr. DeLuca at this time and there are no changes to the exhibit disclosure for Professor Elhauge. We will keep you informed of any other changes, if any.

Regards,
Ian

Ian M. Gore | Partner
**Susman Godfrey L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
206-505-3841 (office) | 719-433-0818 (cell)
[igore@susmangodfrey.com](mailto:igore@susmangodfrey.com)

This e-mail may contain privileged and confidential information that is subject to attorney/client privilege or attorney work-product protection. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Jenna Pavelec <jpavelec@wilkinsonstekloff.com>
**Sent:** Tuesday, June 18, 2024 7:09 PM
**To:** Ian Gore <IGore@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Brian Stekloff <bstekloff@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Jeremy Barber <jbarber@wilkinsonstekloff.com>; Blake Neal <bneal@wilkinsonstekloff.com>; Caroline Li <cli@wilkinsonstekloff.com>; Anastasia Pastan <apastan@wilkinsonstekloff.com>; Ben Sherman <bsherman@wilkinsonstekloff.com>; Ludwin, Derek <dludwin@cov.com>; Playforth, John <jplayforth@cov.com>; Roxana Guidero <rguidero@wilkinsonstekloff.com>
**Cc:** Bill Carmody <bcarmody@SusmanGodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Amanda Bonn <abonn@SusmanGodfrey.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Tyler Finn <TFinn@susmangodfrey.com>; Howard Langer <hlanger@langergrogan.com>; Peter Leckman <pleckman@langergrogan.com>; Ned Diver <ndiver@langergrogan.com>; Kevin Trainer <ktrainer@langergrogan.com>; smartin <smartin@hausfeld.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Farhad Mirzadeh <fmirzadeh@hausfeld.com>; Samuel Maida <smaida@hausfeld.com>; Bill Dunseth <bdunseth@susmangodfrey.com>; Rodney Polanco <RPolanco@susmangodfrey.com>; Nic Gamiz <NGamiz@susmangodfrey.com>; Kim Ferrari <kferrari@langergrogan.com>; Greg Fisk <GFisk@susmangodfrey.com>; Renee Thomas <rthomas@susmangodfrey.com>; Aracelys Pena <APena@susmangodfrey.com>; Leize Nand <LNand@susmangodfrey.com>; Krishna Patel <kpatel@hausfeld.com>
**Subject:** Re: Trial Disclosure

EXTERNAL Email

Ian,

Given your indication in court today that you plan to complete your rebuttal case on Thursday, please provide your exhibit disclosures for any other rebuttal witnesses you still intend to call, as well as the order of your remaining witnesses.

Thank you,
Jenna