Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for the NFL Defendants, NFL Enterprises LLC, and the Individual NFL Clubs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668−PSG (SKx) <br><br> **JOINT STIPULATION TO SUPPLEMENT THE TRIAL RECORD WITH PLAYED DEPOSITION DESIGNATIONS** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE: Hon. Philip S. Gutierrez <br><br> COURTROOM: First Street Courthouse <br> 350 West 1st Street <br> Courtroom 6A <br> Los Angeles, CA 90012 |

WHEREAS, a jury trial commenced in this action on June 5, 2024;

WHEREAS, during the NFL Defendants' case in chief, the NFL Defendants played deposition videos for three witnesses containing the NFL Defendant's affirmative deposition designations and Plaintiff's counter designations in accordance with the Court's rulings on the parties' objections regarding those deposition designations;

WHEREAS, the testimony offered in deposition videos is, as a general practice, not transcribed into the transcript of the trial proceedings;

WHEREAS, the Court instructed the parties, to the extent they desire to include the testimony from deposition videos in the trial record, to confer and stipulate to supplement the record with the portions of the depositions that were played at trial; and

WHEREAS, counsel for the NFL Defendants and Plaintiffs have conferred and agreed that the attachments to this stipulation reflect the deposition testimony played in court during the NFL Defendant's case in chief;

NOW THEREFORE, the NFL Defendants and Plaintiffs, by and through their respective counsel, hereby stipulate and agree, subject to the Court's approval, to the following:

1) The documents attached hereto accurately reflect the deposition testimony for the following witnesses played in the trial of this matter during the NFL Defendants' case in chief:

    a) Attachment 1 – Michael White (Deposition 7/19/2022), played in trial on June 18, 2024;

    b) Attachment 2 – James Dyckes (as corporate representative for DirecTV) (Deposition 10/27/2022), played in trial on June 18, 2024;

    c) Attachment 3 – Robert Thun (Deposition 11/09/2022), played in trial on June 18, 2024;

2) The trial record should be supplemented to reflect the testimony

1 | played to the jury as outlined above.

3 | Dated: June 20, 2024     By:    */s/ Beth A. Wilkinson*

Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted pro hac vice)
Derek Ludwin (admitted pro hac vice)
John S. Playforth (admitted pro hac vice)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

|   |   |
|---|---|
| 1 | By: */s/ Marc M. Seltzer* |
|   | Marc M. Seltzer (54534) |
| 2 | mseltzer@susmangodfrey.com |
|   | Kalpana Srinivasan (237460) |
| 3 | ksrinivasan@susmangodfrey.com |
|   | Amanda Bonn (270891) |
| 4 | abonn@susmangodfrey.com |
|   | **SUSMAN GODFREY L.L.P.** |
|   | 1900 Avenue of the Stars, Suite 1400 |
| 5 | Los Angeles, CA 90067 |
|   | Tel: (310) 789-3100 |
| 6 | Fax: (310) 789-3150 |

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
**SUSMAN GODFREY L.L.P**
One Manhattan West
New York, NY 10001
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)
smaida@hausfeld.com
**HAUSFELD LLP**
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006

4

|   |   |
|---|---|
| 1 | Tel: (202) 540-7200<br>Fax: (202) 540-7201 |
| 2 | Howard Langer (*Pro Hac Vice*) |
| 3 | hlanger@langergrogan.com<br>Edward Diver (*Pro Hac Vice*) |
| 4 | ndiver@langergrogan.com<br>Peter Leckman (235721) |
| 5 | pleckman@langergrogan.com<br>Kevin Trainer (*Pro Hac Vice*) |
| 6 | ktrainer@langergrogan.com<br>**LANGER GROGAN AND DIVER PC** |
| 7 | 1717 Arch Street, Suite 4020<br>Philadelphia, PA 19103 |
| 8 | Tel: (215) 320-5660<br>Fax: (215) 320-5703 |
| 9 | *Plaintiffs' Co-Lead Counsel* |

11  *All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*