# ATTACHMENT 1

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:19 - 8:21 | **White, Michael 2022-07-19** | 00:00:04 | **White_8.1** |
| | 8:19  Could you state your name for the<br>8:20  record, please?<br>8:21  A.  Michael Dennis White. | | |
| 11:23 - 11:25 | **White, Michael 2022-07-19** | 00:00:07 | **White_8.2** |
| | 11:23  Mr. White, you were previously<br>11:24  the chief executive officer for DIRECTV,<br>11:25  right? | | |
| 12:02 - 12:08 | **White, Michael 2022-07-19** | 00:00:20 | **White_8.3** |
| | 12:02  A.  Yes, that's correct.<br>12:03  Q.  And you started in that role in<br>12:04  January 2010?<br>12:05  A.  Yes.<br>12:06  Q.  And you ended that role in July<br>12:07  2015, is that right?<br>12:08  A.  I think it was early August 2015. | | |
| 52:13 - 52:16 | **White, Michael 2022-07-19** | 00:00:17 | **White_8.4** |
| | 52:13  Q.  Do you recall DIRECTV doing any<br>52:14  sort of analysis or studies regarding the<br>52:15  optimal price point to maximize revenue for<br>52:16  Sunday Ticket at this time? | | |
| 52:20 - 53:03 | **White, Michael 2022-07-19** | 00:00:26 | **White_8.5** |
| | 52:20  A.  I don't recall the specifics.  We<br>52:21  analyzed a lot of things for all of our<br>52:22  products.  I have no doubt we did analysis<br>52:23  and attempted to estimate subscriber<br>52:24  revenues from the NFL Sunday Ticket product<br>52:25  as we were looking at it and even as we<br>53:01<br>53:02  were modeling it for the new contract<br>53:03  later. | | |
| 53:12 - 53:15 | **White, Michael 2022-07-19** | 00:00:14 | **White_8.6** |
| | 53:12  Was there any concern that the<br>53:13  NFL would not be okay with going below a<br>53:14  certain price point as part of this<br>53:15  promotion in 2012? | | |
| 53:18 - 53:23 | **White, Michael 2022-07-19** | 00:00:18 | **White_8.7** |
| | 53:18  A.  Yeah, I mean, our pricing | | |

**Defense Affirmatives**   **Plaintiff Counters**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 53:19    decisions were solely made by DIRECTV.  To<br>53:20    be clear, we were always clear on that, and<br>53:21    I don't recall any discussions with the NFL<br>53:22    about a lower price point or not.  I just<br>53:23    don't recall. | | |
| 56:08 - 56:17 | **White, Michael 2022-07-19** | 00:00:25 | **White_8.8** |
| | 56:08  Q.  Is it possible that the pricing<br>56:09      decisions made by DIRECTV were presented to<br>56:10      the NFL?<br>56:11  A.  Again, my recollection of those<br>56:12      meetings is that we shared with the NFL<br>56:13      once a year what our upcoming plans for<br>56:14      promotions and for the marketing of the<br>56:15      product, more broadly, but I don't recall<br>56:16      the specifics and I'd have to -- show me a<br>56:17      document. | | |
| 56:18 - 56:21 | **White, Michael 2022-07-19** | 00:00:09 | **White_8.9** |
| | 56:18      But that would have been<br>56:19      informative.  In other words, we were<br>56:20      informing the NFL these are our marketing<br>56:21      plans for the upcoming season. | | |
| 178:06 - 178:09 | **White, Michael 2022-07-19** | 00:00:11 | **White_8.10** |
| | 178:06     Did the retail-level prices that<br>178:07     DIRECTV would charge to consumers play any<br>178:08     role in the negotiations with the NFL for<br>178:09     the 2014 renewal? | | |
| 178:11 - 179:02 | **White, Michael 2022-07-19** | 00:00:40 | **White_8.11** |
| | 178:11  A.  No.  I don't believe so.  I mean,<br>178:12      you know, everybody's entitled to their<br>178:13      opinion about what a product should cost or<br>178:14      be priced at.  But in the end, it was a<br>178:15      DIRECTV decision and we made our judgments<br>178:16      as we went along.<br>178:17      But you know, folks could say you<br>178:18      should charge a higher price and you'd get<br>178:19      just as many subscribers or not.<br>178:20      Everyone's entitled to a different point of<br>178:21      view.<br>178:22      But our judgment was simply we | | |

Defense Affirmatives    Plaintiff Counters

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 178:23 | had the appropriate pricing, you know, | | |
| | 178:24 | trying to optimize the volume and the price | | |
| | 178:25 | relative to what we were losing in terms of | | |
| | 179:01 | | | |
| | 179:02 | profits on the product. | | |
| 192:04 - 192:10 | **White, Michael 2022-07-19** | | 00:00:18 | **White_8.12** |
| | 192:04 | It sounds like you were -- is it | | |
| | 192:05 | fair to say you were proud of the offerings | | |
| | 192:06 | from DIRECTV? | | |
| | 192:07  A. | I was very proud of the company, | | |
| | 192:08 | the people, the brand, the ethics and the | | |
| | 192:09 | quality of the customer service that we | | |
| | 192:10 | provided, absolutely. | | |
| 192:18 - 195:02 | **White, Michael 2022-07-19** | | 00:02:31 | **White_8.13** |
| | 192:18  Q. | Did DIRECTV also have broad reach | | |
| | 192:19 | to customers across the United States? | | |
| | 192:20  A. | Yes, because we were a | | |
| | 192:21 | satellite-provided signal, we could pretty | | |
| | 192:22 | much reach the entire at least Continental | | |
| | 192:23 | United States. | | |
| | 192:24  Q. | And is that something that | | |
| | 192:25 | differentiated DIRECTV from other broadcast | | |
| | 193:01 | | | |
| | 193:02 | providers? | | |
| | 193:03  A. | Yes.  I mean, Dish also had a | | |
| | 193:04 | national service, but versus the cable | | |
| | 193:05 | companies, they tended to have very | | |
| | 193:06 | localized footprints, you know, depending | | |
| | 193:07 | on where they went, it was all cut up in | | |
| | 193:08 | different ways.  But for us, we prided | | |
| | 193:09 | ourselves on having a national service that | | |
| | 193:10 | we were able to offer to customers all | | |
| | 193:11 | across the United States. | | |
| | 193:12  Q. | Now, turning to Sunday Ticket, | | |
| | 193:13 | was Sunday Ticket a product that you were | | |
| | 193:14 | proud of during your tenure as CEO of | | |
| | 193:15 | DIRECTV? | | |
| | 193:16  A. | I was very proud of the product | | |
| | 193:17 | and the innovations that we brought to | | |
| | 193:18 | Sunday Ticket while I was CEO of DIRECTV. | | |

Defense Affirmatives     Plaintiff Counters

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 193:19 Q. | And so let's talk about those | | |
| | 193:20 | innovations. At one point I think you | | |
| | 193:21 | testified in response to Mr. Gore that | | |
| | 193:22 | DIRECTV made substantial investments in | | |
| | 193:23 | engineering and software to provide a | | |
| | 193:24 | better Sunday Ticket product. | | |
| | 193:25 | Do you recall saying that? | | |
| | 194:01 | | | |
| | 194:02 A. | Yes. | | |
| | 194:03 Q. | And can you just generally | | |
| | 194:04 | describe what you meant by that? | | |
| | 194:05 A. | Well, certainly we completely | | |
| | 194:06 | redid the user interface on the product to | | |
| | 194:07 | make it easier, faster to change channels | | |
| | 194:08 | or change games. We provided more | | |
| | 194:09 | information on the same web page where you | | |
| | 194:10 | could look at what other scores were going | | |
| | 194:11 | on at the same time. We tried to make it | | |
| | 194:12 | as good a product for the football | | |
| | 194:13 | customers that we had as we could and we | | |
| | 194:14 | worked hard on that. | | |
| | 194:15 | I think we also tested a 4K | | |
| | 194:16 | product which had a much better high | | |
| | 194:17 | definition. We innovated in making it | | |
| | 194:18 | available on mobile devices early on, ahead | | |
| | 194:19 | of our competition, and we felt we provided | | |
| | 194:20 | world class customer service in the event | | |
| | 194:21 | there were issues or problems. | | |
| | 194:22 Q. | And all of those investments, I | | |
| | 194:23 | assume it cost DIRECTV tens of millions of | | |
| | 194:24 | dollars over time or hundreds of millions | | |
| | 194:25 | of dollars to make those investments, is | | |
| | 195:01 | | | |
| | 195:02 | that fair? | | |
| 195:04 - 195:04 | **White, Michael 2022-07-19** | | 00:00:01 | **White_8.14** |
| | 195:04 A. | Yes. | | |
| 196:14 - 196:17 | **White, Michael 2022-07-19** | | 00:00:13 | **White_8.15** |
| | 196:14 Q. | And were these innovations, were | | |
| | 196:15 | they part of what DIRECTV believed was an | | |
| | 196:16 | appeal to the NFL in terms of why the NFL | | |

**Defense Affirmatives**   **Plaintiff Counters**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 196:17 | should renew its agreement with DIRECTV? | | |
| 196:19 - 197:02 | **White, Michael 2022-07-19** | | 00:00:17 | **White_8.16** |
| | 196:19  A. | Not really, no.  I would say | | |
| | 196:20 | every time we looked at an innovation, we | | |
| | 196:21 | didn't look at them for the NFL.  We would | | |
| | 196:22 | look at them for the NFL ticket subscribers | | |
| | 196:23 | and potential new subscribers that would | | |
| | 196:24 | have an interest in the product.  It was | | |
| | 196:25 | always looked at through the lens of the | | |
| | 197:01 | | | |
| | 197:02 | customer. | | |
| 206:14 - 206:23 | **White, Michael 2022-07-19** | | 00:00:26 | **White_8.17** |
| | 206:14  Q. | And in terms of pricing, do you | | |
| | 206:15 | recall various discussions about pricing | | |
| | 206:16 | and we saw different tiers and $199 and | | |
| | 206:17 | $299?  Do you recall that? | | |
| | 206:18  A. | Yes. | | |
| | 206:19  Q. | And I think you stated this | | |
| | 206:20 | several times, but just to be clear, is it | | |
| | 206:21 | accurate to say that the dollar amount that | | |
| | 206:22 | was decided upon was in DIRECTV's sole | | |
| | 206:23 | discretion? | | |
| 206:25 - 207:02 | **White, Michael 2022-07-19** | | 00:00:05 | **White_8.18** |
| | 206:25  A. | Yes, it was in our sole | | |
| | 207:01 | | | |
| | 207:02 | discretion to make decisions on pricing. | | |
| 215:10 - 215:16 | **White, Michael 2022-07-19** | | 00:00:17 | **White_8.19** |
| | 215:10 | Sunday Ticket was always a choice for | | |
| | 215:11 | DIRECTV consumers, correct? | | |
| | 215:12  A. | Yes, correct, to pay for it, yes. | | |
| | 215:13  Q. | Right.  No one was forced to pay | | |
| | 215:14 | for the Sunday Ticket package, it was | | |
| | 215:15 | always an option and a choice for a | | |
| | 215:16 | subscriber? | | |
| 215:18 - 215:23 | **White, Michael 2022-07-19** | | 00:00:14 | **White_8.20** |
| | 215:18  A. | Yes.  So yes, they -- as a new | | |
| | 215:19 | subscriber, they might have gotten 30 days | | |
| | 215:20 | for free or something, but in terms of | | |
| | 215:21 | paying it was always an option that a | | |

**Defense Affirmatives**   **Plaintiff Counters**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 215:22 customer could choose or not choose to | | |
| | 215:23 carry. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

**Defense Affirmatives**    **Plaintiff Counters**