# ATTACHMENT 2

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:01 - 6:02 | **Dyckes, James 2022-10-27_1** | 00:00:04 | **Dyckes30b6_11.1** |
| | 6:01    please state your full name for the record. | | |
| | 6:02    A.  James Dana Dyckes. | | |
| 6:13 - 6:15 | **Dyckes, James 2022-10-27_1** | 00:00:08 | **Dyckes30b6_11.2** |
| | 6:13    Q.  Thank you.  And do you understand that | | |
| | 6:14         your testimony here today is on behalf of DIRECTV? | | |
| | 6:15    A.  Yes, sir, I do. | | |
| 26:22 - 27:03 | **Dyckes, James 2022-10-27_1** | 00:00:20 | **Dyckes30b6_11.3** |
| | 26:22   Q.  And again, focusing on the satellite | | |
| | 26:23        offering, DIRECTV determines the price.  Right? | | |
| | 26:24   A.  We are -- we 100 percent control the | | |
| | 26:25        pricing.  That's correct. | | |
| | 27:01   Q.  This is implicit in your last answer, but | | |
| | 27:02        does the NFL tell DIRECTV the price it should | | |
| | 27:03        charge for the NFL Sunday Ticket product? | | |
| 27:08 - 27:14 | **Dyckes, James 2022-10-27_1** | 00:00:18 | **Dyckes30b6_11.4** |
| | 27:08   A.  We will share with the NFL what we're | | |
| | 27:09        going to charge.  It's just a matter of courtesy | | |
| | 27:10        each year.  But they do not tell us what to | | |
| | 27:11        charge. | | |
| | 27:12   Q.  Has DIRECTV ever attempted to lower the | | |
| | 27:13        price of the satellite Sunday Ticket product and | | |
| | 27:14        been told by the NFL that they could not do so? | | |
| 27:16 - 27:22 | **Dyckes, James 2022-10-27_1** | 00:00:26 | **Dyckes30b6_11.5** |
| | 27:16   A.  Not to my knowledge.  I know the price was | | |
| | 27:17        dropped in 2011, I believe it was. | | |
| | 27:18        I wasn't part of the NFL team back then. | | |
| | 27:19        But just going through the various studies that | | |
| | 27:20        I've had to look at, no one has ever told me since | | |
| | 27:21        I've been involved with the NFL that I could not | | |
| | 27:22        raise and/or drop and/or keep pricing flat. | | |
| 33:11 - 33:22 | **Dyckes, James 2022-10-27_1** | 00:00:28 | **Dyckes30b6_11.6** |
| | 33:11   Q.  In addition to working on Sunday Ticket, | | |
| | 33:12        you also work on products from other American | | |
| | 33:13        sports leagues.  Right? | | |
| | 33:14   A.  That in addition to -- I'm responsible for | | |
| | 33:15        over 20 different products:  sports, HBO, adult, | | |
| | 33:16        you name it. | | |
| | 33:17   Q.  Is one of those products Major League | | |

**Defense Affirmatives**      **Plaintiff Counters**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 33:18  Baseball's out-of-market package? | | |
| | 33:19  A. Yes, it is. | | |
| | 33:20  Q. That's referred to as MLB Extra Innings | | |
| | 33:21  when offered by DIRECTV? | | |
| | 33:22  A. Yes. | | |
| 34:03 - 34:20 | **Dyckes, James 2022-10-27_1** | 00:00:52 | **Dyckes30b6_11.7** |
| | 34:03  Q. For Major League Baseball's out-of-market | | |
| | 34:04  package, Major League Baseball provides DIRECTV | | |
| | 34:05  with a suggested retail price. Right? | | |
| | 34:06  A. Yes, they do. It's called an SRP, | | |
| | 34:07  suggested retail price. Yes. | | |
| | 34:08  Q. And what is an SRP or suggested retail | | |
| | 34:09  price? | | |
| | 34:10  A. It's typically a price that the leagues | | |
| | 34:11  give us -- by the way, it's not just Major League | | |
| | 34:12  Baseball. NBA, NHL, they all do it. | | |
| | 34:13  It will be the price point that they offer | | |
| | 34:14  or they suggest that we should sell it at, based | | |
| | 34:15  on their own data and what they think the value of | | |
| | 34:16  the product is. | | |
| | 34:17  And that SRP would be the same one not | | |
| | 34:18  only provided to us at DIRECTV but it will be | | |
| | 34:19  provided to Dish Network, to Comcast, Spectrum, | | |
| | 34:20  you name it. Anyone that's providing it. | | |
| 34:21 - 36:12 | **Dyckes, James 2022-10-27_1** | 00:01:53 | **Dyckes30b6_11.8** |
| | 34:21  Q. When you say "it's typically a price that | | |
| | 34:22  the leagues give us," what do you mean by that? | | |
| | 34:23  A. It's the suggested price that we should | | |
| | 34:24  sell that service for. And the way the | | |
| | 34:25  economics -- those typically are revenue share | | |
| | 35:01  deals. | | |
| | 35:02  So the way the economics of that work | | |
| | 35:03  is -- I'll make up some numbers here, if that's | | |
| | 35:04  okay. | | |
| | 35:05  If the NBA said the SRP should be $200 and | | |
| | 35:06  let's say the revenue split is 50-50, it would | | |
| | 35:07  mean every time we sell an NBA League Pass unit, | | |
| | 35:08  we would get $100 of that 200 because we get a | | |
| | 35:09  50 percent share. And at the end of the day, we | | |
| | 35:10  get a 50 percent share, they would get $100. | | |

**Defense Affirmatives**     **Plaintiff Counters**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 35:11 | We have the right to not charge the $200. | | |
| | 35:12 | We can charge more than that, we could charge less | | |
| | 35:13 | than that. | | |
| | 35:14 | But the rev split is based on that $200. | | |
| | 35:15 | So if we decided we were only going to charge 100 | | |
| | 35:16 | bucks, we would be losing a ton of margin on that. | | |
| | 35:17 | The NBA would still get their 50 percent split on | | |
| | 35:18 | that 200 bucks that was originally the SRP and we | | |
| | 35:19 | would essentially get nothing. | | |
| | 35:20 | No one does that, just in terms of | | |
| | 35:21 | practicality. If you look at our price for MLB, | | |
| | 35:22 | it's going to be pretty much the same across every | | |
| | 35:23 | other provider. Sometimes it might be different | | |
| | 35:24 | by a dollar or two here. | | |
| | 35:25 | The only reason for that is we do | | |
| | 36:01 | installment payments. And so when you do that, | | |
| | 36:02 | you want to break it up over four months or six | | |
| | 36:03 | months to make it easier for the customer. | | |
| | 36:04 | Sometimes the rounding of that can be a little | | |
| | 36:05 | bit -- $0.30 here, $0.30 there. | | |
| | 36:06 | That can make it slightly different than | | |
| | 36:07 | what another provider is doing. Ballpark, they're | | |
| | 36:08 | all the same. | | |
| | 36:09 | Q. And they're all the same typically at the | | |
| | 36:10 | rate that is the suggested retail price for that | | |
| | 36:11 | product? | | |
| | 36:12 | A. That's right. | | |
| 37:03 - 37:11 | **Dyckes, James 2022-10-27_1** | | 00:00:22 | **Dyckes30b6_11.9** |
| | 37:03 | Q. DIRECTV's agreement with the NFL does not | | |
| | 37:04 | contain a suggested retail price. Correct? | | |
| | 37:05 | A. It certainly doesn't in the current | | |
| | 37:06 | agreement. No. | | |
| | 37:07 | Q. Similarly, DIRECTV's agreement with the | | |
| | 37:08 | NFL does not provide for any sort of a revenue | | |
| | 37:09 | split regarding the satellite Sunday Ticket | | |
| | 37:10 | product? | | |
| | 37:11 | A. That is correct. | | |
| 50:05 - 50:07 | **Dyckes, James 2022-10-27_1** | | 00:00:07 | **Dyckes30b6_11.10** |
| | 50:05 | Is it your testimony that DIRECTV has | | |
| | 50:06 | never discussed lowering the price of NFL Sunday | | |

**Defense Affirmatives**   **Plaintiff Counters**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 50:07 | Ticket with the NFL? | | |
| 50:12 - 50:20 | **Dyckes, James 2022-10-27_1** | | 00:00:24 | **Dyckes30b6_11.1 1** |
| | 50:12 | A.  No, that's not what I'm saying. | | |
| | 50:13 | I have suggested I think at times that | | |
| | 50:14 | we're looking at potentially, you know, keeping | | |
| | 50:15 | prices flat or maybe dropping prices, things like | | |
| | 50:16 | that, but that we are going through an analysis | | |
| | 50:17 | and research and all kinds of other things. | | |
| | 50:18 | And ultimately that's not what we did. | | |
| | 50:19 | But I may have given a heads-up around those kinds | | |
| | 50:20 | of things. | | |