# ATTACHMENT 3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:11 - 8:11 | **Thun, Robert 2022-11-09** | 00:00:02 | **Thun_12.1** |
| | 8:11    Q.  Good morning, Mr. Thun. | | |
| 75:17 - 75:17 | **Thun, Robert 2022-11-09** | 00:00:04 | **Thun_12.2** |
| | 75:17         MR. ARD:  All right.  Let's pull up Tab 1, | | |
| 76:04 - 76:04 | **Thun, Robert 2022-11-09** | 00:00:03 | **Thun_12.3** |
| | 76:04    Q.  Do you recognize this document? | | |
| 76:05 - 76:08 | **Thun, Robert 2022-11-09** | 00:00:14 | **Thun_12.4** |
| | 76:05    A.  Yes.<br>76:06    Q.  What is it?<br>76:07    A.  It's the current agreement that we live<br>76:08         under for Sunday Ticket with the NFL. | | |
| 85:22 - 86:03 | **Thun, Robert 2022-11-09** | 00:00:18 | **Thun_12.5** |
| | 85:22    Q.  If you look about -- oh, I don't know --<br>85:23         seven or eight lines down, there's a sentence that<br>85:24         says, "For clarity, in all cases NFL Sunday Ticket<br>85:25         shall be marketed and offered in a manner<br>86:01         consistent with its status as a high-quality,<br>86:02         premium subscription sports offering."  Do you see<br>86:03         that? | | |
| 86:04 - 86:04 | **Thun, Robert 2022-11-09** | 00:00:01 | **Thun_12.6** |
| | 86:04    A.  Yes. | | |
| 86:11 - 86:21 | **Thun, Robert 2022-11-09** | 00:00:41 | **Thun_12.7** |
| | 86:11    Q.  Do you have any understanding of what "a<br>86:12         high-quality, premium subscription sports<br>86:13         offering" refers to?<br>86:14    A.  I think it's defining -- well, it's<br>86:15         talking about a product of Sunday Ticket being<br>86:16         premium in nature and high quality, which we<br>86:17         consider to be premium is kind of a word that is<br>86:18         used as a term of art in the industry.<br>86:19         We consider HBO to be a premium, so I<br>86:20         think they're taking some liberties from that and<br>86:21         construing it as a high-quality product. | | |
| 86:22 - 86:23 | **Thun, Robert 2022-11-09** | 00:00:05 | **Thun_12.8** |
| | 86:22    Q.  So you think the word "premium" doesn't<br>86:23         have any additive meaning there?  It just means -- | | |
| 87:02 - 87:07 | **Thun, Robert 2022-11-09** | 00:00:18 | **Thun_12.9** |

**Defense Affirmatives**     **Plaintiff Counters**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 87:02   A.   I don't know.  Again, I wasn't -- I don't<br>87:03         recall negotiating this point at all.  So I don't<br>87:04         know what that meant.<br>87:05   Q.   So you don't know what was meant exactly<br>87:06         by "a high-quality, premium subscription sports<br>87:07         offering"? | | Thun_12.9 |
| 87:10 - 87:11 | **Thun, Robert 2022-11-09**<br>87:10   A.   I wasn't around when this was negotiated,<br>87:11         so I don't know what was in the NFL's head. | 00:00:06 | **Thun_12.10** |
| 87:16 - 87:16 | **Thun, Robert 2022-11-09**<br>87:16   Q.   Is a component of "premium" the price? | 00:00:03 | **Thun_12.11** |
| 87:18 - 87:18 | **Thun, Robert 2022-11-09**<br>87:18   A.   I don't know.  I'm not sure. | 00:00:02 | **Thun_12.12** |
| 87:19 - 87:21 | **Thun, Robert 2022-11-09**<br>87:19   Q.   And do you know how the parties are<br>87:20         supposed to quantify whether the product was being<br>87:21         marketed and sold as a premium product? | 00:00:07 | **Thun_12.13** |
| 87:24 - 88:02 | **Thun, Robert 2022-11-09**<br>87:24   A.   I think we have the pricing determination<br>87:25         in DIRECTV's hands.  So I don't think the parties<br>88:01         decided on the pricing.  I think DIRECTV decided<br>88:02         on the pricing. | 00:00:12 | **Thun_12.14** |
| 88:04 - 88:07 | **Thun, Robert 2022-11-09**<br>88:04   Q.   The question is, do you know how the<br>88:05         parties were supposed to decide whether the<br>88:06         product was being marketed and sold as a premium<br>88:07         product, as this sentence implies? | 00:00:10 | **Thun_12.15** |
| 88:10 - 88:11 | **Thun, Robert 2022-11-09**<br>88:10   A.   This contract specifies DIRECTV has the<br>88:11         pricing determination for the product. | 00:00:08 | **Thun_12.16** |
| 167:02 - 167:04 | **Thun, Robert 2022-11-09**<br>167:02         First of all, when did you first begin<br>167:03         working at DIRECTV?<br>167:04   A.   2013. | 00:00:06 | **Thun_12.17** |
| 167:09 - 167:10 | **Thun, Robert 2022-11-09**<br>167:09   Q.   And what is your current role?<br>167:10   A.   Chief content officer of DIRECTV. | 00:00:07 | **Thun_12.18** |

**Defense Affirmatives     Plaintiff Counters**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 184:23 - 184:24 | **Thun, Robert 2022-11-09** | 00:00:08 | **Thun_12.19** |
| | 184:23  Q.  Mr. Thun, do you recall being asked, in | | |
| | 184:24       Exhibit 1, about DIRECTV's agreement with the NFL? | | |
| 185:05 - 185:08 | **Thun, Robert 2022-11-09** | 00:00:07 | **Thun_12.20** |
| | 185:05  A.  Yes.  The original -- not the original. | | |
| | 185:06       The 2014 agreement that we discussed earlier? | | |
| | 185:07  Q.  That's correct. | | |
| | 185:08  A.  Yes. | | |
| 185:21 - 185:23 | **Thun, Robert 2022-11-09** | 00:00:07 | **Thun_12.21** |
| | 185:21  Q.  From your perspective, were there | | |
| | 185:22       efficiencies in negotiating directly with NFL | | |
| | 185:23       Enterprises rather than a set of individual clubs? | | |
| 185:25 - 186:09 | **Thun, Robert 2022-11-09** | 00:00:30 | **Thun_12.22** |
| | 185:25  A.  Well, I think it's a practice that's | | |
| | 186:01       adopted by all the leagues because, yes, I think | | |
| | 186:02       it would be extremely cumbersome, especially in a | | |
| | 186:03       product like this, to try to negotiate with every | | |
| | 186:04       single team for the rights to their content if | | |
| | 186:05       they own the content.  I think the NFL owns the | | |
| | 186:06       content. | | |
| | 186:07       So yes, the common practice in the | | |
| | 186:08       industry is negotiate with the leagues for this | | |
| | 186:09       type of content. | | |
| 190:12 - 190:25 | **Thun, Robert 2022-11-09** | 00:00:38 | **Thun_12.23** |
| | 190:12       You've testified a little bit about price | | |
| | 190:13       being a component in determining what content you | | |
| | 190:14       carry on DIRECTV.  Do you recall this? | | |
| | 190:15  A.  Yes. | | |
| | 190:16  Q.  In your time working at DIRECTV, is it | | |
| | 190:17       fair to say that content has gotten more | | |
| | 190:18       expensive? | | |
| | 190:19  A.  Unfortunately, yes. | | |
| | 190:20  Q.  I take it that applies to sports content | | |
| | 190:21       as well? | | |
| | 190:22  A.  Especially sports content.  Sports and | | |
| | 190:23       broadcast have increased the highest of any | | |
| | 190:24       segment within any genre of content across our | | |
| | 190:25       platforms. | | |
| 191:16 - 191:19 | **Thun, Robert 2022-11-09** | 00:00:11 | **Thun_12.24** |

**Defense Affirmatives**     **Plaintiff Counters**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 191:16  Q.  So in your experience, if, for example,<br>191:17      Fox Sports 1 were to obtain an NFL game, would Fox<br>191:18      or Fox Sports 1 attempt to charge DIRECTV more<br>191:19      money for its carriage? | | **Thun_12.24** |
| 191:22 - 192:02 | **Thun, Robert 2022-11-09** | 00:00:14 | **Thun_12.25** |
| | 191:22  A.  Presumably, yes.<br>191:23  Q.  And what if each of the 32 NFL teams were<br>191:24      each to reach their own agreement with separate<br>191:25      networks, do you think those networks would all<br>192:01      try and charge DIRECTV more money for their<br>192:02      carriage? | | |
| 192:05 - 192:15 | **Thun, Robert 2022-11-09** | 00:00:35 | **Thun_12.26** |
| | 192:05  A.  I don't know.  That's an interesting<br>192:06      hypothetical.  But, you know, there may be more<br>192:07      appeal in local markets for those games if the<br>192:08      Jacksonville Jaguars were available in<br>192:09      Los Angeles.  It just depends on the availability,<br>192:10      what markets, and on what networks.  It's hard to<br>192:11      know.<br>192:12  Q.  When you say it depends on the<br>192:13      availability, what networks, does that mean that<br>192:14      you are not sure whether those games would be<br>192:15      carried throughout the country? | | |
| 192:17 - 192:22 | **Thun, Robert 2022-11-09** | 00:00:17 | **Thun_12.27** |
| | 192:17  A.  Yeah.  I think there would be a challenge<br>192:18      in getting national distribution, ubiquitous<br>192:19      national distribution, for kind of what I was just<br>192:20      pointing out.  I think certain teams may not have<br>192:21      the same ability to get full distribution that<br>192:22      others might. | | |

Defense Affirmatives       Plaintiff Counters