# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO SUPPLEMENT THE TRIAL RECORD WITH PLAYED DEPOSITION DESIGNATIONS**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Courtroom: First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

1 | Pursuant to the parties' Joint Stipulation to Supplement the Trial Record With
2 | Played Deposition Designations ("Stipulation"), the Court hereby orders that the
3 | attachments to the Stipulation reflect deposition testimony played by video during
4 | the trial in this matter and shall be considered part of the trial record.

**IT IS SO ORDERED.**

Dated: _____         _____
                                        PHILIP S. GUTIERREZ
                                        United States District Judge

1