# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| Case No. | **2:15-ml-02668-PSG-SK** | Date | **June 17, 2024** |
|---|---|---|---|
| Title: | **In re National Football Leagues Sunday Ticket Antitrust Litigation** | | |

Present: The Honorable   **PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE**

| **Derek Davis** | **Myra Ponce** |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| <u>Attorneys Present for Plaintiff(s):</u> | <u>Attorneys Present for Defendants:</u> |
|---|---|
| William Carmody | Beth Wilkison |
| Amanda Bonn | Brian Stekloff |
| Kalpana Srinivasan | Rakesh Kilaru |
| Sathya Gosselin | |

Day Court Trial   8th                Day Jury Trial

One day trial:      Begun (1st day);   **X**   Held & Continued;      Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

**X** Witnesses called, sworn and testified.    **X** Exhibits Identified    _____ Exhibits admitted.

_____ Plaintiff(s) rest.                _____ Defendant(s) rest.

_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.

_____ Bailiff(s) sworn.                _____ Jury retires to deliberate.    _____ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.                _____ Polling waived.

_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.

_____ Judgment by Court for        _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.        Briefs to be filed by

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

**X** Case continued to    **June 18, 2024 at 8:30 AM**            for further trial/further jury deliberation.

_____ Other:

                                    5   :   23

                        Initials of Deputy Clerk        DD