# ATTACHMENT 1

**LJones_53_14-18**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 53:14 - 53:18 | **Jones, Lawrence 2022-07-08**<br>53:14   Q.   The<br>53:15         understanding with the NFL that Sunday Ticket would<br>53:16         be limited in terms of the number of subscribers,<br>53:17         was FOX Sports willing to pay more for its broadcast<br>53:18         rights? | 00:00:18 | **LJones_53_14-18.1** |
| 53:20 - 53:21 | **Jones, Lawrence 2022-07-08**<br>53:20         THE WITNESS:  No.  We were prepared to pay<br>53:21         less if we didn't get that. | 00:00:08 | **LJones_53_14-18.2** |