# ATTACHMENT 2

**LJones_47_16-48_6**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 47:16 - 48:06 | **Jones, Lawrence 2022-07-08** | 00:01:06 | **LJones_47_16-48_6.1** |
| | 47:16  Q.  Has Fox ever communicated, to the best of | | |
| | 47:17      your knowledge, with the NFL concerning a limitation | | |
| | 47:18      on the number of subscribers to Sunday Ticket? | | |
| | 47:19  A.  Generally, yes. | | |
| | 47:20  Q.  And, generally, what have those | | |
| | 47:21      communications been? | | |
| | 47:22  A.  Well, I think it's kind of codified in this | | |
| | 47:23      paragraph, the idea that we think it's important for | | |
| | 47:24      it to be a premium product that's complementary to | | |
| | 47:25      our telecasts.  And so long as it's a premium | | |
| | 48:01      product, the market will govern the extent of | | |
| | 48:02      distribution. | | |
| | 48:03  Q.  In other words, the pricier the | | |
| | 48:04      Sunday Ticket product is, the fewer subscribers it | | |
| | 48:05      will have? | | |
| | 48:06  A.  Yes. | | |