# ATTACHMENT 3

The Marchand and Ourand Sports Media Podcast:

Episode 73: Top NFL exec Brian Rolapp





EXHIBIT
Rolapp 30(b)(6)
14

Lexitas Court Reporting
800-678-0166



United States District Court
Central District of California
EXHIBIT
**TX 279**
Case No. 2:15-ml-02668-PSG (SKx)

(1)
(2)
(3)
(4)
(5)
(6)
(7)
(8)
(9)
(10)
(11)
(12)     JOHN OURAND:  So, how do you balance
(13) the needs and desires of Sunday afternoon
(14) broadcasters with trying to grow Sunday Ticket?
(15)     BRIAN ROLAPP:  Yeah, I think -- again,
(16) we think Sunday Ticket -- it always has been, and
(17) we think going forward will be an add-on premium
(18) product.  That's how it'll be priced.
(19)     ANDREW MARCHAND:  Yeah, do you know the
(20) price?
(21)     BRIAN ROLAPP:  I don't know the price.
(22) We technically don't set the price.
(23)     ANDREW MARCHAND:  Okay.
(24)     BRIAN ROLAPP:  YouTube will set the
(25) price, but that's very much in line with their

(1) vision of a premium additive product. That's one
(2) reason where their pitch was really heavy YouTube
(3) TV, which we liked. That's a growing product for
(4) them; they're committed to it and that clearly is
(5) complementary to what we do. So, I think it's
(6) always a balance, but we believe how it'll be
(7) priced and how it'll be positioned, it will be
(8) complementary and premium on top of Sunday
(9) afternoon.

```
(1)   Lexitas states that the preceding transcript was
(2)   created by one of its employees using standard
(3)   electronic transcription equipment and is a true
(4)   and accurate record of the audio on the provided
(5)   media to the best of that employee's ability.
(6)   The media from which we worked was provided to
(7)   us. We can make no statement as to its
(8)   authenticity.
(9)
(10)              Attested to by:
(11)
(12)              _Sonya M. Ledanski Hyde_
(13)              Sonya Ledanski Hyde
```