UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | **2:15-ml-02668-PSG-SK** |
| Title: | **In re National Football Leagues Sunday Ticket Antitrust Litigation** |
| Date | **June 18, 2024** |

Present: The Honorable **PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE**

| **Derek Davis** | **Myra Ponce** |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| William Carmody<br>Amanda Bonn<br>Kalpana Srinivasan<br>Sathya Gosselin<br>Seth Ard | Beth Wilkison<br>Brian Stekloff<br>Rakesh Kilaru |

____ Day Court Trial   9th Day Jury Trial

____ One day trial:   ____ Begun (1st day);   **X** Held & Continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by _____
**X** Witnesses called, sworn and testified.   **X** Exhibits Identified   **X** Exhibits admitted.
____ Plaintiff(s) rest.   ____ Defendant(s) rest.
____ Closing arguments made by   ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for _____   ____ plaintiff(s)   ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.   ____ Briefs to be filed by _____
____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is ____ granted. ____ denied. ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
**X** Case continued to **June 20, 2024 at 8:30 AM** for further trial/further jury deliberation.
____ Other: _____

5  :  31

Initials of Deputy Clerk   DD