# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION <br><br> ———————————————— <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx) <br><br> **[PROPOSED] ORDER GRANTING STIPULATION REGARDING COMMERCIAL CLASS REPRESENTATIVES** <br><br> Judge: Hon. Philip S. Gutierrez <br><br> Courtroom: First Street Courthouse <br>       350 West 1st Street <br>       Courtroom 6A <br>       Los Angeles, CA 90012 |

Pursuant to the parties' Joint Stipulation Regarding Commercial Class Representatives, the Court hereby orders:

The NFL Defendants shall not reference, in closing argument, the fact that Eugene Lennon and Jason Baker did not testify at trial or contend that the fact that Eugene Lennon and Jason Baker did not testify at trial means that Plaintiffs failed to adduce evidence or meet their burden of proof with respect to the commercial class. The NFL Defendants reserve the right to contend that Plaintiffs otherwise failed to adduce evidence or meet their burden of proof in support of Plaintiffs' claims on behalf of the commercial class.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                         PHILIP S. GUTIERREZ
                                                         United Sates District Judge