# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] JUDGMENT**<br><br>Judge: Hon. Philip S. Gutierrez<br>Hearing Date: June 25, 2024<br>Courtroom: First Street Courthouse<br>          350 West 1st Street<br>          Courtroom 6A<br>          Los Angeles, CA 90012 |

Pending before the Court is the NFL Defendants'[1] Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50(a). The Court has considered the motion and the arguments of counsel.

IT IS HEREBY ORDERED that the NFL Defendants' Motion for Judgment as a Matter of Law is GRANTED. JUDGMENT IS HEREBY ENTERED in favor of the NFL Defendants on all counts.

**IT IS SO ORDERED.**

Dated: _____    _____
PHILIP S. GUTIERREZ
United Sates District Judge

---

[1] The NFL Defendants consist of: Arizona Cardinals Football Club, LLC.; Atlanta Falcons Football Club, LLC; Baltimore Ravens Limited Partnership; Buffalo Bills, LLC; Panthers Football, LLC; The Chicago Bears Football Club, Inc.; Cincinnati Bengals, Inc.; Cleveland Browns Football Company LLC; Dallas Cowboys Football Club, Ltd.; Denver Broncos Team, LLC; The Detroit Lions, Inc.; Green Bay Packers, Inc.; Houston NFL Holdings, L.P.; Indianapolis Colts, Inc.; Jacksonville Jaguars, LLC.; Kansas City Chiefs Football Club, Inc.; Miami Dolphins, Ltd.; Minnesota Vikings Football, LLC; National Football League, Inc; NFL Enterprises LLC; New England Patriots LLC; New Orleans Louisiana Saints, LLC; New York Football Giants, Inc.; New York Jets LLC.; Raiders Football Club, LLC; Philadelphia Eagles, LLC; Pittsburgh Steelers LLC.; Chargers Football Company, LLC; Forty Niners Football Company LLC; Football Northwest LLC; The Los Angeles Rams, LLC; Buccaneers Team LLC; Tennessee Football, LLC.; and Pro-Football LLC.