1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668−PSG (SKx) |
|---|---|
| THIS DOCUMENT RELATES TO ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>JUDGE: Hon. Philip S. Gutierrez |

21
22
23
24
25
26
27
28

Having considered Plaintiffs' Motion for Judgment as a Matter of Law and oral argument to this Court in support of the parties' positions on the Motion, it is HEREBY ORDERED that:

Plaintiffs' Motion for Judgment as a Matter of Law is GRANTED.

It is FURTHER ORDERED that Defendants' statute of limitations and laches defenses are dismissed.

The Clerk of Court shall enter judgment for Plaintiffs on Plaintiffs' claims under Section 1 of the Sherman Act.

IT IS SO ORDERED.

Dated: _____

_____
PHILIP S. GUTIERREZ
United States District Judge