# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:15-ml-02668-PSG-SK |
| Title: | In re National Football Leagues Sunday Ticket Antitrust Litigation |
| Date | June 25, 2024 |

Present: The Honorable **PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE**

| **Derek Davis** | **Myra Ponce** |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Marc Seltzer | Brian Stekloff |
| Kalpana Srinivasan | Rakesh Kilaru |
| Eliza Finley | John Playfort |
| Ian Gore | Max Warren |

____ Day Court Trial    12th Day Jury Trial

____ One day trial;   ____ Begun (1st day);   **X** Held & Continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by _____
____ Witnesses called, sworn and testified.   ____ Exhibits Identified   ____ Exhibits admitted.
____ Plaintiff(s) rest.   ____ Defendant(s) rest.
____ Closing arguments made by   ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for _____   ____ plaintiff(s)   ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.   ____ Briefs to be filed by _____
____ Motion to dismiss by _____ is ____ granted.   ____ denied.   ____ submitted.
____ Motion for mistrial by _____ is ____ granted.   ____ denied.   ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is ____ granted.   **denied.**   ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.

**X** Case continued to **June 26, 2024 at 8:30 AM** for further trial/further jury deliberation.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

Plaintiff's Motion for Judgment as a Matter of Law on the basis of: Federal Rule of Civil Procedure 50(a) [1457] is **DENIED**. The Court takes Defendant's Motion for Judgment as a Matter of Law on the basis of: Federal Rule of Civil Procedure 50(a) [1456] **UNDER SUBMISSION**.

__X__ Other:

                                                                    __1__ : __52__
                                              Initials of Deputy  _____DD_____