UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. 2:15-ml-02668-PSG-SK | Date June 27, 2024 |
| Title: In re National Football Leagues Sunday Ticket Antitrust Litigation | |

Present: The Honorable **PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE**

| **Derek Davis** | **Myra Ponce** |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| William Carmody<br>Amanda Bonn<br>Kalpana Srinivasan<br>Marc Seltzer<br>Ian Gore | Beth Wilkison<br>Brian Stekloff<br>Rakesh Kilaru |

_____ Day Court Trial    14th Day Jury Trial

_____ One day trial;  _____ Begun (1st day);  _____ Held & Continued;  **X** Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
_____ Witnesses called, sworn and testified.  _____ Exhibits Identified  _____ Exhibits admitted.
_____ Plaintiff(s) rest.  _____ Defendant(s) rest.
_____ Closing arguments made by  _____ plaintiff(s)  _____ defendant(s).  _____ Court instructs jury.
_____ Bailiff(s) sworn.  _____ Jury retires to deliberate.  **X** Jury resumes deliberations.
**X** Jury Verdict in favor of  **X** plaintiff(s)  _____ defendant(s) is read and filed.
**X** Jury polled.  _____ Polling waived.
**X** Filed Witness & Exhibit Lists  **X** Filed jury notes.  **X** Filed jury instructions.
_____ Judgment by Court for _____ plaintiff(s)  _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s)  _____ defendant(s).
_____ Case submitted.  _____ Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted.  _____ denied.  _____ submitted.
_____ Motion for mistrial by _____ is _____ granted.  _____ denied.  _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.  _____ denied.  _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
**X** Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.

_____ Case continued to _____ for further trial/further jury deliberation.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | |
|---|---|---|
| X | Other: | The Court sets the following briefing schedule re: Defendant's Motion for Judgment as a Matter of Law on the basis of: Federal Rule of Civil Procedure 50(b): Supplemental Motion to be filed by July 3, 2024. The Opposition is to be filed by July 17, 2024. The Reply is to be filed by July 24, 2024. The hearing on the motion will be heard on July 31, 2024 at 1:30 PM. |

                                                                                                                                      0 : 55

Initials of Deputy Clerk           DD