FILED
CLERK, U.S. DISTRICT COURT
June 27, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### JURY NOTE

In re National Football Leagues  ) LA ML 15-2668-PSG-SKx
Sunday Ticket Antitrust Litigation )
          Plaintiff,  ) NOTE # __A__ FROM THE JURY

____ The jury has reached a unanimous verdict.

____ The jury advises the Court of the following:

____ The jury requests the following:

1) When DirecTV would show NBC/Fox feeds, did the feeds also include the same ads as were being shown by NBC/Fox?

2) If so, ~~did NFL also~~ who owned ~~content~~ rights to distribute that ad content?

Dated: 2024-06-07           Signed: REDACTED BY THE COURT
                                    FOREPERSON