**FILED**
CLERK, U.S. DISTRICT COURT

June 27, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DD_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**JURY NOTE**

|  |  |  |
|---|---|---|
| In re National Football Leagues | ) | LA ML 15-2668-PSG-SKx |
| Sunday Ticket Antitrust Litigation | ) | |
| Plaintiff, | ) | NOTE # B      FROM THE JURY |
| | ) | |

_____    The jury has reached a unanimous verdict.

_____    The jury advises the Court of the following:

_____    The jury requests the following:

Does broadcasting a single national game cost significantly more (or less) than broadcasting e.g., 4 ~~local~~ regional ones? Or ~~is it more or~~ ~~less comparable~~

Dated: 06/10/2024

Signed: REDACTED BY THE COURT

~~FOREPERSON~~