FILED
CLERK, U.S. DISTRICT COURT
June 27, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE

In re National Football Leagues Sunday Ticket Antitrust Litigation
Plaintiff,

) LA ML 15-2668-PSG-SKx
)
)
)
) NOTE # C    FROM THE JURY
)

____ The jury has reached a unanimous verdict.

____ The jury advises the Court of the following:

____ The jury requests the following:

Dr. Rascher,
Could you spell out the research question you set out to answer ~~this to~~ in your analysis for this case? (Like in a paper you'd submit for publication)

For councils;
Could you ask similar questions to witnesses from academic background if they conducted any ~~studi~~ analyses for this case?

Dated: 06/12/2024

Signed: REDACTED BY THE COURT
~~FOREPERSON~~