FILED
CLERK, U.S. DISTRICT COURT
June 27, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: DD  DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**JURY NOTE**

In re National Football Leagues ) LA ML 15-2668-PSG-SKx
Sunday Ticket Antitrust Litigation )
         Plaintiff, ) NOTE # D    FROM THE JURY

___ The jury has reached a unanimous verdict.

___ The jury advises the Court of the following:

___ The jury requests the following:

1) When you say that the strategy is to "reach as many viewers (Hits?) as possible", do you mean it as trying to _maximize_ reach or to simply grow it?

2) How do you measure/quantify if your strategy is working? In other words, what are your success metric(s)?

3) To the extent possible, can you talk about the process ~~of determining~~ what's possible (in "as many as possible")? (Basically, I'm trying to understand the constraints.

Dated: 06/12/2024    Signed: REDACTED BY THE COURT
                                                                      FOREPERSON