FILED
CLERK, U.S. DISTRICT COURT
June 27, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**JURY NOTE**

In re National Football Leagues Sunday Ticket Antitrust Litigation
Plaintiff,

) LA ML 15-2668-PSG-SKx
)
)
) NOTE # E    FROM THE JURY
)

_____ The jury has reached a unanimous verdict.

_____ The jury advises the Court of the following:

_____ The jury requests the following:

REDACTED BY THE COURT   Juror 1. Not feeling well body aches & fever. I don't want to get the rest of my fellow jurors sick.

Dated: 6/13/24

Signed: REDACTED BY THE COURT
FOREPERSON