**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**


FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**JURY NOTE**

In re National Football Leagues ) LA ML 15-2668-PSG-SKx
Sunday Ticket Antitrust Litigation )
  Plaintiff, )
_____ ) NOTE # 1   FROM THE JURY
 )

____  The jury has reached a unanimous verdict.

____  The jury advises the Court of the following:

✓    The jury requests the following:

Do you have data on the number of ST (Sunday Ticket) and ST Max subscribers for each year along with the price for each type of subscription.

| Year | # ST Subs | $ ST /price | # ST Max Subs | $ ST Max price |
|---|---|---|---|---|
| 2011 | | | | |
| 2012- | | 199 | | |
| ... | | | | |
| 2023 | | | | |

Dated: 06/27/24       Signed: REDACTED BY THE COURT
                              FOREPERSON