FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2024
CENTRAL DISTRICT OF CALIFORNIA
BY DD   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No.: 2:15-ml-02668-PSG (SKx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **COURT'S RESPONSE TO JURY NOTE NO. 1** |

The jury has received all the evidence that it may consider.

Dated: June 27, 2024

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1