**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**



FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**JURY NOTE**

In re National Football Leagues
Sunday Ticket Antitrust Litigation
Plaintiff,

LA ML 15-2668-PSG-SKx

NOTE # 2    FROM THE JURY

___ The jury has reached a unanimous verdict.

___ The jury advises the Court of the following:

_X_ The jury requests the following:

Would it be possible to get copies of the reports that the expert witnesses have conducted.
Dr. Rasher
Dr. Zona
Dr. Yurukoglu
Dr. Bernheim

Dated: 6/27/24

Signed: REDACTED BY THE COURT

FOREPERSON