# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 2:15-ml-02668-PSG (SKx)<br><br>**COURT'S RESPONSE TO JURY NOTE NO. 2** |

No. The expert reports were not admitted into evidence.

Dated: June 27, 2024

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE