UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JURY NOTE

LA ML 15-2668-PSG-SKx

In re National Football Leagues
Sunday Ticket Antitrust Litigation
    Plaintiff,

NOTE # 3     FROM THE JURY

✓  The jury has reached a unanimous verdict.

___  The jury advises the Court of the following:

___  The jury requests the following:

Dated: 6-27-24        Signed: REDACTED BY THE COURT
                             FOREPERSON