FILED
CLERK, U.S. DISTRICT COURT

JUN 27 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**VERDICT FORM** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous.

We, the jury, unanimously return these answers as our verdict in this case:

### Conspiracy to Restrain Trade (Sherman Act Section 1)

**Question No. 1:**

Have Plaintiffs proven the existence of a relevant antitrust market for professional football telecasts in the United States?

✓ YES   \_\_\_\_NO

If you answered "Yes," then continue to Question 2.

If you answered "No," then stop, and sign and date the last page of the verdict form.

**Question No. 2:**

Have Plaintiffs proven that there was a conspiracy that unreasonably restrained trade in that market?

✓ YES   \_\_\_\_NO

If you answered "Yes," then continue to Question 3.

If you answered "No," then stop, and sign and date the last page of the verdict form.

**Question No. 3:**

Have Plaintiffs proven that DirecTV knowingly joined this conspiracy?

✓ YES          ___ NO

**If you answered "Yes," then continue to Question 4.**

**If you answered "No," then stop, and sign and date the last page of the verdict form.**

**Question No. 4:**

Have Plaintiffs proven that the Commercial Class suffered injury to their business or property as a result of this conspiracy?

✓ YES          ___ NO

**Question No. 5:**

Have Plaintiffs proven that the Residential Class suffered injury to their business or property as a result of this conspiracy?

✓ YES          ___ NO

**If you answered "Yes" to either Question 4 or 5, continue to Question 6.**

**If you answered "No" to both Question 4 and 5, then stop, and sign and date the last page of the verdict form.**

**Conspiracy to Monopolize (Sherman Act Section 2)**

**Question No. 6:**

Have Plaintiffs proven that there was a conspiracy to engage in anticompetitive conduct with the specific intent that one of the parties to the agreement would obtain or maintain monopoly power in the relevant market?

✓ YES        ____ NO

If you answered "Yes," then continue to Question 7.

If you answered "No," then continue to Question 11.

**Question No. 7:**

Have Plaintiffs proven that the Defendants committed an overt act in furtherance of that conspiracy?

✓ YES        ____ NO

If you answered "Yes," then continue to Question 8.

If you answered "No," then continue to Question 11.

**Question No. 8:**

Have Plaintiffs proven that DirecTV knowingly joined this conspiracy and committed an overt act in furtherance of that conspiracy?

✓ YES        ____ NO

**If you answered "Yes," then continue to Question 9.**

**If you answered "No," then continue to Question 11.**

**Question No. 9:**

Have Plaintiffs proven that the Commercial Class suffered injury to their business or property as a result of this conspiracy?

✓ YES          ____ NO

**Question No. 10:**

Have Plaintiffs proven that the Residential Class suffered injury to their business or property as a result of this conspiracy?

✓ YES          ____ NO

**Continue to the next section.**

## Damages

If you answered yes to any of Questions 4 or 9, answer Question 11, below.

If you answered yes to any of Questions 5 or 10, answer Question 12, below.

4

**Question No. 11:**

We award the following damages caused by the Defendants' conduct to the Commercial Class:

$ 96,928,272.90

**Question No. 12:**

We award the following damages caused by the Defendants' conduct to the Residential Class:

$ 4,610,331,671.74

*Sign and date this Verdict Form and inform the Court that the jury has reached a verdict.*

DATED: 6·27·24

REDACTED BY THE COURT
Foreperson