FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| In re National Football League's Sunday Ticket Antitrust Litigation | 2:15-ml-02668-PSG-SKx<br><br>**CONFIRMATION OF EXHIBIT REVIEW AND AUTHORIZATION TO SUBMIT EXHIBITS TO JURY** |

The undersigned counsel hereby declare that the exhibit list and exhibits prepared to be given to the jury during deliberations were personally and individually reviewed by counsel for Plaintiff(s) and Defendant(s) prior to submission to the jury. The undersigned counsel also declare that the exhibits prepared to be given to the jury contain only admitted exhibits.

Counsel for Plaintiff(s) (Printed Name): Ian M. Gore

Counsel for Plaintiffs(s) (Signature): *[signature]*

Date: 6/25/2024

Counsel for Defendant(s) (Printed Name): RAKESH KILARU

Counsel for Defendant(s) (Signature): *[signature]*

Date: 6/25/24

-1-