**FILED**
CLERK, U.S. DISTRICT COURT
June 27, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re National Football Leagues Sunday Ticket Antitrust Litigation | **CASE NUMBER:** 2:15-ml-02668-PSG-SK |
| | **RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the **joint** exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

6/27/2024
Date

NFL Defendants
Counsel for: ☐ Plaintiff  ☒ Defendant  ☐

[Signature]
Signature                                    (202) 847-4000
                                             Telephone Number

6/27/24
Date

Kalpana Srinivasan
Counsel for: ☒ Plaintiff  ☐ Defendant  ☐

[Signature]
Signature                                    (310) 789-3100
                                             Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

Clerk, U.S. District Court

June 27, 2024                    By  Derek Davis
Date                                  Deputy Clerk

G-38 (08/16)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING