# EXHIBIT A

# Damages: Inflated Premium-Priced Subscription

| 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |

## Residential Plaintiffs



24,105,049 SUBSCRIPTIONS

TOTAL    $5,660,937,182

**$233** PER SUBSCRIPTION AVG.

## Commercial Plaintiffs



506,788   SUBSCRIPTIONS

TOTAL    $ 1,351,040,029

**$2,665** PER SUBSCRIPTION AVG

81