1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

7
8
9

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

10

_____

11
12

THIS DOCUMENT RELATES TO ALL ACTIONS

13
14
15

Case No. 2:15-ml-02668-PSG (SKx)

**[PROPOSED] JUDGMENT**

Judge: Hon. Philip S. Gutierrez
Hearing Date: July 31, 2024
Courtroom: First Street Courthouse
            350 West 1st Street
            Courtroom 6A
            Los Angeles, CA 90012

16
17
18
19
20
21
22
23
24
25
26
27
28

Pending before the Court is the NFL Defendants'[1] Motion for Judgment as a Matter of Law or For a New Trial pursuant to Federal Rules of Civil Procedure 50(b) and 59. The Court has considered the motion and the arguments of counsel.

Plaintiffs have been fully heard and have not presented legally sufficient evidence to find in their favor on any of the issues raised in the NFL Defendants' Motion.

IT IS HEREBY ORDERED that the NFL Defendants' Motion for Judgment as a Matter of Law is GRANTED. Conditionally, Defendants' Motion for a New Trial also is GRANTED.

JUDGMENT IS HEREBY ENTERED in favor of the NFL Defendants on all counts.

**IT IS SO ORDERED.**

Dated: _____     _____
                                  PHILIP S. GUTIERREZ
                                  United Sates District Judge

---

[1] The NFL Defendants consist of: Arizona Cardinals Football Club, LLC.; Atlanta Falcons Football Club, LLC; Baltimore Ravens Limited Partnership; Buffalo Bills, LLC; Panthers Football, LLC; The Chicago Bears Football Club, Inc.; Cincinnati Bengals, Inc.; Cleveland Browns Football Company LLC; Dallas Cowboys Football Club, Ltd.; Denver Broncos Team, LLC; The Detroit Lions, Inc.; Green Bay Packers, Inc.; Houston NFL Holdings, L.P.; Indianapolis Colts, Inc.; Jacksonville Jaguars, LLC.; Kansas City Chiefs Football Club, Inc.; Miami Dolphins, Ltd.; Minnesota Vikings Football, LLC; National Football League, Inc; NFL Enterprises LLC; New England Patriots LLC; New Orleans Louisiana Saints, LLC; New York Football Giants, Inc.; New York Jets LLC.; Raiders Football Club, LLC; Philadelphia Eagles, LLC; Pittsburgh Steelers LLC.; Chargers Football Company, LLC; Forty Niners Football Company LLC; Football Northwest LLC; The Los Angeles Rams, LLC; Buccaneers Team LLC; Tennessee Football, LLC.; and Pro-Football LLC.