Marc M. Seltzer (54534)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
**LANGER GROGAN & DIVER, P.C.**
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott A. Martin (*Pro Hac Vice*)
smartin@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

*Plaintiffs' Co-Lead Counsel*
[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**DECLARATION OF TYLER FINN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO NFL DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR FOR A NEW TRIAL**<br><br>JUDGE: Hon. Philip S. Gutierrez<br><br>HEARING DATE: July 31, 2024<br><br>HEARING TIME: 9:00 a.m.<br><br>COURTROOM:<br>First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

# DECLARATION OF TYLER FINN

I, Tyler Finn, declare as follows:

1. I am an attorney at the law firm of Susman Godfrey and represent Plaintiffs in this litigation. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. I make this declaration in support of Plaintiffs' Opposition to NFL Defendants' Renewed Motion for Judgment as a Matter of Law or For a New Trial.

3. Attached as Exhibit 1 is a true and correct copy of the excerpts of the Trial Transcript that are cited in Plaintiffs' Opposition.

4. Attached as Exhibit 2 is a true and correct copy of Plaintiffs' Responses to the NFL Defendants' Second Set of Interrogatories to Residential Plaintiffs, which was served on March 21, 2022.

5. Attached are true correct copies of the following exhibits that were admitted into evidence at trial:

- TX-44
- TX-45
- TX-145
- TX-146A
- TX-146D
- TX-151
- TX-172
- TX-187
- TX-188
- TX-198
- TX-257
- TX-267
- TX-271

- TX-326
- TX-336
- TX-481
- TX-504
- TX-684
- TX-686
- TX-692
- TX-697
- TX-750
- TX-801

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  EXECUTED on this 17th day of July 2024 in New York, New York.

*/s/Tyler Finn*
Tyler Finn