# EXHIBIT TX-481

| | |
|---|---|
| From: | Stecklow, Robert L [RLStecklow@DIRECTV.com] |
| Sent: | 4/20/2016 7:08:47 PM |
| To: | Rabenovets, Joshua [jrabenovets@ea.com] |
| Subject: | Re: Madden NFL 17: Sunday Ticket Edition |

Hey sorry, I'm here been crazy couple day

The reason why we have to qualify people for the product is you either need a satellite on your home or to prove you can't get a satellite (which we do). The NFL via their broadcast deals don't necessarily want NFLST to be available to everyone in the country, could affect their ratings in how the local games are programmed now. So its a little bit to protect DIRECTV, a little bit to protect the NFL's braodcast deals. They like that NFLST is to a defined amount of people, if that makes sense.

Rob


On 4/19/16, 11:54 AM, "Rabenovets, Joshua" <jrabenovets@ea.com> wrote:

Hey - call me when you have a second?

Question - I'm still fuzzy on what Fitz was alluding to being the gating approval hurdle? Trying to explain internally. Outside of the DirecTV and the NFL, who needs to approve this? Can't be a broadcaster or team issue, right?

Comment - Packaging and inserts for is Madden 17 is due the second week of May, so regardless what we do, we are working against that deadline.


-----Original Message-----
From: Stecklow, Robert L [mailto:RLStecklow@DIRECTV.com]
Sent: Friday, April 15, 2016 11:12 AM
To: Rabenovets, Joshua <jrabenovets@ea.com>
Subject: Re: Madden NFL 17: Sunday Ticket Edition

Yes he's addicted. Thanks!

Sent from my iPhone

On Apr 15, 2016, at 10:55 AM, Rabenovets, Joshua <jrabenovets@ea.com> wrote:
Your son is a "heavy" spender!
We credited his account $50 yesterday and he already spent it ;-) We just added the add'l $10.
My apology, but he should be good now.
-----Original Message-----
From: Stecklow, Robert L [mailto:RLStecklow@DIRECTV.com]
Sent: Friday, April 15, 2016 8:51 AM
To: Rabenovets, Joshua <jrabenovets@ea.com>
Subject: Re: Madden NFL 17: Sunday Ticket Edition
Thanks! My son who is the [redacted] said he only got $25 is that possible?
Sent from my iPhone
On Apr 14, 2016, at 12:04 PM, Rabenovets, Joshua <jrabenovets@ea.com> wrote:
Tell your boys to check their Madden Mobile accounts today. We dropped $60 in for each. Any issues, ping me!
Question - have you spoken to Brent or Fitz at all about the latest proposal and do you want me to send it over to them?
-----Original Message-----
From: Stecklow, Robert L [mailto:RLStecklow@DIRECTV.com]

United States District Court
Central District of California
EXHIBIT
TX 0481
Case No. 2:15-ml-02668-PSG (SKx)

Confidential                                                                                                           DIRECTV-ST-00231244

Sent: Wednesday, April 13, 2016 4:30 PM
To: Rabenovets, Joshua <jrabenovets@ea.com>
Subject: Re: Madden NFL 17: Sunday Ticket Edition
Yes Madden ID's are as follows, can you have it deposit this Sunday or Monday?  My older sons bar mitzvah is Saturday he would be so pumped after...his is the first number Thanks rob

From: Joshua Rabenovets <jrabenovets@ea.com<mailto:jrabenovets@ea.com>>
Date: Wednesday, April 13, 2016 at 11:53 AM
To: Robert Stecklow <RLStecklow@DIRECTV.com<mailto:RLStecklow@DIRECTV.com>>
Subject: FW: Madden NFL 17: Sunday Ticket Edition
FYI. Keep me posted on your discussion. Also, send me your kid's Madden Mobile ID!
From: Rabenovets, Joshua
Sent: Tuesday, April 12, 2016 5:33 PM
To: 'Pozzi, Nikki' <Nicole.Pozzi@nfl.com<mailto:Nicole.Pozzi@nfl.com>>
Cc: Rawles, Lee <lrawles@ea.com<mailto:lrawles@ea.com>>; Chiu, Allan <AChiu@ea.com<mailto:AChiu@ea.com>>
Subject: Madden NFL 17: Sunday Ticket Edition
Hi Nikki -
Attached is a revised proposal for Madden NFL 17 Sunday Ticket Edition, per feedback from Brian Fitzgerald and Brent Lawton.
Two issues were raised initially and I believe we have addressed the first.
1 -- Price Degradation
We increased the retail from $199 to $249 to alleviate concerns that we were setting the market too low for the NFLST.TV product (normally $349). Consequentially, we increased the cost EA would pay for the 100,000 NFLST.TV codes from $80 to $120.
2 -- Authentication
The second concern raised was opening up authentication for unqualified consumers who bought one of the 100K units (i.e., not an eligible address, active college student). Three (3) barriers with limiting eligibility:
*        Reduces the value proposition of Madden NFL 17 Sunday Ticket Edition if we limit the addressable audience. The price value is great, but the ability to access NFLST.TV without eligibility restrictions is far more beneficial for some.
*        Nightmare consumer experience as we would rely on on-pack language (terms and conditions), which will at best reduce consumer confusion, but not eliminate buyer error.
*        Added tech time/resources to solve for limiting the offer to only those eligible under standard protocol. The underpinning of this is we may miss our go to market date if we need to limit eligibility.
In terms of Slide 4 (financials/economics), I believe the proposal is fairly straightforward, but feel free to circle back with me on any questions.
Robert Stecklow, our collective DirecTV contact, is discussing the attached with Brent today or tomorrow. It's possible we may need some help from your team getting the Fitz and Brent over #2 (authentication) given the benefits to all for this partnership/promotion, but we'll let it play out first. At the very least, we would need alignment from your group as to the finances pertaining to the royalty.
Thanks in advance!
Josh
___
J O S H U A   R A B E N O V E T S
senior director, global product marketing ea sports
1950 summit park drive
orlando, fl 32810
o   407.386.5109<tel:646.547.5301>
m  301.807.3555<tel:301.807.3555>

Confidential

DIRECTV-ST-00231245