# EXHIBIT TX-684

Message

**From:** Lawton, Brent [Brent.Lawton@nfl.com]
**Sent:** 5/30/2017 12:30:05 AM
**To:** Schroeder, Hans [Hans.Schroeder@NFL.com]
**Subject:** RE: nflst - couple items

Thanks Hans and likewise.

Pricing is:

**Satellite NFLST (2017):**
Basic - $281.94
MAX - $377.94

**NFLST.TV (2017) – Pricing for new subs and external marketing is at parity with satellite, prior year subs will auto-renew at last year's price:**
*NEW:*
-   College - $99.96
-   Basic - $279.96
-   MAX - $379.96
-   College Game Pass Bundle: $149.96
-   MAX Game Pass Bundle: $429.96
*AUTO-RENEW:*
-   College - $99.96
-   Basic - $199.96
-   MAX - $299.96
-   College Game Pass Bundle: $149.96
-   MAX Game Pass Bundle: $349.96

**NFLST.TV (2018) – New and Autorenew:**
-   College - $99.96
-   Basic / MAX – Parity with satellite
-   Game Pass Bundle: + $50
-   Could change if there is a completely unforeseen / major change, but plan / expectation is parity for Basic and MAX

**Retail / Game Mix:**
-   We cover both items in our weekly call as not approved
-   This week, we rejected creative that referenced the game mix… first time we've said no to something AT&T wants to put in place for 2017
-   Also said no to expanding .TV DMAs recently (same ask as last year and said no for the same reason, can't backdoor expand .TV into NFLST OTT)

Will swing by tomorrow morning.

Thanks,

Brent

---

**From:** Schroeder, Hans
**Sent:** Monday, May 29, 2017 7:29 PM

CONFIDENTIAL

NFL_0888454


United States District Court
Central District of California
EXHIBIT
**TX 684**
Case No.   2:15-ml-02668-PSG (SKx)

**To:** Lawton, Brent <Brent.Lawton@nfl.com>
**Subject:** nflst - couple items

B,

Hope you had a good memorial day.

Had a couple items for you. Can you send me final agreed to pricing for nflst for this year, and for the plan for nflst.tv for next as well?

Also, any additional asks about att instore or game mix?

Can grab 5 minutes in the morning.

thx

CONFIDENTIAL

NFL_0888455