# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| # | Field | Value |
|---|---|---|
| 1a. | Contact Person for this Order | Ben Sherman |
| 2a. | Contact Phone Number | (804) 239-2323 |
| 3a. | Contact E-mail Address | bsherman@wilkinsonstekloff.com |
| 1b. | Attorney Name (if different) | Jenna H. Pavelec |
| 2b. | Attorney Phone Number | (202) 847-4048 |
| 3b. | Attorney E-mail Address | jpavelec@wilkinsonstekloff.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036

**5. Name & Role of Party Represented:** Consol Defendants

**6. Case Name:** In Re National Football League's "Sunday Ticket" Antitrust Litigation

**7a. District Court Case Number:** 2:15-ml-02668-PSG-SKx

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
[X] DIGITALLY RECORDED   [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [X] Non-Appeal  [ ] Criminal  [X] Civil  [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| Hearing Date | Minute Order Docket# | Judge | Proceeding Type / Portion | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/31/2024 | | Gutierrez | Rule 50 Hearing | ● | ○ | ○ | ○ | ○ | ○ | ● _____ | HOURLY (2 hrs) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: July 31, 2024   Signature: /s/ Jenna H. Pavelec

G-120 (06/18)