UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

| Case No. | **2:15-ml-02668-PSG(SKx)** | Date | July 31, 2024 |
|---|---|---|---|

| Title | **In re National Football Leagues Sunday Ticket Antitrust Litigation** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   **PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE**

| Derek Davis | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| William Carmody | Brian Stekloff |
| Marc Seltzer | Rakesh Kilaru |
| Kalpana Srinivasan | Beth Wilkinson |
| Howard Langer | |
| Amanda Bonn | |

**Proceedings:  Defendant's Motion for Judgment as a Matter of Law on the Basis of:
Federal Rule of Civil Procedure 50(b) [1490]**

The case is called and counsel state their appearances. After hearing oral argument on the motion, the Court takes Defendant's Motion for Judgment as a Matter of Law on the Basis of: Federal Rule of Civil Procedure 50(b) [1490] **UNDER SUBMISSION.**