UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | ML 15-02668 PSG (SKx) | Date | August 8, 2024 |
|---|---|---|---|
| Title | In re: NFL "Sunday Ticket" Antitrust Litigation | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Derek Davis | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order to Prepare a Proposed Judgment.

Defendants are **ORDERED** to prepare a proposed judgment that is consistent with the Court's order granting judgment as a matter of law, *see* Dkt. # 1513, no later than **August 15, 2024**.

**IT IS SO ORDERED.**