# EXHIBIT 1
## Plaintiffs' June 6, 2024 Opening Statement Presentation

April 20, 2012





TX-422



TX-422



**From:** "Bornstein, Steve" <Steve.Bornstein@NFL.com>
**Date:** April 20, 2012 11:54:02 AM EDT
**To:** "Rolapp, Brian" <Brian.Rolapp@NFL.com>
**Cc:** "Schroeder, Hans" <Hans.Schroeder@NFL.com>
**Subject: RE: did sunday ticket lower price today?**

Wish I did.

TX-422



TX-428





**ROBERT KRAFT**
Chairman of Media Committee



**ROGER GOODELL**
Commissioner



**STEVE BORNSTEIN**
Executive Vice President

7



# NFL Never Let Sunday Ticket's Price Drop Again















# Free Market Competition



# Exclusivity – No Competition



# Price Agreements – No Competition



20



**Robert Kraft,**
Owner



Q.  And how is it that offering the Sunday Ticket
product at less than the premium price would
harm the over-the-air broadcast?

A.  I think that would devalue our over-the-air
partners' packages.  **And then they wouldn't be
incented to continue and pay us the way they
pay us.**

Kraft, Dep. Tr. at 29:3-9

21

# NFL Agreed To Limit Distribution To Maximize Revenue

1998
Internal NFL Presentation



**NFL SUNDAY TICKET**

**DIRECTV Agreement extended through 2002**

- Gross Revenue over 5 years: $720 Million
- Net Revenue over 5 year

This agreement gives the League two critical advantages: it enables us to <u>maximize our revenue and income</u> from the subscription business, while at the same time <u>protecting the value</u> of our broadcasting agreements through <u>limited distribution</u> to non-broadcast viewers.

TX-724

22

# Agreements Eliminate Choice And Raise Prices For Fans







# Sunday Ticket: "Premium"-Priced, Add-On Subscription



PREMIUM
SUBSCRIPTION

$273

SATELLITE TV
SUBSCRIPTION

$1,100

# NFL Knows It Is Harming Millions Of Fans

May 2018
Internal NFL Presentation





TX-392

# NFL Knows 70% Of Sunday Ticket Subscribers Make < $100K HH Income

September 17, 2018
Internal NFLST Update



*Confidential*

**NFL Sunday Ticket ("NFLST") Update**
*September 2018*

- NFL research suggests 2 main factors for sub declines:
  - <u>Price</u>: Price has increased ~15% since 2015 (~$40)… 70% of NFLST subs have HH income < $100K
  - <u>Platform</u>: DTV satellite declining, down 4% YoY… (i) no easy broadband bundle (ii) aversion to satellite on house (iii) requires credit check, & (iv) no longer differentiation on HD or channel line ups

TX-630



# They know it's illegal.







# The Problem?

# Less Money.



# NFL "<u>Absolutely</u>" Understands <u>Only Free TV</u> Exempt From Antitrust Laws

August 28, 1961
Congressional Hearing

TELECASTING OF PROFESSIONAL
SPORTS CONTESTS

1885-3

HEARING
BEFORE THE
ANTITRUST SUBCOMMITTEE
(Subcommittee No. 5)
OF THE
COMMITTEE ON THE JUDICIARY
HOUSE OF REPRESENTATIVES
EIGHTY-SEVENTH CONGRESS
FIRST SESSION

A BILL TO AMEND THE ANTITRUST LAWS TO AUTHORIZE LEAGUES OF PROFESSIONAL FOOTBALL, BASEBALL, BASKETBALL, AND HOCKEY TEAMS TO ENTER INTO CERTAIN TELEVISION CONTRACTS, AND FOR OTHER PURPOSES

Mr. MALETZ. You understand, do you not, Mr. Rozelle, that this bill covers only the free telecasting of professional sports contests, and does not cover pay TV?
Mr. ROZELLE. Absolutely.

U.S. GOVERNMENT PRINTING OFFICE
WASHINGTON : 1961

United States District Court
Central District of California
EXHIBIT
TX 756

TX-756

35

36

# NFL Secret Memo: Must Maintain Complete Control Over Price

**Impact of DISH/GMH Deal on NFL and Business Partners**

NFL's Sunday Ticket exclusive distribution relationship with DirecTV is directly affected.

Under what terms would NFL want to continue on DBS?

At a minimum, the NFL must ensure that it maintains complete control over the pricing and packaging of Sunday Ticket and any future programming offerings. This includes

How do we address the networks' concerns on subscriber levels (assuming that increased sub levels should the product become available to a combined DirecTV/DISH subscriber base push the networks' tolerance levels)?

The ability to control pricing should enable the NFL to manage the subscriber level to a range that is within acceptable limits for the networks.

TX-751

37

December 3, 2002

**DIRECTV CONTRACT ISSUES – DECISION POINTS**
(NOTE:  Assumes 5 year, $2B deal on general terms outlined by PT on 11/25/02)

*Anti-trust*

4.  Pricing/discounting/promotional packaging/NFL marketing commitments

a.  Upper-end price point for 5-year term?

b.  Limitations on annual increases?

c.  Phase-out of renewal discounts (or phased decrease in the discounts offered)?

d.  Degree of DirecTV involvement in price-setting?  Same (NFL choice) or higher?

e.  Specified restrictions on promotional packaging, or continuation of NFL sole-discretion approval right with no specifications?

f.  Continue NFL marketing commitment (gives some control over promotion of package) and incremental network ad buy commitment, or not?  (NOTE:  if continue marketing commitment, must increase basic guarantee by a corresponding amount.)

TX-773

38



December 3, 2002

### DIRECTV CONTRACT ISSUES – DECISION POINTS
(NOTE:  Assumes 5 year, $2B deal on general terms outlined by PT on 11/25/02)

4. Pricing/discounting/promotional packaging/NFL marketing commitments

   a. Upper-end price point for 5-year term?

   b. Limitations on annual increases?

   c. Phase-out of renewal discounts (or phased decrease in the discounts offered)?

   d. Degree of DirecTV involvement in price-setting?  Same (NFL choice) or higher?

   e. Specified restrictions on promotional packaging, or continuation of NFL sole-discretion approval right with no specifications?

   f. Continue NFL marketing commitment (gives some control over promotion of package) and incremental network ad buy commitment, or not?  (NOTE:  if continue marketing commitment, must increase basic guarantee by a corresponding amount.)

---

**DRAFT** -- December 5, 2002

### DIRECTV MAIN POINTS OF AGREEMENT

4. Pricing, discounting, promotional packaging, and NFL marketing commitments

   a. NFL will continue to set prices to be charged by DirecTV as its agent for sales of NFL Sunday Ticket, which will not exceed $250 in the 2003 season, $325 in the 2004 and 2005 seasons, and $400 in the 2006 and 2007 seasons.

   b. Renewal discounts as currently offered will be phased out or substantially decreased over the next 2-3 years.

   c. NFL will continue to have approval rights with respect to DirecTV promotional offers involving NFL Sunday Ticket (including both terms of the promotion and content of advertising and similar items). Promotional packages in which NFL Sunday Ticket constitutes less than 40% of the total value of the promotion will generally not be approved.

   d. NFL marketing commitment and NFL purchase for DirecTV of incremental network advertising time will be eliminated.

TX-773

TX-774

10



41

# 1. Code words

# 2. Secret deals

# 3. Cover story

42

June 2004
Internal NFL Memo

# MEMORANDUM

**To:**    Commissioner Tagliabue
Steve Bornstein
Roger Goodell
Eric Grubman

**Re:**    NFL Sunday Ticket Pricing

This memorandum identifies and discusses several courses of action through which the NFL could take a more active role in the pricing of the NFL Sunday Ticket service under new contractual arrangements with DirecTV and/or the digital cable industry.

TX-742

43

# Code Words and Side Deals – "Premium Pricing" or "Premium Product"?

**From:** McManus, Sean [mailto:sjmcmanus@CBS.com]
**Sent:** Friday, May 01, 2009 1:19 PM
**To:** Bornstein, Steve
**Cc:** Moonves, Leslie
**Subject:** Term sheet comments

10. We will need clarification on the premium pricing for NFL Sunday ticket, and any other such packages. The concept here has always been that these packages are sold at a premium, thereby limiting distribution. If they are offered as non-premium or even free packages we are concerned that distribution may grow significantly. Likewise, we will need specifics on the pricing on the broadband product, but we are assuming that the pricing for this product in the white areas will be the same as the DirecTV package.

TX-750

44

# April 20, 2012: DirecTV Drops Sunday Ticket Price



# NFL Never Let Sunday Ticket's Price Drop Again













**ROGER GOODELL**
Commissioner

**BRIAN ROLAPP**
Chief Media and Business Officer

**HANS SCHROEDER**
Executive Vice President, Media





**BRIAN FITZGERALD**
Managing Director, Media

**BRENT LAWTON**
Vice President, Media



**MICHAEL WHITE**
CEO



**ALEX KAPLAN**
Senior Vice President, Revenue and Marketing





**ROBERT STECKLOW**
GM, Sponsorship and
Original Content Marketing

**JAMIE DYCKES**
Senior Director, Revenue
and Product Management







**DIRECTV**













**ROGER GOODELL**
Commissioner

**BRIAN ROLAPP**
Chief Media and Business Officer

**HANS SCHROEDER**
Executive Vice President, Media

**BRIAN FITZGERALD**
Managing Director, Media

**BRENT LAWTON**
Vice President, Media

**MICHAEL WHITE**
CEO

**ALEX KAPLAN**
Senior Vice President, Revenue and Marketing

**ROBERT STECKLOW**
GM, Sponsorship and Original Content Marketing

**JAMIE DYCKES**
Senior Director, Revenue and Product Management

# Stecklow: "Lets Make Decisions In The Room"



**Robert Stecklow,**
General Manager Sports Products, Sponsorship, and Original Content Marketing

**DIRECTV**

**From:** ==Stecklow, Robert== L [RLStecklow@DIRECTV.com]
**Sent:** 3/20/2012 4:15:17 PM
**To:** Fitzgerald, Brian [Brian.Fitzgerald@NFL.com]
**Subject:** Re: DIRECTV Sunday Ticket meeting at NFL

This is the agenda I had put together, but think it covers what you had. Key things to note for this year=
-Topline of DTV business (good to share so you know what we are challenged with)
-==lets make decisions in the room== - its ok to discuss and have dialogue around the issues, but lets not leave the room thinking we are good to have a note 2 weeks later with things we can't do and have to change - make sense?  I know you & I get it, just want to make sure others at NFL get it

Agenda Topics

1- overview of DTV business  / competition / 2012 Business Goals / subscriber trends, etc

2- ==2012 NFL Sunday Ticket Pricing== & challenges

TX-780

51

# Stecklow: NFL "100% Have Agreed On Pricing Every Year In A Meeting Just Like Yesterday"

| | |
|---|---|
| **From:** | Stecklow, Robert L [RLStecklow@DIRECTV.com] |
| **Sent:** | 12/21/2016 3:46:42 PM |
| **To:** | Patel, Hanny [HGPatel@DIRECTV.com]; Jack, Benjamin T [BTJack@DIRECTV.com]; Dyckes, James D [jddyckes@directv.com] |
| **BCC:** | hp1617@att.dmm; jd143s@att.dmm |
| **Subject:** | NFL follow up |

Solid meeting yesterday.  Just a couple of thoughts

?       Just FYI, there was never a $199 'ramp up' strategy for .tv.  Its only year 3 (year 1 was minimal sales).   Def think you can raise prices but don't let the NFL tell you we said ramp up and didn't do it.  Never was sold that way and they 100% have agreed on pricing every year in a meeting just like yesterday.

TX-457

52

# Stecklow to Kaplan: Sunday Ticket's Price is "Subject To NFL Approval"



**ALEX KAPLAN**
Senior Vice President,
Revenue and Marketing





**ROBERT STECKLOW**
GM, Sponsorship and
Original Content
Marketing

**From:** Stecklow, Robert L [RLStecklow@DIRECTV.com]
**Sent:** 4/8/2015 3:27:26 PM
**To:** Kaplan, Alex [AKaplan@DIRECTV.com]; Ton, Jeff [JTon@DIRECTV.com]
**Subject:** updated NFLST 101 and DTV rights
**Attachments:** nflst deal rights v4 SHORT.pdf

NFL Sunday Ticket 101 & DIRECTV Rights   

SUBSCRIPTION
BUSINESS MODEL

- Subject to NFL approval, DIRECTV determines seasonal Pricing and Packaging (e.g., NFLST Basic and NFLST MAX).
- NFL Sunday Ticket is a subscription product run with an auto-renewal process.
- The auto-renewal process begins each May/June as over 3M DIRECTV customers are renewed each year.
- The package is offered in full season, half season, and other special offers.
- In the current business model, new DIRECTV subscribers (acquisition) are given a free trial season in their first year of service.
- Peak sales and renewal/call center activity is each August and September.

- Subject to NFL approval, DIRECTV determines seasonal Pricing and Packaging

TX-267

53

# Stecklow: "I wasn't really involved" In Sunday Ticket's Pricing



**Robert Stecklow,**
General Manager Sports Products, Sponsorship, and Original Content Marketing

**Q.** And in terms of changing the price, is that something that DIRECTV could have done without consulting the NFL?

**A.** I wasn't really involved with the pricing decisions, so I couldn't answer.

Stecklow, Dep. Tr. at 23:14-20

54





**ROGER GOODELL**
Commissioner

**BRIAN ROLAPP**
Chief Media and Business Officer



**HANS SCHROEDER**
Executive Vice President, Media





**BRIAN FITZGERALD**
Managing Director, Media

**BRENT LAWTON**
Vice President, Media

DIRECTV



**MICHAEL WHITE**
CEO



**ALEX KAPLAN**
Senior Vice President, Revenue and Marketing





**ROBERT STECKLOW**
GM, Sponsorship and Original Content Marketing

**JAMIE DYCKES**
Senior Director, Revenue and Product Management

# Dykes: "Can't Recall" Which Two Entities Required To Lower Sunday Ticket's Price



**James Dyckes,**
Senior Director of Revenue and Product Management



**From:** DYCKES, JAMES D
**Sent:** Monday, September 17, 2018 11:39 AM
**To:** ROSS, STEPHEN <sr7094@att.com>
**Cc:** BRITTON, JASON R <jb918s@att.com>
**Subject:** RE: Sunday Ticket Willingness to Pay

 

I have wanted to drop the price, but because of Operating Income gaps finance has said no.  In addition, the NFL deems their product as a Premium Product, and dropping the price would send a message that their product needs help, so they have pushed back hard. In fact, they wanted a 45%+ increase this year for our existing subs on streaming.

I do have a cancellation study that Jason has also seen, and it basically says for a lot of customers that price is an issue and breaks down what they would be willing to pay for.  As you might expect, it is lower than currently priced.

A difficult spot with the two entities required to lower the price have said no.

Q.   Would you agree that when you refer to the two entities there, those two entities are DirecTV and the NFL?

A.   I don't recall.  I think the one entity for sure would have been Finance, but I'm not sure what I meant by the other piece.

TX-269, Dykes, Dep. Tr. at 121:15-22

56







**ROGER GOODELL**
Commissioner

**BRIAN ROLAPP**
Chief Media and Business Officer

**HANS SCHROEDER**
Executive Vice President, Media









**BRIAN FITZGERALD**
Managing Director, Media

**BRENT LAWTON**
Vice President, Media

**MICHAEL WHITE**
CEO



**ALEX KAPLAN**
Senior Vice President, Revenue and Marketing





**ROBERT STECKLOW**
GM, Sponsorship and Original Content Marketing

**JAMIE DYCKES**
Senior Director, Revenue and Product Management

# Schroeder Asks Lawton For "Final Agreed To Pricing" For Sunday Ticket





**BRIAN ROLAPP**
Chief Media and Business Officer



**HANS SCHROEDER**
Executive Vice President, Media



**BRENT LAWTON**
Vice President, Media

**From:** Schroeder, Hans
**Sent:** Monday, May 29, 2017 7:29 PM
**To:** Lawton, Brent <Brent.Lawton@nfl.com>
**Subject:** nflst - couple items

B,

Hope you had a good memorial day.

Had a couple items for you. Can you send me final agreed to pricing for nflst for this year, and for the plan for nflst.tv for next as well?

Also, any additional asks about att instore or game mix?

Can grab 5 minutes in the morning.

TX-684

58

# Schroeder: "I Don't Know" What "Final Agreed To Pricing" Meant



**Hans Schroeder,**
Executive Vice
President; Chief
Operating Officer



**From:** Schroeder, Hans
**Sent:** Monday, May 29, 2017 7:29 PM
**To:** Lawton, Brent <Brent.Lawton@nfl.com>
**Subject:** nflst - couple items

B,

Hope you had a good memorial day.

Had a couple items for you. Can you send me final agreed to pricing for nflst for this year, and for the plan for nflst.tv for next as well?

Also, any additional asks about att instore or game mix?

Can grab 5 minutes in the morning.

Q.  What did you mean, then, when you said agreed-to pricing?

A.  I don't know as I sit here today. All I know is DirecTV set the price.

59





ROGER GOODELL
Commissioner

BRIAN ROLAPP
Chief Media and Business Officer

HANS SCHROEDER
Executive Vice President, Media





BRIAN FITZGERALD
Managing Director, Media



BRENT LAWTON
Vice President, Media

DIRECTV

MICHAEL WHITE
CEO



ALEX KAPLAN
Senior Vice President, Revenue and Marketing



ROBERT STECKLOW
GM, Sponsorship and Original Content Marketing



JAMIE DYCKES
Senior Director, Revenue and Product Management



# Rolapp: "I don't know -- I don't know -- I don't know"



**Brian Rolapp,**
Chief Media Officer



Q.  Who would you say is the person most knowledgeable at the league about how Sunday Ticket is priced?

A.  I don't know -- I don't know -- I don't know who that would be, quite frankly.

# NFL Knew To Be "Careful How We Talk About Pricing"

**From:** Steadman, Amy
**Sent:** Tuesday, May 08, 2018 7:57 PM
**To:** LaForce, Kevin <Kevin.LaForce@NFL.com>; Herald, Amanda <Amanda.Herald@nfl.com>; Taylor, Kelsey <Kelsey.Taylor@nfl.com>; Lawton, Brent <Brent.Lawton@nfl.com>
**Subject:** RE: anything missing / to tweak here? want to send to BR / HLS asap

Looks right – added term on Uverse for NFLST and NFLN below.  Also, fyi, we need to be careful how we talk about pricing.

TX-777



# FOX Demands NFL Ensure Sunday Ticket Priced Above $293.96 On Streaming

December 7, 2020
Email Re: Fox/NFL Broadcast Rights

| | |
|---|---|
| **From:** | Nallen, John [John.Nallen@fox.com] |
| **Sent:** | 12/7/2020 11:21:45 PM |
| **To:** | Rolapp, Brian [Brian.Rolapp@NFL.com] |
| **CC:** | Jones, Larry [Larry.Jones@fox.com] |
| **Attachments:** | Fox Response to NFL (December 7, 2020).pdf |

### Fox Response to NFL Proposal Dated November 11, 2020

| | NFL Proposal | Fox Response (*Each Fox position is conditioned upon acceptance of all Fox positions.*) |
|---|---|---|
| 34. Resale/Sunday Ticket – Pricing* | | Discrete, bona fide, material charge or subscription fee, no less than 2020-21 season (i.e., base price of $293.96 per season). |

TX-257

64

| From: | Rolapp, Brian [Brian.Rolapp@NFL.com] |
|---|---|
| Sent: | 11/11/2021 11:45:44 AM |
| To: | Goodell, Roger [ROGER_G00DELL@nfl.com] |
| Subject: | Re: |

FYI. See below comments from Chapek regarding NFLST

By way of update, I met with Jimmy again who further laid out a more detailed structure of how they would like to offer NFLST.

I can give you details, but in short the structure is full exclusivity including digital and PayTV rights. The digital rights would be packaged with an over-the-top ESPN and ESPN+.

There were elements of the structure I told him we do not like. Those elements included the low NFLST price points they wanted to offer (~$70.00 per season) and offering to sell a "team by team" product

TX-696

65

# Sunday Ticket Price







# Plaintiff Class Representatives



**ROB LIPPINCOTT**



**JONATHAN FRANTZ**



**JASON BAKER**



**EUGENE LENNON**





67

# Total Overcharge



**PREMIUM SUBSCRIPTION**

$273

**OVERCHARGE**

**SATELLITE TV SUBSCRIPTION**

$1,100

# Competition = More Choices, Lower Prices

| Pacific Standard Time | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| abc | Notre Dame vs Navy | | | Nebraska @ Michigan | | | | TCU @ Texas | | | | | | |
| CBS | Missouri @ Tennessee | | | Alabama @ Ole Miss | | | | | | | | | | |
| NBC | | | | | | | | | | | | | | |
| FOX | Indiana @ Ohio State | | | Maryland @ Penn State | | | | Washington @ Oregon | | | | Arizona @ UCLA | | |
| ESPN | LSU @ Arkansas | | | Louisville @ Clemson | | | | Georgia @ Mississippi State | | | Stanford @ Utah | | | |
| ESPN 2 | Purdue @ Illinois | | | UCF @ Tulane | | | | North Carolina @ West Forest | | | | | | |
| ESPN U | SMU @ South Florida | | | Iowa State @ Oklahoma State | | | | Southern Miss @ Coastal Carolina | | | | | | |
| FS1 | Oklahoma @ West Virginia | | | Wisconsin @ Iowa | | | | Kansas State @ Baylor | | | | San Jose State @ San Diego State | | |
| Regional SNs | Virginia Tech @ Duke | | | Miami @ Georgia Tech | | | | | | | | | | |
| SEC Network | Vanderbilt @ Kentucky | | | South Carolina @ Florida | | | | Texas A&M at Auburn | | | | | | |
| BTN | Rutgers @ Michigan State | | | Northwestern @ Minnesota | | | | | | | | | | |
| ACCN | Pittsburgh @ Virginia | | | Boston College @ N.C. State | | | | Florida State @ Syracuse | | | | | | |
| TNT | | | | Army @ Troy | | | | | | | | | | |
| PAC 12 | | | | Arizona State @ Washington State | | | | | California @ Oregon State | | | | | |
| CBS SPORTS NETWORK | Liberty @ Connecticut | | | New Mexico @ Air Force | | | | Wyoming @ Colorado State | | | | Boise State @ Nevada | | |

# No Competition = Fewer Choices, Higher Prices

| Pacific Standard Time | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| abc | | | | | | | | | | | | | | |
| CBS | Jacksonville @ Kansas City | | | | | | | | | | | | | |
| NBC | | | | | | | | | LA Chargers @ San Francisco | | | | | |
| FOX | Minnesota @ Buffalo | | | Arizona @ LA Rams | | | | | | | | | | |
| ESPN | | | | | | | | | | | | | | |
| ESPN 2 | | | | | | | | | | | | | | |
| ESPN U | | | | | | | | | | | | | | |
| FS1 | | | | | | | | | | | | | | |
| Regional SNs | | | | | | | | | | | | | | |
| SEC ESPN NETWORK | | | | | | | | | | | | | | |
| BTN BIG TEN NETWORK | | | | | | | | | | | | | | |
| ACCN ESPN | | | | | | | | | | | | | | |
| TNT | | | | | | | | | | | | | | |
| PAC 12 | | | | | | | | | | | | | | |
| CBS SPORTS NETWORK | | | | | | | | | | | | | | |

70





# NFL Rejected More Affordable Options



## NON-EXCLUSIVE LICENSING

# $155

**PER SEASON**



REJECTED



## ACTUAL OFFER

# $70

**PER SEASON**



REJECTED



## FULL COMPETITION

# $0

**On Basic Cable**



REJECTED

73

# Class Overcharge vs NFL Revenue From FOX, CBS, and DirecTV (2011 – 2022)



# Free TV Is An NFL "Public Talking Point"

11/8/04

## PUBLIC TALKING POINTS

- (If asked) As far as cable industry complaints about being shut out of Sunday Ticket, the DirecTV partnership is pro-consumer and pro-fan because it enables us to continue to keep our games on basic, over-the-air television. Keeping our premium packages limited is the key to allowing us to stay on free TV. Significant access to our games on pay or subscriber TV would erode our ability to keep the bulk of our games on broadcast TV. In addition, the NFL Network, including the popular NFL video-on-demand and local club programming opportunities are available to cable.

TX-1131

75

# NFL's Own Research "On 'Competitive Balance"

October 27, 2004
NFL Broadcast Committee Presentation



**Broadcast Committee**

October 27, 2004

## General Observations

- **Little correlation between revenue and winning percentage**
  - ➤ Most teams have been at or near the Salary Cap
  - ➤ So to date, teams have had equal shot at talent
  - ➤ Sustainability of this situation unclear

TX-336

76



# Dallas Cowboys Football Club, Ltd.



# Kansas City Chiefs Football Club, Inc.

**2023 REVENUE** — $1.14B

**2023 REVENUE** — $540M

**2023 PLAYERS' SALARY** — $218M

**2023 PLAYERS' SALARY** — $214M

**SUPERBOWL WINS SINCE 1996** — 0

**SUPERBOWL WINS SINCE 2010** — 3

Case 2:15-ml-02668-PSG-SK   Document 1533-1   Filed 08/15/24   Page 79 of 82   Page ID
#:58660

## ASKS TO THE NFL THAT HAVE BEEN DENIED

- **Expanding eligibility for .TV**
  - Military
  - College/University Alumni
  - FirstNet / First Responders
- **Custom Game Mix**
  - Marketing denied as feature is only on app
- **4K**
  - Ability to carry games in 4K and market 4K with NFL marks
- Multiple **fantasy platform providers** for NFLST app (i.e. Yahoo, ESPN)...must use NFL.com OR compensate NFL for lost business

March 6, 2020
NFLST Evolution Cliff Notes

TX-13

78





80

