EXHIBIT 2
Demonstratives Shown During the June 10, 2024 Examination of Larry Jones

# NFL Opening



You heard why would CBS and FOX be interested in what happens with Sunday Ticket? Because **it's their broadcast. They are giving it to the NFL and sharing it for limited purposes, only for Sunday Ticket. That's what people do with their intellectual property.**

# NFL Rights

Teams own live TV rights for NFL games

NFL acts as agent for the teams

NFL, as teams' agent, owns copyrights to all Game Broadcasts & has royalty-free license to FOX Excluded Materials & Marks

2

# NFL Rights

Teams own live TV rights for NFL games

NFL acts as agent for the teams

NFL, as teams' agent, owns copyrights to all Game Broadcasts & has royalty-free license to FOX Excluded Materials & Marks

3

# FOX – NFL CALLS AND MEETINGS
## December 7, 2020 – January 15, 2021

**December 10, 2020**

 Meeting

**NFL:** Goodell, Rolapp,
**FOX:** Murdoch, Nallen, & Shanks
TX-0257

| 2020 | 2021 |

# FOX – NFL CALLS AND MEETINGS
## December 7, 2020 – January 15, 2021

**December 10, 2020**

 Meeting

**NFL:** Goodell, Rolapp,
**FOX:** Murdoch, Nallen, & Shanks
TX-0257

**December 27, 2020**

 Call

**NFL:** Rolapp
**FOX:** Nallen
TX-1001

2020                                    2021

# FOX – NFL CALLS AND MEETINGS
## December 7, 2020 – January 15, 2021

**December 10, 2020**

 Meeting

**NFL:** Goodell, Rolapp,
**FOX:** Murdoch, Nallen, & Shanks
TX-0257

**December 27, 2020**

 Call

**NFL:** Rolapp
**FOX:** Nallen
TX-1001

**December 30, 2020**

 Call

**NFL:** Rolapp
**FOX:** Nallen
TX-0169

2020 | 2021

# FOX – NFL CALLS AND MEETINGS
## December 7, 2020 – January 15, 2021



**December 10, 2020**

🎙 Meeting

**NFL:** Goodell, Rolapp,
**FOX:** Murdoch, Nallen, & Shanks
TX-0257

**December 27, 2020**

📞 Call

**NFL:** Rolapp
**FOX:** Nallen
TX-1001

**December 30, 2020**

📞 Call

**NFL:** Rolapp
**FOX:** Nallen
TX-0169

**January 6, 2021**

📞 Call

**NFL:** Rolapp
**FOX:** Nallen
TX-0367

2020
2021

# FOX – NFL CALLS AND MEETINGS
## December 7, 2020 – January 15, 2021



**December 10, 2020**

 Meeting

**NFL:** Goodell, Rolapp,
**FOX:** Murdoch, Nallen, & Shanks
TX-0257

**December 27, 2020**

 Call

**NFL:** Rolapp
**FOX:** Nallen
TX-1001

**December 30, 2020**

Call

**NFL:** Rolapp
**FOX:** Nallen
TX-0169

**January 6, 2021**

 Call

**NFL:** Rolapp
**FOX:** Nallen
TX-0367

**January 7, 2021**

Call

**NFL:** Rolapp
**FOX:** Nallen
TX-1000

2020 | 2021

# FOX – NFL CALLS AND MEETINGS
## December 7, 2020 – January 15, 2021



**December 10, 2020**

Meeting

**NFL:** Goodell, Rolapp,
**FOX:** Murdoch, Nallen, & Shanks
TX-0257

**December 27, 2020**

Call

**NFL:** Rolapp
**FOX:** Nallen
TX-1001

**December 30, 2020**

Call

**NFL:** Rolapp
**FOX:** Nallen
TX-0169

**January 6, 2021**

Call

**NFL:** Rolapp
**FOX:** Nallen
TX-0367

**January 7, 2021**

Call

**NFL:** Rolapp
**FOX:** Nallen
TX-1000

**January 15, 2021**

Call

**NFL:** Rolapp
**FOX:** Nallen
TX 0441

2020

2021

# Sunday Ticket Price







10

# NFL Opening



**So this is called the first down line.** If you watch football, you know -- you want to know whether your team made a first down and gets to keep going. The old days when you watched, you couldn't see exactly where that line was. You had to estimate. Now – and it's been around for a while, but they innovated so you could see -- see that yellow line going down there -- so you could see, when you're a viewer, where it is.

**That was innovated and developed by FOX and then shared with others.**

**10:19am**

Q.    Let me just try one more time, because I understand that's -- you know, the principle that you're talking about. But specifically, specifically, FOX has generally communicated to the NFL that it wanted a limitation on the number of Sunday Ticket subscribers; correct, sir?

**A.    As I said, we wanted Sunday Ticket to be available to the avid subscriber -- the avid fan so they had a premium service, it was a premium product, they were going to get all of the great FOX telecast for a premium fee.**

12