EXHIBIT 3
Demonstratives Shown During the June 11, 2024 Examination of Daniel Rascher

# *In Re NFL Sunday Ticket Antitrust Litigation*

*Daniel Rascher*

# Professional Background



Professor and Director of Academic Programs for the Sport Management Master's Program



Economic consulting services for clients involved in sports and other industries

    



Economics, finance, and market research consulting firm focused specifically on the sports industry

         

2

# Educational and Professional Background



Bachelor of Economics
University of California at San Diego



Ph.D. in Economics
University of California at Berkeley



Published numerous articles, book chapters, and a textbook in the field of sports economics and finance



Over 100 consulting projects involving the sports and entertainment industries

## Experience With NFL

| | |
|---|---|
|  | Oakland Raiders vs. The City of Oakland |
|  | Oakland Raiders pay dispute with head coach |
|  | Surveys of fans at dozens of games/concerts at the SF 49ers stadium |
|  | Valued Cincinnati Bengals for the IRS |
|  | Expert for NFL on seat licenses and secondary ticketing |

4



SUNDAY AFTERNOON    BROADCAST RIGHTS

3-4 GAMES

9-10 GAMES

5

## Pre 1960s



## Saturday College Football



## Sunday Ticket in Canada



## NFL's New Frontier



6

# 32 Independent Teams in the NFL



# The Teams Are Separate Corporations


New England Patriots, LP


New York Football Giants, Inc.


New York Jets Football Club, Inc.


Denver Broncos Football Club


Arizona Cardinals, Inc.


Kansas City Chiefs Football Club, Inc.


Jacksonville Jaguars Ltd.


Atlanta Falcons Football Club LLC


Buffalo Bills, Inc.


San Francisco Forty Niners Ltd.


The Rams Football Company LLC


Chicago Bears Football Club, Inc.


Philadelphia Eagles Football Club, Inc.


Washington Football Inc.


Cincinnati Bengals, Inc.


New Orleans Louisiana Saints LLC


Cleveland Browns LLC


Football Northwest LLC


Pittsburgh Steelers Sports, Inc.


Panthers Football LLC


San Diego Chargers Football Co.


Baltimore Ravens Limited Partnership


Indianapolis Colts, Inc.


Dallas Cowboys Football Club, Ltd.


Buccaneers Limited Partnership


Green Bay Packers, Inc.


Miami Dolphins, Ltd.


Minnesota Vikings Football Club LLC


Oakland Raiders LP


Tennessee Football, Inc.


Detroit Lions, Inc.


Houston NFL Holdings LP

8

# HISTORY OF NFL BROADCAST RIGHTS

Individual teams controlled the right to telecast NFL games



1939 1940 1941 1942 1943 1944 1945 1946 1947 1948 1949 1950 1951 1952 1953 1954 1955 1956 1957 1958 1959 1960 1961 1962 1963 1964 1965 1966 1967 1968 1969 1970

# HISTORY OF NFL BROADCAST RIGHTS

Individual teams controlled the right to telecast NFL games



Los Angeles Rams and the Washington Redskins became the first NFL teams to have all of their games—home and away—televised



October 1939, Philadelphia Eagles v the Brooklyn Dodgers in Schenectady and in New York City



First NFL championship to be televised: Philadelphia Eagles vs Chicago Cardinals



| 1939 | 1940 | 1941 | 1942 | 1943 | 1944 | 1945 | 1946 | 1947 | 1948 | 1949 | 1950 | 1951 | 1952 | 1953 | 1954 | 1955 | 1956 | 1957 | 1958 | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 |

# HISTORY OF NFL BROADCAST RIGHTS

Individual teams controlled the right to telecast NFL games



Los Angeles Rams and the Washington Redskins became the first NFL teams to have all of their games—home and away—televised



October 1939, Philadelphia Eagles v the Brooklyn Dodgers in Schenectady and in New York City



Teams add Article X to NFL constitution



First NFL championship to be televised: Philadelphia Eagles vs Chicago Cardinals



| 1939 | 1940 | 1941 | 1942 | 1943 | 1944 | 1945 | 1946 | 1947 | 1948 | 1949 | 1950 | 1951 | 1952 | 1953 | 1954 | 1955 | 1956 | 1957 | 1958 | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 |

# Article X Limits On Showing Games



# HISTORY OF NFL BROADCAST RIGHTS

Individual teams controlled the right to telecast NFL games



Los Angeles Rams and the Washington Redskins became the first NFL teams to have all of their games—home and away—televised



October 1939, Philadelphia Eagles v the Brooklyn Dodgers in Schenectady and in New York City



Teams add Article X to NFL constitution



First NFL championship to be televised: Philadelphia Eagles vs Chicago Cardinals



United States v. NFL Federal court rules Article X illegal



1939 1940 1941 1942 1943 1944 1945 1946 1947 1948 1949 1950 1951 1952 1953 1954 1955 1956 1957 1958 1959 1960 1961 1962 1963 1964 1965 1966 1967 1968 1969 1970

# HISTORY OF NFL BROADCAST RIGHTS

Individual teams controlled the right to telecast NFL games



Los Angeles Rams and the Washington Redskins became the first NFL teams to have all of their games—home and away—televised



October 1939, Philadelphia Eagles v the Brooklyn Dodgers in Schenectady and in New York City



Teams add Article X to NFL constitution



First NFL championship to be televised: Philadelphia Eagles vs Chicago Cardinals



United States v. NFL Federal court rules Article X illegal



Four networks showing professional football games



1939 1940 1941 1942 1943 1944 1945 1946 1947 1948 1949 1950 1951 1952 1953 1954 1955 1956 1957 1958 1959 1960 1961 1962 1963 1964 1965 1966 1967 1968 1969 1970

# HISTORY OF NFL BROADCAST RIGHTS

Individual teams controlled the right to telecast NFL games



Los Angeles Rams and the Washington Redskins became the first NFL teams to have all of their games—home and away—televised



Teams gave all rights to NFL; NFL tried to do a deal with CBS



October 1939, Philadelphia Eagles v the Brooklyn Dodgers in Schenectady and in New York City



Teams add Article X to NFL constitution



First NFL championship to be televised: Philadelphia Eagles vs Chicago Cardinals



United States v. NFL Federal court rules Article X illegal



Four networks showing professional football games



| 1939 | 1940 | 1941 | 1942 | 1943 | 1944 | 1945 | 1946 | 1947 | 1948 | 1949 | 1950 | 1951 | 1952 | 1953 | 1954 | 1955 | 1956 | 1957 | 1958 | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 |

# HISTORY OF NFL BROADCAST RIGHTS

Individual teams controlled the right to telecast NFL games



October 1939, Philadelphia Eagles v the Brooklyn Dodgers in Schenectady and in New York City



First NFL championship to be televised: Philadelphia Eagles vs Chicago Cardinals



Los Angeles Rams and the Washington Redskins became the first NFL teams to have all of their games—home and away—televised



Teams add Article X to NFL constitution



United States v. NFL Federal court rules Article X illegal



Four networks showing professional football games



Teams gave all rights to NFL; NFL tried to do a deal with CBS



United States vs NFL II Federal court found the new deal illegal



1939 1940 1941 1942 1943 1944 1945 1946 1947 1948 1949 1950 1951 1952 1953 1954 1955 1956 1957 1958 1959 1960 1961 1962 1963 1964 1965 1966 1967 1968 1969 1970

# HISTORY OF NFL BROADCAST RIGHTS

Individual teams controlled the right to telecast NFL games



October 1939, Philadelphia Eagles v the Brooklyn Dodgers in Schenectady and in New York City



First NFL championship to be televised: Philadelphia Eagles vs Chicago Cardinals



Los Angeles Rams and the Washington Redskins became the first NFL teams to have all of their games—home and away—televised



Teams add Article X to NFL constitution



United States v. NFL Federal court rules Article X illegal



Four networks showing professional football games



Teams gave all rights to NFL; NFL tried to do a deal with CBS



United States vs NFL II Federal court found the new deal illegal



Congress passed a special exemption called the Sports Broadcasting Act for free over-the-air television



1939 1940 1941 1942 1943 1944 1945 1946 1947 1948 1949 1950 1951 1952 1953 1954 1955 1956 1957 1958 1959 1960 1961 1962 1963 1964 1965 1966 1967 1968 1969 1970

# Each Team Consolidated Broadcast Rights to NFL



# The NFL Constitution and bylaws



## Article X

### Broadcasting and Television

**Contract Conditions**

10.1   Any contract entered into by any club for telecasting or broadcasting its games, and the sponsor or sponsors of each game telecast or broadcast pursuant to such a contract, must be approved in writing by the Commissioner in advance of such telecast or broadcast.

**Television Restrictions**

10.2   Subject to the limitations and exceptions set forth in this Article, member clubs participating in any game are authorized to telecast and broadcast such game anywhere except as follows:

(A)   No club shall cause or permit a game in which it is engaged to be telecast into any area included within the home territory of any other club on the day that such other club is engaged in playing a game at home;

(B)   No telecast of a home game within the home territory of a club shall be caused or permitted, except by agreement between the participating clubs;

(C)   Each home club grants to the visiting club the exclusive right to permit or license the telecast of the game being played between them back to the home territory of the visiting club.

# The NFL Constitution and bylaws

**CONSTITUTION AND BYLAWS OF THE NATIONAL FOOTBALL LEAGUE**



Effective February 1, 1970
(Revised as of September 14, 2016)

*Provisions of the Constitution relating to players (in particular, Articles XII, XIV, XV, XVI, XVII, and XVIII) remain subject to the provisions of the Collective Bargaining Agreement.

CONFIDENTIAL                    NFL_0012383

TX 47  Pg. 1 of 448

### Television Income

10.3    All regular season (and preseason network) television income will be divided equally among all member clubs of the League regardless of the source of such income, except that the member clubs may, by unanimous agreement, provide otherwise in a specific television contract or contracts.

*See* 1998 Resolution BC-7 (payments to participants in nationally televised preseason games), App., p. 1998-8

TX-47

20



**Brian Rolapp,**
Chief Media Officer



"The NFL football is in a class if it's own
and is a premium product in and of itself."

Rolapp, Dep. Tr. at 124:20-125:17

# Licensing Revenue (Sunday Afternoon Games) From 2011-2023

| CATEGORY | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sunday Afternoon **FOX** ◉**CBS** | $1.3B | $1.3B | $1.4B | $1.7B | $1.7B | $2.0B | $2.0B | $2.0B | $2.3B | $2.3B | $2.5B | $2.7B | **FOX** $12.2B ◉CBS $11.0B |



$23.2B

# NFL Network: November 4, 2003



# Fans Can't Watch Most Games On Over-the-Air TV (Week 3, 2022)



# NFL 2016 WEEK 11 GAME AVAILABILITY ON FOX TV (1pm ET)



## Current Schedule

| Start (EST) | Network | Matchup | % HH Dist. |
|---|---|---|---|
| 1:00 PM | FOX Single | CHI @ NYG | 30% |
| | | ARI @ MIN | 29% |
| | | TB @ KC | 16% |
| | | BUF @ CIN | 5% |
| 1:00 PM | CBS Regional | BAL @ DAL | 72% |
| | | PIT @ CLE | 6% |
| | | JAC @ DET | 6% |
| | | TEN @ IND | 6% |
| 4:05 PM | FOX | MIA @ LAR | 19% |
| 4:25 PM | CBS National | PHI @ SEA | 78% |
| | | NE @ SF | 22% |
| Average per game | | | 26% |

OUT OF MARKET

TX-0686 (NFL's New Frontier)

25

# NFL 2016 WEEK 11 GAMES ON FOX TV (1pm ET)
## Bears vs Giants: Blocked From 70% of US TV Households



https://506sports.com/nfl.php?yr=2016&wk=11

# NFL 2016 WEEK 11 GAMES ON FOX TV (1pm ET)
## Cardinals v. Vikings: Blocked From 71% of US TV Households



# NFL 2016 WEEK 11 GAMES ON FOX TV (1pm ET)
## Buccaneers vs Chiefs: Blocked From 84% of US TV Households



https://506sports.com/nfl.php?yr=2016&wk=11

28

# N F L  2 0 1 6  W E E K  1 1  G A M E S  O N  FOX TV (1pm ET)
## Bills vs Bengals: Blocked From 95% of US TV Households



https://506sports.com/nfl.php?yr=2016&wk=11

29

## The Two Plaintiff Classes





**RESIDENTIAL**

24,105,049
ANNUAL PAID SUBSCRIPTIONS

2011  2012  2013  2014  2015  2016  2017  2018  2019  2020  2021  2022





**COMMERCIAL**

506,788
ANNUAL PAID SUBSCRIPTIONS

2011  2012  2013  2014  2015  2016  2017  2018  2019  2020  2021  2022

30

# Blackouts



# 2004 NFL and DirecTV Agreement





2. **_Rights Fees; NFL Network:_**

a. <mark>Total nominal payments of $3.5 billion</mark> for all rights described herein (except NFL Network surcharges, as described in paragraph 2.d, and for NFL Network carriage fee adjustments described in paragraph 2.b.) for a period of five NFL seasons (2006-2010).

TX-43

32

# 2009 NFL and DirecTV Agreement





**2.**    **Fees; Games; Packaging:**

a.    <u>Rights Fees</u>:  Total nominal payments of $3,800,000,000 for all rights described in this agreement (except as explicitly set forth herein).  Schedule of payments is set forth on Attachment 2.  Payments for each contract year to be made in four equal installments on July 1, October 1, January 1 and March 31 of each contract year.  Payment schedule will be subject to adjustment by mutual agreement, with interest adjustments if re-spreading resulting from adjustments produces either substantial deferral benefits to DIRECTV or substantial acceleration benefits to NFLE.

TX-44

33

# 2014 NFL and DirecTV Agreement

**DIRECTV**

## 2. <u>Fees; Games; Packaging</u>:

a. <u>Rights Fees</u>:  For all rights described in this Agreement (except as explicitly set forth herein), ==DIRECTV shall pay annual payments to NFLE as set forth on Attachment 2.==  Payments for each contract year to be made in four equal installments on July 1, October 1, January 1 and March 1 of each contract year.

### Attachment 2

| Contract year | Rights Fee Payment |
|---|---|
| 4/2015 – 3/2016 (2015 NFL season) | $1,152,000,000 |
| 4/2016 – 3/2017 (2016 NFL season) | $1,243,800,000 |
| 4/2017 – 3/2018 (2017 NFL season) | $1,335,400,000 |
| 4/2018 – 3/2019 (2018 NFL season) | $1,426,900,000 |
| 4/2019 – 3/2020 (2019 NFL season) | $1,523,100,000 |
| 4/2020 – 3/2021 (2020 NFL season) | $1,583,200,000 |
| 4/2021 – 3/2022 (2021 NFL season) | $1,644,000,000 |
| 4/2022 – 3/2023 (2022 NFL season) | $1,711,600,000 |

TX-45

# 2021 Internal NFL Presentation to the Media Committee



**MAY MEDIA COMMITTEE**
May 10, 2021

## NFLST Subscriber Valuation / Model (2020)

*DRAFT - CONFIDENTIAL*

| Direct Profit | | Indirect Profit | | Other Direct Profit | |
|---|---|---|---|---|---|
| *Profit from residential NFLST subscriptions… Premium and Basic… Satellite and White Space* | | *A "core" subscriber would switch if NFLST offered exclusively on another service… profit attributed is from overall DTV video service economics* | | *Profit from NFLST distribution to bars and restaurants + sale of local ad spots in NFLST games* | |
| Subs (000s) | 1,396 | "Core" Subs (000s) | 879 | Commercial Profit | $91M |
| Average Price ($) | x   $320 | Monthly Video Revenue / Sub ($) | x   $148 | Local Ad Inventory | +   $19M |
| NFLST Revenue | $319M | Monthly Video Revenue | $130M | Annual | $110M |
| Less: Direct Costs | -   $46M | Less: Monthly Direct Costs | -   $82M | | |
| White Space Revenue | +   $48M | Monthly | $48M | | |
| **Annual** | $321M | **Annual** | $572M | | |

**Total DTV profit of $1Bn… substantial portion of value driven by "indirect" video**

HIGHLY CONFIDENTIAL

TX-0351.0033

32

NFL_0983087

TX-351

# Licensing Revenue (Sunday Ticket) From 2011-2023

| CATEGORY | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sunday Ticket | $0.9B | $0.9B | $1.0B | $1.0B | $1.1B | $1.2B | $1.3B | $1.4B | $1.5B | $1.6B | $1.6B | $1.7B | $15.4 |

36

## Testimony of Sean McManus



**Sean McManus,**
Chairman

◉ CBS SPORTS

Q.  Has CBS conveyed to the NFL that its preference would be that the price of Sunday Ticket not substantially decrease to subscribers?

A.  We have conveyed that we want it to continue to be a premium package for avid fans.

Q.  And by "premium," how have you described that term to the NFL?

A.  Basically, it is now a premium package with certain pricing parameters, and we would expect that to continue.

July 14, 2022 Deposition of Sean McManus 54:6-17

37

# NFL TV Deals Q&A



3) **How do the deals contemplate the future of Sunday Ticket?  If whoever became the ST partner wanted to create 3 (e.g.) packages for example (all you can eat, team package, single game…whatever), could they do it?**
- Briefly touched on NFLST limitations above, but below is a summary of the terms:
  - NFL retains resale rights via any platform… out of market games only in the US for CBS / FOX
  - Intended to be premium product + complementary to primary distribution… cannot market in contrary manner
  - Must be on a subscription basis… if distributed on digital, must be a discrete "buy-through" for NFLST specifically
  - Cannot be a la carte

## Testimony of Robert Kraft



**Robert Kraft,**
Owner



Q.  And how is it that offering the Sunday Ticket product at less than the premium price would harm the over-the-air broadcast?

A.  I think that would devalue our over-the-air partners' packages.  And then they wouldn't be incented to continue and pay us the way they pay us.

Kraft, Dep. Tr. at 29:3-9

39

# Premium Price



# Licensing Revenue (Sunday Afternoon Games) From 2011-2023 (in Millions)

| CATEGORY | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sunday Afternoon **CBS** **FOX** | $1.3B | $1.3B | $1.4B | $1.7B | $1.7B | $2.0B | $2.0B | $2.0B | $2.3B | $2.3B | $2.5B | $2.7B | **$23.2B** |
| **NFL SUNDAY TICKET** ONLY ON DIRECTV | $0.9B | $0.9B | $1.0B | $1.0B | $1.1B | $1.2B | $1.3B | $1.4B | $1.5B | $1.6B | $1.6B | $1.7B | **$15.4** |
| | | | | | | | | | | | **TOTAL** | | **$38.6B** |

41

## Testimony of Sean McManus



**Sean McManus,**
Chairman

◉ CBS SPORTS

Q.  And in terms of the dramatic increase in the amount of subscribers for Sunday Ticket -- for whatever reason -- as a potential concern, is it fair to say that CBS would prefer that Sunday Ticket be limited in terms of its number of subscribers?

A.  Yes.

Q.  Okay.  And CBS has conveyed that to the NFL. Is that correct?

A.  Yes.

## Testimony of Steve Bornstein



**Steve Bornstein**
Executive Vice President



"CBS, like FOX, was concerned about negatively impacting their Sunday afternoon packages. So they would love to have as little competition as possible."

June 7, 2024 Trial Testimony at 392:13-15

43

# NFL Core Objectives and Media Strategy

- The NFL chose to make a deal with DirecTV (initially at a time when it was not affiliated with any programmer) because of its relatively small customer base. Our most committed fans could find the games, but it would not be so widely available as to undercut the TV network package of games.

- Distribution of the Sunday Ticket package by the entire cable industry – which serves nearly 70 percent of the market – has always been a concern for broadcast partners. They have long

TX-113

March 2004
NFL Strategic Analysis





## NFL Sunday Ticket Business Opportunity on Digital Cable

- Grows potential universe from 13.5 million households to ~90 million households

- Digital cable infrastructure in place

- Key technology issues — especially insertion of local advertisements — can be addressed

- Required incremental MSO CAPEX (less than $100 million industry-wide) is modest relative to potential revenues

**DRAFT**

33

TX-401

45

## Testimony of Robert Kraft



**Robert Kraft,**
Owner



Q. So when the overview that Mr. Rolapp provides indicates that Apple estimates it can reach 15 to 20 million NFL Sunday Ticket subscribers worldwide at some point during the 11-year term, do you consider that to be a good thing or bad thing?

A. Well, if most of them are outside of the U.S., it is a good thing.  If it is in the U.S., my personal opinion is it is too many.

Kraft, Dep. Tr. at 50:23-51:7

46

# April 20, 2016 Email from DirecTV's Robert Stecklow



**From:** Stecklow, Robert L [RLStecklow@DIRECTV.com]
**Sent:** 4/20/2016 7:08:47 PM
**To:** Rabenovets, Joshua [jrabenovets@ea.com]
**Subject:** Re: Madden NFL 17: Sunday Ticket Edition

Hey sorry, I'm here been crazy couple day

The reason why we have to qualify people for the product is you either need a satellite on your home or to prove you can't get a satellite (which we do). The NFL via their broadcast deals don't necessarily want NFLST to be available to everyone in the country, could affect their ratings in how the local games are programmed now. So its a little bit to protect DIRECTV, a little bit to protect the NFL's braodcast deals. They like that NFLST is to a defined amount of people, if that makes sense.

TX 481 Pg. 1 of 2

EXHIBIT
TX-481

TX-481

47

# NFL Opening Statement



## Fans Not Being Served by NFL



TX-172

# Fans Not Being Served by NFL: High Unmet Need



**Fan Research Summary**
Direct-to-Consumer Implications
March 2019



# Fan Behaviors and Needs



Fans ability to watch their preferred game depends on access – fans that don't subscribe to ST and want OOM games have a high unmet need

| | Avid Club or Game-first Fan | | |
|---|---|---|---|
| **Avidity** | | | |
| **Access** (to preferred game) | Primary interest in local game(s) **HAVE ACCESS** | Primary interest in OOM game(s), current ST sub **HAVE ACCESS** | Primary interest in OOM game(s), non-ST sub **NO ACCESS** |
| **Behavior** (for preferred game) | Watch preferred game live via broadcast | Watch preferred game live via ST | Check scores / news, watch highlights, watch FG replay, etc. |
| **Unmet Need** (for preferred game) | Low (Free access to game) | Low (~90% ST satisfaction) | High (No substitute for live game) |

Broader set of DTC experiences being considered – focus on ST / OOM game access given number of addressable fans and high need (i.e., willingness-to-pay)

8

TX-172

50



**SUNDAY TICKET :**
**ADDRESSABLE MARKET**



# Sizing "Out-of-Market" Fans: Weekly View



For the 2017 season, there were ~32M "out-of-market" fans on average each week

**In-Market vs. Out-of-Market Fandom, by Week (2017 Regular Season)**
Number of Fans in Top 100 DMAs
*Source: ESPN Sports Poll, 506 Sports*

■ "In-Market Fans"   ■ "Out-of-Market Fans"

TB@MIA cancelled due to → Hurricane Irma

| | Wk 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | Avg. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 141M | 146M | 146M | 146M | 127M | 119M | 140M | 123M | 111M | 130M | 131M | 146M | 146M | 146M | 146M | 146M | 146M | 137M |
| Out-of-Market | 5M | 41M | 40M | 36M | 29M | 26M | 36M | 22M | 21M | 29M | 31M | 27M | 40M | 39M | 26M | 33M | 51M | 32M |
| In-Market | 25M / 116M | 105M | 106M | 110M | 98M | 92M | 104M | 102M | 90M | 101M | 100M | 119M | 106M | 107M | 120M | 113M | 95M | 105M |
| % Did Not Receive Game | 18% | 28% | 27% | 24% | 24% | 22% | 26% | 18% | 20% | 23% | 24% | 19% | 27% | 27% | 18% | 23% | 37% | 24% |

6

# 2019 NFL Fan Research Summary Presentation



| Methodology - ST Fan Population (Slide 3) | Input |
|---|---|
| NFL Fans | 184,000,000 |
| *% interested in OOM games* | *41%* |
| *Very interested* | *15%* |
| *Somewhat interested* | *26%* |
| Total NFL Fans interested in OOM games (i.e., Full ST Population) | 75,440,000 |
| | |
| *% of fans interested in OOM games that are avid* | *41%* |
| *Very interested in NFL* | *15%* |
| *Somewhat interested in NFL* | *26%* |
| Total Avid NFL Fans interested in OOM games (i.e., Avid ST Population) | 30,930,400 |
| | |
| **Methodology - ST Fan Population by Different SKUs (Slide 6 - Column 1)** | **Input** |
| Total NFL Fans interested in OOM games | 75,440,000 |
| *% that current has access to DTV* | *6%* |
| *Paying - DTV Satellite* | *2%* |
| *Paying - ST.tv (college or apt.)* | *0%* |
| *Non-paying* | *4%* |
| Total number of current DTV subscribers | 4,600,000 |
| Paying - DTV Satellite | 1,700,000 |
| Paying - ST.tv (college or apt.) | 200,000 |
| Non-paying | 2,700,000 |

TX-51

52

# NFL Internal Email and Presentation Re: DirecTV Sunday Ticket Insights

**From:**       Farr, Hannah [Hannah.Farr@nfl.com]
**Sent:**       6/12/2018 3:08:11 AM
**To:**         Lawton, Brent [Brent.Lawton@nfl.com]
**Subject:**    NFLST Insights / Research Deck
**Attachments:**   DirecTV Sunday Ticket Insights_FINAL.PDF

Brent- see below for the main takeaways and questions I have from the NFLST insights deck that we received from the research team. I'll plan to review with you tomorrow, but wanted to send over initial thoughts. Page 16 of the attached is most interesting.

Takeaways:
- Trad'l TV is still fans' go-to to watch NFL games... 78% of fans watched NFL games almost ever week or every week on linear TV (vs. 16% next highest on rightsholder apps/websites)
- "More challenging" for fans to watch live games on Thurs / Mon nights... Mon / Thurs night top digital windows
- ST is very recognizable (90% of fans aware of NFLST), but only 21% of those aware use the product
- Cost is far and away (42% vs. next largest 21%) the biggest barrier of subscription to ST
- 77% of fans are interested in digital-only product (80% for fans 18-34)
- Page 16: KEY page- claims net gain of 18M subs if offered digital-only NFLST option (inputs: high % of fans that don't current subscribe, non-subs very interested in digital only product)
- Feedback from a fan that would like to be able to buy individual games

TX-770

53

# NFL Internal Email and Presentation Re: DirecTV Sunday Ticket Insights



# Similarities Between The NFL And Major College Football

| | NFL | NCAA |
|---|:---:|:---:|
| Established for over a century | ☑ | ☑ |
| Extremely popular with a strong fanbase | ☑ | ☑ |
| Fans that live far away but still interested in watching games played at home and away | ☑ | ☑ |
| Factors for demand | ☑ | ☑ |
| Produced the same | ☑ | ☑ |

55

# College Football Before 1984



BROADCAST RIGHTS

NCAA

Only one game a week could be telecast in each area

Total blackout on 3 of the 10 Saturdays during the season

A team could only appear on TV twice per season

56



# Sample College Schedule



| | | | | | |
|---|---|---|---|---|---|
| Sat 11/6 | 7:00p | LSU / ALA | ESPN | 2.8 | 5.000M |
| Sat 11/6 | 3:30p | MSU / PUR | ABC | 2.5 | 4.400M |
| Sat 11/6 | 3:30p | AUB / T A&M | CBS | 2.2 | 3.759M |
| Sat 11/6 | 7:30p | ORE / WASH | ABC | 1.5 | 2.726M |
| Sat 11/6 | 7:30p | IND / MICH | FOX | 1.5 | 2.683M |
| Sat 11/6 | 12:00p | WAKE / UNC | ABC | 1.3 | 2.200M |
| Sat 11/6 | 12:00p | MIZ / UGA | ESPN | 1.3 | 2.186M |
| Sat 11/6 | 3:30p | NAVY / ND | NBC | 1.1 | 1.863M |
| Sat 11/6 | 3:30p | BAYLOR / TCU | FOX | 1.0 | 1.807M |
| Sat 11/6 | 10:30p | USC / ASU | ESPN | 1.0 | 1.608M |
| Sat 11/6 | 7:00p | TENN / UK | ESPN2 | 0.8 | 1.478M |
| Sat 11/6 | 11:30a | ARMY / AF | CBS | 0.9 | 1.444M |
| Fri 11/5 | 7:30p | VT / BC | ESPN2 | 0.7 | 1.215M |
| Sat 11/6 | 3:30p | OK ST / WVU | ESPN | 0.6 | 1.140M |
| Sat 11/6 | 3:30p | PENN ST / MD | FS1 | 0.52 | 936K |
| Sat 11/6 | 7:30p | TEX / IA ST | FS1 | 0.47 | 907K |
| Sat 11/6 | 3:30p | TULSA / CINCY | ESPN2 | 0.41 | 796K |
| Thu 11/4 | 7:30p | GA ST / LOU | ESPN | 0.37 | 620K |
| Sat 11/6 | 12:00p | ILL / MINN | ESPN2 | 0.38 | 595K |
| Sat 11/6 | 7:00p | IOWA / NWSTN | BTN | | 552K |
| Wed 11/3 | 7:00p | NIU / KENT | ESPN2 | 0.28 | 454K |
| Fri 11/5 | 10:30p | UTAH / STAN | FS1 | 0.26 | 452K |
| Sat 11/6 | 3:30p | WISC / RUTG | BTN | | 433K |
| Sat 11/6 | 10:15p | UTSA / UTEP | ESPN2 | 0.24 | 412K |
| Sat 11/6 | 12:00p | K ST / KU | FS1 | 0.15 | 344K |
| Sat 11/6 | 11:00p | SDSU / HAW | FS1 | 0.12 | 226K |
| Tue 11/2 | 7:30p | EMU / TOLEDO | ESPN2 | n/a | 180K |
| Sat 11/6 | 12:00p | SMU / MEM | ESPNU | n/a | n/a |
| Sat 11/6 | 4:00p | TULANE / UCF | ESPNU | n/a | n/a |
| Sat 11/6 | 7:30p | HOU / UCF | ESPNU | n/a | n/a |
| Sat 11/6 | 10:00p | SJSU / NEV | FS2 | n/a | n/a |
| Wed 11/3 | 7:00p | CMU / WMU | ESPNU | n/a | n/a |
| Tue 11/2 | 7:30p | MIA (OH) / OHIO | ESPNU | n/a | n/a |

TX-880

TX870

58



# NCAA As of 2023

| American | ACC | Big 12 | Big Ten | Conference USA | Mid-American | Mountain West | Pac-12 | SEC | Sun Belt |
|---|---|---|---|---|---|---|---|---|---|

# College Football Available on Saturday: 11/12/22



| Pacific Time | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| abc | Notre Dame vs Navy | | | Nebraska @ Michigan | | | | TCU @ Texas | | | | | | |
| CBS | Missouri @ Tennessee | | | Alabama @ Ole Miss | | | | | | | | | | |
| NBC | | | | | | | | | | | | | | |
| FOX | Indiana @ Ohio State | | | Maryland @ Penn State | | | | Washington @ Oregon | | | | Arizona @ UCLA | | |
| ESPN | LSU @ Arkansas | | | Louisville @ Clemson | | | | Georgia @ Mississippi State | | | Stanford @ Utah | | | |
| ESPN 2 | Purdue @ Illinois | | | UCF @ Tulane | | | | North Carolina @ West Forest | | | | | | |
| ESPNU | SMU @ South Florida | | | Iowa State @ Oklahoma State | | | | Southern Miss @ Coastal Carolina | | | | | | |
| FS1 | Oklahoma @ West Virginia | | | Wisconsin @ Iowa | | | | Kansas State @ Baylor | | | | San Jose State @ San Diego State | | |
| Regional SNs | Virginia Tech @ Duke | | | Miami @ Georgia Tech | | | | | | | | | | |
| SEC ESPN NETWORK | Vanderbilt @ Kentucky | | | South Carolina @ Florida | | | | Texas A&M at Auburn | | | | | | |
| BTN | Rutgers @ Michigan State | | | Northwestern @ Minnesota | | | | | | | | | | |
| ACCN ESPN | Pittsburgh @ Virginia | | | Boston College @ N.C. State | | | | Florida State @ Syracuse | | | | | | |
| TNT | | | | Army @ Troy | | | | | | | | | | |
| PAC | | | | Arizona State @ Washington State | | | | | | California @ Oregon State | | | | |
| CBS SPORTS NETWORK | Liberty @ Connecticut | | | New Mexico @ Air Force | | | | Wyoming @ Colorado State | | | | Boise State @ Nevada | | |

60

# NFL Football Available in Los Angeles on Sunday, 11/13/22

| Pacific Time | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| abc | | | | | | | | | | | | | | |
| CBS | | Jacksonville @ Kansas City | | | | | | | | | | | | |
| NBC | | | | | | | | | | LA Chargers @ San Francisco | | | | |
| FOX | | Minnesota @ Buffalo | | | Arizona @ LA Rams | | | | | | | | | |
| ESPN | | | | | | | | | | | | | | |
| ESPN 2 | | | | | | | | | | | | | | |
| ESPN U | | | | | | | | | | | | | | |
| FS1 | | | | | | | | | | | | | | |
| Regional SNs | | | | | | | | | | | | | | |
| SEC Network | | | | | | | | | | | | | | |
| BTN | | | | | | | | | | | | | | |
| ACCN | | | | | | | | | | | | | | |
| TNT | | | | | | | | | | | | | | |
| PAC 12 | | | | | | | | | | | | | | |
| CBS SPORTS NETWORK | | | | | | | | | | | | | | |

61

# Example NFL Schedule for 12/13/15 on CHOICE
## (*Individual Teams Licensing*)

| Channel | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM |
|---|---|---|---|---|---|---|---|
| CBS | Pittsburgh Steelers at Cincinnati Bengals | | | Oakland Raiders at Denver Broncos | | | |
| FOX | Seattle Seahawks at Baltimore Ravens | | | Dallas Cowboys at Green Bay Packers | | | |
| abc | Washington Redskins at Chicago Bears | | | | | | |
| NBC | San Francisco 49ers at Cleveland Browns | | | | | | |
| ESPN | Buffalo Bills at Philadelphia Eagles | | | | | | |
| ESPN 2 | Atlanta Falcons at Carolina Panthers | | | | | | |
| ESPN U | | | | | | | |
| ESPNEWS | | | | | | | |
| FS1 | New Orleans Saints at Tampa Bay Buccaneers | | | | | | |
| NFL NETWORK | Detroit Lions at St. Louis Rams | | | | | | |
| tbs | Indianapolis Colts at Jacksonville Jaguars | | | | | | |
| TNT | San Diego Chargers at Kansas City Chiefs | | | | | | |
| USA | Tennessee Titans at New York Jets | | | | | | |

62

# Example NFL Schedule for 12/13/15 on CHOICE
## (*NFL Licenses In-Market Games, Teams License Out-of-Market Games*)

| Channel | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM |
|---|---|---|---|---|---|---|---|
| **CBS** | AFC Regional Package (5 Games) | | | Oakland Raiders at Denver Broncos | | | |
| **FOX** | NFC Regional Package (5 Games) | | | Dallas Cowboys at Green Bay Packers | | | |
| **abc** | San Francisco 49ers at Cleveland Browns | | | | | | |
| **NBC** | Pittsburgh Steelers at Cincinnati Bengals | | | | | | |
| **ESPN** | Seattle Seahawks at Baltimore Ravens | | | | | | |
| **ESPN 2** | Washington Redskins at Chicago Bears | | | | | | |
| **ESPN U** | Indianapolis Colts at Jacksonville Jaguars | | | | | | |
| **ESPNEWS** | San Diego Chargers at Kansas City Chiefs | | | | | | |
| **FS1** | Buffalo Bills at Philadelphia Eagles | | | | | | |
| **NFL NETWORK** | Atlanta Falcons at Carolina Panthers | | | | | | |
| **tbs** | Tennessee Titans at New York Jets | | | | | | |
| **TNT** | New Orleans Saints at Tampa Bay Buccaneers | | | | | | |
| **USA** | Detroit Lions at St. Louis Rams | | | | | | |

63

# Feasible NFL Schedule for 11/20/2016
## (*with* Divisional Packages)

| Time | Divisions | Channel | DMAs in the North and East | DMAs in the South and West |
|---|---|---|---|---|
| **10:00 AM** | **Disney** NFC East/South | abc / ESPN | Philadelphia Eagles (NFC East) at Seattle Seahawks (NFC West) | Tampa Bay Buccaneers (NFC South) at Kansas City Chiefs (AFC West) |
| | | | Tampa Bay Buccaneers (NFC South) at Kansas City Chiefs (AFC West) | Philadelphia Eagles (NFC East) at Seattle Seahawks (NFC West) |
| | **CBS & Time Warner** AFC East/South | CBS / tbs / TNT | Buffalo Bills (AFC East) at Cincinnati Bengals (AFC North) (On TBS in Detroit) | Jacksonville Jaguars (AFC South) at Detroit Lions (NFC North ( On CBS in Detroit) |
| | | | Jacksonville Jaguars (AFC South) at Detroit Lions (NFC North ( On CBS in Detroit) | Tennessee Titans (AFC South) at Indianapolis Colts (AFC South) |
| | | | Tennessee Titans (AFC South) at Indianapolis Colts (AFC South) | Buffalo Bills (AFC East) at Cincinnati Bengals (AFC North) (On TBS in Detroit) |
| | **21st Century Fox** NFC North/West | FOX / FS1 | Chicago Bears (NFC North) at New York Giants (NFC East) | Chicago Bears (NFC North) at New York Giants (NFC East) |
| | | | Arizona Cardinals (NFC West) at Minnesota Vikings (NFC North) | Arizona Cardinals (NFC West) at Minnesota Vikings (NFC North) |
| | **NBCUniversal** AFC North/West | NBC | Baltimore Ravens (AFC South) at Dallas Cowboys (NFC East) | Baltimore Ravens (AFC South) at Dallas Cowboys (NFC East) |
| **1:00 PM** | **CBS & Time Warner** AFC East/South | CBS / tbs | New England Patriots (NFC East) at San Francisco 49ers (NFC West) (On TBS in Miami) | Miami Dolphins (AFC East) at Los Angeles Rams (NFC West) (On CBS in San Francisco)) |
| | | | Miami Dolphins (AFC East) at Los Angeles Rams (NFC West) (On CBS in Miami) | New England Patriots (NFC East) at San Francisco 49ers (NFC West) (On CBS in San Francisco) |
| | **NBCUniversal** AFC North/West | NBC | Pittsburgh Steelers (AFC South) at Cleveland Browns (AFC North) | Pittsburgh Steelers (AFC South) at Cleveland Browns (AFC North) |

64

# Media Conglomerates











# NFL's New Frontier Plan

August 21, 2017
NFL Programming Strategy Presentation



TX-686

# NFL's New Frontier Plan

August 21, 2017
NFL Programming Strategy Presentation

**NFLN Programming Strategy Discussion**
August 21, 2017



NFL-686

# NFL's New Frontier Plan

August 21, 2017
NFL Programming Strategy Presentation

**NFLN Programming Strategy Discussion**
*August 21, 2017*

## NFL New Frontier: Double average game distribution by replicating ST on basic cable

**Distribution Comparison: Current vs. NFL New Frontier (2016 Regular Season Week 11)**

*Illustrative*

Source: Nielsen, NFLN Business Planning, NFLN Programming, NFLN Media Intelligence

| Start (EST) | Network | Matchup | % HH Dist. | National Simulcast | % HH Dist. | Net Change |
|---|---|---|---|---|---|---|
| 1:00 PM | FOX Single | CHI @ NYG | 30% | FS1 | 70% | +40% |
| | | ARI @ MIN | 29% | ESPN | 74% | +45% |
| | | TB @ KC | 16% | ESPN 2 | 74% | +58% |
| | | BUF @ CIN | 5% | FX | 77% | +72% |
| 1:00 PM | CBS Regional | BAL @ DAL | 72% | tbs | 77% | +5% |
| | | PIT @ CLE | 6% | TNT | 77% | +71% |
| | | JAC @ DET | 6% | NFL NETWORK | 55% | +49% |
| | | TEN @ IND | 6% | CBS SPORTS NETWORK | 45% | +39% |
| 4:05 PM | FOX | MIA @ LAR | 19% | FS1 | 70% | +51% |
| 4:25 PM | CBS National | PHI @ SEA | 87% | tbs | 87% | +0% |
| | | NE @ SF | 22% | TNT | 77% | +55% |
| **Average per game** | | | **27%** | | **71%** | **+44%** |

- ==Through this model, average distribution for NFL regular season games has potential to double from ~39% to ~77% of U.S. TV HHs==
  - Average game distribution for all Clubs can be at least 65% of U.S. TV HHs

- NFC and AFC game distribution can average ~80% (vs. 43%) and ~75% (vs. 35%), respectively
  - NFC East will be highest at 84% (vs. 61%)
  - AFC South will be lowest at 71% (vs. 28%)

- The lowest distributed Clubs can increase distribution by +50% of HHs:
  - CLE: 68% (vs. 13%)
  - TEN: 66% (vs. 15%)

TX-686

69

# NFL's New Frontier Plan

August 21, 2017
NFL Programming Strategy Presentation

**NFLN Programming Strategy Discussion**
*August 21, 2017*

## NFL New Frontier: 2016 NFL Regular Season Game Network, by Club and Week

*Illustrative*

| Club | Division | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAL | NFC East | FS1 | FS1 | NBC | FS1 | TBS | FS1 | | NBC | FS1 | FS1 | TBS | FS1 | NBC | NBC | ABC | CBS | |
| GB | NFC North | FS1 | NBC | ESPN | | NBC | FS1 | CBS | FS1 | TBS | ESPN | NBC | FS1 | FS1 | NBC | FS1 | NBC | |
| DEN | AFC West | NBC | TBS | TBS | TBS | FS1 | CBS | ABC | TNT | NBC | TBS | | TruTV | TNT | TBS | | TBS | |
| NYG | NFC East | FS1 | ESPN2 | FS1 | ABC | NBC | NFLN | | CBS | ESPN | ABC | FS1 | NBC | FS1 | NBC | FS1 | | |
| PIT | AFC North | ABC | TBS | TBS | NBC | CBS | CBSSN | TBS | | TBS | FS1 | TNT | NBC | FS1 | TBS | NBC | NBC | NFLN |
| SEA | NFC West | TNT | ESPN | ESPN2 | FS1 | | NBC | FS1 | ABC | NBC | TBS | FS1 | NBC | FS1 | NBC | ESPN | ESPN2 | |
| NE | AFC East | NBC | NFLN | CBS | TNT | NFLN | TBS | | TBS | | NBC | TNT | TNT | ESPN | ABC | TBS | TBS | TBS |
| PHI | NFC East | CBSSN | ABC | TBS | | ESPN | FS1 | NBC | ESPN | FS1 | TBS | ABC | FX | FS1 | FX | NBC | FX | |
| WAS | NFC East | ABC | FS1 | FS1 | TruTV | FX | FS1 | ESPN2 | FS1 | | FX | NBC | FS1 | ESPN | FS1 | ABC | ESPN | FS1 |
| MIN | NFC North | FXX | NBC | FX | ABC | TNT | | FS1 | ABC | ESPN2 | FX | ESPN | TBS | NBC | ESPN2 | NFLN | FS1 | ESPN |
| IND | AFC South | ESPN | TBS | NFLN | ESPN2 | NBC | NFLN | TruTV | TBS | | | CBSSN | NBC | CBSSN | TNT | NBCSN | | |
| CIN | AFC North | TBS | TBS | TBS | CBS | TBS | TBS | TruTV | FS1 | | ABC | FXX | TNT | FX | NBCSN | TBS | NBC | TruTV |
| OAK | AFC West | ESPN2 | TNT | TNT | NFLN | TNT | TNT | TBS | CBSSN | NBC | | ABC | TBS | TNT | NBC | TNT | TNT | NBCSN |
| HOU | AFC South | ESPN | TNT | CBS | CBSSN | TNT | ABC | ESPN | TNT | ABC | NFLN | | TBS | CBSSN | ESPN | NBC | TNT | TNT |
| CAR | NFC South | NBC | FX | FX | ESPN | ABC | ESPN2 | | ESPN2 | FX | NFLN | NBC | TBS | NBC | FX | ABC | ESPN2 | ESPN2 |
| NYJ | AFC South | TBS | CBS | TNT | FS1 | TBS | ABC | TNT | NFLN | TNT | ESPN2 | | ABC | NFLN | NBC | TBS | CBSSN | |
| KC | AFC West | NFLN | TNT | TNT | NBC | | TNT | FXX | NFLN | NFLN | FX | NFLN | ABC | NBC | TNT | TNT | NBC | TNT |
| DET | NFC North | ESPN | CBSSN | ESPN | ESPN2 | ESPN | ESPN2 | ESPN | ESPN2 | | NFLN | TBS | FS1 | TruTV | FS1 | ABC | NBC | |
| CHI | NFC North | ESPN | ABC | NBC | ESPN2 | ESPN2 | TruTV | CBS | ABC | | FXX | FS1 | CBSSN | ESPN2 | ESPN2 | ESPN | ESPN | |
| AZ | NFC West | NBC | FXX | USA | ESPN | CBS | ABC | | NBC | ESPN2 | | ESPN | ESPN2 | ESPN | ESPN | FXX | ESPN | FX |
| ATL | NFC South | FX | TNT | ABC | ESPN | FS1 | ESPN | ESPN | FS1 | CBS | | ESPN2 | ESPN | FS1 | TNT | ESPN2 | ESPN2 | |
| NO | NFC South | ESPN2 | ESPN2 | ABC | TBS | | ESPN2 | FXX | FS1 | FXX | TBS | NBC | FX | FS1 | ESPN | FXX | FS1 | TruTV |
| BAL | AFC North | TruTV | TruTV | CBSSN | NFLN | FX | NFLN | TNT | | TBS | NBC | TBS | TNT | CBSSN | ABC | FX | NBC | TruTV |
| TB | NFC South | FX | FXX | FXX | TBS | ABC | | FX | CBSSN | CBS | FXX | FX | ESPN2 | ESPN | NBC | FS1 | ESPN2 | |
| LAR | NFC West | ABC | ESPN | FXX | ESPN | NFLN | ESPN | | CBS | | FX | ESPN2 | FS1 | NBC | ESPN2 | ESPN2 | ESPN2 | |
| SF | NFC West | ABC | FX | ESPN2 | FS1 | CBS | FX | FX | | FXX | ESPN | TNT | FXX | ESPN2 | NFLN | ESPN | ESPN2 | ESPN2 |
| BUF | AFC East | TruTV | CBS | USA | TNT | NFLN | FX | CBSSN | TBS | ABC | | FXX | TruTV | TNT | TBS | TruTV | CBSSN | CBSSN |
| MIA | AFC East | TNT | NFLN | NFLN | CBS | CBSSN | CBSSN | CBSSN | NBC | | TNT | TNT | ESPN2 | TNT | FS1 | NBC | TNT | TBS |
| LAC | AFC West | NFLN | NFLN | NFLN | TBS | TNT | CBS | ESPN | TNT | TNT | | NFLN | ESPN2 | FX | TNT | NFLN | TNT | TNT |
| JAX | AFC South | FS1 | CBSSN | CBSSN | ESPN | NFLN | TBS | TBS | NFLN | CBSSN | NFLN | TruTV | TruTV | CBSSN | TruTV | TruTV | NBCSN | |
| TEN | AFC South | FXX | CBSSN | | TNT | CBSSN | CBSSN | NBCSN | NFLN | CBS | | ESPN | CBSSN | CBSSN | TNT | TNT | TruTV | TNT |
| CLE | AFC North | CBSSN | TruTV | NFLN | TruTV | NFLN | NBCSN | TruTV | NFLN | | FS1 | NBC | TNT | ESPN | NBCSN | TruTV | NFLN | NFLN |

TX-686

# NFL's New Frontier Plan

August 21, 2017
NFL Programming Strategy Presentation

**NFLN Programming Strategy Discussion**

August 21, 2017





TX-686

71

# New Frontier Shared with NFL Executives

August 23, 2017 Email Attaching
NFL Programming Strategy Presentation



**From:** ==Schroeder, Hans== [Hans.Schroeder@NFL.com]

**Sent:** 8/23/2017 9:23:18 PM

**To:** Katz, Howard [howard.katz@nfl.com]; Goldsmith, Lee [Lee.Goldsmith@nfl.com]; Malin, Daniel [Daniel.Malin@NFL.com]; Herald, Amanda [Amanda.Herald@nfl.com]

**Subject:** ==NFLN Programming Strategy Deck==

**Attachments:** NFLN Programming Strategy Deck. 8.21.17 as presented.pdf

All – attached please find the programming deck the LA team shared on Monday. Please keep confidential as not sure how broadly they have shared, but wanted to make sure each of you had a copy and could review as will likely involved your input should this move forward.

Thx,
Hans

HIGHLY CONFIDENTIAL

TX 686  Pg. 1 of 61

TX-686

72

# Disney/ABC/ESPN Proposal to NFL

**ESPN INDICATION OF INTEREST**

## Core Package Preference

1. **First Choice: Sunday Afternoon NFC _or_ AFC**

- 1 National Preseason Game – Hall of Fame Game
- Sunday Afternoon NFC **_or_** AFC package
  - ABC to serve as primary network for regionalized "Singleheader" / "Regional" games and the 4:25PM[1] "National" games; TWDC to have the right, not obligation, to "megacast" and/or "simulcast"[2] the 4:25PM "National" games
  - ESPN to select one game from TWDC's Singleheader / Regional windows to broadcast nationally each week (in consultation with NFL) at 1:00PM; games will be available OTA in local markets
  - TWDC can elect to designate its regional distribution maps, in consultation with NFL
  - Assumes parity between the two afternoon packages
  - Assumes number of games equivalent to Sunday afternoon packages as currently structured, plus proportional additional games as a result of the 17-game regular season

TX 659 Pg. 1 of 7

TX-659

73

# Thursday Night Football















# Differences in Thursday Night and Sunday Afternoon Programming



**Exhibit 14: Average P18-49 Rating of Top 10 Non-Sports Cable Programs, 2019**

*Source: Text Cite – Sources of Exhibit 14.xlsx*

## Individual NFL Teams License:



1950s



NFL Preseason



NFL Radio Broadcasts



# Canada 2014 NFLST Status Updated



**Canada 2014 NFLST, RZ & NFLN Status Update**

March 2014

## Background on Regulatory Influence

| | CRTC Rules & Regulations | Impact on NFL |
|---|---|---|
| **NFLST** | ▪ **Very consumer friendly... (i.e. no exclusive deals for PPV products)**<br><br>▪ **4 U.S. FTA channels available nationally in Canada through "must-carry" laws (not just spillover)**<br><br>▪ **Distant signals allow local channels to be viewed outside local market (e.g. CTV Toronto available in Vancouver and visa versa)** | ▪ **Limits ability to have a traditional "competitive process"**<br><br>▪ **Fewer "Out-of-Market" exclusive games for ST** |
| **RZ** | ▪ **Distribute RZ as PPV product therefore falling under non-exclusive model** | ▪ **Packaged with ST** |
| **NFLN** | ▪ **Current license requires NFLN "as is" with same programming and commercials as in U.S. but must blackout RSGs to avoid depriving a Canadian channel from monetizing**<br><br>▪ **CRTC current review of rules on packaging of channels, likely meaningful change including a possible pick-and-pay model (no tiers); initial report due May 2014** | ▪ **No ability to monetize other than carriage fees**<br><br>▪ **Potential loss of HH** |

TX-611

78



# ESPN Offer to NFL



**From**: Rolapp, Brian [Brian.Rolapp@NFL.com]
**Sent**: 11/11/2021 11:45:44 AM
**To**: Goodell, Roger [ROGER_G00DELL@nfl.com]
**Subject**: Re:

FYI.  See below comments from Chapek regarding NFLST

By way of update, I met with Jimmy again who further laid out a more detailed structure of how they would like to offer NFLST.

I can give you details, but in short the structure is full exclusivity including digital and PayTV rights.  The digital rights would be packaged with an over-the-top ESPN and ESPN+.

There were elements of the structure I told him we do not like.  Those elements included the low NFLST price points they wanted to offer (~$70.00 per season) and offering to sell a "team by team" product

NFL_1196512

TX 696

TX-696

80

# Increasing Games Increases Total Viewership





+ MULTIPLE GAMES =

## 25-43%

increase in viewership for a single Sunday afternoon game timeslot

+1 ADDITIONAL OTA GAME =

## 25-29%

increase in viewership for a single Sunday afternoon game timeslot

# Academic Literature: 2011 Study

Journal of Sports Economics
000(00) 1-16
© The Author(s) 2011
Reprints and permission:
sagepub.com/journalsPermissions.nav
DOI: 10.1177/1527002511406129
http://jse.sagepub.com
SAGE

## Television Broadcast Demand in Markets Without Local Teams

**Scott Tainsky[1] and Chad D. McEvoy[2]**

**Abstract**
This article uses television ratings from the 2006 and 2007 National Football League (NFL) seasons to estimate viewer demand in large markets without local teams. The factors that are found to be statistically significant and positively related determinants of television ratings are: team quality and age; the closest team in proximity to the market; late-season contests; and having teams such as the Cowboys and Patriots as participants. Concurrent game telecasts and contests involving unevenly matched teams are negatively related to viewership.

**Keywords**
demand, football, television, broadcast ratings

**Introduction**

The National Football League (NFL) receives more than $3.7 billion annually in television broadcasting revenue (Badenhausen, Ozanian, & Settimi, 2009). On a per team basis, each NFL franchise receives approximately $116 million per year in national television revenue. To put this into perspective, the average National Hockey League (NHL) franchise generated just $92 million in total revenue in 2007-2008 and the entire NHL collectively earned less than $200 million per year in national television broadcasting contracts from both the United States and Canada (NHL Team Valuations, 2008). The popularity and success of the NFL is such that

[1] Department of Recreation, Sport and Tourism, University of Illinois, Champaign, IL, USA
[2] School of Kinesiology and Recreation, Illinois State University, Bloomington, IL, USA

**Corresponding Author:**
Scott Tainsky, 104 Huff Hall, MC-584, Champaign, IL 61820, USA
Email: tainsky@illinois.edu



+1 ADDITIONAL OTA GAME =
# 24%
### increase in viewership for a single Sunday afternoon game timeslot

# Plaintiffs Damages Are Based On Their Actual Payments



83

## NFL Opening



That's the average price paid by every one of the people in this class; $102.70 to watch every NFL game on Sunday, beyond the ones you get for free on network TV. If you want all those additional games, that's what you paid on average.

June 6, 2024 Trial Transcript at 153:1-4

84

# The Two Plaintiff Classes





**RESIDENTIAL**

24,105,049
ANNUAL SUBSCRIPTIONS

2011  2012  2013  2014  2015  2016  2017  2018  2019  2020  2021  2022





**COMMERCIAL**

506,788
ANNUAL SUBSCRIPTIONS

2011  2012  2013  2014  2015  2016  2017  2018  2019  2020  2021  2022

85

## Not Covered by Damages



**Installation Cost**

**Satellite Service**

**+ $100 PER YEAR**

**$1,100**

86

## Alternative Damages

**Sunday Ticket offered on another platform besides DirecTV**

**Price reduction factor of 49.7% x $7,011,977,211 = $3,484,952,673**



### TOTAL DAMAGES

# $3,484,952,673

87

## Not Covered by Alternative Damages



**Limited to one additional provider not multiple**



**Real world offer: $70 – $75**



## Trial Testimony of Larry Jones



**Larry Jones**



Q. You would agree with me that Mr. Hill's invention of the thing that led to FOX Box in England with soccer --

A. Yes.

Q. -- didn't come about because of any relationship with Sunday Ticket being a premium price; correct, sir?

A. No.

Trial Testimony of Larry Jones, 657:20-658:1

## Trial Testimony of Larry Jones



**Larry Jones**



Q. So the technology that led to the lighting up of the hockey puck and that later FOX acquired, that was invented by a third-party company; correct?

A. Yes.

Q. It didn't have anything to do with Sunday Ticket, did it, sir?

A. It had nothing to do with Sunday Ticket and he didn't have anything to do with hockey.

## Trial Testimony of Larry Jones



**Larry Jones**



Q. And when you all are deciding how many parabolic mics do you want to have in any given NFL game, you're not sitting there studying the price of Sunday Ticket and going, Well, I don't know the amount of mics that we use; that really depends on how premium the price of Sunday Ticket is. Right?

Those two things are not connected?

A. Correct.

Trial Testimony of Larry Jones, 660:8-14

93



TX-15, DIRECTV-ST-00226772

# NFL Disclaimer



# Carriage Rates

| Company Affiliation | Channel | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|
| verizon | FOX | $1.58 | $1.68 | $1.79 | $2.04 | $2.65 | $3.00 | |
| verizon | CBS | $1.40 | $2.27 | $2.53 | $2.69 | $3.30 | $3.51 | |
| verizon | NBC | $1.50 | $1.75 | $2.00 | $2.10 | $2.20 | $3.00 | |
| verizon | ESPN | $6.29 | $6.70 | $7.14 | $7.59 | $8.08 | $8.61 | |
| COMCAST | FOX | $1.47 | $1.71 | $1.88 | $2.29 | $3.09 | $3.52 | |
| COMCAST | CBS | $1.22 | $1.61 | $1.87 | $2.21 | $3.79 | $4.09 | |
| COMCAST | NBC | $1.13 | $1.73 | $1.97 | $2.13 | $2.74 | $3.59 | |
| COMCAST | ESPN | $6.51 | $6.94 | $7.39 | $7.88 | $8.40 | $8.95 | |
| Charter COMMUNICATIONS | FOX | $1.50 | $1.60 | $1.72 | $1.93 | $2.60 | $2.90 | $3.10 |
| Charter COMMUNICATIONS | CBS | $2.25 | $2.37 | $3.17 | $2.90 | $3.10 | $3.40 | $3.80 |
| Charter COMMUNICATIONS | NBC | $0.70 | $1.60 | $1.70 | $1.80 | $1.90 | $2.90 | $3.30 |
| Charter COMMUNICATIONS | ESPN | $6.28 | $6.67 | $7.10 | $7.55 | $8.08 | $8.61 | $9.22 |