# EXHIBIT 4

# Demonstratives Shown During the June 12, 2024 Examination of Brian Rolapp







**HANS SCHROEDER**
Executive Vice President;
Chief Operating Officer





**BRENT LAWTON**
Director of Media Strategy &
Business Development





**BRIAN FITZGERALD**
Director,
NFL Media BD Partnership





**ALEX KAPLAN**
Senior Vice President, Revenue and Marketing

DIRECTV



**ROBERT STECKLOW**
GM, Sponsorship and Original Content Marketing

DIRECTV



**JAMIE DYCKES**
Senior Director, Revenue and Product Management

DIRECTV

# Brent Lawton Testimony



**Brent Lawton**
Director of Media Strategy & Business Development



Q. But again, your testimony is that the NFL doesn't offer feedback on the prices that AT&T informs the NFL of for Sunday Ticket on satellite?

A. Correct. They provide it to us, but we don't -- we don't provide feedback. We don't dictate it to them.

Lawton, Dep. Tr. at 100:13-18

# Brent Lawton Testimony



**Brent Lawton**
Director of Media Strategy & Business Development



Q: But just to understand, before the season starts, does DirecTV inform the NFL of what its current prices are going to be for that season?

A: They share it with us, but it's not – so like they tell us, but they don't – it's not like sort of a review process per se.

Lawton, Dep. Tr. at 50:5-10

# Brent Lawton Testimony



**Brent Lawton**
Director of Media Strategy & Business Development



Q. But the NFL still reviews the prices that DirecTV sends for its Sunday Ticket satellite product; correct?

A. I wouldn't say we review it. I mean, we sort of track it, and this slide is sort of laying out historically what the prices are, but we don't necessarily -- I wouldn't say we review it. We do sort of track it.

Lawton, Dep. Tr. at 94:11-18

# Robert Kraft Testimony



**Robert Kraft,**
Owner



Q. Okay. Would you agree that ensuring a high subscription price for Sunday Ticket is a priority for the NFL and its member clubs?

A. Yes.

Kraft, Dep. Tr. at 20:22-23:1

# Viewership During Class Period

| Nielsen Viewership P2+ (MM) | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CBS | 18.3 | 17.7 | 18.6 | 18.6 | 19.1 | 17.7 | 15.7 | 16.5 | 17.2 | 16.8 | 18.4 | 18.6 |
| FOX | 20.1 | 19.6 | 21.1 | 20.6 | 20.7 | 19.4 | 17.7 | 18.1 | 19.2 | 18.1 | 18.6 | 19.4 |



**1:44pm**

Q. And you were asked about this middle row which was the NFL's position and there's a section that says NFL will not make any contractual commitments to pricing. Do you see that?

A. I do.

Q. What did you mean by that?

A. I mean we would not in any way, shape, of form commit to what the price of Sunday Ticket would be to consumers.

11