# EXHIBIT 5

# Demonstratives Shown During the June 13, 2024 Examination of J. Douglas Zona





| | Sunday Ticket Price | Price Reduction Factor |
|---|---|---|
| List Price | $295.00 | n/a |
| Optimal Price | $222.43 | 24.6% |
| One Additional Competitor | $148.41 | 49.7% |
| Two Additional Competitors | $94.97 | 67.8% |

Source: Zona Merits Exhibit 17, assumes marginal cost of $13.79

3

# NFL's Claim

# True?

```
1  That's the average price paid by every one of the people in
2  this class; $102.70 to watch every NFL game on Sunday, beyond
3  the ones you get for free on network TV.  If you want all those
4  additional games, that's what you paid on average.
```



```
20        And with these prices, what happened was what we
21  talked about at the beginning.  Customers actually paid only
22  $102.74.  I'm not saying that's not expensive.  But you would
23  have thought that these customers paid the full price
24  throughout the class period.  And that's just not true.
```



NFL Opening Statement, Trial Transcript 153:1-4, 163:20-24

4

|  | DirecTV Sunday Ticket | | | | DTC Sunday Ticket | |
| --- | --- | --- | --- | --- | --- | --- |
| Scenarios | Discounted Price (Per Year) | Share Among DirecTV Subs | List Price (Per Year) | Reduction Factor | Discounted Price (Per Year) | Share Among DirecTV Subs |
| **Sunday Ticket Marginal Cost = $0.00** | | | | | | |
| Actual | $102.74 | - | $295.00 | - | - | - |
| Profit Max | $67.08 | 40.8% | $192.61 | 34.7% | - | - |
| One Additional DTC Distributor | $39.79 | 38.0% | $114.24 | 61.3% | $164.00 | 15.3% |
| Two Additional DTC Distributors | $20.91 | 35.4% | $60.03 | 79.7% | $157.00 | 25.8% |
| **Sunday Ticket Marginal Cost = $13.79** | | | | | | |
| Actual | $102.74 | - | $295.00 | - | - | - |
| Profit Max | $77.47 | 38.9% | $222.43 | 24.6% | - | - |
| One Additional DTC Distributor | $51.69 | 36.5% | $148.41 | 49.7% | $177.50 | 14.6% |
| Two Additional DTC Distributors | $33.07 | 34.2% | $94.97 | 67.8% | $170.00 | 24.9% |

*Source:* Backup materials for Zona Merits Report, Exhibit 17.

*Note:* This figure shows the predictions of Dr. Zona's Transaction and Viewership Model.

Source: Yurukoglu Merits Figure 2

5

| Exhibit 4: DirecTV Revenue ($s) from Residential Class Members NFL Sunday Ticket Purchases (by season) | | | | | |
|---|---|---|---|---|---|
| Year | NFL Sunday Ticket Standard Residential Revenues | NFL Sunday Ticket MAX Residential Revenues | Adjustment Ratio | NFL Sunday Ticket Portion of Max ($) | Total Affected NFL Sunday Ticket Residential Purchases |
| 2011 | 422,600,333 | | | | 422,600,333 |
| 2012 | 143,438,783 | 306,244,768 | 67.5% | 206,747,097 | 350,185,880 |
| 2013 | 235,457,121 | 253,788,625 | 77.0% | 195,400,934 | 430,858,055 |
| 2014 | 274,945,117 | 261,639,905 | 79.3% | 207,550,765 | 482,495,882 |
| 2015 | 303,838,177 | 251,866,151 | 80.4% | 202,474,042 | 506,312,219 |
| 2016 | 301,386,657 | 256,738,564 | 81.5% | 209,210,641 | 510,597,298 |
| 2017 | 337,504,310 | 193,599,790 | 77.6% | 150,157,010 | 487,661,321 |
| 2018 | 315,634,555 | 227,488,228 | 70.0% | 159,184,059 | 474,818,614 |
| 2019 | 388,691,081 | 588,029,095 | 74.6% | 438,745,229 | 827,436,311 |
| 2020 | 187,210,675 | 293,336,419 | 75.8% | 222,244,634 | 409,455,309 |
| 2021E | 177,850,141 | 278,669,598 | 75.8% | 211,132,402 | 388,982,543 |
| 2022E | 168,957,634 | 264,736,118 | 75.8% | 200,575,782 | 369,533,416 |
| **2011-2022E** | **3,257,514,587** | **3,176,137,259** | | **2,403,422,595** | **5,660,937,182** |

| Exhibit 1: Residential Class NFL Sunday Ticket Purchases from DirecTV (by season) | | | |
|---|---|---|---|
| Year | NFL Sunday Ticket Standard Residential | NFL Sunday Ticket MAX Residential | Total NFL Sunday Ticket Residential |
| 2011 | 1,449,337 | | 1,449,337 |
| 2012 | 864,385 | 1,245,891 | 2,110,276 |
| 2013 | 1,230,360 | 1,021,050 | 2,251,410 |
| 2014 | 1,294,843 | 977,452 | 2,272,295 |
| 2015 | 1,393,528 | 928,630 | 2,322,158 |
| 2016 | 1,289,767 | 895,305 | 2,185,072 |
| 2017 | 1,468,881 | 653,511 | 2,122,392 |
| 2018 | 1,417,696 | 714,987 | 2,132,683 |
| 2019 | 1,401,851 | 1,582,376 | 2,984,227 |
| 2020 | 685,259 | 813,496 | 1,498,755 |
| 2021E | 650,996 | 772,821 | 1,423,817 |
| 2022E | 618,446 | 734,180 | 1,352,626 |
| **2011-2022E** | **13,765,349** | **10,339,699** | **24,105,049** |

## Revenue Received  /  Subscriptions paid

### $5,660,937,182 / 24,105,049

### $235.00

6

|  | **No Restraints (100% reduction)** | **Optimal Price (24.6% reduction)** | **One Competitor (49.7% reduction)** |
| --- | --- | --- | --- |
| Residential Class Members | $5.66 Billion | $1.39 Billion | $2.81 Billion |
| Commercial Class Members | $1.35 Billion | $0.33 Billion | $0.67 Billion |
| **Totals** | **$7.01 Billion** | **$1.72 Billion** | **$3.48 Billion** |

Source: Zona Merits Exhibit 3, 4, 17, assumes marginal cost of $13.79 per new subscriber

7