EXHIBIT 6
Demonstratives Shown during the June 17,
2024 Examination of Roger Goodell

NATIONAL FOOTBALL LEAGUE

CBS SUNDAY AFC PACKAGE

TELEVISION AGREEMENT

AGREED:
CBS BROADCASTING INC.

By: _____
Sean McManus
President CBS Sports and CBS News

NATIONAL FOOTBALL LEAGUE

By: _____
Name, Title:

1

NATIONAL FOOTBALL LEAGUE

CBS SUNDAY AFC PACKAGE

TELEVISION AGREEMENT

AGREED:
CBS BROADCASTING INC.

By: _____
Sean McManus
President CBS Sports and CBS News

NATIONAL FOOTBALL LEAGUE

By: _____
Name, Title:

NATIONAL FOOTBALL LEAGUE

FOX SUNDAY NFC PACKAGE

TELEVISION AGREEMENT

AGREED:
THE NEWS CORPORATION LIMITED

By: _____
CEO Fox Sports

By: _____
Name, Title :

NATIONAL FOOTBALL LEAGUE

By: _____



3



4



5

NATIONAL FOOTBALL LEAGUE

CBS SUNDAY AFC PACKAGE

AGREED:
CBS BROADCASTING INC.

By: _____
Sean McManus
President CBS Sports and CBS News

NATIONAL FOOTBALL LEAGUE

By: _____
Name, Title:

6



NATIONAL FOOTBALL LEAGUE

CBS SUNDAY AFC PACKAGE

AGREED:
CBS BROADCASTING INC.

By: _____
Sean McManus
President CBS Sports and CBS News

NATIONAL FOOTBALL LEAGUE

By: _____
Name, Title:

NATIONAL FOOTBALL LEAGUE

FOX SUNDAY NFC PACKAGE

TELEVISION AGREEMENT

AGREED:
THE NEWS CORPORATION LIMITED

By: _____
CEO Fox Sports

By: _____
Name, Title:

NATIONAL FOOTBALL LEAGUE

By: _____

September 17, 2009

Sean McManus
President, CBS Sports and CBS News
CBS Broadcasting Inc.
51 West 52nd Street
New York, NY 10019

Dear Sean:

This letter agreement elaborates on the agreement we reached on May 18, 2009 to extend and amend the Television Agreement, dated as of February 28, 2006 (as it has been and hereafter may be amended from time to time, the "**Agreement**"), between the National Football League (the "**League**") and CBS Broadcasting Inc. ("**CBS**"). All capitalized terms used in this letter agreement that are not defined shall have the meanings ascribed to them in the Agreement.

League and CBS, intending to be legally bound, hereby amend the Agreement as follows.

1. Term. Unless further extended pursuant to Paragraph 7 (Work Stoppage) below, the Term (as defined in Section 14 of the Agreement) shall be extended an additional two years, i.e., through the conclusion of the NFL Season commencing in 2013. In addition, each of the dates set forth in Section 15 of the Agreement (Right of First Negotiation, Modification) shall be delayed by two years (e.g., the period of the first negotiation window is amended to commence on October 10, 2012 and continue through November 15, 2012).

2. Rights Fees.

   a. Exhibit K of the Agreement is amended to include the following additional rights fee payments (which, for purposes of clarity, include amounts attributable to the rights granted in Paragraph 4 (Digital Rights) below):

| NFL Season | Rights Fees |
|---|---|

Sincerely,

NATIONAL FOOTBALL LEAGUE

By: _____
Roger Goodell

APPROVED
NFL Legal & Business Affairs

ACCEPTED AND AGREED TO:

CBS BROADCASTING INC.

By: _____



9









13