# EXHIBIT 7

# Demonstratives Shown during the June 18, 2024 Examination of Sean McManus



# 2010 CBS Regional Coverage (1 Regional Game)

- Lehigh vs Kansas — 44%
- Montana vs New Mexico — 31%
- Wake Forest vs Texas — 19%
- SDSU vs Tennessee — 9%

**March 18, 2010: 9:30 PM ET**
9:40 Lehigh vs Kansas - 44%
9:45 Wake Forest vs Texas - 19%
9:50 Montana vs New Mexico - 31%
9:55 SDSU vs Tennessee - 9%

# 2011 National Coverage (4 National Games)



**March 17, 2011: 9:00 PM ET**
9:07 Michigan St. vs UCLA – 100%
9:38 Missouri vs Cincinnati – 100%
9:48 St. John's vs Gonzaga – 100%
9:58 Utah St. vs Kansas St. – 100%