EXHIBIT 8
Demonstratives Shown during the June 20,
2024 Examination of Bert Douglas
Bernheim

## Bernheim Testimony

So when you look at the contracts between the NFL and the networks, what you generally see with respect to quality is very vague language.

## Bernheim Report

TV rights agreements for NFL games specify demanding standards for production quality,[882] while the corresponding agreements for college football are typically vague and leave most of these elements to the network's discretion.

[882] For example, the NFL-NBCU 2014 rights agreement contains the following provisions: "NBC shall cover all games with no less than fourteen (14) "manned" cameras and ten (10) replay devices," "NBC shall broadcast all of its Game Broadcasts in Dolby 5.1 surround sound (or a comparable or better 'state of the art' audio technology used at the time for marquee programming)," "NBC shall produce (on behalf of the NFL member clubs) all of its Game Broadcasts (pre-season, regular season and post-season) in HDTV Format, and shall make such Game Broadcasts available for broadcast

**New Frontier proposal has 4.4% increase in viewership relative to the entire week:**

| | 2016 Week 11 Viewership | | New Frontier | |
| --- | --- | --- | --- | --- |
| Window | Network | Viewers | Viewers | Change |
| Late DH | CBS | 24.4 | 27.4 | 3.0 |
| SNF | NBC | 18.7 | | |
| Early DH | CBS | 17.6 | 18.7 | 1.1 |
| Single | Fox | 14.3 | 14.6 | 0.3 |
| TNF | NBCNFLN | 13.3 | | |
| MNF | ESPN | 11.8 | | |
| **TOTAL** | | **100.1** | | **4.4** |
| | | | | 4.4% |

Source: Week 11 2015 NFL Ratings

2



**Sean McManus**

Q.   In other words, CBS wanted a premium price for Sunday Ticket because CBS didn't want Sunday Ticket taking away more eyeballs from CBS viewership. Fair?

A.   Yes.

3

# Average Viewers (2021) with Bernheim's 29% NFL Reduction



College football: Rascher Merits Report at 155 n.439; FBI on CBS: Forbes article cited in Bernheim at 73 n.429

# Sample College Schedule

| Day | Time | Matchup | Network | Rating | Viewers |
|---|---|---|---|---|---|
| Sat 11/6 | 7:00p | LSU / ALA | ESPN | 2.8 | 5.000M |
| Sat 11/6 | 3:30p | MSU / PUR | ABC | 2.5 | 4.400M |
| Sat 11/6 | 3:30p | AUB / T A&M | CBS | 2.2 | 3.759M |
| Sat 11/6 | 7:30p | ORE / WASH | ABC | 1.5 | 2.726M |
| Sat 11/6 | 7:30p | IND / MICH | FOX | 1.5 | 2.683M |
| Sat 11/6 | 12:00p | WAKE / UNC | ABC | 1.3 | 2.200M |
| Sat 11/6 | 12:00p | MIZ / UGA | ESPN | 1.3 | 2.186M |
| Sat 11/6 | 3:30p | NAVY / ND | NBC | 1.1 | 1.863M |
| Sat 11/6 | 3:30p | BAYLOR / TCU | FOX | 1.0 | 1.807M |
| Sat 11/6 | 10:30p | USC / ASU | ESPN | 1.0 | 1.608M |
| Sat 11/6 | 7:00p | TENN / UK | ESPN2 | 0.8 | 1.478M |
| Sat 11/6 | 11:30a | ARMY / AF | CBS | 0.9 | 1.444M |
| Fri 11/6 | 7:30p | VT / BC | ESPN2 | 0.7 | 1.215M |
| Sat 11/6 | 3:30p | OK ST / WVU | ESPN | 0.6 | 1.140M |
| Sat 11/6 | 3:30p | PENN ST / MD | FS1 | 0.52 | 936K |
| Sat 11/6 | 7:30p | TEX / IA ST | FS1 | 0.47 | 907K |
| Sat 11/6 | 3:30p | TULSA / CINCY | ESPN2 | 0.41 | 796K |
| Thu 11/4 | 7:30p | GA ST / LOU | ESPN | 0.37 | 620K |
| Sat 11/6 | 12:00p | ILL / MINN | ESPN2 | 0.38 | 595K |
| Sat 11/6 | 7:00p | IOWA / NWSTN | BTN | n/a | 552K |
| Wed 11/3 | 7:00p | NIU / KENT | ESPN2 | 0.28 | 454K |
| Fri 11/5 | 10:30p | UTAH / STAN | FS1 | 0.26 | 452K |
| Sat 11/6 | 3:30p | WISC / RUTG | BTN | n/a | 433K |
| Sat 11/6 | 10:15p | UTSA / UTEP | ESPN2 | 0.24 | 412K |
| Sat 11/6 | 12:00p | K ST / KU | FS1 | 0.15 | 344K |
| Sat 11/6 | 11:00p | SDSU / HAW | FS1 | 0.12 | 226K |
| Tue 11/2 | 7:30p | EMU / TOLEDO | ESPN2 | n/a | 180K |
| Sat 11/6 | 12:00p | SMU / MEM | ESPNU | n/a | n/a |
| Sat 11/6 | 4:00p | TULANE / UCF | ESPNU | n/a | n/a |
| Sat 11/6 | 7:30p | HOU / UCF | ESPNU | n/a | n/a |
| Sat 11/6 | 10:00p | SJSU / NEV | FS2 | n/a | n/a |
| Wed 11/3 | 7:00p | CMU / WMU | ESPNU | n/a | n/a |
| Tue 11/2 | 7:30p | MIA (OH) / OHIO | ESPNU | n/a | n/a |

TX870

Q.   ==Let's turn to innovations== if we could. We heard CBS and FOX and DirecTV do their own innovations, but ==does the NFL do anything to encourage those innovations?==

A.   ==We do. It starts with our TV agreements. They're required to innovate.== But we also -- we push them to -- to test new things, and then we also do some of that ourselves.

We have our Next Gen Stats which was put together by the league and some partners, and it's a data capture.



**Cathy Yancy**

Yancy, Trial Tr. at 1754:1-8

6

**During cross-examination by NFL's lawyer:**

Q.   Dr. Rascher, for the class members in this case, in the absence of having to sign up for Sunday Ticket, they would have available to them a DirecTV package; correct?

A.   Yes.

Q.   And would that package, without having to pay for Sunday Ticket, have enabled them to watch all of these games that the NFL has put here in its schedule?

A.   Yes.



**Dan Rascher**

Rascher, Trial Tr. at 763:10-17

7

# Interlocking Agreements on Premium Price



Q.   So CBS and NFL agreed to a premium price for Sunday Ticket which limits distribution of Sunday Ticket. Fair?

A.   We agreed to the -- yes.

Tr 1677:16-19 (McManus)



Q.   Does "premium subscription" mean premium price?
A.   Again -
Q.   Just a yes or no. I mean, give us your best shot.
A.   To me, a premium subscription would imply a premium price.



Tr 293:13-18 (Bornstein), TX-45

8

# Example NFL Schedule for 12/13/15 on CHOICE
*(NFL Licenses In-Market Games, Teams License Out-of-Market Games)*



| Channel | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM |
|---|---|---|---|---|---|---|---|
| CBS | AFC Regional Package (5 Games) | | | Oakland Raiders at Denver Broncos | | | |
| FOX | NFC Regional Package (5 Games) | | | Dallas Cowboys at Green Bay Packers | | | |
| abc | San Francisco 49ers at Cleveland Browns | | | | | | |
| NBC | Pittsburgh Steelers at Cincinnati Bengals | | | | | | |
| ESPN | Seattle Seahawks at Baltimore Ravens | | | | | | |
| ESPN 2 | Washington Redskins at Chicago Bears | | | | | | |
| ESPN U | Indianapolis Colts at Jacksonville Jaguars | | | | | | |
| ESPNEWS | San Diego Chargers at Kansas City Chiefs | | | | | | |
| FS1 | Buffalo Bills at Philadelphia Eagles | | | | | | |
| NFL NETWORK | Atlanta Falcons at Carolina Panthers | | | | | | |
| tbs | Tennessee Titans at New York Jets | | | | | | |
| TNT | New Orleans Saints at Tampa Bay Buccaneers | | | | | | |
| USA | Detroit Lions at St. Louis Rams | | | | | | |

# Arico NCAA Article (relied on by Dr. Bernheim)

the NCAA television plan constituted horizontal price fixing by creating a minimum aggregate price which precluded price negotiation between broadcasters and member institutions.

# Rascher's College BFW: All Games OTA and on Basic Cable

## Rascher, Merits Report, p. 162, para 338:

"Based on the evidence from the popularity of NFL telecasts, even when telecast only into limited areas, and the availability of yardstick college football telecasts nationally, I conclude that basic cable or satellite service would be sufficient to access all NFL telecasts in this BFW."

## Bernheim Report ¶ 290

"His hypothesized but-for analyses involve scenarios in which that number increases to "7 early and 6 late afternoon games" (airing OTA and on basic cable)"

# Rascher's BFW Model: Games Shown on Satellite Cable Channels Already Purchased by Class Members

**Rascher, Merits Report, p. 162, para 337:**

> The requirements that existed for consumers to purchase Sunday Ticket via satellite in the actual world will be sufficient to access all NFL telecasts in the BFW, without the purchase of Sunday Ticket. OTA and basic cable/satellite channels have generally been sufficient to access all telecasts in the college football yardstick - the same access that all class members obtained (DirecTV television service) in order to purchase Sunday Ticket.

**Rascher Trial Testimony, 763:10-17**

> Q.  Dr. Rascher, for the class members in this case, in the absence of having to sign up for Sunday Ticket, they would have available to them a DirecTV package; correct?
>
> A.  Yes.
>
> Q.  And would that package, without having to pay for Sunday Ticket, have enabled them to watch all of these games that the NFL has put here in its schedule?
>
> A.  Yes.

12

**"Competition is a core concept in antitrust economics. Competition refers to the process by which companies vie for customers by lowering their prices, by improving the quality of their products. So competition leads to the provision of high-quality products at low prices. It also stimulates innovation. So all of these are benefits for consumers; they're benefits for the economy."**

# Tr. Testimony, p. 2376 of Google Play

```
 7        So why do economists care about competition at all?

 8   A.    Competition is a core concept in antitrust economics.

 9   Competition refers to the process by which companies vie for

10   customers by lowering their prices, by improving the quality of

11   their products.  So competition leads to the provision of

12   high-quality products at low prices.  It also stimulates

13   innovation.  So all of these are benefits for consumers;

14   they're benefits for the economy.
```

14

## Exhibit 2: NFL Licensing Revenue (NFL Sunday Ticket) from 2011-2022

**Licensing Revenues from 2011-2022 (millions)**

| Category | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sunday Ticket | $875 | $925 | $975 | $1,025 | $1,152 | $1,244 | $1,335 | $1,427 | $1,523 | $1,583 | $1,644 | $1,712 | **$15,420** |
| Sunday Afternoon OTA | $1,323 | $1,346 | $1,351 | $1,650 | $1,725 | $1,987 | $1,975 | $2,050 | $2,350 | $2,300 | $2,450 | $2,723 | **$23,229** |
| Other | $1,950 | $1,819 | $1,864 | $2,730 | $2,886 | $3,114 | $3,301 | $3,547 | $3,742 | $3,954 | $4,374 | $5,118 | **$38,399** |

# TOTAL TV REVENUE



$8.47BIL

# IN-MARKET AND OTHER TV REVENUE

# SUNDAY TICKET TV REVENUE



**$6.82 BIL**

**+**



**$2.45 BIL**

EACH TEAM = 1/32

|  | **2021 TNF Rights Fees** |
|---|---|
| **Fox** | $706 million |
| **Amazon** | $100 million |
| **NFLN** | n/a |

18

| | TNF Example (2021) | BFW Issue |
|---|---|---|
| **Who Pays More** | FOX: $670M<br>Amazon: $100M | ? |
| **Type of Rights Acquired** | Exclusive | Non-Exclusive |
| **Ideal Media** | Best For Streaming (Thu) | Best for OTA TV (Sun) |
| **Network alternative** | Prime-Time TV | Bowling? |
| **Type of Competing Telecast** | Same game | Different games |
| **Time Frame** | 2022 (Amazon) | 2011-2022 |

19

**During cross-examination by NFL's lawyer:**



**Dan Rascher**

Q.   And that would have been true in your but-for world; right? You would have needed -- even in the but-for world, if they were doing it the way you say they should have done it from 2011 to 2023, to air the games, whichever network it was, they would have needed the consent of both teams playing and the NFL; correct?

A.   I mean, being a member of the NFL, they're giving their consent to have their games scheduled, to show up and play, and to be put on TV based on whatever media package happens to put them on TV.



# Dallas Cowboys Football Club, Ltd.



# Kansas City Chiefs Football Club, Inc.

**2023 REVENUE** $1.14B

**2023 REVENUE** $540M

**2023 PLAYERS' SALARY**  $218M

**2023 PLAYERS' SALARY**  $214M

**SUPERBOWL WINS SINCE 1996** 0

**SUPERBOWL WINS SINCE 2010** 3

Q.   And you were talking about Thursday Night Football here.

The question was: "Okay. Were you satisfied with that deal?"

"In terms of what?"

"In terms of its benefit for CBS."

And you answered: "It was successful from a ratings standpoint and from a promotional standpoint. It was not successful from an economic standpoint." Fair?

A.   Fair.

Q.   And that was your sworn testimony then?

A.   Uh-huh. Yes, it was.

Q.   And you stand by that?

A.   I do, yes.



**Sean McManus**

22



**Sean McManus**

Q.   Well, by -- by the end of the deal, Thursday Night Football was not successful from an economic standpoint because CBS paid considerably more in rights fees to the NFL than it generated in revenue; right?

A.   Yes.

## Exhibit 11. 2019 Annual Split of National OTA, Regional OTA, Cable, and Other Telecasts:

## NFL vs College Top 25





**June 20, 2024 10:01 a.m.**
**Trial Tr. 50: 14-20**

Q.  Is it possible for an economist to analyze the teams'
incentives, the NFL teams' incentives, in the but-for
world without having an opinion about what would
happen with  revenue sharing?

A.   I -- I do not think it is. I think that that's essential, that's
what would make it economic analysis.

25

**June 20, 2024
Trial Tr. 90:1-6**

"And what's going on during that period, well, you had the passage of the Sports Broadcasting Act at the beginning, and that is Dr. Rascher's experiment. And getting back to the question that you were asking, during this period, I think that there's good anecdotal evidence that the major changes were in the NFL, not in college."

26

## Bernheim Dep. Tr. 123:33-124:6

"I have an opinion that the current conduct is procompetitive, and that the current conduct includes revenue sharing, which creates incentives which, in combination with other considerations in this industry, makes it so that subgroups do not break away.
They don't see it in their interests – they don't see it as being in their economic interests to break away, much as teams within college conferences don't break away."

## Bernheim Dep. Tr. 154:17-155:3

"So that's what I'm pointing out here is that revenue sharing is basically endowing the -- what -- what Dr. Rascher would call the potential competitors here with the same objective function, which means they're not going to compete. As long as they have that shared objective functioning, they're just not going to compete in the way he thinks they're going to compete.
And that prediction is borne out by college football, where the vast majority of teams do not break away from their conferences where revenue sharing is occurring at the level of the conference.

**Figure 23: Average viewership for FOX Thursday Night Football games and Sunday afternoon games, 2021 regular season**