EXHIBIT 10
Plaintiffs' June 26, 2024 Closing Argument
Presentation

# What is competition?

1



# What is competition?

# Burden of Proof



4

# Plaintiffs' Claims

| CLAIM 1 | Defendants Unreasonably Restrained Trade |
|---|---|

| CLAIM 2 | Defendants Conspired to Monopolize |
|---|---|

# Instruction No. 16: Conspiracy is an Agreement or Understanding

The basis of a conspiracy is an <mark>agreement or understanding</mark> between two or more persons.

To establish the existence of a conspiracy, the evidence need not show that its members entered into any formal or written agreement. The agreement itself may have been <mark>entirely unspoken</mark>.

The members of the conspiracy <mark>need not necessarily have met together</mark>, directly stated what their object or purpose was to one another, or stated the details or the means by which they would accomplish their purpose. To prove a conspiracy existed, the evidence must show that the alleged members of the conspiracy came to an agreement or understanding among themselves to accomplish a <mark>common purpose</mark>.





# Paid TV Agreements Not Exempt From Antitrust Laws

## COURT'S INSTRUCTION NO. 13

In 1961, Congress passed a statute, called the Sports Broadcasting Act, that provides that it is not a violation of the antitrust laws for a professional sports league to sell all or part of the telecast rights of its member teams to over-the-air networks like CBS and FOX. Agreements involving or affecting the telecasting of games on cable or satellite TV are not included in the SBA, and must be analyzed separately.

9



# Teams Pooled Their Paid TV Rights Anyway



**Brian Rolapp**
Chief Media and
Business Officer

Q.   And what you previously said is the 32 teams have ==ceded their telecast rights to the NFL==, the league; correct?

A.   ==Yeah==. They've decided, as ownership, because they own the league, to collectively negotiate the rights from the league level.

June 12, 2024 Tr. at 969:10-14

11

Case 2:15-ml-02668-PSG-SK Document 533-1 Filed 08/15/23 Page 13 of 13 Page ID
#:8854

# Teams Pooled Their Paid TV Rights



LEGAL CONDUCT

ILLEGAL CONDUCT

FREE TELECAST RIGHTS



PAID TELECAST RIGHTS





DIRECTV



# Premium-Priced Subscription Agreement

May 1, 2009 Email
CBS to NFL Re: Term Sheet Comments



TX-750

| From: | Bornstein, Steve |
|---|---|
| Sent: | Friday, May 01, 2009 2:00 PM |
| To: | Schroeder, Hans; Rolapp, Brian |
| Subject: | FW: Term sheet comments |

**From:** McManus, Sean [mailto:sjmcmanus@CBS.com]
**Sent:** Friday, May 01, 2009 1:19 PM
**To:** Bornstein, Steve
**Cc:** Moonves, Leslie
**Subject:** Term sheet comments

10.   We will need clarification on the premium pricing for NFL Sunday ticket, and any other such packages.   The concept here has always been that these packages are sold at a premium, thereby limiting distribution.  If they are offered as non-premium or even free packages we are concerned that distribution may grow significantly.  Likewise, we will need specifics on the pricing on the broadband product, but we are assuming that the pricing for this product in the white areas will be the same as the DirecTV package .

TX-750

14

# Premium-Priced Subscription Agreement

May 1, 2009 Email
CBS to NFL Re: Term Sheet Comments



TX-750

Schroeder, Hans

From:     Bornstein, Steve
Sent:     Friday, May 01, 2009 2:00 PM
To:       Schroeder, Hans; Rolapp, Brian
Subject:  FW: Term sheet comments

More good news...

From: McManus, Sean [mailto:sjmcmanus@CBS.com]
Sent: Friday, May 01, 2009 1:19 PM
To: Bornstein, Steve
Cc: Moonves, Leslie
Subject: Term sheet comments

Dear Steve:

As per our discussion, we will need to resolve the following issues before we can finalize any
financial arrangement. I have yet to get final comments from some of our people, but I wanted to
get you the main elements as soon as possible. There may be more, but this is a good start.

1.  Our bid is based on an average total of 116 games per year.  This allows 19 games for the
    network primetime package, 19 for ESPN and 18 for the NFL Network and/or another cable
    partner.  The proposed 111 games would only give us an average of 5.8 games per weekend,
    as opposed to the 6.3 games we average under the current deal.  We would like some
    assurance that the quality of the additional 8 games taken out of our package will be of
    similar quality as the current NFL Network schedule, taken as a whole; and that we will
    receive no less than 3 of our top five game picks and 7 of our top 10 every year.

2.  We need clarification that the network windows, specifically the prime windows, won't
    expand beyond 19…in other words, we are assuming any games taken out of our package
    will be going to cable or to regionalize the current network primetime package, and not
    additional network windows.

3.  We are assuming that the Sunday Primetime package will not kickoff prior to 8:00 pm.

4.  If the league expands its flexible scheduling to 9 weeks, we would like to protect two of
    those nine weeks, including the last week and these picks would be made 6 days in advance,
    instead of the current schedule, where we make our selections 12 days in advance.  In the
    last week will be made 6 days in advance.  It is nearly impossible to accurately determine
    which games should be protected that far in advance, and if we are going to be asked to
    make their picks 12 days in advance, we should have more flexibility.

5.  Reimbursement for international game should increase 5%

6.  We are assuming CBS carries the Superbowl in the 2012/13
    would remain on Sunday.

5/1/2009

HIGHLY CONFIDENTIAL                                TX 750  Pg. 2 of 5

10.   **We will need clarification on the premium pricing for NFL Sunday ticket, and any other
      such packages.   The concept here has always been that these packages are sold at a
      premium, thereby limiting distribution. If they are offered as non-premium or even free
      packages we are concerned that distribution may grow significantly.  Likewise, we will need
      specifics on the pricing on the broadband product, but we are assuming that the pricing for
      this product in the white areas will be the same as the DirecTV package .**

TX-750

15

# Premium-Priced Subscription Agreement



**Sean McManus**
Fmr. Head of CBS Sports

Q. So ==CBS and NFL agreed to a premium price for  Sunday Ticket== which limits distribution of Sunday Ticket. Fair?

A. We agreed to the -- ==yes==.

# Premium-Priced Subscription Agreement



**Larry Jones**
Fmr. EVP, Fox Sports

"Premium product they were going to get, all the FOX telecast games for a ==premium fee==.

Q.  How long have you known about that understanding that FOX had, that Sunday Ticket would be a ==premium product== for avid fans? ==From day one?==

A.  I don't -- ==I guess so, yes.==

# DirecTV Knowingly Joined the Conspiracy



**Exclusive Against Cable**  Section 3(a)

and 3.c below, DIRECTV's carriage of live ST Games, including with respect to WS and OTT, shall be exclusive within the Territory as against all cable and satellite multichannel video program delivery systems and against distribution of

**No New Broadcast Window**  Section 3(b)

Notwithstanding anything to contrary, the NFL shall not create a Regionalized Game Broadcast Window other than in a game broadcast window that exists as of December 20, 2013 (i.e., the two existing Sunday afternoon windows that, as of

**Networks Broadcast No More Than Two Games**  Section 3(b)

future franchise relocation and expansion; (B) the Originating Network Telecasters collectively (together with their local affiliates, if any) do not make available more than two ST Games in any one market in the Territory at a particular time, subject

# DirecTV Agreed with NFL to Premium-Priced Subscription

DirecTV Contract for
2011-2014 Seasons



**§2(f)**

"…for clarity, in all cases NFL Sunday Ticket shall be marketed and offered in a manner consistent with its status as a high-quality, <mark>premium subscription</mark> sports offering."

DirecTV Contract for
2015-2022 Seasons



**§2(c)**

"For clarity, in all cases NFL Sunday Ticket shall be marketed and offered in a manner consistent with its status as a high-quality, <mark>premium subscription</mark> sports offering."

19

# DirecTV Agreed with NFL to Premium-Priced Subscription



**Steven Bornstein**
Former EVP

Q. Does "premium subscription" mean premium price?

A. Again -

Q. Just a yes or no. I mean, give us your best shot.

A. To me, ==a premium subscription would imply a premium price.==

# DirecTV's Subscription Agreement – Not on Basic Cable Channels



**Sean McManus**
Fmr. Head of CBS Sports

Q.   The first part talks about a ==subscription requirement==. Do you see that?

A.   I do.

Q.   I think you said ==that was in all the deals== with the NFL, right, and CBS?

A.   ==Correct==.

Q.   And so, among other things, ==that means that NFL couldn't just put the games on the regular cable channels.==

Fair? You had to pay something on top of that to get that --

A.   ==That's correct.==



**Sean McManus**
Fmr. Head of CBS Sports

Q. And this means that if somebody was going to buy Sunday Ticket package, they had to buy the whole package of games, not individual games. Fair?

A. That's what it says.

Q. And it also meant that the games could not be sold on a team-by-team basis either; correct?

A. That's correct.

Q. And that was always the understanding between CBS and the NFL; right?

A. Correct.



# The 2012 Price Drop

Sept. 27, 2019
Email from B. Lawton to B. Rolapp



**DTV NFL Sunday Ticket - Satellite Basic + Max**

| Year | Paid Subscribers ('000s) | YoY Sub Growth | Prices (Basic / MAX) | Average Price Growth |
|------|--------------------------|----------------|----------------------|----------------------|
| 2010 | 1,253 | -2% | $320 / $370 | 6.7% |
| 2011 | 1,262 | 1% | $335 / $385 | 4.3% |
| 2012 | 1,798 | 42% | $200 / $300 | -30.8% |
| 2013 | 1,881 | 5% | $224 / $300 | 5.0% |
| 2014 | 2,210 | 18% | $240 / $330 | 8.6% |
| 2015 | 2,156 | -2% | $252 / $354 | 6.7% |
| 2016 | 2,054 | -5% | $270 / $360 | 3.6% |
| 2017 | 1,933 | -6% | $282 / $378 | 5.1% |
| 2018 | 1,708 | -12% | $294 / $396 | 4.5% |
| 2019 | 1,341 | -21% | $294 / $396 | 0.0% |

TX-417, NFL_0257531

24

# DirecTV Agrees to NFL "Control"

**From:** Kaplan, Alex [AKaplan@DIRECTV.com]
**Sent:** 6/13/2012 9:44:59 PM
**To:** White, Michael D [Mike.White@DIRECTV.Com]
**CC:** Guyardo, Paul J [PJGuyardo@DIRECTV.com]; Chang, Derek [DChang@DIRECTV.com]
**Subject:** NFL slides
**Attachments:** NFL Rights Strategy 6.13.12.pptx

Mike -

Attached is a short deck for our meeting tomorrow afternoon to prep for your meeting with the Commissioner on Friday.

---

## Advantages of Maintaining Exclusivty with DIRECTV



- **Concerns for NFL**
  - Broadcasters will balk.
  - Multiple sellers of Sunday Ticket will cause brand confusion/Loss of DTV single voice in marketplace that NFL can "control".

TX-271

25

# Sunday Ticket Pricing Never Dropped Again



# DirecTV's Sunday Ticket Pricing "Subject To NFL Approval"

| | |
|---|---|
| **From**: | Stecklow, Robert L [RLStecklow@DIRECTV.com] |
| **Sent**: | 4/8/2015 3:27:26 PM |
| **To**: | Kaplan, Alex [AKaplan@DIRECTV.com]; Ton, Jeff [JTon@DIRECTV.com] |
| **Subject**: | updated NFLST 101 and DTV rights |
| **Attachments**: | nflst deal rights v4 SHORT.pdf |

## NFL Sunday Ticket 101 & DIRECTV Rights



**SUBSCRIPTION BUSINESS MODEL**

- ※ Subject to NFL approval, DIRECTV determines seasonal Pricing and Packaging (e.g., NFLST Basic and NFLST MAX).
- ※ NFL Sunday Ticket is a subscription product run with an auto-renewal process.
- ※ The auto-renewal process begins each May/June as over 3M DIRECTV customers are renewed each year.
- ※ The package is offered in full season, half season, and other special offers.
- ※ In the current business model, new DIRECTV subscribers (acquisition) are given a free trial season in their first year of service.
- ※ Peak sales and renewal/call center activity is each August and September.

TX-267

# DirecTV's Sunday Ticket Pricing "Subject To NFL Approval"



**James Dyckes,**
Senior Director, Revenue





**From:** DYCKES, JAMES D

**Sent:** Monday, September 17, 2018 11:39 AM

**To:** ROSS, STEPHEN <sr7094@att.com>

**Cc:** BRITTON, JASON R <jb918s@att.com>

**Subject:** RE: Sunday Ticket Willingness to Pay

I have wanted to drop the price, but because of Operating Income gaps finance has said no.  In addition, the NFL deems their product as a Premium Product, and dropping the price would send a message that their product needs help, so they have pushed back hard. In fact, they wanted a 45%+ increase this year for our existing subs on streaming.

I do have a cancellation study that Jason has also seen, and it basically says for a lot of customers that price is an issue and breaks down what they would be willing to pay for.  As you might expect, it is lower than currently priced.

A difficult spot with the two entities required to lower the price have said no.

TX-269

TX-269

28

# The Company Line

DIRECTV



**WHITE**  "[O]ur pricing decisions were solely made by DirecTV" [Dep. 53:18-19]



**KAPLAN**  "I don't believe DirecTV ever went and got approval on pricing…." [Dep. 71:14-15]



**STECKLOW**  "I wasn't really involved with the pricing decisions…." [Dep. 23:19-20]



**DYKES**  "[I]t's our call to determine what the pricing is." [Dep. 123:24-25]

# The Company Line





**GOODELL**

**"DirecTV set this price."** [Tr. 1498:19-20]



**ROLAPP**

**"We do not set the price for Sunday Ticket."** [Tr. 978:17-18]



**SCHROEDER**

**"DirecTV sets the price for Sunday Ticket."** [30(b)6 Dep. 50:12-13]



**LAWTON**

**"Ultimately, we don't set the price for Sunday Ticket."** [Dep. 49:15-16]

# The Company Line



**Brent Lawton**
Vice President, Media

Q.  The price is set by DirecTV and then the NFL has no input into that price?

A.  Yeah, <mark>price is ultimately set by DirecTV</mark>.

Q.  But just to understand, before the season starts, does DirecTV inform the NFL of what its current prices are going to be for that season?

A.  <mark>They share it with us, but it's not -- so like they tell us, but they don't -- it's not like sort of a review process per se.</mark>

Q.  So it's not something that the NFL would provide <mark>feedback on for pricing</mark>?

A.  <mark>No.</mark> If it's on the digital product, that's set up a little bit differently, more as sort of, you know, we're all working together on it.

# The Documents Don't Lie

## 12.5

| 12.5.17 | | | |
|---|---|---|---|
| **Item** | **Status** | **Responsibility/Owner** | **next steps - questions** |
| **2017 Marketing Planning - NFL ST & Affiliate Marketing** | | | |
| P & L | NFL Reviewed and want to discuss | DTV/ NFL | what went into cap ex this year |
| Anthem related refunds | 99K per disucssions last week in Dallas | DTV/ NFL | |
| Free Trial conversions .TV | NFL would like to stick with the 17th, and would float the idea of moving back by one week to 12/24 (week 16) so the only week not on free trial would be the last one. Thought is free trial gets more people in the door and email addresses for next year. What do you think about going back a week? | DTV/ NFL | Current numbers since 206,197 |
| **Satellite Pricing 2018** | **NFL reviewing** | **DTV/ NFL** | |
| .TV Pricing 2018 | price | DTV/ NFL | |
| NFLST App redesign 2018 | DTV request to redesign | DTV/ NFL | |
| Social Assets for Decd Social Push | Kellen provided.  NFL to get back with plan for weekly support | DTV/ NFL | |
| Add favorite team question | Want to add favorite team.  NFL Wants | DTV/ NFL | |
| Add additional fantasy football leagues across NFLST TV APPs | NFL to discuss internally | DTV/ NFL | |
| NGS inclusion into NFLST | DTV wants to dicuss further integrations | DTV/ NFL | |



| 12.12 | 1.2 | 1.9 | 1.16 |
|---|---|---|---|

TX-801, NFL_0929220

# The Documents Don't Lie

## 1.16

| 1.16.17 | | | |
|---|---|---|---|
| Item | Status | Responsibility/Owner | next steps - questions |
| **2017 Marketing Planning - NFL ST & Affiliate Marketing** | | | |
| P & L | NFL to provide media info & Value update on NFL PL today or tomorrow | DTV/ NFL | |
| Season ending Reporting | NFL BD please confirm confirm if missing | DTV/ NFL | |
| SBX Activation | Latest.  Discuss use of Commish items | DTV/ NFL | |
| SB Sat Night List | Update | DTV/ NFL | |
| NBC Affiliate Support of SBLII | Discuss | DTV/ NFL | |
| Yahoo Sports | Questions | DTV/ NFL | |
| NFL ST .TV | Final numbers  207K | DTV/ NFL | |
| Satellite Pricing 2018 | Confirmed  on core pricing.  Discuss | DTV/ NFL | timing put in as a placeholder . New billing system coming in. Need to address .  Jan in system.  More end of April on |
| .TV Pricing 2018 | NFL reviewing . | DTV/ NFL |  Window to finalize is March - Early Bird need to get done by Feb |
| Emmy Write up | approved .  NFL counterparts | DTV/ NFL | to get list |
| NFLST App redesign 2018 | DTV request to redesign.  DTV to provide wireframe information | DTV/ NFL | Follow up after the holiday.   Mid January due |
| Data Sharing discrepancies | Set up call with NFL CRM | DTV/ NFL |  Questions |
| Eligibility Expansion - Military & Graduating College Students - 2018 | discuss documents sent yesterday | DTV/ NFL | Add all military (active, vets, spouses).  Discuss next steps.  Timing ? |
| FantasyZone starting earlier in FY18 | NFL to review after DTV send proposal | DTV/ NFL | |



| 12.5 | 12.12 | 1.2 | 1.9 |
|---|---|---|---|

TX-801, NFL_0929220

# "Careful How We Talk About Pricing"

Case 2:15-cv-02388-RSG-SK   Document 15   Filed 1/15/24   Page 3 of 5   Page ID #8084

May 8, 2018
Email from A. Steadman to K. LaForce and B. Lawton

---

**From:** Steadman, Amy
**Sent:** Tuesday, May 08, 2018 7:57 PM
**To:** LaForce, Kevin <Kevin.LaForce@NFL.com>; Herald, Amanda <Amanda.Herald@nfl.com>; Taylor, Kelsey <Kelsey.Taylor@nfl.com>; Lawton, Brent <Brent.Lawton@nfl.com>
**Subject:** RE: anything missing / to tweak here? want to send to BR / HLS asap

Looks right – added term on Uverse for NFLST and NFLN below.  Also, fyi, we need to be careful how we talk about pricing.

---

TX-777, NFL_0281135

34

# The Documents Don't Lie

12/5/2017
Email from B. Fitzgerald to B. Lawton





| Request | AT&T Ask | Issues | NFL Response | Rationale | Hans? |
|---|---|---|---|---|---|
| Satellite Pricing | See attached grid - 4% / 5% increases to both products | None | Okay | Consistent w/prior years, though NFLST becoming very expensive | Yes |



HIGHLY CONFIDENTIAL                    NFL_0961879

TX-806

# NFL and DirecTV's "Final Agreed To Pricing" For Sunday Ticket



**Hans Schroeder,**
EVP, COO

TX-684

**From:** Schroeder, Hans
**Sent:** Monday, May 29, 2017 7:29 PM
**To:** Lawton, Brent <Brent.Lawton@nfl.com>
**Subject:** nflst - couple items

B,

Hope you had a good memorial day.

Had a couple items for you. Can you send me final agreed to pricing for nflst for this year, and for the plan for nflst.tv for next as well?

Also, any additional asks about att instore or game mix?

Can grab 5 minutes in the morning.

Q.  What did you mean, then, when you said agreed-to pricing?

A.  I don't know as I sit here today. All I know is DirecTV set the price.

TX-684, Schroeder, Dep. Tr. at 202:14-17

36

# The Documents Don't Lie

## 12.28

**6/27/2016**
Email from B. Fitzgerald to A. Kerner attaching Partner Marketing Spreadsheet

**Brian Fitz Partner Marketing Projects**
As of week of Dec 28th

| Description | Summary | Stage (scale of 1-10) | Next Step To Move Forward |
|---|---|---|---|
| **_DirecTV_** | | | |
| 2016 NFL ST Pricing | DTV   submitted 2016 recommended pricing | 9 | Briefly shared with HLS last week and he wants detailed write up on pricing plan for 2016 for managing up with BR /RG. HLS share with BR and for now ok. We need to get ahead in 2016 on planning of pricing. |



1.27    1.19    1.11    1.4    12.28

TX-808, NFL_0996900



# THE COMMISSIONER

















# The Commissioner



**Roger Goodell**
Commissioner

Q. In turn, we know the NFL, through its contracts with DirecTV through the class period, required that DirecTV sell Sunday Ticket as a premium subscription; correct?

A. I don't know. I didn't read that contract either, sir.

# The Commissioner



**Roger Goodell**
Commissioner

> Q. But now we go back down and we look and see, if we bring some competition into the market, that is, if you team up DirecTV with ESPN, Amazon, couple others mentioned, what happens as a negative, the first one we see is it says that ==competition could destroy direct and indirect value==. Do you see that?
>
> A. I do.
>
> Q. And that's talking about ==destroying direct and indirect value to the NFL==; correct?
>
> A. ==I assume so==.

IT NEVER STOPPED

# Fox Demands Sunday Ticket Price Floor

January 6, 2021
Email from John Nallen (FOX) to Brian Rolapp

**NFL SUNDAY TICKET / RESALE**

| | FOX (12/7) – "Option A" | NFL (12/27) – "Option A" | FOX (1/06) – "Option C"[2] |
|---|---|---|---|
| (1) Distribution / Pricing | Discrete, bona fide, material charge or subscription fee, no less than 2020-21 season (i.e., base price of $293.96 per season). | OK with discrete charge / "buy through" | (A) NFL may sell NFLST as follows with no Fox ST Economic Participation (as described in Sec 8 below):<br>• Inside Pay TV (i.e., subs that receive Fox in-market games via a valid RTC agreement): at or above current pricing of $300/season ("Current Fee"), provided that NFLST may be sold by more than one MVPD (rather than exclusively by DIRECTV), and<br>• Outside Pay TV (DTC/OTT): at any price that is materially greater than the Current Fee<br>• In each case, the composition of NFLST shall be generally consistent with current practice (e.g., no inclusion of post-season games) |
| | | For clarity, NFL able to include NFLST as part of broader NFL or 3rd party offering | See 4(A) below. |
| | | NFL will not make any contractual commitments to pricing | OK, subject to 1(A) above. |
| | | League intends NFLST to be complementary, premium products for avid fans | All NFLST products/offerings shall be premium products for avid fans that are complementary to the in-market games |

**TX-1000**

# NFL Rejects ESPN's "Low" $70 Proposal

November 10, 2021
Email from B. Rolapp to R. Kraft



There were **elements of the structure I told him we do not like. Those elements included the low NFLST price points they wanted to offer (~$70.00 per season)** and offering to sell a "team by team" product

**Brian Rolapp**
Chief Media and
Business Officer

"I think $70 and the team-by-team, the entire product and offering they were going to make to consumers, we felt was not going to be complementary to Sunday afternoon."

Trial Tr. 1024:25-1025:8

TX-697

45

# NFL To Google: Maintain ST at High Price

December 15, 2018
Email from B. Lawton to H. Farr



i. Increase reach? YES How wide do we want ST consumption? List pros / cons
ii. ==Maintain premium? YES (e.g Google must sell at high price point)==
iii. Enhance NFLST digital presence? YES

TX-800

46

# FOX Got What it Wanted





Case 2:15-cv-02600-PSG-SK Document 1533-10 Filed 08/19/24 Page 50 of 93 Page ID #:42641

**COURT'S INSTRUCTION NO. 22**

Under Section 1 of the Sherman Act, a restraint of trade is illegal only if it is found to be unreasonable. You must determine, therefore, whether the restraints challenged here were unreasonable, by applying the rule of reason. The rule of reason has four steps.

First, you must determine whether Plaintiffs have proven that the challenged restraints have resulted in a substantial harm to competition in a relevant product and geographic market. In making this determination, you must look at how the various alleged agreements work together to actually impact competition.

49

# Instruction No. 23: Harm to Competition

Case 2:15-cr-02568-PSG-SK   Document 1234-10   Filed 09/15/24   Page 51 of 93   Page ID #: 3651

A harmful effect on competition, or competitive harm, refers to a reduction in competition that results in higher prices, decreased output, or lower product quality in the relevant market.

# NFL Agreements Raised Prices



**Dr. Dan Rascher**
Sports Economist

" So the impact is that Sunday Ticket is very expensive because of the exclusivity, but also because of the horizontal -- you know, horizontal control from FOX and CBS through the NFL to then cause an even higher price for Sunday Ticket to keep those subscriptions down."

Tr. at 714:13-22



**Douglas Bernheim**
NFL Expert

Q.   [Y]ou didn't consider whether the NFL, networks, and DirecTV agreed there were a series of interlocking agreements to raise the price of Sunday Ticket in order to limit distribution of Sunday Ticket. Yes or no?

A.   That was not what Dr. Rascher was discussing in his report, so no.

Tr. at 2024:9-19

51

# NFL Agreements Reduced Viewership

March 2019
Fan Research Presentation





TX-172 at -9540

# NFL Agreements Raised Prices

December 20, 2010
Presentation on Quantitative Research





**Reasons for Dropping NFL RZ and NFL ST**

Price and value dominate reasons for dropping both services (almost the *only* reasons for dropping NFL ST).

NFL Sunday Ticket

| | |
|---|---|
| Cost/price too high | 86% |
| Value of NFL ST did not justify price | 53% |
| Didn't meet expectations | 7% |

TX-151 at -271

53



# BURDEN SHIFTS TO DEFENSE

# Instruction Nos. 22 & 24: Defendants' Burden of Proof

Second, if you find Plaintiffs have proven that the challenged restraint results in a substantial harm to competition in a relevant market, Defendants may then come forward with ==evidence that the restraint produces countervailing competitive benefits.==

Instruction 22

If you find that Plaintiffs have proven that any of the challenged restraints resulted in substantial harm to competition in a relevant market, then you next must determine ==whether the restraint also benefits competition in other ways.== A procompetitive rationale is a ==non-pretextual== claim that Defendants' conduct is indeed a form of competition on the merits because it involves, for example, greater efficiency or enhanced consumer appeal.  Defendants bear the burden of producing evidence regarding the existence of competitive benefits.

Instruction 24

56

# Pretext: No Supporting Documents at the Time



**Brian Rolapp**
Chief Media and
Business Officer

Q.  Are you aware of any studies examining the effect of
    independent team telecasts on the overall viewership of NFL
    telecasts?

A.  <mark>No.</mark>

Q.  Are you aware of any studies examining how independent club,
    independent team, telecast distribution would affect the quality
    of NFL telecasts?

A.  <mark>Independent studies? Not that I remember.</mark>

Q.  Are you aware of any studies examining how independent club
    telecast distribution would affect the price of a competing
    package of NFL telecasts?

A.  <mark>No.</mark>

# Pretext: No Supporting Documents at the Time

May 5, 2009 Email
NFL/CBS Television Package Discussions



TX-326

58

# The Real Reason



**Robert Kraft**
Owner, Patriots

Q. Would you agree that ==ensuring a high subscription price== for Sunday Ticket is a priority for the NFL and its member clubs?

A. Yes.

Q. And how is it that offering the Sunday Ticket product at less than the ==premium price== would harm the over-the-air broadcast?

A. I think that would devalue our over-the-air partner packages. And then ==they wouldn't be incented to continue and pay us the way they pay us.==

# Pretext: NFL Knows Free TV Not At Risk

August 21,2017
NFLN Programming Strategy Discussion





- FOX / CBS pay 25% less per game (~$10M vs. ~$13M)
- Cable networks pay $9M per game (same as DirecTV expected payment)

- Distribute regular season out-of-market simulcasts on basic cable networks instead of exclusively through DirecTV Sunday Ticket (ST)
- Maintain local distribution through FOX and CBS
- Replace lost value of ST with licensing fees from cable networks that benefit from higher distribution and / or subscriber fees

TX 686 at -280, -284

60

Case 2:15-mq-02668-PSG-JC Document 1533-10 Filed 09/15/24 Page 62 of 93 Page ID #34810

If you find that Plaintiffs have proven that any of the challenged restraints resulted in substantial harm to competition in a relevant market, then you next must determine ==whether the== ==restraint also benefits competition== ==in other ways.== A procompetitive rationale is a non-pretextual claim that Defendants' conduct is indeed a form of competition on the merits because it involves, for example, greater efficiency or enhanced consumer appeal. ==Defendants bear the burden of producing evidence regarding the existence of competitive benefits.==

61

# Bernheim Failed To Consider Interlocking Agreements



**Dr. Douglas Bernheim**
NFL Expert

> Q.    And so, Dr. Bernheim, the point, then, is in your report, you didn't consider whether the NFL, networks, and DirecTV agreed there were a series of interlocking agreements to raise the price of Sunday Ticket in order to limit distribution of Sunday Ticket. Yes or no?
>
> A.    That was not what Dr. Rascher was discussing in his report, so no. That's --
>
> Q.    Okay.
>
> A.    That's not germane to the opinion of the anticompetitive or procompetitive effects of the exclusive conduct.

June 12, 2024 Tr. at 2024:9-19.

# Bernheim Can't Connect "Innovation" to Interlocking Agreements



**Dr. Douglas Bernheim**
NFL Expert

"I can't speak to any particular innovation and say whether any particular innovation would have occurred or would not have occurred in the but-for world."

June 12, 2024 Tr. at 1963:1-3

# Instruction No. 22: Optional Steps 3 & 4

Third, if Defendants make that showing, then the burden shifts back to Plaintiffs to rebut those claimed procompetitive benefits or rationales or to show that ==any procompetitive benefits or rationales could have been reasonably achieved in a substantially less restrictive manner.== The challenged restraints are illegal under Section 1 of the Sherman Act if you find that these countervailing procompetitive benefits could reasonably have been achieved in a less restrictive manner.

Fourth, if you find that Plaintiffs have not proven that these same countervailing procompetitive benefits could reasonably have been achieved in a less restrictive manner, then ==you must balance the competitive harm against the competitive benefits of the restraints.== The challenged restraints are illegal under Section 1 of the Sherman Act only if you find the anticompetitive harm outweighs the procompetitive benefits from those restraints.

# Less Restrictive Alternative: NFL Reduces OTA Fees



**Prof. Einer Elhauge**

"So the less restrictive alternative is, if the NFL really wants to make sure that the games are shown over the air, it just has to reduce the price it charges the networks. And they'll certainly put it on because the production costs, even though there's talk about how big they are, it's way lower than for these prime time shows that have, you know, less good ratings than NFL games do."



# Verdict Form on Claim 1

## Question No. 1:

Have Plaintiffs proven the existence of a relevant antitrust market for professional
football telecasts in the United States?

 _____ YES         _____ NO



**Dr. Dan Rascher**
Sports Economist

Q.  And the NFL and the teams together, what market did they
have a monopoly in?

A.  Professional football telecasting.

Q.  And where?

A.  In the United States.

Tr. at 712:20-24

67

# Verdict Form on Claim I



**Question No. 2:**

Have Plaintiffs proven that there was a ==conspiracy== that ==unreasonably restrained== trade in that market?

✅ _____YES        _____NO

**Instruction No. 16**

The basis of a conspiracy is an ==agreement or understanding== between two or more persons.

The members of the conspiracy ==need not necessarily have met together==, directly stated what their object or purpose was to one another, or stated the details or the means by which they would accomplish their purpose. To prove a conspiracy existed, the evidence must show that the alleged members of the conspiracy came to an agreement or understanding among themselves to accomplish a ==common purpose.==

**Instruction No. 22**

Under Section 1 of the Sherman Act, a restraint of trade is illegal only if it is found to be unreasonable. You must determine, therefore, whether the restraints challenged here were ==unreasonable, by applying the rule of reason. The rule of reason has four steps.==

68

# Verdict Form on Claim I

## Question No. 3:

Have Plaintiffs proven that DirecTV knowingly joined this conspiracy?

 _____ YES          _____ NO

---

**TX-481**

| | |
|---|---|
| **From:** | Stecklow, Robert L [RLStecklow@DIRECTV.com] |
| **Sent:** | 4/20/2016 7:08:47 PM |
| **To:** | Rabenovets, Joshua [jrabenovets@ea.com] |
| **Subject:** | Re: Madden NFL 17: Sunday Ticket Edition |

Hey sorry, I'm here been crazy couple day

The reason why we have to qualify people for the product is you either need a satellite on your home or to prove you can't get a satellite (which we do). The NFL via their broadcast deals don't necessarily want NFLST to be available to everyone in the country, could affect their ratings in how the local games are programmed now. So its a little bit to protect DIRECTV, a little bit to protect the NFL's braodcast deals. They like that NFLST is to a defined amount of people, if that makes sense.

69

# Plaintiffs' Claims

| CLAIM 1 | Defendants Unreasonably Restrained Trade |

| CLAIM 2 | Defendants Conspired to Monopolize |

# Verdict Form on Claim 2

## Question No. 6:

Have Plaintiffs proven that there was a conspiracy to engage in anticompetitive conduct with the specific intent that one of the parties to the agreement would obtain or maintain monopoly power in the relevant market?

 YES          _____ NO

71

# Verdict Form on Claim 2 – Overt Acts

## Question No. 7:

Have Plaintiffs proven that the Defendants committed an ==overt act in furtherance== of that conspiracy?

 _____YES          _____NO



**Brian Rolapp**
Chief Media and
Business Officer

Q.  And the teams' ==32 owners have to approve all the contracts== that you would enter into on their behalf; correct?

A.  ==Correct==.

# Verdict Form on Claim 2

**Question No. 8:**

Have Plaintiffs proven that ==DirecTV knowingly joined== this conspiracy and ==committed an overt act== in furtherance of that conspiracy?

 YES          NO

To prove their conspiracy to monopolize claim, Plaintiffs must prove that the ==purpose of the conspiracy== was that one of the parties to the agreement would obtain or ==maintain monopoly power== in the market for professional football telecasts.

Monopoly power is the power to ==control prices, restrict output, and exclude competition== in a relevant antitrust market. More precisely, a firm is a monopolist if it can profitably raise prices substantially above the competitive level for a significant period of time. However, possession of monopoly power, in and of itself, is not unlawful.

Instruction No. 31

73

# Verdict Form on Injury – Inflated Price

**Instruction No. 38**

> Plaintiffs have been injured in their property if you find that they have paid an inflated price for goods, services, any legal interest of value, or have lost money as a result of Defendants' alleged antitrust violation.

**Question No. 4:**

Have Plaintiffs proven that the Commercial Class suffered injury to their business or property as a result of this conspiracy?

_____YES          _____NO

**Question No. 9:**

Have Plaintiffs proven that the Commercial Class suffered injury to their business or property as a result of this conspiracy?

_____YES          _____NO

**Question No. 5:**

Have Plaintiffs proven that the Residential Class suffered injury to their business or property as a result of this conspiracy?

_____YES     _____NO

**Question No. 10:**

Have Plaintiffs proven that the Residential Class suffered injury to their business or property as a result of this conspiracy?

_____YES          _____NO

# NFL Telecast Revenue During Class Period



**$38+ Billion
Nighttime Football**
(Thursday, Sunday, Monday)

**$77
Billion**

**$23+ Billion
CBS & FOX Deals**

**$15+ Billion
Sunday Ticket**

# Dr. Rascher: College Football Available on Saturday: 11/12/22

| Pacific Time | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| abc | Notre Dame vs Navy | | | Nebraska @ Michigan | | | | TCU @ Texas | | | | | | |
| CBS | Missouri @ Tennessee | | | Alabama @ Ole Miss | | | | | | | | | | |
| NBC | | | | | | | | | | | | | | |
| FOX | Indiana @ Ohio State | | | Maryland @ Penn State | | | | Washington @ Oregon | | | | Arizona @ UCLA | | |
| ESPN | LSU @ Arkansas | | | Louisville @ Clemson | | | | Georgia @ Mississippi State | | | Stanford @ Utah | | | |
| ESPN 2 | Purdue @ Illinois | | | UCF @ Tulane | | | | North Carolina @ West Forest | | | | | | |
| ESPN U | SMU @ South Florida | | | Iowa State @ Oklahoma State | | | | Southern Miss @ Coastal Carolina | | | | | | |
| FS1 | Oklahoma @ West Virginia | | | Wisconsin @ Iowa | | | | Kansas State @ Baylor | | | | San Jose State @ San Diego State | | |
| Regional SNs | Virginia Tech @ Duke | | | Miami @ Georgia Tech | | | | | | | | | | |
| SEC ESPN NETWORK | Vanderbilt @ Kentucky | | | South Carolina @ Florida | | | | Texas A&M at Auburn | | | | | | |
| BTN BIG TEN NETWORK | Rutgers @ Michigan State | | | Northwestern @ Minnesota | | | | | | | | | | |
| ACCN ESPN | Pittsburgh @ Virginia | | | Boston College @ N.C. State | | | | Florida State @ Syracuse | | | | | | |
| TNT | | | | Army @ Troy | | | | | | | | | | |
| PAC 12 | | | | Arizona State @ Washington State | | | | | | California @ Oregon State | | | | |
| CBS SPORTS NETWORK | Liberty @ Connecticut | | | New Mexico @ Air Force | | | | Wyoming @ Colorado State | | | | Boise State @ Nevada | | |

76

**From:** Schroeder, Hans [Hans.Schroeder@NFL.com]
**Sent:** 8/23/2017 9:23:18 PM
**To:** Katz, Howard [howard.katz@nfl.com]; Goldsmith, Lee [Lee.Goldsmith@nfl.com]; Malin, Daniel [Daniel.Malin@NFL.com]; Herald, Amanda [Amanda.Herald@nfl.com]
**Subject:** NFLN Programming Strategy Deck
**Attachments:** NFLN Programming Strategy Deck. 8.21.17 as presented.pdf

All – attached please find the programming deck the LA team shared on Monday. Please keep confidential as not sure how broadly they have shared, but wanted to make sure each of you had a copy and could review as will likely involved your input should this move forward.

Thx,
Hans

TX-686

77

# New Frontier: Put ST Games on Basic Cable



**Dr. Dan Rascher**
Sports Economist

August 21, 2017
**NFL Programming Strategy Presentation**

**NFL New Frontier: Double average game distribution by replicating ST on basic cable**

**Distribution Comparison: Current vs. NFL New Frontier (2016 Regular Season Week 11)**
Source: Nielsen, NFLN Business Planning, NFLN Programming, NFLN Media Intelligence

| | Current Schedule | | | NFL New Frontier | | |
|---|---|---|---|---|---|---|
| Start (EST) | Network | Matchup | % HH Dist. | National Simulcast | % HH Dist. | Net Change |
| 1:00 PM FOX Single | | CHI @ NYG | 30% | FS1 | 70% | +40% |
| | | ARI @ MIN | 29% | ESPN | 74% | +45% |
| | | TB @ KC | 16% | ESPN 2 | 74% | +58% |
| | | BUF @ CIN | 5% | FX | 77% | +72% |
| 1:00 PM CBS Regional | | BAL @ DAL | 72% | tbs | 77% | +5% |
| | | PIT @ CLE | 6% | TNT | 77% | +71% |
| | | JAC @ DET | 6% | NFL NETWORK | 55% | +49% |
| | | TEN @ IND | 6% | CBS SPORTS NETWORK | 45% | +39% |
| 4:05 PM FOX | | MIA @ LAR | 19% | FS1 | 70% | +51% |
| 4:25 PM CBS National | | PHI @ SEA | 87% | tbs | 87% | +0% |
| | | NE @ SF | 22% | TNT | 77% | +55% |
| Average per game | | | 27% | | 71% | +44% |

*Illustrative*

- Through this model, average distribution for NFL regular season games has potential to double from ~39% to ~77% of U.S. TV HHs
  - Average game distribution for all Clubs can be at least 65% of U.S. TV HHs
- NFC and AFC game distribution can average ~80% (vs. 43%) and ~75% (vs. 35%), respectively
  - NFC East will be highest at 84% (vs. 61%)
  - AFC South will be lowest at 71% (vs. 28%)
- The lowest distributed Clubs can increase distribution by +50% of HHs:
  - CLE: 68% (vs. 13%)
  - TEN: 66% (vs. 15%)

Q. Dr. Rascher, for the class members in this case, in the absence of having to sign up for Sunday Ticket, they would have available to them a DirecTV package; correct?

A. Yes.

Q. And would that package, without having to pay for Sunday Ticket, have enabled them to watch all of these games that the NFL has put here in its schedule?

A. Yes.

# Verdict Form on Claim 2

Instruction No. 38

> Plaintiffs have been injured in their property if you find that they have ==paid an inflated price== for goods, services, any legal interest of value, or have ==lost money== as a result of Defendants' alleged antitrust violation.

---

**Question No. 4:**

Have Plaintiffs proven that the Commercial Class suffered injury to their business or property as a result of this conspiracy?

 __✓__ YES _____ NO

---

**Question No. 9:**

Have Plaintiffs proven that the Commercial Class suffered injury to their business or property as a result of this conspiracy?

 _____ YES _____ NO

---

**Question No. 5:**

Have Plaintiffs proven that the Residential Class suffered injury to their business or property as a result of this conspiracy?

 YES _____ NO

---

**Question No. 10:**

Have Plaintiffs proven that the Residential Class suffered injury to their business or property as a result of this conspiracy?

 YES _____ NO

79

# Instruction No. 40

## COURT'S INSTRUCTION NO. 40

You are permitted to make ==just and reasonable estimates== in calculating Plaintiffs' damages. You are ==not required to calculate damages with mathematical certainty or precision.== However, the amount of damages must have a ==reasonable basis in the evidence== and must be based on reasonable, non-speculative assumptions and estimates. Damages may not be based on guesswork or speculation. Plaintiffs must prove the reasonableness of each of the assumptions upon which the damages calculation is based.

If you find that Plaintiffs have provided a reasonable basis for determining damages, then you may award damages based on a just and reasonable estimate supported by the evidence.

# Damages: Inflated Premium-Priced Subscription

| 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|------|------|------|------|------|------|------|------|------|------|------|------|

## Residential Plaintiffs



```
-----------------------------

24,105,049 SUBSCRIPTIONS

-----------------------------

TOTAL    $5,660,937,182
```

**$233** PER SUBSCRIPTION AVG.

## Commercial Plaintiffs



```
-----------------------------

 506,788   SUBSCRIPTIONS

-----------------------------

TOTAL   $ 1,351,040,029
```

**$2,665** PER SUBSCRIPTION AVG

# Verdict Form on Damages

## Question No. 11:

We award the following damages caused by the Defendants' conduct to the Commercial Class:

$ 1,351,040,029

## Question No. 12:

We award the following damages caused by the Defendants' conduct to the Residential Class:

$ 5,660,937,182

# Alternative – 2 Providers Offering ST Subscription

## Price reduction factor of 49.7%

## Residential Plaintiffs



**TOTAL  $ 2,813,485,780**

## Commercial Plaintiffs



**TOTAL  $ 671,466,895**

83

# NFL Tax 24.6%

## Residential Plaintiffs



**TOTAL   $ 1,392,590,546**

## Commercial Plaintiffs



**TOTAL   $ 332,355,847**

Zona Report, Exhibits 4, 5 and 17, Tr. 1181:23-1182:11, 1189:16-1190:21

# Competition Leads to Lower Prices



**Ali Yurukoglu,**
Defendants' Expert
Witness

Q.   But you agree that competition leads to lower prices?

A.   Again, generally, yes.

# NFL's Per-Subscriber Assumption Ignores Challenged Restraints

Case 2:15-ml-02668-PSG-SK   Document 533-10   Filed 08/15/24   Page 1 of 93   Page ID
#:20677



**Prof. Einer Elhauge**

Q. And, similarly, if -- it's much different if a single provider of telecasts is making a deal with a distributor to set a per-subscriber fee ==if the fee is being set by agreement with competitors of that distributor to limit the output==, to limit the availability of those telecasts; correct?

A. ==Correct==.

Q. And that's a ==vastly different situation from a single provider== making a deal with the distributor on deciding independently, on their own, what kind of a ==per-subscriber fee== is set; is that right?

A. ==That's right.==



**ROB LIPPINCOTT**
Class Representative



**JONATHAN FRANTZ**
Class Representative

87



"[B]ased on all these things that you hear in this courtroom, you'll decide the case based on what you saw and heard in this courtroom and not anything else, no biases or prejudices or anything else that you have going -- or anything else that you see out there."

**Dr. Doug Zona**

A. It would be $1.39 billion less. Residential class members would have paid 1.39 billion less in that circumstance.

Q. And so how much -- what did commercial subscribers pay? How much less would commercial subscribers have paid?

A. About $330 million, or .33 billion less.

Q. And that's without any additional competitors. That's just optimum pricing; right?

A. That's correct.

Tr. at 1190:13-22

92