| | |
|---|---|
| Marc M. Seltzer (54534)<br>mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150 | Howard Langer (*Pro Hac Vice*)<br>hlanger@langergrogan.com<br>LANGER GROGAN AND DIVER PC<br>1717 Arch Street, Suite 4020<br>Philadelphia, PA 19103<br>Tel: (215) 320-5660<br>Fax: (215) 320-5703 |
| Scott Martin (*Pro Hac Vice*)<br>smartin@hausfeld.com<br>HAUSFELD LLP<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>Tel: (646) 357-1100<br>Fax: (2121) 202-4322 | |

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 2:15-ml-02668-PSG (SKx)<br><br>**PLAINTIFFS' NOTICE OF LODGING OF TRIAL EXHIBITS**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>TRIAL DATE: June 5, 2024<br>COURTROOM:<br>First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby lodge the following exhibits that were admitted at trial:

1. TX-0039
2. TX-0044
3. TX-0045
4. TX-0047
5. TX-0117
6. TX-0127
7. TX-0139C
8. TX-0145
9. TX-0146A
10. TX-0146D
11. TX-0150
12. TX-0151
13. TX-0153
14. TX-0169
15. TX-0172
16. TX-0187
17. TX-0188
18. TX-0190
19. TX-0194
20. TX-0198
21. TX-0212
22. TX-0221
23. TX-0231
24. TX-0243
25. TX-0257

| | |
|---|---|
| 1 | 26. TX-0267 |
| 2 | 27. TX-0269 |
| 3 | 28. TX-0271 |
| 4 | 29. TX-0272 |
| 5 | 30. TX-0313 |
| 6 | 31. TX-0326 |
| 7 | 32. TX-0331 |
| 8 | 33. TX-0336 |
| 9 | 34. TX-0390 |
| 10 | 35. TX-0401 |
| 11 | 36. TX-0416 |
| 12 | 37. TX-0417 |
| 13 | 38. TX-0419 |
| 14 | 39. TX-0422 |
| 15 | 40. TX-0428 |
| 16 | 41. TX-0431 |
| 17 | 42. TX-0438 |
| 18 | 43. TX-0440 |
| 19 | 44. TX-0457 |
| 20 | 45. TX-0465 |
| 21 | 46. TX-0470 |
| 22 | 47. TX-0471 |
| 23 | 48. TX-0481 |
| 24 | 49. TX-0504 |
| 25 | 50. TX-0536 |
| 26 | 51. TX-0611 |
| 27 | 52. TX-0612 |
| 28 | 53. TX-0618 |

| | |
|---|---|
| 1 | 54. TX-0660 |
| 2 | 55. TX-0684 |
| 3 | 56. TX-0686 |
| 4 | 57. TX-0692 |
| 5 | 58. TX-0697 |
| 6 | 59. TX-0700 |
| 7 | 60. TX-0701 |
| 8 | 61. TX-0750 |
| 9 | 62. TX-0771 |
| 10 | 63. TX-0772 |
| 11 | 64. TX-0775 |
| 12 | 65. TX-0777 |
| 13 | 66. TX-0779 |
| 14 | 67. TX-0780 |
| 15 | 68. TX-0787 |
| 16 | 69. TX-0788 |
| 17 | 70. TX-0799 |
| 18 | 71. TX-0800 |
| 19 | 72. TX-0801 |
| 20 | 73. TX-0802 |
| 21 | 74. TX-0805 |
| 22 | 75. TX-0806 |
| 23 | 76. TX-0808 |
| 24 | 77. TX-0810 |
| 25 | 78. TX-0818 |
| 26 | 79. TX-0822 |
| 27 | 80. TX-0830 |
| 28 | 81. TX-0869 |

82.TX-1000

Dated: August 15, 2024

By:   */s/ Marc M. Seltzer*
     Marc M. Seltzer

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Kalpana Srinivasan (237460)
ksrinivasan@susmangodfrey.com
Amanda Bonn (270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
One Manhattan West
New York, NY 10001
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Christopher L. Lebsock (184546)
clebsock@hausfeld.com
Samuel Maida (333835)
smaida@hausfeld.com

4

HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980

Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*