**From:** Stecklow, Robert L [RLStecklow@DIRECTV.com]
**Sent:** 4/8/2015 3:27:26 PM
**To:** Kaplan, Alex [AKaplan@DIRECTV.com]; Ton, Jeff [JTon@DIRECTV.com]
**Subject:** updated NFLST 101 and DTV rights
**Attachments:** nflst deal rights v4 SHORT.pdf

Jeff and I updated per the call yesterday

Confidential                                                                                          DIRECTV-ST-00493592



United States District Court
Central District of California
**EXHIBIT**
**TX 267**
Case No.  2:15-ml-02668-PSG (SKx)

# NFL Sunday Ticket 101 & DIRECTV Rights



| | |
|---|---|
| **TERM** | • Eight (8) Years : April 1, 2015 to March 31, 2023<br>• NFL sole discretion to terminate deal by end of 2019-2020 NFL season (Five (5) Years) |
| **ELIGIBILITY** | • DIRECTV residential (and commercial) subscribers with direct-to-home (or business) satellite service within Territory (Fifty United States and District of Colombia, Puerto Rico and U.S. Virgin Islands)<br>• Residential customers within Territory who are reasonably determined by DIRECTV to not be able to receive DIRECTV's direct-to-home satellite service (NFLST OTT) |
| **GAMES INCLUDED** | • All Sunday Afternoon window regular season out-of-market games originally scheduled to be played simultaneously in a Regionalized Game Broadcast Window<br>(e.g., Local FOX/CBS games 1PM ET and 4PM ET)<br>• Minimum ST commitment of 200 games (16-game/17-week schedule)<br>• Does not include Preseason nor Playoff games |
| **EXCLUSIVITY** | • DIRECTV carriage of Live ST Games is exclusive within Term and Territory against against all cable, satellite and broadband/mobile providers<br>• "NFL Sunday Ticket", "NFLSundayTicket .tv", and all associated marks/logos are property of the NFL. |
| **DISTRIBUTION PLATFORMS** | • Linear Television<br>• Broadband and Mobile (on authenticated basis for NFLST subscribers) |
| **MARKETING & PLAYER RIGHTS** | • All marketing, creative, use of NFL photograpy and game footage or NFL marks requires NFL business review and approval prior to usage.<br>• NFL review process timeline is 7-10 business days.<br>• DIRECTV cannot use single team marks in association with NFL Sunday Ticket as the relationship is with the league, however DIRECTV can use all 32 team logos collectively across a marketing campaign.<br>• The NFL does not grant single player rights to DIRECTV to use in marketing, however when promoting NFL Sunday Ticket (and not DIRECTV) the NFL helps source players that do not have competing deals.<br>• DIRECTV paid NFL spokesman (e.g., Peyton Manning) are used in a manner to promote the DIRECTV brand, not just NFL Sunday Ticket.<br>• NFLST shall be marketed and offered in a manner consistent with its status as a high-quality premium subscription sports offering aligning with the NFL brand (e.g., cannot use words like "FREE" or reference violence on the field)<br><br>Use of NFL Sunday Ticket Marks<br>• DIRECTV has the right to market NFLST through 3rd parties sales agents for the DIRECTV direct-to-home satellite service provided that:<br>    (1) NFLST marks are used in context and association to DIRECTV mark (e.g., lock-up) – not to 3rd party brands<br>    (2) Reference to 3rd parties on NFLST marketing materials do not create the impression that they are an NFL sponsor or have a relationship with the NFL |
| **SUBSCRIPTION BUSINESS MODEL** | • Subject to NFL approval, DIRECTV determines seasonal Pricing and Packaging (e.g., NFLST Basic and NFLST MAX).<br>• NFL Sunday Ticket is a subscription product run with an auto-renewal process.<br>• The auto-renewal process begins each May/June as over 3M DIRECTV customers are renewed each year.<br>• The package is offered in full season, half season, and other special offers.<br>• In the current business model, new DIRECTV subscribers (acquisition) are given a free trial season in their first year of service.<br>• Peak sales and renewal/call center activity is each August and September. |

© 2015 DIRECTV. All Rights Reserved.



| ADDITIONAL PROGRAMMING, ENHANCEMENTS, OFFERINGS | DIRECTV may create, distribute or otherwise make available (at its sole cost) to NFLST subscribers the following:<br><br>* Red Zone Channel: commercial-free "Red Zone" live hosted show for ST Games (in which either studio host or audio-only announcer throws viewers to live game cut-ins and/or near-live highlights)<br>　　Note: this channel is not exclusive to DIRECTV and a separate "Red Zone Channel" is produced by the NFL and is carried by other MVPDs and the NFL's wireless partner<br><br>* Fantasy Zone Channel: incremental (2nd) commercial-free fantasy football-themed "Red Zone" show for ST Games in which studio host or audio-only announcer throws viewers to live game cut-ins and/or near-live highlights with focus on fantasy statistics, key player drives and scoring plays that may affect fantasy football;<br>　　Note: this is currently only offered by DIRECTV in the NFLST premium package; however it is not exclusive<br><br>* Mosaic Channels ("Mix Channel"): one or more mosaic channels in which between 4 and 8 uncut live ST Game feeds are shown simultaneously on a single screen, including a feature where subscribers may customize the games included in the mosaic<br>　　* For 2015 season, DIRECTV will broadcast 2 seperate mix channels: 8-game and 4-game.<br><br>* Condensed Games ("Shortcuts"): condensed versions of full ST games created by DIRECTV which eliminate commercials and breaks from game action<br><br>* Downloadable Video Packages ("NFLST VOD"): DIRECTV-produced, NFLST-branded VOD download highlight packages of completed ST Games approximately 2 to 3 minutes in length (per game) that may be made available up until the upcoming Thursday<br><br>* 4K Telecasts: Good faith discussions on DIRECTV request whether opportunities exist for DIRECTV to fund at own cost the CBS/FOX productions of 4K telecasts of ST Games |
| --- | --- |
| NFLST OTT "White Space" | DIRECTV shall market and distribute an NFL/DIRECTV co-branded NFL Sunday Ticket (NFL OTT) subcription product via broadband and mobile to those residential customers within the territory that are reasonably detrmined by DIRECTV (e.g., "pass eligiblity thru our database") to not be able to receive DIRECTV's direct-to-home satellite service, provided that:<br>* DIRECTV shall develop the business plan including product development, pricing, packaging, customer care, operating and capital expenditures, targeted marketing, website and or application, and distribution<br>* NFL has the rights to approve, on an annual basis, all elements of DIRECTV's business plan for the NFL OTT service<br><br>NFLST OTT incremental revenues are distributed to both DIRECTV and the NFL after excluding DIRECTV expenses and eclipsing priority profit share amonts pre-determined by contract. |
| ADVERTISING | Local Avails<br>DIRECTV can sell 100% of the local commercial units in ST Games (3 to 5 units per game) pursuant to NFL rules, guidelines and Official Sponsor protections<br><br>DIRECTV can sell advertising of other select enhancements within the Linear Television (e.g., Game Mix) and Broadband/Mobile experience (e.g., App loader screen) |

© 2015 DIRECTV. All Rights Reserved.

Confidential

DIRECTV-ST-00493594

TX 267  Pg. 3 of 3