| | |
|---|---|
| **From:** | Kaplan, Alex [AKaplan@DIRECTV.com] |
| **Sent:** | 6/13/2012 9:44:59 PM |
| **To:** | White, Michael D [Mike.White@DIRECTV.Com] |
| **CC:** | Guyardo, Paul J [PJGuyardo@DIRECTV.com]; Chang, Derek [DChang@DIRECTV.com] |
| **Subject:** | NFL slides |
| **Attachments:** | NFL Rights Strategy 6.13.12.pptx |

Mike -

Attached is a short deck for our meeting tomorrow afternoon to prep for your meeting with the Commissioner on Friday.

We have summarized:

1.  Marketing/brand value that DIRECTV provides to the NFL
2.  Analysis of why maintaining DIRECTV partnership makes sense for the NFL
3.  Overview of digital/mobile landscape and how it will likely evolve over the next several years
4.  An analysis of the relative value of Sunday Ticket using other NFL broadcast deals as a benchmark
5.  Key talking points

Thanks,
Alex

Confidential                                                                                                                 DIRECTV-ST-01458388



United States District Court
Central District of California
EXHIBIT
TX 271
Case No.   2:15-ml-02668-PSG (SKx)



# NFL Sunday Ticket Review

June 13, 2012

Confidential

# Contents



- Value of DIRECTV Marketing and Brand
- Advantages of maintaining exclusivity for NFL
- Digital and Mobile Landscape
- Value of Sunday Ticket versus NFL Broadcast deals
- Key Talking Points

2

# DIRECTV Marketing & Brand Value



- Both the NFL and DIRECTV are companies that are built around world-class brands.
- Over the past 4 years, DIRECTV has spent nearly $340M in marketing dollars promoting the NFL.
- DIRECTV consistently delivers high quality creative that effectively markets both the NFL and DIRECTV brands.
    - DIRECTV NFL ST on-air campaign is always within the top 3 highest recalled among all NFL Sponsors*

*Based on NFL's Nielsen Research

3

# DIRECTV NFL Related Marketing By the Numbers



| MEDIA | ANNUAL SPEND | TOTAL SPEND (2009-2012) | MARKETING SPEND/VALUE |
|---|---|---|---|
| TV | $55M | $220M | -$32M spent for NFL ST advertising<br>- $23M spent for DIRECTV advertising<br>- $31M of the total TV dollars are spent directly with NFL broadcast partners (CBS/FOX/ESPN/NBC) |
| CROSS-CHANNEL | $9M | $36M | - $9M DIRECTV cross-channel media value allocated to NFL ST each year |
| ONLINE | $2.5M | $10M | -$2.5M spent across major sites around NFL ST and DIRECTV acquisition messaging<br><br>- $1.25M of the total online dollars are spent with NFL.com (incremental) |
| PRINT | $2M | $8M | - $2M spend across major sports publications (SI, ESPN, etc). Primarily placed within the fantasy football or NFL preview issues. |
| PUBLIC RELATIONS | $12M | $48M | -750M impressions per season with a $12M ad value across each NFL season<br>- DIRECTV Blimp<br>- DIRECTV Beach Bowl |
| TEAM SPONSORSHIPS | $2M | $8M | - Local sponsorship deals with team training camps, Indianapolis Colts and Denver Broncos |
| PLAYER ENDORSEMENTS | $2M | $8M | - Multi-Year endorsement contracts with Peyton Manning, Eli Manning and Archie Manning.<br>- NFL ST Campaign features Deion Sanders |
| TOTAL | $85M | $338M | |

4

# Advantages of Maintaining Exclusivity with DIRECTV



- **Unlikely that competitors will pay enough to provide economic benefit to NFL**
    - They can't go from zero to anywhere near the size of the ST business today because time required to ramp.
    - Based on past performance, competitors unlikely to ramp ST business to DIRECTV level.
    - Ultimately going non-exclusive will hinge on Comcast writing a big check which we believe is unlikely:
        - At their heart they are cable guys and won't invest at the required level.
        - Furthermore, Comcast is banking on their technological advantages (broadband, 2 way interactivity, VZ wireless relationship) to achieve differentiation and not ride on the content where they know they can't make a profit.

- **Even if competitors are willing to pay more than us it is likely a short term win for NFL.**
    - No one else will protect and promote the brand more than us.
    - Even with a level playing field for MLB Extra Innings, competitors have not been willing to make the investment after carping about how much they wanted the product.
    - Ultimately the short money won't pay off as there is longer term value destruction for the NFL.

- **Concerns for NFL**
    - Broadcasters will balk.
    - Multiple sellers of Sunday Ticket will cause brand confusion/Loss of DTV single voice in marketplace that NFL can "control".

5

## Present - 2013

| Product | Mobile | Tablet | PC/Mac |
|---|---|---|---|
| Monday Night (ESPN) | Verizon | WatchESPN | WatchESPN |
| Sunday Night (NBC) | Verizon | TV Everywhere | TV Everywhere |
| Thursday Night (NFL Network) | Verizon | TV Everywhere | TV Everywhere |
| In-Market (Fox and CBS) | Fox/CBS * (not exercised) | Fox/CBS * (not exercised) | Fox/CBS * (not exercised) |
| Out-of-Market (DIRECTV) | DIRECTV | DIRECTV | DIRECTV |

## Projected

| Product | Mobile | Tablet | PC/Mac |
|---|---|---|---|
| Monday Night (ESPN) | WatchESPN / TV Everywhere | WatchESPN / TV Everywhere | WatchESPN / TV Everywhere |
| Sunday Night (NBC) | TV Everywhere | TV Everywhere | TV Everywhere |
| Thursday Night (NFL Network) | TV Everywhere | TV Everywhere | TV Everywhere |
| In-Market (Fox and CBS) | TV Everywhere | TV Everywhere | TV Everywhere |
| Out-of-Market (DIRECTV) | DIRECTV | DIRECTV | DIRECTV |

- Opportunities for DIRECTV
    - Bundle ST digital experience with Fox/CBS in-market games providing a complete Sunday Aftertoon digital offering.
    - Offer Sunday Ticket digital exclusively to a mobile partner
        - Negotiate DIRECTV option to package exclusivity.
        - Negotiate in partnership with a mobile provider.
    - Both options will need to include language that prohibits "air play" functionality.

6

# NFL TV Rights Deals Comparison (2006-2021)



| NFL CONTENT (PROVIDER) | NFL Fees-$M (2006-2013) | NFL Revenue (% Total) | NFL Fees-$M (2014-2021) | Rate Reset** (% Increase) | NFL Revenue (% Total) |
|---|---|---|---|---|---|
| AFC (CBS) | $623 | 16.0% | $1,000 | 60.6% | 16.0% |
| NFC (FOX) | $713 | 18.3% | $1,100 | 54.4% | 17.6% |
| SNF (NBC) | $650 | 16.7% | $950 | 46.2% | 15.2% |
| MNF (ESPN) | $1,100 | 28.3% | $1,900 | 72.7% | 30.5% |
| OOM (DIRECTV)* | $803 | 20.7% | $1,288 | 60.4% | 20.6% |
| TOTAL FEES | $3,888 | 100.0% | $6,238 | 60.4% | 100.0% |

NOTES
- METHOD 1 (DIRECTV NFL ST v. TOTAL NFL TV FEES REVENUE): **$1.288B/YR** (2014-2021)
- METHOD 2 (RATE RESET v. PRIOR DEAL) & (CAGR 2006-2021)
    - DIRECTV ceiling based on ESPN/MNF: (72.7% Rate Reset) = **$1.387B/YR**
    - DIRECTV floor based on NBC/SNF: (46.2% Rate Reset) = **$1.174B/YR**

*DIRECTV 2006-2013: $803M Ave. Fees based (2006-2013): $575M, $630M, $690M, $765M, $840M, $925M, $975M, $1,025M
**Rate Reset increase based on Ave. Annual Fees (2006-13) vs. Ave. Annual Fees (2013-2021)

7

# Key Talking Points



- DIRECTV provides immense value to NFL outside of rights fees both in terms of media/marketing dollars ($85M per year) and overall strength of partnership.
- DIRECTV has historically made up 21% of total NFL broadcast revenue.
- We need to ensure no further product degredation (Red Zone etc.).
    - We have already seen Charlie Ergan and Brian Roberts publically talk about Red Zone being a cheaper alternative to Sunday Ticket.
- We are looking for exclusivity and control over the distribution of all digital platforms. Loss of that control severely diminishes value for us because of the uncertainty.
- We are open to a different mobile/digital model but need to ensure:
    - DIRECTV gets value from any potential partner or ideally the ability to sub-license our mobile rights.
    - All "air play" or ability to port stream to a television is disabled.

8



Confidential
DIRECTV-ST-01458397