Message

| | |
|---|---|
| **From**: | Rolapp, Brian [Brian.Rolapp@NFL.com] |
| **Sent**: | 4/23/2012 5:13:29 PM |
| **To**: | Bornstein, Steve [Steve.Bornstein@NFL.com] |
| **Subject**: | Re: DTV - NFLST Pricing |

Yes...I know


On Apr 23, 2012, at 12:27 PM, "Bornstein, Steve" <Steve.Bornstein@NFL.com> wrote:

Thanks
As a fyi
We should have discussed prior
I would have brief the commish and the chairmanfirst

---

**From:** Rolapp, Brian
**Sent:** Monday, April 23, 2012 9:06 AM
**To:** Bornstein, Steve
**Subject:** DTV - NFLST Pricing

S

As promised, attached is a summary of DTV NFST pricing changes. Apologies again for the failure to communicate this earlier

Let me know if you have any questions/requests

Safe travels

B

CONFIDENTIAL                                                                                                    NFL_0877510



United States District Court
Central District of California
**EXHIBIT**
**TX 428**
Case No. 2:15-ml-02668-PSG (SKx)