# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>TRIAL DATE: June 5, 2024<br>COURTROOM:<br> First Street Courthouse<br> 350 West 1st Street<br> Courtroom 6A<br> Los Angeles, CA 90012 |

Pending before the Court is Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. TX-0039
2. TX-0044
3. TX-0045
4. TX-0047
5. TX-0117
6. TX-0127
7. TX-0139C
8. TX-0145
9. TX-0146A
10. TX-0146D
11. TX-0150
12. TX-0151
13. TX-0153
14. TX-0169
15. TX-0172
16. TX-0187
17. TX-0188
18. TX-0190
19. TX-0194
20. TX-0198
21. TX-0212
22. TX-0221

| | |
|---|---|
| 1 | 23. TX-0231 |
| 2 | 24. TX-0243 |
| 3 | 25. TX-0257 |
| 4 | 26. TX-0269 |
| 5 | 27. TX-0272 |
| 6 | 28. TX-0313 |
| 7 | 29. TX-0326 |
| 8 | 30. TX-0331 |
| 9 | 31. TX-0336 |
| 10 | 32. TX-0390 |
| 11 | 33. TX-0401 |
| 12 | 34. TX-0416 |
| 13 | 35. TX-0417 |
| 14 | 36. TX-0419 |
| 15 | 37. TX-0422 |
| 16 | 38. TX-0431 |
| 17 | 39. TX-0438 |
| 18 | 40. TX-0440 |
| 19 | 41. TX-0457 |
| 20 | 42. TX-0465 |
| 21 | 43. TX-0470 |
| 22 | 44. TX-0471 |
| 23 | 45. TX-0504 |
| 24 | 46. TX-0536 |
| 25 | 47. TX-0611 |
| 26 | 48. TX-0612 |
| 27 | 49. TX-0618 |
| 28 | |

| | |
|---|---|
| 1 | 50. TX-0660 |
| 2 | 51. TX-0686 |
| 3 | 52. TX-0692 |
| 4 | 53. TX-0697 |
| 5 | 54. TX-0700 |
| 6 | 55. TX-0701 |
| 7 | 56. TX-0750 |
| 8 | 57. TX-0771 |
| 9 | 58. TX-0772 |
| 10 | 59. TX-0775 |
| 11 | 60. TX-0777 |
| 12 | 61. TX-0779 |
| 13 | 62. TX-0780 |
| 14 | 63. TX-0787 |
| 15 | 64. TX-0788 |
| 16 | 65. TX-0799 |
| 17 | 66. TX-0800 |
| 18 | 67. TX-0801 |
| 19 | 68. TX-0802 |
| 20 | 69. TX-0805 |
| 21 | 70. TX-0806 |
| 22 | 71. TX-0808 |
| 23 | 72. TX-0810 |
| 24 | 73. TX-0818 |
| 25 | 74. TX-0822 |
| 26 | 75. TX-0830 |
| 27 | 76. TX-0869 |
| 28 | |

77.TX-1000

IT IS SO ORDERED.

Dated: _____  _____
PHILIP S. GUTIERREZ
United States District Judge