# EXHIBIT 1

# Redacted

# What Is Not In Dispute

- Many games on broadcast TV every week

- ST is a premium product

- ST is the CBS/FOX game feeds

- Advertisers/local TV stations make network broadcasts possible

- ST subscribers benefitted from network broadcasts

# NFL Football Is The Most Popular Entertainment

**Nielsen**

## 2023

| | | | | |
|---|---|---|---|---|
| #1 | **Super Bowl LVII:** Chiefs-Eagles (Fox) | #11 | **NFC Wild Card Playoff:** Cowboys-Buccaneers (ESPN/ABC) |
| #2 | **AFC Championship Game:** Bengals-Chiefs (CBS) | #12 | **NFL National Window, Week 12:** Bills-Eagles (Fox) |
| #3 | **NFC Championship Game:** 49ers-Eagles (Fox) | #13 | **AFC Wild Card Playoff:** Dolphins-Bills (CBS) |
| #4 | **NFC Divisional Playoff:** Cowboys-49ers (Fox) | #14 | **Early Christmas Day Game:** Raiders-Chiefs (CBS) |
| #5 | **Late Thanksgiving Day Game:** Commanders-Cowboys (CBS) | #15 | **Late Christmas Day Game:** Giants-Eagles (Fox) |
| #6 | **AFC Divisional Playoff:** Bengals-Bills (CBS) | #16 | **Monday Night Football, Week 11:** Eagles-Chiefs (ESPN/ABC) |
| #7 | **Early Thanksgiving Day Game:** Packers-Lions (Fox) | #17 | **NFC Divisional Playoff:** Giants-Eagles (Fox) |
| #8 | **NFC Wild Card Playoff:** Giants-Vikings (Fox) | #18 | **NFL National Window, Week 13:** 49ers-Eagles (Fox) |
| #9 | **AFC Divisional Playoff:** Jaguars-Chiefs (NBC) | #19 | **Primetime Christmas Day Game:** Ravens-49ers (ABC) |
| #10 | **NFL National Window, Week 16:** Cowboys-Dolphins (Fox) | #20 | **NFC Wild Card Playoff:** Seahawks-49ers (Fox) |

# Fans Have Many Choices















3

# Fans Get Many Games On Basic TV



- **All local teams' games**

- **Sunday, Monday, and Thursday night games**

- **Other popular games**

# All Local Games On Broadcast TV



**Sean McManus**
Former Chairman of
CBS Sports



Q. But is it fair to say that a **Chargers fan who lives in Los Angeles can see every game for free** over an antenna if that's the way that he or she watches TV?

A. **Yes.**

Q. And is that, to your knowledge, **unique among professional sports broadcasting**?

A. **Yes.**

# You Can See Many Of Your Favorite Team's Games Wherever You Live

2022



# Fans Have Many Choices




















# NFL+



## $49.99 / Year

**Live Local & Primetime Games (Mobile / Tablet)**



**Live Game Audio**



## $99.99 / Year

**Includes Standard Package _AND_ Replays of All Games**



# Premium Cable: NFL RedZone



# Sports Bars: Millions Of Weekly Viewers





# NFL SUNDAY TICKET



# Sunday Ticket Is The Network Feeds













# List Price Of Sunday Ticket

**2022**





# Plaintiffs' Expert Calculated Average Cost



# DirecTV Made Sunday Ticket Free For The First Year



# Subscribers Are A Small Percentage



97%
**NFL Fans**

**3%**

# Sunday Ticket Is A High-Quality Product



# Frantz Loves That Sunday Ticket Has All The Games



**Jonathan Frantz**
Plaintiff

A.    …I'm surfing around and I was curious, I might pop into it, but yeah, that's why **I love Sunday Ticket**, is, it's…

Q.    **It's the ability to watch all the games in that window?**

A.    **Yeah.**

# Sunday Ticket Has High-Quality Graphics



**Jonathan Frantz**
Plaintiff

Q.   Do you **pay any attention to the graphics** that are used during the game?

A.   I pay attention to them, **yes**.

Q.   Do you think they're **high quality** for NFL games?

A.   **Yes.**

# CBS And Fox Investments Have Paid Off



**Robert Lippincott, Jr.**
Plaintiff

A.  I -- I notice, but it's -- yeah, I like -- I notice there's drones now, even, or something. **I think it's great the way the -- the videography has evolved with the game.**

Q.  You think that **enhances the viewing experience**?

A.  **Yes.**

# Sunday Ticket Benefits Bar Owners



**Jason Baker**
Plaintiff



Q.  Did having the Sunday Ticket subscription make it possible for Mucky Duck to **attract more customers to the bar**?

A.  **Yes**, it did.

# FOX Innovations: First Down Line



# CBS Innovations: Telestrator



# CBS Innovations: Skycam



# Research Shows Innovations Matter

## 2019 Content Experience: Innovation



| Production Element | Preseason Test | Regular Season Adoption |
|---|:---:|:---:|
| Line to Gain Cam | ✓ | ✓ |
| Marker Cam | ✓ | ✓ |
| Ref Cam | ✓ | |
| SkyCam Play-by-Play | ✓ | ✓ |
| Helmet Cam (Pregame Only) | ✓ | |
| Post-Game Locker Room Access | | ✓ |
| Pregame & Arrival Interviews | | ✓ |

Introduction of new production enhancements...Increased BTS access to players & elevated in-game content experience

7



2019 Game Presentation Season
1/2/2020

# Networks Invest More In The NFL

2022



## FOX SPORTS PRODUCTION OVERVIEW

|  | FY19A | FY20A | FY21F | FY22B |
|---|---|---|---|---|
| NFL | 100% | 100% | 100% | 100% |
| MLB | 27% | 23% | 22% | 30% |
| NASCAR | 47% | 36% | 49% | 41% |
| CFB | 26% | 28% | 29% | 34% |

# How Does Cost Of Sunday Ticket Compare?

## 2022



**68¢
per game**



**$19.59
per movie**



**$69.99
per event**

# How Does Retail Price Of Sunday Ticket Compare?

**2022**



**$1.97 per game**



**$2.66 per game**



**$19.59 per movie**



**$69.99 per event**

# What Do Plaintiffs Want?



**Same Features**



**Sunday Ticket Free**



**$7.01 Billion**

# NFL Sunday Afternoon Broadcasts



# Networks Rely On Advertising



**Sean McManus**
Former Chairman of
CBS Sports



Q.   And what role does **advertising** play in whether CBS is profitable?

A.   It's the **largest determining factor** of whether our revenue will exceed our expenses.

# Non-Exclusivity Didn't Work For The Networks



# Exclusive Content Is Common







# Sunday Ticket Is A Complement To Free Games

**Feb. 21, 2007**



*NFL Core Objectives and Media Strategy*

The NFL both serves its existing fans and develops the next generation through broad free distribution of its games on over-the-air television, to which it is uniquely committed. Easy accessibility through universally-available channels

The NFL also serves its avid existing (and developing) fans through supplementary products that give them more, different, or broader NFL content *without* undermining the NFL's basic broadcast distribution strategy.

TX219, at -048

34

# DirecTV Is Available Throughout The Country



**Jamie Dyckes**
Vice President of
Marketing, DirecTV



Q. Sure. Are you aware of whether someone **living in a rural location** may be able to have **access to satellite** better than they would have access to cable?

A. Well, the **benefit of** -- of **satellite** is you can put a dish on the roof. You **can be in the middle of nowhere, as long as you've got power**.

\*      \*      \*

A. There are still some parts of the country that don't -- you know, very **rural areas that may not have access to cable**.

# The NFL Considered Many Options

Case 2:15-ml-02668-PSG-SK   Document 1543-1   Filed 08/30/24   Page 37 of 46   Page ID #:59475







2000    2005    2010    2015

TX190; TX208

36

# DirecTV Sets The Price For Sunday Ticket






**Robert Thun**
Chief Content Officer

"This contract specifies **DirecTV** has the **pricing** determination for the product."



**Michael White**
Chief Executive Officer

"Our **pricing** decisions were **solely made by DirecTV**."



**Jamie Dyckes**
VP of Marketing

"We are -- we **100 percent control the pricing**."

# Sunday Ticket Max: Red Zone Channel



# Sunday Ticket Max: Fantasy Zone



# What You Have To Decide

- **Were the agreements reasonable?**

- **What were the benefits?**

- **Do Plaintiffs' models make sense?**

- **Are Plaintiffs entitled to damages?**

# Dr. Yurukoglu Focuses On Media Markets



**Dr. Ali Yurukoglu**
Economist





# Plaintiffs' Model Ignores The Real World



| Sports League | Per-Subscriber Fee? | Results in Similar Price? |
|---|---|---|
| NBA | ✅ | ✅ |
| MLB | ✅ | ✅ |
| NHL | ✅ | ✅ |

# Dr. Bernheim: Former Chair Stanford Economics



**Dr. Doug Bernheim**
Economist





# NFL Broadcast System Is Good For Fans

## Broadcasts







## Other Options







## Premium Option



2011 —    2022-23

$102.70

Exclusivity