# EXHIBIT 2



**Big Ten Conference**



**Big Twelve Conference**



**Southeastern Conference**



**Pac-12 Conference**



**Atlantic Coast Conference**

| Year | Team | Conference |
|------|------|------------|
| 2023 | Michigan | B1G |
| 2022 | Georgia | SEC |
| 2021 | Georgia | SEC |
| 2020 | Alabama | SEC |
| 2019 | LSU | SEC |
| 2018 | Clemson | ACC |
| 2017 | Alabama | SEC |
| 2016 | Clemson | ACC |
| 2015 | Alabama | SEC |
| 2014 | Ohio State | B1G |

| Year | Team | Conference |
|------|------|------------|
| 2013 | Florida State | ACC |
| 2012 | Alabama | SEC |
| 2011 | Alabama | SEC |
| 2010 | Auburn | SEC |
| 2009 | Alabama | SEC |
| 2008 | Florida | SEC |
| 2007 | LSU | SEC |
| 2006 | Florida | SEC |
| 2005 | Texas | XII |
| 2004 | Southern California | PAC 12 |

# DR. RASCHER'S COLLEGE FOOTBALL BUT-FOR-WORLD

1. "Teams individually or groups"?

2. "Which groups?

3. "How much revenue?

4. "Which rights"?

5. Revenue sharing?

6. Salary cap and salary floor?

7. CBS/FOX?