# EXHIBIT 3

# NFL Never Let Sunday Ticket's Price Drop Again



# Dr. Zona Ignored Differences In Wave 1 And Wave 2

+"DTC"

| | Wave 1 Only | Wave 2 Only | All Data |
|---|---|---|---|
| Price | $121.50 | ? | $147 |

Zona Merits Rpt. Exs. 20, 21.

37

List $295.00
(actual)

~~avg~~ actual price/subscribers $102.74

Subsciptions = subscribers
↳

# OUTPUT
# $102.74

zip code - avg

DTV subscribers

NO CABLE

# Demand Curve

Residential | Commercial
--- | ---
Price ↓ (curve) #S | ?

**DTC**   2011-2023
LIVE STREAMING
2018-2020

**CABLE** - service

## DTC Price?
## Not produced

61.3%

1.5m / 30m  5m
DTV ?

(NON-DIV)
DTC

# MODEL 2

## Survey ?           Conjoint

✓ WAVE 1 ? $4.89 - $9.99
            Single game

? WAVE 2   $11.99 - $44.99
            single

NUEDEL S

16-18- [16 response]

[Direct/stated]
Revealed Pref

DTV (37)
Subscription

(24)

16 - (18 -

161

-0.2026 - est. price coefficient
MVPD Price

# DR. ZONA MODEL 2

$102.74 → (49.99)

# DTV Subscriber

## Model #1

$102.74

Free

◯

## Model

$121.50

| 7 + B |