# EXHIBIT 4

# Dr. Ali Yurukoglu

# Background And Qualifications







 



- **Jonathan B. Lovelace Professor of Economics**

- **B.A., Economics and Math**

- **Ph.D., Economics**

- **15 Years Teaching MBA/PhD Students**

- **Associate Journal Editor**

# Notable Research

## The American Economic Review

### The Welfare Effects of Bundling in Multichannel Television Markets

Gregory S. Crawford and Ali Yurukoglu

We measure how the bundling of television channels affects short-run welfare. We estimate an industry model of viewership, demand, pricing, bundling, and input-market bargaining using data on ratings, purchases, prices, bundles, and input costs. We conduct simulations of à la carte policies that require distributors to offer individual channels for sale to consumers. We estimate that negotiated input costs rise by

# How Does A Model Work?



# Plaintiffs' Expert: Average Sunday Ticket Price



# Dr. Zona's Models



**Dr. J. Douglas Zona**
Plaintiffs' Expert

## Model 1: DirecTV Data



## Model 2: Survey Data



# Model 1: DirecTV Data

**Viewership & Sales Data**



**Assumptions of NFL Strategy**



**Model 1**

**Price and Demand for Sunday Ticket**



# Model 2: Survey Data

**Survey Results**



**Assumptions of NFL Strategy**



**Model 2**

**Price and Demand for Sunday Ticket**



# Testing A Model's Reliability

Are the models using the best available data?

Do inputs and outputs match real world?

Are inputs and outputs consistent
with common sense and economic theory?

Does the model survive sensitivity analysis?

# Model 1's Fundamental Errors



**Dr. J. Douglas Zona**
Plaintiffs' Expert

**Model 1**

- **Assumes wrong NFL pricing strategy**

- **Ignores detailed data on consumer preferences**

- **Predicts irrational choices by consumers**

# Dr. Zona Ignores Real World Data



# Model 1: Consumers Pay More



**Dr. J. Douglas Zona**
Plaintiffs' Expert

**Model 1**



## Real World Average Price

# $102.74

## Per-Subscriber Fee Price

# $148.86

# Real World: Consumers Have Different Preferences



# Model 1: Assumes Consumers Have Same Preferences





# Model 1 Makes Irrational Predictions



**Dr. J. Douglas Zona**
Plaintiffs' Expert



**Model 1**



**$52**



**"DTC"**

**$178**

# Model 1 Makes Irrational Predictions



**Dr. J. Douglas Zona**
Plaintiffs' Expert



**Model 1**



# Model 2's Fundamental Errors



**Dr. J. Douglas Zona**
Plaintiffs' Expert

**Model 2**



- **Predicts higher Sunday Ticket price than in the real world**

- **Wildly overstates demand for Sunday Ticket in the real world**

- **Predicts irrational choices by consumers**

# Model 2: Shows Consumers Would Pay More

 **Real World Average Price**

 **Dr. Zona's Model 2 Price**

# $102.74

# $146.50

# Model 2 Makes Irrational Predictions



**Dr. J. Douglas Zona**
Plaintiffs' Expert



**Model 2**



$146.50

"DTC"

$366.50

# Model 2 Makes Irrational Predictions



**Dr. J. Douglas Zona**
Plaintiffs' Expert

**Model 2**



# Dr. Zona Did Not Analyze The Commercial Class

**Commercial product has same prices?** 

**Commercial subscribers buy for same reason?** 

**Models use prices from commercial subscribers?** 

**Models predict demand for commercial product?** 

# Testing A Model's Reliability

**Are the models using the best available data?** 

**Do inputs and outputs match real world?** 

**Are inputs and outputs consistent with common sense and economic theory?** 

**Does the model survive sensitivity analysis?** 

# Final Conclusions

- **Models are <span style="color:red">unreliable</span> because of errors in structure, inputs, and outputs**

- **Dr. Zona <span style="color:red">fails</span> to do meaningful <span style="color:red">sensitivity analyses</span> of own models**

- **Models <span style="color:red">do not show</span> that consumers were <span style="color:red">harmed</span>**