# EXHIBIT 11

# Redacted

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous.

We, the jury, unanimously return these answers as our verdict in this case:

### Conspiracy to Restrain Trade (Sherman Act Section 1)

#### Question No. 1:

Have Plaintiffs proven the existence of a relevant antitrust market for professional football telecasts in the United States?

_____YES          _____NO

**If you answered "Yes," then continue to Question 2.**

**If you answered "No," then stop, and sign and date the last page of the verdict form.**

#### Question No. 2:

Have Plaintiffs proven that there was a conspiracy that unreasonably restrained trade in that market?

_____YES          _____NO

**If you answered "Yes," then continue to Question 3.**

**If you answered "No," then stop, and sign and date the last page of the verdict form.**

**Question No. 3:**

Have Plaintiffs proven that DirecTV knowingly joined this conspiracy?

\_\_\_\_\_YES          \_\_\_\_\_NO

If you answered "Yes," then continue to Question 4.

If you answered "No," then stop, and sign and date the last page of the verdict form.

**Question No. 4:**

Have Plaintiffs proven that the Commercial Class suffered injury to their business or property as a result of this conspiracy?

\_\_\_\_\_YES          \_\_\_\_\_NO

**Question No. 5:**

Have Plaintiffs proven that the Residential Class suffered injury to their business or property as a result of this conspiracy?

\_\_\_\_\_YES   \_\_\_\_\_NO

If you answered "Yes" to <u>either</u> Question 4 <u>or</u> 5, continue to Question 6.

If you answered "No" to <u>both</u> Question 4 <u>and</u> 5, then stop, and sign and date the last page of the verdict form.

# Plaintiffs' Story Vs. The Evidence

10.    We will need clarification on the premium pricing for NFL Sunday ticket, and any other such packages.  ==The concept here has always been that these packages are sold at a premium, thereby limiting distribution.==  If they are offered as non-premium or even free packages we are concerned that distribution may grow significantly.  Likewise, we will need specifics on the pricing on the broadband product, but we are assuming that the pricing for this product in the white areas will be the same as the DirecTV package .

Q.    Was that CBS's position or the NFL's position?

A.    **That was CBS's position.**

Q.    Okay. **Did the NFL ever tell you that it would limit distribution of Sunday Ticket?**

A.    **No.**





# What You Have To Decide

- **Were the agreements reasonable?**

- **What were the benefits?**

- **Do Plaintiffs' models make sense?**

- **Are Plaintiffs entitled to damages?**

# NFL Football Competes With Other Entertainment



**Jerry Jones**
Owner,
Dallas Cowboys



"**And so to say there's no competition for people interested in football is not true.** . . . I really do want to be clear, to think that there's not a lot of interested people in other teams, other competition, that's just not the case."

# Only NFL Gives Fans Every Local Game For Free

**2021**



**Percent Of Local Games Available Over-The-Air**

4

# Dr. Rascher Agrees: NFL's Model Is Unique



**Dr. Daniel Rascher**
Plaintiffs' Expert

Q.  And **the NFL, out of all sports** -- college sports, professional sports -- **is the only sport that has free over-the-air access for local fans for every local team's game**; correct?

A.  **Yes**, to my knowledge.

# NFL Is Most Competitively Balanced

**Within Seasons**

**Across Seasons**

Most Balanced

Least Balanced

# Networks Need Exclusivity



**Larry Jones**
Former Executive VP, FOX Sports

"**Essence** of our business model"



**Sean McManus**
Former Chairman, CBS Sports

"It was **vital** to CBS"

# Ratings Drive Investment

**2022**





## FOX SPORTS PRODUCTION OVERVIEW

| | FY19A | FY20A | FY21F | FY22B |
|---|---|---|---|---|
| NFL | 100% | 100% | 100% | 100% |
| MLB | 27% | 23% | 22% | 30% |
| NASCAR | 47% | 36% | 49% | 41% |
| CFB | 26% | 28% | 29% | 34% |

# NFL Broadcast System Produces Best Results



**Larry Jones**
Former Executive VP, FOX Sports



"**Well, the NFL is our No. 1, No. 2, and No. 3 sport.** We clearly reach the most amount of viewers, and the most amount of people see our brand and see our productions in the NFL by leaps and bounds. **So you can invest in innovations when you're trying to reach the most amount of people and make the viewing experience the best.**"

# NFL Wanted ST, Networks Did Not



**Larry Jones**
Former Executive VP, FOX Sports

Q.    **Would you rather Sunday Ticket not exist** or do you care? And you can be honest here.

A.    **I'd rather Sunday Ticket not exist.**



**Sean McManus**
Former Chairman, CBS Sports

Q.    Now, when you joined CBS and started dealing with the NFL, **did you want there to be a Sunday Ticket**?

A.    **If it were up to me, no.**

# DirecTV Was The Right Partner For ST



**Steve Bornstein**
Former CEO,
NFL Network



> "**They were an excellent partner.**"

Q. Was **technology with DirecTV constantly evolving**?

A. **Yes.**

Q. Were they often experimenting and trying to advance new technology to better distribute their products including Sunday Ticket?

A. Yeah. They were **terrific innovators**.

# Exclusivity Led DirecTV To Innovate



**Dr. Doug Bernheim**
Economist



Q. **In DirecTV's situation, have you seen evidence that exclusivity incentivized innovation?**

A. **Yes**, I have.

# Exclusive Contracts Benefit Fans



**Roger Goodell**
NFL Commissioner



Q.  Do you believe **your exclusive contracts benefit the fans**?

A.  **Absolutely.**

Q.  Why?

A.  The way they **promote the game**, the way they **produce the game, the quality of the production is extraordinary**, and I think the best sports production, if not the best production, comes with our partners. **They work to innovate.** They work to reach the fans in different ways to make that a better event for the fans.

# Mr. Lippincott Valued The Different Choices



**Robert Lippincott**
Plaintiff



# Even Sunday Ticket Provides Choice

**2015**



**$252**
List Price



**$354**
List Price

# ST Provides High Value To Subscribers

Mar. 2019



TX172 at 33.    16

# COURT'S INSTRUCTION NO. 27

Your role as jurors in this case is not to determine whether the price of the Sunday Ticket package is reasonable. Your duty is instead to apply the rule of reason to the conduct being challenged in this case.

# Who Says DirecTV Set Price Of ST?


Michael White


Robert Thun


Jamie Dyckes


Alex Kaplan


Roger Goodell


Brian Rolapp


Steve Bornstein


Cathy Yancy


Hans Schroeder


Brent Lawton

6/7/24 Trial Tr. 357:4-12; 6/12/24 Trial Tr. 978:17-18; 6/17/24 Trial Tr. 1498:19-20; 6/18/24 Trial Tr. 1795:12-14; ECF 1413-2, Dyckes Dep. Tr. 123:17-124:1; ECF 1413-3, Kaplan Dep. Tr. 71:14-16; ECF 1413-6, Schroeder Dep. Tr. 113:3-19; ECF 1413-5, Lawton Dep. Tr. 49:25-50:4; ECF 1444-1, White Dep. Tr. 53:18-19; ECF 1444-3, Thun Dep. Tr. 88:10-11.

18

# Plaintiffs' Story Was Not True

**Apr. 20, 2012**



From: "Bornstein, Steve" <Steve.Bornstein@NFL.com>
Date: April 20, 2012 11:54:02 AM EDT
To: "Rolapp, Brian" <Brian.Rolapp@NFL.com>
Cc: "Schroeder, Hans" <Hans.Schroeder@NFL.com>
Subject: RE: **did sunday ticket lower price today?**

Wish I did.

From: Rolapp, Brian
Sent: Friday, April 20, 2012 8:12 AM
To: Bornstein, Steve
Cc: Schroeder, Hans
Subject: Re: did sunday ticket lower price today?

Yes...we knew



Steve Bornstein

Q. Why did you say "Wish I did"?
A. Oh, primarily **so I don't look like I don't know what's going on in my area** to my bosses.

# DirecTV Gave Many Discounts To ST Subscribers



# Dr. Zona Calculated Actual ST Price Of $102.74



## Zona Merits Exhibit 17 (with Additional Output)

| | | | ST Marginal Cost = $0 | | | |
|---|---|---|---|---|---|---|
| Scenario | Sunday Ticket Price | Price Reduction Factor | Sunday Ticket Price (Discounted) | DTV Share of HHs | ST Share of HHs | DTC Share of HHs |
| Actual Price | $295.00 | N/A | $102.74 | 12.9% | 4.7% | 0.0% |
| Profit max | $192.61 | 34.7% | $67.08 | 13.1% | 5.3% | 0.0% |
| One Additional DTC | $114.24 | 61.3% | $39.79 | 13.5% | 5.1% | 15.9% |
| Two Additional DTCs | $60.03 | 79.7% | $20.91 | 13.8% | 4.9% | 26.3% |

# Dr. Zona Didn't Analyze Per-Subscriber Fee



**Dr. Ali Yurukoglu**
Economist



Q. And in your opinion, absent exclusivity, as you tell us, **the NFL would have had an economic incentive to switch from a fixed-fee** licensing structure **to a per-subscriber fee** licensing structure; right?

A. **That's my opinion.** It's **also true in Dr. Zona's model**. You can just calculate it.

6/17/24 Trial Tr. 1430:14-19.

# Dr. Zona Ignored Real World Data



# Using Per-Sub Fee Is Not Price-Fixing



**Dr. Ali Yurukoglu**
Economist



"**If the NFL really wanted DirecTV to set a certain price,** they could do that with a totally unilateral **standard contract, which is to have a per-subscriber fee** in the exclusive relationship.  They wouldn't have to have any side deals or any -- whatever, you know, is being alleged. It's a standard contract that they could use that – I've been in many seminars where firms do that type of thing, that type of behavior. **No one's ever called that price fixing.**"

# DirecTV Paid More To Control Price



**Steve Bornstein**
Former CEO,
NFL Network

Q.    Was part of **this increased fee** related to the switch from the agency agreement to the licensing agreement?

A.    Oh, on DirecTV's calculus, yes.  I would -- yes.

\*  \*  \*

A.    Well, because they were controlling the rights to Sunday Ticket so **they could establish what they wanted to do in both packaging and pricing and how much marketing they wanted to spend** and what they wanted to do. **It gave them control**.

# NFL Eliminated Pricing Department

**Mar. 14, 2003**



FROM:       Roger Goodell and Steve Bornstein

DATE:       March 14, 2003

SUBJECT:    Business Re-Structuring/Sunday Ticket

Since the 1994 launch of NFL Sunday Ticket on DirecTV, NFL staff has performed the marketing, pricing, promotion, and administration functions of our satellite television subscription service. Under the terms of our recent new agreement, DirecTV will now handle these functions.

As a result, we have taken the difficult step of implementing a business re-structuring that significantly reduces the Sunday Ticket staff functions within our organization.

TX419.

26

# There Were No Secret Agreements



**Larry Jones**
Former Executive VP, FOX Sports



**Sean McManus**
Former Chairman, CBS Sports

"There was **never any side agreements**"

"**No side deals** whatsoever"

# "Push Back"



**Roger Goodell**
NFL Commissioner



Q.    During the class period, **did the NFL ever push back hard** when DirecTV was trying to lower its Sunday Ticket pricing?

A.    **We probably did.  But they have the right to make that decision.**

# DirecTV Exercised Its Discretion To Drop ST List Price

## 2011



## 2012



# NFL Didn't Want DirecTV To Give Away ST



**Roger Goodell**
NFL Commissioner



Q. Did you **like it** when you heard **they gave it away for free**?

A. **No.**

Q. Did **they still do it**?

A. **Yes.**

# NFL Was Open About Broadcast Strategy



**Roger Goodell**
NFL Commissioner



Q. And has your **broadcast strategy** ever been **a secret** in your mind?

A. **Absolutely not.**

Q. Okay.

A. **We sing it from the mountaintops.**

# NFL Shared Broadcast Strategy With The FCC



**Feb. 21, 2007**



**Roger Goodell**
NFL Commissioner



fan base.  _See_ Attachment 1 (NFL media strategy ==talking points for Commissioner visit to FCC).==

_NFL Core Objectives and Media Strategy_  

- Because the NFL is ==uniquely committed to free, over-the-air distribution== of its core Sunday afternoon game package, it ==designed its supplementary out-of-market package for its avid fans== in a way that did not undermine its appeal to free broadcast television (which serves the broadest cross-section of the American public) and that accommodated its broadcast partners' concerns.

# NFL Strategy Is Public



TX279 at 14-15.

# NFL Broadcast System Works For Fans

**Dr. Bernheim**

"The NFL is doing an extremely good job of taking the **games that have the greatest interest to fans** and getting them on to over-the-air stations where they are **available to the fans for free**. It's really doing an extraordinarily good job of that."

# Most ST Subscribers Watch Free Games



# Equal Revenue Sharing = Competitive Balance



**Jerry Jones**
Owner,
Dallas Cowboys



"But the point I'm making is this; that **our system enables equally all teams to have the money** that can be within the range addressed in the salary cap, they have to spend it. And **when they spend it, they have equal opportunity on the playing field** to have the game that we have today."

# NFL's Revenue Sharing Works



## General Observations

- Little correlation between revenue and winning percentage
  - Most teams have been at or near the Salary Cap
  - So to date, teams have had equal shot at talent
  - Sustainability of this situation unclear

- Little correlation between most single variables and revenue except ticket price
  - Multivariable analysis is ongoing

- Profit potential (on a standardized basis) may be more appropriate focus than revenue disparity

8

**Oct. 2004**

**Equal Revenue Sharing in Effect**

# Challenged Conduct Serves Procompetitive Purpose

## Dr. Bernheim

"**The pooling is procompetitive.** For example, **it increases output in the industry, increases viewership.** With respect to **the exclusivity provisions, my conclusion is that they serve a pretty clear procompetitive purpose.**"

Q.  Is it your opinion that **the widespread availability of free over-the-air games is related to the challenged conduct**?

A.  **Yes, it is.**

Q.  Is it your opinion **that the competitive balance that you see in the NFL is related to the challenged conduct**?

A.  **Yes, it is.**

# Dr. Rascher's But-For World



**Everything Free**



**$7.01 Billion**

# No Evidence Dr. Rascher's BFW Would Work



**Sean McManus**
Former Chairman,
CBS Sports



> "**I don't think there is an infrastructure existing** in this country that could **support that kind of programming**."

> "I think it could be **chaos in the marketplace just in terms of the marketing, the selling, the producing**, and **the programming** of games."

# Dr. Rascher's BFW Makes No Sense

**Dr. Bernheim**

"This assumption that **everything is available for free** to everyone just is **not going to happen**."

# Ms. Yancy Confident BFW Would Never Work



**Prof. Einer Elhauge**
Plaintiffs' Expert



**Cathy Yancy**
VP, Broadcasting

"She ultimately said that **she wasn't sure what would happen** without the challenged restraints."

"It would be **financially and economically irresponsible to program that way**. I wouldn't have done it as a programmer. These networks are not going to do that."

# Plaintiffs' BFW Would Undermine OTA Game Value



**Sean McManus**
Former Chairman,
CBS Sports



> Q.   In this world where you have the **in-market over-the-air package**, Sunday afternoon for the AFC, and then **the teams have negotiated out of market** with other networks and all the games are on free TV or basic cable, **how would that have affected your investment**, meaning CBS's investment, in the broadcasts?
>
> A.   It would **significantly reduce our ratings and our advertising sales and also our promotional opportunities**. So the **value would be drastically diminished**.

# Dr. Rascher Could Not Answer Basic Questions



**Dr. Daniel Rascher**
Plaintiffs' Expert

# Dr. Rascher's BFW Doesn't Answer Key Questions



# In BFW, Financial Incentives Would Have Changed



**Jerry Jones**
Owner,
Dallas Cowboys



"I haven't won a Super Bowl in 25 years or more. And, boy, **I would be embarrassed to tell you what I'd do to get to win a Super Bowl**.  But it's not possible when you have the equity that we have in the NFL.  And so you have to earn it and scrape for it.
I buy that. I don't like it, of course. But I buy that."

# Financial Incentives Matter

**Dr. Bernheim**

"Just **looking across leagues**, you see that there are **different outcomes** with respect to **caps and floors that go hand in hand with** the degree of **revenue inequality**."

# Equal Revenue Sharing Is Essential



**Jerry Jones**
Owner,
Dallas Cowboys



Q. Would you have signed or **agreed to a salary cap and a salary floor if you had the right to sell your out-of-market rights** and keep all the revenue for yourself?

A. **No**, I would not agree to a salary cap.

# 9 Teams Could Change The League

## Dr. Bernheim

Q. Doesn't **a new agreement with the networks** have to be **approved** – we've heard of this phrase -- **a "super majority" or 24** out of 32 teams?

A. **Yes.** And think about what that implies. It means that **a group of nine teams can get together and form what's called a "blocking coalition"** in the negotiating literature. They can basically **hold the NFL hostage** in these negotiations.

# What Could 9 Powerful Teams Do?





- ● **Refuse to approve television contracts**

- ● **Refuse to approve salary cap and floor**

- ● **Refuse to agree to CBA**

# Financial Incentives Always Matter



6/12/24 Trial Tr. 947:15-949:9; 6/18/24 Trial Tr. 1688:8-22; TX139C; TX145; TX146A; TX146D.

51

# CBS/FOX Won't Give Away Feeds To Other Networks



**Sean McManus**
Former Chairman,
CBS Sports



"It's a **source of pride**, as I mentioned before, **the quality of our feeds**.  And for us **to give away that quality**, which is so tied to CBS, would not make sense for us.  So we want the CBS feed to be seen on CBS stations, and **to give it to other networks would not be something that we would want to do**."

# Quality Would Decline Without Pooling

**Dr. Bernheim**

Q. Do you think that **broadcast quality** would have been worse without **the pooling of out-of-market telecast rights**?

A. **Yes**, I do.

# Selling Individual OOM Rights Is Bad For Fans



**Jerry Jones**
Owner,
Dallas Cowboys



Q. If you could **sell your out-of-market rights all by yourself**, do you think you **could make a lot of money doing it**?

A. Yes, I could. **A lot more than anybody else.**

Q. And despite that, do you think that would be **good for fans or good for the NFL** if you were allowed to sell your out-of-market rights on your own?

A. **No.**

# What Plaintiffs Want

| | No Restraints (100% reduction) | Optimal Price (24.6% reduction) | One Competitor (49.7% reduction) |
|---|---|---|---|
| **Totals** | $7.01 Billion | $1.72 Billion | $3.48 Billion |

6/13/24 Trial Tr. 1182:1-1183:1, 1189:16-1192:2; Zona Direct Slide 3.

55

# "NFL Tax" Is Just Evidence Of Bad Modeling



**Dr. Ali Yurukoglu**
Economist



Q.  Now, Doctor, do you remember that when Dr. Zona was kind of presenting these numbers he talked about this concept called **the "NFL tax"**?

A.  **Yes.**

Q.  Do you think that that's sort of a **trustworthy outcome** of his models?

A.  **No.**

# Dr. Zona's Models Are Not Reliable

**Are the models using the best available data?** 

**Do inputs and outputs match real world?** 

**Are inputs and outputs consistent with common sense and economic theory?** 

**Do the models survive sensitivity analysis?** 

# Dr. Zona's Assumptions Make No Sense



**Dr. J. Douglas Zona**
Plaintiffs' Expert

Q. And, in fact, not only did you not consider it, you **assumed in your model that every subscriber could access a streaming product** direct to consumer, didn't you?

A. **Every household.**

# Streaming Wasn't Ready In 2019



**Roger Goodell**
NFL Commissioner



"**We did not feel that the streaming had advanced enough** -- or we had a partner that we felt would do a better job with the Sunday Ticket, and when you make that move, you've got to think about the impact on consumers."

6/17/24 Trial Tr. 1465:21-25.

# Dr. Zona Didn't Look At The Differences



**Dr. J. Douglas Zona**
Plaintiffs' Expert

Q. Okay. And over here, **if we wanted to see what the demand curve was for the commercial, you don't have that** for us; right?

A. **That's true.**

# Dr. Zona Doesn't Show Commercial Class Damages



**Dr. Ali Yurukoglu**
Economist



Q.  So do you believe that any of his models can be used as a reliable way to predict damages for that commercial class?

A.  Generally no.  I mean, **when you change the demand, it changes – that's an input into the pricing** which is input into the -- the simulated world.  So when the demand is very different, then you're going to get different numbers.  **So these numbers don't apply to the commercial class.**

# Mr. Frantz Liked Getting All The Games



**Jonathan Frantz**
Plaintiff

Q.   That first year in 2012 **you enjoyed Sunday Ticket**; right?

A.   **I liked watching all the football games.**

# Damages: Inflated Premium-Priced Subscription

| 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|------|------|------|------|------|------|------|------|------|------|------|------|

## Residential Plaintiffs



------------------------------

24,105,049 SUBSCRIPTIONS

------------------------------

TOTAL     $5,660,937,182

**$233** PER SUBSCRIPTION AVG.

## Commercial Plaintiffs



------------------------------

506,788     SUBSCRIPTIONS

------------------------------

TOTAL     $ 1,351,040,029

**$2,665** PER SUBSCRIPTION AVG

81

| | No Restraints (100% reduction) | Optimal Price (24.6% reduction) | One Competitor (49.7% reduction) |
|---|---|---|---|
| Residential Class Members | $5.66 Billion | $1.39 Billion | $2.81 Billion |
| Commercial Class Members | $1.35 Billion | $0.33 Billion | $0.67 Billion |
| **Totals** | **$7.01 Billion** | **$1.72 Billion** | **$3.48 Billion** |

Source: Zona Merits Exhibit 3, 4, 17, assumes marginal cost of $13.79 per new subscriber

3