

Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court



**FILED**

SEP 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-5493 |
| Originating Case Number: | 2:15-ml-02668-PSG-SK |
| Short Title: | Ninth Inning Inc., et al. v. National Football League, Inc, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**

Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 24-5493 |
| Originating Case Number: | 2:15-ml-02668-PSG-SK |
| Case Title: | Ninth Inning Inc., et al. v. National Football League, Inc, et al. |

**Monday, September 16, 2024**

| | |
|---|---|
| Ninth Inning Inc. | Mediation Questionnaire due |
| 1465 3rd Ave. Rest. Corp. | Mediation Questionnaire due |
| Robert Gary Lippincott, Jr. | Mediation Questionnaire due |
| Jonathan Frantz | Mediation Questionnaire due |

**Friday, September 20, 2024**

| | |
|---|---|
| Ninth Inning Inc. | Appeal Transcript Order Due |
| 1465 3rd Ave. Rest. Corp. | Appeal Transcript Order Due |
| Robert Gary Lippincott, Jr. | Appeal Transcript Order Due |
| Jonathan Frantz | Appeal Transcript Order Due |

**Friday, October 18, 2024**

| | |
|---|---|
| Ninth Inning Inc. | Appeal Transcript Due |
| 1465 3rd Ave. Rest. Corp. | Appeal Transcript Due |
| Robert Gary Lippincott, Jr. | Appeal Transcript Due |
| Jonathan Frantz | Appeal Transcript Due |

**Friday, November 22, 2024**

| | |
|---|---|
| Ninth Inning Inc. | Appeal Opening Brief Due |

| | |
|---|---|
| 1465 3rd Ave. Rest. Corp. | Appeal Opening Brief Due |
| Robert Gary Lippincott, Jr. | Appeal Opening Brief Due |
| Jonathan Frantz | Appeal Opening Brief Due |

**Monday, December 23, 2024**

| | |
|---|---|
| National Football League, Inc | Appeal Answering Brief Due |
| NFL Enterprises LLC | Appeal Answering Brief Due |
| Arizona Cardinals Holdings, Inc. | Appeal Answering Brief Due |
| Atlanta Falcons Football Club LLC | Appeal Answering Brief Due |
| Baltimore Ravens Limited Partnership | Appeal Answering Brief Due |
| Buccaneers Limited Partnership | Appeal Answering Brief Due |
| Buffalo Bills, LLC | Appeal Answering Brief Due |
| Chargers Football Co., LLC | Appeal Answering Brief Due |
| Chicago Bears Football Club Inc | Appeal Answering Brief Due |
| Cincinnati Bengals Inc | Appeal Answering Brief Due |
| Cleveland Browns Football Company, LLC | Appeal Answering Brief Due |
| Dallas Cowboys Football Club Ltd | Appeal Answering Brief Due |
| Detroit Lions Inc | Appeal Answering Brief Due |
| Football Northwest LLC | Appeal Answering Brief Due |
| San Francisco Forty Niners II, LLC | Appeal Answering Brief Due |
| Green Bay Packers, Inc. | Appeal Answering Brief Due |
| Houston NFL Holdings LP | Appeal Answering Brief Due |
| Indianapolis Colts Inc. | Appeal Answering Brief Due |
| Jacksonville Jaguars LLC | Appeal Answering Brief Due |
| Kansas City Chiefs Football Club, Inc | Appeal Answering Brief Due |
| Miami Dolphins Ltd | Appeal Answering Brief Due |
| Minnesota Vikings Football Club LLC | Appeal Answering Brief Due |
| New England Patriots, LP | Appeal Answering Brief Due |
| New Orleans Louisiana Saints LLC | Appeal Answering Brief Due |
| New York Football Giants Inc | Appeal Answering Brief Due |
| New York Jets LLC | Appeal Answering Brief Due |
| Panthers Football LLC | Appeal Answering Brief Due |
| PDB Sports Ltd | Appeal Answering Brief Due |
| Philadelphia Eagles Football Club, Inc. | Appeal Answering Brief Due |
| Pittsburgh Steelers Sports, Inc | Appeal Answering Brief Due |
| Raiders Football Club LLC | Appeal Answering Brief Due |
| Tennessee Football, Inc. | Appeal Answering Brief Due |

| | |
|---|---|
| Washington Football, Inc. | Appeal Answering Brief Due |
| DirecTV, LLC | Appeal Answering Brief Due |
| DIRECTV Sports Networks, LLC | Appeal Answering Brief Due |
| Directv Holdings LLC | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**