Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
LANGER GROGAN & DIVER PC
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

[Additional Counsel on Signature Page]

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>**PLAINTIFFS' MOTION TO AMEND JUDGMENT TO CERTIFY IT AS A FINAL JUDGMENT UNDER RULE 54(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>JUDGE: Hon. Philip S. Gutierrez<br>Hearing Date: October 11, 2024<br>Time: 1:30 p.m.<br><br>COURTROOM:<br>First Street Courthouse<br>350 West 1st Street<br>Courtroom 6A<br>Los Angeles, CA 90012 |

On August 20, 2024, the Court entered judgment "in favor of the NFL Defendants . . . as to all claims for relief asserted in Plaintiffs' Second Consolidated Amended Complaint." ECF No. 1542 at 4. As the Court is aware, however, Plaintiffs' claims against Defendants DirecTV, LLC, and DirecTV Holdings, LLC (together, "DirecTV") have been stayed pending arbitration. *See* ECF No. 320 (Court's order compelling arbitration and staying claims). Such a "stay of judgment on a claim pending arbitration does not constitute a final ruling by the trial court with respect to that claim." *Everett v. US Airways Grp., Inc.*, 132 F.3d 770, 773 (D.C. Cir. 1998). The Court's August 20 judgment, therefore, does not constitute a final judgment that is appealable under Rule 54 of the Federal Rules of Civil Procedure, as it resolves claims as to "fewer than all" parties in this case.

Accordingly, Plaintiffs hereby move the Court to amend its August 20 judgment to provide that the judgment is certified as a final judgment pursuant to Rule 54(b). There is no just reason to delay entry of final judgment as to all of Plaintiffs' claims against the NFL Defendants.[1] Counsel for Plaintiffs conferred with counsel for the NFL Defendants pursuant to L.R. 7-3 on August 30, 2024. The NFL Defendants do not take any position on this motion. Counsel for Plaintiffs conferred with counsel for the DirecTV Defendants on September 9 and 10, 2024. The DirecTV Defendants do not oppose this motion.

Rule 54(b) is designed "to augment, not diminish, appeal opportunity." *Gelboim v. Bank of Am. Corp.*, 574 U.S. 405, 410 (2015). Accordingly, courts may certify as final any partial judgment when doing so "will aid expeditious decision of the case," *Texaco, Inc. v. Ponsoldt*, 939 F.2d 794, 797 (9th Cir. 1991), or "streamline"

---

[1] In making this motion to amend the Court's August 20 judgment, Plaintiffs reserve all of their rights to challenge, appeal from, and seek review of the judgment and all other orders, opinions, rulings, and decisions merged into, underlying, or related thereto. Plaintiffs expressly reserve all of their rights and maintain the objections they have previously raised in opposition to the NFL Defendants' motion for judgment as a matter of law and otherwise, including but not limited to, those made in Plaintiffs' response to the proposed judgment submitted by the NFL Defendants and ultimately entered by the Court. *See, e.g.*, ECF No. 1541.

further appellate proceedings, *Noel v. Hall*, 568 F.3d 743, 747 (9th Cir. 2009) (quoting *Texaco*, 939 F.2d 794, 798 (9th Cir. 1991)). Both of these goals would be served here. Not certifying the judgment under Rule 54(b), by contrast, would needlessly inject substantial delay into these proceedings.

For these reasons—reserving all of their rights and without waiving any of their objections to the Court's August 20 judgment, or any other orders, opinions, rulings, and decisions merged into, underlying, or related thereto—Plaintiffs respectfully request that the Court amend its August 20 judgment to certify the judgment as a final judgment pursuant to Rule 54(b) as to all of Plaintiffs' claims against the NFL Defendants, on the ground that there is no just reason for delay.

Dated: September 13, 2024          Respectfully submitted,

By: /s/ *Marc M. Seltzer*

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Kalpana Srinivasan (237460)
ksrinivasan@susmangodfrey.com
Amanda Bonn (270891)
abonn@susmangodfrey.com
Eliza Finley (301318)
efinley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Bill Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
Tyler Finn (*Pro Hac Vice*)
tfinn@susmangodfrey.com
SUSMAN GODFREY L.L.P
One Manhattan West
New York, NY 10001
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com

1

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000

2

Seattle, WA 98101
Tel: (206) 505-3841

3

Fax: (206) 516-3883

4

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com

5

HAUSFELD LLP
33 Whitehall Street, 14th Floor

6

New York, NY 10004
Tel: (646) 357-1100

7

Fax: (212) 202-4322

8

Christopher L. Lebsock (184546)
clebsock@hausfeld.com

9

Samuel Maida (333835)
smaida@hausfeld.com

10

HAUSFELD LLP
600 Montgomery St., Suite 3200

11

San Francisco, CA 94111
Tel: (415) 633-1908

12

Fax: (415) 633-4980

13

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com

14

Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com

15

HAUSFELD LLP
888 16th Street, N.W., Suite 300

16

Washington, DC 20006
Tel: (202) 540-7200

17

Fax: (202) 540-7201

18

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com

19

Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com

20

Peter Leckman (235721)
pleckman@langergrogan.com

21

Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com

22

LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4020

23

Philadelphia, PA 19103
Tel: (215) 320-5660

24

Fax: (215) 320-5703

25

*Plaintiffs' Co-Lead Counsel*

26

27

28