# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668-PSG (SKx)<br><br>[PROPOSED] ORDER AMENDING JUDGMENT TO CERTIFY IT AS A FINAL JUDGMENT UNDER RULE 54(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>JUDGE: Hon. Philip S. Gutierrez |

Having considered Plaintiffs' Motion to Amend the Court's Judgment to Certify It As a Final Judgment Under Rule 54(b) of the Federal Rules of Civil Procedure, it is HEREBY ORDERED that:

Plaintiffs' Motion to Amend the Court's Judgment to Certify It As a Final Judgment Under Rule 54(b) of the Federal Rules of Civil Procedure is GRANTED. The Court finds, based on the record and for the reasons provided by Plaintiffs, that there is no just reason to delay entry of judgment as to Plaintiffs' claims against the NFL Defendants.

IT IS FURTHER ORDERED that the Court's Judgment [ECF No. 1542], is hereby amended and deemed to be a final judgment under Rule 54(b) of the Federal Rules of Civil Procedure as to all of Plaintiffs' claims against the NFL Defendants.

**IT IS SO ORDERED**

Dated: 10/4/24

PHILIP S. GUTIERREZ
United States District Judge

1