Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5429
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 2:15-ml-02668−PSG (SKx)<br><br>**NFL DEFENDANTS' AMENDED NOTICE OF CONDITIONAL CROSS-APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: First Street Courthouse<br>   350 West 1st Street<br>   Courtroom 6A<br>   Los Angeles, CA 90012 |

On October 10, 2024, Plaintiffs Ninth Inning Inc. dba The Mucky Duck; 1465 Third Avenue Restaurant Corp. dba Gael Pub; Robert Gary Lippincott, Jr.; and Jonathan Frantz, on behalf of themselves and the Residential and Commercial Classes certified in Dkt. No. 894, filed an amended notice of appeal in this matter (ECF No. 1567) after the Court amended the Judgment to certify it as a final judgment under Fed. R. Civ. P. 54(b) (ECF No. 1566). Plaintiffs previously filed a notice of appeal in this matter on August 30, 2024 (ECF No. 1551). Plaintiffs' appeal has been assigned case number 24-5493 in the United States Court of Appeals for the Ninth Circuit.

While this Court properly granted full relief to the National Football League, NFL Enterprises LLC, and the Individual NFL Clubs[1] ("Defendants"), Defendants file this amended notice for protective reasons to preserve their rights if both the Court's order granting Defendants judgment as a matter of law and its alternative grant of a new trial are reversed on appeal. Accordingly, notice is given that Defendants hereby conditionally cross-appeal to the United States Court of Appeals for the Ninth Circuit from all adverse orders, rulings, decrees, decisions, opinions, memoranda, conclusions, or findings preceding, leading to, merged in, or included within this Court's August 20, 2024 judgment (ECF No. 1542), as amended on October 4, 2024 (ECF No. 1566).[2]

---

[1] The Individual NFL Clubs include the following parties: Arizona Cardinals Football Club LLC; Atlanta Falcons Football Club, LLC; Baltimore Ravens Limited Partnership; Buffalo Bills, LLC; Panthers Football, LLC; The Chicago Bears Football Club, Inc.; Cincinnati Bengals, Inc.; Cleveland Browns Football Company LLC; Dallas Cowboys Football Club, Ltd.; Denver Broncos Team, LLC; The Detroit Lions, Inc.; Green Bay Packers, Inc.; Houston NFL Holdings, L.P.; Indianapolis Colts, Inc.; Jacksonville Jaguars, LLC; Kansas City Chiefs Football Club, Inc.; Miami Dolphins, Ltd.; Minnesota Vikings Football, LLC; New England Patriots LLC; New Orleans Louisiana Saints, L.L.C.; New York Football Giants, Inc.; New York Jets LLC; Raiders Football Club, LLC; Philadelphia Eagles, LLC; Pittsburgh Steelers LLC; Chargers Football Company, LLC; Forty Niners Football Company LLC; Football Northwest LLC; The Los Angeles Rams, LLC; Buccaneers Team LLC; Tennessee Football, LLC; and Pro-Football LLC.

[2] Defendants previously filed a notice of conditional cross-appeal (ECF No. 1559), which has been assigned case number 24-5691 in the United States Court of Appeals for the Ninth Circuit. This Court's order amending the Judgment to certify it as a final judgment pursuant to Fed. R. Civ. P. 54(b) (ECF No. 1566) "is sufficient to validate" the previously

Dated: November 1, 2024

By: /s/ *Beth A. Wilkinson*
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max J. Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted pro hac vice)
Derek Ludwin (admitted pro hac vice)
John S. Playforth (admitted pro hac vice)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com
dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

---

filed notice of conditional cross-appeal. *Aguirre v. S.S. Sohio Intrepid*, 801 F.2d 1185, 1189 (9th Cir. 1986). However, Defendants file this amended notice of conditional cross-appeal out of an abundance of caution and consistent with Ninth Circuit practice.

2

Case No. 2:15-ml-02668-PSG (SKx)   NFL Defendants' Amended Notice of Conditional Cross-Appeal to the United States Court of Appeals for the Ninth Circuit