# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | MDL 15-2668-GW-SKx | Date | September 4, 2025 |
|---|---|---|---|
| Title | *IN RE NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Marc M. Seltzer
Ian M. Gore
Kevin P. Trainer

Attorneys Present for Defendants:

Jenna H. Pavelec
Jeremy S. Barber

**PROCEEDINGS:    PLAINTIFFS' MOTION TO RETAX COSTS [1576]**

The Court's Tentative Ruling on Plaintiffs' Motion [1576] was issued on September 3, 2025 [1585]. Oral argument is held. Based on the Tentative Ruling, and for reasons stated on the record, the Plaintiffs' Motion is DENIED without prejudice based on the Court exercising its discretion to STAY consideration of the Motion pending the outcome of Plaintiffs' Appeal.

The Court sets a status conference for September 18, 2025 at 8:30 a.m. The parties are to file their positions re restarting settlement discussions by noon on September 16, 2025.

|  | : | 10 |
|---|---|---|

Initials of Preparer    JG