# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | MDL 15-2668-GW-SKx | Date | September 18, 2025 |
|---|---|---|---|
| Title | *IN RE NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Myra Ponce | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marc M. Seltzer | Jenna H. Pavelec |
| Ian M. Gore | Jeremy S. Barber |

**PROCEEDINGS:    STATUS CONFERENCE**


Court and counsel confer re mediation. The Court sets a post mediation status conference for November 20, 2025 at 8:30 a.m. The parties are to file a joint status report by noon on November 17, 2025.

|  | : | 04 |
|---|---|---|
| Initials of Preparer | JG | |