Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

[Additional Counsel Listed on Signature Pages]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:15-ml-02668-GW (SKx)<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. George H. Wu<br>Courtroom: First Street Courthouse<br>350 West 1st Street<br>Courtroom 9D<br>Los Angeles, CA 90012 |

At the September 18, 2025 status conference, the Court directed the parties to submit a joint status report. The parties have not conducted settlement discussions in the interim and the hearing on the appeal in this matter has not yet been set. The parties have nothing further to report at this time. The parties will await the Court's instructions regarding whether the Court wishes to proceed with the telephonic status conference scheduled for November 20, 2025.

Dated: November 14, 2025              Respectfully submitted,

/s/ Beth A. Wilkinson
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
Max Warren (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

|     |     |
| --- | --- |
| 1   | |
| 2   | Gregg H. Levy (admitted *pro hac vice*) |
|     | Derek Ludwin (admitted *pro hac vice*) |
| 3   | John S. Playforth (admitted *pro hac vice*) |
|     | **COVINGTON & BURLING LLP** |
| 4   | One CityCenter |
| 5   | 850 Tenth Street NW |
|     | Washington, DC 20001 |
| 6   | Telephone: (202) 662-6000 |
| 7   | Facsimile: (202) 662-6291 |
|     | glevy@cov.com |
| 8   | dludwin@cov.com |
| 9   | jplayforth@cov.com |
| 10  | *Counsel for Defendants National Football* |
| 11  | *League, NFL Enterprises LLC, and the Individual NFL Clubs* |
| 12  | |
| 13  | /s/ Marc M. Seltzer |
| 14  | Marc M. Seltzer (54534) |
|     | mseltzer@susmangodfrey.com |
| 15  | Kalpana Srinivasan (237460) |
|     | ksrinivasan@susmangodfrey.com |
| 16  | Eliza Finley (301318) |
| 17  | efinley@susmangodfrey.com |
|     | **SUSMAN GODFREY L.L.P.** |
| 18  | 1900 Avenue of the Stars, Suite 1400 |
|     | Los Angeles, CA 90067 |
| 19  | Tel: (310) 789-3100 |
|     | Fax: (310) 789-3150 |
| 20  | |
| 21  | William C. Carmody (*Pro Hac Vice*) |
|     | bcarmody@susmangodfrey.com |
| 22  | Seth Ard (*Pro Hac Vice*) |
|     | sard@susmangodfrey.com |
| 23  | **SUSMAN GODFREY L.L.P** |
| 24  | One Manhattan West |
|     | New York, NY 10001 |
| 25  | Tel: (212) 336-8330 |
|     | Fax: (212) 336-8340 |
| 26  | |
| 27  | Ian M. Gore (*Pro Hac Vice*) |
|     | igore@susmangodfrey.com |
| 28  | **SUSMAN GODFREY L.L.P.** |
|     | 1201 Third Avenue, Suite 3800 |

Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com
**LANGER GROGAN AND DIVER PC**
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*