UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 04 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: NATIONAL FOOTBALL LEAGUE'S SUNDAY TICKET ANTITRUST LITIGATION,

------------------------------

NINTH INNING, INC., DBA The Mucky Duck; et al.,

Plaintiffs - Appellants,

v.

DIRECTV, LLC; et al.,

Defendants - Appellees.

No. 17-56119

D.C. No. 2:15-ml-02668-BRO-JEM
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered August 13, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Taxed costs against appellees in the amount of $246.60.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7