FILED
CLERK, U.S. DISTRICT COURT
11/06/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: LRO DEPUTY

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**2:15-ML-02668-GW-SK**

**IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION** MDL No. 2668

**ORDER REASSIGNING LITIGATION**

The Panel has been notified of the need to reassign the above litigation to another judge in the Central District of California.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable George H. Wu for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL:

Karen K. Caldwell
Chair

# United States Judicial Panel on Multidistrict Litigation
# CIVIL DOCKET FOR CASE #: MDL No. 2668

**IN RE: National Football League's "Sunday Ticket" Antitrust Litigation**
Assigned to: George H. Wu
Transferee District: California Central
Master Docket Number: 2:15-ml-2668

Date Filed: 08/27/2015
MDL Status: Transferred
Date Ordered: 12/08/2015
Citation: 148 F.Supp.3d 1358

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2026 | 126 | ***THIS MDL HAS BEEN REOPENED<br><br>(ALO) (Entered: 11/06/2026) |
| 11/06/2026 | 127 | ORDER REASSIGNING LITIGATION Reassigning litigation to George H. Wu in the California Central District Court for coordinated or consolidated pretrial proceedings.<br><br>Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 11/6/2026.<br><br>(CT) (Entered: 11/06/2026) |