MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA BONN (270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100/Fax: (310) 789-3150

SCOTT MARTIN
smartin@hausfeld.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100/ Fax: (212) 202-4322

HOWARD LANGER
hlanger@langergrogan.com
EDWARD DIVER
ndiver@langergrogan.com
PETER LECKMAN
pleckman@langergrogan.com
LANGER GROGAN AND DIVER PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660/ Fax: (215) 320-5703

[Additional Counsel listed in Signature Page]

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION | CASE NO.: 2:15-ml-02668-GW (SKx) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **JOINT STATUS REPORT** |

On August 28, 2026, the Court continued the status conference it had previously set in light of the parties' August 20, 2026, joint status report. *See* Dkt. 1616, 1620. The Court rescheduled the status conference to November 30, 2026, and ordered the parties to submit a new joint status report by November 23, 2026.

**Status of Appeal**

On October 30, 2026, the United States Court of Appeals for the Ninth Circuit issued an opinion and a separate memorandum disposition on the parties' cross appeals in this matter. In its opinion, the Ninth Circuit reversed the district court's exclusion of Dr. Rascher and Dr. Zona's expert testimony and the resulting grant of judgment as a matter of law for the NFL. *See* Dkt. No. 1621 (docket entry text). The Ninth Circuit further affirmed the Court's decision to grant a new trial on damages. *Id.* The appellate court remanded the case back to the Court to reinstate the jury's liability verdict and to hold a new damages trial. *Id.*

In its separate memorandum decision, the Ninth Circuit affirmed the Court's certification of two damages classes pursuant to Federal Rule of Civil Procedure 23(b)(3), reversed the Court's grant of judgment as a matter of law for the NFL regarding Plaintiffs' claims for injunctive and declaratory relief, and remanded for further proceedings. *See* Dkt. No. 1622. The Ninth Circuit further instructed the Court to re-evaluate whether the injunctive class claims, certified under Rule 23(b)(2), are "moot now that the contract between the NFL and DIRECTV has expired." *Id.*

The NFL Defendants intend to petition the Ninth Circuit for rehearing and rehearing *en banc*. On November 5, 2026, the Ninth Circuit granted the NFL's motion for an extension to file its petition. The NFL's petition is due on December 4, 2026. The mandate has not issued.

**The November 30 Status Conference**

The parties dispute whether the status conference set for November 30, 2026, is warranted. The parties' positions are briefly set forth below:

*Plaintiffs*. At the last status conference in this matter, held on November 20, 2025, the Court indicated its desire to hold a conference once the Ninth Circuit issued its decision—even if the mandate had not issued. *See* Dkt. No. 1609 at 6 ("And if the Circuit has issued a decision, but the mandate has not been issued, I will still hold the status conference, because I want to discuss with the parties whatever initial decision is made by the Circuit, okay?"). As a result, Plaintiffs believe a status conference is warranted. As to whether the conference is held in-person or remotely, Plaintiffs express no preference and await the Court's guidance. Given the Thanksgiving holiday, however, Plaintiffs respectfully request only that the Court inform the parties of its preferred format at its earliest convenience to arrange travel as needed.

*NFL Defendants*. Defendants are filing a petition seeking rehearing and rehearing en banc with the Ninth Circuit on December 4, 2026. Because the Ninth Circuit's mandate has not yet issued, the case remains in the Ninth Circuit's jurisdiction. Given the ongoing appellate process, Defendants respectfully request that the Court continue the status conference scheduled for November 30, 2026. Defendants propose that the parties submit another status report with the Court within fourteen days of the Ninth Circuit's resolution of Defendants' petition for rehearing and rehearing en banc. If the status conference goes forward on November 30, 2026, Defendants request that it be held telephonically, in light of the Thanksgiving holiday.

Dated: November 20, 2026

Respectfully submitted,

/s/ *Marc M. Seltzer*
Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Kalpana Srinivasan (237460)
ksrinivasan@susmangodfrey.com
Eliza Finley (301318)
efinley@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**

1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

William C. Carmody (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
Seth Ard (*Pro Hac Vice*)
sard@susmangodfrey.com
**SUSMAN GODFREY L.L.P**
One Manhattan West
New York, NY 10001
Tel: (212) 336-8330
Fax: (212) 336-8340

Ian M. Gore (*Pro Hac Vice*)
igore@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

Scott Martin (*Pro Hac Vice*)
smartin@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322

Sathya S. Gosselin (269171)
sgosselin@hausfeld.com
Farhad Mirzadeh (*Pro Hac Vice*)
fmirzadeh@hausfeld.com
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

Howard Langer (*Pro Hac Vice*)
hlanger@langergrogan.com
Edward Diver (*Pro Hac Vice*)
ndiver@langergrogan.com
Peter Leckman (235721)
pleckman@langergrogan.com
Kevin Trainer (*Pro Hac Vice*)
ktrainer@langergrogan.com

**LANGER GROGAN AND DIVER PC**
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703

*Plaintiffs' Co-Lead Counsel*

*/s/ Beth A. Wilkinson*
Beth A. Wilkinson (admitted *pro hac vice*)
Brian L. Stekloff (admitted *pro hac vice*)
Rakesh N. Kilaru (admitted *pro hac vice*)
Jeremy S. Barber (admitted *pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jbarber@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Neema T. Sahni (Bar No. 274240)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars, Suite 1500
Los Angeles, CA 90067-6045
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
nsahni@cov.com

Gregg H. Levy (admitted *pro hac vice*)
Derek Ludwin (admitted *pro hac vice*)
John S. Playforth (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
glevy@cov.com

dludwin@cov.com
jplayforth@cov.com

*Counsel for Defendants National Football League, NFL Enterprises LLC, and the Individual NFL Clubs*

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*