UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | MDL 15-2668-GW-SKx | Date | November 25, 2026 |
| Title | *IN RE NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS: IN CHAMBERS - COURT ORDER**

The Court has reviewed the parties' Joint Status Report (Docket No. 1625) and responds as follows. The Court will keep the Status Conference on for November 30, 2026, and counsel may appear telephonically with arrangement with the court clerk. The conference will be relatively short as the Court understands that the Defendants will be filing on December 4, 2026, a petition for a rehearing and rehearing en banc. At the Conference, the Court will inquire generally as to the following two topics: (1) assuming *arguendo* that the petitions are denied, what do the parties envision for future dates/litigation in this matter (*e.g*. will discovery be reopened, will the new trial be limited solely to the issue of damages, when would the parties expect the new trial to occur); and (2) are the Subscribers' injunctive class claims now moot (the Court is only expecting a "yes" or "no" response to this latter query).

:

Initials of Preparer JG